1  LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
   Leonard Tachner, Esq. (State Bar No. 058436)
2  17961 Sky Park Circle, Suite 38-E
   Irvine, California 92614-6364
3  (949) 752-8525 Telephone
   (949) 955-2415 Telefax
4
   Attorney for Plaintiff
5

6
                    **UNITED STATES DISTRICT COURT**
7                   **CENTRAL DISTRICT OF CALIFORNIA**

8

9
   JAMES R. GLIDEWELL DENTAL          )   Case No.
10 CERAMICS, INC. DBA                 )
   GLIDEWELL LABORATORIES, a          )   **NOTICE OF INTERESTED PARTIES**
11 California corporation,            )   **(LOCAL RULE 7.1-1)**
                                      )
12            Plaintiff               )
                                      )
13       vs.                          )   **DEMAND FOR JURY TRIAL**
                                      )
14 KEATING DENTAL ARTS, INC., a       )
   California corporation,            )
15                                    )
                                      )
16            Defendant.              )
17                                    )
                                      )
18

19       Pursuant to Local Rule 7.1-1, the undersigned, counsel of record for

20 Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories

21 certifies that the following listed party has a direct, pecuniary interest in the

22 outcome of this case.  These representations are made to enable the Court to

23 evaluate possible disqualification or recusal:

24 Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories

25 (Plaintiff Glidewell) is a California corporation having its principal place of

26 business at 4141 MacArthur Boulevard, Newport Beach, California 92660.

27 1.    Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell

28 Laboratories, a corporation and Plaintiff in this Action.

1
2  Dated: 8/30/11                    Respectfully submitted,
3
4                              By: _____
5                                  Leonard Tachner
                                    Attorney for Plaintiff
6                                  James R. Glidewell Dental Ceramics, Inc.
                                    Dba Glidewell Laboratories
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28