| NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER |
|---|
| LEONARD TACHNER |
| LEONARD TACHNER, a professional law corp. |
| 17961 Sky Park Circle, Suite 38-E |
| Irvine, CA 92614 |
| (949) 752-8525 |

ATTORNEYS FOR: Plaintiff

FILED 2011 AUG 30 PM 12:55
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
SANTA ANA

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER: |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation  Plaintiff(s), | SACV11-01309-DOC(ANx) |
| v. | |
| KEATING DENTAL ARTS, INC., a California corporation  Defendant(s) | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for ___Plaintiff___
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                                             **CONNECTION**
(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES | Plaintiff |

Date: 8/30/11

Sign: *[signature]*

Leonard Tachner

Attorney of record for or party appearing in pro per

---

CV-30 (04/10)         NOTICE OF INTERESTED PARTIES