By DEF.

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

SEP 28 2011

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☒ U.S. District Judge / ☐ U.S. Magistrate Judge **DOC**
From: **Rolls Royce Paschal**, Deputy Clerk    Date Received: **9-27-11**
Case No.: **SACV11-1309 DOC (ANx)**    Case Title: **Glidewell v. Keating**
Document Entitled: **Stipulation to Extend time... & Certification & Notice of Interested Parties**

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

- ☐ Local Rule 11-3.1    Document not legible
- ☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
- ☐ Local Rule 11-4.1    No copy provided for judge
- ☐ Local Rule 19-1      Complaint/Petition includes more than ten (10) Does or fictitiously named parties
- ☐ Local Rule 15-1      Proposed amended pleading not under separate cover
- ☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
- ☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
- ☐ Local Rule 7.1-1     No Certification of Interested Parties and/or no copies
- ☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
- ☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
- ☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
- ☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
- ☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
- ☐ FRCvP Rule 5(d)      No proof of service attached to document(s)
- ☒ Other: **Pursuant to General Order 10-07, case is designated for e-filing**

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

---

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date                U.S. District Judge / U.S. Magistrate Judge

☒ The document is **NOT** to be filed, but instead **REJECTED**, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

**9/28/11**                DAVID O. CARTER
Date                U.S. District Judge / ~~U.S. Magistrate Judge~~

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)        NOTICE OF DOCUMENT DISCREPANCIES

GPO: U.S. GOVERNMENT PRINTING OFFICE: 2007 672-579

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Thomas L. Gourde (SBN 150483)
RAY & GOURDE, LLP
111 Pacifica, Suite 120
Irvine, CA 92618

ATTORNEYS FOR: Defendant KEATING DENTAL ARTS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California Corporation<br><br>Plaintiff(s),<br>v.<br>KEATING DENTAL ARTS, INC., a California Corporation<br><br>Defendant(s) | CASE NUMBER:<br><br>SACV11-01309-DOC (ANx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  KEATING DENTAL ARTS, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California Corporation | Plaintiff |
| KEATING DENTAL ARTS, INC., a California Corporation | Defendant |

RECEIVED BUT NOT FILED
SEP 27 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY

September 27, 2011
Date

Sign

Defendant
Attorney of record for or party appearing in pro per

NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Thomas L. Gourde (SBN 150483)
RAY & GOURDE, LLP
111 Pacifica, Suite 120
Irvine, CA 92618

ATTORNEYS FOR: Defendant KEATING DENTAL ARTS, INC.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California Corporation<br><br>Plaintiff(s),<br>v.<br><br>KEATING DENTAL ARTS, INC., a California Corporation<br><br>Defendant(s) | CASE NUMBER:<br><br>SACV11-01309-DOC (ANx)<br><br>CERTIFICATION AND NOTICE OF INTERESTED PARTIES<br>(Local Rule 7.1-1) | |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for  KEATING DENTAL ARTS, INC.
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California Corporation | Plaintiff |
| KEATING DENTAL ARTS, INC., a California Corporation | Defendant |

RECEIVED BUT NOT FILED
SEP 27 2011
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION
BY ___

September 27, 2011
Date

_/s/ Thomas Gourde_
Sign

Defendant
Attorney of record for or party appearing in pro per

CV-30 (04/10)                    NOTICE OF INTERESTED PARTIES

Thomas L. Gourde, SBN 150483
RAY & GOURDE, LLP
111 Pacifica, Suite 120
Irvine, CA 92618
Telephone: 949-825-6520
Facsimile: 949-825-6544

Attorneys for Defendant
KEATING DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California Corporation<br><br>Defendant. | Case No: SACV11-01309-DOC(ANx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R.A-3)<br><br>COMPLAINT SERVED: SEPTEMBER 7, 2011<br>CURRENT RESPONSE DUE: SEPTEMBER 28, 2011<br>NEW RESPONSE DATE: OCTOBER 14, 2011 |

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R.A-3**

It is hereby stipulated by and between Plaintiff JAMES R. GLIDWELL, INC. dba GLIDEWELL LABORATORIES, by and through its attorney of record, Leonard Tachner, and Defendant KEATING DENTAL ARTS, INC. by and through its general counsel, Thomas L. Gourde who may not appear on its behalf in this litigation, that Defendant KEATING DENTAL ARTS, INC. shall have an additional

1

1  fifteen (15) days to respond to the Complaint of Plaintiff
2  GLIDEWELL LABORATORIES. The Complaint was served on Defendant
3  KEATING DENTAL ARTS, INC. on September 7, 2011, and the deadline
4  for KEATING DENTAL ARTS, INC. to file an answer is September 28,
5  2011. Based on this stipulation, it is agreed by and between
6  Plaintiff JAMES R. GLIDWELL, INC. dba GLIDEWELL LABORATORIES and
7  Defendant KEATING DENTAL ARTS, INC. that the time period for
8  Defendant's answer shall be extended fifteen (15) days, until
9  October 14, 2011.
10 IT IS SO STIPULATION.

RAY & GOURDE, LLP

Dated: September 16, 2011

THOMAS L. GOURDE
Attorney for Defendant
KEATING DENTAL ARTS, INC.

IT IS SO STIPULATED

LEONARD TACHNER, A PROFESSION LAW
CORPORATION

Dated: September 26, 2011

LEONARD TACHNER
Attorney for Plaintiff
JAMES R. GLIDEWELL DENTAL CERAMICS,
INC. DBA GLIDEWELL LABORATORIES

2

<u>PROOF OF SERVICE</u>
<u>C.C.P. §§ 1012, 1013a & 1015</u>

STATE OF CALIFORNIA, COUNTY OF ORANGE

    I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. My business address is: 111 Pacifica, Suite 120, Irvine, CA 92618. On September 28, 2011, I served the foregoing document described as **STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS** on interested parties in said action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

ATTORNEY FOR PLAINTIFF
Leonard Tachner, Esq.
A PROFESSIONAL LAW CORPORATION
17961 Sky Park Circle, Suite 38-E
Irvine, CA 92614

| | |
|---|---|
| X | **BY MAIL AS FOLLOWS:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Tustin, California, in the ordinary course of business. I am aware that on motion of the party serviced, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit. |
| | **BY PERSONAL SERVICE:** I caused to be delivered such envelope(s) by hand to the offices of the addressee(s). |
| | **BY OVERNIGHT DELIVERY:** I enclosed the documents in an envelope or package provided by an overnight delivery carrier and addressed to the persons identified herein. I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier. |
| | **BY FACSIMILE:** Based on an agreement of the parties to accept service by fax transmission, I faxed the documents from a fax machine, at Irvine, California, with the telephone number, (949) 825-6544 to the parties and/or attorney for the parties at the facsimile transmission number(s) shown herein. The facsimile transmission was reported as complete without error by a transmission report, issued by the facsimile transmission upon which the transmission was made, a copy of which is attached hereto. |
| | **BY MESSENGER SERVICE:** I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed herein and providing them to a professional messenger service for service. A declaration by the messenger will be filed separately. |
| X | **STATE:** I declare under penalty of perjury under the laws of the State of California that the above is true and correct. |
| | **FEDERAL:** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made. |

EXECUTED ON September 28, 2011 at Irvine, California.

*/s/ Sonia G. Saba*
Sonia G. Saba