Thomas L. Gourde, SBN 150483
RAY & GOURDE, LLP
111 Pacifica, Suite 120
Irvine, CA 92618
Telephone: 949-825-6520
Facsimile: 949-825-6544

Attorneys for Defendant
KEATING DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California Corporation<br><br>Defendant. | Case No: SACV11-01309-DOC(ANx)<br><br>STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R.A-3)<br><br>COMPLAINT SERVED: SEPTEMBER 7, 2011<br>CURRENT RESPONSE DUE: SEPTEMBER 28, 2011<br>NEW RESPONSE DATE: OCTOBER 14, 2011 |

**STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY NOT MORE THAN THIRTY (30) DAYS (L.R.A-3**

It is hereby stipulated by and between Plaintiff JAMES R. GLIDWELL, INC. dba GLIDEWELL LABORATORIES, by and through its attorney of record, Leonard Tachner, and Defendant KEATING DENTAL ARTS, INC. by and through its general counsel, Thomas L. Gourde who may not appear on its behalf in this litigation, that Defendant KEATING DENTAL ARTS, INC. shall have an additional

1

fifteen (15) days to respond to the Complaint of Plaintiff GLIDEWELL LABORATORIES. The Complaint was served on Defendant KEATING DENTAL ARTS, INC. on September 7, 2011, and the deadline for KEATING DENTAL ARTS, INC. to file an answer is September 28, 2011. Based on this stipulation, it is agreed by and between Plaintiff JAMES R. GLIDWELL, INC. dba GLIDEWELL LABORATORIES and Defendant KEATING DENTAL ARTS, INC. that the time period for Defendant's answer shall be extended fifteen (15) days, until October 14, 2011.

IT IS SO STIPULATION.

RAY & GOURDE, LLP

Dated: September 16, 2011

THOMAS L. GOURDE
Attorney for Defendant
KEATING DENTAL ARTS, INC.

IT IS SO STIPULATED

LEONARD TACHNER, A PROFESSION LAW CORPORATION

Dated: September 26, 2011

LEONARD TACHNER
Attorney for Plaintiff
JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES