J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
 a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA 92660
Telephone: (949) 718-6750
Facsimile: (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Plaintiff
DEFT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEFT, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>AMES RESEARCH LABORATORIES, INC., an Oregon corporation; and DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | SACV11-01256 JVS (ANx)<br><br>Hon. James V. Selna<br><br>**STIPULATION TO CONTINUE DEADLINE FOR DEFENDANT TO ANSWER THE COMPLAINT**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY]**<br><br>Action Filed:   August 22, 2011<br>Trial Date:        None Set |

The Parties through their undersigned counsel hereby stipulate and agree as follows:

WHEREAS, on August 22, 2011, Plaintiff Deft, Inc. ("Plaintiff") filed their Complaint (Document No. 1).

WHEREAS, on September 27, 2011, Plaintiff served the Summons and Complaint on Defendant Ames Research Laboratories, Inc. ("Defendant").

WHEREAS, the deadline for Defendant to file its Answer to the Complaint is October 18, 2011.

1  WHEREAS, the Parties have initiated settlement negotiations, including but not limited to agreeing to meet within the next two weeks in an effort to resolve this case by an early settlement.

WHEREAS, the Parties have not submitted prior requests for extensions in this matter. So as to provide the Parties additional time to meet in an effort to resolve this case, the Parties hereby stipulate as follows:

1. That the last day for Defendant to answer the Complaint shall be continued from October 18, 2011 to November 17, 2011.

Dated: October 13, 2011     CYPRESS, LLP

By _____/s/_____
Robert J. Muller
Attorneys for Defendant Ames Research Laboratories, Inc.

Dated: October 13, 2011     J. MARK HOLLAND & ASSOCIATES

By _____/s/_____
J. Mark Holland
Attorneys for Plaintiff Deft, Inc.

Z:\Winword\DEFTC\T3118\Pleadings\Complaint-Related\Complaint\Complaint.doc