J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
 a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA  92660
Telephone:  (949) 718-6750
Facsimile:  (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Plaintiff
DEFT, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| DEFT, INC.<br>a California corporation,<br><br>         Plaintiff,<br><br>vs.<br><br>AMES RESEARCH LABORATORIES, INC., an Oregon corporation; and DOES 1 THROUGH 5, inclusive,<br><br>         Defendants. | SACV11-01256 JVS (ANx)<br><br>Hon. James V. Selna<br><br>**[PROPOSED] ORDER CONTINUING DEADLINE FOR DEFENDANT TO ANSWER THE COMPLAINT**<br><br>Action Filed:     August 22, 2011<br>Trial Date:        None Set |

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that, in light of Plaintiff Deft, Inc. and Defendant Ames Research Laboratories, Inc.'s ("Defendant") stipulation to continue the deadline for Defendant to answer the Complaint so as to facilitate the early resolution of this case by way of voluntary negotiation including a meeting within the next two weeks, Defendant shall have up through and including November 17, 2011, to file an answer to the Complaint.

Dated: _____          _____
                                                    Hon. James V. Selna
                                                    Judge of the United States District Court