J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
 a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA 92660
Telephone: (949) 718-6750
Facsimile: (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Defendant and Counterclaim Plaintiff
KEATING DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendants. | Civil Action No.<br>SA-CV-ll-01309-DOC(ANx)<br><br>**NOTICE OF ERRATA** |

TO THE HONORABLE DISTRICT COURT:

Defendants hereby give notice of errata to the court and all parties regarding the Defendants' First Stipulation for Extension of Time to File Answer, electronically filed on October 14, 2011. Please disregard this filing. It was inadvertently filed under the wrong case. Defendants respectfully request this Court to delete this document from this case.

Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                 1

```
 1                                         Respectfully submitted,
 2
 3
 4      Dated:      10/14/2011                   /J. Mark Holland/              .
 5                                         J. Mark Holland
                                           J. MARK HOLLAND & ASSOCIATES
 6                                         Attorney for Defendant and Counterclaim
                                           KEATING DENTAL ARTS, INC., a
 7                                         California corporation
 8      Z:\Winword\KEATI\L3844\JMH_Working_Drafts\Answer_Counterclaims_Glidewell_v_Keating_Dental_Notice of Errata.doc
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28
```