## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. SACV 11-1309-DOC(ANx) | | Date   December 8, 2011 |
| Title   JAMES R. GLIDEWELL DENTAL CERAMICS, INC. -V- KEATING DENTAL ARTS, INC. | | |

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| No Appearances | No Appearance |

Proceedings:   (IN CHAMBERS) ORDER CONTINUING SCHEDULING CONFERENCE

     The Court, on its own motion, CONTINUES the Scheduling Conference currently set for December 12, 2011 to December 16, 2011 at 8:30 a.m.

                                                                                                    :   00

Initials of Preparer   jcb