# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 11-1309-DOC(ANx)                                            Date   December 9, 2011

Title   JAMES R. GLIDEWELL DENTAL CERAMICS INC. -V- KEATING DENTAL ARTS INC.

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:                         Attorneys Present for Defendants:

No Appearances                                                     No Appearance

Proceedings:    (IN CHAMBERS) ORDER CONTINUING SCHEDULING CONFERENCE


      The Court, on its own motion, RESETS the time for the Scheduling Conference currently set on December 16, 2011 at 8:30 a.m. to **1:30 p.m.**


                                                                                                              :    00

                                                                          Initials of Preparer    jcb