# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.   SACV 11-1309-DOC(ANx)                                            Date   December 16, 2011

Title   JAMES R. GLIDEWELL DENTAL CERAMICS, INC. -V- KEATING DENTAL ARTS, INC.

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Julie Barrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Leonard Tachner | J. Mark Holland |

Proceedings:   SCHEDULING CONFERENCE

The matter is called. Counsel state their appearances. The Court conducts the Scheduling Conference. The Court sets the following case management dates:

| | |
|---|---|
| Discovery Cut Off | - 10-29-2012 |
| Partial Summary Judgment | - 03-05-2012 |
| Dispositive Motion Cut Off | - 12-17-2012 at 8:30 a.m. |
| Final Pre Trial Conference | - 01-28-2013 at 8:30 a.m. |
| Jury Trial | - 02-26-2013 at 8:30 a.m. (4 days) |

Counsel inform the Court that their selection for a settlement procedure pursuant to Local Rule 16-15.4 is the Magistrate Judge. Counsel are directed to contact the Magistrate Judge Deputy Courtroom Clerk to obtain a settlement conference date.

Pretrial Scheduling Order signed and filed this date. Any unserved Does/Roes are dismissed at this time.

                                                                                                    :   09

                                                    Initials of Preparer   jcb