J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA  92660
Telephone:  (949) 718-6750
Facsimile:  (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Defendant and Counterclaim Plaintiff
KEATING DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendants.<br><br>_____<br><br>KEATING DENTAL ARTS, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | Civil Action No. SA-CV-ll-01309-DOC(ANx)<br><br>**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>**HEARING DATE:** Monday, March 5, 2012 (if needed)<br><br>**HEARING TIME:** 10:00 a.m. (if needed) |

NOTICE IS HEREBY GIVEN to Plaintiff and its attorneys:

**NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                                    1

1  Pursuant to Rule 15 (Fed.R.Civ.P.) and L.R. 15-1 through 15-4, Defendant Keating Dental Arts, Inc. ("KDA") hereby moves the Court for leave to file its First Amended Answer, Affirmative Defenses, and Counterclaims. Contemporaneously with the filing of this Motion, KDA is filing (1) its [Proposed] First Amended Answer, Affirmative Defenses, and Counterclaims, and (2) a proposed Order granting this motion.

The amendments are directed to (a) minor edits to clarify the previous pleading language and to add another Affirmative Defense, and (b) adding counterclaims related to (1) declaratory judgment of non-infringement, and (2) unfair competition/malicious prosecution, and/or restraint of trade.

KDA filed its original Answer and Counterclaims on October 14, 2011 (less than four months ago), and as mentioned above, the Scheduling Conference for this lawsuit only occurred on December 16, 2011 (approximately six weeks ago). Thus, the parties and the Court are still in the early stages of litigation.

Perhaps more importantly, KDA provided timely notice of this filing to both Plaintiff and the Court, at least as early as during that December 16 Scheduling Conference. Plaintiff's counsel has indicated that Plaintiff will not oppose this motion, especially in view of the various communications and discussions of this intended filing that occurred during and have occurred subsequent to that Scheduling Conference.

Accordingly, KDA respectfully submits that no notable inconvenience to the Court and/or to Plaintiff by this filing, and KDA thanks the Court and Plaintiff in advance for their expected reasonable cooperation and assistance regarding same.

1  In support of this motion, and among other things, KDA relies upon the Court record, including the discussions that occurred with the Court and Plaintiff during the aforementioned Scheduling Conference on December 16, 2011.

Respectfully submitted,

Dated:  2012-01-30            /J. Mark Holland/
J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**
Attorney for Defendant and Counterclaim
KEATING DENTAL ARTS, INC., a
California corporation

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, subsequent to the Scheduling Conference on December 16, 2011, Plaintiff's counsel advised that Plaintiff would not oppose the present motion.

Dated:  2012-01-30            /J. Mark Holland/
J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**
Attorney for Defendant and Counterclaim
KEATING DENTAL ARTS, INC., a
California corporation

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_Leave_to_File_1st_Amended_Answer\Motion_Leave_File_Amended_Answer_REVISED_Glidewell_v_Keating_Dental.doc

**NOTICE OF <u>UNOPPOSED</u> MOTION AND <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                       3