J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA  92660
Telephone:  (949) 718-6750
Facsimile:  (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Defendant and Counterclaim Plaintiff
KEATING DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>        Defendants.<br>_____<br>KEATING DENTAL ARTS, INC. a California corporation,<br><br>        Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>        Defendants. | Civil Action No. SA-CV-ll-01309-DOC(ANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>**HEARING DATE:**<br>Monday, March 5, 2012 (if needed)<br><br>**HEARING TIME:**<br>10:00 a.m. (if needed) |

This matter is before the Court on Defendant Keating Dental Arts, Inc. ("KDA")'s motion for leave to file its First Amended Answer, Affirmative Defenses, and Counterclaims. Plaintiff's counsel has indicated that Plaintiff does not oppose this motion.

Having considered the parties' evidence, pleadings, and arguments, and pursuant to Rule 15 (Fed.R.Civ.P.) and L.R. 15-1 through 15-4, the Court HEREBY grants KDA leave to file its First Amended Answer, Affirmative Defenses, and Counterclaims (as filed by KDA contemporaneously with its instant motion). The Court further orders that, upon entry of this Order by the Court Clerk and service of this Order upon the parties, the foregoing First Amended Answer, Affirmative Defenses, and Counterclaims is deemed to be served on all parties, for purposes of any reply to the Counterclaims or otherwise.

SO ORDERED:

Dated: _____        _____
                             Hon. David O. Carter
                             Judge of the United States District Court

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_Leave_to_File_1st_Amended_Answer\Motion_Leave_File_Amended_Answer_Proposed_Order_Glidewell_v_Keating_Dental.doc