J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA 92660
Telephone: (949) 718-6750
Facsimile: (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Defendant and Counterclaim Plaintiff
KEATING DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendants.<br><br>─────────────────────<br><br>KEATING DENTAL ARTS, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | Civil Action No.<br>SA-CV-ll-01309-DOC(ANx)<br><br>**AMENDED NOTICE OF <u>UNOPPOSED</u> MOTION AND <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**<br><br>**HEARING DATE:**<br>Monday, March 5, 2012 (if needed)<br><br>**HEARING TIME:**<br>8:30 a.m. (if needed) |

NOTICE IS HEREBY GIVEN to Plaintiff and its attorneys:

**AMENDED NOTICE OF <u>UNOPPOSED</u> MOTION AND <u>UNOPPOSED</u> MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                              1

Pursuant to instructions from Court personnel, Defendant's undersigned counsel hereby submits an Amended Notice of Unopposed Motion, correcting the hearing time from 10:00 a.m. to 8:30 a.m. The proposed hearing date remains unchanged.

Respectfully submitted,

Dated: 2012-02-01          /J. Mark Holland/
J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**
Attorney for Defendant and Counterclaim
KEATING DENTAL ARTS, INC., a
California corporation

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, subsequent to the Scheduling Conference on December 16, 2011, Plaintiff's counsel advised that Plaintiff would not oppose the present motion.

Dated: 2012-02-01          /J. Mark Holland/
J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**
Attorney for Defendant and Counterclaim
KEATING DENTAL ARTS, INC., a
California corporation

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_Leave_to_File_1st_Amended_Answer\AMENDEDMotion_Leave_File_Amended_Answer_REVISED_Glidewell_v_Keati.doc

**AMENDED NOTICE OF UNOPPOSED MOTION AND UNOPPOSED MOTION FOR LEAVE TO FILE FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES, AND COUNTERCLAIMS**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                    2