LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
Leonard Tachner, Esq. (State Bar No. 058436)
17961 Sky Park Circle, Suite 38-E
Irvine, California 92614-6364
(949) 752-8525 Telephone
(949) 955-2415 Telefax

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>**NOTICE OF SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ARTHUR NAKAZATO**<br><br>**Date: March 22, 2012**<br>**Time 1:30 PM** |

Pursuant to Local Rules LR-16-15 et seq, the parties hereto, with the consent of Judge Nakazato, have agreed to participate in a settlement conference before Magistrate Judge Nakazato. This document will serve as notice to all concerned that such conference has been scheduled to take place on March 22, 2012 at 1:30 PM in Judge Nakazato's chambers.

DATED: February 1, 2012     By:   /s/ Leonard Tachner
                                  Leonard Tachner
                                  Attorney for Plaintiff

(949) 752-8525 Telephone
(949) 955-2415 Telefax

# PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 17961 Sky Park Circle, Suite 38-E, Irvine, California 92614. On February 1, 2012, I served the following document(s) in the manner indicated:

1. NOTICE OF SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ARTHUR NAKAZATO

▣   via electronic means by the Court's electronic filing system CM/ECF.

☐   by placing the document(s) listed above in a sealed envelope to the person at the address set forth below by postage prepaid United States First Class United States mail on the same date set out below.

J. Mark Holland
J. Mark Holland & Associates
3 San Joaquin Plaza, Suite 210
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed February 1, 2012 at Irvine, California.

By:   /s/ Jodie Miller
_____
Jodie Miller

Case No.: SACV11-01309-DOC(ANx)
CERTIFICATE OF SERVICE