J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA 92660
Telephone: (949) 718-6750
Facsimile: (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Defendant and Counterclaim Plaintiff
KEATING DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendants.<br>_____<br>KEATING DENTAL ARTS, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | Civil Action No.<br>SA-CV-ll-01309-DOC(ANx)<br><br>**NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR, AND IN DEFENDANT'S FAVOR ON ALL CAUSES OF ACTION IN THE COMPLAINT**<br><br>**HEARING DATE:**<br>**Monday, March 5, 2012**<br><br>**HEARING TIME:**<br>**10:00 a.m.** |

NOTICE IS HEREBY GIVEN to Plaintiff and its attorneys:

Pursuant to Rule 56 (Fed.R.Civ.P.) and L.R. 56-1, Defendant Keating

Dental Arts, Inc. ("KDA") hereby moves the Court for an Order granting partial summary judgment, of KDA's non-infringement of Plaintiff's alleged trademark BruxZir. In support of this motion, KDA relies upon all materials and information properly before the Court, including without limitation the Court record, and KDA's contemporaneously-filed/lodged: (a) Statement of Uncontroverted Facts and Conclusions of Law, (b) Memorandum in Support, (c) Declaration of Alison L. Adnan, and (d) [Proposed] Order granting this motion.

Given the nature of the Uncontroverted Facts, this partial summary judgment applies to all three causes of action in Glidewell's Complaint.

Respectfully submitted,

Dated: 2012-02-07     /J. Mark Holland/
J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**
Attorney for Defendant and Counterclaim-Plaintiff KEATING DENTAL ARTS, INC., a California corporation

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_for_PSJ\Motion_PSJ_Glidewell_v_Keating_Dental_02.doc

**NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)     2