| | |
|---|---|
| 1 | J. MARK HOLLAND (140453) |
| 2 | **J. MARK HOLLAND & ASSOCIATES**<br>a Professional Law Corporation |
| 3 | 3 San Joaquin Plaza, Suite 210<br>Newport Beach, CA  92660 |
| 4 | Telephone:  (949) 718-6750<br>Facsimile:  (949) 718-6756 |
| 5 | Email: office@jmhlaw.com |
| 6 | Attorneys for Defendant and Counterclaim Plaintiff<br>KEATING DENTAL ARTS, INC. |
| 7 | |
| 8 | UNITED STATES DISTRICT COURT |
| 9 | CENTRAL DISTRICT OF CALIFORNIA |
| 10 | SOUTHERN DIVISION |

| | | |
|---|---|---|
| 12 | JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, | ) Civil Action No. SA-CV-11-01309(ANx) |
| 15 | Plaintiff, | **DECLARATION OF ALISON ADNAN IN SUPPORT OF DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR** |
| 16 | vs. | |
| 17 | KEATING DENTAL ARTS, INC., a California corporation, | |
| 18 | Defendants. | **HEARING DATE:  Monday, March 5, 2012** |
| 19 | | **HEARING TIME:  10:00 a.m.** |
| 20 | KEATING DENTAL ARTS, INC. a California corporation, | |
| 22 | Plaintiff, | |
| 23 | vs. | |
| 24 | JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive, | |
| 27 | Defendants. | |

28  **DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                              1

# DECLARATION OF ALISON ADNAN

I, Alison Adnan, do hereby declare as follows:

1. I am over eighteen (18) years of age and have never been convicted of a felony. Except for those matters stated on information and belief, I have personal knowledge of the matters set forth in this declaration. I am fully competent to make this declaration. I am under no disabilities, physical or legal, which would affect my declaration, and if called upon as a witness, I could and would give testimony on these issues in open court as set forth herein.

2. My principal place of business is J. Mark Holland & Associates ("JMH&A") in Newport Beach, California, where I am employed in the position of Patent Agent. In that position, I have been involved in and am familiar with our firm's efforts on behalf of our client Keating Dental Arts, Inc. ("KDA"), who is the defendant in the above lawsuit. In preparing this declaration, I have performed research on the Internet, reviewed our files, and reviewed two books in our office.

3. Below is a summary table generally describing the exhibits that are attached to this Declaration. Following this table is a more detailed authentication of each Exhibit.

| Exhibit No. | Document Description |
|---|---|
| A | Parker, Philip M., Ed., *Bruxism ~ Webster's Timeline History 1955-2007*, 2009, ICON Group International, Inc., San Diego, CA. |
| B | Excerpts from *Management of Temporomandibular Disorders and Occlusion, Third Edition* by Jeffrey P. Okeson. (1985, Mosby-Year Book, Inc., St. Louis, MO) |
| C | Plaintiff Glidewell's website, http://www.glidewelldental.com/ - excerpts showing Glidewell's uses of "bruxer", "bruxers", and/or "bruxism" |
| D | Plaintiff Glidewell's Complaint – various excerpts |
| E | Third party uses of "BRUX" on their websites and/or in articles |
| F | Various Trademarks containing "BRUX" and pertaining to the dental profession |
| G | Various Trademarks containing "PHONE" |
| H | Materials regarding Glidewell's efforts against third-party "BRUX" marks |
| I | Notices of Acceptance of Statement of Use for defendant's trademark applications serial nos. 85-287,084 for KDZ MAX (STYLIZED/DESIGN) and 85-287,720 for KDZ ULTRA (STYLIZED/DESIGN) |
| J | Excerpts from selected U.S. patents and/or patent applications, highlighting the use of "BRUX" terms |

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                                2

| | |
|---|---|
| K | Computer screenshot of the website/page at http://www.delcam.tv/delcam-video.asp?VideoId=54 |
| L | Letter dated August 9, 2011, from Plaintiff Glidewell's sales manager to Shaun Keating of Defendant KDA |
| M | Excerpts from *The American Heritage Dictionary of the English Language, Fifth Edition*, Houghton Mifflin Harcourt, Boston/New York, 2011. |

4. Exhibit A to this declaration is a true and correct copy of the book entitled "Bruxism – Webster's Timeline History 1955-2007" by Philip M. Parker, Ph.D. (2009, ICON Group International, Inc., San Diego, CA).

5. Exhibit B to this declaration is a true and correct copy of excerpts (attached as pages B-2 to B-15) taken from a dental school textbook, entitled "Management of Temporomandibular Disorders and Occlusion, Third Edition" by Jeffrey P. Okeson (1985, Mosby-Year Book, Inc., St. Louis, MO). Exhibit B-1 is a table listing those excerpted pages (Exhibits B2-B15), the page numbers, and the relevant excerpts from those pages. A copy of that summary table (B-1) is also shown here:

| Exhibit No. | Relevant Excerpt (Emphasis added) | Page No. |
|---|---|---|
| B-2 | Management of Temporomandibular Disorders and Occlusion, Third Edition. Jeffrey P. Okeson | Cover |
| B-3 | Copyright © 1985, 1989, and 1993 by Mosby-Year Book, Inc. | Copyright |
| B-4 | "Together with other etiologic factors, such as external trauma, abusive use, nonphysiologic habits, ***bruxism***, and systemic influences, occlusal interference bears importantly on temporomandibular disorders." | vii (Forward) |
| B-5 | "***Bruxism*** refers to **subconscious, nonfunctional grinding or gnashing of the teeth**." "***Bruxism*** can play a significant role in TMD and will be discussed in detail later in this chapter." | 155 |
| B-6 | "Sometimes the muscles and joints tolerate the changes but because of increased activity of the muscles (***bruxism***) the **weakest link is** either the supportive structures of the teeth or the **teeth themselves**." | 158 |
| B-7 | "Data from various sources have suggested that parafunctional activity during sleep is quite common and seems to take the form of single episodes (referred to as clenching) and rhythmic contractions (known as ***bruxism***)." "For that reason clenching and ***bruxism*** are often referred to as ***bruxing*** events" | 159 |

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                              3

| | | |
|---|---|---|
| B-8 | "*Duration of **bruxing** events*. Sleep studies also reveal that the number and duration of **bruxing** events during sleep vary greatly, [*cont'd on page 161*: not only among persons but also within the same person."] | 160 |
| B-9 | Paragraph 3: *Intensity of **bruxing** events*.<br>Paragraph 5: *Sleep position and **bruxing** events*.<br>Paragraph 6: ***Bruxing** events and masticatory symptoms*. | 161 |
| B-10 | "During parafunctional activities, however (e.g., **bruxism**), heavy forces are applied to the teeth as the mandible shifts from side to side." | 163 |
| B-11 | **Etiology of *bruxing* events**<br>"Over the years, a great deal of controversy has surrounded the etiology of **bruxism** and clenching."<br>"Certainly one of the greatest factors that seems to influence **bruxing** activity is emotional stress."<br>"Increase in emotional stress, however, is not the only factor that has been demonstrated to effect **bruxism**. Certain medications can increase **bruxing** events. Some studies suggest that there may be a genetic predisposition to **bruxism**." | 164 |
| B-12 | "The patient should be questions regarding the presence of parafunctional (**bruxing**) activity. Patients who have a diurnal **bruxing** habit may acknowledge this, but unfortunately, nocturnal **bruxism** often goes unnoticed. Studies show a very poor correlation between **awareness** of **bruxism** and the [*cont'd on page 262*: severity of the tooth wear.]" | 261 |
| B-13 | "As stated in Chapter 7, there are several types of parafunctional activities but clenching and **bruxism** seem to be the most significant. They can be either diurnal or nocturnal." | 360 |
| B-14 | "Thus, when a patient reports with a TM disorder that relates to muscle hyperactivity such as **bruxism**, a muscle relaxation appliance should be considered." | 466 |
| B-15 | Bruxism, 159<br>    definition of, 155<br>    diurnal, 261<br>    duration of 160-161<br>    etiology of, 164-165<br>    intensity of, 161<br>    and masticatory symptoms, 161-162<br>    nocturnal, 261, 360<br>    and sleep position, 161<br>    stages of, 160<br>    treatment of, 466 | 608 (Index) |

6. Exhibit C to this declaration is a true and correct copy of web pages (attached as pages C-2 to C-10) located within the Glidewell Laboratories website at http://www.glidewelldental.com/, as displayed on my browser from the

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                    4

Glidewell Laboratories website. Exhibit C-1 is a table listing those web pages (Exhibits C2-C10), their URLs, the title/name of each of those pages, and relevant excerpts from those pages. A copy of that summary table (C-1) is also shown here:

| Exhibit No. | Title/Page | Relevant Excerpt (Emphasis added) | Reference |
|---|---|---|---|
| C-2 | Dentist—Services—All-Ceramics—BruxZir® Solid Zirconia | "**BruxZir**, because of its chip-proof durability, **is** an ideal solution **for bruxers who have destroyed their natural teeth** or existing dental restorations." | http://www.glidewelldental.com/dentist/services/all-ceramics-bruxzir.aspx |
| C-3 | FEATURES—BruxZir® Solid Zirconia | "The class-leading strength and durability of **BruxZir** restorations make them the ideal restorative solution **for bruxers**, implant restorations and areas with limited occlusal space." "The durability of **BruxZir** restorations is ideal **for bruxers** who have broken their natural teeth or previous PFM restorations." | http://www.glidewelldental.com/bruxzir-zirconia-crowns/features/ |
| C-4 | BRUXZIR FEATURES | "**BruxZir** is virtually chip proof, making it the ideal restoration **for bruxers**, implant restorations and areas with limited occlusal space." "The chip proof durability of **BruxZir is ideal for bruxers who have broken natural teeth** or previous PFM restorations." | http://www.bruxzir.com/features-bruxzir-zirconia-dental-crown/ |
| C-5 | Search Results - bruxer | Search results for the term "bruxer" on Glidewell Laboratories yields at least 9 results | http://www.glidewelldental.com/search/results.aspx?results=bruxer |
| C-6 | Inclusive Magazine—Mini Implants: An Interview With Dr. Gordon Christensen | "If clinicians attempt to put minis in the mouth of a **bruxer**, they're kidding themselves. I don't even like conventional-diameter implants in that situation. So, poorly adjusted occlusion or not respecting the fact that he or she is dealing with aggressive occlusion is problematic." | http://www.glidewelldental.com/dentist/inclusive/volume2-1/interview-mini-implants.aspx |
| C-7 | **BruxZir®** Solid Zirconia—Indications/Contraindications | "An esthetic solution for **bruxers** when PFM metal occlusal/lingual or full-cast restorations are not desired or when patient lacks the preparation space for a PFM or has broken a PFM in the past." | http://www.glidewelldental.com/dentist/services/all-ceramics-bruxzir-tech.aspx |
| C-8 | BruxZir® Blog—More Brawn and Improving Beauty: Anterior | "When we launched **BruxZir Solid Zirconia crowns & bridges** in 2009, our intention was to provide a monolithic zirconia restoration indicated **for bruxers and grinders** as an esthetic alternative to posterior metal occlusal PFMs and full-cast metal restorations." | http://blog.bruxzir.com/ |

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                               5

| | | | |
|---|---|---|---|
| C-9 | BruxZir Crowns Chairside Magazine— One-On-One Interview of Dr. David Hornbrook | "I mentioned earlier about options in treatment planning: Now I can look at even a **second molar on a bruxer** that has decreased vertical dimension and give the patient a restoration that is esthetic, conservative and strong." | http://www.glidewelldental.com/dentist/chairside/issues/winter2011/one-on-one-interview.aspx |
| C-10 | BruxZir® Solid Zirconia vs. Ceramco®3 - A Comparative Wear Study | "The wear tests were performed using a pin-on-disk apparatus (**chewing** simulator, Version 3.1.29, Willytech; Munich, Germany). The **chewing** procedure (**simulation of bruxism**) consisted of 1.2 x 106 cycles under a load of 50N and a horizontal movement of 0.2 mm (in water)." | http://www.bruxzir.com/downloads-bruxzir-zirconia-dental-crown/bruxzir-ceramco-comparative-wear-study-0910.pdf |

7. Exhibit D to this declaration is a true and correct copy of paragraphs 1, 2, and 13 from Plaintiff Glidewell's Complaint, with certain portions emphasized.

8. Exhibit E to this declaration is a true and correct copy of web pages and/or articles (attached as pages E-2 to E-14) by third parties wherein the term "BRUX" is used. Exhibit E-1 is a table listing those web pages and/or articles (Exhibits E2-E14), descriptions of same, and their URLs. A copy of that summary table (E-1) is also shown here:

| Exhibit No. | Description (Emphasis added) | Website |
|---|---|---|
| E-2 | **CDL BRUX- C** - Full Contour All Zirconia Crown | http://www.colonialdentallab.com/products.htm |
| E-3 | **BRUX+** - Combination Guard | http://www.tridentlab.com/products/bite.asp#bite3 |
| E-4 | **BRUXGUARD** - Occlusal Splint | http://shererdentallab.com/products/bruxguard_testimonials.asp |
| E-5 | Soft **Brux** Guard; Hard/Soft **Brux** Guard; Hard **Brux** Guard; Talon-type **Brux** Guard | http://www.technicdentallab.com/orthodontic.asp |
| E-6 | **BRUXTECH** DENTAL LAB | http://www.bruxtech.com/home.html |
| E-7 | **Z-BRUX** - Zirconia Restoration | http://www.dentistrytoday.com/new-products/3499-zirconia-restoration-assured-dental-lab |
| E-8 | Article: A Changing Direction in Dentistry: Full-Contour Zirconia by Robin A. Carden | http://www.jdtunbound.com/files/pdf-files/The%20Educated%20Technician.pdf |

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                 6

| Exhibit | Description | URL |
|---|---|---|
| | Note: **Glidewell's Robin Carden (senior director of Glidewell Laboratories** materials research and development) **cites Z-BRUX as a viable competitor of Glidewell's BruxZir** product in this article. | |
| E-9 | Lakeside Dental Laboratory | http://ldlwi.com/index.htm; http://ldlwi.com/cudahy-wi-**z-brux-dental**-products.htm |
| E-10 | T. Kato, Overview of sleep **bruxism**: history and on the way we are, Sleep Medicine, 8 Suppl. 1 (2007), S21.A. | http://www.deepdyve.com/lp/elsevier/s21-a-overview-of-sleep-bruxism-history-and-on-the-way-we-are-C5GWtipE00 |
| E-11 | Ramfjord, Sigurd P., Dysfunctional temporomandibular joint and muscle pain, Journal of Prosthetic Dentistry, Vol. 11, Issue 2, pgs. 353-374, March **1961**. | http://www.thejpd.org/article/0022-3913(61)90212-8/abstract |
| E-12 | Weinberg, Lawrence A., Incisal and condylar guidance in relation to cuspal inclination in lateral excursions, Journal of Prosthetic Dentistry, Vol. 9, Issue 5, pgs. 851-862, Sept. **1959**. | http://www.thejpd.org/article/0022-3913(59)90051-4/abstract |
| E-13 | Brecker, S. Charles., Conservative occlusal rehabilitation, Journal of Prosthetic Dentistry, Vol. 9, Issue 6, pgs. 1001-1016, Nov. **1959**. | http://www.thejpd.org/article/0022-3913(59)90160-X/abstract |
| E-14 | Teeth Grinding (**Bruxism) blog** | http://teeth-grinding.blogspot.com/ |

9. Exhibit F to this declaration is a true and correct copy of trademarks (attached as pages F-2 to F-15) containing the word "BRUX" and related to the dental profession located on the U.S. Patent and Trademark Office's Trademark Electronic Search System (TESS). Exhibit F-1 is a table listing those trademarks (Exhibits F2-F15), the goods and services for same, and the year (earliest of date of application to register OR date of first use). A copy of that summary table (F-1) is also shown here:

| Exhibit No. | Goods and Services (Emphasis added) | Trademark/Page Description | YEAR (earliest of date of application to register OR date of first use) |
|---|---|---|---|
| F-2 | Search results yielded from search: 'FD > "19000000" AND brux$[MP] (From U.S. Patent and Trademark Office's TESS system) | | |
| F-3 | Mouth guards for medical purposes | **BRUX BUSTER** CUSTOM NIGHT | June 8, 2011 |

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                    7

| | | | |
|---|---|---|---|
| | | GUARD | |
| F-4 | Apparatus and instruments for diagnosis or for treatment of *bruxism*, namely, teethers in the nature of mouth guards for medical purposes, mouth guards for medical purposes, splints for medical purposes for use during sport activity, dental bite trays, disposable bite trays | **BRUX XXX** | December 17, 2009 |
| F-5 | Medical and Dental instruments, namely electronic instruments used to measure and log muscle activity or to provide feedback on muscle activity | **BRUXCARE** | January 15, 1997 |
| F-6 | Plastic material for producing dental diagnostic tools, namely, plastic foils for use in dental deep-drawing processes | **BRUX-CHECKER** | August 24, 2009 |
| F-7 | Mouth guards for medical purposes | **BRUXCURE** | October 12, 2009 |
| F-8 | Dental appliances, namely removable occlusal overlays, fixation devices and the like, used for the treatment of *bruxism* and temporomandibular joint dysfunctions | **BRUX-EZE** | December 1, 1985 |
| F-9 | Dental appliances, namely removable occlusal overlays, fixation devices and the like, used for the treatment of *bruxism* and temporomandibular joint dysfunctions | **BRUX-EZE** | June 16, 1986 |
| F-10 | dental mouth guards for medical purposes | **BRUXGUARD** | May 1, 1997 |
| F-11 | interocclusal appliances | **BRUXGUARD** | March 12, 2003 |
| F-12 | Device that measures time, duration, frequency or intensity or any other measurement of the ***bruxing, gnashing or grinding of teeth or jaw*** | **BRUXOMETER** | December 1, 2010 |
| F-13 | Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses | **BRUXZIR** | June 6, 2009 |

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                    8

| | | | | |
|---|---|---|---|---|
| 1 2 3 4 5 6 7 8 9 10 11 12 13 14 15 16 17 18 19 20 21 22 23 24 25 26 27 28 | F-14 | Surgical, medical, dental and veterinary apparatus and instruments, namely, anesthetic delivery apparatus, arterial blood pressure measuring apparatus, apparatus for artificial respiration, blood testing apparatus, bougies, breast pumps, surgical clips, compressors, electrocardiographs, enema apparatus, gastroscopes, heart pacemakers, hot air vibrators, incubators for babies, lasers, radiology screens, radiotherapy apparatus, respirators for artificial respiration, saws, scissors, sphygmomanometers, sphygmotensiometers, spirometers, spittoons, splints, sponges, stethoscopes, thermo-electric compresses, threads, ultraviolet ray lamps, X-ray photographs, protection devices against X-rays, X-ray tubes, intraoral X-ray generators, X-ray machines; dental cryosurgical instrumentation; periodontum plaque control instruments; intra-oral light systems; prosthetic instruments for dental purposes, cutting and grinding discs for dental applications; plastic hand held orthodontic instrument for measuring patients' teeth alignment; dental instruments for taking an impression, bite registration and counter impression simultaneously; artificial limbs, eyes and teeth; orthopedic articles, namely, orthopedic joint implants, plaster casts; sutures; dental technology and dental devices, namely, dental elevators, dental excavators, dental finger protectors, dental | **DR. BRUX** | October 1, 2006 |

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                    9

| | | | |
|---|---|---|---|
| | forceps, base formers to form dental molds, dental handpieces, dental impression trays, dental probes, dental retainers, dental scissors, dental spatulas, dental bite trays, dental tweezers, dental plates; gumshields, dental articulators, dental bridges, dental broaches, dental burrs, dental clips for securing pre-existing dentures, **dental crowns**, dental dams, dental drills, dental fixtures, dental foundation supports, dental handpieces, dental inlays, dental prosthesis, dental implants; tempero mandibular joint home discluder kit comprised of bite formers, custom liner materials, and retention leashes, for the purpose of relieving chronic mandibular joint tension. teethers, **mouthguards**, dental spacers, dental impression pads, mouth bite device, bite wafers for use in measuring bits for setting crown and bridgework, plastic material for relining dentures, dental articulating paper, disposable bite blocks; mouth guards for medical purposes; and orthopedic devices, namely, orthopedic belts, orthopedic soles, orthopedic support bandages, orthopedic walkers | | |
| F-15 | Custom manufacture of **dental prosthetics** | **GPS BRUXART** | October 28, 2011 |

10. Exhibit G to this declaration is a true and correct copy of trademarks (attached as pages G-2 to G-29) containing the word "PHONE" located on the Trademark Electronic Search System (TESS). Exhibit G-1 is a table listing the

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)  10

trademarks (Exhibits G2-G29). A copy of that summary table (G-1) is also shown here:

| Exhibit No. | Trademark/Page Description |
|---|---|
| G-2 | Search results yielded from search: 'RD > "19900000" AND phone[MP] (From U.S. Patent and Trademark Office's TESS search system) |
| G-3 | TESS search results yielded from search: 'RD > "20100000" AND 'RD < "20110000" AND phone[MP] |
| G-4 | TESS search results yielded from search: 'RD > "20110000" AND 'RD < "20120000" AND phone[MP] |
| G-5 | TESS search results yielded from search: 'RD > "20090000" AND 'RD < "20100000" AND phone[MP] |
| G-6 | TESS search results yielded from search: 'RD > "20070000" AND 'RD < "20080000" AND phone[MP] |
| G-7 | TESS search results yielded from search: 'RD > "20080000" AND 'RD < "20090000" AND phone[MP] |
| G-8 | TESS search results yielded from search: 'RD > "20060000" AND 'RD < "20070000" AND phone[MP] |
| G-9 | TESS search results yielded from search: 'RD > "20100000" AND phone[MP] |
| G-10 | AND PHONE |
| G-11 | B'PHONE |
| G-12 | BUCKEYE PHONE |
| G-13 | BUDGET PHONE |
| G-14 | CARE PHONE |
| G-15 | FAMOUS PHONE |
| G-16 | IPHONE |
| G-17 | IPHONE |
| G-18 | IPHONE |
| G-19 | IPHONE |
| G-20 | MEDIACOM PHONE |
| G-21 | MY IC PHONE |
| G-22 | PHONE FROSTING |
| G-23 | PHONE PASS |
| G-24 | PHONE XCHANGE |
| G-25 | READY PHONE |
| G-26 | T-PHONE |
| G-27 | TOOTH PHONE |
| G-28 | Audiodontics- Tooth Phone Auditory Device description |
| G-29 | WHISTLE PHONE |

11. Exhibit H to this declaration is a true and correct copy of materials (attached as pages H-2 to H-5) regarding Glidewell's efforts against third-party "BRUX" marks, including R BRUX, BRUX crowns, and Z-BRUX.

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                                            11

12. Exhibit I to this declaration is a true and correct copy of Notices of Acceptance of Statement of Use for defendant's trademark applications serial nos. 85-287,084 for KDZ MAX (STYLIZED/DESIGN) and 85-287,720 for KDZ ULTRA(STYLIZED/DESIGN), as available in the public record.

13. Exhibit J to this declaration is a table that includes true and correct copies of excerpts from the indicated U.S. patents and/or patent applications, highlighting the use of "BRUX" terms within those patents/applications.

14. Exhibit K to this declaration is a true and correct copy of a computer screenshot of the indicated website/page at http://www.delcam.tv/delcam-video.asp?VideoId=54 with selected information highlighted.

15. Exhibit L to this declaration is true and correct copy of a letter dated August 9, 2011, from Glidewell's sales manager to Shaun Keating of our client KDA.

16. Exhibit M to this declaration is a true and correct copy of excerpts from "The American Heritage Dictionary of the English Language, Fifth Edition", Houghton Mifflin Harcourt, Boston/New York, 2011, with selected information highlighted.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Signed at Newport Beach, California on February 13, 2012.

/Alison Adnan/
Alison Adnan

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_for_PSJ\Declaration_of_ALA_2012-02-01\ALA_DECL_FINAL_2012-02-10.doc

**DECLARATION OF ALISON ADNAN IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)    12