# EXHIBITS A-M