# BRUXISM

~

## WEBSTER'S TIMELINE HISTORY
## 1955 – 2007

**Professor Philip M. Parker, Ph.D.,** *Editor*
**Chaired Professor of Management Science**
**INSEAD (Singapore and Fontainebleau, France)**

# Bruxism

## Webster's Timeline History
## 1955 - 2007

## Webster's Online Dictionary

(www.websters-online-dictionary.org)

i

14
Exhibit A

Published by ICON Group International, Inc.
7404 Trade Street
San Diego, California 92121

www.icongrouponline.com

This edition published by ICON Group International, Inc. in 2009
Printed in the United States of America.

Bruxism: Webster's Timeline History, 1955 - 2007

Copyright ©2009 by ICON Group International, Inc.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.

Copying our publications in whole or in part, for whatever reason, is a violation of copyright laws and can lead to penalties and fines. Should you want to copy tables, graphs, or other materials, please contact us to request permission (E-mail: orders@icongroupbooks.com). ICON Group often grants permission for limited reproduction of our publications for classroom use, press releases, and academic research. Such reproduction requires confirmed permission from ICON Group International, Inc. Original authors holding copyright retain any copyrights.

00027794-1G

15
Exhibit A

# PREFACE

Webster's bibliographic and event-based timelines are comprehensive in scope, covering virtually all topics, geographic locations and people. They do so from a linguistic point of view, and in the case of this book, the focus is on "bruxism," including when used in literature (e.g. all books that might have "bruxism" in their title). As such, this book represents the largest compilation of timeline events associated with "bruxism". Webster's timelines cover bibliographic citations, patented inventions, as well as non-conventional and alternative meanings which capture ambiguities in usage. These furthermore cover all parts of speech (possessive, institutional usage, geographic usage) and contexts, including pop culture, the arts, social sciences (linguistics, history, geography, economics, sociology, political science), business, computer science, literature, law, medicine, psychology, mathematics, chemistry, physics, biology and other physical sciences. The following keywords were used to build the timeline: bruxisms, bruxism's, bruxism-. This "data dump" results in a comprehensive set of entries for a bibliographic and/or event-based timeline on the word "bruxism", since editorial decisions to include or exclude events is purely a linguistic process. The resulting entries are used under license or with permission, used under "fair use" conditions, used in agreement with the original authors, or are in the public domain. For all of the sources, the original authors holding copyright retain any copyrights. Proceeds from this book are used to expand the content and coverage of Webster's Online Dictionary (www.websters-online-dictionary.org).

16
Exhibit A

# 1955

## 1955

**Eschler, J.:** "Electrophysiological and pathological study of the masticatory system. III. Study of muscle action current in bruxism" appears in Deutsche Zahnarztliche Zeitschrift written by J. Eschler. Published on August 15, 1955.

## 1960

**Ingle, J. I.:** "Alveolar osteoporosis and pulpal death associated with compulsive bruxism" appears in Oral Surgery, Oral Medicine, and Oral Pathology written by J. I. Ingle. Published in November 1960.

**Publication:** Publication of "Parafunctions of the masticatory system (bruxism) report of a panel discussion January 22-23, 1960 ed. by D. Lipke and U. Posselt." Published in 1960.

**Royal Dental School:** Publisher of "Parafunctions of the masticatory system (bruxism): report of a panel discussion, January 22-23, 1960." Edited by D. Lipke and U. Posselt. Publisher: Royal Dental School (Malmö). Published in 1960.

## 1961

**Quirch, J. S.:** "Bruxism as a traumatizing factor" appears in Revista de la Asociacion Odontologica Argentina written by J. S. Quirch. Published in October 1961.

## 1965

**Walsh, J. P.:** "The psychogenesis of bruxism" appears in Journal of Periodontology written by J. P. Walsh. Published in September - October 1965.

## 1966

**Molin, C. and L. Levi:** "A psycho-odontological investigation of patients with bruxism" appears in Acta Odontologica Scandinavica written by C. Molin and L. Levi. Published in November 1966.

**Zuccari, A., et al.:** "Prosthetic rehabilitation of a subject with bruxism and secondary lowered occlusion by fixed upper and lower prosthesis with cemented substitution and articular heightening" appears in Mondo Odontostomatologico written by A. Zuccari, A. Rossi and N. Dante. Published in 1966.

## 1967

**Christensen, L. V.:** "Facial pain from the masticatory system induced by experimental bruxism: a preliminary report" appears in Tandlaegebladet written by L. V. Christensen. Published in December 1967.

## 1969

**Ahlgren, J., et al.:** "Bruxism and hypertrophy of the masseter muscle. A clinical, morphological and functional investigation" appears in Practica Oto-Rhino-Laryngologica (Basel) written by J. Ahlgren, K. A. Omnell, B. Sonesson and N. G. Toremalm. Published in 1969.

**Ayer, W. A. and E. N. Gale:** "Extinction of bruxism by massed practice therapy. Report of case" appears in Journal of the Canadian Dental Association written by W. A. Ayer and E. N. Gale. Published in September 1969.

**Baldinetti, V. and M. Milani:** "Control of the knowledge of the mechanism of bruxism. II. Disorders of neurovegetative homeostasis in bruxism--conclusions--therapy" appears in Annali di Stomatologia (Roma) written by V. Baldinetti and M. Milani. Published in September 1969.

**Olkinuora, M.:** "A review of the literature on, and a discussion of studies of bruxism and its psychogenesis and some new psychological hypotheses" appears in Suomen Hammaslaakariseuran Toimituksia written by M. Olkinuora. Published in 1969.

## 1970

**Ramadan, A. E.:** "Bruxism: a discussion of its etiology and treatment and treatment and the description of a modified type of bruxismal splint"

# 1972

appears in Egyptian Dental Journal written by A. E. Ramadan. Published in April 1970.

## 1972

**Olkinuora, M.:** "A factor analytic study of psychosocial background in bruxism" appears in Proceedings of the Finnish Dental Society. Suomen Hammaslaakariseuran Toimituksia written by M. Olkinuora. Published in 1972.

## 1974

**Cannistraci, Andrew J BioMonitoring Applications, inc:** Publication of "Voluntary stress release and behavior therapy in the treatment of clenching and bruxism (sound recording)." Publisher: Biomonitoring Applications (New York). Published in 1974.

## 1975

**Cannistraci, Andrew J BioMonitoring Applications, inc:** Publication of "Procedures for voluntary stress release and behavior therapy in the treatment of clenching and bruxism (sound recording)." Publisher: Biomonitoring Applications (New York). Published in 1975.

**Heller, R. F. and A. G. Forgione:** "An evaluation of bruxism control: massed negative practice and automated relaxation training" appears in Journal of Dental Research written by R. F. Heller and A. G. Forgione. Published in November - December 1975.

## 1976

**Cannistraci, A. J.:** "A method to control bruxism: biofeedback-assisted relaxation therapy" appears in The Journal of the American Society for Preventive Dentistry written by A. J. Cannistraci. Published in December 1976.

## 1977

**Pohto, P.:** "A neuropharmacological approach to

experimental bruxism" appears in Proceedings of the Finnish Dental Society. Suomen Hammaslaakariseuran Toimituksia written by P. Pohto. Published in February 1977.

## 1978

**Kubein, D. and W. Kruger:** "Bruxism areas as expression of existing disharmonies between frontal and temporomandibular joint movements and lateral dental occlusion" appears in ZWR written by D. Kubein and W. Kruger. Published on July 10, 1978.

## 1980

**Budtz-Jogensen, E.:** "Bruxism and trauma from occlusion. An experimental model in Macaca monkeys" appears in Journal of Clinical Periodontology written by E. Budtz-Jogensen. Published in April 1980.

**Graber, G.:** "Psychomotor activity and frontolateral bruxism: myofunctional aspects of the therapy" appears in Deutsche Zahnarztliche Zeitschrift written by G. Graber. Published in June 1980.

**Ribas, J. C. and J. Montenegro:** "Bruxism, an expression of self-aggressiveness?" appears in Revista Da Associacao Paulista de Cirurgioes Dentistas written by J. C. Ribas and J. Montenegro. Published in May - June 1980.

## 1981

**Kotani, H.:** "Electromyographic studies on fatigue of masticatory muscles in patients with bruxism (author's transl)" appears in Hiroshima Daigaku Shigaku Zasshi. the Journal of Hiroshima University Dental Society written by H. Kotani. Published in December 1981.

**Rosenbaum, M. S. and T. Ayllon:** "Treating bruxism with the habit-reversal technique" appears in Behaviour Research and Therapy written by M. S. Rosenbaum and T. Ayllon. Published in 1981.

## 1982

**Casas, J. M., et al.:** "A comparison of stress-

# 1983

reduction behavioral counseling and contingent nocturnal EMG feedback for the treatment of bruxism" appears in Behaviour Research and Therapy written by J. M. Casas, P. Beemsterboer and G. T. Clark. Published in 1982.

**Hamada, T., et al.:** "Effect of occlusal splints on the EMG activity of masseter and temporal muscles in bruxism with clinical symptoms" appears in Journal of Oral Rehabilitation written by T. Hamada, H. Kotani, Y. Kawazoe and S. Yamada. Published in March 1982.

# 1983

**Giangregorio, N.:** "Biofeedback in dentistry: proposals for applications in bruxism, tension headache and phobic reactions" appears in Rivista Italiana di Stomatologia written by N. Giangregorio. Published in April 1983.

**Kotran, M., et al.:** "Bruxism and other parafunctions in the symptomatology of arthropathies of the temporomandibular joint" appears in Ceskoslovenska Stomatologie written by M. Kotran, B. Haber, N. Markovska and M. Stripaj. Published in April 1983.

**Takeda, Y.:** "Studies of bruxism during sleep. Comparisons of electromyograms, electroencephalograms, electro-oculograms, electrocardiograms, respirograms, psychoendocrine responses and clinical findings taken before, during, and after experimental occlusal interferen" appears in Shigaku. Odontology; Journal of Nippon Dental College written by Y. Takeda. Published in August 1983.

# 1984

**Kirk, G. A.:** "Bruxism in maxillary overdenture patients" appears in The Journal of Prosthetic Dentistry written by G. A. Kirk. Published in November 1984.

# 1985

**Hagiwara, A. and Y. Kobayashi:** "Bruxism during sleep. Analyses of electromyogram, electroencephalogram, electro-oculogram, electrocardiogram, respirogram, clinical findings, psychoendocrine responses taken before, during, and after horizontal experimental occlusal interferences" appears in Shigaku. Odontology; Journal of Nippon Dental College written by A. Hagiwara and Y. Kobayashi. Published in October 1985.

**Weinhardt, J.:** "Bruxism splints: a laboratory viewpoint" appears in Dental Laboratory Review written by J. Weinhardt. Published in June 1985.

# 1986

**Gonzalez-Cabeza, J.:** "Temporomandibular joint degeneration from eccentric bruxism--a stereognathic study" appears in Die Quintessenz written by J. Gonzalez-Cabeza. Published in May 1986.

**Sheikholeslam, A., et al.:** "A clinical and electromyographic study of the long-term effects of an occlusal splint on the temporal and masseter muscles in patients with functional disorders and nocturnal bruxism" appears in Journal of Oral Rehabilitation written by A. Sheikholeslam, K. Holmgren and C. Riise. Published in March 1986.

**Shuren, S.:** "Masseter muscle nodule due to bruxism. A case in point" appears in Oral Surgery, Oral Medicine, and Oral Pathology written by S. Shuren. Published in August 1986.

# 1987

**Cannistraci, A. J. and J. A. Friedrich:** "A multidimensional approach to bruxism and TMD" appears in The New York State Dental Journal written by A. J. Cannistraci and J. A. Friedrich. Published in October 1987.

**Cassisi, J. E., et al.:** "EMG-activated feedback alarms for the treatment of nocturnal bruxism: current status and future directions" appears in Biofeedback and Self-Regulation written by J. E. Cassisi, F. D. McGlynn and D. R. Belles. Published in March 1987.

**Hanamura, H., et al.:** "Periodontal status and bruxism. A comparative study of patients with periodontal disease and occlusal parafunctions" appears in Journal of Periodontology written by H.

19
Exhibit A

# 1988

Hanamura, F. Houston, H. Rylander, G. E. Carlsson, T. Haraldson and S. Nyman. Published in March 1987.

**Hudzinski, L. G. and P. J. Walters:** "Use of a portable electromyogram integrator and biofeedback unit in the treatment of chronic nocturnal bruxism" appears in The Journal of Prosthetic Dentistry written by L. G. Hudzinski and P. J. Walters. Published in December 1987.

**Ishihara, H. and Y. Kobayashi:** "Bruxism during sleep. Effect of Michigan type full coverage bite plane" appears in Shigaku. Odontology; Journal of Nippon Dental College written by H. Ishihara and Y. Kobayashi. Published in December 1987.

**Okeson, J. P.:** "The effects of hard and soft occlusal splints on nocturnal bruxism" appears in Journal of the American Dental Association (1939) written by J. P. Okeson. Published in June 1987.

**Permann, R., et al.:** "Bruxism: polygraphic leads during sleep at night" appears in Deutsche Zahnarztliche Zeitschrift written by R. Permann, G. Wieselmann, E. Flooh, R. O. Bratschko, B. Reinhart, F. Moser and H. Lechner. Published in October 1987.

**Ujihara, T., et al.:** "A psychological approach to bruxism--application of muscle relaxation training and autogenic training" appears in Hiroshima Daigaku Shigaku Zasshi. the Journal of Hiroshima University Dental Society written by T. Ujihara, K. Tsuga, Y. Akagawa, H. Tsuru and M. Tatara. Published in December 1987.

# 1988

**David C. Nemir:** "APPARATUS FOR TREATING BRUXISM" is patented by David C. Nemir.

**Fraccari, F., et al.:** "Bruxism: rehabilitation and control on the basis of neuro-muscular principles" appears in Minerva Stomatologica written by F. Fraccari, A. Bogini and J. Tsamis. Published in April 1988.

**Pascual Hernandez, M. and J. Cabre:** "Therapy of bruxism. 1. General considerations and treatment plan. Reversible therapy and occlusal adjustment" appears in Revista Espanola de Estomatologia written by M. Pascual Hernandez and J. Salsench Cabre. Published in May - June 1988.

# 1989

**Ieremia, L., et al.:** "Nocturnal bruxism. Contributions to the detection and assessment of involvement in the craniomandibular pain dysfunction syndrome" written by L. Ieremia, L. Popoviciu, M. Balas, S. Dodu and D. Gabor. Published in October - December 1989.

**John D. Perry Jr:** "BRUXISM METHOD AND APPARATUS USING ELECTRICAL SIGNALS" is patented by John D. Perry Jr.

**Lester, M. and P. N. Baer:** "Survey of current therapy: bruxism splints" appears in Periodontal Case Reports: a Publication of the Northeastern Society of Periodontists written by M. Lester and P. N. Baer. Published in 1989.

**Rugh, J. D., et al.:** "Effects of canine versus molar occlusal splint guidance on nocturnal bruxism and craniomandibular symptomatology" appears in Journal of Craniomandibular Disorders: Facial & Oral Pain written by J. D. Rugh, G. S. Graham, J. C. Smith and R. K. Ohrbach. Published in September 1989.

**Toda, I., et al.:** "Objective examination and diagnosis of bruxism. 1. New device for recording muscle activity and tooth contacts during sleeping at home" appears in Nippon Shishubyo Gakkai Kaishi written by I. Toda, H. Kato, K. Tanishi, Y. Higuchi, Y. Hiranaka, M. Asano, R. Sakagami and M. Kawanami. Published in December 1989.

**Wruble, M. K., et al.:** "Sleep-related bruxism and sleep variables: a critical review" appears in Journal of Craniomandibular Disorders: Facial & Oral Pain written by M. K. Wruble, M. A. Lumley and F. D. McGlynn. Published in June 1989.

# 1990

**Anich Briell, M. E. and L. L. Abramovich:** "Prevalence of bruxism in 5-7 year old students" appears in Odontologia Chilena written by M. E. Anich Briell and L. L. Abramovich. Published in April 1990.

**Bailey, D. R.:** "Tension headache and bruxism in the sleep disordered patient" appears in Cranio: the Journal of Craniomandibular Practice written by

# 1991

D. R. Bailey. Published in April 1990.

**Holmgren, K., et al.:** "The effects of an occlusal splint on the electromyographic activities of the temporal and masseter muscles during maximal clenching in patients with a habit of nocturnal bruxism and signs and symptoms of craniomandibular disorders" appears in Journal of Oral Rehabilitation written by K. Holmgren, A. Sheikholeslam, C. Riise and S. Kopp. Published in September 1990.

**Jeffrey Y. Nordlander, et al.:** "METHOD AND APPARATUS FOR SENSING AND TREATING BRUXISM" is patented by Jeffrey Y. Nordlander, Louis J. Gallia and Dennis A. Burman.

**Mark J. Wilson:** "Bruxism-relaxing trainer" is patented by Mark J. Wilson. Abstract: A dental appliance for audibly signalling the onset of tooth clenching and thereby assist the wearer in altering the habit patterns which constitute bruxism. The appliance is self contained and does not require the use of external control boxes or telemetering equipment.

**Myers, D. E.:** "Causes, manifestations, and management of severe intractable and stereotyped bruxism" appears in TMJ Update written by D. E. Myers. Published in January - February 1990.

# 1991

**Clarke, J. H. and P. J. Reynolds:** "Suggestive hypnotherapy for nocturnal bruxism: a pilot study" appears in The American Journal of Clinical Hypnosis written by J. H. Clarke and P. J. Reynolds. Published in April 1991.

**Hicks, R. A. and P. Conti:** "Nocturnal bruxism and self reports of stress-related symptoms" appears in Perceptual and Motor Skills written by R. A. Hicks and P. Conti. Published in June 1991.

**Leung, A. K. and W. L. Robson:** "Bruxism. How to stop tooth grinding and clenching" appears in Postgraduate Medicine written by A. K. Leung and W. L. Robson. Published in June 1991.

**Pingitore, G., et al.:** "The social and psychologic factors of bruxism" appears in The Journal of Prosthetic Dentistry written by G. Pingitore, V. Chrobak and J. Petrie. Published in March 1991.

**Van Lith, L. G.:** "Bruxism and rumination in the mentally handicapped" appears in Nederlands Tijdschrift Voor Tandheelkunde written by L. G. Van Lith. Published in November 1991.

# 1992

**Shafagh, K. and M. Hutchins:** "Nocturnal bruxism and sleep stages" appears in The Journal of the Greater Houston Dental Society written by K. Shafagh and M. Hutchins. Published in September 1992.

**Tison, F., et al.:** "Permanent bruxism as a manifestation of the oculo-facial syndrome related to systemic Whipple's disease" appears in Movement Disorders: Official Journal of the Movement Disorder Society written by F. Tison, C. Louvet-Giendaj, P. Henry, A. Lagueny and E. Gaujard. Published in 1992.

**Westrup, D. A., et al.:** "Arousability and bruxism in male and female college students" appears in Perceptual and Motor Skills written by D. A. Westrup, S. R. Keller, T. A. Nellis and R. A. Hicks. Published in December 1992.

# 1993

**Biondi, M. and A. Picardi:** "Temporomandibular joint pain-dysfunction syndrome and bruxism: etiopathogenesis and treatment from a psychosomatic integrative viewpoint" appears in Psychotherapy and Psychosomatics written by M. Biondi and A. Picardi. Published in 1993.

**Donald W. Schaefer and Melvin P. Siedband:** "Dental applicance for treating bruxism" is patented by Donald W. Schaefer and Melvin P. Siedband.

**Ellison, J. M. and P. Stanziani:** "SSRI-associated nocturnal bruxism in four patients" appears in The Journal of Clinical Psychiatry written by J. M. Ellison and P. Stanziani. Published in November 1993.

**Holmgren, K., et al.:** "Effect of a full-arch maxillary occlusal splint on parafunctional activity during sleep in patients with nocturnal bruxism and signs and symptoms of craniomandibular disorders" appears in The Journal of Prosthetic Dentistry written by K. Holmgren, A.

# 1994

Sheikholeslam and C. Riise. Published in March 1993.

**John S. Tregillis:** "Dental appliance" is patented by John S. Tregillis. Abstract: A dental appliance including a heat-cured methyl methacrylate and a heat-cured ethyl acrylate. The heat-cured methyl methacrylate covers the occlusal surface of the teeth, while the heat-cured ethyl acrylate covers the buccal side and lingual side of the teeth and may extend onto the tissue. The occlusal surface remains hard. The dental appliance can be a splint, such as for bruxism, temporomandibular disorders, or mandibular repositioning appliances.

**Jones, C. M.:** "Chronic headache and nocturnal bruxism in a 5-year-old child treated with an occlusal splint" appears in International Journal of Paediatric Dentistry / the British Paedodontic Society [and] the International Association of Dentistry for Children written by C. M. Jones. Published in June 1993.

**Sheikholeslam, A., et al.:** "Therapeutic effects of the plane occlusal splint on signs and symptoms of craniomandibular disorders in patients with nocturnal bruxism" appears in Journal of Oral Rehabilitation written by A. Sheikholeslam, K. Holmgren and C. Riise. Published in September 1993.

**Watson, T. S.:** "Effectiveness of arousal and arousal plus overcorrection to reduce nocturnal bruxism" appears in Journal of Behavior Therapy and Experimental Psychiatry written by T. S. Watson. Published in June 1993.

# 1994

**Budtz-Jorgensen, E.:** "The latest findings on bruxism, attrition and overdentures on implants. A report on the 22nd Congress of the Scandinavian Society for Prosthetic Dentistry (SSPD) from 25 to 27 August 1994 in Naadendal, Turku, Finland" appears in Schweizer Monatsschrift Fur Zahnmedizin = Revue Mensuelle Suisse D'odonto-Stomatologie = Rivista Mensile Svizzera di Odontologia E Stomatologia / SSO written by E. Budtz-Jorgensen. Published in 1994.

**Holmgren, K. and A. Sheikholeslam:** "Occlusal adjustment and myoelectric activity of the jaw elevator muscles in patients with nocturnal bruxism and craniomandibular disorders" appears in Scandinavian Journal of Dental Research written by K. Holmgren and A. Sheikholeslam. Published in August 1994.

**Sponsored by:** No Author available.: Sponsored research "Examination of Occlusion." Sponsored by: No Author available. Abstract: Demonstrates the clinical procedures for examination of the entire masticatory system. Emphasizes the determination of centric relation in a patient with bruxism and tense jaw muscles. Includes roentgenographic examination related to occlusion.

# 1995

**Anthony, T. H.:** "Soft thermoplastics in bruxism appliances" appears in Trends & Techniques in the Contemporary Dental Laboratory written by T. H. Anthony. Published in September 1995.

**Frucht, S., et al.:** "Muscle relaxation by transcutaneous electric nerve stimulation (TENS) in bruxism. An electromyographic study" appears in Fortschritte Der Kieferorthopadie written by S. Frucht, I. Jonas and H. F. Kappert. Published in September 1995.

**Michael A. Burger and Rigobertus W. Martens:** "Device for preventing bruxism" is patented by Michael A. Burger and Rigobertus W. Martens. Abstract: An anti bruxism device for stopping or at least diminishing bruxism comprises a splint adapted to be secured to a tooth of a user, and a biofeedback system mounted on the splint. The biofeedback system includes a detector for detecting bruxism, and a stimulation device for stimulating the user responsive to detection of bruxism by the detector. The stimulation produced by the stimulation device causes the user to stop bruxating. Bruxism is a function that could damage teeth and molars, and may affect the neuro-muscular system in a negative way, and could cause, for example, headaches.

**Nel, J. C., et al.:** "Bruxism threshold: an explanation for successful treatment of the multifactorial aetiology of bruxism" appears in Australian Prosthodontic Journal / Australian Prosthodontic

# 1996

Society written by J. C. Nel, S. P. Bester and W. D. Snyman. Published in 1995.

**Pierce, C. J., et al.:** "Stress, anticipatory stress, and psychologic measures related to sleep bruxism" appears in Journal of Orofacial Pain written by C. J. Pierce, K. Chrisman, M. E. Bennett and J. M. Close. Published in December 1995.

**Publication:** Publication of "Sleep bruxism pathophysiology, diagnosis, and treatment by Tommy Sjöholm." Published in 1995.

**Selvaratnam, Peter:** Author of "Cervical headaches and bruxism." Presented by Peter Salvaratnam (sic); director, mixing, Martin Kemp. Publisher: Continuing Education for Professionals (Kempsey, NSW). Published in 1995.

**Tsolka, P., et al.:** "Occlusal variables, bruxism and temporomandibular disorders: a clinical and kinesiographic assessment" appears in Journal of Oral Rehabilitation written by P. Tsolka, J. D. Walter, R. F. Wilson and H. W. Preiskel. Published in December 1995.

**Vanderas, A. P. and K. J. Manetas:** "Relationship between malocclusion and bruxism in children and adolescents: a review" appears in Pediatric Dentistry written by A. P. Vanderas and K. J. Manetas. Published in January - February 1995.

**Warren W. Matz:** "Device for sensing and treating bruxism" is patented by Warren W. Matz.

# 1996

**Ikeda, T., et al.:** "Criteria for the detection of sleep-associated bruxism in humans" appears in Journal of Orofacial Pain written by T. Ikeda, K. Nishigawa, K. Kondo, H. Takeuchi and G. T. Clark. Published in June 1996.

**Lavigne, G. J., et al.:** "Sleep bruxism: validity of clinical research diagnostic criteria in a controlled polysomnographic study" appears in Journal of Dental Research written by G. J. Lavigne, P. H. Rompre and J. Y. Montplaisir. Published in January 1996.

**Lobbezoo, F., et al.:** "Striatal D2 receptor binding in sleep bruxism: a controlled study with iodine-123-iodobenzamide and single-photon-emission computed tomography" appears in Journal of Dental Research written by F. Lobbezoo, J. P.

Soucy, J. Y. Montplaisir and G. J. Lavigne. Published in October 1996.

# 1997

**Amir, I., et al.:** "Bruxism secondary to antipsychotic drug exposure: a positive response to propranolol" appears in Clinical Neuropharmacology written by I. Amir, H. Hermesh and A. Gavish. Published in February 1997.

**Earl O Bergersen:** "Appliance adapted to fit many mouth and tooth sizes for orthodontic correction and other uses" is patented by Earl O Bergersen. Abstract: An orthodontic appliance for assisting in properly positioning teeth within the mouth of an individual which is capable of fitting various mouth and tooth sizes. The appliance includes a labial-buccal flange, a lingual flange spaced from the labial-buccal flange, both of which define a generally U-shaped configuration in the occlusal view, and an isthmus interconnecting the two flanges. At least one tooth trough is defined between the labial-buccal flange and the lingual flange for receiving either an upper or a lower row of the individual's teeth. The appliance includes no individual tooth sockets but instead utilizes pressure applied by the labial-buccal flange, the lingual flange, and the relative angles and material thicknesses to properly position the teeth.

**Gary H. Singer, et al.:** "Dental appliance for alleviating snoring and protecting teeth from bruxism" is patented by Gary H. Singer, Carl Erwin Misch and Neil R. Gottehrer.

**Lavigne, G. L., et al.:** "Cigarette smoking as a risk factor or an exacerbating factor for restless legs syndrome and sleep bruxism" appears in Sleep written by G. L. Lavigne, F. Lobbezoo, P. H. Rompre, T. A. Nielsen and J. Montplaisir. Published in April 1997.

**Leclerc, J. F.:** "Are bruxism and abrasion a contraindication to orthodontic treatment and to the position of lingual or vestibular appliances" appears in L' Orthodontie Francaise written by J. F. Leclerc. Published in 1997.

**Lobbezoo, F., et al.:** "The effect of catecholamine precursor L-dopa on sleep bruxism: a controlled clinical trial" appears in Movement Disorders:

23
Exhibit A

# 1998

Official Journal of the Movement Disorder Society written by F. Lobbezoo, G. J. Lavigne, R. Tanguay and J. Y. Montplaisir. Published in January 1997.

**Mohamed, S. E., et al.:** "A randomized double-blind clinical trial of the effect of amitriptyline on nocturnal masseteric motor activity (sleep bruxism)" appears in Cranio: the Journal of Craniomandibular Practice written by S. E. Mohamed, L. V. Christensen and J. Penchas. Published in October 1997.

**Molina, O. F. and J. Jr:** "Prevalence of modalities of headaches and bruxism among patients with craniomandibular disorder" appears in Cranio: the Journal of Craniomandibular Practice written by O. F. Molina, J. Dos Santos Jr. Published in October 1997.

# 1998

**Dao, T. T. and G. J. Lavigne:** "Oral splints: the crutches for temporomandibular disorders and bruxism?" appears in Critical Reviews in Oral Biology and Medicine: An Official Publication of the American Association of Oral Biologists written by T. T. Dao and G. J. Lavigne. Published in 1998.

**Don Morris:** "Systems and Methods for Modifying Behavioral Disorders" is patented by Don Morris. Abstract: A system is provided for monitoring an undesired behavioral disorder such as bruxism, jaw clenching, or snoring. A processor (110) correlates the monitored behavior with the onset of the undesired disorder. Since behavior of this type is typically subconscious the sensor (105) is preferably coupled to a warning device (120) to alert the patient when he, or she is performing the undesired behavior. Typically the warning device (120) causes the patient to experience an unpleasant sensation, thus promoting the discontinuance of the behavior. In one embodiment the system determines which stimuli is most effective, and therefore best suited for an individual patient. The system may further include means (130) to record the monitored data related to the undesired behavioral disorders.

**Donald E. Morris:** "Systems for modifying behavioral disorders" is patented by Donald E. Morris. Abstract: A system is provided for monitoring an undesired behavioral disorder such as bruxism, jaw clenching, or snoring. A processor correlates the monitored behavior with the onset of the undesired disorder. Since behavior of this type is typically subconscious, the sensor is preferably coupled to a warning device to alert the patient when he or she is performing the undesired behavior. Typically the warning device causes the patient to experience an unpleasant sensation, thus promoting the discontinuance of the behavior. In one embodiment the system determines which stimuli is most effective and therefore best suited for an individual patient. The system may further include means to record the monitored data related to the undesired behavioral disorders.

**Hublin, C., et al.:** "Sleep bruxism based on self-report in a nationwide twin cohort" appears in Journal of Sleep Research written by C. Hublin, J. Kaprio, M. Partinen and M. Koskenvuo. Published in March 1998.

**Jorgic-Srdjak, K., et al.:** "Bruxism and psychobiological model of personality" appears in Collegium Antropologicum written by K. Jorgic-Srdjak, S. Ivezic, A. Cekic-Arambasin and A. Bosnjak. Published in December 1998.

**Karl T. Ulrich, et al.:** "Measurement device for quantifying the severity of bruxism" is patented by Karl T. Ulrich, Lee Weinstein, K. Alex McDonald and Clay A. Burns.

**Khan, F., et al.:** "Dental erosion and bruxism. A tooth wear analysis from south east Queensland" appears in Australian Dental Journal written by F. Khan, W. G. Young and T. J. Daley. Published in April 1998.

**Lee Weinstein, et al.:** "Bruxism biofeedback apparatus and method" is patented by Lee Weinstein, Karl T. Ulrich, Thomas E. Devlin and Clay Burns.

# 1999

**Alpoz, A. R., et al.:** "Bruxism in Rett syndrome: a case report" appears in The Journal of Clinical Pediatric Dentistry written by A. R. Alpoz, N. Ergul, O. Oncag and N. Ergul. Published in

24
Exhibit A

# 1999

December 1999.

**Amemori, Y.:** "Influence of bruxism during sleep on stomatognathic system" appears in K Inverted Question Markk Inverted Question Markby Inverted Question Mark Gakkai Zasshi. the Journal of the Stomatological Society, Japan written by Y. Amemori. Published in March 1999.

**Bostwick, J. M. and M. S. Jaffee:** "Buspirone as an antidote to SSRI-induced bruxism in 4 cases" appears in The Journal of Clinical Psychiatry written by J. M. Bostwick and M. S. Jaffee. Published in December 1999.

**Brown, E. S. and S. C. Hong:** "Antidepressant-induced bruxism successfully treated with gabapentin" appears in Journal of the American Dental Association (1939) written by E. S. Brown and S. C. Hong. Published in October 1999.

**Don A. Pantino:** "Methods and apparatus for improved interocclusal mandibular repositioning with adjustable relational members" is patented by Don A. Pantino. Abstract: A non-surgical oral appliance for improving breathing, and abating or completely alleviating snoring sounds, TMJ and bruxism while sleeping. In one embodiment the user is professionally fitted for the appliance such that the appliance positions the mandible in an open, protrusive, predetermined position such that the oral airway permits the enhanced passage of air. In another embodiment the user is "self" fitted and there in may customize the appliance in the home or like setting such that the appliance positions the mandible in an open, protrusive position such that the oral airway permits the enhanced passage of air.

**Hachmann, A., et al.:** "Efficacy of the nocturnal bite plate in the control of bruxism for 3 to 5 year old children" appears in The Journal of Clinical Pediatric Dentistry written by A. Hachmann, E. A. Martins, F. B. Araujo and R. Nunes. Published in September 1999.

**Hirsch, L. J. and D. Crispin:** "EEG checkerboard pattern of bruxism" appears in Neurology written by L. J. Hirsch and D. Crispin. Published on September 11, 1999.

**Kato, T., et al.:** "Idiopathic myoclonus in the oromandibular region during sleep: a possible source of confusion in sleep bruxism diagnosis" appears in Movement Disorders: Official Journal of the Movement Disorder Society written by T. Kato, J. Y. Montplaisir, P. J. Blanchet, J. P. Lund and G. J. Lavigne. Published in September 1999.

**Lee Weinstein, et al.:** "Bruxism biofeedback apparatus and method including acoustic transducer coupled closely to user's head bones" is patented by Lee Weinstein, Thomas E. Devlin, Karl T. Ulrich and Clay Burns. Abstract: A method and apparatus for the treatment of bruxism thorough biofeedback is disclosed. In one embodiment, the apparatus consists of electronics mounted in a light-weight headband which may be worn comfortably by a user during sleep or while awake. Electrodes within the headband pick up surface EMG voltage signals indicative of bruxism, and bio-feedback is provided to the user by a piezoelectric transducer in mechanical contact with the head of the user. One electrode of the piezoelectric transducer also serves as the reference sense electrode. The electrodes require no chemistry, allowing the apparatus to be worn for considerable periods without skin irritation.

**Mantyvaara, J., et al.:** "Altered control of submaximal bite force during bruxism in humans" appears in European Journal of Applied Physiology and Occupational Physiology written by J. Mantyvaara, T. Sjoholm, T. Kirjavainen, A. Waltimo, M. Iivonen, P. Kemppainen and A. Pertovaara. Published in March 1999.

**Moti Nissani:** "Taste-based approach to the prevention of teeth clenching and grinding" is patented by Moti Nissani. Abstract: A new biofeedback modality for the treatment of bruxism. A mildly aversive, safe, liquid is inserted into, and sealed in, small, bilaterally-sleeved, polyethylene capsules. Two capsules are attached to a specially-constructed dental appliance which comfortably and securely places them between the lower and upper teeth. The appliance and capsules are worn at night or at other times when bruxism is suspected to occur. Whenever a sleeping or an awake patient attempts to brux, the capsules rupture and the liquid is released into the mouth. The liquid then draws the patient's conscious attention to, and forestalls, any attempt of teeth clenching or grinding.

# 2000

**Nassif, N. J. and K. S. Al-Ghamdi:** "Managing bruxism and temporomandibular disorders using a centric relation occlusal device" appears in Compendium of Continuing Education in Dentistry (Jamesburg, N.J.: 1995) written by N. J. Nassif and K. S. Al-Ghamdi. Published in November 1999.

**Nobutaka Yoshida:** "Dental protector against bruxism" is patented by Nobutaka Yoshida. Abstract: The invention has for its object to provide a dental protector against bruxism adapted to protect the teeth from clenching, insure stability during wear, and applicable to many persons.

**Watts, M. W., et al.:** "Bruxism and cranial-cervical dystonia: is there a relationship?" appears in Cranio: the Journal of Craniomandibular Practice written by M. W. Watts, E. K. Tan and J. Jankovic. Published in July 1999.

# 2000

**Bader, G. and G. Lavigne:** "Sleep bruxism; an overview of an oromandibular sleep movement disorder. REVIEW ARTICLE" appears in Sleep Medicine Reviews written by G. Bader and G. Lavigne. Published in February 2000.

**De Laat, A. and F. Lobbezoo:** "Bruxism: well known, but difficult to fathom" appears in Nederlands Tijdschrift Voor Tandheelkunde written by A. De Laat and F. Lobbezoo. Published in July 2000.

**Jacobs, R. and A. Laat:** "Bruxism and overload of periodontium and implants" appears in Nederlands Tijdschrift Voor Tandheelkunde written by R. Jacobs and A. De Laat. Published in July 2000.

**Jaffee, M. S. and J. M. Bostwick:** "Buspirone as an antidote to venlafaxine-induced bruxism" appears in Psychosomatics written by M. S. Jaffee and J. M. Bostwick. Published in November - December 2000.

**Landman, P.:** "Restoring aesthetics and vertical dimension in a bruxism case" appears in Dentistry Today written by P. Landman. Published in October 2000.

**Mark Friedman:** "Treatment of bruxism" is patented by Mark Friedman. Abstract: This invention relates to the use of a composition for local percutaneous delivery of a drug such as a muscle relaxant, more particularly cyclobenzaprine in an organogel cream. The composition is applied by the patient directly to the skin over accessible muscles of mastication i.e., masseter and temporalis. The composition is rapidly absorbed through the skin to provide control of harmful habits such as bruxism and tooth clenching. The composition can also be applied to the skin overlying these muscles to control muscle hyperactivity (spasm) and/or trigger points, from other causes. The composition can be formulated to include another active agent such as a non-steroidal anti-inflammatory, for example ketoprofen.

**Nissani, M.:** "Can taste aversion prevent bruxism?" appears in Applied Psychophysiology and Biofeedback written by M. Nissani. Published in March 2000.

# 2001

**Abbey, David:** Author of "Stop Grinding!: aid for those with bruxism." Publisher: Abbey & Dafoe. Published in 2001.

**Amemori, Y., et al.:** "Influence of nocturnal bruxism on the stomatognathic system. Part I: a new device for measuring mandibular movements during sleep" appears in Journal of Oral Rehabilitation written by Y. Amemori, S. Yamashita, M. Ai, H. Shinoda, M. Sato and J. Takahashi. Published in October 2001.

**Ballestri, M., et al.:** "Liver and kidney foreign bodies granulomatosis in a patient with malocclusion, bruxism, and worn dental prostheses" appears in Gastroenterology written by M. Ballestri, A. Baraldi, A. M. Gatti, L. Furci, A. Bagni, P. Loria, R. M. Rapana, N. Carulli and A. Albertazzi. Published in November 2001.

**Lavigne, G. J., et al.:** "Double-blind, crossover, placebo-controlled trial of bromocriptine in patients with sleep bruxism" appears in Clinical Neuropharmacology written by G. J. Lavigne, J. P. Soucy, F. Lobbezoo, C. Manzini, P. J. Blanchet and J. Y. Montplaisir. Published in May - June 2001.

**Lobbezoo, F., et al.:** "Reports of SSRI-associated

# 2002

bruxism in the family physician's office" appears in Journal of Orofacial Pain written by F. Lobbezoo, R. J. Van Denderen, J. G. Verheij and M. Naeije. Published in September 2001.

**Molina, O. F., et al.:** "Oral jaw behaviors in TMD and bruxism: a comparison study by severity of bruxism" appears in Cranio: the Journal of Craniomandibular Practice written by O. F. Molina, J. Dos Santos, M. Mazzetto, S. Nelson, T. Nowlin and E. T. Mainieri. Published in April 2001.

**Nissani, M.:** "A bibliographical survey of bruxism with special emphasis on non-traditional treatment modalities" appears in Journal of Oral Science written by M. Nissani. Published in June 2001.

**Raigrodski, A. J., et al.:** "The effect of four-week administration of amitriptyline on sleep bruxism. A double-blind crossover clinical study" appears in Cranio: the Journal of Craniomandibular Practice written by A. J. Raigrodski, L. V. Christensen, S. E. Mohamed and D. M. Gardiner. Published in January 2001.

**Sari, S. and H. Sonmez:** "The relationship between occlusal factors and bruxism in permanent and mixed dentition in Turkish children" appears in The Journal of Clinical Pediatric Dentistry written by S. Sari and H. Sonmez. Published in March 2001.

**Sullivan, T. C.:** "A new occlusal splint for treating bruxism and TMD during orthodontic therapy" appears in Journal of Clinical Orthodontics: JCO written by T. C. Sullivan. Published in March 2001.

**Takeuchi, H., et al.:** "A piezoelectric film-based intrasplint detection method for bruxism" appears in The Journal of Prosthetic Dentistry written by H. Takeuchi, T. Ikeda and G. T. Clark. Published in August 2001.

**Van Waas, M. A.:** "Treatment of craniomandibular joint symptoms and bruxism in the edentulous patient" appears in Nederlands Tijdschrift Voor Tandheelkunde written by M. A. Van Waas. Published in December 2001.

**Wieselmann-Penkner, K., et al.:** "A comparison of the muscular relaxation effect of TENS and EMG-biofeedback in patients with bruxism" appears in Journal of Oral Rehabilitation written by K.

Wieselmann-Penkner, M. Janda, M. Lorenzoni and R. Polansky. Published in September 2001.

**Wise, M.:** "Citalopram-induced bruxism" appears in The British Journal of Psychiatry: the Journal of Mental Science written by M. Wise. Published in February 2001.

# 2002

**Alvarez-Arenal, A., et al.:** "Effect of occlusal splint and transcutaneous electric nerve stimulation on the signs and symptoms of temporomandibular disorders in patients with bruxism" appears in Journal of Oral Rehabilitation written by A. Alvarez-Arenal, L. M. Junquera, J. P. Fernandez, I. Gonzalez and S. Olay. Published in September 2002.

**Israel Yerushalmy:** "Apparatus for treating bruxism" is patented by Israel Yerushalmy. Abstract: Apparatus for the treatment of bruxism, including a biosensor adapted to sense a phenomenon associated with a bruxing event, and a relaxation stimulator in communication with the biosensor and adapted to provide a relaxation stimulus to relax at least one of an obruxism muscle and an obruxism nerve.

**Lavigne, G. J., et al.:** "Lower number of K-complexes and K-alphas in sleep bruxism: a controlled quantitative study" appears in Clinical Neurophysiology: Official Journal of the International Federation of Clinical Neurophysiology written by G. J. Lavigne, P. H. Rompre, F. Guitard, B. J. Sessle, T. Kato and J. Y. Montplaisir. Published in May 2002.

**Marinella, M. A.:** "Bruxism masquerading as a murmur" appears in Archives of Internal Medicine written by M. A. Marinella. Published on March 11, 2002.

**Misch, C. E.:** "The effect of bruxism on treatment planning for dental implants" appears in Dentistry Today written by C. E. Misch. Published in September 2002.

**Ng, D. K., et al.:** "Habitual snoring and sleep bruxism in a paediatric outpatient population in Hong Kong" appears in Singapore Medical Journal written by D. K. Ng, K. L. Kwok, G. Poon and K. W. Chau. Published in November 2002.

# 2003

**Oksenberg, A. and E. Arons:** "Sleep bruxism related to obstructive sleep apnea: the effect of continuous positive airway pressure" appears in Sleep Medicine written by A. Oksenberg and E. Arons. Published in November 2002.

**Sakagami, R., et al.:** "Development of a portable bruxism monitoring and analysis device equipped with a microcomputer and its practical application" appears in Frontiers of Medical and Biological Engineering: the International Journal of the Japan Society of Medical Electronics and Biological Engineering written by R. Sakagami, T. Horii, S. Ino, K. Matoba, H. Kato and M. Kawanami. Published in 2002.

# 2003

**Baba, K., et al.:** "Bruxism force detection by a piezoelectric film-based recording device in sleeping humans" appears in Journal of Orofacial Pain written by K. Baba, G. T. Clark, T. Watanabe and T. Ohyama. Published in December 2003.

**Carlsson, G. E., et al.:** "Predictors of bruxism, other oral parafunctions, and tooth wear over a 20-year follow-up period" appears in Journal of Orofacial Pain written by G. E. Carlsson, I. Egermark and T. Magnusson. Published in December 2003.

**Chikhani, L. and J. Dichamp:** "Bruxism, temporo-mandibular dysfunction and botulinum toxin" appears in Annales de Readaptation et de Medecine Physique: Revue Scientifique de la Societe Francaise de Reeducation Fonctionnelle de Readaptation et de Medecine Physique written by L. Chikhani and J. Dichamp. Published in July 2003.

**Granada, S. and R. A. Hicks:** "Changes in self-reported incidence of nocturnal bruxism in college students: 1966-2002" appears in Perceptual and Motor Skills written by S. Granada and R. A. Hicks. Published in December 2003.

**Kato, T., et al.:** "Evidence that experimentally induced sleep bruxism is a consequence of transient arousal" appears in Journal of Dental Research written by T. Kato, J. Y. Montplaisir, F. Guitard, B. J. Sessle, J. P. Lund and G. J. Lavigne. Published in April 2003.

**Knutson, G. A.:** "Vectored upper cervical manipulation for chronic sleep bruxism, headache, and cervical spine pain in a child" appears in Journal of Manipulative and Physiological Therapeutics written by G. A. Knutson. Published in July - August 2003.

**Lavigne, G. J., et al.:** "Neurobiological mechanisms involved in sleep bruxism" appears in Critical Reviews in Oral Biology and Medicine: An Official Publication of the American Association of Oral Biologists written by G. J. Lavigne, T. Kato, A. Kolta and B. J. Sessle. Published in 2003.

**Manfredini, D., et al.:** "Prevalence of bruxism in patients with different research diagnostic criteria for temporomandibular disorders (RDC/TMD) diagnoses" appears in Cranio: the Journal of Craniomandibular Practice written by D. Manfredini, E. Cantini, M. Romagnoli and M. Bosco. Published in October 2003.

**Miyaoka, T., et al.:** "Successful electroconvulsive therapy in major depression with fluvoxamine-induced bruxism" appears in The Journal of ECT written by T. Miyaoka, R. Yasukawa, T. Mihara, Y. Shimizu, K. Tsubouchi, T. Maeda, S. Mizuno, J. Uegaki, T. Inagaki, J. Horiguchi and H. Tachibana. Published in September 2003.

**Miyawaki, S., et al.:** "Association between sleep bruxism, swallowing-related laryngeal movement, and sleep positions" appears in Sleep written by S. Miyawaki, G. J. Lavigne, M. Pierre, F. Guitard, J. Y. Montplaisir and T. Kato. Published on June 15, 2003.

**Nishigawa, K., et al.:** "Contingent electrical lip stimulation for sleep bruxism: a pilot study" appears in The Journal of Prosthetic Dentistry written by K. Nishigawa, K. Kondo, H. Takeuchi and G. T. Clark. Published in April 2003.

**Romoli, M., et al.:** "Electromyographic changes in bruxism after auricular stimulation. A randomized controlled clinical trial" appears in Minerva Medica written by M. Romoli, R. Ridi and A. Giommi. Published in August 2003.

**See, S. J. and E. K. Tan:** "Severe amphethamine-induced bruxism: treatment with botulinum toxin" appears in Acta Neurologica Scandinavica written by S. J. See and E. K. Tan. Published in February 2003.

**Tosun, T., et al.:** "Evaluation of sleep bruxism by

28
Exhibit A

# 2004

polysomnographic analysis in patients with dental implants" appears in The International Journal of Oral & Maxillofacial Implants written by T. Tosun, C. Karabuda and C. Cuhadaroglu. Published in March - April 2003.

**Yip, K. H., et al.:** "Rehabilitating a patient with bruxism-associated tooth tissue loss: a literature review and case report" appears in General Dentistry written by K. H. Yip, T. W. Chow and F. C. Chu. Published in January - February 2003.

# 2004

**Ahlberg, J., et al.:** "Reported bruxism and biopsychosocial symptoms: a longitudinal study" appears in Community Dentistry and Oral Epidemiology written by J. Ahlberg, A. Savolainen, M. Rantala, H. Lindholm and M. Kononen. Published in August 2004.

**Baba, K., et al.:** "Does tooth wear status predict ongoing sleep bruxism in 30-year-old Japanese subjects?" appears in The International Journal of Prosthodontics written by K. Baba, T. Haketa, G. T. Clark and T. Ohyama. Published in January - February 2004.

**Foster, P. S.:** "Use of the Calmset 3 biofeedback/relaxation system in the assessment and treatment of chronic nocturnal bruxism" appears in Applied Psychophysiology and Biofeedback written by P. S. Foster. Published in June 2004.

**Nash, M. C., et al.:** "Treatment of Bruxism in Huntington's Disease With Botulinum Toxin" appears in The Journal of Neuropsychiatry and Clinical Neurosciences written by M. C. Nash, R. B. Ferrell, M. A. Lombardo and R. B. Williams. Published in June 2004.

**Parker, James N.:** Author of "Bruxism - A Medical Dictionary, Bibliography, and Annotated Research Guide to Internet References." Publisher: ICON Group International Inc (San Diego). Published in 2004.

**Tan, E. K., et al.:** "Severe bruxism following basal ganglia infarcts: insights into pathophysiology" appears in Journal of the Neurological Sciences written by E. K. Tan, L. L. Chan and H. M. Chang. Published on February 15, 2004.

**Wali, G. M.:** "Asymmetrical awake bruxism associated with multiple system atrophy" appears in Movement Disorders: Official Journal of the Movement Disorder Society written by G. M. Wali. Published in March 2004.

# 2005

**Ahlberg K., Ahlberg J., Könönen M., Alakuijala A., Partinen M., Savolainen A.:** Authors of "Perceived orofacial pain and its associations with reported bruxism and insomnia symptoms in media personnel with or without irregular shift work," published in Acta Odontologica Scandinavica, vol. 63, no. 4, in August 2005.

**Camparis C.M., Formigoni G., Teixeira M.J., de Siqueira J.T.:** Authors of "Clinical evaluation of tinnitus in patients with sleep bruxism: prevalence and characteristics," published in Journal of Oral Rehabilitation, vol. 32, no. 11, in November 2005.

**Cheifetz A.T., Osganian S.K., Allred E.N., Needleman H.L.:** Authors of "Prevalence of bruxism and associated correlates in children as reported by parents," published in Journal of Dentistry for Children (Chicago, Ill.), vol. 72, no. 2, in May-August 2005 .

**Chen W.H., Lu Y.C., Lui C.C., Liu J.S.:** Authors of "A proposed mechanism for diurnal/nocturnal bruxism: hypersensitivity of presynaptic dopamine receptors in the frontal lobe," published in Journal of Clinical Neuroscience: Official Journal of the Neurosurgical Society of Australasia, vol. 12, no. 2, in February 2005.

**Cosme D.C., Baldisserotto S.M., Canabarro Sde A., Shinkai R.S.:** Authors of "Bruxism and voluntary maximal bite force in young dentate adults," published in The International Journal of Prosthodontics, vol. 18, no. 4, in July-August 2005

**Nunn M.:** Author of "Bruxism is significantly more prevalent among smokers," published in The Journal of Evidence-based Dental Practice, vol. 5, no. 2, p. 86-7, in June 2005.

**Ommerborn M.A., Giraki M., Schneider C., Schaefer R., Gotter A., Franz M., Raab W.H.:** Authors of "A new analyzing method for quantification of abrasion on the Bruxcore device

# 2006

for sleep bruxism diagnosis," published in Journal of Orofacial Pain, vol. 19, no. 3, in Summer 2005 .

**Rodrigues Garcia R.C., Faot F., Cury A.A.:** Authors of "Effect of interocclusal appliance on masticatory performance of patients with bruxism," published in Cranio: the Journal of Craniomandibular Practice, vol. 23, no. 4, in October 2005.

**Saletu A., Parapatics S., Saletu B., Anderer P., Prause W., Putz H., Adelbauer J., Saletu-Zyhlarz G.M.:** Authors of "On the pharmacotherapy of sleep bruxism: placebo-controlled polysomnographic and psychometric studies with clonazepam," published in Neuropsychobiology, vol. 51, no. 4, p. 214-25, in 2005.

**Tomonaga A., Ikeda M., Kato H., Ohata N.:** Authors of "[Influence of sleep bruxism on dislodgement of dental restorations]," published in Nihon Hotetsu Shika Gakkai Zasshi, vol. 49, no. 2, p. 221-30, in April 2005.

**Van der Zaag J., Lobbezoo F., Wicks D.J., Visscher C.M., Hamburger H.L., Naeije M.:** Authors of "Controlled assessment of the efficacy of occlusal stabilization splints on sleep bruxism," published in Journal of Orofacial Pain, vol. 19, no. 2, in Spring 2005 .

# 2006

**Antonio A.G., Pierro V.S., Maia L.C.:** Authors of "Bruxism in children: a warning sign for psychological problems," published in Journal (Canadian Dental Association), vol. 72, no. 2, in March 2006.

**Camparis C.M., Siqueira J.T.:** Authors of "Sleep bruxism: clinical aspects and characteristics in patients with and without chronic orofacial pain," published in Oral Surgery, Oral Medicine, Oral Pathology, Oral Radiology, and Endodontics, vol. 101, no. 2, p. 188-93, in February 2006.

**Cesar G.M., Tosato Jde P., Biasotto-Gonzalez D.A.:** Authors of "Correlation between occlusion and cervical posture in patients with bruxism," published in Compendium of Continuing Education in Dentistry (Jamesburg, N.J.: 1995), vol. 27, no. 8, p. 463-6, in August 2006.

**Duke J., King K.A., Harrison J.L.:** Authors of "Repair of porcelain crowns due to bruxism: a case report," published in The Journal of the Tennessee Dental Association, vol. 86, no. 2, p. 30-1, in Spring 2006 .

**El Maaytah M., Jerjes W., Upile T., Swinson B., Hopper C., Ayliffe P.:** Authors of "Bruxism secondary to brain injury treated with botulinum toxin-A: a case report," published in Head & Face Medicine, vol. 2, on November 23, 2006.

**Gastaldo E., Quatrale R., Graziani A., Eleopra R., Tugnoli V., Tola M.R., Granieri E.:** Authors of "The excitability of the trigeminal motor system in sleep bruxism: a transcranial magnetic stimulation and brainstem reflex study," published in Journal of Orofacial Pain, vol. 20, no. 2, in Spring 2006 .

**Harada T., Ichiki R., Tsukiyama Y., Koyano K.:** Authors of "The effect of oral splint devices on sleep bruxism: a 6-week observation with an ambulatory electromyographic recording device," published in Journal of Oral Rehabilitation, vol. 33, no. 7, in July 2006.

**Harris D.:** Author of "Factitious buccal lesion secondary to bruxism in a child with cerebral palsy," published in Emergency Medicine Journal: EMJ, vol. 23, no. 1, in January 2006.

**Herrera M., Valencia I., Grant M., Metroka D., Chialastri A., Kothare S.V.:** Authors of "Bruxism in children: effect on sleep architecture and daytime cognitive performance and behavior," published in Sleep, vol. 29, no. 9, p. 1143-8, on September 01, 2006.

**Huynh N.T., Rompré P.H., Montplaisir J.Y., Manzini C., Okura K., Lavigne G.J.:** Authors of "Comparison of various treatments for sleep bruxism using determinants of number needed to treat and effect size," published in The International Journal of Prosthodontics, vol. 19, no. 5, p. 435-41, in September-October 2006 .

**John M.T.:** Author of "Mood psychopathology is possibly associated with bruxism," published in The Journal of Evidence-based Dental Practice, vol. 6, no. 2, p. 189-90, in June 2006.

**Landry M.L., Rompré P.H., Manzini C., Guitard F., de Grandmont P., Lavigne G.J.:** Authors of "Reduction of sleep bruxism using a mandibular

advancement device: an experimental controlled study," published in The International Journal of Prosthodontics, vol. 19, no. 6, in November-December 2006 .

**Lobbezoo F., Van Der Zaag J., Naeije M.:** Authors of "Bruxism: its multiple causes and its effects on dental implants - an updated review," published in Journal of Oral Rehabilitation, vol. 33, no. 4, p. 293-300, in April 2006.

**Marthol H., Reich S., Jacke J., Lechner K.H., Wichmann M., Hilz M.J.:** Authors of "Enhanced sympathetic cardiac modulation in bruxism patients," published in Clinical Autonomic Research: Official Journal of the Clinical Autonomic Research Society, vol. 16, no. 4, p. 276-80, in August 2006.

**Monroy P.G., da Fonseca M.A.:** Authors of "The use of botulinum toxin-a in the treatment of severe bruxism in a patient with autism: a case report," published in Special Care in Dentistry: Official Publication of the American Association of Hospital Dentists, the Academy of Dentistry for the Handicapped, and the American Society for Geriatric Dentistry, vol. 26, no. 1, in January-February 2006 .

**Onodera K., Kawagoe T., Sasaguri K., Protacio-Quismundo C., Sato S.:** Authors of "The use of a bruxchecker in the evaluation of different grinding patterns during sleep bruxism," published in Cranio: the Journal of Craniomandibular Practice, vol. 24, no. 4, in October 2006.

**Ranjan S., S. Chandra P., Prabhu S.:** Authors of "Antidepressant-induced bruxism: need for buspirone?" published in The International Journal of Neuropsychopharmacology / Official Scientific Journal of the Collegium Internationale Neuropsychopharmacologicum (CINP), vol. 9, no. 4, p. 485-7, in August 2006.

**Restrepo C., Peláez A., Alvarez E., Paucar C., Abad P.:** Authors of "Digital imaging of patterns of dental wear to diagnose bruxism in children," published in International Journal of Paediatric Dentistry / the British Paedodontic Society [and] the International Association of Dentistry for Children, vol. 16, no. 4, in July 2006.

**Takemura T., Takahashi T., Fukuda M., Ohnuki T., Asunuma T., Masuda Y., Kondoh H.,**

**Kanbayashi T., Shimizu T.:** Authors of "A psychological study on patients with masticatory muscle disorder and sleep bruxism," published in Cranio: the Journal of Craniomandibular Practice, vol. 24, no. 3, in July 2006.

## 2007

**Bracha H.S., Lenze S.M., Shelton J.M.:** Authors of "Bruxism and autonomic activity," published in Clinical Autonomic Research: Official Journal of the Clinical Autonomic Research Society, vol. 17, no. 1, p. 50, in February 2007.

**Chong A.K.:** Author of "The use of splints for managing TMD and bruxism," published in Hawaii Dental Journal, vol. 38, no. 3, p. 8, in May-June 2007 .

**Clark G.T., Ram S.:** Authors of "Four oral motor disorders: bruxism, dystonia, dyskinesia and drug-induced dystonic extrapyramidal reactions," published in Dental Clinics of North America, vol. 51, no. 1, p. 225-43, viii-ix, in January 2007.

**Huynh N., Manzini C., Rompré P.H., Lavigne G.J.:** Authors of "Weighing the potential effectiveness of various treatments for sleep bruxism," published in Journal (Canadian Dental Association), vol. 73, no. 8, in October 2007.

**Kishi Y.:** Author of "Paroxetine-induced bruxism effectively treated with tandospirone," published in The Journal of Neuropsychiatry and Clinical Neurosciences, vol. 19, no. 1, p. 90-1, in Winter 2007 .

**Klasser G.D., Greene C.S.:** Authors of "Role of oral appliances in the management of sleep bruxism and temporomandibular disorders," published in The Alpha Omegan, vol. 100, no. 3, p. 111-9, in 2007.

**Lavigne G.J., Huynh N., Kato T., Okura K., Adachi K., Yao D., Sessle B.:** Authors of "Genesis of sleep bruxism: motor and autonomic-cardiac interactions," published in Archives of Oral Biology, vol. 52, no. 4, p. 381-4, in April 2007.

**Loi D., Provini F., Vetrugno R., D'Angelo R., Zaniboni A., Montagna P.:** Authors of "Sleep-related faciomandibular myoclonus: A sleep-related movement disorder different from

# 2008

bruxism," published in Movement Disorders: Official Journal of the Movement Disorder Society, vol. 22, no. 12, on September 15, 2007.

**López-Pérez R., López-Morales P., Borges-Yáñez S.A., Maupomé G., Parés-Vidrio G.:** Authors of "Prevalence of bruxism among Mexican children with Down syndrome," published in Down's Syndrome, Research and Practice: the Journal of the Sarah Duffen Centre / University of Portsmouth, vol. 12, no. 1, in July 2007.

**Lurie O., Zadik Y., Einy S., Tarrasch R., Raviv G., Goldstein L.:** Authors of "Bruxism in military pilots and non-pilots: tooth wear and psychological stress," published in Aviation, Space, and Environmental Medicine, vol. 78, no. 2, in February 2007.

**Macedo C.R., Silva A.B., Machado M.A., Saconato H., Prado G.F.:** Authors of "Occlusal splints for treating sleep bruxism (tooth grinding)," published in Cochrane Database of Systematic Reviews (Online), on October 17, 2007.

**Nascimento L.L., Amorim C.F., Giannasi L.C., Oliveira C.S., Nacif S.R., Silva A.D., Nascimento D.F., Marchini L., de Oliveira L.V.:** Authors of "Occlusal splint for sleep bruxism: an electromyographic associated to Helkimo Index evaluation," published in Sleep & Breathing = Schlaf & Atmung, on November 07, 2007.

**Ommerborn M.A., Schneider C., Giraki M., Schäfer R., Handschel J., Franz M., Raab W.H.:** Authors of "Effects of an occlusal splint compared with cognitive-behavioral treatment on sleep bruxism activity," published in European Journal of Oral Sciences, vol. 115, no. 1, in February 2007.

**Peres A.C., Ribeiro M.O., Juliano Y., César M.F., Santos R.C.:** Authors of "Occurrence of bruxism in a sample of Brazilian children with cerebral palsy," published in Special Care in Dentistry: Official Publication of the American Association of Hospital Dentists, the Academy of Dentistry for the Handicapped, and the American Society for Geriatric Dentistry, vol. 27, no. 2, in March-April 2007 .

**Pizolato R.A., Gavião M.B., Berretin-Felix G., Sampaio A.C., Trindade Junior A.S.:** Authors of

"Maximal bite force in young adults with temporomandibular disorders and bruxism," published in Brazilian Oral Research, vol. 21, no. 3, in July-September 2007 .

**Rompré P.H., Daigle-Landry D., Guitard F., Montplaisir J.Y., Lavigne G.J.:** Authors of "Identification of a sleep bruxism subgroup with a higher risk of pain," published in Journal of Dental Research, vol. 86, no. 9, in September 2007.

**Schneider C., Schaefer R., Ommerborn M.A., Giraki M., Goertz A., Raab W.H., Franz M.:** Authors of "Maladaptive coping strategies in patients with bruxism compared to non-bruxing controls," published in International Journal of Behavioral Medicine, vol. 14, no. 4, in 2007.

**Shochat T., Gavish A., Arons E., Hadas N., Molotsky A., Lavie P., Oksenberg A.:** Authors of "Validation of the BiteStrip screener for sleep bruxism," published in Oral Surgery, Oral Medicine, Oral Pathology, Oral Radiology, and Endodontics, vol. 104, no. 3, p. e32-9, in September 2007.

**Suganuma T., Ono Y., Shinya A., Furuya R.:** Authors of "The effect of bruxism on periodontal sensation in the molar region: A pilot study," published in The Journal of Prosthetic Dentistry, vol. 98, no. 1, in July 2007.

**Van der Zaag J., Lobbezoo F., Van der Avoort P.G., Wicks D.J., Hamburger H.L., Naeije M.:** Authors of "Effects of pergolide on severe sleep bruxism in a patient experiencing oral implant failure," published in Journal of Oral Rehabilitation, vol. 34, no. 5, in May 2007.

**Winocur E., Hermesh H., Littner D., Shiloh R., Peleg L., Eli I.:** Authors of "Signs of bruxism and temporomandibular disorders among psychiatric patients," published in Oral Surgery, Oral Medicine, Oral Pathology, Oral Radiology, and Endodontics, vol. 103, no. 1, p. 60-3, in January 2007.

# 2008

**Barbosa T.D., Miyakoda L.S., Pocztaruk R.D., Rocha C.P., Gavião M.B.:** Authors of "Temporomandibular disorders and bruxism in childhood and adolescence: Review of the

32
Exhibit A

# 2008

literature," published in International Journal of Pediatric Otorhinolaryngology, on January 02, 2008.

**Grechi T.H., Trawitzki L.V., de Felício C.M., Valera F.C., Alnselmo-Lima W.T.:** Authors of "Bruxism in children with nasal obstruction," published in International Journal of Pediatric Otorhinolaryngology, on January 28, 2008.

**Manconi M., Zucconi M., Carrot B., Ferri R., Oldani A., Ferini-Strambi L.:** Authors of "Association between bruxism and nocturnal groaning," published in Movement Disorders: Official Journal of the Movement Disorder Society, on January 28, 2008.

**Parker, Philip M.:** INSEAD Chair Professor of Management Science. On September 4, 2007 he obtained the patent for a "Method and Apparatus for Automated Authoring and Marketing," which was used, in 2008, to create "Bruxism: Webster's Timeline History." Publisher: ICON Group International, Inc. (San Diego). Abstract: The present invention provides for the automatic authoring, marketing, and/or distributing of title material. A computer automatically authors material. The material is automatically formatted into a desired format, resulting in a title material. The title material may also be automatically distributed to a recipient. Meta material, marketing material, and control material are automatically authored and if desired, distributed to a recipient. Further, the title material may be authored on demand, such that it may be in any desired language and with the latest version and content.

# Index

## A

Abbey, 14
Abramovich, 8
Abstract, 9, 10, 11, 12, 13, 14, 15, 21
Academy, 19, 20
Acta, 5, 16, 17
Ahlberg, 17
Ahlgren, 5
Al-Ghamdi, 14
Alpoz, 12
Alvarez-Arenal, 15
Amemori, 13, 14
American, 6, 8, 9, 12, 13, 16, 19, 20
Andrew, 6
Anich, 8
Anthony, 10
Antidepressant-induced, 13, 19
Apparatus, 8, 9, 12, 13, 15, 21
Appliance, 9, 10, 11, 13, 18
Applications, 6, 7
Applied, 11, 13, 14, 17
April, 6, 7, 8, 9, 11, 12, 15, 16, 17, 18, 19
Archives, 15, 19
Arons, 16, 20
Association, 5, 8, 10, 12, 13, 16, 18, 19, 20, 21
August, 5, 7, 10, 15, 16, 17, 18, 19
Australian, 10, 12
Authoring, 21
Automated, 6, 21
Autonomic, 19
Ayer, 5
Ayllon, 6

## B

Baba, 16, 17
Bader, 14
Baer, 8
Bailey, 8, 9
Baldinetti, 5
Ballestri, 14
Behavior, 6, 10, 12, 18
Behavioral, 7, 12, 20
Behaviour, 6, 7
Bergersen, 11
Biofeedback, 7, 8, 10, 12, 13, 14, 17
Biological, 16
Biologists, 12, 16
Biology, 12, 16, 19
Biomonitoring, 6
Biondi, 9
Blanchet, 13, 14
Bostwick, 13, 14
Botulinum, 16, 17, 18, 19
Brazilian, 20
Breathing, 13, 20
Briell, 8
British, 10, 15, 19
Brown, 13
Budtz-Jogensen, 6
Budtz-Jorgensen, 10
Burger, 10
Burns, 12, 13
Buspirone, 13, 14, 19

## C

Cabre, 8
Camparis, 17, 18
Canadian, 5, 18, 19
Cannistraci, 6, 7

Carlsson, 8, 16
Casas, 6, 7
Cassisi, 7
Causes, 9, 10, 12, 14, 19
Cervical, 11, 16, 18
Chikhani, 16
Christensen, 5, 12, 15
Chronic, 8, 10, 16, 17, 18
Clark, 7, 11, 15, 16, 17, 19
Clarke, 9
Clay, 12, 13
College, 7, 8, 9, 16
Collegium, 12, 19
Comparison, 6, 15, 18
Compendium, 14, 18
Conti, 9
Continuing, 11, 14, 18
Controlled, 11, 15, 16, 18, 19
Cranio, 8, 12, 14, 15, 16, 18, 19
Craniomandibular, 8, 9, 10, 12, 14, 15, 16, 18, 19
Crispin, 13
Criteria, 11, 16
Critical, 8, 12, 16

## D

Daigaku, 6, 8
Dao, 12
David, 8, 14
December, 5, 6, 8, 9, 11, 12, 13, 14, 15, 16
Dentists, 19, 20
Der, 10, 18, 19, 20
Deutsche, 5, 6, 8
Device, 8, 10, 11, 12, 14, 16, 17, 18, 19
Devlin, 12, 13

Index

Dichamp, 16
Diego, 17, 21
Disease, 7, 9, 17
Disorder, 9, 12, 13, 14, 17, 19, 20, 21
Disorders, 5, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 19, 20, 21
Donald, 9, 12
Dos, 12, 15
Double-blind, 12, 14, 15

E

Effectiveness, 10, 19
Efficacy, 13, 18
Electrical, 8, 16
Electrodes, 13
Electromyographic, 6, 7, 9, 10, 16, 18, 20
Electronics, 13, 16
Ellison, 9
EMG, 7, 13
Endodontics, 18, 20
Engineering, 16
Enhanced, 13, 19
Ergul, 12
Eschler, 5
European, 13, 20
Evaluation, 6, 16, 17, 19, 20
Evidence-based, 17, 18
Examination, 8, 10
Experimental, 5, 6, 7, 10, 19

F

Facial, 5, 8
February, 6, 9, 11, 14, 15, 16, 17, 18, 19, 20
Finnish, 6
Forgione, 6
Foster, 17
Fraccari, 8
Francaise, 11, 16
Franz, 17, 20
Friedman, 14
Friedrich, 7

Frucht, 10

G

Gakkai, 8, 13, 18
Gale, 5
Gary, 11
Gavish, 11, 20
Geriatric, 19, 20
Giangregorio, 7
Giraki, 17, 20
Gonzalez-Cabeza, 7
Graber, 6
Granada, 16
Grinding, 9, 13, 14, 19, 20
Guitard, 15, 16, 18, 20

H

Hachmann, 13
Hagiwara, 7
Hamada, 7
Hamburger, 18, 20
Hammaslaakariseuran, 5, 6
Hanamura, 7, 8
Handicapped, 9, 19, 20
Heller, 6
Hermesh, 11, 20
Hernandez, 8
Hicks, 9, 16
Hiroshima, 6, 8
Hirsch, 13
Holmgren, 7, 9, 10
Hong, 13, 15
Houston, 8, 9
Hublin, 12
Hudzinski, 8
Hutchins, 9
Huynh, 18, 19

I

ICON, 17, 21
Ieremia, 8
Ikeda, 11, 15, 18
Implants, 10, 14, 15, 17, 19
Inc, 6, 17, 21
Includes, 10, 11

Influence, 13, 14
Ingle, 5
Inverted, 13
Ishihara, 8
Israel, 15

J

Jacobs, 14
Jaffee, 13, 14
Jamesburg, 14, 18
January, 5, 9, 11, 12, 15, 17, 18, 19, 20, 21
Japan, 13, 16
Jeffrey, 9
John, 8, 10, 18
Jones, 10
Jorgic-Srdjak, 12
June, 6, 7, 8, 9, 10, 11, 14, 15, 16, 17, 18

K

Karl, 12, 13
Kato, 8, 13, 15, 16, 18, 19
Kawanami, 8, 16
Khan, 12
Knutson, 16
Kobayashi, 7, 8
Kondo, 11, 16
Kotani, 6, 7
Kotran, 7
Kruger, 6
Kubein, 6

L

Laat, 14
Laboratory, 7, 10
Landman, 14
Lavigne, 11, 12, 13, 14, 15, 16, 18, 19, 20
Lechner, 8, 19
Leclerc, 11
Lester, 8
Leung, 9
Levi, 5
Lipke, 5

Index

Lith, 9
Lobbezoo, 11, 12, 14, 15, 18, 19, 20
Lund, 13, 16

# M

Managing, 14, 19
Manetas, 11
Manfredini, 16
Mantyvaara, 13
Manzini, 14, 18, 19
March, 7, 8, 9, 10, 12, 13, 14, 15, 17, 18
Marinella, 15
Marketing, 21
Martens, 10
Masseter, 5, 7, 9, 14
Matz, 11
Maximal, 9, 17, 20
McGlynn, 7, 8
Medecine, 16
Medical, 15, 16, 17
Melvin, 9
Method, 6, 8, 9, 12, 13, 15, 17, 21
Methods, 12, 13
Michael, 10
Milani, 5
Minerva, 8, 16
Misch, 11, 15
Miyaoka, 16
Miyawaki, 16
Modifying, 12
Mohamed, 12, 15
Molin, 5
Molina, 12, 15
Montenegro, 6
Montplaisir, 11, 12, 13, 14, 15, 16, 18, 20
Morris, 12
Moti, 13
Motor, 9, 12, 16, 18, 19
Muscle, 5, 7, 8, 10, 14, 15, 19
Myers, 9

# N

Naeije, 15, 18, 19, 20
Nascimento, 20
Nash, 17
Nassif, 14
Nederlands, 9, 14, 15
Nel, 10, 11
Nemir, 8
Neuropharmacology, 11, 14
Neurophysiology, 15
Neuropsychiatry, 17, 19
Neurosciences, 17, 19
Nippon, 7, 8
Nishigawa, 11, 16
Nissani, 13, 14, 15
Nobutaka, 14
Nocturnal, 7, 8, 9, 10, 12, 13, 14, 16, 17, 21
Nordlander, 9
November, 5, 6, 7, 9, 14, 15, 16, 17, 18, 20

# O

Occlusal, 7, 8, 9, 10, 11, 14, 15, 18, 20
Occlusion, 5, 6, 10, 18
October, 5, 7, 8, 11, 12, 13, 14, 16, 18, 19, 20
Odontologia, 8, 10
Odontologica, 5, 17
Odontology, 7, 8
Official, 9, 12, 13, 15, 16, 17, 19, 20, 21
Ohyama, 16, 17
Okeson, 8
Oksenberg, 16, 20
Okura, 18, 19
Oliveira, 20
Olkinuora, 5, 6
Ommerborn, 17, 20
Orofacial, 11, 15, 16, 17, 18
Otorhinolaryngology, 21

# P

Paediatric, 10, 15, 19
Paedodontic, 10, 19
Pantino, 13
Parafunctions, 5, 7, 16
Parker, 17, 21
Partinen, 12, 17
Pascual, 8
Pathology, 5, 7, 18, 20
Pediatric, 11, 12, 13, 15, 21
Perceptual, 9, 16
Periodontal, 7, 8, 20
Periodontology, 5, 6, 7
Permanent, 9, 15
Permann, 8
Perry, 8
Peter, 11
Physiology, 13
Physique, 16
Picardi, 9
Pierce, 11
Pingitore, 9
Pohto, 6
Posselt, 5
Prevalence, 8, 12, 16, 17, 20
Procedures, 6, 10
Proceedings, 6
Prosthetic, 5, 7, 8, 9, 10, 15, 16, 20
Prosthodontic, 10
Prosthodontics, 17, 18, 19
Psychiatry, 9, 10, 13, 15
Psychophysiology, 14, 17
Psychosomatics, 9, 14
Publication, 5, 6, 8, 11, 12, 16, 19, 20
Publisher, 5, 6, 11, 14, 17, 21

# Q

Quirch, 5

# R

Raab, 17, 20
Radiology, 18, 20

36
Exhibit A

## Index

Raigrodski, 15
Ramadan, 5, 6
Readaptation, 16
Rehabilitation, 5, 7, 8, 9, 10, 11, 14, 15, 17, 18, 19, 20
Reported, 17
Reports, 8, 9, 14
Reviews, 12, 14, 16, 20
Revista, 5, 6, 8
Revue, 10, 16
Reynolds, 9
Ribas, 6
Rigobertus, 10
Riise, 7, 9, 10
Rivista, 7, 10
Robson, 9
Romoli, 16
Rompre, 11, 15
Rosenbaum, 6
Rugh, 8

## S

Sakagami, 8, 16
Saletu, 18
San, 17, 21
Santos, 12, 15, 20
Sari, 15
Sato, 14, 19
Savolainen, 17
Scandinavian, 10
Scandinavica, 5, 16, 17
Schaefer, 9, 17, 20
Schneider, 17, 20
Sciences, 17, 20
Sensing, 9, 11
September, 5, 8, 9, 10, 13, 15, 16, 18, 20, 21
Sessle, 15, 16, 19
Severe, 9, 16, 17, 19, 20
Shafagh, 9
Sheikholeslam, 7, 9, 10
Shigaku, 6, 7, 8
Shimizu, 16, 19
Shuren, 7

Siedband, 9
Signs, 9, 10, 15, 20
Silva, 20
Singer, 11
Siqueira, 17, 18
Skills, 9, 16
Sleep-related, 8, 19
Sonmez, 15
Soucy, 11, 14
Sponsored, 10
Spring, 18
SSRI-associated, 9, 14
Stanziani, 9
Stomatologia, 5, 7, 10
Stress, 6, 11, 20
Sullivan, 15
Suomen, 5, 6
Surgery, 5, 7, 18, 20
Survey, 8, 15
Syndrome, 8, 9, 11, 12, 20

## T

Takahashi, 14, 19
Takeda, 7
Takeuchi, 11, 15, 16
Tan, 14, 16, 17
Tandheelkunde, 9, 14, 15
Temporomandibular, 6, 7, 9, 10, 11, 12, 14, 15, 16, 19, 20
TENS, 10, 15
Tension, 7, 8
Therapy, 5, 6, 7, 8, 10, 15, 16
Thomas, 12, 13
Tijdschrift, 9, 14, 15
Tison, 9
TMD, 7, 15, 19
TMJ, 9, 13
Toda, 8
Toimituksia, 5, 6
Tosun, 16, 17
Toxin, 16, 17
Treating, 6, 8, 9, 11, 15, 20
Tregillis, 10

Tsolka, 11

## U

Ujihara, 8
Ulrich, 12, 13
University, 6, 8, 20
Using, 8, 14, 18

## V

Vanderas, 11
Voluntary, 6, 17
Voor, 9, 14, 15

## W

Waas, 15
Wali, 17
Walsh, 5
Walters, 8
Warren, 11
Watson, 10
Watts, 14
Weinhardt, 7
Weinstein, 12, 13
Westrup, 9
Wicks, 18, 20
Wieselmann-Penkner, 15
Wilson, 9, 11
Wruble, 8

## Y

Yerushalmy, 15
Yip, 17
York, 6, 7
Yoshida, 14

## Z

Zaag, 18, 19, 20
Zahnarztliche, 5, 6, 8
Zasshi, 6, 8, 13, 18
Zeitschrift, 5, 6, 8
Zuccari, 5

Index

38
Exhibit A



12571040R00015

Made in the USA
Lexington, KY
20 December 2011