**Exhibit M**

The images below are true and correct copies of pages from *The American Heritage Dictionary of the English Langauge, Fifth Edition*, Houghton Mifflin Harcourt, Boston/New York, 2011.

| | |
|---|---|
| **Title Page** |  |
| **Copyright Page** | |

## Exhibit M

| | |
|---|---|
| **BRUX, BRUXED, BRUXING, BRUXES and BRUXISM definitions** | 139 ... **brux** (brŭks) *intr.v.* **bruxed, brux·ing, brux·es** To clench or grind one's teeth. [Back-formation < BRUXISM.] **brux·ism** (brŭk′sĭz′əm) *n.* The habitual, involuntary grinding or clenching of the teeth, usually during sleep. [< New Latin *brixis*, a gnashing < Greek *brūkein*, to gnash.] ...  William Jennings Bryan ... **Brutalism | bubby** |