# Exhibit E-1

The table below shows third party uses of "BRUX" on their websites and/or in articles

| Exhibit No. | Description (Emphasis added) | Website |
|---|---|---|
| E-2 | **CDL BRUX- C** <br> - Full Contour All Zirconia Crown | http://www.colonialdentallab.com/products.htm |
| E-3 | BRUX+ <br> - Combination Guard | http://www.tridentlab.com/products/bite.asp#bite3 |
| E-4 | **BRUXGUARD** <br> - Occlusal Splint | http://shererdentallab.com/products/bruxguard_testimonials.asp |
| E-5 | Soft **Brux** Guard; <br> Hard/Soft **Brux** Guard; <br> Hard **Brux** Guard; <br> Talon-type **Brux** Guard | http://www.technicdentallab.com/orthodontic.asp |
| E-6 | **BRUXTECH** DENTAL LAB | http://www.bruxtech.com/home.html |
| E-7 | **Z-BRUX** <br> - Zirconia Restoration | http://www.dentistrytoday.com/new-products/3499-zirconia-restoration-assured-dental-lab |
| E-8 | Article: *A Changing Direction in Dentistry: Full-Contour Zirconia* by Robin A. Carden <br> Note: **Glidewell's Robin Carden (senior director of Glidewell Laboratories** materials research and development) **cites Z-BRUX as a viable competitor of Glidewell's BruxZir** product in this article. | http://www.jdtunbound.com/files/pdf-files/The%20Educated%20Technician.pdf |
| E-9 | Lakeside Dental Laboratory | http://ldlwi.com/index.htm; http://ldlwi.com/cudahy-wi-**z-brux-dental**-products.htm |
| E-10 | T. Kato, *Overview of sleep **bruxism**: history and on the way we are*, Sleep Medicine, 8 Suppl. 1 (2007), S21.A. | http://www.deepdyve.com/lp/elsevier/s21-a-overview-of-sleep-bruxism-history-and-on-the-way-we-are-C5GWtipE00 |
| E-11 | Ramfjord, Sigurd P., *Dysfunctional temporomandibular joint and muscle pain*, Journal of Prosthetic Dentistry, Vol. 11, Issue 2, pgs. 353-374, March **1961**. | http://www.thejpd.org/article/0022-3913(61)90212-8/abstract |
| E-12 | Weinberg, Lawrence A., *Incisal and condylar guidance in relation to cuspal inclination in lateral excursions*, Journal of Prosthetic Dentistry, Vol. 9, Issue 5, pgs. 851-862, Sept. **1959**. | http://www.thejpd.org/article/0022-3913(59)90051-4/abstract |
| E-13 | Brecker, S. Charles., *Conservative occlusal rehabilitation*, Journal of Prosthetic Dentistry, Vol. 9, Issue 6, pgs. 1001-1016, Nov. **1959**. | http://www.thejpd.org/article/0022-3913(59)90160-X/abstract |
| E-14 | Teeth Grinding (**Bruxism) blog** | http://teeth-grinding.blogspot.com/ |

**Exhibit E-2**

http://www.colonialdentallab.com/products.htm

# CDL BRUX- C

## Full Contour All Zirconia Crown

### Call for Details

**CDL BRUX**- C is a full contoured Zirconia Crown, fabricated using CAD/CAM Technology.  Resistant to fracturing and chipping.
it is a practical solution for your bruxism patients.  Rather than prescribe a full metal crown or a PFM with a metal occlusal,
consider the strong and economical **CDL BRUX- C** crown from Colonial Dental Lab

**Exhibit E-3**

http://www.tridentlab.com/products/bite.asp#bite3



**Exhibit E-4**

http://shererdentallab.com/products/bruxguard_testimonials.asp

 

# SHERER DENTAL LAB

HOME ▶
COMPANY ▶
PRODUCTS ▶
SHERER CLIENTS ▶
PHOTO GALLERY ▶
EMPLOYMENT ▶



**PRODUCTS**

Home
**Crown and Bridge**
   Porcelain to Metal
   Captek/Biogold
   Full Cast
   Q-temp Provisionals
**Cosmetic Restorations**
   IPS Empress & IPS Eris
   Procera
   Cercon
   Reinforced Composites
**Removable Restorations**
   Full Dentures
   Cast Partial Dentures
   Flexible Partials
   Thermoflex Clasps
   HiddenClasp Partials
   Splints/Nightguards
   Snoreguard
**Implant Prosthetics**
   Implant Bars & Overdentures
   Implant PFM & Full Cast
   Bosker TMI System
   Free Diagnostic & Case Design
**Orthodontics**
**Clinical Products**
   Accudent Two Phase Alginate
   Replica Alginate
   Disposable Full Arch Impression Trays
**Product Tutorials**

## What others are saying about BRUXGUARD Occlusal Splints

"In February 1999, impressions were taken on a patient for fabrication of the Bruxguard appliance. In February 2002, she returned for the delivery of the appliance. After running hot tap water over the appliance, I seated it and checked the occlusion, which was perfect. Chair time was 3 minutes - after the appliance sat in my lab for 3 years! Unbelievable."

—**Dr. Ben Jett, Columbia, SC**

"Since I have been using the Bruxguard splint, my delivery chair-time has decreased by at least 50%."

—**Dr. Steve Hix, Huntersville, NC**

- Patient comfort and compliance excellent with Bruxguard
- Much easier to fit and adjust
- Better retention
- Better success adjusting to fit over a new crown or restoration

—**Dr. Pamela Linker, Harrisburg, NC**

"Occlusal guards or different styles of occlusal appliances can be challenging to fit the comfort of patients and for them to wear on a consistent basis. Sherer meets the challenge by being willing to have outstanding fit and to design the occlusal guard to best meet the needs of the patient. We have been working with Sherer for years and I love their precise care."

—**Dr. Jane Parker, Matthews, NC**

"Bruxguard splints are the best! So much easier to work with than acrylic splints. They always

**Exhibit E-5**

http://www.technicdentallab.com/orthodontic.asp



**Technic**
Dental Lab

Phone: (708) 479-1212
Fax: (708) 479-7168
Toll Free (866) 799-3939
mail@technicdentallab.com

Technology That Produces *Shining* Results

*Orthodontic Appliances*

**Retainers:**

- Hawley Retainer
- Spring Hawley Retainer
- Modified Spring Retainer
- Bonded Lingual Retainer
- QCM Retainer
- EZ Bond
- Color Guide

**Fixed appliances:**

- Pendulum/Penguin
- Space Maintainers
- Nance Holding Arch
- Lingual Holding Arch
- Transpalatal Arch

**Mouthguards:**

- Soft Brux Guard
- Hard/Soft Brux Guard
- Bleaching Tray
- Surgical Template
- Implant Stents
- TAP Snore Guard

**Expansion appliances:**

- Haas
- Sagittals
- Schwarz Design
- Rapid Palatal Expander
- Nord
- PendeX

**Splints (bruxism):**

- Hard Brux Guard
- TMJ Sprint (cold cure)
- Gelb-Mora
- Lars
- Impak Bionator
- Talon-type Brux Guard

**Exhibit E-6**

http://www.bruxtech.com/home.html

**Exhibit E-7**

http://www.dentistrytoday.com/new-products/3499-zirconia-restoration-assured-dental-lab

## ZIRCONIA RESTORATION - Assured Dental Lab

Written by Dentistry Today

Z-Brux is a 100%, full-milled pure zirconia restoration; there is no porcelain overlay to create porcelain fractures. Due to the aesthetic qualities of Z-Brux's zirconia and its 1,000 MPa flexural strength, it is a great alternative to a PFM with a metal occlusal or a full-cast gold crown. Half the price of a gold crown, Z-brux offers adjustability, stainability, and excellent marginal fit. For more information, call **(877) 283-5351** or visit assureddentallab.com.



**Exhibit E-8**

http://www.jdtunbound.com/files/pdf-files/The%20Educated%20Technician.pdf

*Full contour zirconia enraptures the industry.*

# A Changing Direction in Dentistry: Full-Contour Zirconia

### By Robin A. Carden

Zirconia is one of the most studied ceramic materials in the world for uses ranging from telecommunications to the new energy of the future to environmentally-friendly products. In clinical dentistry, it is widely used for the fabrication of crown copings, bridge frameworks and custom implant abutments. Its durability, biocompatibility, natural esthetics and low cost when compared to alternative restorative materials make it the ideal solution for a variety of clinical applications. More recently, dental use is trending toward full-contour (monolithic) zirconia — that is, solid zirconia restorations with no porcelain overlay. Ongoing material advancements have produced the strongest and most reliable all-ceramic restoration to date, making zirconia an ideal alternative solution wherever traditional metal or PFM restorations might be prescribed.



## Material Origins

Zirconia, or zirconium oxide, is the common name for the chemical compound zirconium dioxide ($ZrO2$). The material is commercially available in two basic forms. The first of these is naturally derived from the mineral Baddeleyite. The second is synthetically derived from zircon sand ($ZrSiO4$) using a solid state reaction process. Several oxides such as magnesium oxide (MgO), yttrium oxide (Y2O3), calcium oxide (CaO), cerium (III) oxide (CE2O3), and others are added to zirconia in order to stabilize the tetragonal and/or cubic phases. The resulting material, often referred to as yttria-stabilized zirconia (YSZ), exhibits superior strength and flexibility, surpassing the mechanical limitations of traditional fine ceramics.

## Material Advantages

The fast-growing popularity of full-contour zirconia is easy to understand when observing several material advantages:

1. **High Flexural Strength** — Full-contour zirconia products on the market today boast flexural strength ranging anywhere from 850MPa to 1,465MPa. These higher-level strength increases have been achieved through the use of post-powder processing. When compared to the flexural strength of porcelain ceramics, with typical ranges of 71MPa (feldspathic porcelain) to 419MPa (In-Ceram), the zirconia strength advantage becomes clear.

2. **High Fracture Toughness (K1C Value)** — Strength and toughness are not necessarily related. Brittle materials may exhibit significant tensile strength by supporting a



**Figure 1**
(Above)
Zirconia
Powder

**Figure 2**
(Right)
Zirconia
Blanks



static load, whereas toughness indicates how much energy a material can absorb before mechanical failure. Also thought of as impact resistance, fracture toughness is a quantitative property that describes the ability of a material with inherent microstructural flaws to resist fracture via crack growth and propagation. A piece of lead or steel has high fracture toughness and will generally encounter ductile fracture, characterized by extensive plastic deformation prior to structural failure. Materials such as glass and traditional glass-ceramics typically exhibit low and inconsistent fracture toughness, and are prone to brittle fracture, characterized by a lack of apparent plastic deformation prior to structural failure. Thus, fracture toughness becomes one of the most important properties of any brittle material for virtually all design applications. The fracture toughness for partially stabilized zirconia is naturally high because of an internal mechanism that actually inhibits crack propagation. Inside, cubic grains are constraining the tetragonal precipitates that want to expand and release associated energy. When these grains are faced with a propagating crack tip, the tetragonal phase is released and allowed to change back to the



**Figure 3** (Left)
Monicap BruxZir

**Figure 4** (Below)
Monicap Full Cast

more stable monoclinic phase. This results in an associated volumetric expansion, effectively closing the advancing crack. Known as phase transformation toughening, this unique self-healing event gives partially stabilized zirconia a fracture toughness that is three to six times higher than normal zirconia and most other ceramics. Even so, ongoing methods are being devised to modify the yield strength, ductility and fracture toughness of both crystalline and amorphous materials, including zirconia. For instance, consolidation processes are being used to reduce grain size. Because crack propagation through a material's grain boundaries is deflected by the material's grains, a material consisting of smaller grains becomes inherently stronger, as there are more grains to absorb energy from the force of the crack.



Whereas a crack in a traditional ceramic travels all the way through the material with little inhibition, transformation toughening represents a breakthrough in achieving all-ceramic materials with a high value for fracture toughness. Today's partially stabilized zirconia is so tough that it can be struck with a hammer or fabricated into a hammer for driving nails.

3.  Resistance to Thermal Shock — Zirconia has relatively low thermal expansion numbers, giving it

## Understanding Zirconia

**Names:** Zirconia, zirconium oxide, zirconium dioxide (ZrO2), yttria-stabilized zirconia (YSZ)

**Terms:**

*Phase Transformation Toughening:* The naturally occurring process by which cubic grains within stabilized zirconia constrain tetragonal precipitates, effectively closing advancing cracks and resulting in a sort of self-healing of the material.

*Fracture Toughness:* A property that describes the ability of a material with inherent microstructural flaws to resist fracture via crack growth and propagation.

*Plasticity:* The deformation of a material undergoing non-reversible changes of shape in response to applied forces.

*Brittle Fracture:* No apparent plastic deformation takes place before fracture.

*Ductile Fracture:* Extensive plastic deformation takes place, characterized by slow propagation and absorption of large amounts of energy, before fracture.

excellent resistance to thermal shock. This means it will remain very stable in the mouth and will face fewer stress factors resulting from expansion and contraction.

4. **Improved Esthetics** — If there has been a complaint regarding full-contour zirconia to date, it would be that its opaque white hue lacks the translucent, ivory shade of natural teeth. Zirconia can be stained and glazed to a prescribed tooth shade, but has still been limited by a lack of inherent translucency. However, consolidation processes in the laboratory that initially focused on improving strength through reduced particle size have led to related innovations in material translucency. These advancements, along with improved blending processes, allow the purest zirconia powder to be changed into an ivory shade that is more lifelike than the typical snow-white zirconia. Whereas full-contour zirconia is typically prescribed only for posterior restorations, newer clinical cases have shown it to blend in reasonably well with anterior teeth. These continuing enhancements in color and translucency, to go along with the elimination of dark gingival lines associated with traditional PFM restorations, give rising hope to full-contour zirconia becoming an acceptable anterior restorative.

5. **Improved Wear Compatibility** — Diamond-polishing a full-contour zirconia crown provides longterm life for opposing enamel surfaces. This wear compatibility has been validated in enamel wear in-vitro studies, and clinical studies are also under way. A 2010 comparative wear study conducted by professor Dr. J. Geis-Gerstorfer and sponsored by Glidewell Dental Laboratories used the Willytech Chewing Simulator to



**Figure 5** *(Above)*
Monticap Metal Occlusal

simulate the clinical performance of both BruxZir Solid Zirconia and Ceramco®3 porcelain over a period of five years. The reported findings stated that, after 1.2 million wear cycles under a load of 5 kg, the wear of the antagonist situation (Steatite ball) was found to be significantly lower with BruxZir ($72 \pm 21\mu m$) than with Ceramco3 ($110 \pm 48\mu m$).

6. **Cost** — A discussion of the benefits offered by full-contour zirconia would not be complete without mentioning cost factors. Despite its many material advantages, zirconia is considerably less expensive than traditional, precious metal.

## Indications

Full-contour zirconia is indicated for posterior crowns, crowns over implants and crowns with limited occlusal clearance. It is also indicated for full-arch bridges up to 14 units. Primary candidates include bruxers and grinders who do not desire cast gold or metal occlusal PFM restorations. For esthetic reasons, it is recommended that a facial veneer of porcelain be used on any zirconia-based anterior restoration. However, full-contour zirconia may be used in specific anterior cases where a dentist wishes to emphasize the strength of the restoration over its esthetics.

## Availability

Commercially available zirconia blanks for in-lab milling include brands such as BruxZir, Sagemax HT, Crystal Diamond Zirconia, Zirlux, Prettau and

**JDT** *Unbound*
The Journal of Dental Technology and JDT Unbound have covered zirconia extensively. Search our archives at www.jdtunbound.com to find out more about this material.

Origin. Prescribed crowns include brands such as BruxZir, Suntech FC, Z-Brux, and TRICONia.

Due to its high flexural strength, high fracture toughness, resistance to thermal shock, metal-free esthetics and terrific wear compatibility, full-contour zirconia is an ideal material for dental restorations. It also boasts excellent contours and contacts for desired marginal fit, conventional chamfer prep and cementation, and affordability for both clinicians and their patients. Prescribed almost exclusively for posterior restorations, material advancements may make it an acceptable solution for some anterior restorations as well, further fueling its popularity as the material of choice for dental restorations today. **JDT**

## About the Author:



Carden founded Talon Composites, the manufacturer of Talbot, a composite material that uses advanced ceramics and metals. To date, he holds more than 25 patents, mostly related to metal and ceramic composites. In 1998, he won the Design Engineering Award from Design News. He is also the inventor of the translucent orthodontic braces for 3M™ ESPE™ and Ceradyne Inc. Presently, he works at Glidewell Laboratories as senior director of research and development.

**Exhibit E-9**



**Exhibit E-10**

http://www.deepdyve.com/lp/elsevier/s21-a-overview-of-sleep-bruxism-history-and-on-the-way-we-are-C5GWtipE00

S26                2nd WASM World Congress, Bangkok, 4–8 February 2007 / Sleep Medicine 8 Suppl. 1 (2007) S11–S47

**S21.A  Overview of sleep bruxism: history and on the way we are**

T. Kato. *Institute for Oral Science, Matsumoto Dental University, Matsumoto, Japan*

Patients with sleep bruxism (SB) often complain of tooth wear, fracture of dental restorations, and orofacial pain/discomfort. Although early polysomnographic studies in 1960's and 1970's had already pointed out some important physiological aspects of the pathophysiology of SB, these results were not well recognized in the dental community. Rather, in the same era, the mechanistic concept that undesirable tooth contact pattern causes SB had emerged as more fancy and attractive mechanism for SB and associated clinical problems. Later on, several studies using portable/ambulatory recordings were carried out to assess sleep-related jaw muscle activity, which provided overall clinical pictures of SB in clinical dentistry, however, physiological basis of SB yet remained to be understood. During the last decade, polysomnographic studies with advanced technology and increased knowledge in sleep physiology have enhanced our understandings of the pathophysiology of SB: the genesis of SB is associated with arousal fluctuation during sleep. In addition, SB can occur in normal otherwise healthy population as well as in patients with sleep disorders such as sleep apnea, chronic pain, parasomnia, sleep-related movement disorders and neurologic diseases. Interactions between SB, sleep and orodental conditions can exist and the collaboration with sleep medicine and dentistry will introduce a new paradigm into clinical dentistry and related research fields.

**S21.B  Orodental consequences associated with sleep bruxism**

K. Baba. *Department of Masticatory Function Rehabilitation, Graduate School, Tokyo Medical and Dental University, Japan*

Sleep bruxism (SB) has been defined as "involuntary rhythmic or spasmodic nonfunctional grinding or clenching of teeth during sleep". Many people with SB are unaware of the condition by themselves before dentists find visible evidence of the condition on the tooth surface or they are told by their bed partner. The reported prevalence of SB has been estimated at 5 to 20 per cent of the total population.

Several sleep studies reported that the force of SB as evaluated by the masseter EMG may exceed the maximum conscious clenching level in some

adenotonsillectomy reduced the prevalence of bruxism in a group of 69 children with sleep disordered breathing from 45.6% to 11.8%. Meta-analysis of existing data and original data of the author will be presented. **Conclusion:** SB is associated with SDB. Treatment of SDB may reverse SB in children.

**S21.D  Dental devices used during sleep**

K. Yoshida. *Department of Oral and Maxillofacial Surgery, Graduate School of Medicine, Kyoto University, Kyoto, Japan*

Dentists have used a variety of removable oral devices for the treatment of many diseases in the craniofacial region such as temporomandibular joint disorder, sleep bruxism, and craniofacial deformity. Intraoral appliances such as stabilization splint (a type of bite plate) are used at night for patients with temporomandibular joint disorder or sleep bruxism when they otherwise may grind their teeth more. Although there is insufficient evidence, it appears that stabilization splint therapy may be beneficial for reducing pain severity at rest and on palpation. Functional orthodontic appliances aimed to stimulate mandibular growth by forward posturing of the mandible is available to correct skeletal and occlusal disharmony. For the last twenty years, oral appliances have been successfully applied for the sleep apnea syndrome and primary snoring. The appliances are prescribed for the purpose of advancing the position of the mandible and tongue in order to enlarge the airway or reduce its collapsibility. Oral appliance therapy is an important treatment choice and may be preferred initial treatment for treatment of sleep-disordered breathing. Above-mentioned devices are used during sleep and some may disturb sleep of patients just after insertion of the devices. The mode and action of these devices, and putative influence on sleep and that after habituation period will be presented.

## S23. Sleeping problems and metabolism

**S23.1  Symposium summary**

**Exhibit E-11**



http://www.thejpd.org/article/0022-3913(61)90212-8/abstract

**Exhibit E-12**



http://www.thejpd.org/article/0022-3913(59)90051-4/abstract

—The Journal of Prosthetic Dentistry

Articles and Issues ⌄   Collections ⌄   For Authors ⌄   Journal Info ⌄   Subscribe ⌄   Sponsoring Organi

Search for [ ] in [ All Fields ▾ ] [ Go ]  Advanced Sear

« Back

Journal of Prosthetic Dentistry
Volume 9, Issue 5 , Pages 851-862, September 1959

# Incisal and condylar guidance in relation to cuspal inclina lateral excursions

Lawrence A. Weinberg, A.B., D.D.S.

Received: 23 September 1958

**Abstract**   Abstract + References   PDF   References

## Abstract

Some theoretic aspects of the incisal and condylar guidances in relation to the cusp inclines for lateral excurs been presented. Since most patients exhibit signs of bruxism,13 we must know more about the various guidan mandible that produce harmonious cuspal inclines in lateral excursions. These guidances have been related clinical problems of articulators.

No full text is available. To read the body of this article, please view the PDF online.

**Exhibit E-13**



http://www.thejpd.org/article/0022-3913(59)90160-X/abstract

The Journal of Prosthetic Dentistry

Articles and Issues ▾    Collections ▾    For Authors ▾    Journal Info ▾    Subscribe ▾    Sponsoring Organiz

Search for [              ] in  All Fields [         ]  Go   Advanced Searc

« Back

Journal of Prosthetic Dentistry
Volume 9, Issue 6 , Pages 1001-1016, November 1959

## Conservative occlusal rehabilitation

S. Charles Brecker, D.D.S.

Received 15 December 1958

**Abstract**    Abstract + References    PDF    References

## Abstract

Mathematics, engineering principles, precision, and uniformity of procedures must not dictate the physiology o
Failures in occlusal rehabilitation do not result from the use of, or the failure to use, a particular brand of instrur
axis recording, or any other registration. Rather, they result from three basic errors. Unsuccessful results are o
increasing the vertical dimension of occlusion beyond the limits of the physiologic rest position, by disregardin
limitations in and around the mouth, and by rehabilitating natural dentitions in every case along the lines and p
recommended for complete denture construction. A "balanced" occlusion in a natural dentition is a fallacy.

It is important to duplicate the functional curve of occlusion in patients who have the habit of bruxism. Ten unfav
of occlusion and their management should be understood by the dentist so that he will recognize the limitation
and thereby avoid difficulty.

**Exhibit E-14**



**Exhibit __-2**

# CDL BRUX- C

## Full Contour All Zirconia Crown

### Call for Details

**CDL BRUX**- C is a full contoured Zirconia Crown, fabricated using CAD/CAM Technology.  Resistant to fracturing and chipping,
it is a practical solution for your bruxism patients.  Rather than prescribe a full metal crown or a PFM with a metal occlusal,
consider the strong and economical **CDL BRUX- C** crown from Colonial Dental Lab

**Exhibit __-3**

http://www.tridentlab.com/products/bite.asp#bite3



**Exhibit __-4**

http://shererdentallab.com/products/bruxguard_testimonials.asp



## SHERER DENTAL LAB

**HOME ▶**
**COMPANY ▶**
**PRODUCTS ▶**
**SHERER CLIENTS ▶**
**PHOTO GALLERY ▶**
**EMPLOYMENT ▶**

**PRODUCTS**
Home
**Crown and Bridge**
  Porcelain to Metal
  Captek/Biogold
  Full Cast
  Q-temp Provisionals
**Cosmetic Restorations**
  IPS Empress & IPS Eris
  Procera
  Cercon
  Reinforced Composites
**Removable Restorations**
  Full Dentures
  Cast Partial Dentures
  Flexible Partials
  Thermoflex Clasps
  Hiddenclasp Partials
  Splints/Nightguards
  Snoreguard
**Implant Prosthetics**
  Implant Bars & Overdentures
  Implant PFM & Full Cast
  Bosker TMI System
  Free Diagnostic & Case Design
**Orthodontics**
**Clinical Products**
  Accudent Two Phase Alginate
  Replica Alginate
  Disposable Full Arch Impression Trays
**Product Tutorials**

### What others are saying about BRUXGUARD Occlusal Splints

"In February 1999, impressions were taken on a patient for fabrication of the Bruxguard appliance. In February 2002, she returned for the delivery of the appliance. After running hot tap water over the appliance, I seated it and checked the occlusion, which was perfect. Chair time was 3 minutes - after the appliance sat in my lab for 3 years! Unbelievable."

—**Dr. Ben Jett, Columbia, SC**

"Since I have been using the Bruxguard splint, my delivery chair-time has decreased by at least 50%."

—**Dr. Steve Hix, Huntsville, NC**

- Patient comfort and compliance excellent with Bruxguard
- Much easier to fit and adjust
- Better retention
- Better success adjusting to fit over a new crown or restoration

—**Dr. Pamela Linker, Harrisburg, NC**

"Occlusal guards or different styles of occlusal appliances can be challenging to fit the comfort of patients and for them to wear on a consistent basis. Sherer meets the challenge by being willing to have outstanding fit and to design the occlusal guard to best meet the needs of the patient. We have been working with Sherer for years and I love their precise care."

—**Dr. Jane Parker, Matthews, NC**

"Bruxguard splints are the best! So much easier to work with than acrylic splints. They always

**Exhibit __-5**

http://www.technicdentallab.com/orthodontic.asp



**Exhibit __-6**

http://www.bruxtech.com/home.html

**Exhibit __-7**

http://www.dentistrytoday.com/new-products/3499-zirconia-restoration-assured-dental-lab

## ZIRCONIA RESTORATION - Assured Dental Lab

Written by Dentistry Today

Z-Brux is a 100%, full-milled pure zirconia restoration; there is no porcelain overlay to create porcelain fractures. Due to the aesthetic qualities of Z-Brux's zirconia and its 1,000 MPa flexural strength, it is a great alternative to a PFM with a metal occlusal or a full-cast gold crown. Half the price of a gold crown, Z-brux offers adjustability, stainability, and excellent marginal fit. For more information, call **(877) 283-5351** or visit assureddentallab.com.



**Exhibit __-8**

http://www.jdtunbound.com/files/pdf-files/The%20Educated%20Technician.pdf

*Full contour zirconia enraptures the industry.*

# A Changing Direction in Dentistry: Full-Contour Zirconia

### By Robin A. Carden

Zirconia is one of the most studied ceramic materials in the world for uses ranging from telecommunications to the new energy of the future to environmentally-friendly products. In clinical dentistry, it is widely used for the fabrication of crown copings, bridge frameworks and custom implant abutments. Its durability, biocompatibility, natural esthetics and low cost when compared to alternative restorative materials make it the ideal solution for a variety of clinical applications. More recently, dental use is trending toward full-contour (monolithic) zirconia — that is, solid zirconia restorations with no porcelain overlay. Ongoing material advancements have produced the strongest and most reliable all-ceramic restoration to date, making zirconia an ideal alternative solution wherever traditional metal or PFM restorations might be prescribed.



## Material Origins

Zirconia, or zirconium oxide, is the common name for the chemical compound zirconium dioxide ($ZrO2$). The material is commercially available in two basic forms. The first of these is naturally derived from the mineral Baddeleyite. The second is synthetically derived from zircon sand ($ZrSiO4$) using a solid state reaction process. Several oxides such as magnesium oxide (MgO), yttrium oxide (Y2O3), calcium oxide (CaO), cerium (III) oxide (CE2O3), and others are added to zirconia in order to stabilize the tetragonal and/or cubic phases. The resulting material, often referred to as yttria-stabilized zirconia (YSZ), exhibits superior strength and flexibility, surpassing the mechanical limitations of traditional fine ceramics.

## Material Advantages

The fast-growing popularity of full-contour zirconia is easy to understand when observing several material advantages:

1. **High Flexural Strength** — Full-contour zirconia products on the market today boast flexural strength ranging anywhere from 850MPa to 1,465MPa. These higher-level strength increases have been achieved through the use of post-powder processing. When compared to the flexural strength of porcelain ceramics, with typical ranges of 71MPa (feldspathic porcelain) to 419MPa (In-Ceram), the zirconia strength advantage becomes clear.

2. **High Fracture Toughness (K1C Value)** —Strength and toughness are not necessarily related. Brittle materials may exhibit significant tensile strength by supporting a



**Figure 1**
(Above)
Zirconia Powder

**Figure 2**
(Right)
Stud2r Blanks



static load, whereas toughness indicates how much energy a material can absorb before mechanical failure. Also thought of as impact resistance, fracture toughness is a quantitative property that describes the ability of a material with inherent microstructural flaws to resist fracture via crack growth and propagation. A piece of lead or steel has high fracture toughness and will generally encounter ductile fracture, characterized by extensive plastic deformation prior to structural failure. Materials such as glass and traditional glass-ceramics typically exhibit low and inconsistent fracture toughness, and are prone to brittle fracture, characterized by a lack of apparent plastic deformation prior to structural failure. Thus, fracture toughness becomes one of the most important properties of any brittle material for virtually all design applications. The fracture toughness for partially stabilized zirconia is naturally high because of an internal mechanism that actually inhibits crack propagation. Inside, cubic grains are constraining the tetragonal precipitates that want to expand and release associated energy. When these grains are faced with a propagating crack tip, the tetragonal phase is released and allowed to change back to the



**Figure 3** *(Left)*
Monicap BruxZir

**Figure 4** *(Below)*
Monicap Full Cast

more stable monoclinic phase. This results in an associated volumetric expansion, effectively closing the advancing crack. Known as phase transformation toughening, this unique self-healing event gives partially stabilized zirconia a fracture toughness that is three to six times higher than normal zirconia and most other ceramics. Even so, ongoing methods are being devised to modify the yield strength, ductility and fracture toughness of both crystalline and amorphous materials, including zirconia. For instance, consolidation processes are being used to reduce grain size. Because crack propagation through a material's grain boundaries is deflected by the material's grains, a material consisting of smaller grains becomes inherently stronger, as there are more grains to absorb energy from the force of the crack.



Whereas a crack in a traditional ceramic travels all the way through the material with little inhibition, transformation toughening represents a breakthrough in achieving all-ceramic materials with a high value for fracture toughness. Today's partially stabilized zirconia is so tough that it can be struck with a hammer or fabricated into a hammer for driving nails.

3. **Resistance to Thermal Shock —** Zirconia has relatively low thermal expansion numbers, giving it

## Understanding Zirconia

**Names:** Zirconia, zirconium oxide, zirconium dioxide (ZrO2), yttria-stabilized zirconia (YSZ)

**Terms:**

*Phase Transformation Toughening:* The naturally occurring process by which cubic grains within stabilized zirconia constrain tetragonal precipitates, effectively closing advancing cracks and resulting in a sort of self-healing of the material.

*Fracture Toughness:* A property that describes the ability of a material with inherent microstructural flaws to resist fracture via crack growth and propagation.

*Plasticity:* The deformation of a material undergoing non-reversible changes of shape in response to applied forces.

*Brittle Fracture:* No apparent plastic deformation takes place before fracture.

*Ductile Fracture:* Extensive plastic deformation takes place, characterized by slow propagation and absorption of large amounts of energy, before fracture.

excellent resistance to thermal shock. This means it will remain very stable in the mouth and will face fewer stress factors resulting from expansion and contraction.

4. **Improved Esthetics** — If there has been a complaint regarding full-contour zirconia to date, it would be that its opaque white hue lacks the translucent, ivory shade of natural teeth. Zirconia can be stained and glazed to a prescribed tooth shade, but has still been limited by a lack of inherent translucency. However, consolidation processes in the laboratory that initially focused on improving strength through reduced particle size have led to related innovations in material translucency. These advancements, along with improved blending processes, allow the purest zirconia powder to be changed into an ivory shade that is more lifelike than the typical snow-white zirconia. Whereas full-contour zirconia is typically prescribed only for posterior restorations, newer clinical cases have shown it to blend in reasonably well with anterior teeth. These continuing enhancements in color and translucency, to go along with the elimination of dark gingival lines associated with traditional PFM restorations, give rising hope to full-contour zirconia becoming an acceptable anterior restorative.

5. **Improved Wear Compatibility** — Diamond-polishing a full-contour zirconia crown provides longterm life for opposing enamel surfaces. This wear compatibility has been validated in enamel wear in-vitro studies, and clinical studies are also under way. A 2010 comparative wear study conducted by professor Dr. J. Geis-Gerstorfer and sponsored by Glidewell Dental Laboratories used the Willytech Chewing Simulator to



**Figure 5** (Above)
Monlcap Metal Occlusal

simulate the clinical performance of both BruxZir Solid Zirconia and Ceramco®3 porcelain over a period of five years. The reported findings stated that, after 1.2 million wear cycles under a load of 5 kg, the wear of the antagonist situation (Steatite ball) was found to be significantly lower with BruxZir (72 ± 21μm) than with Ceramco3 (110 ± 48μm).

6. **Cost** — A discussion of the benefits offered by full-contour zirconia would not be complete without mentioning cost factors. Despite its many material advantages, zirconia is considerably less expensive than traditional, precious metal.

## Indications

Full-contour zirconia is indicated for posterior crowns, crowns over implants and crowns with limited occlusal clearance. It is also indicated for full-arch bridges up to 14 units. Primary candidates include bruxers and grinders who do not desire cast gold or metal occlusal PFM restorations. For esthetic reasons, it is recommended that a facial veneer of porcelain be used on any zirconia-based anterior restoration. However, full-contour zirconia may be used in specific anterior cases where a dentist wishes to emphasize the strength of the restoration over its esthetics.

## Availability

Commercially available zirconia blanks for in-lab milling include brands such as BruxZir, Sagemax HT, Crystal Diamond Zirconia, Zirlux, Prettau and

Origin. Prescribed crowns include brands such as BruxZir, Suntech FC, Z-Brux, and TRICONia.

Due to its high flexural strength, high fracture toughness, resistance to thermal shock, metal-free esthetics and terrific wear compatibility, full-contour zirconia is an ideal material for dental restorations. It also boasts excellent contours and contacts for desired marginal fit, conventional chamfer prep and cementation, and affordability for both clinicians and their patients. Prescribed almost exclusively for posterior restorations, material advancements may make it an acceptable solution for some anterior restorations as well, further fueling its popularity as the material of choice for dental restorations today. **JDT**

## About the Author:



Carden founded Talon Composites, the manufacturer of Talbor, a composite material that uses advanced ceramics and metals. To date, he holds more than 25 patents, mostly related to metal and ceramic composites. In 1998, he won the Design Engineering Award from Design News. He is also the inventor of the translucent orthodontic braces for 3M™ ESPE™ and Ceradyne Inc. Presently, he works at Glidewell Laboratories as senior director of research and development.

**JDT** *Unbound*

The Journal of Dental Technology and JDT Unbound have covered zirconia extensively. Search our archives at www.jdtunbound.com to find out more about this material.

**Exhibit __-9**

http://ldlwi.com/index.htm



http://ldlwi.com/cudahy-wi-z-brux-dental-products.htm

# Exhibit __-10

http://www.deepdyve.com/lp/elsevier/s21-a-overview-of-sleep-bruxism-history-and-on-the-way-we-are-C5GWtipE00

S26                    2nd WASM World Congress, Bangkok, 4–8 February 2007 / Sleep Medicine 8 Suppl. 1 (2007) S11–S47

### S21.A  Overview of sleep bruxism: history and on the way we are

T. Kato. *Institute for Oral Science, Matsumoto Dental University, Matsumoto, Japan*

Patients with sleep bruxism (SB) often complain of tooth wear, fracture of dental restorations, and orofacial pain/discomfort. Although early polysomnographic studies in 1960's and 1970's had already pointed out some important physiological aspects of the pathophysiology of SB, these results were not well recognized in the dental community. Rather, in the same era, the mechanistic concept that undesirable tooth contact pattern causes SB had emerged as more fancy and attractive mechanism for SB and associated clinical problems. Later on, several studies using portable/ambulatory recordings were carried out to assess sleep-related jaw muscle activity, which provided overall clinical pictures of SB in clinical dentistry, however, physiological basis of SB yet remained to be understood. During the last decade, polysomnographic studies with advanced technology and increased knowledge in sleep physiology have enhanced our understandings of the pathophysiology of SB: the genesis of SB is associated with arousal fluctuation during sleep. In addition, SB can occur in normal otherwise healthy population as well as in patients with sleep disorders such as sleep apnea, chronic pain, parasomnia, sleep-related movement disorders and neurologic diseases. Interactions between SB, sleep and orodental conditions can exist and the collaboration with sleep medicine and dentistry will introduce a new paradigm into clinical dentistry and related research fields.

### S21.B  Orodental consequences associated with sleep bruxism

K. Baba. *Department of Masticatory Function Rehabilitation, Graduate School, Tokyo Medical and Dental University, Japan*

Sleep bruxism (SB) has been defined as "involuntary rhythmic or spasmodic nonfunctional grinding or clenching of teeth during sleep". Many people with SB are unaware of the condition by themselves before dentists find visible evidence of tooth grinding on the tooth surface or they are told by their bed partner. The reported prevalence of SB has been estimated at 5 to 20 per cent of the total population.
Several sleep studies reported that the force of SB as evaluated by the masseter EMG may exceed the maximum conscious clenching level in some

adenotonsillectomy reduced the prevalence of bruxism in a group of 69 children with sleep disordered breathing from 45.6% to 11.8%. Meta-analysis of existing data and original data of the author will be presented.
**Conclusion:** SB is associated with SDB. Treatment of SDB may reverse SB in children.

### S21.D  Dental devices used during sleep

K. Yoshida. *Department of Oral and Maxillofacial Surgery, Graduate School of Medicine, Kyoto University, Kyoto, Japan*

Dentists have used a variety of removable oral devices for the treatment of many diseases in the craniofacial region such as temporomandibular joint disorder, sleep bruxism, and craniofacial deformity. Intraoral appliances such as stabilization splint (a type of bite plate) are used at night for patients with temporomandibular joint disorder or sleep bruxism when they otherwise may grind their teeth more. Although there is insufficient evidence, it appears that stabilization splint therapy may be beneficial for reducing pain severity at rest and on palpation. Functional orthodontic appliances aimed to stimulate mandibular growth by forward posturing of the mandible is available to correct skeletal and occlusal disharmony. For the last twenty years, oral appliances have been successfully applied for the sleep apnea syndrome and primary snoring. The appliances are prescribed for the purpose of advancing the position of the mandible and tongue in order to enlarge the airway or reduce its collapsibility. Oral appliance therapy is an important treatment choice and may be preferred initial treatment for treatment of sleep-disordered breathing. Above-mentioned devices are used during sleep and some may disturb sleep of patients just after insertion of the devices. The mode and action of these devices, and putative influence on sleep and that after habituation period will be presented.

## S23. Sleeping problems and metabolism

### S23.1  Symposium summary

# Exhibit __-11



http://www.thejpd.org/article/0022-3913(61)90212-8/abstract

Journal of Prosthetic Dentistry
Volume 11, Issue 2, Pages 353-374, March 1961

## Dysfunctional temporomandibular joint and muscle pain

### Abstract

The relationship between occlusal disharmony and pain in the temporomandibular joint and adjacent muscles was tested clinically and electromyographically before and after occlusal adjustment on 32 patients. Various degrees of bruxism associated with psychic tension and occlusal interferences were observed in all of the patients. Clinically, all patients experienced relief of the pain and discomfort after complete occlusal adjustment. Electromyographically, a harmonious and well synchronized contraction pattern of the temporal and masseter muscles was recorded after the adjustment.

Any type of occlusal interference was found to trigger muscle spasms and pain, but the most consistent and significant interference was a discrepancy between centric relation and centric occlusion. The muscle disharmony was displayed electromyographically mainly in swallowing. The second most significant occlusal disharmony was balancing side interference. The balancing side contact had to be lighter than the working side contacts to establish a harmonious masticatory pattern. The patients' symptoms subsided without altering the vertical dimension.

A close correlation was observed between the clinical and electromyographic recordings of occlusal interferences and muscle disharmony. However, electromyographic evidence of muscle balance in rest position could be obtained in more than one-half of the patients in spite of occlusal interference and temporomandibular joint pain.

Masticatory contacts were seldom observed posterior to centric occlusion. However, the occlusal contacts in swallowing apparently occurred between centric occlusion and centric relation. The occlusal stability in centric relation was found to be of extreme importance for muscle harmony during swallowing.

Rest position determined by conventional clinical methods did not always correspond to minimal, harmonious muscle activity electromyographically. A target opening from the clinically determined rest position often facilitated the recording of an even, minimal contraction of the temporal and masseter muscles. The mandible could be opened from this position about 1/2 inch further (a resting range) without eliciting any increased muscle activity from these muscles.

No full text is available. To read the body of this article, please view the PDF online

**Exhibit __-12**



http://www.thejpd.org/article/0022-3913(59)90051-4/abstract

The Journal of Prosthetic Dentistry

Articles and Issues ⌄   Collections ⌄   For Authors ⌄   Journal Info ⌄   Subscribe ⌄   Sponsoring Organi

Search for [_____] in [All Fields ⌄] [Go]   Advanced Sear

« Back

**Journal of Prosthetic Dentistry**
Volume 9, Issue 5 , Pages 851-862, September 1959

# Incisal and condylar guidance in relation to cuspal inclina lateral excursions

Lawrence A. Weinberg, A.B., D.D.S.

Received 23 September 1958

**Abstract**   Abstract + References   PDF   References

## Abstract

Some theoretic aspects of the incisal and condylar guidances in relation to the cusp inclines for lateral excurs been presented. Since most patients exhibit signs of bruxism,[13] we must know more about the various guidar mandible that produce harmonious cuspal inclines in lateral excursions. These guidances have been related clinical problems of articulators.

No full text is available. To read the body of this article, please view the PDF online.

**Exhibit __-13**



http://www.thejpd.org/article/0022-3913(59)90160-X/abstract

—The *Journal of*
**Prosthetic**
*Dentistry*

| Articles and Issues ⌄ | Collections ⌄ | For Authors ⌄ | Journal Info ⌄ | Subscribe ⌄ | Sponsoring Organiza |

Search for [            ] in [ All Fields ⌄ ] [ Go ] Advanced Searc

« Back

**Journal of Prosthetic Dentistry**
Volume 9, Issue 6 , Pages 1001-1016, November 1959

# Conservative occlusal rehabilitation

S. Charles Brecker, D.D.S.

Received 15 December 1953

| **Abstract** | Abstract + References | PDF | References |

## Abstract

Mathematics, engineering principles, precision, and uniformity of procedures must not dictate the physiology of
Failures in occlusal rehabilitation do not result from the use of, or the failure to use, a particular brand of instrum
axis recording, or any other registration. Rather, they result from three basic errors. Unsuccessful results are o
increasing the vertical dimension of occlusion beyond the limits of the physiologic rest position, by disregardin
limitations in and around the mouth, and by rehabilitating natural dentitions in *every* case along the lines and p
recommended for complete denture construction. A "balanced" occlusion in a natural dentition is a fallacy.

It is important to duplicate the functional curve of occlusion in patients who have the habit of bruxism. Ten unfav
of occlusion and their management should be understood by the dentist so that he will recognize the limitation
and thereby avoid difficulty.

**Exhibit __-14**

http://teeth-grinding.blogspot.com/

