# Exhibit F-1

The table below lists some of the many trademarks containing the word "BRUX" and related to the *dental field* found on the Trademark Electronic Search System.

Exhibit F-2 shows the search results yielded from this search on the U.S. Patent and Trademark Office's TESS system: : FD > "19000000" AND brux$[MP]

The other entries below were selected from among those in the search results of the foregoing U.S. U.S. Patent and Trademark Office search, and further details on each are attached as further pages of this Exhibit F:

**Registered/Pending "BRUX" Trademarks that PREDATE Glidewell's "BRUXZIR" Trademark (sorted by priority date):**

| PRIORITY DATE (Earliest Filing Or Use Date) | Trademark | GOODS & SERVICES(*Emphasis added*) | Current Status | Exhibit No. |
|---|---|---|---|---|
| 01-Dec-85 | BRUX-EZE | Dental appliances, namely removable occlusal overlays, fixation devices and the like, used for the treatment of **bruxism** and temporomandibular joint dysfunctions. | Live | F-8 |
| 16-Jun-86 | BRUX-EZE | Dental appliances, namely, removable occlusal overlays, fixation devices, and the like, used for treatment of **bruxism** and temporomandibular joint dysfunctions. | Dead | F-9 |
| 15-Jan-97 | BRUXCARE | Medical and Dental instruments, namely electronic instruments used to measure and log muscle activity or to provide feedback on muscle activity | Dead | F-5 |
| 01-May-97 | BRUXGUARD | dental mouth guards for medical purposes | Live | F-10 |
| 12-Mar-03 | BRUXGUARD | interocclusal appliances | Dead | F-11 |
| 01-Oct-06 | DR. BRUX | Surgical, medical, dental and veterinary apparatus and instruments, namely… **dental bridges**, dental broaches, dental burrs, dental clips for securing pre-existing dentures, **dental crowns**,… | Live | F-14 |
| 20-Nov-06 | BRUX-INDICATOR | Dentistry | Dead | F-16 |

**Registered/Pending "BRUX" Trademarks that were filed after, including Glidewell's "BRUXZIR" Trademark (sorted by priority date):**

# Exhibit F-1

| PRIORITY DATE (Earliest Filing Or Use Date) | Trademark | GOODS & SERVICES | Current Status | Exhibit No. |
|---|---|---|---|---|
| 06-Jun-09 | **BRUXZIR** | Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses | Live | F-13 |
| 24-Aug-09 | **BRUX-CHECKER** | Plastic material for producing dental diagnostic tools, namely, plastic foils for use in dental deep-drawing processes | Live | F-6 |
| 12-Oct-09 | **BRUXCURE** | Mouth guards for medical purposes | Live | F-7 |
| 10-Nov-09 | **BRUXZIR** | Dental ceramics | Live | F-17 |
| 17-Dec-09 | **BRUX XXX** | Apparatus & instruments for diagnosis or for treatment of bruxism | Live | F-4 |
| 24-Aug-10 | **BRUXQuickSplint** | Bite trays; Dental bite trays | Live | F-18 |
| 01-Dec-10 | **BRUXOMETER** | Device that measures time, duration, frequency or intensity or any other measurement of the bruxing, gnashing or grinding of teeth or jaw | Dead | F-12 |
| 05-Apr-11 | **KDZ BRUXER** | Dental prostheses | Live | F-19 |
| 08-Jun-11 | **BRUX BUSTER CUSTOM NIGHT GUARD** | Mouth guards for medical purposes | Live | F-3 |
| 28-Oct-11 | **GPS BRUXART** | Custom manufacture of dental prothesis | | F-15 |

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Dec 29 04:35:46 EST 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [IMAGE LIST] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___ 41 Records(s) found (This page: 1 ~ 41)

Refine Search `FD > "19000000" AND brux$[MP] [Submit]
Current Search: `FD > "19000000" AND brux$[MP] docs: 41 occ: 87

| | Serial Number | Reg. Number | Word Mark | Check Status | Live/Dead |
|---|---|---|---|---|---|
| 1 | 85495577 | | BRUXIE | TARR | LIVE |
| 2 | 85490324 | | GPS BRUXART | TARR | LIVE |
| 3 | 85332886 | | BRUXZIR | TARR | LIVE |
| 4 | 85114142 | | BRUXQUICKSPLINT | TARR | LIVE |
| 5 | 85188653 | | BRUXOMETER | TARR | LIVE |
| 6 | 85341369 | | BRUX BUSTER CUSTOM NIGHT GUARD | TARR | LIVE |
| 7 | 85363625 | | BRUX | TARR | LIVE |
| 8 | 85073930 | | 100% NATURAL CERVEZA PILSENER DESDE 1913 PURA CALIDAD ECUATORIANA 1974 MEDAILLE D DE LA QUALITE BIERE PILSENER BRUXELLES GRAN MARCA ECUATORIANA MARKETING HALL OF FAME 2005 | TARR | LIVE |
| 9 | 85287029 | | KDZ BRUXER | TARR | LIVE |
| 10 | 85064148 | 4037179 | BRUX XXX | TARR | LIVE |
| 11 | 85221267 | | BRUXIE THE MIX | TARR | LIVE |
| 12 | 85188329 | | BRUXIE | TARR | LIVE |
| 13 | 85144368 | | PETIT PLAISIR CHOCOLAT BELGE BRUXELLES | TARR | DEAD |
| 14 | 85092819 | 3975978 | BRUXAP | TARR | LIVE |
| 15 | 85095736 | 3950381 | BRUX WAFFLES | TARR | LIVE |
| 16 | 79006789 | 3071215 | PIERRE MARCOLINI CHOCOLATIER BRUXELLES | TARR | LIVE |
| 17 | 79005123 | 3440826 | AUTOSOL METAL POLISH MADE IN GERMANY SEVERAL TIMES AWARDED WITH GOLD MEDALS ON AN INTERNATIONAL LEVEL MONDE SELECTION BRUXELLES SELECTION MONDIALE DE LA QUALITE 31E SELECTION MONDIALE DES PRODUITS D'ENTRETIEN PAINTURES ET VERNIS - MEDAILLE D'OR BRUXELLES - 18. SEPTEMBRE 1971 | TARR | LIVE |
| 18 | 78470569 | | BRUXO | TARR | DEAD |
| 19 | 78224819 | | BRUXGUARD | TARR | DEAD |
| 20 | 77905079 | 3828178 | BRUXIE GOURMET HANDHELD WAFFLES | TARR | LIVE |
| 21 | 77966403 | 4024522 | BRUXITE | TARR | LIVE |
| 22 | 77810993 | 3956476 | BRUX-CHECKER | TARR | LIVE |
| 23 | 77847117 | 3941493 | BRUXCURE | TARR | LIVE |
| 24 | 77761757 | 3739663 | BRUXZIR | TARR | LIVE |
| 25 | 77520182 | 3582867 | CERVEZA LA TROPICAL EST. 1888 LA PRIMERA CERVEZA CUBANA PILSENER BEER, BRUXELLES 1 ER PREMIO 1897 MUNICH 1908 GRAND PRIX LONDRES GRAND PRIX 1898 ARTS-SCIENCE AUGEM AUSSTELLUNGEBRAUREREI AND WRISOHAFTSWSIN MUNCHEN DE 1906 FUR VERDIENSTVOLLI LEISTUNGEN | TARR | LIVE |
| 26 | 77190356 | 3775126 | DR. BRUX | TARR | LIVE |
| 27 | 77047447 | | BRUX-INDICATOR | TARR | DEAD |
| 28 | 76037407 | 2676074 | LEON DE BRUXELLES | TARR | DEAD |
| 29 | 76670951 | 3305252 | BLANCHE DE BRUXELLES | TARR | LIVE |
| 30 | 75931489 | 2473238 | BRUX-EZE | TARR | LIVE |
| 31 | 75645104 | 2399235 | BRUXCARE | TARR | DEAD |
| 32 | 75635946 | 2319154 | BRUXTON | TARR | LIVE |
| 33 | 75445741 | 2593343 | PIERRE MARCOLINI PIERRE MARCOLINI CHOCOLATIER BRUXELLES | TARR | DEAD |
| 34 | 75284579 | 2251807 | BRUXGUARD | TARR | LIVE |
| 35 | 74482994 | 1890296 | CAFE DE BRUXELLES | TARR | DEAD |
| 36 | 74112488 | 1700630 | BRUXTON | TARR | LIVE |
| 37 | 73791491 | 1608966 | BRUX-EZE | TARR | DEAD |
| 38 | 73671492 | 1487689 | MARY BRUXELLES | TARR | DEAD |
| 39 | 73606563 | 1508221 | MESSAGERIES AERIENNES TRANSPORTS AVIONS PARIS-LILLE-BRUXELLES PRIX AVANIAGEUX AIR DELIVERIES MIRAGE ULTRA-FAST TRANSPORTATION EXTRA-RAPIDES OF GOODS AND DE MARCHANDISE SET PASSENGERS BY DE VOYAGEURS PAR PLANES PARIS-LONDRES PARIS COIE-NORMANDE INEXPENSIVE PRICES DAILY 2ND REGULAR DEPARTURES FOR INFORMATION TEL PA OF 2474 2 GALICEE STREET | TARR | DEAD |
| 40 | 73334192 | 1251269 | NEUHAUS CHOCALATIER CONFISEUR A BRUXELLES DEPUIS 1857 | TARR | DEAD |
| 41 | 72311012 | 0886274 | BRUX | TARR | DEAD |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [PREV LIST] [NEXT LIST] [IMAGE LIST] [TOP] [HELP]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit F-2



Exhibit F-3

136
Exhibit F



United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Dec 29 04:35:46 EST 2011

Please logout when you are done to release system resources allocated for you.

List At: ____ OR Jump to record: ____   **Record 31 out of 41**

( Use the "Back" button of the Internet Browser to return to

**Typed Drawing**

| | |
|---|---|
| Word Mark | BRUXCARE |
| Goods and Services | (CANCELLED) IC 010. US 026 039 044. G & S: Medical and Dental instruments, namely electronic instruments used to m muscle activity. FIRST USE: 19970115. FIRST USE IN COMMERCE: 19970115 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75645104 |
| Filing Date | February 24, 1999 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | August 8, 2000 |
| Registration Number | 2399235 |
| Registration Date | October 31, 2000 |
| Owner | (REGISTRANT) BruxCare L.L.C. LIMITED LIABILITY COMPANY TEXAS 305 Camp Craft Road, Suite 110 Austin TEXAS 7 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Cancellation Date | August 4, 2007 |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

# BRUX-CHECKER

| | |
|---|---|
| Word Mark | BRUX-CHECKER |
| Goods and Services | IC 010. US 026 039 044. G & S: Plastic material for producing dental diagnostic tools, namely, plastic foils f |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77810993 |
| Filing Date | August 24, 2009 |
| Current Filing Basis | 44E |
| Original Filing Basis | 1B;44D |
| Published for Opposition | August 10, 2010 |
| Registration Number | 3956476 |
| Registration Date | May 10, 2011 |
| Owner | (REGISTRANT) Scheu-Dental GmbH LIMITED LIABILITY COMPANY FED REP GERMANY Am Burgberg 20 |
| Attorney of Record | James F. Struthers |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 29 04:35:46 EST 2011

Logout — Please logout when you are done to release system resources allocated for you.

List At: ____ OR Jump to record: ____  Record 23 out of 41

( Use the "Back" button of the Internet Browser to return to )

# Bruxcure

| | |
|---|---|
| Word Mark | BRUXCURE |
| Goods and Services | IC 010. US 026 039 044. G & S: Mouth guards for medical purposes. FIRST USE: 20100210. FIRST USE IN |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77847117 |
| Filing Date | October 12, 2009 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | March 16, 2010 |
| Registration Number | 3941493 |
| Registration Date | April 5, 2011 |
| Owner | (REGISTRANT) Horian, Richard DBA Bruxcure INDIVIDUAL UNITED STATES 22345 Rosecroft Circle Corona |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 29 04:35:46 EST 2011

Please logout when you are done to release system resources allocated for you.

List At: ___ OR Jump to record: ___ Record 37 out of 41

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| Word Mark | BRUX-EZE |
| Goods and Services | (CANCELLED) IC 010. US 044. G & S: DENTAL APPLIANCES, NAMELY, REMOVABLE OCCLUSAL OVERLAYS, FIXATION DEVICES, AND THE LIKE, USED FOR TREATMENT OF BRUXISM AND TEMPOROMANDIBULAR JOINT DYSFUNCTIONS. FIRST USE: 19840804. FIRST USE IN COMMERCE: 19860616 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 73791491 |
| Filing Date | April 6, 1989 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | May 15, 1990 |
| Registration Number | 1608966 |
| Registration Date | August 7, 1990 |
| Owner | (REGISTRANT) ALLEN, LARRY J. INDIVIDUAL UNITED STATES 1215 SOUTH ESCONDIDO BOULEVARD ESCONDIDO CALIFORNIA 92025 |
| Attorney of Record | THOMAS J. TIGHE |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Cancellation Date | February 10, 1997 |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Thu Dec 29 04:35:46 EST 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___  Record 34 out of 41

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| | |
|---|---|
| Word Mark | BRUXGUARD |
| Goods and Services | IC 010. US 026 039 044. G & S: dental mouth guards for medical purposes. FIRST USE: 19990301. FIRST USE IN COMMERCE: 19990301 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 75284579 |
| Filing Date | May 1, 1997 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Published for Opposition | December 9, 1997 |
| Change In Registration | CHANGE IN REGISTRATION HAS OCCURRED |
| Registration Number | 2251807 |
| Registration Date | June 8, 1999 |
| Owner | (REGISTRANT) Power Products, Inc. CORPORATION MISSOURI 16A Westwoods Drive Liberty MISSOURI 64068 |
| | (LAST LISTED OWNER) MEDTECH PRODUCTS, INC. CORPORATION DELAWARE 90 NORTH BROADWAY IRVINGTON NEW YORK 10533 |
| Assignment Recorded | ASSIGNMENT RECORDED |
| Attorney of Record | Micheline Kelly Johnson |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Affidavit Text | SECT 15. SECT 8 (6-YR). SECTION 8(10-YR) 20090605. |
| Renewal | 1ST RENEWAL 20090605 |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 29 04:35:46 EST 2011

Please logout when you are done to release system resources allocated for you.

List At: ___ OR Jump to record: ___ Record 19 out of 41

( Use the "Back" button of the Internet Browser to return to TESS)

**Typed Drawing**

| Field | Value |
|---|---|
| Word Mark | BRUXGUARD |
| Goods and Services | (ABANDONED) IC 010. US 026 039 044. G & S: interocclusal appliances. FIRST USE: 20030715. FIRST USE IN COMMERCE: 20030728 |
| Mark Drawing Code | (1) TYPED DRAWING |
| Serial Number | 78224819 |
| Filing Date | March 12, 2003 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) DENTAL CONCEPTS LLC LIMITED LIABILITY JOINT STOCK COMPANY DELAWARE 650 From Road Paramus NEW JERSEY 07652 |
| Attorney of Record | SETH NATTER |
| Prior Registrations | 2251807 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | DEAD |
| Abandonment Date | September 9, 2004 |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 29 04:35:46 EST 2011

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR Jump to record: ___   Record 5 out of 41

TARR Status | ASSIGN Status | TDR | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# Bruxometer

| | |
|---|---|
| Word Mark | BRUXOMETER |
| Goods and Services | IC 010. US 026 039 044. G & S: Device that measures time, duration, frequency or intensity or any other measurement of the bruxing, gnashing or grinding of teeth or jaw |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85188653 |
| Filing Date | December 1, 2010 |
| Current Filing Basis | 1B |
| Original Filing Basis | 1B |
| Owner | (APPLICANT) Mullen Jr, Perry Wesley INDIVIDUAL UNITED STATES Suite 104 7229 Forest Avenue Richmond VIRGINIA 23226 |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

Exhibit F-12

145
Exhibit F

United States Patent and Trademark Office

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 29 04:35:46 EST 2011

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: [ ] OR [Jump] to record: [ ] Record 24 out of 41

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] ( Use the "Back" button of the Internet Browser to return to TESS)

# BRUXZIR

| | |
|---|---|
| Word Mark | BRUXZIR |
| Goods and Services | IC 010. US 026 039 044. G & S: Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses. FIRST USE: 20090606. FIRST USE IN COMMERCE: 20090606 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77761757 |
| Filing Date | June 17, 2009 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 3, 2009 |
| Registration Number | 3739663 |
| International Registration Number | 1034335 |
| Registration Date | January 19, 2010 |
| Owner | (REGISTRANT) James R. Glidewell, Dental Ceramic, Inc. DBA Glidewell Laboratories CORPORATION CALIFORNIA Professional Services 4141 MacArthur Blvd. Newport Beach CALIFORNIA 92660 |
| Attorney of Record | Keith D. Allred, Esq. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST] [FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY



**United States Patent and TRADEMARK Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

Trademarks > Trademark Electronic Search System (TESS)

TESS was last updated on Thu Dec 29 04:35:46 EST 2011

Logout  Please logout when you are done to release system resources allocated for you.

Start  List At: ___ OR Jump to record: ___  Record 2 out of 41

TARR Status | ASSIGN Status | TDR | TTAB Status  ( Use the "Back" button of the Internet Browser to return to TESS)

# GPS BruxArt

| | |
|---|---|
| Word Mark | GPS BRUXART |
| Goods and Services | IC 040. US 100 103 106. G & S: Custom manufacture of dental prosthetics. FIRST USE: 20111028. FIRST USE IN COMMERCE: 20111028 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 85490324 |
| Filing Date | December 8, 2011 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Owner | (APPLICANT) Perricone, Gail INDIVIDUAL UNITED STATES 3501 Parkway Center Court Orlando FLORIDA 32808 |
| Type of Mark | SERVICE MARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

| HOME | SITE INDEX | SEARCH | eBUSINESS | HELP | PRIVACY POLICY

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Feb 10 04:35:46 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

# Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] **( Use the "Back" button of the Internet Browser to return to TESS)**

# Brux-Indicator

| | |
|---|---|
| **Word Mark** | **BRUX-INDICATOR** |
| **Goods and Services** | (ABANDONED) IC 044. US 100 101. G & S: Dentistry |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77047447 |
| **Filing Date** | November 20, 2006 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | May 8, 2007 |
| **Owner** | (APPLICANT) Empire Concepts Inc. CORPORATION CANADA 102 allison cres. Red Deer CANADA T4R2G9 |
| **Type of Mark** | SERVICE MARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | DEAD |
| **Abandonment Date** | February 1, 2008 |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Feb 10 04:35:46 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout] Please logout when you are done to release system resources allocated for you.

[Start] List At: ___ OR [Jump] to record: ___ **Record 1 out of 2**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# BRUXZIR

| | |
|---|---|
| **Word Mark** | **BRUXZIR** |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Dental ceramics. FIRST USE: 20091110. FIRST USE IN COMMERCE: 20091110 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85332886 |
| **Filing Date** | May 27, 2011 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 1, 2011 |
| **International Registration Number** | 1098166 |
| **Owner** | (APPLICANT) James R. Glidewell Dental Ceramics Inc. DBA Glidewell Laboratories CORPORATION CALIFORNIA Professional Services 4141 MacArthur Blvd. Newport Beach CALIFORNIA 92660 |
| **Attorney of Record** | Keith D. Allred |
| **Prior Registrations** | 3739663 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > **Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Feb 10 04:35:46 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout]  Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

# BRUXQuickSplint

| | |
|---|---|
| **Word Mark** | BRUXQUICKSPLINT |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Bite trays; Dental bite trays |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 85114142 |
| **Filing Date** | August 24, 2010 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | February 8, 2011 |
| **Owner** | (APPLICANT) Bradley A. Eli Dental Corporation CORPORATION CALIFORNIA 4403 Manchester Ave, Suite 101 Encinitas CALIFORNIA 92024 |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| HOME | SITE INDEX| SEARCH | eBUSINESS | HELP | PRIVACY POLICY


**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks** > Trademark Electronic Search System (TESS)

TESS was last updated on Fri Feb 10 04:35:46 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP] [PREV LIST] [CURR LIST] [NEXT LIST]
[FIRST DOC] [PREV DOC] [NEXT DOC] [LAST DOC]

[Logout]  Please logout when you are done to release system resources allocated for you.

[Start] List At: [    ] OR [Jump] to record: [    ]  **Record 3 out of 5**

[TARR Status] [ASSIGN Status] [TDR] [TTAB Status]  *( Use the "Back" button of the Internet Browser to return to TESS)*

[KDZ BRUXER logo]

| | |
|---|---|
| **Word Mark** | KDZ BRUXER |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Dental prostheses |
| **Mark Drawing Code** | (3) DESIGN PLUS WORDS, LETTERS, AND/OR NUMBERS |
| **Design Search Code** | 26.03.03 - Incomplete ovals; Ovals, incomplete |
| **Serial Number** | 85287029 |
| **Filing Date** | April 5, 2011 |
| **Current Filing Basis** | 1B |
| **Original Filing Basis** | 1B |
| **Published for Opposition** | August 30, 2011 |
| **Owner** | (APPLICANT) Keating Dental Arts, Inc. CORPORATION CALIFORNIA 16881 Hale Avenue Irvine CALIFORNIA 92606 |
| **Attorney of Record** | Thomas L. Gourde |
| **Disclaimer** | NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "**BRUXER**" APART FROM THE MARK AS SHOWN |
| **Description of Mark** | Color is not claimed as a feature of the mark. The mark consists of The letters "**KDZ**" in bold followed by the letters "**BRUXER**" in smaller font largely encircled by a stylized and elongated incomplete oval-shaped design element. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |