**Exhibit I**

| Notice of Acceptance of Statement of Use for Trademark Application Serial No. 85-287,084 for KDZ MAX(STYLIZED/DESIGN), as available in the public record |
|---|

From: TMOfficialNotices@USPTO.GOV
Sent: Wednesday, February 8, 2012 00:12 AM
To: tgourdelaw@cox.net
Subject: Trademark Serial Number 85287084 : Official USPTO Notice of Acceptance of Statement of Use

**NOTICE OF ACCEPTANCE OF STATEMENT OF USE**

Serial Number: 85-287,084
Mark: KDZ MAX(STYLIZED/DESIGN)
Owner: Keating Dental Arts, Inc.
Reference Number:

The USPTO has accepted the Statement of Use filed for the trademark application identified above. The mark will now register and the registration certificate will issue in due course barring any extraordinary circumstances.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

To check the status of an application, go to http://tarr.uspto.gov/.

| Notice of Acceptance of Statement of Use for Trademark Application Serial No. 85-287,720 for KDZ ULTRA(STYLIZED/DESIGN), as available in the public record |
|---|

From: TMOfficialNotices@USPTO.GOV
Sent: Saturday, February 4, 2012 00:11 AM
To: tgourdelaw@cox.net
Subject: Trademark Serial Number 85287720 : Official USPTO Notice of Acceptance of Statement of Use

**NOTICE OF ACCEPTANCE OF STATEMENT OF USE**

Serial Number: 85-287,720
Mark: KDZ ULTRA(STYLIZED/DESIGN)
Owner: Keating Dental Arts, Inc.
Reference Number:

The USPTO has accepted the Statement of Use filed for the trademark application identified above. The mark will now register and the registration certificate will issue in due course barring any extraordinary circumstances.

For further information, including information on filing and maintenance requirements for U.S. trademark applications and registrations and required fees, please consult the USPTO website at www.uspto.gov or call the Trademark Assistance Center at 1-800-786-9199.

To check the status of an application, go to http://tarr.uspto.gov/.