J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
 a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA  92660
Telephone:  (949) 718-6750
Facsimile:  (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Defendant and Counterclaim Plaintiff
KEATING DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendants.<br><hr>KEATING DENTAL ARTS, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | Civil Action No. SA-CV-ll-01309-DOC(ANx)<br><br>**NOTICE OF EX PARTE APPLICATION, AND EX PARTE APPLICATION, TO RESCHEDULE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**CURRENTLY SCHEDULED HEARING DATE:**<br>Monday, March 5, 2012<br><br>**PROPOSED HEARING DATE:**<br>Monday, March 26, 2012<br><br>**HEARING TIME:**<br>8:30 a.m. |

NOTICE IS HEREBY GIVEN to Plaintiff and its attorneys:

Pursuant to Rule 7 (Fed.R.Civ.P.) and L.R. 7-19 and 7-19.1, Defendant

**NOTICE OF MOTION AND MOTION TO RESCHEDULE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                1

1  Keating Dental Arts, Inc. ("KDA") is applying ex parte for the Court to postpone the hearing date (and the related briefing schedule) for KDA's pending Motion for Partial Summary Judgment. KDA requests that the Court rule on this rescheduling at its earliest convenience.

The postponement being sought is for the benefit of opposing counsel and his client, to permit them additional time to prepare and file Glidewell's opposition to KDA's pending Motion for Partial Summary Judgment. If the Court and/or opposing counsel instead want to proceed with the hearing on the currently-scheduled date of March 5, KDA and its undersigned counsel are prepared to do that.

Contemporaneously herewith, KDA is filing the required memorandum and lodging a proposed Order.

The undersigned attorney for KDA discussed this application with opposing counsel yesterday via telephone, and advised that the undersigned counsel would be filing same today. Opposing made clear that his client would not <u>stipulate</u> to any postponement. He did not indicate whether his client would <u>oppose</u> this application.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Signed at Newport Beach, California on February 14, 2012.

Dated: 2012-02-14  /J. Mark Holland/
J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**
Attorney for Defendant and Counterclaim-Plaintiff KEATING DENTAL ARTS, INC., a California corporation

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_to_Reschedule_Hearing_on_Motion_for_PSJ\Motion_to_Resch_Mot_on_PSJ_Glidewell_v_Keating_Dental.doc

**NOTICE OF MOTION AND MOTION TO RESCHEDULE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                    2