J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA  92660
Telephone:  (949) 718-6750
Facsimile:  (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Defendant and Counterclaim Plaintiff
KEATING  DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL  LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING  DENTAL ARTS, INC., a California corporation,<br><br>Defendants.<br><hr>KEATING  DENTAL ARTS, INC. a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL  LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>Defendants. | Civil Action No. SA-CV-ll-01309-DOC(ANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO RESCHEDULE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**CURRENTLY SCHEDULED HEARING DATE:**<br>**Monday, March 26, 2012**<br><br>**HEARING TIME:**<br>**8:30 a.m.** |

   This matter is before the Court on an ex parte application by Defendant

**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                1

Keating Dental Arts, Inc. ("KDA") to reschedule the hearing on KDA's motion for partial summary judgment, from March 5 to March 26, 2012.

Having considered the evidence and arguments and pleadings submitted by the parties, IT IS HEREBY ORDERED THAT the hearing date for KDA's pending Motion for Partial Summary Judgment be moved from March 5, 2012 to March 26, 2012. The related dates are corresponding postponed, as follows:

| Event Re KDA's Motion for Partial Summary Judgment | Currently Scheduled For: | Proposed New Date: |
|---|---|---|
| Glidewell Opposition Brief | February 13, 2012 | March 5, 2012 |
| KDA Reply Brief, if Any | February 20, 2012 | March 12, 2012 |
| Hearing | March 5, 2012 | March 26, 2012 |

SO ORDERED.

Dated:

Hon. David O. Carter
Judge of the United States District Court

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_to_Reschedule_Hearing_on_Motion_for_PSJ\Proposed_Order_To_Reschedule_Glidewell_v_Keating_Dental.doc

**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)    2