LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
Leonard Tachner, Esq. (State Bar No. 058436)
17961 Sky Park Circle, Suite 38-E
Irvine, California 92614-6364
(949) 752-8525 Telephone
(949) 955-2415 Telefax

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>**PLAINTIFF'S OPPOSITION TO DEFENDANT'S APPLICATION TO RESCHEDULE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**Current Hearing Date**<br>**March 5, 2012 (8:30 AM)**<br><br>**Proposed Hearing Date**<br>Date: March 26, 2012 (8:30 AM) |

Defendant has filed a Motion to Reschedule a Hearing on a Motion For Partial Summary Judgment (MSJ) (currently scheduled for March 5, 2012 at 8:30 AM) to March 26, 2012 at 8:30 AM.  Defendant predicates its motion on delays caused by "a prolonged visit from…out-of-state family"; the "December/January holidays generally"; and "a severe and prolonged bout of recent flu epidemic".  Plaintiff opposes this motion because it is believed that the Defendant's MSJ should be dismissed and that there should be no hearing regarding that motion on March 5, 2012 or on any other day.

Plaintiff's opposition is based upon:

(1) Defendant filed its MSJ on or about February 13, 2012 with certain exhibits thereto filed on or about February 14, 2012. In other words, Defendant didn't file its MSJ until 21 days before the March 5, 2012 hearing date. Local Rule 6-1 requires that filing and service of motions be effected not later than 28 days before the date set for hearing.

(2) The Court may recall that Defendant's counsel insisted at the scheduling conference held on December 16, 2011 that Defendant be permitted to file the MSJ Motion and that he himself chose a hearing date of March 5, 2012 to which Plaintiff's counsel acquiesced. Defendant's counsel persuaded the Court to grant him such opportunity based upon his assertion that he would not require any discovery to prepare his Motion. On a number of occasions thereafter, counsel assured the undersigned that he would be filing and serving his Motion at an early date including, initially, January 4, 2012 in order to "give Plaintiff plenty of time to respond" (see Tachner's Declaration herein). What ensued thereafter were a series of emails and telephone calls from Defendant's counsel asserting imminent filing and service of said Motion, but without any "follow-through" until after the Local Rule 6-1 deadline had passed.

(3) A principal reason for Defendant's delay in filing the MSJ as stated to Plaintiff's counsel by Defendant's counsel was an assertion that he had had flooding caused by a water main break at his home (see Mr. Holland's email of February 3, 2012, Exhibit to Declaration of Leonard Tachner). For whatever reason, this event was not mentioned by Defendant's counsel in his Motion to Reschedule the March 5 hearing date. His reasons relate to

holidays, family and flu, not flood. Without casting any aspersions on Mr. Holland's credibility, one has to wonder what really were his reasons for "his not insubstantial delays" from January 4, 2012 (his originally promised date of filing and service of the MSJ) to at least February 13, 2012 (a full week after the Local Rule 6-1 deadline).

(4) One has to wonder also because during this period of delay evidently caused by holidays, family, flu <u>and</u> flood, Mr. Holland still managed to file another pending motion seeking leave to amend his Answer to add affirmative defenses and counterclaims. Why is it that holidays, family, flu and flood did not prevent Defendant's counsel from filing that motion before the Local Rule 6-1 deadline?

Based upon the foregoing, it is believed that the Court should:

(a) Dismiss Defendant's motion to reschedule the March 5 hearing date on its MSJ;

(b) Dismiss Defendant's MSJ because it was filed and served after the Local Rule 6-1 deadline;

(c) Deny Defendant's pending motion seeking leave to amend its Answer; and

(d) Order that this Action proceed without further delay.


DATED: February 15, 2012     By:   /s/ Leonard Tachner
                                   Leonard Tachner
                                   Attorney for Plaintiff

(949) 752-8525 Telephone
(949) 955-2415 Telefax