LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
Leonard Tachner, Esq. (State Bar No. 058436)
17961 Sky Park Circle, Suite 38-E
Irvine, California 92614-6364
(949) 752-8525 Telephone
(949) 955-2415 Telefax

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF LEONARD TACHNER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S APPLICATION TO RESCHEDULE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT** |

I, Leonard Tachner, declare as follows:

1. I am an attorney at law, duly licensed to practice before all of Courts of the State of California, and admitted to practice in the United States District Court for the Central District of California. I am attorney of record in this Action for Plaintiff James R. Glidewell Dental Ceramics, Inc. DBA Glidewell Laboratories. I have personal knowledge of the facts set forth herein, and could and would testify thereto if sworn as a witness.

(2) I am qualified and have authority to certify the authenticity of records contained in the case files of Law Offices of Leonard Tachner. Those

files are prepared by the staff and attorney of Law Offices of Leonard Tachner in the ordinary course of business, and at or near the time of the creation or receipt of the documents in the files. If a document is created or received in a case, the original, or a true, correct and complete copy of the original is placed in the file for that case.

    (3)    Attached as Exhibit A is a printout of an email from Defendant's counsel of record, Mr. J. Mark Holland I received on or about February 3, 2012.

    (4)    On at least one occasion Defendant's counsel, Mr. Holland, assured me that he would file and serve a Motion for Partial Summary Judgment on January 4, 2012 to give Plaintiff plenty of time to respond.

I declare under penalty of perjury under the laws of the Untied States of America, that the foregoing is true and correct.

DATED: February 15, 2012    By:    /s/ Leonard Tachner
                                                  Leonard Tachner
                                                  Attorney for Plaintiff

(949) 752-8525 Telephone
(949) 955-2415 Telefax

Subj: **Re: First Amended Answer; Glidewell v. KDA; Our File: KEATI-L3844**
Date: 2/3/2012 11:37:35 A.M. Pacific Standard Time
From: mholland@jmhlaw.com
To: Ltachner@aol.com
CC: bob@keatingdentalarts.com, Diane@keatingdentalarts.com, office@jmhlaw.com, jforemantachlaw@aol.com, tachlaw@aol.com, shaun@keatingdentalarts.com, tgourdelaw@cox.net

Leonard,

I'm knocking wood as I write--- we should complete and file the Motion for Partial Summary Judgment by the end of today.

For what it's worth, last week's repair of the water main at our house did not hold, so we had similar flooding this morning, and the plumbers are back today to (hopefully) finally fix it.

Absent some unforeseen development, the motion documents should be out this evening. As I have previously advised, and as generally outlined in the First Amended Answer and Counterclaims that we recently served, the gist of it is that BRUX and related BRUX-based words are generic/descriptive within the dental industry, so no party can claim exclusive rights to them (as your client has been doing).

Very truly yours,

Mark

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

J. Mark Holland
J. Mark Holland & Associates
e: mholland@jmhlaw.com
p: 949-718-6750
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*