| | |
|---|---|
| 1 | J. MARK HOLLAND (140453) |
| 2 | **J. MARK HOLLAND & ASSOCIATES** |
| | a Professional Law Corporation |
| 3 | 3 San Joaquin Plaza, Suite 210 |
| | Newport Beach, CA  92660 |
| 4 | Telephone:  (949) 718-6750 |
| | Facsimile:  (949) 718-6756 |
| 5 | Email: office@jmhlaw.com |
| 6 | Attorneys for Defendant and Counterclaim Plaintiff |
| | KEATING DENTAL ARTS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, | Civil Action No. SA-CV-ll-01309-DOC(ANx) |
| Plaintiff, | **UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ARTHUR NAKAZATO** |
| vs. | |
| KEATING DENTAL ARTS, INC., a California corporation, | |
| Defendants. | **CURRENTLY SCHEDULED ON:** Thursday, March 22, 2012 1:30 PM |
| KEATING DENTAL ARTS, INC. a California corporation, | **LOCATION:** Judge Nakazato's Courtroom 6B Ronald Reagan Federal Building and U.S. Courthouse 411 W. Fourth Street Santa Ana, CA |
| Plaintiff, | |
| vs. | |
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive, | **PROPOSED TO RESCHEDULE TO:** Thursday, April 12, 2012 1:30 PM |
| Defendants. | |

Through its attorney, and subject to Judge Nakazato's approval, Defendant moves for an order rescheduling the Settlement Conference in the above-

**UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ARTHUR NAKAZATO**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                                                                 1

referenced lawsuit, from March 22 to April 12, 2012 (both at 1:30 p.m.). Plaintiff's counsel has indicated that Plaintiff will not oppose this rescheduling, and that April 12 is an acceptable date for Plaintiff and its counsel.

The desirability of rescheduling is based on Judge Carter's recent Order rescheduling the hearing on Defendant's Motion for Partial Summary Judgment from March 5 to March 26, 2012. By correspondingly moving the Settlement Conference, the parties hope to have the same opportunity to receive Judge Carter's ruling on that motion and prepare and consider settlement options in view of same, prior to imposing upon the Court's valuable time on April 12.

Contemporaneously with this filing, Defendant is lodging a [Proposed] Order granting the rescheduling.

Respectfully submitted,

Dated: 2012-02-27   /J. Mark Holland/
J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**
Attorney for Defendant and Counterclaim
KEATING DENTAL ARTS, INC., a
California corporation

## CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that, in communications over the past week, Plaintiff's counsel advised that Plaintiff would not oppose the present motion.

Dated: 2012-02-27   /J. Mark Holland/
J. Mark Holland
**J. MARK HOLLAND & ASSOCIATES**
Attorney for Defendant and Counterclaim
KEATING DENTAL ARTS, INC., a
California corporation

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Request_to_Reschedule_Settlement_Conf\Request_to_Reschedule_Settlement_Conf_Glidewell_v_Keati.doc

**UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ARTHUR NAKAZATO**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)　　　　　　　　　　　　　　　3