1  J. MARK HOLLAND (140453)
2  **J. MARK HOLLAND & ASSOCIATES**
   a Professional Law Corporation
3  3 San Joaquin Plaza, Suite 210
   Newport Beach, CA  92660
   Telephone:  (949) 718-6750
4  Facsimile:  (949) 718-6756
   Email: office@jmhlaw.com
5
   Attorneys for Defendant and Counterclaim Plaintiff
6  KEATING DENTAL ARTS, INC.

7

8              UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10                   SOUTHERN DIVISION

11  JAMES R. GLIDEWELL DENTAL          )
    CERAMICS, INC., DBA                )
12  GLIDEWELL LABORATORIES,            )
    a California corporation,          )
13                                     )
                                       )
14            Plaintiff,               )   Civil Action No.
                                       )   SA-CV-ll-01309-DOC(ANx)
15  vs.                                )
                                       )
16  KEATING DENTAL ARTS, INC.,         )   **[PROPOSED] ORDER**
    a California corporation,          )   **GRANTING DEFENDANT'S**
17                                     )   **UNOPPOSED MOTION TO**
              Defendants.              )   **RESCHEDULE SETTLEMENT**
18  _____    )   **CONFERENCE BEFORE**
                                       )   **MAGISTRATE JUDGE**
19  KEATING DENTAL ARTS, INC.          )   **ARTHUR NAKAZATO**
    a California corporation,          )
20                                     )
              Plaintiff,               )   **HEARING DATE:**
21                                     )   **Thursday, March 15, 2012 (if**
    vs.                                )   **needed)**
22                                     )
    JAMES R. GLIDEWELL DENTAL          )   **HEARING TIME:**
23  CERAMICS, INC., DBA                )   **10:00 a.m. (if needed)**
    GLIDEWELL LABORATORIES,            )
    a California corporation, and      )
24  DOES 1 THROUGH 5, inclusive,       )
                                       )
25            Defendants.              )
                                       )
26  _____

27

2  **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO**
   **RESCHEDULE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE**
   **ARTHUR NAKAZATO**

1  This matter is before the Court on Defendant Keating Dental Arts, Inc.

2  ("KDA")'s motion to reschedule the Settlement Conference in the above matter,

3  from March 22 to April 12, 2012.  Plaintiff's counsel has indicated that Plaintiff

4  does not oppose this motion.

5  Having considered Defendant's request and the non-opposition of Plaintiff,

6  IT IS ORDERED that the previously-scheduled settlement conference date of

7  March 22, 2012 is continued, and that instead the parties shall appear for a

8  settlement conference on April 12, 2012, at 1:30 P.M. before Magistrate Judge

9  Arthur Nakazato in Courtroom 6B of the Ronald Reagan Federal Building and

10  U.S. Courthouse located at 411 W. Fourth Street, Santa Ana, CA.

11

12  SO ORDERED:

13  Dated: _____          _____

14                                   Hon. Arthur Nakazato
                                     Magistrate Judge of the United States
15                                   District Court

16

17  Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Request_to_Reschedule_Settlement_Conf\Request_to_Reschedule_Settlement_Conf_PROPOSED_Order_Glidewell_v_Keati.doc

18

19

20

21

22

23

24

25

26

27

2  **[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ARTHUR NAKAZATO**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                      2