LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
Leonard Tachner, Esq. (State Bar No. 058436)
17961 Sky Park Circle, Suite 38-E
Irvine, California 92614-6364
(949) 752-8525 Telephone
(949) 955-2415 Telefax

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>**PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO AMEND ITS ANSWER**<br><br>**Hearing Date: March 5, 2012<br>Hearing Time: 8:30 AM** |

Plaintiff Glidewell Labs will not oppose Defendant's Motion seeking leave to amend its Answer. It is requested that the hearing on this Motion be removed from the Court's calendar. Plaintiff will file its Answer to the new counterclaims in due course upon an order of the Court granting Defendant's Motion.

DATED: March 1, 2012          By:   /s/ Leonard Tachner
                                    Leonard Tachner
                                    Attorney for Plaintiff

(949) 752-8525 Telephone
(949) 955-2415 Telefax

- 1 -

PLF'S NOTICE OF NON-OPPOSITION TO
DEF'S MOTION TO AMEND ITS ANSWER
CASE NO. SACV11—01309—DOC(ANx)

# PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 17961 Sky Park Circle, Suite 38-E, Irvine, California 92614. On March 1, 2012, I served the following document(s) in the manner indicated:

1. PLAINTIFF'S NOTICE OF NON-OPPOSITION TO DEFENDANT'S MOTION TO AMEND ITS ANSWER

☒ via electronic means by the Court's electronic filing system CM/ECF.

☐ by placing the document(s) listed above in a sealed envelope to the person at the address set forth below by postage prepaid United States First Class United States mail on the same date set out below.

J. Mark Holland
J. Mark Holland & Associates
3 San Joaquin Plaza, Suite 210
Newport Beach, CA 92660

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed March 1, 2012 at Irvine, California.

By: /s/ Jodie Miller
_____
Jodie Miller

Case No.: SACV11-01309-DOC(ANx)
CERTIFICATE OF SERVICE