1  ~~J. MARK HOLLAND (140453)~~
2  **J. MARK HOLLAND & ASSOCIATES**
   ~~a Professional Law Corporation~~
3  ~~3 San Joaquin Plaza, Suite 210~~
   ~~Newport Beach, CA 92660~~
4  ~~Telephone: (949) 718-6750~~
   ~~Facsimile: (949) 718-6756~~
5  ~~Email: office@jmhlaw.com~~

6  ~~Attorneys for Defendant and Counterclaim Plaintiff~~
   ~~KEATING DENTAL ARTS, INC.~~

7

8                    UNITED STATES DISTRICT COURT
9                    CENTRAL DISTRICT OF CALIFORNIA
10                           SOUTHERN DIVISION

11 JAMES R. GLIDEWELL DENTAL           )
   CERAMICS, INC., DBA                 )
12 GLIDEWELL LABORATORIES,             )
   a California corporation,           )
13                                     )
14         Plaintiff,                  )
                                       )   Civil Action No.
15 vs.                                 )   SACV-ll-01309-DOC(ANx)
                                       )
16 KEATING DENTAL ARTS, INC.,          )   [~~PROPOSED~~] ORDER
   a California corporation,           )   GRANTING DEFENDANT'S
17                                     )   UNOPPOSED MOTION TO
           Defendants.                 )   RESCHEDULE SETTLEMENT
18 _____ )   CONFERENCE BEFORE
                                       )   MAGISTRATE JUDGE
19 KEATING DENTAL ARTS, INC.           )   ARTHUR NAKAZATO
   a California corporation,           )
20                                     )
           Plaintiff,                  )   HEARING DATE:
21                                     )   Thursday, March 15, 2012 (if
   vs.                                 )   needed)
22                                     )
   JAMES R. GLIDEWELL DENTAL           )   HEARING TIME:
23 CERAMICS, INC., DBA                 )   10:00 a.m. (if needed)
   GLIDEWELL LABORATORIES,             )
24 a California corporation, and       )
   DOES 1 THROUGH 5, inclusive,        )
25                                     )
           Defendants.                 )
26                                     )

27

This matter is before the Court on Defendant Keating Dental Arts, Inc. ("KDA")'s motion to reschedule the Settlement Conference in the above matter, from March 22 to April 12, 2012. Plaintiff's counsel has indicated that Plaintiff does not oppose this motion.

Having considered Defendant's request and the non-opposition of Plaintiff, IT IS ORDERED that the previously-scheduled settlement conference date of March 22, 2012 is continued, and that instead the parties shall appear for a settlement conference on April 5, 2012, at 1:30 P.M. before Magistrate Judge Arthur Nakazato in Courtroom 6B of the Ronald Reagan Federal Building and U.S. Courthouse located at 411 W. Fourth Street, Santa Ana, CA. The time for the parties to submit their respective Confidential Settlement Conference Statements shall be based upon the new conference date of April 5, 2012.

SO ORDERED:

Dated: March 1, 2012  _____
Hon. Arthur Nakazato
Magistrate Judge of the United States
District Court

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Request_to_Reschedule_Settlement_Conf\Request_to_Reschedule_Settlement_Conf_PROPOSED_Order_Glidewell_v_Keati.doc

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO RESCHEDULE SETTLEMENT CONFERENCE BEFORE MAGISTRATE JUDGE ARTHUR NAKAZATO**
Civ. Action No. SACV-ll-01309-DOC(ANx)   2