EXHIBIT A

<u>Trademarks that include the generic term "SHREDDED WHEAT"</u>

Searching Google (Images tab) for "Shredded Wheat" yields many photos, including the different brands shown below. The full url is: (https://www.google.com/search?q=raisin+bran&hl=en&prmd=imvnse&tbm=isch&tbo=u&source=univ&sa=X&ei=xRpeT8TYCcmUiQLNibXLCw&sqi=2&ved=0CGQQsAQ&biw=1123&bih=852&qscrl=1#hl=en&qscrl=1&tbm=isch&sa=1&q=shredded+wheat+images&oq=shredded+wheat+images&aq=f&aqi=&aql=&gs_sm=3&gs_upl=88190l88785l0l88800l21l21l0l6l2l0l123l1161114.1l15l0&gs_l=img.3...88190l88785l0l88800l21l21l0l6l2l0l123l1161114j1l15l0.frgbld&pbx=1&bav=on.2,or.r_gc.r_pw.r_qf.,cf.osb&fp=84ccdd43fbf10be5&biw=1123&bih=809).

Presumably, these first few examples of ads and packaging are "old," prior to the time at which Nabisco faced competition re this product



**EXHIBIT A TO REPLY MEMORANDUM RE PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR®**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                    **<u>EXHIBIT A</u>**                    1

Below are two Nabisco Shredded Wheat trademarks (top row) that are more current, along with many of Nabisco's competitors' trademarks for their competing Shredded Wheat products:

|  |  |
|---|---|
| Nabisco Shredded Wheat | Nabisco Shredded Wheat |
|  |  |
| Post Shredded Wheat | Nestle Shredded Wheat |

**EXHIBIT A TO REPLY MEMORANDUM RE PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR®**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                              **EXHIBIT A**          2

| | |
|---|---|
|  Kellogg's Shredded Wheat |  Safeway Shredded Wheat |
|  Uncle Toby's Shredded Wheat |  Quaker Shredded Wheat |
|  Cub Shredded Wheat |  Barbara's Shredded Wheat |

C:\Data\Dropbox\office@jmhlaw.com-JMHLO\Dropbox\Clients\Winword\KEATI\L3844\Motion_PSJ_REPLY_EX_A_Glidewell_v_Keating.doc

**EXHIBIT A TO REPLY MEMORANDUM RE PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR®**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)     **EXHIBIT A**     3