# EXHIBIT B
## Trademarks that include the generic term "RAISIN BRAN"

Searching Google (Images tab) for "Raisin Bran" on 3/12/2012 yielded many photos, including the different brands shown in the table below. The full url for those search results is (https://www.google.com/search?q=raisin+bran&hl=en&prmd=imvnse&tbm=isch&tbo=u&source=univ&sa=X&ei=xRpeT8TYCcmUiQLNibXLCw&sqi=2&ved=0CGQQsAQ&biw=1123&bih=852&qscrl=1).

|  Kellogg's Raisin Bran |  Post Raisin Bran |
|---|---|
|  Mom's Best Raisin Bran |  Trader Joe's Raisin Bran |

**EXHIBIT B TO REPLY MEMORANDUM RE PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR®**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                           **EXHIBIT B**                           1



D:\Dropbox\office@jmhlaw.com-JMHLO\Dropbox\Clients\Winword\KEATI\L3844\Motion_PSJ_REPLY_EX_B_Glidewell_v_Keating.doc

**EXHIBIT B TO REPLY MEMORANDUM RE PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR®**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)          **EXHIBIT B**          2