1  J. MARK HOLLAND (140453)
2  **J. MARK HOLLAND & ASSOCIATES**
   a Professional Law Corporation
3  3 San Joaquin Plaza, Suite 210
   Newport Beach, CA  92660
4  Telephone:  (949) 718-6750
   Facsimile:  (949) 718-6756
5  Email: office@jmhlaw.com

6  Attorneys for Defendant and Counterclaim Plaintiff
   KEATING DENTAL ARTS, INC.

7

8                UNITED STATES DISTRICT COURT

9                CENTRAL DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., a California corporation, <br><br> Defendants. | Civil Action No. SA-CV-11-01309(ANx) <br><br> **DECLARATION OF BOB BRANDON IN SUPPORT OF DEFENDANT'S REPLY RE MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR** <br><br> **HEARING DATE:  Monday, March 26, 2012** <br><br> **HEARING TIME:  8:30 a.m.** |
| KEATING DENTAL ARTS, INC. a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive, <br><br> Defendants. | |

**DECLARATION OF BOB BRANDON RE REPLY RE MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                                1

## DECLARATION OF BOB BRANDON

I, Bob Brandon, do hereby declare as follows:

1. I am over eighteen (18) years of age and have never been convicted of a felony. Except for those matters stated on information and belief, I have personal knowledge of the matters set forth in this declaration. I am fully competent to make this declaration. I am under no disabilities, physical or legal, which would affect my declaration, and if called upon as a witness, I could and would give testimony on these issues in open court as set forth herein.

2. My principal place of business is Keating Dental Arts, Inc. ("KDA"), 16881 Hale Avenue, Irvine, CA 92606. I am employed there as General Manager, and have been in this position for one year. Immediately prior to that, I was KDA's Crown and Bridge Manager for six years. In those positions, I have been involved in and am familiar with our company's business generally, and specifically in connection with our various products sold under our KDZ line and our related marketing efforts.

3. Among other things, I am aware that KDA launched its KDZ line of products in approximately April 2011. We launched three tiers of that product line, and filed an application to register each one with the U.S. Patent and Trademark Office. Those trademarks and applications are shown in the following table:

| _KDA Product Line_ | _Trademark Sought to be Registered by KDA_ |
|---|---|
| KDZ BRUXER | ![KDZ BRUXER logo] |
| KDZ MAX | ![KDZ MAX logo] |
| KDZ ULTRA | ![KDZ ULTRA logo] |

4.  I also have reviewed Exhibit B to Glidewell's Complaint in the above-referenced lawsuit. The lower portion of that Exhibit B is copied and marked-up below. It shows five separate uses of our trademark in plain text (highlighted by the red ovals), all of which show the mark as two separate words: "KDZ" and "BRUXER". The one on the bottom left even separates those words onto two separate lines:



DECLARATION OF BOB BRANDON RE REPLY RE MOTION FOR PARTIAL SUMMARY JUDGMENT
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                              3

5. In all of our company's use of our KDZ trademarks, including our KDZ BRUXER trademark, we have always used them as two separate words (KDZ BRUXER, KDZ ULTRA, or KDZ MAX).

6. I had never seen nor imagined them as one word (KDZBRUXER), prior to seeing Glidewell's current Opposition filing. To my knowledge, the only place in the world where they appear as a single word is Glidewell's current Opposition.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Signed at Irvine, California on March 12, 2012.

      /Bob Brandon/
Bob Brandon

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_for_PSJ\Motion_PSJ_REPLY_Decl_Brandon_Glidewell_v_Keating_Dental_02.doc

**DECLARATION OF BOB BRANDON RE REPLY RE MOTION FOR PARTIAL SUMMARY JUDGMENT**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                      4