UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SACV 11-1309 DOC (ANx)                                                    Date: March 14, 2012

Title: JAMES R. GLIDEWELL DENTAL CERAMICS, INC.  V. KEATING DENTAL ARTS, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

    Julie Barrera                                              Not Present
Courtroom Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS: ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                     NONE PRESENT

PROCEEDING (IN CHAMBERS): ORDER DENYING MOTION FOR SUMMARY JUDGMENT AS MOOT

      Before the Court is a Motion for Partial Summary Judgment as to Non-Infringement of Trademark filed by Defendant Keating Dental Arts Inc. ("Defendant") on February 13, 2012.  (Dkt. 26).

      On March 1, 2012, the Court granted Defendant's unopposed Motion to File Amended First Amended Answer.  *See* Order (Dkt. 40).  Accordingly, Defendant's Motion to for Partial Summary Judgment is DENIED AS MOOT.

      The hearing on the Motion for Partial Summary Judgment set for March 26, 2012, is removed from the calendar.

      The Clerk shall serve this minute order on all parties to the action.