J. MARK HOLLAND (140453)
**J. MARK HOLLAND & ASSOCIATES**
 a Professional Law Corporation
3 San Joaquin Plaza, Suite 210
Newport Beach, CA  92660
Telephone:  (949) 718-6750
Facsimile:  (949) 718-6756
Email: office@jmhlaw.com

Attorneys for Defendant and Counterclaim Plaintiff
KEATING  DENTAL ARTS, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL  LABORATORIES, a California corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>KEATING  DENTAL ARTS, INC., a California corporation,<br><br>              Defendants.<br>_____<br>KEATING  DENTAL ARTS, INC. a California corporation,<br><br>              Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL  LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>              Defendants. | Civil Action No. SA-CV-ll-01309-DOC(ANx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO REINSTATE TO COURT'S CALENDAR THE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>**SCHEDULED HEARING DATE WAS:**<br>**Monday, March 26, 2012**<br><br>**HEARING TIME:**<br>**8:30 a.m.** |

    This matter is before the Court on an ex parte application by Defendant

Keating Dental Arts, Inc. ("KDA") to reinstate its Motion for Partial Summary Judgment to the Court's calendar, on the date and time on which it had been scheduled (March 26, 2012, at 8:30 a.m.).

Having considered the evidence and arguments and pleadings submitted by the parties, IT IS HEREBY ORDERED THAT the hearing date for KDA's pending Motion for Partial Summary Judgment is reinstated to March 26, 2012, at 8:30 a.m.

SO ORDERED.

Dated:

                                        Hon. David O. Carter
                                        Judge of the United States District Court

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_to_Reschedule_Hearing_on_Motion_for_PSJ\Proposed_Order_To_Reschedule_Glidewell_v_Keating_Dental.doc