| | |
|---|---|
| 1 | J. MARK HOLLAND (140453) |
| 2 | **J. MARK HOLLAND & ASSOCIATES** |
|   | a Professional Law Corporation |
| 3 | 3 San Joaquin Plaza, Suite 210 |
|   | Newport Beach, CA  92660 |
| 4 | Telephone:  (949) 718-6750 |
|   | Facsimile:  (949) 718-6756 |
| 5 | Email: office@jmhlaw.com |
| 6 | Attorneys for Defendant and Counterclaim Plaintiff |
|   | KEATING DENTAL ARTS, INC. |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation,

　　　　Plaintiff,

vs.

KEATING DENTAL ARTS, INC., a California corporation,

　　　　Defendants.

———————————————

KEATING DENTAL ARTS, INC. a California corporation,

　　　　Plaintiff,

vs.

JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,

　　　　Defendants.

Civil Action No.
SA-CV-ll-01309-DOC(ANx)

**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO REINSTATE TO COURT'S CALENDAR THE HEARING ON MOTION FOR PARTIAL SUMMARY JUDGMENT**

**SCHEDULED HEARING DATE WAS:**
Monday, March 26, 2012

**HEARING TIME:**
8:30 a.m.

　　　This matter is before the Court on an ex parte application by Defendant

**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO REINSTATE TO COURT'S CALENDAR KDA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)　　　　　　　　　　　　　　　　　　　　1

Keating Dental Arts, Inc. ("KDA") to reinstate its Motion for Partial Summary Judgment to the Court's calendar, on the date and time on which it had been scheduled (March 26, 2012, at 8:30 a.m.).

Having considered the evidence and arguments and pleadings submitted by the parties, IT IS HEREBY ORDERED THAT the hearing date for KDA's pending Motion for Partial Summary Judgment is reinstated to March 26, 2012, at 8:30 a.m.

SO ORDERED.

Dated: March 19, 2012

*David O. Carter*

Hon. David O. Carter
Judge of the United States District Court

Z:\Winword\KEATI\L3844\Pleadings\Motions-Related\KDA_Motion_to_Reschedule_Hearing_on_Motion_for_PSJ\Proposed_Order_To_Reschedule_Glidewell_v_Keating_Dental.doc

**ORDER GRANTING DEFENDANT'S EX PARTE APPLICATION TO REINSTATE TO COURT'S CALENDAR KDA'S MOTION FOR PARTIAL SUMMARY JUDGMENT OF NON-INFRINGEMENT OF TRADEMARK BRUXZIR**
Civ. Action No. SA-CV-ll-01309-DOC(ANx)                                      2