UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - ORDER

Case No.:   SACV 11-01309 DOC (ANx)                             Dated: April 3, 2012

Title:   James R. Glidewell Dental Ceramics, Inc. v. Keating Dental Arts, Inc.
================================================================
Present: **Hon. Arthur Nakazato, United States Magistrate Judge**
(In Chambers - No Appearances)

Stephen Ybarra                                                                         None
Deputy Clerk                                                                       Court Reporter


**Proceedings:**   Settlement Conference scheduled for April 5, 2012

**Rulings:**   For the reasons discussed below, the Settlement Conference is vacated and removed from the Magistrate Judge's April 5, 2012 calendar. No appearances are required.

**Discussion:**

After reviewing the parties' respective confidential settlement conference statements, the Magistrate Judge finds proceeding with a settlement conference in this trademark infringement case would be unproductive in light of the parties' respective settlement positions and impressions about the strengths of their cases. Plaintiff is also skeptical about the prospect of a settlement. Some cases just need to be tried, and this appears to be such a case. Accordingly, the clerk is directed to contact counsel for the parties and notify them the settlement conference is off calendar, and that no appearances will be required on April 5, 2012. The parties are directed to prepare for trial in accordance with Judge Carter's pretrial orders. However, if the parties change their minds and decide to engage in serious settlement discussions on their own, the Magistrate Judge will consider conducting a settlement conference provided the parties can demonstrate that a settlement conference before the Magistrate Judge is likely to result in a settlement agreement.

cc:   JUDGE CARTER
      All Parties                                                           Initials of Deputy Clerk shy