Name and address
Lynda J. Zadra-Symes (SBN 156511)
ljs@kmob.com
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Fax: (949) 760-9502

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMIC, INC.,<br><br>Plaintiff(s)<br>v.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant(s). | CASE NUMBER<br><br>SACV11-01309-DOC (ANx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

Keating Dental Arts, Inc.     ☐ Plaintiff  ☑ Defendant  ☐ Other _____
*Name of Party*

hereby request the Court approve the substitution of Lynda J. Zadra-Symes & Jeffrey Van Hoosear, Knobbe, Martens, Olson & Bear, LLP
*New Attorney*

as attorney of record in place and stead of J. Mark Holland, J. Mark Holland and Associates
*Present Attorney*

Dated  6-29-12                     _____
                                    *Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  6/29/12                     /s/ J. Mark Holland
                                    *Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  07/03/2012                  /s/ Lynda J. Zadra-Symes
                                    *Signature of New Attorney*
                                    156511
                                    *State Bar Number*

If party requesting to appear Pro Se:

Dated _____      _____
                                    *Signature of Requesting Party*

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (03/06)           REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY