Name and address:
Lynda J. Zadra-Symes (SBN 156511)
ljs@kmob.com
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Floor
Irvine, CA  92614
Telephone: (949) 760-0404
Fax: (949) 760-9502

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMIC, INC.,<br><br>Plaintiff(s)<br><br>v.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant(s). | CASE NUMBER:<br><br>SACV11-01309-DOC (ANx)<br><br>ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Keating Dental Arts, Inc.__   ☐ Plaintiff  ☑ Defendant  ☐ Other
*Name of Party*

to substitute __Lynda J. Zadra-Symes and Jeffrey Van Hoosear__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__Knobbe, Martens, Olson & Bear, LLP, 2040 Main St., 14th Floor__
*Street Address*

__Irvine, CA  92614__                       Jeffrey Van Hoosear - litigation@kmob.com
*City, State, Zip*                                Zadra-Symes - ljs@kmob.com
                                                       *E-Mail Address*

__(949) 760-0404__    __(949) 760-9502__      Van Hoosear - 147751
*Telephone Number*    *Fax Number*             Zadra-Symes - 156511
                                                       *State Bar Number*

as attorney of record in place and stead of __J. Mark Holland, J. Mark Holland and Associates__
*Present Attorney*

**is hereby**    ☐ GRANTED         ☐ DENIED


Dated _____          _____
                                                         U. S. District Judge/U.S. Magistrate Judge


**NOTICE TO COUNSEL :** IF Y OU ARE CURRENTLY ENRO LLED IN TH E O PTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YO UR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.