Jeffrey Van Hoosear (SBN 147,751)
Litigation@kmob.com
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404  Fax: (949) 760-9502

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAMES R. GLIDEWELL DENTAL CERAMIC, INC.,

                                    PLAINTIFF(S)

                    v.

KEATING DENTAL ARTS, INC.

                                    DEFENDANT(S).

CASE NUMBER

SACV11-01309-DOC (ANx)

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

**The following information must be provided:**

I, _Jeffrey Van Hoosear_ , _147,751_ , Litigation@kmob.com
     *Name*        *CA Bar ID Number*        *E-mail Address*

☑ am counsel of record or ☐ out-of-state attorney in the above-entitled cause of action for the following party(s)

KEATING DENTAL ARTS, INC.

and am requesting the following change(s):

> THIS SECTION MUST BE COMPLETED IF YOUR E-MAIL ADDRESS IS TO BE ADDED.
> I ☑ consent ☐ do not consent to receive service of documents by electronic means in accordance with Fed. R. Civ. P. 5(b)(2)(E) and 77 (d), and Fed. R. Crim. P. 49(b)-(d).

*SELECT THE CATEGORY AND COMPLETE THE INFORMATION REQUESTED:*

☐ TO UPDATE NAME OR FIRM INFORMATION:

    ☐ I am providing the following new information pursuant to Local Rule 83-2.7 to be updated on the above-entitled cause of action.

PROVIDE ONLY THE INFORMATION THAT HAS CHANGED

Attorney Name changed to _____
New Firm/Government Agency Name _____
New Address _____
New Telephone Number _____ New Facsimile Number _____
New E-mail address _____

☑ TO BE ADDED AS COUNSEL OF RECORD: CHECK ONE BOX

    ☐ I am counsel of record in the above-entitled action and should have been added to the docket in this case. I made my first appearance in this case on _____

    ☑ This constitutes my Notice of Appearance to appear as counsel of record for the party(s) listed above in the above-entitled action.

IF YOUR FI RM I S **NOT** ALREADY PART OF THI  S ACTI ON AND ARE A  SSOCIATING  IN  AS  COUNSEL OF RECORD A NOTI  CE OF ASSOCIATION SHOULD BE FI LED. IF YOU ARE GOI NG TO APPEAR PRO HAC VI  CE, A SEPARATE APPLI CATION OF NON -RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE, G-64 MUST BE FILED.

Attorney Name _____ CA State Bar Number _____

Firm/Government Agency Name _____

Address: _____

Telephone Number _____ Facsimile Number _____

New E-mail address _____

---

☐     TO BE REMOVED FROM THE CASE: **

      ☐     I am ☐ the aforementioned attorney from my firm is no longer counsel of record in the above- entitled cause of action.

CHECK ONE BOX

      ☐     The order relieving me/the aforementioned attorney from my firm was filed on: _____.

      ☐     There is/are other attorney(s) from the undersigned attorney's law firm/government agency who are counsel of record in this case.

      ☐     I am ☐ the aforementioned attorney is no longer with the firm/government agency representing the above-named party in this action. There is/are attorney(s) from my former firm/government agency who are currently counsel of record in this case.

**\*\*This form *cannot* be used as a substitution of attorney for. For substitution of attorney procedures please refer to Local Rule 83-2.9 and form G-01,*Request for Substitution of Attorney* and G-01ORDER, *Order on Request for Substitution of Attorney*. At least one  member of the firm/government agency MUST continue to represent and receive service for the parties indicated above in this action.**

---

Date: *July 27, 2012*

*Signature of Attorney of Record / Attorney for the Firm*

**PLEASE NOTE: CM/ECF users must update     t heir account information in the system pursuant to the General Order au thorizing electronic filing, in addition to filing this Notice of Change of Attorney Informat ion. A separate Notice must be filed in every pending case pursuant to Local Rule 83–2.7.**