Name and address:
Lynda J. Zadra-Symes (SBN 156511)
ljs@kmob.com
Knobbe, Martens, Olson & Bear, LLP
2040 Main St., 14th Floor
Irvine, CA 92614
Telephone: (949) 760-0404
Fax: (949) 760-9502

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMIC, INC., <br> Plaintiff(s) <br> v. <br> KEATING DENTAL ARTS, INC., <br> Defendant(s). | CASE NUMBER: <br> SACV11-01309-DOC (ANx) <br><br> ORDER ON <br> REQUEST FOR APPROVAL OF <br> SUBSTITUTION OF ATTORNEY |

The Court hereby orders that the request of:

__Keating Dental Arts, Inc.__   ☐ Plaintiff  ☒ Defendant  ☐ Other _____
*Name of Party*

to substitute __Lynda J. Zadra-Symes and Jeffrey Van Hoosear__ who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__Knobbe, Martens, Olson & Bear, LLP, 2040 Main St., 14th Floor__
*Street Address*

__Irvine, CA 92614__                            Jeffrey Van Hoosear - litigation@kmob.com
*City, State, Zip*                              Zadra-Symes - ljs@kmob.com
                                                *E-Mail Address*

__(949) 760-0404__    __(949) 760-9502__    Van Hoosear - 147751
*Telephone Number*    *Fax Number*         Zadra-Symes - 156511
                                           *State Bar Number*

as attorney of record in place and stead of __J. Mark Holland, J. Mark Holland and Associates__
                                                *Present Attorney*

is hereby    ☒ GRANTED    ☐ DENIED

Dated __7-30-12__

_____
U. S. District Judge/~~U.S. Magistrate Judge~~
DAVID O. CARTER

**NOTICE TO COUNSEL**: IF YOU ARE CURRENTLY ENROLLED IN THE OPTICAL SCANNING PROGRAM AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.