Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
Keating Dental Arts, Inc.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br><br> Plaintiff/Counter-defendant, <br><br> v. <br><br> KEATING DENTAL ARTS, INC. <br><br> Defendant/Counter-Plaintiff. | Civil Action No. SACV11-01309-DOC(ANx) <br><br> **NOTICE OF MOTION AND MOTION FOR AN ORDER TO FILE A SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** <br><br> Hearing Date: October 15, 2012 <br> Hearing Time: 8:30 am <br> Hearing Place: Courtroom 9D <br><br> Honorable David O. Carter, USDJ <br> Honorable Arthur Nakazato, USMJ |

Pursuant to Rule 15 (Fed.R.Civ.P.) and L.R. 15-1 through 15-4, Defendant Keating Dental Arts, Inc. ("KDA") hereby moves the Court for leave to file its Second Amended Answer, Affirmative Defenses, and Counterclaims. Contemporaneously with the filing of this Motion, KDA is filing (1) its Memorandum of Points and Authorities, (2) its [Proposed] Second Amended Answer, Affirmative Defenses, and Counterclaims, (3) Declaration of Rustin Mangum and (4) a proposed Order granting this motion.

The amendments are directed to (a) withdrawal of the anti-trust Counterclaims, (b) adding a Claim for Cancellation of Registration of Plaintiff's trademark, and (c) edits to clarify the affirmative defenses.

KDA filed its original Answer and Counterclaims on October 14, 2011 and filed a First Amended Answer, Affirmative Defenses and Counterclaims on March 1, 2012.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 22, 2012.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: September 4, 2012     By: /s/ Lynda J. Zadra-Symes
                                 Lynda J. Zadra-Symes
                                 Jeffrey L. Van Hoosear

                                 Attorneys for Plaintiff,
                                 Keating Dental Arts, Inc.

13866175