| | |
|---|---|
| 1 | Lynda J. Zadra-Symes (SBN 156,511) |
|   | Lynda.Zadra-Symes@kmob.com |
| 2 | Jeffrey L. Van Hoosear (SBN : 147,751) |
|   | Jeffrey.VanHoosear@kmob.com |
| 3 | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|   | 2040 Main Street, Fourteenth Floor |
| 4 | Irvine, CA 92614 |
|   | Phone: (949) 760-0404 |
| 5 | Facsimile: (949) 760-9502 |
| 6 | Attorneys for Defendant/Counter-Plaintiff, |
|   | Keating Dental Arts, Inc. |

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, | Civil Action No. SACV11-01309-DOC(ANx) |
| Plaintiff/Counter-defendant, | **[PROPOSED] ORDER GRANTING THE MOTION FOR AN ORDER TO FILE A SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS** |
| v. | |
| KEATING DENTAL ARTS, INC. | |
| Defendant/Counter-Plaintiff. | |
| | Hearing Date: October 15, 2012 |
| | Hearing Time: 8:30 am |
| | Hearing Place: Courtoom 9D |
| | Honorable David O. Carter, USDJ |
| | Honorable Arthur Nakazato, USMJ |

The matter of Defendants Motion for an Order Granting Leave to File a Second Amended Answer, Affirmative Defenses and Counterclaims. Having reviewed the Parties' papers, and having heard oral arguments the Court rules as follows:

The Motion is GRANTED;

The Answer is filed and served as of the date of this Order.

SO ORDERED

Dated:_____          _____
                                Hon. David O. Carter
                                Judge of the United States District Court

13866728