Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
Keating Dental Arts, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff/Counter-defendant,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant/Counter-Plaintiff. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**AMENDED INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) AND L.R. 26-1**<br><br>Honorable David O. Carter, USDJ<br>Honorable Arthur Nakazato, USMJ |

1  Pursuant to Federal Rule of Civil Procedure 26(a)(I), without waiving any
2  claim of privilege, work produced or other basis for non-disclosure, Defendant
3  Keating Dental Arts, Inc. ("Keating"), hereby provides its Amended Initial
4  Disclosures.

6  (i) The name and, if known, the address and telephone number of each
7  individual likely to have discoverable information - along with the subjects of
8  that information - that the disclosing party may use to support its claims or
9  defenses, unless the use would be solely for impeachment; information:

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Shaun Keating | 16881 Hale Ave.<br>Irvine, CA 92606<br>(800) 433-9833 | Use of generic term "bruxer," lack of confusion, and related facts |
| Bob Brandon | 16881 Hale Ave.<br>Irvine, CA 92606<br>(800) 433-9833 | Use of generic term "bruxer," lack of confusion, and related facts |
| Daxton Grubb<br>daxton@rdentlab.com | R-Dent Dental Labratories<br>6590 Summer Knoll Cove<br>Bartlett, TN 38134<br>www.rdentlab.com<br>372-8020 | Glidewell demands to stop using R BRUX Trademark, and related facts |
| Robert P. Marbach<br>sevices@authenticlab.com | Authentic Dental Lab<br>1950 Bandera Rd.<br>San Antonio, TX 78228<br>www.authenticlab.com<br>735-1433 | Glidewell demands to stop using "BRUX" crowns on Authentic's website, and related facts |
| Rick Everson<br>reverson@dentalservices.net | Sentage Corporation<br>5775 Wayzata Blvd.<br>Suite 890<br>Minneapolis, MN 55416<br>www.dentalservices.net<br>345-6300 | BRUX-EZE Trademark and related facts |

- 1 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Robin A. Carden | Glidewell Laboratories<br>4141 MacArthur Blvd<br>Newport Beach, CA 92660<br>(800) 854-7256 | Use of "bruxer" and "zirconia" as generic terms. |
| Dr. William Belton | 403 Vonderburg Dr.<br>Suite 201<br>Brandon, FL 33511<br>(813) 689-5098 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. David Bonner | 101 Binkley<br>PO Box 592<br>Dumas, TX 79029<br>(806) 935-6811 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Jonathan Campbell | Legacy Dental<br>1345 E. 3900 South<br>Suite 116<br>Salt Lake City, UT 84124<br>(801) 278-4223 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Joseph Jacquinot | Platteville Dental<br>1270 N. Water St.<br>Platteville, WI 53818<br>(608) 348-2393 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Dennis Murphy | 310 Terrace Ave.<br>Suite #102<br>Cincinnati, OH 45220<br>(513) 221-1550 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Terry L. Myers | 109 Apple Valley Parkway<br>Belton, MO 64012<br>(816) 331-4200 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. Samir Rana | 60 Beaverbrook Rd.<br>Lincoln Park, NJ 07035<br>(973) 633-5666 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Michael Razzano | 12910 Hwy 92 #107<br>Woodstock, GA 30188<br>(770) 592-2600 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Stan Richardson | 780 Nissan Dr.<br>Smyrna, TN 37167<br>(615) 355-1062 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Trevor Scheff | 6300 Limestone Rd.<br>Suite D<br>Hockessin, DE 19707<br>(302) 239-7277 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Scott Stephens | 2538 E Joyce Blvd.<br>Fayetteville, AR 72703<br>(479) 442-3915 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Robert T. Wooton | 3000 N Interstate 35<br>Austin, TX 78705<br>(512) 472-2246 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Tony D. Wu | 155 E. 38th<br>Suite 2D<br>New York, NY 10016<br>(212) 682-0888 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Expert witnesses to be identified | | |

(ii) A copy - or a description by category and location - of all documents, electronically stored information ("ESI"), and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

> ***Disclosure:*** Pursuant to appropriate terms of the Confidentiality Order, Keating will make available for inspection and copying responsive documents, ESI, and tangible things as indicated below. Defendant notes that Defendant already has identified to Plaintiff at least certain of the items listed. Also subject to an appropriate Protective Order and further review, Defendants may produce or make available under Federal Rule of Civil Procedure 34 additional documents/evidence, as those may come to the attention of Defendant.

| Description, etc. |
| --- |
| The trademarks and related information disclosed in the attachment to an email dated November 16, 2011 to Plaintiff's counsel Mr. Tachner, from Defendant's counsel. |
| Correspondence from Glidewell to third parties regarding the use by those third parties of the term BRUX or BRUX-related words. |
| Defendant's order forms and related records, as provided to and as received from dentists. |
| Defendant's sales records relating the products sold under Defendant's trademark KDZ BRUXER AND DESIGN. |
| Scholarly articles using the terms "zirconia" or "bruxer", "brux", "bruxism", or other related terms with a root of "brux." |
| Patents and patent applications using the terms "zirconia" or "bruxer", "brux", "bruxism", or other terms with a root of "brux." |
| Advertisements from Glidewell Laboratories showing use of "bruxzir" to indicate the product itself and not as a brand name. Copies of material from Glidewell's websites www.glidewelldental.com, www.bruxzir.com as well as other advertisements by Glidewell. |
| Defendant's and third party advertisements that show use of the term "bruxer," "brux," or other related words to refer generically to a bruxer crown product. |

(iii) A computation of each category of damages claimed by the disclosing party ~ who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or

- 4 -

protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

**_Disclosure_**: Defendant and Counterclaim-Plaintiff has not calculated its damages at this time, and is not in possession of the information necessary to do so. Among other things, Defendant and Counter-Defendant anticipates (1) possibly hiring an expert to do so, and (2) forwarding that expert's report in compliance with all applicable Rules and Orders.

In any case, such damages are likely to be based at least in part on obtaining an award from the Court of misuse of trademark and/or other bad faith violations by Plaintiff, the amount and nature of Plaintiff's unlawful activities in improperly restricting lawful competition, the extent to which remedial communications and advertising may be necessary to attempt to redress same, and other factors. Those issues and activities appear to be continuing and therefore the subject of ongoing discovery.

Among other things, the damages are likely to include calculations of Plaintiff's profits and/or Defendant's lost profits. In addition, Defendant reserves the right to appropriately designate with appropriate terms of confidentiality under the Confidentiality Order any and/or all such disclosures. Notwithstanding the foregoing, for the convenience of the parties and the Court, Defendant identifies at least the following categories of damages it expects will be included in the foregoing disclosures.

| Category of Damages |
| --- |
| Attorney fees and costs |
| Punitive damages |
| Lost sales |
| Interference with existing/prospective business relationships |
| Damages to business reputation |
| Employee time |
| Out-of-pocket expenses |
| Other |

(iv) For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

- 5 -

***Disclosure***: Pursuant to appropriate terms of confidentiality under the Confidentiality Order, Keating will make available for inspection and copying the following insurance policy:

The Hartford Business Liability Policy 72 SBA AB1425, with effective dates of *09/04/20 1 0* to *09/04/2011* and *09/04/2011* to *0910412012*.

Defendant expressly reserves the right to further supplement these Initial Disclosures under Federal Rule of Civil Procedure 26(e), without prejudice to its right to use such subsequently discovered information and documents at trial or at any proceeding in this action.

The undersigned counsel certifies under Federal Rule of Civil Procedure 26(g) that, after reasonable inquiry and to the best of his/her knowledge, the Disclosures contained above are accurate and complete as of the present time.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 23, 2012   By: /s/ _____
Lynda J. Zadra-Symes
Jeffrey L. Van Hoosear
Attorneys for Plaintiff,
Keating Dental Arts, Inc.

- 6 -

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On August 23, 2012, I caused the within **AMENDED INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) AND L.R. 26-1** to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

VIA Email and First Class Mail

Leonard Tachner, Esq.
LEONARD TACHNER, A Professional Law Corp.
17961 Sky Park Circle, Suite 38-E
Irvine, CA 92614-6364
Email: ltachner@aol.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2012 at Irvine, California.

Peter Toller

-7-

-18-                                                                   EXHIBIT C