LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
Leonard Tachner, Esq. (State Bar No. 058436)
17961 Sky Park Circle, Suite 38-E
Irvine, California 92614-6364
(949) 752-8525 Telephone
(949) 955-2415 Telefax

Attorney for Plaintiff/Counter-Defendant
James R. Glidewell Dental Ceramics, Inc. dba
Glidewell Laboratories

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff/Counter-Defendant<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant/Counter-Plaintiff. | Case No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF LEONARD TACHNER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS ANSWER A SECOND TIME With Exhibits 1 and 2** |

## DECLARATION OF LEONARD TACHNER

I, Leonard Tachner, do hereby declare as follows:

1. I am Plaintiff's counsel in this Action.

2. On or about March 20, 2012, acting on Plaintiff's behalf, I served on Defendant's then counsel Mark Holland, a First Set of Requests for Production. Among such requests were:

> **REQUEST NO. 19:**
>
> All Documents and Things relating to any likelihood of confusion between KDZ BRUXER and another other designation.
>
> **REQUEST NO. 30:**
>
> All Documents and Things relating to any instance of actual confusion in connection with the use of the designation KDZ BRUXER.

3. In his written response served on May 18, 2012, Mr. Holland agreed "to produce records of any and all communications received by Defendant that include the term BRUXIR, BRUXZER and/or BRUXZIR, along with documents and things that confirm the inclusion of those terms are not evidence of any "confusion" by the customers (dentists) ordering Defendant's products". On Monday May 21, Mr. Holland and I met at Defendant Keating's facilities and I was shown, among other things, a list of some 50 orders of KDZ BRUXER products referring to Plaintiff's BRUXZIR® trademark and for which phone calls were made by Keating personnel to clarify that the customer wanted or would accept the Keating product and not a Glidewell Laboratories "BRUXZIR" product. Mr. Holland agreed to produce a copy of that list and corresponding order sheets or comparable information showing the customer's identity and why such a call was necessary.

4. On June 6, I sent an email to Mr. Holland reminding him of his agreement to produce these documents and informing him that I had not yet received them. Mr. Holland, on June 6, stated "they will be served. I hope to send them to you tomorrow." Two days later I received Mr. Holland's email message in which he stated "Sorry for a slight further delay. I am trying to confirm that we have located ALL of the docs at issue. I should be able to send them to you this afternoon."

5. A disc containing the requested documents was finally served by substitute and current counsel Knobbe, Martens, Olson & Bear, LLP on August 13, 2012, almost five months after they were initially requested. The subject documents consist of more than 50 orders to Defendant Keating from its dentist customers ordering a full contour zirconia crown, many employing Plaintiff's registered trademark BRUXZIR®. A redacted sample of these documents (one dated May 2011) is enclosed herewith as Exhibit 1. (Defendant stamped "Confidential-Attorney's Eyes Only" on each such document). More than 50 additional such order documents, each employing BRUXZIR or other confusion-based versions of Plaintiff's trademark were served in August. The latest date on such documents (a redacted sample thereof enclosed herein as Exhibit 2) is May 2012. Clearly, Defendant had accumulated all of these 50+ confused orders and retained them in its possession during the period May 2011 to May 2012. At no time during that extensive period, including virtually the first ten months of this Action after Plaintiff filed its Complaint, (Plaintiff filed on August 31, 2011) had Defendant asserted any allegation of genericness of Plaintiff's mark

BRUXZIR®. Only now does Defendant Keating assert the defense of alleged genericness of BRUXZIR® relying primarily on those same documents which substitute counsel claims to be newly discovered evidence.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct.

Dated September 19, 2012        Respectfully submitted,

/s/ Leonard Tachner/
Leonard Tachner
Attorney for Plaintiff/Counter-Defendant
James R. Glidewell Dental Ceramics, Inc.
dba Glidewell Laboratories

CONFIDENTIAL ATTORNEY'S EYES ONLY
KDA-000642

# Keating Dental Arts
*Creating smiles everyday*

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

**Rx SPECIFIC INSTRUCTIONS** *STANDARD UNLESS SPECIFIED.*

Crown #3

BruxZir Crown

Shade: C-5   Only custom

Only custom impression please call.

(included crown impression)

Signature: [signed]   D.D.S. License #: 12033

TERMS: Customer agrees to company policy as stated on reverse.

**Age:** ___  **Sex:** ___
☐ Dr. to Die Trim  ☐ Metal Try-In
☐ Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired:

**SHADE INSTRUCTIONS**
Vita-Lumin: ___   Vita-3D: ___
Chromoscop: ___   Stump Shade: ___
Noritake: ___   Other: ___

---

Doctor's Account # ___
Dr. ___
Patient ___ NUS ___ Phone # ( ) ___
         LAST              FIRST
*PLEASE PRINT CLEARLY*
**Toll Free: (800) 433-9833**   Date Due In Office: 5-19-11

**PFM**
☐ Fused to Non-Precious*
☐ Fused to Semi-Precious
☐ Fused to White High Noble
☐ Fused to Yellow High Noble
☐ Fused to Captek
LAB TIME: 9 DAYS

**IMPLANTS**
☐ Porcelain fused to Semi-Precious*
☐ Porcelain fused to White High Noble
☐ Porcelain fused to Yellow High Noble
☐ Porcelain fused to Captek
☐ Procera All-Ceramic
☐ KDZ Zirconia
☐ Procera Custom Abutment:
☐ Atlantis Custom Abutment:  ☐ Titanium  ☐ Ceramic
☐ 3i Encode  ☐ Titanium*  ☐ Ceramic
LAB TIME: 9 DAYS

**CAD/CAM**  LAB TIME: 9 DAYS
☐ KDZ Zirconia
☐ Procera Zirkon

**FULL CAST**
☐ High Noble 62 — Type III
☐ Gold Inlay/onlay — Type II  (4RVT)
☐ Yellow Semi-Precious
☐ Other ___  Please Specify
LAB TIME: 6 DAYS

**REMOVABLES**
☐ KDA Denture
☐ KDA Premium Denture
☐ KDA Ultra Premium Denture
☐ Cast Chrome Frame
☐ Setup Teeth in Wax
☐ Partial Framework to Finish

**PLEASE SEND THE FOLLOWING**
☐ Rx forms  ☐ Mailing Labels
☐ Boxes

**SPECIAL ENCLOSURES** LAB USE ONLY
☐ Photo(s)   ☐ Analog
☐ Models    ☐ Implant Parts
☐ Shade Tab ☐ Impression
☐ Bite       ☐ Other

**ALL-CERAMIC**
☐ KDA Foil Veneer
☐ Stacked Feldspathic
☐ IPS e.max*
☐ IPS Empress*Esthetic
LAB TIME: 5 DAYS

**THERMOFORMED**
☐ Soft Nightguard
☐ Bleaching Tray (Foam Liner or reservoir)
☐ Hard Night Guard (Thermoformed)
☐ Hard Night Guard (Hand vacuum)
☐ Ultra Guard (Soft & Hard for extra comfort)
☐ Clearsplint (Flexible)
☐ Pro-Guard
LAB TIME: 4 DAYS

**COMPOSITES**
☐ Gradia
LAB TIME: 4 DAYS

**KDA-TEMPS**
Abutments #s ___ Pontics #s ___
☐ Wire*
☐ Cast Metal Frame
☐ Splinted
☐ Individual
LAB TIME: 4 DAYS

☐ Reline
☐ Custom Impression Tray
☐ Acrylic Stayplate
☐ Valpast* Partial Denture Complete
☐ TCS* Partial Denture Complete
☐ Delineator™

**Tooth chart:** UPPER / LOWER (RIGHT / LEFT)

**ANTERIOR DESIGN**
1/4 Metal Lingual  1/2 Metal Lingual  3/4 Metal Lingual

**OCCLUSAL STAINING**
☐ None  ☐ Medium
☐ Light*  ☐ Dark

**IF NO OCCLUSAL CLEARANCE**
☐ Metal Occlusion
☐ Reduction Coping
☐ Spot Opposing
☐ Make Permanent Note

**BUCCAL COLLAR DESIGN**
☐ Hairline or ___ mm on Buccal
☐ Porcelain Junction Margin*
☐ Porcelain Butt Margin (90 shoulder req.)

**METAL DESIGN**
☐ All Porcelain coverage
☐ Metal Coping with Porcelain coverage*
☑ Metal Occlusal excluding Buccal CUSP
☑ Metal Occlusal including Buccal CUSP

**PONTIC DESIGN**
Sanitary  Full Ridge Lap  Modified Ridge Lap  Bullet  Ovate

---

EXHIBIT 1
(page 1 of 1)

# Keating Dental Arts
*Creating smiles everyday*

16881 Hale Avenue, Irvine, CA, 92606
Email: shade@keatingdentalarts.com
800-433-9833
Fax 949-955-2199

Doctor's Account #: _____
Dr. _____
Patient: SHAFF / _____
   LAST        FIRST
Phone # (___) ___-____
Date Due In Office: May 11, 2012

## Rx SPECIFIC INSTRUCTIONS
*Standard unless specified*

Please fab full contour bruxzir crown. Reduced maximum amount
note: Should be plenty of clearance.
Do try-in with b.t. please.

Signature: _____
License #: 657

TERMS: Customer agrees to company policy as stated on reverse.

Age: ___   Sex: ___
☐ Dr. to die trim   ☐ Metal try-in
☐ Finish to porcelain

*Please indicate the distribution of hues and the types of characteristics desired.*

### SHADE INSTRUCTIONS
Vita–Lumin: _____
Noritake: _____
Vita–3D: A2
Stump shade: _____

### PLEASE SEND:
☐ RX forms  ☐ Boxes  ☐ Mailing labels

### ENCLOSURES  *LAB USE ONLY*
☐ Photo(s)  ☐ Analog  ☐ Models
☐ Implant parts  ☑ Impression  ☑ Bite
☐ Shade tab  ☐ Other

### METAL-FREE RESTORATIONS
**KDZ Family (CAD/CAM)**
☒ KDZ Bruxer
☐ KDZ Max
☐ KDZ Ultra*
☐ Procera®

**Pressables**
☐ IPS® Empress Esthetic
 ☐ Stained & glazed only*
 ☐ Cut-back & layered
 *Stump shade required*
☐ IPS® e.max
 ☐ Stained & glazed only*
 ☐ Cut-back & layered
 *Stump shade required*

**Veneers**
☐ KDA Foil Veneers (Stacked feldspathic porcelain)
☐ IPS® Empress Esthetic*
☐ IPS® e.max
*Stump shade required*

### PFM
☐ Non-precious*
☐ Semi-precious
☐ White high noble
☐ Yellow high noble
☐ Captek™

### CROWN
☐ PFM – Semi-precious*
☐ PFM – White high noble
☐ Full cast yellow semi-precious
☐ Captek™
☐ High noble 56
☐ KDZ Max
☐ KDZ Ultra
☐ IPS® e.max

### IMPLANTS
**Abutment**
Atlantis™ _____
3i® _____
☐ Titanium*  ☐ Gold-hue
☐ Zirconia
☐ Titanium  ☐ Zirconia
☐ Gold anodized
☐ Custom UCLA

### FULL CAST
☐ High Noble 56-Type III
☐ Gold Inlay/onlay-Type II (JRVT)
☐ White High Noble
☐ White semi-precious
☐ Yellow semi-precious

### ANTERIOR DESIGN
☐ ¼ Metal  ☐ lingual
☐ ½ Metal  ☐ lingual
☐ ¾ Metal  ☐ lingual

### IF NO OCCLUSAL CLEARANCE
☐ Metal occlusion
☐ Reduction coping
☐ See opposing
☐ Make permanent note

### OCCLUSAL STAINING
☑ None   ☐ Light*
☐ Medium ☐ Dark

### REMOVABLES
☐ TCS®/Valplast® Partial Complete
☐ KDA Denture
☐ KDA Premium Denture
☐ KDA Ultra Premium Denture
☐ Locator retained
☐ Bar retained (Titanium bar)
☐ Screw retained hybrid (Titanium bar)
☐ TCS®/Bego
☐ Valplast®/Bego
☐ Cast chrome
☐ Acrylic stayplate
☐ Delineator™
☐ Lab select complete design
☐ Frame try-in
☐ Frame w/occlus. rim
☐ Frame w/set-up try-in
☐ Finish

### BUCCAL COLLAR DESIGN
☐ Hairline or ___ mm buccal
☐ Porcelain junction margin*
☐ Porcelain butt margin 90° shoulder required

### METAL DESIGN
☐ All porcelain coverage
☐ Metal coping with porcelain coverage*
☒ Metal occlusal excluding buccal CUSP
☒ Metal occlusal including buccal CUSP

### PONTIC DESIGN
☒ Modified ridge lap*
☒ Full ridge lap
☒ Sanitary
☒ Bullet
☒ Ovate

### KDA TEMPS
☐ Diagnostic wax-up
Abutments #s: _____
Pontics #s: _____
☐ Wire*  ☐ Cast metal frame
☐ Splinted  ☐ Individual

### APPLIANCES
☐ Night Guard - Astron CLEARsplint™
☐ Night Guard - Hard Thermoformed
☐ Bleaching Tray
☐ Foam liner
☐ Reservoir
☐ Clear Pro-Guard
☐ Night Guard - Hard Hand Waxed
☐ Night Guard - Soft
☐ Ultra Guard (hard/soft)
☐ 1.0 mil Clear Ortho Retainer

EXHIBIT 2
(page 1 of 1)

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-002019

PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit.  My business address is 17961 Sky Park Circle, Suite 38-E, Irvine, California 92614.  On September 19, 2012, I served the following document(s) in the manner indicated:

1. DECLARATION OF LEONARD TACHNER IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR LEAVE TO AMEND ITS ANSWER A SECOND TIME
With Exhibits 1 and 2

▣   via electronic means by the Court's electronic filing system CM/ECF.

☐   by placing the document(s) listed above in a sealed envelope to the person at the address set forth below by postage prepaid United States First Class United States mail on the same date set out below.

Lynda J. Zadra-Symes
Jeffrey L. Van Hoosear
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 19, 2012 at Irvine, California.

By:   /s/ Jodie Miller
_____
Jodie Miller

Case No.: SACV11-01309-DOC(ANx)
CERTIFICATE OF SERVICE