1  LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
   Leonard Tachner, Esq. (State Bar No. 058436)
2  17961 Sky Park Circle, Suite 38-E
   Irvine, California 92614-6364
3  (949) 752-8525 Telephone
   (949) 955-2415 Telefax
4
   Attorney for Plaintiff/Counterclaim-Defendant
5

6
                   UNITED STATES DISTRICT COURT
7                  CENTRAL DISTRICT OF CALIFORNIA

8

9  _____
                                  )  Case No. SACV11-01309-DOC(ANx)
10 JAMES R. GLIDEWELL DENTAL      )
   CERAMICS, INC. DBA             )
11 GLIDEWELL LABORATORIES, a      )  PLAINTIFF'S/COUNTERCLAIM-
   California corporation,         )  DEFENDANT FIRST REQUEST FOR
12                                 )  ADMISSIONS NOS. 1 THROUGH 11
            Plaintiff              )
13                                 )
      vs.                          )
14                                 )
   KEATING DENTAL ARTS, INC., a   )
15 California corporation,         )
                                   )
16          Defendant.             )
17 _____)
                                   )
18 KEATING DENTAL ARTS, INC., a   )
   California corporation,         )
19                                 )
            Counterclaim-Plaintiff,)
20                                 )
      vs.                          )
21                                 )
   JAMES R. GLIDEWELL DENTAL      )
22 CERAMICS, INC., DBA            )
   GLIDEWELL LABORATORIES, a      )
23 California corporation, and    )
   DOES 1 THROUGH 5, inclusive,   )
24                                 )
            Counterclaim-Defendants.)
25 _____

26
         Pursuant to Rules 26 and 36 of the Federal Rules of Civil Procedure,
27
   Plaintiff James R. Glidewell Dental Ceramics, Inc., dba Glidewell
28

                                - 1 -           Plaintiff's/Counterclaim-Defendant First Request for
                                                                         Admissions Nos. 1-11
                                                              CASE NO. SACV11-01309-DOC(ANx)

**EXHIBIT D**

**-3-**

Laboratories having a business address at 4141 MacArthur Boulevard Newport Beach, California 92660 (hereinafter "PLAINTIFF"), hereby requests that Defendant, Keating Dental Arts, Inc. having a business address at 16881 Hale Avenue, Irvine, California 92606 (hereinafter "DEFENDANT"), respond to the following request for admissions, separately and fully, in writing within thirty (30) days of the date of service hereof. These requests are deemed continuing in nature, requiring amendment and supplemental answers as appropriate.

## DEFINITIONS AND INSTRUCTIONS

The definitions set forth in Plaintiff's First and Second Set of Requests for Production of Documents and Things to Defendants are hereby incorporated herein by reference.

Unless the context indicates otherwise, the following words and phrases are defined and used herein as follows:

1. The term "Glidewell" shall refer to James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories, all of their divisions, departments, nominees, affiliated entities and units, including subsidiaries, instrumentalities, subdivisions, predecessors, successors and assignees; its administrators, officers, directors, employees, agents, representatives, consultants, special assistants, joint ventures, contractors, and attorney's; and/or any person(s) who at any time acted by, through, or on behalf of any of them.

2. The term "KDA" shall refer to Keating Dental Arts, Inc., all of their divisions, departments, nominees, affiliated entities and units, including subsidiaries, instrumentalities, subdivisions, predecessors,

successors and assignees; its administrators, officers, directors, employees, agents, representatives, consultants, special assistants, joint ventures, contractors, and attorneys; and/or any person(s) who at any time acted by, through, or on behalf of any of them.

3. The terms "and" and "or" shall be construed both conjunctively and disjunctively, and the plural shall be construed as the singular, and vice versa, as necessary and in order to bring within the scope of these requests all information that might otherwise be construed to be outside their scope.

4. The term BRUXZIR is the mark as cited in Serial No. 77/761,757, before the United States Patent and Trademark Office.

5. If, in answering any of these requests, you claim any ambiguity in interpreting either the request or a definition or instruction applicable thereto, such claim shall not be utilized by you as a basis for refusing to respond, but there shall be set forth as part of the response the language deemed to be ambiguous and the interpretation chose or used in responding to the request.

6. In relation to each Request Defendant shall admit or deny the matter of which an admission is requested or give detailed reasons why Defendant cannot truthfully admit or deny the matter. When in good faith Defendant is required to qualify an answer to a Request or deny only a part of the matter of which an admission is requested Defendant shall specify so much of the matter requested as is true and qualify or deny the remainder.

7. If the Answer to any Request is that Defendant lacks sufficient information or knowledge to admit or deny the Request, describe all efforts made by Defendant to obtain the information necessary to

answer the request.

8. If Defendant objects to any request please state the reasons for the objection and if Defendant contends that any information requested is privileged or otherwise excludable from discovery, please provide all information falling within the scope of the Request that is not privileged and, with respect to each item of information for which Defendant claims a privilege, Defendant is requested to separately describe any such item of information in sufficient detail for identification purposes and to state the basis of the asserted privilege or other grounds for exclusion.

9. These requests shall be deemed to be continuing in nature, and the responding party shall duly supplement its answers as additional information becomes available.

## REQUEST FOR ADMISSION

REQUEST FOR ADMISSION NO. 1:

PLAINTIFF's BRUXZIR trademark is a strong mark.

REQUEST FOR ADMISSION NO. 2:

BRUXZIR and KDZ BRUXER are both used on dental restorations made of full contour zirconia and sold to dentists.

REQUEST FOR ADMISSION NO. 3:

There is no "Z" sound in bruxer.

**REQUEST FOR ADMISSION NO. 4:**

There is no "ZIR" sound in bruxer.

**REQUEST FOR ADMISSION NO. 5:**

DEFENDANT Keating uses the term KDZ BRUXER as a trademark for dental restorations sold to dentists.

**REQUEST FOR ADMISSION NO. 6:**

DEFENDANT Keating is attempting to register the trademark KDZ BRUXER in the United States Patent and Trademark Office.

**REQUEST FOR ADMISSION NO. 7:**

DEFENDANT Keating has no knowledge of whether any particular KDZ BRUXER crown is used to repair a tooth damaged by bruxism.

**REQUEST FOR ADMISSION NO. 8:**

KDZ BRUXER crowns are ordered by dentists using DEFENDANT Keating forms that do not mention bruxism except as part of the trademark "KDZ BRUXER".

**REQUEST FOR ADMISSION NO. 9:**

KDZ BRUXER crowns are sold to dentists who normally do not indicate the reason why the patient needs a crown.

**REQUEST FOR ADMISSION NO. 10:**

DEFENDANT Keating does not determine whether its KDZ BRUXER crowns are being sold to dentists for patients who have teeth damaged by

1 bruxism.

2

3 REQUEST FOR ADMISSION NO. 11:

4 DEFENDANT Keating personnel know of no other dental labs which
5 currently sell a full contour zirconia crown using a trademark containing the
6 term "brux" other than Glidewell Laboratories.

Respectfully submitted,

Leonard Tachner
Attorney for the Plaintiff/Counterclaim-Defendant
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

Dated: September 21, 2012

(949) 752-8525 Telephone
(949) 955-2415 Telefax

# PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 17961 Sky Park Circle, Suite 38-E, Irvine, California 92614. On September 21, 2012, I served the following document(s) in the manner indicated:

1. Plaintiff's/Counterclaim-Defendant First Request For Admissions Nos. 1 through 11

☐ via electronic means by the Court's electronic filing system CM/ECF.

☒ by placing the document(s) listed above in a sealed envelope to the person at the address set forth below by postage prepaid United States First Class mail on the same date set out below.

Lynda J. Zadra-Symes Esq.
Jeffrey L. Van Hoosear, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed September 21, 2012 at Irvine, California.

_____
Jodie Miller

Case No.: SACV11-01309-DOC(ANx)
CERTIFICATE OF SERVICE

EXHIBIT D
-9-