LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
Leonard Tachner, Esq. (State Bar No. 058436)
17961 Sky Park Circle, Suite 38-E
Irvine, California 92614-6364
(949) 752-8525 Telephone
(949) 955-2415 Telefax

Attorney for Plaintiff/Counterclaim-Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>PLAINTIFF'S/COUNTERCLAIM-DEFENDANT SECOND REQUEST FOR PRODUCTION OF DOCUMENTS AND THINGS NOS. 43-51 |
| KEATING DENTAL ARTS, INC., a California corporation,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>Counterclaim-Defendants. | |

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff James R. Glidewell Dental Ceramics, Inc., dba Glidewell Laboratories having

- 1 -

Plaintiff's/Counterclaim-Defendant Second Request for Production of Documents & Things Nos. 43-51
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT E
-10-

a business address at 4141 MacArthur Boulevard Newport Beach, California 92660 (hereinafter "PLAINTIFF"), hereby requests that Defendant, Keating Dental Arts, Inc. having a business address at 16881 Hale Avenue, Irvine, California 92606 (hereinafter "DEFENDANT"), within thirty (30) days of service hereof, answer the following document requests and produce for inspection and copying the requested documents and things that are in possession, custody, or control of the DEFENDANT and provide such answers in writing to attorney for PLAINTIFF, Leonard Tachner.

## INTRODUCTION AND DEFINITIONS

These document requests seek answers as of the date hereof, but shall be deemed to be continuing so that any additional information relating in any way to these document requests which DEFENDANT acquires, or which becomes known to DEFENDANT, up to and including the time this Action is finally concluded, shall be furnished to PLAINTIFF immediately after such information is acquired or becomes known.

1. As used herein, the terms "DOCUMENT" and "THING" are defined in their customary broad sense as described in Rule 34 of the Federal Rules of Civil Procedure and shall include, without limitation, originals and copies of all correspondence, literature, papers, memoranda, reports, notes, diaries, messages, telegrams, books, letters, ledgers, drawings, photographs, publications, advertisements, brochures, price lists, recordings, invoices, and any other documents or things within the scope of Rule 34 of the Federal Rules of Civil Procedure.

- 2 -

Plaintiff's/Counterclaim-Defendant Second Request for
Production of Documents & Things Nos. 43-51
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT E
-11-

2. As used herein, the term "RELATING TO" shall mean supporting, respecting, regarding, concerning, pertaining to, referring to, stating, establishing, evidencing, showing, describing, recording, noting, reflecting, embodying, memorializing, containing, mentioning, studying, analyzing, or discussing, either directly or indirectly.

3. As used herein, the term "PERSON" shall mean both natural personals and corporate or other business entities, whether or not in the employment of the DEFENDANT.

4. As used herein, the term "KDZ BRUXER" shall mean the designation KDZ BRUXER as cited in U.S. Application Serial No. 85/287,029, before the United States Patent and Trademark Office.

5. As used herein, the term "DEFENDANT" shall mean Keating Dental Arts, Inc., its predecessor, successor, any entity that has been under common ownership or control in any manner with Keating Dental Arts, Inc., any entity which has granted or assigned rights to Keating Dental Arts, Inc. for "KDZ BRUXER", any entity which has granted Keating Dental Arts, Inc., or assigned rights for Keating Dental Arts, Inc., and the present and former directors, officers, employees, agents, attorneys and representatives of any of the above-described entities.

6. As used herein, the term "PLAINTIFF" shall mean James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories, its predecessor, successor, any business entity that has been under common ownership or control in any manner with James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories, and the present and former officers, directors, employees, agents, attorneys and representatives of the above-described entities.

- 3 -

Plaintiff's/Counterclaim-Defendant Second Request for Production of Documents & Things Nos. 43-51
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT E
-12-

1  7. As used herein, the term "AGREEMENT" shall mean any
2  proposed or binding contract that may either be oral or written, and may
3  include but is not limited to, assignment agreement, license agreement,
4  consent of use agreement, sales agreement, distributorship agreement,
5  franchise agreements, etc.
6  8. As used herein, the term "OFFER FOR SALE" shall include any
7  conjugated version of offer for sale, any referenced offer as well as any
8  resulting sale.
9  9. As used herein, the term "PROMOTIONAL MATERIALS" shall
10 mean any advertising and/or promotional materials, including but not limited
11 to, newspaper, journal and magazine ads, radio ads, television ads, pamphlets,
12 catalogs, brochures, fliers, mailers, sales person training materials, warranty
13 policies, etc.
14 10. As used herein, the term "GOODS" shall mean any services
15 and/or goods referred to in Application Serial No. 85/287,029.
16 11. The singular shall be deemed to include the plural and vice versa.
17 The masculine shall be deemed to include the feminine and vice versa.

- 4 -

Plaintiff's/Counterclaim-Defendant Second Request for
Production of Documents & Things Nos. 43-51
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT E
-13-

REQUEST NO. 43:

All DOCUMENTS and THINGS RELATING TO whether dentists who purchase KDZ BRUXER crowns use them to repair teeth damaged by bruxism.

RESPONSE:

REQUEST NO. 44:

All DOCUMENTS and THINGS RELATING TO the percentage of KDZ BRUXER crowns used to repair teeth damaged by bruxism as compared to other uses of such crowns.

RESPONSE:

REQUEST NO. 45:

All DOCUMENTS and THINGS RELATING TO any third party selling or offering to sell a ceramic restoration under a trademark having the term BRUX as a part or portion thereof.

RESPONSE:

- 5 -

Plaintiff's/Counterclaim-Defendant Second Request for
Production of Documents & Things Nos. 43-51
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT E
-14-

1  REQUEST NO. 46:

2    All DOCUMENTS and THINGS RELATING TO surveys, studies, or
3  research papers conducted by Defendant or on behalf of Defendant in regard
4  to alleged genericness of the BRUXZIR mark.

6  RESPONSE:

9  REQUEST NO. 47:

10   All DOCUMENTS and THINGS RELATING TO communications
11 received by Defendant from dentists or dental offices that relate to alleged
12 genericness of the BRUXZIR mark.

14 RESPONSE:

17 REQUEST NO. 48:

18   All DOCUMENTS and THINGS RELATING TO complaints, returns,
19 grievances, or criticisms of Defendant's products sold under the KDZ
20 BRUXER mark.

22 RESPONSE:

- 6 -

Plaintiff's/Counterclaim-Defendant Second Request for
Production of Documents & Things Nos. 43-51
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT E
-15-

REQUEST NO. 49:

All DOCUMENTS and THINGS RELATING TO communications between Keating Dental Arts and third parties in regard to the BRUXZIR mark being allegedly generic or descriptive.

RESPONSE:


REQUEST NO. 50:

All DOCUMENTS and THINGS in which the term BRUXZIR is used generically or descriptively.

RESPONSE:


REQUEST NO. 51:

All DOCUMENTS and THINGS received by Defendant from its dentist customers which refer to either of the terms BRUXZIR or bruxer and are dated prior to May, 2011.

RESPONSE:

- 7 -

Plaintiff's/Counterclaim-Defendant Second Request for
Production of Documents & Things Nos. 43-51
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT E
-16-

1
2                          Respectfully submitted,
3
4                              *[signature]*
                            Leonard Tachner
5           Attorney for the Plaintiff/Counterclaim-Defendant
                         17961 Sky Park Circle
6                            Suite 38-E
                       Irvine, California 92614
7
                       Dated:  September 21, 2012
8   (949) 752-8525 Telephone
    (949) 955-2415 Telefax
9
10
...
28

- 8 -

Plaintiff's/Counterclaim-Defendant Second Request for
Production of Documents & Things Nos. 43-51
CASE NO. SACV11-01309-DOC(ANx)

**EXHIBIT E**

**-17-**

## PROOF OF SERVICE

I am a resident of the state of California, I am over the age of 18 years, and I am not a party to this lawsuit. My business address is 17961 Sky Park Circle, Suite 38-E, Irvine, California 92614. On September 21, 2012, I served the following document(s) in the manner indicated:

1. Plaintiff's/Counterclaim-Defendant Second Request For Production Of Documents And Things Nos. 43-51

☐ via electronic means by the Court's electronic filing system CM/ECF.

☒ by placing the document(s) listed above in a sealed envelope to the person at the address set forth below by postage prepaid United States First Class mail on the same date set out below.

Lynda J. Zadra-Symes Esq.
Jeffrey L. Van Hoosear, Esq.
Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.
Executed September 21, 2012 at Irvine, California.

Jodie Miller

Case No.: SACV11-01309-DOC(ANx)
CERTIFICATE OF SERVICE

**EXHIBIT E**
-18-