1  LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
   Leonard Tachner, Esq. (State Bar No. 058436)
2  17961 Sky Park Circle, Suite 38-E
   Irvine, California 92614-6364
3  (949) 752-8525 Telephone
   (949) 955-2415 Telefax
4
5  Attorney for Plaintiff/Counterclaim-Defendant

6
   **UNITED STATES DISTRICT COURT**
7  **CENTRAL DISTRICT OF CALIFORNIA**

8

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>**PLAINTIFF'S/COUNTERCLAIM-DEFENDANT NOTICE OF DEPOSITION OF DIANE MALLOS**<br><br><br>**Honorable David O. Carter, USDJ**<br>**Honorable Arthur Nakazato, USMJ** |
| KEATING DENTAL ARTS, INC., a California corporation,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>Counterclaim-Defendants. | |

- 1 -

Plaintiff's/Counterclaim-Defendant
Notice of Deposition of Diane Mallos

CASE NO. SACV11-01309-DOC(ANx)

**EXHIBIT G**
**-22-**

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that at 9:30 a.m. on October 17, 2012, Glidewell Laboratories will take the deposition of Diane Mallos pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure. The deposition will take place at the offices of Atkinson Baker, 19200 Von Karman Avenue, Suite 534, Irvine, California 92612, or at a place and time mutually agreed upon by counsel for the parties.

The deposition will be taken before a court reporter, notary public, or other person authorized by law to administer oaths. The oral examination will be stenographically recorded as well as by videotape and will continue from day to day until completed. You are invited to attend and participate.

Respectfully submitted,

/s/ Leonard Tachner
Leonard Tachner
Attorney for the Plaintiff/Counterclaim-Defendant
James R. Glidewell Dental Ceramics, Inc. dba
Glidewell Laboratories

Dated: September 24, 2012

## PROOF OF SERVICE

I am a citizen of the United States of American and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.  My business address is 17961 Sky Park Circle, Suite 38-E, Irvine, California 92614.  On  September 24, 2012, I caused the within PLAINTIFF'S/COUNTERCLAIM-DEFENDANT NOTICE OF DEPOSITION OF DIANE MALLOS to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

Via Email and First Class Mail.

Lynda J. Zadra-Symes (SBN: 156,511)
Jeffrey l. Van Hoosear (SBN: 147,751)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Email:       Lynda.Zadra-Symes@Kmob.com
             Jeffrey.VanHoosear@kmob.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 24, 2012 at Irvine, California

/s/ Jodie Miller
Jodie Miller