1  Lynda J. Zadra-Symes (SBN 156,511)
   Lynda.Zadra-Symes@kmob.com
2  Jeffrey L. Van Hoosear(SBN : 147,751)
   Jeffrey.VanHoosear@kmob.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
4  Irvine, CA 92614
   Phone: (949) 760-0404
5  Facsimile: (949) 760-9502

6  Attorneys for Defendant/Counter-Plaintiff,
   Keating Dental Arts, Inc.
7

8              IN THE UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                      SOUTHERN DIVISION

10

11 JAMES R. GLIDEWELL DENTAL          )  Civil Action No.
   CERAMICS, INC. dba                 )  SACV11-01309-DOC(ANx)
12 GLIDEWELL LABORATORIES,            )
                                      )
13      Plaintiff/Counter-defendant,  )  **EXPERT REPORT OF DR. DAVID
        v.                            )  W. EGGLESTON**
14                                    )
   KEATING DENTAL ARTS, INC.          )
15                                    )
        Defendant/Counter-Plaintiff.  )  Honorable David O. Carter, USDJ
16                                    )  Honorable Arthur Nakazato, USMJ
                                      )
17 _____ )

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT I
-28-

**I. STATEMENT OF WORK**

In August 2012 I was contacted by Knobbe, Martens, Olson & Bear, counsel for Keating Dental Arts, Inc., to provide my perspective on the use of "bruxer," "bruxism," "bruxzir" and similar terms within the dental industry.

**II. STATEMENT OF QUALIFICATIONS**

I graduated from the University of Southern California (USC) School of Dentistry in 1970 receiving the Daniel Cave Memorial Award and the Lewis E. Ford Memorial Award for achievements in prosthodontics. Additionally, I was elected to the ATE and OKU honorary dental fraternities.

After graduation, I continued at the USC School of Dentistry with a residency in the specialty of prosthodontics, and received my Prosthodontics Certification in 1972 and the American Board of Prosthodontics Certification in 1975. After completing my residency at USC, I practiced prosthodontics at Bolling Air Force Base in Washington, D.C., achieving the rank of Major.

Currently, I am on the faculty at the Ostrow School of Dentistry of USC as a Clinical Associate Professor and I serve as a member of the Board of Councilors. I lecture extensively throughout the United States and have given dental courses in Canada, Mexico, Europe, the South Pacific and the Middle East.

I am active in many dental organizations and have served in the following capacities: President of the American Board of Prosthodontics, President of the American College of Prosthodontists, President of the Academy of Prosthodontics, President of the Pacific Coast Society for Prosthodontics, President of the ACP Education Foundation, and President of the ACP California Section; Associate Editor of the *Journal of Prosthodontics*; Chair of the ACP Prosthetic Dental Care Programs; Chair of the ACP National Peer Review

- 1 -

EXHIBIT I

-29-

1   Committee; Consultant for the ADA Council on Scientific Affairs; Chair of the

2   California Dental Association Council on Dental Research; Chair of the USC

3   Dentistry Associates Board of Directors; Executive Councilor and Chair of the

4   Program Committee for the Academy of Fixed Prosthodontics; Delegate to the

5   Federation of Prosthodontic Organizations; Member of the Hoag Hospital 552

6   Board of Directors; Member of the USC Orange County Planning Council. For

7   the Orange County Dental Society, I have served as Secretary, Senior Delegate,

8   Chair of the Continuing Education Programs Committee, and five years on the

9   Board of Directors. I received the Hoag Hospital Vin Jorgensen Award, the

10  American College of Prosthodontists Distinguished Service Award, and the

11  American College of Prosthodontists Dan Gordon Memorial Award.

12         I maintain fellowships in the International College of Prosthodontists, the

13  American College of Prosthodontists, the Academy of Prosthodontics, the Pacific

14  Coast Society for Prosthodontics, the Pierre Fauchard Academy, the Academy of

15  Dentistry International, the International College of Dentists, and the American

16  College of Dentists.

17         I have published numerous articles in the dental literature and my research

18  at the L.A. Coroner's Office on the correlation of mercury in brain tissue with

19  dental amalgam received a reference citation by the World Health Organization.

20         The following is a list of my involvement in professional organizations and

21  associations during my career:

22  **2002 – present**  Consultant, California Board of Dental Examiners.

23  **1996 – present**  Member, U.S.C. School of Dentistry Board of Councilors

24      **2010 – 2011**  President, Academy of Prosthodontics.

25      **2009 – 2010**  President Elect, Academy of Prosthodontics.

26      **2008 – 2009**  Vice President, Academy of Prosthodontics.

27             **2009**  Chair, Academy of Prosthodontics Scientific Program.

28             **2008**  Chair, Academy of Prosthodontics Fellowship Committee.

- 2 -

EXHIBIT I

-30-

**2007** Chair, Academy of Prosthodontics Policy Committee.

**2005-2008** Member, Council for the American Board of Prosthodontics.

**2004-2007** Member, American Dental Association Commission on Dental Accreditation's Appeal Board.

**2001-2003** Member, Board of Directors Pierre Fauchard Academy, Southern California Section.

**1998** The First American College of Prosthodontists Distinguished Service Award.

**1997-2001** Chair, Dentistry Associates Board of Directors, U.S.C. School of Dentistry

**1996** Chair, Academy of Prosthodontics 1996 Local Arrangements Committee.

**1995-2000** Consultant, American Dental Association Council on Scientific Affairs.

**1995-1997** Member, American College of Prosthodontists Peer Review Committee.

**1995-1996** Member, Academy of Prosthodontics Oral Health and Dental Practice Committee.

**1995-1996** Chair, Pacific Coast Society of Prosthodontists Membership Committee.

**1995-1996** Chair, American Academy of Fixed Prosthodontics Table Clinics Committee.

**1995-1996** Member, Pierre Fauchard Academy Credentials Committee.

**1995-1996** Member, American College of Prosthodontists Ad Hoc Implant Program Subcommittee.

**1995** Member, American College of Prosthodontists Education Foundation Scholarship Committee.

**1994-1998** Executive Councilor, Academy of Fixed Prosthodontics.

**1994-1995** Member, International College of Prosthodontists Public and Professional Relations Committee.

**1994** Chairman, Annual Program Planning Committee, American Academy of Fixed Prosthodontics.

- 3 -

**EXHIBIT I**

**-31-**

**1993-1997** Member, University of Southern California Orange County Planning and Development Council.

**1993-1996** Member, Board of Directors, University of Southern California Dentistry Associates.

**1993-1995** Chair, Academy of Prosthodontics Current Issues Committee.

**1993-1994** Chair, Pacific Coast Society of Prosthodontists Policy Committee.

**1993** Recipient, Second Annual Vin Jorgensen Award for volunteer service and commitment to Hoag Hospital through foundation programs.

**1993** Chair, Ticket Sales for the 1993 Christmas Carol Ball fund raiser for Hoag Hospital.

**1993** Member, American Dental Association OSHA Task Force.

**1992-1995** Member, Academy of Prosthodontics Photography Committee and History and Records Committee.

**1992-1995** Board of Directors, Hoag Memorial Hospital Foundation 552 Club.

**1992-1995** Associate Editor, *Journal of Prosthodontics.*

**1992-1994** Member, American Dental Association Council on Dental Research.

**1992-1994** Chairman, American College of Prosthodontists Liaison to the ADA House of Delegates Committee.

**1992-1993** Member, American College of Prosthodontists Ad Hoc Chicago Office Committee.

**1992-1993** Chairman, American College of Prosthodontists Nominating Committee.

**1992-1993** President, Pacific Coast Society of Prosthodontists.

**1992-1993** Member, Academy of Prosthodontics President's Advisory Committee.

**1992** President, American College of Prosthodontists Education Foundation.

**1991-1995** Member, Annual Program Planning Committee, American Academy of Fixed Prosthodontics.

- 4 -

EXHIBIT I

-32-

**1991-1992**  Member, American College of Prosthodontists Ad Hoc Committee for Strategic Planning.

**1991-1992**  President, American College of Prosthodontists.

**1991-1992**  Chair, Strategic Planning Committee, Pacific Coast Society of Prosthodontists.

**1991-1992**  President-Elect, Pacific Coast Society of Prosthodontists.

**1991**  Member, American College of Prosthodontists Nominating Committee

**1991**  Member, American College of Prosthodontists Ad Hoc Committee to Review the Annual Session

**1990-1993**  Member, Academy of Prosthodontics Current Issues Committee.

**1990-1991**  President-Elect, American College of Prosthodontists

**1990-1991**  Member, Pacific Coast Society of Prosthodontists Policy Committee

**1990-1991**  Chair, Pacific Coast Society of Prosthodontists Constitution & By-Laws Committee

**1990-1991**  Vice-President, Pacific Coast Society of Prosthodontists.

**1990**  Chair, Pacific Coast Society of Prosthodontists Scientific Program Committee.

**1989-1992**  Chairman, American College of Prosthodontists Education Foundation Prosthodontic Nomenclature Committee.

**1989-1992**  Chairman, California Dental Association Council on Dental Research and Developments.

**1989-1992**  Member, Federation of Prosthodontic Organizations Recruitment and Retention Committee.

**1989-1991**  Chairman, American College of Prosthodontists Education Foundation Ad Hoc Committee for Prosthodontic Education of Health Professionals.

**1989-1991**  Chairman, Orange County Dental Society Program Committee.

**1989-1991**  Member, American College of Prosthodontists Education Foundation Constitution and By-Laws Committee.

**1989-1991**  Federation of Prosthodontic Organizations/American College of

- 5 -

EXHIBIT I
-33-

Prosthodontists ADA Specialty Council.

**1989-1991** Chair, American College of Prosthodontists Budget Committee.

**1989-1990** Vice-President, American College of Prosthodontists.

**1988-1994** American College of Prosthodontists Delegate to the Federation of Prosthodontic Organizations.

**1988-1993** Member, Board of Directors, American College of Prosthodontists Education Foundation.

**1988-1991** Member, American College of Prosthodontists Peer Review Committee.

**1988-1991** Member, Federation of Prosthodontic Organizations Nominating Committee.

**1988-1990** Secretary, Pacific Coast Society of Prosthodontists.

**1988-1989** Secretary, American College of Prosthodontists.

**1988-1989** Member, Orange County Dental Society Budget and Finance Committee.

**1988** Consultant, Academy of Denture Prosthetics Current Issues Committee.

**1988** Pierre Fauchard Academy Nominations Committee.

**1987** Chairman, Local Arrangements Committee, Pacific Coast Society of Prosthodontists 1987 Annual Meeting.

**1986-1989** Member, California Dental Association Council on Dental Research and Developments.

**1986-1987** Member, American College of Prosthodontists Ad Hoc Committee to Search for an Executive Director.

**1985-1988** Executive Councilor, American College of Prosthodontists.

**1985-1986** Member, American College of Prosthodontists Ad Hoc Committee for the Evaluation of Specialty Listing by Non-Specialists

**1985-1986** Member, California Dental Association Interdisciplinary Affairs Committee.

**1985** Member, California Dental Association Reference Committee on Dental Care for the 1985 House of Delegates.

- 6 -

EXHIBIT I
-34-

**1984-1992** Pacific Coast Society of Prosthodontists Annual Session Registration.

**1984-1989** Editor, Pacific Coast Society of Prosthodontists Newsletter.

**1984-1988** Chairman, American College of Prosthodontists National Peer Review Committee.

**1984-1987** Executive Councilor, Pacific Coast Society of Prosthodontists.

**1984-1987** Member, Federation of Prosthodontic Organizations Oral Health Committee.

**1984-1986** Member, Orange County Dental Society Budget, Audit, and Finance Committee

**1984-1986** Member, American College of Prosthodontists Ad Hoc Committee for Computer Utilization.

**1984-1985** President, American College of Prosthodontists California Section.

**1984** Chairman, Committee on Rules and Order, California Dental Association House of Delegates.

**1984** Senior Orange County Dental Society Delegate to the California Dental Association House of Delegates.

**1983-1985** Member, Constitution and By-Laws Committee, Pacific Coast Society of Prosthodontists.

**1983-1984** Vice President, American College of Prosthodontists California Section.

**1983** Member – Delta Dental Plan of California Superiority of Service Panel.

**1982-1988** Chairman, Dental Care Committee, Orange County Dental Society.

**1982-1987** Delegate to the California Dental Association House of Delegates.

**1982-1983** Liaison for the Orange County Dental Society to the Auxiliary of the Orange County Dental Society.

**1981-1985** Member, Orange County Dental Society Public Relations Committee.

**1981-1983** Secretary, American College of Prosthodontists California

- 7 -

EXHIBIT I

-35-

| | |
|---|---|
| | Section. |
| **1981-1982** | West Coast Spokesperson, Dental Gold Institute. |
| **1981-1982** | Secretary, Orange County Dental Society. |
| **1981** | Chairman, Prosthodontic Peer Review Committee, American College of Prosthodontists California Section. |
| **1980-1986** | Chairman, Prosthetic Dental Care Programs Committee, American College of Prosthodontists. |
| **1980** | Board Member at Large, Orange County Dental Society. |
| **1979-1983** | Faculty, Odontic Seminar, U.S.C. School of Dentistry. |
| **1979-1980** | Chairman, Program Committee, Orange County Dental Society. |
| **1977-1979** | Chairman, Continuing Education Committee, Orange County Dental Society. |
| **1976-1979** | Member, Continuing Education Committee, American College of Prosthodontists. |

## III. INFORMATION RELIED UPON

The documents and references I considered in forming my opinions are listed below.  I also relied upon my experience, education and the knowledge I have acquired in my 42 years of involvement in the dental industry.

I reviewed the documents and things that have been produced during discovery with Bates numbers KDA-001500 through KDA-002467.  I found the following videos and documents, cited in this report, to be supportive of my opinions along with many of the other articles and documents reviewed:

Dorland's Illustrated Medical Dictionary, 32nd Edition, 2012.

Nikolaos Tsiggos, D.D.S, Ph.D., et al.: Association between self-reported bruxism activity and occurrence of dental attrition, abfraction, and occlusal pits on natural teeth. *Journal of prosthetic dentistry*, Jul 2008.

/ / /

/ / /

- 8 -

**EXHIBIT I**

**-36-**

1    Emily R. Tolley, D.D.S.: The Efficacy of the Bitestrip® in Determining

2  Patients Awareness of Nocturnal Bruxism. Thesis submitted to the School of

3  Dentistry, West Virginia University, 2007.

4    Robin A. Carden: A Changing Direction in Dentistry: Full-Contour

5  Zirconia. *Journal of Dental Technology*, February 2011.

6    Yasuhiro Ono, D.D.S., et al.: The Effects of Sleep Bruxism On Periodontal

7  Sensation and Tooth Displacement in the Molar Region. *The Journal of*

8  *Craniomandibular Practice*, Oct. 2008.

9    Christine Schneider, et al.: Maladaptive Coping Strategies in Patients with

10  Bruxism Compared to Non-Bruxing Controls. *International Journal of Behavioral*

11  *Medicine* 4: 257-61, 2007

12    Takeshi Suganuma, D.D.S., Ph.D., et al.: The Effect of Bruxism On

13  Periodontal Sensation in the Molar Region: A Pilot Study. *The Journal of*

14  *Prosthetic Dentistry*, July 2007

15    Omar Franklin Molina D.D.S., M.S., et al.: A Clinical Study of Specific

16  Signs and Symptoms of CMD in Bruxers Classified by the Degree of Severity.

17  *The Journal of Craniomandibular Practive*, January 1999.

18

19    The following documents available online:

20    Robin A. Carden: "BruxZir: Virtually Bulletproof" available at

21  http://www.glidewelldental.com/dentist/education/bruxzir-virtually-

22  bulletproof.aspx (Bates number KDA-002222-002226).

23    "Metal-Free Restoration Guide" available at

24  http://www.assureddentallabinc.com/prep.html (Bates number KDA-002172-

25  002173).

26    "Axis Dental Milling: Bruxzir Full Contour Dental Milling" available at

27  https://www.axisdentalmilling.com/bruxzir.html (Bates number KDA-002174-

28  002175).

**EXHIBIT I**
**-37-**

1   "All Ceramic: All Zirconia for Bruxers" available at

2   http://www.chinadentaloutsourcing.com/p-ceramic-bruxer.html (Bates number

3   KDA-002237-002240).

4   "BruxZir®: Crown Dental Studio" available at

5   http://www.crowndentalstudio.com/BruxZir.html (Bates number KDA-002242-

6   002244).

7   "Infinity Dental Laboratory: Help your dental lab grow!" available at

8   http://www.infinitylaboratory.com/5073/5094.html (Bates number KDA-002341).

9   "Keller Laboratories: BruxZir®" available at

10  http://www.kellerlab.com/193/products/bruxzir.php (Bates number KDA-002343-

11  002344).

12  "Showcase Dental Laboratories: News" available at

13  http://www.showcasedental.com/about/events/html (Bates number KDA-002361).

14  "Fixed Cosmetics RX" available at http://www.mascolaesthetics.com

15  (Bates number KDA-002444).

16  "Bruxer" available at http://yorkdentallab.com/fixed/bruxzer (Bates number

17  KDA-002445).

18  "Z-Brux Crowns: Bruxzir: Solid Zirconia – Barth Dental Lab" available at

19  http://www.barthlab.com/dental-lab-products/z-brux-crown/ (Bates number KDA-

20  002446-002447).

21

22  Videos available online which have been produced with the following

23  Bates numbers: KDA-002460 through KDA-002467.  These include:

24  "Introduction to BruxZir Total Zirconia" uploaded Oct 20, 2009 by

25  glidewelldental and available at

26  http://www.youtube.com/watch?v=tUpp_DOY4Vw&feature=plcp.

27  / / /

28  / / /

- 10 -

EXHIBIT I

-38-

"BruxZir® Solid Zirconia Patient Education" uploaded on Jul 24, 2012 by glidewelldental and available at http://www.youtube.com/watch?v=D4taHSdbP_w&feature=plcp.

"Clinical Case: The Pursuit of BruxZir® Esthetics: Anterior Crowns #8 & #9" uploaded on Aug 22, 2012 by glidewelldental and available at http://www.youtube.com/watch?v=GzKZbiOXio0&feature=plcp.

"Hammer Test: BruxZir® vs PFM" uploaded on Dec 23, 2010 by glidewelldental and available at http://www.youtube.com/watch?v=2ZRfQK6Ipb0&feature=plcp.

"BruxZir e.max comparison" uploaded May 13, 2011 by greendental and available at http://www.youtube.com/watch?v=MXW6WCvV0QQ.

"BruxZir Total Zirconia Crown" uploaded Jan 31, 2011 by greendental and available at http://www.youtube.com/watch?v=83Csr1rNcCI.

"How To Adjust the Bruxzir Crown" uploaded Feb 18, 2011 by RDentLab and available at http://www.youtube.com/watch?v=sTTwU1LDvjU.

"BruxZir Removal" uploaded Jul 1, 2012 by artisticdental and available at http://www.youtube.com/watch?v=zzcPbCciiuA.

## IV. OPINIONS TO BE EXPRESSED

Within the dental profession and related fields, the term "bruxism" is used to describe a condition in which a patient grinds their teeth, or bruxes their teeth. These patients are routinely referred to as bruxers. One challenge in treating these patients is providing a crown or bridge that is strong enough to prevent catastrophic fracture. In these instances, an all zirconia restoration can be useful due to its high strength. However, restorations made entirely of zirconia have disadvantages that make them undesirable for patients other than bruxers. This has resulted in a strong correlation in the dental industry between dental crowns made entirely of zirconia and bruxers.

- 11 -

EXHIBIT I

-39-

In my opinion, the following are generally accepted facts in the dental profession:

    A. A bruxer is a generic term used to describe a person with the condition of bruxism.

    B. The mark BRUXZIR is phonetically equivalent to the term "bruxer."

    C. The primary indication for an all zirconia crown, or bruxer crown, is patients with bruxism.

    D. Dentists and other professionals in the dental industry refer to an all zirconia crown as a "bruxer crown" or alternatively a "bruxzir crown."

**A.** **A bruxer is a generic term used to describe a person with the condition of bruxism.**

According to Dorland's Illustrated Medical Dictionary (32nd Edition, 2012), bruxism is defined as "involuntary, nonfunctional, rhythmic, or spasmodic gnashing, grinding, and clenching of teeth."  Additionally, "brux" is defined as "to grind the teeth rhythmically or spasmodically."  Within the dental profession a bruxer is known as a patient with the condition of bruxism.  During my preparation for this report I reviewed many scholarly articles referring to "bruxism" and "bruxers" illustrating the generic nature of these terms.  These are words that are used routinely and frequently within the dental profession and have been so throughout my 42 years in dentistry.

The following examples are illustrative of the frequent generic use of "bruxer" and "bruxism."  An article titled "Association Between Self-Reported Bruxism Activity and Occurrence of Dental Attrition, Abfraction, and Occlusal Pits on Natural Teeth" which was published in the *Journal of Prosthetic Dentistry* in July 2008 reports on a study in which the participants were divided into groups of bruxers and non-bruxers.  The reported clinical implication from the study is that "the use of a bruxism awareness questionnaire . . . may be used to *differentiate self-reported bruxers from nonbruxer subjects*." (Emphasis added).

- 12 -

**EXHIBIT I**
**-40-**

1   All dental professionals would readily understand the meaning of the term bruxer
2   and nonbruxer used here.
3       Another example comes from the thesis submitted by Emily R. Tolley,
4   DDS for her Master of Science in Prosthodontics degree from West Virginia
5   University.  The thesis is titled "The Efficacy of the BiteStrip in Determining
6   Patients Awareness of Nocturnal Bruxism."  It concludes that "the BiteStrip
7   demonstrated 70% of the patients *registered as bruxers*.  A fairly high percentage
8   of *those who scored as bruxers* with the BiteStrip® were unaware that they did
9   brux."  (Emphasis added).  Once again, this terminology is used because it is
10  readily understood by dental professionals.
11      In another example, Robin A. Carden, the senior director of research and
12  development at Glidewell Laboratories, published an article in the *Journal of*
13  *Dental Technology* in February 2011 titled "A Changing Direction in Dentistry:
14  Full-Contour Zirconia."  Speaking of full-contour zirconia restorations, Mr.
15  Carden states, "Primary candidates include bruxers and grinders who do not
16  desire cast gold or metal occlusal PFM restorations."
17      Additionally, many studies on bruxism divide test subjects into different
18  groups and differentiate them as being bruxers or non-bruxers.  Examples include:
19  "The Effect of Bruxism on Periodontal Sensation in the Molar Region: A Pilot
20  Study" by Takeshi Suganuma, et al. which was published in *The Journal of*
21  *Prosthetic Dentistry* in July of 2007; "Maladaptive Coping Strategies in Patients
22  with Bruxism Compared to Non-Bruxing Controls" by Christine Schneider, et al.
23  which was published in *International Journal of Behavioral Medicine* in 2007;
24  and "Effects of Sleep Bruxism on Periodontal Sensation and Tooth Displacement
25  in the Molar Region" by Yasuhiro Ono, et al. which was published in *The Journal*
26  *of Craniomandibular Practice* in October 2008.  Bruxers can even be categorized
27  based on the severity of the bruxism as was done in a study by Omar Franklin
28  Molina D.D.S. et al. titled "A Clinical Study of Specific Signs and Symptoms of

- 13 -

EXHIBIT I
-41-

1  CMD in Bruxers Classified by the Degree of Severity" which was published in
2  *The Journal of Craniomandibular Practice* in 1999. In each of these examples,
3  the term "bruxer" is used generically and throughout the study to identify a group
4  of subjects that suffers from the condition of bruxism.

5      These are just a few representative examples. I reviewed many more and
6  have personal knowledge of the use of these terms in my own dental practice,
7  education and experience. It is my opinion that the term bruxer is a generic term
8  to refer to patients with the condition of bruxism.

9  **B. The mark BRUXZIR is phonetically equivalent to the term "bruxer."**

10      The mark BRUXZIR is pronounced equivalent to the term "bruxer." It is
11  evident from the mark BRUXZIR that the first syllable "brux" is similar to
12  bruxism or bruxer and should be pronounced the same. Likewise, it is evident
13  that the second syllable "zir" comes from zirconia, which refers to zirconium
14  oxide, the material from which the BRUXZIR product is made. Thus BRUXZIR
15  is pronounced by combining the first syllable of "bruxism" with the first syllable
16  of "zirconia." This results in a mark that is pronounced the same as "bruxer."

17      The conclusion that BRUXZIR is pronounced the same as bruxer is
18  demonstrated in the promotional videos which Glidewell has made available
19  online through their channel on YouTube.com. In these videos, the mark
20  BRUXZIR is verbalized many times, and in each instance, it is pronounced as a
21  phonetic equivalent to the word "bruxer." It is my opinion that the trademark
22  BRUXZIR is phonetically equivalent to the word "bruxer."

23  **C. The indication for an all zirconia crown, or bruxer crown, is patients**
24      **with bruxism.**

25      Bruxer crowns, made entirely of zirconia, are the strongest crowns
26  available in dentistry, and therefore the treatment of choice for patients who are
27  bruxers. In contrast to the advantage of strength, the other properties of zirconia
28  are a detriment. Bruxer crowns are very opaque and unsuitable for the anterior

- 14 -

**EXHIBIT I**
**-42-**

teeth.  The extreme hardness makes them difficult to remove if a misfit is
discovered after cementation, or to adjust the occlusion, or to cut through for
endodontic access.

Bruxers will put up with the opacity of zirconia to get the needed strength.
However, non bruxers do not need the strength and they prefer the more
translucent restorative materials.

To reiterate, there are significant disadvantages to the use of zirconia.  1)
The opacity of the material looks very different from a real tooth.  While zirconia
is more aesthetic than a gold crown, it is less aesthetic than any other type of
crown.  2) Due to its strength, a bruxer crown is extremely hard to remove which
adds complications when removal becomes necessary.  3) The hardness also
creates difficulty for endodontic access during a root canal procedure.

In my review of literature on the subject, the indication given for a bruxer
crown is "for bruxers and grinders."  For example, on Glidewell Laboratories
website, glidewell.com, there is an article titled, "BruxZir: Virtually Bulletproof"
which states, "These innovations led to the development of BruxZir Solid
Zirconia, which is indicated for bruxers and grinders as an esthetic posterior
alternative to metal occlusal PFMs or cast-metal restorations."  No other
indications are mentioned.  Also, Barth Dental Laboratories advertises a solid
zirconia crown they call the Z-Brux Crown in which they state, "Chip resistant
quality makes Z-Brux *ideal for bruxers*." (Emphasis added).

Other examples include: Keller Laboratories website for a BruxZir crown
stating "Ideal for bruxers & grinders who have destroyed other restorations."
(http://www.kellerlab.com/193/products/bruxzir.php); Axis Dental Milling states
on their website, "The chip proof durability of BruxZir is ideal for bruxers who
have broken natural teeth or previous PFM restorations."
(https://www.axisdentalmilling.com/bruxzir.html); Crown Dental Studio states,
"Ideal for bruxers & grinders who have destroyed other restorations"

- 15 -

EXHIBIT I
-43-

1  (http://www.crowndentalstudio.com/bruxzir.html); Assured Dental Lab states,

2  Patient a grinder or Bruxer: Use IPS e.max Bruxer crown."

3  (http://www.assureddentallabinc.com/prep.html).  These are, once again, only

4  representative examples as there are many throughout the dental literature.

5      In my opinion the only indication for an all zirconia crown is bruxers --

6  patients with the condition of bruxism, along with the rare patient with potential

7  allergies to other restorative materials.  When the level of hardness that zirconia

8  provides is not necessary, there are other options available that are more

9  advantageous.

10  **D. Dentists and other professionals in the dental profession refer to an all**

11     **zirconia crown as a "bruxer crown" or alternatively a "bruxzir**

12     **crown."**

13      Due to their association with the treatment of bruxers, a crown made

14  entirely with zirconia is referred to by dentists and other dental professionals as a

15  bruxer crown, or alternatively a bruxzir crown.  In reviewing many materials that

16  are found online, advertisements by Glidewell Laboratories, Keating Dental Arts,

17  and other labs, as well as prescription orders that have been placed with dental

18  labs, I found numerous examples of dental professionals using the term bruxer

19  crown, or alternatively bruxzir crown, to refer generically to a crown made of all

20  zirconia.  As an example, RDent Dental Laboratory, Inc. located in Tennessee has

21  uploaded an informational video on YouTube.com entitled "How to Adjust the

22  Bruxzir Crown."  In this video, a dentist refers to an all zirconia crown and states,

23  "some laboratories call it bruxer crown, we call it the RBrux crown."  As

24  discussed above, the terms bruxer and bruxzir sound exactly the same, so one

25  cannot distinguish between the two when heard in video or conversation.  This

26  has led to some dental professionals using the spelling "bruxzir" while others

27  spell the term "bruxer" when referring to the generic term bruxer crown.

28  / / /

- 16 -

EXHIBIT I

-44-

1    Through their advertisement and promotional material, Glidewell

2    Laboratories has reinforced the nomenclature for an all zirconia crown being a

3    bruxzir crown, or alternatively as a phonetic equivalent, a bruxer crown.  For

4    example, in their promotional video entitled "Introduction to BruxZir Total

5    Zirconia," they start by stating, "Bruxzir is a 100% zirconia crown."  This

6    indicates that bruxzir is a type of product and does not identify a particular

7    manufacturer.  Later in the video a bruxzir crown is compared to a metal occlusal

8    PFM crown and a gold cast crown.  These are generic names for types of crowns

9    with which all dentists are very familiar.  The video discusses the disadvantages

10   of these crowns and then states, "Well enter bruxzir.  Let's take a look at how

11   bruxzir fits into all this."  Once again there is no indication of a particular

12   manufacturer or that the product is called anything other than a bruxzir crown.

13   Later, the video compares a bruxzir crown to other crowns that are shown in a

14   patient's mouth.  It states, "You can see in this case that the bruxzir crown blends

15   in reasonably well with the adjacent teeth.  You can see the gold crown behind it

16   stands out a lot more and even the PFM across from it does not blend in

17   perfectly."  Glidewell is using the term bruxzir crown alongside other generic

18   terms for types of crowns such as gold crowns and PFMs.  Throughout all of

19   Glidewell's videos that discuss and promote the bruxzir crown, there is consistent

20   use of the term bruxzir referring generically to a bruxzir crown, which sounds

21   identical to a "bruxer crown," or a crown made to treat bruxers.

22        Glidewell's print and online advertisements and promotional material also

23   describe bruxzir as a type of product.  Even when the ® symbol is used, BruxZir

24   is still identified as a type of product and does not identify a manufacturer.

25   Likewise, many other labs use "bruxer" or some variation, as the name of their all

26   zirconia products.  Examples include: York Dental Lab offers a "Bruxer" crown;

27   Barth Dental Lab offers a "Z-Brux" crown; Mascola Esthetics Dental Lab offers a

28   "Xtreme Bruxer"; Showcase Dental Lab previously offered a "Zir-Bruxer

- 17 -

EXHIBIT I

-45-

Crown"; RDent Laboratory has offered a "R-Brux crown"; Infinity Dental Lab has offered a "Bruxer Crown"; Assured Dental Lab recommends "IPS e.max Bruxer crown" when a patient is a grinder or Bruxer; and China Dental Outsourcing, a U.S. company, offers an "All Zirconia for Bruxers." Each is an example of the dental industry using the term bruxer crown to denote a type of product and not a specific brand.

Additionally, I reviewed a number of laboratory orders sent to Keating Dental Arts in which the dentist ordered a "bruxzir," "bruxir," "bruxzer," or "bruxer" crown. This is further evidence that these alternate spellings are all generic variations for a bruxer crown. When a dentist orders a product from a dental lab, he or she must select the prescription form for that lab from many different prescription forms that are available. Dentists often use more than one lab for the full range of services they offer which requires them to ensure they are selecting the prescription form for the lab from which they intend to order. These prescription forms often vary greatly in color, physical orientation, organization, and/or size. Dentists know there are different forms and, as part of their dental practice, know they must select the correct form to get the product they desire. This makes it unlikely that a dentist would intend to order a product from Glidewell, for example, but fill out Keating Dental Arts' prescription form. Thus, a dentist using an alternative spelling such as "bruxzir" or "bruxzer" when they order a KDZ Bruxer would indicate a generic use of that term and the spelling used.

In my opinion, dentists and other professionals in the dental profession refer to an all zirconia crown as a "bruxer crown" or alternatively a "bruxzir crown."

/ / /

/ / /

/ / /

- 18 -

EXHIBIT I
-46-

## V. SUPPLEMENTATION AND REBUTTAL

I understand discovery is ongoing and I reserve the right to supplement this report and to offer opinions in my area of competence on the additional information. And to the extent that the plaintiff offers any opinions in my area of competence to which I disagree, I expect I may comment on these opinions. In addition, to the extent subsequent developments may have a bearing on my opinions; I expect I may supplement this report to take those developments into consideration.

## VI. PRIOR TESTIMONY

In the preceding four years I have testified in depositions or in court on the following:

Meridith Riley v Ronald Rosenblatt, DDS. Superior Court, County of Los Angeles, Case # SC109670. My deposition was on October 28, 2011. I was an expert for the plaintiff. Dental malpractice case

Ingrid Valdez & Barry Cosgrove v Sherri Worth, DDS. Arbitration at Judicate West. Judgment in Conformity in Superior Court, County of Orange. Case #30-2010-00348533. I testified at the arbitration hearing in November, 2011. My second volume of deposition was on October 21, 2011.

## VII. ARTICLES AND PAPERS

•Eggleston DW: Advantages and use of the remount for fixed prosthodontics. *Journal of Prosthetic Dentistry* 43:627-33, 1980.

•Eggleston DW: The interrelationship of stress and degenerative diseases. *Journal of Prosthetic Dentistry* 44:541-4, 1980.

•Eggleston DW: Biocompatibility of base metal alloys for dental restorations. *Orange County Dental Society Impressions* 1:6-7, February, 1981.

- 19 -

EXHIBIT I

-47-

•Eggleston DW: CDS procedure codes for casting alloys for porcelain veneering. *Orange County Dental Society Impressions* 3:11-5, September, 1982.

•Eggleston DW: Preferred Provider Organizations (P.P.O's). *Orange County Dental Society Impressions* 5:8-10, April, 1984; *The American College of Prosthodontists Newsletter* 12:2-3, Spring, 1984.

•Eggleston DW: Effect of dental amalgam and nickel alloys on T-lymphocytes: Preliminary report. *Journal of Prosthetic Dentistry* 51:617-23, May, 1984.

•Sullivan SG, Eggleston DW, Martinoff JT, Kroening RJ: The blind measurement of evoked electrical conductivity on the lung acupuncture points in healthy individuals and confirmed lung cancer patients: a research evaluation. *American Journal of Acupuncture* 13:261-6, September, 1985.

•Strauss FG, Eggleston DW: IgA nephropathy associated with dental nickel alloy sensitization. *American Journal of Nephrology*, 5:395-7, 1985.

•Eggleston DW, Nylander M, Suffin SC, Martinoff JT, Rieders MF: Correlation of dental amalgam with mercury in brain tissue. *Journal of the California Dental Association* 15:39, 1987. *Journal of Prosthetic Dentistry* 58:704-707, December, 1987.

•Eggleston DW: A sign of the times, transition of dental infection control techniques. *Journal of the California Dental Association* 17:44-5, August, 1989.

•Eggleston DW: Dental Amalgam: A Review of the Literature. *The Compendium of Continuing Education in Dentistry*, 10(9):500-5, September, 1989.

•Nylander M, Friberg L, Eggleston D, Bjorkman L: Mercury accumulation in tissues from dental staff and controls in relation to exposure. *Swedish Dental Journal* 13(6):235-43, November-December, 1989.

•Eggleston DW: Caution on Amalgam Issue. *CDA Update* 3(1):2,12, January 15, 1991.

- 20 -

**EXHIBIT I**
**-48-**

1 •Eggleston DW: Medical Waste Management in a Dental Office. *Dentistry*

2 *Today* 11(6):38-9, August, 1992.

3 •Eggleston DW: Improved Laboratory Results for Fixed Restorations Using

4 Sequential Tooth Preparation. *Journal of Prosthodontics*, 9:47-49, March, 2000.

5 •Eggleston DW: "Gummy Smiles," Biologic Width and Laser Surgery:  A

6 Patient Study.  *Orange County Dental Society Impressions.*  29-35  March/April,

7 2012.

8

9 ### VIII. COMPENSATION

10 I am being compensated for the time I have spent working on this matter at

11 my standard rate of $500 per hour during office hours and during deposition

12 testimony, and $350 per hour to review materials and during hours outside of my

13 normal office hours.

14

15 I declare under the penalty of perjury that the above is true and correct.

16 Dated: September /4, 2012 at _Irvine_, California.

17

18

19 _[signature]_

20 Dr. David W. Eggleston

21

22

23

24 13955313

25

26

27

28

- 21 -

EXHIBIT I
-49-

PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.  My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.  On September 15, 2012, I caused the within **EXPERT REPORT OF DR. DAVID W. EGGLESTON** to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

VIA Email and First Class Mail

Leonard Tachner, Esq.
LEONARD TACHNER, A Professionsal Law Corp.
17961 Sky Park Circle, Suite 38-E
Irvine, CA 92614-6364
Email: ltachner@aol.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 15, 2012 at Irvine, California.

Peter Toller

EXHIBIT I
-50-