Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

JAMES R. GLIDEWELL DENTAL CEAMICS, INC. dba GLIDEWELL LABORATORIES,

Plaintiff,

v.

KEATING DENTAL ARTS, INC.

Defendant.

AND RELATED COUNTERCLAIMS.

Civil Action No. SACV11-01309-DOC(ANx)

**DECLARATION OF JEFFREY L. VAN HOOSEAR IN SUPPORT OF DEFENDANT KEATING DENTAL ARTS, INC.'S MOTION FOR LEAVE TO FILE A SECOND AMENDED ANSWER, AFIRMATIVE DEFENSES AND COUNTERCLAIMS**

<u>HEARING:</u>
Date: October 15, 2012
Time: 8:30 am
Place: Courtroom 9D

Honorable David O. Carter

I, Jeffrey L. Van Hoosear, do hereby declare as follows:

1. I am a partner at the law firm Knobbe, Martens, Olson & Bear LLC which represents Keating Dental Arts, Inc. ("Keating") in this matter and am an attorney of record in this matter.

2. Attached as **Exhibit D** is a true and correct copy of Glidewell's First Request for Admissions served by mail on Keating on September 21, 2012.

3. Attached as **Exhibit E** is a true and correct copy of Glidewell's Second Request for Production of Documents and Things served by mail on Keating on September 21, 2012.

4. Attached as **Exhibit F** is a true and correct copy of Glidewell's Notice of Deposition of Keating employee Bob Brandon. Glidewell noticed Mr. Brandon's deposition for October 16, 2012.

5. Attached as **Exhibit G** is a true and correct copy of Glidewell's Notice of Deposition of Keating employee Diane Mallos. Glidewell noticed Ms. Mallos's deposition for October 17, 2012.

6. Attached as **Exhibit H** is a true and correct copy of Glidewell's Notice of Deposition of Keating CEO Shaun Keating. Glidewell noticed Mr. Keating's deposition for October 18, 2012.

7. Keating has agreed to make Mr. Brandon, Ms. Mallos, and Mr. Keating available on the dates noticed by Glidewell.

8. On September 15, 2012, Keating timely served Defendant James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories ("Glidewell") with an expert report from Dr. David Eggleston who has more than 42 years of experience in the dental industry.

9. A true and correct copy of Dr. Eggleston's expert report is attached as **Exhibit I**.

10. On September 24, 2012, Glidewell served Keating with a notice of deposition for Dr. David Eggleston. The deposition is scheduled for October

22, 2012.

11. Attached as **Exhibit J** is a true and correct copy of an Order dated November 18, 2011 issued by the Trademark Trial and Appeals Board ("TTAB") of the U.S. Patent and Trademark Office regarding Keating's trademark application for the mark KDZ BRUXER. The Order suspends Keating's application pending the outcome of this civil litigation.

12. Attached as **Exhibit K** is a true and correct copy of a motion filed by Keating with the TTAB seeking a suspension of Glidewell's trademark application for the mark BRUXZIR for use with dental ceramics.

13. Attached as **Exhibit L** is a true and correct copy of an Order dated February 3, 2012 issued by the TTAB regarding Glidewell's trademark application for the mark BRUXZIR for use with dental ceramics. The Order suspends Glidewell's application pending the outcome of this civil litigation.

14. Attached as **Exhibit M** is a true and correct copy of the webpage for the word "bruxer" from http://www.worldwidewords.org, the webpage cited by Glidewell in their Opposition Brief. As evidenced by the subtitle at the top of the page, the website deals with "international English from a British viewpoint."

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed October 1, 2012, at Irvine, California.

*/s/ Jeffrey L. Van Hoosear*
Jeffrey L. Van Hoosear

13866591