Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
Keating Dental Arts, Inc.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>　　　Plaintiff/Counter-defendant,<br><br>　　v.<br><br>KEATING DENTAL ARTS, INC.<br><br>　　　Defendant/Counter-Plaintiff. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>**GRANTING THE MOTION FOR AN ORDER TO FILE A SECOND AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS**<br><br>Hearing Date: October 15, 2012<br>Hearing Time: 8:30 am<br>Hearing Place: Courtoom 9D<br><br>Honorable David O. Carter, USDJ<br>Honorable Arthur Nakazato, USMJ |

1  The Court has reviewed Defendant's Motion for an Order Granting Leave
2  to File a Second Amended Answer, Affirmative Defenses and Counterclaims.
3  Having reviewed the Parties' papers, the Court rules as follows:
4      The Motion is GRANTED;
5      The Answer is filed and served as of the date of this Order.

8      SO ORDERED

10  Dated: October 10, 2012

    */s/ David O. Carter*
    Hon. David O. Carter
    Judge of the United States District Court

13866728

- 1 -