Philip J. Graves (#153441)
Snell & Wilmer L.L.P.
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Tel: 213-929-2542
Fax: 213-929-2525
pgraves@swlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JAMES R. GLADWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation | Plaintiff(s) | CASE NUMBER  SACV11-01309-DOC(ANx) |
| v. | | |
| KEATING DENTAL ARTS, INC. | Defendant(s). | REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

JAMES R. GLADWELL DENTAL CERAMICS DBA GLIDEWELL LABORATORIES
*Name of Party*

☑ Plaintiff   ☐ Defendant   ☐ Other _____

hereby requests that the Court approve the substitution of ___Philip J. Graves___
*New Attorney*

as attorney of record instead of ___Leonard Tachner___
*Present Attorney*

Dated October 29, 2012

*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated October 29, 2012

*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated October 29, 2012

*Signature of New Attorney*

153441
*State Bar Number*

If party requesting to appear Pro Se:

Dated _____

*Signature of Requesting Party*

**NOTE:** COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.

Philip J. Graves (#153441)
Snell & Wilmer L.L.P.
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071
Tel: 213-929-2542
Fax: 213-929-2525
pgraves@swlaw.com

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JAMES R. GLADWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation<br>Plaintiff(s)<br>v.<br>KEATING DENTAL ARTS, INC.<br>Defendant(s) | CASE NUMBER<br>SACV11-01309-DOC(ANx)<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |
|---|---|

JAMES R. GLADWELL DENTAL CERAMICS DBA GLIDEWELL LABORATORIES    ☑ Plaintiff  ☐ Defendant  ☐ Other _____
_Name of Party_

hereby requests that the Court approve the substitution of     Philip J. Graves
_New Attorney_

as attorney of record instead of     Leonard Tachner
_Present Attorney_

Dated  October 29, 2012

_Signature of Party/Authorized Representative of Party_

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated  October 29, 2012

_Signature of Present Attorney_

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated  October 29, 2012

_Signature of New Attorney_

153441
_State Bar Number_

If party requesting to appear Pro Se:

Dated _____

_Signature of Requesting Party_

NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY (G-01 ORDER) ALONG WITH THIS REQUEST.

G-01 (07/12)                   REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY