# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation<br><br>Plaintiff(s)<br>v.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant(s). | CASE NUMBER:<br>SACV11-01309-DOC(ANx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

The Court hereby orders that the request of:

<u>James R. Glidewell Dental Ceramics, Inc. DBA Glidewell Laboratories,</u>   ☑ Plaintiff   ☐ Defendant   ☐ Other _____
*Name of Party*

to substitute   <u>Philip J. Graves</u>   who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

<u>350 S. Grand Ave., Suite 2600</u>
*Street Address*

<u>Los Angeles, CA 90071</u>                    <u>pgraves@swlaw.com</u>
*City, State, Zip*                                  *E-Mail Address*

<u>213-929-2542</u>        <u>213-929-2525</u>        <u>153441</u>
*Telephone Number*     *Fax Number*          *State Bar Number*

as attorney of record instead of   <u>Leonard Tachner</u>
                                   *Present Attorney*

**is hereby**   ☐ **GRANTED**   ☐ **DENIED**


Dated _____                    _____
                                         U. S. District Judge/U.S. Magistrate Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (G-76) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT=S WEBSITE AT WWW.CACD.USCOURTS.GOV.

GB01 ORDER (07/12)            **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY**