1  Phillip J. Graves (#153441)
   pgraves@swlaw.com
2  Greer Shaw (#197960)
   gshaw@swlaw.com
3  Christopher B. Pinzon (#254110)
   cpinzon@swlaw.com
4  Colin R. Higgins, (#268364)
   chiggins@swlaw.com
5  SNELL & WILMER L.L.P.
   600 Anton Blvd, Suite 1400
6  Costa Mesa, California  92626-7689
   Telephone:   714.427.7000
7  Facsimile:   714.427.7799

8  LEONARD TACHNER, A Professional Corporation
   Leonard Tachner (#058436)
9  17961 Sky Park Circle, Suite 38-E
   Irvine, CA  92614-6364
10  Telephone:   949.725-8525
   Facsimile:   949.955.2415

11
12  Attorneys for Plaintiff
   JAMES R. GLIDEWELL DENTAL CERAMICS,
13  INC. DBA GLIDEWELL LABORATORIES

   UNITED STATES DISTRICT COURT
14
   CENTRAL DISTRICT OF CALIFORNIA
15

16  JAMES R. GLIDEWELL DENTAL            Case No. SACV11-01309-DOC(ANx)
   CERAMICS, INC. DBA
17  GLIDEWELL LABORATORIES, a            Hon. David O. Carter
   California corporation,
18                                       **Declaration of Phillip J. Graves in**
                     Plaintiff,          **Support of Ex Parte Application to**
19                                       **Continue Scheduling Order**
         v.                              **Deadlines and Dates**
20  KEATING DENTAL ARTS, INC., a
   California corporation,
21                   Defendant.

22  KEATING DENTAL ARTS, INC., a         Complaint Filed: August 30, 2011
   California corporation,
23                   Counter-Plaintiff,
24       v.
25  JAMES R. GLIDEWELL DENTAL
   CERAMICS, INC., DBA
26  GLIDEWELL LABORATORIES, a
   California corporation, and DOES 1
27  THROUGH 5, inclusive,
28                   Counter-Defendant.

I, Phillip J. Graves, declare as follows:

1.      I am attorney licensed to practice law in the United States District Court, Central District of California. I am an attorney with the law firm of Snell & Wilmer L.L.P., and one of the attorneys of record for Plaintiff and Counter-Defendant James R. Glidewell Dental Ceramics, Inc. ("Glidewell").

2.      Late in the afternoon on October 25, 2012, Snell & Wilmer L.L.P. was engaged as counsel for Glidewell.

3.      On the morning of October 26, 2012, and again in the afternoon, I and my colleague Greer Shaw called Glidewell's prior trial counsel, Leonard Tachner. Among other things, we requested that Mr. Tachner provide us with all discovery materials in the case as quickly as possible. Mr. Tachner indicated to us that it would be difficult, or possibly not feasible, for him to gather and forward the materials to us prior to the weekend, so we sent an associate to this office to attempt to gather the discovery materials and other materials in the case file.

4.      As a result of this effort, we obtained some, but not all, of the discovery materials in the case on Friday evening.

5.      We began reviewing the case file on Friday evening, and worked through the weekend. Our review of discovery materials in this case is ongoing, and we are continuing to work with Mr. Tachner to obtain the entirety of the file.

6.      Keating has served three amended initial disclosures since August 23, 2012. On or about August 23, 2012, Keating served an Amended Initial Disclosures on Mr. Tachner. Attached hereto as Exhibit "A" is a true and correct copy of the Amended Initial Disclosures.

7.      On or about September 27, 2012, Keating served a Second Amended Initial Disclosures on Mr. Tachner. In the Second Amended Initial Disclosures, Keating added an additional topic of testimony ("use of bruxer crown") for 13 previously-identified witnesses, and added 11 new fact witnesses on a variety of

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626/689

DECLARATION OF PHILLIP J. GRAVES
SACV11-01309-DOC(ANx)

topics.  Attached hereto as Exhibit "B" is a true and correct copy of the Second Amended Initial Disclosures.

8.      On or about October 19, 2012, i.e., just 10 days before the discovery cut-off date, Keating served a Third Amended Initial Disclosures on Mr. Tachner. In the Third Amended Initial Disclosures, Keating added 2 new additional witnesses and two new, broadly phrased categories of documents. Attached hereto as Exhibit "C" is a true and correct copy of the Second Amended Initial Disclosures.

9.      On October 29, 2012, I called Lynda Zadra-Symes, Keating's lead counsel, and informed her that we intended to file an *ex parte* application by the end of the day today requesting that the Court continue the deadlines and dates in the Court's Scheduling Order by approximately two months, and explained the grounds for the application.  Ms. Zadra-Symes informed me that Keating intends to oppose this ex parte application.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2012 in Los Angeles, California.

*/s/ Philip J. Graves*

Philip J. Graves

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

DECLARATION OF PHILLIP J. GRAVES
SACV11-01309-DOC(ANx)

# Exhibit A

1  Lynda J. Zadra-Symes (SBN 156,511)
   Lynda.Zadra-Symes@kmob.com
2  Jeffrey L. Van Hoosear(SBN : 147,751)
   Jeffrey.VanHoosear@kmob.com
3  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street, Fourteenth Floor
4  Irvine, CA 92614
   Phone: (949) 760-0404
5  Facsimile: (949) 760-9502

6  Attorneys for Defendant/Counter-Plaintiff,
   Keating Dental Arts, Inc.
7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE CENTRAL DISTRICT OF CALIFORNIA

10                     SOUTHERN DIVISION

11

12  JAMES R. GLIDEWELL DENTAL          )  Civil Action No.
    CERAMICS, INC. dba                 )  SACV11-01309-DOC(ANx)
    GLIDEWELL LABORATORIES,            )
13                                     )
                                       )
14      Plaintiff/Counter-defendant,   )  AMENDED INITIAL
                                       )  DISCLOSURES PURSUANT TO
        v.                             )  FEDERAL RULE OF CIVIL
15                                     )  PROCEDURE 26(a)(1) AND L.R.
    KEATING DENTAL ARTS, INC.          )  26-1
16                                     )
        Defendant/Counter-Plaintiff.   )
17                                     )  Honorable David O. Carter, USDJ
                                       )  Honorable Arthur Nakazato, USMJ
                                       )
18

19

20

21

22

23

24

25

26

27

28

                        -11-                           EXHIBIT C

1      Pursuant to Federal Rule of Civil Procedure 26(a)(I), without waiving any
2  claim of privilege, work produced or other basis for non-disclosure, Defendant
3  Keating Dental Arts, Inc. ("Keating"), hereby provides its Amended Initial
4  Disclosures.

5

6      (i) The name and, if known, the address and telephone number of each
7  individual likely to have discoverable information - along with the subjects of
8  that information - that the disclosing party may use to support its claims or
9  defenses, unless the use would be solely for impeachment; information:

10

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Shaun Keating | 16881 Hale Ave. Irvine, CA 92606 (800) 433-9833 | Use of generic term "bruxer," lack of confusion, and related facts |
| Bob Brandon | 16881 Hale Ave. Irvine, CA 92606 (800) 433-9833 | Use of generic term "bruxer," lack of confusion, and related facts |
| Daxton Grubb daxton@rdentlab.com | R-Dent Dental Labratories 6590 Summer Knoll Cove Bartlett, TN 38134 www.rdentlab.com 372-8020 | Glidewell demands to stop using R BRUX Trademark, and related facts |
| Robert P. Marbach sevices@authenticlab com | Authentic Dental Lab 1950 Bandera Rd. San Antonio, TX 78228 www.authenticlab.com 735-1433 | Glidewell demands to stop using "BRUX" crowns on Authentic's website, and related facts |
| Rick Everson reverson@dentalservices .net | Sentage Corporation 5775 Wayzata Blvd. Suite 890 Minneapolis, MN 55416 www.dentalservices.net 345-6300 | BRUX-EZE Trademark and related facts |

- 1 -

EXHIBIT C

| Witness Email Address | Address Website Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Robin A. Carden | Glidewell Laboratories<br>4141 MacArthur Blvd<br>Newport Beach, CA 92660<br>(800) 854-7256 | Use of "bruxer" and "zirconia" as generic terms. |
| Dr. William Belton | 403 Vonderburg Dr.<br>Suite 201<br>Brandon, FL 33511<br>(813) 689-5098 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. David Bonner | 101 Binkley<br>PO Box 592<br>Dumas, TX 79029<br>(806) 935-6811 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Jonathan Campbell | Legacy Dental<br>1345 E. 3900 South<br>Suite 116<br>Salt Lake City, UT 84124<br>(801) 278-4223 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Joseph Jacquinot | Platteville Dental<br>1270 N. Water St.<br>Platteville, WI 53818<br>(608) 348-2393 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Dennis Murphy | 310 Terrace Ave.<br>Suite #102<br>Cincinnati, OH 45220<br>(513) 221-1550 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Terry L. Myers | 109 Apple Valley Parkway<br>Belton, MO 64012<br>(816) 331-4200 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |

- 2 -

-13-                                        EXHIBIT C

| Witness Email Address | Address/Website Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. Samir Rana | 60 Beaverbrook Rd.<br>Lincoln Park, NJ 07035<br>(973) 633-5666 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Michael Razzano | 12910 Hwy 92 #107<br>Woodstock, GA 30188<br>(770) 592-2600 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Stan Richardson | 780 Nissan Dr.<br>Smyrna, TN 37167<br>(615) 355-1062 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Trevor Scheff | 6300 Limestone Rd.<br>Suite D<br>Hockessin, DE 19707<br>(302) 239-7277 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Scott Stephens | 2538 E Joyce Blvd.<br>Fayetteville, AR 72703<br>(479) 442-3915 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Robert T. Wooton | 3000 N Interstate 35<br>Austin, TX 78705<br>(512) 472-2246 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Dr. Tony D. Wu | 155 E. 38th<br>Suite 2D<br>New York, NY 10016<br>(212) 682-0888 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. |
| Expert witnesses to be identified | | |

- 3 -

1        (ii) A copy - or a description by category and location - of all documents,

2  electronically stored information ("ESI"), and tangible things that the disclosing

3  party has in its possession, custody, or control and may use to support its claims

4  or defenses, unless the use would be solely for impeachment:

5

6        ***Disclosure:*** Pursuant to appropriate terms of the Confidentiality Order, Keating will make available for inspection and copying responsive documents, ESI, and tangible things as indicated below. Defendant notes

7  that Defendant already has identified to Plaintiff at least certain of the items listed. Also subject to an appropriate Protective Order and further

8  review, Defendants may produce or make available under Federal Rule of Civil Procedure 34 additional documents/evidence, as those may come to

9  the attention of Defendant.

10

| Description, etc. |
| --- |
| The trademarks and related information disclosed in the attachment to an email dated November 16, 2011 to Plaintiff's counsel Mr. Tachner, from Defendant's counsel. |
| Correspondence from Glidewell to third parties regarding the use by those third parties of the term BRUX or BRUX-related words. |
| Defendant's order forms and related records, as provided to and as received from dentists. |
| Defendant's sales records relating the products sold under Defendant's trademark KDZ BRUXER AND DESIGN. |
| Scholarly articles using the terms "zirconia" or "bruxer", "brux", "bruxism", or other related terms with a root of "brux." |
| Patents and patent applications using the terms "zirconia" or "bruxer", "brux", "bruxism", or other terms with a root of "brux." |
| Advertisements from Glidewell Laboratories showing use of "bruxzir" to indicate the product itself and not as a brand name. Copies of material from Glidewell's websites www.glidewelldental.com, www.bruxzir.com as well as other advertisements by Glidewell. |
| Defendant's and third party advertisements that show use of the term "bruxer," "brux," or other related words to refer generically to a bruxer crown product. |

11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

26        (iii) A computation of each category of damages claimed by the

27  disclosing party ~ who must also make available for inspection and copying as

28  under Rule 34 the documents or other evidentiary material, unless privileged or

- 4 -

1    protected from disclosure, on which each computation is based, including

2    materials bearing on the nature and extent of injuries suffered.

3          ***Disclosure:*** Defendant and Counterclaim-Plaintiff has not
4    calculated its damages at this time, and is not in possession of the
     information necessary to do so. Among other things, Defendant and
5    Counter-Defendant anticipates (1) possibly hiring an expert to do so, and
     (2) forwarding that expert's report in compliance with all applicable Rules
6    and Orders.

7          In any case, such damages are likely to be based at least in part on
     obtaining an award from the Court of misuse of trademark and/or other
8    bad faith violations by Plaintiff, the amount and nature of Plaintiff's
     unlawful activities in improperly restricting lawful competition, the extent
9    to which remedial communications and advertising may be necessary to
     attempt to redress same, and other factors. Those issues and activities
10   appear to be continuing and therefore the subject of ongoing discovery.

11         Among other things, the damages are likely to include calculations
     of Plaintiff's profits and/or Defendant's lost profits. In addition, Defendant
12   reserves the right to appropriately designate with appropriate terms of
     confidentiality under the Confidentiality Order any and/or all such
13   disclosures. Notwithstanding the foregoing, for the convenience of the
     parties and the Court, Defendant identifies at least the following
14   categories of damages it expects will be included in the foregoing
     disclosures.

15

16   | Category of Damages |
     | --- |
17   | Attorney fees and costs |
18   | Punitive damages |
19   | Lost sales |
20   | Interference with existing/prospective business relationships |
21   | Damages to business reputation |
22   | Employee time |
23   | Out-of-pocket expenses |
24   | Other |

25         (iv) For inspection and copying as under Rule 34, any insurance

26   agreement under which an insurance business may be liable to satisfy all or part

27   of a possible judgment in the action or to indemnify or reimburse for payments

28   made to satisfy the judgment.

                                    - 5 -

*Disclosure:* Pursuant to appropriate terms of confidentiality under the Confidentiality Order, Keating will make available for inspection and copying the following insurance policy:

The Hartford Business Liability Policy 72 SBA AB1425, with effective dates of *09/04/20 1 0* to *09/04/2011* and *09/04/2011* to *0910412012.*

Defendant expressly reserves the right to further supplement these Initial Disclosures under Federal Rule of Civil Procedure 26(e), without prejudice to its right to use such subsequently discovered information and documents at trial or at any proceeding in this action.

The undersigned counsel certifies under Federal Rule of Civil Procedure 26(g) that, after reasonable inquiry and to the best of his/her knowledge, the Disclosures contained above are accurate and complete as of the present time.

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: August 23, 2012      By: _____
                                Lynda J. Zadra-Symes
                                Jeffrey L. Van Hoosear

                                Attorneys for Plaintiff,
                                Keating Dental Arts, Inc.

- 6 -

## **PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. On August 23, 2012, I caused the within **AMENDED INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) AND L.R. 26-1** to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

VIA Email and First Class Mail

Leonard Tachner, Esq.
LEONARD TACHNER, A Professional Law Corp.
17961 Sky Park Circle, Suite 38-E
Irvine, CA 92614-6364
Email: ltachner@aol.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 23, 2012 at Irvine, California.

Peter Toller

- 7 -

-18-                                                        EXHIBIT C

# Exhibit B

Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
Keating Dental Arts, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, | Civil Action No. SACV11-01309-DOC(ANx) |
| Plaintiff/Counter-defendant, | **SECOND AMENDED DISCLOSURES OF KEATING DENTAL ARTS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** |
| v. | |
| KEATING DENTAL ARTS, INC. | |
| Defendant/Counter-Plaintiff. | Honorable David O. Carter |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), without waiving any claim of privilege, work produced or other basis for non-disclosure, Defendant Keating Dental Arts, Inc. ("Keating"), hereby provides the following Second Amended Disclosures.

(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment; information:

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Shaun Keating | 16881 Hale Ave. Irvine, CA 92606 (800) 433-9833 | Use of generic term "bruxer," lack of confusion, and related facts |
| Bob Brandon | 16881 Hale Ave. Irvine, CA 92606 (800) 433-9833 | Use of generic term "bruxer," lack of confusion, and related facts |
| Daxton Grubb daxton@rdentlab.com | R-Dent Dental Labratories 6590 Summer Knoll Cove Bartlett, TN 38134 www.rdentlab.com 372-8020 | Glidewell demands to stop using R BRUX Trademark, and related facts |
| Robert P. Marbach sevices@authenticlab com | Authentic Dental Lab 1950 Bandera Rd. San Antonio, TX 78228 www.authenticlab.com 735-1433 | Glidewell demands to stop using "BRUX" crowns on Authentic's website, and related facts |
| Rick Everson reverson@dentalservices .net | Sentage Corporation 5775 Wayzata Blvd. Suite 890 Minneapolis, MN 55416 www.dentalservices.net 345-6300 | BRUX-EZE Trademark and related facts |
| Robin A. Carden | Glidewell Laboratories 4141 MacArthur Blvd Newport Beach, CA 92660 (800) 854-7256 | Use of "bruxer" and "zirconia" as generic terms. |

- 1 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. William Belton | 403 Vonderburg Dr.<br>Suite 201<br>Brandon, FL 33511<br>(813) 689-5098 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. David Bonner | 101 Binkley<br>PO Box 592<br>Dumas, TX 79029<br>(806) 935-6811 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Jonathan Campbell | Legacy Dental<br>1345 E. 3900 South<br>Suite 116<br>Salt Lake City, UT 84124<br>(801) 278-4223 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Joseph Jacquinot | Platteville Dental<br>1270 N. Water St.<br>Platteville, WI 53818<br>(608) 348-2393 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Dennis Murphy | 310 Terrace Ave.<br>Suite #102<br>Cincinnati, OH 45220<br>(513) 221-1550 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Terry L. Myers | 109 Apple Valley Parkway<br>Belton, MO 64012<br>(816) 331-4200 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |

- 2 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. Samir Rana | 60 Beaverbrook Rd. Lincoln Park, NJ 07035 (973) 633-5666 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Michael Razzano | 12910 Hwy 92 #107 Woodstock, GA 30188 (770) 592-2600 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Stan Richardson | 780 Nissan Dr. Smyrna, TN 37167 (615) 355-1062 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Trevor Scheff | 6300 Limestone Rd. Suite D Hockessin, DE 19707 (302) 239-7277 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Scott Stephens | 2538 E Joyce Blvd. Fayetteville, AR 72703 (479) 442-3915 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Robert T. Wooton | 3000 N Interstate 35 Austin, TX 78705 (512) 472-2246 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |

- 3 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. Tony D. Wu | 155 E. 38th<br>Suite 2D<br>New York, NY 10016<br>(212) 682-0888 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Gary P. Tobin | 16055 Ventura Blvd<br>Suite 1035<br>Encino, CA 91436<br>(818) 990-5240 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Jenny Harris | 2504 Lake Austin Blvd<br>Austin, TX 78703<br>(512) 474-5233 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Joseph Ting | 3461 US Highway 22 East<br>Branchburg, NJ 08876<br>(908) 203-1998 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Raymond Brady | 2700 Bellflower Blvd.<br>Suite 306<br>Long Beach, CA 90815<br>(562) 420-1301 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Michael Colleran | 1250 Peach Street<br>San Luis Obispo, CA 93401<br>(805) 543-0814 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |

- 4 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. Richard Scott | 215 N. State College Blvd. Suite E Anaheim, CA 92806 (714) 635-0892 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Daniel Sweet | 1990 Shaw Avenue Suite C Clovis, CA 93611 (559) 298-2575 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. George Tashiro | 558 E. Wardlow Rd. Long Beach, CA 90807 (562) 427-1221 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Thomas Nussear | 40 S. Main St. Smithburg, MD 21783 (301) 824-2080 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Carol Frattura | 22286 Vick Street Port Charlotte, FL 33980 (888) 625-5757 | Glidewell demands to stop using Zir-Bruxer Crown mark and related facts. Use of "bruxer" and similar words by dentists when ordering all zirconia crowns. |
| Dr. David Eggleston | 1441 Avocado Ave Suite 508 Newport Beach, CA 92660 (949) 640-5680 | Expert testimony regarding use of term "bruxer" and related terms in the dental industry. |
| Expert witnesses to be identified | | |

(ii) A copy - or a description by category and location - of all documents, electronically stored information ("ESI"), and tangible things that the disclosing

- 5 -

party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

> ***Disclosure:*** Pursuant to appropriate terms of the Confidentiality Order, Keating will make available for inspection and copying responsive documents, ESI, and tangible things as indicated below. Defendant notes that Defendant already has identified to Plaintiff at least certain of the items listed. Also subject to an appropriate Protective Order and further review, Defendants may produce or make available under Federal Rule of Civil Procedure 34 additional documents/evidence, as those may come to the attention of Defendant.

| Description, etc. |
|---|
| The trademarks and related information disclosed in the attachment to an email dated November 16, 2011 to Plaintiff's counsel Mr. Tachner, from Defendant's counsel. |
| Correspondence from Glidewell to third parties regarding the use by those third parties of the term BRUX or BRUX-related words. |
| Defendant's order forms and related records, as provided to and as received from dentists. |
| Defendant's sales records relating the products sold under Defendant's trademark KDZ BRUXER AND DESIGN. |
| Scholarly articles using the terms "zirconia" or "bruxer", "brux", "bruxism", or other related terms with a root of "brux." |
| Patents and patent applications using the terms "zirconia" or "bruxer", "brux", "bruxism", or other terms with a root of "brux." |
| Advertisements from Glidewell Laboratories showing use of "bruxzir" to indicate the product itself and not as a brand name. Copies of material from Glidewell's websites www.glidewelldental.com, www.bruxzir.com as well as other advertisements by Glidewell. |
| Defendant's and third party advertisements that show use of the term "bruxer," "brux," or other related words to refer generically to a bruxer crown product. |

(iii) A computation of each category of damages claimed by the disclosing party ~ who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

- 6 -

*Disclosure:* Defendant and Counterclaim-Plaintiff has not calculated its damages at this time, and is not in possession of the information necessary to do so. Among other things, Defendant and Counter-Defendant anticipates (1) possibly hiring an expert to do so, and (2) forwarding that expert's report in compliance with all applicable Rules and Orders.

In any case, such damages are likely to be based at least in part on obtaining an award from the Court of misuse of trademark and/or other bad faith violations by Plaintiff, the amount and nature of Plaintiff's unlawful activities in improperly restricting lawful competition, the extent to which remedial communications and advertising may be necessary to attempt to redress same, and other factors. Those issues and activities appear to be continuing and therefore the subject of ongoing discovery.

Among other things, the damages are likely to include calculations of Plaintiff's profits and/or Defendant's lost profits. In addition, Defendant reserves the right to appropriately designate with appropriate terms of confidentiality under the Confidentiality Order any and/or all such disclosures. Notwithstanding the foregoing, for the convenience of the parties and the Court, Defendant identifies at least the following categories of damages it expects will be included in the foregoing disclosures.

| Category of Damages |
| --- |
| Attorney fees and costs |
| Punitive damages |
| Lost sales |
| Interference with existing/prospective business relationships |
| Damages to business reputation |
| Employee time |
| Out-of-pocket expenses |
| Other |

(iv) For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

*Disclosure:* Pursuant to appropriate terms of confidentiality under the Confidentiality Order, Keating will make available for inspection and copying the following insurance policy:

- 7 -

1  The Hartford Business Liability Policy 72 SBA AB1425, with
2  effective dates of *09/04/20 1 0* to *09/04/2011* and *09/04/2011* to
3  *0910412012.*

4      Defendant expressly reserves the right to further supplement these Initial
5  Disclosures under Federal Rule of Civil Procedure 26(e), without prejudice to
6  its right to use such subsequently discovered information and documents at trial
7  or at any proceeding in this action.

8

9      The undersigned counsel certifies under Federal Rule of Civil Procedure
10  26(g) that, after reasonable inquiry and to the best of his/her knowledge, the
11  Disclosures contained above are accurate and complete as of the present time.

12

13                          KNOBBE, MARTENS. OLSON & BEAR, LLP

14

15  Dated: September 27, 2012    By: */s/ Lynda J. Zadra-Symes*
16                                 Lynda J. Zadra-Symes
                                   Jeffrey L. Van Hoosear
17                                 David G. Jankowski

18                                 Attorneys for Plaintiff,
                                   Keating Dental Arts, Inc.
19

20

21

22

23

24

25

26

27

28

                              - 8 -

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On September 27, 2012, I caused the within SECOND AMENDED DISCLOSURES OF KEATING DENTAL ARTS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

***Via Electronic and First Class Mail:***

Leonard Tachner, Esq.
LEONARD TACHNER, A Professional Law Corp.
17961 Sky Park Circle, Suite 38-E
Irvine, CA 92614-6364
Email: ltachner@aol.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 27, 2012 at Irvine, California.

Claire A. Stoneman

- 9 -

# Exhibit C

Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
Keating Dental Arts, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br><br> Plaintiff/Counter-defendant, <br><br> v. <br><br> KEATING DENTAL ARTS, INC. <br><br> Defendant/Counter-Plaintiff. | Civil Action No. SACV11-01309-DOC(ANx) <br><br> **KEATING DENTAL ARTS, INC.'S THIRD AMENDED INITIAL DISCLOSURES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)** <br><br> Honorable David O. Carter |

Pursuant to Federal Rule of Civil Procedure 26(a)(1), without waiving any claim of privilege, work produced or other basis for non-disclosure, Defendant Keating Dental Arts, Inc. ("Keating"), hereby provides its Third Amended Initial Disclosures.

(i) The name and, if known, the address and telephone number of each individual likely to have discoverable information - along with the subjects of that information - that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment; information:

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Shaun Keating | 16881 Hale Ave.<br>Irvine, CA 92606<br>(800) 433-9833 | Use of generic term "bruxer," lack of confusion, and related facts |
| Bob Brandon | 16881 Hale Ave.<br>Irvine, CA 92606<br>(800) 433-9833 | Use of generic term "bruxer," lack of confusion, and related facts |
| Daxton Grubb<br><br>daxton@rdentlab.com | R-Dent Dental Laboratories<br>6590 Summer Knoll Cove<br>Bartlett, TN 38134<br>www.rdentlab.com<br>372-8020 | Glidewell demands to stop using R BRUX Trademark, and related facts |
| Robert P. Marbach<br><br>sevices@authenticlab com | Authentic Dental Lab<br>1950 Bandera Rd.<br>San Antonio, TX 78228<br>www.authenticlab.com<br>735-1433 | Glidewell demands to stop using "BRUX" crowns on Authentic's website, and related facts |
| Rick Everson<br><br>reverson@dentalservices.net | Sentage Corporation<br>5775 Wayzata Blvd.<br>Suite 890<br>Minneapolis, MN 55416<br>www.dentalservices.net<br>345-6300 | BRUX-EZE Trademark and related facts |
| Robin A. Carden | Glidewell Laboratories<br>4141 MacArthur Blvd<br>Newport Beach, CA 92660<br>(800) 854-7256 | Use of "bruxer" and "zirconia" as generic terms. |

- 1 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. William Belton | 403 Vonderburg Dr. Suite 201 Brandon, FL 33511 (813) 689-5098 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. David Bonner | 101 Binkley PO Box 592 Dumas, TX 79029 (806) 935-6811 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Jonathan Campbell | Legacy Dental 1345 E. 3900 South Suite 116 Salt Lake City, UT 84124 (801) 278-4223 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Joseph Jacquinot | Platteville Dental 1270 N. Water St. Platteville, WI 53818 (608) 348-2393 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Dennis Murphy | 310 Terrace Ave. Suite #102 Cincinnati, OH 45220 (513) 221-1550 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Terry L. Myers | 109 Apple Valley Parkway Belton, MO 64012 (816) 331-4200 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |

- 2 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. Samir Rana | 60 Beaverbrook Rd. Lincoln Park, NJ 07035 (973) 633-5666 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Michael Razzano | 12910 Hwy 92 #107 Woodstock, GA 30188 (770) 592-2600 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Stan Richardson | 780 Nissan Dr. Smyrna, TN 37167 (615) 355-1062 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Trevor Scheff | 6300 Limestone Rd. Suite D Hockessin, DE 19707 (302) 239-7277 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Scott Stephens | 2538 E Joyce Blvd. Fayetteville, AR 72703 (479) 442-3915 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Robert T. Wooton | 3000 N Interstate 35 Austin, TX 78705 (512) 472-2246 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |

- 3 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. Tony D. Wu | 155 E. 38th<br>Suite 2D<br>New York, NY 10016<br>(212) 682-0888 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Gary P. Tobin | 16055 Ventura Blvd<br>Suite 1035<br>Encino, CA 91436<br>(818) 990-5240 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Jenny Harris | 2504 Lake Austin Blvd<br>Austin, TX 78703<br>(512) 474-5233 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Joseph Ting | 3461 US Highway 22 East<br>Branchburg, NJ 08876<br>(908) 203-1998 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Raymond Brady | 2700 Bellflower Blvd.<br>Suite 306<br>Long Beach, CA 90815<br>(562) 420-1301 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Michael Colleran | 1250 Peach Street<br>San Luis Obispo, CA 93401<br>(805) 543-0814 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |

- 4 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Dr. Richard Scott | 215 N. State College Blvd. Suite E Anaheim, CA 92806 (714) 635-0892 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Daniel Sweet | 1990 Shaw Avenue Suite C Clovis, CA 93611 (559) 298-2575 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. George Tashiro | 558 E. Wardlow Rd. Long Beach, CA 90807 (562) 427-1221 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Dr. Thomas Nussear | 40 S. Main St. Smithburg, MD 21783 (301) 824-2080 | Absence of confusion between marks Bruxzir and KDZ Bruxer. "Bruxzir" on Rx form meant to communicate generic term for a bruxer crown. Use of bruxer crown. |
| Carol Frattura | 22286 Vick Street Port Charlotte, FL 33980 (888) 625-5757 | Glidewell demands to stop using Zir-Bruxer Crown mark and related facts. Use of "bruxer" and similar words by dentists when ordering all zirconia crowns. |
| Dr. David Eggleston | 1441 Avocado Ave Suite 508 Newport Beach, CA 92660 (949) 640-5680 | Expert testimony regarding use of term "bruxer" and related terms in the dental industry. |

- 5 -

| Witness Email Address | Address/Website/Telephone | Subject of the Likely Discoverable Information |
|---|---|---|
| Lori Boatright | Blakely Sokoloff Taylor Zafman LLP<br>12400 Wilshire Blvd.<br>Seventh Floor<br>Los Angeles, CA 90025<br>(310) 207-3800 | Expert testimony regarding USPTO rules and procedures; the USPTO's examination of the mark BRUXZIR; the validity of the mark BRUXZIR; other rebuttals to the opinions of Prof. Franklyn. |
| Scott Hudson | Old Dominion Milling Corp.<br>5700 Old Richmond Ave.<br>Suite G-20<br>Richmond, VA 23226<br>(804) 285-0777 | Glidewell's enforcement efforts associated with the mark BRUXZIR; language used by the dental industry. |

(ii) A copy - or a description by category and location - of all documents, electronically stored information ("ESI"), and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment:

**_Disclosure:_** Pursuant to appropriate terms of the Confidentiality Order, Keating will make available for inspection and copying responsive documents, ESI, and tangible things as indicated below. Defendant notes that Defendant already has identified to Plaintiff at least certain of the items listed. Also subject to an appropriate Protective Order and further review, Defendants may produce or make available under Federal Rule of Civil Procedure 34 additional documents/evidence, as those may come to the attention of Defendant.

| Description, etc. |
|---|
| The trademarks and related information disclosed in the attachment to an email dated November 16, 2011 to Plaintiff's counsel Mr. Tachner, from Defendant's counsel. |
| Correspondence from Glidewell to third parties regarding the use by those third parties of the term BRUX or BRUX-related words. |
| Defendant's order forms and related records, as provided to and as received from dentists. |

- 6 -

| Description, etc. |
|---|
| Defendant's sales records relating the products sold under Defendant's trademark KDZ BRUXER AND DESIGN. |
| Scholarly articles using the terms "zirconia" or "bruxer", "brux", "bruxism", or other related terms with a root of "brux." |
| Patents and patent applications using the terms "zirconia" or "bruxer", "brux", "bruxism", or other terms with a root of "brux." |
| Advertisements from Glidewell Laboratories showing use of "bruxzir" to indicate the product itself and not as a brand name.  Copies of material from Glidewell's websites www.glidewelldental.com, www.bruxzir.com as well as other advertisements by Glidewell. |
| Advertisements by third parties showing the offering for sale, and sale, of commercially available products for the dental industry using brand names that include "Brux," "Zir," or variations thereon. |
| Advertisements by dental laboratories, including dental laboratories that do business with Glidewell Laboratories, showing the offering for sale, and sale, of full contour zirconia crowns that do not originate from Glidewell. |
| Defendant's and third party advertisements that show use of the term "bruxer," "brux," or other related words to refer generically to a bruxer crown product. |

(iii) A computation of each category of damages claimed by the disclosing party ~ who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which each computation is based, including materials bearing on the nature and extent of injuries suffered.

***Disclosure***:   Defendant   and   Counterclaim-Plaintiff   has   not calculated its damages at this time, and is not in possession of the information necessary to do so. Among other things, Defendant and Counter-Defendant anticipates (1) possibly hiring an expert to do so, and (2) forwarding that expert's report in compliance with all applicable Rules and Orders.

In any case, such damages are likely to be based at least in part on obtaining an award from the Court of misuse of trademark and/or other

- 7 -

bad faith violations by Plaintiff, the amount and nature of Plaintiff's unlawful activities in improperly restricting lawful competition, the extent to which remedial communications and advertising may be necessary to attempt to redress same, and other factors. Those issues and activities appear to be continuing and therefore the subject of ongoing discovery.

Among other things, the damages are likely to include calculations of Plaintiff's profits and/or Defendant's lost profits. In addition, Defendant reserves the right to appropriately designate with appropriate terms of confidentiality under the Confidentiality Order any and/or all such disclosures. Notwithstanding the foregoing, for the convenience of the parties and the Court, Defendant identifies at least the following categories of damages it expects will be included in the foregoing disclosures.

| Category of Damages |
| --- |
| Attorney fees and costs |
| Punitive damages |
| Lost sales |
| Interference with existing/prospective business relationships |
| Damages to business reputation |
| Employee time |
| Out-of-pocket expenses |
| Other |

(iv) For inspection and copying as under Rule 34, any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

**_Disclosure_**: Pursuant to appropriate terms of confidentiality under the Confidentiality Order, Keating will make available for inspection and copying the following insurance policy:

- 8 -

1    The Hartford Business Liability Policy 72 SBA AB1425, with
effective dates of *09/04/20 1 0* to *09/04/2011* and *09/04/2011* to
2    *0910412012.*

3

4    Defendant expressly reserves the right to further supplement these Initial

5    Disclosures under Federal Rule of Civil Procedure 26(e), without prejudice to

6    its right to use such subsequently discovered information and documents at trial

7    or at any proceeding in this action.

8

9    The undersigned counsel certifies under Federal Rule of Civil Procedure

10   26(g) that, after reasonable inquiry and to the best of his/her knowledge, the

11   Disclosures contained above are accurate and complete as of the present time.

12

13                           KNOBBE, MARTENS, OLSON & BEAR, LLP

14

15   Dated: October 19, 2012      By: */s/ David G. Jankowski*
                                      Lynda J. Zadra-Symes
16                                    Jeffrey L. Van Hoosear
17                                    David G. Jankowski

18                                    Attorneys for Plaintiff,
                                      Keating Dental Arts, Inc.
19

20

21

22

23

24

25

26

27

28

- 9 -

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On October 19, 2012, I caused the within THIRD AMENDED DISCLOSURES OF KEATING DENTAL ARTS, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1) to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

***Via Electronic and First Class Mail:***

Leonard Tachner, Esq.
LEONARD TACHNER, A Professional Law Corp.
17961 Sky Park Circle, Suite 38-E
Irvine, CA 92614-6364
Email: ltachner@aol.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 19, 2012 at Irvine, California.

Consuelo Gutierrez

- 10 -

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, I electronically filed the document described as **Declaration of Phillip J. Graves in Support of Ex Parte Application to Continue Scheduling Order Deadlines and Dates** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David G. Jankowski
Jeffrey L. Van Hoosear
Lynda J Zadra-Symes
Knobbe Martens Olson and Bear LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

**Attorneys for Defendant Keating Dental Arts, Inc.**

Tel:  (949) 760-0404
Fax: (949) 760-9502

Email:

Jeffrey.vanhoosear@kmob.com

David.jankowski@kmob.com

Lynda.zadra-symes@kmob.com

litigation@kmob.com

Dated: October 29, 2012                    SNELL & WILMER L.L.P.


By: *s/Phillip Graves*
Phillip Graves
Greer Shaw
Christopher B. Pinzon
Colin R. Higgins

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

PROOF OF SERVICE

16060201.1