1   Phillip J. Graves (#153441
    pgraves@swlaw.com
2   Greer Shaw (#197960)
    gshaw@swlaw.com
3   Christopher B. Pinzon (#254110)
    cpinzon@swlaw.com
4   Colin R. Higgins, (#268364)
    chiggins@swlaw.com
5   SNELL & WILMER L.L.P
    600 Anton Blvd, Suite 1400
6   Costa Mesa, California  92626-7689
    Telephone:  714.427.7000
7   Facsimile:   714.427.7799

8   LEONARD TACHNER, A Professional Corporation
    Leonard Tachner (#058436)
9   17961 Sky Park Circle, Suite 38-E
    Irvine, CA  92614-6364
10  Telephone:  949.725-8525
    Facsimile:   949.955.2415

11

12  Attorneys for Plaintiff
    JAMES R. GLIDEWELL DENTAL CERAMICS,
    INC. DBA GLIDEWELL LABORATORIES
13

                    UNITED STATES DISTRICT COURT
14
                    CENTRAL DISTRICT OF CALIFORNIA
15

16  JAMES R. GLIDEWELL DENTAL          Case No. SACV11-01309-DOC(ANx)
    CERAMICS, INC. DBA
17  GLIDEWELL LABORATORIES, a          Hon. David O. Carter
    California corporation,
18                                     **Declaration of Keith Allred in**
                     Plaintiff,        **Support of Ex Parte Application to**
19                                     **Continue Scheduling Order**
              v.                       **Deadlines and Dates**
20
    KEATING DENTAL ARTS, INC., a
21  California corporation,

                     Defendant.
22  KEATING DENTAL ARTS, INC., a       Complaint Filed: August 30, 2011
    California corporation,
23
                     Counter-Plaintiff,
24
              v.
25
    JAMES R. GLIDEWELL DENTAL
26  CERAMICS, INC., DBA
    GLIDEWELL LABORATORIES, a
27  California corporation, and DOES 1
    THROUGH 5, inclusive,
28
                     Counter-Defendant.

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

1    I, Keith Allred, declare as follows:

2    1.    I am attorney licensed to practice law in the United States District

3    Court, Southern District of California.  I have been employed by James R.

4    Glidewell Dental Ceramics, Inc. ("Glidewell") since September 1996.  I have held

5    the General Counsel and Secretary position at Glidewell since 2006.

6    2.    Glidewell is unsophisticated with respect to intellectual property

7    litigation.  This case is the company's first trademark infringement case, and the

8    first trademark infringement case that I have supervised.

9    3.    Leonard Tachner was engaged by Glidewell to represent the company

10   in this case in large part because he presented himself as an experienced trademark

11   litigator.  I had no reason to question Mr. Tachner's competence or diligence in

12   prosecuting this action when he was engaged to do so.

13   4.    During the course of this litigation, I relied exclusively on Mr. Tachner

14   to guide the company through this lawsuit.

15   5.    Mr. Tachner never discussed with me the topics of:

16             a.  commissioning a survey concerning Keating's allegations that

17                 the BRUXZIR mark is generic or lacks secondary meaning, or

18                 concerning likelihood of confusion;

19             b.  securing a report from an industry-focused expert, such as a

20                 dentist, concerning Keating's allegations that the BRUXZIR

21                 mark is generic or lacks secondary meaning, or concerning

22                 likelihood of confusion; or

23             c.  deposing any dentists that Keating identified as having

24                 knowledge regarding Keating's allegation that the BRUXZIR

25                 mark is generic.

26

27

28

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626/7689

DECLARATION OF KEITH ALLRED
SACV11-01309-DOC(ANx)

6.      The products protected under the registered BRUXZIR mark have generated revenues for Glidewell in excess of $120 million over the past 3 ½ years, and are far and away the most important product line for Glidewell—i.e., full contour solid zirconia dental restorations in Class 10 (i.e., BRUXZIR Solid Zirconia Crowns and Bridges).  Also important to Glidewell is its BRUXZIR Zirconia Blocks in Class 5 that are fabricated using a patent-pending process. Block sales to BRUXZIR Authorized Dental Laboratories continue to grow and the number of BRUXZIR crowns and bridges that are fabricated by Authorized labs rivals that of Glidewell.  The amount of attention and publicity the product has enjoyed shows that it caught the attention of respected dental professionals both nationally and internationally.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2012 in San Clemente, California.

_____
Keith D. Allred

DECLARATION OF KEITH ALLRED
SACV11-01309-DOC(ANx)

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

6.    The products protected under the registered BRUXZIR mark have generated revenues for Glidewell in excess of $120 million over the past 3 ½ years, and are far and away the most important product line for Glidewell—i.e., full contour solid zirconia dental restorations in Class 10 (i.e., BRUXZIR Solid Zirconia Crowns and Bridges). Also important to Glidewell is its BRUXZIR Zirconia Blocks in Class 5 that are fabricated using a patent-pending process. Block sales to BRUXZIR Authorized Dental Laboratories continue to grow and the number of BRUXZIR crowns and bridges that are fabricated by Authorized labs rivals that of Glidewell. The amount of attention and publicity the product has enjoyed shows that it caught the attention of respected dental professionals both nationally and internationally.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2012 in San Clemente, California.

_____
Keith D. Allred

SNELL & WILMER

DECLARATION OF KEITH ALLRED
SACV11-01309-DOC(ANx)

- 3 -

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, I electronically filed the document described as **Declaration of Keith Allred in Support of Ex Parte Application to Continue Scheduling Order Deadlines and Dates** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br><br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Email:<br><br>Jeffrey.vanhoosear@kmob.com<br><br>David.jankowski@kmob.com<br><br>Lynda.zadra-symes@kmob.com<br><br>litigation@kmob.com |

Dated: October 29, 2012      SNELL & WILMER L.L.P.

By: *s/Phillip Graves*
Phillip Graves
Greer Shaw
Christopher B. Pinzon
Colin R. Higgins

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

16060201.1