1  Phillip J. Graves (#153441)
   pgraves@swlaw.com
2  Greer Shaw (#197960)
   gshaw@swlaw.com
3  Christopher B. Pinzon (#254110)
   cpinzon@swlaw.com
4  Colin R. Higgins, (#268364)
   chiggins@swlaw.com
5  SNELL & WILMER L.L.P
   600 Anton Blvd, Suite 1400
6  Costa Mesa, California  92626-7689
   Telephone:  714.427.7000
7  Facsimile:   714.427.7799

8  LEONARD TACHNER, A Professional Corporation
   Leonard Tachner (#058436)
9  17961 Sky Park Circle, Suite 38-E
   Irvine, CA  92614-6364
10 Telephone:  949.725-8525
   Facsimile:   949.955.2415

11
   Attorneys for Plaintiff
12 GLIDEWELL LABORATORIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>　　　　　Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>Hon. David O. Carter<br><br>**Declaration of Leonard Tachner in Support of *Ex Parte* Application to Continue Scheduling Order Deadlines and Dates** |
| KEATING DENTAL ARTS, INC., a California corporation,<br><br>　　　　　Counter-Plaintiff,<br><br>　　v.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>　　　　　Counter-Defendant. | Complaint Filed: August 30, 2011 |

I, Leonard Tachner, declare as follows:

1. I am an attorney licensed to practice law in the United States District Court, Central District of California. I am attorney of record for Plaintiff and Counter-Defendant James R. Glideswell Dental Ceramics, Inc. ("Glidewell"). I make this declaration in support of Glidewell's *Ex Parte* Application to Amend the Scheduling Order. I have personal knowledge of the facts set forth herein and, if called to testify, would do so.

2. On or about October 15, 2012, two weeks before the discovery cutoff, Defendant and Counter-Plaintiff Keating Dental Arts, Inc. ("Keating") served me with the expert discovery report of Lori Boatright. Between October 16, 2012 and October 26, 2012, the parties had nine depositions scheduled, seven of which the parties actually took. I lacked the resources, and the time, to take Ms. Boatright's deposition prior to the discovery cutoff.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on October 29, 2012 in Irvine, California.

*/s/ Leonard Tachner*
Leonard Tachner

- 2 -

DECLARATION OF LEONARD TACHNER
SACV11-01309-DOC(ANx)

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, I electronically filed the document described as **Declaration of Leonard Tachner in Support of Ex Parte Application to Continue Scheduling Order Deadlines and Dates** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br>Email:<br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated: October 29, 2012      SNELL & WILMER L.L.P.

By: *s/Phillip Graves*
Phillip Graves
Greer Shaw
Christopher B. Pinzon
Colin R. Higgins

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

PROOF OF SERVICE

16060201.1