Phillip J. Graves (#153441)
pgraves@swlaw.com
Greer Shaw (#197960)
gshaw@swlaw.com
Christopher B. Pinzon (#254110)
cpinzon@swlaw.com
Colin R. Higgins, (#268364)
chiggins@swlaw.com
SNELL & WILMER L.L.P
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:  714.427.7000
Facsimile:   714.427.7799

LEONARD TACHNER, A Professional Corporation
Leonard Tachner (#058436)
17961 Sky Park Circle, Suite 38-E
Irvine, CA  92614-6364
Telephone:  949.725-8525
Facsimile:   949.955.2415

Attorneys for Plaintiff
JAMES R. GLIDEWELL DENTAL CERAMICS,
INC. DBA GLIDEWELL LABORATORIES

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>        Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>Hon. David O. Carter<br><br>**[Proposed] Order re Glidewell's *Ex Parte* Application to Amend the Scheduling Order** |
| KEATING DENTAL ARTS, INC., a California corporation,<br><br>        Counter-Plaintiff,<br><br>    v.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>        Counter-Defendant. | Complaint Filed: August 30, 2011 |

16056031.1

1    The Court, having considered Plaintiff James R. Glidewell Dental Ceramics,

2  Inc.'s ("Glidewell") *Ex Parte* Application to Amend the Scheduling Order and

3  good cause appearing therefor, the Court grants Glidewell's *Ex Parte* Application

4  to Extend Certain Case Management Deadlines as follows:

5       Discovery Cut-off                                                    12-23-12

6       (Dispositive) Motion Cut-Off                                         02-15-13

7       Setting Final Pre-Trial Conference (8:30 a.m.)                       03-28-13

8       Jury Trial (8:30 a.m.)                                               04-23-13

9

10  Dated: _____ 2012          _____

11                                         Hon. David O. Carter
                                           JUDGE OF THE DISTRICT COURT
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Proposed Order re *Ex Parte* Application to
Continue Scheduling Order Dates and
Deadlines   SACV11-01309-DOC(ANx)

16056031.1

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2012, I electronically filed the document described as **[Proposed] Order re Glidewell's *Ex Parte* Application to Amend the Scheduling Order** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David G. Jankowski
Jeffrey L. Van Hoosear
Lynda J Zadra-Symes
Knobbe Martens Olson and Bear LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

**Attorneys for Defendant Keating Dental Arts, Inc.**

Tel:  (949) 760-0404
Fax: (949) 760-9502

Email:

Jeffrey.vanhoosear@kmob.com

David.jankowski@kmob.com

Lynda.zadra-symes@kmob.com

litigation@kmob.com

Dated: October 29, 2012          SNELL & WILMER L.L.P.

By: *s/Phillip Graves*
Phillip Graves
Greer Shaw
Christopher B. Pinzon
Colin R. Higgins

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16060201.1