1  Phillip J. Graves (#153441)
   pgraves@swlaw.com
2  Greer N. Shaw (#197960)
   gshaw@swlaw.com
3  Christopher B. Pinzon (#254110)
   cpinzon@swlaw.com
4  Colin R. Higgins, (#268364)
   chiggins@swlaw.com
5  SNELL & WILMER L.L.P.
   350 South Grand Avenue, Suite 2600
6  Two California Plaza
   Los Angeles, CA 90071
7  Telephone:  213.929.2500
   Facsimile:   213.929.2525
8
   Attorneys for Plaintiff
9  JAMES R. GLIDEWELL DENTAL CERAMICS,
   INC. DBA GLIDEWELL LABORATORIES
10
                  UNITED STATES DISTRICT COURT
11
                 CENTRAL DISTRICT OF CALIFORNIA
12

13  JAMES R. GLIDEWELL DENTAL          Case No. SACV11-01309-DOC(ANx)
    CERAMICS, INC. DBA
14  GLIDEWELL LABORATORIES, a          Hon. David O. Carter
    California corporation,
15                                     **Greer N. Shaw's Notice of**
                      Plaintiff,       **Appearance of Counsel on behalf of**
16                                     **Plaintiff James R. Glidewell Dental**
          v.                           **Ceramics, Inc. DBA Glidewell**
17                                     **Laboratories**
    KEATING DENTAL ARTS, INC., a
18  California corporation,
19                    Defendant.

20  KEATING DENTAL ARTS, INC., a       Complaint Filed: August 30, 2011
    California corporation,
21
                      Counter-Plaintiff,
22
          v.
23  JAMES R. GLIDEWELL DENTAL
    CERAMICS, INC., DBA
24  GLIDEWELL LABORATORIES, a
    California corporation, and DOES 1
25  THROUGH 5, inclusive,
26                    Counter-Defendant.

27

28

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

PLEASE TAKE NOTICE THAT Greer N. Shaw of Snell & Wilmer L.L.P., 350 South Grand Avenue, Suite 2600, Two California Plaza, Los Angeles, CA, 90071, hereby enters an appearance in the above-captioned matter as counsel on behalf of Plaintiff, James R. Glidewell Dental Ceramics, Inc. DBA Glidewell Laboratories.

*/s/ Greer N. Shaw*
Greer N. Shaw

16065497.1

GREER N. SHAW'S NOTICE OF APPEARANCE
OF COUNSEL ON BEHALF OF PLAINTIFF
SACV11-01309-DOC(ANX)

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2012, I electronically filed the document described as

**Greer N. Shaw's Notice of Appearance of Counsel On Behalf Of Plaintiff James R.**

**Glidewell Dental Ceramics, Inc. DBA Glidewell Laboratories,** with the Clerk of the Court

using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br><br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Email:<br><br>Jeffrey.vanhoosear@kmob.com<br><br>David.jankowski@kmob.com<br><br>Lynda.zadra-symes@kmob.com<br><br>litigation@kmob.com |

Dated: October 30, 2012              SNELL & WILMER L.L.P.


                                    By: *s/Greer N. Shaw*
                                    Philip J. Graves
                                    Greer N. Shaw
                                    Christopher B. Pinzon
                                    Colin R. Higgins

                                     Attorneys for Plaintiff
                                    James R. Glidewell Dental Ceramics, Inc. dba
                                    GLIDEWELL LABORATORIES

16067486.1

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071