

**KNOBBE MARTENS OLSON & BEAR LLP**

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

Jeffrey L. Van Hoosear
Jeff.VanHoosear@knobbe.com

September 21, 2012
***VIA FIRST CLASS MAIL***

Leonard Tachner
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

   Re:  *James R. Glidewell Dental Ceramics, Inc. vs. Keating Dental Arts, Inc.*
   Case No.: SACV11-01309 DOC (ANx).
   Our Reference: KDENTL.001L

Dear Mr. Tachner,

  Please find enclosed one CD containing documents produced by Keating Dental Arts, Inc. bearing bates numbers KDA-002468-KDA-002734. Some of the documents on this disk are designated "Attorneys' Eyes Only" pursuant to the Confidentiality Order in this case.

               Sincerely,

               Claire A. Stoneman
               Litigation Paralegal

Enclosures as noted

14025989
092112



**KNOBBE MARTENS OLSON & BEAR** LLP

2040 Main St., 14th Fl., Irvine, CA 92614
**T** (949) 760-0404

September 27, 2012
***VIA FIRST CLASS MAIL***

Leonard Tachner
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

    Re:    *James R. Glidewell Dental Ceramics, Inc. vs. Keating Dental Arts, Inc.*
    Case No.:    SACV11-01309 DOC (ANx)
    Our Reference: KDENTL.001L

Dear Mr. Tachner,

    Please find enclosed one CD containing documents produced by Keating Dental Arts, Inc. bearing bates numbers KDA-02735-KDA-002861. Some of the documents on this disk are designated "Attorneys' Eyes Only" pursuant to the Confidentiality Order in this case.

    Sincerely,

    *[signature]*

    Claire A. Stoneman
    Litigation Paralegal

Enclosure as noted

14059008
092712

Orange County  San Diego  San Francisco  Silicon Valley  Los Angeles  Riverside  Seattle  Washington DC  knobbe.com

**EXHIBIT 11**
**-171-**



**KNOBBE MARTENS OLSON & BEAR LLP**

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

October 12, 2012
**VIA FIRST CLASS MAIL**

Leonard Tachner
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

      Re:      *James R. Glidewell Dental Ceramics, Inc. vs. Keating Dental Arts, Inc.*
      Case No.:  SACV11-01309 DOC (ANx)
      Our Reference: KDENTL.001L

Dear Mr. Tachner,

    Please find enclosed one CD containing documents produced by Keating Dental Arts, Inc. bearing bates numbers KDA-02862-KDA-003526. Some of the documents on this disk are designated "Attorneys' Eyes Only" pursuant to the Confidentiality Order in this case.

                            Sincerely,

                              Claire A. Stoneman
                            Litigation Paralegal

Enclosure as noted

14148816
101212

Orange County  San Diego  San Francisco  Silicon Valley  Los Angeles  Riverside  Seattle  Washington DC  knobbe.com

**EXHIBIT 11**
**-172-**



# Knobbe Martens
INTELLECTUAL PROPERTY LAW

KNOBBE MARTENS OLSON & BEAR LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

October 15, 2012
**VIA FIRST CLASS MAIL**

Leonard Tachner
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

Re: *James R. Glidewell Dental Ceramics, Inc. vs. Keating Dental Arts, Inc.*
Case No.: SACV11-01309 DOC (ANx)
Our Reference: KDENTL.001L

Dear Mr. Tachner,

Please find enclosed one CD containing documents produced by Keating Dental Arts, Inc. bearing bates numbers KDA-003527-KDA-003538.

Sincerely,

Claire A. Stoneman
Litigation Paralegal

Enclosure as noted

14158134
101512

Orange County   San Diego   San Francisco   Silicon Valley   Los Angeles   Riverside   Seattle   Washington DC   knobbe.com

**EXHIBIT 11**
**-173-**



**KNOBBE MARTENS OLSON & BEAR** LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

October 16, 2012
***VIA COURIER***

Leonard Tachner
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

    Re:    *James R. Glidewell Dental Ceramics, Inc. vs. Keating Dental Arts, Inc.*
    Case No.:   SACV11-01309 DOC (ANx)
    Our Reference:   KDENTL.001L

Dear Mr. Tachner:

    Please find enclosed a CD containing documents produced by Keating Dental Arts, Inc., bearing bates numbers KDA-003539 through KDA-003560.

                        Sincerely,

                        Consuelo Gutierrez
                        Litigation Paralegal

Enclosures

14160785



**Knobbe Martens**

INTELLECTUAL PROPERTY LAW

KNOBBE MARTENS OLSON & BEAR LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

October 17, 2012
***VIA COURIER***

Leonard Tachner
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

    Re:    *James R. Glidewell Dental Ceramics, Inc. vs. Keating Dental Arts, Inc.*
    Case No.:    SACV11-01309 DOC (ANx)
    Our Reference: KDENTL.001L

Dear Mr. Tachner,

    Please find enclosed one CD containing documents produced by Keating Dental Arts, Inc. bearing bates numbers KDA-003561-KDA-004528. Some of the documents on this disk are designated "Attorneys' Eyes Only" pursuant to the Confidentiality Order in this case

    Sincerely,

    Claire A. Stoneman
    Litigation Paralegal

Enclosure as noted

14172264
101712

Orange County  San Diego  San Francisco  Silicon Valley  Los Angeles  Riverside  Seattle  Washington DC  knobbe.com

**EXHIBIT 11**
**-175-**

**From:** David.Jankowski
**Sent:** Wednesday, October 17, 2012 6:25 PM
**To:** Ltachner@aol.com
**Cc:** Rustin.Mangum
**Subject:** Glidewell Laboratories v. Keating Dental Arts - Production of native files

Leonard,

Attached are courtesy copies of native files (Excel spreadsheets) that correspond to Keating's earlier production of pdf files containing tables of sales information (see KDA-000001 through KDA-000487 and KDA-000488 through KDA-000581).

Also attached are courtesy copies of Keating marketing documents being produced today, in case this helps you prepare for Mr. Keating's deposition.

Regards,

-David

**David Jankowski**
Partner
David.Jankowski@knobbe.com

949-721-6334 **Direct**

**Knobbe Martens**
INTELLECTUAL PROPERTY
LAW

**five decades. one focus.**
2040 Main Street, 14th Floor
Irvine, CA 92614
www.knobbe.com/david-jankowski

1

**EXHIBIT 11**
**-176-**



**Knobbe Martens**
INTELLECTUAL PROPERTY LAW

KNOBBE MARTENS OLSON & BEAR LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

October 18, 2012
*VIA FIRST CLASS MAIL*

Leonard Tachner
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

    Re: *James R. Glidewell Dental Ceramics, Inc. vs. Keating Dental Arts, Inc.*
    Case No.: SACV11-01309 DOC (ANx)
    Our Reference: KDENTL.001L

Dear Mr. Tachner,

    Please find enclosed one CD containing documents produced by Keating Dental Arts, Inc. bearing bates numbers KDA-004529-KDA-004774. Some of the documents on this disk are designated "Attorneys' Eyes Only" pursuant to the Confidentiality Order in this case

Sincerely,

Claire A. Stoneman
Litigation Paralegal

Enclosure as noted

14178471
101812

Orange County   San Diego   San Francisco   Silicon Valley   Los Angeles   Riverside   Seattle   Washington DC   knobbe.com

**EXHIBIT 11**
**-177-**



**KNOBBE MARTENS OLSON & BEAR** LLP

2040 Main St., 14th Fl., Irvine, CA 92614
T (949) 760-0404

October 19, 2012
***VIA COURIER***

Leonard Tachner
17961 Sky Park Circle
Suite 38-E
Irvine, California 92614

Re: *James R. Glidewell Dental Ceramics, Inc. vs. Keating Dental Arts, Inc.*
Case No.: SACV11-01309 DOC (ANx)
Our Reference: KDENTL.001L

Dear Mr. Tachner:

Please find enclosed a CD containing documents produced by Keating Dental Arts, Inc., bearing bates numbers KDA-004775 through KDA-004851.

Sincerely,

Consuelo Gutierrez
Litigation Paralegal

Enclosure

14185796

Orange County   San Diego   San Francisco   Silicon Valley   Los Angeles   Riverside   Seattle   Washington DC   knobbe.com

**EXHIBIT 11**
-178-

**From:** Claire.Stoneman
**Sent:** Wednesday, October 24, 2012 1:27 PM
**To:** ltachner@aol.com
**Cc:** 2ljs; David.Jankowski
**Subject:** Glidewell v. Keating

Mr. Tachner, attached is a file produced by Keating Dental Arts, Inc. bearing bates number KDA-004852.  This document is designated "Attorneys' Eyes Only" pursuant to the confidentiality order in this case.

**Claire Stoneman**
Litigation Paralegal
Claire.Stoneman@knobbe.com

949-721-5294 **Direct**

**Knobbe | Martens**
INTELLECTUAL PROPERTY
LAW

**five decades. one focus.**
2040 Main Street, 14th Floor
Irvine, CA 92614
www.knobbe.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.

1

**EXHIBIT 11**
**-179-**

**From:** Claire.Stoneman
**Sent:** Thursday, October 25, 2012 3:50 PM
**To:** ltachner@aol.com
**Cc:** 2ljs; David.Jankowski; Rustin.Mangum
**Subject:** Glidewell v. Keating

Mr. Tachner, attached are documents produced by Keating Dental Arts, Inc. bearing bates numbers KDA-004853 – KDA-004876.  The first document is designated "Attorneys' Eyes Only" pursuant to the confidentiality order in this case.

**Claire Stoneman**
Litigation Paralegal
Claire.Stoneman@knobbe.com

949-721-5294 **Direct**

**Knobbe Martens**
INTELLECTUAL PROPERTY LAW

**five decades. one focus.**
2040 Main Street, 14th Floor
Irvine, CA 92614
www.knobbe.com

NOTICE: This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.