

JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

Consolidated Financial Statements
Years Ended December 31, 2011 and 2010
(With Independent Auditor's Report Thereon)

Kushner, Smith, Joanou & Gregson, LLP
Licensed by the California Board of Accountancy, Member of AICPA
8105 Irvine Center Drive ■ Suite 1000 ■ Irvine, California 92618 ■ (949) 261-2808 ■ Fax: (949) 261-0188
www.ksjgcpa.com

EXHIBIT 15
-266-

## Table of Contents | Page No.
Independent Auditor's Report ............................................................................. 1

Consolidated Balance Sheets - December 31, 2011 and 2010 ................................. 2 - 3

Consolidated Statements of Income - Years Ended
    December 31, 2011 and 2010 ........................................................................ 4

Consolidated Statements of Stockholder's Equity - Years Ended
    December 31, 2011 and 2010 ........................................................................ 5

Consolidated Statements of Cash Flows - Years Ended
    December 31, 2011 and 2010 .................................................................... 6 - 7

Notes to Consolidated Financial Statements - December 31, 2011 and 2010 ......... 8 - 16

EXHIBIT 15
-267-



Kushner ■ Smith ■ Joanou ■ Gregson

**KSJG**

CERTIFIED PUBLIC ACCOUNTANTS

## INDEPENDENT AUDITOR'S REPORT

The Board of Directors
James R. Glidewell Dental Ceramics, Inc.

We have audited the accompanying consolidated balance sheets of James R. Glidewell Dental Ceramics, Inc. (the Company) as of December 31, 2011 and 2010, and the related consolidated statements of income, stockholder's equity, and cash flows for the years then ended. These consolidated financial statements are the responsibility of the Company's management. Our responsibility is to express an opinion on these consolidated financial statements based on our audits.

We conducted our audits in accordance with auditing standards generally accepted in the United States of America. Those standards require that we plan and perform the audit to obtain reasonable assurance about whether the consolidated financial statements are free of material misstatement. An audit includes examining, on a test basis, evidence supporting the amounts and disclosures in the consolidated financial statements. An audit also includes assessing the accounting principles used and significant estimates made by management, as well as evaluating the overall consolidated financial statement presentation. We believe that our audits provide a reasonable basis for our opinion.

In our opinion, the consolidated financial statements referred to above present fairly, in all material respects, the financial position of James R. Glidewell Dental Ceramics, Inc. as of December 31, 2011 and 2010, and the results of their operations and their cash flows for the years then ended in conformity with accounting principles generally accepted in the United States of America.

*Kushner Smith Joanou : Gregson, LLP*

April 26, 2012

Kushner, Smith, Joanou & Gregson, LLP
Licensed by the California Board of Accountancy, Member of AICPA
8105 Irvine Center Drive ■ Suite 1000 ■ Irvine, California 92618 ■ (949) 261-2808 ■ Fax: (949) 261-0188
www.ksjgcpa.com

EXHIBIT 15
-268-

2

## JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

**Consolidated Balance Sheets**
**December 31, 2011 and 2010**

### ASSETS

|  | 2011 | 2010 |
|---|---:|---:|
| Current assets: | | |
| Cash | $ 1,781,000 | $ 2,079,000 |
| Accounts receivable (less allowance for doubtful accounts of $1,020,000 and $1,010,000, respectively) | 29,048,000 | 25,006,000 |
| Inventory (Note 2) | 8,666,000 | 7,535,000 |
| Other current assets | 809,000 | 586,000 |
| Prepaid expenses | 1,188,000 | 1,069,000 |
| Total current assets | 41,492,000 | 36,275,000 |
| | | |
| Property, plant and equipment: | | |
| Property, plant, and equipment (Notes 3 and 7) | 42,046,000 | 38,778,000 |
| Less accumulated depreciation and amortization | (29,099,000) | (26,228,000) |
| Net property, plant and equipment | 12,947,000 | 12,550,000 |
| | | |
| Other assets: | | |
| Goodwill | 2,050,000 | 1,953,000 |
| Other long-term assets | 598,000 | 421,000 |
| Total other assets | 2,648,000 | 2,374,000 |
| | | |
| Total assets | $ 57,087,000 | $ 51,199,000 |

(Consolidated balance sheets continued on the following page)

EXHIBIT 15
-269-

3

## JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

### Consolidated Balance Sheets
### (Continued)
### December 31, 2011 and 2010

### LIABILITIES AND STOCKHOLDER'S EQUITY

|  | 2011 | 2010 |
|---|---:|---:|
| Current liabilities: | | |
|   Current portion - long-term debt (Note 6) | $ 1,163,000 | $ 830,000 |
|   Current portion - capital lease obligations (Note 7) | 209,000 | 313,000 |
|   Accounts payable | 9,867,000 | 6,529,000 |
|   Accrued liabilities (Note 5) | 2,998,000 | 2,636,000 |
|   Income taxes payable | 193,000 | 96,000 |
|     Total current liabilities | 14,430,000 | 10,404,000 |
| Long-term liabilities: | | |
|   Note payable to bank (Note 4) | 15,565,000 | 13,065,000 |
|   Long-term debt (Note 6) | 2,091,000 | 3,371,000 |
|   Capital lease obligations (Note 7) | 534,000 | 743,000 |
|     Total liabilities | 32,620,000 | 27,583,000 |
| Commitments, related party and litigation (Notes 7 and 8) | | |
| Stockholder's equity: | | |
|   Common stock | 2,000 | 2,000 |
|   Additional paid-in capital | 17,000 | 17,000 |
|   Retained earnings | 29,598,000 | 23,597,000 |
|   Non-controlling interest | (5,150,000) | -- |
|     Total stockholder's equity | 24,467,000 | 23,616,000 |
| Total liabilities and stockholder's equity | $ 57,087,000 | $ 51,199,000 |

See accompanying notes to consolidated financial statements

EXHIBIT 15
-270-

4

## JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

### Consolidated Statements of Income
### Years Ended December 31, 2011 and 2010

|  |  | Percentage of Revenue |  | Percentage of Revenue |
|---|---:|---:|---:|---:|
| Revenues | $ 251,872,000 | 100.0% | $ 221,571,000 | 100.0% |
| Cost of sales: |  |  |  |  |
|   Materials | 36,324,000 | 14.4 | 34,212,000 | 15.5 |
|   Labor | 91,499,000 | 36.3 | 80,166,000 | 36.2 |
|   Freight | 25,166,000 | 10.0 | 19,792,000 | 8.9 |
|     Total cost of sales | 152,989,000 | 60.7 | 134,170,000 | 60.6 |
| Gross profit | 98,883,000 | 39.3 | 87,401,000 | 39.4 |
| Selling, general and administrative expenses | 84,646,000 | 33.6 | 73,587,000 | 33.2 |
| Research and development | 6,314,000 | 2.5 | 3,045,000 | 1.3 |
| Operating income | 7,923,000 | 3.2 | 10,769,000 | 4.9 |
| Other (expense): |  |  |  |  |
|   Other income (expense) | 225,000 | 0.1 | (2,966,000) | (1.3) |
|   Interest expense | (630,000) | (0.3) | (863,000) | (0.5) |
|     Total other (expense) | (405,000) | (0.2) | (3,829,000) | (1.8) |
| Income before taxes and non-controlling interest | 7,518,000 | 3.0 | 6,940,000 | 3.1 |
| Provision for income taxes (Note 1) | 128,000 | -- | 115,000 | -- |
| Income before non-controlling interest | 7,390,000 | 3.0 | 6,825,000 | 3.1 |
| Net loss attributable to non-controlling interest | 1,322,000 | 0.5 | -- | -- |
| Net income | $ 8,712,000 | 3.5% | $ 6,825,000 | 3.1% |

See accompanying notes to consolidated financial statements

EXHIBIT 15
-271-

JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

Consolidated Statements of Stockholder's Equity
Years Ended December 31, 2011 and 2010

| | Shares Issued and Outstanding | Common Stock | Additional Paid-in Capital | Non-Controlling Interest | Retained Earnings | Total Stockholder's Equity |
|---|---|---|---|---|---|---|
| Balance at December 31, 2009 | 20,000 | $ 2,000 | $ 17,000 | $ -- | $ 20,372,000 | $ 20,391,000 |
| Distributions | -- | -- | -- | -- | (3,600,000) | (3,600,000) |
| Net income for the year ended December 31, 2010 | -- | -- | -- | -- | 6,825,000 | 6,825,000 |
| Balance at December 31, 2010 | 20,000 | 2,000 | 17,000 | -- | 23,597,000 | 23,616,000 |
| Inclusion of previously unconsolidated subsidiary (Note 9) | -- | -- | -- | (3,828,000) | 3,539,000 | (289,000) |
| Distributions | -- | -- | -- | -- | (6,250,000) | (6,250,000) |
| Net income for the year ended December 31, 2011 | -- | -- | -- | (1,322,000) | 8,712,000 | 7,390,000 |
| Balance at December 31, 2011 | 20,000 | $ 2,000 | $ 17,000 | $ (5,150,000) | $ 29,598,000 | $ 24,467,000 |

See accompanying notes to consolidated financial statements

5

**EXHIBIT 15**
**-272-**

6

## JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

### Consolidated Statements of Cash Flows
### Years Ended December 31, 2011 and 2010

|  | 2011 | 2010 |
|---|---:|---:|
| **Cash flows from operating activities:** | | |
| Net income | $ 8,712,000 | $ 6,825,000 |
| Adjustments to reconcile net income to net cash provided from operating activities: | | |
| Non-controlling interest | (1,322,000) | -- |
| Depreciation and amortization | 3,902,000 | 4,897,000 |
| Loss on disposal of assets | 320,000 | 160,000 |
| Write-off of investment | -- | 3,300,000 |
| Change in assets and liabilities | | |
| (Increase) in assets: | | |
| Accounts receivable - net | (4,042,000) | (2,689,000) |
| Inventory | (815,000) | (1,312,000) |
| Prepaid expenses and other assets | (500,000) | (36,000) |
| Increase (decrease) in liabilities: | | |
| Accounts payable | 3,338,000 | 1,250,000 |
| Accrued liabilities and income taxes payable | (80,000) | 108,000 |
| Net cash provided from operating activities | 9,513,000 | 12,503,000 |
| **Cash flows from investing activities:** | | |
| Acquisition of property, plant and equipment | (4,524,000) | (3,136,000) |
| Acquisition of goodwill | (97,000) | -- |
| Purchase of investment | -- | (3,300,000) |
| Net cash (applied) from investing activities | (4,621,000) | (6,436,000) |

(Consolidated statements of cash flows continued on the following page)

EXHIBIT 15
-273-

7

## JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

### Consolidated Statements of Cash Flows
### (Continued)
### Years Ended December 31, 2011 and 2010

|  | 2011 | 2010 |
|---|---:|---:|
| **Cash flows from financing activities:** | | |
| Distributions to stockholder | (6,250,000) | (3,600,000) |
| Net activity on note payable to bank | 2,500,000 | -- |
| Repayment of note payable to stockholder | (630,000) | (1,680,000) |
| Repayment of long-term debt | (728,000) | (695,000) |
| Repayment of capital lease obligations | (313,000) | (240,000) |
| Net cash (applied) from financing activities | (5,421,000) | (6,215,000) |
| | | |
| Net (decrease) in cash | (529,000) | (148,000) |
| | | |
| Cash at beginning of year | 2,079,000 | 2,227,000 |
| | | |
| Cash at beginning of year from previously unconsolidated subsidiary (Note 9) | 231,000 | -- |
| | | |
| Cash at end of year | $ 1,781,000 | $ 2,079,000 |
| | | |
| **Supplemental disclosures of cash flows information:** | | |
| Cash paid during the year for: | | |
| Interest | $ 631,000 | $ 810,000 |
| Income taxes | $ 2,000 | $ 48,000 |
| | | |
| **Non-cash investing and financing activities:** | | |
| Incurred capital lease for the acquisition of equipment | $ -- | $ 623,000 |

See accompanying notes to consolidated financial statements

EXHIBIT 15
-274-

8

# JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

## Notes to Consolidated Financial Statements
### December 31, 2011 and 2010

### NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES

**Basic of Presentation** - The consolidated financial statements include the accounts of James R. Glidewell Dental Ceramics, Inc. and its wholly-owned and majority owned subsidiaries, (the "Company"). All significant transactions among the consolidated entities have been eliminated from the consolidated financial statements.

**Nature of Business** - The Company provides dental laboratory services to licensed dentists throughout the United States.

**Use of Estimates** - The preparation of financial statements in conformity with accounting principles generally accepted in the United States of America requires management to make estimates and assumptions that affect the reported amounts of assets and liabilities, and disclosure of contingent assets and liabilities at the date of the consolidated financial statements and the reported amounts of revenues and expenses during the reporting period. Actual results could differ from those estimates.

**Concentrations of Credit Risks** - The Company's sales are not materially dependent on a single customer or on a small group of customers. The Company performs ongoing credit evaluations on its customers and generally does not require collateral. The Company maintains reserves for potential credit losses and such losses have been within management's expectations.

The Company maintains cash deposits with a major banking institution in which the deposits are guaranteed by the Federal Deposit Insurance Corporation (FDIC) up to $250,000. At times during the year, the Company had deposits in excess of the FDIC maximum.

**Accounts Receivable** - Current earnings are charged with an allowance for doubtful accounts based on experience and any unusual circumstances that may affect the ability of customers to meet their obligations. Accounts receivable are reflected in the consolidated balance sheet net of such accumulated allowances. Accounts deemed uncollectible have been charged against the allowance.

**Inventory** - Inventory is stated at the lower of cost or market (net realizable value). Cost is determined using the first-in, first-out method. Inventory cost includes materials, labor, overhead and freight. Market value is determined by comparison with recent purchases or net realizable value.

(Note 1 continued on the following page)

EXHIBIT 15
-275-

9

### JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

**Notes to Consolidated Financial Statements**
**(Continued)**
**December 31, 2011 and 2010**

#### NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Property, Plant and Equipment** - Property, plant and equipment are stated at cost. Depreciation and amortization expenses are calculated on the straight-line method. The depreciation method is designed to amortize the cost of the assets over the estimated useful lives, in years, of the respective assets as follows:

| | |
|---|---|
| Automobiles | 5 |
| Laboratory equipment | 5 |
| Office furniture and equipment | 3 to 7 |
| Leasehold improvements | 15 to 39 |

Maintenance and repairs are charged to expense as incurred. Renewals and improvements of a major nature are capitalized. At the time of retirement, or other disposition of property and equipment, the cost and accumulated depreciation are removed from the accounts and any gains or losses are reflected in income.

**Income Taxes** - The Company has elected subchapter "S" corporation status whereby all profits are taxed directly to the stockholder. Accordingly, only state income taxes are normally provided for at 1.5% of taxable income or $800, whichever is greater.

The Company recognizes liabilities for uncertain tax positions based on a two-step process. The first step is to evaluate the tax position for recognition by determining if the weight of available evidence indicates that it is more likely than not that the position will be sustained on audit, including resolution of related appeals or litigation processes, if any. The second step requires the Company to estimate and measure the tax benefit as the largest amount that is more than 50% likely to be realized upon ultimate settlement. There was no recognition of uncertain tax positions required at December 31, 2011 and 2010.

The Company files income tax returns in the U.S. federal jurisdiction and various states. As a matter of course, various taxing authorities, including the Internal Revenue Service, regularly audit the Company.

The following table summarizes the open tax years for each major jurisdiction:

| Jurisdiction | Open Tax Years |
|---|---|
| Federal | 2008 – 2010 |
| State | 2003 – 2010 |

(Note 1 continued on the following page)

EXHIBIT 15
-276-

10

# JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

## Notes to Consolidated Financial Statements
(Continued)
December 31, 2011 and 2010

### NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Income Taxes (Continued)** - As of December 31, 2011, the Company was under audit for the years ended December 31, 2003, 2004 and 2005 by the California Franchise Tax Board. The Company believes their tax positions comply with applicable tax law and that they have adequately provided for these matters. As such, no liability has been recorded in connection with the aforementioned audit.

The Company accounts for interest and penalties associated with income tax obligations as a component of income tax expense. For the years ended December 31, 2011 and 2010 the Company recognized no interest or penalties as part of the provision for income taxes in the Consolidated Statements of Income.

**Compensated Absences** - The Company has not accrued vacation pay since they cannot be reasonably estimated. The Company's policy is to recognize these costs when actually paid.

**Letters of Credit** - As collateral for performance on insurance contracts, the Company is contingently liable under standby letters of credit in the amounts of $1,824,000 and $1,930,000 at December 31, 2011 and 2010, respectively. The letters of credit reflect fair value as a condition of their underlying purpose and are subject to fees competitively determined in the marketplace.

**Profit Sharing Plan** - The Company has a defined contribution 401(k) profit sharing plan (the Plan) that covers substantially all employees. The Plan permits employees to make voluntary contributions. The Plan allows employer-matching contributions. Matching contributions made to the Plan for the years ended December 31, 2011 and 2010 were $1,417,000 and $133,000, respectively.

**Advertising Expense** - The Company expenses advertising costs as they are incurred. Total advertising expense was $8,643,000 and $7,784,000 for the years ended December 31, 2011 and 2010, respectively.

**Revenue Recognition** - Revenues are recognized upon shipment of product to customers.

**Goodwill** - Goodwill and intangible assets deemed to have indefinite lives are subject to annual impairment tests. Other intangible assets are amortized over their estimated useful lives.

The Company tests goodwill for impairment using a two-step process. The first step is a screen for potential impairment, while the second step measures the amount of the impairment, if any. The Company performed the required impairment tests of goodwill based on the carrying values as of December 31, 2011 and 2010. As a result of performing the test for potential impairment, the Company determined that no impairment existed as of December 31, 2011 and 2010, and, therefore, it was not necessary to write down any of its goodwill.

(Note 1 continued on the following page)

EXHIBIT 15
-277-

11

### JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

#### Notes to Consolidated Financial Statements
(Continued)
December 31, 2011 and 2010

### NOTE 1 - SUMMARY OF SIGNIFICANT ACCOUNTING POLICIES (Continued)

**Goodwill (Continued)** - Assessing goodwill for impairment requires certain judgments and estimates in the preparation of the consolidated financial statements. Future events could cause the Company to conclude that impairment indicators exist and that goodwill is impaired. Any resulting impairment loss could reduce the Company's net worth and have an adverse effect on its financial condition and results of operations.

**Long-Lived Assets** - The Company reviews long-lived assets for impairment whenever events or changes in circumstances indicate that the carrying amount of an asset may not be recoverable. The Company determined that no impairment loss needed to be recognized for the years ended December 31, 2011 and 2010.

**Subsequent Events** - The Company evaluated subsequent events through April 26, 2012, the date these consolidated financial statements were issued. There were no material subsequent events that required recognition or additional disclosure in these consolidated financial statements.

### NOTE 2 - INVENTORY

Inventory consists of the following at December 31, 2011 and 2010:

|  | 2011 | 2010 |
|---|---|---|
| Raw materials | $ 8,073,000 | $ 6,942,000 |
| Work in process | 593,000 | 593,000 |
|  | $ 8,666,000 | $ 7,535,000 |

### NOTE 3 - PROPERTY, PLANT AND EQUIPMENT

Property, plant and equipment consist of the following at December 31, 2011 and 2010:

|  | 2011 | 2010 |
|---|---|---|
| Automobiles | $ 240,000 | $ 213,000 |
| Laboratory equipment | 18,320,000 | 16,872,000 |
| Office furniture and equipment | 14,033,000 | 12,400,000 |
| Leasehold improvements | 9,453,000 | 9,293,000 |
|  | 42,046,000 | 38,778,000 |
| Less accumulated depreciation and amortization | (29,099,000) | (26,228,000) |
|  | $ 12,947,000 | $ 12,550,000 |

Depreciation and amortization expense related to property, plant and equipment at December 31, 2011 and 2010 was $3,902,000 and $4,897,000, respectively.

EXHIBIT 15
-278-

12

## JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

### Notes to Consolidated Financial Statements
### (Continued)
### December 31, 2011 and 2010

#### NOTE 4 - NOTE PAYABLE TO BANK

The note payable to bank consists of a line of credit providing for borrowings including outstanding letters of credit of up to $30,000,000 and is secured by substantially all of the Company's assets. Interest on the outstanding principal balance is determined by the Company at the bank's reference rate which was 3.25% at December 31, 2011. Interest is payable monthly. The current line of credit has a maturity date of January 1, 2013. At December 31, 2011 and 2010, the amount outstanding was $15,565,000 and $13,065,000, respectively.

The Company's credit agreement also provides for a $2,500,000 capital expenditure commitment. At December 31, 2011, the Company had no borrowings under this commitment.

On March 31, 2008, the credit agreement was amended to provide two additional specific advance facilities (SAF): A $2,000,000 SAF to fund certain tenant improvements and a $3,000,000 SAF to fund construction of an operatory and to fund investments in/advances to a development stage enterprise. At December 31, 2011 and 2010, there was $1,421,000 and $2,071,000, respectively, outstanding under the two SAFs (Note 6).

Under the terms of the credit facility, as amended, the Company is required to meet certain financial covenants, which include a capital expenditure limit, current ratio, a fixed charge coverage ratio, a senior leverage ratio and certain levels of consolidated and subsidiary profitability. Additional lease obligations and loans require prior consent of the bank.

#### NOTE 5 - ACCRUED LIABILITIES

Accrued liabilities consist of the following at December 31, 2011 and 2010:

|  | 2011 | 2010 |
|---|---|---|
| Freight | $ 916,000 | $ 1,003,000 |
| Payroll and taxes | 477,000 | 181,000 |
| Health plan claims | 550,000 | 550,000 |
| Sales tax | 194,000 | 179,000 |
| Interest | 142,000 | 142,000 |
| Other | 719,000 | 581,000 |
|  | $ 2,998,000 | $ 2,636,000 |

EXHIBIT 15
-279-

13

### JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

### Notes to Consolidated Financial Statements
### (Continued)
### December 31, 2011 and 2010

**NOTE 6 - LONG-TERM DEBT**

Long-term debt at December 31, 2011 and 2010 is summarized as follows:

|  | 2011 | 2010 |
|---|---|---|
| Unsecured variable rate (3.25% at December 31, 2011) note payable to bank due October 1, 2013, payable in monthly installments of $25,000 plus interest. | $ 575,000 | $ 875,000 |
| Unsecured variable rate (3.25% at December 31, 2011) note payable to bank due April 1, 2014, payable in monthly installments of $29,000 plus interest. | 846,000 | 1,196,000 |
| Unsecured 7.65% note payable to stockholder due February 28, 2016, payable in monthly installments of $15,000 plus interest. This note is subordinated to the note payable to bank (Note 4). | 1,500,000 | 2,130,000 |
| Unsecured notes payable to non-controlling interest with interest rates of 6% to 8% payable at the Company's discretion. | 333,000 | -- |
|  | 3,254,000 | 4,201,000 |
| Less current portion | (1,163,000) | (830,000) |
|  | $ 2,091,000 | $ 3,371,000 |

The aggregate maturities of long-term debt for each of the next five years and thereafter are as follows:

Years ending December 31:

| | |
|---|---|
| 2012 | $ 1,163,000 |
| 2013 | 806,000 |
| 2014 | 325,000 |
| 2015 | 180,000 |
| 2016 | 180,000 |
| Thereafter | 600,000 |
|  | $ 3,254,000 |

EXHIBIT 15
-280-

14

## JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

### Notes to Consolidated Financial Statements
(Continued)
December 31, 2011 and 2010

### NOTE 7 - COMMITMENTS AND RELATED PARTY

**Operating Leases** - The Company conducts its operations in leased facilities. Six of the Company's facilities are leased from a related party, the Company stockholder. Monthly rental payments to the related party increase annually and will range from $38,000 to $230,000 during 2012. Rental payments to the related party for the years ended December 31, 2011 and 2010 were $8,176,000 and $7,410,000, respectively. Total facility lease payments for the years ended December 31, 2011 and 2010 were $8,837,000 and $7,796,000, respectively.

The Company leases certain computer equipment under various non-cancelable operating leases. Total rental expense for these computer leases for the years ended December 31, 2011 and 2010 was $523,000 and $377,000, respectively.

The following is a schedule of minimum lease commitments under the facilities and computer equipment operating leases, for the next five years.

|  | Related Party | Unrelated Parties | Total Commitments |
|---|---|---|---|
| Years ending December 31: |  |  |  |
| 2012 | $ 8,807,000 | $ 389,000 | $ 9,196,000 |
| 2013 | 8,959,000 | 302,000 | 9,261,000 |
| 2014 | 9,168,000 | 125,000 | 9,293,000 |
| 2015 | 9,399,000 | -- | 9,399,000 |
| 2016 | 9,711,000 | -- | 9,711,000 |
| Thereafter | 1,703,000 | -- | 1,703,000 |
|  | $ 47,747,000 | $ 816,000 | $ 48,563,000 |

(Note 7 continued on the following page)

EXHIBIT 15
-281-

15

## JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

### Notes to Consolidated Financial Statements
(Continued)
December 31, 2011 and 2010

### NOTE 7 - COMMITMENTS AND RELATED PARTY (Continued)

**Obligation Under Capital Leases** - The Company is the lessee of equipment under capital leases expiring in 2014 and 2015, with interest rates of 2.78% to 6.41%.

As of December 31, 2011, minimum future lease payments under capital leases are as follows:

| Years ending December 31: | |
|---|---:|
| 2012 | $ 235,000 |
| 2013 | 235,000 |
| 2014 | 219,000 |
| 2015 | 104,000 |
| Total future minimum lease payments | 793,000 |
| Less amount representing interest | (50,000) |
| Present value of future minimum lease payments | 743,000 |
| Less current portion | (209,000) |
| | $ 534,000 |

The leased assets represent equipment, which are included in fixed assets and are depreciated over their estimated useful life. As of December 31, 2011 and 2010, the cost and accumulated depreciation of the equipment securing these leases are as follows:

| | 2011 | 2010 |
|---|---:|---:|
| Aggregate cost of leased equipment | $ 1,031,000 | $ 1,796,000 |
| Less accumulated depreciation | (288,000) | (752,000) |
| Net cost | $ 743,000 | $ 1,044,000 |
| | | |
| Depreciation expense | $ 206,000 | $ 236,000 |

**Note Payable to Stockholder** - The Company also has a note payable to stockholder (Note 6).

EXHIBIT 15
-282-

16

### JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

### Notes to Consolidated Financial Statements
### (Continued)
### December 31, 2011 and 2010

#### NOTE 8 - LITIGATION

The Company is involved in certain litigation arising in the normal course of its business. Management, having consulted with its counsel, believes these matters will not, either individually or in the aggregate, have any material adverse impact on its operating results or financial position.

#### NOTE 9 - FINANCIAL STATEMENTS CURRENTLY CONSOLIDATED TO INCLUDE THE ACCOUNTS OF A PREVIOUSLY UNCONSOLIDATED SUBSIDIARY

Effective January 1, 2011, the Company achieved majority ownership and control of its subsidiary, IOS Technologies, Inc. and began to consolidate into its financial statements the accounts of IOS Technologies, Inc., formerly an unconsolidated subsidiary. Financial data presented for previous years have not been restated to reflect the consolidation of IOS Technologies, Inc. The unconsolidated account balances for IOS Technologies, Inc. as of December 31, 2010 were as follows:

| | |
|---|---:|
| Cash | $ 231,000 |
| Inventory | 316,000 |
| Prepaid expenses | 19,000 |
| Property, plant and equipment - net | 95,000 |
| Accrued liabilities | (539,000) |
| Long-term debt | (411,000) |
| Retained earnings | (3,539,000) |
| Non-controlling interest | 3,828,000 |
| | $ -- |

EXHIBIT 15
-283-