# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation<br><br>Plaintiff(s)<br>v.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant(s). | CASE NUMBER:<br>SACV11-01309-DOC(ANx)<br><br>**ORDER ON<br>REQUEST FOR APPROVAL OF<br>SUBSTITUTION OF ATTORNEY [68]** |

The Court hereby orders that the request of:
James R. Glidewell Dental Ceramics, Inc. DBA Glidewell Laboratories,    ☒ Plaintiff    ☐ Defendant    ☐ Other _____
*Name of Party*

to substitute    Philip J. Graves    who is

☒ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

350 S. Grand Ave., Suite 2600
*Street Address*

Los Angeles, CA 90071                                       pgraves@swlaw.com
*City, State, Zip*                                          *E-Mail Address*

213-929-2542            213-929-2525            153441
*Telephone Number*       *Fax Number*            *State Bar Number*

as attorney of record instead of    Leonard Tachner
                                    *Present Attorney*

**is hereby**    X  GRANTED    ☐ DENIED

Dated  November 2, 2012

*David O. Carter* (signature)

David O. Carter, U. S. District Judge

**NOTICE TO COUNSEL:** IF YOU CURRENTLY RECEIVE ELECTRONIC SERVICE AND HAVE CHANGED YOUR E-MAIL ADDRESS SINCE YOUR ENROLLMENT, YOU MUST COMPLETE AN ENROLLMENT/UPDATE FORM (**G-76**) TO ENSURE THAT DOCUMENTS ARE SERVED AT THE PROPER E-MAIL ADDRESS. THIS FORM, AS WELL AS INFORMATION ABOUT THE OPTICAL SCANNING PROGRAM IS AVAILABLE ON THE COURT'S WEBSITE AT WWW.CACD.USCOURTS.GOV.