**DENIED**
BY ORDER OF THE COURT
By David O. Carter on 11/9/12

Phillip J. Graves (#153441)
pgraves@swlaw.com
Greer Shaw (#197960)
gshaw@swlaw.com
Christopher B. Pinzon (#254110)
cpinzon@swlaw.com
Colin R. Higgins, (#268364)
chiggins@swlaw.com
SNELL & WILMER L.L.P
600 Anton Blvd, Suite 1400
Costa Mesa, California  92626-7689
Telephone:   714.427.7000
Facsimile:    714.427.7799

LEONARD TACHNER, A Professional Corporation
Leonard Tachner (#058436)
17961 Sky Park Circle, Suite 38-E
Irvine, CA  92614-6364
Telephone:   949.725-8525
Facsimile:    949.955.2415

Attorneys for Plaintiff
JAMES R. GLIDEWELL DENTAL CERAMICS,
INC. DBA GLIDEWELL LABORATORIES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br>v.<br>KEATING DENTAL ARTS, INC., a California corporation,<br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>Hon. David O. Carter<br><br>**[Proposed] Order re Glidewell's *Ex Parte* Application to Amend the Scheduling Order** |
| KEATING DENTAL ARTS, INC., a California corporation,<br>Counter-Plaintiff,<br>v.<br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br>Counter-Defendant. | Complaint Filed: August 30, 2011 |

1  The Court, having considered Plaintiff James R. Glidewell Dental Ceramics,
2  Inc.'s ("Glidewell") *Ex Parte* Application to Amend the Scheduling Order and
3  good cause appearing therefor, the Court grants Glidewell's *Ex Parte* Application
4  to Extend Certain Case Management Deadlines as follows:

| | |
|---|---|
| Discovery Cut-off | 12-23-12 |
| (Dispositive) Motion Cut-Off | 02-15-13 |
| Setting Final Pre-Trial Conference (8:30 a.m.) | 03-28-13 |
| Jury Trial (8:30 a.m.) | 04-23-13 |

**DENIED**

Dated: _____ 2012

BY ORDER OF THE COURT
_____
Hon. David O. Carter
JUDGE OF THE DISTRICT COURT