David G. Jankowski (SBN 205,634)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404/Fax: (949) 760-9502

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>PLAINTIFF(S)<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SACV11-01309-DOC(ANx)<br><br><br>**NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually filed (**LIST DOCUMENTS**):

1) Application to file under seal Exs. 50-64 to the Decl. of Mangum and Exs. V-1 and V-3 to the Decl. of Van Hoosear in Support of Keating's Motions for Summary Judgment of Noninfringement and Cancelling Glidewell's Trademark Registration, 2) [Proposed] Order Thereon, 3) Exs. 50-64 and Exs. V-1 and V-3

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other  Application to File Under Seal

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required ( *reason* ):
   Per Local Rule 79-5.

November 19, 2012
Date

/s/ David G. Jankowski
Attorney Name

Keating Dental Arts, Inc.
Party Represented

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*