David G. Jankowski (SBN 205,634)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404/Fax: (949) 760-9502

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br><br> PLAINTIFF(S) <br><br> v. <br><br> KEATING DENTAL ARTS, INC. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> SACV11-01309-DOC(ANx) <br><br><br> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

Exhibits V-2, V-4, and V-5 to the Decl. of Jeffrey Van Hoosear and Exhibits 136 and 137 to the Decl. of Dr. David W. Eggleston in Support of Keating's Motions for Summary Judgment of Noninfringement and Cancelling Glidewell's Trademark Registration

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☐ Other

**Reason:**

☐ Under Seal

☑ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required ( *reason* ):
Per Local Rule 5-4.2.

| | |
|---|---|
| November 19, 2012 | /s/ David G. Jankowski |
| Date | Attorney Name |
| | Keating Dental Arts, Inc. |
| | Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)                              **NOTICE OF MANUAL FILING**