Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>**NOTICE OF LODGING EXHIBITS V-2, V-4, AND V-5 TO THE DECLARATION OF JEFFREY VAN HOOSEAR AND EXHIBITS 136 AND 137 TO THE DECLARATION OF DR. DAVID W. EGGLESTON IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Crtrm: 9D<br><br>Honorable David O. Carter |

Defendant Keating Dental Arts, Inc. ("Keating") hereby lodges the following:

1. CD-ROM containing:

- Exhibit V-2 to the Declaration[1] of Jeffrey Van Hoosear;
- Exhibit V-4 to the Declaration of Jeffrey Van Hoosear;
- Exhibit 136 to the Declaration of Dr. David W. Eggleston; and
- Exhibit 137 to the Declaration of Dr. David W. Eggleston.

2. DVD-ROM containing:

- Exhibit V-5 to Declaration of Jeffrey Van Hoosear.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 19, 2012      By: /s/ David G. Jankowski
                              Lynda J. Zadra-Symes
                              Jeffrey L. Van Hoosear
                              David G. Jankowski

                              Attorneys for Plaintiff,
                              KEATING DENTAL ARTS, INC.

---

[1] Each of these Declarations is being filed in support of Keating Dental Arts' Motions for Summary Judgment.

-1-


## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On November 19, 2012, I caused the within NOTICE OF LODGING EXHIBITS V-2, V-4, AND V-5 TO THE DECLARATION OF JEFFREY VAN HOOSEAR AND EXHIBITS 136 AND 137 TO THE DECLARATION OF DR. DAVID W. EGGLESTON IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

***Via Federal Express:***

Philip J. Graves
pgraves@swlaw.com
Snell & Wilmer LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 19, 2012 at Irvine, California.

_____
Claire A. Stoneman