Philip J. Graves (#153441) / Greer N. Shaw (#197960)
pgraves@swlaw.com / gshaw@swlaw.com
Snell & Wilmer L.L.P.
350 South Grand Avenue, #2600, Two California Plaza
Los Angeles, California  90071
Tel:  213-929-2500/Fax: 213-929-2525
Attorneys for Plaintiff James R. Glidewell Dental
Ceramics, Inc. dba Glidewell Laboratories

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. **PLAINTIFF(S)** v. KEATING DENTAL ARTS, INC. **DEFENDANT(S)** | CASE NUMBER: SACV11-01309 DOC (ANx) **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**See Attached List of Documents.**

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☒ Other  See Attached List of Documents.

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated Jan. 30, 2012 [Docket 19]
☒ Manual Filing required ( *reason* ): Confidential documents

November 19, 2012
Date

_Deborah L. Wulfran for_
Attorney Name
Philip J. Graves
Party Represented
Attorneys for Plaintiff James R. Glidewell Dental
Ceramics, Inc. dba Glidewell Laboratories

*Note:  File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)          NOTICE OF MANUAL FILING       American LegalNet, Inc. www.FormsWorkFlow.com

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

List of Manually Filed Documents on November 19, 2012:

1. Ex parte application Plaintiff's Ex Parte Application To File Certain Documents Under Seal In Support Of James R. Glidewell Dental Ceramics, Inc.'s Motions For Summary Judgment

2. [Proposed] Order Granting Plaintiff's Ex Parte Application To File Certain Documents Under Seal In Support Of James R. Glidewell Dental Ceramics, Inc.'s Motions For Summary Judgment

3. Declaration Of Seepan Parseghian In Support Of Plaintiff's Ex Parte Application To File Certain Documents Under Seal In Support Of James R. Glidewell Dental Ceramics, Inc.'S Motions For Summary Judgment

4. Declaration Of Gary Pritchard In Support Of Plaintiff's Ex Parte Application To File Certain Documents Under Seal In Support Of James R. Glidewell Dental Ceramics, Inc.'S Motions For Summary Judgment

5. James R. Glidewell Dental Ceramics, Inc.'s Memorandum Of Points And Authorities In Support Of Its Motion For Partial Summary Judgment Re Infringement Of A Federally Registered Mark (First Cause Of Action) And Dismissal Of Defendant's Second Affirmative Defense And First Counterclaim

6. [Proposed] Statement of Uncontroverted Facts in Support of James R. Glidewell Dental Ceramics, Inc.'s Memorandum Of Points And Authorities In Support Of Its Motion For Partial Summary Judgment Re Infringement Of A Federally Registered Mark (First Cause Of Action) And Dismissal Of Defendant's Second Affirmative Defense And First Counterclaim

7. James R. Glidewell Dental Ceramics, Inc.'s Memorandum Of Points And Authorities In Support Of Its Motion For Partial Summary Judgment As To Keating Dental Arts, Inc.'s Invalidity Defense And Counterclaim

8. [Proposed] Statement of Uncontroverted Facts in Support of James R. Glidewell Dental Ceramics, Inc.'s Memorandum Of Points And Authorities In Support Of Its Motion For Partial Summary Judgment As To Keating Dental Arts, Inc.'s Invalidity Defense And Counterclaim

9. Appendix of Evidence

    Exhibit G:   Declaration of Jim Shuck

    Exhibit I:   Declaration of Dr. Michael DiTolla

    Exhibit K:   Declaration of Robin Bartolo

    Exhibit L:   Declaration of Keith Allred

    Exhibit M:   Declaration of Nicole Fallon

16168584.1

Exhibit O:   Declaration of Dr. Ronald Goldstein

Exhibit 1:   April 2, 2012 fax transmittal to Nicole Fallon from Dr. Le's Dental Office (GDC00002445-2446)

Exhibit 2 - April 3, 2012 Glidewell call note report (GDC00002444)

Exhibit 13:   Glidewell Direct mailers and other information (GDC00000053-59) (contains sales/advertising numbers)

Exhibit 15:   Keating prescription order forms and lab notes

Exhibit 46:   Chart of monthly sales of BruxZir restorations compared to sales of porcelain fused to metal restorations that was compiled by Glidewell's marketing department.  (GDC00000240)

Exhibit 73:   E-mails from dentists to Dr. DiTolla regarding DiTolla's videos discussing BruxZir crowns (GDC000002393, 2397-2399)

Exhibit 74:   E-mails from dentists to Dr. DiTolla supporting his conclusion that dentists understand that BruxZir identifies Glidewell as the source of the crown products (GDC000002396, 2397-2398, 2402, 2404.)

Exhibit 82:   Defendant/Counterclaim Plaintiff's Response to Plaintiff/Counterclaim Defendant's First Set of Interrogatories Nos. 1-25 (Attorney's Eyes Only Exhibits)

Exhibit 83:   Excerpts from Deposition of James Shuck

Exhibit 84:   Excerpts from Deposition of Robert Dale Brandon

Exhibit 85:   Excerpts from Deposition of Shaun Keating

Exhibit 86:   Excerpts from Deposition of Diane Mallos Donich

16168584.1

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the document described as **NOTICE OF MANUAL FILING** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated: November 19, 2012        SNELL & WILMER L.L.P.


By: *s/Philip J. Graves*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1
Certificate of Service
SACV11-01309-DOC (ANx)