SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **[PROPOSED] ORDER RE JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE TRADEMARK MISUSE, UNFAIR COMPETITION, UNCLEAN HANDS, FAIR USE, AND ESTOPPEL** <br><br> <u>Hearing</u> <br> Date: December 17, 2012 <br> Time: 8:30 a.m. <br> Ctrm: 9D, Hon. David O. Carter <br><br> Pre-Trial Conf.: January 28, 2013 <br> Jury Trial: February 26, 2013 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court having considered Plaintiff James R. Glidewell Dental Ceramics, Inc.'s ("Plaintiff") Motion for Partial Summary Judgment re Trademark Misuse, Unfair Competition, and Unclean Hands, and good cause appearing, IT IS HEREBY ORDERED that:

1. Partial summary judgment is hereby GRANTED in favor of Plaintiff and against defendant Keating Dental Arts, Inc. ("Defendant") on Defendant's Second Counterclaim for Unfair Competition Under California Business & Professions Code 17200 et. seq. and California Common Law;

2. Partial summary judgment is hereby GRANTED in favor of Plaintiff and against Defendant on Defendant's Third Counterclaim for Misuse of Trademark;

3. Partial summary judgment is hereby GRANTED in favor of Plaintiff and against Defendant on Defendant's Third Affirmative Defense of Estoppel;

4. Partial summary judgment is hereby GRANTED in favor of Plaintiff and against Defendant on Defendant's Fourth Affirmative Defense of for Misuse of Misuse of Trademark/Unclean Hands/Unfair Competition; and

5. Partial summary judgment is hereby GRANTED in favor of Plaintiff and against Defendant on Defendant's Fifth Affirmative Defense of Fair Use.

**IT IS SO ORDERED.**

Dated: _____

The Honorable David O. Carter
United States District Judge

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the document described as **[PROPOSED] ORDER RE JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE TRADEMARK MISUSE, UNFAIR COMPETITION, UNCLEAN HANDS, FAIR USE, AND ESTOPPEL** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated: November 19, 2012

SNELL & WILMER L.L.P.

By: *s/Philip J. Graves*
   Philip J. Graves
   Greer N. Shaw

 Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)