SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT RE INFRINGEMENT OF A FEDERALLY REGISTERED MARK (FIRST CAUSE OF ACTION) AND DISMISSAL OF DEFENDANT'S SECOND AFFIRMATIVE DEFENSE AND FIRST COUNTERCLAIM** <br><br> Hearing <br><br> Date: December 17, 2012 <br> Time: 8:30 a.m. <br> Ctrm: 9D, Hon. David O. Carter <br><br> Pre-Trial Conf.: January 28, 2013 <br> Jury Trial: February 26, 2013 |

PLEASE TAKE NOTICE that on December 17, 2012, at 8:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 9D of the above-entitled court, plaintiff and counter defendant James R. Glidewell Dental Ceramics, Inc. ("Glidewell") will, and hereby does, move the Court for an order under Rule 56 of the Federal Rules of Civil Procedure as follows:

For partial summary judgment that defendant and counterclaimant Keating Dental Arts, Inc. ("Keating") infringes Glidewell's registered BruxZir mark (Glidewell's First Cause of Action) and for dismissal of Keating's Second Affirmative Defense (No Likelihood of Confusion) and First Counterclaim (Declaratory Judgment of Non-Infringement), on the grounds that (1) Glidewell's registered BruxZir mark is valid and protectable, and (2) Keating's marketing of competing goods under the KDZ Bruxer brand is likely to cause confusion among an appreciable portion of relevant consumers. Confusion is likely to result from Keating's use of the KDZ Bruxer brand because (1) Glidewell's BruxZir mark is both conceptually and commercially strong, (2) the goods that Glidewell and Keating sell under their respective BruxZir and KDZ Bruxer marks directly compete, (3) the BruxZir and KDZ Bruxer marks are substantially similar in appearance and meaning, (4) there is substantial evidence of actual confusion engendered by Keating's use of the KDZ Bruxer mark, (5) Glidewell's BruxZir-brand dental crowns and bridges and Keating's KDZ Bruxer dental crowns and bridges are marketed through the same channels, (6) the goods at issue here are not such as to require a high degree of care in selecting between brands, and even if they were, the presence of actual confusion among sophisticated consumers enhances (rather than detracts from) the showing that confusion is likely, and (7) Keating knew of Glidewell's BruxZir mark when it selected its KDZ Bruxer mark to promote its competing goods.

This motion is based on this notice of motion and motion; the concurrently-filed Memorandum of Points and Authorities, Statement of Uncontroverted Facts

and Conclusions of Law, Appendix of Evidence, the pleadings and papers on file in this action, and any argument received by the Court at the time of any hearing on this motion.

Dated: November 19, 2012     SNELL & WILMER L.L.P.


By: *s/Philip J. Graves*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc. dba
GLIDEWELL LABORATORIES

16161067.1

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the document described as **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT RE INFRINGEMENT OF A FEDERALLY REGISTERED MARK (FIRST CAUSE OF ACTION) AND DISMISSAL OF DEFENDANT'S SECOND AFFIRMATIVE DEFENSE AND FIRST COUNTERCLAIM** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated: November 19, 2012        SNELL & WILMER L.L.P.


By: *s/Philip J. Graves*
    Philip J. Graves
    Greer N. Shaw

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    dba GLIDEWELL LABORATORIES

Glidewell's Motion for Partial Summary Judgment re Infringement
CASE NO. SACV11-01309 DOC (ANx)