SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | CASE NO. SACV11-01309-DOC(ANx)<br><br>**[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF GLIDEWELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE INFRINGEMENT AND DISMISSAL OF DEFENDANT'S SECOND AFFIRMATIVE DEFENSE AND FIRST COUNTERCLAIM**<br><br><u>Hearing</u><br><br>Date:   December 17, 2012<br>Time:   8:30 a.m.<br>Ctrm:   9D, Hon. David O. Carter<br><br>Pre-Trial Conf.:   January 28, 2013<br>Jury Trial:   February 26, 2013 |

## HIGHLY CONFIDENTIAL - FILED UNDER SEAL

## (PURSUANT TO PROTECTIVE ORDER DATED JANUARY 30, 2012)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16165558

Plaintiff and Cross-Counterclaimant James R. Glidewell Dental Ceramics, Inc., ("Glidewell") having moved for partial summary judgment as against Keating Dental Arts, Inc.'s ("Keating") on Glidewell's claim for infringement, Keating's second affirmative defense, and Keating's first counterclaim for declaratory relief of non-infringement, the Court finds that the following facts are uncontroverted and makes the conclusions of law set forth below.

## I.    UNCONTROVERTED FACTS

| Uncontroverted Facts | Supporting Evidence |
|---|---|
| 1.  James R. Glidewell Dental Ceramics, Inc. ("Glidewell") is a leading provider of dental restoration products to dentists. | Declaration of Jim Shuck, Exhibit G to the Appendix of Evidence ("Shuck Decl.") ¶ 4; Declaration of Dr. Ronald Goldstein, Exhibit O to the Appendix of Evidence ("Goldstein Decl.) ¶ 16. |
| 2.  Among the products that Glidewell sells are dental crowns and bridges. | Shuck Decl. ¶ 4. |
| 3.  A crown is a type of dental restoration product that completely caps a tooth. | Shuck Decl. ¶ 4. |
| 4.  A crown is typically bonded to the tooth using dental cement or resin. | Shuck Decl. ¶ 4; Declaration of Stuart R. Newman, Exhibit B to the Appendix of Evidence ("Newman Decl.") ¶ 3; Declaration of Terence J. Michiels, Exhibit Q to the Appendix of Evidence ("Michiels Decl.") ¶ 3; Declaration of Spencer D. Luke, Exhibit D to the Appendix of Evidence ("Luke Decl.") ¶ 3; Declaration of Gregory Doneff, |

16165558

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| | Exhibit A to the Appendix of Evidence ("Doneff Decl.") ¶ 3; Declaration of Thomas E. Bell, Exhibit E to the Appendix of Evidence ("Bell Decl.") ¶ 3; Declaration of Howard S. Cohen, Exhibit C to the Appendix of Evidence ("Cohen Decl.") ¶ 3; Declaration of Kent J. Toca, Exhibit F to the Appendix of Evidence ("Toca Decl.") ¶ 3. |
| 5.  In the past, crowns were principally fashioned either from gold (which has favorable tensile characteristics but is considered aesthetically unappealing by many people) or from porcelain veneers fused to a metal casting (which is aesthetically appealing but tends to crack when subjected to heavy pressure or grinding). | Shuck Decl. ¶ 5. |
| 6.  More recently, dental laboratories began to fashion crowns made of a veneer fused or adhered to a hard ceramic such as zirconia. | Shuck Decl. ¶ 5. |
| 7.  However, these crowns too tended to crack when subjected to heavy grinding. | Shuck Decl. ¶ 5. |
| 8.  Beginning in 2005, Glidewell began | Declaration of Robin Carden, Exhibit J |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS ISO GLIDEWELL'S MPSJ RE INFRINGEMENT

16165558

| | |
|---|---|
| developing a new type of crown, a solid zirconia crown. | to the Appendix of Evidence, ¶ 2. |
| 9.  The advantages of this new monolithic zirconia (or "full contour zirconia") crown were that it would be extremely hard – sufficiently hard to be used in applications requiring a material with high tensile and compressive strength, including treating patients with "bruxism," a parafunctional activity in which a person repeatedly and habitually grinds his teeth – and that it could be milled from a block of zirconia based on a digital representation of the patient's mouth.  Glidewell's crowns are not used only by people who suffer from bruxism; they are used by a variety of patients who choose to have monolithic zirconia crowns due to tooth damage caused by a variety of conditions. | Shuck Decl. ¶ 9, Declaration of Michael C. DiTolla, Exhibit I to the Appendix of Evidence ("DiTolla Decl.")  ¶ 18; Newman Decl.  ¶ 11; Michiels Decl. ¶ 11; Luke Decl.  ¶ 11; Doneff Decl. ¶ 11; Bell Decl. ¶ 11; Cohen Decl. ¶ 11; Toca Decl. ¶ 11. |
| 10.  The disadvantage was that zirconia is an unattractive material, due to its extreme whiteness and lack of translucency. | Shuck Decl. ¶ 10, DiTolla Decl. ¶ 18. |
| 11.  Ultimately, Glidewell partially overcame the aesthetic challenges of | Shuck Decl. ¶ 10, DiTolla Decl. ¶ 18. |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

[PROPOSED] STATEMENT OF
UNCONTROVERTED FACTS ISO
GLIDEWELL'S MPSJ RE INFRINGEMENT

16165558

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| the material, devising a process for fabricating a full contour zirconia crown that was sufficiently appealing that it could be used in a variety of applications. | |
| 12.  In early 2009, Glidewell conceived the name for its new line of monolithic zirconia dental restoration products: BruxZir. | Shuck Decl. ¶¶ 8, 9. |
| 13.  The name was chosen in large part because it suggested the primary characteristics of the product: that it was sufficiently strong and durable to be used in a variety of applications, including treating patients with bruxism ("Brux"), and that the material from which the crown was fashioned is zirconia ("Zir"). | Shuck Decl. ¶ 9; Goldstein Decl. ¶ 17; Declaration of David Franklyn, Exhibit N to the Appendix of Evidence ("Franklyn Decl.") ¶ 42; Declaration of Rudy Ramirez , Exhibit H to the Appendix of Evidence ("Ramirez Decl.") ¶ 4.);. |
| 14.  Glidewell's line of monolithic zirconia dental restoration products, including full contour zirconia crowns, was launched under the BruxZir mark in June 2009. | Shuck Decl. ¶ 7. |
| 15.  Glidewell has been marketing monolithic zirconia dental restoration products, including full contour zirconia crowns, under the BruxZir | Shuck Decl. ¶¶ 38, 39. |

[PROPOSED] STATEMENT OF
UNCONTROVERTED FACTS ISO
GLIDEWELL'S MPSJ RE INFRINGEMENT

16165558

| | |
|---|---|
| mark continuously since June 2009. | |
| 16.  Since its introduction in 2009, the BruxZir line of restoration products (primarily dental crowns and bridges) has been phenomenally popular, generating nearly $ REDACTED in revenue from July 2009 through September 2012. | Shuck Decl. ¶ 41. |
| 17.  Glidewell has promoted the BruxZir product line heavily, investing nearly $ REDACTED in advertising its products under the mark from June 2009 to June 2012. | Shuck Decl. ¶¶ 38, 39; Goldstein Decl. ¶ 16. |
| 18.  Glidewell applied to register the BruxZir mark on June 7, 2009 for use in connection with dental bridges, dental caps, dental crowns, dental inlays, dental onlays, and dental prostheses. | Declaration of Keith Allred, Exhibit L to the Appendix of Evidence ("Allred Decl.") ¶ 5, Exs. 59-60. |
| 19.  Glidewell's BruxZir mark was registered on the Principal Register for use in connection with dental bridges, dental caps, dental crowns, dental inlays, dental onlays, and dental prostheses on January 19, 2010, as Reg. No. 3,739,663. | Allred Decl. ¶ 5, Exs. 59-60. |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16165558

[PROPOSED] STATEMENT OF
UNCONTROVERTED FACTS ISO
GLIDEWELL'S MPSJ RE INFRINGEMENT

| | |
|---|---|
| 20. Glidewell owns U.S. Trademark Reg. No. 3,739,663. | Allred Decl. ¶ 5, Exs. 59-60. |
| 21. In May 2011, Keating Dental Arts, Inc. ("Keating") began to offer full contour zirconia dental crowns and bridges under the brand "KDZ Bruxer." | Shuck Decl. ¶ 15. |
| 22. The BruxZir mark suggests, but does not directly describe, a particular quality or characteristic of the dental restoration products that Glidewell offers under the mark. | Franklyn Decl. ¶ 42. |
| 23. The BruxZir mark suggests that crowns marketed under the brand are strong because they are appropriate for patients who "brux," i.e., who grind their teeth, and also suggests that the crowns are made from zirconia, a particularly hard material. | Shuck Decl. ¶ 9; Goldstein Decl. ¶ 26. |
| 24. Glidewell's crowns are not used only by people who suffer from bruxism; they are used by a variety of patients who choose to have monolithic zirconia crowns due to tooth damage caused by a variety of conditions. | Shuck Decl. ¶ 9, DiTolla Decl. ¶ 14. |
| 25. Glidewell markets crowns and bridges under the BruxZir mark to dentists in the United States. | Shuck Decl. ¶¶ 20-26; Newman Decl. ¶ 3; Michiels Decl. ¶ 3; Luke Decl. ¶ 3; Doneff Decl. ¶ 3; Bell Decl. ¶ 3; Cohen |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

[PROPOSED] STATEMENT OF
UNCONTROVERTED FACTS ISO
GLIDEWELL'S MPSJ RE INFRINGEMENT

16165558

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| | Decl. ¶ 3; Toca Decl. ¶ 3. |
| 26.  Glidewell promotes its dental crowns and bridges under the BruxZir mark through the Internet (through Glidewell's blog as well as www.BruxZir.com), direct mailers, trade shows, ads in dental industry publications, press releases, continuing education brochures, videos and training sessions for dentists, samples, and specialized prescription forms. | Shuck Decl. ¶¶ 20-26; Newman Decl. ¶ 3; Michiels Decl. ¶ 3; Luke Decl.  ¶ 3; Doneff Decl. ¶ 3; Bell Decl. ¶ 3; Cohen Decl. ¶ 3; Toca Decl. ¶ 3; Goldstein Decl. ¶ 19, DiTolla Decl. ¶¶ 4, 6-7, 10. |
| 27.  Over the period June 2009 to June 2012, Glidewell spent approximately $ REDACTED in promoting its BruxZir finished crowns and bridges through these channels. | Shuck Decl. ¶¶ 38, 39; Goldstein Decl. ¶ 16. |
| 28.  Over the period June 2009 to June 2012, Glidewell spent approximately $ REDACTED marketing Glidewell's BruxZir finished crowns and bridges, and about $ REDACTED was spent marketing Glidewell's BruxZir zirconia milling blanks. | Shuck Decl. ¶ 39. |
| 29.  Over the period June 2009 to June 2012, Glidewell spent approximately $ REDACTED on direct mail advertising for BruxZir finished crowns and | Shuck Decl. ¶ 38. |

16165558

[PROPOSED] STATEMENT OF
UNCONTROVERTED FACTS ISO
GLIDEWELL'S MPSJ RE INFRINGEMENT

| | |
|---|---|
| bridges, which was sent to roughly every dentist in the country, and another roughly $ REDACTED on advertising in dental industry publications, with the remainder being allocated among Glidewell's other marketing channels. | |
| 30.  Glidewell's advertising of crowns and bridges under the BruxZir mark has accomplished substantial market penetration. | Shuck Decl. ¶¶ 11-12, 21; Goldstein Decl. ¶¶ 16, 19; Newman Decl. ¶ 3-6; Michiels Decl. ¶ 3-6; Luke Decl. ¶ 3-6; Doneff Decl.  ¶ 3-6; Bell Decl. ¶ 3-6; Cohen Decl. ¶ 3-6; Toca Decl. ¶ 3-6;. |
| 31.  For example, between October 2009 and November 2012, the www.BruxZir.com website received approximately 289,210 unique pageviews, of which 78% constituted U.S. traffic. | Shuck Decl. ¶ 21; Goldstein Decl. ¶ 16. |
| 32.  There are approximately 125,000 dentists in the United States. | Shuck Decl. ¶ 21; Goldstein Decl. ¶ 16. |
| 33.  Glidewell's direct mail advertising of crowns and bridges under the BruxZir mark is sent every quarter to nearly the entire population of dentists in the country. | Shuck Decl. ¶ 24. |
| 34.  Glidewell's promotion of the BruxZir line of crowns and bridges in | Shuck Decl. ¶ 22; Goldstein Decl. ¶ 19; Newman Decl. ¶ 3; Michiels Decl. ¶ 3; |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| dental industry publications is consistent, ongoing and pervasive. | Luke Decl. ¶ 3; Doneff Decl. ¶ 3; Bell Decl. ¶ 3; Cohen Decl. ¶ 3; Toca Decl. ¶ 3;. |
| 35.  Advertisements promoting Glidewell's BruxZir crowns and bridges run in numerous publications, including ADA News (once a month), Chairside Magazine, Dental Economics, Dental Lab Reports, Dentaltown, Dental Tribune, Dentistry Today, Inclusive Magazine, JDT, and LMT. | Shuck Decl. ¶ 22; Newman Decl. ¶ 3; Michiels Decl. ¶ 3; Luke Decl. ¶ 3; Doneff Decl. ¶ 3; Bell Decl. ¶ 3; Cohen Decl. ¶ 3; Toca Decl. ¶ 3; Goldstein Decl. ¶ 19; DiTolla Decl., ¶¶ 6-7. |
| 36.  Glidewell selects ADA News, Chairside Magazine, Dental Economics, Dental Lab Reports, Dentaltown, Dental Tribune, Dentistry Today, Inclusive Magazine, JDT, and LMT because of their wide readership and ability to reach thousands, if not hundreds of thousands, of dentists and dental laboratories. | Shuck Decl. ¶ 22. |
| 37.  Glidewell attends dozens of trade shows and conventions a year around the country, especially the American Dental Association conventions. | Shuck Decl. ¶ 26; Michiels Decl. ¶ 3; Luke Decl. ¶ 3; Doneff Decl. ¶ 3. |
| 38.  At these conventions and trade shows, Glidewell consistently, | Shuck Decl. ¶ 26; Michiels Decl. ¶ 3; Luke Decl. ¶ 3; Doneff Decl. ¶ 3. |

**Snell & Wilmer**
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16165558

[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS ISO GLIDEWELL'S MPSJ RE INFRINGEMENT

| | |
|---|---|
| prominently displays the BruxZir mark in connection with its line of dental crowns and bridges in a variety of contexts, including on the booth, the signage, in brochures, and takeaways. | |
| 39. Dr. Michael DiTolla, Glidewell's Director of Clinical Education and Research, and Robin Carden, Glidewell's Vice President of Research and Development, make educational videos, write articles and give presentations concerning Glidewell's BruxZir-branded products. | Shuck Decl. ¶¶ 27-29; Luke Decl. ¶ 3; DiTolla Decl. ¶¶ 4, 6-7, 10. |
| 40. Dr. DiTolla's presentations and videos are viewed by thousands of dentists every year. | Shuck Decl. ¶ 27. |
| 41. Glidewell's BruxZir branded line of dental restoration products has received wide recognition and acclaim in the dental industry. | Shuck Decl. ¶¶ 30-36; Goldstein Decl. at ¶ 20; Newman Decl. ¶ 3-6; Michiels Decl. ¶ 3-6; Luke Decl. ¶ 3-6; Doneff Decl. ¶ 3-6; Bell Decl. ¶ 3-6; Cohen Decl. ¶ 3-6; Toca Decl. ¶ 3-6;. |
| 42. Numerous articles have been written by third parties concerning the BruxZir dental restoration products and referencing them by Glidewell's registered mark. | Shuck Decl. ¶ 30. |
| 43. Glidewell has received numerous | Shuck Decl. ¶¶ 32-36; Goldstein Decl. |

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS ISO GLIDEWELL'S MPSJ RE INFRINGEMENT

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| awards recognizing the superiority of its BruxZir-brand dental crowns and bridges, including (1) the 2010 Best Product Innovation Award from Tosch Corporation, (2) the Journal of Dental Technology's Wow! 2011 Products Awards, (3) Inside Dental Technology 2011 iNavigator Top Pick, (4) 2011 Best Product from Clinician's Report, (4) the Pride Institute's 2012 Best of Class Technology Award, and (5) 2012 semifinal candidate for Best New Material. | ¶ 20. |
| 44.  BruxZir is the number one prescribed brand of full zirconia dental crown in the country. | Shuck Decl. ¶ 12. |
| 45.  From June 2009 to September 2012, Glidewell has sold approximately REDACTED dental crowns and bridges under the mark. | Shuck Decl. ¶ 41. |
| 46.  In monetary terms, from July 2009 to September 2012 Glidewell sold nearly $ REDACTED worth of dental crowns and bridges under the BruxZir mark. | Shuck Decl. ¶ 41. |
| 47.  The BruxZir mark has achieved wide recognition among dentists in the | Shuck Decl. ¶¶ 11, 30-36; Newman Decl. ¶¶ 4-6, 9-10; Michiels Decl. ¶¶ 4- |

16165558

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| U.S. for dental crowns and bridges. | 6, 9-10; Luke Decl. ¶¶ 4-6, 9-10; Doneff Decl. ¶¶ 4-6, 9-10; Bell Decl. ¶¶ 4-6, 9-10; Cohen Decl. ¶¶ 4-6, 8-10; Toca Decl. ¶¶ 4-6, 9-10. |
| 48. In 2010, Dentsply, the second largest dental company in the United States and a manufacturer of ceramic products, conducted research to identify brands for fixed products (such as crowns and bridges) that have a high degree of recognition among dentists and dental laboratories in the U.S. | Shuck Decl. ¶ 11. |
| 49. The results of Dentsply's research indicated that Glidewell's BruxZir mark had a high degree of recognition among dentists and dental laboratories in the U.S. | Shuck Decl. ¶ 11. |
| 50. There are only five marks used in commerce in the U.S. that sound anything like BruxZir for use in connection with either dental crowns or with constitutive materials: (1) Glidewell's registered BruxZir mark; (2) Glidewell's unregistered BruxZir mark; (3) Keating's KDZ Bruxer mark; (4) "GPS BruxArt" (a competitor's junior pending mark); and (5) | Franklyn Decl. ¶ 46. |

16165558

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| "BruxThetix" (another competitor's junior pending mark). | |
| 51.  The BruxZir mark is relatively unique in its field in the U.S. | Franklyn Decl. ¶ 46. |
| 52.  The BruxZir mark is commercially strong with respect to dental crowns and bridges in the U.S. | Franklyn Decl. ¶ 46; Newman Decl. ¶¶ 3-6, 9-10; Michiels Decl. ¶¶ 3-6, 9-10; Luke Decl. ¶¶ 3-6, 9-10; Doneff Decl. ¶¶ 3-6, 9-10; Bell Decl. ¶¶ 3-6, 9-10; Cohen Decl. ¶¶ 3-6, 8-10; Toca Decl. ¶¶ 3-6, 9-10; Goldstein Decl. ¶¶ 15-16, 21. |
| 53.  Keating's dental crowns and bridges marketed under the KDZ Bruxer brand compete directly with Glidewell's dental crowns and bridges marketed under the BruxZir mark. | Shuck Decl. ¶ 15; Luke Decl. ¶ 12; Bell Decl. ¶ 12; Goldstein Decl. ¶ 25. |
| 54.  Both Glidewell and Keating sell full contour zirconia crowns and bridges under their respective BruxZir and KDZ Bruxer marks. | Declaration of William Wong, Exhibit P to the Appendix of Evidence ("Wong Decl.") ¶ 8, Ex. 81 (no. 6); Wong Decl. ¶ 14, Ex. 87 (no. 2); Newman Decl. ¶¶ 4-6, 9-10; Michiels Decl. ¶¶ 4-6, 9-10; Luke Decl. ¶¶ 4-6, 9-10, 12; Doneff Decl. ¶¶ 4-6, 9-10; Bell Decl. ¶¶ 4-6, 9-10, 12; Cohen Decl. ¶¶ 4-6, 8-10; Toca Decl. ¶¶ 4-6, 9-10. |
| 55.  Both Glidewell and Keating sell dental crowns and bridges under their | Wong Decl., ¶ 12, Exhibit 85 (104:24-105:3); Luke Decl. ¶ 12; Bell Decl. ¶ |

16165558

| | |
|---|---|
| respective BruxZir and KDZ Bruxer marks throughout the United States. | 12. |
| 56.  Both Glidewell and Keating sell full contour zirconia crowns and bridges under their respective BruxZir and KDZ Bruxer marks. | Shuck Decl. ¶ 15. |
| 57.  Both Keating and Glidewell sell full contour zirconia crowns and bridges to the same universe of potential buyers – dentists throughout the U.S. | Shuck Decl. ¶ 15. |
| 58.  Glidewell's BruxZir crowns are sold at a comparable price point to Glidewell's KDA Bruxer crowns. | Shuck Decl. ¶ 16. |
| 59.  Glidewell's BruxZir crowns are sold for $99 per crown, excluding rebates, promotions and other special pricing. | Shuck Decl. ¶ 16. |
| 60.  Keating's KDA Bruxer crowns are sold for $139 per crown, excluding rebates, promotions and other special pricing. | Wong Decl. ¶ 13, Ex. 86 (43:17-20); DiTolla Decl. ¶ 15, Ex. 76. |
| 61.  Dentists in the U.S. consider Glidewell's BruxZir crowns and Keating's KDZ Bruxer crowns to be directly competitive. | Bell Decl. ¶ 12; Luke Decl. ¶ 12. |
| 62.  Of the 22 dentists that Keating | Declaration of Rudy Ramirez , Exhibit |

Snell & Wilmer

L.L.P.

LAW OFFICES

350 South Grand Avenue, Suite 2600, Two California Plaza

Los Angeles, California 90071

(213) 929-2500

16165558

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| identified as Keating customers who had purchased a KDZ Bruxer crown in Keating's Third Amended Disclosures, nine – i.e., 41% – had previously purchased one or more BruxZir crowns from Glidewell. | H to the Appendix of Evidence ("Ramirez Decl.") ¶ 6.); Wong Decl. ¶ 16, Ex. 88. |
| 63.  Glidewell's BruxZir mark does not include two or more separable word elements or a design or logo. | Shuck Decl. ¶ 19. Ex. 8. |
| 64.  Keating capitalizes the first letter of the "Bruxer" component of its mark, just as Glidewell capitalizes the first letter of "BruxZir." | DiTolla Decl. ¶ 15, Ex. 76. |
| 65.  Keating's KDZ Bruxer mark prefaces a root word ("Bruxer") that is nearly identical to the entirety of Glidewell's mark ("BruxZir") with a three-letter acronym ("KDZ") that does not on its face serve any source-identifying function. | Shuck Decl. ¶ 19. Ex. 8; DiTolla Decl. ¶¶ 15, 19, Exs. 3-4, 76. |
| 66.  In the text of Keating's advertisements the term KDZ is no more prominent than the "Bruxer" component of its mark. | DiTolla Decl. ¶ 15, Ex. 76. |
| 67.  Dentists are not likely to consider the BruxZir and KDZ Bruxer marks side by side as a shopper would two | Shuck Decl. ¶ 18; DiTolla ¶ 20. |

16165558

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| competing brands in a supermarket; instead, they are likely to consider the marks separately at different points in time. | |
| 68. Subtle differences in the BruxZir and KDZ Bruxer marks are less likely to be "in the buyer's mind" when the buyer makes the decision to purchase Keating's dental crowns under the KDZ Bruxer mark than if products marketed under the two marks were offered side by side. | Goldstein Decl. ¶ 26. |
| 69. The BruxZir mark and the KDZ Bruxer mark suggest similar meanings. | Wong Decl. ¶ 12, Ex. 85 (43:15-44:8, 83:9-15); Shuck Decl. ¶ 9; Goldstein Decl. ¶ 26; DiTolla ¶ 14; Franklyn Decl. ¶ 49). |
| 70. BruxZir suggests a product indicated for people who suffer from bruxism, i.e., people who tend to grind their teeth ("Brux") and that the product is made of zirconia ("Zir"). | Shuck Decl. ¶ 9; Goldstein Decl. ¶ 26; DiTolla ¶ 14; Wong Decl. ¶ 12, Ex. 85 (43:15-44:8, 83:9-15). |
| 71. REDACTED REDACTED REDACTED | Franklyn Decl. ¶ 49; Wong Decl. ¶ 12, Ex. 85 (43:15-44:8, 83:9-15). |
| 72. REDACTED | Declaration of Nicole Fallon, Exhibit |

16165558

[PROPOSED] STATEMENT OF
UNCONTROVERTED FACTS ISO
GLIDEWELL'S MPSJ RE INFRINGEMENT

| | |
|---|---|
| REDACTED | M to the Appendix of Evidence, ¶¶ 4-10, Ex. 2; Goldstein Decl. ¶ 23. |
| 73. REDACTED<br><br>REDACTED | Wong Decl. ¶ 11, Ex. 84 (56:23-57:6);<br>Wong Decl. ¶ 4, Ex. 15. |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | | |
|---|---|---|
| | REDACTED | |
| 74. | REDACTED  REDACTED | Wong Decl. ¶ 11, Ex. 84 (58:11-14, 68:12-18); Wong Decl. ¶ 4, Ex. 15. |
| 75. | REDACTED  REDACTED | Wong Decl. ¶ 4, Ex. 15 (KDA3355, 3358); Goldstein Decl. ¶ 28. |
| 76. | REDACTED  REDACTED | Wong Decl. ¶ 4, Ex. 15 (KDA3350, 3352). |

[PROPOSED] STATEMENT OF
UNCONTROVERTED FACTS ISO
GLIDEWELL'S MPSJ RE INFRINGEMENT

16165558

| | | |
|---|---|---|
| REDACTED | | |
| 77. REDACTED REDACTED | | Wong Decl. ¶ 4, Ex. 15 (KDA3359, 3362). |
| 78. REDACTED REDACTED | | Wong Decl. ¶ 4, Ex. 15 (KDA3363, 3366). |
| 79. REDACTED REDACTED | | Wong Decl. ¶ 4, Ex. 15 (KDA3367, 3370). |
| 80. REDACTED REDACTED | | Wong Decl. ¶ 4, Ex. 15 (KDA3371-3373). |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16165558

[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS ISO GLIDEWELL'S MPSJ RE INFRINGEMENT

| | | |
|---|---|---|
| 81. | REDACTED<br><br>REDACTED<br><br>REDACTED | Wong Decl. ¶ 4, Ex. 15 (KDA3375-3377). |
| 82. | REDACTED<br><br>REDACTED | Wong Decl. ¶ 4, Ex. 15 (KDA3384, 3386). |
| 83. | REDACTED<br><br>REDACTED | Wong Decl. ¶ 4, Ex. 15 (KDA3392, 3394). |
| 84. | REDACTED<br><br>REDACTED | Wong Decl. ¶ 4, Ex. 15 (KDA3404, 3406). |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS ISO GLIDEWELL'S MPSJ RE INFRINGEMENT

16165558

REDACTED

REDACTED

85. REDACTED

| | Wong Decl. ¶ 4, Ex. 15 (KDA3444, 3446). |

86. REDACTED

REDACTED

| | Wong Decl. ¶ 4, Ex. 15 (KDA 3486-3488). |

87. REDACTED

REDACTED

| | Wong Decl. ¶ 4, Ex. 15. |

88. REDACTED

REDACTED

| | Newman Decl. ¶ 3; Michiels Decl. ¶ 3; Luke Decl. ¶ 3; Doneff Decl. ¶ 3; Bell |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 21 -

16165558

[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS ISO GLIDEWELL'S MPSJ RE INFRINGEMENT

| | | |
|---|---|---|
| | REDACTED | Decl. ¶ 3; Cohen Decl. ¶ 3; Toca Decl. at 3; Goldstein Decl. ¶¶ 27-28; Wong Decl. ¶ 12, Ex. 85 (105:4-25). |
| 89. | REDACTED REDACTED | Wong Decl. ¶ 8, Ex 81 (no. 21); Wong Decl. ¶ 11, Ex. 84 (26:11-20 & 70:23-71:17; Exh. 514; 90:15-25; Exh. 519; 93:19-94:5 and Exh. 520); Wong Decl. ¶ 12, Ex. 85 (92:14-93:12; 104:24-106:10). |
| 90. | Glidewell and Keating promote their respective BruxZir and KDZ Bruxer products in some of the same magazines – such as ADA News, Dental Economics, Dentistry Today, and Dentaltown. | Wong Decl. ¶ 9, Ex. 82 (no. 10); Newman Decl. ¶ 3; Michiels Decl. ¶ 3; Luke Decl. ¶ 3; Doneff Decl. ¶ 3; Bell Decl. ¶ 3; Cohen Decl. ¶ 3; Toca Decl. ¶ 3. |
| 91. | Glidewell's BruxZir brand crowns, Keating's KDZ Bruxer crowns, and other competitors' full contour zirconia crowns have similar features and are generally indicated for the same uses. Many dentists may regard them as interchangeable. | DiTolla Decl. ¶ 21. |
| 92. | While there are aesthetic | Franklyn Decl. ¶ 49. |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16165558

| | |
|---|---|
| differences between different brands of full contour zirconia crown, the properties of these crowns are highly similar because all of these crowns are made of the same material – zirconia. | |
| 93.  REDACTED  REDACTED | Wong Decl. ¶ 11, Ex. 84 (92:15-93:3). |
| 94.  By the spring of 2011, Glidewell's BruxZir mark was already well known in the industry. | Newman Decl. ¶¶ 3-6, 9-10; Michiels Decl. ¶¶ 3-6, 9-10; Doneff Decl. ¶¶ 3-6, 9-10; Bell Decl. ¶¶ 3-6, 9-10; Cohen Decl. ¶¶ 3-6, 8-10; Toca Decl. ¶¶ 3-6, 9-10. |
| 95.  By the spring of 2011, Glidewell had already spent about $  REDACTED  promoting its goods under the BruxZir mark. | Shuck Decl. ¶ 15. |
| 96.  REDACTED  REDACTED | Wong Decl. ¶ 11, Ex. 84 (92:15-93:7); Wong Decl. ¶ 8, Ex. 81. |
| 97.  REDACTED | Wong Decl. ¶ 11, Ex. 84 (93:4-11). |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16165558

REDACTED

## II.   CONCLUSIONS OF LAW

1.   Glidewell owns the trademark registration for BruxZir on the class of goods including dental crowns and bridges.

2.   Glidewell is the senior user, as it has been marketing its goods under the BruxZir mark since June 2009, whereas Keating commenced marketing its competing goods under its KDZ Bruxer mark in May 2011.

3.   Glidewell's BruxZir mark is suggestive, and therefore inherently distinctive.  This factor weighs in favor of finding a likelihood of confusion. *Conversive, Inc. v. Conversagent, Inc.*, 433 F. Supp. 2d 1079, 1090 (C.D. Cal. 2006) (granting summary judgment in favor of registered mark).

4.   Glidewell's BruxZir mark is commercially strong.  This factor weighs in favor of finding a likelihood of confusion.  *Century 21 Real Estate Corp. v. Sandlin*, 846 F.2d 1175 (9th Cir. 1988).

5.   Glidewell's BruxZir crowns and bridges and Keating's KDZ Bruxer crowns and bridges directly compete.  This factor favors the conclusion that confusion is highly likely. *Century 21*, 846 F.2d at 1179 (the fact that the goods marketed under the marks were "essentially the same" supported summary judgment in favor of the registered mark); *Conversive*, 433 F.Supp.2d at 1091(finding that the fact that the "type of goods and services at issue" were the same supported summary judgment in favor of the registered mark).

6.   Glidewell's BruxZir mark and Keating's KDZ Bruxer mark are highly similar in appearance and meaning.  This factor supports a finding that confusion is

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16165558

1   likely. *Apple Computer, Inc. v. Formula International, Inc.*, 725 F.2d 521 (9th Cir.

2   1984); *Conversive,* 433 F.Supp.2d at 1091.

3       7.    There is pervasive evidence of actual confusion in this case, which

4   includes evidence of at least 87 separate incidents of actual confusion.  This factor

5   strongly favors a finding that confusion is likely. *Conversive, Inc..*, 433 F. Supp. 2d

6   at 1093.

7       8.    The channels through which Glidewell's BruxZir-brand dental crowns

8   and bridges are marketed are nearly identical to those through which Keating's

9   KDZ Bruxer-brand dental crowns and bridges are marketed, and include the

10  Internet, direct mailers and trade journals.  This factor favors a finding that

11  confusion is likely. *Century 21*, 846 F.2d at 1179 (the fact that the marketing

12  channels were "substantially the same" supported summary judgment in favor of

13  the registered mark); *PerfumeBay.com Inc. v. eBay Inc.,* 506 F.3d 1165, 1174-75

14  (9th Cir.2007) (courts consider the use of the Internet as a marketing and

15  advertising channel "as exacerbating the likelihood of confusion.").

16      9.    The type of goods at issue in this case are not such as to require a high

17  degree of care.  However, even if a high degree of care was used by dentists in

18  selecting a particular brand of full contour zirconia crown, the fact that dentists

19  (who are presumably sophisticated consumers) are actually confused shows that the

20  likelihood of confusion based on the degree of care factor is enhanced. *Conversive,*

21  433 F.Supp.2d at 1093.  Moreover, even where a high degree of care is exercised,

22  initial interest confusion may still exist. *Id.*  Thus, this factor favors a finding that

23  confusion is likely.

24      10.   The evidence indicates that Keating was aware of Glidewell's BruxZir

25  mark when it made the decision to begin selling competing products under the KDZ

26  Bruxer mark.  This factor, then, favors a finding of likelihood of confusion. *E. & J.*

27  *Gallo Winery v. Gallo Cattle Co.*, 967 F.2d 1280, 1293 (9th Cir.1992) (*citing*

28  *Sleekcraft*, 599 F.2d at 354).

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

[PROPOSED] STATEMENT OF
UNCONTROVERTED FACTS ISO
GLIDEWELL'S MPSJ RE INFRINGEMENT

16165558

11.     The fact that Glidewell's BruxZir-brand full contour zirconia crowns and bridges already compete with Keating's KDZ Bruxer full contour zirconia crowns indicates that the "likelihood of expansion" factor favors a finding that confusion is likely. *Conversive*, 433 F.Supp.2d at 1093.

12.     There is no genuine issue of material fact but that confusion among the relevant market of consumers (dentists) regarding source, affiliation, association or endorsement over Glidewell's registered BruxZir mark is likely to result if Keating continues to market full contour zirconia crowns and bridges under the KDZ Bruxer mark.

13.     Partial summary judgment is entered in favor of Glidewell and against Keating on Glidewell's First Cause of Action for Infringement of a Federally Registered Mark.

14.     Partial summary judgment is entered in favor of Glidewell and against Keating on Keating's Second Affirmative Defense of No Likelihood of Confusion.

15.     Partial summary judgment is entered in favor of Glidewell and against Keating on Keating's First Counterclaim for Declaratory Judgment of Non-Infringement.

Dated:

By: _____

Hon. David O. Carter
United States District Judge

[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS ISO GLIDEWELL'S MPSJ RE INFRINGEMENT

16165558

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on November 19, 2012, I electronically filed the document described as **[PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF GLIDEWELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE INFRINGEMENT AND DISMISSAL OF DEFENDANT'S SECOND AFFIRMATIVE DEFENSE AND FIRST COUNTERCLAIM** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David G. Jankowski
Jeffrey L. Van Hoosear
Lynda J Zadra-Symes
Knobbe Martens Olson and Bear LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

**Attorneys for Defendant Keating Dental Arts, Inc.**
Tel:  (949) 760-0404
Fax: (949) 760-9502

Jeffrey.vanhoosear@kmob.com
David.jankowski@kmob.com
Lynda.zadra-symes@kmob.com
litigation@kmob.com

Dated: November 19, 2012          SNELL & WILMER L.L.P.


By: *s/Philip J. Graves*
     Philip J. Graves
     Greer N. Shaw

     Attorneys for Plaintiff
     James R. Glidewell Dental Ceramics, Inc.
     dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)