SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO KEATING'S INVALIDITY DEFENSE AND COUNTERCLAIM** <br><br> Hearing <br><br> Date: December 17, 2012 <br> Time: 8:30 a.m. <br> Ctrm: 9D, Hon. David O. Carter <br><br> Pre-Trial Conf.: January 28, 2013 <br> Jury Trial: February 26, 2013 |

PLEASE TAKE NOTICE that on December 17, 2012, at 8:30 a.m., or as soon thereafter as counsel may be heard in Courtroom 9D of the above-entitled court, plaintiff and counter defendant James R. Glidewell Dental Ceramics, Inc. ("Glidewell") will, and hereby does, move the Court for an order under Rule 56 of the Federal Rules of Civil Procedure as follows:

**1. For partial summary judgment on defendant and counterclaimant Keating Dental Arts, Inc.'s ("Keating") on Defendant's Fourth Counterclaim for Cancellation of Trademark Registration No. 3,739,663.**

The ground for partial summary judgment is that (a) Glidewell's BruxZir mark, Registration No. 3,739,663, is presumed to be suggestive and therefore distinctive; (b) the evidence conclusively establishes that the BruxZir mark is suggestive and therefore distinctive; (c) the evidence conclusively establishes that the BruxZir mark, if descriptive, has attained secondary meaning; (d) Keating cannot carry its burden to prove that the BruxZir mark is generic; (e) Keating cannot carry its burden to prove that the BruxZir mark is descriptive without secondary meaning.

**2. For partial summary judgment on Keating's First Affirmative Defense for invalidity of Trademark Registration No. 3,739,663.**

The ground for partial summary judgment is that (a) Glidewell's BruxZir mark, Registration No. 3,739,663, is presumed to be suggestive and therefore distinctive; (b) the evidence conclusively establishes that the BruxZir mark is suggestive and therefore distinctive; (c) the evidence conclusively establishes that the BruxZir mark, if descriptive, has attained secondary meaning; (d) Keating cannot carry its burden to prove that the BruxZir mark is generic; (e) Keating cannot carry its burden to prove that the BruxZir mark is descriptive without secondary meaning.

This motion is based on this notice of motion and motion; the concurrently-filed Memorandum of Points and Authorities, Statement of Uncontroverted Facts

1 and Conclusions of Law, Appendix of Evidence, the pleadings and papers on file in
2 this action, and any argument received by the Court at the time of any hearing on
3 this motion.

Dated: November 19, 2012        SNELL & WILMER L.L.P.

                                By: *s/Greer N. Shaw*
                                Philip J. Graves
                                Greer N. Shaw

                                Attorneys for Plaintiff
                                James R. Glidewell Dental Ceramics, Inc. dba
                                GLIDEWELL LABORATORIES

16161155.1

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

### CERTIFICATE OF SERVICE

I hereby certify that on November 19, 2012, I electronically filed the document described as **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S NOTICE OF MOTION AND MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO KEATING'S INVALIDITY DEFENSE AND COUNTERCLAIM** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated: November 19, 2012        SNELL & WILMER L.L.P.


By: *s/Philip J. Graves*
    Philip J. Graves
    Greer N. Shaw

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    dba GLIDEWELL LABORATORIES

16139994.1

SNELL & WILMER L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071