Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>**KEATING DENTAL ARTS, INC.'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT CANCELING GLIDEWELL'S TRADEMARK REGISTRATION**<br><br>HEARING:<br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Crtrm: 9D<br><br>Honorable David O. Carter |

*1* PLEASE TAKE NOTICE that Defendant Keating Dental Arts, Inc. ("Keating") hereby moves this Court for summary judgment canceling Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories' ("Glidewell") Trademark Registration.  Subject to the Court's availability, the motion will be heard on December 17, 2012, at 8:30 a.m., in Courtroom 9D, before the Honorable David O. Carter.  This motion is made pursuant to Fed. R. Civ. P. 56 and to this Court's May 1, 2012 Order (Docket No. 52) on the grounds that there are no genuine issues as to any material fact and that Keating is therefore entitled to judgment as a matter of law.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on November 8, 2012.  David G. Jankowski participated in the meet-and-confer on behalf of Keating.  Philip Graves and Greer Shaw participated in the meet-and-confer on behalf of Glidewell.  The parties could not reach agreement on the issues that form the bases for this motion.

Keating bases the motion on this notice; the concurrently filed opening brief; the separate statement of uncontroverted facts and conclusions of law; the declarations of David G. Jankowski, Rustin Mangum, Jeffrey Van Hoosear, Lori Boatright, Dr. David Eggleston, Shaun Keating, Carol Frattura, Dr. William Belton, Dr. Raymond Brady, Dr. Jonathan Campbell, Dr. Michael Colleran, Dr. Joseph Jacquinot, Dr. Dennis Murphy, Dr. Terry L. Myers, Dr. Thomas Nussear, Dr. Stan Richardson, Dr. Richard Scott, Dr. Scott Stephens, Dr. Daniel Sweet, and Dr. Gary Tobin, including all exhibits attached thereto; the request for judicial notice; any subsequently filed briefs; the pleadings and papers filed in this action; and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise.

/ / /

/ / /

/ / /

1  A proposed order is also being lodged with this motion for the Court's
2  consideration.

|  |  |
|--|--|
|  | Respectfully submitted, |
|  | KNOBBE, MARTENS, OLSON & BEAR, LLP |
| Dated: November 19, 2012 | By: /s/ David G. Jankowski |
|  | Lynda J. Zadra-Symes |
|  | Jeffrey L. Van Hoosear |
|  | David G. Jankowski |
|  | Attorneys for Plaintiff, |
|  | KEATING DENTAL ARTS, INC. |

14178876