Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**[PROPOSED] ORDER GRANTING KEATING DENTAL ARTS, INC.'S MOTION FOR SUMMARY JUDGMENT CANCELLING GLIDEWELL'S TRADEMARK REGISTRATION**<br><br>Honorable David O. Carter |

Having considered defendant Keating Dental Arts, Inc.'s motion for summary judgment cancelling James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories' ("Glidewell") Trademark Registration and all papers filed in support thereof, all papers in opposition thereto filed by Glidewell, and the oral argument of counsel (if any) at any hearing on the motion, and good cause appearing therefor, the Court hereby GRANTS the motion of Keating Dental Arts, Inc. as follows:

1. Keating is entitled to judgment as a matter of law that Glidewell's BRUXZIR trademark is invalid on the grounds that it is generic and/or merely descriptive and has not attained secondary meaning in the minds of consumers.

2. The Court therefore grants summary judgment in Keating's favor on Keating's claim for cancelation of Glidewell's U.S. Trademark Registration No. 3,739,663 for the mark BRUXZIR.

**IT IS SO ORDERED.**

Dated:_____     _____
                              JUDGE DAVID O. CARTER

14368102
111812