1 Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
2 Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
3 David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
4 KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
5 Fourteenth Floor
Irvine, CA 92614
6 Phone: (949) 760-0404
Facsimile: (949) 760-9502
7
Attorneys for Defendant/Counter-Plaintiff,
8 KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**[PROPOSED] ORDER GRANTING KEATING DENTAL ARTS, INC.'S MOTION FOR SUMMARY JUDGMENT OF (1) NO INFRINGEMENT OF GLIDEWELL'S REGISTERED TRADEMARK, (2) NO VIOLATION OF SECTION 43(a) OF THE LANHAM ACT, AND (3) NO UNFAIR COMPETITION UNDER CALIFORNIA LAW**<br><br>Honorable David O. Carter |

Having considered the motion of Keating Dental Arts, Inc. ("Keating") for summary judgment of (1) no infringement of James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories' ("Glidewell") Registered Trademark, (2) no violation of Section 43(a) of the Lanham Act, and (3) no unfair competition under California law, and all papers filed in support thereof, all papers in opposition thereto filed by Glidewell, and the oral argument of counsel (if any) at any hearing on the motion, and good cause appearing therefor, the Court hereby GRANTS Keating's motion as follows:

Keating is entitled to judgment as a matter of law that:

- Keating has not infringed Glidewell's U.S. Trademark Registration No. 3,739,663;
- Keating has not violated Section 43(a) of the Lanham Act; and
- Keating has not committed unfair competition under California law.

**IT IS SO ORDERED.**

Dated:_____

JUDGE DAVID O. CARTER

14368105
111812