# APPENDIX A

## REQUEST FOR JUDICIAL NOTICE

| Judicial Notice | |
|---|---|
| **Exhibit** | **Description** |
| A-D | Issued patents |
| E | Published patent application |
| F-N | Certified copies of TM registrations |

## ATTORNEY DECLARATIONS

| Van Hoosear Declaration | |
|---|---|
| **Exhibit** | **Description** |
| V-1 | Shuck video clips (filed under seal) |
| V-2 | DiTolla video clips (lodged) |
| V-3 | Carden video clips (filed under seal) |
| V-4 | BruxZir Compendium: video clips (lodged) |
| V-5 | BruxZir Compendium: Entire DVD (lodged) |

| Jankowski Declaration (Public Exhibits) | | |
|---|---|---|
| **Exhibit** | **Depo Ex. (if any)** | **Description** |
| Glidewell discovery responses | | |
| 1 | 23 | GL's responses to first set of rogs |
| 2 | N/A | GL's responses to second set of rogs |
| 3 | N/A | GL's responses to RFAs |
| Glidewell public depo transcripts | | |
| 4 | N/A | DiTolla transcript |
| 5 | N/A | Bartolo transcript |
| 6 | N/A | Allred transcript |
| Glidewell public business documents | | |
| 7 | 8 | GL e-mail blasts (color) |
| 8 | 11 | GL list of authorized labs (color) |
| 9 | 13 | GL BruxZir website (color) |
| 10 | 14 | GL color mailer to customers |
| 11 | 15 | GL color brochures |
| 12 | 17 | GL letter to customers re $99 BruxZir product |
| 13 | 18 | GL marketing piece by Minzenmayer, COO |
| 14 | 19 | GL's press releases (PRWeb) |
| 15 | 67 | Carden article |

1

| 16 | 68 | Carden article |
|---|---|---|
| 17 | 69 | Carden article |
| 18 | 116 | Email from DiTolla to Shuck |
| GL's trademark enforcement communications | | |
| 19 | 29 | Bartolo to Shaun Keating |
| 20 | 107 | Allred email cc'ing Bartolo |
| 21 | 108 | Allred email cc'ing Bartolo |
| 22 | 109 | Allred email cc'ing Bartolo |
| 23 | 140 | Tachner to Gourde |
| 24 | 141 | Allred email to third party |
| 25 | 142 | Allred email to third party |
| 26 | 143 | Allred email to third party |
| 27 | 144 | Allred email to third party |
| 28 | 145 | Allred email to third party |
| 29 | 146 | Allred email to third party |
| 30 | 147 | Allred email to third party |
| 31 | 148 | Allred email to third party |
| 32 | 149 | Allred email to third party |
| 33 | 150 | Allred email to third party |
| 34 | 151 | Allred email to third party |
| Third party documents | | |
| 35 | 20 | Dental Arts Laboratories web page |
| 36 | 21 | Artiste Dentistry LLC web page |
| 37 | 28 | Barth Dental Lab web page |
| 38 | 31 | Showcase Dental Lab web page |
| 39 | 32 | China Dental Outsourcing web page |
| 40 | 34 | Dental Products Shopper blog post; Cynthia Jetter |
| 41 | 45 | USFDA adverse event report |
| 42 | 46 | Trachsel Dental Studio prescription form |
| 43 | 47 | Dani Dental Studio prescription form |
| 44 | N/A | Assemblage of third party web sites |
| | | |
| 45 | | Exhibit B to the Complaint |
| 46 | 514 | Keating web page showing KDZ family |
| 47 | 517 | Keating marketing showing KDZ Bruxer |
| 48 | 518 | Keating KDZ Bruxer Fact Sheet |
| 49 | 520 | Introducing the KDZ Family |

| Mangum Declaration (Exhibits That Include Non-Public Information) | | |
|---|---|---|
| **Exhibit** | **Depo Ex. (if any)** | **Description** |
| Transcripts with AEO information in them | | |
| 50 | N/A | Shuck |
| 51 | N/A | Carden |
| 52 | N/A | Friebauer |
| 53 | N/A | Brandon |
| 54 | N/A | Keating excerpts |
| Business Documents with AEO information in them | | |
| 55 | 508 | |
| 56 | | *Native Excel file of 508* |
| 57 | 509 | |
| 58 | | *Native Excel file of 509* |
| 59 | 510 | Nussear prescription form, etc. |
| 60 | 511 | Subset of first set of Rx forms |
| 61 | N/A | Full presentation of first set of Rx forms |
| 62 | 512 | Second set of Rx forms |
| 63 | 513 | |
| 64 | | *Native Excel file of 513* |

# EXPERT DECLARATIONS

| Boatright Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Rebuttal report |
| B | Prosecution history for BruxZir (crowns) |
| C | Prosecution history for BruxZir (ceramic) |

| Eggleston Declaration | |
|---|---|
| **Exhibit** | **Description** |
| 65-67 | Expert reports (opening; rebuttal; supplemental) |
| 68-78 | Scholarly articles |
| 79-84 | Public information regarding Glidewell's products |
| 85-106 | All-zirconia crowns offered for sale by third parties |
| 107-120 | The use of "Brux" or "Bruxer" to identify crowns for bruxers |
| 121-126 | The use of "Brux" to identify products used to treat bruxism |
| 127-135 | The use of "Zir" to identify products made from zirconia |
| 136 | Assemblage of web pages from GL's "authorized" dental labs (lodged) |
| 137 | Assemblage of Rx forms from GL's "authorized" dental labs (lodged) |

# THIRD PARTY DECLARATIONS

## Keating Dental Arts' Employee

| | | Keating Declaration | |
|---|---|---|---|
| **Exhibit** | **Depo Ex. (if any)** | **Description** | |
| A | N/A | 2006 fee schedule | |
| B | N/A | 2007 fee schedule | |
| C | N/A | Advertisement, shows KDA winning award | |
| D | N/A | Advertisement, mentions trade show | |
| E | N/A | Assembly of advertisements | |
| F | N/A | Form letter announcing KDZ product family | |

## Showcase Dental Laboratory Employee

| | Frattura Declaration |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription forms |
| B | Communication with Glidewell |

## Keating Dental Arts' Customers/Dentists

| | Dr. Belton Declaration |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| | Dr. Brady Declaration |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| | Dr. Campbell Declaration |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| Dr. Colleran Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| Dr. Jacquinot Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| Dr. Murphy Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| Dr. Myers Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Example prescription form, blank (state of Missouri) |
| B | Prescription form |

| Dr. Nussear Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| Dr. Richardson Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| Dr. Scott Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| Dr. Stephens Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| Dr. Sweet Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |

| Dr. Tobin Declaration | |
|---|---|
| **Exhibit** | **Description** |
| A | Prescription form |