Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**NOTICE OF LODGING STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTION FOR SUMMARY JUDGMENT CANCELING GLIDEWELL'S TRADEMARK REGISTRATION**<br><br>Date:  December 17, 2012<br>Time:  8:30 a.m.<br>Crtrm: 9D<br><br>Honorable David O. Carter |

1 Defendant Keating Dental Arts, Inc. hereby lodges its proposed Statement of Uncontroverted Facts and Conclusions of Law in Support of its Motion for Summary Judgment Canceling James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories' Trademark Registration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 19, 2012   By: /s/ David G. Jankowski
                                                    Lynda J. Zadra-Symes
                                                  Jeffrey L. Van Hoosear
                                                  David G. Jankowski

Attorneys for Plaintiff,
KEATING DENTAL ARTS, INC.

14376477
111912

-1-