Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEATING DENTAL ARTS, INC.<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**KEATING DENTAL ARTS, INC.'S REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Location: Courtroom 9D<br><br>Honorable David O. Carter |

Defendant Keating Dental Arts, Inc. ("Keating") respectfully requests that the Court take judicial notice of the following documents attached hereto:

**A.** **<u>Issued U.S. Patents</u>**

 **Exhibit A**: U.S. Patent No. 4,728,291 to Golub.

 **Exhibit B**: U.S. Patent No. 5,338,190 to Tregillis.

 **Exhibit C**: U.S. Patent No. 6,164,278 to Nissani.

 **Exhibit D**: U.S. Patent No. 6,632,843 B1 to Friedman.

**B.** **<u>Published Patent Applications</u>**

 **Exhibit E**: U.S. Patent Application Publication No. US 2009/0272386 A1.

**C.** **<u>Certified Copies of U.S. Trademark Registrations</u>**

 **Exhibit F**: Certified copy of U.S. Trademark, BRUX-EZE, Registration No. 1,608,966.

 **Exhibit G**: Certified copy of U.S. Trademark, BRUXGARD, Registration No. 2,251,807.

 **Exhibit H**: Certified copy of U.S. Trademark, BRUXCARE, Registration No. 2,399,235.

 **Exhibit I**: Certified copy of U.S. Trademark, BRUX-EZE, Registration No. 2,473,238.

 **Exhibit J**: Certified copy of U.S. Trademark, BRUXZIR, Registration No. 3,739,663.

 **Exhibit K**: Certified copy of U.S. Trademark, BRUX-CHECKER, Registration No. 3,956,476.

 **Exhibit L**: Certified copy of U.S. Trademark, DR.BRUX, Registration No. 3,775,126.

**Exhibit M**: Certified copy of U.S. Trademark, KDZ MAX, Registration No. 4,113,072.

**Exhibit N**: Certified copy of U.S. Trademark, KDZ ULTRA, Registration No. 4,113,074.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 19, 2012

By: /s/ David G. Jankowski
Lynda J. Zadra-Symes
Jeffrey L. Van Hoosear
David G. Jankowski

Attorneys for Plaintiff,
KEATING DENTAL ARTS, INC.

14274641