

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 01, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION *1,608,966* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE AND SUBSEQUENTLY CANCELED.

REGISTERED FOR A TERM OF *10* YEARS FROM *August 07, 1990*

CANCELLED SECTION 8
CLASS(ES) CANCELLED:
  *INT CL 010*

SAID RECORDS SHOW TITLE TO BE IN: REGISTRANT

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

Int. Cl.: 10

Prior U.S. Cl.: 44

United States Patent and Trademark Office

Reg. No. 1,608,966
Registered Aug. 7, 1990

TRADEMARK
PRINCIPAL REGISTER

BRUX-EZE

ALLEN, LARRY J. (UNITED STATES CITIZEN)
1215 SOUTH ESCONDIDO BOULEVARD
ESCONDIDO, CA 92025

FOR: DENTAL APPLIANCES, NAMELY, REMOVABLE OCCLUSAL OVERLAYS, FIXATION DEVICES, AND THE LIKE, USED FOR TREATMENT OF BRUXISM AND TEMPOROMANDIBULAR JOINT DYSFUNCTIONS, IN CLASS 10 (U.S. CL. 44).

FIRST USE 8-4-1984; IN COMMERCE 6-16-1986.

SER. NO. 73-791,491, FILED 4-6-1989.

KELLEY WELLS, EXAMINING ATTORNEY

KDA-002898
EXHIBIT F
-44-