

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 01, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,251,807 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM  *June 08, 1999*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM  *June 08, 2009*
SECTION 8 & 15
AMENDMENT/CORRECTION/NEW CERT(SEC7) ISSUED
SAID RECORDS SHOW TITLE TO BE IN:
  *MEDTECH PRODUCTS, INC.*
  *A DELAWARE CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

Int. Cl.: 10

Prior U.S. Cls.: 26, 39 and 44

United States Patent and Trademark Office

Amended

Reg. No. 2,251,807

Registered June 8, 1999

OG Date Apr. 20, 2004

## TRADEMARK
## PRINCIPAL REGISTER

### BRUXGARD

DENTAL CONCEPTS LLC (DELAWARE LTD LIAB CO)
650 FROM ROAD
PARAMUS, NJ 07652

FOR: DENTAL MOUTH GUARDS FOR MEDICAL PURPOSES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).
FIRST USE 3-1-1999; IN COMMERCE 3-1-1999.
SER. NO. 75-284,579, FILED 5-1-1997.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Apr. 20, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

Int. Cl.: 10
Prior U.S. Cls.: 26, 39 and 44

Reg. No. 2,251,807

United States Patent and Trademark Office Registered June 8, 1999
Corrected OG Date Aug. 17, 2004

## TRADEMARK
## PRINCIPAL REGISTER

### BRUXGUARD

DENTAL CONCEPTS LLC (DELAWARE LTD LIAB CO)
650 FROM ROAD
PARAMUS, NJ 07652

FOR: DENTAL MOUTH GUARDS FOR MEDICAL PURPOSES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).
FIRST USE 3-1-1999; IN COMMERCE 3-1-1999.
SER. NO. 75-284,579, FILED 5-1-1997.

*In testimony whereof I have hereunto set my hand and caused the seal of The Patent and Trademark Office to be affixed on Aug. 17, 2004.*

DIRECTOR OF THE U.S. PATENT AND TRADEMARK OFFICE

KDA-002901
EXHIBIT G
-47-

Int. Cl.: 10

Prior U.S. Cls.: 26, 39, and 44

**United States Patent and Trademark Office**

Reg. No. 2,251,807
Registered June 8, 1999

## TRADEMARK
PRINCIPAL REGISTER

## BRUX-GARD

POWER PRODUCTS, INC. (MISSOURI CORPORATION)
16A WESTWOODS DRIVE
LIBERTY, MO 64068

FOR: DENTAL MOUTH GUARDS FOR MEDICAL PURPOSES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 3-1-1999; IN COMMERCE 3-1-1999.

SN 75-284,579, FILED 5-1-1997.

JOHN DALIER, EXAMINING ATTORNEY

KDA-002902
EXHIBIT G
-48-