

7379826

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 01, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,399,235 IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE AND SUBSEQUENTLY CANCELED.

REGISTERED FOR A TERM OF *10* YEARS FROM *October 31, 2000*

CANCELLED SECTION 8
CLASS(ES) CANCELLED:
   INT CL 010

SAID RECORDS SHOW TITLE TO BE IN: REGISTRANT

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

KDA-002903
**EXHIBIT H**
-49-

Int. Cl.: 10

Prior U.S. Cls.: 26, 39 and 44

**United States Patent and Trademark Office**

Reg. No. 2,399,235
Registered Oct. 31, 2000

## TRADEMARK
### PRINCIPAL REGISTER

### BRUXCARE

BRUXCARE L.L.C. (TEXAS LIMITED LIABILITY COMPANY)
305 CAMP CRAFT ROAD, SUITE 110
AUSTIN, TX 78746

FOR: MEDICAL AND DENTAL INSTRUMENTS, NAMELY ELECTRONIC INSTRUMENTS USED TO MEASURE AND LOG MUSCLE ACTIVITY OR TO PROVIDE FEEDBACK ON MUSCLE ACTIVITY, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 1-15-1997; IN COMMERCE 1-15-1997.

SER. NO. 75-645,104, FILED 2-24-1999.

MICHAEL SOUDERS, EXAMINING ATTORNEY