

7379826

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 01, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION 2,473,238 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM   *July 31, 2001*
*1st* RENEWAL FOR A TERM OF *10* YEARS FROM   *July 31, 2011*
SECTION 8 & 15
SAID RECORDS SHOW TITLE TO BE IN:
   *REGISTRANT*


By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

Int. Cl.: 10

Prior U.S. Cls.: 26, 39 and 44

**United States Patent and Trademark Office**

Reg. No. 2,473,238
Registered July 31, 2001

## TRADEMARK
### PRINCIPAL REGISTER

### BRUX-EZE

SENTAGE CORPORATION (MINNESOTA CORPORATION)
5775 WAYZATA BOULEVARD, SUITE 670
MINNEAPOLIS, MN 55416

FOR: DENTAL APPLIANCES, NAMELY REMOVABLE OCCLUSAL OVERLAYS, FIXATION DEVICES AND THE LIKE, USED FOR THE TREATMENT OF BRUXISM AND TEMPOROMANDIBULAR JOINT DYSFUNCTIONS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 11-14-1985; IN COMMERCE 12-1-1985.

SER. NO. 75-931,489, FILED 2-26-2000.

KELLEY WELLS, EXAMINING ATTORNEY