

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE

United States Patent and Trademark Office

October 01, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION 3,739,663 IS CERTIFIED TO BE A TRUE COPY WHICH IS IN FULL FORCE AND EFFECT WITH NOTATIONS OF ALL STATUTORY ACTIONS TAKEN THEREON AS DISCLOSED BY THE RECORDS OF THE UNITED STATES PATENT AND TRADEMARK OFFICE.

REGISTERED FOR A TERM OF *10* YEARS FROM *January 19, 2010*

SAID RECORDS SHOW TITLE TO BE IN:
*JAMES R. GILDEWELL, DENTAL CERAMICS, INC.*
*A CALIFORNIA CORPORATION*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer

# United States of America
## United States Patent and Trademark Office

# BRUXZIR

**Reg. No. 3,739,663** JAMES R. GLIDEWELL, DENTAL CERAMIC, INC. (CALIFORNIA CORPORATION), DBA
Registered Jan. 19, 2010   GLIDEWELL LABORATORIES
PROFESSIONAL SERVICES
4141 MACARTHUR BLVD.
**Int. Cl.: 10** NEWPORT BEACH, CA 92660

**TRADEMARK** FOR: DENTAL BRIDGES; DENTAL CAPS; DENTAL CROWNS; DENTAL INLAYS; DENTAL
**PRINCIPAL REGISTER** ONLAYS; DENTAL PROSTHESES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-6-2009; IN COMMERCE 6-6-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-761,757, FILED 6-17-2009.

KEVIN CORWIN, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office