

# THE UNITED STATES OF AMERICA

## TO ALL TO WHOM THESE PRESENTS SHALL COME:

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 01, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,956,476* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *May 10, 2011*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

N. WILLIAMS
Certifying Officer



# United States of America
## United States Patent and Trademark Office

## BRUX-CHECKER

**Reg. No. 3,956,476**  SCHEU-DENTAL GMBH (FED REP GERMANY LIMITED LIABILITY COMPANY)
AM BURGBERG 20
**Registered May 10, 2011** 58642 ISERLOHN, FED REP GERMANY

**Int. Cl.: 10**  FOR: PLASTIC MATERIAL FOR PRODUCING DENTAL DIAGNOSTIC TOOLS, NAMELY, PLASTIC FOILS FOR USE IN DENTAL DEEP-DRAWING PROCESSES, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

**TRADEMARK**

**PRINCIPAL REGISTER**  THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PARTICULAR FONT, STYLE, SIZE, OR COLOR.

OWNER OF ERPN CMNTY TM OFC REG. NO. 008256844, DATED 12-1-2009, EXPIRES 4-29-2019.

SER. NO. 77-810,993, FILED 8-24-2009.

TIMOTHY FINNEGAN, EXAMINING ATTORNEY



David J. Kappos
Director of the United States Patent and Trademark Office