

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office

October 02, 2012

THE ATTACHED U.S. TRADEMARK REGISTRATION *3,775,126* IS CERTIFIED TO BE A TRUE COPY OF THE REGISTRATION ISSUED BY THE UNITED STATES PATENT AND TRADEMARK OFFICE WHICH REGISTRATION IS IN FULL FORCE AND EFFECT.

REGISTERED FOR A TERM OF *10* YEARS FROM *April 13, 2010*
SAID RECORDS SHOW TITLE TO BE IN: *Registrant*

By Authority of the
Under Secretary of Commerce for Intellectual Property
and Director of the United States Patent and Trademark Office

P. SWAIN
Certifying Officer

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,775,126**
**Registered Apr. 13, 2010**

**Int. Cl.: 10**

**TRADEMARK**

**PRINCIPAL REGISTER**

QUATTROTI DENTECH S.R.L. (ITALY SOCIETA A RESPONSABILITA LIMITATA)
VIA MAESTRI DEL LAVORO, 120
CISLAGO (VA), ITALY 21040

FOR: SURGICAL, MEDICAL, DENTAL AND VETERINARY APPARATUS AND INSTRUMENTS, NAMELY, ANESTHETIC DELIVERY APPARATUS, ARTERIAL BLOOD PRESSURE MEASURING APPARATUS, APPARATUS FOR ARTIFICIAL RESPIRATION, BLOOD TESTING APPARATUS, BOUGIES, BREAST PUMPS, SURGICAL CLIPS, COMPRESSORS, ELECTROCARDIOGRAPHS, ENEMA APPARATUS, GASTROSCOPES, HEART PACEMAKERS, HOT AIR VIBRATORS, INCUBATORS FOR BABIES, LASERS, RADIOLOGY SCREENS, RADIOTHERAPY APPARATUS, RESPIRATORS FOR ARTIFICIAL RESPIRATION, SAWS, SCISSORS, SPHYGMOMANOMETERS, SPHYGMOTENSIOMETERS, SPIROMETERS, SPITTOONS, SPLINTS, SPONGES, STETHOSCOPES, THERMO-ELECTRIC COMPRESSES, THREADS, ULTRAVIOLET RAY LAMPS, X-RAY PHOTOGRAPHS, PROTECTION DEVICES AGAINST X-RAYS, X-RAY TUBES, INTRAORAL X-RAY GENERATORS, X-RAY MACHINES; DENTAL CRYOSURGICAL INSTRUMENTATION; PERIODONTUM PLAQUE CONTROL INSTRUMENTS; INTRA-ORAL LIGHT SYSTEMS; PROSTHETIC INSTRUMENTS FOR DENTAL PURPOSES, CUTTING AND GRINDING DISCS FOR DENTAL APPLICATIONS; PLASTIC HAND HELD ORTHODONTIC INSTRUMENT FOR MEASURING PATIENTS' TEETH ALIGNMENT; DENTAL INSTRUMENTS FOR TAKING AN IMPRESSION, BITE REGISTRATION AND COUNTER IMPRESSION SIMULTANEOUSLY; ARTIFICIAL LIMBS, EYES AND TEETH; ORTHOPEDIC ARTICLES, NAMELY, ORTHOPEDIC JOINT IMPLANTS, PLASTER CASTS; SUTURES; DENTAL TECHNOLOGY AND DENTAL DEVICES, NAMELY, DENTAL ELEVATORS, DENTAL EXCAVATORS, DENTAL FINGER PROTECTORS, DENTAL FORCEPS, BASE FORMERS TO FORM DENTAL MOLDS, DENTAL HANDPIECES, DENTAL IMPRESSION TRAYS, DENTAL PROBES, DENTAL RETAINERS, DENTAL SCISSORS, DENTAL SPATULAS, DENTAL BITE TRAYS, DENTAL TWEEZERS, DENTAL PLATES; GUMSHIELDS, DENTAL ARTICULATORS, DENTAL BRIDGES, DENTAL BROACHES, DENTAL BURRS, DENTAL CLIPS FOR SECURING PRE-EXISTING DENTURES, DENTAL CROWNS, DENTAL DAMS, DENTAL DRILLS, DENTAL FIXTURES, DENTAL FOUNDATION SUPPORTS, DENTAL HANDPIECES, DENTAL INLAYS, DENTAL PROTESIS, DENTAL IMPLANTS; TEMPERO MANDIBULAR JOINT HOME DISCLUDER KIT COMPRISED OF BITE FORMERS, CUSTOM LINER MATERIALS, AND RETENTION LEASHES, FOR THE PURPOSE OF RELIEVING CHRONIC MANDIBULAR JOINT TENSION; TEETHERS, MOUTHGUARDS, DENTAL SPACERS, DENTAL IMPRESSION PADS, MOUTH BITE DEVICE, BITE WAFERS FOR USE IN MEASURING BITS FOR SETTING CROWN AND BRIDGEWORK, PLASTIC MATERIAL FOR RELINING DENTURES, DENTAL ARTICULATING PAPER, DISPOSABLE BITE BLOCKS; MOUTH GUARDS FOR MEDICAL PURPOSES; AND ORTHOPEDIC DEVICES, NAMELY, ORTHOPEDIC BELTS, ORTHOPEDIC



Director of the United States Patent and Trademark Office

KDA-002910
EXHIBIT L
-58-

**Reg. No. 3,775,126** SOLES, ORTHOPEDIC SUPPORT BANDAGES, ORTHOPEDIC WALKERS, IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 3-0-2006; IN COMMERCE 10-0-2006.

THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

SN 77-190,356, FILED 5-25-2007.

ANNE E. GUSTASON, EXAMINING ATTORNEY