SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., Plaintiff, vs. KEATING DENTAL ARTS, INC., Defendant. AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) **APPENDIX OF EVIDENCE IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** Hearing Date: December 17, 2012 Time: 8:30 a.m. Ctrm: 9D, Hon. David O. Carter Pre-Trial Conf.: January 28, 2013 Jury Trial: February 26, 2013 |
|---|---|

**HIGHLY CONFIDENTIAL - FILED UNDER SEAL**

**(PURSUANT TO PROTECTIVE ORDER DATED JANUARY 30, 2012)**

Plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories submits the following Appendix of Evidence in support of its Motions for Summary Judgment.

| Exhibit | Description |
|---|---|
| A | Declaration of Dr. Gregory Doneff |
| B | Declaration of Dr. Stuart R. Newman |
| C | Declaration of Dr. Howard S. Cohen |
| D | Declaration of Dr. Spencer D. Luke |
| E | Declaration of Dr. Thomas E. Bell |
| F | Declaration of Dr. Kent Toca |
| G | Declaration of Jim Shuck **[SEALED]** |
| H | Declaration of Rudy Ramirez |
| I | Declaration of Dr. Michael DiTolla |
| J | Declaration of Robin Carden |
| K | Declaration of Robin Bartolo **[SEALED]** |
| L | Declaration of Keith Allred **[SEALED]** |
| M | Declaration of Nicole Fallon **[SEALED]** |
| N | Declaration of David Franklyn |
| O | Declaration of Dr. Ronald Goldstein **[SEALED]** |
| P | Declaration of William Wong |
| Q | Declaration of Dr. Terence J. Michiels |

| Exhibit | Description |
|---|---|
| 1 | April 2, 2012 fax transmittal to Nicole Fallon from Dr. Le's Dental Office (GDC00002445-2446) **[SEALED]** |
| 2 | April 3, 2012 Glidewell call note report (GDC00002444) **[SEALED]** |
| 3 | Glidewell advertisement comparing BruxZir to other crowns |
| 4 | Glidewell advertisement comparing BruxZir to other crowns |
| 5 | Information regarding Drake's Zir-Cast (KDA-002448) |
| 6 | November 26, 2011 e-mail from Catherine Bonser to Jim Shuck |

| Exhibit | Description |
|---|---|
| 7 | Authorized BruxZir sticker sheet (GDC00000003) |
| 8 | Glidewell advertisement for BruxZir: "More brawn and improving beauty." (GDC00000071) |
| 9 | Web shot of BruxZir.com (GDC00000049) |
| 10 | Pages from the BruxZir blog advertising BruxZir product (GDC00000035-37) |
| 11 | Press release on PR Web introducing BruxZir (GDC00000137-39) |
| 12 | BruxZir patient education brochures, doctor brochures, and custom brochures (GDC00000050-51) |
| 13 | Glidewell Direct mailers and other information (GDC00000053-59) **[SEALED]** |
| 14 | Glidewell Email blasts (GDC00000052) |
| 15 | Keating prescription order forms and lab notes **[SEALED]** |
| 16 | KDZ Bruxer information and advertisements (KDA000843, 000851-000854) |
| 17 | Specialized prescription forms sent out quarterly to dentists for Glidewell's authorized laboratories (GDC00000007) |
| 18 | BruxZir print advertisement (GDC00000001-2) |
| 19 | BruxZir print advertisement (GDC0000921) |
| 20 | KDZ Bruxer advertisement (KDA000854 ) |
| 21 | Dr. DiTolla's article published in General Dentistry (GDC00000164-165) |
| 22 | Dr. DiTolla's article published in Dental Economics (GDC00000177-179) |
| 23 | Intentionally Left Blank |
| 24 | Presentation for 2012 BruxZir Summit, titled "BruxZir Zirconia Technology," dated January 3, 2012 (GDC00000019-32) |
| 25 | Robin Carden interview on BruxZir, published as a Q&A article in Dental Products Report, August 22, 2012 (GDC00000034) |

| Exhibit | Description |
|---------|-------------|
| 26 | Article about Dr. Gordan Christensen's comments on BruxZir (GDC00000104-105) |
| 27 | Acutech article on BruxZir restorations (GDC00000168-169) |
| 28 | Dental Arts Lab article on BruxZir restorations (GDC00000170-172) |
| 29 | Keller Labs article on BruxZir crowns |
| 30 | Somer Dental Labs article on BruxZir crowns |
| 31 | Dental Economics article on BruxZir crowns and bridges (GDC00000177-179) |
| 32 | Inside Dental Technology article on BruxZir restorations (GDC00000186-187) |
| 33 | Substructures Magazine article on BruxZir products (GDC00000192-193) |
| 34 | Clinicians Report article on Emerging All-Ceramic Restorations |
| 35 | Blog post on BruxZir vs. PFM: New Zirconia vs. the Old Tried and True (GDC00000180-81) |
| 36 | Inside Dental Technology article "Moving to Monolithic" (GDC00000186-87) |
| 37 | Article entitled "CEREC Connect: A Welcomed Upgrade for CEREC Users" by Carlos A. Boudet, DDS (GDC00000188-191) |
| 38 | Article entitled "Crowns and Fixed Prothesis: State of the Art" (GDC00000194-196) |
| 39 | Defendant/Counterclam Plaintiff's Response to Plaintiff/Counterclaim Defendant's First Request for Production of Documents and Things Nos. 1-42 |
| 40 | Photograph of 2010 Best Product Innovation Award from Tosch Corporation for the development of BruxZir Solid Zirconia dental restorations (GDC00000072) |
| 41 | A true and correct copy of an article lauding Glidewell's 2010 Best Product Innovation Award for BruxZir Solid Zirconia dental restorations (GDC00000182) |

| Exhibit | Description |
|---|---|
| 42 | Article describing Journal of Dental Technology's Wow! 2011 Products Awards for BruxZir (GDC00000156-158) |
| 43 | 2011 Inside Dental Technology iNavigator Top Pick's article naming BruxZir |
| 44 | 2011 Clinicians Report article recognizing BruxZir as a 2011 Best Product |
| 45 | Listing of 2012 semifinalists for Best New Material naming BruxZir (GDC00000162-163) |
| 46 | Chart of monthly sales of BruxZir restorations compared to sales of porcelain fused to metal restorations that was compiled by Glidewell's marketing department. (GDC00000240) **[SEALED]** |
| 47 | David Franklyn's Curriculum Vitae |
| 48 | Emails, dated between April 18, 2011 and May 26, 2011, between Mr. Daxton Grubb, President of R-dent Dental Laboratory, Inc., and Glidewell (GDC00000332-344) |
| 49 | Emails, dated between April 18, 2011 and April 25, 2011, between Authentic Dental Lab and Glidewell (GDC00000281-283) |
| 50 | Emails, dated between February 9, 2011 and February 14, 2011, between Pittman Dental Laboratory and Glidewell (GDC00000328-331) |
| 51 | Emails, dated April 18, 2011, between Assured Dental Lab and Glidewell (GDC00000278-280) |
| 52 | Letter, dated August 9, 2011, from R. Bartolo to S. Keating |
| 53 | Presentation for the Cal-Lab 86th Annual Meeting, titled "Why do Labs choose BruxZir Solid Zirconia?," dated February 2012 |
| 54 | Article, titled "BruxZir: Virtually Bulletproof What Is It? Why Does it Work," by Robin Carden, published in Inclusive Dental Driven Impact Solutions, Vol. 1, Issue 3, Summer 2010 (KDA-002222-2226) |
| 55 | Article, titled "Strength and Flexibility of BruxZir Solid Zirconia Implant Restorations," by Robin Carden, published in Inclusive Dental Driven Impact Solutions, Vol. 3, Issue 2, Summer 2012 (GDC00001339-1341) |

| Exhibit | Description |
|---|---|
| 56 | Article, titled "A Changing Direction In Dentistry: Full-Contour Zirconia," by Robin Carden, published in the Journal of Dental Technology, February 2011 (KDA-002037-2039) |
| 57 | Article, titled "Virtually Bulletproof," by Robin Carden, published in Ceramic Industry: The Exclusive Global Voice of Ceramic & Glass Business and Manufacturing, on December 1, 2010 (GDC00000771-773) |
| 58 | Email from R. Bartolo to S. Keating, dated August 16, 2011 (GDC00002483) |
| 59 | United States Trademark Registration for BruxZir, Registration No. 3,739,663 (KDA-002810) |
| 60 | File History for United States Trademark Registration for BruxZir (Class 10) (KDA-002808-2831) |
| 61 | File History for Application for Trademark Registration for BruxZir (Class 5) (GDC00002405-2443) |
| 62 | Email from Keith Allred to Sarah Wang dated March 6, 2012 |
| 63 | Emails by/between Keith Allred and Brian Oh dated August 31, 2012 |
| 64 | Emails by/between Keith Allred and Carol Fratlura dated January 10 & 11, 2012 |
| 65 | Email from Keith Allred to Tommy George dated September 26, 2012 |
| 66 | Email from Keith Allred to Peter Cao dated May 17, 2011 |
| 67 | Presentation, by R. Carden (GDC00002447 - GDC00002481) |
| 68 | Emails by/between Keith Allred and Fusion Dental dated April and May 2011 |
| 69 | Emails by/between Keith Allred and Scott Hudson dated August 7, 2012 |
| 70 | Glidewell webpage re: Milling Blanks |
| 71 | Glidewell webpage re: Mill |
| 72 | Glidewell E-mail Blast re: Mill |

APPENDIX OF EVIDENCE
CASE NO. SACV11-01309 DOC (ANx)

| Exhibit | Description |
|---|---|
| 73 | E-mails from dentists to Dr. DiTolla regarding DiTolla's videos discussing BruxZir crowns (GDC000002393, 2397-2399) **[SEALED]** |
| 74 | E-mails from dentists to Dr. DiTolla supporting his conclusion that dentists understand that BruxZir identifies Glidewell as the source of the crown products (GDC000002396, 2397-2398, 2402, 2404.) **[SEALED]** |
| 75 | Excerpts from various medical and dental dictionaries |
| 76 | Advertisements by Keating regarding KDZ Bruxer (KDA-00839-842, 851-861, 866-899, 4232-4233) |
| 77 | Dr. Ronald Goldstein's Curriculum Vitae |
| 78 | Keating's Petition for Cancellation, Dkt. #58-1 |
| 79 | Thomson Compumark Trademark Search Report (BRUXZIR) (KDA-003561-3871) |
| 80 | Thomson Compumark Trademark Search Report (BRUXER) (KDA-003872-4196) |
| 81 | Defendant/Counterclaim Plaintiff's Response to Plaintiff/Counterclaim Defendant's First Set of Interrogatories Nos. 1-25 |
| 82 | Defendant/Counterclaim Plaintiff's Response to Plaintiff/Counterclaim Defendant's First Set of Interrogatories Nos. 1-25 (Attorney's Eyes Only Exhibits) **[SEALED]** |
| 83 | Excerpts from Deposition of James Shuck **[SEALED]** |
| 84 | Excerpts from Deposition of Robert Dale Brandon **[SEALED]** |
| 85 | Excerpts from Deposition of Shaun Keating**[SEALED]** |
| 86 | Excerpts from Deposition of Diane Mallos Donich **[SEALED]** |
| 87 | Keating Dental Arts, Inc.'s Responses to Plaintiff's Frist Set of Requests for Admission (Nos. 1-11) |
| 88 | Keating Dental Arts, Inc.'s Third Amended Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1) |

| | |
|---|---|
| Dated: November 19, 2012 | SNELL & WILMER L.L.P. |
| | By: *s/ Philip J. Graves* |
| | Philip J. Graves |
| | Greer N. Shaw |
| | |
| | Attorneys for Plaintiff |
| | James R. Glidewell Dental Ceramics, Inc. dba |
| | GLIDEWELL LABORATORIES |