# Exhibit A

1  SNELL & WILMER L.L.P.
2  Philip J. Graves (SBN 153441)
   pgraves@swlaw.com
3  Greer N. Shaw (SBN 197960)
   gshaw@swlaw.com
4  350 South Grand Avenue, Suite 2600
   Two California Plaza
5  Los Angeles, CA 90071
   Telephone: (213) 929-2500
6
7  Attorneys for Plaintiff
   James R. Glidewell Dental Ceramics, Inc.
   d/b/a Glidewell Laboratories

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10                  SOUTHERN DIVISION

| | |
|---|---|
| 11 JAMES R. GLIDEWELL DENTAL CERAMICS, INC., | Case No. SACV11-01309-DOC(ANx) |
| 12 | **DECLARATION OF GREGORY DONEFF, D.D.S., IN SUPPORT OF PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT** |
| 13 Plaintiff, | |
| 14 vs. | |
| 15 KEATING DENTAL ARTS, INC., | |
| 16 Defendant. | |
| 17 AND RELATED COUNTERCLAIMS. | Hearing |
| 18 | Date: December 17, 2012 |
| 19 | Time: 8:30 a.m. |
| | Ctrm: 9D, Hon. David O. Carter |
| 20 | Pre-Trial Conf.: January 28, 2013 |
| | Jury Trial: February 26, 2013 |

21
22
23
24
25
26
27
28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF GREGORY DONEFF, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

16133840

I, Gregory Doneff, D.D.S., declare as follows:

1.     I am over the age of eighteen years old and unless otherwise indicated, I state the following of my own personal knowledge and, if called upon to do so, I could and would testify competently to the following.

2.     I practice general dentistry in Dunwoody, Georgia.  I received my Doctor of Dental Surgery degree from Creighton University in 1997.  I have been practicing general dentistry since 1998 and have been restoring teeth with various types of crowns and bridges since 1998.

3.     Since prior to August 2009, I have regularly received Glidewell Laboratories's ("Glidewell Labs") promotional material for Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.  I first became aware of Glidewell Labs's BRUXZIR brand zirconia crowns and bridges in 2009 through direct mailers I received from Glidewell.  Further, since 2009, I have seen Glidewell Labs's BRUXZIR brand zirconia crowns and bridges regularly advertised in Glidewell Labs's catalog of products and I have regularly received direct mailing from Glidewell Labs containing special offers for Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.  I have been purchasing Glidewell Labs's BRUXZIR brand zirconia crowns and bridges since on or about August 14, 2009 and continue to do so.  Moreover, I attended the Chicago Dental Society Midwinter Meeting in February 2010 and February 2011, where Glidewell Labs prominently promoted its BRUXZIR brand zirconia crowns and bridges.  Moreover, at both of these conventions, I spoke with other dentists about Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.  Since learning about Glidewell Labs's BRUXZIR brand zirconia crowns and bridges in 2009, I have spoken with other dentists, including Dr. Michiels, about the quality of Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.

4.     Since learning about Glidewell Labs's BRUXZIR brand zirconia crowns and bridges in 2009 and through the date of this declaration, I have known,

DECLARATION OF GREGORY DONEFF, D.D.S., ISO PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT CASE NO. SACV11-01309-DOC(ANx)

- 1 -

16133840

Snell & Wilmer

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Exhibit A
-10-

1    and through my various communications with other dentists, I am aware that other

2    dentists have known, that the BRUXZIR mark is a brand or trademark that signifies

3    a single source of zirconia crowns and bridges and the zirconia material from which

4    those products are made.  Since learning about Glidewell Labs's BRUXZIR brand

5    zirconia crowns and bridges in 2009 and through the date of this declaration, I have

6    known, and through my various communications with other dentists, I am aware

7    that other dentists have known, that the BRUXZIR mark is a brand or trademark

8    associated with Glidewell Labs.

9        5.     Since learning about Glidewell Labs's BRUXZIR brand zirconia

10   crowns and bridges in 2009 and through the date of this declaration, I have known,

11   and through my various communications with other dentists, I am aware that other

12   dentists have known, that the BRUXZIR mark is a brand or trademark that signifies

13   that Glidewell Labs is the source of zirconia crowns and bridges marketed under

14   that trademark.

15       6.     Since learning about Glidewell Labs's BRUXZIR brand zirconia

16   crowns and bridges in 2009 and through the date of this declaration, I have known,

17   and through my various communications with other dentists, I am aware that other

18   dentists have known, that the BRUXZIR mark is a brand or trademark that signifies

19   that Glidewell Labs is the source of zirconia material (from which zirconia crowns

20   and bridges is made) marketed under that trademark.

21       7.     Both before and after September 2010, I, and other dentists with whom

22   I regularly communicate, use the term "bruxer" exclusively to refer to a person who

23   suffers from bruxism; i.e., habitual and destructive grinding of the teeth and

24   clenching of the jaw.

25       8.     Both before and after September 2010, the terms "bruxer," "bruxer

26   crown," "bruxzir," and "bruxzir crown" are not terms that I, nor the dentists I

27   communicate with, use to refer to zirconia crowns and bridges as a type or category

28   of product.  I have never used any of these terms to refer to zirconia crowns or

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF GREGORY DONEFF, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

- 2 -

16133840

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Ave, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1   bridges as a type or category of product, and I have never heard any other dentist

2   use any of those terms for that purpose.  Rather, both before and after I learned

3   about Glidewell Labs's BRUXZIR brand zirconia crowns and bridges in 2009,

4   when referring to zirconia crowns and bridges as a type or category of product

5   generally, I, and the dentists that I communicate with, use the terms "zirconia

6   crowns," "all zirconia crowns," "monolithic zirconia crowns," "full zirconia

7   crowns," or "solid zirconia crowns."

8        9.      Since learning about Glidewell Labs's BRUXZIR brand zirconia

9   crowns and bridges in 2009 and through the date of this declaration, I have often

10  used the term BRUXZIR to identify zirconia crowns and bridges manufactured by

11  Glidewell Labs, because I understand that the BRUXZIR mark is a brand or

12  trademark that signifies that Glidewell Labs is the source of zirconia crowns and

13  bridges marketed under that trademark.

14       10.     Since learning about Glidewell Labs's BRUXZIR brand zirconia

15  crowns and bridges in 2009 and through the date of this declaration, I have, and

16  continue to, strongly associate the BRUXZIR trademark with Glidewell Labs's

17  zirconia crowns and bridges and zirconia material because I have observed that

18  Glidewell has extensively promoted its zirconia crowns and bridges and zirconia

19  material under the BRUXZIR trademark.

20       11.     I not only use Glidewell Labs's BRUXZIR brand zirconia crowns and

21  bridges to treat patients with bruxism, but I also use Glidewell Labs's BRUXZIR

22  brand zirconia crowns and bridges to treat patients without bruxism.  I estimate that

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1   at least 80% of the Glidewell Labs's BRUXZIR brand zirconia crowns and bridges

2   that I install are for patients without bruxism.

3

4        I declare under penalty of perjury under the laws of the United States of

5   America that the foregoing is true and correct. Executed this _15_ day of November,

6   2012, at _Dunwoody_ , _Georgia_ .

7

8                                        _Gregory S. Doneff_

9                                        Gregory Doneff, D.D.S.

Snell & Wilmer
L.L.P.
LAW OFFICES
150 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 925-2800

# Exhibit B

1   SNELL & WILMER L.L.P.
    Philip J. Graves (SBN 153441)
2   pgraves@swlaw.com
    Greer N. Shaw (SBN 197960)
3   gshaw@swlaw.com
    350 South Grand Avenue, Suite 2600
4   Two California Plaza
    Los Angeles, CA 90071
5   Telephone: (213) 929-2500

6   Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
7   d/b/a Glidewell Laboratories

8                    UNITED STATES DISTRICT COURT

9                  CENTRAL DISTRICT OF CALIFORNIA

10                        SOUTHERN DIVISION

11  JAMES R. GLIDEWELL DENTAL          Case No. SACV11-01309-DOC(ANx)
    CERAMICS, INC.,
12                                     **DECLARATION OF STUART R.**
                   Plaintiff,          **NEWMAN, D.D.S., IN SUPPORT OF**
13                                     **PLAINTIFF'S MOTIONS FOR**
    vs.                                **SUMMARY JUDGMENT**
14
    KEATING DENTAL ARTS, INC.,
15
                   Defendant.
16
                                       Hearing
17  AND RELATED
    COUNTERCLAIMS.                     Date:   December 17, 2012
18                                     Time:   8:30 a.m.
                                       Ctrm:   9D, Hon. David O. Carter
19
                                       Pre-Trial Conf.:   January 28, 2013
20                                     Jury Trial:        February 26, 2013

21

22

23

24

25

26

27

28

DECLARATION OF STUART R. NEWMAN, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

16143542

Snell & Wilmer

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2800

I, Stuart R. Newman, D.D.S., declare as follows:

1. I am over the age of eighteen years old and unless otherwise indicated, I state the following of my own personal knowledge and, if called upon to do so, I could and would testify competently to the following.

2. I practice general dentistry in New City, New York. I received my Doctor of Dental Surgery degree from New York University in 1969. I have been practicing general dentistry since 1969 and have been restoring teeth with various types of crowns since 1969.

3. Since prior to August 2010, I have regularly received Glidewell Laboratories's ("Glidewell Labs") promotional material for Glidewell Labs's BRUXZIR brand zirconia crowns and bridges. I first became aware of Glidewell Labs's BRUXZIR brand zirconia crowns and bridges prior to August 2010 through direct mailers I received from Glidewell. Further, since prior to August 2010, I have seen Glidewell Labs's BRUXZIR brand zirconia crowns and bridges regularly advertised in dental publications and I have regularly received direct mailings from Glidewell Labs containing special offers for Glidewell Labs's BRUXZIR brand zirconia crowns and bridges. I have been purchasing Glidewell Labs's BRUXZIR brand zirconia crowns and bridges since on or about August 5, 2010 and continue to do so. Moreover, in October 2012, I toured Glidewell Labs's facilities in California and saw the BRUXZIR mark prominently displayed and the milling process for producing Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.

4. Since learning about Glidewell Labs's BRUXZIR brand zirconia crowns and bridges prior to August 2010 and through the date of this declaration, I have known that the BRUXZIR mark is a brand or trademark that signifies a single source of zirconia crowns and bridges and the zirconia material from which those products are made. Since learning about Glidewell Labs's BRUXZIR brand zirconia crowns and bridges prior to August 2010 and through the date of this

1    declaration, I have known that the BRUXZIR mark is a brand or trademark
2    associated with Glidewell Labs.
3        5.       Since learning about Glidewell Labs's BRUXZIR brand zirconia
4    crowns and bridges prior to August 2010 and through the date of this declaration, I
5    have known that the BRUXZIR mark is a brand or trademark that signifies that
6    Glidewell Labs is the source of zirconia crowns and bridges marketed under that
7    trademark.
8        6.       Since learning about Glidewell Labs's BRUXZIR brand zirconia
9    crowns and bridges prior to August 2010 and through the date of this declaration, I
10   have known that the BRUXZIR mark is a brand or trademark that signifies that
11   Glidewell Labs is the source of zirconia material (from which zirconia crowns and
12   bridges are made) marketed under that trademark.
13       7.       Both before and after August 2010, I have used and continue to use the
14   term "bruxer" exclusively to refer to a person who suffers from bruxism; i.e.,
15   habitual and destructive grinding of the teeth and clenching of the jaw.
16       8.       Both before and after August 2010, the terms "bruxer," "bruxer
17   crown," "bruxzir," and "bruxzir crown" are not terms that I use to refer to zirconia
18   crowns and bridges as a type or category of product.  I have never used any of these
19   terms to refer to zirconia crowns or bridges as a type or category of product.
20   Rather, both before and after August 2010, when referring to zirconia crowns and
21   bridges as a type or category of product generally, I use the term "zirconia crowns."
22       9.       Both before and after August 2010, I have often used the term
23   BRUXZIR to identify zirconia crowns and bridges manufactured by Glidewell
24   Labs, because I understand that the BRUXZIR mark is a brand or trademark that
25   signifies that Glidewell Labs is the source of zirconia crowns and bridges marketed
26   under that trademark.
27       10.      Both before and after August 2010, I have, and continue to, strongly
28   associate the BRUXZIR trademark with Glidewell Labs's zirconia crowns and

DECLARATION OF STUART R. NEWMAN, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

- 2 -

16143542

Snell & Wilmer
L.L.P.
LAW OFFICES
150 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2300

1   bridges and zirconia material because I have observed that Glidewell has

2   extensively promoted its zirconia crowns and bridges and zirconia material under

3   the BRUXZIR trademark.

4       11.   I not only use Glidewell Labs's BRUXZIR brand zirconia crowns and

5   bridges to treat patients with bruxism, but I also use Glidewell Labs's BRUXZIR

6   brand zirconia crowns and bridges to treat patients without bruxism.  I regularly use

7   Glidewell Labs's BRUXZIR brand zirconia crowns and bridges for patients who

8   require a strong crown regardless of whether the patient suffers from bruxism.

9

10      I declare under penalty of perjury under the laws of the United States of

11  America that the foregoing is true and correct.  Executed this _15_ day of November,

12  2012, at _New City, NY 10956_

13

14                                                    _____

15                                                    Stuart R. Newman, D.D.S.

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

# Exhibit C

Exhibit C
-19-

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. | Case No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF HOWARD S. COHEN, D.D.S., IN SUPPORT OF PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT** |
| AND RELATED COUNTERCLAIMS. | **Hearing** <br><br> Date:   December 17, 2012 <br> Time:  8:30 a.m. <br> Ctrm:  9D, Hon. David O. Carter <br><br> Pre-Trial Conf.:   January 28, 2013 <br> Jury Trial:         February 26, 2013 |

I, Howard S. Cohen, D.D.S., declare as follows:

1.    I am over the age of eighteen years old and unless otherwise indicated, I state the following of my own personal knowledge and, if called upon to do so, I could and would testify competently to the following.

2.    I practice general dentistry in Plano, Texas. I received my Doctor of Dental Surgery degree from New York University College of Dentistry in 1967. I have been practicing general dentistry since 1967 and have been restoring teeth with various types of crowns and bridges since 1969.

3.    Since prior to September 2010, I have regularly received Glidewell Laboratories's ("Glidewell Labs") promotional material for Glidewell Labs's BRUXZIR brand zirconia crowns and bridges. I first became aware of Glidewell Labs's BRUXZIR brand zirconia crowns and bridges in late 2009 when Glidewell sent me a BRUXZIR brand zirconia crown duplicate of the crown I ordered to demonstrate the quality of Glidewell's BRUXZIR brand zirconia crown. Further, in late 2009, I received an email from Glidewell Labs containing a promotional video in which Glidewell Labs's BRUXZIR brand zirconia crown was hammered into a piece of wood to demonstrate Glidewell Labs's BRUXZIR brand zirconia crown's strength. Glidewell Labs pioneered the use of zirconia crowns. Further, since I was first introduced to Glidewell Labs's BRUXZIR brand zirconia crowns and bridges in 2009, I have regularly seen Glidewell Labs's BRUXZIR brand zirconia crowns and bridges advertised in direct mailings to my office, the Journal of the American Dental Association, and the Texas Dental Association Journal. I have been purchasing Glidewell Labs's BRUXZIR brand zirconia crowns and bridges since on or about October 22, 2010 and continue to do so. I regularly speak with other dentists in my community about the quality of Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.

4.    Since I learned of Glidewell's BRUXZIR brand zirconia crowns and bridges in late 2009 and through the date of this declaration, I have known, and

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1    through my various communications with other dentists, I am aware that other

2    dentists have known, that the BRUXZIR mark is a brand or trademark that signifies

3    a single source of zirconia crowns and bridges and the zirconia material from which

4    those products are made.  Since I learned of Glidewell's BRUXZIR brand zirconia

5    crowns and bridges in late 2009 and through the date of this declaration, I have

6    known, and through my various communications with other dentists, I am aware

7    that other dentists have known, that the BRUXZIR mark is a brand or trademark

8    associated with Glidewell Labs.

9          5.      Since I learned of Glidewell's BRUXZIR brand zirconia crowns and

10   bridges in late 2009 and through the date of this declaration, I have known, and

11   through my various communications with other dentists, I am aware that other

12   dentists have known, that the BRUXZIR mark is a brand or trademark that signifies

13   that Glidewell Labs was the source of a zirconia crown or bridge marketed under

14   that trademark.

15         6.      Since I learned of Glidewell's BRUXZIR brand zirconia crowns and

16   bridges in late 2009 and through the date of this declaration, I have known, and

17   through my various communications with other dentists, I am aware that other

18   dentists have known, that the BRUXZIR mark is a brand or trademark that signifies

19   that Glidewell Labs was the source of zirconia material (from which zirconia

20   crowns and bridges may be made) marketed under that trademark.

21         7.      Both before and after learning of Glidewell Labs's BRUXZIR brand

22   zirconia crowns and bridges in late 2009, I, and other dentists with whom I

23   regularly communicate, use the term "bruxer" exclusively to refer to a person who

24   suffers from bruxism; i.e., habitual and destructive grinding of the teeth and

25   clenching of the jaw.

26         8.      Both before and after learning of Glidewell Labs's BRUXZIR brand

27   zirconia crowns and bridges in late 2009, the terms "bruxer" and "bruxer crown"

28   are not terms that I, nor the dentists I communicate with, use to refer to zirconia

Snell & Wilmer
LLP
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16133846

- 2 -

DECLARATION OF HOWARD S. COHEN, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

Exhibit C
-22-

1  crowns and bridges as a type or category of product generally. Rather, both before

2  and after learning of Glidewell Labs's BRUXZIR brand zirconia crowns and

3  bridges in late 2009, when referring to zirconia crowns and bridges as a type or

4  category of product generally, I, and the dentists that I communicate with, use the

5  term "solid zirconia crowns." Moreover, I, and the dentists with whom I regularly

6  communicate, do not use the term "BRUXZIR" or "BRUXZIR crown" to identify

7  zirconia crowns other than those produced by Glidewell Labs or produced under the

8  authorization of Glidewell Labs.

9       9.    Since learning of Glidewell Labs's BRUXZIR brand zirconia crowns

10  and bridges in late 2009 and through the date of this declaration, I have often used

11  the term BRUXZIR to identify zirconia crowns and bridges manufactured by

12  Glidewell Labs, because I understand that the BRUXZIR mark is a brand or

13  trademark that signifies that Glidewell Labs was the source of a zirconia crown or

14  bridge marketed under that trademark.

15       10.    Since learning of Glidewell Labs's BRUXZIR brand zirconia crowns

16  and bridges in late 2009 and through the date of this declaration, I have, and

17  continue to, strongly associate the BRUXZIR trademark with Glidewell Labs's

18  zirconia crowns and bridges and zirconia material because I have observed that

19  Glidewell has extensively promoted its zirconia crowns and bridges and zirconia

20  material under the BRUXZIR trademark.

21       11.    I not only use Glidewell Labs's BRUXZIR brand zirconia crowns and

22  bridges to treat patients with bruxism, but I also use Glidewell Labs's BRUXZIR

23  brand zirconia crowns and bridges to treat patients without bruxism. I estimate that

24  ///

25  ///

26  ///

27  ///

28  ///

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF HOWARD S. COHEN, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

16133846

Exhibit C
-23-

at least 90% of the Glidewell Labs's BRUXZIR brand zirconia crowns and bridges
that I install are for patients without bruxism.

    I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct. Executed this 15 day of November,
2012, at ___PLANO___ . ___TEXAS___



Howard S. Cohen, D.D.S.

Snell & Wilmer

Exhibit C
-24-

# Exhibit D

1   SNELL & WILMER L.L.P.
    Philip J. Graves (SBN 153441)
2   pgraves@swlaw.com
    Greer N. Shaw (SBN 197960)
3   gshaw@swlaw.com
    350 South Grand Avenue, Suite 2600
4   Two California Plaza
    Los Angeles, CA  90071
5   Telephone: (213) 929-2500

6   Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
7   d/b/a Glidewell Laboratories

8                   UNITED STATES DISTRICT COURT

9                   CENTRAL DISTRICT OF CALIFORNIA

10                      SOUTHERN DIVISION

11  JAMES R. GLIDEWELL DENTAL          Case No. SACV11-01309-DOC(ANx)
    CERAMICS, INC.,
12                                     DECLARATION OF SPENCER D.
                                       LUKE, D.M.D., IN SUPPORT OF
13               Plaintiff,            PLAINTIFF'S MOTIONS FOR
                                       SUMMARY JUDGMENT
14  vs.

15  KEATING DENTAL ARTS, INC.,

16               Defendant.

17                                     Hearing
    AND RELATED
18  COUNTERCLAIMS.                     Date:   December 17, 2012
                                       Time:  8:30 a.m.
19                                     Ctrm:  9D, Hon. David O. Carter

20                                     Pre-Trial Conf.:   January 28, 2013
                                       Jury Trial:        February 26, 2013
21

22

23

24

25

26

27

28

16125793

DECLARATION OF SPENCER D. LUKE, D M D., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

1    I, Spencer D. Luke, D.M.D., declare as follows:

2         1.    I am over the age of eighteen years old and unless otherwise indicated,

3    I state the following of my own personal knowledge and, if called upon to do so, I

4    could and would testify competently to the following.

5         2.    I practice general dentistry in Salt Lake City, Utah. I received my

6    Doctor of Dental Medicine degree from Oregon Health & Science University in

7    2006. I have been practicing general dentistry since 2006 and have been restoring

8    teeth with various types of crowns and bridges since 2006.

9         3.    In February 2012, I attended the Utah Dental Association Convention.

10   At this convention is when I first became aware of Glidewell Laboratories's

11   ("Glidewell Labs") BRUXZIR brand zirconia crowns and bridges. At this

12   convention, I attended a continuing education seminar where Dr. Michael DiTolla

13   gave a presentation on the strengths of Glidewell Labs's BRUXZIR brand zirconia

14   crowns and bridges. Further, at this convention, I spoke with other dentists about

15   Glidewell Labs's BRUXZIR brand zirconia crowns and bridges. Since attending

16   the Utah Dental Association Convention, I have noticed that I regularly receive

17   Glidewell Labs's promotional material for Glidewell Labs's BRUXZIR brand

18   zirconia crowns and bridges. Moreover, since then, I have regularly noticed

19   Glidewell Labs's BRUXZIR brand zirconia crowns and bridges advertised in the

20   leading dental magazines, including but not limited to, Dental Economics and

21   Dentistry Today. I have been purchasing Glidewell Labs's BRUXZIR brand

22   zirconia crowns and bridges since on or before March 2, 2012 and continue to do

23   so. Since the Utah Dental Association Convention in February 2012, I have spoken

24   with other dentists, including my own dentist, about the quality of Glidewell Labs's

25   BRUXZIR brand zirconia crowns and bridges.

26        4.    Since February 2012 and through the date of this declaration, I have

27   known, and through my various communications with other dentists, I am aware

28   that other dentists have known, that the BRUXZIR mark is a brand or trademark

Snell & Wilmer

L.L.P.

LAW OFFICES
150 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 629-2800

DECLARATION OF SPENCER D. LUKE, D.M.D., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

- 1 -

16125793

1   that signifies a single source of zirconia crowns and bridges and the zirconia

2   material from which those products are made.  Since February 2012 and through

3   the date of this declaration, I have known, and through my various communications

4   with other dentists, I am aware that other dentists have known, that the BRUXZIR

5   mark is a brand or trademark associated with Glidewell Labs.

6        5.    Since February 2012 and through the date of this declaration, I have

7   known, and through my various communications with other dentists, I am aware

8   that other dentists have known, that the BRUXZIR mark is a brand or trademark

9   that signifies that Glidewell Labs was the source of a zirconia crown or bridge

10   marketed under that trademark.

11        6.    Since February 2012 and through the date of this declaration, I have

12   known, and through my various communications with other dentists, I am aware

13   that other dentists have known, that the BRUXZIR mark is a brand or trademark

14   that signifies that Glidewell Labs was the source of zirconia material (from which

15   zirconia crowns and bridges may be made) marketed under that trademark.

16        7.    Both before and after February 2012, I, and the other dentists with

17   whom I regularly communicate, use the term "bruxer" exclusively to refer to a

18   person who suffers from bruxism, i.e. habitual and destructive grinding of the teeth

19   and clenching of the jaw.

20        8.    Both before and after February 2012, the terms "bruxer," "bruxer

21   crown," "bruxzir," and "bruxzir crown" are not terms that I, nor the dentists I

22   communicate with, use to refer to zirconia crowns and bridges as a type or category

23   of product.  I have never used any of these terms to refer to zirconia crowns or

24   bridges as a type or category of product, and I have never heard any other dentist

25   use any of those terms for that purpose.  Rather, both before and after February

26   2012, when referring to zirconia crowns and bridges as a type or category of

27   product generally, I, and the dentists that I communicate with, use the terms

28   ///

Snell & Wilmer
L.L.P.
LAW OFFICES
150 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2600

- 2 -

DECLARATION OF SPENCER D. LUKE, D.M.D., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

16125793

1   "zirconia crowns," "all zirconia crowns," "monolithic zirconia crowns," "full

2   zirconia crowns," or "solid zirconia crowns."

3       9.    Since February 2012 and through the date of this declaration, I have

4   often used the term BRUXZIR to identify zirconia crowns and bridges

5   manufactured by Glidewell Labs, because I understand that the BRUXZIR mark is

6   a brand or trademark that signifies that Glidewell Labs was the source of a zirconia

7   crown or bridge marketed under that trademark.

8       10.    Since February 2012 and through the date of this declaration, I

9   strongly associate the BRUXZIR trademark with Glidewell Labs's zirconia crowns

10   and bridges and zirconia material because I have observed that Glidewell has

11   extensively promoted its zirconia crowns and bridges and zirconia material under

12   the BRUXZIR trademark.

13       11.    I not only use Glidewell Labs's BRUXZIR brand zirconia crowns and

14   bridges to treat patients with bruxism, but I also use Glidewell Labs's BRUXZIR

15   brand zirconia crowns and bridges to treat patients without bruxism.  Not only do I

16   use Glidewell Labs's BRUXZIR brand zirconia crowns and bridges on posterior

17   teeth, but also on anterior teeth.

18       12.    I am aware that Keating Dental Arts, Inc. ("Keating") offers a zirconia

19   crown, named "KDZ Bruxer," that competes directly with the BRUXZIR brand

20   zirconia crowns offered by Glidewell Labs.  I have received direct mailers from

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

Snell & Wilmer
L.L.P.
LAW OFFICES
150 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 3 -

DECLARATION OF SPENCER D. LUKE, D.M.D., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

16125793

Nov 15 12 04:28p        Lakeside Dental                        8015968887                    p.2

1    Keating, including coupon books advertising Keating's "KDZ Bruxer" zirconia

2    crowns at a discount price.

3

4         I declare under penalty of perjury under the laws of the United States of

5    America that the foregoing is true and correct. Executed this 15th day of November,

6    2012, at   Salt Lake City,    utah              .

7

8                                          Spencer D. Luke, DMD

9                                          Spencer D. Luke, D.M.D.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16125703

Exhibit D
-30-

Exhibit E

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. | Case No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF THOMAS E. BELL, D.M.D., IN SUPPORT OF PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT** |
| AND RELATED COUNTERCLAIMS. | Hearing <br><br> Date:  December 17, 2012 <br> Time: 8:30 a.m. <br> Ctrm: 9D, Hon. David O. Carter <br><br> Pre-Trial Conf.:   January 28, 2013 <br> Jury Trial:          February 26, 2013 |

DECLARATION OF THOMAS E. BELL, D M D , ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

16133827

1    I, Thomas E. Bell, D.M.D., declare as follows:

2    1.    I am over the age of eighteen years old and unless otherwise indicated,

3 I state the following of my own personal knowledge and, if called upon to do so, I

4 could and would testify competently to the following.

5    2.    I practice general dentistry in South Shore, Kentucky. I received my

6 Doctor of Dental Medicine degree from the University of Louisville in 2005. I

7 have been practicing general dentistry since 2005 and have been restoring teeth

8 with various types of crowns and bridges since 2005.

9    3.    Since prior to September 2010, I have regularly received Glidewell

10 Laboratories's ("Glidewell Labs") promotional material for Glidewell Labs's

11 BRUXZIR brand zirconia crowns and bridges. I first became aware of Glidewell

12 Labs's BRUXZIR brand zirconia crowns and bridges in late 2009 through direct

13 mailers from Glidewell Labs. Since I first learned about Glidewell Labs's

14 BRUXZIR brand zirconia crowns and bridges in late 2009, I have regularly seen

15 Glidewell Labs's BRUXZIR brand zirconia crowns and bridges advertised on web

16 promotions, direct mailings to my office, and through direct contact with Glidewell

17 Labs and other labs authorized to make BRUXZIR brand zirconia crowns and

18 bridges. Further, I have completed continuing education seminars on Glidewell

19 Labs's website concerning its BRUXZIR brand zirconia crowns and bridges. I

20 have been purchasing Glidewell Labs's BRUXZIR brand zirconia crowns and

21 bridges since on or before October 23, 2010 and continue to do so. I regularly

22 speak with other dentists, including my former class mates, about the quality of

23 Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.

24    4.    Since I learned of Glidewell's BRUXZIR brand zirconia crowns and

25 bridges in late 2009 and through the date of this declaration, I have known, and

26 through my various communications with other dentists, I am aware that other

27 dentists have known, that the BRUXZIR mark is a brand or trademark that signifies

28 a single source of zirconia crowns and bridges and the zirconia material from which

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF THOMAS E. BELL, D.M.D., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

- 1 -

16133827

1   those products are made.  Since I learned of Glidewell's BRUXZIR brand zirconia

2   crowns and bridges in late 2009 and through the date of this declaration, I have

3   known, and through my various communications with other dentists, I am aware

4   that other dentists have known, that the BRUXZIR mark is a brand or trademark

5   associated with Glidewell Labs.

6       5.      Since I learned of Glidewell's BRUXZIR brand zirconia crowns and

7   bridges in late 2009 and through the date of this declaration, I have known, and

8   through my various communications with other dentists, I am aware that other

9   dentists have known, that the BRUXZIR mark is a brand or trademark that signifies

10  that Glidewell Labs was the source of a zirconia crown or bridge marketed under

11  that trademark.

12      6.      Since I learned of Glidewell's BRUXZIR brand zirconia crowns and

13  bridges in late 2009 and through the date of this declaration, I have known, and

14  through my various communications with other dentists, I am aware that other

15  dentists have known, that the BRUXZIR mark is a brand or trademark that signifies

16  that Glidewell Labs was the source of zirconia material (from which zirconia

17  crowns and bridges are made) marketed under that trademark.

18      7.      Both before and after learning of Glidewell Labs's BRUXZIR brand

19  zirconia crowns and bridges in late 2009, I, and the other dentists with whom I

20  regularly communicate, use the term "bruxer" exclusively to refer to a person who

21  suffers from bruxism; i.e., habitual and destructive grinding of the teeth and

22  clenching of the jaw.

23      8.      Both before and after learning of Glidewell Labs's BRUXZIR brand

24  zirconia crowns and bridges in late 2009, the terms "bruxer," "bruxer crown,"

25  "bruxzir," and "bruxzir crown" are not terms that I, nor the dentists I communicate

26  with, use to refer to zirconia crowns and bridges as a type or category of product

27  generally.  I have never used any of these terms to refer to zirconia crowns or

28  bridges as a type or category of product, and I have never heard any other dentist

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF THOMAS E. BELL, D.M.D., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

- 2 -

16133827

1  use any of those terms for that purpose.  Rather, both before and after learning of

2  Glidewell Labs's BRUXZIR brand zirconia crowns and bridges in late 2009, when

3  referring to zirconia crowns and bridges as a type or category of product generally,

4  I, and the dentists that I communicate with, use the terms "zirconia crowns," "all

5  zirconia crowns," "full zirconia crowns," or "solid zirconia crowns."

6         9.      Since learning of Glidewell Labs's BRUXZIR brand zirconia crowns

7  and bridges in late 2009 and through the date of this declaration, I have often used

8  the term BRUXZIR to identify zirconia crowns and bridges manufactured by

9  Glidewell Labs, because I understand that the BRUXZIR mark is a brand or

10 trademark that signifies that Glidewell Labs was the source of a zirconia crown or

11 bridge marketed under that trademark.

12        10.     Since learning of Glidewell Labs's BRUXZIR brand zirconia crowns

13 and bridges in late 2009 and through the date of this declaration, I have, and

14 continue to, strongly associate the BRUXZIR trademark with Glidewell Labs's

15 zirconia crowns and bridges and zirconia material because I have observed that

16 Glidewell has extensively promoted its zirconia crowns and bridges and zirconia

17 material under the BRUXZIR trademark.

18        11.     I not only use Glidewell Labs's BRUXZIR brand zirconia crowns and

19 bridges to treat patients with bruxism, but I also use Glidewell Labs's BRUXZIR

20 brand zirconia crowns and bridges to treat patients without bruxism.  I estimate that

21 at least 90% of the Glidewell Labs's BRUXZIR brand zirconia crowns and bridges

22 that I install are for patients without bruxism.

23        12.     I am aware that Keating Dental Arts ("Keating") offers a zirconia

24 crown, named "KDZ Bruxer," that competes directly with the BRUXZIR brand

25 zirconia crowns offered by Glidewell Labs.  Both Glidewell Labs and Keating

26 market their zirconia crowns to me and other dentists.  I have received direct

27 mailings from Keating advertising its "KDZ Bruxer" zirconia crowns and bridges, I

28 saw Keating's promotional booth for its "KDZ Bruxer" zirconia crowns and bridges

Snell & Wilmer
L.L.P.
LAW OFFICES
150 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF THOMAS E. BELL, D.M.D., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

- 3 -

16133827

1    at a dental convention in Las Vegas, Nevada in April 2011, and I have viewed

2    Keating's advertisements for its "KDZ Bruxer" zirconia crowns and bridges on

3    Keating's website in 2012.

4

5         I declare under penalty of perjury under the laws of the United States of

6    America that the foregoing is true and correct. Executed this _16_ day of November,

7    2012, at _____ at South Shore, Kentucky.

8

9                                          _____

10                                         Thomas E. Bell, D.M.D.

DECLARATION OF THOMAS E. BELL, D.M.D., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

- 4 -

16133827

Exhibit F

1   SNELL & WILMER L.L.P.
    Philip J. Graves (SBN 153441)
2   pgraves@swlaw.com
    Greer N. Shaw (SBN 197960)
3   gshaw@swlaw.com
    350 South Grand Avenue, Suite 2600
4   Two California Plaza
    Los Angeles, CA  90071
5   Telephone: (213) 929-2500

6   Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
7   d/b/a Glidewell Laboratories

8               UNITED STATES DISTRICT COURT

9               CENTRAL DISTRICT OF CALIFORNIA

10                    SOUTHERN DIVISION

11  JAMES R. GLIDEWELL DENTAL          Case No. SACV11-01309-DOC(ANx)
    CERAMICS, INC.,
12                                     **DECLARATION OF KENT J. TOCA,**
            Plaintiff,                 **D.D.S., IN SUPPORT OF**
13                                     **PLAINTIFF'S MOTIONS FOR**
    vs.                                **SUMMARY JUDGMENT**
14
    KEATING DENTAL ARTS, INC.,
15
            Defendant.
16
                                       Hearing
17  AND RELATED
    COUNTERCLAIMS.                     Date:   December 17, 2012
18                                     Time:   8:30 a.m.
                                       Ctrm:   9D, Hon. David O. Carter
19
                                       Pre-Trial Conf.:    January 28, 2013
20                                     Jury Trial:         February 26, 2013

21

22

23

24

25

26

27

28

1        I, Kent J. Toca, D.D.S., declare as follows:

2        1.      I am over the age of eighteen years old and unless otherwise indicated,

3    I state the following of my own personal knowledge and, if called upon to do so, I

4    could and would testify competently to the following.

5        2.      I practice general dentistry in Garden Grove, California.  I received my

6    Doctor of Dental Surgery degree from the University of Southern California in

7    1992.  I have been practicing general dentistry since 1992 and have been restoring

8    teeth with various types of crowns and bridges since 1992.

9        3.      Since around September 2010, I have regularly received Glidewell

10   Laboratories's ("Glidewell Labs") promotional material for Glidewell Labs's

11   BRUXZIR brand zirconia crowns and bridges.  I first became aware of Glidewell

12   Labs's BRUXZIR brand zirconia crowns and bridges in around September 2010

13   through direct mailers from Glidewell Labs.  Further, since I was first introduced to

14   Glidewell Labs's BRUXZIR brand zirconia crowns and bridges in September 2010,

15   I have regularly seen Glidewell Labs's BRUXZIR brand zirconia crowns and

16   bridges advertised in direct mailings to my office and dental magazines.  I have

17   visited Glidewell Labs's website and seen the BRUXZIR brand prominently

18   promoted there.  For instance, I have watched a promotional video on Glidewell

19   Labs's website showing its BRUXZIR brand zirconia crown withstand being

20   pounded into a piece of wood by a hammer.  I have been purchasing Glidewell

21   Labs's BRUXZIR brand zirconia crowns and bridges since on or about March 2,

22   2011 and continue to do so.

23       4.      Since around September 2010 and through the date of this declaration,

24   I have known that the BRUXZIR mark is a brand or trademark that signifies a

25   single source of zirconia crowns and bridges and the zirconia material from which

26   those products are made.  Since around September 2010 and through the date of this

27   declaration, I have known that the BRUXZIR mark is a brand or trademark

28   associated with Glidewell Labs.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Ave inc., Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 1 -

DECLARATION OF KENT J. TOCA, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

16151082

5.      Since around September 2010 and through the date of this declaration, I have known that the BRUXZIR mark is a brand or trademark that signifies that Glidewell Labs was the source of a zirconia crown or bridge marketed under that trademark.

6.      Since around September 2010 and through the date of this declaration, I have known that the BRUXZIR mark is a brand or trademark that signifies that Glidewell Labs was the source of zirconia material (from which zirconia crowns and bridges may be made) marketed under that trademark.

7.      Since before and after September 2010, I have used and continue to use the term "bruxer" exclusively to refer to a person who suffers from bruxism, i.e. habitual and destructive grinding of the teeth and clenching of the jaw.

8.      Since around September 2010 and through the date of this declaration, the terms "bruxer," "bruxer crown," "bruxzir," and "bruxzir crown" are not terms that I use to refer to zirconia crowns and bridges in general or to describe a type or category of product.  I have never used any of these terms to refer to zirconia crowns or bridges in general or to describe a type or category of product.  Rather, since around September 2010 and through the date of this declaration, when referring to zirconia crowns and bridges in general or to describe them as a type or category of product, I use the term "solid zirconia crowns."

9.      Since around September 2010 and through the date of this declaration, I have often used the term BRUXZIR to identify zirconia crowns and bridges manufactured by Glidewell Labs, because I understand that the BRUXZIR mark is a brand or trademark that signifies that Glidewell Labs was the source of a zirconia crown or bridge marketed under that trademark.

10.      Since around September 2010 and through the date of this declaration, I strongly associate the BRUXZIR trademark with Glidewell Labs's zirconia crowns and bridges and zirconia material because I have observed that Glidewell

///

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2800

has extensively promoted its zirconia crowns and bridges and zirconia material under the BRUXZIR trademark.

11.   I not only use Glidewell Labs's BRUXZIR brand zirconia crowns and bridges to treat patients with bruxism, but I also use Glidewell Labs's BRUXZIR brand zirconia crowns and bridges to treat patients without bruxism.  In fact, I almost exclusively use Glidewell Labs's BRUXZIR brand zirconia crowns and bridges for posterior teeth that require a crown or bridge regardless of whether the patient suffers from bruxism.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 17 day of November, 2012, at Yorba Linda, California.

Kent J. Toca, D.D.S.

# EXHIBIT G

# [FILED UNDER SEAL]

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF JAMES SHUCK IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> Hearing <br><br> Date:  December 17, 2012 <br> Time:  8:30 a.m. <br> Ctrm:  9D, Hon. David O. Carter <br><br> Pre-Trial Conf.:  January 28, 2013 <br> Jury Trial:  February 26, 2013 |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

16153770.18

Exhibit G
-43-

I, James Shuck, declare as follows:

1.      I am Vice President of Sales and Marketing, of plaintiff James R.
Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") and
have held this position since 1991.  Glidewell is a California corporation with its
office located in Newport Beach, California.  Unless otherwise stated, I have
personal and firsthand knowledge of the facts set forth in this declaration, and I
could and would testify competently to such facts if called as a witness.

2.       I graduated from San Diego State University with a degree in biology
and started working in the dental business in 1976.  I have been employed by
Glidewell since 1991.

3.      As Vice President of Sales and Marketing at Glidewell, my job
responsibilities include sales and marketing of existing products, as well as new and
future products.  I oversee approximately 45 people in both the sales and marketing
departments.

4.      Glidewell is a leading provider of dental restoration products to
dentists.  Among the products that Glidewell sells are dental crowns and bridges.  A
crown is a type of dental restoration product that completely caps a tooth.  It is
typically bonded to the tooth using dental cement or resin.

5.      In the past, crowns were principally fashioned either from gold (which
has favorable tensile characteristics but is considered aesthetically unappealing by
many people) or from porcelain veneers fused to a metal casting (which is
aesthetically appealing but tends to crack when subjected to heavy pressure or
grinding).  More recently, dental laboratories began to fashion crowns made of a
veneer fused or adhered to a hard ceramic such as zirconia.  However, these crowns
too tended to crack when subjected to heavy grinding.

6.      In 2008, I started developing the sales and marketing aspects of the
company's new BruxZir brand product line.  Among other things, I was involved in
naming the product, and developing marketing campaigns.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

7.      In early 2009, Glidewell was getting ready to launch its new BruxZir brand solid zirconia crown.  The product was intended to be unique from other zirconia crown products then on the market.  To my knowledge, before Glidewell's BruxZir crown was launched in 2009, no other solid zirconia crown was commercially available.  As part of the product launch, we developed direct mail pieces for dentists, mailed samples of BruxZir brand products to current customers (we sent them samples whenever a metal restoration was requested so they could use the BruxZir instead), email blasts to 125,000 dentists through the American Dental Association's dentist listing, produced and posted Dr. DiTolla's, Glidewell's Director of Clinical Education and Research, educational videos, and announced continuing education programs for the product.

8.      In coming up with the BruxZir brand, I circulated different name ideas for the product to a group of dentists, both on staff and lecturers, to see which name would work best from the perspective of dentists in the industry.  I also had Glidewell's Director of Clinical Education and Research, Dr. Michael DiTolla, ask the audience at one of his lectures in June 2009 what they thought of the names.  After we got the results of these informal surveys, I decided on the name BruxZir.

9.      I selected the name BruxZir as a composite of "brux" and "zir" in order to suggest to relevant consumers (dentists) that BruxZir brand products are strong and durable, and are suitable for use in applications requiring superior strength and durability, such as for treating patients with bruxism.  The name also suggests that the products comprise zirconia, a hard and durable material successfully used in other dental products.  Upon introduction, BruxZir brand crowns were the first dental crown that was indicated for someone with parafunctional habits, such as bruxism, as well as for other indications.

10.      The initial disadvantage of the BruxZir brand crown was that zirconia is an unattractive material, due to its extreme whiteness and lack of translucency. Ultimately, Glidewell partially overcame the aesthetic challenges of the material,

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Exhibit G - 3 -

-45-

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

devising a process for fabricating a full contour zirconia crown that was sufficiently appealing that it could be used in a variety of applications.

11.     I received additional outside confirmation of our strong brand recognition when I received an email on November 26, 2011 from Catherine Bonser from Dentsply about brand research Dentsply did in 2010 about fixed products brands, referring to crowns and bridges.  She told me that she was impressed that after being in the market for essentially six month at the time the study was fielded Glidewell achieved this level of recognition.  A true and correct copy of this email is attached as Exhibit 6 to the concurrently filed Appendix of Evidence in Support of James R. Glidewell Dental Ceramics, Inc.'s Motions for Summary Judgment (hereinafter, "Appendix of Evidence").  Dentsply is the second largest dental company in the United States and manufacturer of ceramic products.  Ms. Bonser and Dentsply were trying to identify what brands are recognized by dentists and laboratories.  The results of Dentsply's research indicated that Glidewell's BruxZir mark had a high degree of recognition among dentists and dental laboratories in the U.S.

12.     I knew that BruxZir brand crowns were the number-one prescribed brand of solid zirconia dental crowns as of March 2012 because a zirconia suppliers' report showed that Glidewell's zirconia purchases for crowns under its BruxZir mark were significantly more than the nearest competitor.

13.     In order to designate our crowns as authentic and genuine BruxZir brand solid zirconia, we put a four colored sticker on every case.  A true and correct copy of such stickers is attached as Exhibit 7 to the Appendix of Evidence.

14.     The generic terms for a BruxZir brand crown are "crown," "crown for bruxers," or "all zirconia crown."  I have also heard a "solid zirconia crown," and a "full contour zirconia crown."  The term "bruxzir" is not used by Glidewell – or, to my knowledge, widely or generally used by anyone else – to refer to solid zirconia crowns.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

15.     Glidewell's primary customers for BruxZir brand crown and bridge products are dentists throughout the United States.  It is my understanding that Keating Dental Arts, Inc. also sells dental crowns throughout the United States, and that Keating and Glidewell target to the same group of potential buyers: dentists and dental laboratories.  It is also my understanding that Keating commenced marketing its competing goods under its KDZ Bruxer mark in May 2011.  By that time, Glidewell had already spent approximately REDACTED in direct marketing costs promoting its BruxZir brand crowns.

16.     Glidewell's crowns are sold at a comparable price point to Keating's crowns, Glidewell's BruxZir brand crowns are sold for $99 and Keating's KDZ Bruxer crowns are sold for $139.

17.     Glidewell produces about REDACTED BruxZir brand crowns per week. This represents about REDACTED of all crowns made by Glidewell.  We currently have approximately REDACTED BruxZir customers.  In total, we have approximately REDACTED customers overall.

18.     Dentists are not likely to consider the BruxZir mark and the KDZ mark side by side because the products are not sold like goods on a shelf in a store, you have to specially order them.

19.     Glidewell has advertised the BruxZir brand crown and bridge products, given their strength and durability, as being ideal for patients suffering from bruxism, who tend to destroy other dental restorations through grinding and clenching.  Glidewell has also advertised BruxZir brand crown and bridge products as "More brawn and improving beauty," with no mention of treating bruxism.  A true and correct copy of the advertisement is attached as Exhibit 8 to the Appendix of Evidence.

20.     As discussed in more detail below, since the introduction of the BruxZir brand in 2009, Glidewell has consistently and regularly advertised and

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

marketed the BruxZir brand product line, in association with the Glidewell Labs name, in the following ways:

- BruxZir.com (a true and correct copy of a representative web shot of BruxZir.com is attached as Exhibit 9 to the Appendix of Evidence );

- Glidewell's blog (true and correct copies of pages from the BruxZir blog advertising BruxZir product are attached as Exhibit 10 to the Appendix of Evidence);

- Press releases (a true and correct copy of a press release on PR Web introducing BruxZir is attached as Exhibit 11 to the Appendix of Evidence);

- Patient education brochures, doctor brochures, and custom brochures (true and correct copies of such BruxZir marketing materials are attached as Exhibit 12 to the Appendix of Evidence);

- Packing stickers distributed to authorized labs;

- Videos and DVDs;

- Dental publications;

- Direct mailers (a true and correct copy of representative direct mailers are attached as Exhibit 13 to the Appendix of Evidence);

- Email blasts (a true and correct copy of representative email blasts are attached as Exhibit 14 to the Appendix of Evidence);

- Trade shows; and

- Specialized prescription forms sent out quarterly to dentists. A true and correct copy of a Glidewell prescription form is attached as Exhibit 17 to the Appendix of Evidence.

21. BruxZir.com received approximately 289,210 unique pageviews between October 2009 and November 2012. Of this volume, 78% was from U.S. traffic. As a point of reference, there are approximately 125,000 dentists in the United States.

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

22.     Glidewell regularly and consistently advertises the BruxZir brand product line, in association with the Glidewell Labs name, in dental industry publications, including *ADA News*, *Chairside Magazine*, *Dental Economics*, *Dental Lab Reports*, *Dentaltown*, *Dental Tribune*, *Dentistry Today*, *Inclusive Magazine*, the *Journal of Dental Technology*, and *Lab Management Today*.  True and correct copies of a print advertisement for BruxZir brand products, representative of what was run in such publications,  are attached as Exhibit 18 and Exhibit 19 to the Appendix of Evidence.  Glidewell runs a print ad in *ADA News* once a month and frequently advertises in the other magazines.  Glidewell selects these publications because of their wide readership and ability to reach thousands, if not hundreds of thousands, of dentists and dental laboratories.

23.     Glidewell consistently sends out e-mail blasts approximately quarterly to U.S. dentists and dental laboratories, advertising Glidewell's BruxZir branded product line, in association with the Glidewell Labs name.  These blasts are sent to Glidewell's internal e-mail list, which contains approximately 24,000 dentists.  Glidewell also uses the American Dental Association's e-mail list, which has about 89,000 dentists.

24.     Glidewell consistently conducts quarterly direct mail advertising for BruxZir branded crowns, in association with the Glidewell Labs name.  For this direct mail advertising, Glidewell uses a list, purchased from the American Dental Association, of approximately 125,000 dentists.

25.     Glidewell regularly and consistently provides sample BruxZir brand crowns, in association with the Glidewell Labs name, as part of its marketing efforts.  These samples are distributed to both current customers and prospective customers, from our dentist database available through the American Dental Association.  It is Glidewell's regular practice to ensure that such samples are accompanied by packaging, literature, or other express means of identifying the samples as BruxZir brand products originating from Glidewell.

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

26.     As Vice President of Sales and Marketing, I ensure that Glidewell personnel regularly and consistently dozens of trade shows and conventions a year around the country, especially the American Dental Association conventions.  At these conventions and trade shows, which are attended by, in the aggregate, thousands of dentists, Glidewell consistently and prominently displays the BruxZir brand, in association with the Glidewell Labs name, in a wide variety of contexts, including on the booth, the signage, in brochures, takeaways, and product displays and demonstrations.  The conventions and trade shows at which Glidewell has promoted the BruxZir brand in this fashion include:

| Dates | Convention | Location |
|---|---|---|
| 2009 | | |
| July 8-12 | AGD | Baltimore MD |
| Aug 20-22 | Int'l Congress of Oral Implantologists | Vancouver Can |
| Sept 11-13 | California Dental Association Fall | San Francisco CA |
| Sept 30-Oct 4 | American Dental Association | Honolulu HI |
| Oct 14-17 | American Society of Dental Aesthetics | Hollywood CA |
| Nov 4-6 | American College of Prosthodontists | San Diego CA |
| Nov 11-15 | American Academy of Implant Dentistry | New Orleans |
| Nov 12-14 | The Madow Group TBSE | Las Vegas NV |
| Nov 29-Dec 2 | Greater New York Dental Meeting | New York NY |
| Dec 4-6 | AAOMS Implant Symposium | Chicago, IL |
| 2010 | | |
| Jan 26-31 | Yankee Dental | Boston, MA |
| Feb 25-27 | Chicago Midwinter | Chicago, IL |
| Feb 27 | Lab Day Chicago | Chicago, IL |
| Mar 4-6 | Academy of Osseointegration | Orlando, FL |
| Mar 25-27 | Hinman Dental | Atlanta, GA |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

16153770.18

| | | |
|---|---|---|
| April 15-17 | Townie Meeting | Las Vegas NV |
| May 08 | Lab Day West | Garden Grove, CA |
| May 14-16 | California Dental Association Spring | Anaheim, CA |
| June 4-6 | AADSM | San Antonio, TX |
| June 10-12 | Quint. Perio, Restorative & Implant | Boston, MA |
| June 24-26 | Academy of Sports Dentistry | Washington, DC |
| Aug 26-28 | Cerec 25th Anniversary | Las Vegas NV |
| Oct 9-12 | American Dental Association | Orlando, FL |
| Oct 20-24 | American Academy of Implant Dentistry | Boston, MA |
| Nov 26-Dec 1 | Greater New York Dental Meeting | New York NY |
| Dec 2-5 | AAOMS Implant Symposium | Chicago, IL |
| | | |
| **2011** | | |
| Jan 27-29 | Yankee Dental | Boston, MA |
| Feb 10-12 | ICOI Winter Symposium | Las Vegas, NV |
| Feb 24-26 | Chicago Midwinter | Chicago, IL |
| Feb 25-26 | LMT Lab Day Chicago | Chicago, IL |
| Feb 25 | Cal Lab Chicago | Chicago, IL |
| Mar 03 | American Student Dental Assoc - ASDA | Anaheim, CA |
| Mar 4-6 | Academy of Osseointegration | Washington, DC |
| Mar 24-26 | Hinman Dental | Atlanta, GA |
| May 4-7 | Townie Meeting | Las Vegas, NV |
| May 6-7 | LMT Lab Day West | Garden Grove, CA |
| May 12-14 | California Dental Association Spring | Anaheim, CA |
| May 19 | USC Vendor Fair | Los Angeles, CA |
| June 10-12 | American Academy of Dentist Sleep Medicine | Minneapolis, MN |
| June 10-12 | Pacific Dental XP | Los Angeles, CA |
| June 22-25 | Academy of Sports Dentistry | Las Vegas, NV |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16153770.18

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

| | | |
|---|---|---|
| July 15-16 | Cerec 3rd Annual Symposium | Scottsdale, AZ |
| July 28-30 | Academy of General Dentistry | San Diego, CA |
| Sept 22-24 | California Dental Association | San Francisco, CA |
| Oct 10-12 | American Dental Association | Las Vegas, NV |
| Oct 19-22 | American Academy of Implant Dentistry | Las Vegas, NV |
| Nov 18-19 | DLOAC Symposium and Expo | Pasadena, CA |
| Nov 27-30 | Greater New York Meeting | New York, NY |
| Dec 1-4 | AAOMS Implant Symposium | Chicago, IL |
| Dec 11 | Chinese American Dental Society of So. Cal | Anaheim, CA |
| 2012 | | |
| January 11 | UCLA Vendor Fair | Los Angeles, CA |
| January 26-28 | Yankee Dental Congress | Boston, MA |
| February 16-18 | ICOI Winter Symposium | San Diego, CA |
| February 23-25 | Chicago Midwinter Meeting | Chicago, IL |
| February 24-25 | LMT Lab Day Chicago | Chicago, IL |
| February 24 | Cal-Lab Chicago | Chicago, IL |
| March 1-3 | Academy of Osseointegration | Phoenix, AZ |
| March 22-24 | Hinman Dental Meeting | Atlanta, GA |
| March 23-24 | Colorado Dental Lab Association | Lakewood, CO |
| April 25-28 | Townie Meeting | Las Vegas, NV |
| May 3-5 | California Dental Association Spring | Anaheim, CA |
| May 4-5 | LMT Lab Day West | Garden Grove, CA |
| May 18-20 | Pacific Dental XP 2011 | Los Angeles, CA |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| June 7-9 | American Academy of Dental Sleep Medicine | Boston, MA |
|---|---|---|
| June 21-23 | Academy of General Dentistry - AGD | Philadelphia, PA |
| June 21-23 | Academy of Sports Dentistry | Minneapolis, MN |
| July 21-22 | NDA - Multi-Cultural Oral Health Summit | Boca Raton, FL |
| Aug. 16-18 | Cerec - 27.5 | Las Vegas, NV |
| Sept 10-15 | AAOMS Annual Meeting | San Diego, CA |
| Sept 20-22 | ICOI World Congress XXIX | Orlando, FL |
| Sept 29-Oct 2 | American Academy of Periodontology (AAP) | Los Angeles, CA |
| October 3-6 | American Academy of Implant Dentistry | Washington, DC |
| October 18-21 | American Dental Association | San Francisco, CA |
| October 25-26 | American Academy of Small Diameter Implants | Fort Worth, TX |
| November 16-18 | DLOAC - CAD/CAM Exposition and Symposium | Garden Grove, CA |

27.    As part of Glidewell's marketing efforts for the BruxZir brand, Glidewell's Director of Clinical Education and Research, Dr. Michael DiTolla, made a series of educational videos in 2009 and 2010, and he made a compendium of all videos with a new introduction in 2011.  The videos explain and illustrate various features and benefits of BruxZir brand products.  These videos prominently feature the BruxZir brand in association with the Glidewell Labs name.  The videos are publicly available on Glidewell's website and YouTube channel.  BruxZir's video pages have had approximately 30,000 unique pageviews between October 2009 and November 2012.

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

16153770.18

28.     Additional promotion of the BruxZir brand, in association with the Glidewell Labs name, occurs through Dr. DiTolla's published articles.  In particular, Dr. DiTolla has published articles prominently featuring the BruxZir brand in such dental publications as *Dental Economics* and the *Dental Tribune*.  A true and correct copy of an article authored by Dr. DiTolla and published on www.dental-tribune.com is attached as Exhibit 21 to the Appendix of Evidence.   A true and correct copy of an article authored by Dr. DiTolla's and published in *Dental Economics* is attached as Exhibit 22 to the Appendix of Evidence.

29.     Additionally, Glidewell's Vice President of Research and Development, Robin Carden, regularly gives presentations on the zirconia technology used in the BruxZir brand products.  These presentations, which prominently feature the BruxZir brand, in association with the Glidewell Labs name, are given to laboratories.  He has done approximately five presentations.  A true and correct copy of one of Mr. Carden's presentation delivered on January 3, 2012 is attached as Exhibit 24 to the Appendix of Evidence.  Mr. Carden has also written multiple articles and given multiple interviews regarding BruxZir brand products and the technology incorporated therein.  A true and correct copy of one such interview is attached as Exhibit 25 to the Appendix of Evidence.

30.     In addition, the BruxZir brand and BruxZir brand products have attracted substantial third party recognition in the form of, for example, laudatory articles.  These articles, which my department tracks and monitors, include:

- Article about Dr. Gordan Christensen's comments regarding BruxZir brand products, a true and correct copy is attached as Exhibit 26 to the Appendix of Evidence;

- Acutech article on BruxZir brand restorations, a true and correct copy is attached as Exhibit 27 to the Appendix of Evidence;

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

16153770.18

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1

- Dental Arts Lab article on BruxZir brand restorations, a true and correct copy is attached as Exhibit 28 to the Appendix of Evidence;

- Keller Labs article on BruxZir brand crowns, a true and correct copy is attached as Exhibit 29 to the Appendix of Evidence;

- Somer Dental Labs article on BruxZir brand crowns, a true and correct copy is attached as Exhibit 30 to the Appendix of Evidence;

- *Dental Economics* article on BruxZir brand crowns and bridges, a true and correct copy is attached as Exhibit 31 to the Appendix of Evidence;

- *Inside Dental Technology* article on BruxZir brand restorations, a true and correct copy is attached as Exhibit 32 to the Appendix of Evidence;

- *Substructures Magazine* article on BruxZir brand products, a true and correct copy is attached as Exhibit 33 to the Appendix of Evidence; and

- *Clinicians Report* article entitled "Emerging All-Ceramic Restorations," a true and correct copy is attached as Exhibit 34 to the Appendix of Evidence;

- Blog post entitled "BruxZir® vs. PFM: New Zirconia vs. the Old Tried and True," a true and correct copy is attached as Exhibit 35 to the Appendix of Evidence;

- *Inside Dental Technology* article entitled "Moving to Monolithic," a true and correct copy is attached as Exhibit 36 to the Appendix of Evidence;

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16153770.18

Exhibit G
- 13 -
-55-

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

- Article entitled "CEREC® Connect: A Welcomed Upgrade for CEREC Users" by Carlos A. Boudet, DDS, a true and correct copy is attached as Exhibit 37 to the Appendix of Evidence;
- Article entitled "Crowns and Fixed Prosthesis: State of the Art," a true and correct copy is attached as Exhibit 38 to the Appendix of Evidence;

31.    In addition to the articles cited above, Glidewell has received other recognition for its BruxZir brand crowns.  This includes scientific validation from various studies including:

- BruxZir and Milled e.maxCAD June 2012 (first of over 100 posterior tooth-colored restoratives that showed no cracks, chips, breaks, wear, or staining after the first year);
- Zirconia vs. Porcelain Wear Study (degree of wear from zirconia four times less on opposing tooth enamel);
- BruxZir Solid Zirconia vs. Ceramco3-A Comparative Wear Study (BruxZir compared favorably to Ceramco3 with barely detectable wear);
- BruxZir Solid Zirconia v. IPS e.max Enamel Wear Test 2010 (BruxZir found to wear comparably with enamel and virtually identical to IPS e.max);  and
- Antagonist Wear Study (BruxZir lower wear than Ceramco3).

32.    In 2010, Glidewell was awarded the Best Product Innovation Award from Tosoh Corporation for the development of BruxZir brand solid zirconia dental restorations.  According to its website (http://www.tosoh.com/about/who-is-tosoh), Tosoh Corporation is a Japanese chemical and specialty products and materials multinational group of companies employing more than 11,000 people.  A true and correct copy of an article lauding this award is attached as Exhibit 41 to the Appendix of Evidence.

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

33.     In 2011, Glidewell's BruxZir brand products were awarded the *Journal of Dental Technology*'s "Wow! 2011 Products Award."  A true and correct copy of the article mentioning the award is attached as Exhibit 42 to the Appendix of Evidence.

34.     In 2011, *Inside Dental Technology* named Glidewell's BruxZir brand products an "iNavigator Top Pick."  A true and correct copy of the publication is attached as Exhibit 43 to the Appendix of Evidence.

35.     Also in 2011, a *Clinicians Report* article recognized Glidewell's BruxZir brand products as a 2011 Best Product.  A true and correct copy of this award is attached as Exhibit 44 to the Appendix of Evidence.

36.     In 2012, Glidewell's BruxZir brand products were awarded the Pride Institute's "Best of Class" Technology Award.  Also in 2012, BruxZir brand was named a semifinal candidate for Best New Material by Dental Excellence.  A true and correct copy of the list naming awardees is attached as Exhibit 45 to the Appendix of Evidence.

37.     Glidewell has approximately 42 people that make up its marketing team.  Those employees spend approximately twenty percent of their time working on marketing and advertising of the BruxZir product line.

38.     Glidewell's total marketing expenses for the BruxZir brand product line from June 2009 through June 2012 are approximately    REDACTED    .  This represents approximately REDACTED of Glidewell's overall marketing budget.  This figure comprises the following expenses:

- Direct mail:   REDACTED
- Magazine Ads:   REDACTED
- Fulfillment:   REDACTED
- Eblast/Banner Ads:   REDACTED
- Video:   REDACTED
- Samples:   REDACTED

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- BruxZir Summit: REDACTED

39.    For the period June 2009 through June 2012, Glidewell's advertising and marketing expense for its BruxZir brand finished crowns and bridges totaled approximately     REDACTED    , while advertising and marketing expenses for the BruxZir brand zirconia milling blanks totaled approximately     REDACTED    . Advertising and marketing costs for the BruxZir branded product line have been steadily rising since the product launch in 2009.

40.    Attached as Exhibit 46 to the Appendix of Evidence is a true and correct copy of a chart of monthly sales of BruxZir brand restorations compared to sales of porcelain fused to metal restorations that was compiled by my department.

41.    Glidewell's total sales for BruxZir brand finished crowns and bridges from July 2009 to December 2009 equaled approximately     REDACTED    . Total sales of BruxZir brand finished crowns and bridges for 2010 equaled approximately     REDACTED    Total sales of BruxZir brand finished crowns and bridges for 2011 equaled approximately     REDACTED    . Total sales of BruxZir brand finished crowns and bridges for from January 2012 to September 2012 equaled approximately     REDACTED    Total sales of BruxZir brand finished crowns and bridges from July 2009 through September 2012 equaled approximately     REDACTED    . From June 2009 to September 2012, Glidewell has sold approximately 1.2 million dental crowns and bridges under the BruxZir brand.

42.    As Vice President of Sales and Marketing, I ensure that Glidewell's marketing department regularly and periodically monitors trade publications and other marketing materials for competitors using Glidewell's BruxZir mark or any confusingly similar mark. It is the marketing department's practice to bring instances of potential infringement of the BruxZir mark to the attention of Keith Allred, Glidewell's General Counsel.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

- 16 -

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 19, 2012, at NEWPORT BEACH, California.

James Shuck

Snell & Wilmer
LLP
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

# Exhibit H

1   SNELL & WILMER L.L.P.
    Philip J. Graves (SBN 153441)
2   pgraves@swlaw.com
    Greer N. Shaw (SBN 197960)
3   gshaw@swlaw.com
    350 South Grand Avenue, Suite 2600
4   Two California Plaza
    Los Angeles, CA  90071
5   Telephone:  (213) 929-2500
    Facsimile:  (213) 929-2525
6
7   Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
8   d/b/a Glidewell Laboratories

9                    UNITED STATES DISTRICT COURT

10                  CENTRAL DISTRICT OF CALIFORNIA

11                         SOUTHERN DIVISION

12  JAMES R. GLIDEWELL DENTAL              Case No. SACV11-01309-DOC(ANx)
    CERAMICS, INC.,
13                                         **DECLARATION OF RUDY
                 Plaintiff,                **RAMIREZ IN SUPPORT OF JAMES
14                                         **R. GLIDEWELL DENTAL
    vs.                                    **CERAMICS, INC.'S MOTIONS FOR
15                                         **SUMMARY JUDGMENT
    KEATING DENTAL ARTS, INC.,
16
                 Defendant.
17                                         _____

18                                         Hearing
    AND RELATED
19  COUNTERCLAIMS.                         Date:   December 17, 2012
                                           Time:   8:30 a.m.
20                                         Ctrm:   9D, Hon. David O. Carter

21                                         Pre-Trial Conf.:   January 28, 2013
                                           Jury Trial:        February 26, 2013
22
23
24
25
26
27
28

16165281 2

                              DECLARATION OF RUDY RAMIREZ ISO PLAINTIFF'S
                              MOTIONS FOR SUMMARY JUDGMENT
                              CASE NO  SACV11-01309 DOC (ANx)

Snell & Wilmer

L.A.W. OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1    I, Rudy Ramirez, declare as follows:

2    1.    I am the General Manager of the Fixed Prosthodontics department of

3    plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories

4    ("Glidewell").  I am over the age of 18 years old and unless otherwise indicated, I

5    state the following of my own personal knowledge and, if called upon to do so, I

6    could and would testify competently to the following.

7    2.    Glidewell is a California corporation with its office located in Newport

8    Beach, California.  I have been employed by Glidewell for the last 30 years.  Over

9    the last 25 years, although my job title has changed, I have had the same job

10   responsibilities and duties at Glidewell.  As stated above, I am the General Manager

11   of the Fixed Prosthodontics department of Glidewell.  The Fixed Prosthodontics

12   department of Glidewell produces Glidewell's BruxZir brand zirconia crowns and

13   bridges, as well as Glidewell's porcelain fused to metal ("PFM") crowns.  My

14   responsibilities are to oversee the 450 employees in the Fixed Prosthodontics

15   department, ensure that the production quality of Glidewell's BruxZir brand

16   zirconia crowns and bridges and PFM crowns, produced from the Fixed

17   Prosthodontics department, are of consistent quality, and ensure that the Fixed

18   Prosthodontics department is profitable.  Moreover, I regularly attend management

19   meetings in which research and development issues, long-term planning for

20   Glidewell, and marketing of Glidewell's various products are discussed.

21   3.    I had an integral role in developing Glidewell's BruxZir brand zirconia

22   crowns and bridges.  I worked closely with the research and development

23   department on the color solution and the post-mill processing for Glidewell's

24   BruxZir brand zirconia crowns and bridges.  Moreover, I was responsible for

25   developing the best practices for repeatedly creating BruxZir brand zirconia crowns

26   and bridges of consistent quality throughout Glidewell's different departments and

27   laboratories.

28   4.    Prior to deciding on the name BruxZir for Glidewell's zirconia crowns

1  and bridges, Glidewell management personnel held discussions to decide if

2  Glidewell should use the name BruxZir.  During these discussions, I shared that I

3  favored the BruxZir name.  I favored the BruxZir name because the term "brux"

4  suggests that the product is durable and very strong—strong enough even for an

5  individual who suffers from bruxism.  Bruxism is the habitual and destructive

6  grinding of the teeth and clenching of the jaw.  Such individuals require a crown

7  that is very durable and very strong.  Moreover, "zir" suggests that the crown is

8  made of zirconia, a strong, non-metallic material that had been successfully used in

9  restorative dentistry.  Glidewell's zirconia crowns and bridges were intended for

10 any individual who needed an extremely strong and durable crown, and as an

11 alternative to traditional gold crowns.  Thus, the name BruxZir, with its suggestive

12 allusions to durability, strength, and non-metallic zirconia, seemed like a good fit.

13 The product's strength was one of the reasons why Glidewell initially marketed its

14 BruxZir brand zirconia crowns and bridges as "more brawn than beauty."

15       5.      The zirconia material that Glidewell uses for its BruxZir brand

16 zirconia crowns and bridges has always been marketed under the BruxZir brand

17 trademark.

18       6.      As the general manager of the Fixed Prosthodontics department, I

19 regularly review and analyze Glidewell's customer list and keep apprised of the

20 dentists that are ordering Glidewell's BruxZir brand zirconia crowns and bridges.

21 The following doctors are either current or former customers of Glidewell's

22 BruxZir brand zirconia crowns and bridges: Dr. William Belton, Dr. Jonathan

23 Campbell, Dr. Joseph Jacquinot, Dr. Terry L. Myers, Dr. Samir Rana, Dr. Stan

24 Richardson, Dr. Trevor Scheff, Dr. Scott Stephens, and Dr. Robert T. Wooten.

25       7.      As the general manager of the Fixed Prosthodontics department, I am

26 regularly called upon to participate in guided tours of the Fixed Prosthodontics lab.

27 Glidewell regularly conducts about eight tours of its laboratories per month.

28 Because Glidewell's BruxZir brand zirconia crowns have helped dentists stay in

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1  business, dentists want to see how Glidewell produces its BruxZir brand zirconia

2  crowns and bridges.  I regularly participate in around two to three lab tours for

3  dentists per month to provide details concerning the production of Glidewell's

4  BruxZir brand zirconia crowns and bridges.  Through my participation in these

5  tours, I regularly interact with at least three dentists, and generally their assistants,

6  per month.  I would estimate that, in total, since the launch of Glidewell's BruxZir

7  brand zirconia crowns and bridges over three and a half years ago, I have guided, at

8  a minimum, 108 dentists on tours of Glidewell's Fixed Prosthodontics lab.

9       8.     The tours concerning the production of Glidewell's BruxZir brand

10  zirconia crowns and bridges have been taking place since the launch of Glidewell's

11  BruxZir brand zirconia crowns and bridges—over three and a half years ago.  All of

12  the dentists that I have encountered on these tours have expressed to me their

13  awareness that Glidewell is the source for zirconia crowns and bridges produced

14  and marketed under the BruxZir mark.  These dentists have been so impressed with

15  Glidewell's BruxZir brand zirconia crowns and bridges that they want to take the

16  tour to learn about Glidewell's BruxZir brand zirconia crowns and the process for

17  how Glidewell came up with its BruxZir brand zirconia crowns and bridges.

18       9.     On these tours, I provide the dentists with the history of how

19  Glidewell's BruxZir brand zirconia crowns and bridges were developed and the

20  process for producing Glidewell's BruxZir brand zirconia crowns and bridges.  I

21  explain how Glidewell's process for making BruxZir brand zirconia crowns and

22  bridges is different than other companies' processes for making solid zirconia

23  crowns and bridges, including explaining how Glidewell's BruxZir brand mills

24  operate.  Further, I reinforce the dentists' already expressed awareness that the

25  BruxZir mark is a brand or trademark that signifies that Glidewell Labs is the

26  source of zirconia crowns and bridges marketed under that trademark by repeatedly

27  referencing that the source of the BruxZir brand zirconia crowns and bridges is

28  Glidewell.  Further, there are numerous posters and pictures along the tour that

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2800

1  unequivocally show Glidewell as the source of BruxZir brand zirconia crowns and

2  bridges.  Further, I show the dentists finished BruxZir brand zirconia crowns and

3  bridges made at the Fixed Prosthodontics department of Glidewell.

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF RUDY RAMIREZ ISO PLAINTIFF'S
MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309 DOC (ANx)

- 5 -

16165281.2

1    I declare under the penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct, and that this declaration was

3    executed on November 19, 2012, at NEWPORT BEACH, California.



Rudy Ramirez

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
LLP
LAW OFFICES
350 South Grand Avenue, Suite 2600  Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF RUDY RAMIREZ ISO PLAINTIFF'S
MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309 DOC (ANx)

- 6 -

16165281.2

# EXHIBIT I

# [FILED UNDER SEAL]

Exhibit I

-67-

1   SNELL & WILMER L.L.P.
    Philip J. Graves (SBN 153441)
2   pgraves@swlaw.com
    Greer N. Shaw (SBN 197960)
3   gshaw@swlaw.com
    350 South Grand Avenue, Suite 2600
4   Two California Plaza
    Los Angeles, California  90071
5   Telephone: (213) 929-2500
    Facsimile:  (213) 929-2525
6
7   Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    d/b/a Glidewell Laboratories
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., | Case No. SACV11-01309-DOC(ANx) |
| Plaintiff, | **DECLARATION OF DR. MICHAEL C. DITOLLA, IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| KEATING DENTAL ARTS, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | Hearing<br><br>Date:   December 17, 2012<br>Time:  8:30 a.m.<br>Ctrm:  9D, Hon. David O. Carter<br><br>Pre-Trial Conf.:   January 28, 2013<br>Jury Trial:         February 26, 2013 |

**HIGHLY CONFIDENTIAL - FILED UNDER SEAL**

**(PURSUANT TO PROTECTIVE ORDER DATED JANUARY 30, 2012)**

DECLARATION OF DR. MICHAEL DITOLLA
CASE NO. SACV11-01309 DOC (ANx)

16151050.3

Exhibit I
-68-

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

I, Dr. Michael C. DiTolla, declare as follows:

1.    I am the Director of Clinical Education & Research at plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") and have held this position since 2001.  Unless otherwise indicated, I state the following of my own personal knowledge and, if called upon to do so, I could and would testify competently to the following.

2.    I graduated from the University of the Pacific School of Dentistry in 1988.  From 1988 to 2001, I was a dentist in private practice.  In 2001, I became the Director of Clinical Education & Research at Glidewell, a position I currently hold.

3.    I was awarded a Fellowship in the Academy of General Dentistry in 1995.  I am also a graduate of the Las Vegas Institute of Cosmetic Dentistry and a clinical evaluator for Dr. Gordon Christensen's Clinician's Report ("CR").  From 2001-2006, I was an instructor for PAC-Live's Live Patient Hands-on Veneer Course.  In 2011, I was awarded the 2011 Dr. Bicuspid Dental Excellence Award for "Most Effective Dentist Educator."

4.    At Glidewell, I am a clinical practitioner and one of my job duties is to market and educate dentists and their staff about Glidewell's products and clinical techniques.  As part of this, I perform procedures on patients using Glidewell's products, which are filmed for marketing and educational purposes. The filmed procedures are put on DVDs that are mailed to dentists, and made into video clips that are available on Glidewell's website (www.glidewelldental.com and www.bruxzir.com), www.youtube.com, iTunes music store, and various other dental websites that link to the videos on Glidewell's website.  I am also responsible for the content of these DVDs and videos.  Glidewell has made approximately 50 DVDs from the videos I have appeared in, and mailed approximately 2 million copies of these DVDs to dentists.  Of the DVDs I have appeared in, approximately 3 to 4 were specifically directed at the BruxZir brand crown.  Of the online videos I have appeared in, approximately 3 to 4 were

DECLARATION OF DR. MICHAEL DITOLLA
CASE NO. SACV11-01309 DOC (ANx)

16151050.3

1    specifically directed at the BruxZir brand crown. These DVDs and videos

2    consistently and prominently display the BruxZir brand in association with the

3    Glidewell Labs name.

4         5.    Dentists contact me on a regular basis regarding the content of the

5    DVDs and videos I appear in. I receive approximately 1 to 2 e-mails a week, 3 to 5

6    phone calls a week, and 1 to 2 letters a month regarding these DVDs and videos. In

7    the last two years, approximately half of these communications have related to

8    BruxZir brand crowns. Attached as Exhibit 73 to the concurrently filed Appendix

9    of Evidence in Support of James R. Glidewell Dental Ceramics, Inc.'s Motions for

10   Summary Judgment (hereinafter, "Appendix of Evidence") are examples of e-mails

11   I receive from dentists regarding videos discussing the BruxZir brand crown.

12        6.    I am also editor of Glidewell's magazine, *Chairside*. I have been

13   editor of the magazine since 2006. *Chairside* is published 4 times a year and each

14   issue is circulated to approximately 85,000 dentists by mail, and an electronic

15   version of the magazine is available on Glidewell's website. *Chairside* has

16   published approximately six articles regarding the BruxZir crown, and contains

17   advertisements for the BruxZir crown. The articles and advertisements in *Chairside*

18   consistently and prominently display the BruxZir brand in association with the

19   Glidewell Labs name.

20        7.    I have also written articles regarding BruxZir brand crowns that have

21   been published in such dental publications as the *Dental Tribune* and *Dental*

22   *Economics*. A true and correct copy of an article I wrote for *Dental Tribune* is

23   attached as Exhibit 21 to the Appendix of Evidence. A true and correct copy of an

24   article I wrote for *Dental Economics* is attached as Exhibit 22 to the Appendix of

25   Evidence. As these articles show, the BruxZir mark is displayed in association with

26   the Glidewell Labs name.

27        8.    I occasionally give dentists tours of Glidewell's laboratory. In this

28   past year, I have given approximately 30 dentists tours of Glidewell's laboratory.

DECLARATION OF DR. MICHAEL DITOLLA
CASE NO. SACV11-01309 DOC (ANx)

16151050.3

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1    The vast majority of dentists on these tours ask questions about the BruxZir brand

2    crown.  During these tours, advertising and marketing materials prominently

3    displaying the BruxZir brand mark in connection with Glidewell's zirconia crowns

4    is typically present.

5          9.    I also interact with dentists on various online message boards and

6    forums relating to the dental industry, including Facebook and

7    www.dentaltown.com.  Over the past year, I have answered questions from

8    approximately 15 dentists on various online message boards and forums relating to

9    the BruxZir brand crown.

10          10.    I also give approximately 35 lectures a year throughout the United

11    States on various dental topics.  I have been giving lectures since 1995.  During

12    these lectures, the audience size ranges from approximately 35 to 4,000 dentists.

13    On average, there are approximately 100 dentists at the lectures.  On average, I will

14    have one on one interaction with approximately 35 dentists at a lecture.  In the last

15    two years my lectures have covered a variety of topics, but I always incorporate

16    BruxZir brand crowns into the lectures in some form or another.  In illustrations

17    and clinical videos involving the BruxZir brand crown presented during these

18    lectures, the BruxZir mark is typically present and displayed in association with the

19    Glidewell Labs name.

20          11.    Due in large part to my job responsibilities at Glidewell and my

21    lectures, I interact with approximately two to three thousand dentists a year by

22    phone, e-mail, on various websites, and face to face.  Over the past two years,

23    approximately half of my interactions with these dentists have involved inquiries

24    regarding the BruxZir brand crown.  The vast majority of the two to three thousand

25    dentists I have interacted with regarding BruxZir have made statements to me

26    indicating that they understand that BruxZir identifies Glidewell as the source of

27    the crown products.  By way of example, attached to the Appendix of Evidence as

28    Exhibit 74 are examples of e-mails I have received from dentists, which support my

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. MICHAEL DITOLLA
CASE NO. SACV11-01309 DOC (ANx)

16151050.3

1    conclusion that dentists understand that BruxZir identifies Glidewell as the source

2    of the crown products.  In addition, I have never heard any of the thousands of

3    dentists I interact with use the term BruxZir or "bruxer" to refer to a zirconia crown

4    generally.  Rather, when referring generally to a zirconia crown, dentists refer to the

5    crown as a zirconia crown.  Based on the above, it is my opinion that the BruxZir

6    name has attained in the minds of dentists a strong identifying source with

7    Glidewell.

8            12.    Based on the fact that in my 24 years as a dentist I have never used the

9    term "bruxer" to commonly refer to crowns, and the fact that I have never heard

10   any of the thousands of dentists I interact with a year use the term "bruxer" to

11   commonly refer to crowns, it is my opinion that "bruxer" is not a commonly used

12   term in the dental field for crowns.  Instead, the term "bruxer" refers to an

13   individual who suffers from bruxism, a parafunctional activity in which a person

14   repeatedly and habitually grinds his teeth.  I am not aware of any dictionaries or

15   other treatises that use the term "bruxer" to refer to crowns. I am also unaware of

16   any dictionaries or other treatises that use the term "bruxzir" to refer to crowns.

17   Attached to the Appendix of Evidence as Exhibit 75 are true and correct copies of

18   excerpts from multiple medical and dentist dictionaries confirming that "bruxer"

19   and "bruxzir" are not commonly recognized terms for crowns.

20           13.    Jim Shuck, Glidewell's Vice President of Sales and Marketing, came

21   up with the BruxZir name in or around June, 2009.  After he thought of the BruxZir

22   name, Mr. Shuck sent me an e-mail asking what I thought of the name. At the time,

23   I was giving a lecture to a group of approximately 75 to 80 dentists.  After I read his

24   email, I asked the group of dentists whether they thought the BruxZir name was

25   memorable.  Most of them liked the name.

26           14.    After Mr. Shuck told me the BruxZir name, I immediately liked it.  I

27   thought BruxZir was a catchy, clever, and memorable name because it suggests to

28   dentists the identity of the material in the product—zirconia—through the use of the

DECLARATION OF DR. MICHAEL DITOLLA
CASE NO. SACV11-01309 DOC (ANx)

16151050.3

Exhibit ⌜ 4 -

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1    term "Zir."  This would allow dentists to compare the product to other types of

2    crowns, such as cast gold crowns and porcelain fused to metal crowns ("PFM"),

3    and know the difference between the crowns.  In addition, the use of the term

4    "Brux" suggests to dentists that the product is strong and durable and can be used in

5    applications where a strong and durable crown is desirable, such as with a patient

6    with bruxism.  I know from my frequent discussions with dentists, including many

7    Glidewell customers, however, that the vast majority of dentists do not limit their

8    use of BruxZir brand crowns to patients with bruxism, but instead use them in a

9    variety of situations when hard and durable crowns are needed, such as for patients

10   who have chipped or broken other porcelain restorations, or teeth with short clinical

11   crowns where less than one millimeter of reduction is possible.

12        15.    I am familiar with Keating Dental Arts, Inc.'s ("Keating") KDZ

13   Bruxer crown.  KDZ Bruxer crowns and BruxZir crowns are both used for patients

14   seeking hard and durable crowns, such as people suffering from bruxism.

15   However, like BruxZir brand crowns, dentists do not limit their use of the KDZ

16   Bruxer crown to patients with bruxism.  Keating's advertisements for the KDZ

17   Bruxer crown are consistent with this.  I have reviewed numerous Keating

18   advertisements for the KDZ Bruxer crown, and Keating does not use the word

19   "bruxer" to describe its own products (other than in its name).  Nor does Keating

20   specify "bruxers" or "bruxism" as an indicated use of its products in the advertising

21   materials I have reviewed.  Instead, the indicated use is much more general such as

22   for patients seeking "strength" and "esthetics."  Attached to the Appendix of

23   Evidence as Exhibit 76 are true and correct copies of Keating's advertisements I

24   reviewed.

25        16.    Based on my 24 years of experience as a dentist and my interactions

26   with thousands of dentists a year, it is my understanding that it is common for

27   dentists to have a dental assistant fill out information on a prescription form such as

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1  a patient's information, product name (i.e. type of crown), tooth number, and shade,

2  and the dentists will sign the form.

3       17.    To my knowledge, prior to Glidewell's use of the BruxZir mark, no

4  competitor had ever used "bruxzir" or "bruxer" as a name for dental crowns or

5  bridges.

6       18.    In 2007, Glidewell began experimenting with a new type of crown,

7  made entirely of zirconia.  The advantages of this new monolithic zirconia (or "full

8  contour zirconia") crown were that it would be extremely hard – sufficiently hard to

9  be used in applications requiring a material with high tensile and compressive

10  strength, including for patients with "bruxism," and that it could be milled from a

11  block of zirconia based on a digital representation of the patient's mouth.  The

12  disadvantage was that zirconia is an unattractive material, due to its extreme

13  whiteness and lack of translucency.  Ultimately, Glidewell was able to partially

14  overcome the aesthetic challenges of the material, devising a process for fabricating

15  a full contour zirconia crown that was sufficiently appealing that it could be used in

16  a variety of applications.

17       19.    The BruxZir crown and KDZ Bruxer crown are not the only crowns

18  available to dentists who seek a strong and durable crown, such as one to stand up

19  to the stress of bruxism.  For example, dentists also use cast gold crowns, other cast

20  metal crowns, and PFM with a metal occlusal for patients with bruxism.  Each of

21  these crowns has advantages and disadvantages.  The advantages of a cast gold

22  crown include strength, low wear on opposing teeth, and durability, and the

23  disadvantages include high cost and lack of esthetics.  The advantages of other cast

24  metal crowns include strength, durability, and cheaper cost than cast gold, and the

25  disadvantages include lack of esthetics and more wear on opposing teeth than gold

26  cast.  The advantages of a PFM crown with a metal occlusal include strength and

27  familiarity and predictability based on decades of use, and the disadvantages

28  include lack of esthetics.  Attached as Exhibits 3 and 4 to the Appendix of Evidence

DECLARATION OF DR. MICHAEL DITOLLA
CASE NO. SACV11-01309 DOC (ANx)

Exhibit I - 6 -
-74-
16151050.3

1  are advertisements from Glidewell, which visually compare a BruxZir brand crown

2  to a cast gold crown and a PFM with a metal occlusal crown.  Although each of

3  these crowns are used by dentists for patients with bruxism, I have never heard a

4  dentist refer to any of them as "bruxers" or "bruxer crowns."

5       20.    Based upon my 24 years of experience as a dentist and interactions

6  with thousands of dentists a year, it is my experience that when ordering a crown

7  such as the BruxZir brand crown or KDZ Bruxer crown, dentists are not likely to

8  consider the BruxZir name and the KDZ Bruxer name side by side because the

9  products are not sold like goods on a shelf in a store, but instead must be specially

10  ordered.  Dentists generally become familiar with a product like a crown based on

11  advertising, newsletters, journals, and speaking with their labs and other dentists,

12  where such products are rarely compared side by side.

13       21.    Glidewell's BruxZir brand crowns, Keating's KDZ Bruxer crowns,

14  and other competitors' full contour zirconia crowns have similar features and are

15  generally indicated for the same uses.  Based upon my 24 years of experience as a

16  dentist and interactions with thousands of dentists a year, it is my experience that

17  many dentists may regard them as interchangeable.

18

19  ///

20

21  ///

22

23  ///

24

25  ///

26

27  ///

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. MICHAEL DITOLLA
CASE NO. SACV11-01309 DOC (ANx)

16151050.2

Exhibit I  - 7 -
-75-

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2012 in Newport Beach, California.

Dr. Michael C. DiTolla

Exhibit I
-76-

# Exhibit J

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF ROBIN CARDEN IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> Hearing <br><br> Date:  December 17, 2012 <br> Time:  8:30 a.m. <br> Ctrm:  9D, Hon. David O. Carter <br><br> Pre-Trial Conf.:  January 28, 2013 <br> Jury Trial:  February 26, 2013 |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

I, Robin Carden, declare as follows:

1.      I am Vice President of Research and Development, of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") and have held this position since December 2011.  I have personal knowledge of the statements contained in this declaration.

2.      I began working with Glidewell as a consultant in 2005.  I was hired to look at exploring solid zirconia as a material for dental products.  I was familiar with zirconia because of previous experience with zirconia ferrules, or connecting devices, for fiber optics.   Thus, beginning in 2005, I began developing for Glidewell a new type of crown, a solid zirconia crown.  In December 2009, I became a full time employee and was named Senior Director of Research and Development.  In December 2011, I was promoted to my current position of Vice President of Research and Development.

3.      Since joining Glidewell, I have given multiple presentations on the technical aspects of Glidewell's BruxZir brand products, namely the solid zirconia technology used to make those products.  I have given these presentations both inside and outside of Glidewell.  Some were open to the public, including the BruxZir Summit, discussed below.

4.      In particular, I gave a presentation regarding the technical aspects of BruxZir brand products to an audience of approximately 800-900 people, comprised of approximately 40 percent dentists and 60 percent dental lab representatives, at the Cal-Lab 86th Annual Meeting, Chicago, Illinois, in February 2012 ("Chicago Dental Conference").  A true and correct copy of my presentation at the Chicago Dental Conference, entitled "Why do Labs choose BruxZir Solid Zirconia?," is attached as Exhibit 53 to the concurrently filed Appendix of Evidence in Support of James R. Glidewell Dental Ceramics, Inc.'s Motions for Summary Judgment (hereinafter, "Appendix of Evidence").  Both my presentation materials and my verbal presentation prominently featured the BruxZir mark and promoted

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer

——— L.L.P. ———
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1    its association with Glidewell and its products.  Both my presentation materials and

2    my verbal presentation affirmatively distinguished Glidewell's BruxZir brand

3    products over other competitors' zirconia products.  In particular, I explained the

4    technical features that make Glidewell's BruxZir brand products unique and

5    superior to its competitors' zirconia products, such as Dental Arts Laboratories,

6    Inc.'s Prismatik Clinical Zirconia, Sagemax HT Zirconia, DOCERAM Zirconia,

7    AmannGirrbach Zirconia, Zirkon Zahn SPL Zirconia, and Dentsply's Cercon

8    Zirconia.  I emphasized that these competitors' zirconia products are not made from

9    BruxZir brand products, and that only Glidewell supplies the BruxZir brand

10   products.

11       5.       I gave a similar presentation regarding the technical aspects of BruxZir

12   brand products to an audience of approximately 200 dental lab representatives,

13   comprised of approximately 20 percent dentists and 80 percent dental lab

14   representatives, at the Dental Laboratory Owners Association of California

15   ("DLOAC") Expo and Symposium, Pasadena, California, in November 2011

16   ("Pasadena Dental Conference").  A true and correct copy of my presentation at the

17   Pasadena Dental Conference, entitled "Why do Labs choose BruxZir Solid

18   Zirconia?," is attached as Exhibit 67 to the concurrently filed Appendix of

19   Evidence.  My presentation prominently featured the BruxZir mark and promoted

20   its association with Glidewell and its products.   Both my presentation materials and

21   my verbal presentation affirmatively distinguished Glidewell's BruxZir brand

22   products over other competitors' zirconia products.  In particular, I explained the

23   technical features that make Glidewell's BruxZir brand products unique and

24   superior to its competitors' zirconia products, such as Dental Arts Laboratories,

25   Inc.'s Prismatik Clinical Zirconia, Sagemax HT Zirconia, DOCERAM Zirconia,

26   AmannGirrbach Zirconia, Zirkon Zahn SPL Zirconia, and Dentsply's Cercon

27   Zirconia.  I emphasized that these competitors' zirconia products are not made from

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

BruxZir brand products, and that only Glidewell supplies the BruxZir brand products.

6.      I gave a presentation regarding the technical aspects of BruxZir brand products to an audience of approximately 10 dental lab representatives  at the January 3, 2012 BruxZir Summit in Orange County, California ("BruxZir Summit").  This BruxZir Summit takes place at Glidewell and is open to the public. A true and correct copy of my presentation at this 2012 BruxZir Summit, titled "BruxZir Zirconia Technology," dated January 3, 2012, is attached as Exhibit 24 to the concurrently filed Appendix of Evidence.  Both my presentation materials and my verbal presentation prominently featured the BruxZir mark and promoted its association with Glidewell and its products.  Both my presentation materials and my verbal presentation affirmatively distinguished Glidewell's BruxZir brand products over other competitors' zirconia products.  In particular, I explained the technical features that make Glidewell's BruxZir brand products unique and superior to its competitors' zirconia products, such as Dental Arts Laboratories, Inc.'s Prismatik Clinical Zirconia, Sagemax HT Zirconia, DOCERAM Zirconia, AmannGirrbach Zirconia, Zirkon Zahn SPL Zirconia, and Dentsply's Cercon Zirconia.  I emphasized that these competitors' zirconia products are not made from BruxZir brand products, and that only Glidewell supplies the BruxZir brand products.

7.      Since November 2011 and through the date of this declaration, through my various communications with dentists and dental lab representatives at trade shows, I am aware that dentists and dental lab representatives generally are aware that the BruxZir mark is a brand or trademark that signifies a single source of zirconia crowns and bridges and the zirconia material from which those products are made.

8.      Since November 2011 and through the date of this declaration, through my various communications with dentists and dental lab representatives at trade

1  shows, I am aware that dentists and dental lab representatives generally are aware

2  that the BruxZir mark is a brand or trademark associated with Glidewell.

3      9.      Since November 2011 and through the date of this declaration, through

4  my various communications with dentists and dental lab representatives at trade

5  shows, I am aware that dentists and dental lab representatives generally are aware

6  that the BruxZir mark is a brand or trademark that signifies that Glidewell was the

7  source of zirconia crown or bridge marketed under that trademark.

8      10.     Since November 2011 and through the date of this declaration, through

9  my various communications with dentists and dental lab representatives at trade

10 shows, I am aware that dentists and dental lab representatives generally are aware

11 that the BruxZir mark is a brand or trademark that signifies that Glidewell was the

12 source of zirconia material (from which zirconia crowns and bridges may be made)

13 marketed under that trademark.

14     11.     During my tenure at Glidewell, I have also published articles about

15 BruxZir brand products, including articles targeting patients, dentists, and dental

16 labs.  In particular, I published an article discussing the technical aspects of BruxZir

17 brand products, entitled "BruxZir®: Virtually Bulletproof What Is It? Why Does it

18 Work," in *Inclusive Dental Driven Impact Solutions*, Volume 1, Issue 3, Summer

19 2010.  A true and correct copy of this article is attached as Exhibit 54 to the

20 concurrently filed Appendix of Evidence.  This article prominently features the

21 BruxZir mark and its association with Glidewell and its products.

22     12.     I published an article discussing the technical aspects of BruxZir brand

23 products, entitled "Strength and Flexibility of BruxZir Solid Zirconia Implant

24 Restorations," in *Inclusive Dental Driven Impact Solutions*, Volume 3, Issue 2,

25 Summer 2012.  A true and correct copy of this article is attached as Exhibit 55 to

26 the concurrently filed Appendix of Evidence.  This article prominently features the

27 BruxZir mark and its association with Glidewell and its products.

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF ROBIN CARDEN
CASE NO. SACV11-01309 DOC (ANx)

13.     I wrote an article discussing the technical aspects of BruxZir brand products, entitled "A Changing Direction In Dentistry: Full-Contour Zirconia," published in the *Journal of Dental Technology*, February 2011.  A true and correct copy of this article is attached as Exhibit 56 to the concurrently filed Appendix of Evidence.  This article prominently features the BruxZir mark and its association with Glidewell and its products.

14.     I wrote an article discussing the technical aspects of BruxZir brand products, titled "Virtually Bulletproof," published in *Ceramic Industry: The Exclusive Global Voice of Ceramic & Glass Business and Manufacturing*, on December 1, 2010.  A true and correct copy of this article is attached as Exhibit 57 to the concurrently filed Appendix of Evidence.  This article prominently features the BruxZir mark and its association with Glidewell and its products.

15.     I gave an interview on BruxZir brand products, which was published as a Q&A article in *Dental Products Report* (www.dentalproductsreport.com), August 22, 2012.  A true and correct copy of this Q&A article is attached as Exhibit 25 to the concurrently filed Appendix of Evidence.  In this Q&A article, I also discussed that BruxZir brand products have received industry recognition, including being awarded the prestigious "Best Product Innovation Award" in the Advanced Ceramic category by the Tosoh Corporation on in December 2010.  The interview prominently featured the BruxZir mark and its association with Glidewell and its products.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1        I declare under the penalty of perjury under the laws of the United States of

2 America that the foregoing is true and correct, and that this declaration was

3 executed on November 19th, 2012, at _____IRVINE_____, California.

Robin Carden

DECLARATION OF ROBIN CARDEN
CASE NO. SACV11-01309 DOC (ANx)

16153147.1

# EXHIBIT K

# [FILED UNDER SEAL]

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF ROBIN BARTOLO IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing<br><br>Date:   December 17, 2012<br>Time:   8:30 a.m.<br>Ctrm:   9D, Hon. David O. Carter<br><br>Pre-Trial Conf.:   January 28, 2013<br>Jury Trial:          February 26, 2013 |

## HIGHLY CONFIDENTIAL - FILED UNDER SEAL

## (PURSUANT TO PROTECTIVE ORDER DATED JANUARY 30, 2012)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

16153159.1

I, Robin Bartolo, declare as follows:

1.       I am Sales Manager for Glidewell Direct, a division of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell"), and have held this position since I joined Glidewell in January 2009.  I have personal knowledge of the statements contained in this declaration.

2.       As Sales Manager for Glidewell Direct, my primary duties focus on managing the sales of Glidewell products to current and potential customers, and promoting Glidewell's Authorized BruxZir Lab program to dental labs.

3.       In particular, Glidewell Direct focuses on the advertising, marketing, and sales of Glidewell BruxZir brand products such as milling blanks, milling machines, sintering machines, coloring kits, and other complementary products for dental labs to fabricate BruxZir brand crowns.

4.       As Sales Manager for Glidewell Direct, I regularly attend dental trade shows that draw thousands of dentists and dental lab representatives from across the United States.  At these trade shows, I have consistently and actively promoted and worked to establish Glidewell's BruxZir mark as an identifier of Glidewell as a source of BruxZir brand zirconia crown and bridge products.  In particular, since joining Glidewell in January 2009, I have attended the following 17 trade shows: (1) Lab Day West, May 9, 2009, Garden Grove, California, approximately 400 dental lab representatives in attendance; (2) California Dental Association ("CDA") Dental Convention, May 13, 2009, Anaheim, California, approximately 6,000 dentists in attendance; (3) CDA Dental Convention, May 14-15, 2010, Anaheim, California, approximately 6,000 dentists in attendance; (4) Lab Day West, May 8, 2010, Garden Grove, California, approximately 400 dental lab representatives in attendance; (5) American Dental Association ("ADA") Annual Session, October 8-10, 2010, Orlando, Florida, approximately 7,000 dentists in attendance; (6) Lab Management Today ("LMT") Chicago Midwinter Meeting, February 23-26, 2011, Chicago, Illinois, approximately 500 dental lab representatives in attendance; (7)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Lab Day West, May 7, 2011, Garden Grove, California, approximately 400 dental lab representatives in attendance; (8) CDA Dental Convention, May 12, 2011, Anaheim, California, approximately 6,000 dentists in attendance; (9) American Academy of Dental Sleep Medicine Annual Meeting, June 12-16, 2011, Minneapolis, Minnesota, approximately 2,000 dentists in attendance; (10) CDA Dental Convention, October 9-11, 2011, San Francisco, California, approximately 5,000 dentists in attendance; (11) Dental Laboratory Owners Association of California ("DLOAC") Expo and Symposium, November 17-18, 2011, Pasadena, California, approximately 200 dental lab representatives in attendance; (12) LMT Chicago Midwinter Meeting, February 22-25, 2012, Chicago, Illinois, approximately 500 dental lab representatives in attendance; (13) Colorado Dental Lab Association Meeting, March 23-24, 2012, approximately 30 dental lab representatives in attendance; (14) CDA Dental Convention, May 3-4, 2012 Anaheim, California, approximately 6,000 dentists in attendance; (15) Lab Day West, May 5, 2012, Garden Grove, California, approximately 400 dental lab representatives in attendance; (16) ADA Annual Session, October 12-20, 2012, San Francisco, California, approximately 8,700 dentists in attendance; and (17) DLOAC Expo and Symposium, November 16-17, 2012, Anaheim, California, approximately 200 dental lab representatives in attendance.

5.     Since January 2009 and through the date of this declaration, through my various communications with dentists and dental lab representatives at trade shows, I am aware that dentists and dental lab representatives generally are aware that the BruxZir mark is a brand or trademark that signifies a single source of zirconia crowns and bridges and the zirconia material from which those products are made.

6.     Since January 2009 and through the date of this declaration, through my various communications with dentists and dental lab representatives at trade

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

shows, I am aware that dentists and dental lab representatives generally are aware
that the BruxZir mark is a brand or trademark associated with Glidewell.

7.    Since January 2009 and through the date of this declaration, through
my various communications with dentists and dental lab representatives at trade
shows, I am aware that dentists and dental lab representatives generally are aware
that the BruxZir mark is a brand or trademark that signifies that Glidewell was the
source of zirconia crown or bridge marketed under that trademark.

8.    Since January 2009 and through the date of this declaration, through
my various communications with dentists and dental lab representatives at trade
shows, I am aware that dentists and dental lab representatives generally are aware
that the BruxZir mark is a brand or trademark that signifies that Glidewell was the
source of zirconia material (from which zirconia crowns and bridges may be made)
marketed under that trademark.

9.    As Sales Manager for Glidewell Direct, I have become familiar with
Glidewell's competitors and products, including those of Keating Dental Arts.  To
the best of my knowledge, Keating does not sell zirconia milling blanks, milling
machines, sintering machines, coloring kits, and other complementary products to
dental labs.  Thus, Keating generally is not a competitor in the market that
Glidewell Direct targets:   specifically, the dental lab market.

10.   As part of my duties and responsibilities as Sales Manager for
Glidewell Direct, I am occasionally involved with communicating via telephone
with dental lab representatives who may be infringing on Glidewell's BruxZir mark.
In such telephone communications, I explained that Glidewell owns the federally
registered BruxZir trademark for dental crowns and other dental restoration
products, that Glidewell also uses BruxZir as a trademark for milling blanks and
certain other products, and that the respective dental lab used a mark confusingly
similar to Glidewell's BruxZir mark.  I further explained to the respective dental lab
the benefits of becoming an Authorized BruxZir Lab.  I offered these dental labs the

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

opportunity to become an Authorized BruxZir Lab.  Alternatively, if the dental lab declined to become an Authorized BruxZir Lab, then I requested that such lab stop using its mark that was confusingly similar to Glidewell's BruxZir mark.

11.    There are two principal ways that a dental lab can became an Authorized BruxZir Lab: (i) purchase from Glidewell BruxZir brand milling blanks and coloring kits enabling the dental lab to fabricate BruxZir brand zirconia crowns, or (ii) outsource to Glidewell the fabrication of BruxZir brand zirconia crowns (i.e. by sending to Glidewell a digital or physical impression model to fabricate).

12.    Even when such dental labs agree to become an Authorized BruxZir Lab, such labs are not allowed use a mark that is confusingly similar to Glidewell's BruxZir mark.

13.    In particular, R-dent Dental Laboratory, Inc., Authentic Dental Lab, Pittman Dental Laboratory, and Assured Dental Lab are examples of dental labs I, along with Glidewell's in-house counsel, Mr. Keith Allred, communicated with regarding their infringement of Glidewell's BruxZir mark.

14.                    REDACTED

15.                    REDACTED

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16153159.1

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

REDACTED

.

16.     A true and correct copy of an e-mail chain, dated between February 9, 2011 and February 14, 2011, between Pittman Dental Laboratory and Mr. Allred regarding our notice of infringement of Glidewell's BruxZir mark is attached as Exhibit 50 to the concurrently filed Appendix of Evidence.  I am CC-ed on this email chain.  This e-mail chain also includes a formal letter sent from Mr. Allred to Pittman Dental Laboratory on February 9, 2011 regarding same.

17.     A true and correct copy of an e-mail chain, dated April 18, 2011, between Assured Dental Lab and Mr. Allred regarding our notice of infringement of Glidewell's BruxZir mark is attached as Exhibit 51 to the concurrently filed Appendix of Evidence.  I am CC-ed on this email chain.  This e-mail chain also includes a formal letter sent from Mr. Allred to Pittman Dental Laboratory on April 18, 2011 regarding same.

18.     REDACTED

.

19.     REDACTED

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

REDACTED

.

20.    I followed-up my August 9, 2011 letter with an e-mail to Mr. Keating on August 16, 2011 regarding whether Keating would like to become an Authorized BruxZir Lab.  Attached as Exhibit 58 to the concurrently filed Appendix is a true and correct copy of this August 16, 2011 email from me to Mr. Keating.  Mr. Keating never responded to this e-mail.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Snell & Wilmer
——— L.L.P. ———
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

16153159.1

1      I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct, and that this declaration was

3  executed on November 19 , 2012, at SAN CLEMENTE California.

4

5

6              Robin Bartolo

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV 11-01309 DOC (ANx)

# EXHIBIT L

# [FILED UNDER SEAL]

Exhibit L

-94-

1   SNELL & WILMER L.L.P.
2   Philip J. Graves (SBN 153441)
    pgraves@swlaw.com
    Greer N. Shaw (SBN 197960)
3   gshaw@swlaw.com
    350 South Grand Avenue, Suite 2600
4   Two California Plaza
    Los Angeles, CA  90071
5   Telephone: (213) 929-2500
    Facsimile:  (213) 929-2525
6
7   Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
8   d/b/a Glidewell Laboratories

9                UNITED STATES DISTRICT COURT

10              CENTRAL DISTRICT OF CALIFORNIA

11                    SOUTHERN DIVISION

12   JAMES R. GLIDEWELL DENTAL          Case No. SACV11-01309-DOC(ANx)
     CERAMICS, INC.,
13                                      **DECLARATION OF KEITH
                         Plaintiff,     ALLRED IN SUPPORT OF JAMES
14                                      R. GLIDEWELL DENTAL
     vs.                                CERAMICS, INC.'S MOTIONS FOR
15                                      SUMMARY JUDGMENT**
     KEATING DENTAL ARTS, INC.,
16
                         Defendant.
17
                                        Hearing
18
     AND RELATED                        Date:  December 17, 2012
19   COUNTERCLAIMS.                     Time:  8:30 a.m.
                                        Ctrm:  9D, Hon. David O. Carter
20
                                        Pre-Trial Conf.:   January 28, 2013
21                                      Jury Trial:         February 26, 2013
22
23
24
25
26
27
28

Snell & Wilmer
———— L.L.P. ————
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16153350.1

Exhibit L
-95-

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

I, Keith Allred, declare as follows:

1.      I am General Counsel of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") and have held this position at all times relevant to this lawsuit.  Except where noted to be otherwise, I state the following of my own knowledge and, if called upon to do so, could and would testify competently to the following.

2.      In the course of my duties as General Counsel I have become familiar with the filing system in place at Glidewell.  I, as well as other Glidewell employees, rely on Glidewell's filing system to contain accurate copies of business records, which records accurately report events pertaining to Glidewell's business at or near the time of the events recorded.

3.      One of my duties as General Counsel at Glidewell is to file trademark applications.  In June of 2009, I personally filed the trademark application for the BruxZir mark in connection with dental restoration products, including crowns and bridges, which is at issue in this case.  BruxZir is registered in the United States in connection with Dental Bridges; Dental Caps; Dental Crowns; Dental Inlays; Dental Onlays; Dental prostheses (International Class 10).  I refer to these products as "dental restoration products."

4.      Glidewell's application to register the BruxZir mark was granted in January of 2010.

5.      Glidewell keeps copies of its trademark applications, registrations, and associated file histories in its files in the ordinary course of business.  Attached to the concurrently filed Appendix of Exhibits (the "Appendix") as Exhibit 59 is a true and correct copy of the trademark registration for BruxZir in connection with dental restoration products, Registration No. 3,739,663.  Attached to the Appendix as Exhibit 60 is a true and correct copy of the file history for the registration of the BruxZir mark in connection with dental restoration products.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Exhibit L - 2 -
-96-

16153350.1

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

6.     The BruxZir mark is owned by James R. Glidewell, Dental Ceramic, Inc. DBA Glidewell Laboratories.

7.     Glidewell uses the mark in connection with other products as well, for which the mark is not currently registered, including milling blanks and various pieces of lab equipment used in the manufacture of dental restoration products.  I personally filed an application for registration in the United States for use of the BruxZir mark in connection with dental ceramics (International Class 005), including milling blanks.  Attached to the Appendix as Exhibit 61 is a true and correct copy of the file history for that application.

8.     The application for registration of BruxZir in connection with dental ceramics, including milling blanks, is pending.  Keating Dental Arts, Inc. ("Keating") has submitted an opposition to the registration, and the registration is currently on hold pending the outcome of this lawsuit.

9.     The BruxZir mark is additionally registered in connection with both dental restoration products and milling blanks in Europe.  Milling blanks are the zirconia material used in the production of Glidewell's BruxZir brand dental restoration products.

10.     One of my duties as General Counsel is to monitor for usage of trademarks in the marketplace that are confusingly similar to the BruxZir mark.  The monitoring generally consists of both myself and others at Glidewell reviewing advertisements in trade publications and evaluating reports of potential confusion communicated to me by other Glidewell personnel.

11.     When a confusingly similar mark is located, it is my duty to ensure that the infringing company ceases using the infringing mark.  The actions I take range from correspondence with the infringing party, to cease and desist letters, to instituting litigation.  Of all of the trademark disputes Glidewell has had with third parties concerning the BruxZir mark, the only case that went to litigation is this case with Keating.

350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500
LAW OFFICES
Snell & Wilmer
L.L.P.

1    12.    My enforcement efforts generally begin with a letter to the infringing

2  party.  In my initial communication I explain why we believe the infringing mark

3  threatens a likelihood of confusion. Glidewell's policy, which is implemented by

4  me, is to request that the infringing party change its mark to a mark that poses no

5  threat of confusion with the BruxZir mark.  As an alternative, the infringing party

6  may choose to become an Authorized Lab and use Glidewell's BruxZir mark in

7  connection with its products.  In the event the infringing party expresses interest in

8  becoming an Authorized Lab, I direct the infringing party to Robin Bartolo,

9  Glidewell's Sales Manager.  Either way, the infringing party will have to change its

10  mark: either to something not confusingly similar to BruxZir, or to the actual

11  BruxZir mark in the event the party becomes an Authorized Lab.

12    13.    I have never told an infringing party that the *only* way to avoid a

13  lawsuit is to become an Authorized Lab.  The infringing party always has the

14  choice to simply change its mark to something that is not confusingly similar to

15  BruxZir.

16    14.    Glidewell has only enforced its BruxZir mark against companies

17  offering solid zirconia dental restoration products—i.e. direct competitors of

18  Glidewell.  The following are examples of trademarks that Glidewell deemed to be

19  confusingly similar to the BruxZir mark.  I was personally involved in all of the

20  following examples of trademark enforcement.

21    15.    Attached to the appendix as Exhibit 62 is a true and correct cease and

22  desist e-mail I wrote to Sarah Wang of Advanced Dental Laboratory concerning

23  Advanced Dental Laboratory's use of the mark "BruxZir" to advertise and promote

24  dental restoration products.

25    16.    Attached as Exhibit 63 is a true and correct copy of correspondence

26  between myself and Dentopia Dental Lab, including a cease and desist e-mail that I

27  sent, an e-mail response I received in response to the cease and desist e-mail, and a

28  follow up e-mail from me.  The correspondence concerned Dentopia Dental Lab's

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

use of the confusingly similar mark "Full Zirconia (Bruxzir)" to advertise and promote dental restoration products.

17.     Attached to the Appendix as Exhibit 64 is a true and correct copy of correspondence between myself and Showcase Dental Lab, including an e-mailed cease-and-desist letter from me, multiple e-mail responses I received regarding the cease and desist letter, multiple e-mail responses I sent in response, and a copy of Showcase Dental Lab's website demonstrating that they changed their mark.   The correspondence concerned Showcase Dental Lab's use of the confusingly similar mark "Zir-Bruxer Crown" to advertise and promote zirconia crowns.

18.     Attached to the Appendix as Exhibit 51 is a true and correct copy of a cease and desist letter I sent to Assured Dental Lab.  The correspondence concerns Assured Dental Lab's use of the confusingly similar mark "Z-Brux" to advertise and promote zirconia crowns.

19.     Attached to the Appendix as Exhibit 65 is a true and correct copy of a cease and desist letter I sent to Barth Dental Lab.  The correspondence concerns Barth Dental Lab's use of the confusingly similar marks "Z-Brux" and "Bruxzir" to advertise and promote zirconia crowns.

20.     Attached to the Appendix as Exhibit 48 is a true and correct copy of correspondence between myself and R-Dent Laboratory, including a cease and desist letter and multiple follow up e-mails between myself and R-Dent Laboratory. The correspondence concerns R-Dent Laboratory's use of the confusingly similar mark "R-Brux" to advertise and promote zirconia dental restoration products.

21.     Attached to the Appendix as Exhibit 66 is a true and correct copy of a cease and desist letter I drafted and sent to China Dental Outsourcing, Inc. concerning its use of the confusingly similar mark "Bruxer All Zirconia" to advertise and promote dental restoration products.

22.     Attached to the Appendix as Exhibit 50 is a true and correct copy of a cease and desist letter and a follow up e-mail I sent to Pittman Dental Laboratory

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

concerning its use of the confusingly similar mark "BRUXER All-Zirconia Crown" to advertise and promote zirconia crowns.

23.     Attached to the Appendix as Exhibit 49 is a true and correct copy of correspondence between myself and Authentic Dental Lab, including a cease and desist letter and follow up e-mails between myself and Authentic Dental Lab, concerning its use of the confusingly similar mark "Brux crowns" to advertise and promote zirconia crowns.

24.     Attached to the Appendix as Exhibit 68 is a true and correct copy of correspondence between myself and Fusion Dental Lab Solutions, including a cease and desist letter I sent and follow-up correspondence between Fusion Dental Lab Solutions and myself, concerning Fusion Dental Lab Solutions's use of the confusingly similar mark "Full Solid Bruxer Zirconia" to advertise and promote zirconia dental restoration products.

25.     Attached to the Appendix as Exhibit 69 is a true and correct copy of correspondence between myself and Old Dominion Milling Corp., including a cease and desist letter I sent and follow-up correspondence between Old Dominion Milling Corp. and myself, concerning Fusion Dental Lab Solutions's use of the confusingly similar mark "Bruxer" to advertise and promote zirconia dental restoration products.

26.     The foregoing exhibits constitute all of the cease and desist letters Glidewell has sent pertaining to the BruxZir mark.

27.     During my deposition in this case, Keating's attorney brought to my attention for the first time two instances on Glidewell's website where the ® symbol was mistakenly used in connection with BruxZir brand products that were not within the scope of the goods and services identified on Registration No. 3,739,663.  One instance involved a use on the website in connection with milling blanks, and another in connection with a mill.  Attached to the Appendix as Exhibit 70 is a true and correct copy of Exhibit 97 from my deposition, which is the

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Exhibit L - 6 -
-100-

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

1  Glidewell webpage showing the ® symbol in connection with milling blanks.

2  Attached to the Appendix as Exhibit 71 is a true and correct copy of Exhibit 98,

3  which is the Glidewell webpage showing the ® symbol in connection with a mill.

4      28.    Glidewell has also located and produced to Keating a copy of an e-

5  mail blast that was sent to Glidewell customers that used the ® symbol in

6  connection with a BruxZir brand milling system.  Attached to the Appendix as

7  Exhibit 72 is a true and correct copy of that advertisement.

8      29.    The usages of the ® symbol in Exhibits 70 - 72 were inadvertent, and

9  not consistent with Glidewell's policy, which is to only use the ® in connection

10  with BruxZir brand dental restoration products within the class for which the

11  BruxZir mark is registered; i.e., Dental Bridges; Dental Caps; Dental Crowns;

12  Dental Inlays; Dental Onlays; Dental prostheses (International Class 10).

13  Glidewell's policy is to use either the ™ symbol or no symbol when using the

14  BruxZir mark in connection with goods for which it is not registered.  The two

15  instances identified on Glidewell's website were corrected within one day of my

16  becoming aware of them.  The email blasts could not of course be recalled, but the

17  company intends to reiterate its instructions to marketing personnel regarding the

18  proper usage of the ® symbol on its marketing materials.

19      30.    Glidewell has spent approximately    REDACTED    to advertise

20  and promote the BruxZir brand, in a wide variety of diverse channels, including

21  print media, internet-based advertising, direct mailers, and videos.  Due to the sheer

22  amount and diversity of Glidewell's advertising (including for products other than

23  BruxZir brand products), I cannot personally review all of the advertising that goes

24  out to ensure legal compliance.  Instead, I have personally trained various members

25  of the marketing department, including the Vice President of the marketing group,

26  Jim Shuck, on the proper usage of the ® symbol.  In turn, he, or those employees

27  that work directly under him, review the advertising for the proper usage of the ®

28  symbol.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16153350.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

31.     This system has proven effective in ensuring the proper usage of the ®

symbol at Glidewell.  Its effectiveness is demonstrated by the fact that despite

Glidewell generating voluminous amounts of advertising each year, only a small

handful of improper (and inadvertent) uses of the ® symbol have been brought to

our attention.

32.     Certainly I have never used the ® symbol with the intent to deceive

either the public or other members of Glidewell's trade.  Nor has anyone at

Glidewell expressed or indicated to me any intent to deceive the public or other

members of the trade.

33.     Part of my duties as General Counsel at Glidewell is to be aware of

and manage all litigation involving Glidewell. Aside from the present lawsuit, there

has been no litigation over the validity of the BruxZir mark, and, as a result, no

court has adjudicated it to be generic. Further, I do not believe the BruxZir mark is

generic—I believe it is a distinctive mark. Nor has anyone at Glidewell indicated to

me a belief that the BruxZir mark is generic.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Exhibit L - 8 -
-102-

16153350.1

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

1      I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3      Executed on November 19, 2012, at Newport Beach, California.

4

5                                 _____

6                                Keith Allred

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

16153350.1

Exhibit L
-103-

# EXHIBIT M

# [FILED UNDER SEAL]

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. | Case No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF NICOLE FALLON IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** |
| AND RELATED COUNTERCLAIMS. | Hearing <br><br> Date:   December 17, 2012 <br> Time:  8:30 a.m. <br> Ctrm:  9D, Hon. David O. Carter <br><br> Pre-Trial Conf.:   January 28, 2013 <br> Jury Trial:         February 26, 2013 |

## HIGHLY CONFIDENTIAL - FILED UNDER SEAL

## (PURSUANT TO PROTECTIVE ORDER DATED JANUARY 30, 2012)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DECLARATION OF NICOLE FALLON
CASE NO. SACV11-01309 DOC (ANx)

16164685.1

I, Nicole Fallon, declare as follows:

1.      I am Technical Advisor in the Fixed Prosthodontics Department, of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell").  I have personal knowledge of the statements contained in this declaration.

2.      I began working for Glidewell in May 2000 as a customer service specialist.  In January 2001, I was promoted to Technical Advisor for Glidewell's Fixed Prosthodontics Department.  In or about 2002, I temporarily left Glidewell to obtain further dental-related training at the Las Vegas Institute for Advanced Dental Studies ("LVI Global") in Las Vegas, Nevada.  After completing my studies at LVI Global, I returned to Glidewell in September 2005 as Technical Advisor for Glidewell's Fixed Prosthodontics Department and have held this position since.

3.      As Technical Advisor for Glidewell's Fixed Prosthodontics Department, in my normal course of business, my primary duties include (i) communicating with dentists and dental offices regarding Glidewell products that may be helpful to the dentists' particular treatment plans, and (ii) if there are issues with Glidewell or potential Glidewell orders, I contact the dentists and dental offices to follow up and resolve such issues.

4.      On April 2, 2012,                                          REDACTED

,

called me to request a Glidewell discount because REDACTED believed she had purchased a BruxZir® zirconia crown.  In response, I told REDACTED to send me a copy of Glidewell's invoice showing the purchase of the BruxZir® zirconia crown.  Shortly after this phone conversation, REDACTED sent me a fax transmittal enclosing a copy of an invoice from Defendant Keating Dental Arts, Inc. showing REDACTED purchase of a KDZ Bruxer crown ("Keating Bruxer Invoice").   A true and correct copy of this April 2, 2012 fax transmittal addressed to me and sent from REDACTED

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1    REDACTED                    enclosing a copy of an invoice from Defendant

2   Keating Dental Arts, Inc. showing REDACTED purchase of a KDZ Bruxer crown

3   ("Keating Bruxer Invoice") is attached as Exhibit 1 to the concurrently filed

4   Appendix of Evidence in Support of James R. Glidewell Dental Ceramics, Inc.'s

5   Motions for Summary Judgment (hereinafter, "Appendix of Evidence").

6        5.    I was confused to see the Keating Bruxer Invoice. I therefore

7   contacted        REDACTED        on April 3, 2012 to resolve this issue. When I

8   called      REDACTED    ,  REDACTED   answered the phone. I told   REDACTED

9   that she had sent a Keating invoice and that Keating does not make BruxZir®

10  zirconia crowns. While our phone conversation was on-going,  REDACTED  relayed

11  this information to REDACTED  REDACTED joined the phone conversation and said that she

12  thought "BruxZir" and "Bruxer," from Keating, "were the same thing." In response

13  to REDACTED confusion, I explained to REDACTED that Glidewell is the originator of the

14  BruxZir-branded crown.  REDACTED then said that "that's pretty sneaky of them to

15  advertise the almost identical product, with the name just spelled slightly different,"

16  or words to that effect.

17        6.    I then offered REDACTED a BruxZir® zirconia crown at no charge for

18  comparison. At this point, while the phone conversation was on-going, REDACTED went

19  to look for the patient's impression models.  REDACTED returned to the phone shortly

20  thereafter and told me that she had discarded the patient's impression models, which

21  is required for Glidewell to make the BruxZir® zirconia crown. As an alternative, I

22  offered Dr. Le a BruxZir® zirconia crown at no charge when a suitable future case

23  arises. In response, REDACTED stated that she would call me when they had a case to

24  send me. At this point, our phone conversation concluded.

25        7.    The statements of REDACTED above were not relayed by  REDACTED  ; I

26  personally heard REDACTED make these statements.

27        8.    It is the regular practice of Glidewell's business to memorialize

28  communications with dentists and dental offices regarding any issues pertaining to

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF NICOLE FALLON
CASE NO. SACV11-01309 DOC (ANx)

1   an account on a call note report.  Thus, as part of Glidewell's regular business

2   practice, I would memorialize on a call note report information such as account

3   number, date and time of first case, case number, pan number, patient name, date

4   entered, date assigned, description of the note, call type, actual notes, status of the

5   call note report, among others.

6       9.    Immediately after the conclusion of my phone conversation with REDACTED

7   REDACTED and REDACTED regarding REDACTED confusion between KDZ Bruxer and

8   BruxZir®, I memorialized this phone conversation in a call note report.   A true and

9   correct copy of my April 3, 2012 call note report detailing my April 3, 2012 phone

10  conversation with REDACTED and REDACTED regarding REDACTED confusion between

11  KDZ Bruxer and BruxZir® ("REDACTED Call Note Report") is attached as Exhibit 2 to

12  the concurrently filed Appendix of Evidence.  This Call Note Report accurately

13  reflects my April 3, 2012 phone conversation with REDACTED and REDACTED

14  regarding Dr. Le's confusion between KDZ Bruxer and BruxZir®.

15      10.   Call note reports, such as REDACTED Call Note Report, are kept in the

16  course of Glidewell's regularly conducted business activity.  REDACTED Call Note

17  Report, as is the case with call reports in general, was maintained in the ordinary

18  course of Glidewell's business.

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF NICOLE FALLON
CASE NO. SACV11-01309 DOC (ANx)

declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 18 , 2012, at Newport Beach , California.

_Nicole Fallon_

Nicole Fallon

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# Exhibit N

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC.,<br><br>                    Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>                    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF DAVID FRANKLYN IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing<br><br>Date:   December 17, 2012<br>Time:   8:30 a.m.<br>Ctrm:   9D, Hon. David O. Carter<br><br>Pre-Trial Conf.:   January 28, 2013<br>Jury Trial:          February 26, 2013 |

*Snell & Wilmer*
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

I, David Franklyn, declare as follows:

1.      I am an expert witness for plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell").  Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.

2.      I am a tenured, full professor of law, specializing in intellectual property and trademark law, at the University of San Francisco School of Law ("USF").  I am the Executive Director of the McCarthy Institute for Intellectual Property and Technology Law at USF and Director of the Center for the Empirical Study of Trademark Law (CEST) in the McCarthy Institute.   I am the Director of the Masters of Law Program for U.S. and foreign lawyers in Intellectual Property Law at USF.   I teach and write primarily about trademark law.  I am editor in chief and co-author of McCarthy's Desk Encyclopedia of Intellectual Property Law.  I have consulted and/or served as an expert witness in dozens of trademark cases.  I am a licensed attorney.   I have written law review articles about trademark law published in the Harvard Journal of Law and Technology (forthcoming), Hastings Law Review, Wisconsin Law Review, Southern California Law Review and the Case Western Law Review.  A copy of my CV is attached as Exhibit 47 to the concurrently filed Appendix of Evidence in Support of James R. Glidewell Dental Ceramics, Inc.'s Motions for Summary Judgment (hereinafter, "Appendix of Evidence").

3.      I was retained in this matter by counsel for the plaintiff, Glidewell Laboratories, to render opinions as to whether (1) Plaintiff's registered mark BruxZir  is predominantly seen as the generic name for the service of making solid zirconia dental crowns and bridges, or for the material from which those crowns and/or bridges are made, by relevant consumers in the relevant markets or submarkets in the United States; (2) whether Plaintiff's registered trademark

BruxZir is a strong mark in the relevant markets in which Plaintiff uses it; (3) whether there is a close overlap between the markets in which Plaintiff uses its BruxZir mark and the markets in which the Defendant uses its KDZ Bruxer mark; (4) whether the Defendant's mark, KDZ Bruxer, is likely to cause relevant consumers in the relevant markets to be confused as to its possible affiliation with Plaintiff's registered mark BruxZir.

4.     I was provided with the following documents by counsel to review in order to render my opinions:   Pleadings, Defendant's Motion For Summary Judgment; Plaintiff's Opposition For Summary Judgment; Court's Order Denying Motion For Summary Judgment; Discovery Responses of Plaintiff; Discovery Responses of Defendant; Defendant's Motion For Leave to Amend; Draft of Plaintiff's Opposition To Motion; documents from Keating's production showing evidence of confusion, trademark search results produced by Keating for "BRUXER" and "BRUXZIR," and declarations of Drs. Cohen, Bell, Doneff, Luke, Michiels and Newman.

5.     In addition to reviewing these documents, I conducted, or caused to be conducted under my supervision, the following searches of the United State Patent and Trademark data bases and on the internet:

- I visited and reviewed the websites of Plaintiff and Defendant on several occasions between August 15, 2012 and September 15, 2012;
- I conducted internet searches for brux, bruzir, bruxism, bruxer, bruxer crown, bruxing , zir, zirconia, and solid zirconia and zirconia crown between August 15, 2012 and September 15, 2012.
- The following Primary United States Patent and Trademark TESS (Trademark Electronic Search System) Searches were conducted between August 15, 2012 and September 15, 2012. TESS searches are routinely conducted to determine whether a particular mark is available for registration or has already been registered by another

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

entity.  TESS searches are also useful in determining the universe of registered marks in a particular market or submarket.

- I also conducted, or caused to be conducted, Trademark Document Retrieval ("TDR") and/or Google searches where appropriate, in an attempt to find additional market and brand information regarding Zirconia based dental crowns, bridges and appliances. The primary searches were designed to elicit results regarding the marks at issue in this case and the constituent parts of the BruxZir mark.

6.      PRIMARY TESS SEARCH 1 - "BruxZir": The first search conducted was for the term "BruxZir" in the most broad terms TESS will allow to search for a word mark or in Boolean terms "(BruxZir)[COMB]." The only results were the pending and registered Glidewell marks.

7.      PRIMARY TESS SEARCH 2 - "BRUXER": The second search was for the term "Bruxer" in the most broad terms TESS will allow  to search for a word mark,  or in Boolean terms "(Bruxer)[COMB]." The only result was for Keating Dental Arts' pending mark.

8.      PRIMARY TESS SEARCH 3 - "*BRUX*": The third search executed was the more broad search of the root "Brux" (with root expanders) , or in Boolean "(*BRUX*)[COMB]." There are 51 Pending/Registered/Dead ("PRD") records on the USPTO's Trademark Electronic Search System  ("TESS") that use the root *brux*  within the wordmark component of their trade or service mark. Twenty (20) of these PRD records are related to the dental field.  Nine (9) of the records are abandoned/dead. Only six records (6) are generally related to tooth repair/prosthesis/crowns/bridges, etc. two of the marks are owned by Plaintiff Glidewell, one is owned by Defendant Keating Dental Labs, Inc., two pending (and junior to the Glidewell and Keating marks) are owned by competitors to both Glidewell and Keating, and one (Dr. Brux) while it would appear to be a genuinely

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1  competing mark is in fact presently being used for mouth guards for individuals

2  who suffer from bruxism.

3      9.    PRIMARY TESS SEARCH 4 - "*ZIR": The fourth search executed

4  was a search of the suffix "zir" (with a leading root expander) , or in Boolean

5  "(*ZIR)[COMB]." This returned 61 results, many of which are various forms of

6  "dental ceramics" and include the pending and registered BruxZir marks.  Notably,

7  none of the search results are homophones/phonetically similar to "BruxZir" or

8  "Bruxer" aside from the Glidewell marks.

9      10.    PRIMARY TESS SEARCH 5 - "*ZIR*": The fifth search executed

10  was a search of the root "zir" (with a leading and trailing root expanders) , or in

11  Boolean "(*ZIR*)[COMB]." This returned 489 results, 101 of which are various

12  forms of "dental ceramics" or associated services and include the pending and

13  registered BruxZir marks. Notably, none of the search results are

14  homophones/phonetically similar to "BruxZir" or "Bruxer" aside from the

15  Glidewell marks.

16      11.    The following Secondary United States Patent and Trademark TESS

17  (Trademark Electronic Search System) Searches were conducted between August

18  15, 2012 and September 15, 2012. These searches were designed to elicit results

19  within the relevant International Codes/Goods and Services descriptions based on

20  the Primary TESS Search Results for the various permutations of the root "brux,"

21  namely, bruxer, bruxzir,  bruxing, and bruxism within International Classes 005,

22  010,  040, and 044. These International Classes were chosen as they encompass the

23  trademarks and service mark classes observed in the Primary Searches for Brux,

24  Zir, Bruxer and BruxZir, above.

25      12.    SECONDARY TESS SEARCH 1 - "BRUXER" BASED

26  SEARCHES: The first secondary search executed was a search of the TESS

27  database for marks that use the term "bruxer" within their Goods and Services

28  Description.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16140063.8

DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

13.    The first sub - search in Boolean was  ((IC WITH"005") SAME BRUXER) [GS]- which equates to a mark with international code "005" with the word "Bruxer" in the goods and services description. No results.

14.    The second sub - search in Boolean was ((IC WITH"010") SAME BRUXER) [GS]- which equates to a mark with international code "010" with the word "Bruxer" in the goods and services description. No results.

15.    The third sub - search in Boolean was ((IC WITH"040") SAME BRUXER) [GS]- which equates to a mark with international code "040" with the word "Bruxer" in the goods and services description. No results.

16.    The fourth sub-search in Boolean was ((IC WITH"044") SAME BRUXER) [GS]- which equates to a mark with international code "044" with the word "Bruxer" in the goods and services description. No results.

17.    <u>SECONDARY TESS SEARCH 2 -  "BRUXZIR" BASED SEARCHES:</u> The second secondary search executed was a search of the TESS database for marks that use the term "bruxzir" within their Goods and Services Description. If the term "bruxzir" had become generic for a zirconia crown or bridge, one would expect (particularly in light of the number of "*brux*" and "*zir*" based hits for dental related goods and services) for the term to be observed within the goods and services description. It did not.

18.    The first sub - search in Boolean was ((IC WITH"005") SAME BRUXZIR) [GS]- which equates to a mark with international code "005" with the word "Bruxzir" in the goods and services description. No results.

19.    The second sub-search in Boolean was ((IC WITH"010") SAME BRUXZIR) [GS]- which equates to a mark with international code "010" with the word "Bruxzir" in the goods and services description. No results.

20.    The third sub-search in Boolean was ((IC WITH"040") SAME BRUXZIR) [GS]- which equates to a mark with international code "040" with the word "Bruxzir" in the goods and services description. No results.

16140063.8

DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

21.    The fourth sub-search in Boolean was((IC WITH"044") SAME BRUXZIR) [GS]- which equates to a mark with international code "044" with the word "Bruxzir" in the goods and services description. No results.

22.    <u>SECONDARY TESS SEARCH 3 - "BRUXING" BASED SEARCHES</u>: The third secondary search executed was a search of the TESS database for marks that use the term "bruxing" within their Goods and Services Description. If the term "bruxzir" had become generic for a zirconia crown or bridge, one would expect  for the term  "bruxing" to be observed within the goods and services description for companies that make crowns and bridges in relation to a zirconia crown or bridge (particularly in light of the number of "*brux*" and "*zir*" based hits for dental related goods and services) and the term "bruxing" is not part of any standard goods and services definition. Other than the abandoned mark for "Enamelsafe" applied for by Dental Technologies, Inc., which explicitly refers to "bruxing guards," it did not.

23.    The first sub search in Boolean was ((IC WITH"005") SAME BRUXING) [GS]- which equates to a mark with international code "005" with the word "Bruxing" in the goods and services description. No results.

24.    The second sub-search in Boolean was ((IC WITH"010") SAME BRUXING) [GS]- which equates to a mark with     international code "010" with the word "Bruxing" in the goods and services description and turned up five results. None of the resulting search hits were related to zirconia bridges or crowns, rather they were trademarks for goods related to the treatment of the condition bruxism - namely devices that measure the patient's teeth grinding, mouth guards, and electronic anti-grinding devices. Additionally, none of the trademarks were even remotely phonetically similar to the term "bruxzir" or "bruxer" other than "Bruxometer."

16140063.8

25.    The third sub-search in Boolean was (IC WITH"040") SAME BRUXING) [GS]- which equates to a mark with international code "040" with the word "Bruxing" in the goods and services description.  No results.

26.    The fourth sub-search in Boolean was ((IC WITH"044") SAME BRUXING) [GS]- which equates to a mark with international code "044" with the word "Bruxing" in the goods and services description.  No results.

27.    <u>SECONDARY TESS SEARCH 4- "BRUXISM" BASED SEARCHES:</u> The fourth secondary search executed was a search of the TESS database for marks that use the term "bruxism" within their Goods and Services Description. If the term "bruxir" had become generic for a zirconia crown or bridge, one would expect  for the term  "bruxism" to be observed within the goods and services description for companies that make crowns and bridges in relation to a zirconia crown or bridge (particularly in light of the number of "*brux*" and "*zir*" based hits for dental related goods and services and crowns/bridges particularly) and the term "bruxing" is not part of any standard goods and services definition. Again, it did not. The resulting records all dealt with the treatment/prevention of bruxism as a condition via mouth guards, splints, electronic devices, etc.

28.    The first sub-search in Boolean was ((IC WITH "005") SAME BRUXISM)[GS] which equates to a mark with the international code "005" with the word "bruxism" in the goods and services description. I turned up one result, that was abandoned, for the use of Cannabis Sativia L for the treatment of bruxism.

29.    The second sub-search in Boolean was ((IC WITH "010") SAME BRUXISM)[GS] which equates to a mark with the international code "010" with the word "bruxism" in the goods and services description. I turned up one result. None of the resulting search hits were related to zirconia bridges or crowns, rather they were trademarks for goods  related to  the treatment of the condition bruxism - namely devices that measure the patient's teeth grinding, mouth guards, and

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1   electronic anti-grinding devices. Additionally, none of the trademarks were even

2   remotely phonetically similar to the term "bruxzir" or "bruxer" other than

3   "Therabrux," and "Brux-Eze" - both of which were treatment devices.

4          30.     The third sub-search in Boolean was ((IC WITH "040") SAME

5   BRUXISM)[GS] which equates to a mark with the international code "040" with

6   the word "bruxism" in the goods and services description. No results.

7          31.     The fourth sub-search in Boolean was ((IC WITH "044") SAME

8   BRUXISM)[GS] which equates to a mark with the international code "044" with

9   the word "bruxism" in the goods and services description. I turned up 1 record,

10  "SnorePro" for "creating and fitting  of apparatus for use in the prevention of . . .

11  bruxism . . .; treatment of . . . bruxism."

12         32.     I have also reviewed numerous web searches to determine whether or

13  not monolithic or solid zirconia crowns are referred to as "bruxer crowns."  The

14  first use in commerce  of the BruxZir mark is claimed to be June 6, 2009, and the

15  BruxZir mark was applied to the packaging of a zirconia crown as of at least June

16  17, 2009 (per documents filed with the USPTO).

17         33.     A search of online dental magazines -- i.e., Dental Economics and

18  Dentistry Today --refer to zirconia crowns as "zirconia crowns" or "all zirconia

19  crowns" as opposed to bruxor/bruxer/bruxzir crowns. Similarly the American

20  Dental Association's website does not refer to an all zirconia crown with any form

21  of the root "brux."

22         34.     When one types the search term "bruxer crown" into Google, at least

23  as of September 15, 2012, the search engine automatically corrects the search to

24  "bruxzir crown" and all but one of the first five pages of results are clearly referring

25  to the Glidewell BruxZir product.  When I forced Google to search instead for a

26  "bruxer crown," one of the first search results that comes up is Barth Dental

27  Laboratories which offers a "Z Brux Crown" and makes reference to a  March 2011

28  article in Dental Economics by Dr. Gordon Christensen which discusses (according

16140063.8

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

to Barth's website) "solid zirconia bruxor crowns." However a simple web search for the article notes that Glidewell is the initiator of the solid zirconia tooth restoration, the article is in fact largely about BruxZir and at no point during the article is any zirconia crown or bridge referred to as a bruxer, bruxor, or is the root "brux" used anywhere other than in the BruxZir product's name.  Furthermore, the splash page for Barth Dental Laboratories advertises $40 off your first "bruxzir" crown – it appears that Barth is either such a new BruxZir certified lab that their webpage has numerous typos on it while they come up to speed, or they are attempting to capitalize on the advertising generated by the network of over 170 BruxZir certified labs.  Additional hits are found for the York Dental Lab "Bruxer" crown, which  apparently is such a new product it does not appear on York's "Crown & Bridge RX" form currently available from the site.

35.    Mascola Esthetics Dental Lab, which uses Cercon Zirconia to make the "Xtreme Bruxer," but of course, according to the internet archive the page first appeared May 15, 2011.  Showcase Dental Lab had a "Zir-Bruxer," however there is no evidence that the product predated the BruxZir product as a February 2, 2011 snapshot of their homepage shows that the site was still under construction. R-Dent Dental Labs apparently made a "R-Brux" crown, though there is no residual evidence of its existence other than a single mention within a YouTube video entitled "How to adjust the Bruxzir Crown" dated February 18, 2011, a further review of the website shows that they are in fact a licensed BruxZir lab, suggesting that R-Dent was attempting to differentiate its finished product created from BruxZir block from the roughly 170 other labs nation-wide that are constructing bridges from the same material.

36.    In my opinion, Plaintiff's BruxZir mark was not the generic name ab initio, and has not subsequently become the generic name, for either Plaintiff's service of making solid zirconia crowns or for Plaintiff's provision of the material out of which such crowns are made by approved labs for dentists.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

37.     A mark is categorized as "generic," and thus not entitled to legal protection, under U.S. trademark law, when it is seen by a majority of relevant consumers in the relevant market(s) as the generic name for a particular service or good.

38.     Here, the relevant services are Glidewell's service of fabricating (to order for particular dentists) solid zirconia dental crowns or bridges.

39.     Here, the relevant products are the solid zirconia crowns and bridges that Glidewell fabricates for dentists.

40.     The relevant consumers are dentists in the United States.

41.     The relevant market is that for Glidewell's custom-made crowns and bridges.

42.     The Plaintiff's registered trademark "BruxZir" is, in my opinion, a suggestive mark because it suggests a particular quality or characteristic of the goods and services Glidewell provides.  A mark is categorized as either fanciful, arbitrary, suggestive, descriptive or generic.  The BruxZir mark is suggestive, because it suggests (but does not directly describe) a particular quality or characteristic of the goods and services Glidewell provides: it suggests that crowns marketed under the brand are strong because they are appropriate for patients who suffer from "bruxism," i.e., who grind their teeth, and also suggests that the crowns are made from zirconia, a particularly hard material.  Glidewell's crowns are not used only by people who suffer from bruxism; they are used by a variety of patients who choose to have solid zirconia crowns due to tooth damage caused by a variety of conditions.

43.     A search of the internet and of the USPTO data bases reveals that the generic name for solid zirconia crowns is "solid zirconia," "full contour zirconia," "total zirconia," or "monolithic zirconia."  See, e.g.

http://www.ada.org/productguide/c/125/Crown-and-Bridge  A search of the internet and of the USPTO data bases reveals that the generic name for the material out of

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

which such crowns are made is "zirconia" or "zirconia crowns." See, e.g. Primary TESS Search 3 and 4, supra; see also http://www.ada.org/productguide/c/125/Crown-and-Bridge. Further investigation suggests that the only individuals who are attempting to refer to an all-zirconia crown or bridge are those that have either a vested interest in free riding on the BruxZir name due to their position as a market leader, or are in fact selling a finished product made from BruxZir materials.

44.    In my searches detailed above, I found no use of the words "BruxZir" or "bruxer" as the generic name of either custom-made solid zirconia crowns or as the generic name of the material that is used to make such crowns. (See Primary TESS Searches 1 and 2; Secondary TESS Searches 1 and 2, supra.) Indeed, I found no use of these terms as generic names for any type of crown or bridge or related materials within the standard or custom goods and services descriptions. Instead the related terms "brux," "bruxism" and "bruxing" have been used predominantly to describe the treatment/prevention of bruxism as a condition via mouth guards, splints, electronic devices, etc. (See e.g., Primary TESS Search 3 and Secondary TESS Searches 3 and 4, supra. )

45.    It is further my opinion that Plaintiff's registered mark "BruxZir" is a strong mark  -- both linguistically and from a market penetration perspective – for the goods and services that Glidewell provides.  A strong mark is entitled to greater protection under U.S. trademark law.

46.    BruxZir is strong linguistically in the relevant markets and sub-markets.  A search of the USPTO data bases for registered, pending, cancelled, or abandoned marks indicates there are only five marks used in commerce that sound anything like BruxZir for use in connection with either dental crowns or with constitutive materials.  The five marks are: 1) Plaintiff's registered mark, 2) Plaintiff's pending mark, 3) Defendant's challenged mark "KDZ Bruxer," 4) "GPS BruxArt" ( a competitor's junior pending mark), and 5) "BruxThetix" (another

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

competitor's junior pending mark).  This is not a crowded field in which several companies are using a mark similar to BruxZir to sell similar products or services. A mark that has relatively unique linguistic recognition in a given field is a strong mark.

47.     BruxZir also is strong from a market penetration perspective.  A mark is strong from a market penetration perspective when it is widely recognized by relevant consumers in a particular market.  Google, for example, is both linguistically strong and strong from a market perspective in the search engine services market.  Google's market recognition strength derives from the fact that it enjoys over 70% of the U.S. search market.  Glidewell is the dominant provider of solid zirconia crowns and of the material used to make them.  Glidewell's position as the dominant market leader in solid zirconia crowns is directly linked to the strength of its BruxZir trademark.  A trademark is a symbol by which a business cements the goodwill -- that is, the continued patronage -- of its customer base. Dentists and dental labs know Glidewell's products through its BruxZir trademark. The BruxZir trademark is thus vital to Glidewell's goodwill and continued position as the market leader in these sectors.  According to Jim Shuck, Glidewell's Vice President of Sales and Marketing, and Glidewell's responses to discovery, since the BruxZir brand's inception, Glidewell has spent about three million dollars in advertising its products and services under the BruxZir mark.  It has a dominant market share in the relevant markets.  By all indications, the BruxZir mark is extremely well known by dentists in the United States.  Indeed, within the dental market, it would likely meet the requirements for being a nationally famous mark. It is therefore my opinion that BruxZir is a strong trademark, both linguistically and from a market penetration perspective.

48.     It is further my opinion that Plaintiff Glidewell and Defendant Keating are both selling goods and services in the same or highly overlapping markets.  As stated above, Glidewell is the market leader in provision of custom-made solid

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16140063.8

DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1    zirconia crowns.  A review of Keating's website reveals that it is in the same

2    market.

3        49.    Finally, it is my opinion that dentists looking for makers of solid

4    zirconia crowns are likely to be confused as to the possible affiliation between

5    BruxZir and KDZ Bruxer.  Although dentists are presumably sophisticated

6    consumers, the marks at issue here are highly similar and the services are very close

7    if not identical.  The addition of the separate term KDZ by Keating is not, in my

8    view, sufficient to foreclose the risk of significant confusion as to an affiliation

9    between these two competitors.  This is so because of the similarity of the dominant

10   aspects of the two marks – BruxZir and Bruxer.  The Bruxer component of

11   Keating's competing mark is dominant.  Imagine, for example, that Keating called

12   its full zirconia crown merely KDZ.  It would not be as strong a source identifier as

13   "KDZ Bruxer."  This is so in part because the relevant consuming public -- that is,

14   dentists who order solid zirconia crowns from either Glidewell or Keating -- know

15   this product as a BruxZir brand crown.  By making the mark BruxZir famous for

16   this type of solid zirconium crown, well before Keating entered the same market,

17   Glidewell established the BruxZir name as the dominant aspect of its mark for solid

18   zirconium crowns.  Keating's customers are likely to think of Glidewell's BruxZir

19   products when they see or hear "KDZ Bruxer" precisely because of the dominance

20   of the BruxZir mark in the minds of relevant consumers for this product.  The KDZ

21   portion of Keating's mark is an attempt, perhaps, to differentiate Keating's Bruxer

22   from Glidewell's BruxZir, but the KDZ portion is likely to get lost in consumers

23   minds and have minor distinguishing importance, given the fame of the BruxZir

24   mark.  Moreover, Keating's use of the "Z" in its KDZ Bruxer mark reinforces the

25   potential erroneous affiliation with the BruxZir mark.  One would have thought

26   Keating Dental Arts would call their zirconia crowns "KDA Bruxer" at best, so as

27   to show that they come from Keating Dental Arts.  By adding a Z, the Keating mark

28   causes a mental association with the Z in Glidewell's BruxZir mark.  As it stands,

16140063.8

1  there is a significant risk that Keating will be able to trade on the good will and

2  fame of Glidewell.  This conclusion is supported by my discussions with dentists,

3  see paragraphs 55-61 below, and by reviewing dentist declarations submitted in

4  support of Glidewell's motions for summary judgment, see paragraph 71.  This

5  conclusion is further supported by the numerous Keating prescription forms and lab

6  notes it produced from dentists and between Keating employees and those dentists

7  reflecting actual confusion by dentists resulting from Keating's use of the KDZ

8  Bruxer mark.  This shows that confusion is not only possible, but is actually

9  occurring.  It is not, as Keating suggests, evidence that BruxZir is predominantly

10  seen as the generic name for solid zirconia crowns in the relevant marketplace.

11      50.      Keating has several other marks it could use to name its goods and

12  services without choosing to use the name Bruxer for solid zirconia crowns.

13  Indeed, the other major competitors in this field do not use bruxer or any variation

14  of the word "brux" as part of their marks for solid zirconia crowns or for the

15  material used to make such crowns.  There is therefore no need in the relevant

16  market to copy or imitate the mark BruxZir linguistically to compete.

17      51.      In this case, to prevail on its genericness counterclaim, the defendant

18  Keating must prove that BruxZir was the generic name for full zirconia dental

19  crowns by September, 2010 or May, 2011 at the latest– the dates that Keating

20  entered the market in competition with Glidewell.  It is well established in the

21  Ninth Circuit that the date for determining genericness in an infringement action is

22  the date when the alleged infringer entered the relevant market.

23      52.      Here, it is my understanding that Keating entered the dental crown

24  market – using the KDZ Bruxer mark – in either September 2010 when it began

25  selling zirconia crowns under the KDZ Bruxer name to existing customers, but no

26  later than May, 2011 when it publicly advertised zirconia crowns under that name.

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

53.     To the extent that Keating relies on evidence before Keating entered the market, it is not evidence of generic use of the term "bruxer" as a type of zirconia crown.   Incidental generic uses do not render a mark generic.

54.     Trademark law makes clear that a finding of genericide is an extreme ruling that can deprive a trademark owner of significant and valuable rights and should not be lightly entered merely because there have been some generic uses of a brand name.

55.     My interviews with dentists corroborate my opinions about the strength of the BruxZir mark and the risk of consumer confusion in this case.  I have spoken with several dentists about dentists' perceptions and use of the words "bruxer, bruxism, bruxer crown and BruxZir crown."  One such dentist is Dr. David DiTolla – the Director of Clinical Education and Research at Glidewell.  He gives roughly 30-35 lectures per year to large groups of dentists about various types of dental restoration materials and products.  Dr. DiTolla states that "bruxer" is not a term widely used in the dental industry for solid zirconium crowns.

56.      I also spoke with Dr. Gordon Christianson – a prominent research dentist in Provo Utah who is widely known by dentists in the United States.  Dr. Christianson has been a dentist since 1960; started two dental schools; was Dean of the Scottsdale School of Dentistry; and runs the largest dental research project in the United States.  More information on his research can be found at cliniciansreport.org and pccdental.com.

57.     Dr. Christianson said unequivocally that:  BruxZir is a well-known and widely recognized brand name for full zirconia crowns by dentists and dental labs in the United States – like "Coca-Cola to dentists;" BruxZir is not a generic name or seen as such by dentists or dental labs; the generic names for Glidewell's zirconia crowns would be "full zirconium crowns;" before Glidewell entered the market dentists and dental labs would have called this type of product a "zirconia based restoration" or a "full zirconia crown" when speaking of it generally; full

DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

zirconium crowns; BruxZir zirconium crowns are used for many things other than to treat patients with the "pathological condition of bruxism" and indeed are used for "everything" now given their high quality, strength and aesthetic appearance.

58.    Dr. Christianson further stated that Keating's mark is "an invasion" of Glidewell's mark; dentists and dental labs are "absolutely likely to be confused by Keating's KDZ Bruxer mark for the same product;" other companies that wish to compete with Glidewell do not feel the need to do this; and that there is a real risk of counterfeit products entering the market through China in this area and a need to protect the BruxZir brand name.  In Dr. Christianson's view, Glidewell initiated this project of wide use of full zirconia crowns and is well known for this product throughout the country under its trade name BruxZir.

59.    I also spoke with and reviewed the expert report of Dr. Ronald Goldstein from Atlanta, Georgia.  Dr. Goldstein is a prominent dentist and author of ten dentistry text books and numerous articles on dentistry.  Dr. Goldstein stated that Glidewell's BruxZir solid zirconium crown products are used extensively for patients who are not bruxers.  He stated that it is now the most popular general crown for all types of restoration in the United States because of its strength and appearance.

60.    He stated that BruxZir is widely recognized as a brand name for Glidewell's full zirconia crown by practicing dentists throughout the United States.

61.    He stated that he had never seen or heard of the word "bruxer," "bruxer crown" or "BruxZir" being used as the generic name for a type of crown, i.e., as the generic name of a solid zirconia crown.  He stated unequivocally that in the text books, in the scientific literature and in common practice, the generic names for solid zirconia crowns is either monolithic zirconium crown, or full zirconium crown or solid zirconium crown or zirconium crown.

62.    He stated that given his 55 years as a practicing dentist, his current research, academic and professional activities, he certainly would have heard the

Snell & Wilmer

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16140063.8

term "bruxer" used as the name for a type of crown if, indeed, that were occurring. Dr. Goldstein stated emphatically that there was no such generic term as "BruxZir crown" or "bruxer crown."

63.     Additionally, I spoke with the following  dentists about the uses of the terms BruxZir and bruxer in the dental industry:

- Michael J. Fanning DDS, 10271 Beach Dr. Calabash, NC;

- Vincent S. Cianciulli  D.M.D., 815 Hartford Tpke, Waterford, CT, 06385-4201;

- Dr. Terence J. Michaels, DDS, 225 Waukegan Rd, Lake Bluff, IL 60044; Ilya Benjamin DMD,

  55 S Valle Verde Dr., Ste 250, Henderson, NV 89012; Dean Saiki DDS, 3231 Waring Court

  Oceanside, CA 92056; Thomas E. Bell DDS, 126 Biggs Lane, South Shore, KY 41175;

  Robert McNicholas DDS, 10342 S. Kedzie Ave., Chicago, IL 60655-2016

64.     With the exception of Dr. McNicholas[1], these dentists all disagree with Dr. Eggleston that *even today* dentists use "bruxer crown" as the generic name for full zirconia crowns.   Rather, they corroborated my understanding that the generic names for a full zirconia crown would be either "zirconia crown," "full zirconia crown" "monolithic zirconia crown" "solid zirconia crown" or the like.  According

---

[1] Dr. McNicholas indicated that he has on occasion used the term Bruxer to refer to the type of crown, i.e., a full zirconium crown.  However, he did not state that dentists generally refer to this type of product in this manner when they are speaking of full zirconium crowns made by entities other than Glidewell.  He stated that he recognized BruxZir as the brand name of Glidewell's product.  He further stated that on one occasion he ordered a full zirconium crown from Keating and listed on the order form "BruxZir" because at that point in time he assumed that all solid zirconium crowns were made from materials supplied by Glidewell.  He stated that a representative from Keating called him and instructed him not to use the term BruxZir when ordering from Keating in the future.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1  to these dentists, the word "bruxer" is understood to refer to a person who grinds

2  his or her teeth.  The term "BruxZir crown" is generally used to refer to Glidewell's

3  product.  It may occasionally be misspelled.  They further stated that in May 2011,

4  when Keating entered the full contour zirconia crown market, dentists and dental

5  labs did not use either Bruxer or BruxZir as the generic name for a full zirconium

6  dental crown.

7        65.    These dentist all stated that they use BruxZir brand crowns (indeed, all

8  solid zirconium crowns) more in patients without bruxism than in patients who

9  suffer from that pathological disorder.  The dentists with whom I spoke agreed with

10  Dr. Christianson's statement that BruxZir full zirconium crowns today are used "for

11  everything" and that correcting the effects of bruxism is but one application.   The

12  reason given is that BruxZir brand crowns are stronger, made from more durable

13  materials and better looking than most other alternatives on the market.  They are,

14  therefore, attractive on a general level, for tooth restoration.  Some dentists stated

15  that they always use BruxZir full zirconium crowns when restoring teeth in the rear

16  of the mouth because of their superior strength.

17        66.    Finally, these dentists generally stated that if they were to encounter

18  another company using the name "bruxer" as a trademark for full zirconium

19  crowns, they may mistakenly think it was affiliated with or sponsored by Glidewell.

20        67.    The USPTO searches I performed corroborate support the statements

21  of these dentists that "BruxZir" and "Bruxer" and "bruxer" have not become widely

22  used as the generic name for a type of dental crown.

23        68.    Even if today's date were the appropriate date for determining

24  genericness, it would continue to be my opinion that neither "BruxZir" nor "bruxer"

25  is predominantly seen as the generic name for a type of dental crown within the

26  relevant markets.

27        69.    Keating is clearly using "Bruxer" as part of its brand name.  It

28  capitalizes it; it includes it as a component of its mark; it uses it as a mark on its

1   website and in its other marketing materials.  It therefore is not exempt from

2   liability under the descriptive fair use doctrine.    If Keating wants to take advantage

3   of the descriptive fair use doctrine it should limit its use of the word "bruxer" to

4   truly descriptive uses – i.e., to uses which refer to people who brux – and not as the

5   trademark of its competing zirconia crown products.

6        70.    I did not review Keating's document production that contained

7   trademark research reports on "BRUXZIR" and "BRUXER" prior to my deposition

8   in this case.  See Appendix of Evidence Exhibits 79, 80.   These reports were run on

9   October 11, 2012 and my deposition was taken on October 12, 2012.  I have now

10  reviewed both reports and they support my opinion that the BruxZir federally

11  registered trademark is not generic but rather is distinctive and that this is not a

12  trademark existing in a field of crowded marks.

13       71.    Since writing my expert reports in this case, I have reviewed the

14  declarations of dentists – Drs. Cohen, Bell, Doneff, Luke, Michiels and Newman –

15  offer as evidence in support of Glidewell's motions for summary judgment.  These

16  dentists' statements reinforce my opinion that there is no such thing as a generic

17  term "BruxZir crown" or "bruxer crown" recognized by dentists in the United

18  States.  These declarations also reinforce my opinion that Glidewell's BruxZir mark

19  is not generic but rather is a suggestive mark, and that, in any event, the BruxZir

20  trademark has strong brand recognition amongst United States dentists as a unique

21  source identifier for full contour zirconia dental crowns made by Glidewell and for

22  the Glidewell material out of which such crowns are made.  Moreover, their

23  testimony supports my opinion that BruxZir was a strong mark for Glidewell's full

24  zirconia crowns – and for Glidewell's crown-making zirconia materials – well

25  before Defendant Keating dental lab entered the dental crown market in

26  competition with Glidewell using the KDZ Bruxer trademark.

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

1

2      I declare under the penalty of perjury under the laws of the United States of

3  America that the foregoing is true and correct, and that this declaration was

4  executed on November _19_, 2012, at _Hillsborough_, California.

5

6                              David Franklyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16140063.6

DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

# EXHIBIT O

# [FILED UNDER SEAL]

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF DR. RONALD GOLDSTEIN IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> Hearing <br><br> Date:   December 17, 2012 <br> Time:   8:30 a.m. <br> Ctrm:   9D, Hon. David O. Carter <br><br> Pre-Trial Conf.:   January 28, 2013 <br> Jury Trial:   February 26, 2013 |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

I, Dr. Ronald Goldstein, declare as follows:

1.      I am a practicing dentist in Atlanta, Georgia for almost 55 years, having received my DDS from the Emory University School of Dentistry in 1957. I have been retained as an expert witness on behalf of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") in the above captioned case.  Unless otherwise stated, I have personal knowledge of the statements contained in this declaration.  If called as a witness, I could and would competently testify as to the matters stated herein.

2.      I am Clinical Professor of Oral Rehabilitation at the Georgia Health Sciences University School of Dentistry, Augusta, Georgia, Adjunct Clinical Professor of Prosthodontics at Boston University Henry M. Goldman School of Dental Medicine,  Adjunct Professor of Restorative Dentistry at The University of Texas Health Science Center at San Antonio, Texas and formerly a Special Lecturer in Esthetic Dentistry at Emory University School of Dentistry, Atlanta, Georgia, as well as former Visiting Professor of Oral and Maxillofacial Imaging and Continuing Education at the University of Southern California School of Dentistry, Los Angeles, California.

3.      I wrote the first comprehensive textbook on esthetic and cosmetic dentistry in 1976, *Esthetics in Dentistry*, and am widely considered the architect of modern cosmetic dentistry.

4.      I am a Fellow of the American College of Dentists, The International College of Dentists, an Honorable Fellow of the Georgia Dental Association, and an Honorary Member of O.K.U. Scholastic Fraternity. I am also a member of the American Association for Dental Research and The International Association for Dental Research. In 1986, I was elected to the National Academies of Practice as a Distinguished Practitioner. In 1992 the American Academy of Esthetic Dentistry awarded me the first Charles L. Pincus Award for his contributions to Esthetic Dentistry.  The same year, I was awarded the Outstanding Contribution to Cosmetic

1   Dentistry Award from the American Academy of Cosmetic Dentistry.  In 1997, I

2   was also bestowed the Alpha Omega International Dental Fraternity's most

3   prestigious award for "meritorious contributions to dentistry and its allied

4   sciences," joining past recipients Albert Einstein and Jonas Salk.

5          5.      The statements I make in this declaration are made on my own behalf

6   as an expert in the field of dentistry, cosmetic dentistry, and dental crowns.  A true

7   and correct copy of my complete curriculum vitae is attached as Exhibit 77 to the

8   concurrently filed Appendix of Evidence in Support of James R. Glidewell Dental

9   Ceramics, Inc.'s Motions for Summary Judgment (hereinafter, "Appendix of

10  Evidence").

11         6.      I was asked by counsel for Glidewell to form an opinion in the above-

12  captioned matter as to four questions:

13         a.      Whether Glidewell's registered trademark BruxZir is

14  predominantly seen as the generic name for solid zirconia dental crowns, or for the

15  material from which those crowns are made, by relevant consumers in the relevant

16  markets or submarkets in the United States;

17         b.      Whether Glidewell's registered trademark BruxZir is a strong

18  mark in the relevant markets in which Glidewell uses it;

19         c.      Whether there is a close overlap between the markets in which

20  Glidewell uses its BruxZir mark and the markets in which the Defendant Keating

21  Dental Arts, Inc. ("Keating") uses its KDZ Bruxer mark; and

22         d.      Whether there is a likelihood of confusion caused in the relevant

23  markets among relevant consumers between the Glidewell BruxZir mark and

24  Keating's KDZ Bruxer mark of solid zirconia dental crowns.

25         7.      My answers to each question are in the negative. The reasons for my

26  opinions are set forth below.

27         8.      In arriving at these opinions, I reviewed the Expert Report of Dr.

28  David W. Eggleston, the Expert Report of David J. Franklyn, the Rebuttal Report

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

1   of Dr. David Eggleston, the Rebuttal Report of David Franklyn in Response to

2   Defendant's Expert, Lori Boatright, the Rebuttal Report of David Franklyn in

3   Response to Defendant's Expert Dr. David Eggleston, the Declaration of Nicole

4   Fallon in support of Glidewell's Motions for Summary Judgment, and the

5   Declaration of Jim Shuck in support of Glidewell's Motions for Summary

6   Judgment.  I have reviewed Glidewell's Complaint and Keating's motion for leave

7   to file second amended answer and supplemental materials. I have also reviewed

8   various materials cited below.

9   **A.    Whether "Bruxer," "Bruxer Crown" or BruxZir are Generic Terms for**

10  **Solid Zirconia Crowns**

11          9.      It is my opinion that dentists do not refer to solid zirconia crowns as

12  "bruxers" or "bruxer crowns."  It is also my opinion that dentists do not understand

13  the mark BruxZir to refer to solid zirconia crowns from any source, but rather that

14  dentists understand the mark BruxZir to identify the source of solid zirconia crowns

15  and material to make solid zirconia crowns – the solid zirconia crowns supplied by

16  Glidewell.

17          10.     I have never heard any dentist, or anyone else in the dental

18  community, use the terms "bruxer", "bruxer crown" or BruxZir to refer generically

19  to a solid zirconia crown or the material used to make a solid zirconia crown.  Until

20  I read the expert report of Defendant's Expert, Dr. David Eggleston, I was unaware

21  of anyone in the dental community suggesting that such usage had occurred.  In

22  short, I disagree with Dr. Eggleston's suggestion that the terms "bruxer", "bruxer

23  crown" or BruxZir are used by any appreciable number or proportion of dentists or

24  other members of the dental community to refer generically to a solid zirconia

25  crown or the material used to make a solid zirconia crown.

26          11.     Prior to Glidewell entering the market, dentists and dental labs would

27  have called a solid zirconia crown a "zirconia-based restoration" or a "full zirconia

28  crown" when speaking of it generally.  Furthermore, BruxZir solid zirconia crowns

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

1   have many applications other than to treat patients with the pathological condition

2   of bruxism, and indeed, are currently used for a wide variety of situations given

3   their high quality, strength, and aesthetic appearance.

4     12. My opinions are supported by my 55 years of experience in dental

5   practice, research, research reports, scientific articles, chapters in textbooks, and

6   numerous conferences that I have attended and at which I have lectured as speaker

7   or keynote speaker, and discussions with other dentists.  Through this experience, I

8   interact with approximately one to two thousand dentists across the United States

9   and the world a year by phone, e-mail, on various websites, or face-to-face at

10   conferences, the dental practice lecture circuit, or elsewhere.  Moreover, the

11   conferences at which I lecture and which expose me to the greatest number of

12   dentists, are academic and evidence-based in nature.  As a result, the conference

13   agendas usually refer to dental applications and tools, such as solid zirconia crowns,

14   by their generic names. The vast majority of the one to two thousand dentists with

15   whom I interact through my practice and at these conferences understands that

16   BruxZir identifies Glidewell as a source of the solid zirconia crown products.  In

17   addition, the vast majority of these same dentists do not use the term BruxZir or

18   "bruxer" to refer generally to a solid zirconia crown.  For example, at the

19   International Federation of Esthetic Dentistry Conference in Rio de Janeiro, Brazil

20   on November 2, 2011, which was attended by over 1,300 dentists from around the

21   world including the United States, and at which I gave the keynote speech entitled

22   "The Changing Face of Esthetic Dentistry," there were other speakers who

23   discussed crowns, but I never heard the term BruxZir or "bruxer" used by anyone to

24   refer generally to a solid zirconia crown.

25     13. I have had the same experience at the three-day Hinman Dental

26   Society Conference in Atlanta, Georgia in March 2011, where I remained in the

27   audience of over 200 dentists after my own lecture entitled "Predictable Success

28   Using the All-Ceramic Crown" to answer questions and to speak with dentists.  In

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1   this evidence-based lecture, similar to others from 2009 to the present in Houston,

2   Texas, Newport Beach, California, and other cities by leading dental clinicians on

3   the subject of crowns, who feature prominently on the lecture circuit with me, I

4   never heard either the speaker or dentists in the audience with whom I spoke one-

5   on-one after the lecture use the terms BruxZir or "bruxer" crown in a generic sense

6   to refer to solid zirconia crowns.

7        14.     Based on my 55 years of experience as a dentist and interactions with

8   thousands of dentists each year at evidence-based lectures and conferences, it is my

9   opinion that BruxZir or "bruxer" is not commonly used as the generic term in the

10  dental field for crowns.  Indeed, I have not encountered use of these terms as

11  generic names for any type of crown or related materials within the dental industry.

12  Rather, when referring generally to a solid zirconia-based crown, dentists refer to

13  the crown as a zirconia crown.  In addition, it is my opinion that "bruxer" is

14  routinely used by dentists and others in the dental industry to describe a person

15  suffering from bruxism, which is the condition in which a person grinds, or bruxes,

16  his or her teeth.

**B.   Strength of Glidewell's BruxZir Mark**

17

18       15.     It is my opinion that BruxZir strongly identifies a particular source of

19  solid zirconia crowns and material used to make solid zirconia crowns to dentists

20  and others in the dental community, that source being Glidewell.  In my numerous

21  discussions and interactions with four prosthodontists in my dental practice, they

22  have all expressed to me an understanding or acknowledgement that the BruxZir

23  mark identifies the source of a solid zirconia crown or material used to make solid

24  zirconia crowns as sourced from Glidewell.

25       16.     BruxZir is a well-known and widely recognized brand name for solid

26  zirconia crowns among dentists, dental labs, and others in the dental industry, and

27  in my 55 years of experience in dental practice, in which I have encountered

28  hundreds, if not thousands, of dental products and applications, Glidewell's brand

Snell & Wilmer
— L.L.P. —
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1   recognition for its BruxZir solid zirconia crowns is as strong as any other dental

2   product I have seen.  Indeed, BruxZir is like Coca-Cola to dentists as it is a source

3   identifier for products offered by the predominant supplier of solid zirconia crowns

4   and material used to make solid zirconia crowns, and product branded under the

5   BruxZir mark has a large market share in the dental industry.  As referenced in the

6   Declaration of Jim Shuck, Vice President of Sales and Marketing at Glidewell, the

7   BruxZir.com website received REDACTED unique page views between October 2009

8   and November 2012, REDACT of which originated in the U.S., in a U.S. market of

9   REDACTED dentists.  Further, Glidewell has spent over REDACTED to date, an amount

10  with no comparison to my knowledge in the dental market, on marketing as

11  referenced in the Expert Report of David J. Franklyn, Professor at University of San

12  Francisco Law School.  These statistics support my own observations in my dental

13  practice, general impressions in discussions with other dentists, and perceptions

14  reading dental trade publications that the BruxZir mark is extremely well-known in

15  and has deeply penetrated the dental market.

16       17.    BruxZir is a clever and memorable portmanteau because dentists

17  would be able to identify the material in the product—zirconia—through the use of

18  "Zir" as the second half of the brand name BruxZir.  This would allow dentists to

19  compare the product to other types of crowns, such as cast gold crowns and

20  porcelain fused to metal crowns ("PFMs"), and know the difference between the

21  crowns.  In addition, the use of "Brux" as the first half of the brand name BruxZir

22  suggests to dentists that the product is strong and durable, and can be used in

23  applications where a strong and durable crown is desirable, such as to treat bruxism.

24       18.    I know from my frequent discussions with dentists, including many I

25  surmise may well be Glidewell customers, that the vast majority of dentists do not

26  limit their use of BruxZir solid zirconia crowns to treating bruxism, but instead, use

27  them in a variety of situations when hard and durable crowns are needed.  In fact,

28  through my dental practice, and speaking engagements and research publications on

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

the topic of crowns, I know that BruxZir solid zirconia crowns are often one of the last resorts for dentists, who opt for appliances such as night and day guards and habit-breaking exercises as first-line solutions for those suffering from bruxism. The BruxZir solid zirconia crown is most frequently used only for the worst cases of bruxism in which the tooth has suffered significant damage, but even in those circumstances, I have not heard the term "bruxer" or BruxZir crown being used, but rather a solid zirconia crown as the solution.

19.    I am personally aware, as a dentist, of the strong and sustained advertising and promotional campaign that Glidewell has run to market its solid zirconia crowns and material used to make solid zirconia crowns under the BruxZir mark.  I specifically recall seeing, at least on a monthly basis, dual page and full page glossy advertisements in *ADA News*, *Dental Economics*, *Dentistry Today*, *Inside Dental Technology*, and the *Journal of Dental Technology* promoting Glidewell's BruxZir branded products, and other direct mailers, press releases, continuing education brochures, samples, and specialized prescription forms to the same effect, as referenced in the Declaration of Jim Shuck.  One such advertisement lists the numerous laboratories around the country that have been authorized by Glidewell to produce its BruxZir solid zirconia crowns, which also demonstrates the prevalence and wide recognition of the BruxZir solid zirconia crown.  These Glidewell advertisements, especially the dual page ones, consistently stand out to me as I sift through hundreds of pages of journal publications and trade magazines a month, and have the direct effect of leading me to associate products and the numerous laboratories making the solid zirconia crowns as marketed under the BruxZir brand as originating from Glidewell.  Moreover, although other companies also advertise their solid zirconia crowns in the same print media as Glidewell, I cannot remember their names or the names of their solid zirconia crowns because they have not left an impression in my mind to the degree Glidewell's ads do.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

20.     My sense for the sustained strength of Glidewell's advertising and promotional campaign of its BruxZir solid zirconia crown is also based on the recognition that Glidewell has received in the form of awards such as the 2010 Tosoh Corporation Best Product Innovation Award as referenced in the Declaration of Jim Shuck, and the advertisements that authorized laboratories of the BruxZir solid zirconia crown use to promote the product themselves.  As the BruxZir presentation by Robin Carden, Senior Director of Research and Development at Glidewell, makes amply apparent, Glidewell has also made substantial contributions to the development, practical application, and esthetic advancement of solid zirconia crowns via the resources that it has invested in research and development.

21.     My opinion is also based on my 55 years of experience in the dental industry, in that to me the BruxZir mark strongly identifies a solid zirconia crown or material used to make solid zirconia crowns as sourced from Glidewell.

## C.     Whether There is a Close Overlap in the Markets and Likelihood of Confusion between Glidewell's BruxZir Mark and Keating's KDZ Bruxer Mark

22.     It is my opinion that dentists, their assistants, and front office personnel are likely to be confused by Keating's use of the mark KDZ Bruxer to brand its line of solid zirconia crowns into believing that those crowns originate with Glidewell or are endorsed, affiliated or somehow associated with Glidewell, or that Glidewell has authorized Keating to produce its BruxZir solid zirconia crown similar to other authorized laboratories.

23.     This actual confusion is exemplified in communications on REDACTED

REDACTED

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

REDACTED

24.     As set forth above, the BruxZir mark serves as a strong source identifier for Glidewell in the dental industry for solid zirconia crowns and material used to make solid zirconia crowns.

25.     It is my understanding, based on my experience as a practicing dentist and active lecturer on esthetic dentistry, as well as my review of   REDACTED

REDACTED                                                                          , that Keating's and Glidewell's goods directly compete.

26.     The BruxZir and KDZ Bruxer marks are similar in appearance and sound, and KDZ Bruxer suggests a product indicated for people who suffer from bruxism ("bruxer") and that the product is made of zirconia (the "Z" in KDZ).  The actual confusion caused by these similarities is sufficient to overcome the subtle differences in the two marks in the "buyer's mind" when the buyer makes the decision to purchase Keating's dental crowns under the KDZ Bruxer mark than if products marketed under the two marks were offered side by side, as is clearly evidenced in the communications between   REDACTED

.

27.     I understand that the solid zirconia crowns offered by Glidewell and by Keating are marketed and sold through similar channels.

28.     I have been informed, notably in Dr. Eggleston's report, as well as my review of                                                       REDACTED

Dr. Eggleston suggests that this is an indication that the term BruxZir is generic.  I disagree with this contention, for the reasons set forth above.  Dr. Eggleston's observation,                      REDACTED

however, suggest to me that some portion or all of these dentists were actually confused by Keating's use of the KDZ Bruxer mark.  For example,                      REDACTED

evidence that Keating and Glidewell sell their products through similar channels, that their solid zirconia crowns directly compete, and that customers, including dentists and their assistants who often order for them, are actually confused into thinking that the Keating KDZ Bruxer solid zirconia crown originates with or is endorsed by Glidewell.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1  I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct, and that this declaration was

3  executed on November 19, 2012, at Atlanta, Georgia.

4

5  Dr. Ronald Goldstein

350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500
LAW OFFICES

Snell & Wilmer
L.L.P.

Exhibit 92 -
-144-

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

1 SNELL & WILMER L.L.P.
  Philip J. Graves (SBN 153441)
2 pgraves@swlaw.com
  Greer N. Shaw (SBN 197960)
3 gshaw@swlaw.com
  350 South Grand Avenue, Suite 2600
4 Two California Plaza
  Los Angeles, CA  90071
5 Telephone: (213) 929-2500
  Facsimile:  (213) 929-2525
6

7 Attorneys for Plaintiff
  James R. Glidewell Dental Ceramics, Inc.
8 d/b/a Glidewell Laboratories

9    UNITED STATES DISTRICT COURT

10    CENTRAL DISTRICT OF CALIFORNIA

11    SOUTHERN DIVISION

| | |
|---|---|
| 12 JAMES R. GLIDEWELL DENTAL CERAMICS, INC., | Case No. SACV11-01309-DOC(ANx) |
| 13 | **DECLARATION OF DR. RONALD GOLDSTEIN IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** |
| 14     Plaintiff, | |
| 15 vs. | |
| 16 KEATING DENTAL ARTS, INC., | |
| 17     Defendant. | |
| 18 | Hearing |
| 19 AND RELATED COUNTERCLAIMS. | Date: December 17, 2012 |
| 20 | Time: 8:30 a.m. Ctrm: 9D, Hon. David O. Carter |
| 21 | Pre-Trial Conf.: January 28, 2013 Jury Trial: February 26, 2013 |

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

I, Dr. Ronald Goldstein, declare as follows:

1.      I am a practicing dentist in Atlanta, Georgia for almost 55 years, having received my DDS from the Emory University School of Dentistry in 1957. I have been retained as an expert witness on behalf of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") in the above captioned case.  Unless otherwise stated, I have personal knowledge of the statements contained in this declaration.  If called as a witness, I could and would competently testify as to the matters stated herein.

2.      I am Clinical Professor of Oral Rehabilitation at the Georgia Health Sciences University School of Dentistry, Augusta, Georgia, Adjunct Clinical Professor of Prosthodontics at Boston University Henry M. Goldman School of Dental Medicine,  Adjunct Professor of Restorative Dentistry at The University of Texas Health Science Center at San Antonio, Texas and formerly a Special Lecturer in Esthetic Dentistry at Emory University School of Dentistry, Atlanta, Georgia, as well as former Visiting Professor of Oral and Maxillofacial Imaging and Continuing Education at the University of Southern California School of Dentistry, Los Angeles, California.

3.      I wrote the first comprehensive textbook on esthetic and cosmetic dentistry in 1976, *Esthetics in Dentistry*, and am widely considered the architect of modern cosmetic dentistry.

4.      I am a Fellow of the American College of Dentists, The International College of Dentists, an Honorable Fellow of the Georgia Dental Association, and an Honorary Member of O.K.U. Scholastic Fraternity. I am also a member of the American Association for Dental Research and The International Association for Dental Research. In 1986, I was elected to the National Academies of Practice as a Distinguished Practitioner. In 1992 the American Academy of Esthetic Dentistry awarded me the first Charles L. Pincus Award for his contributions to Esthetic Dentistry.  The same year, I was awarded the Outstanding Contribution to Cosmetic

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Dentistry Award from the American Academy of Cosmetic Dentistry.  In 1997, I was also bestowed the Alpha Omega International Dental Fraternity's most prestigious award for "meritorious contributions to dentistry and its allied sciences," joining past recipients Albert Einstein and Jonas Salk.

5.    The statements I make in this declaration are made on my own behalf as an expert in the field of dentistry, cosmetic dentistry, and dental crowns.  A true and correct copy of my complete curriculum vitae is attached as Exhibit 77 to the concurrently filed Appendix of Evidence in Support of James R. Glidewell Dental Ceramics, Inc.'s Motions for Summary Judgment (hereinafter, "Appendix of Evidence").

6.    I was asked by counsel for Glidewell to form an opinion in the above-captioned matter as to four questions:

a.    Whether Glidewell's registered trademark BruxZir is predominantly seen as the generic name for solid zirconia dental crowns, or for the material from which those crowns are made, by relevant consumers in the relevant markets or submarkets in the United States;

b.    Whether Glidewell's registered trademark BruxZir is a strong mark in the relevant markets in which Glidewell uses it;

c.    Whether there is a close overlap between the markets in which Glidewell uses its BruxZir mark and the markets in which the Defendant Keating Dental Arts, Inc. ("Keating") uses its KDZ Bruxer mark; and

d.    Whether there is a likelihood of confusion caused in the relevant markets among relevant consumers between the Glidewell BruxZir mark and Keating's KDZ Bruxer mark of solid zirconia dental crowns.

7.    My answers to each question are in the negative. The reasons for my opinions are set forth below.

8.    In arriving at these opinions, I reviewed the Expert Report of Dr. David W. Eggleston, the Expert Report of David J. Franklyn, the Rebuttal Report

of Dr. David Eggleston, the Rebuttal Report of David Franklyn in Response to Defendant's Expert, Lori Boatright, the Rebuttal Report of David Franklyn in Response to Defendant's Expert Dr. David Eggleston, the Declaration of Nicole Fallon in support of Glidewell's Motions for Summary Judgment, and the Declaration of Jim Shuck in support of Glidewell's Motions for Summary Judgment.  I have reviewed Glidewell's Complaint and Keating's motion for leave to file second amended answer and supplemental materials. I have also reviewed various materials cited below.

## A.   Whether "Bruxer," "Bruxer Crown" or BruxZir are Generic Terms for Solid Zirconia Crowns

9.     It is my opinion that dentists do not refer to solid zirconia crowns as "bruxers" or "bruxer crowns."  It is also my opinion that dentists do not understand the mark BruxZir to refer to solid zirconia crowns from any source, but rather that dentists understand the mark BruxZir to identify the source of solid zirconia crowns and material to make solid zirconia crowns – the solid zirconia crowns supplied by Glidewell.

10.     I have never heard any dentist, or anyone else in the dental community, use the terms "bruxer", "bruxer crown" or BruxZir to refer generically to a solid zirconia crown or the material used to make a solid zirconia crown.  Until I read the expert report of Defendant's Expert, Dr. David Eggleston, I was unaware of anyone in the dental community suggesting that such usage had occurred.  In short, I disagree with Dr. Eggleston's suggestion that the terms "bruxer", "bruxer crown" or BruxZir are used by any appreciable number or proportion of dentists or other members of the dental community to refer generically to a solid zirconia crown or the material used to make a solid zirconia crown.

11.     Prior to Glidewell entering the market, dentists and dental labs would have called a solid zirconia crown a "zirconia-based restoration" or a "full zirconia crown" when speaking of it generally.  Furthermore, BruxZir solid zirconia crowns

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1   have many applications other than to treat patients with the pathological condition

2   of bruxism, and indeed, are currently used for a wide variety of situations given

3   their high quality, strength, and aesthetic appearance.

4        12.    My opinions are supported by my 55 years of experience in dental

5   practice, research, research reports, scientific articles, chapters in textbooks, and

6   numerous conferences that I have attended and at which I have lectured as speaker

7   or keynote speaker, and discussions with other dentists.  Through this experience, I

8   interact with approximately one to two thousand dentists across the United States

9   and the world a year by phone, e-mail, on various websites, or face-to-face at

10   conferences, the dental practice lecture circuit, or elsewhere.  Moreover, the

11   conferences at which I lecture and which expose me to the greatest number of

12   dentists, are academic and evidence-based in nature.  As a result, the conference

13   agendas usually refer to dental applications and tools, such as solid zirconia crowns,

14   by their generic names. The vast majority of the one to two thousand dentists with

15   whom I interact through my practice and at these conferences understands that

16   BruxZir identifies Glidewell as a source of the solid zirconia crown products.  In

17   addition, the vast majority of these same dentists do not use the term BruxZir or

18   "bruxer" to refer generally to a solid zirconia crown.  For example, at the

19   International Federation of Esthetic Dentistry Conference in Rio de Janeiro, Brazil

20   on November 2, 2011, which was attended by over 1,300 dentists from around the

21   world including the United States, and at which I gave the keynote speech entitled

22   "The Changing Face of Esthetic Dentistry," there were other speakers who

23   discussed crowns, but I never heard the term BruxZir or "bruxer" used by anyone to

24   refer generally to a solid zirconia crown.

25        13.    I have had the same experience at the three-day Hinman Dental

26   Society Conference in Atlanta, Georgia in March 2011, where I remained in the

27   audience of over 200 dentists after my own lecture entitled "Predictable Success

28   Using the All-Ceramic Crown" to answer questions and to speak with dentists.  In

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

this evidence-based lecture, similar to others from 2009 to the present in Houston, Texas, Newport Beach, California, and other cities by leading dental clinicians on the subject of crowns, who feature prominently on the lecture circuit with me, I never heard either the speaker or dentists in the audience with whom I spoke one-on-one after the lecture use the terms BruxZir or "bruxer" crown in a generic sense to refer to solid zirconia crowns.

14.     Based on my 55 years of experience as a dentist and interactions with thousands of dentists each year at evidence-based lectures and conferences, it is my opinion that BruxZir or "bruxer" is not commonly used as the generic term in the dental field for crowns.  Indeed, I have not encountered use of these terms as generic names for any type of crown or related materials within the dental industry. Rather, when referring generally to a solid zirconia-based crown, dentists refer to the crown as a zirconia crown.  In addition, it is my opinion that "bruxer" is routinely used by dentists and others in the dental industry to describe a person suffering from bruxism, which is the condition in which a person grinds, or bruxes, his or her teeth.

**B.     Strength of Glidewell's BruxZir Mark**

15.     It is my opinion that BruxZir strongly identifies a particular source of solid zirconia crowns and material used to make solid zirconia crowns to dentists and others in the dental community, that source being Glidewell.  In my numerous discussions and interactions with four prosthodontists in my dental practice, they have all expressed to me an understanding or acknowledgement that the BruxZir mark identifies the source of a solid zirconia crown or material used to make solid zirconia crowns as sourced from Glidewell.

16.     BruxZir is a well-known and widely recognized brand name for solid zirconia crowns among dentists, dental labs, and others in the dental industry, and in my 55 years of experience in dental practice, in which I have encountered hundreds, if not thousands, of dental products and applications, Glidewell's brand

1   recognition for its BruxZir solid zirconia crowns is as strong as any other dental

2   product I have seen.  Indeed, BruxZir is like Coca-Cola to dentists as it is a source

3   identifier for products offered by the predominant supplier of solid zirconia crowns

4   and material used to make solid zirconia crowns, and product branded under the

5   BruxZir mark has a large market share in the dental industry.  As referenced in the

6   Declaration of Jim Shuck, Vice President of Sales and Marketing at Glidewell, the

7   BruxZir.com website received 289,210 unique page views between October 2009

8   and November 2012, 78% of which originated in the U.S., in a U.S. market of

9   125,000 dentists.  Further, Glidewell has spent over $3 million to date, an amount

10  with no comparison to my knowledge in the dental market, on marketing as

11  referenced in the Expert Report of David J. Franklyn, Professor at University of San

12  Francisco Law School.  These statistics support my own observations in my dental

13  practice, general impressions in discussions with other dentists, and perceptions

14  reading dental trade publications that the BruxZir mark is extremely well-known in

15  and has deeply penetrated the dental market.

16      17.    BruxZir is a clever and memorable portmanteau because dentists

17  would be able to identify the material in the product—zirconia—through the use of

18  "Zir" as the second half of the brand name BruxZir.  This would allow dentists to

19  compare the product to other types of crowns, such as cast gold crowns and

20  porcelain fused to metal crowns ("PFMs"), and know the difference between the

21  crowns.  In addition, the use of "Brux" as the first half of the brand name BruxZir

22  suggests to dentists that the product is strong and durable, and can be used in

23  applications where a strong and durable crown is desirable, such as to treat bruxism.

24      18.    I know from my frequent discussions with dentists, including many I

25  surmise may well be Glidewell customers, that the vast majority of dentists do not

26  limit their use of BruxZir solid zirconia crowns to treating bruxism, but instead, use

27  them in a variety of situations when hard and durable crowns are needed.  In fact,

28  through my dental practice, and speaking engagements and research publications on

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

the topic of crowns, I know that BruxZir solid zirconia crowns are often one of the last resorts for dentists, who opt for appliances such as night and day guards and habit-breaking exercises as first-line solutions for those suffering from bruxism. The BruxZir solid zirconia crown is most frequently used only for the worst cases of bruxism in which the tooth has suffered significant damage, but even in those circumstances, I have not heard the term "bruxer" or BruxZir crown being used, but rather a solid zirconia crown as the solution.

19.     I am personally aware, as a dentist, of the strong and sustained advertising and promotional campaign that Glidewell has run to market its solid zirconia crowns and material used to make solid zirconia crowns under the BruxZir mark.  I specifically recall seeing, at least on a monthly basis, dual page and full page glossy advertisements in *ADA News*, *Dental Economics*, *Dentistry Today*, *Inside Dental Technology*, and the *Journal of Dental Technology* promoting Glidewell's BruxZir branded products, and other direct mailers, press releases, continuing education brochures, samples, and specialized prescription forms to the same effect, as referenced in the Declaration of Jim Shuck.  One such advertisement lists the numerous laboratories around the country that have been authorized by Glidewell to produce its BruxZir solid zirconia crowns, which also demonstrates the prevalence and wide recognition of the BruxZir solid zirconia crown.  These Glidewell advertisements, especially the dual page ones, consistently stand out to me as I sift through hundreds of pages of journal publications and trade magazines a month, and have the direct effect of leading me to associate products and the numerous laboratories making the solid zirconia crowns as marketed under the BruxZir brand as originating from Glidewell.  Moreover, although other companies also advertise their solid zirconia crowns in the same print media as Glidewell, I cannot remember their names or the names of their solid zirconia crowns because they have not left an impression in my mind to the degree Glidewell's ads do.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

20.     My sense for the sustained strength of Glidewell's advertising and promotional campaign of its BruxZir solid zirconia crown is also based on the recognition that Glidewell has received in the form of awards such as the 2010 Tosoh Corporation Best Product Innovation Award as referenced in the Declaration of Jim Shuck, and the advertisements that authorized laboratories of the BruxZir solid zirconia crown use to promote the product themselves.  As the BruxZir presentation by Robin Carden, Senior Director of Research and Development at Glidewell, makes amply apparent, Glidewell has also made substantial contributions to the development, practical application, and esthetic advancement of solid zirconia crowns via the resources that it has invested in research and development.

21.     My opinion is also based on my 55 years of experience in the dental industry, in that to me the BruxZir mark strongly identifies a solid zirconia crown or material used to make solid zirconia crowns as sourced from Glidewell.

## C.     Whether There is a Close Overlap in the Markets and Likelihood of Confusion between Glidewell's BruxZir Mark and Keating's KDZ Bruxer Mark

22.     It is my opinion that dentists, their assistants, and front office personnel are likely to be confused by Keating's use of the mark KDZ Bruxer to brand its line of solid zirconia crowns into believing that those crowns originate with Glidewell or are endorsed, affiliated or somehow associated with Glidewell, or that Glidewell has authorized Keating to produce its BruxZir solid zirconia crown similar to other authorized laboratories.

23.     This actual confusion is exemplified in communications on April 2, 2012 between Nicole Fallon ("Fallon"), a Glidewell Technical Advisor, and Michelle Carlisle ("Carlisle"), an office manager from the dental office of Dr. Jade Le, DMD ("Dr. Le").  Carlisle called Fallon and asked for a Glidewell discount because Dr. Le believed she had purchased a BruxZir solid zirconia crown.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

1   However, when Carlisle sent Fallon a fax of the invoice, it was an invoice from

2   Keating showing Dr. Le's purchase of a KDZ Bruxer crown.  Fallon then called

3   Carlisle back and told her that she had sent a Keating invoice and that Keating does

4   not make BruxZir zirconia crowns.  Dr. Le then joined the conversation and said

5   that she thought "BruxZir" and "Bruxer," from Keating, "were the same thing."

6   When Fallon explained to Dr. Le that Glidewell is the originator of the BruxZir-

7   branded crown, Dr. Le said that "that's pretty sneaky of them to advertise the almost

8   identical product, with the name just spelled slightly different," or words to that

9   effect, as referenced in the Declaration of Nicole Fallon.

10       24.    As set forth above, the BruxZir mark serves as a strong source

11   identifier for Glidewell in the dental industry for solid zirconia crowns and material

12   used to make solid zirconia crowns.

13       25.    It is my understanding, based on my experience as a practicing dentist

14   and active lecturer on esthetic dentistry, as well as my review of 62 separate

15   Keating prescription and order forms and internal notes by Keating employees, that

16   Keating's and Glidewell's goods directly compete.

17       26.    The BruxZir and KDZ Bruxer marks are similar in appearance and

18   sound, and KDZ Bruxer suggests a product indicated for people who suffer from

19   bruxism ("bruxer") and that the product is made of zirconia (the "Z" in KDZ).  The

20   actual confusion caused by these similarities is sufficient to overcome the subtle

21   differences in the two marks in the "buyer's mind" when the buyer makes the

22   decision to purchase Keating's dental crowns under the KDZ Bruxer mark than if

23   products marketed under the two marks were offered side by side, as is clearly

24   evidenced in the communications between Fallon, Carlisle, and Dr. Le

25   aforementioned.

26       27.    I understand that the solid zirconia crowns offered by Glidewell and by

27   Keating are marketed and sold through similar channels.

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer

L.L.P.

LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

28.     I have been informed, notably in Dr. Eggleston's report, as well as my review of 62 separate Keating prescription and order forms and internal notes by Keating employees, that a number of Keating customers sent order forms to Keating in which they indicated that they wished to order a solid zirconia crown by using the term BruxZir.  Dr. Eggleston suggests that this is an indication that the term BruxZir is generic.  I disagree with this contention, for the reasons set forth above.  Dr. Eggleston's observation, Keating customers' purchase orders for BruxZir solid zirconia crowns, and Keating employees' acknowledgement of their customers' confusion, however, suggest to me that some portion or all of these dentists were actually confused by Keating's use of the KDZ Bruxer mark.  For example, on October 18, 2011, Dr. Gary Tobin ("Dr. Tobin") sent Keating a prescription form requesting a "#3 – Bruxzur crown."  A Keating employee then called Dr. Tobin and "explained thast [sic] it was a prepriotory [sic] name and does he want a keqting [sic] Bruxer."   Thus, a <u>Keating employee</u> acknowledged his understanding that BruxZir was a proprietary name – i.e., a source-identifying mark – and requesting clarification from a prescribing dentist as to which company's product he wanted to order.  The Dr. Tobin communication with a Keating employee, as well as several others in the prescription and purchase order forms, unequivocally demonstrate to me evidence that Keating and Glidewell sell their products through similar channels, that their solid zirconia crowns directly compete, and that customers, including dentists and their assistants who often order for them, are actually confused into thinking that the Keating KDZ Bruxer solid zirconia crown originates with or is endorsed by Glidewell.

1    I declare under the penalty of perjury under the laws of the United States of

2    America that the foregoing is true and correct, and that this declaration was

3    executed on November 19, 2012, at Atlanta, Georgia.

4

5                 _____

6                 Dr. Ronald Goldstein

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Exhibit 9 2 -
-156-

DECLARATION OF DR. RONALD GOLDSTEIN
CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1  SNELL & WILMER L.L.P.
   Philip J. Graves (SBN 153441)
2  pgraves@swlaw.com
   Greer N. Shaw (SBN 197960)
3  gshaw@swlaw.com
   350 South Grand Avenue, Suite 2600
4  Two California Plaza
   Los Angeles, California 90071
5  Telephone: (213) 929-2500
   Facsimile: (213) 929-2525
6
7  Attorneys for Plaintiff
   James R. Glidewell Dental Ceramics, Inc.
   d/b/a Glidewell Laboratories
8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          SOUTHERN DIVISION
11

12 | JAMES R. GLIDEWELL DENTAL | Case No. SACV11-01309-DOC(ANx)
   | CERAMICS, INC., |
13 | | **DECLARATION OF WILLIAM**
   | Plaintiff, | **WONG IN SUPPORT OF JAMES R.**
14 | | **GLIDEWELL DENTAL CERAMICS,**
   | vs. | **INC.'S MOTIONS FOR SUMMARY**
15 | | **JUDGMENT**
   | KEATING DENTAL ARTS, INC., |
16 | Defendant. |

17 | AND RELATED | Hearing
18 | COUNTERCLAIMS. | Date: December 17, 2012
   | | Time: 8:30 a.m.
19 | | Ctrm: 9D, Hon. David O. Carter
20 | | Pre-Trial Conf.: January 28, 2013
   | | Jury Trial: February 26, 2013
21
22
23
24
25
26
27
28

DECLARATION OF W. WONG
CASE NO. SACV11-01309 DOC (ANx)

1    I, William Wong, declare as follows:

2       1.      I am a member in good standing of the State Bar of California and am

3    licensed to practice before all courts in the state.  I am an associate with the law

4    firm of Snell & Wilmer LLP, and am one of the attorneys responsible for

5    representing Plaintiff James R. Glidewell Dental Ceramics, Inc., d/b/a Glidewell

6    Laboratories ("Glidewell").  Unless otherwise indicated, I have personal knowledge

7    of the following facts, and if called to testify thereon, could and would do so.

8       2.      On November 13, 2012, after realizing that defendant Keating Dental

9    Arts, Inc. ("Keating") had not produced a trademark search report that it had

10   commissioned in connection with its brand selection process, I sent a letter to

11   Keating's counsel, David Jankowski, requesting production of this report.  While

12   this report was specifically identified by Keating's own witness in his deposition

13   (Robert Brandon) and is clearly responsive to Glidewell's document requests,

14   Keating had not produced this document.  [*See* Exhibit 39 attached to the Appendix

15   of Evidence in Support of James R. Glidewell Dental Ceramics, Inc.'s Motions for

16   Summary Judgment ("Appendix of Evidence"); Exhibit 84 to Appendix of

17   Evidence (Brandon Depo. Testimony at 93:4-18).]  In response to my letter, on

18   November 15, 2012, Mr. Jankowski informed me that Keating had searched for, but

19   could not locate, the search results referenced by Mr. Brandon during his

20   deposition.

21      3.      Attached as Exhibit 5 to the Appendix of Evidence is a true and correct

22   copy of the Zir-Cast information sheet, as produced by Keating in this action, bates

23   numbered KDA-002448-002449.

24      4.      Attached as Exhibit 15 to the Appendix of Evidence is a true and

25   correct copy of the Keating prescription order forms and lab notes that were

26   produced in this action by Keating (with bates number ranging from KDA-001928

27   to KDA-003502).

28

Snell & Wilmer
L.L.P.
LAW OFFICES
150 South Grand Avenue, Suite 2600  Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF W. WONG
CASE NO. SACV11-01309 DOC (ANx)

16165432.1

Exhibit P
- 1 -

5.      Attached as Exhibit 39 to the Appendix of Evidence is a true and correct copy of Defendant/Counterclam Plaintiff's Response to Plaintiff/Counterclaim Defendant's First Request for Production of Documents and Things Nos. 1-42, as served on Glidewell's counsel by Keating's counsel on May 18, 2012.

6.      Attached as Exhibit 78 to the Appendix of Evidence is a true and correct copy of the Petition for Cancellation filed with the Trademark Trials and Appeals Board on August 17, 2012, by Keating (as filed by Keating in this action as Dkt#58-1).

7.      Attached as Exhibit 79 to the Appendix of Evidence is a true and correct copy of the Thomson Compumark Trademark Search Report (BRUXZIR) that was produced in this action by Keating, and bates numbered KDA-003561-871.

8.      Attached as Exhibit 80 to the Appendix of Evidence is a true and correct copy of the Thomson Compumark Trademark Search Report (BRUXER), that was produced in this action by Keating, and bates numbered KDA-003871-4196.

9.      Attached as Exhibit 81 to the Appendix of Evidence is a true and correct copy of Defendant/Counterclaim Plaintiff's Response to Plaintiff/Counterclaim Defendant's First Set of Interrogatories Nos. 1-25, as served on Glidewell's counsel by Keating's counsel on April 19, 2012.

10.     Attached as Exhibit 82 to the Appendix of Evidence is a true and correct copy of the attorneys' eyes only portions of Defendant/Counterclaim Plaintiff's Response to Plaintiff/Counterclaim Defendant's First Set of Interrogatories Nos. 1-25, as served on Glidewell's counsel by Keating's counsel on April 19, 2012.

Snell & Wilmer
L.L.P.
LAW OFFICES
150 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

11.     Attached as Exhibit 83 to the Appendix of Evidence are true and correct pages and exhibits from the Deposition of James Shuck.

12.     Attached as Exhibit 84 to the Appendix of Evidence are true and correct pages and exhibits from the Deposition of Robert Dale Brandon.

13.     Attached as Exhibit 85 to the Appendix of Evidence are true and correct pages and exhibits from the Deposition of Shaun Keating.

14.     Attached as Exhibit 86 to the Appendix of Evidence are true and correct pages and exhibits from the Deposition of Diane Mallos Donich.

15.     Attached as Exhibit 87 to the Appendix of Evidence is a true and correct copy of Keating Dental Arts, Inc.'s Responses to Plaintiff's Frist Set of Requests for Admission (Nos. 1-11), as served on Glidewell's counsel by Keating's counsel on October 25, 2012.

16.     Attached as Exhibit 88 to the Appendix of Evidence is a true and correct copy of Keating Dental Arts, Inc.'s Third Amended Initial Disclosures Pursuant to Federal Rule of Civil Procedure 26(a)(1), as served on Glidewell's counsel by Keating's counsel on October 19, 2012.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1    I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3

4    Executed on November 19, 2012 in Los Angeles, California.

5

6                                                    William Wong

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF W. WONG
CASE NO. SACV11-01309 DOC (ANx)

16465432.1

# Exhibit Q

1     SNELL & WILMER L.L.P.
2     Philip J. Graves (SBN 153441)
      pgraves@swlaw.com
3     Greer N. Shaw (SBN 197960)
      gshaw@swlaw.com
4     350 South Grand Avenue, Suite 2600
      Two California Plaza
5     Los Angeles, CA  90071
      Telephone: (213) 929-2500
6
7     Attorneys for Plaintiff
      James R. Glidewell Dental Ceramics, Inc.
      d/b/a Glidewell Laboratories

8             UNITED STATES DISTRICT COURT

9             CENTRAL DISTRICT OF CALIFORNIA

10              SOUTHERN DIVISION

11    JAMES R. GLIDEWELL DENTAL      Case No. SACV11-01309-DOC(ANx)
     CERAMICS, INC.,
12                          **DECLARATION OF TERENCE J.**
13            Plaintiff,        **MICHIELS, D.D.S., IN SUPPORT OF**
                         **PLAINTIFF'S MOTIONS FOR**
   vs.                               **SUMMARY JUDGMENT**
14
   KEATING DENTAL ARTS, INC.,
15
           Defendant.
16
                              <u>Hearing</u>
17    AND RELATED
     COUNTERCLAIMS.           Date:  December 17, 2012
18                             Time:  8:30 a.m.
                             Ctrm:  9D, Hon. David O. Carter
19
20                         Pre-Trial Conf.:  January 28, 2013
                        Jury Trial:  February 26, 2013
21
22
23
24
25
26
27
28

DECLARATION OF TERENCE J. MICHIELS, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

16126501

Exhibit Q
-163-

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

I, Terence J. Michiels, D.D.S., declare as follows:

1.    I am over the age of eighteen years old and unless otherwise indicated, I state the following of my own personal knowledge and, if called upon to do so, I could and would testify competently to the following.

2.    I practice general dentistry in Lake Bluff, Illinois.  I received my Doctor of Dental Surgery degree from Creighton University in 1996.  I have been practicing general dentistry for more than sixteen years and have been restoring teeth with various types of crowns and bridges for more than sixteen years.

3.    Since prior to March 2010, I have regularly received Glidewell Laboratories's ("Glidewell Labs") promotional material for Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.  I have regularly seen Glidewell Labs's BRUXZIR brand zirconia crowns and bridges advertised in the leading dental magazines and I have received letters from Glidewell Labs advertising its BRUXZIR brand zirconia crowns and bridges.  I have been purchasing Glidewell Labs's BRUXZIR brand zirconia crowns and bridges since on or about March 11, 2010 and continue to do so.  Moreover, I attended the Chicago Dental Society Midwinter Meeting in February 2010 and February 2011, where Glidewell Labs prominently promoted its BRUXZIR brand zirconia crowns and bridges.  At both of these conventions, I spoke with other dentists about Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.  Since learning about Glidewell Labs's BRUXZIR brand zirconia crowns and bridges prior to March 2010, I have spoken with other dentists, including my father, my orthodontist, and several other colleagues, about the quality of Glidewell Labs's BRUXZIR brand zirconia crowns and bridges.

4.    Since learning about Glidewell Labs's BRUXZIR brand zirconia crowns and bridges prior to March 2010 and through the date of this declaration, I have known, and through my various communications with other dentists, I am aware that other dentists have known, that the BRUXZIR mark is a brand or

DECLARATION OF TERENCE J. MICHIELS, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

- 1 -

16126501

Exhibit Q

-164-

1   trademark that signifies a single source of zirconia crowns and bridges and the

2   zirconia material from which those products are made.  Since learning about

3   Glidewell Labs's BRUXZIR brand zirconia crowns and bridges prior to March

4   2010 and through the date of this declaration, I have known, and through my

5   various communications with other dentists, I am aware that other dentists have

6   known, that the BRUXZIR mark is a brand or trademark associated with Glidewell

7   Labs.

8        5.    Since learning about Glidewell Labs's BRUXZIR brand zirconia

9   crowns and bridges prior to March 2010 and through the date of this declaration, I

10  have known, and through my various communications with other dentists, I am

11  aware that other dentists have known, that the BRUXZIR mark is a brand or

12  trademark that signifies that Glidewell Labs was the source of a zirconia crown or

13  bridge marketed under that trademark.

14       6.    Since learning about Glidewell Labs's BRUXZIR brand zirconia

15  crowns and bridges prior to March 2010 and through the date of this declaration, I

16  have known, and through my various communications with other dentists, I am

17  aware that other dentists have known, that the BRUXZIR mark is a brand or

18  trademark that signifies that Glidewell Labs was the source of zirconia material

19  (from which zirconia crowns and bridges may be made) marketed under that

20  trademark.

21       7.    Both before and after March 2010, I, and other dentists with whom I

22  regularly communicate, use the term "bruxer" exclusively to refer to a person who

23  suffers from bruxism; i.e., habitual and destructive grinding of the teeth and

24  clenching of the jaw.

25       8.    Both before and after March 2010, the terms "bruxer," "bruxer

26  crown," "bruxzir," and "bruxzir crown" are not terms that I, nor the dentists I

27  communicate with, use to refer to zirconia crowns and bridges as a type or category

28  of product.  I have never used any of these terms to refer to zirconia crowns or

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-3800

DECLARATION OF TERENCE J. MICHIELS, D.D.S., ISO
PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
CASE NO. SACV11-01309-DOC(ANx)

- 2 -

16126501

1   bridges as a type or category of product, and I have never heard any other dentist

2   use any of those terms for that purpose. Rather, both before and after March 2010,

3   when referring to zirconia crowns and bridges as a type or category of product

4   generally, I, and the dentists that I communicate with, use the terms "zirconia

5   crowns," "all zirconia crowns," "monolithic zirconia crowns," "full zirconia

6   crowns," or "solid zirconia crowns."

7       9.    Since learning about Glidewell Labs's BRUXZIR brand zirconia

8   crowns and bridges prior to March 2010 and through the date of this declaration, I

9   have often used the term BRUXZIR to identify zirconia crowns and bridges

10  manufactured by Glidewell Labs, because I understand that the BRUXZIR mark is

11  a brand or trademark that signifies that Glidewell Labs was the source of a zirconia

12  crown or bridge marketed under that trademark.

13      10.   Since learning about Glidewell Labs's BRUXZIR brand zirconia

14  crowns and bridges prior to March 2010 and through the date of this declaration, I

15  have, and continue to, strongly associate the BRUXZIR trademark with Glidewell

16  Labs's zirconia crowns and bridges and zirconia material because I have observed

17  that Glidewell has extensively promoted its zirconia crowns and bridges and

18  zirconia material under the BRUXZIR trademark.

19      11.   I not only use Glidewell Labs's BRUXZIR brand zirconia crowns and

20  bridges to treat patients with bruxism, but I also use Glidewell Labs's BRUXZIR

21  brand zirconia crowns and bridges to treat patients without bruxism.

22      I declare under penalty of perjury under the laws of the United States of

23  America that the foregoing is true and correct. Executed this _16_ day of November,

24  2012, at _Lake Bluff, Illinois_.

25

26  _Albert Tamez 11/16/12_                    _Terence J. Michiels DDS_

27                                            Terence J. Michiels, D.D.S.

28  OFFICIAL SEAL
    ALBERTO TAMEZ
    Notary Public - State of Illinois
    My Commission Expires Nov 8, 2015

                                            DECLARATION OF TERENCE J. MICHIELS, D.D.S., ISO
                                            PLAINTIFF'S MOTIONS FOR SUMMARY JUDGMENT
                                            CASE NO. SACV11-01309-DOC(ANx)
16126501                          - 3 -

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2300