# EXHIBIT 1

# [FILED UNDER SEAL]

Exhibit 1
-167-

# EXHIBIT 2

# [FILED UNDER SEAL]

Exhibit 2
-170-

# Exhibit 3

Exhibit 3
-172-



High-Strength Crown Options View this side-by-side comparison of high-strength crown options, and then conduct your own analysis of how BruxZir crowns compare visually to traditional PFM and full-cast restorations. Patients do not like metal showing in their smile, and they will will find that BruxZir crowns present a more natural-looking tooth shade.

Exhibit 3
-173-

GDC00002482

# Exhibit 4

Exhibit 4
-174-



Exhibit 4
-175-
GDC00000409

# Exhibit 5

Exhibit 5
-176-





8510 Crown Crescent Ct.
Charlotte, NC 28227

P: 704.845.2401
F: 704.845.2289
TOLL FREE: 800.476.2771

**CONTACT US**



**Strongest All-Ceramic Crown Ever Made**

● Solid Zirconia / No Porcelain to Fracture
● High Translucency Zirconia
● Monolithic / Monochromatic
● Non-Metallic for Discerning Patients
● Replacement Option for Full Gold Crowns
● Backed by 7 year FREE Replacement Warranty

**Product Description:** The strongest All-Ceramic crown ever created. Zir-Cast is a full zirconia crown designed and milled using CAD/CAM technology. It is highly glazed and polished creating an ultrafine surface to reduce intraoral wear. Zir-Cast is stronger and more translucent than BruxZir® offering the highest quality solid zirconia crown available.

**ADA Insurance Codes:** Single Crown D-2740 / Bridge Abutment D-6740 / Pontic D-6245

**Recommended Shade Guide:** Vita Classic®, and Ivoclar Chromascop®

**Recommended Cement & Technique:** Conventional or Adhsive Cementation

**Product Indications:**
● An esthetic alternative to posterior PFM's with metal occlusals & full cast crowns
● Conservative preparations as thin as 1mm with feather edge margins, much like a full gold crown
● Recommended for Bruxers and Grinders
● Best used for Molars Only

**Product Contra-Indications:** Not recommended for esthetic zones.

**Benefits for the Doctor & Patient:**
● Non-Metallic taste / Metal Free
● No sensitivity to hot or cold
● Comes with our longest warranty offered / 7

years
● Perfect for your patients that need a full cast crown, but demand a metal free restoration



## Our Products

### Removable Prosthetics

**Bite Splints**

• TAP III ® *Appliance for Snoring & Sleep Apnea*
• Comfort Zone & Comfort Zone Plus
..................................

**Partial/Denture**

• DuraTek *featuring DurAcetal®*
• TriFect
• Bio V *featuring Eclipse*
• E.R.P. Esthetic Removable Partial
..................................

### Fixed Restorations

**Cosmetic**

• E Max Lithium Disilicate
• BruxZir Solid Zirconia
• Zir-Cast Solid Zirconia
• Z-Sthetic *featuring Zeno Zirconia®*
• Atlantis Implant Abutments
• Empress
• Enamel Art
• BelleGlass
..................................

**Crown & Bridge**

• Captek
• Hi Sierra
• Tradition Series
• Value Series
..................................

### Tools

• X-Rite ShadeVision System
• Cadent iTero Digital Impressions


*Product Sheet Download*

© 2007 Drake Dental Lab, Inc.

Home • Drake Difference • Product Portfolio •
Educational • Clients • Links & Documents

# Exhibit 6

Exhibit 6
-179-

EXHIBIT 3
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10816, RPR

**Keith Allred**

| | |
|---|---|
| From: | Jim Shuck |
| Sent: | Monday, November 28, 2011 9:13 AM |
| To: | Keith Allred |
| Subject: | FW: Question for you... |

FYI...

-----Original Message-----
From: Bonser, Catherine [mailto:Catherine.Bonser@dentsply.com]
Sent: Saturday, November 26, 2011 11:59 AM
To: Jim Shuck
Subject: FW: Question for you...

Greetings Jim,

For some reason this email was in my spam folder. I went in to clean out the folder today and found your note, hence the delay in my response.

Here is some top line information for you. The brand research was fielded in June 2010 and reported in August 2010. We tested fixed products brands with Dentists and Dental Lab technicians.

Amongst a list of 9 fixed materials brands (porcelain, zirconia, and HSG materials)

Dental Labs: 13.7% of respondents stated they had ever used and 31.4% were familiar with the BruxZir Brand (overall ranking 8th out of 9)
Dentists: 26.3% of respondents stated they had ever used and 66.4% were familiar with the BruxZir Brand (overall ranking was 4 out of 9)

I remember being impressed at the time that after essentially being in the market for 6+ months at the time the study was fielded you had achieved this level of recognition and particularly with the dentists vs. many other well established brands. The lab rating at the time wasn't surprising because your focus was on dentists and not yet on the lab network you have now established. With dentists the key attributes were strength and durability (#2) and Product gives me a distinctive advantage (#1).

Hope this helps.

Regards,

Cathy

Catherine A. Bonser
Business Unit Manager, Digital Product Solutions DENTSPLY International 570 W. College Avenue York PA 17405-0872

Phone           1-717-849-4510
Cell phone      1-717-487-0011
E-mail:         catherine.bonser@dentsply.com

============================================================================

This message contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged. If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter. Thank you.

GL 187
(page 1 of 1)

Exhibit 6
-180-

# Exhibit 7

Exhibit 7
-181-



GL 102
(page 1 of 1)

Exhibit 7
-182-
GDC00000003