# Exhibit 8

Exhibit 8
-183-



Exhibit 8
-184-

GDC00000071

# Exhibit 9

Exhibit 9
-185-



GL 139
(page 1 of 1)

# Exhibit 10

Exhibit 10
-187-

# BruxZir® Blog

**Welcome to the BruxZir Blog**
The BruxZir Blog is the source for the latest news about the procedures, techniques and technology related to BruxZir Solid Zirconia. Join in the conversation!

**BruxZir Links**
BruxZir Blog Home
BruxZir.com

**Quick Search**
Search only in titles:



Advanced Search

**Recent Posts**
BruxZir and Milled IPS e.maxCAD: Very Promising 1-year Clinical Study Results
Wednesday, June 13, 2012

Why Do Dentists Love BruxZir® Crown Margins?
Wednesday, April 18, 2012

More Brawn and Improving Beauty: Anterior BruxZir Crowns
Friday, October 28, 2011

Glidewell Dental Lab Launches the BruxZir® Milling System
Thursday, June 09, 2011

Technical Update: Improved BruxZir Esthetics Thru Ultrasonic Cleaning
Tuesday, May 31, 2011

Glidewell Laboratories Launches Recycling Program for BruxZir Milling Blanks
Friday, April 22, 2011

Dr. Gordon Christensen on BruxZir® Solid Zirconia
Thursday, March 24, 2011

New Online BruxZir® Solid Zirconia Clinical Video
Wednesday, February 23, 2011

Glidewell Laboratories Announces Nanozirconia Technology Breakthrough
Monday, February 14, 2011

BruxZir Anterior Case
Tuesday, February 01, 2011

**Tag Cloud**
Adjusting Anterior Before and After Benefits Bridge Case Cementation Crown Development Enamel Polishing Preparation Press Release Research Research and Development Shading Studies Video Wear Zirconia

## BruxZir and Milled IPS e.maxCAD: Very Promising 1-year Clinical Study Results

REPORT EXCERPT: BruxZir (*Glidewell Laboratories*) and milled e.maxCAD (*Ivoclar Vivadent*) attracted attention of TRAC Research scientists because they are **the first of over 100 posterior tooth-colored restoratives tested here clinically over the past 35 years that showed NO cracks, chips, breaks, wear, or staining after their first year of service.**

Practice-based controlled clinical tests of tooth-colored restoratives began in this lab in 1976, when the demise of metal in dentistry began to be discussed seriously. The goal was to identify the most promising alternatives. The same test protocol has been used throughout, allowing comparative analyses as restorations age in service. At one year, BruxZir and milled e.maxCAD show superior performance.

SOURCE: An independent, non-profit, dental education and product testing foundation, Clinicians Report®, June, 2012. For the full report, click here.

To view a list of Authorized BruxZir laboratories, please visit www.bruxzir.com.

Like   3 likes. Sign Up to see what your friends like.

Share

Posted by Glidewell Laboratories at 6/13/2012 2:12 PM | Add Comment

## Why Do Dentists Love BruxZir® Crown Margins?

*"Doctors consistently tell us that the margins on their BruxZir crowns & bridges feel better to their explorer than the ones on the PFMs they used to prescribe. A closer look at the tooth-restoration interface and emergence profile shows why."*

— Michael C. DiTolla, DDS, FAGD



On an ideal PFM prep there is enough reduction in the gingival third for the thickness of a PFM. We need room for the metal coping, the opaque layer and the porcelain, which is about 1 mm thick. If a dentist gives us the ideal 1 mm of reduction at the margin, the crown can have an acceptable emergence profile.

**Calendar**

August 2012
| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
|    |    |    | 1  | 2  | 3  | 4  |
| 5  | 6  | 7  | 8  | 9  | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |    |

**Category Archives**
Adjusting and Polishing (4)
Case Studies (11)
Clinical Techniques (15)
Lab Techniques (7)
Practice Management (5)
Product Features (15)
Research and Development (24)

**Monthly Archives**
2012
June 2012 (1)
April 2012 (1)
2011
2010

**BruxZir Twitter**

BruxZir
MDA Studio, Inc. in Corpus Christi, Texas has joined the Authorized BruxZir Labs list! http://t.co/NYIPjVUd #dental #dentistry 9 days ago
Follow me on Twitter
Twitter RSS

**Subscribe Via Email**

Subscribe

**Feed List**
Posts Atom 1.0
Comments Atom 1.0
Posts RSS 2.0
Comments RSS 2.0
Podcasts RSS 2.0

http://blog.bruxzir.com/

8/4/2012

GL 125
(page 1 of 1)

Exhibit 10
-188-
GDC00000035



This drawing represents the typical PFM prep we receive with a conservative feather-edge margin. When a PFM is fabricated for this prep there is a bulky 1 mm margin on the PFM that catches on the explorer. Even if the margin is sealed, the emergence profile is unacceptable.



This drawing represents the typical PFM prep we receive with a BruxZir crown in place. Because it is a monolithic crown and can be milled to a feather edge, there is no bulk of material, or "speed bump," at the margin. Dentists tell us their explorer cannot detect where the tooth ends and the BruxZir crown begins.

For more information about BruxZir Solid Zirconia and its benefits, please visit www.bruxzir.com.

Like   One like. Sign Up to see what your friends like.

 Share

Posted by Glidewell Laboratories at 4/18/2012 7:17 AM | Add Comment

### More Brawn and Improving Beauty: Anterior BruxZir Crowns

When we launched BruxZir Solid Zirconia crowns & bridges in 2009, our intention was to provide a monolithic zirconia restoration indicated for bruxers and grinders as an esthetic alternative to posterior metal occlusal PFMs and full-cast metal restorations. The result was a material we said was "More Brawn than Beauty."

Now we like to say that BruxZir is "More Brawn *and Improving* Beauty," as our Research and Development team continues to refine our processes, improving the esthetics and the strength of the material. We invite you to view our most recent BruxZir Solid Zirconia anterior case below and see for yourself.

The BruxZir crowns were done on tooth #8 and #9.

Before



GL 126
(page 1 of 1)

http://blog.bruxzir.com/   8/4/2012

Exhibit 10
-189-

GDC00000036



As you can see in the non-retracted before photo, the patient had two pre-existing high value PFM's. As I cut through them the copings appeared to be base metal. When you look at the condition of the gingiva in the before photo, was this possibly a base metal allergy? It helped with my decision to go with BruxZir all-ceramic (solid zirconia) crowns.

**After**



**Before**                                                  **After**



d the topical on tooth #9 with a cotton swab, it started to bleed! You can see that the
ne on the existing crown is off, as are the axial inclinations of the two crowns. The
althy gingival tissue was removed with a diode laser and BioTemps were placed. I've found
d the smooth glazed surface of Biotemps helps gingiva heal faster in these type of cases.
ses.

 

r
profiles of these crowns.
se crowns.
wns.



GL 127
(page 1 of 1)

http://blog.bruxzir.com/                                                         8/4/2012

Exhibit 10
-190-
GDC00000037