# Exhibit 16

Exhibit 16
-401-



# KDZ Bruxer Fact Sheet

| | |
|---|---|
| Cost: | $139.00 per unit |
| Production time: | 5 days in lab |
| Material: | Medical grade monolithic zirconia puck, w/ 1250 MPa flexural Strength. |
| Produced: | Our KDZ Bruxer crowns are designed by a dedicated team of highly trained dental technicians; on a CAD/CAM system. Rather than computer programmers, and are precision milled to have full contour. |
| Shade: | A pre stain is added to the entire crown, based on the shade indicated by the doctor on the RX (We do not recommend compound characterization as it is still difficult to achieve). The crown is then place in the oven to be sintered.<br><br>Once sintered, an experienced ceramist performs the finial shading by applying a series of stains; it is then glazed and fired to achieve the finale shade. |
| Indications: | Designed for posterior crowns & bridges up to 3 units.<br>Perfect for patients who grind or lack preparation space for porcelain.<br>Or for patients who have fractured porcelain.<br>The KDZ Bruxer is ideal for replacing crowns with traditional metal occlusal designs or full gold restorations. |
| Preparation: | Similar to full-cast gold.<br>Ideal occlusal reduction 1.5mm, with a minimum of 1.0mm.<br>No shoulder preparation is needed.<br>Light chamfer margin with 0.4mm reduction. |
| Cementation: | Resin-reinforced glass ionomer<br>(RelyX Luting Cement, 3M ESPE)<br>Resin cements for short or over-tapered preparations<br>(RelyX Unicern, 3M ESPE, Panavia F2.0, Kuraray)<br>Anchor & Surpass, Apex Dental Materials |
| Adjustments: | Use KDZ Bruxer Kit ($60.00 each)<br>Use water to keep restoration cool.<br>Polish excessively, using more pressure than your would for porcelain. |

Note: A KDZ Bruxer request can be received and produced using a Cerec Connect file. However, we would need to order a model, which would add an additional $29.00 per case.

# IMPROVE YOUR PRACTICE WITH
# KEATING DENTAL ZIRCONIA.

## UNCOMPROMISING ESTHETICS. OUTSTANDING STRENGTH. FLAWLESS FIT



- **KDZ Bruxer**: Precision-milled from medical grade zirconia and hand finished by an expert ceramist. Remarkably esthetic and robust, it's perfect for posterior single units and bridges.

- **KDZ Ultra**: For high esthetic cases, KDZ Ultra is the answer. Hand-layered Noritake porcelain on a brawny KDZ substructure provides precise fit and uncompromising vitality every time.

- **KDZ Max**: The marriage of 2 great materials. We press IPS e.max to our well fitting KDZ framework to provide exceptional strength and beauty.

The switch to all-ceramics is on! Our Keating Dental Zirconia (KDZ) provides a family of crown and bridge options that are indicated for all positions in the arch. Each of these strong, vital and biocompatible restorations are flat priced and will allow you to bring your practice to a new level of esthetics and profitability. *We're into cutting edge crown and bridge! Are you?*



**FREE ADJUSTMENT & POLISHING KIT**
A $60 value with your first KDZ Bruxer case*


PROUDLY MADE IN THE USA

**CALL OR CLICK FOR A PICKUP TODAY**
**800.433.9833 | WWW.KEATINGDENTALARTS.COM**


Keating Dental Arts
*Creating smiles everyday™*


CELEBRATING TEN YEARS
2002-2012

* Offer cannot be combined with any other offer or promotion. Free adjustment kit available with first KDZ Bruxer case only.

Exhibit 16
-403-

KDA-00851



      

Exhibit 16
-404-
KDA-000852








Exhibit 16
-405-

KDA-000853



# Zirconia evolved.

UNCOMPROMISING ESTHETICS. OUTSTANDING STRENGTH. FLAWLESS FIT.

## INTRODUCING THE ALL-NEW KDZ BRUXER.
### THE **BEST** FULL-CONTOUR ZIRCONIA RESTORATIONS AVAILABLE.
### EXCLUSIVELY FROM KEATING DENTAL ARTS.

KDZ Bruxer is the ideal combination of strength and esthetics for your posterior crowns and bridges. Each restoration is precision-milled from medical grade zirconia. It's then uniquely stained for enhanced esthetics and depth of color, before being hand finished by an expert ceramist.

"BEST LOOKING solid zirconia crown out there."

Dr. Roy Davis, Nantucket, MA

WE'RE INTO CROWN AND BRIDGE! ARE YOU?

CALL FOR A PICK-UP TODAY
**800-433-9833**
keatingdentalarts.com

THE KDZ BRUXER:
- Replaces full-cast gold
- Is perfect for posterior bridges
- Is the esthetic choice



FREE ADJUSTMENT & POLISHING KIT
A $60 value with your first KDZ Bruxer case*



Keating Dental Arts
Creating smiles everyday
2002 – 2012
CELEBRATING TEN YEARS

Come See Us At The Chicago Midwinter Meeting!  •  February 23-25, 2012  •  Booth #1503

*Offer cannot be combined with any other offer or promotion. Free adjustment kit available with first KDZ Bruxer case only.

Exhibit 16
-406-
DKA-000854

# Exhibit 17

Exhibit 17
-407-

# BruxZir® Solid Zirconia is more brawn than beauty

## Scientific validation

BruxZir Solid Zirconia crowns & bridges are made from the highest quality zirconia powder from Japan. We chemically and physically reprocess the powder to further reduce the zirconia particle sizes. BruxZir milling blanks are then created through a unique patent-pending process. Unlike conventional high-pressure milling blank manufacture, our processing gives BruxZir zirconia improved light transmission, which provides a lower, more natural shade value.



**SEM of sintered isostatically pressed zirconia**



**SEM of sintered, colloidally processed BruxZir zirconia**

The 50% smaller average grain size of BruxZir zirconia improves its physical properties.




*BruxZir Solid Zirconia Crown*




*Gold Crown*




*Porcelain and Metal Crown*

### Light Transmission vs. Color Wavelength

BruxZir™ zirconia exhibits higher translucency in the warm color spectral wavelength (>550 nanometers), allowing for more natural-looking restorations.

### Wear Compatibility



In a recent study[1] to measure the volumetric loss of enamel, glazed BruxZir zirconia was found to wear compatible with enamel and virtually identical to glazed IPS e.max.

### Antagonist Wear



The antagonistic (Steatite balls) wear shows BruxZir zirconia only with 72±21 microns, which is significantly lower than Ceramco®3 (110±48 microns). The University of Tübingen study was run using an eight chamber Willytec Chewing Simulator at 1.2 million cycles.

1. Wear of Enamel on Polished and Glazed Zirconia; Shah S, Michelson C, Beck P, et al. 2010; Washington, DC: AADR. Abstract #129615.

BruxZir is a registered trademark of Glidewell Laboratories. Ceramco is a registered trademark of DENTSPLY Ceramco. IPS e.max is a registered trademark of Ivoclar Vivadent.

Exhibit 17
-408-

GDC00000007