# Exhibit 18

Exhibit 18
-409-



# BruxZir®
## Virtually Unbreakable Restorations


Before


After

### BruxZir® Solid Zirconia —
### Monolithic zirconia restorations for chip-proof durability

BruxZir Solid Zirconia is a monolithic zirconia restoration with no porcelain overlay. Virtually chip-proof, BruxZir is indicated for crowns, bridges, inlays and onlays. More brawn that beauty, the unique zirconia composition of BruxZir makes it ideal for your dentists' bruxing patients who do not desire metal occlusal PFMs or full-cast restorations.

Designed and milled using CAD/CAM technology, BruxZir is sintered at 1,530 degrees Celsius for 6.5 hours. The final BruxZir crown or bridge emerges nearly "bulletproof" and is glazed to a smooth surface.

Glidewell Laboratories offers a variety of ways to incorporate BruxZir Solid Zirconia restorations into your laboratory. We can also provide BruxZir marketing support to help your lab gain new business, as well as customized lab-based BruxZir training and technical assistance. See reverse for details.

See reverse for BruxZir options ▶

**888-303-3975**
www.glidewelldental.com

**GLIDEWELL DIRECT**
CLINICAL AND LABORATORY PRODUCTS

GL 101 (page 1 of 1)

Exhibit 18
-410-
GDC00000001

# BruxZir® Lab Options

Incorporate BruxZir into your lab's list of available services. When you become an Authorized BruxZir Lab, we will help dentists find you by providing your contact information on our website and in future national print advertisement campaigns. To help promote this new product, we offer an array of marketing materials including patient and doctor BruxZir brochures.




### Send model work

Send your master and model work with pinned, trimmed dies and a bite registration. Then choose between staining and glazing BruxZir restorations at your lab for $69/unit (4 working days) or to receive finished BruxZir restorations for $89/unit (5 working days).


### Send 3Shape design file

Labs that own a 3Shape Dental System (with 2010 DentalDesigner™ software) can send their 3Shape design file to Glidewell Laboratories. We mill, color and sinter the restoration — you stain and glaze. Requires 3 working days at $59/unit. Outsource a finished crown in 4 working days for $79/unit.




### Acquire a 3Shape Scanner

To save $20 per unit, purchase the 3Shape Dental System, which includes your choice of 3Shape scanner and 2010 DentalDesigner software. Use the scanner, available for purchase through Glidewell Direct, to send digital files. Included in the scanner price is a two- or three-day hands-on training workshop for two individuals at our 3Shape Certified Training Center in Newport Beach, Calif. Call 888-303-3975 for special pricing.




### Become an Authorized BruxZir Lab:


### Buy BruxZir Milling Blanks

If you own a milling system that accepts 98 mm diameter blocks, purchase the special BruxZir high translucent zirconia blanks. They are available in the following thicknesses: 12 mm for $175/blank, 15 mm for $225/blank, 20 mm for $305/blank or 25 mm for $340/blank.




### Purchase the BruxZir Milling System

For the latest in CAD/CAM technology, purchase the BruxZir Milling System from Glidewell Direct, complete with an open system for easy, continuous integration of new developments. Lower your per-unit cost with this advanced dental system that includes a 3Shape scanner, DentalDesigner software, Delcam DentMill CAM System and BruxZir Milling Machine. Purchase of the complete BruxZir Milling System also includes final on-site installation of the system and a two-day training with the mill at your facility. Call 888-303-3975 for pricing.




GD-369-1111

Exhibit 18
-411-

GDC00000002

# Exhibit 19

Exhibit 19
-412-



# Exhibit 20

Exhibit 20
-414-



# Zirconia evolved.

UNCOMPROMISING ESTHETICS. OUTSTANDING STRENGTH. FLAWLESS FIT.

KDZ BRUXER™

## INTRODUCING THE ALL-NEW KDZ BRUXER.
### THE **BEST** FULL-CONTOUR ZIRCONIA RESTORATIONS AVAILABLE.
### EXCLUSIVELY FROM KEATING DENTAL ARTS.

KDZ Bruxer is the ideal combination of strength and esthetics for your posterior crowns and bridges. Each restoration is precision-milled from medical grade zirconia. It's then uniquely stained for enhanced esthetics and depth of color, before being hand finished by an expert ceramist.

"BEST LOOKING solid zirconia crown out there."
Dr. Roy Davis, Nantucket, MA

WE'RE INTO CROWN AND BRIDGE! ARE YOU?

CALL FOR A PICK-UP TODAY
**800-433-9833**
keatingdentalarts.com

THE KDZ BRUXER:
- Replaces full-cast gold
- Is perfect for posterior bridges
- Is the esthetic choice



FREE ADJUSTMENT & POLISHING KIT
A $60 value with your first KDZ Bruxer case*



Keating Dental Arts
Creating smiles everyday
2002–2012
CELEBRATING TEN YEARS

Come See Us At The Chicago Midwinter Meeting!  •  February 23-25, 2012  •  Booth #1503

*Offer cannot be combined with any other offer or promotion. Free adjustment kit available with first KDZ Bruxer case only.

Exhibit 20
-415-

DKA-000854