# Exhibit 24

Exhibit 24
-423-



# BruxZir Zirconia Technology

Robin A. Carden
Vice President, Research & Development
Glidewell Laboratories

Presentation – January 3rd, 2012

GL 109
(page 1 of 1)

CONFIDENTIAL                   Exhibit 24                    GDC00000019
                                -424-

# World's oldest known terrestrial material @ 4.4 billion years old. A Zircon Crystal

**Oldest Crystal Tells Tale Of A Hospitable Early Earth**

Newly discovered zircon crystal is the world's oldest known sample of a terrestrial material at an estimated 4.4 billion years old.

Chemical and isotopic analysis of this crystal suggest the presence of rocks formed at low temperatures and that the infant Earth cooled much faster after formation of the Moon than previously believed. Instead of being covered by a magma ocean, as conventional wisdom holds, the early Earth may instead have had continents, oceans, and a hydrosphere, all the conditions necessary for life.

**Precambrian Age** | **Phanerozoic**

Hadean | Archean | Proterozoic | Phanerozoic

Billion Years Ago: 4.6 — 4 — 3.5 — 3 — 2.5 — 2 — 1.5 — 1 — .5 — 0

- Formation of Earth
- Moon formation
- First sedimentary evidence for oceans and earliest isotopic evidence for life
- Earliest fossils
- First cells with nucleus
- First hard-shelled animals
- Dinosaurs
- Humans

Dan Brennan/UW-Madison News Graphic

GL 110 (page 1 of 1)



CONFIDENTIAL

Exhibit 24
-426-

GDC00000021





CONFIDENTIAL

Exhibit 24
-428-

GDC00000023