

CONFIDENTIAL

Exhibit 24
-429-

GDC00000024



CONFIDENTIAL

Exhibit 24
-430-

GDC00000025



