

Exhibit 24
-433-

CONFIDENTIAL

GDC00000028

# Manufacturing Method's are One of a kind in the world

| Process / Attribute | BruxZir | Sagemax HT | DOCERAM | Amanngirrbach | Zirkon Zahn SRL | Cercon |
|---|---|---|---|---|---|---|
| Method of Manufacturing | Colloidal | Isostatically/Biaxial | Isostatically/Biaxial | Isostatically/Biaxial | Isostatically/Biaxial | Isostatically/Biaxial |
| Size Reduction Process | Yes | No | No | No | No | No |
| Percent % Impurities (Foreign & Organic Binders) | .0012 | 5.1% | 5.1% | 4.7% | 4.65% | 5.76% |
| Liquid Additives for dispersion & deagglomeration | Yes | No | No | No | No | No |
| Bisque Density | 1.2225 | 1.2405 | 1.2539 | 1.2414 | 1.2523 | 1.2822 |
| Strength (1 - 6) 1 Highest | 1 | 6 | 5 | 4 | 3 | 2 |
| Translucency (1 - 6) 1 Highest | 1 | 6 | 5 | 4 | 2 | 3 |

GL 119
(page 1 of 1)



CONFIDENTIAL

Exhibit 24
-435-

GDC00000030





GL 122
(page 1 of 1)

 Exhibit 24
-437- GDC00000032