# Exhibit 25

Exhibit 25
-438-



CORPORATE **PROFILE**
SPECIAL ADVERTISING SECTION

# "...WORK HARD TO ENSURE OUR CUSTOMERS' CASES MEET OR EXCEED THEIR EXPECTATIONS AND ARE DELIVERED BACK TO THEM ON TIME."



**Robin A. Carden**
Vice President of Research & Development, Glidewell Laboratories

**Q:** How did BruxZir® Solid Zirconia come about and did you expect it to be so popular so quickly?

**RC:** I was a consultant for Glidewell Laboratories for about four years before I started working full-time in research and development. I had worked with other companies in advanced ceramics, with a focus on zirconia. We started making BruxZir using a patent-pending colloidal process that starts by breaking down the raw zirconia powder mechanically and chemically to make what we call a "milkshake." We then pour that milkshake into discs and use pressure to condense it and vacuum to remove the water. This unique process led to higher density that improved strength and translucency when compared to other monolithic zirconia materials.

We first marketed BruxZir as "More Brawn Than Beauty," focusing on posterior restorations. Since then we have improved the material's translucency, and now dentists are telling us they are using it to replace old PFM bridgework that keeps fracturing. They are also telling us BruxZir is a real game-changer and that it frees up a lot of chairtime. They aren't seeing patients back in the chair saying, "Hey, I've got a cracked crown, can you repair it?" When that happens the dentist is not making any money. BruxZir is a monolithic product, and a monolithic product moves, meaning, if you crunch ice or drink hot tea, the material moves all as one — a physical phenomenon called thermal expansion. But with PFMs, there are actually three materials that have to move: porcelain, metal and the glaze on top. So you have three materials moving, and they're very weak materials. With BruxZir you have a monolithic material that is very, very strong, so that's what the dentists like. The dentists' response is what surprised us. We knew we had created a whole new level of tooth-colored ceramic that does not break, but the material's popularity was actually unexpected.

**Q:** What sets this material apart from its competitors?

**RC:** All of the other competitors use the raw zirconia powder right out of the can. They pick a supplier of zirconia powder and scoop it, then condense it into milling blanks in a dry way. They isostatically or biaxially press the powders together. When you do that, you have to add organic, acrylic-type binders or plasticizers to those powders so they stay together. These binders stay in the milling blanks and that reduces translucency and strength. To produce BruxZir, we use zirconia from Tokyo-based Tosoh Corporation, the world's leading supplier of quality, high-purity zirconia. Our process breaks the zirconia particles down smaller, so we get a finer, denser milling blank that has higher flexural strength and better translucency. In 2010, Tosoh recognized this achievement with BruxZir by presenting Glidewell with the "Best Product Innovation Award" in the Advanced Ceramic category.

**Q:** How has BruxZir helped revolutionize C&B manufacturing technology?

**RC:** Because of BruxZir's strength and esthetics and the consistency of digital CAD/CAM systems, you get the same dimensional control on the contours, margins, contacts and on the occlusal area — and you can control that. Once you have a digital scan file and you can machine that, you get high accuracy. By producing BruxZir with the colloidal system, we get great repeatability. As a quality control measure, we routinely break hundreds of bars in an Instron machine to ensure high flexural strength. Right now we average about 1,312 MPa. We also examine samples of each batch of BruxZir using a spectrophotometer to measure the translucency.

**Q:** Tell us about working with dentists to educate them and how you help them get in touch with Authorized BruxZir Labs.

**RC:** Our Director of Clinical Education and Research Dr. Michael DiTolla creates video programs, teaches and gives seminars on what he sees at the chair, and how he works with BruxZir. We also make BruxZir readily available to dentists nationwide through our network of Authorized BruxZir Laboratories. There are many partner labs in the U.S., and dentists can find their nearest Authorized BruxZir Lab by visiting www.bruxzir.com. These partner labs are listed on our website, and in monthly journal ads and mailers. Dentists should receive an Authentic BruxZir case box decal with every case; otherwise, they are likely getting an imitation BruxZir product as there are many off-brands entering the market. Dentists can always call us to confirm they are getting Authentic BruxZir from an Authorized BruxZir Laboratory.

**Q:** What makes Glidewell so successful as a company?

**RC:** Well, Jim Glidewell has an incredible amount of energy and ideas. When he starts to talk about certain ideas and technologies, he's very much up to date. For example, he has fully embraced the change in dental technology to digital since 2007. In R&D, we have the ability to move quickly because we are a full-service dental laboratory. I'm able to make use of our crown & bridge department for quick feedback in our dental operatory. I'll never fault acts of enthusiasm. Rather than not do it, let's do it! We also have knowledgeable and friendly Customer Support teams that answer our customers' calls live, rather than an automated answering service that just directs calls. Product information and account activity is also available 24-7 via our website, along with free clinical support and educational videos. Also important is our incredible team of experienced technicians, who work hard to ensure our customers' cases meet or exceed their expectations and are delivered back to them on time.



**Glidewell Laboratories**
800-854-7256
glidewelldental.com

## FEATURED BRANDS



**BruxZir® Solid Zirconia**
BruxZir® Solid Zirconia is a monolithic zirconia restoration with no porcelain overlay. The most prescribed brand of full-contour zirconia, you'll be impressed by the esthetics of BruxZir Solid Zirconia when prescribed instead of metal occlusal PFMs and cast gold restorations. The proprietary production method of the BruxZir zirconia also provides enough translucency to be used in the anterior. For more information, visit www.bruxzir.com

August 2012 | DENTALPRODUCTSREPORT.COM 

GL 124
(page 1 of 1)

Exhibit 25
-439-

GDC00000034

# Exhibit 26

Exhibit 26
-440-



Home   Services   About Us   Send A Case   Learning   Your cart (0)

Like    161 people like this. Sign Up to see what your friends like.

# Gordon Christensen on BruxZir - from Dental Economics

Apr 13 2011

"Last week, I saw Dr Gordon Christensen speak at the Big Apple Dental Meeting in Mahwah, NJ - he covered a whole range of topics and focused a significant portion of his talk on the current 'state of affairs' in all ceramics - he had very positive things to say about EMAX and BruxZir (full contour zirconia). Dr Christensen's feelings about BruxZir and EMAX are stated in an article in the March 2011 issue of Dental Economics - here are some relevant excerpts from that article - you can read the full article here.

"**Q  Many of my patients prefer to avoid the use of metal in their mouths. I have suffered through the significant failures of many versions of all-ceramic restorations, and I'm not eager to try other all-ceramic restorations without sufficient positive research showing that they are working. There are many ads in dental journals about the newest form of all-zirconia tooth-colored indirect restorations. I think that concept was started by Glidewell Laboratories and is called BruxZir. All-zirconia restorations are advertised as excellent single- and multi-unit tooth colored restorations. What can you tell me about this newest unknown?**

A  Your question is excellent. I am finding that many patients want to have nonmetal crowns. The movement is not new. They have always wanted tooth-colored restorations, but now the typical patient is becoming more aware of local intraoral metal allergies and alleged systemic problems related to metal in the mouth. You asked specifically about all-zirconia restorations, and I will limit my comments to that concept.

I too have suffered through several generations of all-ceramic restorations. They have ranged from single-crown restorations to multi-unit restorations. Although some generations of all-ceramic restorations or polymer restorations have served relatively well, if I summarized my own long history with these restorations, it would be one of hopeful and optimistic placement, but frequent and expensive failure. The porcelain-fused-to-metal restoration (PFM), now with over 50 years of successful service, cannot be thrown away yet, but we are at least questioning whether it should continue to be the dominant restoration. The profession knows what to expect from PFM, but tooth-colored restorations have been less predictable. Are there some exceptions?

IPS Empress and many clones have proven themselves over millions of restorations as single-tooth replacement restorations. They can be expected to serve with minimal failure if planned and fabricated well and cemented with bonded strong resin cement. Currently, IPS e.max is going through an in-the-mouth observation period with thousands of single-tooth restorations being placed with observable success. As with Empress, the restorations must be planned and fabricated well and seated with strong cement. Although the manufacturer of this type of crown is stating that any cement can be used, I still favor bonded resin cement."

## Recent Blog Posts

### Interesting Fall 2011 Dental Survey published by Dental Economics
Came across a great research report published by Baird and Dental Economics A brief excerpt:...

### EMAX and BruxZir XRays
Here's a cool XRAY that someone posted on a @DentalTown thread - side by side comparison of...

### Dental Linkfest - Sunday Sept 4th, 2011
Here's some fun/useful links around the web about dentists and denitstry - enjoy! 1-800-DENT...

GL 183
(page 1 of 2)

"With this background, I will now answer your question to the best of my ability with the knowledge that we have in 2011. I fully admit that the profession, certainly including me, does not know much about all-zirconia restorations at this time.

- Strength of zirconia. There is no question that zirconia is the strongest of all the materials that have ever been promoted for use as an all-ceramic restoration. I know that research strength numbers are not usually used by practitioners. Therefore, let's put zirconia strength into easily understood terms. Zirconia is more than 10 times stronger than human enamel. Although we don't know exactly what that means relative to long-term service, the strength of zirconia is certainly impressive.
- Occlusal wear of zirconia and opposing teeth. This is a relatively unknown area. There have been a few studies done, and there are a few research projects in progress, but conclusions are few, and all of them are short term.
- Long-term service potential of all-zirconia restorations. Based on the immediate popularity of all-zirconia restorations, it appears to me that patients would rather have strong, relatively esthetic restorations in preference to undetectable but questionably strong restorations. I must admit, I agree! When a patient in the U.S. has paid about $1,000 for a crown or $3,000 for a three-unit fixed prosthesis, that patient should expect the restoration to serve for a respectable period of years.
- Cost of all-zirconia restorations. Currently, over 10 companies provide all-zirconia restorations at costs to dentists that are lower on average than PFM restorations from the same laboratories.
- The future of all-zirconia restorations. At this time, we don't know their future; however, high dentist and patient interest in these restorations and the early reports from the profession should lead us to conclude that the potential for their continued growth and success is promising.

Does that mean waiting five years before trying them? No. Certainly there are many patients today for whom all-zirconia restorations appear to be an ideal choice. Patients with overt soft-tissue sensitivity to metals are primary candidates, patients who will not accept any metal in their mouths are another potential group, and patients who want reasonable strength and will be satisfied with a moderate esthetic result are another group.

My summary is to go for it in moderation! These restorations look like something we will be looking at for a long time. However, as I said, don't throw away PFM just yet.

Hope that helps - Dr Christensen's thoughts and research carry a lot of weight with all of us - interesting to see that he is so positive about these products - please contact me if you have further questions about BruxZir, EMAX or anything really :)

David

‹ Go back to the blog

Copyright © 2012 to MobileTek Dental Labs | We use Shopify | SearchAbout UsRX Slip

GL 183  
(page 2 of 2)

# Exhibit 27

Exhibit 27
-443-



BruxZir® Solid Zirconia

Page 1 of 2

It seems you arrived at this page from a search engine. To help you find what you were looking for, we've highlighted your search terms:
;

MY ACCOUNT

**Acutech+**
DENTAL MILLING CENTER

BruxZir® Solid Zirconia is a monolithic solid zirconia restoration with no porcelain overlay. More brawn than beauty, you'll be impressed by the esthetics of BruxZir when prescribed instead of posterior metal occlusal PFMs and full-cast metal restorations. BruxZir is virtually chip proof, making it the ideal restoration for bruxers, implant restorations and areas with limited occlusal space.

Designed and milled using CAD/CAM technology, BruxZir is sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir restoration emerges nearly chip proof and is glazed to a smooth surface.



3M ESPE Lava Zirconia $59.99 *From STL files

### Indications:

- Single crowns
- Bridge units
- Crowns over implants
- Inlays and Onlays

### Summary of advantages:

It is an esthetic alternative to PFM metal occlusal/lingual or full-cast restorations.

Chip-resistant, as it is made of solid zirconia with no porcelain overlay.

Glazed to a smooth surface to reduce plaque accumulation.

- **ADMZ Framework**
  Copings / Framework up to 16 units
- **ADMZ Full Contour Crowns**
  Exceptional Translucency
- **3M ESPE Lava Zirconia**
  Copings / Framework up to 12 units
- **3M Essential Zirconia**
  Copings / Framework up to 4 units
- **Bruxzir Zirconia**
  Solid Zirconia
- **Custom Abutments**
  Checkout the possibilities
- **Wax & PMMA Patterns**
  CAD/CAM Precision

Address:   4710 Ruffner Street, Suite A,
           San Diego, CA 92111

           Google Map
Telephone: 858-633-5312
E-mail:    info@myacutech.com



GL 205
(page 1 of 2)

http://acutechdentalmilling.com/acutech/index.php?option=com_content&view=article&id...   12/1/2011

Exhibit 27
-444-

GDC00000168



© ACUTECH DENTAL MILLING 2011 Privacy Policy



GL 205
(page 2 of 2)

http://acutechdentalmilling.com/acutech/index.php?option=com_content&view=article&id... 12/1/2011

Exhibit 27
-445-
GDC00000169