# Exhibit 28

Exhibit 28
-446-

BruxZir Solid Zirconia | Crown and Bridge Dental Laboratory    Page 1 of 3
Case 8:11-cv-01309-DOC-AN   Document 96-12   Filed 11/19/12   Page 2 of 17   Page ID
#:1986

New Customers: 888.242.1872 | Current Customers: 800.227.4142



HELPING YOU RESTORE BEAUTIFUL SMILES

### BruxZir™ Solid Zirconia



BruxZir Solid Zirconia is a full contoured zirconia restoration with no porcelain overlay. While BruxZir is more brawn than beauty, you'll be impressed by its esthetics when prescribed instead of metal occlusal PFMs and full-cast metal restorations. Virtually unbreakable, it is an ideal restoration for bruxers and grinders.

Designed and milled using CAD/CAM technology, BruxZir crowns and bridges are sintered for 6.5 hours at 1,530°C. The final BruxZir crown or bridge emerges "nearly bulletproof" and is glazed to a smooth surface.

**Benefits for Your Patients**
- Chip-resistant, as it is made of full zirconia with no porcelain overlay
- Glazed to a smooth surface to reduce plaque accumulation

**Indications**
BruxZir Solid Zirconia is indicated for posterior crowns, bridges, inlays and onlays. BruxZir is an ideal solution for bruxers and grinders when PFM metal occlusals or full-cast restorations are not desired. BruxZir is also ideally suited for posterior molar crowns when the patient lacks the preparation space for a PFM or has broken a PFM in the past due to bruxing.


Before


After

**Cementation**
- Resin reinforced glass ionomer cement (RelyX Luting Cement, 3M ESPE; GCFuji Plus, GC America)
- Resin cements for short or over-tapered preparations (RelyX Unicem, 3M ESPE; Panavia F2.0, Kuraray)

**Preparation Guidelines**
Shoulder preparation not needed, feather edge is okay. It is a conservative preparation similar to full-cast gold so any preparation with at least 0.5 mm of occlusal space is acceptable. Minimum occlusal space of 0.5 mm, but 1.0 mm is ideal.

For complete information, please refer to our **BruxZir Solid Zirconia Tech Sheet**.

BruxZir is a trademark of Glidewell Laboratories.



G1 206
(page 1 of 3)

http://dentalartslab.com/bruxzir    12/1/2011

Exhibit 28
-447-

GDC00000170

**DENTAL ARTS LABORATORIES, INC.**

Ceramics/Crown & Bridge
Esthetic Restorations
- Diagnostic Case Planning Services
- Stacked Porcelain Restorations
- IPS Empress® Esthetic/IPS e.max®
- IPS e.max® CAD
- Noritake Katana
- DAL EZ Esthetic Zirconia
- Procera® Alumina/Procera Zirconia
- Lava™ Zirconia
- BruxZir™ Solid Zirconia
- DAL Partial Prep Veneer
- Maryland Bridges/Inlay Bridges
- Premise Indirect™ (BelleGlass™ NG)

Removable Partial Dentures
Full Dentures
DAL Esthetic Rendition Restorations
Implant Prosthetics
Splints/Mouthguards
Snoring/Sleep Apnea Appliances
Orthodontic/Orthopedic Appliances
Product Service Policies

**Request More Information**

DAL is a dental laboratory that works exclusively with dental professionals. If you are a patient seeking information about the products and services listed on our site, please contact your local dentist.

NAME
PHONE
EMAIL
ARE YOU A  Dentist

GL 206
(page 2 of 3)

http://dentalartslab.com/bruxzir                                    12/1/2011

Exhibit 28
-448-

GDC00000171

PLEASE LIST PRODUCTS OR SERVICES YOU ARE INTERESTED IN

[Submit] [Reset]

**Hot Products!**

- DAL IMPLANT BORNE BRIDGE
- SPARK EROSION PROSTHETICS
- SP-Y FULL CAST GOLD CROWNS
- MYERSON EMA® APPLIANCE
- IPS E.MAX® CAD
- DAL COMFORT BITE SPLINTS
- BRUXZIR™ SOLID ZIRCONIA

241 NE Perry Avenue, Peoria, IL 61603-3625   800.227.4142   © Dental Arts Laboratories, Inc.

Dental Laboratory | Dental Laboratories | BruxZir Solid Zirconia | IPS e.max CAD | Dental Implants Laboratories | Dental Laboratory Products | Esthetic Dental Laboratories | Dental Implant Prosthetics | Sitemap

Local Internet Advertising provided by Ads Next™



GL 206
(page 3 of 3)

http://dentalartslab.com/bruxzir                                                                                 12/1/2011

Exhibit 28
-449-

GDC00000172

# Exhibit 29

Exhibit 29
-450-

Winter 2011 

*Education News from Keller Laboratories*

# BruxZir®
## Total Zirconia Crowns

## Over 250,000 BruxZir Crowns Sold Nationwide:

We don't sell iPhones or e-readers but we do offer the hottest product in the dental industry. Dentists are buzzing over the benefits of BruxZir® Total Zirconia Crowns.

In the last 13 months Keller has fabricated over 20,000 BruxZir crowns with reports of overwhelming clinical success.

When BruxZir was first introduced we had many doctors wonder if monolithic zirconia would damage the opposing dentition. Even though it is extremely strong, tests have shown BruxZir to be safe on opposing teeth. BruxZir Solid Zirconia and Ceramco3 were recently tested in a comparative wear study.* Each material was tested using a Chewing Simulator, which simulated the clinical performance of the material over a period of five years. After 1.2 million wear cycles under a load of 5 kg, BruxZir compared favorably to Ceramco3 with barely detectable wear.

Doctors also wondered what the polishing protocol is for BruxZir. Keller recommends a one step ceramic paste dot for individual use. You can get these "Ceramo-Dotz" from Dental Ventures of America by calling 800-228-6696. You can also use your usual polishing method.

There is no substitute for clinical experience and with BruxZir we have quickly learned procedures that ensure the best possible results. Accept no imitations when prescribing Total Zirconia Crowns as BruxZir has established a track record as the industry leader.

\* Wear Test, Prof. Dr. J. Geis-Gerstorfer, Osianderstraße 2-8

## Did You Know? BruxZir® Comes in 16 Vita Shades

There has been minimal information released about BruxZir®'s ability to be shaded in 16 different vita shades. The messaging about BruxZir has instead been focused on the crown's well-earned reputation for having "More Brawn than Beauty" and being ideal for bruxers & grinders who have destroyed other restorations.

We constantly work to improve the esthetics of BruxZir. The restorations are dipped in the desired Vita body shade and the zirconia absorbs the shade.

Light bounces off zirconia oxide differently than many other dental materials. As a result there are unique shade considerations for BruxZir Solid Zirconia. Because of how much light reflects off of the zirconia material the vita shade of the crown should be two to three shades darker than the surrounding teeth. For instance, a typical indication of an A1 shade would look best as an A4 shade.

Even though cosmetic dentistry is not what BruxZir is designed for, the esthetics can be quite lifelike.

Let our communications team walk you through the shading for your next BruxZir crown. You will be thrilled with the results. Contact Keller Laboratories at 800-325-3056.



www.kellerlab.com

1

EXHIBIT 1 (page 1 of 6)

19

Exhibit 29
-451-

# New Flexible Partial Material Now Available from Keller

## DuraFlex™
### flexible partial dentures



Flexible Partial dentures, like Valplast®, are great for a lot of reasons. The metal-free material is strong, thin, flexible and lightweight and it comes at a reasonable price. But Valplast does have some room for improvement.

The DuraFlex™ Partial Denture from Keller Laboratories offers that improvement you have been waiting for.

The most common complaint about flexible partials is that they are difficult to adjust. DuraFlex Partial dentures resolve that issue. They are made with a state-of-the-art material that has a higher melting point than Valplast. Adjusting DuraFlex won't gum up your tools like other flexible partials. The result is a partial that is easier to adjust, easier to polish and has better color stability.

DuraFlex also offers fantastic esthetics with veined acrylic in three shades. The material is very translucent allowing the natural coloring of the tissue to show through the material causing DuraFlex to virtually disappear in the mouth.

DuraFlex is more dense than conventional acrylic dentures for a slick finish that, unlike nylon based materials, won't discolor, and is highly resistant to stains and odors.

**Why choose DuraFlex?**

**It's Easy:** Simple to adjust and polish.

**It's Esthetic:** Lifelike pink shades with veined acrylic details.

**It's Comfortable:** Thin, lightweight, and flexible for easy insertion.

**It's Strong:** Clinically unbreakable and more durable than acrylic.

**It's Hygienic:** Won't absorb stains or odors.

Keller is offering DuraFlex at a great flat rate price including process, setup, and Kenson teeth (premium teeth are available for an additional charge). We can also reline, repair, and add teeth to DuraFlex.

On your next partial denture give DuraFlex a try. Keller's trained and experienced communications team will provide you with all the information you need. We think you and your patient will be thrilled with the new material. Give us a call at 1 800-325-3056.



**Keller Locations**

(800) 325-3056  St. Louis, Missouri
(800) 292-1894  Louisville, Kentucky
(800) 325-3056  Indianapolis, Indiana
(800) 821-3107  Kansas City, Missouri

EXHIBIT I (page 2 of 6)

# Losing Sleep Trying to Grow Your Practice?
## Begin Screening for Snoring and Sleep Apnea

Many practices have discovered a new revenue stream by introducing a potentially life-saving treatment, Oral Appliance Therapy (OAT) for snoring and Obstructive Sleep Apnea (OSA). With over 30 million Americans suffering from OSA, a sizable portion of your existing patient base likely exhibit some of its signs and symptoms, from daytime sleepiness and obesity to high blood pressure and headaches.

Screening for snoring and OSA is simple and doesn't require any new equipment. Consider adding the Epworth Sleepiness Scale (ESS) to your patient health history questionnaire. The ESS is an 8 question survey that can be used to identify patients that may be suffering from Sleep Disordered Breathing.

Most patients don't see a correlation between their snoring, fatigue or medical comorbidities and some simple explanation can help strengthen that connection. Adding OAT patient brochures in your waiting area can increase awareness among your patients that you may be able to improve their quality of life with the TAP or EMA appliances.

In 2006, the American Academy of Sleep Medicine's practice parameters stated that OAT is a first-line treatment option for mild to moderate OSA & is also indicated for severe CPAP noncompliant patients. Keller Laboratories proudly offers the TAP and EMA devices, both FDA approved for the treatment of snoring and OSA.

Visit us at www.kellerlab.com for a copy of the ESS and more information about TAP, EMA, and our OAT learning opportunities, including free webinars & live CE programs.



# Keller Introduces New Online Video Library



We have updated our website with more functionality and a specific enhancement in our video capabilities.

We now have a dedicated video library where you can find instructional and informational videos to help grow your practice and make things easier for you. To view the video library simply click the video library link on the navigation bar at the top of the page.

Kellerlab.com also features a learning resources section with links to audio and video information, CE courses, practice tools and product studies and articles.

*You can still log in to your Keller Access account by clicking the button at the top right corner of every page.

If you have any questions about our new website or need assistance setting up your online account, contact our Customer Service team at: (800) 325-3056.

We welcome your feedback on the updates to the website. Email us at keller@kellerlab.com.

EXHIBIT I (page 3 of 6) 21

3

Exhibit 29
-453-

## Interactive "NTI is Easy as 1-2-3" Video Premieres Online

Keller Laboratories, Inc. has the experience of fabricating tens of thousands of NTI-tss Plus appliances behind us and we aim to make using the NTI in your practice as Easy as 1-2-3. Whether using the NTI therapeutic protocol for its diagnostic, protection, or therapeutic indications, the "NTI is Easy as 1-2-3" video series will serve as a virtual case evaluation.

The video series, shot in HD, features brief, yet descriptive videos detailing NTI appliance design criteria, arch choice indications and contraindications, as well as clinical tutorials demonstrating chairside insertion and adjustment techniques.



Ever wondered what to do when prescribing an NTI for a patient with a diastema, missing incisors, or veneers? This video series addresses all of those issues as well as indications for the soft-lined and extended coverage NTI designs. Have you ever had a patient bring in an old NTI that's not as retentive as it once was? An easy reline technique is also featured in this series.

The videos can be accessed on our website at www.kellerlab.com or you can contact our experienced NTI Communications Team for a free DVD at 1-800-325-3056.

### Call Us For a Free NTI Design Chart!

This chart will help you make the best NTI-tss Plus design choice for your patients.



## Spanish Patient Brochures Now Available



In our efforts to to accommodate all of our doctors and their patients we are happy to offer **FREE** Spanish versions of our **NTI-tss Plus™** and **Valplast®** patient brochures. Just give us a call at 800-325-3056 or email us at keller@kellerlab.com and we'll send some Spanish brochures to your practice at no cost.

EXHIBIT I (page 4 of 6)

22

4

Exhibit 29
-454-

# NTI Survey Results - Virtually No Adverse Effects



**NTI-tss plus™**

A survey of NTI providers across the United States and Canada has added to our understanding of the adverse events associated with the use of NTI-tss.

Andrew Blumenfeld, M.D. presented results of the survey at the 2nd European Headache and Migraine Trust International Congress in Nice, France. Dr. Blumenfeld's report dealt with the incidence of adverse events, and more specifically the incidence of aspiration and anterior open bite following the use of an NTI device. His abstract was published recently in the Journal of Headache and Pain.

Nearly 600 of the 6,312 dentists contacted responded to the web-based survey. They answered a variety of questions on patterns of NTI use, indications, and outcomes. The panelists observed the development of an anterior open bite in just 1.6% of 78,711 cases. While 0.3% of patients reported aspirating the device, most importantly, 0% of these reports were confirmed by X-ray.

Dental providers rated the NTI splint as an effective treatment for headache in over 96% of the patients they treated. Dr. Blumenfeld's conclusion: Headache can be effectively and safely treated with the NTI splint in dental practices.

If you would like a copy of Dr. Blumenfeld's poster, or a copy of the published abstract, you can find it on our website at www.kellerlab.com.

We have many other studies illustrating the NTI-tss as a simple and effective treatment for patients suffering from tension and migraine headaches. If you have any questions about the NTI-tss Plus please contact our experienced and thorough communications team at 1-800-325-3056. We look forward to hearing from you.

**LACK OF ADVERSE EFFECTS**
- 98.1% No significant clinical changes
- 1.6% Undesired clinical changes
- 0.3% Claimed aspiration*

*None confirmed with imaging

**90,720 devices provided**

**EFFICACY**
NTI use for pain "above the cheekbone"
- 96% Mostly Successful
- 2% Mostly Unsuccessful
- 2% Don't use for pain management



### Free Shipping when you Bundle!
Include 2 or more cases in one box (using one shipping label) and shipping is FREE!

*Offer valid only in the contiguous U.S. Additional charges apply for overnight.

5

EXHIBIT I (page 5 of 6)
23

Exhibit 29
-455-

# CE Program for Entire Team in Louisville, KY



Dr. Steven Rasner, a practicing dentist from New Jersey, will share how he took his practice in an economically challenged area in the U.S. and made it profitable and financially fulfilling.

**Why your entire staff should attend the Realizing the Dream Seminar:**

The presentation will motivate your staff to contribute to the growth and success of your practice.

The presentation will leave you saying "I can REALLY use this in my office," and "If he grew his practice in a shaky economy why can't I?"

The presentation is emotional, heartfelt and entertaining from a practicing dentist that really understands today's struggles.

**Date:**
Friday April 22, 2011

**Location:**
Ramada Plaza in Louisville, KY

6 CE Credits Available
For More Information visit www.realizingthedream.com or call Sibrina at:
800-292-1894 or 502-499-7400



2011 Keller Laboratories

EXHIBIT I (page 6 of 6)

24

Keller Laboratories, Inc.
160 Larkin Williams Industrial Court
P.O. Box 260161
St. Louis, MO 63026
www.kellerlab.com

Address service requested

PRESORTED STD
U.S. POSTAGE
PAID
ST. LOUIS, MO
PERMIT NO. 4398

Exhibit 29
-456-

# Exhibit 30

Exhibit 30
-457-

- Home
- Who's Who?
- Sitemap
- Products and Materials
- Archive

Call: or

dental laboratories
Quality | Experience | Consistency | Since 1982

# Somer Dental Labs

Enter search keyword

- Dental Societies
  - Cincinnati Dental Society
  - Indianapolis District Dental Society
- Employment
- Featured Articles
- News
- Products
  - Captek
- Restorations
  - Fixed Restorations
    - Metal Alloys
    - Metal Free Restorations
  - Implant & Combination Cases
  - Removable Prosthetics
    - Complete Dentures
    - Partial Dentures
    - Splints
- Services
- Uncategorized



## Bruxzir crowns have arrived

Fri, Mar 18, 2011

Fixed Restorations, News, Uncategorized

http://www.somer.com/uncategorized/777/                                    12/1/2011

EXHIBIT J (page 1 of 5)
25

Exhibit 30
-458-

# Bruxzir Crowns Now Available for Your Patients

Somer is happy to offer you Bruxzir zirconia crowns and expect they will find their way into your treatment planning.

### What do you need to know?

Bruxzir crowns are 100% Zirconia and are thus very, very strong. They require a minimum of .5 mm reduction and are suitable for individual units and bridges.

Bruxzir crowns are cementable and are kind to the opposing dentition. They offer excellent wear characteristics.

Somer's Bruxzir crowns are milled in the USA and then finished to our standards by Somer technicians.

Use a traditional preparation.

### What about costs?

-

Our fee is $109. per unit and will immunize you against fluctuating alloy prices.

### What about esthetics?

-

Bruxzir brings you many of the esthetic benefits of metal free crowns and to most patients, is almost certainly preferable to a gold, full cast crown.

But like gold, we do not use Bruxzir in the esthetic zone.

### How does Bruxzir work?

-

1. You send your impression or digital file to Somer.
2. Somer pours & scans the model, designs the crown and uploads the digital file to a Bruxzir milling facility.
3. They mill a full contour, zirconia crown in the prescribed shade and design and return it to Somer.
4. Somer refines the crown with ideal incisal anatomy and enhanced shading and characterization.
5. We send the completed crown to you. We ask for 6 lab days.

http://www.somer.com/uncategorized/777/                                                    12/1/2011

EXHIBIT J (page 2 of 5)
26

Exhibit 30
-459-

**The joke: Bruxzir is the new gold!**

There is a joke in dental labs that Bruxzir is the new gold.

It is very strong, kind to the opposing and has excellent wear characteristics.

Bruxzir is suitable for single units and bridges. It is fabricated in the USA and is immune from crazy alloy prices.

It requires only .5 mm reduction and is cementable.

Gold comes in 1 shade; Bruxzir comes in tooth shades. But like gold, we will keep Bruxzir out of the esthetic zone for the time being.

**This post was written by:**

John Feeney - who has written 10 posts on Somer Dental Labs.

John's responsibility at Somer is to help our offices with impressions, bites, treatment planning and the technical management of the lab.

Contact the author

## One Response to "Bruxzir crowns have arrived"

1. *Tim Schafer DDS* Says:
   April 27th, 2011 at 3:06 pm

   John- You said earlier that a stump shade is needed for Bruxzir, if the prep has some amalgam in it what stump shade do I request or do you recommend removing all alloy first.

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

EXHIBIT J (page 3 of 5)

27

http://www.somer.com/uncategorized/777/                                    12/1/2011

Exhibit 30
-460-

Bruxzir crowns have arrived | Somer Dental Labs
Page 4 of 5
Case 8:11-cv-01309-DOC-AN   Document 91-12   Filed 03/09/12   Page 16 of 17   Page ID #:2991

[ Submit Comment ]

Next Entries »



Somer Dental Laboratory was founded in 1982 by Keith Spencer, CDT and Larry Sowinski, CDT. Somer is located in Zionsville, Indiana.

Everyday, our technicians set teeth, build porcelain, cast frames, wax copings, scan models, and mill crowns on schedule on time and get great report cards from our dentists. Learn More

 We are proud to be a Certified Dental Lab. Certification enables us to show you we adhere to the highest standards of quality control, materials and customer service.

 **Rx Form**

Click here to download our 2010 RX Form.

## Somer Hours of Business

We are open for business and welcome your inquiries from 7:00 a.m. to 5:00 p.m. Monday through Thursday. Our drivers pick-up and deliver cases Monday through Friday.

To schedule a pick-up, call or during business hours or Friday mornings. After hours, please call the Somer Pick-up Hotline at .

See our Laboratory Schedule Here

## Somer's Vision and Mission Statement

http://www.somer.com/uncategorized/777/                                                    12/1/2011

EXHIBIT J (page 4 of 5)
28

Exhibit 30
-461-

## Vision:

In unison, as a Team, Somer Dental Laboratories' vision is to establish an environment, which can productively provide quality products and services, education, personal growth, and financial security.

## Mission Statement:

Somer Dental Laboratories' is committed to be a leader in the dental laboratory industry by educating our team to provide the highest standards of dental care through excellent service, quality products and advanced technology.

## Recent Posts

- Bruxzir crowns have arrived
- Dental Wings & envisionTEC have arrived!
- Nobel Prize at Purdue University
- Successful e.max seminar!
- IDDS Dental Assistants Study Conflict Resolution

© 2011 Somer Dental Labs. | 11707 N Michigan Rd. | Zionsville, IN 46077
toll-free | main | fax



Powered by Wordpress | Admin Login

EXHIBIT J (page 5 of 5)
29

http://www.somer.com/uncategorized/777/                    12/1/2011

Exhibit 30
-462-