# Exhibit 40

Exhibit 40
-517-



GL 162
(page 1 of 1)

Exhibit 40
-518-

GDC00000072

# Exhibit 41

Exhibit 41
-519-


**Only Sirona inLab®** offers you more choices than any other CAD/CAM system   SEE HOW ⊙   sirona

SEARCH

Login | Subscribe | Contact Us



Select an issue ▼

### Inside Dental Technology

Share:

**February 2011, Volume 2, Issue 2**
Published by AEGIS Communications

## Tosoh Recognizes BruxZir®

### Tosoh Corp presents prestigious "Best Product Innovation Award" to Glidewell Laboratories for BruxZir solid zirconia.

Glidewell Laboratories received Tosoh Corporation's 2010 "Best Product Innovation Award" in the Advanced Ceramic category for BruxZir Solid Zirconia.

Yutaka Nakamura, president of Tosoh America, Takaaki Kawakami, and Jay Thomas presented the award to Jim Glidewell, CDT, president and owner of Glidewell Laboratories, and Robin Carden, senior director of Research & Development, at the laboratory's Newport Beach, Calif., headquarters on December 6, 2010. The award, which stands nearly 2 feet tall, is a plaque made with the largest piece of black zirconia ever produced by Tosoh. Formed at high pressure, sintered at over 1500úC, and then polished and engraved with an acknowledgment formally recognizing the BruxZir material, the plaque itself is both impressive and unique.

Tosoh, headquartered in Tokyo, Japan, is the world's leading supplier of quality, high-purity zirconia. Over the past 4 years, Glidewell Laboratories has worked with Tosoh's zirconia material to develop BruxZir solid zirconia.

Glidewell Laboratories' 66-person Research & Development team was instrumental in the development of BruxZir and used innovative processes to refine Tosoh zirconia to a significantly reduced grain size, which increases the strength and optical properties of BruxZir. This team, which includes PhDs in material science and engineering, dentists, and dental technicians, used the latest material advancements in conjunction with proprietary, groundbreaking processes to create dental restorations that exhibit lifelike vitality and chip-proof strength.

Tosoh chose BruxZir Solid Zirconia for this honor because of the inventive processes employed by Glidewell Laboratories that have repurposed how zirconia is used in dentistry. While zirconia has become a preferred restorative material, the June 2009 release of BruxZir has further enhanced this material in both form and function. Unlike conventional dental restorations that start with a metal base and then are overlaid with porcelains, BruxZir is a solid, monolithic zirconia crown that is fabricated using CAD/CAM technology.

BruxZir solid zirconia has quickly gained the attention of the dental community due primarily to its strength and superior esthetics when compared to metal-based restorations for patients who brux and grind their teeth.

The award, which stands nearly 2 feet tall, is a plaque made with the largest piece of black zirconia ever produced by Tosoh.

Share this:



Figure 1

**SUBSCRIBE TODAY!** ▶▶

Select a link below to view additional publications.

Inside Dentistry
Compendium
Inside Dental Assisting
Online Only
Special Issues +
Whitepapers



**PROSTHETICS MUSEUM**
HISTORY PRESERVED: 1899 - PRESENT
DENTSPLY
▶ Watch the video

**OneGloss®**
ONE SYSTEM—ONE STEP
FINISHING AND POLISHING

```
        GL 210
        (page 1 of 1)
```

Exhibit 41
-520-

GDC00000182

# Exhibit 42

Exhibit 42
-521-

*The Official Advocate of the Dental Laboratory Industry*



National Association of Dental Laboratories

**October 2011**
Vol 28 No. 8 $10.00
**www.jdtunbound.com**

Journal of Dental Technology's

WOW!

2011

**WOW! Products Awards**

*Save time, save money and improve quality with these hot titles.*

*Also:*

*Learn a simple technique for shade matching centrals.*

**Meet your NADL and NBC candidates for election.**

GL 200
(page 1 of 3)

Exhibit 42
-522-

GDC00000156



Journal of Dental Technology's
# WOW!
## 2011

A great book can change your life, make you see the world differently and help you overcome obstacles in your path. Words are powerful because they spark ideas.

From these ideas come WOW! products, services and equipment. A WOW! product can change your dental laboratory. It can save you time, save you money and improve quality. A great WOW! product makes doing the work you love, even better.

The *Journal of Dental Technology's* WOW! panel reviewed the nearly 40 nominated products to come up with the **2011 JDT WOW! products**, which are listed, starting with the highest ranking, on the following pages.

**NADL** National Association of **Dental Laboratories**

## Find Something You Love?

Did your favorite not make the list? Let us know by e-mailing JDT at jdt@nadl.org. We look forward to hearing from you.

**Name:** Gary Iocco
**Laboratory:** Dimension Dental Design, CDL
**Job Title:** President
**Number of Years as a Laboratory Owner:** 29
**Favorite Dental Technology Book or Magazine:** *Journal of Dental Technology*

Gary Iocco

Jerry Ragle, CDT

**Name:** Jerry Ragle, CDT
**Laboratory:** Ragle Dental Laboratory, Inc., CDL
**Job Title:** President
**Number of Years as a Dental Technician:** 38
**Favorite Dental Technology Book or Magazine:** *Dentistry Today*

### Meet the WOW! Panel

**Name:** Hal Shepherd, CDT
**Laboratory:** Treasure Dental Studio, CDL
**Job Title:** Owner
**Number of Years as a Dental Technician:** 34
**Favorite Dental Technology Book or Magazine:** *Nature's Morphology, an Atlas of Tooth Shape and Form* by: Shiego Kataoka and Yoshimi Nishimura / Avishai Sadan

Hal Shepherd, CDT

Barbara Warner Wojdan, CDT, AAACD

**Name:** Barbara Warner Wojdan, CDT, AAACD
**Laboratory:** Knight Dental Group, CDL, DAMAS
**Job Title:** Executive Vice President
**Number of Years as a Dental Technician:** 23
**Favorite Dental Technology Book or Magazine:** *Gerald Ubassy's Analysis*

Cover and photo illustrations by Elizabeth Babski

GL 200
(page 2 of 3)

Exhibit 42
-523-

GDC00000157





# #1
# BruxZir
## Solid Zirconia

Carving a Niche in the High-End Market

Chip off the Zirconia Block

Journal of Dental Technology's
## WOW!
### 2011

*"The new standard for demanding situations like bruxers, implant restorations and areas with limited occlusal space."*

— WOW! Nomination

BruxZir Solid Zirconia from Glidewell Laboratories is a monolithic zirconia restoration with no porcelain overlay. It is indicated for crowns, bridges, screw-retained implant crowns, inlays or onlays. Exhibits class-leading durability with up to 1465 MPa of flexural strength and displays translucency and color similar to natural dentition. BruxZir is also a more esthetic alternative to metal-occlusal PFMs or cast gold restorations.



GL 200
(page 3 of 3)

**Cost:** Starting at $79 for unfinished milled crown, $54,995 for complete BruxZir Milling System

**Contact:** 888-303-3975, robin.bartolo@glidewelldental.com or www.glidewelldirect.com

**Saves Time:** CAD/CAM processing cuts down on labor, with an average milling time for a crown of just nine minutes.

**Saves Money:** Because BruxZir is made of one homogeneous material, the possibility of chipping is nearly eliminated, meaning fewer remakes.

**Improves Quality:** Provides a stronger and more durable cementable restoration with precision fit and occlusion.

**WOW! Factor:** "Lowest fracture rate and fastest-growing product in Glidewell history." — WOW! Nomination

Exhibit 42
-524-

GDC00000158