# Exhibit 43

Exhibit 43
-525-

# IDT
Inside Dental Technology

# Product iNavigator 2011
A 360° guide to this year's new products and services.

November/December 2011 | www.dentalaegis.com/idt

NEWPORT BEACH CA 92660-2015

EXHIBIT W (page 1 of 3)
53

Exhibit 43
-526-

# iNavigator Top Picks

IDT's Editorial Advisory Board's game-changing products

**Patrick Tessier, BSME, MBA**



### 3Shape TRIOS®

"The big breakthrough I see with the Trios is its user-friendly interface. This is an Apple Macintosh in a world of IBM PCs."
dentalaegis.com/t112
(Circle 30 on Reader Service Card)



**Larry Stites**



### Eden260V™

"My Objet 260V printer is definitely the most versatile piece of technology we have here at Allure Dental Studio. It is the ability of the printer to deliver multiple materials simultaneously that sets it apart from the rest. This new class of materials, called digital materials, will open up a wider range of dental applications in the future."
dentalaegis.com/t113
(Circle 31 on Reader Service Card)



**Rick Sonntag, RDT**



### Initial™ IQ Lustre Pastes NF

"GC Lustre Pastes have been a game-changer in this new era of monolithic restorations. Unlike conventional stains and glazes, it allows a ceramist to mimic natural shades, characterizations, and translucency in one application, without the need for complex layering."
dentalaegis.com/t114
(Circle 32 on Reader Service Card)



**Ed Flocken, CDT**



### Zircon-Brite

"This polishing compound works better than diamond paste for polishing IPS e.max Press and IPS e.max Ceram. We used to require two glaze finish firings; with Zircon-Brite we only need one firing and still retain detailed texture and surface morphology."
dentalaegis.com/t118
(Circle 33 on Reader Service Card)



**David Avery, CDT**



### Dental System™ 2012

"Without a doubt 3Shape's newest software and D810 scanner package is a huge leap forward in dentist/laboratory collaboration."
dentalaegis.com/t122
(Circle 34 on Reader Service Card)

 

**Steve Hoofard, CDT**



### Nautilus® CC Plus

"Bego's Nautilus induction casting machine is a German-manufactured product that works quickly and flawlessly."
dentalaegis.com/t116
(Circle 35 on Reader Service Card)



TURN THE PAGE F
& MORE TOP PIC

## " iNAVIGATOR TOP PICKS



**Joe Weisz, BS, CDT**

### D76Plus 3D Printer

By far, the most innovative and trend-setting products I have seen are 3D printers. For smaller labs, the compact and versatile Solidscape D76Plus is a good choice. Additive technology is the last piece of the digital puzzle and will be more common in the near future as more dentists adopt the use of virtual impressions."

dentalaegis.com/t119
(Circle 36 on Reader Service Card)



**Greg Harris**

### Bright Squid

This Internet-based software interface should be considered a technological breakthrough. It works with restorative, surgical, and laboratory software to tie all parties together to ensure that patients' expectations are met."

dentalaegis.com/t120
(Circle 37 on Reader Service Card)



**Luke Kahng, CDT**

### Nobel Biocare Titanium Substructures

With the gold market skyrocketing and no sign that prices will come down soon, we need to look at new products that offer handling efficiency and cost-effectiveness. I truly believe milled-titanium frameworks are an excellent alternative option to gold-based alloys."

dentalaegis.com/t121
(Circle 38 on Reader Service Card)



**Brad Jones, FAACD**

### IPS e.max®

IPS e.max is a breakthrough innovation for our industry. This material is able to emulate the optical qualities found in a natural tooth while offering the strength and durability I need to confidently guarantee my restorations' longevity against breakage."

dentalaegis.com/t115
(Circle 39 on Reader Service Card)

   



**Joshua Polansky, BA, MDC**

### My Shade Guide

I love Smile Line's new custom shade guide. It allows me to create 'my shades' for custom shades and give them to my clients for shade-taking when I'm not available."

dentalaegis.com/t123
(Circle 40 on Reader Service Card)



**Ron Woosley, CDT**

### Glidewell BruxZir®

My vote is for BruxZir. With the price of gold continuing to rise, this is the best choice for posterior restorations. This product will forever change the industry."

dentalaegis.com/t124
(Circle 41 on Reader Service Card)



**6** Inside Dental Technology | Product iNavigator

EXHIBIT W (page 3 of 3)
55

Exhibit 43
-528-

# Exhibit 44

Exhibit 44
-529-

# CLINICIANS REPORT

DECEMBER 2011, VOLUME 4 ISSUE 12

## Best Products of 2011: CR BUYING GUIDE

*Gordon and Paul's Clinical Bottom Line:* For many years, Clinicians Report *(previously CRA)* has identified and published an annual list of the best materials, devices, and techniques *that were evaluated that year.* The 2011 guide also includes some classic products, study controls, and products that can make your practice faster, easier, better, and potentially more profitable. *Please note the following categories of products selected for this report.*

Products listed in this buying guide have been evaluated by the CR in-house science team and CR field evaluators. *Each product in this report is color-coded to identify why it has been included in this 2011 listing.* Please use the color code as you observe products.

- **GREEN—CR Choice** designates the best products from *recent* CR multi-product comparisons *(marked with a ℭ)*.
- **BLUE—Additional highly-rated products** from CR clinical use and in-house science evaluations *during 2011*.
- **RED—Proven classics / controls:** Long-term, well-proven, popular, and accepted classics; current top performers; or controls used to compare and evaluate the new products during 2011. *Some categories do not have classics/controls listed.*

CR CHOICE Best of 2011

The following categories identify areas in dentistry where CR conducted active product evaluations during 2011. Products are listed in *alphabetical order.* Classics/controls *(where identified)* are listed first followed by CR Choice products then new, highly-rated products. Products that are not listed may still be in testing or were not among the highest rated. *This is not an all-inclusive list. There are many other excellent products not tested this year among the various categories.*

### ANESTHETICS & ACCESSORIES



**OneTouch Advanced**
Topical anesthetic gel *(14% benzocaine, 2% butamben, 2% tetracaine hydrochloride)* dispensed from bulk press-top container.
$20 / 32 gram jar
**Hager Worldwide** — www.hagerworldwide.com
70% of CR Evaluators would purchase this product.
*Dental Hygiene Clinicians Report May/June 2011*



**Painless Steel Needles**
Injection needle with 3-edge lancet tip and siliconized cannula for smooth entry. Plastic hub has bevel marking and color coding by size.
$15 / Box of 100 *(15¢ Each)*
**Transcodent** — www.painless-steel.com
77% of CR Evaluators would purchase this product.



**Septoject Evolution**
Injection needle with scalpel-designed bevel for smooth penetration, less tissue displacement, and reduced deflection for better control.
$18 / Box of 100 *(18¢ Each)*
**Septodont USA** — www.septodontusa.com
74% of CR Evaluators would purchase this product.

### DIAGNOSIS & TREATMENT PLANNING

**Caries Detection**
*Devices in this category have better accuracy than all previous models*



**CarieScan Pro**
Occlusal caries detection system. Low voltage current evaluates mineral density of tooth and identifies occlusal lesions reliably and accurately. Device is easy and fast to use, but does not record appearance of tooth.
$3995 / System *(through Patterson)*
**CarieScan** — www.us.cariescan.com
*Clinicians Report November 2011*



**Logicon**
Interproximal caries detection software. Software analyzes grayscale of radiographs and detects interproximal lesions reliably and accurately. Only available with Carestream *(Kodak)* digital radiography.
$1995 / Software
**Carestream Dental** — www.carestreamdental.com
*Clinicians Report November 2011*



**SoproLIFE**
Occlusal caries detection system. Corded handpiece provides intraoral imaging and 450 nm LED blue light for reliable and accurate caries detection. Patient can view tooth for education, but caries indication is subtle.
$6470 / System
**Acteon** — www.us.acteongroup.com
*Clinicians Report November 2011*



**Spectra Caries Detection Aid**
Occlusal caries detection system. Corded handpiece emits 405 nm LED blue light to show porphyrin metabolites from cariogenic bacteria reliably and accurately. Color-coded map and number show lesion location and severity quickly, but no clinical view.
$4995 / System
**Air Techniques** — www.airtechniques.com
*Clinicians Report November 2011 and Dental Hygiene Clinicians Report January/February 2011*

### EDUCATION

**Drug Interaction Resources**
*Five digital drug information systems were compared in Clinicians Report August 2011*

Classics/Controls:
- ℭ **Lexicomp Online for Dentistry,*** Lexicomp www.lexi.com
- **Little Dental Drug Booklet,** Lexicomp www.lexi.com

### Patient Education
*Eight digital systems were compared in Clinicians Report July 2011*

Classics/Controls:
- **ADA Pamphlets,** ADA www.ada.org
- **CAESY,*** CAESY Education Systems www.caesy.com
- **Dental Documents Booklet and Patient Education Video,** Practical Clinical Courses www.pccdental.com
- **Guru,*** Henry Schein www.henryschein.com
- **Patient-Vu Platinum,*** Implant Vision www.implantvision.net
- **Simple Patient Education** *(now on iPad),* * Practical Clinical Courses www.pccdental.com



**DDS GP***
iPad delivered patient e[ducation] with over 200 demonstr[ations], clinician can draw with [finger], customize to fit practice, send, or print emails.
$400 / App
**Kick Your Apps** — www.d[...]
69% of CR Evaluators would purchase this produ[ct].
*Clinicians Report July 2011*

### Self & Staff Education

Classics/Controls:
- ℭ **CR Dentistry Update and Clinicians R[eport]** CR Foundation www.cliniciansreport.org
- **Coding with Confidence: The "Go To" D[ental] Insurance Guide,** Dr. Charles Blair and Associates www.drcharlesblair.com
- ℭ **Dental Office Medical Emergencies,** Lexicomp www.lexi.com
- ℭ **Emergency Medicine in the Dental Off[ice]** Healthfirst www.healthfirst.com
- ℭ **Preparing for Your Next Medical Emer[gency]** and other DVDs and Courses Practica[l] Clinical Courses www.pccdental.com

EXHIBIT R (page 1 of 2)

42

Additional company contact information may be accessed free at www.cliniciansreport.org *(click on "Dental List")*

A PUBLICATION OF CR FOUNDATION®



Exhibit 44
-530-

Clinicians Report — Page 3 — December 2011

Case 8:11-cv-01309-DOC-AN Document 90-47-2 Filed 11/19/12 Page 7 of 7 PageID #:2070
Case 8:11-cv-01309-DOC-AN Document 41-2 Filed 03/05/12 Page 14 of 30 Page ID #:586

## Surface Disinfection



### GermXtra
*Presently not available in U.S.*
Ethyl alcohol disinfectant requires 3-minute contact time. Clinically practical surface disinfectant that kills a resistant virus and bacteria within fresh human whole blood.
*See Clinicians Report March 2011 for availability outside the U.S.*

Germiphene — www.germiphene.com
*Clinicians Report March 2011*



### Lysol I.C. *(Brand III)*
Replacement for Lysol II. The *only* clinically effective surface disinfectant presently available in the U.S. that kills a resistant virus and bacteria within fresh human whole blood, *but new formula requires 10-minute contact time.*
$12/Can *(sold through Sultan Healthcare)*

Reckitt Benckiser — www.sultanhc.com
*Clinicians Report March 2011*

## Sterilization Pouches



### Treo Self-Sealing Triple Check
Sterilization pouch with external and internal monitoring for time, temperature, and steam. Meets CDC infection control guidelines.
$13/Box of 200 3-1/2" x 9"
$33/Box of 200 7-1/2" x 13"

Benco Dental — www.benco.com
83% of CR Evaluators would purchase this product.

## LABORATORY TECHNOLOGY

### Finishers/Polishers for Ceramic
Classics/Controls:
- **Dialite**, Brasseler USA www.brasselerusa.com
- **Diashine Fine**, VH Technologies www.vhtechnologies.com
- **Zircon-Brite**, Dental Ventures of America www.dentalventures.com



### Sin-Cer
Sintered diamond rotary instruments in 7 shapes for initial porcelain and zirconia cutting and finishing. Cuts fast and lasts long.
$33–$44 Each

Dental Ventures of America — www.dentalventures.com
56% of CR Evaluators would purchase this product.

### Fixed Prosthodontics
Classics/Controls:
- **Cercon**, Dentsply Prosthetics www.dentsply.com
- ℞ **CZR Press**, Noritake www.noritake-dental.co.jp
- ℞ **IPS e.max and Empress**, Ivoclar Vivadent www.ivoclarvivadent.com
- **Lava**, 3M ESPE www.3mespe.com
- ℞ **Pulse Interface**, Jensen Dental www.jensendental.com
- **VITA VM9/VM13**, Vident www.vident.com



### BruxZir
Zirconia block milled to full-contoured restoration. Available in many shades. Low cost and extreme strength.
$99/Unit

Glidewell Laboratories — www.bruxzir.com
*Clinicians Report February 2011 and October 2011*

## Miscellaneous



### FujiRock EP
Die stone that is highly accurate for implants and other critical cases. Scanned well.
$35/5 kg (11 pounds)
$75/12 kg (26.4 pounds)

GC America — www.gcamerica.com
71% of CR Evaluators would purchase this product.
*Clinicians Report February 2011*

### PrimoPattern LC
Modeling resin that is syringe dispensed and light cured for implants, copy milling, CAD/CAM, and other fixed removable prosthesis.
Gel: $99/5 3-gram syringes
Paste: $99/30 gram jar

Primotec USA — www.primogroup.net
69% of CR Evaluators would purchase this product.

### Removable Prosthodontics
Classics/Controls:
- **Coe-Soft**, GC America www.gcamerica.com
- **Ivocap**, Ivoclar Vivadent www.ivoclarvivadent.com
- **Sofreliner Tough**, Tokuyama www.tokuyama-us.com
- **PermaSoft**, Dentsply Prosthetics www.dentsply.com

## ORTHODONTICS
Classics/Controls:
- **Invisalign**, Align Technology www.invisalign.com



### ClearCorrect
Aligner that is clear and removable with support and submission online. Mid-course correction and fewer requirements for participation than other systems.
$995/Full case
$595/Limited case

ClearCorrect — www.clearcorrect.com

## PEDIATRIC DENTISTRY
*See also Restorative, Operative, Pediatric*



### NuSmile Crowns
Pediatric esthetic *(resin facing)* stainless steel crowns in good selection of sizes, shapes, and shades.
$18/Crown

NuSmile — www.nusmilecrowns.com
68% of CR Evaluators would purchase this product.

## PERIODONTICS
*See also Surgery: Oral & Maxillofacial*



### Dentapreg Splint
Glass fiber reinforced strip pre-impregnated with light-curing resin, especially useful for trauma. Splint is tacky, pliable, and highly esthetic when cured. May be desirable to cover with resin.
$299/Kit

Advanced Dental Materials — www.dentapreg.com
95% of CR Evaluators would purchase this product.

## PREVENTIVE DENTISTRY/ DENTAL HYGIENE

### Air Slurry Polishers
Classics/Controls:
- **Air-Flow Handy 2+**, EMS www.emsdent.com
- **Prophy-Jet and CaviJet**, Dentsply Professional www.dentsply.com

## Desensitizers, Cervical



### Profluorid L
Liquid varnish with 5% Na F, 5% Ca F, and eugenol *(obtundent)* that is thin and esthetic after application.
$65/Kit (4 gram bottle, brushes, and wells)
$2/Unit-dose package

VOCO — www.vocoamerica.com
68% of CR Evaluators would purchase this product.
*Clinicians Report November 2011 and Dental Hygiene Clinicians Report July/August 2011*

### Fluoride
Classics/Controls:
- ℞ **Armuor Rx**, Massco Dental www.masscodental.net
- ℞ **Iris Varnish**, Benco Dental www.benco.com
- ℞ **VarnishAmerica Original and White**, Medical Products Labs www.mplusa.com

### Floss/Interdental Cleaners
Classics/Controls:
- **Opalpix**, Ultradent www.ultradent.com



### GUM Eez-Thru Angled Flossers
Popular flosser has improved angle for better access to posterior teeth with pick and mint flavor.
$15/Box of 48 2-packs

Sunstar Americas — www.gumbrand.com
69% of CR Evaluators would purchase this product.
*Dental Hygiene Clinicians Report July/August 2011*



### Oral-B Glide Pro-Health Clinical Protection Floss
Floss now with natural wax for improved grip and to include mild mint flavor. Slides ea[sily] into tight contacts witho[ut]
$26/Case of 72

Procter & Gamble — www.dental[...]
72% of CR Evaluators would purchase this produ[ct].
*Dental Hygiene Clinicians Report May/June 2[...]*

### Prophylaxis
Classics/Controls:
- **Next**, Preventech www.preventech.com
- **NUPRO**, Dentsply Professional www.dents[...]



### Mystic Cup Prophy A[ngle]
Prophy angle that is latex disposable and has uniq[ue] diamond-shaped bumps [on] outer surface of cup for i[...] interproximal and lingual [...]
$50/Bag of 100

ProphyMagic — www.prophym[...]
61% of CR Evaluators would purchase this prod[uct].
*Dental Hygiene Clinicians Report May/June [...]*



### STARbrush
Rotary cleaning brush h[...] useful for hard-to-access [...] Alternative for cleaning pits and fissures in patients that do not tolerate air slurry polishing.
$29/Pack of 30

Ultradent — www.ultradent.com
76% of CR Evaluators would purchase this product.
*Clinicians Report June 2011 and Dental Hygiene Clinicians Report July/August 2011*



Additional company contact information may be accessed free at www.cliniciansreport.org *(click on "Dental List")*

EXHIBIT R (page 2 of 2) — 43

Exhibit 44
-531-