# Exhibit 45

Exhibit 45
-532-



All DrBicuspid ▼

about/contact | site map | advertising

HOME | BUYER'S GUIDE | ONLINE CE | COMMUNITIES | OPINION | FORUMS | VIDEO | EDUCATION | CONFERENCES | JOBS | FOR SALE | LINKS |
Welcome Mr. Robin A. Carden ⌄ | User Options | Newsletters | Sign Out





## Dental Excellence Awards 2012 semifinal candidates

November 30, 2011 -- Below is a list of semifinal candidates for the third annual DrBicuspid Dental Excellence Awards, *DrBicuspid.com*'s campaign to recognize the best and brightest in dentistry.

Following hundreds of nominations from our members, we have pared down the list of semifinalists to 102 candidates in 12 categories.

**Most Influential Dental Researcher**
Robin Carden, Glidewell Laboratories
Rella Christensen, CR Foundation
Leslie Fang, DOCS Education
John Flucke, DDS
Vince Kokich Jr., Kokich Orthodontics
Gilles Lavigne, University of Montreal
John Powers, University of Texas
Thomas E. Van Dyke, The Forsyth Institute

**Most Effective Dentist Educator**
Michael A. Blau, Boston University
Jonathan Bregman, Bregman Consulting
Larry Emmott, Emmott on Technology
Leslie Fang, DOCS Education
Anthony Feck, DOCS Education
Howard Glazer, Glazer Consulting
Lou Graham, VELscope
John Kois, Kois Center
Steven R. Olmos, TMJ and Sleep Therapy Research
Willis Pumphrey, ClearCorrect
Rhonda Savage, Miles Global
Frank Spear, Spear Education
Ryan Swain, Six Month Smiles

**Most Effective Dental Hygienist Educator**
Nancy Andrews
Linda Boyd, Forsyth School of Dental Hygiene
Wendy Briggs, Hygiene Diamonds and Brilliance Inner Circle
Andy Codding, AndyFutureRDH.com
E. Lynn Goetsch, Madison Area Technical College
Jo-Anne Jones, VELscope
Michelle Klenk, Bridgemont Community and Technical College
Susan Kloosterboer, Madison Area Technical College
Judy Lopez, New Mexico Department of Health
Betsy Reynolds, Dental Hygiene Seminars
Rachel Wall, Inspired Hygiene
Lynda Young, University of Minnesota

**Most Effective Dental Assistant Educator**
Brittany Ashenfelter, Kaplan College
April Burus, DOCS Education
Aamna Nayyar, Santa Fe Community College
Shannon Pace-Brinker, Dawson Academy
Lorraine Reppucci, Shawsheen Valley Tech High School

**Best Practice Management Consultant**
Steve Anderson, Total Patient Service Institute
Chris Bowman, Dental Insiders Alliance



The Most Intuitive and Advanced CEREC Software EVER!



Need OSHA Compliance Training?



GL 202
(page 1 of 2)

GDC00000162

Connie Corbin, Dental Solutions
Jameson Management
Sally McKenzie, McKenzie Management
John Meis
Linda Miles, Linda Miles & Associates
Amy Morgan, Pride Institute
Bonnie Pugh, Banta Consulting
Kerry Straine, Straine Dental Consulting
Sunrise Dental Solutions
Jason White, J. White and Associates

**Best New Material**
Beautiful Flow Plus, Shofu Dental
BruxZir, Glidewell Laboratories
Optibond XTR, Kerr
Scotchbond Universal Adhesive, 3M ESPE
SonicFill, Kerr

**Best New Instrument/Device**
2pro Total Access Disposable Prophy Angle, Premier Dental
3D Click Implant Guide, Idondivi
Midwest RDH Freedom Cordless Handpiece, Dentsply International
Onset Mixing Pen, Onpharma
Safe Sedate Dental Nasal Mask, Safe Sedate
Simplicity Hygiene Package, DentalEZ
SL3 diode laser, Discus Dental

**Best New Diagnostic/Imaging Device**
Claris i4D Intraoral Scanner, Sota Imaging
CS 9300, Carestream
GXDP-700, Gendex
iCAT Precise, Imaging Sciences
ProMax 3D ProFace, Planmeca
Trio Intraoral Scanner, 3Shape
Tru-Align, Interactive Diagnostic Imaging
VELscope Vx (new version), LED Dental

**Best New Software/Service**
Cerec 4.0, Sirona Dental Systems
Curve, Curve Dental
EagleSoft 16.0, Patterson Dental
i-CAT Precise with TxStudio, Imaging Sciences
Patient Activator (updated), 1-800-DENTIST
Sesame 24/7, Sesame Communications
TMnDx, TMnDx Software Solutions
YAPI, Practical Dental Solutions

**Best New Consumer Product**
Orabloc articaine, Pierrel Research
PerioPatch, MIS Implants
PerioShield, Sunstar Americas
Sonicare AirFloss, Philips
Sparkle V 5%, Crosstex International
Xylishield gum/mints/mouthwash, Ultradent

**Most Popular Clinical Procedure**
Cone-beam CT
Dental implants
Postextraction socket grafting
Resin cone technique
Sedation dentistry
Six Month Smiles

**Most Controversial Topic**
Amalgam placement
Bleaching by nondentists
Botox injections from dentists
Dental insurance (required PPO participation)
Dental therapists/midlevel providers
Electronic health record (EHR) mandate
Expanded use of flowable composites
Human papillomavirus (HPV) influence on oral cancer
Occlusion philosophy
Overlap between airways, temporomandibular disorders (TMD), and orthodontics

GL 202
(page 2 of 2)

http://www.drbicuspid.com/index.aspx?sec=nws&sub=rad&pag=dis&ItemID=309151          12/1/2011

Exhibit 45
-534-

GDC00000163

# EXHIBIT 46

# [FILED UNDER SEAL]

Exhibit 46

-535-

# Exhibit 47

Exhibit 47

-537-

# David J. Franklyn

## ACADEMIC APPOINTMENTS

University of San Francisco School of Law, 2000-present
 Professor of Intellectual Property Law
 *Director, J. Thomas McCarthy Institute for Intellectual Property and
  Technology Law*
 *Director, Center for Empirical Study of Trademark Law (CEST)*
 *Director, Domestic and International LL.M. Program in Intellectual
  Property Law*

 Subjects Taught: Trademark Law; Copyright Law; International
 Intellectual Property Law; International Trademark and Copyright Law;
 Intellectual Property Survey; Intellectual Property Theory Seminar, Right
 of Publicity, Moral Philosophy Seminar

University of California, Hastings College of Law, Visiting Professor of Law,
 January 2006-May 2007; January 2007-June 2007

Salmon P. Chase College of Law, Northern Kentucky University
 Associate Professor of Law, 1999 - 2000
 Assistant Professor of Law, 1996 - 2000
 Lukowsky Award for Outstanding Professor of the Year, 1999

University of Cincinnati College of Law
 Visiting Assistant Professor of Law, August 1999-December 1999

## PUBLICATIONS/RESEARCH

A Property Theory of Trademark Law (essay in progress)
Trademarks as Keywords: Beyond Confusion (essay in progress)
An Empirical Study of Trademarks as Keywords: Confusion, Dilution and
 Diversion (multi-scale empirical research underway in Europe and U.S.)
An Empirical Study of the Right of Publicity and the First Amendment (review of
 all U.S. right of publicity cases involving first amendment/free speech
 issues since 1980 to determine common decisional factors)
MCCARTHY'S ENCYCLOPEDIA OF INTELLECTUAL PROPERTY LAW, editor-in-chief
 and coauthor with J. Thomas McCarthy and Roger Schechter (3rd Ed
 2005)
Debunking Dilution Doctrine: Justifying the Anti-Free-Rider Principle in
 American Trademark Law, 56 HASTINGS LAW JOURNAL 117 (2004)
Owning Words in Cyberspace: The Accidental Trademark Regime, 2001
 WISCONSIN LAW REVIEW 1251 (2001)

1

Exhibit 47
-538-

The Apparent Manufacturer Doctrine, Trademark Licensors & the Third
Restatement of Torts, 49 CASE WESTERN RESERVE LAW REVIEW 762
(1999)
Toward A Coherent Theory of Strict Tort Liability for Trademark Licensors, 72
SOUTHERN CALIFORNIA LAW REVIEW 1 (1998)
The Third Restatement of Torts: Symposium Introduction, 26 NORTHERN
KENTUCKY LAW REVIEW 531 (1999)

## OTHER WORKS IN PROGRESS

Trademark Use, Collateral Value and Market Allocation in Keyword Advertising
Cases
The First Amendment as a Market Allocation Device in Right of Publicity Cases
Towards a Comprehensive Theory of Add-On Value, Collateral Rights and Free-
Riding in Intellectual Property Law

## EDUCATION

University of Michigan Law School, J.D., 1990, cum laude, Order of the Coif
(graduated in top 10% of class)
Evangel College (Springfield Mo), B.A., 1983, magna cum laude, History,
Philosophy, Religion; Outstanding Philosophy Graduate; Baccalaureate
Speaker, 1983

## PROFESSIONAL EXPERIENCE

**Franklyn IP Consulting**, San Francisco, Ca, 2000-present

I have served as a consultant and/or expert witness in numerous IP cases, on
behalf of several individuals and corporations, including, among others:

Representative Clients:

BUGATTI
RAYTHEON (defense contractor)
FORAY TECHNOLGIES
FLOWIL, INTERNATIONAL (Sylvania lighting mark)
HERBALIFE
ALLERGEN (BOTOX)
MAUI PINEAPPLE
CONVERSE
BELVADERE VODKA
MOET HENNESEY
MICROSOFT
SONIA DAKAR COSMETICS
KING OF THAI NOODLES
LSI INDUSTRIES
PIZZA MAN

2

Exhibit 47
-539-

GoGo SPORTS
LEVI STRAUSS
NIKE
NISSAN
VOLKSWAGEN USA
ION MEDIA NETWORKS
PURITY COSMETICS
ESTATE OF SIR ARTHUR CONNAN DOYLE (protecting SHERLOCK HOLMES)
ESTATE OF WILLIAM CASTE (producer of Rosemary's Baby)
HARD ROCK CAFÉ
ING FERTILITY
FIRST NIAGRA INSURANCE
CRISTOFF (against TASTERS CHOICE (owned by NESTLE))
ART ATTACKS INC. (against MGA TOYS in BRATZ dolls litigation)
DIOPTI CS MEDICAL PRODUCTS
WINDOW WORLD
BAD BOY INC
SILVERS (against Google)
DUFF (against True Religion Jeans)
SUNDBERG
ISABELA'S KITCHEN
BIG ISLAND CANDIES
BLUE SHIELD OF CALIFORNIA
IGB ENERGY GROUP
HOOD RIVER DISTILLERIES
THE ROLL GROUP/Paramount Citrus (CUTIES brand oranges)
GERAWAN FARMS (PRIMA brand fruit)

### Nature of Work:

I have written expert reports, been deposed, drafted briefs, designed surveys, filed trademark applications, drafted license agreements, drafted settlement agreements, prepared counsel for oral argument and offered counsel on litigation strategy in trademark, trade secret, copyright and right of publicity cases.

## Law Firm Experience

Mayer Brown, Litigation Attorney, Chicago, IL, 1991-1996

United States District Court for the Eastern District of Michigan
   Law Clerk to the Honorable John Feikens, 1990 -1991

Sonnenschein, Nath & Rosenthal, Chicago, Summer Associate, 1990

O'Melveny & Myers, Los Angeles, Summer Associate, 1989

Mayer Brown, Chicago, Summer Associate, 1988

## Prior Teaching Experience

Pater Noster High School, *Teacher & Dean of Students*, Los Angeles, 1984-87

## PRESENTATIONS AND CONFERENCES

3

Exhibit 47
-540-

The McCarthy Institute Goes to New York City. Planned, organized and spoke at conference to be hosted by Time Warner and Co-Sponsored by Microsoft at Time Warner in New York, February 9, 2012 (covering gTLDS, DMCA, SOPA, PIPA, etc.)

Speaker, Organizer, Moderator, Sponsor, The McCarthy Institute Goes to Redmond: Trademark Law and its Challenges in 2011, Redmond, Washington, Co-Hosted with Microsoft's Trademark Department at Microsoft; panels on dilution; keyword advertising; Chinese trademark law; ICANN's planned roll-out of new gTLds; keynote address by J. Thomas McCarthy; Horacio Gutierrez (Head of IP-Global, Microsoft; and Judge Kong, Chief Judge, Chinese Supreme Court for IP). I presented my current empirical research on keyword advertising, trademarks, and consumer perceptions of the on-line advertising environment; February 2011

Hosted Horacio Gutierrez (Head of IP-Global; Microsoft) in a discussion on IP in The Cloud, USF Law School, October 2010.

Keywords, Trademarks and Consumer Perceptions: What do Consumers Really Want When They Use Trademark as Keyword Search Terms? USF School of Law Presentation with McCarthy Institute Academic Affiliates, Professors David Hyman (U of Illinois School of Law) and Ben Edelman, Harvard Business School, November 2010.

The Right of Publicity in Film – co-presenter with top in-house IP attorneys at PIXAR and LUCAS FILM at ABA meeting in San Francisco, August 2010

The Effect on Trademark Owners of ICANN's planned roll-out of new top-level generic domain names (gTLDs), sponsored by the Center for Domain Name Abuse (CADA) meeting, San Francisco, June 2, 2010

Trademark Year in Review 2010, Los Angeles Intellectual Property Lawyer's Meeting, Los Vegas, Nevada, May 2010

Trademark Year in Review 2010, San Francisco Intellectual Property Lawyer's Meeting, Napa, California, May 2010

Trademark Year in Review, Cal. Bar Assoc. IP Section Annual Meeting, San Diego, California, November 14, 2009

The Brand as Property: Trademark Law and its Challenges in the New Era, November 4, 2009, organizer, moderated and speaker; international trademark law symposium co-sponsored by McCarthy Institute, Microsoft, WIPO and Unitalen (a prominent Chinese IP law firm).

4

Exhibit 47
-541-

Trademark Use, Wonder Doctrine or Wrong Turn? Vail Colorado IP Lawyers Association Retreat, January 2009

INTA 2009 May Meeting, Seattle, Panelist on Trademark and Internet Blogging

Speaker, Moderator and Organizer of Symposium on Derivative Works and Fair Use in Copyright Law, scheduled for November 1, 2008, McCarthy Institute for IP and Tech Law, USF School of Law

Guest Lecturer on International Trademark and Copyright Law, St. Charles University, Prague, July 2008

Speaker, California Bar Association Meeting, Intellectual Property Section, November, 2008

Speaker, International Association of Trademark Lawyers, Meeting in Aspen Colorado, January 2009

Trademark Year in Review, California Intellectual Property Lawyer's Association, Santa Barbara, May 2008

Network Neutrality – What is It?, Symposium planner and moderator, University of San Francisco School of Law, January 2008

Trademark Year in Review, San Francisco Intellectual Property Lawyers Association, Napa, California, May 2007

Trademark Year in Review, Silicon Valley Intellectual Property Lawyers Association, Palo Alto, November 2006

Trademark Trends, California Intellectual Property Lawyers Conference, Santa Barbara, November 2006

The Google Library Project: Fair Use or Misappropriation, USF Law School, October 2006

International IP: Who Should be Responsible for Top-Level Domain Name Governance, Speaker and Panel Moderator, Bay Area High Tech Conference, Stanford Law School, April 2005

Trademark and Copyright Update 2005, Andrews IP Conference, San Francisco, CA, October 2005

The Anti-Free-Rider Impulse in Intellectual Property Law, Katz-Kiley Distinguished IP Lecturer, University of Houston Law School, November 2004

5

Exhibit 47
-542-

Trends in Trademark Law, Northern and Southern California Associations of Intellectual Property Attorneys, Palm Springs, June 2005

Trademark Year in Review 2005, Cooley, Gotlieb, San Francisco, June 2005

The Right of Publicity and First Amendment; panelist with Judge Alex Kozinski; Northern California Chapter of the Copyright Society of America, May 2005

Trademark Update: 2004 Year in Review, San Francisco Intellectual Property Annual Meeting, Lake Tahoe, California, June 2004

Toward a New Understanding of Dilution and the Anti-Free Rider Impulse, Silicon Valley Intellectual Property Lawyer's Association, October 2003

Exploring the Anti-Free-Rider Impulse in American Dilution Law, Salmon P. Chase College of Law Lecture Series, September 2003

Symposium on Comparative Analysis of Business Method and Software Patenting in the European Union and the United States, moderator and organizer; co-sponsored by the McCarthy IP Institute and Kilburn & Strode, a London IP firm, June 2003

Symposium on Biotech Patent Issues, moderator and organizer; co-sponsored by the McCarthy IP Institute and Morrison & Forester, March 2003

Victoria's Secret and Dastar: Remaking Trademark Law, Los Angeles Association of IP Attorneys, June 2003

The Right of Publicity and the First Amendment, 2002 IP Symposium, Golden Gate University, October 2002

First Amendment Limits on the Right of Publicity, ABA Intellectual Property Section Annual Meeting in Philadelphia, June 2002

The Boundaries of Language Commodification On-Line, Northern Kentucky Law Review Symposium on Trademark and Cyberlaw Issues, February 2001

Symposium on Intellectual Property Law, sponsored by The Northern Kentucky Law Review, moderator and coordinator, February 2000

Symposium on the Third Restatement of Torts, Northern Kentucky Law Review, moderator, February 1999

Symposium on the Regulation of Media Violence & the First Amendment, moderator; sponsored by The Northern Kentucky Law Review, November 1999

Trends in Mass Tort Litigation, Panel on Mass Tort Litigation Joint Meeting of
ABA Products Liability and Litigation Sections, Dallas, Texas, April 1999

Exhibit 48

Exhibit 48
-545-

**From:** Keith Allred
**Sent:** Thursday, May 26, 2011 7:46 AM
**To:** 'Daxton Grubb'; Robin Bartolo
**Subject:** RE: BRUXZIR - R-dent.doc

Yes sir—thank you Daxton. --Keith

**From:** Daxton Grubb [mailto:daxton@rdentlab.com]
**Sent:** Thursday, May 26, 2011 7:32 AM
**To:** Keith Allred; Robin Bartolo
**Subject:** RE: BRUXZIR - R-dent.doc

Keith,
I just wanted to let you know, we have officially done away with R-brux(see our site), and we are now promoting only the Bruxzir. I have changed the work codes in my billing software so the docs will only see this product when they request any full-contour, R-brux, Bruxzir cases. As I mentioned, I will make the changes to the lab script and fee guides as soon as we re-order. Is this all ok with you?

Thanks,



**www.facebook.com/rdentlab**
**twitter.com/rdentdentallab**
**www.youtube.com/user/rdentlab**
**President**
**R-dent Dental Laboratory, Inc.**
*__www.rdentlab.com__*
6590 Summer Knoll Cove#101
Bartlett, TN 38134
(901)372-8020 *office*
(901)372-8617 *fax*
(901)461-1314 *cell*

**R·dent**
Dental Laboratory

*"Aim at heaven and you will get earth thrown in, aim at earth and you will get nothing."*
*C.S. Lewis*



ATTORNEYS' EYES ONLY          Exhibit 48          GDC00000332
-546-

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail or by telephone.

**From:** Daxton Grubb [mailto:daxton@rdentlab.com]
**Sent:** Monday, May 09, 2011 10:19 AM
**To:** 'Keith Allred'; 'Robin Bartolo'
**Subject:** RE: BRUXZIR - R-dent.doc

Keith,
I am just following up with you again on my decision to become a Bruxzir certified laboratory. I would like to get permission, from you on my action plan as follows below in terms of eliminating the "R-brux":

1.)Immediate change in our lab software(for billing on invoices) form R-brux to Bruxzir for product description.

2.)Change this month, of any verbage of R-brux to Bruxzir

3.)All RX prescriptions and brochures printed going forward to be change to Bruxzir (once it is time to re-order)

4.)I will change my youtube video to read "How to adjust Bruxzir". How do I handle the R-brux adjustment kits we made --up from Axis? I will not re-order anymore, but I will need your help on how to handle this.

I believe this covers everything, you can confirm all with Robin on my decision. I appreciate you working with me on this, and I think these changes should be able to make everyone happy.

Best,

**www.facebook.com/rdentlab**
**twitter.com/rdentdentallab**
**www.youtube.com/user/rdentlab**
**President**
**R-dent Dental Laboratory, Inc.**
***www.rdentlab.com***

GL 241
(Page 59 of 99)

ATTORNEYS' EYES ONLY

Exhibit 48
-547-

GDC00000333

6590 Summer Knoll Cove#101
Bartlett, TN 38134
(901)372-8020 *office*
(901)372-8617 *fax*
(901)461-1314 *cell*



*"Aim at heaven and you will get earth thrown in, aim at earth and you will get nothing."*
*C.S. Lewis*

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail or by telephone.

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Wednesday, May 04, 2011 6:12 PM
**To:** Daxton Grubb
**Subject:** RE: BRUXZIR - R-dent.doc

Hello Daxton:

I let Robin Bartolo know you are interested to know more about the milling blanks for BRUXZir® Crowns and Bridges.

We have the utmost respect for all of the challenges that you face in fulfilling the expectations of your clients on a daily basis and wish you success. It is understood that you would like to use up your supply of prescription forms (can we agree, e.g., over the next 90-days?) before the next printing and that they will be discontinued at that time along with perhaps other items on a similar timetable.

Sincerely,
Keith

GL 241
(Page 60 of 99)

ATTORNEYS' EYES ONLY

Exhibit 48
-548-

GDC00000334

**From:** Daxton Grubb [mailto:daxton@rdentlab.com]
**Sent:** Wednesday, May 04, 2011 3:26 PM
**To:** Keith Allred
**Subject:** RE: BRUXZIR - R-dent.doc

Keith,
Just letting you know, I have heard nothing from your contact on becoming a Bruxzir lab. I think this is going to be my decision, but I want to see the contract or obligation first. Also, if I did do this, can I just send a memo to all docs this is what we are doing and can I keep from having to reprint my brochures, lab scripts, etc. and just make the changes on everything going forward? Basically, what I am asking, is will you work with me if I commit to Bruxzir certification on minimizing my loss on printing?

Thanks,



**www.facebook.com/rdentlab**
**twitter.com/rdentdentallab**
**www.youtube.com/user/rdentlab**
**President**
**R-dent Dental Laboratory, Inc.**
***www.rdentlab.com***
6590 Summer Knoll Cove#101
Bartlett, TN 38134
(901)372-8020 *office*
(901)372-8617 *fax*
(901)461-1314 *cell*



*"Aim at heaven and you will get earth thrown in, aim at earth and you will get nothing."*
*C.S. Lewis*

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail or by telephone.

GL 241
(Page 61 of 99)

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Friday, April 29, 2011 1:42 PM
**To:** Daxton Grubb
**Subject:** RE: BRUXZIR - R-dent.doc

Hello Daxton:

That would present a lot of tricky issues. The expense of administering a system of authorizing and protecting what conceivably could be a plethora of similar marks would be very difficult.

Additionally, the complexity of the licensing arrangement that would be required probably is not an expense that neither party will wish to undertake. The reason for the complexity of such a license is because the owner of the mark must be careful to avoid the consequences of entering into what might be construed as '**naked licensing.**'

For example, the use of BRUXZir Milling Blocks is the necessary quality control standard to use the mark. However, in the event BRUXZir Milling Blocks are not used, the licensor would have to be responsible on some level for maintaining quality standards of licensees who did not use BRUXZir Milling Blocks but who still intended to use the mark (otherwise, the owner of the mark would even run the risk of forfeiting its own rights in the mark).

A situation similar to what you mentioned is where the owner of the mark might fabricate BRUXZir Milling Blocks (using the company's proprietary patent-pending process) to be sold under the buyer's mark. The private labeling of BRUXZir Milling Blocks might be something that the company would consider under certain circumstances—e.g., pursuant to a distribution agreement—however, that would have to involve a many thousands of blocks to make such an arrangement worthwhile to both parties.


Thanks,
Keith

---

**From:** Daxton Grubb [mailto:daxton@rdentlab.com]
**Sent:** Friday, April 29, 2011 9:42 AM
**To:** Keith Allred
**Subject:** Re: BRUXZIR - R-dent.doc

If I did become a Bruxzir lab, used only ur block, could I keep my name still, "rbrux?"

Daxton Grubb



GL 241
(Page 62 of 99)

ATTORNEYS' EYES ONLY

Exhibit 48
-550-

GDC00000336

President
R-dent Dental Laboratory, Inc
(901)372-8020 office
(901)372-8617 fax

Sent from my iPhone

On Apr 29, 2011, at 11:38 AM, "Keith Allred" <kallred@glidewelldental.com> wrote:

Hello Daxton:

That would be great: become an Authorized BRUXZIR Lab.

<image001.gif>

If you'd like to learn about the benefits of becoming an Authorized BRUXZIR, Robin Bartolo would love to hear from you.

Thanks,

Keith

**From:** Daxton Grubb [mailto:daxton@rdentlab.com]
**Sent:** Friday, April 29, 2011 9:26 AM
**To:** Keith Allred
**Subject:** RE: BRUXZIR - R-dent.doc

What if I am using your block?



GL 241
(Page 63 of 99)

ATTORNEYS' EYES ONLY                  Exhibit 48                  GDC00000337

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Friday, April 29, 2011 10:45 AM
**To:** Daxton Grubb
**Subject:** RE: BRUXZIR - R-dent.doc


Daxton: No not yet—as you know, Glidewell Labs is concerned about the possibility of confusion of source of goods in the dental marketplace with regard to R-Dent's R-BRUX. In our opinion there is risk of likelihood of confusion with respect to our BRUXZIR mark, registered in the United States since January 2010. Glidewell Labs has invested several millions of dollars in developing and marketing the *BRUX*Zir brand of full zirconia restorations. It was the first ever all-ceramic and all-zirconia restorative brand to include the indication for patients with the parafunctional condition of bruxism. Legal precedents require that Glidewell Laboratories actively protect the trademarked brand or risk losing its unique value. The network of partner authorized dental laboratories who agreed to invest in providing the authentic *BRUX*Zir dental restorations also expect Glidewell Labs to ensure trademark law enforcement. I hope everything will be Ok with all of the weather issues that you have had to deal with. I will be in the office all of next week. Sincerely, Keith


**Keith Allred**

**Glidewell Laboratories**
4141 MacArthur Blvd.
Newport Beach, CA 92660
(800) 854-7256
www.glidewelldental.com


---

**From:** Daxton Grubb [mailto:daxton@rdentlab.com]
**Sent:** Thursday, April 28, 2011 7:44 PM
**To:** Keith Allred
**Subject:** RE: BRUXZIR - R-dent.doc


Keith,




GL 241
(Page 64 of 99)

ATTORNEYS' EYES ONLY

Exhibit 48
-552-

GDC00000338

Have you heard from my attorney yet? If not, I will make certain he calls you
tomorrow. I apologize for the delay, but I have had some problems with the
weather.

Sincerely,

*<image002.gif>*

**www.facebook.com/rdentlab**

**twitter.com/rdentdentallab**

**www.youtube.com/user/rdentlab**

**President**

**R-dent Dental Laboratory, Inc.**

***www.rdentlab.com***

6590 Summer Knoll Cove#101

Bartlett, TN 38134

(901)372-8020 *office*

(901)372-8617 *fax*

(901)461-1314 *cell*

*<image003.jpg>*

***"Aim at heaven and you will get earth thrown in, aim at earth
and you will get nothing."***

***C.S. Lewis***



GL 241
(Page 65 of 99)

This message is intended only for the use of the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the sender of this E-Mail or by telephone.

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Monday, April 18, 2011 7:22 PM
**To:** Daxton Grubb
**Subject:** RE: BRUXZIR - R-dent.doc

Hello and please call me direct anytime at 949-440-2683. --Keith

**Keith Allred**

<image004.gif>
**Glidewell Laboratories**
4141 MacArthur Blvd.
Newport Beach, CA 92660
(800) 854-7256
www.glidewelldental.com

**From:** Daxton Grubb [mailto:daxton@rdentlab.com]
**Sent:** Monday, April 18, 2011 5:03 PM
**To:** Keith Allred
**Subject:** Re: BRUXZIR - R-dent.doc



GL 241
(Page 66 of 99)

When can I call you tomorrow?

Daxton Grubb

President

R-dent Dental Laboratory, Inc

(901)372-8020 office

(901)372-8617 fax


Sent from my iPhone


On Apr 18, 2011, at 6:31 PM, "Keith Allred" <kallred@glidewelldental.com> wrote:

## NOTICE OF TRADEMARK INFRINGEMENT

<image005.jpg>

April 18, 2011


TRANSMITTED VIA EMAIL AND

DELIVERED BY U.S. MAIL


R-dent Dental Laboratory, Inc.

6590 Summer Knoll Cove

Suite 101

Bartlett, TN 38134

GL 241
(Page 67 of 99)

ATTORNEYS' EYES ONLY

Exhibit 48
-555-

GDC00000341

(901) 372-8020


Daxton Grubb, President

daxton@rdentlab.com


Randy Grubb, CEO

randy@rdentlab.com


www.rdentlab.com


Attn: President & CEO


Re:   **Infringement of Glidewell Laboratories'**
      **BruxZir® Trademarks, Misbranding, Violation**
      **of Federal Acts and State Statutes and Unfair**
      **Business Practices**


The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks on your work order has come to our attention.


Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.



GL 241
(Page 68 of 99)

ATTORNEYS' EYES ONLY

Exhibit 48
-556-

GDC00000342

The promotion of dental laboratory services by your lab of a R-Brux is using a similar mark where there is an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered, which in this instance is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under California law (California Business and Professions Code §17200)

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion" and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks in your promotions and elsewhere. Should you not terminate use of the mark, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,

GL 241
(Page 69 of 99)

ATTORNEYS' EYES ONLY            Exhibit 48
                     -557-            GDC00000343

KEITH D. ALLRED

Attorney for Glidewell Laboratories

4141 MacArthur Blvd.

Newport Beach, CA  92660

Tel 949-440-2683

Fax 949-440-2787

Email kallred@glidewelldental.com


Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.


-- ATTACHMENT "A" --


[Copied from Assured DL website:
http://www.rdentdentallaboratory.com/admin/files/111/pdf/RBrux.pdf]

<image003.jpg>

<image004.jpg>/ / / /

GL 241
(Page 70 of 99)

ATTORNEYS' EYES ONLY

Exhibit 48
-558-

GDC00000344

# Exhibit 49

Exhibit 49
-559-

**From:** Keith Allred
**Sent:** Monday, April 25, 2011 10:58 AM
**To:** 'Services'
**Subject:** RE: BRUXZIR - Authentic DL.doc

Whitney, thank you for your prompt response. We certainly do appreciate your understanding in this matter. --Keith

**From:** Services [mailto:services@authenticlab.com]
**Sent:** Monday, April 25, 2011 10:21 AM
**To:** Keith Allred
**Subject:** RE: BRUXZIR - Authentic DL.doc

We have taken the information off the website.
Thank you for bringing this to our attention.
Whitney

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Monday, April 18, 2011 6:51 PM
**To:** services@authenticlab.com
**Cc:** Robin Bartolo
**Subject:** BRUXZIR - Authentic DL.doc

## NOTICE OF TRADEMARK INFRINGEMENT



April 18, 2011

TRANSMITTED VIA EMAIL, FAX
AND DELIVERED BY U.S. MAIL

Authentic Dental Lab
1950 Bandera Rd.
San Antonio, Texas 78228

LOCAL PHONE: (210) 735-1433
PHONE: (800) 683-1025
FAX:  (210) 735-2127
EMAIL: services@authenticlab.com

Attn: President

GL 241
(Page 7 of 99)

ATTORNEYS' EYES ONLY

Exhibit 49
-560-

GDC00000281

**Re:      Infringement of Glidewell Laboratories' BruxZir® Trademarks, Misbranding, Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks on your work order has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of Brux crowns is using a similar mark where there is an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered, which in this instance is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under California law (California Business and Professions Code §17200)

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks in your promotions and elsewhere. Should you not terminate use of the mark, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA  92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for

GL 241
(Page 8 of 99)

ATTORNEYS' EYES ONLY

Exhibit 49
-561-

delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

-- ATTACHMENT "A" --

[Copied from Assured DL website: http://www.rdentdentallaboratory.com/admin/files/111/pdf/RBrux.pdf]

**Brux crowns** are available with either Lava or Authentic Zirconia. This monolithic crown is great for replacing full cast crowns or metal occlusion in posterior bridges or single units. With a (Lifetime Warranty) you can't go wrong.

////

GL 241
(Page 9 of 99)

ATTORNEYS' EYES ONLY

Exhibit 49
-562-

GDC00000283

# Exhibit 50

Exhibit 50
-563-

**From:** Keith Allred
**Sent:** Monday, February 14, 2011 10:30 AM
**To:** 'rudy@pittmandental.com'
**Cc:** Robin Bartolo
**Subject:** RE: EMAIL COPY - NOTICE OF TRADEMARK INFRINGEMENT

Hello Rudy:

Thank you for your call and explanation today concerning the use of the BRUXZIR mark to describe dental laboratory services in the nature of full contour crown and bridge dental restorations using zirconia.

BruxZir® / BRUXER: sounds the same doesn't it? And, that is what gives rise to the matter of trademark infringement. A trademark infringement is based on "confusing similarity" of marks and services, and marks can be confusingly similar even if not *identical.*

The *confusingly similar* type of infringement is different from, for example, third parties' use of reserved marks like "Super Bowl" and "Olympics" without authorization, although the principles are the same. The basic principles also apply slogans and nicknames.

For example, a radio station with the call sign KISS is entitled to claim an infringement of their mark by another station's use of KIIS. Although the call signs are different—and even if as in this instance meeting with FCC approval—a federal court would find that that one infringed the other as a matter of trademark law since they were pronounced the same way. (*Citicasters Licenses, Inc. v. Cumulus Media, Inc.*, 189 F. Supp. 2d 1372, 1377)

Prior to the promotion of the BruxZir® mark the use of all-ceramic crowns—even for patients with parafunctional problems—was counterintuitive. It is true that words like bruxism and clencher are descriptive. Even so, even descriptive words—such as when applied to professional dental products—can be appropriated to one party's exclusive use: descriptive terms become exclusive trademarks when they acquire secondary meaning. Glidewell Laboratories has exclusively and extensively used the mark BRUXZIR in the dental industry. Unquestionably the mark has acquired secondary meaning to dentists and GL has the exclusive right to use the mark in the dental field, especially where Glidewell is catering to the same channels of trade.

As we discussed, Glidewell has used the mark BRUXZIR in connection with full contour zirconia crowns. As you know, Glidewell Laboratories owns the federal registration number for the mark. Like the Glidewell product, your product is also sold only to dentists and dental professionals.



GL 241
(Page 54 of 99)

Since both products are closely related and move in the identical marketing channels (to dentists) and the marks are virtually identical, there is little doubt that your firm's marketing of a crown under the mark *BRUXER All-Zirconia Crown* would constitute trademark infringement.

If you would like to fulfill prescriptions for BruxZir® crowns and bridges give us a call. I included Robin Bartolo's contact information on this email; he can answer any questions you may have about it.

Sincerely,
Keith

**Keith Allred**



**Glidewell Laboratories**
4141 MacArthur Blvd.
Newport Beach, CA 92660
(800) 854-7256
www.glidewelldental.com

**From:** Keith Allred
**Sent:** Wednesday, February 09, 2011 2:19 PM
**To:** 'support@pittmandental.com'
**Subject:** EMAIL COPY - NOTICE OF TRADEMARK INFRINGEMENT



February 9, 2011

TRANSMITTED VIA EMAIL AND FAX AND DELIVERED BY U.S. MAIL

Pittman Dental Laboratory
2355 Centennial Circle
Gainesville, GA 30504-5799 USA



GL 241
(Page 55 of 99)

ATTORNEYS' EYES ONLY

Exhibit 50
-565-

GDC00000329

Local: (770) 534-4457
Fax:   (770) 503-1173
support@pittmandental.com

Attn: President

**Re:     Infringement of Glidewell Laboratories' BruxZir® Trademarks, Misbranding, Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks on your work order has come to our attention. You are not on the list of BruxZir® authorized dental laboratories.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of a <u>BRUXER All-Zirconia Crown</u> is using a similar mark where there is an appreciable likelihood of confusion and a palming off of goods by an unauthorized substitution of one brand for the brand ordered, which in this instance is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under California law (California Business and Professions Code §17200)

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in 'brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks in your promotions and elsewhere. Should you not terminate use of the mark, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks.

Your prompt attention is appreciated.

Sincerely,



GL 241
(Page 56 of 99)

KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA  92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

-- ATTACHMENT "A" --

[Copied from Pittman DL website:
http://www.pittmandental.com/PDFs/ScriptStand.pdf]

☐ BRUXER All-Zirconia Crown

/ / / /

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and
confidential information intended only for the use of the individual(s) or entity named
on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee
or agent responsible for delivering it to the intended recipient, you are hereby notified
that reading it is strictly prohibited. If you have received this e-mail in error, please
immediately return it to the sender and delete it from your system. Thank you.

GL 241
(Page 57 of 99)

# Exhibit 51

Exhibit 51

-568-

**From:** Keith Allred
**Sent:** Monday, April 18, 2011 11:18 AM
**To:** 'lab@assuredpdx.com'
**Cc:** Robin Bartolo
**Subject:** BRUXZIR - Assured DL.doc

NOTICE Re: Infringement of Glidewell Laboratories' Trademark



April 18, 2011

TRANSMITTED VIA EMAIL, FAX
AND DELIVERED BY U.S. MAIL

Assured Dental Lab
P. O. Box 4420
Portland, OR 97208-4420

Toll Free 1-877-283-5351
Fax 503-283-5375

lab@assuredpdx.com
www.assureddentallab.com

Attn: President

**Re:      Infringement of Glidewell Laboratories' BruxZir® Trademarks, Misbranding, Violation of Federal Acts and State Statutes and Unfair Business Practices**

      The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks has come to our attention.

      Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

      The promotion of dental laboratory services to dentist by your lab of a Z-Brux crown is using a similar mark where there is an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered, which in this instance



GL 241
(Page 4 of 99)

ATTORNEYS' EYES ONLY

Exhibit 51
-569-

GDC00000278

is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under California law (California Business and Professions Code §17200)

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks in your promotions and elsewhere. Should you not terminate use of the mark, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,

KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

-- ATTACHMENT "A" --

[Copied from Assured DL website: httphttp://www.assureddentallab.com/index.htm]

ATTORNEYS' EYES ONLY

Exhibit 51
-570-

GDC00000279

 ////

ATTORNEYS' EYES ONLY          Exhibit 51
-571-                    GDC00000280

# Exhibit 52

Exhibit 52

-572-





**GLIDEWELL LABORATORIES**

*Serving Dentists Since 1970*

4141 MacArthur Boulevard • Newport Beach, CA 92660

(800) 854-7256 • Fax (800) 411-9722

August 9, 2011

Hello Shaun,

Thank you for taking my call this afternoon. I sincerely hope we can work together and save both companies from extensive legal expenses. I believe we can both agree the money would be better spent promoting our businesses.

As you discuss with your team how best to proceed, here are a couple blanks specifically designed to work with your Digital Dental Mill. Also included is an A3 bottle of Bruxzir coloring liquid and the Bruxzir Instruction manual. You will see a difference in the value and translucency of the material.

If you cancel your trademark application for KDZ Bruxer and use Bruxzir materials and the BruxZir trademark instead, we will not pursue legal action. Additionally, Keating Dental Arts would be added to the list of Authorized Labs with full participation in the national ads and Rx booklet mailers.

Sincerely yours,



My cell is 949 338 4298

---

**Robin Bartolo, CDT**
*Sales Manager, Glidewell Direct*

 **GLIDEWELL LABORATORIES** 

**Glidewell Laboratories**
18551 Von Karman
Irvine, CA 92612
(888) 303-3975 • (949) 399-8383
www.glidewelldental.com

www.glidewelldental.com • mail@glidewelldental.com



EXHIBIT ___29___
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10818, RPR

Exhibit 52
-573-

Exhibit 53

Exhibit 53
-574-





Exhibit 53
-575-

# BruxZir - Monolithic Zirconia

- BruxZir History – How is a monolithic ZrO2 Crown Possible?

- Processing Zirconia: What Makes BruxZir Unique?

2

Exhibit 53
-576-





Exhibit 53
-577-



Exhibit 53
-578-



Exhibit 53
-579-



Exhibit 53
-580-

# Why Use Zirconia Ceramic for a Restoration ?

- Flexural strength of zirconia restorations range from 900 to 1400 MPa.
- Conventional and pressed ceramics range from 70 to 120 MPa.
- Metals and alloys cannot compete with the esthetics of Zirconia.
- Advanced ceramics are very stable.
- Highly biocompatible.

7

Exhibit 53
-581-

# The Greatest Property

- Stress energies from propagating cracks cause the transition from the metastable tetragonal to the stable monoclinic Zirconia. The energy used by this transformation is sufficient to slow or stop propagation of the cracks.



8

Exhibit 53
-582-



Exhibit 53
-583-



Exhibit 53
-584-

# What is the Difference Between BruxZir and Prismatik CZ?

|  | BruxZir | Prismatik CZ |
|---|---|---|
| Product Type | Full-Contour Restoration | Framework, 1st Released ZrO$_2$ |
| Consolidation Process | Proprietary Colloidal Process | Isopressed Blocks |
| Flexural Strength | 1328 MPa avg. | 1105 MPa avg. |
| Translucency | Highest | Medium |

Exhibit 53
-585-

Exhibit 53
-586-

# Manufacturing Method's Are One-of-a-Kind

| Process / Attribute | BruxZir | Sagemax HT | DOCERAM | AmannGirrbach | Zirkon Zahn SRL | Cercon |
|---|---|---|---|---|---|---|
| Method of Manufacturing | Colloidal | Isostatically/Biaxial | Isostatically/Biaxial | Isostatically/Biaxial | Isostatically/Biaxial | Isostatically/Biaxial |
| Size Reduction Process | Yes | No | No | No | No | No |
| Grade of Powder Purity | High | Low | Low | Med | Med | Low |
| Liquid Additives for Dispersion & Deagglomeration | Yes | No | No | No | No | No |
| Bisque Density | 1.2225 | 1.2405 | 1.2539 | 1.2414 | 1.2523 | 1.2822 |
| Strength (1 - 6) 1 Highest | 1 | 6 | 5 | 4 | 3 | 2 |
| Translucency (1 - 6) 1 Highest | 1 | 6 | 5 | 4 | 2 | 3 |

13

Exhibit 53
-587-

# BruxZir Block Manufacturing

- Unique patent pending process

- Provides improved light transmission and a lower more natural shade value

- Company-wide: 14,861 units last week



14

Exhibit 53
-588-



Exhibit 53
-589-



Exhibit 53
-590-

# NanoZirconia: GL-nanocrystalline Zirconia

## BEFORE: Nano zirconia strands attached.

## AFTER: Nano particulates after attrition.




17

Exhibit 53
-591-



Exhibit 53
-592-

# Translucency of Various Grades of Zirconia





Exhibit 53
-594-



Exhibit 53
-595-

# What are Glidewell Dentists Prescribing?

## Glidewell Product Mix

|             | 2007  | 2008  | 2009  | 2010  | 2011  |
|-------------|-------|-------|-------|-------|-------|
| PFM         | 65.3% | 62.5% | 57.3% | 44.9% | 28.6% |
| All-Ceramic | 23.9% | 27.1% | 33.4% | 48.6% | 66.9% |
| Full-Cast   | 8.0%  | 7.9%  | 7.4%  | 5.5%  | 3.5%  |
| Composite   | 2.8%  | 2.5%  | 1.9%  | 1.4%  | 1.0%  |

Data based on more than 4,000,000 restorative units.

22

Exhibit 53
-596-



Exhibit 53
-597-



Exhibit 53
-598-



Exhibit 53
-599-

# Processes that can effect the BruxZir Quality: "Furnace Quality"

- Examine your furnaces

- Perform a retro-fit on them.

- Take the plated metal bracket out.

- Add SS hold screws

- Backing can be added.

- Increase your yields!




26

Exhibit 53
-600-

# Use correct furnace boats and amount of ZrO2 balls.





A thin "one ball thick" layer of Zirconia balls is recommended for the final sintering step. Too many balls cause a problem with proper shrinkage in the margins.

Replace discolored balls with new ones.

27

Exhibit 53
-601-

# Furnace Controls

- Make sure door is closed properly.
- Do not crack the door before 200c.
- Make sure the thermocouple is not pushed back inside the furnace.
- Make sure the correct sintering program is running.





28

Exhibit 53
-602-



Exhibit 53
-603-



Exhibit 53
-604-



Exhibit 53
-605-



Exhibit 53
-606-



Exhibit 53
-607-



Exhibit 53
-608-



Exhibit 53
-609-



Exhibit 53
-610-



Exhibit 53
-611-



Exhibit 53
-612-



Exhibit 53
-613-



Exhibit 53
-614-

# What's Next?

- Stronger monolithic materials will get better.



- Dentists using intraoral scanners and chairside mills with better results. Patients are clamoring for one visit appointments, this is now becoming viral, with every satisfied patient telling their friends about their new experience. Dental offices are taking notice.



- Offshore Labs are being less of a competitor as digital makes hand labor obsolete.

41

Exhibit 53
-615-



Exhibit 53
-616-

# BruxZir Block Sized for higher units per milling block, different milling systems, colored blocks




127mm, 81 units

43

Exhibit 53
-617-



Exhibit 53
-618-