Exhibit 62

Exhibit 62
-706-

**From:** Keith Allred
**Sent:** Tuesday, March 06, 2012 9:27 AM
**To:** Sarah Wang
**Cc:** Info@adldentallab.net
**Subject:** BRUXZIR Infringement - Advanced Dental Laboratory (China)

## NOTICE OF TRADEMARK INFRINGEMENT



6-March-2012

TRANSMITTED VIA EMAIL

Attn: President & CEO

**Re:    Infringement of Glidewell Laboratories' BruxZir® Trademarks,
         Misbranding, Violation of Federal Acts and State Statutes and Unfair
         Business Practices**

The serious matter of your infringement of my client's proprietary property rights
in connection with the unauthorized use Glidewell Laboratories' registered BruxZir®
trademark in your email (see ATTACHMENT "A," below) has come to our attention. As
you know dental laboratory is not an authorized provider of BruxZir® Solid Zirconia
Crown & Bridge and your use of the mark without authorization is illegal.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally
and internationally to identify its dental laboratory goods and services and zirconia
milling blanks. The company enjoys considerable good will associated with its use of the
aforesaid mark.

The promotion of dental laboratory services by your lab of "Bruxzir" as one of
ADL's "Main products" is creates an appreciable likelihood of confusion and a palming
off goods by an unauthorized substitution of one brand for the brand ordered and is a
deliberate misappropriation of intellectual capital for commercial purposes that is
actionable unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively an unfair
exploitation of the monopoly privilege that belongs to the owner of the mark.
Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and



GL 241
(Page 1 of 99)



Exhibit 62
-707-

the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks in your promotions and elsewhere. Should you not terminate use of the mark and copyrighted images, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, attorney fees and filing a 337 complaint with the ITC (International Trade Commission) that directs Customs to stop infringing imports from entering the United States.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

-- ATTACHMENT "A" --

**From:** Sarah Wang <sarahdentallab@126.com>
**Subject: Advanced Dental Laboratory**
**Date:** March 6, 2012 12:50:55 AM PST

Dear Friend ,

Good day .

I am Sarah Wang from Advanced Dental Lab and I am glad to have your information from internet .

Here please let me have a brief introducing about we ADL.

GL 241
(Page 2 of 99)

Exhibit 62
-708-

We ADL used to act as a private lab that only make crowns for ProCerex dental lab in order to provide them with high-quality Zirconia Crowns and Implant crowns for years .Now we start a new lab to extend our markets.

Main products: PFM, FMC, IPS emax, Zirconia, Bruxzir, Acrylic partial denture, Valplast, Framework(cast partial), Implant, Precision attachment.
Turnaround time :Always 72 hours in lab ,and we both have UPS and DHL account that can have 50% discount .if you send us more than 20 cases in one package ,we will burden the shipping cost back to your country .
Advantage : Having our own zirconia milling machine and doing zirconia coppings for other dental labs in shenzhen . So we can control the time and quality and cost ourselves .

You can visit our web to know more about ADL : www.adldentallab.net

Waiting for your early reply .

Have a nice day .

Regards

Sarah Wang

Tel:   +86 .755 27751696
Fax:   +86(755(27751695

Email.info@adldentallab.net
Skype:  Sarahwang89

**Advanced Dental Laboratory**
4/F Building,No.103-105 Xin'an section Guangman Road   District 36 Bao'an Shenzhen Guangdong
518101 China

## WWW.ADLdentallab.NET

# Exhibit 63

Exhibit 63
-710-

**From:** Keith Allred
**Sent:** Friday, August 31, 2012 4:24 PM
**To:** 'DentalDentopia'
**Subject:** RE: BRUXZIR Infringement - Dentopia Dental Lab

Mr. Brian Oh: Thank you for your prompt response. We certainly do appreciate your understanding in this matter. --Keith

---

**From:** DentalDentopia [mailto:dentopia@hotmail.com]
**Sent:** Friday, August 31, 2012 11:54 AM
**To:** Keith Allred
**Subject:** RE: BRUXZIR Infringement - Dentopia Dental Lab

August 31, 2012

Keith D. Allred, Attorney for Glidewell Laboratories

4141 MacArthur Blvd

Newport Beach, CA 92660

This letter is written in response to your notification of using trademark infringement "BruxZir". Dentopia have been marketing a full zirconia and we used term BruxZir which is a common name in the dental field. We attempted to contact Glidewell regarding using term Bruxzir before we start promotion but we didn't receive any response so we assumed it was okay to use the term. If we knew that BruxZir was the infringing mark of Glidewell, we wouldn't use that word without notification. We immediately ceased use of infringing mark in our price list. Also we are working on the website to remove the words "BruxZir". We apologize for any inconvenience. Thank you.



GL 241
(Page 20 of 99)



EXHIBIT 150
WIT: Allred
DATE: 10-25-12
L. Moskowitz, CSR 10816, RPR

Exhibit 63
-711-

Sincerely,


Brian Oh

President of Dentopia Dental Lab


**Dentopia Dental Lab**
9104 Manassas Dr, Suite T
Manassas Park, VA 20111
P: 703-365-2635
F: 703-365-2643

Subject: BRUXZIR Infringement - Dentopia Dental Lab
Date: Mon, 27 Aug 2012 16:55:57 -0700
From: kallred@glidewelldental.com
To: dentopia@hotmail.com

## NOTICE OF TRADEMARK INFRINGEMENT



August 7, 2012

TRANSMITTED VIA EMAIL AND
DELIVERED BY FAX

Dentopia Dental Lab
9104 Manassas Dr, Suite T
Manassas Park, VA 20111

P: 703-365-2635
F: 703-365-2643

GL 241
(Page 21 of 99)

Exhibit 63
-712-

dentopia@hotmail.com

Attn: President & CEO

**Re:   Infringement of Glidewell Laboratories' BruxZir® Trademarks, Misbranding, Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks on your invoices  (see ATTACHMENT "A," below) has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of "Full Zirconia(Bruxzir)" is using a similar mark that creates an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered and a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing mark in your promotions and elsewhere. Should you not terminate use of the mark Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED

GL 241
(Page 22 of 99)

Exhibit 63
-713-

Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA  92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and
confidential information intended only for the use of the individual(s) or entity named on
the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or
agent responsible for delivering it to the intended recipient, you are hereby notified that
reading it is strictly prohibited. If you have received this e-mail in error, please
immediately return it to the sender and delete it from your system. Thank you.

■ ATTACHMENT "A" –

Dentopia Dental Lab Services & Prices

////

# Exhibit 64

Exhibit 64
-716-

Showcase Dental Laboratory, Inc.                                        Page 1 of 1


**SHOWCASE**

EMAIL
PHONE: 888.625.5757

# Know us by our Smiles!

**HOME    PRODUCTS    FORMS / SALES    NEWS    CAREER    CONTACT**

## News.......

### Going Green

Showcase Dental Lab is going green. Each case is wrapped is a plastic bag for safety, convenience and cleanliness. Typically, a plastic bag is used when the Dr. sends SHOWCASE an impression. Another plastic bag is used when the completed case is returned to the Dr's office. This makes many plastic bags going into the land fill.

Showcase Dental Lab is now using plastic bags with a green stripe on them whenever possible. These new plastic bags are bio-degradable. We care about our work and we care about the eco-system. Please contact us for further information.

### Showcase Dental product name change

Glidewell Industries has asked Showcase Dental Lab to no longer use the name Zir-Bruxer, they feel this is too close to the their trademark name of BruxZir. We do not agree with their claim but we do believe in keeping the dental laboratory business a respectful business.

Showcase Dental Lab strives to have the best quality, and the best customer service possible. Changing the name of a product will be best to keep Showcase Dental Lab concentrating on what is most important, our customers and their patients, our quality and our customer service.

"The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks and copyrighted images on your website has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of a Zir-Bruxer Crown is using a similar mark where there is an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered, which in this instance is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively and unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks and copyrighted images in your promotions and elsewhere. Should you not terminate use of the mark and copyrighted images, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660"

**We have hereby changed the name of our product to reflect the shape and product make-up: "Full Contour Zirconia"**

22286 Vick Street, Port Charlotte, FL 33980 * 888.625.5757 * email
Copyright© 2008-2012 by Showcase Dental Laboratory, Inc. All rights reserved. * site by CeJay Associates, LLC



GL 241
(Page 71 of 99)

EXHIBIT 14-7
WIT: Allred
DATE: 10-25-12
L. Moskowitz, CSR 10816, RPR

**From:** Keith Allred
**Sent:** Wednesday, January 11, 2012 8:30 AM
**To:** Carol Frattura
**Cc:** Victor
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Hello Carol:

Thank you for your prompt response. We certainly do appreciate your understanding in this
matter. We have the utmost respect for all of the challenges that you face in fulfilling the
expectations of your clients on a daily basis and wish you success. Glidewell Labs has invested
several millions of dollars in developing and marketing the BRUXZIR brand of full zirconia
restorations. Legal precedents require that Glidewell Laboratories actively protect the
trademarked brand or risk losing its unique value. The network of partner authorized dental
laboratories also expect Glidewell Labs to ensure trademark law enforcement to protect the
time, energy and resources they have invested to provide authentic BRUXZir® dental
restorations to their clients.

The 'confusingly similar' type of infringement is different from, for example, a third parties'
unauthorized use of reserved marks like 'Super Bowl' or 'Olympics.' Even so, the same basic
principles apply—e.g., even the slogan or nickname of a radio station with the call sign KISS is
entitled to claim an infringement of their mark by another station's use of KIIS. Although these
call signs are *different* (and, even if as in this example such use has FCC approval) a federal
court would find that one infringed the other as a matter of trademark law since both are
pronounced the same way. (*Citicasters Licenses, Inc. v. Cumulus Media, Inc.*, 189 F. Supp. 2d
1372, 1377)

Sincerely,
Keith

**From:** Carol Frattura [mailto:carol@showcasedental.com]
**Sent:** Wednesday, January 11, 2012 5:42 AM
**To:** Keith Allred
**Cc:** Victor; carol@showcasedental.com
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Keith,

In all honesty, I do not feel what you saying about the infringement is at all correct! There is the other
side to this, I do not wish to make anyone uncomfortable. We at Showcase Dental Lab take pride in our
work and the knowledge of our business. We strive to have the best quality, and the best customer
service possible. A name of a crown is not going to change a single part of my customer's satisfaction of
my products or whether they use my lab or even request this product. That is the best part of having a
good reputation, quality work, dependability and reliability.

GL 241
(Page 72 of 99)

Exhibit 64
-718-

Since we are almost ready to go to print on our next lab script we will give our crown a name change. Again we do not feel in any way we are wrong, but I feel customer satisfaction is of the utmost and if you feel there could possibly be any confusion, I want to be sure my customers have the knowledge they are getting the best quality products and they are not getting a "look-alike" or a 2nd quality restoration. I appreciate you bringing this to my attention.

I wish the best of luck to you and I hope this will satisfy you, please be assured Showcase Dental Lab will always work to deliver only the best in quality and satisfaction, please let me know if there is anything I can do for you in the future.

Thank You,
*Carol Frattura*

 SHOWCASE

941.625.5757 Office
941.456.1560 Mobile

This message contains confidential information intended only for the use of the addressee(s) named above and may contain information that is legally privileged.
 If you are not the addressee, or the person responsible for delivering it to the addressee, you are hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited. If you have received this message by mistake, please immediately notify us by replying to the message and delete the original message immediately thereafter.
Thank you.

Carol Frattura
Showcase Dental Lab

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Tuesday, January 10, 2012 6:50 PM
**To:** Carol Frattura
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Hello Carol:

Responding to your email of even date below this is an IP (intellectual property) matter. You have raised several issues. A trademark attorney is the best person to consult with about these matters.

Addressing other matters you have raised, we are not talking about Glidewell Laboratories' patent rights such as those related to the fabrication of BruxZir Zirconia Blocks, Colorants, Mills &etc. This matter concerns the infringement of Glidewell's BRUXZIR mark, Reg. No. 3,739,663, applied for June 6, 2009 and registered January 19, 2010, as follows:

From the Trademark website:

GL 241
(Page 73 of 99)

Exhibit 64
-719-

| Word Mark | BRUXZIR |
|---|---|
| Goods and Services | IC 010. US 026 039 044. G & S: Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses. FIRST USE: 20090606. FIRST USE IN COMMERCE: 20090606 |
| Standard Characters Claimed | |
| Mark Drawing Code | (4) STANDARD CHARACTER MARK |
| Serial Number | 77761757 |
| Filing Date | June 17, 2009 |
| Current Filing Basis | 1A |
| Original Filing Basis | 1A |
| Published for Opposition | November 3, 2009 |
| Registration Number | 3739663 |
| International Registration Number | 1034335 |
| Registration Date | January 19, 2010 |
| Owner | (REGISTRANT) James R. Glidewell, Dental Ceramic, Inc. DBA Glidewell Laboratories CORPORATION CALIFORNIA Professional Services 4141 MacArthur Blvd. Newport Beach CALIFORNIA 92660 |
| Attorney of Record | Keith D. Allred, Esq. |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

A trademark infringement is based on "confusing similarity" of marks and services. And, marks can be confusingly similar even if not identical. BRUXER sounds like BRUXZIR.

Assuming Zir-Bruxer is descriptive (such as "bag" "box" "shoe" etc.) when applied to professional dental products, can those items be appropriated to one party's exclusive use? Yes.

As you probably know, descriptive terms can become exclusive trademarks when they acquire secondary meaning. Glidewell Laboratories has exclusively and extensively used the mark BRUXZIR in the dental industry. Unquestionably it has acquired secondary meaning, and it has the exclusive right to use the mark in the dental field, especially where Glidewell is catering to the same channels of trade with the same goods.

Moreover, it is clear that Zir-Bruxer is being used to the name for the very same goods that Glidewell Laboratories describes as BruxZir® Solid Zirconia Crowns and Bridges. The words "crown" and "zirconia" are, of course, generic terms. Trademarks rights do, however, apply to the term BRUXER when used to describe crowns made of zirconia.

Under these circumstances, it is difficult to argue that a continuing use by Showcase DL if a confusingly similar mark is not willful trademark infringement. Nevertheless, unless it has to, Glidewell prefers resolving this in a business-to-business fashion without resort to the courts. We appreciate your willingness to consider promptly changing the name of your full solid zirconia crowns to avoid litigation.

Sincerely,

_____

Keith Allred

_____

**From:** Carol Frattura [mailto:carol@showcasedental.com]
**Sent:** Tuesday, January 10, 2012 2:22 PM
**To:** Keith Allred
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Keith,

I have asked my IT person to change the image already, I will check with my attorney on the name, I do think we are not within the % of change to constitute infringement. I will let you know as soon as I have an answer.  If you have a more definitive answer I will be happy to change the name immediately.  We have been using this name since long before your patent in May of 2011.  I understand that will not make a difference IF there are infringements but I do not believe there are.

I also know it is not possible to patent a name such as "bag" "box" "shoe" etc.  my description of my product falls under this category of a generic name.

Thank you again,

If you have the name change percentages and my description falls within those guidelines again,  I will be happy to change my generic description.

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Tuesday, January 10, 2012 4:45 PM
**To:** info
**Cc:** Victor; carol@showcasedental.com
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Hello Carol:

I am pleased to represent Glidewell Laboratories in connection with its trademark and unfair competition matters. I brought to your attention below that your company is currently marketing a full contour zirconia crown under the name Zir-Bruxer.

I explained to you that Glidewell has used the mark BRUXZIR in connection with full contour zirconia crowns. I also have informed you that Glidewell Laboratories owns the federal registration number for the mark. Like the Glidewell product, Showcase DL's product also is sold only to dentists and dental professionals.

Since both products are closely related and move in the identical marketing channels and the marks are virtually identical, there is little doubt that your firm's marketing of a crown under the mark Zir-Bruxer constitutes trademark infringement. Additionally, your unauthorized use of

the image of a BruxZir® Solid Zirconia bridge in connection with the promotion of your goods can only be seen is an intentional act of material misrepresentation.

For the above reasons, we must insist that you immediately cease your infringement of my client's proprietary property rights. Otherwise, Glidewell reserves its rights to take legal action to prevent future acts of infringement by seeking an injunction to prevent the fabrication or importation of infringing goods and all other relief as may be deemed appropriate.

Sincerely,

Keith Allred

**From:** info [mailto:info@showcasedental.com]
**Sent:** Tuesday, January 10, 2012 11:42 AM
**To:** Keith Allred
**Cc:** Victor; carol@showcasedental.com
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

      KEITH D. ALLRED
      Attorney for Glidewell Laboratories

Can you explain this better, Bruxer -- from Wikipedia "a "bruxer" (someone who clenches or grinds their teeth)" or simply put, a person with a habit -- bruxist, bruxing etc. I did not know Glidewell has a patent on a patient habit? Zirconia is a generic name for a product. I will be happy to change my name if you will give me further explanation of the infringement, I do not see we have anything in common, I do not try in any way to copy or infringe on Glidewell's patented name. So I would simply like some further information, I just don't want to be intimidated for no reason, so if this is justified I will be happy to conform, so please send me some information, if you would be so kind.

The name we are using Zir-Bruxer -- Short for a zirconia bruxer crown.

Thank you so much for your time

Carol Frattura
Showcase Dental Lab

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Tuesday, January 10, 2012 1:58 PM
**To:** Carol@ShowcaseDental.com
**Cc:** Info@ShowcaseDental.com
**Subject:** BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

## NOTICE OF TRADEMARK INFRINGEMENT

GL 241
(Page 76 of 99)

Exhibit 64
-722-



January 10, 2012

TRANSMITTED VIA EMAIL AND
DELIVERED BY U.S. MAIL

SHOWCASE DENTAL LABORATORIES
22286 Vick Street
Port Charlotte, FL 33980

PHONE: 888.625.5757

Carol@ShocaseDental.com

Info@ShowcaseDental.com

http://www.showcasedental.com/

Attn: President & CEO

**Re:   Infringement of Glidewell Laboratories' BruxZir® Trademarks, Misbranding, Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks and copyrighted images on your website has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of a Zir-Bruxer Crown is using a similar mark where there is an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered, which in this instance is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the

GL 241
(Page 77 of 99)

Exhibit 64
-723-

owner's mark and results in "brand confusion" and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks and copyrighted images in your promotions and elsewhere. Should you not terminate use of the mark and copyrighted images, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

-- ATTACHMENT "A" --

[Copied from Showcase DL website]

GL 241
(Page 78 of 99)

Exhibit 64
-724-



[Note: Example unlawful use above of copyrighted BRUXZIR image]



////

# Exhibit 65

Exhibit 65
-726-

**From:** Keith Allred
**Sent:** Wednesday, September 26, 2012 2:42 PM
**To:** 'info@barthlab.com'
**Cc:** 'contact@barthlab.com'
**Subject:** BRUXZIR Infringement - Barth DL.doc

## NOTICE OF TRADEMARK INFRINGEMENT



September 26, 2012

TRANSMITTED VIA EMAIL, FAX
AND DELIVERED BY U.S. MAIL

Tommy R. George, President
Barth Dental Laboratory
7518 East 39th Street
Indianapolis, IN 46226

Toll Free: 1-855-654-3352
Local Tel: 317-591-2600
Fax: 317-591-2611

http://www.barthlab.com/

info@barthlab.com

Attn: Mr. George:

**Re:** **Infringement of Glidewell Laboratories' BruxZir® Trademarks, Misbranding,
Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client's proprietary property rights in
connection with the unauthorized use of Glidewell Laboratories' registered trademarks has come
to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and
internationally to identify its dental laboratory goods and services in the US and its CE certified
BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will
associated with its use of the aforesaid mark.

GL 241
(Page 10 of 99)

EXHIBIT 151
WIT: Allred
DATE: 10-25-12
L. Moskowitz, CSR 10816, RPR

Exhibit 65
-727-

The promotion of dental laboratory services to dentist by your lab of a <u>Z-Brux</u> crown is using a similar mark where there is an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered, which in this instance is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under California law (California Business and Professions Code §17200)

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks in your promotions and elsewhere. Should you not terminate use of the mark, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,

KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA  92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

-- ATTACHMENT "A" --

Note: Your signature image is not the property of *Dentistry Today*—it is the property of Assured DL. (Assured no longer uses the Z-Brux trademark because they realize that it is confusingly similar to the BruxZir® and constitutes an infringement of the owners proprietary IP interests).



GL 241
(Page 11 of 99)

Exhibit 65
-728-





Note: You have misstated what Dr. Christensen has written when you say that he talked about "Solid Zirconia Bruxor Crowns." As you can see below, Dr. Christensen responded to a question from a reader who asked for Dr. Christensen's opinion about "all zirconia tooth-colored indirect restoration," and general and included the observation that this was a concept that, "was started by Glidewell Laboratories and is called BruxZir" restorations (see below).

GL 241
(Page 12 of 99)

Exhibit 65
-729-

by Gordon J. Christensen, DDS, MSD, PhD

In this monthly feature, Dr. Gordon Christensen addresses the most frequently asked questions from Dental Economics® readers. If you would like to submit a question to Dr. Christensen, please send an e-mail to info@pccdental.com.

For more on this topic, go to www.dentaleconomics.com and search using the following key words: zirconia-based restorations, all-zirconia restorations, porcelain-fused-to-metal tooth-colored restorations, prostheses, Dr. Gordon Christensen.

**Q** Many of my patients prefer to avoid the use of metal in their mouths. I have suffered through the significant failures of many versions of all-ceramic restorations, and I'm not eager to try other all-ceramic restorations without sufficient positive research showing that they are working. There are many ads in dental journals about the newest form of all-zirconia tooth-colored indirect restorations. I think that concept was started by Glidewell Laboratories and is called BruxZir. All-zirconia restorations are advertised as excellent single- and multi-unit tooth colored restorations. What can you tell me about this newest unknown?

Moreover, Dr. Christensen talks about the class of all-zirconia restorations in general. In doing so, Dr. Christensen did not refer to this class of restoration as if they are known generically as—e.g., "Solid Zirconia Bruxor Crowns." Additionally, Dr. Christensen demonstrates in his answer that he is well-aware of Glidewell Laboratories as the owner of the BruxZir® trademark—i.e.,

● All-zirconia (Fig. 2). You were correct when you noted that Glidewell Laboratories initiated this type of restoration. After labs gained experience with zirconia-based restorations, they found a frustrating problem. Many of the tooth preparations being sent to them by dentists were too shallow to allow both a zirconia substructure (posterior 0.5mm and anterior 0.3mm) and a layer of fired or pressed ceramic on the external surface. Therefore the technicians, in spite of having been taught to place fired or pressed ceramic on the outside of the zirconia, decided to try just the zirconia without any external layer of ceramic.



Fig. 2: This all-zirconia restoration made by Glidewell Laboratories is impressive esthetically. Long-term continued clinical research on the all-zirconia concept is necessary to validate these restorations.

*With this background, I will now answer your question to the best of my ability with the knowledge that we have in 2011. I fully admit that the profession, certainly including me, does not know much about all-zirconia restorations at this time.*

And further down in the article Dr. Christensen states, as follows...

● Esthetic potential of all-zirconia crowns and fixed prostheses. The company that started this type of restoration (Glidewell Laboratories) has been able to produce restorations with good esthetic characteristics. The photo in Fig. 1 shows an all-zirconia fixed partial denture made by Glidewell Laboratories. I asked them to show what they can do esthetically with their all-zirconia concept, and the result is shown in Fig. 1. I must admit it looks very good. Will any stains placed on the zirconia surface wear off? Only time will tell. Will the long-term esthetic result be as good as with PFM or zirconiabased restorations? Again, clinical observation will answer these questions.

• Long-term service potential of all-zirconia restorations. Based on the immediate popularity of all zirconia restorations, it appears to me that patients would rather have strong, relatively esthetic restorations in preference to undetectable but questionably strong restorations. I must admit, I agree! When a patient in the U.S. has paid about $1,000 for a crown or $3,000 for a three-unit fixed prosthesis, that patient should expect the restoration to serve for a respectable period of years.

• Cost of all-zirconia restorations. Currently, over 10 companies provide all-zirconia restorations at costs to dentists that are lower on average than PFM restorations from the same laboratories. That difference makes sense, since milling of these restorations is relatively simple, the cost of zirconia is not high, and there is no external veneering layer on the all-zirconia restoration...

////

GL 241
(Page 14 of 99)

Exhibit 65
-731-



Exhibit 65
-732-

# Exhibit 66

Exhibit 66
-733-

**From:** Keith Allred
**Sent:** Tuesday, May 17, 2011 10:36 AM
**To:** 'contact@chinadentaloutsourcing.com'
**Subject:** Bruxer All Zirconia - CHINA DENTAL OUTSOURCING (CDO)

## Notice of Trademark Infringement



May 17, 2011

TRANSMITTED VIA E-MAIL AND FAX

Attn: Peter S Cao, US Agent for CDO
CHINA DENTAL OUTSOURCING, INC.
4448 Aldrich Avenue South
Minneapolis, MN 55419

Phone: 888 2628583 ext
Fax: 515-322-0300
Email: contact@chinadentaloutsourcing.com

Attn: Owner/Operator for Registered Establishment—CDO

**Re:     Infringement of Glidewell Laboratories' *BRUX*Zir Trademark**

        The serious matter of your infringement of my client's proprietary property rights in
connection with the unauthorized use Glidewell Laboratories' registered trademarks in your
advertising has come to our attention.

        Glidewell Laboratories has for years used the mark BRUXZIR both nationally and
internationally to identify its dental laboratory goods and services in the US and its CE certified
BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will
associated with its use of the aforesaid mark.

        Your promotion of BRUXER ALL ZIRCONIA is using a similar mark where there is an
appreciable likelihood of confusion and a palming off of goods by an unauthorized substitution
of one brand for the brand ordered. Instances of deliberate misappropriation of intellectual
capital for commercial purposes is actionable unfair competition under California law (California
Business and Professions Code §17200)



GL 241
(Page 16 of 99)



EXHIBIT 146
WIT: Allred
DATE: 10-25-12
L. Moskowitz, CSR 10816, RPR

Exhibit 66
-734-

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

A deliberate, willful, and fraudulent infringement of the Glidewell registered mark without any extenuating circumstances constitutes a knowing use and an exceptional case within the meaning of Lanham Act Section 35, 15 U.S.C. §1117. Glidewell may be entitled to recover three times the amount of its actual damages, attorneys' fees, and prejudgment interest. The continuing wrongful use of the Glidewell mark to engage in unfair competition with the intention of interfering with and trading on the business reputation and goodwill engendered by Glidewell through hard work and diligent effort is deliberate, willful, and in reckless disregard of Glidewell's trademark rights. Glidewell may be entitled to the recovery of punitive damages and permanent injunctive relief enjoining defendant and all others acting in concert with and having knowledge thereof, from using the Glidewell mark.

For the above reasons, we must insist that you immediately cease use of the infringing marks in your promotions and elsewhere. Please immediately discontinue the wrongful use of any similar trade name or mark or variant thereof, or other "generic plus 'BRUX'" mark, as a trade name, trademark, service mark, domain name, or for any other purpose. Should you not terminate use of the mark, Glidewell Laboratories reserves its rights to take legal action.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks.

Your prompt attention is appreciated.
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA  92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

From the Trademark website:

| | |
|---|---|
| **Word Mark** | **BRUXZIR** |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses. FIRST USE: 20090606. FIRST USE IN COMMERCE: 20090606 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77761757 |
| **Filing Date** | June 17, 2009 |
| **Current Filing Basis** | 1A |

GL 241
(Page 17 of 99)

Exhibit 66
-735-

| | |
|---|---|
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 3, 2009 |
| **Registration Number** | 3739663 |
| **International Registration Number** | 1034335 |
| **Registration Date** | January 19, 2010 |
| **Owner** | (REGISTRANT) James R. Glidewell, Dental Ceramic, Inc. DBA Glidewell Laboratories CORPORATION CALIFORNIA Professional Services 4141 MacArthur Blvd. Newport Beach CALIFORNIA 92660 |
| **Attorney of Record** | Keith D. Allred, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.



**Establishment:**
Chengdu Xin Bai Da Investment Consult Co., Ltd.
Building 11, West High-Tech District
Chuangyi Area, 2 Tianyu Rd
Chengdu, CHINA 611731
**Registration Number:** 3008704997
**Status:** Active

**Date of Registration Status:** 2011

**Owner/Operator:**
CHINA DENTAL OUTSOURCING, INC.
Building #10, Da Yi High-Tech Incubation
Ke Yuan Nan Er Road 1#, High-Tech Dist.
Chengdu, CN-51  CHINA  610041
**Owner/Operator Number:** 9089984
////

GL 241
(Page 19 of 99)

Exhibit 66
-737-