# Exhibit 67

Exhibit 67
-738-



Exhibit 67

-739-

GDC00002447

# World's oldest known terrestrial material @ 4.4 billion years old. A Zircon Crystal



Exhibit 67
-740-

GDC00002448



Exhibit 67
-741-

GDC00002449



Exhibit 67
-742-

GDC00002450

# What are the advantages of BruxZir Zirconia over other materials?

- **Flexural Strength ( up to 1510 Mpa )**

- **Fracture Toughness (K1C value)**

- **Translucency / Opaque color**

- **Coefficient Of Thermal Expansion (CTE)**

- **Ability to produce a monolithic restoration "BruxZir"**





5

Exhibit 67
-743-

GDC00002451

# Why Use Zirconia Ceramic for a Restoration ?

- **Flexural strength of zirconia restorations range from 900 to 1400 MPa.**

- **Conventional and pressed ceramics range from 70 to 120 MPa.**

- **Metals and alloys cannot compete with the esthetics of Zirconia.**

- **Advanced ceramics are very stable.**

- **Highly biocompatible.**



**GLIDEWELL LABORATORIES**

6

Exhibit 67
-744-

GDC00002452



Exhibit 67
-745-

GDC00002453



Exhibit 67
-746-

GDC00002454



Exhibit 67
-747-

GDC00002455









10

Exhibit 67
-748-

GDC00002456



Exhibit 67
-749-

GDC00002457

# NanoZirconia
# GL-nanocrystalline Zirconia

Nano zirconia strands attached.
BEFORE

Nano particulates after attrition.
AFTER





GLIDEWELL
LABORATORIES

12

Exhibit 67
-750-

GDC00002458

# What is the Difference Between BruxZir and Prismatik CZ?

|  | **BruxZir** | **Prismatik CZ** |
|---|---|---|
| **Product Type** | **Full-Contour Restoration** | **Framework, 1st Released ZrO2** |
| **Consolidation Process** | **Proprietary Colloidal Process** | **Isopressed Blocks** |
| **Flexural Strength** | **1328 MPa avg.** | **1265 MPa avg.** |
| **Translucency** | **Highest** | **Medium** |

**GLIDEWELL LABORATORIES**

13

Exhibit 67
-751-

GDC00002459

# Manufacturing Method's Are One-of-a-Kind

| Process / Attribute | BruxZir | Sagemax HT | DOCERAM | AmannGirrbach | Zirkon Zahn SRL | Cercon |
|---|---|---|---|---|---|---|
| Method of Manufacturing | Colloidal | Isostatically/ Biaxial | Isostatically/ Biaxial | Isostatically/ Biaxial | Isostatically/ Biaxial | Isostatically /Biaxial |
| Size Reduction Process | Yes | No | No | No | No | No |
| Grade of Powder Purity | High | Low | Low | Med | Med | Low |
| Liquid Additives for Dispersion & Deagglomeration | Yes | No | No | No | No | No |
| Bisque Density | 1.2225 | 1.2405 | 1.2539 | 1.2414 | 1.2523 | 1.2822 |
| Strength (1 - 6) 1 Highest | 1 | 6 | 5 | 4 | 3 | 2 |
| Translucency (1 - 6) 1 Highest | 1 | 6 | 5 | 4 | 2 | 3 |



GLIDEWELL LABORATORIES

14

Exhibit 67
-752-

GDC00002460



Exhibit 67
-753-

GDC00002461



Exhibit 67
-754-

GDC00002462



Exhibit 67
-755-

GDC00002463

# What Does it Take Internally to Output These Digital Products?



**Scan Die**



**Design**



**Print or Mill**



**Add Feedstock**



**Change Tools**



**Verify Output**



**GLIDEWELL LABORATORIES**

18

Exhibit 67
-756-

GDC00002464



Exhibit 67
-757-

GDC00002465

# What are Glidewell Dentists Prescribing?

## Glidewell Product Mix

|  | 2007 | 2008 | 2009 | 2010 | 2011 |
|---|---|---|---|---|---|
| **PFM** | 65.3% | 62.5% | 57.3% | 44.9% | 28.6% |
| **All-Ceramic** | 23.9% | 27.1% | 33.4% | 48.6% | 66.9% |
| **Full-Cast** | 8.0% | 7.9% | 7.4% | 5.5% | 3.5% |
| **Composite** | 2.8% | 2.5% | 1.9% | 1.4% | 1.0% |

Data based on more than 4,000,000 restorative units.



20

Exhibit 67
-758-

GDC00002466



Exhibit 67
-759-

GDC00002467



Exhibit 67
-760-

GDC00002468

# Monolithic: Fad or Here to Stay?

**IPS e.max case**





- **Monolithic is being embraced not because it is more esthetic, but because it is what a machine can mill and has acceptable esthetics, therefore it costs less to manufacture.**

- **I argue that an e.max crown is better looking at the margins than almost any PFM that one can make.**

**IPS e.max case**











GLIDEWELL LABORATORIES

23

Exhibit 67
-761-

GDC00002469

# Monolithic: Fad or Here to Stay?

• **The best porcelain labial margins can rival them, however, porcelain is still only about 100 MPa and that makes IPS e.max CAD about 3 ½ times stronger at 360 MPa.**







**GLIDEWELL LABORATORIES**

24

Exhibit 67
-762-

GDC00002470

# Monolithic: Fad or Here to Stay?

- **The latest formulation of BruxZir provides
"More Brawn and Improving than Beauty".**







25

Exhibit 67
-763-

GDC00002471

# Monolithic: Fad or Here to Stay?

### BruxZir Block Manufacturing

- **Unique patent pending process**

- **Provides improved light transmission and a lower more natural shade value**

- **Company-wide: 11,588 units last week**



Exhibit 67

-764-

GDC00002472

# What's Next?





- **Stronger monolithic materials will get better.**

- **Dentists using intraoral scanners and chairside mills with better results. Patients are clamoring for one visit appointments, this is now becoming viral, with every satisfied patient telling their friends about their new experience. Dental offices are taking notice.**

- **Offshore Labs are being less of a competitor as digital makes hand labor obsolete.**



27

Exhibit 67
-765-

GDC00002473



Exhibit 67

-766-

GDC00002474



Exhibit 67
-767-

GDC00002475

# BruxZir System Brochure



## BruxZir Lab Options

Incorporate BruxZir into your lab's list of available services. When you become an Authorized BruxZir Lab, we will help dentists find you by providing your contact information on our website and in future national print advertisement campaigns. To help promote this new product, we offer an array of marketing materials including patient and doctor BruxZir brochures.

**1 Send model work**

Send your master and model work with pinned, trimmed dies and a bite registration. Then choose between staining and glazing BruxZir restorations at your lab for $89/unit (4 working days) or to receive finished BruxZir restorations for $99/unit (5 working days).

**2 Send 3Shape design file**

Labs that own a 3Shape Dental System (with 2010 DentalDesigner software) can send their 3Shape design file to Glidewell Laboratories. We will mill the restoration — you color, sinter, stain and glaze. Requires 3 working days at $79/unit. Outsource a finished crown in 4 working days for $89/unit.

**3 Acquire a 3Shape Scanner**

To save $20 per unit, purchase the 3Shape Dental System, which includes your choice of 3Shape scanner and 2010 DentalDesigner software. Use the scanner, available for purchase through Glidewell Direct, to send digital files. Included in the scanner price is a two- or three-day hands-on training workshop for two individuals at our 3Shape Certified Training Center in Newport Beach, Calif. Call 888-303-3975 for special pricing.

### Become an Authorized BruxZir Lab:

**4 Buy BruxZir Milling Blanks**

If you own a milling system that accepts 98 mm diameter blocks, purchase the special BruxZir high translucent zirconia blanks. They are available in the following thicknesses: 12 mm for $175/blank, 15 mm for $225/blank, 20 mm for $305/blank or 25 mm for $349/blank.

**5 Purchase the BruxZir Milling System**

For the latest in CAD/CAM technology, purchase the BruxZir Milling System from Glidewell Direct, complete with an open system for easy, continuous integration of new developments. Lower your per-unit cost with this advanced dental system that includes a 3Shape scanner, DentalDesigner software, Delcam DentMill CAM System and BruxZir Milling Machine. Purchase of the complete BruxZir Milling System also includes final on-site installation of the system and a two-day training with the mill at your facility. Call 888-303-3975 for pricing.





**BruxZir®**
**Virtually Unbreakable Restorations**

**Before**

**After**

### BruxZir® Solid Zirconia — Monolithic zirconia restorations for chip-proof durability

BruxZir Solid Zirconia is a monolithic zirconia restoration with no porcelain overlay. Virtually chip-proof, BruxZir is indicated for crowns, bridges, inlays and onlays. More brawn than beauty, the unique zirconia composition of BruxZir makes it ideal for your dentists' bruxing patients who do not desire metal occlusal PFMs or full-cast restorations.

Designed and milled using CAD/CAM technology, BruxZir is sintered at 1,530 degrees Celsius for 6.5 hours. The final BruxZir crown or bridge emerges nearly "bulletproof" and is glazed to a smooth surface.

Glidewell Laboratories offers a variety of ways to incorporate BruxZir Solid Zirconia restorations into your laboratory. We can also provide BruxZir marketing support to help your lab gain new business, as well as customized lab-based BruxZir training and technical assistance. See reverse for details.

*See reverse for BruxZir options*

**888-303-3975**
www.glidewelldental.com

**GLIDEWELL DIRECT**
CLINICAL AND LABORATORY PRODUCTS

**GLIDEWELL LABORATORIES**

30

Exhibit 67
-768-

GDC00002476



Exhibit 67
-769-

GDC00002477



Exhibit 67
-770-

GDC00002478



Exhibit 67
-771-

GDC00002479

# BruxZir LightSpeed Sintering Oven



34

Exhibit 67
-772-

GDC00002480



Exhibit 67

-773-

GDC00002481