# Exhibit 68

Exhibit 68
-774-

**From:** Keith Allred
**Sent:** Monday, May 16, 2011 9:38 AM
**To:** 'info@fusion-DLS.com'
**Subject:** NOTICE OF COMPLAINT

## NOTICE OF FILING OF COMPLAINT IN U.S. DISTRICT COURT

FUSION DENTAL LABORATORY SOLUTIONS, INC.
6950 ALMADEN EXPRESSWAY #137
SAN JOSE CA 95120
AGENT FOR SERVICE OF PROCESS: REX HO
AGENT ADDRESS: 6950 ALMADEN EXPRESSWAY #137
AGENT CITY, STATE, ZIP: SAN JOSE CA 95120

COMPLAINT SEEKING DAMAGES AND INJUNCTIVE RELIEF FOR FEDERAL TRADEMARK
INFRINGEMENT, FEDERAL TRADEMARK DILUTION, FALSE DESIGNATION OF ORIGIN, COMMON
LAW TRADEMARK INFRINGEMENT, COMMON LAW UNFAIR COMPETITION, AND VIOLATION OF
THE CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200 (UNFAIR COMPETITION) AND §
17500 (FALSE ADVERTISING)

SUMMARY: AS A RESULT OF DEFENDANT'S INFRINGEMENT OF GLIDEWELL'S REGISTERED
MARKS, GLIDEWELL HAS INCURRED DAMAGES IN AN AMOUNT TO BE PROVEN AT TRIAL.
DEFENDANT'S INFRINGEMENT OF GLIDEWELL'S REGISTERED MARKS IS DELIBERATE, WILLFUL,
FRAUDULENT AND WITHOUT ANY EXTENUATING CIRCUMSTANCES, AND CONSTITUTES A
KNOWING USE OF GLIDEWELL MARKS AND AN EXCEPTIONAL CASE WITHIN THE MEANING OF
LANHAM ACT SECTION 35, 15 U.S.C. § 1117. GLIDEWELL IS THEREFORE ENTITLED TO RECOVER
THREE TIMES THE AMOUNT OF ITS ACTUAL DAMAGES AND THE ATTORNEYS' FEES AND COSTS
INCURRED IN THIS ACTION, AND PREJUDGMENT INTEREST. DEFENDANT HAS ENGAGED IN AND
CONTINUES TO ENGAGE IN UNFAIR COMPETITION BY USING THE GLIDEWELL MARK, WITH THE
INTENTION OF INTERFERING WITH AND TRADING ON THE BUSINESS REPUTATION AND
GOODWILL ENGENDERED BY GLIDEWELL THROUGH HARD WORK AND DILIGENT EFFORT.
DEFENDANT'S WRONGFUL USE OF THE GLIDEWELL MARK IS DELIBERATE, WILLFUL, AND IN
RECKLESS DISREGARD OF GLIDEWELL'S TRADEMARK RIGHTS, ENTITLING GLIDEWELL TO THE
RECOVERY OF PUNITIVE DAMAGES AND PERMANENT INJUNCTIVE RELIEF ENJOINING
DEFENDANT AND ALL OTHERS ACTING IN CONCERT WITH AND HAVING KNOWLEDGE THEREOF,
FROM USING THE GLIDEWELL MARK, AND ANY SIMILAR TRADE NAME OR MARK OR VARIANT
THEREOF, OR OTHER "GENERIC PLUS 'BRUX'" MARK, AS A TRADE NAME, TRADEMARK, SERVICE
MARK, DOMAIN NAME, OR FOR ANY OTHER PURPOSE

Sincerely,

**Keith Allred**
**Glidewell Laboratories**

GL 241
(Page 39 of 99)



EXHIBIT 14
WIT: Allred
DATE: 10-25-12
L. Moskowitz, CSR 10816, RPR

Exhibit 68
-775-

4141 MacArthur Blvd.
Newport Beach, CA 92660
(800) 854-7256
www.glidewelldental.com

References (Willful Infringement)

(1) LMT – May 2011

(2) Rx



i.e., See from above: "Full Solid Zirconia (Bruxer)," below:

## Zirconia Restoration:
☐ **Direct Finish\*** ☐ Coping Only ☐ Bisque
**Fusion Solutions Zirconia\***
Procera by NOBEL BIOCARE
Zeno by WIELAND
☐ Full Solid Zirconia (Bruxer)

(3) Previous communication -- SECOND NOTICE OF TRADEMARK INFRINGEMENT

**From:** Keith Allred
**Sent:** Tuesday, April 19, 2011 10:59 AM
**To:** 'Fusion Dental Lab Solutions'
**Subject:** BRUXZir-Fusion DL 2nd Notice.doc

## SECOND NOTICE OF TRADEMARK INFRINGEMENT

April 19, 2011

TRANSMITTED VIA E-MAIL, FAX AND DELIVERED BY U.S. MAIL

Attn: Legal Department
Fusion Dental Lab Solutions
1525 McCarthy Boulevard, Suite 1000
Milpitas, California 95035

UNITED STATES

Tel: 408-333-9690
Fax: 408-273-6837
www.fusion-DLS.com
email: info@fusion-DLS.com

I, the undersigned, state UNDER PENALTY OF PERJURY that:

- I am an agent authorized to act on behalf of the owner of certain intellectual property rights ("IP Owner");

- I have a good faith belief that the listings identified below (by url, etc.) offer items or contain materials that are not authorized by the IP Owner, its agent, or the law, and therefore infringe the IP Owner's rights; and

- The information in this notice is accurate.

Pursuant to federal law your company is liable for the illegal trademark infringing activity where you have received legally adequate notice of such activity. Direct and contributory trademark infringement arises out of promoting via *Lab Management Today* and on your website the advertisement of "Full Solid Bruxer Zirconia" crowns made in China for outsourcing and sale to dentists.

Your failure to remove the infringing material from your website and promotional materials represents an inducement to others to infringe the IP Owners property rights resulting in unfair business practices under California law and significant damages resulting from the persistent, willful, and intentional infringement of the BRUXZir® mark. Accordingly, you may be held liable for inducing the trademark infringing activity of others after you have been issued legally adequate notice.

Furthermore, this is the second notice that your company has received regarding this violation of the Trademark Statute: **You have been formally asked to stop**

**using this trademark. Your lack of cooperation is blatant defiance and sheer disregard for US Federal Law.**

If these violations of the Trademark Statute persist, we intend to press charges, and to pursue litigation against your company. **It is in your overall best interest to immediately cease and desist from using the term "BRUX" in connection with your mark. The best way for you to protect your interests overall is to stop using it altogether.**

In compliance with common practice this notice of infringement has been issued before litigation has been initiated against you and others. Since there is a likelihood of engaging your company in Intellectual Property litigation proceedings, we suggest that you immediately seek the advice of your attorney. You should immediately notify the hosting company of your website and dental laboratories that you outsource to that these violations are occurring. To preclude litigation against you and your hosting company and outsourcing clients you must ensure that your webmasters and outsource clients immediately cease and desist from infringing upon the IP Owner's rights—on your website and on the websites of your outsource clients—in connection with sales of products that infringe the BRUXZir® trademark. Please feel free to forward this message to your attorney for advice. Your attorney may also contact me via email, if you are interested in settling this matter amicably.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

From the Trademark website:

| | |
|---|---|
| **Word Mark** | **BRUXZIR** |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses. FIRST USE: 20090606. FIRST USE IN COMMERCE: 20090606 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77761757 |
| **Filing Date** | June 17, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 3, 2009 |
| **Registration Number** | 3739663 |
| **International Registration Number** | 1034335 |
| **Registration Date** | January 19, 2010 |

GL 241
(Page 42 of 99)

Exhibit 68
-778-

| | |
|---|---|
| **Owner** | (REGISTRANT) James R. Glidewell, Dental Ceramic, Inc. DBA Glidewell Laboratories CORPORATION CALIFORNIA Professional Services 4141 MacArthur Blvd. Newport Beach CALIFORNIA 92660 |
| **Attorney of Record** | Keith D. Allred, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.
////

(4) Previous communication -- SECOND NOTICE OF TRADEMARK INFRINGEMENT

---

**From:** Fusion Dental Lab Solutions [mailto:info@fusion-dls.com]
**Sent:** Friday, January 21, 2011 5:03 PM
**To:** Keith Allred
**Subject:** Re: Fusion Dental.doc

To Whom It May Concern,

No, it is not pronounced the same.

Regards,

Fusion Dental Lab Solutions
Tel: (408) 333-9690
Fax: (408) 273-6837

**From:** Keith Allred
**Sent:** Friday, January 21, 2011 4:58 PM
**To:** Fusion Dental Lab Solutions
**Subject:** RE: Fusion Dental.doc

Attn: Fusion Dental

It is pronounced the same isn't it?

Sincerely,

**Keith Allred**
**Glidewell Laboratories**
4141 MacArthur Blvd.
Newport Beach, CA 92660

GL 241
(Page 43 of 99)

Exhibit 68
-779-

(800) 854-7256
www.glidewelldental.com

**From:** Fusion Dental Lab Solutions [mailto:info@fusion-dls.com]
**Sent:** Friday, January 21, 2011 4:42 PM
**To:** Keith Allred
**Subject:** Re: Fusion Dental.doc

To Whom It May Concern,

There is no "confusing similarity".  The words "zirconia", "bruxer", "solid", "full" are all generic terms.

Regards,

Fusion Dental Lab Solutions
Tel: (408) 333-9690
Fax: (408) 273-6837

**From:** Keith Allred
**Sent:** Friday, January 21, 2011 4:33 PM
**To:** Fusion Dental Lab Solutions
**Subject:** RE: Fusion Dental.doc

**Attn: Fusion Dental**

Fortunately for my client trademark infringement is based on "confusing similarity" of marks and services, and marks can be confusingly similar even if not identical. The best idea is for you to consult with your trademark attorney about it.

Sincerely,

**Keith Allred**
**Glidewell Laboratories**
4141 MacArthur Blvd.
Newport Beach, CA 92660
(800) 854-7256
www.glidewelldental.com

**From:** Fusion Dental Lab Solutions [mailto:info@fusion-dls.com]
**Sent:** Friday, January 21, 2011 3:49 PM
**To:** Keith Allred
**Subject:** Re: Fusion Dental.doc

To Whom It May Concern,

GL 241
(Page 44 of 99)

Exhibit 68

The words "zirconia", "bruxer", "solid", "full" are all generic terms. Bruxer is NOT Bruxzir, please do your research or look it up on the dictionary. For your information "again", BRUXER is a commonly generic used term of a "person" who grinds their teeth or a person with bruxism. Is "BruxZir" also a commonly generic used term of a person who grinds their teeth or a person with bruxism?

Regards,

Fusion Dental Lab Solutions
Tel: (408) 333-9690
Fax: (408) 273-6837

**From:** Keith Allred
**Sent:** Friday, January 21, 2011 11:42 AM
**To:** Fusion Dental Lab Solutions
**Subject:** RE: Fusion Dental.doc

NOTICE Re:   Infringement of Glidewell Laboratories' Trademark
             BRUXZIR

I am responding 21-Jan-2011 email below. I read your communication to be raising two issues which I will address in turn.

1. Assuming Full Solid Bruxer Zirconia is descriptive when applied to professional dental products, can those items be appropriated to one party's exclusive use? As you know, descriptive terms become exclusive trademarks when they acquire secondary meaning. Glidewell Laboratories has exclusively and extensively used the mark BRUXZIR in the dental industry. Unquestionably it has acquired secondary meaning, and it has the exclusive right to use the mark in the dental field, especially where Glidewell is catering to the same channels of trade.

2. Can Fusion Dental use the term if it is only using the term to describe its crowns and not as a trademark? It's a little late for that. You have confirmed in a written record below what already was abundantly clear: that Full Solid Bruxer Zirconia is claimed as the name for your goods, and not a descriptive term. The words "full" and "solid" and "zirconia" are, of course, the generic terms. Trademarks rights do, however, apply to the term BRUXER.

Under these circumstances, it is difficult to argue that Fusions Dental's continuing use of the mark is not willful trademark infringement. Nevertheless, unless it has to, Glidewell prefers resolving this in a business-to-business fashion without resort to the courts. If you are unwilling to promptly change the name of your full solid zirconia crowns, then we will have to go the litigation route.

Sincerely,

_____

**Keith Allred**

GL 241
(Page 45 of 99)

Exhibit 68
-781-

**Glidewell Laboratories**
4141 MacArthur Blvd.
Newport Beach, CA 92660
(800) 854-7256
www.glidewelldental.com

---

**From:** Fusion Dental Lab Solutions [mailto:info@fusion-dls.com]
**Sent:** Friday, January 21, 2011 10:21 AM
**To:** Keith Allred
**Subject:** Re: Fusion Dental.doc

To Whom It May Concern,

The name of the crown is called Full Solid Bruxer Zirconia, which is the description of the type of crown we offer: A full solid bruxer zirconia crown for bruxers (patient of bruxism).  Please read our advertisement precisely.

    Regards,

Fusion Dental Lab Solutions
Tel: (408) 333-9690
Fax: (408) 273-6837

**From:** Keith Allred
**Sent:** Friday, January 21, 2011 10:05 AM
**To:** Fusion Dental Lab Solutions
**Subject:** RE: Fusion Dental.doc

NOTICE: TRANSMITTED VIA E-MAIL AND DELIVERED BY U.S. MAIL

I am pleased to represent Glidewell Laboratories in connection with its trademark and unfair competition matters. I have brought to your attention below that your company is currently marketing a full contour zirconia crown under the name BRUXER ZIRCONIA.

I explained to you that Glidewell has used the mark BRUXZIR in connection with full contour zirconia crowns. I also have informed you that Glidewell Laboratories owns the federal registration number for the mark. Like the Glidewell product, the Fusion product is also sold only to dentists and dental professionals.

Since both products are closely related and move in the identical marketing channels (to dentists) and the marks are virtually identical, there is little doubt that your firm's marketing of a crown under the mark BRUXER ZIRCONIA constitutes trademark infringement.

For the above reasons, we must insist that you immediately cease use of the infringing mark on all products, on your advertising and elsewhere. Should you not terminate use of the mark, Glidewell reserves its rights to take legal action to stop you from using the mark by

seeking an injunction to prevent the fabrication and/or importation of infringing goods or
other relief as is deemed appropriate.

Sincerely,

**Keith Allred**
**Glidewell Laboratories**
4141 MacArthur Blvd.
Newport Beach, CA 92660
(800) 854-7256
www.glidewelldental.com

---

**From:** Fusion Dental Lab Solutions [mailto:info@fusion-dls.com]
**Sent:** Thursday, January 20, 2011 6:33 PM
**To:** Keith Allred
**Subject:** Re: Fusion Dental.doc

To Whom It May Concern,

For your information, the word"Bruxer" is a very common clinical term for a person with
bruxism.

Regards,

Fusion Dental Lab Solutions
Tel: (408) 333-9690
Fax: (408) 273-6837

**From:** Keith Allred
**Sent:** Wednesday, January 19, 2011 3:27 PM
**To:** info@fusion-DLS.com
**Subject:** Fusion Dental.doc

Trademark Infringement – BruxZir® Zirconia (LIKELIHOOD OF CONFUSION)

---

January 19, 2011

TRANSMITTED VIA E-MAIL AND
DELIVERED BY U.S. MAIL

Fusion Dental Lab Solutions
1525 McCarthy Boulevard, Suite 1000
Milpitas, California 95035

Attn: President

GL 241
(Page 47 of 99)

Exhibit 68
-783-

**Re:    Infringement of Glidewell Laboratories' Trademarks – BruxZir®**

The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks in your advertising has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

Your promotion in *Lab Management Today* of <u>Full Solid **Bruxer** Zirconia</u> is using a similar mark where there is an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered, which in this instance is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under California law (California Business and Professions Code §17200)

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks in your promotions and elsewhere. Should you not terminate use of the mark, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks.

Your prompt attention is appreciated.

KEITH D. ALLRED

Attorney for Glidewell Laboratories

4141 MacArthur Blvd.

Newport Beach, CA  92660

Tel 949-440-2683

Fax 949-440-2787

Email kallred@glidewelldental.com

GL 241
(Page 48 of 99)

Exhibit 68
-784-

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

////

# Exhibit 69

Exhibit 69
-786-

**From:** Keith Allred
**Sent:** Tuesday, August 07, 2012 3:01 PM
**To:** 'scott@dominionmillingcenter.com'
**Subject:** RE: BRUXZIR Infringement - OLD DOMINION

Scott, thank you for your prompt response. We certainly do appreciate your understanding in this matter. --Keith

**From:** scott@dominionmillingcenter.com [mailto:scott@dominionmillingcenter.com]
**Sent:** Tuesday, August 07, 2012 2:45 PM
**To:** Keith Allred
**Subject:** Re: BRUXZIR Infringement - OLD DOMINION

Howdy Keith!

A "Bruxzer" crown has existed for years and years, even before the use of Zirconia.

It is a restoration used for patient with the condition of "Bruxism", to avoid broken Porcelain and to extend the life of restoration.

Typically, it includes either a Metal Occlusal surface, or a Full Zirconia restoration. This is now taught in Medical Schools across the country.

Jim Glidewell did not invent this condition, or termonology associated with restorations to treat such patients. I have Doctors prescriptions dating back Two decades with this term used.

My father (Crown and Bridge Professor Thomas Hudson DDS age 71) and brother (Paul Hudson DDS age 35) were taught to use this term in Dental School at MVC in Virginia, in regards to a restoration involved with a patient that has Bruxism. I believe your arguement is not valid.

However, We will gladly change our product name to "**FCZ**" (Full Contour Zirconia). It is no problem! You are welcome.

Have a nice day!

Scott

-----Original Message-----
**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Tuesday, August 7, 2012 04:52 PM
**To:** scott@dominionmillingcenter.com
**Subject:** BRUXZIR Infringement - OLD DOMINION

## NOTICE OF TRADEMARK INFRINGEMENT



Exhibit 69
-787-

August 7, 2012

TRANSMITTED VIA EMAIL AND
DELIVERED BY U.S. MAIL

OLD DOMINION MILLING CORP.
5700 Old Richmond Ave. G-20
Richmond, VA 23226

PHONE: 804.285.0777

scott@dominionmillingcenter.com

Attn: Scott Hudson, Owner

**Re:    Infringement of Glidewell Laboratories? BruxZir? Trademarks, Misbranding,
Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client?s proprietary property rights in
connection with the unauthorized use Glidewell Laboratories? registered trademarks on your
invoices  (see ATTACHMENT ?A,? below) has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and
internationally to identify its dental laboratory goods and services in the US and its CE certified
BruxZir? zirconia milling blanks in Europe. The company enjoys considerable good will
associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of ?Bruxzer? is using a similar
mark that creates an appreciable likelihood of confusion and a palming off goods by an
unauthorized substitution of one brand for the brand ordered and a deliberate misappropriation of
intellectual capital for commercial purposes that is actionable unfair competition under state and
federal laws.

Under federal law, Trademark infringement is presumptively an unfair exploitation of the
monopoly privilege that belongs to the owner of the mark. Infringement is a ?tarnishment? of the
owner?s mark and results in ?brand confusion? and the likelihood of ?initial interest? confusion
as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing
mark in your promotions and elsewhere. Should you not terminate use of the mark Glidewell
Laboratories reserves its rights to take legal action to stop you from using the mark and
intellectual properties by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this
communication if you are unsure about the appropriate steps that you must take to avoid liability
for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be
on the list of BruxZir? authorized dental laboratories, call Glidewell Direct.

GL 241
(Page 51 of 99)

Exhibit 69
-788-

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

-- ATTACHMENT ?A? --

**Dominion Milling Center "DMC"**
**Div. of Old Dominion Dental Corp.**
5700 Old Richmond Ave., Suite G-29
Richmond, VA 23226
Toll-free 877-285-LAVA
Business: 804-285-MILL
E-mail scott@domainmillingcenter.com
Web Site www.dominionmillingcenter.com
Contact Scott Hudson

GL 241
(Page 52 of 99)

Exhibit 69
-789-

Old Dominion Dental Corp
5100 Old Richmond Ave  G-29
Richmond  VA 23026
-804-285-0777

**Invoice**

Page   5
Invoice Number   1236-6466
Invoice Date   06-11-2012

Account ID   490
Zinser Dental Lab
10875 Dover St
Suite 1000
Broomfield  CO 80021

**Patient: Emmerich**

| Qty | Products / Materials | Tooth No. | Amount |
|-----|----------------------|-----------|--------|
| 1.00 | Bracket |  | $39.95 |
|  |  | Sub Total | $39.95 |
|  |  | Total Tax | $0.00 |
|  |  | **Total:** | **$39.95** |

Please contact Anessa with invoice and shipping questions

---

Old Dominion Dental Corp
5100 Old Richmond Ave  G-29
Richmond  VA 23026
-804-285-0777

**Invoice**

Page   5
Invoice Number   1236-6466
Invoice Date   06-05-2012

Account ID   490
Zinser Dental Lab
10875 Dover St
Suite 1000
Broomfield  CO 80021

**Patient: Jacobsson - Kohon**

| Qty | Products / Materials | Tooth No. | Amount |
|-----|----------------------|-----------|--------|
| 1.00 | Bracket |  | $39.95 |
| 1.00 | Bracket |  | $39.95 |
| 1.00 | Shipping and Handling |  | $4.95 |
|  |  | Sub Total | $84.85 |
|  |  | Total Tax | $0.00 |
|  |  | **Total:** | **$84.85** |

Please contact Anessa with invoice and shipping questions

////

GL 241
(Page 53 of 99)

Exhibit 69
-790-

# Exhibit 70

Exhibit 70
-791-

Dental BruxZir Zirconia Crown - BruxZir Solid Zirconia Blanks - Glidewell Direct Dental Zirconia Crown Lab Supplies





**GLIDEWELL LABORATORIES** 🏠 HOME

Product FOCUS

**DENTIST**   **LABORATORY**   **PATIENT**   BRUXZIR   IMPLANTS   SNORING & APNEA   MY AC

SERVICES | PRODUCTS | CAD/CAM SYSTEMS | EDUCATION | VIDEO GALLERY | LAB PERSPECTIVES | PARTNERSHIP PROGRAMS

GLIDEWELL DIRECT

PRISMATIK CERAMICS

THERMOFORMING

DENTAL IMPLANT COMPONENTS

BRUXZIR SOLID ZIRCONIA

ARTICULATORS

ANTERIOR WAX SHELL KIT

SILICONE OCCLUSAL MOLD KIT

WAXES, PONTICS & SPRUES

DIAMOND DISCS & MANDRELS

CROWN BOXES

CAPTURE IMPRESSION MATERIALS

## *BruxZir® Milling Blanks*

🏠 Product   📄 Technical   📖 Studies   📹 Video



BruxZir® Milling Blanks are used for the production of full-contour zirconia crowns, bridges and implant crowns. Made from the highest quality zirconia powder, which is chemically and physically reprocessed to further reduce zirconia particle size and then shaped through a unique patent-pending process, BruxZir Milling Blanks produce a final restoration that exhibits maximum strength and translucent pearlescence.

Glidewell Laboratories manufactures BruxZir Milling Blanks to fit many popular milling systems. Blanks are available in four thicknesses (*12 mm, 15 mm, 20 mm, and 25 mm*) and are available for the following systems:

- *BruxZir HT Blank*, with straight edges. Use in BruxZir, Intelitek, Haas and Roeders milling machines.

**ORDER PRODUCTS**

**GLIDEWELL DIRECT**

888-303-3975 U.S.
888-278-0414 Canada

Glidewell Direct Shopping Cart available to U.S. customers only. Canadian customers: Call 888-278-0414 to order. International customers: At this time, we only ship to U.S./Canadian addresses.

View Current Price List

**ORDER NOW**   Policies & Warranty

**PDF DOCUMENTS**

BruxZir Solid Zirconia Business Integration Program

BruxZir Recycling Program

3Shape Technical Brochure

iOS FastScan Aquisition Scanner

BruxZir Study: Promising 1-year Resu

http://www.glidewelldental.com/lab/products/bruxzir-blanks.aspx

10/22/2012

Exhibit 70
-792-

Dental BruxZir Zirconia Crown - BruxZir Solid Zirconia Blanks - Glidewell Direct Dental Zirconia Crown Lab Supplies

- *BruxZir HT Blank (Wieland/Zeno Discs)*, with a 10 mm band machined around the circumference of the disc. Use in Wieland, i-core and Origin milling machines.
- *BruxZir HT Blank (Digital Dental Disc)*, with a 6 mm plastic band glued around the circumference of the disc. Use in Digital Dental Mills.

Store BruxZir Milling Blanks at room temperature and away from dust and contamination. Do not store in direct sunlight.

For more information about BruxZir, please visit www.bruxzir.com. To learn more about the benefits of becoming an Authorized BruxZir Lab, click here.

Shipping | Company | Careers | Contact Us | Conventions | Downloads | Site Map                    *Policies & Warrai*



©2012  Glidewell Laboratories
4141 MacArthur Blvd, Newport Beach, CA 92660
800-854-7256 USA | 888-278-0414 Canada

      

aveoTSD    BruxZir    Inclusive    FastScan    H/S Splint    Facebook    Twitter    iTunes

Exhibit 70
-793-

# Exhibit 71

Exhibit 71
-794-

Dental Zirconia CADCAM System - Complete BruxZir System - Glidewell Direct CADCAM System Dental Lab





SERVICES | PRODUCTS | CAD/CAM SYSTEMS | EDUCATION | VIDEO GALLERY | LAB PERSPECTIVES | PARTNERSHIP PROGRAMS

BRUXZIR MILLING SYSTEM

3SHAPE SCAN & DESIGN SYSTEMS

IOS FASTSCAN ACQUISITION SCANNER

## *BruxZir® Mill*

🏠 Product   📋 Technical   📖 Studies   🎥 Video



The purpose-built, compact BruxZir Mill is custom built at the lab's California facilities. It features a full 4th axis, whisper-quiet 50,000 rpm NSK spindle, automatic four-tool changer, PC monitor and CAM software. Proven production capabilities include output of a single zirconia coping in as little as five minutes, and a full-contour crown in just nine minutes. Purchase of the mill comes with on-site installation and training, as well as production backup via outsource milling support in the event of a service outage. BruxZir™ Coloring Liquids and a step-by-step training DVD demonstrating the BruxZir restoration manufacturing process are also included with purchase of the unit.

BruxZir Milling System is capable of milling many products including:

### ORDER PRODUCTS

**GLIDEWELL DIRECT**
888-303-3975 U.S.
888-278-0414 Canada

Glidewell Direct Shopping Cart available to U.S customers only. Canadian customers: Call 888 -0414 to order. International customers: At this time, we only ship to U.S./Canadian addresses

Milling blanks, coloring liquids, cutting instruments & accessories

**ORDER NOW**         Policies & Warranty

### PRICING OPTIONS

Configuration and Pricing Options

US Bank Business Equipment Financ

### PDF DOCUMENTS

BruxZir Solid Zirconia Business Integration Program

Exhibit 71
-795-

Dental Zirconia CADCAM System - Complete BruxZir System - Glidewell Direct CADCAM System Dental Lab

- Full-Contour Zirconia Crowns & Bridges
- Zirconia and Alumina Copings & Frameworks
- Hybrid Zirconia Implant Abutments with Titanium Insert
- Hybrid Zirconia Screw-Retained Implant Crowns with Titanium Insert
- PMMA Full-Contour Temporaries
- Full-Contour Wax for Gold Casting or Porcelain Pressing
- Wax Frameworks for Chromium Cobalt or Titanium Casting

The benefits of monolithic zirconia are well documented and the market for it is growing tremendously. The complete BruxZir Milling System includes a 3Shape 3D Dental Scanner and Dental Designer 3D CAD software, Delcam's DentMill CAM System and the BruxZir Mill. System software updates will stay current with the latest technological developments, and the system has within it the potential to perform added functions in the future.

Dental Laboratories that purchase the BruxZir Milling System will be added to the growing network of BruxZir Authorized Labs gain exposure through national brand marketing of BruxZir.

BruxZir Recycling Program

3Shape Technical Brochure

IOS FastScan Aquisition Scanner

BruxZir Study: Promising 1-year Resu

ADDITIONAL RESOURCES

Technical Information

Studies

Featured Video

BruxZir Authorized Lab Program

EXTERNAL LINKS

www.BruxZir.com

www.IOS3D.com



Shipping | Company | Careers | Contact Us | Conventions | Downloads | Site Map                    Policies & Warrai



©2012 Glidewell Laboratories
4141 MacArthur Blvd, Newport Beach, CA 92660
800-854-7256 USA | 888-278-0414 Canada

       

avecTSD   BruxZir   Inclusive   FastScan   HfS Splint   Facebook   Twitter   iTunes

http://www.glidewelldental.com/lab/cad-cam-systems/bruxzir-milling-system.aspx                    10/22/2012

Exhibit 71
-796-

# Exhibit 72

Exhibit 72
-797-

Case 8:11-cv-01309-DOC-AN   Document 90-23   Filed 11/19/12   Page 25 of 63   Page ID #:2336



**UNSUBSCRIBE**  |  VIEW AS A WEB PAGE

# Not Just Another Mill...

## A Comprehensive BruxZir Business Integration Solution



Colloidally processed BruxZir® Solid Zirconia exhibits the highest translucency and esthetics in its class. Using the new **BruxZir® Milling System**, full-contour BruxZir restorations can be milled in just nine minutes on average!

The purpose-built, compact BruxZir Mill is custom built at the lab's California facilities and currently has an approximate order lead time of 10 weeks. It features a whisper-quiet, 50,000 rpm NSK spindle, automatic four-tool changer, PC monitor and CAM software. Purchase of the mill comes with on-site installation and training, as well as production backup via outsource milling support in the event of a service outage. BruxZir Coloring Liquids and a step-by-step training DVD demonstrating the BruxZir restoration manufacturing process are also included with purchase of the unit.

Dental labs that purchase the BruxZir Milling System will be added to the growing network of **Authorized BruxZir Labs**. Authorized BruxZir Labs gain exposure through national brand marketing of BruxZir. To learn more about BruxZir and to see a full list of



Exhibit 72
-798-



Authorized     BruxZir     Labs,     visit
**www.bruxzir.com**.     For     pricing,     more
information   or   to   place   an   order,   call
Glidewell Direct at 888-303-3975.

    | www.bruxzir.com

Glidewell Laboratories  |  1-800-854-7256  |  4141 MacArthur Blvd., Newport Beach, CA 92660

Exhibit 72
-799-

# EXHIBIT 73

# [FILED UNDER SEAL]

Exhibit 73

-800-

# EXHIBIT 74

# [FILED UNDER SEAL]

Exhibit 74

-805-

# Exhibit 75

Exhibit 75

-811-

# DORLAND'S
# ILLUSTRATED
# MEDICAL 30th
### EDITION
# DICTIONARY

**SAUNDERS**
*An Imprint of Elsevier*

Exhibit 75
-812-

**SAUNDERS**
*An Imprint of Elsevier*

The Curtis Center
Independence Square West
Philadelphia, PA 19106

Dorland's illustrated medical dictionary.
   Philadelphia: Saunders

   v.: ill.; 27 cm.

   Irregular.
   Began publication with 23rd ed.
   Description based on: 26th ed.
   Continues: American illustrated medical dictionary.

   1. Medicine—Dictionaries. I. Dorland, W.A. Newman
(William Alexander Newman), 1864–1956.
   [DNLM: 1. Dictionaries, Medical. 2. Reference Books,
Medical]

R121.D73          610'.3'21—dc19          0-6383
                              AACR 2  MARC-S

Library of Congress        [8607r85]rev6

*Chief Lexicographer:* Douglas M. Anderson, MA
*Senior Lexicographer:* Patricia D. Novak, PhD
*Lexicographer:* Jefferson Keith, MA
*Assistant Lexicographer:* Michelle A. Elliott, BA

Listed here are the latest translated editions of this book together with the languages for the translations and the publishers.

Chinese (*28th Edition*)—Xi'an World Publishing Corp., Xi'an, China

Indonesian (*26th Edition*)—E.G.C. Medical Publishers, Jakarta, Indonesia

Italian (*28th Edition*)—Edizioni Scientifiche Internazionali (ESI), Milan, Italy

Japanese (*28th Edition*)—Hirokawa Publishing Company, Tokyo, Japan

Portuguese (*28th Edition*)—Editiora Manole Ltda., São Paulo, Brazil

Spanish (*28th Edition*) (Adaption)—McGraw-Hill-Interamericana de España, Madrid, Spain

Dorland's Illustrated Medical Dictionary                    ISBN 0-7216-0146-4 (Standard)
                                                                               0-7216-0281-9 (Deluxe)
                                                                               0-7216-0414-5 (Trade)
                                                                               0-8089-2288-2 (International)

© 2003 by Elsevier. Copyright 1900, 1901, and 1903 by W.B. Saunders and Company. Copyright 1906, 1909, 1911, 1913, 1915, 1917, 1919, 1921, 1923, 1927, 1929, 1932, 1935, 1938, 1941, 1944, 1947, 1951, 1957, 1965, 1974, 1981, 1985, 1988, 1994, and 2000 by W.B. Saunders Company.

Copyright under the Uniform Copyright Convention. Simultaneously published in Canada. All copyright renewals registered.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher. Made in the United States of America.

Some of the words appearing in the Dictionary are proprietary names (trademarks) even though no reference to this fact is made in the text. The appearance of any name without designation as a trademark is therefore not to be regarded as a representation by the editors or publisher that it is not a trademark or is not the subject of proprietary rights.

Library of Congress catalog card number 78-50050

Last digit is the print number:     9   8   7   6   5   4   3   2   1

Exhibit 75
-813-

**Brunnstrom method**................................................................**Bucephalus**

**Brunn·strom meth·od** (brun'strəm) [Signe *Brunnstrom*, American physical therapist, 20th century] see under *method*.

**Bruns' frontal ataxia, syndrome (sign)** (broonz) [Ludwig *Bruns*, German neurologist, 1858–1916] see under *ataxia* and *syndrome*.

**Brun·schwig operation** (broon'shwig) [Alexander *Brunschwig*, American surgeon, 1901–1969] pancreatoduodenectomy.

**Brun·sting syndrome** (broon'sting) [Louis A. *Brunsting*, Sr., American dermatologist, born 1900] see under *syndrome*.

**brush** (brush) tufts of bristles, hair, or other flexible materials set into a handle.

Haidinger's b. two conical brushlike images with apexes touching, seen on looking through a Nicol prism; used in determining visual function.

Ruffini's b. see under *corpuscle*.

stomach b. a brush used to cleanse and stimulate the mucous lining of the stomach.

**Brush·field's spots** (brush'feldz) [Thomas *Brushfield*, English physician, 1858–1937] see under *spot*.

**Brush·field-Wy·att syndrome** (brush'feld wi'ət) [T. *Brushfield*; W. *Wyatt*, British physician, 20th century] see under *syndrome*.

**brush·ite** (brush'īt) a nearly colorless type of dibasic calcium phosphate, found in rock phosphates and sometimes as a component of human dental calculus or renal calculi.

**Bru·ton's agammaglobulinemia, disease** (broo'tənz) [Ogden C. *Bruton*, American pediatrician, born 1908] see *X-linked agammaglobulinemia*, under *agammaglobulinemia*.

**brux** (bruks) to grind the teeth rhythmically or spasmodically; cf. *bruxism*.

**brux·ism** (bruk'siz-əm) [Gr. *brychein* to gnash the teeth] involuntary, nonfunctional, rhythmic or spasmodic gnashing, grinding, and clenching of teeth (not including chewing movements of the mandible), usually during sleep, sometimes leading to occlusal trauma. Causes may be related to repressed aggression, emotional tension, anger, fear, and frustration. See also *bruxomania* and *clenching*.

centric b. bruxism characterized by clenching in centric occlusion. Called also *clamping habit* and *clenching habit*.

**bruxo·ma·nia** (bruk'so-ma'ne-ə) [Gr. *brychein* + *mania*] bruxism occurring in the daytime, usually performed unconsciously.

**Bry·ant's line, sign, traction, triangle** (bri'ənts) [Sir Thomas *Bryant*, English surgeon, 1828–1914] see under *line*, *sign*, and *traction* and see *iliofemoral triangle* under *triangle*.

**Bryce-Teach·er ovum** (brīs te'chər) [Thomas Hastie *Bryce*, Scottish anatomist, 1862–1946; John Hammond *Teacher*, Scottish pathologist, 1869–1930] see under *ovum*.

**Bry·o·bia** (bri-o'be-ə) a genus of spider mites. B. *praetio'sa* is the clover mite or spinning mite, a species found on clover and sometimes greatly annoying humans.

**Bry·o·nia** (bri-o'ne-ə) a genus of plants of the family Cucurbitaceae, all called *bryony*. They are poisonous to humans and other animals, containing bryonidin, bryonin, and other glycosides that cause diarrhea and sometimes convulsions. They were formerly used medically as strong cathartics.

**bry·o·nia** (bri-o'ne-ə) [L., from Gr. *bryonia*] the air-dried root of *Bryonia alba* or related species, which was formerly used as a strong cathartic for humans and other animals; toxic alkaloids causing diarrhea include bryonidin and bryonin.

**bry·o·ni·din** (bri-o'ni-din) a toxic glycoside found in species of *Bryonia*, partially responsible for their cathartic effects.

**bry·o·nin** (bri'o-nin) a toxic glycoside found in species of *Bryonia*, partially responsible for their cathartic effects.

**BS** Bachelor of Surgery; Bachelor of Science; breath sounds; blood sugar.

**BSA** body surface area.

**B-scan** see under *scan*.

**BSF** B lymphocyte stimulatory factor.

**BSS** Bernard-Soulier syndrome.

**BTU** British thermal unit.

**bu·bo** (bu'bo) [L., from Gr. *boubōn* groin] a tender, enlarged, and inflamed lymph node, particularly in the axilla or groin, due to such infections as plague, syphilis, gonorrhea, chancroid, lymphogranuloma venereum, and tuberculosis.

bullet b. the characteristic hard bubo of primary syphilis.

chancroidal b. a suppurating form accompanying or following chancroid; called also *virulent b.*

climatic b. lymphogranuloma venereum.

malignant b. the bubo of bubonic plague.

primary b. a bubo which is due to venereal exposure but which is not preceded by any visible lesion; called also *bubon d'emblée*.

syphilitic b. nontender, nonfluctuant, firm regional lymphadenopathy that follows the chancre of syphilis.

tropical b. lymphogranuloma venereum.

virulent b. chancroidal b.

**bu·bon** (bu-baw') [Fr.] bubo.

b. d'emblée (dahm-bla') [Fr. "at the first onset"] primary bubo.

**bu·bon·ic** (bu-bon'ik) [L. *bubonicus*] characterized by or pertaining to buboes; see also under *plague*.

**bu·bono·cele** (bu-bon'o-sēl) [Gr. *boubōn* groin + -*cele*¹] inguinal or femoral hernia forming a swelling in the groin.

**bu·bon·u·lus** (bu-bon'u-ləs) [L. "a small bubo"] a nodule or abscess along a lymphatic vessel, especially one on the dorsum of the penis.

**buc·ca** (buk'ə) [L.] [TA] cheek: the fleshy portion of the side of the face, constituting the lateral wall of the oral cavity. Called also *mala*.

**buc·cal** (buk'əl) [L. *buccalis*, from *bucca* cheek] pertaining to or directed toward the cheek. In dental anatomy, used to refer to the buccal surface of a tooth; see *buccal surface*, under *surface*. Cf. *labial*.

**buc·cal·ly** (buk'ə-le) toward the cheek.

**buc·ci·na·tor** (buk'sĭ-na"tor) [L. "trumpeter"] see under *musculus*.

**bucco-** [L. *bucca* cheek] a combining form denoting relationship to the cheek.

**buc·co·ax·i·al** (buk"o-ak'se-əl) pertaining to or formed by the buccal and axial walls of a tooth cavity preparation.

**buc·co·ax·io·cer·vi·cal** (buk"o-ak"se-o-sər'vi-kəl) buccoaxiogingival.

**buc·co·ax·io·gin·gi·val** (buk"o-ak"se-o-jin'jĭ-vəl) pertaining to or formed by the buccal, axial, and gingival walls of a tooth cavity; called also *buccoaxiocervical*.

**buc·co·cer·vi·cal** (buk"o-sər'vi-kəl) 1. pertaining to the cheek and neck. 2. pertaining to the buccal surface of the neck of a posterior tooth. 3. buccogingival.

**buc·co·clu·sal** (buk"o-kloo'zəl) 1. pertaining to buccoclusion. 2. bucco-occlusal.

**buc·co·clu·sion** (buk"o-kloo'zhən) malocclusion in which the dental arch or a quadrant or group of teeth is buccal to the normal.

**buc·co·dis·tal** (buk"o-dis'təl) distobuccal.

**buc·co·gin·gi·val** (buk"o-jin'jĭ-vəl) 1. pertaining to the cheek and gingiva. 2. pertaining to or formed by the buccal and gingival walls of a tooth cavity preparation.

**buc·co·glos·so·phar·yn·gi·tis** (buk"o-glos"o-far"in-ji'tis) inflammation involving the cheek, tongue, and pharynx.

b. sic'ca inflammation and dryness of the buccal mucosa, tongue, and pharynx. Cf. *Sjögren's syndrome*, under *syndrome*.

**buc·co·la·bi·al** (buk"o-la'be-əl) pertaining to the cheek and lip.

**buc·co·lin·gual** (buk"o-ling'gwəl) 1. pertaining to the cheek and tongue. 2. pertaining to the buccal and lingual surfaces of a posterior tooth.

**buc·co·lin·gual·ly** (buk"o-ling'gwə-le) from the cheek toward the tongue.

**buc·co·max·il·lary** (buk"o-mak'sĭ-lar"e) 1. pertaining to the cheek and maxilla. 2. communicating with the buccal cavity and the maxillary sinus, as a buccomaxillary fistula.

**buc·co·me·si·al** (buk"o-me'ze-əl) pertaining to or formed by the buccal and mesial surfaces of a tooth, or the buccal and mesial walls of a tooth cavity.

**buc·co·oc·clu·sal** (buk"o-ə-kloo'zəl) pertaining to or formed by the buccal and occlusal surfaces of a tooth.

**buc·co·pha·ryn·ge·al** (buk"o-fə-rin'je-əl) pertaining to the mouth and pharynx.

**buc·co·place·ment** (buk"o-plās'ment) displacement of a tooth toward the cheek.

**buc·co·pul·pal** (buk"o-pul'pəl) pertaining to or formed by the buccal and pulpal walls of a tooth cavity.

**buc·cos·to·my** (buk-os'to-me) an old method of treating cribbing in horses, consisting of the surgical creation of permanent buccal fistulae.

**buc·co·ver·sion** (buk"o-vər'zhən) the position of a tooth which lies buccally to the line of occlusion.

**Bu·ceph·a·lus** (bu-sef'ə-ləs) a genus of trematodes. B. *papillo'sus* is parasitic in the stomach and intestines of freshwater fish.

257

Exhibit 75
-814-





# BOUCHER'S

# Clinical Dental

# Terminology

### *A Glossary of Accepted Terms in all Disciplines of Dentistry*

**Thomas J. Zwemer,** D.D.S., M.S.D., F.A.C.D., F.I.C.D.

Vice President for Academic Affairs, Emeritus,
Professor of Orthodontics, Emeritus,
School of Dentistry, Medical College of Georgia,
Augusta, Georgia;
Diplomate, American Board of Orthodontics

FOURTH EDITION

*With 65 illustrations*

**M** Mosby

St. Louis  Baltimore  Boston  Chicago  London  Philadelphia  Sydney  Toronto

Exhibit 75
-815-



**Mosby**

Dedicated to Publishing Excellence

*Publisher*: George Stamathis
*Editor*: Robert W. Reinhardt
*Assistant Editor*: Melba Steube
*Project Manager*: Carol Sullivan Wiseman
*Senior Production Editor*: Pat Joiner
*Designer*: Julie Taugner

**FOURTH EDITION**
Copyright © 1993 by Mosby–Year Book, Inc.

Previous editions copyrighted 1963, 1974, 1982

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted, in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without prior written permission from the publisher.

Permission to photocopy or reproduce solely for internal or personal use is permitted for libraries or other users registered with Copyright Clearance Center, provided that the base fee of $4.00 per chapter plus $.10 per page is paid directly to the Copyright Clearance Center, 27 Congress Street, Salem, MA 01970. This consent does not extend to other kinds of copying, such as copying for general distribution, for advertising or promotional purposes, for creating new collected works, or for resale.

Printed in the United States of America

Mosby–Year Book, Inc.
11830 Westline Industrial Drive
St. Louis, Missouri 63146


**Library of Congress Cataloging in Publication Data**

Boucher's clinical dental terminology : a glossary of accepted terms
  in all disciplines of dentistry / [edited by] Thomas J. Zwemer.—
  4th ed.
      p.   cm.
    Includes bibliographical references.
    ISBN 0-8016-6706-2
    1. Dentistry—Dictionaries.   I. Zwemer, Thomas J.   II. Boucher,
Carl O.   III. Title: Clinical dental terminology.
    [DNLM: 1. Dictionaries, Dental.   WU 13 B753]
  RK27.B63  1993
  617.6'003—dc20                                      92-24903
  DNLM/DLC                                                CIP
  for Library of Congress


93  94  95  96  97  CL/MY  9  8  7  6  5  4  3  2  1

Exhibit 75
-816-

**39** bronchiarctia

**border**

derlying or adjacent tissues to prevent the passage of air or other substances.

**b. structures** The oral structures that bound the borders of a denture.

**b. tissues, movement.** The action of the muscles and other structures adjacent to the borders of a denture.

**boutons terminaux** *See* end-feet.

**Bowen's disease** *See* carcinoma in situ.

**box, light** *See* illuminator.

**boxing** The building up of vertical walls, usually in wax, around an impression to produce the desired size and form of the base of the cast.

**b. strip** *See* strip boxing.

**brachycephalic** (brăk″ē-sĕ-făl′ĭk) Descriptive term applied to a broad, round head having a cephalic index of more than 80.

**brachygnathia** (brăk″ĭg-nā′thē-ah) (bird-face, micrognathia) Marked underdevelopment of the mandible. *See also* retrognathism.

**bracing** Resistance to the horizontal components of masticatory force.

**bracket** A small metal attachment fixed to a band that serves as a means of fastening the arch wire to the band.

**bradycardia** (brăd-ē-kar′dē-ah) Abnormal slowness of the heart as evidenced by a slowing of the pulse rate (under 50 beats/minute).

**bradydiastole** (brăd″ē-dī-ăs′tō-lē) Abnormal prolongation of the diastole.

**bradykinin** One of a number of plasma kinins, a potent vasodilator; one of the physiologic mediators of an anaphylaxis reaction.

**brachydactyly** Abnormal shortness of the fingers, usually associated with some congenital syndrome.

**bradypnea** (brăd″ē-nē′ah) Abnormal slowness of breathing.

**bradythesia** (brăd″ē-thē′zē-ah) Slowness or dullness of perception.

**brain, electrical activity of** Electrical energy that can be observed as waves with electroencephalographic equipment. These rhythms and patterns have been organized into a system that imputes values for the state of health and disease. Electrical evidence of brain activity of the cerebral cortex reveals that different potential patterns are produced by different states of mental activity (e.g., tension, mental work, sleep).

**brainstem** The part of the brain, presumably the oldest part phylogenetically, in which are located centers for many simple but basically important reactions within the nervous system. The brainstem includes the primitive forebrain, the midbrain, and the hindbrain.

**branchial nerve** *See* nerve, branchial.

**Branemark technique** *See* osseointegration.

**breach of contract** *See* contract, breach of.

**break-even point** The level of patient visits or net reve-nues at which the revenues for a period are equal to the expenses incurred in that period.

**breath** Air inhaled and exhaled in respiration.

**b., bad** (offensive) *See* halitosis.

**breathing, mouth** The process of inspiration and expiration of air primarily through the oral cavity. It is commonly seen in nasal conditions, such as deviated septum, hypertrophied adenoids, and allergies, and may produce excessive drying of the oral mucosa with a tendency to gingival hyperplasia.

**bregma** (brĕg′mah) The point at which sagittal and coronary sutures meet.

**Breuer's reflex** *See* reflex, Hering-Breuer.

**bridge** Colloquial expression for a fixed partial denture. *See* denture, partial, fixed.

**b., cantilever** *See* denture, partial, fixed, cantilever.

**b., fixed** *See* denture, partial, fixed.

**b., removable** A colloquial expression for a removable partial denture. *See also* denture, partial, removable.

**b. splint** *See* splint, fixed.

**Brill-Symmers disease** *See* lymphoma, giant follicular.

**Brinell hardness number** *See* number, Brinell hardness.

**Brinell hardness test** *See* test, Brinell hardness.

**brittle** Friable; technically, a brittle material is one in which the proportional limit and ultimate strength are close together in value. *See also* ductility.

**broach** An instrument with numerous protruding barbs from a metal shaft. It is generally used to engage the dental pulp for extirpation.



Endodontic broach

**b., barbed** *See* broach.

**b. holder** An instrument similar to a pin vise used to hold a broach.

**b., pathfinder** *See* broach, smooth.

**b., smooth** (pathfinder, pathfinder broach) An instrument used for locating the orifice of a root canal and exploring the canal to determine the accessibility of the root end.

**Broders' classification** *See* index, Broders'.

**Broders' index** *See* index, Broders'.

**bromism** (brō′mĭzm) The toxic state induced by excessive exposure to or ingestion of bromine or bromine-containing compounds.

**bromopnea** (brōm″ahp-nē′ah) *See* halitosis.

**bronchia** (brŏng′kē-ah) Bronchial tubes smaller than bronchi and larger than bronchioles.

**bronchiarctia** (brŏng′kē-ark′shē-ah) The stenosis of a bronchial tube.

Exhibit 75

-817-

Case 8:11-cv-01309-DOC-AN   Document 90-23   Filed 11/19/12   Page 36 of 63   Page ID #:2347

**bronchiectasis** (brŏng″kē-ĕk′tah-sĭs) A chronic disease characterized by dilation of the bronchi and bronchioles, clinically recognizable by fetid breath and purulent matter; dilation of the bronchi, either local or general.

**bronchiocele** (brŏng′kē-ō-sēl″) A dilation or swelling of a branch smaller than a bronchus.

**bronchiole** (brŏng′kē-ōl) A terminal division of a bronchium.

**bronchium** (brŏng′kē-ŭm) One of the subdivisions of a bronchus.

**bronchoconstriction** (brŏng′kō-kahn-strĭk′shŭn) The reduction of the caliber of the bronchi.

**bronchodilation** (brŏng′kō-dī-lā′shŭn) The dilation of a bronchus; the operation of dilating a stenosed bronchus.

**bronchodilator** (brŏng′kō-dī-lā′tor) A drug that dilates, or expands, the size of the lumina of the air passages of the lungs by relaxing the muscular walls.

**bronchospasm** (brŏng′kō-spăzm) A spasmodic contraction of the muscular coat of the bronchial tubes, such as occurs in asthma.

**bronchostenosis** (brŏng′kō-stĕ-nō′sĭs) Stenosis of the bronchi; bronchiarctia.

**Brooke's tumor** See epithelioma adenoides cysticum.

**brown pellicle** See pellicle, brown.

**bruise** In medical jurisprudence a contusion; an injury made on the flesh of a person by an instrument without destroying its continuity, i.e., without breaking the skin.

**bruit** (brōōt) Extracardiac blowing sound heard at times over peripheral vessels; generally denotes cardiovascular disease.

**brush, polishing** An instrument consisting of natural, synthetic, or wire bristles, mounted on a mandrel or in a hub to fit on a lathe chuck; used to carry abrasive or polishing media to polish teeth, restorations, and prosthetic appliances.



Brush used to polish groove

**b., bristle polishing** A polishing brush with natural or synthetic bristles.

**b., wheel polishing** A polishing brush with bristles mounted like spokes of a wheel.

**b., wire polishing** A polishing brush with bristles of wire, usually steel or brass.

**brushing** See abrasion, denture.

**bruxism** (brŭk′sĭzm) The involuntary gnashing, grinding, or clenching of teeth. It is usually unconscious, whether the individual is awake or asleep; often associated with fatigue, anxiety, emotional stress, or fear; and frequently triggered by occlusal irregularities, usually resulting in abnormal wear patterns on the teeth, periodontal breakdown, or joint or neuromuscular problems.

**BSP** See test, Bromsulphalein.

**bubo** (bū′bō) A lymph node that is enlarged secondary to an infection. The process may lead to suppuration; seen in primary syphilis, chancroid, plague, malaria, and other infectious processes.

**buccal** (bŭk′ŭl) Pertaining to or adjacent to the cheek.

**b. aspect** See aspect, buccal.

**b. contour** See contour, buccal.

**b. flange** See flange, buccal.

**b. notch** See notch, buccal.

**b. shelf** See shelf, buccal.

**b. splint** See splint, buccal.

**b. surface** See suface, buccal.

**b. tube** See tube, buccal.

**b. vestibule** See vestibule, buccal.

**buccoclusion** (bŭk″ō-kloo′zhŭn) An occlusion in which the dental arch or group of teeth is buccal to the normal position.

**buccolingual relationship** See relationship, buccolingual.

**buccolingual stress** See stress, buccolingual.

**buccoversion** (bŭk″ō-ver′zhŭn) Any deviation from the normal line of occlusion toward the cheeks.

**buck knife** See knife, buck.

**buckling** The crowding of anterior teeth in the dental arch.

**budget plan** A method of financing dental accounts in which arrangements are made for the patient to pay a series of small amounts on his account, usually over a period of 12 to 18 months.

**buffer** Any substance in a fluid that tends to lessen the change in hydrogen ion concentration, which otherwise would be produced by adding acids or alkalis.

**bug** An error in a computer program.

**bulb, speech** See aid, speech, prosthetic, pharyngeal section.

**bulimia** Repeated secretive bouts of excessive eating followed by self-induced vomiting, purging, and anorexia, usually accompanied by feelings of guilt, depression, and self-disgust. Oral signs may include decalcification of the lingual aspect of the teeth.

**bulla** (bŭl′ah) A circumscribed, elevated lesion of the

Exhibit 75
-818-

Case 8:11-cv-01309-DOC-AN Document 90-23 Filed 11/19/12 Page 37 of 63 Page ID #:2348



# ILLUSTRATED
# **Dental**
# **Terminology**

### with Spanish, French, and German Correlations

Edited by
**JOHN H. MANHOLD,** M.A., D.M.D.
Professor and Chairman
Department of General and Oral Pathology
New Jersey Dental School
University of Medicine and Dentistry
Newark, New Jersey

and
**MICHAEL P. BALBO,** M.A., D.D.S.
Associate Professor of Operative Dentistry and
Director of Academic Resources
New Jersey Dental School
University of Medicine and Dentistry of New Jersey
Newark, New Jersey

Illustrations by MICHAEL P. BALBO



J. B. LIPPINCOTT COMPANY     Philadelphia
London • Mexico City • New York • St. Louis • São Paulo • Sydney

Exhibit 75
-819-

To Ketita, Millie, and Richard

Acquisitions Editor: Lisa A. Biello
Sponsoring Editor: DeLois Patterson
Manuscript Editor: Sandra J. King
Art Director: Charles W. Field
Designer: Adrianne Onderdonk Dudden
Production Supervisor: J. Corey Gray
Production Assistant: Barney Fernandes
Compositor: Waldman Graphics, Inc.
Printer/Binder: R. R. Donnolley & Sons Company
Cover Printer: Phillips Offset

Copyright © 1985, by J.B. Lippincott Company. All rights reserved.
No part of this book may be used or reproduced in any manner
whatsoever without written permission except for brief quotations
embodied in critical articles and reviews. Printed in the United States
of America. For information write J.B. Lippincott Company, East
Washington Square, Philadelphia, Pennsylvania 19105.

6  5  4  3  2  1

**Library of Congress Cataloging in Publication Data**
Main entry under title:

Illustrated dental terminology.

 I. Dentistry—Dictionaries—Polyglot.  2. English
language—Dictionaries—Polyglot.  3. Dentistry—
Terminology.  I. Manhold. John H.  II. Balbo, Michael P.
[DNLM: 1. Dentistry—terminology.  WU 13 I29]
RK27.I45   1985      617.6'003      84-12250
ISBN 0-397-52115-4

Exhibit 75
-820-

**REF**

**Current Edition:**

**Boxing**

Matrix of wax placed around an impression or other dental record to prevent the gypsum (stone or plaster) from scattering. It is done to preserve the accuracy of the impression and to save on the use of materials.

**B Point**
**Brachycephalic**

Anthropometric term used in orthodontics for describing a face that is wider than average.

**Bracing**

Resistance to horizontal or lateral force.

**Bracing Arm**

On a removable partial denture it prevents lateral movement of the tooth (see *Reciprocating Clasp Arm*).

**Bracket**

Orthodontic attachment used as a means of transmitting forces from archwires and/or accessories such as elastic traction or headgear to the tooth to cause tooth movement. Brackets are usually fabricated from stainless steel and are either soldered or welded to bands or bonded directly to the surfaces of teeth. (See *Appliance*.)

**Bremsstrahlung**

Release of a photon of x-ray energy by a bombarding electron slowed and bent off course by an atom. It is the main source of x-rays in the dental x-ray machine.

**Bridge**

See *Denture, Fixed Partial*.

**Brinell Hardness**
**Number**

See *Hardness*.

**Broach**

Intracanal instrument with or without barbs. Those with barbs are used to engage the dental pulp for its extirpation. The smooth broach is used to probe root canals. These come in various sizes.

**Broadbent Bolton**
**Line**

See *Bolton Plane*.

**Broadbent Line**

Line used in lateral cephalometric analysis connecting sella point with nasion.

**Brux (Bruxism)**

Unconscious gnashing, grinding, or clenching of the teeth, usually occurring during sleep; this condition is often associated with repressed aggression, fatigue, or emotional stress; occlusal interference may be one of the underlying etiologic factors; abnormal wear patterns on teeth, periodontal breakdown, and temporomandibular joint disturbances are the most common complaints.

   Parafunctional habit in which there is continuous grinding of the teeth during the day and/or night, usually with the patient unaware of it.

**Buccal**

Pertaining to or adjacent to the cheek. Vertical surfaces of a tooth that comes in contact with the buccal (cheek) mucosa.



BOXING

Exhibit 75

-821-


# CONCISE
# ILLUSTRATED
# DENTAL
# DICTIONARY

## Second Edition

**F. J. HARTY** BDSc, LDS, FICD

*Honorary Research Fellow and formerly Clinical Senior Lecturer,*
*Institute of Dental Surgery, University of London*

## WRIGHT

Exhibit 75
-822-

Wright
An imprint of Butterworth-Heinemann Ltd
Linacre House, Jordan Hill, Oxford OX2 8DP

A member of the Reed Elsevier plc group

OXFORD   LONDON   BOSTON
MUNICH   NEW DELHI   SINGAPORE   SYDNEY
TOKYO   TORONTO   WELLINGTON

First published by IOP Publishing Ltd 1987
Reprinted by Butterworth-Heinemann Ltd 1992
Reprinted 1993
Second edition 1994

© Butterworth-Heinemann Ltd 1994

All rights reserved. No part of this publication may be reproduced in any material form (including photocopying or storing in any medium by electronic means and whether or not transiently or incidentally to some other use of this publication) without the written permission of the copyright holder except in accordance with the provisions of the Copyright, Designs and Patents Act 1988 or under the terms of a licence issued by the Copyright Licensing Agency Ltd, 90 Tottenham Court Road, London W1P 9HE, England. Applications for the copyright holder's written permission to reproduce any part of this publication should be addressed to the publishers

**British Library Cataloguing in Publication Data**
Harty, F.J.
    Concise Illustrated Dental Dictionary. –
    2Rev.ed
    I. Title
    617.600321

ISBN 0 7236 1014 2

Composition by Scribe Design, Gillingham, Kent
Printed in Great Britain at the University Press, Cambridge

Exhibit 75
-823-

**bur**

**Browne's tube** Small glass sterilizer control tube containing a red liquid which changes to green on reaching a certain temperature. This change indicates that the correct temperature has been reached, but is not proof of sterilization. The green spot tube is used in a dry heat sterilizer (q.v.), the black or yellow spot in steam sterilizers (q.v.).

**bruise** Discolouration of the tissues due to haemorrhage into them. A contusion.

**bruxism** The involuntary grinding or clenching of teeth. Often associated with stress or anxiety and frequently triggered by occlusal irregularities. Sequelae to bruxism are abnormal tooth-wear patterns, joint or neuromuscular problems and periodontal breakdown.

**buccal** Term denoting the surfaces of premolars and molars facing towards the cheeks. Pertaining to or adjacent to the cheeks. *B. inlay. See skin grafting vestibuloplasty. B. retractor. See* retractor. *B. segment classification.* Anteroposterior malrelationships of the jaws classified according to the relationship of the lower cheek teeth to the upper cheek teeth, with particular reference to the first molars. Normally the upper canine, first and second premolars interdigitate distally to the corresponding lower teeth. *B. spring.* Orthodontic wire spring working from the buccal aspect of a tooth. *B. sulcus.* Fold in the oral tissues, by mucous membrane and bounded externally by the cheeks and internally by the teeth. *B. tube.* Tube usually attached to the buccal aspect of an orthodontic appliance in the molar region, through which a wire may pass.

**buccinator muscle** The cheek muscle. A thin flat muscle on the side

of the face between the maxilla and the mandible.

**buffer salt** Chemical substance which, when present in a solution, allows only a slight change in reaction when an acid or alkali is added. Included in local analgesic solutions to maintain the acid/alkali balance compatible with blood and tissue cells.

**bulbous** Having the appearance of a bulb. Relating to a swelling.

**BULL** Buccal of upper; lingual of lower (cusps).

**bulla** Large vesicle or blister formed in or under the mucous membrane and containing a clear fluid.

**bundle bone** *See* bone.

**bur** Rotary milling tool with sharp blades of various shapes, designed to fit into handpieces. Term also used for small rotary diamond instruments. Consists of a cutting portion (the head), the shaft which attaches the bur to the handpiece and a generally tapering shank which joins the head to the shaft. Burs of various shapes and sizes are used to prepare cavities and trim restorations. They may have long smooth shanks to be used in straight handpieces, or latch type with shorter shafts. They are made of steel and some may have hardened blades made of tungsten carbide (*TC b.*). There are also smaller, smooth shaft burs which are retained in the head of high-speed handpieces by friction grip (*FG b.*). There are three main types: 1. *Fissure b.* Cylindrical or tapered with flat or rounded ends and their blades may be cross-cut, e.g. *flat fissure b., X-cut fissure b., round-ended fissure b., tapered fissure b.* 2. *Inverted cone b. Round* or (*rosehead*) *b.* 3. In addition there are *Curson cavity* and *restoration*

37

Exhibit 75
-824-

# Jablonski's
# DICTIONARY
# OF
# DENTISTRY

by Stanley Jablonski



**Krieger Publishing Company**
**Malabar, Florida**
**1992**

Exhibit 75
-825-

Original Edition 1982
Reprint Edition 1992 with new material
(Based on Illustrated Dictionary of Dentistry)

Printed and Published by
KRIEGER PUBLISHING COMPANY
KRIEGER DRIVE
MALABAR, FLORIDA 32950

Copyright © 1982
Transferred to Stanley Jablonski 1990
Reprinted by Arrangement.

All rights reserved. No part of this book may be reproduced in any form or by any means, electronic or mechanical, including information storage and retrieval systems without permission in writing from the publisher.
*No liability is assumed with respect to the use of the information contained herein.*
Printed in the United States of America.

FROM A DECLARATION OF PRINCIPLES JOINTLY ADOPTED BY A COMMITTEE OF THE AMERICAN BAR ASSOCIATION AND A COMMITTEE OF PUBLISHERS:

This publication is designed to provide accurate and authoritative information in regard to the subject matter covered. It is sold with the understanding that the publisher is not engaged in rendering legal, accounting, or other professional service. If legal advice or other expert assistance is required, the services of a competent professional person should be sought.

Library of Congress Cataloging-In-Publication Data
Jablonski, Stanley.
    Jablonski's dictionary of dentistry / Stanley Jablonski.
      p.    cm.
    Reprint.
    ISBN 0-89464-477-7 (library bind. : acid free paper)
    1. Dentistry--Dictionaries.  I. Title.
    [DNLM: 1. Dentistry--dictionaries.  WU 13 J11i 1982a]
RK27.J3 1990
617.6'003--dc20
DNLM/DLC
for Library of Congress                 90-4590
                                  CIP

10  9  8  7  6  5  4  3  2

Exhibit 75
-826-

**Brooke's disease, epithelioma** [Henry Ambrose Grundy Brooke, 1854–1919] cystic adenoid EPITHELIOMA.

**Brophy's operation** [Truman William *Brophy*, American oral surgeon, 1848–1928] see under OPERATION.

**brow** (brow) the forehead, or either lateral half of it. **olympic b.,** the overdeveloped forehead seen in congenital syphilis.

**Brown** see Adson-Brown FORCEPS.

**brown** (brown) 1. a dusky, reddish, yellow color. 2. a dye having a dusky, reddish, yellow color. **lead oxide b.,** LEAD dioxide.

**Brown, James Barrett** [born 1899] a distinguished American plastic and maxillofacial surgeon.

**Brown, John** [Scottish physician, 1735–1788] see BRUNONIAN-ISM.

**Brown, Robert** [English botanist, 1773–1858] see brownian MOVE-MENT.

**Brown's syndrome** [Jason W. *Brown*] see under SYNDROME.

**Brown Kelly** see KELLY, Adam Brown.

**Brown-Symmers disease** [Charles Leonard *Brown*, American physician, born 1899; Douglas *Symmers*, American pathologist, 1879–1952] see under DISEASE.

**brownian** (brow'ne-an) named after Robert *Brown*, as brownian movement (see under MOVEMENT).

**brownism** (brown'izm) brunonianism.

**broxuridine** (brok'su-ri-dēn) 5-bromo-2'-deoxyuridine.

**Bruce, Sir David** a British bacteriologist.

**Brucella** (broo-sel'ah) [named after Sir David *Bruce*] a genus of gram-negative, aerobic bacteria of uncertain affiliation, occurring as coccobacilli or short rods (0.5 to 0.7 μm by 0.6 to 1.5 μm in size), arranged singly and in short chains. The organisms are unencapsulated, nonmotile, and nonsporogenous, and are also catalase-positive and usually oxidase-positive. They are parasitic in various warm-blooded animals, including man. **B. abor'tus,** a species causing brucellosis in humans and contagious abortion in cattle. Called also *Bacterium abortus* and *Bang's bacillus.* **B. bronchisep'tica,** *Bordetella bronchiseptica;* see under BORDETELLA. **B. meliten'sis,** a species causing brucellosis, occurring primarily, although not exclusively, in goats as the reservoir of infection. Called also *Micrococcus melitensis.* **B. su'is,** a species occurring in four biotypes, being usually pathogenic for swine; it also infects humans, hares, reindeer, and other animals. **B. tularen'sis,** *Francisella tularensis;* see under FRANCISELLA.

**brucella** (broo'sel-ah) an individual microorganism of the genus *Brucella.*

**brucellar** (broo-sel'ar) pertaining to or caused by *Brucella.*

**brucellosis** (broo'sel-lo'sis) infection with *Brucella abortus, B. melitensis,* or *B. suis,* involving primarily the reticuloendothelial system, derived from contact with infected animals. Five types of human infection have been delineated: (1) the *intermittent* type with shifting articular rheumatism, weakness, night sweating, and body temperature near normal in the morning but rising to 101 to 104°F in the evening; (2) the *ambulatory* type with symptoms similar to those of the intermittent type, but to a milder degree; (3) the *undulant* type, generally due to *B. melitensis,* characterized by steplike increases in the temperature from day-to-day to a maximum, and, after a time, gradual decrease in temperature and possibly successive repetitions of this sequence of events; (4) the *malignant* type, almost always due to *B. melitensis,* in which the temperature is high and sustained with extreme hyperpyrexia before death; and (5) the *atypical chronic* type which may take the form of muscular stiffness, gastric disturbances, and neurological symptoms. Called also *Bang's disease* and *undulant fever.*

**bruise** (brōoz) subcutaneous accumulation of blood following a superficial injury produced by impact without laceration.

**bruit** (brwe, broot) [Fr.] a sound or murmur heard in auscultation, especially an abnormal one.

**Brunn's membrane** [Albert von *Brunn,* German anatomist, 1849–1895] see under MEMBRANE.

**brunonianism** (broo-no'ne-an-izm") [named after John *Brown*] the obsolete theory that all diseases are caused by excess (sthenia) or lack (asthenia) of stimulus. Called also *brownism* and *brunonian theory.* See also METHODIST (1).

**brush** (brush) tufts of bristles, hair, or other flexible materials set into a handle. Bass' b., Bass' b., see TOOTHBRUSH. **bristle b.,** a cleansing and polishing instrument attached to the handpiece of the dental engine and used, with a paste, for polishing the teeth. Bristle brushes come as wheel and cup types. **b. condensation,** brush CONDENSATION. **denture b.,** one for cleaning dentures, adapted to the contour of the denture. **interproximal b.,** inter-

proximal TOOTHBRUSH. **polishing b.,** one consisting of a disk with natural, synthetic, or wire bristles, which may be mounted on a mandrel or a lathe; used for polishing functions in dentistry, within or outside the mouth (e.g., for dentures). **tooth b.,** toothbrush. **wire b.,** a polishing brush with wire bristles.

**brushing** (brush'ing) 1. the act of an application of a brush. 2. toothbrushing.

**brush-on** (brush-on) the application of resin to the prepared cavity by dipping a brush in the resin and transferring it drop-by-drop to the cavity.

**bruxism** (bruk'sizm) [Gr. *brychein* to gnash the teeth] an oral habit consisting of involuntary rhythmic or spasmodic nonfunctional gnashing, grinding, and clenching of the teeth in other than chewing movements of the mandible, usually performed during sleep, which may lead to occlusal trauma. It is believed to be related to repressed aggression, emotional tension, anger, and fear, with frustration being its principal cause. Occlusal interferences are considered to be a major etiologic factor. Increased tonus of the jaw muscles is a constant feature. Malocclusion, periodontal injury, crown damage, headache, temporomandibular joint disorders, and pain are the most common complications. Bruxism occurring in the daytime is called bruxomania. Called also *Karolyi effect, occlusal habit neurosis, odontoprisis, neuralgia traumatica, parafunction,* and *stridor dentium.* See also occlusal TRAUMA. **centric b.,** that characterized by clenching in centric occlusion. Called also *clamping habit* and *habitual clenching.* **eccentric b.,** that characterized by nonfunctional gnashing and grinding in eccentric excursions. Called also *habitual grinding, nonfunctional grinding, gnashing habit,* and *grinding habit.*

**bruxomania** (bruk'so-ma'ne-ah) [Gr. *brychein + mania*] bruxism occurring in the daytime, usually performed with the individual being unaware of it. See BRUXISM.

**BTU** British thermal UNIT.

**Bu** butyl.

**bubo** (bu'bo) [L. from Gr. *boubon* groin] the inflammatory swelling of a lymphatic gland, particularly of the axilla or groin. **climatic b.,** Frei's b., tropical b., LYMPHOGRANULOMA venereum.

**bucca** (buk'ah) [L.] [NA] the fleshy portion of the side of the face; the cheek. Called also *mala* [NA alternative]. **b. ca'vi o'ris** [NA], the fleshy portion of the side of the oral cavity, which is continuous with the commissure of the lips. Called also *cheek.*

**buccal** (buk'al) [L. *buccalis,* from *bucca* cheek] pertaining to the cheek; genal. in dental anatomy, the term is used to refer to the vestibular (or oral) surface of the premolars and molars that faces the cheek. Cf. LINGUAL. See illustration at SURFACE.

**buccinator** (buk'si-na"tor) [L. "trumpeter"] buccinator MUSCLE.

**bucco-** [L. *bucca* cheek] a combining form denoting relationship to the cheek.

**buccoaxial** (buk'ko-ak'se-al) [*bucco + axial*] pertaining to or formed by the buccal and axial walls of a tooth cavity preparation.

**buccoaxiocervical** (buk'ko-ak"se-o-ser'vi-kal) [*bucco- + axio- + cervical*] buccoaxiogingival.

**buccoaxiogingival** (buk'ko-ak"se-o-jin'ji-val) [*bucco- + axio- + gingival*] pertaining to or formed by the buccal, axial, and gingival walls of a tooth cavity. Called also *buccoaxiocervical.*

**buccocervical** (buk'ko-ser'vi-kal) [*bucco- + cervical*] 1. pertaining to the cheek and neck. 2. pertaining to the buccal surface of the neck of a tooth. 3. buccogingival.

**buccoclusal** (buk'ko-kloo'sal) 1. pertaining to buccoclusion. 2. bucco-occlusal.

**buccoclusion** (buk'ko-kloo'zhun) malocclusion in which the dental arch or a group of teeth is buccal to the normal position.

**buccodistal** (buk'ko-dis'tal) distobuccal.

**buccogingival** (buk'ko-jin'ji-val) [*bucco- + gingival*] 1. pertaining to the cheek and gingiva. 2. pertaining to or formed by the buccal and gingival walls of a tooth cavity preparation.

**buccoglossopharyngitis** (buk'ko-glos'o-far'in-ji'tis) inflammation involving the cheek, tongue, and pharynx. **b. sic'ca,** inflammation and dryness of the buccal mucosa, tongue, and pharynx. See also Sjögren's SYNDROME.

**buccolabial** (buk'ko-la'be-al) pertaining to the cheek and lip.

**buccomaxillary** (buk'ko-mak'si-ler'e) 1. pertaining to the cheek and maxilla. 2. communicating with the buccal cavity and the maxillary sinus, as a buccomaxillary fistula.

**buccomesial** (buk'ko-me'ze-al) mesiobuccal.

**bucco-occlusal** (buk'ko-o-kloo'zal) pertaining or formed by the buccal and occlusal surfaces of a tooth. Written also *buccoclusal.*

**buccopharyngeal** (buk'ko-fah-rin'je-al) [*bucco- + pharyngeal*] pertaining to the mouth and pharynx.

Exhibit 75

-827-

Biomed

WU
15
G563
2003

nce

# Glossary of Endodontic Terms

Seventh Edition
© Copyright 2003
American Association of Endodontists

Exhibit 75
-828-

**Biomed**

# Preface

The 2003 edition of the *Glossary of Endodontic Terms* represents the seventh major assessment and revision of the uniquely distinct scientific language of endodontics. The Association frequently reviews the terms in its *Glossary* because of the continuous introduction of new endodontic concepts, materials and techniques.

The American Association of Endodontists re-examined both current terminology in the sixth edition of the *Glossary* and new terms from the perspective of contemporary use and applicability to endodontics and endodontists. The Association carefully considered the rationale for the inclusion of each entry in the *Glossary* and supported each term with appropriate definitions based on the art and science of endodontics. The definitions reflect use in current textbooks and, when possible, the terminology used in other dental specialty areas.

The Association made every effort to ensure that the definitions used in the *Glossary* correspond to those used in the AAE's *Guide to Clinical Endodontics*. The *Guide* reflects current practice considerations in endodontics that enhance the patient's quality of care.

—Ad Hoc Committee to Revise the *Glossary: Contemporary Terms in Endodontics*

Gerald N. Glickman, D.D.S, M.S., J.D., Chair
André K. Mickel, D.D.S., M.S.D.
Linda G. Levin, D.D.S., Ph.D.
Ashraf F. Fouad, D.D.S., M.S.
William T. Johnson, D.D.S., M.S., Board Liaison

## NOTES

**Main entries** appear in boldface type and are set flush with the left-hand margin of each column of type. Main entries follow one another in alphabetical order. Material in lightface type following a main entry presents information about that entry.

**Subentries** appear in boldface type indented slightly from the left-hand margin of each column. Subentries appear in alphabetical order under the main entry to which they apply. Material in lightface type following a subentry presents information about that entry and is also indented slightly from the left margin.

**Synonyms** appear in lightface type in parenthesis following the main or subentry to which they apply. Synonyms appear in alphabetical order.

**Historical synonyms** that are no longer commonly used but may be encountered in the endodontic literature are listed in italics following the lightface information about the entry to which they apply and are set off by an italicized *"HS:"*.

**Cross references** All subentries, synonyms and historical synonyms appear alphabetically as cross references in the main entry listing.

Exhibit 75
-829-

# B

**walking bleach**—A form of intracoronal bleaching in which oxidizing agents are sealed into the pulp chamber for a limited period of time, usually a few days to one week; procedure may be repeated until the desired result is obtained.

**blunderbuss canal**—
See canal, pulp–blunderbuss canal.

**bonding**—Procedure of using an adhesive, cementing material or fusible ingredient to combine, unite or strengthen.

**bone regeneration**—Neoformation of osseous tissue that may occur either within an osseous structure or on its surface.

**bony crypt**—Osseous cavity made or modified in bone during periradicular surgery.

**braiding technique**—Placement and subsequent wrapping of multiple files around an object in the root canal to aid in its removal.

**broach, endodontic**—A thin, flexible, fragile, usually tapered and pointed metal hand instrument with sharp projections curving backward and obliquely; primarily used to remove pulp tissue or other easily engaged materials from the canal.

**bruxism**—An oral habit consisting of involuntary rhythmic or spasmodic nonfunctional grinding or clenching of teeth.

**buccal object rule**—A method for determining the relative location of objects that are superimposed on the traditional radiograph.
*Rule: When two different radiographs are made of a pair of objects, the image of the buccal object moves, relative to the image of the lingual object, in the opposite direction from which the x-ray beam is directed.*
*HS: Clarks Rule; Clark's Shift; horizontal or vertical shift; MBD Rule; SLOB Rule; tube shift; and Walton's Projection.*

**buttressing bone**—A marginal linear deposition of bone that may be formed in response to heavy occlusal forces.

8

Exhibit 75
-830-

*r*. Library does not own



# STEDMAN'S

## Medical Dictionary for the Health Professions and Nursing

## ILLUSTRATED
## FIFTH EDITION



LIPPINCOTT WILLIAMS & WILKINS

Philadelphia • Baltimore • New York • London
Buenos Aires • Hong Kong • Sydney • Tokyo

Exhibit 75
-831-

Publisher: Julie K. Stegman
Senior Product Manager: Eric Branger
Associate Managing Editor: Anne E. Jacobs
Etymologist/New Terms Editor: John H. Dirckx, M.D.
Chief Copyeditor: Raymond Lukens
Copyeditors: Vincent Ercolano, Ellen Erkess, Linda Searing
Pronunciations Project Editors: William R. Hensyl, Raymond Lukens
Lead Online Editor: Barbara L. Ferretti
Online Editors: Kathryn J. Cadle, Ellen Erkess, Lisa Fahnestock
Associate Managing Editor for Art Program: Amy Millholen
Art Program Consultant: Jennifer Clements
Graphic Artist: Susan Caldwell
Typographic Design: Parkton Art Studio, Inc.
Senior Software Development Manager: David Horne
Software Project Manager: Lisa Manhart
Production Coordinator: Jason Delaney

Copyright 2005
Lippincott Williams & Wilkins
A Wolters Kluwer Health Company
351 W. Camden Street
Baltimore, MD 21201-2346 USA
www.stedmans.com
stedmans@lww.com



All rights reserved. The book and software are protected by copyright. No part of this book or software may be reproduced in any form or by any means, including photocopying, or utilized by any information storage and retrieval system without written permission from the copyright owner.

Stedman's, STEDMAN'S is a registered trademark of Lippincott Williams & Wilkins.

The publisher is not responsible (as a matter of product liability, negligence or otherwise) for any injury resulting from any material contained herein. This publication contains information relating to general principals of medical care which should not be construed as specific instructions for individual patients. Manufacturers' product information and package inserts should be reviewed for current information, including contraindications, dosages, and precautions.

Database design by Lexi-Comp, Inc., Hudson, OH
Printed in the United States of America by RR Donnelley.

First Edition 1987
Second Edition 1994
Third Edition 1997
Fourth Edition 2001

Library of Congress Cataloging-In-Publication Data

Stedman's medical dictionary for the health professions and nursing : Illustrated.—5th ed
    p. ; cm.
    Rev. ed. of: Stedman's concise medical dictionary for the health professions. 4th ed. 2001.
    Includes index.
    ISBN 0-7817-4426-1
    1. Medicine—Dictionaries.  I. Stedman, Thomas Lathrop, 1853–1938.  II. Title: Medical dictionary for the health professions and nursing.  III. Title: Stedman's concise medical dictionary for the health professions.
    [DNLM:  1. Medicine—Dictionary—English. W 13 S814 2001]
R121 .S8 2005
610'.3—dc22
                                                                    2004013939

Exhibit 75
-832-

**Brunnstrom**       212       **buccal**

trunk movement. Six categories or levels of recovery of a neurologically impaired patient. SEE ALSO proprioceptive neuromuscular facilitation.

**Brunnstrom movement therapy** (brun-ström müv′mĕnt thār′a-pē) A treatment approach in which the physical therapist or occupational therapist uses movement based on synergy patterns of the limb and trunk; consists of six categories or levels of recovery in the neurologically impaired patient.

**Bruns nys·tag·mus** (brunz nĭ-stag′mŭs) A fine, jerking (vestibular) nystagmus on horizontal gaze in one direction, together with a slower, larger amplitude (gaze, paretic) nystagmus on looking in the opposite direction; due to lateral brainstem compression, usually by a cerebellarpontine angle mass such as an acoustic neuroma.

**brush** (brŭsh) An instrument consisting of flexible bristles attached to a handle or to the tip of a catheter. [A.S. *byrst*, bristle]

**brush bi·op·sy** (brŭsh bī′op-sē) Obtained by abrading the surface of a lesion with a brush to obtain cells and tissue for microscopic examination.

**brush bor·der** (brŭsh bōr′dĕr) An epithelial surface bearing closely packed microvilli about 2 μm long, such as occurs in the proximal tubule of the nephron.

**brush cath·e·ter** (brŭsh kath′ĕ-tĕr) A ureteral catheter with a finely bristled brush tip that is endoscopically passed into the ureter or renal pelvis and by gentle to-and-fro movement brushes cells from the surface of suspected tumors.

**Brush-field spots** (brush′fēld spŏtz) Lightcolored condensations of the surface of the midiris; seen in Down syndrome.

**Bru·ton a·gam·ma·glob·u·li·ne·mi·a** (brū′ton ă-gam-ma-glob′yū-lin-ē′mē-ă) An X-linked condition, with hypo- or agammaglobulinemia; the immune deficiency becomes apparent as maternally transmitted immunoglobulin levels decline in early infancy.

**brux·ism** (brŭk′sizm) A clenching of the teeth, associated with forceful lateral or protrusive jaw movements, resulting in rubbing, gritting, or grinding together of the teeth, usually during sleep; sometimes a pathologic condition. SEE ALSO parafunction. [G. *bruchō*, to grind the teeth]

**Bryant line** (brī′ant lin) Vertical border of the iliofemoral triangle.

**Bryant sign** (brī′ant sin) Lowering of axillary skin folds; seen in association with dislocation of shoulder.

**Bry·ant trac·tion** (brī′ănt trak′shŭn) Traction on the lower limb placed vertically, employed especially in fractures of the femur in children.

**Bry·ant tri·an·gle** (brī′ănt trī-ang′gel) In fracture of the neck of the femur, to determine upward displacement of the trochanter, lines are drawn on the body to form a triangle: line *a* is drawn around the body at the level of the anterior superior iliac spines; line *b*, perpendicular to line *a*, is drawn to the greater trochanter of the femur; line *c* is drawn from the trochanter to the iliac spine; upward displacement is measured along line *b*. SYN iliofemoral triangle.

**BSA** Abbreviation for bovine serum albumin; body surface area.

**BSE** Abbreviation for breast self-examination.

**BSER** Abbreviation for brainstem evoked response. SEE brainstem evoked response audiometry.

**BSN** Abbreviation for Bachelor of Science degree in Nursing.

**BTPS** Abbreviation that indicates a gas volume has been expressed as if it were saturated with water vapor at body temperature (37°C) and at the ambient barometric pressure; used for measurements of lung volumes.

**BTU** Abbreviation for British thermal unit.

**bu·ba mad·re** (bū′bă mah′dre) SYN mother yaw.

**bu·bas** (bū′bahs) SYN yaws.

**bub·ble gum der·ma·ti·tis** (bŭb′ĕl gŭm dĕr-mă-tī′tis) Allergic contact dermatitis developing about the lips in children who chew bubble gum; caused by plastics in the gum.

**bubble-through hu·mid·i·fi·er** (bŭb′ĕl-thrŭ hyū-mid′i-fī-ĕr) A device that humidifies therapeutic gas (e.g., oxygen) by bubbling the gas through water.

**bu·bo** (bū′bō) Inflammatory swelling of one or more lymph nodes, usually in the groin, associated with disease usually treated with antibiotics and moist heat, incision and drainage are sometimes required. [G. *boubōn*, the groin, a swelling in the groin]

**bu·bon·al·gia** (bū′bon-al′jē-ă) Rarely used term for pain in the groin. [G. *boubōn*, groin, + *algos*, pain]

**bu·bon·ic** (bū-bon′ik) Relating in any way to a bubo.

**bu·bon·ic plague** (bū-bon′ik plāg) The usual form of the disease marked by inflammatory enlargement of the lymphatic glands in the groins, axillae, or other parts. Clinical manifestations are caused by the flea-transmitted *Yersinia pestis*.

**buc·ca**, gen. and pl. **buc·cae** (bŭk′ă, bŭk′sē) SYN cheek. [L.]

**buc·cal** (bŭk′ăl) Pertaining to, adjacent to, or in the direction of the cheek.

Exhibit 75
-833-

EDITION
## 20
ILLUSTRATED IN FULL COLOR

# Taber's ®

# CYCLOPEDIC
# MEDICAL
# DICTIONARY

*Editor*
ald Venes, M.D., M.S.J.
(For April)

*Managing Editor*
Arthur Biderman

*ociate Managing Editor*
Evelyn Adler

*ditor / Database Administrator*
Brigitte G. Fenton

*Contributing Editor*
Alison D. Enright

*Copy Editors*
Joseph Patwell
Deborah M. Posner
Ann-Adele Wight

*Proofreaders*
James Eidam
Joy Matkowski
Christopher Muldor

*Pronunciation Editor*
Elkins McKinzey (*Deceased*)

F. A. DAVIS COMPANY  PHILADELPHIA

Exhibit 75
-834-

**Copyright © 2005 by F. A. Davis Company**

Copyright 1940, 1942, 1945, 1946, 1948, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1965, 1968, 1969, 1970, 1973, 1977, 1981, 1985, 1989, 1993, 1997, and 2001 by F. A. Davis.

All rights reserved. This publication is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Last digit indicates print number   10   9   8   7   6   5   4   3   2   1

NOTE: As new scientific information becomes available through basic and clinical research, recommended treatments and drug therapies undergo changes. The author and publisher have done everything possible to make Taber's accurate, up to date, and in accord with accepted standards at the time of publication. The author, editors, and publisher are not responsible for errors or omissions or for consequences from application of the book, and make no warranty, expressed or implied, in regard to the contents of the book. The practices described in this book may or may not meet professional standards of care in the reader's community; they may or may not apply to specific clinical situations and should not be relied upon for their direct applicability; they may have been overtaken by newer or more recent recommendations or scientific evidence. The reader is always advised to research particular clinical questions further and to check product information (package inserts) for changes and new information regarding dose and contraindications before administering any drug. Caution is especially urged when using new or infrequently ordered drugs.

**Library of Congress Cataloging in Publication Data**

Taber's cyclopedic medical dictionary.—Ed. 20, illustrated in full color / editor, Donald Venes
     p. ; cm.
   Includes bibliographical references and index.
     ISBN 0-8036-1207-9 (index)—ISBN 0-8036-1208-7 (non index)—ISBN 0-8036-1209-5 (deluxe)
     1. Medicine—Dictionaries.   I. Title: Cyclopedic medical dictionary.
   II. Venes, Donald, 1952- III. Taber, Clarence Wilbur, 1870-1968
   [DNLM: 1. Medicine—Dictionary—English. W 13 T113d 2001]
R121.T18 2001
610'.3—dc21
ISSN 1065-1357                                          00-064688
ISBN 0-8036-1208-7
ISBN 0-8036-1207-9 (indexed)
ISBN 0-8036-1209-5 (deluxe)
ISBN 0-8036-1303-2 (CD-ROM)

Exhibit 75
-835-

**Bruininks-Oseretsky Test of Motor Proficiency** ABBR: BOTMP. A standardized test of gross and fine motor performance for children from 4 to 14 years of age.

**bruise** (brooz) [O. Fr. *bruiser*, to break] A traumatic injury (usually to the skin but sometimes to internal organs) in which blood vessels are broken but tissue surfaces remain intact. Discoloration, swelling, inflammation, and pain are typical signs and symptoms. Fresh bruises on the skin are usually red or purple. Older bruises turn green and then yellow or brown, as the blood products within them age and are resorbed. SYN: *ecchymosis*.

FIRST AID: Cold applications are needed first, followed by application of a firm bandage to prevent swelling. Twenty-four to 48 hr later, application of heat is desirable, followed by gentle massage.

*b. of head, chest, and abdomen* A bruise that may be associated with internal injuries. SEE: *ecchymosis*.

SYMPTOMS: Symptoms include pain, swelling, tenderness, and discoloration.

PATIENT CARE: Historical data are collected regarding the exact cause and location of the injury. The bruised area is inspected, and the location, color, size, discomfort, and other pertinent characteristics are documented. The patient is assessed for other injuries dependent on the specific location and severity of the original injury. Related skin abrasions are cleansed thoroughly. Neurological status (AVPU) is monitored hourly or as needed for any patient with a suspected head injury.

*stone b.* Bruise of the bottom of the foot, usually seen in children who walk barefoot on stones.

**bruissement** (broo-ĕs-mŏn') [Fr., droning noise] A purring sound heard upon auscultation.

**bruit** (brwē, broot) [Fr., noise] An adventitious sound of venous or arterial origin heard on auscultation.

*carotid b.* SEE: *carotid bruit*.

*placental b.* Placental souffle.

**Brunner's glands** (brŭn'ĕrz) [Johann C. Brunner, Swiss anatomist, 1653–1727] Compound glands of the duodenum and upper jejunum that are similar to the pyloric glands of the stomach. They are embedded in the submucosa and lined with columnar epithelium. Their secretion is alkaline to help neutralize the hydrochloric acid entering the duodenum from the stomach. SYN: *duodenal glands*.

**brush** A tool with bristles on its end designed to remove debris or damaged cells from a body part.

**Brushfield spots** (brŭsh'fēld) [T. Brushfield, Brit. physician, 1858–1937] Gray or pale yellow spots sometimes present at the periphery of the iris. They may be an isolated finding but are sometimes found in Down's syndrome.

**brushing** (brŭsh'ĭng) 1. A technique of tactile stimulation using small, electrically rotated brushes over selected dermatomes to elicit muscular responses in the rehabilitation of persons with central nervous system damage. 2. Cleaning with a brush, as in toothbrushing. 3. A specimen obtained by rubbing a body part with a brush. The tissue or cells obtained are examined microscopically for evidence of cancer or other diseases.

**bruxism** (brŭk'sĭzm) [Gr. *brychein*, to grind the teeth, + *-ismos*, condition] The grinding of the teeth, esp. in children, during sleep. If untreated, it can damage teeth and the temporomandibular joint. In severe cases the teeth are worn down due to attrition.

ETIOLOGY: Psychological stress or abnormalities of tooth occlusion are the principal causes.

TREATMENT: If the condition is due to psychological causes, tension, anxiety, and stress should be reduced. The teeth should be treated for caries, malocclusion, or periodontal disease. Occlusal guards for the teeth may be of benefit. SYN: *oromandibular sleep movement disorder*.

**Bryant's traction** [Sir Thomas Bryant, Brit. surgeon, 1828–1914] Traction applied to the lower legs with the force pulling vertically. It is used esp. in treating fractures of the femur in children.

**B.S.** *Bachelor of Science; Bachelor of Surgery; bowel sounds.*

**BSE** 1. *Breast self-examination.* 2. *Bovine spongiform encephalopathy.*

**BSi** *Body substance isolation.*

**B.S.N.** *Bachelor of Science in Nursing.* The individual who earns this degree may apply to take the registered nurse (R.N.) licensing examination.

**BSP** *Bromsulphalein.*

**BTPS** *body temperature and pressure* (saturated with water vapor).

**BTU** *British thermal unit.*

**bubo** (boo'bō) *pl.* **buboes** [Gr. *boubon*, groin, swollen gland] An inflamed, swollen, or enlarged lymph node often exhibiting suppuration, occurring commonly after infective disease due to absorption of infective material. The nodes most commonly affected are those of the groin and axilla.

*axillary b.* A bubo in the armpit.

*indolent b.* A bubo in which suppuration does not occur.

*inguinal b.* A bubo in the region of the groin. SYN: *buboadenitis*.

*venereal b.* A bubo resulting from a venereal disease. SEE: *lymphogranuloma venereum*.

**bubonadenitis** (boo-bŏn-ăd-ĕ-nī'tĭs) [*

# MOSBY'S
# DICTIONARY
## OF MEDICINE, NURSING
## & HEALTH PROFESSIONS

*7th EDITION*

**Illustrated in full color throughout**
**With over 2450 illustrations**



**MOSBY**

**ELSEVIER**

Exhibit 75
-837-

# MOSBY
### ELSEVIER

11830 Westline Industrial Drive
St. Louis, Missouri 63146

MOSBY'S DICTIONARY OF MEDICINE, NURSING &
HEALTH PROFESSIONS
Copyright © 2006, 2002, 1998, 1994, 1990, 1986, 1982 by Mosby, Inc.

ISBN 13   978-0-323-03562-0 (US)
ISBN 10     0-323-03562-0 (US)
ISBN 13   978-0-7234-3393-4 (UK)
ISBN 10     0-7234-3393-3 (UK)

All rights reserved. No part of this publication may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying, recording, or any information storage and retrieval system, without permission in writing from the publisher.
Permissions may be sought directly from Elsevier's Health Sciences Rights Department in Philadelphia, PA, USA: phone: (+1) 215 239 3804, fax: (+1) 215 239 3805, e-mail: healthpermissions@elsevier.com. You may also complete your request on-line via the Elsevier homepage (http://www.elsevier.com), by selecting 'Customer Support' and then 'Obtaining Permissions.'

---

**Notice**

Knowledge and best practice in this field are constantly changing. As new research and experience broaden our knowledge, changes in practice, treatment and drug therapy may become necessary or appropriate. Readers are advised to check the most current information provided (i) on procedures featured or (ii) by the manufacturer of each product to be administered, to verify the recommended dose or formula, the method and duration of administration, and contraindications. It is the responsibility of the practitioner, relying on their own experience and knowledge of the patient, to make diagnoses, to determine dosages and the best treatment for each individual patient, and to take all appropriate safety precautions. To the fullest extent of the law, neither the Publisher nor the Editors assumes any liability for any injury and/or damage to persons or property arising out or related to any use of the material contained in this book.

---

International Standard Book Number
0-323-03562-0 (US)
0-7234-3393-3 (UK)

*Executive Publisher, Nursing:* Darlene Como
*Managing Editor:* Tamara Myers
*Publishing Services Manager:* Pat Joiner
*Senior Project Manager:* Rachel E. Dowell
*Design Direction:* Paula Ruckenbrod

*Cover Illustrations*
**Adenocystic carcinoma** (Silverberg, DeLellis, and Frable, 1997)
**Blood pressure** (Potter and Perry, 1999)
**Positron emission tomography** (Black and Hawks, 2005)
**Abdominal aortic aneurysm** (Mace and Kowalczyk, 2004/courtesy Riverside Methodist Hospitals)
**Albinism** (Zitelli and Davis, 1997)
**Adnexa oculi** (Thibodeau and Patton, 1999)

Working together to grow
libraries in developing countries

www.elsevier.com | www.bookaid.org | www.sabre.org

ELSEVIER   BOOK AID International   Sabre Foundation

Printed in the United States of America

Last digit is the print number:   9  8  7  6  5  4  3  2  1

Exhibit 75
-838-

outlet, a cesarean section may be recommended. However, the fetus usually converts to a face presentation.

*Brucella abortus.* See abortus fever.

brucellosis /broo'salō'sis/ [David Bruce, English pathologist, 1855–1931], a disease caused by any of several species of the gram-negative coccobacillus *Brucella.* Brucellosis is most prevalent in rural areas among farmers, veterinarians, meat packers, slaughterhouse workers, and livestock producers. Laboratory workers are also at risk. It is primarily a disease of animals (including cattle, pigs, sheep, camels, goats, and dogs); humans usually acquire it by ingestion of contaminated milk or milk products or raw meat or marrow, through a break in the skin, contact with an infected animal or through inhalation of dust from contaminated soil. It is characterized by fever, chills, sweating, malaise, and weakness. The fever often occurs in waves, rising in the evening and subsiding during the day, at intervals separated by periods of remission. Other signs and symptoms may include anorexia and weight loss, headache, muscle and joint pain, and an enlarged spleen, and orchiepididymitis in young men. In some victims the disease is acute; more often it is chronic, recurring over a period of months or years. Although brucellosis itself is rarely fatal, treatment is important because serious complications such as pneumonia, endocarditis, meningitis, and encephalitis can develop. Tetracycline plus streptomycin is the treatment of choice; bed rest is also important. A vaccine is available outside the United States. This organism is considered a potential agent of bioterrorism due to its low infectious dose (10-100 organisms) and method of infection by way of aerosol, allowing distribution over a large area. Also called **Cyprus fever, dust fever, Gibraltar fever, Malta fever, Mediterranean fever, rock fever, undulant fever.** See also abortus fever.

Bruch's disease. See Marseilles fever.

Brudzinski's sign /broōdzin'skēz/ [Josef Brudzinski, Polish physician, 1874–1917], an involuntary flexion of the arm, hip, and knee when the neck is passively flexed. It occurs in patients with meningitis.



**Elicitation of Brudzinski's sign** *(Barkauskas, Baumann, Darling-Fisher, 2002)*

Brueghel's syndrome. See Meige's syndrome (def. 1).

*Brugia* /brüj'ə/ [S.L. Brug, Dutch parasitologist in Indonesia, 1879–1946], a genus of nematodes of the superfamily Filarioidea that parasitize humans and other mammals. See also filariasis.

bruise. See contusion, ecchymosis.

bruit /broō'ē/ [Fr, noise], an abnormal blowing or swishing sound or murmur heard while auscultating a carotid artery,

organ, or gland, such as the liver or thyroid, and resulting from blood flowing through a narrow or partially occluded artery. The specific character of the bruit, its location, and the time of its occurrence in a cycle of other sounds are all of diagnostic importance.

Brunnstrom hemiplegia classification, an evaluation procedure that assesses muscle tone and voluntary control of movement patterns in a stroke patient. Results indicate the patient's progress through stages of recovery.

brush biopsy, the use of a catheter with bristles that is inserted into the body to collect cells from tissues.

brush border, microvilli on the free surfaces of certain epithelial cells, particularly the absorptive surfaces of the intestine and the proximal convoluted tubules of the kidney.

Brushfield's spots [Thomas Brushfield, English physician, 1858–1937; ME, *spotte*, stain], pinpoint white or light yellow spots on the iris of a child with Down syndrome. Occasionally, they are seen in normal infants.

Bruton's agammaglobulinemia [Ogden C. Bruton, American physician, b. 1908], a sex-linked, inherited condition characterized by the absence of gamma globulin in the blood. Those (usually children) affected by the syndrome are deficient in antibodies and susceptible to repeated infections. Compare **agammaglobulinemia.**

bruxism /bruk'sizəm/ [Gk, *brychein,* to gnash the teeth], the compulsive, unconscious grinding or clenching of the teeth, especially during sleep or as a mechanism for releasing tension during periods of extreme stress in the waking hours. Also called **bruxomania.**

bruxomania. See bruxism.

bry-, prefix meaning "tree moss": bryocyte, bryocytole.

Bryant's traction [Thomas Bryant, English physician, 1828–1914; L, *trahere,* to pull], an orthopedic mechanism used to immobilize both lower extremities in the treatment of a fractured femur or in the correction of a congenital hip dislocation. The mechanism consists of a traction frame supporting weights, which are connected by ropes that run through pulleys to traction foot plates. The traction pull elevates the lower extremities to a vertical position with the patient supine, the trunk and the lower extremities forming a right angle. The weight applied to the traction mechanism is usually less than 35 pounds. Compare **Buck's traction.**



**Bryant's traction** *(Lewis, Heitkemper, and Dirksen, 2000)*

BSA, 1. abbreviation for body surface area. See **surface area.** 2. abbreviation for *bovine serum albumin.*

BSE, 1. abbreviation for breast self-examination. See self-breast examination. 2. Abbreviation for **bovine spongiform encephalopathy.**

Exhibit 75
-839-

# The Sloane-Dorland Annotated Medical-Legal Dictionary

**Richard Sloane**
Professor of Law Emeritus
University of Pennsylvania Law School
Member of the New York Bar

**West Publishing Company**
St. Paul   New York   Los Angeles   San Francisco

Case 8:11-cv-01309-DOC-AN   Document 90-23   Filed 11/19/12   Page 59 of 63   Page ID #:2376

COPYRIGHT © 1987    By WEST PUBLISHING COMPANY
50 West Kellogg Boulevard
P.O. Box 64526
St. Paul, MN 55164–1003

All rights reserved
Printed in the United States of America

Library of Congress Cataloging-in-Publication Data
Sloane, Richard, 1916–
    The Sloane-Dorland annotated medical-legal
dictionary.

    1. Medical jurisprudence—Dictionaries.  2. Medicine
—Dictionaries.  I. Title.

RA1017.S56  1987        614'.1'0321        86-28245
ISBN  0–314–93512–6        ∞

*hus* + Gr. lung after the *ichus*.

ast agents and bronchial tree 315 F.2d 381,

[*bronchus* + nation of the l bronchioles. ılent· exudate lobules. The ler, following pecific infec-fants and de-as a primary *bronchiolitis,* *rhal pneumo-* and *vesicular*

licted by a se-ash and a high

deteriorated; 29, 1973. On '73, the cause onfluent Bron-sation Appeal 1981).

hopneumonia i secondary to acosilicosis of of the dece-

ng necrotizing Co. v. Work-.Ct.Pa.1978).

for inspect-and carrying utic maneu-d biopsy and

Gr. *skopein* ough a bron-

ive diagnostic ronchoscopy en Joynt's tu-olves placing the patient's h fiber optics duct a visual ial tubes. The l instruments biopsies. The n the hospital 1298, 1304

... she underwent **bronchoscopy** and a bronchogram. These tests disclosed that the entire lower lobe and middle lobe of her right lung were essentially completely destroyed by bronchiectatic disease. Black v. Richardson, 356 F.Supp. 861, 866 (D.S.Car.1973).

A **bronchoscopy** report indicates a tumor mass displacing the lower trachea, corona, and left main bronchial branch down-ward and to the right. Smith left the hospital on November 11, with a final diagnosis of bronchogenic carcinoma of the left lung, and it was recommended that he return in ten days for exploratory surgery. Petition of U.S., 303 F.Supp. 1282, 1310 (E.D.N.Car.1969).

Other Authorities: ZeBarth v. Swedish Hospital Medical Center, 499 P.2d 1, 4 (Wash.1972); McKay v. Bankers Life Co., 187 N.W.2d 736–7 (Iowa 1971).

**bronchospasm** (brong'ko-spazm) spasmodic contraction of the smooth muscle of the bronchi, as occurs in asthma.

When the smooth type muscles encircling the bronchial tubes constrict, they close down the tubes so that less and less air passes through them. This constriction of the bronchial tubes is known as bronchial spasm or **bronchospasm**. During a severe bronchial spasm there is a complete closing of the bronchial tubes, blocking any air from reaching the lungs. A bronchial spasm is part and parcel of an asthmatic attack. Siegel v. Mt. Sinai Hospital of Cleveland, 403 N.E.2d 202, 204–5 (Ct.App. Ohio 1978).

The anesthesiologist's report stated that Smith had exper-ienced a "broncho spasm" which, Di Maio explained, could have blocked the air passage making it impossible for the an-esthesiologist to ventilate the patient. The surgeons' report on the other hand stated that when they noticed the patient's col-or change they asked the anesthesiologist about the status of the patient, [and] he said he had difficulty ventilating the pa-tient....

... If the anesthesiologist is correct, and I have to assume so, there was a **bronchial spasm**, the diaphragm couldn't move because he couldn't get the air beyond the obstruction. Peo-ple v. Stewart, 358 N.E.2d 487, 490 (N.Y.1976).

Dr. Martin J. Sokoloff testified on Cuevas' behalf that he was suffering from severe chemical bronchitis with marked **bronchospasm**. He testified that this condition rendered Cue-vas totally disabled and unable to pursue gainful employment which required physical exertion. Cuevas v. Platers & Coaters, Inc., 346 A.2d 6, 7 (Pa.1975).

**bronchus** (brong'kus), pl. *bron'chi* [L.; Gr. *bronchos* wind-pipe] any of the larger air passages of the lungs, having an outer fibrous coat with irregularly placed plates of hyaline cartilage, an interlacing network of smooth mus-cle, and a mucous membrane of columnar ciliated epithe-lial cells.

Dr. Norton, the examining physician, referred Smith to Dr. Wil-liams, a thoracic surgeon, who noted the progressive consoli-dation and retraction of the left upper lobe, probably occa-sioned by the tumor compressing the **bronchus** "rather than being related to the accident two months previous." Petition of U.S., 303 F.Supp. 1282, 1310 (E.D.N.Car.1969).

**"Brown Lung" disease** See *byssinosis.*

**Brucella** (broo-sel'lah) [Sir David *Bruce*] a genus of mi-croorganisms of the family Brucellaceae, order Eubacte-riales, made up of nonmotile short, rod-shaped to coc-coid, gram-negative encapsulated cells. It includes three species which may be differentiated on the basis of (1) the relative content of two antigens, A and M, (2) sensitivity to thionine and basic fuchsin, (3) production of hydrogen sulfide, and (4) the requirement for carbon dioxide on primary isolation.

... **brucella** produces brucellosis.... U.S. v. City of Asbury Park, 340 F.Supp. 555, 566 (D.N.J.1972).

**brucellosis** (broo″sel-lo'sis) a generalized infection of man involving primarily the reticuloendothelial system, caused by species of *Brucella,* namely, *B. melitensis, B. abortus, B. suis,* and *B. canis,* derived from contact re-spectively with goats, cattle, pigs, and dogs. Its incuba-tion is an average of three weeks, and symptoms include fever of verying pattern, malaise, and headache. It has been variously called *undulant fever, abortus fever, Malta or Maltese fever, Mediterranean fever* or *phthisis, Cyprus fever, goat fever, goat's milk fever, Gibraltar fever, moun-tain fever, Neapolitan fever, rock fever, febris melitensis, febris sudoralis, febris undulans, fièvre caprine, Bruce's septicemia, brucellemia, brucelliasis, melitensis septice-mia,* and *melitensis.*

**Bruce-Protocol** See *protocol, stress test.*

**bruit** (brwe, broot) [Fr.] a sound or murmur heard in auscultation, especially an abnormal one.

The examination further revealed a **bruit** which indicates blood going through a compressed artery, over the left collarbone when Cress' arm was elevated. Cress v. Mayer, 626 S.W.2d 430, 432–3 (Ct.App.Mo.1981).

**bruxism** (bruk'sizm) [Gr. *brychein* to gnash the teeth] rhythmic or spasmodic grinding of the teeth in other than chewing movements of the mandible, especially such movements performed during sleep. Dental maloc-clusion and tension-release factors are the usual inciting causes. Cf. *bruxomania* and *clenching.*

Plaintiff complained to him that defendant had ground off an excessive amount of her upper left lateral incisor (No. 10). His examination revealed that most of plaintiff's teeth exhibited excessive wear. Such wear is usually the result of bruxism, i.e., the unconscious grinding or clenching of the teeth, usually done while sleeping. He attributed plaintiff's wear and frac-tured enamel to bruxism. Also, plaintiff stated to him that she bit her fingernails; that can result in wear on the teeth. Normal chewing results in a force on the teeth of between 2 to 12 pounds per square inch. On the other hand, bruxism can result in a force of over 300 pounds per square inch. Sullivan v. Rus-sell, 338 N.W.2d 181, 185 (Mich.1983).

**bruxomania** (bruk″so-ma'ne-ah) grinding of the teeth oc-curring as a tension-release habit in the waking state; called also *brychomania.* Cf. *bruxism.*

**Bryant's traction** See *line, Bryant's.*

**buccal** (buk'al) [L. *buccalis,* from *bucca* cheek] pertaining to or directed toward the cheek.

*Edited by*

,AYTON L. THOMAS, M.D., M.P.H.

Director Emeritus of Medical Affairs
Tambrands Inc.

*Managing Editor*
Elizabeth J. Egan

*Dictionary Editor*
Dena Ramras Vardara

*Assistant Dictionary Editor*
Anne-Adele Wight

*Online / Production Editors*
Nancee A. Morelli
Marianne Fithian

*Copy Editor*
Ann Houska

*Dictionary Illustrator*
Beth Anne Willert, M.S.

EDITION

18

ILLUSTRATED IN FULL COLOR

# Taber's®

# CYCLOPEDIC
# MEDICAL
# DICTIONARY

F. A. DAVIS COMPANY  PHILADELPHIA

## Copyright © 1997 by F. A. Davis Company

Copyright 1940, 1942, 1945, 1946, 1948, 1949, 1950, 1951, 1952, 1953, 1954, 1955, 1956, 1957, 1958, 1959, 1960, 1961, 1962, 1963, 1965, 1968, 1969, 1970, 1973, 1977, 1981, 1985, 1989, and 1993 by F. A. Davis.

All rights reserved. This book is protected by copyright. No part of it may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission from the publisher.

PRINTED IN THE UNITED STATES OF AMERICA

Last digit indicates print number   10   9   8   7   6   5   4   3   2   1

NOTE: As new scientific information becomes available through basic and clinical research, recommended treatments and drug therapies undergo changes. The author and publisher have done everything possible to make Taber's accurate, up to date, and in accord with accepted standards at the time of publication. The author, editor, and publisher are not responsible for errors or omissions or for consequences from application of the book, and make no warranty, expressed or implied, in regard to the contents of the book. Any practice described in this book should be applied by the reader in accordance with professional standards of care used in regard to the unique circumstances that may apply in each situation. The reader is advised always to check product information (package inserts) for changes and new information regarding dose and contraindications before administering any drug. Caution is especially urged when using new or infrequently ordered drugs.

## Library of Congress Cataloging in Publication Data

Taber, Clarence Wilbur, 1870–1968
    Taber's Cyclopedic Medical Dictionary, edition 18.

    Medicine—Dictionaries   I. Thomas, Clayton L., 1921–        . II. Title.   III. Title: Cyclopedic medical dictionary. [DNLM: 1. Dictionaries, Medical. W 13 T113t 1997   610'.3'21   62-8364
    ISSN 1065-1357
    ISBN 0-8036-0194-8
    ISBN 0-8036-0193-x (indexed)
    ISBN 0-8036-0195-6 (deluxe)

mbrane | 272 | Brunner's glands

Brushfield spots | 273 | buccoversion

## TRACHEA AND BRONCHI



Labels: THYROID CARTILAGE, CRICOID CARTILAGE, ANNULAR LIGAMENTS, CARINA, LEFT UPPER LOBE BRONCHUS, LEFT AND RIGHT PRIMARY BRONCHUS, LEFT LOWER LOBE BRONCHUS, ANTERIOR VIEW

### Left column (page 272)

...d *B. suis* cause brucellosis in ...d swine, respectively, and *B.* ...auses contagious abortion in cat- ...and other domestic animals. The ...s are intracellular parasites. In ...it is called brucellosis or Malta ...d is caused by any of the three

...MENT: In adult humans, treat- ...sists of combined tetracycline for ...eks and streptomycin for the first ...the tetracycline therapy. Doxy- ...s also effective. In children, tet- ...may cause staining of develop-

...mbrane (brooks) [Karl W.L. ...Ger. anatomist, 1819–1884] A ...nembrane of the uvea of the eye, ...ween the choroid membrane and ...nented epithelium of the retina. ...mina basalis choroideae; vitreous

...sease (brooks) [Alfred Bruck, Ger. ...n, b. 1865] A rare disease marked ...le atrophy and skeletal disorders ...multiple fractures and ankyloses. ...d sign [Józef Brudzinski, Polish ...n, 1874–1917] Flexion of the hips ...e neck is flexed from a supine po- ...t occurs in children with menin- ...SE: *Kernig's sign*; *meningitis*.

...-Oseretsky Test of Motor Profi- ...ABBR: BOTMP. A standardized ...gross and fine motor performance ...iren from 4 to 14 years of age. ...roo) [O. Fr. *bruiser*, to break] An ...with diffuse effusion into subcuta-

### Second column (page 272)

...neous tissue and in which skin is ...ored but not broken. SYN: *contusion*.

 *b. of head, chest, and abdomen* | ...bruise that may be associated with inte... ...nal injuries. SEE: *ecchymosis*.

 SYMPTOMS: Symptoms include pai... swelling, tenderness, and discoloration.

 NURSING IMPLICATIONS: Historic... data are collected regarding the ca... cause and location of the injury. T... nurse inspects the bruised area and d... uments the location, color, size, disc... fort, and other pertinent characteri... The patient is assessed for other inju... dependent on the specific location and... verity of the original injury. Related... abrasions are cleansed thoroughly. N... rological status is monitored hourly or... needed for any patient with a suspec... head injury.

 *stone b.* Bruise of the bottom of t... foot, usually seen in children who wa... barefoot on stones.

**bruissement** (broo-ēs-môn´) [Fr., dron... noise] A purring sound heard upon au... cultation.

**bruit** (brwē, broot´) [Fr., noise] An adven... tious sound of venous or arterial or... heard on auscultation.

 *carotid b.* SEE: *carotid bruit*.

 *placental b.* A purring or blowing nois... originating in the pregnant uterus due... fetal circulation of blood. It is synch... nous with the maternal pulse.

**Brunner's glands** (brün´ērz) [Johann C... Brunner, Swiss anatomist, 1653–17... Compound glands of the duodenum and...

### Third column (page 273)

...upper jejunum that are similar to the py- ...loric glands of the stomach. They are em- ...bedded in the submucous tissue and lined ...with columnar epithelium. They secrete a ...clear, alkaline mucinous solution. SYN: *duodenal glands.*

**Brushfield spots** [T. Brushfield, Brit. phy- ...sician, 1858–1937] Gray or pale yellow ...spots sometimes present at the periphery ...of the iris of children with Down syn- ...drome.

**brushing** 1. A technique of tactile stimula- ...tion using small, electrically rotated ...brushes over selected dermatomes to ...elicit muscular responses in the rehabili- ...tation of persons with central nervous ...system damage. 2. Cleaning with a brush, ...as in toothbrushing.

**bruxism** (brŭk´sizm) [Gr. *brychein*, to grind ...the teeth, + *-ismos*, condition] The grind- ...ing of the teeth, esp. in children, during ...sleep. If untreated, it can damage teeth ...and the temporomandibular joint. In se- ...vere cases the teeth are worn down due to ...attrition.

 ETIOLOGY: Psychological stress or ab- ...normalities of tooth occlusion are the ...principal causes.

 TREATMENT: If the condition is due to ...psychological causes, tension, anxiety, ...and stress should be reduced. The teeth ...should be treated for caries, malocclusion, ...or periodontal disease. Occlusal guards ...for the teeth may be of benefit.

**Bryant's traction** [Sir Thomas Bryant, Brit. ...surgeon, 1828–1914] Traction applied to ...the lower legs with the force pulling ver- ...tically. It is used esp. in treating fractures ...of the femur in children.

**B.S.**, *Bachelor of Science; Bachelor of Sur-* ...*gery.*

**BSE** *breast self-examination.*

**B.S.N** *Bachelor of Science in Nursing.* The ...individual who earns this degree may ap- ...ply to take the registered nurse (R.N.) li- ...censing examination.

**BSP** *Bromsulphalein.*

**BTE** *work simulator* [Trademark, Balti- ...more Therapeutic Equipment Company] ...A mechanical device with interchange- ...able handles that simulates the work de- ...mands of many jobs and can objectively ...measure the work output of the user. This ...device is widely used in rehabilitation set- ...tings where injured workers are trained ...for return to employment.

**BTPS** *body temperature and pressure* (sat- ...urated with water vapor).

**BTU** *British thermal unit.*

**bubo** (boo´bō) *pl.* **buboes** [Gr. *bouban*, groin, ...swollen gland] An inflamed, swollen, or ...enlarged lymph node often exhibiting ...suppuration, occurring commonly after ...infective disease due to absorption of in- ...fective material. The nodes most com- ...monly affected are those of the groin and ...axilla.

 *axillary b.* A bubo in the armpit.

 *indolent b.* A bubo in which suppura-

### Fourth column (page 273)

...tion does not occur.

 *inguinal b.* A bubo in the region of the ...groin.

 *venereal b.* A bubo resulting from a ve- ...nereal disease. SEE: *lymphogranuloma venereum.*

**bubonadenitis** (boo-bōn-ăd-ě-nī´tĭs) [" + *aden*, gland, + *itis*, inflammation] Inflam- ...mation of an inguinal gland.

**bubonic plague** [" + L., *plaga*, stroke, ...wound] An acute, infectious disease as- ...sociated with a high fatality rate; called ...the black death in the Middle Ages. SEE: *plague.*

 ETIOLOGY: Bubonic plague is caused by ...*Yersinia pestis*, which is usually present ...in infected rats and ground squirrels, and ...is transmitted to humans by the bite of ...the rat flea. It is marked by enlarged ...lymph glands and severe toxic symptoms, ...accompanied by intense adenitis or pneu- ...monia.

**bucca** (bŭk´ă) *pl.* **buccae** [L., cheek] The ...cheek.

**buccal** (bŭk´ăl) Relating to the cheek or ...mouth.

 *b. fat pad* An encapsulated mass of fat ...lying superficial to the buccinator muscle. ...It is well developed in infants and is ...thought to aid in the act of sucking. SYN: *sucking pad.*

**buccinatolabialis** (bŭk´sĭn-ă-tō-lā´bē-ă´lĭs) ...[L. *buccinator*, trumpeter, + *labialis*, ...pert. to the lips] The buccinator and or- ...bicularis oris considered as a single mus- ...cle.

**buccinator** (bŭk´sĭn-ā-tor) The muscle of the ...cheek. SEE: *Muscles Appendix.*

**bucco-** [L. *bucca*, mouth] Combining form ...meaning *cheek.*

**buccoaxiocervical** (bŭk´kō-ăk´sē-ō-sĕr´vĭ- ...kăl) The angle formed by the intersection ...of the buccal, axial, and cervical walls of ...a cavity in a tooth.

**buccocervical** (bŭk´kō-sĕr´vĭ-kăl) Concern- ...ing the buccal surface and cervical margin ...of a tooth.

**buccodistal** (bŭk´kō-dĭs´tăl) Concerning the ...buccal and distal surfaces of a tooth.

**buccogingival** (bŭk´kō-jĭn´jĭ-văl) Concern- ...ing the buccal and gingival surfaces of a ...tooth.

**buccolabial** (bŭk´kō-lā´bē-ăl) Concerning ...the buccal and labial surfaces of a tooth.

**buccolingual** (bŭk´kō-lĭng´gwăl) Concerning ...the buccal and lingual surfaces of a ...tooth.

**buccomesial** (bŭk´kō-mē´zē-ăl) Concerning ...the buccal and mesial surfaces of a tooth.

**bucco-occlusal** (bŭk´kō-ō-kloo´săl) Con- ...cerning the buccal and occlusal surfaces ...of a tooth.

**buccopharyngeal** (bŭk´kō-fă-rĭn´jē-ăl) Con- ...cerning the mouth and pharynx.

**buccopulpal** (bŭk´kō-pŭl´păl) Concerning ...the buccal and pulpal surfaces of a tooth.

**buccoversion** (bŭk´kō-vĕr´zhŭn) [L. *bucca*, ...cheek, + *versio*, turning] A tooth that ...twists in a buccal direction.