# Exhibit 76

Exhibit 76
-846-



Exhibit 76
-847-



Exhibit 76
-848-

# The NEXT GENERATION OF ZIRCONIA IS HERE

- Perfect for patients that grind or lack preparation space for porcelain.

- Production time: 5 days.

- Hand-finished by a ceramist.

- 1,250 MPa flexural strength.

- Precision-milled from medical grade monolithic zirconia.



**KDZ** BRUXER ™   **EXCLUSIVELY FROM** KEATING   *Keating* Dental Arts
*Creating smiles everyday*™

Exhibit 76

-849-



# SOLID ZIRCONIA
## EVOLVED

Don't go anywhere else for full-contour zirconia! Our KDZ Bruxer gives you the strength you need with the esthetics you deserve. Precision-milled and finished by hand, the KDZ Bruxer fits and functions flawlessly.

Our technical advisors will give you all the information you need in order to make your case a complete success

800-433-9833

Exhibit 76

-850-

# IMPROVE YOUR PRACTICE WITH
# KEATING DENTAL ZIRCONIA.

## UNCOMPROMISING ESTHETICS. OUTSTANDING STRENGTH. FLAWLESS FIT



- **KDZ Bruxer**: Precision-milled from medical grade zirconia and hand finished by an expert ceramist. Remarkably esthetic and robust, it's perfect for posterior single units and bridges.

- **KDZ Ultra**: For high esthetic cases, KDZ Ultra is the answer. Hand-layered Noritake porcelain on a brawny KDZ substructure provides precise fit and uncompromising vitality every time.

- **KDZ Max**: The marriage of 2 great materials. We press IPS e.max to our well fitting KDZ framework to provide exceptional strength and beauty.

The switch to all-ceramics is on! Our Keating Dental Zirconia (KDZ) provides a family of crown and bridge options that are indicated for all positions in the arch. Each of these strong, vital and biocompatible restorations are flat priced and will allow you to bring your practice to a new level of esthetics and profitability. *We're into cutting edge crown and bridge! Are you?*



PROUDLY
MADE IN THE
USA



FREE ADJUSTMENT & POLISHING KIT
A $60 value with your first KDZ Bruxer case*

## CALL OR CLICK FOR A PICKUP TODAY
**800.433.9833 | WWW.KEATINGDENTALARTS.COM**



*Keating* Dental Arts
*Creating smiles everyday™*



CELEBRATING TEN YEARS
2002-2012

Exhibit 76
-851-

* Offer cannot be combined with any other offer or promotion. Free adjustment kit available with first KDZ Bruxer case only.

KDA-00851

# When other zirconia can't, KDZ does.

### UNCOMPROMISING ESTHETICS. OUTSTANDING STRENGTH. FLAWLESS FIT.



The full line of Keating Dental Zirconia (KDZ) products are fabricated using FDA approved medical-grade zirconia, and offers something for everyone. Whether you require superior strength for the posterior or a beautiful crown or bridge in the esthetic zone, there's a KDZ restoration that's right for you.

 For high esthetic cases, KDZ Ultra is the answer. Hand-layered Noritake ceramic on a KDZ substructure gives you a precise fit and uncompromising good looks every time.

 Precision-milled from medical grade zirconia and hand finished by an expert ceramist. Remarkably esthetic and robust, it's perfect for posterior single units and bridges.

 IPS e.max ZirPress pressed to a precise KDZ substructure gives you strength & versatility that come together to fit, function, and look beautiful anywhere.



**Shaun Keating, CDT**

My team has leveraged its decades of technical expertise to bring you the best zirconia restorations on the planet. Keating Dental Zirconia is a strong, accurate and beautiful family of products that are a great alternative to metal. We're proud of KDZ and you'll love it, too.



800-433-9833 | keatingdentalarts.com



*Keating* Dental Arts
*Creating smiles everyday*



MENTION THIS AD AND SAVE $50 ON YOUR FIRST KDZ CASE.

Cannot be combined with other offers or discounts. Mention this Dentaltown ad to receive the discount.

Exhibit 76
-852-

KDA-000852



........

# BEAUTY SO STRONG, IT WILL CHANGE YOUR PRACTICE

## THE SUPERIOR KDZ BRUXER

- Hand finished by an expert ceramist

- Uniquely fabricated for enhanced esthetics and depth of color

- Precision-milled from medical grade zirconia on the Roland MDX-540

- You will agree: *"This crown has it all. I didn't think solid zirconia could look this good. Unbeatable strength and a precision fit that rarely needs adjustment."*

   -- Dr. Rick Crossland. Clearwater, Fl

The KDZ Bruxer (Keating Dental Zirconia) is the ideal combination of strength and esthethics for your posterior crowns, bridges and cases with limited occlusal space. The KDZ Bruxer is the most esthethic full-contour zirconia on the market today. You will not find a better looking or stronger alternative to full-cast gold anywhere. Available only at Keating Dental Arts. ***We're into cutting edge crown and bridge! Are you?***





**FREE** ADJUSTMENT & POLISHING KIT
A $60 value with your first KDZ Bruxer case*

## CALL OR CLICK FOR A PICKUP TODAY
### 800.433.9833 | WWW.KEATINGDENTALARTS.COM





* Offer cannot be combined with any other offer or promotion. Free adjustment kit available with first KDZ Bruxer case only.

Exhibit 76
-853-

KDA-000853

# Zirconia evolved.

## UNCOMPROMISING ESTHETICS. OUTSTANDING STRENGTH. FLAWLESS FIT.



## INTRODUCING THE ALL-NEW KDZ BRUXER.
### THE BEST FULL-CONTOUR ZIRCONIA RESTORATIONS AVAILABLE.
### EXCLUSIVELY FROM KEATING DENTAL ARTS.

KDZ Bruxer is the ideal combination of strength and esthetics for your posterior crowns and bridges. Each restoration is precision-milled from medical grade zirconia. It's then uniquely stained for enhanced esthetics and depth of color, before being hand finished by an expert ceramist.

"BEST LOOKING solid zirconia crown out there."

Dr. Roy Davis, Nantucket, MA

WE'RE INTO CROWN AND BRIDGE! ARE YOU?

CALL FOR A PICK-UP TODAY
**800-433-9833**
keatingdentalarts.com

### THE KDZ BRUXER:

• Replaces full-cast gold

• Is perfect for posterior bridges

• Is the esthetic choice



**FREE** ADJUSTMENT & POLISHING KIT
A $60 value with your first KDZ Bruxer case*



2002 – 2012
**CELEBRATING TEN YEARS**

Come See Us At The Chicago Midwinter Meeting! • February 23-25, 2012 • Booth #1503

*Offer cannot be combined with any other offer or promotion. Free adjustment kit available with first KDZ Bruxer case only.

Exhibit 76
-854-

DKA-000854

# Zirconia evolved.

## UNCOMPROMISING ESTHETICS. OUTSTANDING STRENGTH. FLAWLESS FIT.



## INTRODUCING THE ALL-NEW KDZ BRUXER.
### THE BEST FULL-CONTOUR ZIRCONIA SOLUTION AVAILABLE.
### EXCLUSIVELY FROM KEATING DENTAL ARTS.

The all-new KDZ Bruxer is so precise and predictable you can prep and rest assured that the job is done the first time, every time. Precision-milled and finished by hand, it fits and functions flawlessly.

"BEST LOOKING solid zirconia crown out there. The KDZ Bruxer is not just better than gold, these are better looking than some crowns I've received from other labs."

Dr. Roy Davis, Nantucket, MA

### THE KDZ BRUXER:

• Replaces full-cast gold

• Is perfect for posterior bridges

• Is the esthetic choice



**FREE** ADJUSTMENT & POLISHING KIT
A $60 value with your first KDZ Bruxer case*

CALL OR CLICK TODAY
**888-407-6571**
keatingdentalarts.com





Come See Us At ADA Las Vegas!  •  October 10-12, 2011  •  Booth #1929

* Offer cannot be combined with any other offer or promotion. Free adjustment kit available with first KDZ Bruxer case only.

Exhibit 76
-855-

KDA-00855





# Zirconia Evolved.

Keating Takes Full-Contour to the Next Level

**EXCLUSIVELY FROM KEATING DENTAL ARTS**

**KDZ** BRUXER™

"the best looking full-contour zirconia I've ever seen." DR. DAVID HART, GREAT BEND, KS

**FEATURING**
Uncompromising Esthetics
Outstanding Strength
Flawless Fit

Evolve your practice
**855-532-9013**

MADE IN THE U.S.A. WITH PRIDE

A $60 VALUE
FREE ADJUSTMENT & POLISHING KIT
with your first KDZ BruXer case.

Exhibit 76
-856-

# KDZ by Keating Dental Arts

## A New Generation of Zirconia Solutions

## Welcome to KDZ 2.0
### Shaun Keating, CDT



When we redesigned what zirconia could do for dental technology, we relied on our experience; over 1,000 combined years and more than 1 million restorations. In rebuilding KDZ from the ground up, we developed a family of products that are versatile, beautiful, and that make your life easier. We're all proud of Keating Dental Zirconia and I'm pleased to put my name on it. Welcome to the future of zirconia.

## The KDZ Bruxer In Real Life
### What Bruxer Users Have To Say

"This crown has it all. I didn't think solid zirconia could look this good. Unbeatable strength and a precision fit that rarely needs adjustment thanks to CAD/CAM design."

**Dr. Rick Crossland, Clearwater, FL**

"Best looking solid zirconia crown out there. The KDZ Bruxer is not just better than gold, these are better looking than some crowns I've received from other labs."

**Dr. Roy Davis, Nantucket, MA**

"It's easy, versatile, and my patients love the way it looks. It's perfect for patients with heavy occlusion or those that have broken porcelain."

**Dr. Charles Parrish, Llano, TX**

## COME SEE US
AT AGD San Diego!

JULY 28-30, 2011

BOOTH #526

## Meet The Family

The full line of Keating Dental Zirconia products are fabricated using FDA approved medical-grade zirconia, and offers something for everyone. Whether you require strength, versatility, or esthetics, there's a KDZ restoration that's right for the job. This is one family that's sure to become a dynasty.



### KDZ Bruxer

Precision-milled from medical grade zirconia and hand finished by an expert ceramist, the all-new KDZ Bruxer is astounding. Remarkably esthetic and robust, it's perfect for posterior single units and bridges.



### KDZ Max

Two great products combined in perfect harmony. IPS e.max ZirPress pressed to a precice KDZ substructure gives you strength & versatility that come together to fit, function, and look beautiful anywhere.



### KDZ Ultra

In cases that demand only the highest esthetics and exceptional craftsmanship, KDZ Ultra is the answer. Hand-layered Noritake ceramic on a KDZ substructure gives you a precise fit and uncompromising good looks every time.



*Keating* Dental Arts

Exhibit 76
857

CALL OR

855-532-9013

DKA-000858

# When other zirconia can't, KDZ does.

## UNCOMPROMISING ESTHETICS. OUTSTANDING STRENGTH. FLAWLESS FIT.



The full line of Keating Dental Zirconia products are fabricated using FDA approved medical-grade zirconia, and offers something for everyone. Whether you require superior strength for the posterior or a beautiful crown or bridge in the esthetic zone, there's a KDZ restoration that's right for you.



For high esthetic cases, KDZ Ultra is the answer. Hand-layered Noritake ceramic on a KDZ substructure gives you a precise fit and uncompromising good looks every time.



Precision-milled from medical grade zirconia and hand finished by an expert ceramist. Remarkably esthetic and robust, it's perfect for posterior single units and bridges.



IPS e.max ZirPress pressed to a precise KDZ substructure gives you strength & versatility that come together to fit, function, and look beautiful anywhere.



### Shaun Keating, CDT

We've devoted our decades of expertise to providing the best zirconia restorations on the market today. Keating Dental Zirconia (KDZ) is a constantly evolving, versatile and beautiful family of products that make your life better. We're all proud of KDZ and I'm pleased to put my name on it. Welcome to the future of zirconia.



800-433-9833 | keatingdentalarts.com



### MENTION THIS AD AND SAVE $50 ON YOUR FIRST KDZ CASE.

Cannot be combined with other offers or discounts. Mention this Compendium ad to receive the discount.

Exhibit 76

# IMPROVE YOUR PRACTICE WITH
# KEATING DENTAL ZIRCONIA.

## UNCOMPROMISING ESTHETICS. OUTSTANDING STRENGTH. FLAWLESS FIT



- **KDZ Bruxe**r: Precision-milled from medical grade zirconia and hand finished by an expert ceramist. Remarkably esthetic and robust, it's perfect for posterior single units and bridges.

- **KDZ Ultra**: For high esthetic cases, KDZ Ultra is the answer. Hand-layered Noritake porcelain on a brawny KDZ substructure provides precise fit and uncompromising vitality every time.

- **KDZ Max**: The marriage of 2 great materials. We press IPS e.max to our well fitting KDZ framework to provide exceptional strength and beauty.

The switch to all-ceramics is on! Our Keating Dental Zirconia (KDZ) provides a family of crown and bridge options that are indicated for all positions in the arch. Each of these strong, vital and biocompatible restorations are flat priced and will allow you to bring your practice to a new level of esthetics and profitability. *We're into cutting edge crown and bridge! Are you?*



**FREE** ADJUSTMENT & POLISHING KIT

A $60 value with your first KDZ Bruxer case*



PROUDLY
MADE IN THE
USA

## CALL OR CLICK FOR A PICKUP TODAY
**800.433.9833 | WWW.KEATINGDENTALARTS.COM**



*Keating* Dental Arts
*Creating smiles everyday*™



CELEBRATING TEN YEARS
2002-2012

Exhibit 76
-859-
* Offer cannot be combined with any other offer or promotion. Free adjustment kit available with first KDZ Bruxer case only.
KDA-00859



# SOLID ZIRCONIA
## EVOLVED

Don't go anywhere else for full-contour zirconia! Our KDZ Bruxer gives you the strength you need with the esthetics you deserve. Precision-milled and finished by hand, the KDZ Bruxer fits and functions flawlessly.

Our technical advisors will give you all the information you need in order to make your case a complete success

800-433-9833

Exhibit 76
-860-

KDA-000861

# The
# NEXT GENERATION
## OF ZIRCONIA IS HERE

- Perfect for patients that grind or lack preparation space for porcelain.

- Production time: 5 days.

- Hand-finished by a ceramist.

- 1,250 MPa flexural strength.

- Precision-milled from medical grade monolithic zirconia.



**EXCLUSIVELY FROM** *KEATING* *Keating* Dental Arts
*Creating smiles everyday*

Exhibit 76
-861-



Exhibit 76
-862-

The KDZ Bruxer (Keating Dental
strength and esthetics for your
posterior crowns, bridges and cases
with limited occlusal space. The KDZ
Bruxer is the most esthetic full-contour
zirconia on the market today. You will
not find a better looking or stronger
alternative to full-cast gold anywhere.
Available only at Keating Dental Arts.

**We're into cutting edge crown and
bridge! Are you?**

- Hand finished by an expert ceramist
  and depth of color

- Precision-milled from medical grade zirconia
  on the Roland MDX-540

- You'll agree: "This crown has it all. I didn't think
  solid zirconia could look this good.
  Unbeatable strength and a precision fit that rare
  needs adjustment."
  -- Dr. Rick Crossland. Clearwater, Fl





# CALL OR CLICK FOR
# A PICK-UP TODAY
**800.433.9833**
**www.keatingdentalarts.com**

KDA-00867

Exhibit 76
-863-

KDA-000868

# The
# NEXT GENERATION
## OF ZIRCONIA IS HERE

- Perfect for patients that grind or lack preparation space for porcelain.

- Production time: 5 days.

- Hand-finished by a ceramist.

- 1,250 MPa flexural strength.

- Precision-milled from medical grade monolithic zirconia.

THE ALL-NEW **KDZ** BRUXER™ EXCLUSIVELY FROM *Keating* Dental Arts *Creating smiles everyday* CELEBRATING TEN YEARS 2002–2012

FREE POLISHING KIT with your first KDZ Bruxer case $60 VALUE!

**CALL OR CLICK TODAY** WE ARE INTO CUTTING EDGE CROWN AND BRIDGE! ARE YOU?

**CALL** 800-433-9833 **CLICK** keatingdentalarts.com

Offer valid for first KDZ Bruxer case only and cannot be combined with other offers or discounts. This card must be included with case to receive polishing kit.

Exhibit 76
-864-



KDA-000869

Exhibit 76
-865-

Kdz Bruxer, Ultra, and Max

 

Home    Events    Lab Products    About    Resources    Contact Us





ALL-CERAMIC

   e max

   Empress

KDZ® ZIRCONIA

PFM | CAST GOLD

COSMETIC

REMOVABLES

IMPLANTS

### KDZ Family

**5-Day Turnaround**

KDZ means versatility. Precise, beautiful, and metal-free. No matter the case, there's a KDZ product that's just right for the job. You get strength, high esthetics, and great value every time. It's a no-compromise blend of technology and artistry that's sure to leave you and your patients extremely satisfied.

\* Cannot be combined with any other offer.

### KDZ BRUXER



Zirconia evolved. The research and development team at Keating Dental Arts is proud to introduce the newest member to the KDZ family; the KDZ Bruxer. Precision-milled from medical grade zirconia and hand-finished by an expert ceramist, it's the most esthetic full-contour zirconia restoration on the market today. Perfect for posterior crowns and bridges, you won't find a better looking, stronger, alternative to full-cast gold anywhere but Keating Dental Arts.

### KDZ ULTRA



Only the best. When a case demands the finest craftsmanship and highest esthetics, look no further than KDZ Ultra. Hand-layered Noritake CZR porcelain gives you radiant, natural beauty and it's CAD/CAM milled KDZ substructure means that fit is precise and predictable. KDZ Ultra is a no-holds-barred, best-of-the-best restoration that will help you achieve the "wow factor" your patients crave.

### KDZ MAX



Perfect harmony. We've combined two outstanding products with impressive results. IPS e.max ZirPress pressed to a precise CAD/CAM milled KDZ substructure gives you strength and versatility that come together to fit, function, and look beautiful anywhere.

**We Appreciate Your Business**

Everyone at Keating Dental Arts wishes to extend a sincere thanks to our customers for their continued patronage and welcome new dentists.

**Address:**
Keating Dental Arts
16881 Hale Ave.
Irvine, CA 92606

**Main Phone:**
1.800.433.9833

Schedule A Pick-Up
Request Free Shipping Supplies
Get Keating Lab Rx Form Online

### Keating's USA Dental Lab Delivers Your Cases On-Time

From simple single unit crowns and inlays to full mouth rehabilitation cases - Keating Dental Arts'™ work "shines". Keating's dental lab is nationally known as one the best dental labs when comparing large and local boutique labs and everything in between. Unlike other laboratories, we offer dentists personalized services from the tip of Maine down to New York and Pennsylvania. Our midwest doctors in Michigan and Wisconsin or down south in Tennessee, Florida and Georgia rely on us daily. Keating doctors in Texas,

## Kdz Bruxer, Ultra, and Max

Louisiana and over to North or South Carolina receive expertly crafted dental lab restorations. Ask our doctors in Arizona and Nevada about our high-quality lab services. Join doctors of dentistry in Washington, Oregon, Utah and Colorodo who benefit partnering with Keating. California dentists in San Diego, Los Angeles, Ventura or San Francisco and San Jose choose Keating over other dental labs. Additionally, dentistry professionals nationwide in cities including Houston, Chicago, New York, Philadelphia and Boston receive Keating restorations on-time.

| Professional Resources.. | Dental Lab News.. | Leading Edge.. | Quick Links.. |
|---|---|---|---|
| American Dental Association | Inside Dentistry: *Keating Interview* | Digital Impressions | Continuing Education |
| National Association Dental Laboratories | Dental Lab Products: *Argenco* Y+ | Delineator | Industry Related |
| California Dental Association | Laboratory Videos | KDZ™ Family of Products | Tradeshows for Dental Labs |

DENTAL LABORATORY   PORCELAIN / FOIL VENEERS   ZIRCONIA RESTORATIONS   DENTAL IMPLANTS   SITEMAP

IRVINE, CALIFORNIA DENTAL LAB. ©KEATINGDENTALARTS.COM. COPYRIGHT 2012. ALL RIGHTS RESERVED.