# Exhibit 79

Exhibit 79
-960-

# Trademark Research Report

THOMSON COMPUMARK

**Mark Searched:**   BRUXZIR

**Client Name:**   KNOBBE MARTENS OLSON & BEAR LLP
**Attention:**   **TAKEKO YOSHIOKA-MOUA**

**Type Of Search:**   U.S. Full Search

**Your File:**   **KDENTL.001L**
**Our File:**   221922911
Date Completed:   October 11, 2012
Date Received:   October 11, 2012

## Goods/Services:

DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES

This Search or Watch report is valid only for the mark, goods, property and/or title that were the subject of this report. If the subject of the report changes even slightly a new search should be performed or a new watch ordered. This report in no way constitutes a legal opinion. Thomson CompuMark has taken all reasonable steps to ensure the completeness, accuracy and timeliness of this report; however, for various reasons, including but not limited to, the subjective nature of intellectual property research, the possibility of incomplete and inaccurate data provided by other data sources, and (where applicable) the general dynamic and unstructured nature of the Worldwide Web, Thomson CompuMark cannot warrant that this report is complete or error free. THEREFORE, THOMSON COMPUMARK AND ITS AFFILIATES, AGENTS, LICENSORS AND THIRD PARTY PROVIDERS HEREBY DISCLAIM ALL REPRESENTATIONS AND WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, WITH REGARD TO ITS PRODUCTS AND SERVICES, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. IN NO EVENT WILL THOMSON COMPUMARK OR ITS AFFILIATES, AGENTS, LICENSORS OR THIRD PARTY PROVIDERS BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, EVEN IF ADVISED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. **ANY LIABILITY ARISING OUT OF THE PREPARATION OF THIS REPORT IS LIMITED TO A REFUND OF THE FEE PAID. ACCEPTANCE OF THIS REPORT CONSTITUTES AN ACCEPTANCE OF THE AFORESAID TERMS, CONDITIONS AND LIMITATIONS.**

Thomson CompuMark, 500 Victory Road, North Quincy, MA 02171-3145
Telephone (800) 692-8833 • Fax (617) 786-8273 (800) 543-1983



Exhibit 79
-961-

KDA-003561

This page was intentionally left blank.

Search: 221922911

Exhibit 79
-962-

KDA-003562

# Table of Contents

**Report Summary**

    Report Graph .......................................................................................5

**USPTO Trademark Report**

    USPTO Summary ..................................................................................7

    Analyst Review ...................................................................................14

    USPTO Citations ................................................................................20

**State Trademark Report**

    State Summary .................................................................................235

    Analyst Review .................................................................................236

    State Citations .................................................................................237

**Web Common Law**

    Analyst Review .................................................................................239

    Web Common Law Summary ...............................................................241

    Web Common Law Citations ...............................................................242

**Common Law Database Report**

    Common Law Database Summary .......................................................245

    Analyst Review .................................................................................247

    Common Law Database Citations ........................................................248

**Common Law Business Name Report**

    Common Law Business Name Summary ...............................................255

    Analyst Review .................................................................................256

    Common Law Business Name Citations ................................................258

**Online Database Report**

    Online Database Citations ..................................................................259

**Internet Domain Name Report**

    Internet Domain Name Summary .........................................................261

    Analyst Review .................................................................................263

    Internet Domain Name Citations .........................................................265

**References**

    Common Law References ...................................................................302

    Shepard's Citations ..........................................................................303

**Reported Owner Index**

    Reported Owner Index .......................................................................305

Mark Searched: BRUXZIR

Search: 221922911

Page: 3

Exhibit 79

-963-

KDA-003563


This page was intentionally left blank.

# Report Graph & Table



|  | USPTO | State | Common Law Database | Business Name | Domain Name |
|---|---|---|---|---|---|
| **Group 1** | 2 | 0 | 0 | 0 | 6 |
| **Group 2** | 0 | 0 | 0 | 0 | 2 |
| **Group 3** | 0 | 0 | 0 | 0 | 10 |
| **Group 4** | 109 | 2 | 14 | 0 | 0 |
| **Group 5** | 0 | 0 | 5 | 1 | 0 |
| **Totals** | 111 | 2 | 19 | 1 | 18 |

\* Common Law Database citations that make up the report table and graph do not include Pharmaceutical Common Law citations.

Mark Searched: BRUXZIR

Analyst: STEVE DOYLE

Report Graph Page: 5

Exhibit 79
-965-

KDA-003565

This page was intentionally left blank.

**Search: 221922911**                    **Analyst: STEVE DOYLE**                    **Page: 6**

Exhibit 79
-966-

KDA-003566

**BRUXZIR**

## USPTO Summary Page

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|---------------|------|--------------------|
| | | | **GROUP ONE** | | | |
| 1. BRUXZIR | | | | | | |
| TTAB Published | 5 | | JAMES R. GLIDEWELL DENTAL CERA MICS INC. | 85−332,886 | 20 | ☐ |
| 2. BRUXZIR | | | | | | |
| TTAB Registered | 10 | | JAMES R. GLIDEWELL, DENTAL CER AMIC, INC. | 77−761,757 | 22 | ☐ |
| | | | **GROUP TWO** | | | |
| | | | **No Group Two Matches** | | | |
| | | | **GROUP THREE** | | | |
| | | | **No Group Three Matches** | | | |
| | | | **GROUP FOUR** | | | |
| 3. BRUXCURE | | | | | | |
| | Registered | 10 | HORIAN, RICHARD | 77−847,117 | 25 | ☐ |
| 4. BRUX−EZE | | | | | | |
| | Renewed | 10 | SENTAGE CORPORATION | 75−931,489 | 26 | ☐ |
| 5. DR. BRUX | | | | | | |
| TTAB Registered | 10 | | QUATTROTI DENTECH S.R.L. | 77−190,356 | 27 | ☐ |
| 6. GPS BRUX ART | | | | | | |
| | Pending | 40 | PERRICONE, GAIL | 85−490,324 | 30 | ☐ |
| 7. BRUXCARE | | | | | | |
| | Cancelled | 10 | BRUXCARE L.L.C. | 75−645,104 | 31 | ☐ |
| 8. BRUX−INDICATOR | | | | | | |
| | Abandoned | 44 | EMPIRE CONCEPTS INC. | 77−047,447 | 32 | ☐ |
| 9. BRUX BUSTER CUSTOM NIGHT GUARD | | | | | | |
| | Abandoned | 10 | FORCEFIELD MOUTHGUARDS | 85−341,369 | 33 | ☐ |
| 10. BRUXGUARD | | | | | | |
| | Renewed | 10 | MEDTECH PRODUCTS, INC. | 75−284,579 | 35 | ☐ |
| 11. BRUXTHETIX | | | | | | |
| | Pending | 10 | SUMMERS, ROBERT | 85−636,140 | 40 | ☐ |
| 12. BRUX−CHECKER | | | | | | |
| | Registered | 10 | SCHEU−DENTAL GMBH | 77−810,993 | 41 | ☐ |
| 13. BRUX XXX | | | | | | |
| | Registered | 10 | QUATTROTI DENTECH S.R.L. | 85−064,148 | 43 | ☐ |

KDA-003567

**BRUXZIR**

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|---------------|------|--------------------|
| 14. BRUXOMETER | Abandoned | 10 | MULLEN JR, PERRY WESLEY | 85-188,653 | 45 | ☐ |
| 15. KDZ BRUXER | TTAB Published | 10 | KEATING DENTAL ARTS, INC. | 85-287,029 | 46 | ☐ |
| 16. BRUXTON | Renewed | 10 | BRUXTON CORPORATION | 75-635,946 | 48 | ☐ |
| 17. BRUXAP | Registered | 44 | BETTER SUNRISE CORPORATION | 85-092,819 | 49 | ☐ |
| 18. BRUXQUICKSPLINT | Abandoned | 10 | BRADLEY A. ELI DENTAL CORPORATION | 85-114,142 | 50 | ☐ |
| 19. BREMZIR | Registered | 5 | ASTRAZENECA AB | 77-020,725 | 51 | ☐ |
| 20. BRUXITE | Registered | 6, 7 | OLOFSFORS AB | 77-966,403 | 53 | ☐ |
| 21. BRIXTON | Renewed | 10 | FILMTECH INC. | 74-366,596 | 55 | ☐ |
| 22. BREXIN | Expired | 5 | BYK-GULDEN, INC. | 72-373,851 | 57 | ☐ |
| 23. BLEXIR | Registered | 5 | ASTRAZENECA AB | 78-506,830 | 60 | ☐ |
| 24. BRAX | Registered | Multi | LEINEWEBER GMBH & CO. KG | 79-024,754 | 62 | ☐ |
| 25. BRUCKER BIOFEEDBACK METHOD | Registered | 44 | GUGEL, RITA NACKEN | 85-067,478 | 64 | ☐ |
| 26. BRAZOR | Published | 3 | KOTELOV, PAUL | 77-762,141 | 65 | ☐ |
| 27. BRONZZER | Renewed | 3 | MARKWINS BEAUTY PRODUCTS, INC. | 74-365,692 | 66 | ☐ |
| 28. BERAXUR | Registered | 5 | MERZ PHARMA GMBH & CO. KGAA | 78-958,665 | 69 | ☐ |
| 29. BRUNEIHALAL | Published | Multi | BRUNEI WAFIRAH HOLDINGS SDN. BHD. | 85-102,918 | 71 | ☐ |
| 30. BRUNOFRISONI | Registered | 3 | BOW B.V. | 79-006,768 | 74 | ☐ |
| 31. BRUNELLO CUCINELLI | TTAB Registered | Multi | BRUNELLO CUCINELLI S.P.A. | 79-076,627 | 76 | ☐ |
| 32. FRAC LORD BRUMMELL | Registered | 3 | INTERCOSMA WEST S.A.S | 79-064,575 | 79 | ☐ |

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 33. BRUCITIC MARBLE | | | | | | |
| | Abandoned | Multi | ACM−TEXAS, LLC | 77−368,398 | 81 | ☐ |
| 34. BEAU BRUMMELL | | | | | | |
| | TTAB Cancelled | 3 | DUYMUS, FAHRIYE | 71−486,451 | 82 | ☐ |
| 35. BRUMISATEUR | | | | | | |
| | Renewed | 3 | SARBEC DEVELOPPEMENT | 73−235,862 | 95 | ☐ |
| 36. BRUDER | | | | | | |
| | Renewed | 10 | BRUDER HEALTHCARE COMPANY | 74−463,966 | 97 | ☐ |
| 37. BRUMISATEUR | | | | | | |
| | Renewed | 5 | SARBEC DEVELOPPEMENT | 73−246,372 | 99 | ☐ |
| 38. BRUDER | | | | | | |
| | Renewed | 10 | BRUDER SURGICAL INSTRUMENTS, INC. | 74−405,180 | 101 | ☐ |
| 39. PROZYR | | | | | | |
| | Cancelled | 1, 10 | CERAMIQUES TECHNIQUES DESMA RQUEST | 73−592,541 | 103 | ☐ |
| 40. BAXAVER | | | | | | |
| | Pending | 10 | EMANUELE LOPOPOLO | 79−103,916 | 105 | ☐ |
| 41. THE BRUCKER BIOFEEDBACK CENTER | | | | | | |
| | Abandoned | 42, 44 | MIAMI JEWISH HOME & HOSPITAL FOR THE AGED, INC. | 85−416,495 | 107 | ☐ |
| 42. BROXO | | | | | | |
| | TTAB Renewed | 10, 21 | ADANCED RESPONSE CORPORATION | 74−155,949 | 108 | ☐ |
| 43. BREXIDOL | | | | | | |
| | Renewed | 5 | CHIESI FARMACEUTICI S.P.A. | 73−816,943 | 110 | ☐ |
| 44. BREZERIS | | | | | | |
| | Published | 5 | NOVARTIS AG | 85−517,788 | 112 | ☐ |
| 45. BRIXELTA | | | | | | |
| | Registered | 5 | UCB PHARMA S.A. | 79−070,972 | 114 | ☐ |
| 46. BRAXLA | | | | | | |
| | Abandoned | 5 | HUMAN GENOME SCIENCES, INC. | 77−299,760 | 116 | ☐ |
| 47. BRUKER | | | | | | |
| | Renewed | 9 | BRUKER−PHYSIK AG | 73−159,013 | 117 | ☐ |
| 48. BRUKER MEDSPEC | | | | | | |
| | Renewed | 10 | BRUKER MEDICAL GMBH | 74−202,475 | 119 | ☐ |
| 49. ZIR−LOCK | | | | | | |
| | Published | 10 | EZ−PEDO, INC. | 85−283,472 | 121 | ☐ |
| 50. HELIQSIR | | | | | | |
| | Registered | 3 | SOCIéTé ANONYME DE; SAVONNER IE ET DE ... | 79−029,396 | 122 | ☐ |
| 51. EX−SIR SANITIZER | | | | | | |
| | Abandoned | 3, 5, 32 | KÜKRE GIDA VE IHTIYAC MADDELER I; NAKLIYAT VE ... | 79−081,432 | 124 | ☐ |

BRUXZIR

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|---------------|------|--------------------|
| 52. BEELIXIR | | | | | | |
| | Registered | 5 | FERRIS, JAMES S. | 77–224,080 | 126 | ☐ |
| 53. ZIRBLOCK | | | | | | |
| | Abandoned | 5 | KALLA, RADOSLAV | 77–015,338 | 128 | ☐ |
| 54. ZIR/MAX | | | | | | |
| | Abandoned | 10 | BURBANK DENTAL LABORATORY, INC. | 76–705,111 | 129 | ☐ |
| 55. ZIR–TECH | | | | | | |
| | Registered | 10 | DISTINCTIVE DENTAL STUDIO, LTD. | 78–346,906 | 130 | ☐ |
| 56. LUXOR | | | | | | |
| | Registered | 10 | STRYKER SPINE | 78–675,501 | 131 | ☐ |
| 57. BARXV | | | | | | |
| | Registered | Multi | RINKINC, LLC | 78–230,322 | 133 | ☐ |
| 58. BIOXIRA | | | | | | |
| | Registered | 3 | IT WORKS MARKETING, INC. | 78–804,229 | 136 | ☐ |
| 59. BREKSEEZ | | | | | | |
| | Published | 5 | UPSHER–SMITH LABORATORIES, INC. | 85–437,212 | 137 | ☐ |
| 60. BREKSEZA | | | | | | |
| | Published | 5 | UPSHER–SMITH LABORATORIES, INC. | 85–437,210 | 138 | ☐ |
| 61. BREKSEZE | | | | | | |
| | Published | 5 | UPSHER–SMITH LABORATORIES, INC. | 85–437,211 | 140 | ☐ |
| 62. DURO–ZIR | | | | | | |
| | Published | 10 | AURUM CERAMIC DENTAL LABORATORIES LTD. | 85–425,953 | 142 | ☐ |
| 63. BREZILIZER | | | | | | |
| | Published | 5, 10 | NOVARTIS AG | 85–032,883 | 143 | ☐ |
| 64. DENZIR | | | | | | |
| | Registered | 3, 5, 10 | CAD. ESTHETICS AB | 78–775,844 | 145 | ☐ |
| 65. FLUXSERO | | | | | | |
| | Registered | 5 | NOVARTIS AG | 79–092,342 | 147 | ☐ |
| 66. UXR | | | | | | |
| | Renewed | 10 | X–RAY MARKETING ASSOCIATES, INC. | 73–791,477 | 149 | ☐ |
| 67. EXSAR | | | | | | |
| | Registered | 42 | EXSAR CORPORATION | 76–462,460 | 150 | ☐ |
| 68. DIAZIR | | | | | | |
| | Pending | 5, 10 | ARDENT, INC. | 85–605,305 | 151 | ☐ |
| 69. BREZILIZER | | | | | | |
| | Abandoned | 5, 10 | NOVARTIS AG | 78–947,115 | 153 | ☐ |
| 70. ZIRCORE INSIDE | | | | | | |
| | [TTAB] Registered | 10 | SAGER, R. DAVID | 78–532,728 | 155 | ☐ |

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|---------------|------|-----|
| 71. ZIRLUX | Registered | 10 | HS TM, LLC | 85-213,745 | 157 | ☐ |
| 72. ZIRIUM9 | Registered | 10 | DTI DENTAL TECHNOLOGIES INC. | 77-414,130 | 158 | ☐ |
| 73. ZIRCAD | Registered | 5 | IVOCLAR VIVADENT, INC. | 78-782,524 | 159 | ☐ |
| 74. ZIRCAM PLUS | Pending | 10 | PITTMAN DENTAL LABORATORY | 85-484,536 | 161 | ☐ |
| 75. ZIRART | Abandoned | 10 | APPOLLONIA LLC | 77-807,353 | 162 | ☐ |
| 76. ZIRCAD | Registered | 5, 10 | IVOCLAR VIVADENT, INC. | 78-969,277 | 163 | ☐ |
| 77. ZIRKONZAHN | Registered | Multi | ZIRKONZAHN GMBH | 79-094,517 | 165 | ☐ |
| 78. ZIRCATE | Renewed | 3 | DENTSPLY INTERNATIONAL INC. | 72-210,860 | 168 | ☐ |
| 79. ZIREAL | Registered | 10 | BIOMET 3I, LLC | 78-524,960 | 171 | ☐ |
| 80. ZIRALDENT | Registered | 1, 5, 10 | METOXIT AG | 79-033,415 | 174 | ☐ |
| 81. ZIRCULES | Registered | 5 | CLINICIAN'S CHOICE DENTAL PROD UCTS INC. | 85-300,574 | 176 | ☐ |
| 82. ZIRTOUGH | Pending | 5 | KURARAY CO, LTD. | 85-624,746 | 177 | ☐ |
| 83. ZIRPRIME | Published | 5 | NORITAKE CO., LIMITED | 77-861,534 | 179 | ☐ |
| 84. ZIRPRESS | Registered | 5 | IVOCLAR VIVADENT, INC. | 77-044,180 | 181 | ☐ |
| 85. ZIROX | ⊞⊞ Registered | 5, 10 | WIELAND DENTAL + TECHNIK GMBH & CO. KG | 79-017,648 | 183 | ☐ |
| 86. ZIRCORE | Registered | 10 | SAGER, R. DAVID | 78-475,846 | 185 | ☐ |
| 87. ZIRCAPORE | Registered | 1, 10 | METOXIT AG | 79-045,820 | 187 | ☐ |
| 88. ZIRGANIC | Registered | 5 | IDRISS MOBARARK INC | 85-225,084 | 189 | ☐ |
| 89. ZIRCOR | Abandoned | 10 | SAGER, DAVID R. | 78-475,876 | 190 | ☐ |

BRUXZIR

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|---------------|------|--------------------|
| 90. ZIRKOR | Abandoned | 10 | SAGER, DAVID R. | 78−475,892 | 192 | ☐ |
| 91. BALRUXA | Published | 5 | INCYTE CORPORATION | 77−862,856 | 194 | ☐ |
| 92. ZIRDESIGN | Registered | 10 | ASTRA TECH AKTIEBOLAG | 78−566,554 | 195 | ☐ |
| 93. ZIRFIT | Published | 10 | CALIFORNIA DENTAL ARTS, LLC | 85−573,590 | 197 | ☐ |
| 94. PLAYZIR | Registered | 5, 9, 10 | SUDIMPLANT | 79−083,346 | 198 | ☐ |
| 95. ZIRCONNECT | Registered | 10 | SUDIMPLANT | 79−042,062 | 200 | ☐ |
| 96. PUREZIR | Abandoned | 10 | DURA−METRICS | 77−873,805 | 202 | ☐ |
| 97. ZIR−CUT | Registered | 10 | KERR CORPORATION | 77−923,650 | 203 | ☐ |
| 98. SAXIZIR | Pending | 5 | SANOFI | 85−646,264 | 205 | ☐ |
| 99. SIROLUX | Renewed | 10 | SIRONA DENTAL SYSTEMS GMBH | 73−684,071 | 207 | ☐ |
| 100. BEXXAR TTAB | Renewed | 5 | GLAXOSMITHKLINE LLC | 75−260,610 | 209 | ☐ |
| 101. BEXXAR TTAB | Registered | 5 | GLAXOSMITHKLINE LLC | 76−175,390 | 212 | ☐ |
| 102. BREEZERS | Registered | 5 | FIRST QUALITY PRODUCTS, INC. | 78−330,038 | 215 | ☐ |
| 103. KULZER: | Cancelled | Multi | HERAEUS KULZER GMBH | 73−794,953 | 219 | ☐ |
| 104. BALAXUR | Registered | 5 | MERZ PHARMA GMBH & CO. KGAA | 78−958,658 | 222 | ☐ |
| 105. ZIRCALUX | Cancelled | 5 | IMPERIAL CHEMICAL INDUSTRIES PLC | 73−754,591 | 224 | ☐ |
| 106. BREEZERS TTAB | Registered | 3, 21 | INNOVATION AND DESIGN, INC. | 76−552,430 | 225 | ☐ |
| 107. ROXXIRE | Published | 5 | BAYER AKTIENGESELLSCHAFT | 85−275,796 | 227 | ☐ |
| 108. STRUCSURE | Registered | 10 | SMITH & NEPHEW, INC. | 85−360,188 | 228 | ☐ |

**BRUXZIR**

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|---------------|------|--------------------|
| 109. BEXERO | | | | | | |
| | Registered | 5 | NOVARTIS AG | 85−221,519 | 229 | ☐ |
| 110. GLUXPER | | | | | | |
| | Abandoned | 5 | BRISTOL−MYERS SQUIBB COMPANY | 78−709,662 | 231 | ☐ |
| 111. LUXAR | | | | | | |
| | Abandoned | 10 | LUXARCARE LLC | 78−363,836 | 232 | ☐ |

## GROUP FIVE

**No Group Five Matches**

Exhibit 79
-973-

KDA-003573

**BRUXZIR**

# ANALYST REVIEW – USPTO REPORT

### Search Information

Type of Search: **U.S. Full Search**
Mark: **BRUXZIR**
Goods/Services: **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

### Data Information

This search report includes information from the USPTO Official Gazette published on **10/09/2012** and pending applications filed through **10/05/2012**. The pending applications are received from the U.S. Patent and Trademark Office and are updated to our database as they are made available.

Our database includes active USPTO text records dating from **1884** to present.

All queries in the Search Strategy below have been applied to all active applications and registrations in our database, as well as inactive USPTO applications and registrations from 01/01/2007 to the present. Inactive USPTO applications and registrations from 01/01/1984 – 01/01/2007 were searched for identical trademarks.

### Last Reported Owner

"Last Reported Owner" is our best determination of the owner of a trademark, based on a programmatic analysis of USPTO trademark records and any assignment transactions associated with the trademark. In determining "Last Reported Owner", we exclude recorded documents representing security interests, liens and other transactions which ordinarily do not result in a change of ownership.

### Owner Matching

The Owner Matching feature is an index within the trademark record showing citations within the report with the same owner. Owner Matching is an alphabetical. word for word match. Inconsistencies in the data coming from providers (i.e., USPTO, State, etc.) may impact results.

### Global Filings 

A Global Filings flag indicates how often owners of cited USPTO trademarks have filed for protection of the cited marks outside the United States. We compare the owner and trademark, as listed in our proprietary USPTO database, to our worldwide trademark databases. The worldwide trademark databases include first publications since January 1, 1976. (For China, only trademarks published since January 1, 1986 are included). In most of the over 200 countries, first publications are new applications published in the Official Gazettes for opposition purposes.

Please Note: Global Filings provides an indication of international trademark filings, but should be considered advisory information only, due to possible inconsistencies in the data and the update frequency of trademark records provided by international trademark offices. Furthermore, the documentation does not include renewals or indications about the subsequent fate of the applications retrieved, such as registrations, rejections, withdrawals, amendments and partial cancellations. For additional information, please refer to the electronic version of this search report, accessible through your SAEGIS™ Inbox.

### Earliest Date in Record

The Earliest Date in Record is an added field derived from a programmatic review of all available fields within a given record to estimate the earliest date by which the trademark can claim protection. Fields reviewed can include the Date Filed and First Use Dates for both U.S. and international protection. Please note that not all records with a status of MISASSIGNED will be included, as many of these records do not contain dates. This field is designed to be a helpful reference tool only; further research may be required to determine the mark's priority rights.

### Analyst Information

Name: **STEVE DOYLE**
Comments: **These queries, listed below, retrieved 1807 potential references from the database.**

Exhibit 79
-974-
KDA-003574

**BRUXZIR**

Analyst Information

**After careful review and analysis, I have selected <u>111</u> records for your review.**

**THERE ARE ADDITIONAL ″ZIR″ FORMATIVES FOR DENTAL AND OTHER RELATED GOODS.**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK GOODS PREFIX | BRUXZ(I,Y)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 2 |
| 2. | EXACT MARK GOODS PREFIX | THEBRUXZ(I,Y)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 3. | EXACT MARK | BRUXZ(I,Y)R | 42,44,3,21,5,10,1,9,40 | 0 |
| 4. | EXACT MARK | THEBRUXZ(I,Y)R | 42,44,3,21,5,10,1,9,40 | 0 |
| 5. | EXACT MARK | BRUXZ(I,Y)R | ALL CLASSES | 0 |
| 6. | EXACT MARK | THEBRUXZ(I,Y)R | ALL CLASSES | 0 |
| 7. | EXACT MARK | BRU(X,XX)(S,C,X,Z)(I,U,Y, E)R | ALL CLASSES | 0 |
| 8. | EXACT MARK | BRU(X,XX)(S,C,X,Z)(I,U,Y, E)RE | ALL CLASSES | 1 |
| 9. | WORD | BRU(X,XX)(S,C,X,Z)(I,U,Y, E)RE | ALL CLASSES | 0 |
| 10. | WORD | BRU(X,XX)(S,C,X,Z)(I,U,Y, E)R | ALL CLASSES | 0 |
| 11. | EXACT MARK | BRU(K,C,CK,Q)(S,C,X,Z)(I,U, Y,E)R | ALL CLASSES | 0 |
| 12. | WORD | BRU(K,C,CK,Q)(S,C,X,Z)(I,U, Y,E)R | ALL CLASSES | 0 |
| 13. | EXACT MARK | BRU(K,C,CK,Q)S(S,C,X,Z)(I, U,Y,E)R | ALL CLASSES | 0 |
| 14. | WORD | BRU(K,C,CK,Q)S(S,C,X,Z)(I, U,Y,E)R | ALL CLASSES | 0 |
| 15. | PREFIX GOODS PREFIX | BRUXZ(I,Y)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 16. | LETTERSTRING GOODS PREFIX | BRUXZ(I,Y)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 17. | WORD | BRUXZ(I,Y)R | 42,44,3,21,5,10 | 0 |

Exhibit 79
-975-

KDA-003575

**BRUXZIR**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 18. | PREFIX | BRUXZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 19. | LETTERSTRING | BRUXZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 20. | WORD | BRUXZ(I,Y)R | ALL CLASSES | 0 |
| 21. | PREFIX | BRUXZ(I,Y)R | ALL CLASSES | 0 |
| 22. | PREFIX LETTERSTRING | BRU <and> XZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 23. | LETTERSTRING LETTERSTRING | BRU <and> XZ(I,Y) | 42,44,3,21,5,10 | 0 |
| 24. | LETTERSTRING LETTERSTRING | BRU <and> Z(I,Y)R | 42,44,3,21,5,10 | 0 |
| 25. | LETTERSTRING LETTERSTRING | BRU(K,C,X,Q) <and> (Z,X)(I,Y,U)R | 42,44,3,21,5,10 | 0 |
| 26. | LETTERSTRING LETTERSTRING | BRU(K,C,X,Q) <and> (Z,X)(I,Y,U)R | ALL CLASSES | 0 |
| 27. | PREFIX | BRUXZ(I,Y) | 42,44,3,21,5,10 | 0 |
| 28. | PREFIX | BRU(X,XX)(X,Z) | 42,44,3,21,5,10 | 1 |
| 29. | PREFIX | BRU(X,XX)(S,C) | 42,44,3,21,5,10 | 2 |
| 30. | WORD | BRUX(0−5 characters) | 42,44,3,21,5,10 | 11 |
| 31. | PREFIX | BRUX | 42,44,3,21,5,10 | 2 |
| 32. | WORD | BRU(0−4 characters)R | 42,44,3,21,5,10 | 38 |
| 33. | SUFFIX | RUXZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 34. | SUFFIX | UXZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 35. | PREFIX SUFFIX | B <and> XZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 36. | WORD | (0−3 characters)XZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 37. | SUFFIX | XZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 38. | SUFFIX | (K,C,X,Q)(Z,X)(I,Y)R | 42,44,3,21,5,10 | 0 |
| 39. | SUFFIX | (K,C,X,Q)(Z,X)(I,Y)RE | 42,44,3,21,5,10 | 1 |
| 40. | SUFFIX | (K,C,X,Q)(S,C)(I,Y)R | 42,44,3,21,5,10 | 3 |
| 41. | SUFFIX | (K,C,X,Q)(Z,X)(E,U)R | 42,44,3,21,5,10 | 5 |
| 42. | PHONETIC WORD | BRUXZIR | 42,44,3,21,5,10,1,9,35,40 | 0 |
| 43. | PHONETIC PREFIX | BRUXZIR | 42,44,3,21,5,10 | 0 |
| 44. | PHONETIC SUFFIX | BRUXZIR | 42,44,3,21,5,10 | 0 |
| 45. | PREFIX | BR(UE,EU,UU,U)(K,C,X,Q) | 42,44,3,21,5,10 | 26 |
| 46. | PREFIX | BR(UE,EU,UU,U)(K,C,X,Q) | ALL CLASSES | 186 |
| 47. | PREFIX | BR(AU)(K,C,X,Q) | ALL CLASSES | 7 |
| 48. | LETTERSTRING | BRUX | ALL CLASSES | 0 |

**BRUXZIR**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 49. | LETTERSTRING | RUX(Z,X) | ALL CLASSES | 5 |
| 50. | SUFFIX | UX(S,C,X,Z)(I,U,Y,E)R | ALL CLASSES | 1 |
| 51. | SUFFIX | UX(S,C,X,Z)(I,U,Y,E)RE | ALL CLASSES | 0 |
| 52. | SUFFIX | X(S,C,X,Z)(I,U,Y,E)RE | ALL CLASSES | 33 |
| 53. | SUFFIX | X(S,C,X,Z)(I,U,Y,E)R | ALL CLASSES | 34 |
| 54. | PHONETIC SUFFIX | RUXZIR | ALL CLASSES | 0 |
| 55. | PHONETIC SUFFIX | UXZIR | ALL CLASSES | 12 |
| 56. | PHONETIC PREFIX<br>NOT LETTERSTRING | BRUX <and><br>BROOK | 42,44,3,5,10 | 61 |
| 57. | PHONETIC PREFIX | BRUXZ | 42,44,3,5,10 | 0 |
| 58. | PREFIX<br>PHONETIC SUFFIX | BR <and><br>ZIR | 42,44,3,5,10 | 244 |
| 59. | PHONETIC WORD<br>PHONETIC SUFFIX | UX <and><br>ZIR | 42,44,3,5,10 | 8 |
| 60. | LETTERSTRING<br>PHONETIC SUFFIX | RUX <and><br>IR | 42,44,3,5,10 | 3 |
| 61. | SUFFIX | ZIR | 42,44,3,5,10 | 23 |
| 62. | SUFFIX<br>GOODS PREFIX | Z(I,U,Y,E)R <and><br>(DENT,TEETH,TOOTH,<br>IMPLAN,BRIDG,CAP,<br>CROWN,INLAY,ONLAY,<br>PROSTH,ORAL,ORTHOD) | 42,44,3,5,10 | 71 |
| 63. | SUFFIX | (K,C)Z(I,U,Y,E)R | 42,44,3,5,10 | 0 |
| 64. | SUFFIX | (X,Q)Z(I,U,Y,E)R | 42,44,3,5,10 | 0 |
| 65. | PREFIX<br>LETTERSTRING<br>LETTERSTRING<br>SUFFIX | BR <and><br>X <and><br>(Z,X) <and><br>R | 42,44,3,5,10 | 7 |
| 66. | PREFIX<br>LETTERSTRING<br>LETTERSTRING<br>SUFFIX | BR <and><br>X <and><br>(Z,X) <and><br>RE | 42,44,3,5,10 | 3 |
| 67. | PREFIX<br>LETTERSTRING<br>LETTERSTRING<br>SUFFIX | B <and><br>X <and><br>(Z,X) <and><br>RE | 42,44,3,5,10 | 46 |
| 68. | PREFIX<br>LETTERSTRING<br>LETTERSTRING | B <and><br>R <and><br>(Z,X)(I,U,Y,E)R | 42,44,3,5,10 | 147 |
| 69. | PREFIX<br>LETTERSTRING | BR <and><br>(Z,X)(I,U,Y,E)R | 42,44,3,5,10 | 0 |
| 70. | LETTERSTRING<br>LETTERSTRING | UX <and><br>(Z,X)(I,U,Y,E)R | 42,44,3,5,10 | 4 |
| 71. | LETTERSTRING | UX <and> | 42,44,3,5,10 | 0 |

KDA-003577

**BRUXZIR**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| | LETTERSTRING | (Z,X)(I,U,Y,E)R | | |
| 72. | LETTERSTRING LETTERSTRING | U(K,C,X,Q) <and> (Z,X)(I,U,Y,E)R | 42,44,3,5,10 | 6 |
| 73. | LETTERSTRING LETTERSTRING | U(K,C,X,Q) <and> (S,C)(I,U,Y,E)R | 42,44,3,5,10 | 32 |
| 74. | LETTERSTRING SUFFIX | UX <and> R | 42,44,3,5,10 | 18 |
| 75. | LETTERSTRING SUFFIX | U(K,C,Q)S <and> R | 42,44,3,5,10 | 0 |
| 76. | PREFIX LETTERSTRING SUFFIX | B <and> (XZ,ZX) <and> R | 42,44,3,5,10 | 0 |
| 77. | PREFIX LETTERSTRING SUFFIX | B <and> (XZ,ZX) <and> R | 42,44,3,5,10 | 0 |
| 78. | PREFIX LETTERSTRING SUFFIX NOT LETTERSTRING | B <and> (X,Z) <and> R <and> (BRONZ,BRAZ,BRAS, BREEZ) | 42,44,3,5,10 | 356 |
| 79. | PREFIX GOODS PREFIX | BRU <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | 42,44,3,5,10 | 122 |
| 80. | EXACT MARK NOT PREFIX | BRU(0 – 255 characters) <and> BRUSH | 42,44,3,5,10 | 89 |
| 81. | LETTERSTRING | (K,C,X,Q)(Z,X)(I,Y)R | 42,44,3,5,10 | 1 |
| 82. | LETTERSTRING | (K,C,X,Q)(Z,X)(I,Y)R | ALL CLASSES | 0 |
| 83. | LETTERSTRING GOODS PREFIX | (K,C,X,Q)(Z,X)(I,Y)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 84. | LETTERSTRING GOODS PREFIX | (K,C,X,Q)(Z,X)(I,Y,E)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 1 |
| 85. | LETTERSTRING | RUX | 3,5,10,21,42,44 | 66 |
| 86. | LETTERSTRING | ZIR | 3,5,10,21,42,44 | 125 |
| 87. | LETTERSTRING LETTERSTRING | UX <and> (S,C,X,Z)(I,Y)R | 3,5,10,21,42,44 | 4 |

Exhibit 79
-978-

KDA-003578

**BRUXZIR**

| Class Identification | |
|---|---|
| 01 | CHEMICALS |
| 03 | COSMETICS AND CLEANING PREPARATIONS |
| 05 | PHARMACEUTICALS |
| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
| 10 | MEDICAL APPARATUS |
| 21 | HOUSEWARES AND GLASS |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 40 | MATERIAL TREATMENT SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |
| 44 | MEDICAL, VETERINARY, AGRICULTURAL AND FORESTRY SERVICES |

# BRUXZIR

**BRUXZIR**

**Global Filings = 1** TTAB

| | |
|---|---|
| **Status:** | PUBLISHED |
| | FILED AS USE APPLICATION |
| | USE APPLICATION − CURRENT |
| | |
| | **USPTO Status:** OPPOSITION PENDING |
| | **USPTO Status Date:** DEC 07, 2011 |
| **Goods/Services:** | **International Class 5:** DENTAL CERAMICS |
| | **First Used:** NOV 10, 2009 (INTL. CL. 5) |
| | **In Commerce:** NOV 10, 2009 |
| **Last Reported Owner:** | JAMES R. GLIDEWELL DENTAL CERAMICS INC. |
| | DBA GLIDEWELL LABORATORIES |
| | CALIFORNIA CORPORATION |
| | 4141 MACARTHUR BLVD. |
| | PROFESSIONAL SERVICES |
| | NEWPORT BEACH, CALIFORNIA 92660 |

**Chronology:**   **Filed:** MAY 27, 2011   **Serial Number:** 85−332,886
**Opposition/Cancellation Filed:** DEC 07, 2011
**Published For Opposition:** NOV 01, 2011
**Earliest Date in Record:** NOV 10, 2009 (First Used)

---

**Trademark Trials and Appeal Board (TTAB) Information:**   TTAB

**Opposition Number:** 91202891
**Outcome:** PENDING, DEC 07, 2011

**Plaintiff:**                                    **Defendant:**
KEATING DENTAL ARTS, INC.                        JAMES R. GLIDEWELL DENTAL CERAMICS INC.

**Mark:** KDZ BRUXER                              **Mark:** BRUXZIR
**Serial Number:** 85−287,029                     **Serial Number:** 85−332,886

---

**BRUXZIR**

**Correspondent:**
J MARK HOLLAND
J MARK HOLLAND ASSOC
3 SAN JOAQUIN PLZ STE 210
NEWPORT BEACH, CA 92660 US

**Trademark Defendant Correspondent:**
LEONARD TACHNER
LEONARD TACHNER PROF LAW CORP
17961 SKY PARK CIR STE 38-E
IRVINE, CA 92614 US

**TTAB Entry:** #6 SUSPENDED PENDING DISP OF CIVIL ACTION, FEB 03, 2012
**TTAB Entry:** #5 ANSWER, DEC 21, 2011

**Extension of Time to Oppose Number:** 85332886
**Extension of Time to Oppose Filed:** NOV 30, 2011
**Outcome:** TERMINATED  DEC 31, 2011

**Potential Opposer:**
KEATING DENTAL ARTS, INC.

**Applicant:**
JAMES R. GLIDEWELL DENTAL CERAMICS INC.

**Mark:**
**Serial Number:**
**Correspondent:**
J. MARK HOLLAND
J. MARK HOLLAND & ASSOCIATES
3 SAN JOAQUIN PLAZASUITE 210
NEWPORT BEACH, CA 92660 US

**Mark:** BRUXZIR
**Serial Number:** 85-332,886
**Correspondent:**
KEITH D. ALLRED
KEITH D. ALLRED, GENERAL COUNSEL
4141 MACARTHUR BLVD
NEWPORT BEACH, CA 92660-2015

**TTAB Entry:** #2 INCOMING − EXT TIME TO OPPOSE FILED, NOV 30, 2011
**TTAB Entry:** #1 EXTENSION OF TIME GRANTED, NOV 30, 2011

**Ownership Details:**

**Applicant:**          JAMES R. GLIDEWELL DENTAL CERAMICS INC.
                        DBA GLIDEWELL LABORATORIES
                        CALIFORNIA  CORPORATION
                        4141 MACARTHUR BLVD.
                        PROFESSIONAL SERVICES

                        NEWPORT BEACH, CALIFORNIA  92660

**Other U.S. Registrations:** 3,739,663

**Filing Correspondent:**   KEITH D. ALLRED
                        LEONARD TACHNER
                        LEONARD TACHNER PROF LAW CORP
                        17961 SKY PARK CIR STE 38-E
                        IRVINE, CA 92614

Exhibit 79
-981-

KDA-003581

**BRUXZIR**

**US−2**
**Group:** One

# BRUXZIR

**BRUXZIR**

 **Global Filings = 1** **TTAB**

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** CANCELLATION PENDING |
| | **USPTO Status Date:** AUG 21, 2012 |
| **Goods/Services:** | **International Class 10:** DENTAL BRIDGES; DENTAL CAPS; DENTAL CROWNS; DENTAL INLAYS; DENTAL ONLAYS; DENTAL PROSTHESES |
| | **First Used:** JUN 06, 2009 (INTL. CL. 10) |
| | **In Commerce:** JUN 06, 2009 |
| **Last Reported Owner:** | JAMES R. GLIDEWELL, DENTAL CERAMIC, INC. |
| | DBA GLIDEWELL LABORATORIES |
| | CALIFORNIA  CORPORATION |
| | 4141 MACARTHUR BLVD. |
| | PROFESSIONAL SERVICES |
| | NEWPORT BEACH, CALIFORNIA  92660 |
| **Chronology:** | **Filed:** JUN 17, 2009        **Serial Number:** 77−761,757 |
| | **Published For Opposition:** NOV 03, 2009 |
| | **Opposition/Cancellation Filed:** AUG 17, 2012 |
| | **Opposition/Cancellation Filed:** AUG 30, 2011 |
| | **Registered:** JAN 19, 2010        **Registration Number:** 3,739,663 |
| | **Earliest Date in Record:** JUN 06, 2009  (First Used) |

**Trademark Trials and Appeal Board (TTAB) Information:**        **TTAB**

**Opposition Number:** 91201389
**Outcome:** PENDING, AUG 30, 2011

**Plaintiff:**
JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA
GLIDEWELL LABORATORIES
**Mark:** BRUXZIR
**Registration Number:** 3,739,663

**Defendant:**
KEATING DENTAL ARTS, INC.

**Mark:** KDZ BRUXER
**Registration Number:**

**Serial Number:** 77−761,757
**Correspondent:**
LEONARD TACHNER
LEONARD TACHNER A PROFESSIONAL LAW
CORPORATION
17961 SKY PARK CIRCLE, SUITE 38−E
IRVINE, CA 92614 US

**Serial Number:** 85−287,029
**Trademark Defendant Correspondent:**
J MARK HOLLAND
J MARK HOLLAND & ASSOCIATES
3 SAN JOAQUIN PLAZA, SUITE 210
NEWPORT BEACH, CA 92660 US

**TTAB Entry:** #12 SUSPENDED PENDING DISP OF CIVIL ACTION, NOV 18, 2011
**TTAB Entry:** #11 COPY OF COMPLAINT FROM CIVIL ACTION, OCT 27, 2011

**Cancellation Action Number:** 92056050
**Outcome:** PENDING AUG 17, 2012

**Plaintiff:**
KEATING DENTAL ARTS, INC.

**Defendant:**
JAMES R. GLIDEWELL, DENTAL CERAMIC, INC. DBA
GLIDEWELL LABORATORIES

**Mark:**
**Registration Number:**
**Serial Number:**
**Correspondent:**
RUSTIN MAGNUM
KNOBBE MARTENS OLSON BEAR LLP
2040 MAIN STREET, 14TH FLOOR
IRVINE, CA 92614 US

**Mark:** BRUXZIR
**Registration Number:** 3,739,663
**Serial Number:** 77−761,757
**Trademark Defendant Correspondent:**
JAMES R GLIDEWELL DENTAL CERAMIC INC
4141 MACARTHUR BLVD
NEWPORT BEACH, CA 92660 2015 US

**TTAB Entry:** #6 DF'S PROOF OF SERVICE, OCT 02, 2012
**TTAB Entry:** #5 BOARD'S COMMUNICATION, SEP 25, 2012

**Ownership Details:**

**Registrant:**          JAMES R. GLIDEWELL, DENTAL CERAMIC, INC.
DBA GLIDEWELL LABORATORIES
CALIFORNIA  CORPORATION
4141 MACARTHUR BLVD.
PROFESSIONAL SERVICES
NEWPORT BEACH, CALIFORNIA  92660

**Assignee**
COMERICA BANK, A TEXAS BANKING ASSOCIATION
TEXAS BANKING ASSOCIATION
39200 SIX MILE ROAD
LIVONIA, MICHIGAN, 48152

**Assignor**
JAMES R. GLIDEWELL, DENTAL CERAMICS, INC.
CALIFORNIA CORPORATION
**Signed:** FEB 26, 2010

**BRUXZIR**

**Brief:** SECURITY INTEREST
**Recorded:** MAR 01, 2010
**Reel/Frame:** 4165/0537
**Correspondent:**
KRISTEN I. SPANO
150 W. JEFFERSON AVENUE, SUITE 2500
DETROIT, MICHIGAN 48226


**Filing Correspondent:** KEITH D. ALLRED, ESQ.
JAMES R GLIDEWELL DENTAL CERAMIC INC
4141 MACARTHUR BLVD
NEWPORT BEACH, CA 92660 2015

# Bruxcure

**BRUXCURE**

**Status:**   REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** APR 05, 2011

**Goods/Services:**   **International Class 10:** MOUTH GUARDS FOR MEDICAL PURPOSES
**First Used:** FEB 10, 2010  (INTL. CL. 10)
**In Commerce:** JAN 07, 2011

**Last Reported Owner:**   HORIAN, RICHARD
DBA BRUXCURE
UNITED STATES  INDIVIDUAL
22345 ROSECROFT CIRCLE
CORONA, CALIFORNIA  92883

**Chronology:**   **Filed:** OCT 12, 2009          **Serial Number:** 77−847,117
**Published For Opposition:** MAR 16, 2010
**Registered:** APR 05, 2011          **Registration Number:** 3,941,493
**Date Revived/Reinstated:** DEC 22, 2010
**Earliest Date in Record:** OCT 12, 2009  (Filed)

**Ownership Details:**

**Registrant:**   HORIAN, RICHARD
DBA BRUXCURE
UNITED STATES  INDIVIDUAL
22345 ROSECROFT CIRCLE
CORONA, CALIFORNIA  92883

**Filing Correspondent:**   RICHARD HORIAN
22345 ROSECROFT CIR
CORONA, CA 92883−5933

**BRUXZIR**

US-4
**Group:** Four

**BRUX-EZE**

**Status:**               RENEWED

                          **USPTO Status:** REGISTERED AND RENEWED
                          **USPTO Status Date:** APR 19, 2011

**Goods/Services:**       International Class 10: DENTAL APPLIANCES, NAMELY REMOVABLE OCCLUSAL OVERLAYS,
                          FIXATION DEVICES AND THE LIKE, USED FOR THE TREATMENT OF BRUXISM AND
                          TEMPOROMANDIBULAR JOINT DYSFUNCTIONS
                          **First Used:** NOV 14, 1985 (INTL. CL. 10)
                          **In Commerce:** DEC 01, 1985

**Last Reported Owner:**  SENTAGE CORPORATION
                          MINNESOTA  CORPORATION
                          5775 WAYZATA BOULEVARD, SUITE 890
                          MINNEAPOLIS, MINNESOTA  55416

**Chronology:**           **Filed:** FEB 26, 2000              **Serial Number:** 75-931,489
                          **Published For Opposition:** MAY 08, 2001
                          **Registered:** JUL 31, 2001         **Registration Number:** 2,473,238
                          **Affidavit Section:**   REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED  APR 19,
                                                   2011
                                                   REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK.
                                                   JUN 22, 2007
                          **Last Renewed:** JUL 31, 2011
                          **Earliest Date in Record:** NOV 14, 1985  (First Used)

**Ownership Details:**

**Registrant:**           SENTAGE CORPORATION
                          MINNESOTA  CORPORATION
                          5775 WAYZATA BOULEVARD, SUITE 890
                          MINNEAPOLIS, MINNESOTA  55416

**Filing Correspondent:** SENTAGE CORPORATION
                          5775 WAYZATA BOULEVARD
                          SUITE 890
                          MINNEAPOLIS, MN 55416

Exhibit 79
-986-
KDA-003586

**BRUXZIR**

**US-5**
**Group:** Four



**DR. BRUX**

`TTAB`

**Status:** REGISTERED

USPTO Status: REGISTERED
USPTO Status Date: APR 13, 2010

**Goods/Services:** **International Class 10:** SURGICAL, MEDICAL, DENTAL AND VETERINARY APPARATUS AND INSTRUMENTS, NAMELY, ANESTHETIC DELIVERY APPARATUS, ARTERIAL BLOOD PRESSURE MEASURING APPARATUS, APPARATUS FOR ARTIFICIAL RESPIRATION, BLOOD TESTING APPARATUS, BOUGIES, BREAST PUMPS, SURGICAL CLIPS, COMPRESSORS, ELECTROCARDIOGRAPHS, ENEMA APPARATUS, GASTROSCOPES, HEART PACEMAKERS, HOT AIR VIBRATORS, INCUBATORS FOR BABIES, LASERS, RADIOLOGY SCREENS, RADIOTHERAPY APPARATUS, RESPIRATORS FOR ARTIFICIAL RESPIRATION, SAWS, SCISSORS, SPHYGMOMANOMETERS, SPHYGMOTENSIOMETERS, SPIROMETERS, SPITTOONS, SPLINTS, SPONGES, STETHOSCOPES, THERMO-ELECTRIC COMPRESSES, THREADS, ULTRAVIOLET RAY LAMPS, X-RAY PHOTOGRAPHS, PROTECTION DEVICES AGAINST X-RAYS, X-RAY TUBES, INTRAORAL X-RAY GENERATORS, X-RAY MACHINES; DENTAL CRYOSURGICAL INSTRUMENTATION; PERIODONTUM PLAQUE CONTROL INSTRU MENTS; INTRA-ORAL LIGHT SYSTEMS; PROSTHETIC INSTRUMENTS FOR DENTAL PURPOSES, CUTTING AND GRINDING DISCS FOR DENTAL APPLICATIONS; PLASTIC HAND HELD ORTHODONTIC INSTRUMENT FOR MEASURING PATIENTS' TEETH ALIGNMENT; DENTAL INSTRUMENTS FOR TAKING AN IMPRESSION, BITE REGISTRATION AND COUNTER IMPRESSION SIMULTANEOUSLY; ARTIFICIAL LIMBS, EYES AND TEETH; ORTHOPEDIC ARTICLES, NAMELY, ORTHOPEDIC JOINT IMPLANTS, PLASTER CASTS; SUTURES; DENTAL TECHNOLOGY AND DENTAL DEVICES, NAMELY, DENTAL ELEVATORS, DENTAL EXCAVATORS, DENTAL FINGER PROTECTORS, DENTAL FORCEPS, BASE FORMERS TO FORM DENTAL MOLDS, DENTAL HANDPIECES, DENTAL IMPRESSION TRAYS, DENTAL PROBES, DENTAL RETAINERS, DENTAL SCISSORS, DENTAL SPATULAS, DENTAL BITE TRAYS, DENTAL TWEEZERS, DENTAL PLATES; GUMSHIELDS, DENTAL ARTICULATORS, DENTAL BRIDGES, DENTAL BROACHES, DENTAL BURRS, DENTAL CLIPS FOR SECURING PRE-EXISTING DENTURES, DENTAL CROWNS, DENTAL DAMS, DENTAL DRILLS, DENTAL FIXTURES, DENTAL FOUNDATION SUPPORTS, DENTAL HANDPIECES, DENTAL INLAYS, DENTAL PROTESIS, DENTAL IMPLANTS; TEMPERO MANDIBULAR JOINT HOME DISCLUDER KIT COMPRISED OF BITE FORMERS, CUSTOM LINER MATERIALS, AND RETENTION

Exhibit 79
-987-
KDA-003587

LEASHES, FOR THE PURPOSE OF RELIEVING CHRONIC MANDIBULAR JOINT TENSION;
TEETHERS, MOUTHGUARDS, DENTAL SPACERS, DENTAL IMPRESSION PADS, MOUTH BITE
DEVICE, BITE WAFERS FOR USE IN MEASURING BITS FOR SETTING CROWN AND
BRIDGEWORK, PLASTIC MATERIAL FOR RELINING DENTURES, DENTAL ARTICULATING
PAPER, DISPOSABLE BITE BLOCKS; MOUTH GUARDS FOR MEDICAL PURPOSES; AND
ORTHOPEDIC DEVICES, NAMELY, ORTHOPEDIC BELTS, ORTHOPEDIC SOLES,
ORTHOPEDIC SUPPORT BANDAGES, ORTHOPEDIC WALKERS
**First Used:** MAR 2006  (INTL. CL. 10)
**In Commerce:** OCT 2006

**Last Reported Owner:** QUATTROTI DENTECH S.R.L.
ITALY  SOCIETA A RESPONSABILITA LIMITATA
VIA MAESTRI DEL LAVORO, 120
CISLAGO (VA), ITALY  21040

**We Have Located Other Marks With This Owner**

BRUX XXX                                                    USPTO         Page 43

**Chronology:**   **Filed:** MAY 25, 2007          **Serial Number:** 77−190,356
**Published For Opposition:** APR 07, 2009
**Registered:** APR 13, 2010     **Registration Number:** 3,775,126
**Earliest Date in Record:** MAR 2006  (First Used)

---

**Trademark Trials and Appeal Board (TTAB) Information:**                    **TTAB**

**Ex Parte Appeal:** 77190356
**Filed:** AUG 07, 2008
**Outcome:** TERMINATED  APR 28, 2009

**Plaintiff:**
QUATTROTI DENTECH S.R.L.

**Mark:** DR. BRUX
**Serial Number:** 77−190,356
**Correspondent:**
MARK LEBOW
YOUNG & THOMPSON
SUITE 500209 MADISON STREET
ALEXANDRIA, VA 22314 US

**TTAB Entry: #**5 TERMINATED, APR 28, 2009
**TTAB Entry: #**4 PENDING, INSTITUTED, AUG 07, 2008

---

**Ownership Details:**

**Registrant:**          QUATTROTI DENTECH S.R.L.

ITALY  SOCIETA A RESPONSABILITA LIMITATA
VIA MAESTRI DEL LAVORO, 120
CISLAGO (VA), ITALY  21040

**Portrait Permission:**     THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL.
**Claims:**                        COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**     MARK LEBOW
                                        YOUNG & THOMPSON
                                        209 MADISON ST STE 500
                                        ALEXANDRIA, VA 22314

KDA-003589

# GPS BruxArt

**GPS BRUX ART**

| | |
|---|---|
| **Status:** | PENDING |
| | FILED AS USE APPLICATION |
| | USE APPLICATION – CURRENT |
| | |
| | **USPTO Status:** NON–FINAL ACTION – MAILED |
| | **USPTO Status Date:** MAR 24, 2012 |
| **Goods/Services:** | **International Class 40:** CUSTOM MANUFACTURE OF DENTAL PROSTHETICS |
| | **First Used:** OCT 28, 2011 (INTL. CL. 40) |
| | **In Commerce:** OCT 28, 2011 |
| **Last Reported Owner:** | PERRICONE, GAIL |
| | UNITED STATES  INDIVIDUAL |
| | 3501 PARKWAY CENTER COURT |
| | ORLANDO, FLORIDA  32808 |
| **Chronology:** | **Filed:** DEC 08, 2011            **Serial Number:** 85–490,324 |
| | **Earliest Date in Record:** OCT 28, 2011  (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | PERRICONE, GAIL |
| | UNITED STATES  INDIVIDUAL |
| | 3501 PARKWAY CENTER COURT |
| | ORLANDO, FLORIDA  32808 |
| **Filing Correspondent:** | PERRICONE, GAIL |
| | 3501 PARKWAY CENTER CT |
| | ORLANDO, FL 32808–1004 |

Exhibit 79
-990-

KDA-003590

**BRUXZIR**

**US−7**
**Group:** Four

## BRUXCARE

| | | |
|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 |

**USPTO Status:** CANCELLED − SECTION 8
**USPTO Status Date:** AUG 04, 2007

**Goods/Services:** International Class 10: MEDICAL AND DENTAL INSTRUMENTS, NAMELY ELECTRONIC
INSTRUMENTS USED TO MEASURE AND LOG MUSCLE ACTIVITY OR TO PROVIDE
FEEDBACK ON MUSCLE ACTIVITY
**First Used:** JAN 15, 1997  (INTL. CL. 10)
**In Commerce:** JAN 15, 1997

**Last Reported Owner:** BRUXCARE L.L.C.
TEXAS  LIMITED LIABILITY CO.
305 CAMP CRAFT ROAD, SUITE 110
AUSTIN, TEXAS  78746

**Chronology:** **Filed:** FEB 24, 1999    **Serial Number:** 75−645,104
**Published For Opposition:** AUG 08, 2000
**Registered:** OCT 31, 2000    **Registration Number:** 2,399,235
**Cancelled:** SEP 11, 2007
**Earliest Date in Record:** JAN 15, 1997  (First Used)

## Ownership Details:

**Registrant:** BRUXCARE L.L.C.
TEXAS  LIMITED LIABILITY CO.
305 CAMP CRAFT ROAD, SUITE 110
AUSTIN, TEXAS  78746

**Filing Correspondent:** ALEX MCDONALD
BRUXCARE LLC
305 CAMP CRAFT RD STE 110
AUSTIN TX 78746−6500

KDA-003591

# Brux-Indicator

**BRUX−INDICATOR**

**Status:**                    ABANDONED
                               INTENT TO USE

                               **USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
                               **USPTO Status Date:** FEB 01, 2008

**Goods/Services:**            **International Class 44:** DENTISTRY

**Last Reported Owner:**       EMPIRE CONCEPTS INC.
                               CANADA  CORPORATION
                               102 ALLISON CRES.
                               RED DEER, CANADA  T4R2G9

**Chronology:**                **Filed:** NOV 20, 2006          **Serial Number:** 77−047,447
                               **Published For Opposition:** MAY 08, 2007
                               **Abandoned:** FEB 01, 2008
                               **Earliest Date in Record:** NOV 20, 2006  (Filed)

**Ownership Details:**

**Applicant:**                 EMPIRE CONCEPTS INC.
                               CANADA  CORPORATION
                               102 ALLISON CRES.
                               RED DEER, CANADA  T4R2G9

**Filing Correspondent:**      EMPIRE CONCEPTS INC.
                               102 ALLISON CRES.
                               RED DEER − ALBERTA
                               T4R 2G9
                               CANADA

**BRUXZIR**

**US−9**
**Group:** Four



BRUX BUSTER
CUSTOM NIGHT GUARD

---

**BRUX BUSTER CUSTOM NIGHT GUARD**

**Status:**         ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
**USPTO Status Date:** AUG 20, 2012

**Goods/Services:**     **International Class 10:** MOUTH GUARDS FOR MEDICAL PURPOSES

**Disclaimers:**     "BRUX" AND "CUSTOM NIGHT GUARD"

**Last Reported Owner:**  FORCEFIELD MOUTHGUARDS
NEW YORK LIMITED LIABILITY CO.
862 SURREY HILL
ROCHESTER, NEW YORK 14623

**Chronology:**     **Filed:** JUN 08, 2011         **Serial Number:** 85−341,369
**Published For Opposition:** NOV 22, 2011
**Abandoned:** AUG 20, 2012
**Earliest Date in Record:** JUN 08, 2011 (Filed)

---

**Ownership Details:**

**Applicant:**       FORCEFIELD MOUTHGUARDS
NEW YORK LIMITED LIABILITY CO.
862 SURREY HILL
ROCHESTER, NEW YORK 14623

**Claims:**          THE COLOR(S) BLUE, SILVER AND DARK GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**   THE MARK CONSISTS OF THE WORDING "BRUX BUSTER CUSTOM NIGHT GUARD" AND ASSOCIATED DESIGN ELEMENTS. THE WORDING "BRUX BUSTER CUSTOM NIGHT GUARD" APPEARS IN THE COLOR DARK GRAY. THE DESIGN IS A FANCIFUL REPRESENTATION OF AN AVATAR COMPRISED OF A SILVER CURVED LINE FORMING LEGS, A BLUE CURVED LINE FORMING ARMS, AND A CIRCLE FORMING A HEAD. THE COLORS OF THE DESIGN

Exhibit 79
-993-

KDA-003593

**BRUXZIR**

ELEMENTS VARY IN SHADING AND INTENSITY TO CREATE A THREE-DIMENSIONAL AND METALLIC APPEARANCE.

**Filing Correspondent:**    FORCEFIELD MOUTHGUARDS
862 SURREY HILL WAY
ROCHESTER, NY 14623-3035

**BRUXZIR**

**US−10**
**Group:** Four

**BRUXGUARD**

**Status:** RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** JUN 05, 2009

**Goods/Services:** **International Class 10:** DENTAL MOUTH GUARDS FOR MEDICAL PURPOSES
**First Used:** MAR 01, 1999 (INTL. CL. 10)
**In Commerce:** MAR 01, 1999

**Last Reported Owner:** MEDTECH PRODUCTS, INC.
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK 10533

**Chronology:** **Filed:** MAY 01, 1997    **Serial Number:** 75−284,579
**Published For Opposition:** DEC 09, 1997
**Registered:** JUN 08, 1999    **Registration Number:** 2,251,807
**Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  JUN 05,
2009
REGISTERED − SEC. 15 ACKNOWLEDGED
JUN 05, 2009
REGISTERED − SEC. 8 (6−YR) ACCEPTED
OCT 20, 2004
**Last Renewed:** JUN 08, 2009
**Earliest Date in Record:** MAY 01, 1997  (Filed)

**Ownership Details:**

**Registrant:** POWER PRODUCTS, INC.
MISSOURI CORPORATION
16A WESTWOODS DRIVE
LIBERTY, MISSOURI 64068

**Assignee**
CITIBANK, N.A., AS ADMINISTRATIVE AGENT
UNITED STATES NATIONAL ASSOCIATION
GLOBAL LOANS
1615 BRETT ROAD
NEW CASTLE, DELAWARE, 19720

**Assignor**
BLACKSMITH BRANDS, INC.
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

Exhibit 79
-995-
KDA-003595

**Assignor**
MEDTECH PRODUCTS, INC.
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Assignor**
THE CUTEX COMPANY
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Assignor**
THE SPIC AND SPAN COMPANY
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Brief:** SECURITY AGREEMENT
**Recorded:** FEB 03, 2012
**Reel/Frame:** 4709/0825
**Correspondent:**
JAMES P. MURPHY, LEGAL ASSISTANT
80 PINE STREET
CAHILL GORDON & REINDEL LLP
NEW YORK, NY 10005

**Assignee**
CITIBANK, N.A., AS ADMINISTRATIVE AGENT
UNITED STATES NATIONAL ASSOCIATION
GLOBAL LOANS
1615 BRETT ROAD
NEW CASTLE, DELAWARE, 19720

**Assignor**
BLACKSMITH BRANDS, INC.
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Assignor**
MEDTECH PRODUCTS INC.
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Assignor**
THE CUTEX COMPANY
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**BRUXZIR**

**Assignor**
THE SPIC AND SPAN COMPANY
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Brief:** SECURITY AGREEMENT
**Recorded:** FEB 02, 2012
**Reel/Frame:** 4709/0736
**Correspondent:**
JAMES P. MURPHY, LEGAL ASSISTANT
80 PINE STREET
CAHILL GORDON & REINDEL LLP
NEW YORK, NY 10005

**Assignee**
BLACKSMITH BRANDS, INC.
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Assignor**
BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT
UNITED STATES NATIONAL ASSOCIATION
**Signed:** JAN 31, 2012

**Assignee**
MEDTECH PRODUCTS INC.
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Assignee**
THE CUTEX COMPANY
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Assignee**
THE SPIC AND SPAN COMPANY
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Brief:** TRADEMARK RELEASE
**Recorded:** FEB 01, 2012
**Reel/Frame:** 4708/0813

**BRUXZIR**

**Correspondent:**
JAMES P. MURPHY, LEGAL ASSISTANT
80 PINE STREET
CAHILL GORDON & REINDEL LLP
NEW YORK, NY 10005

**Assignee**
BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT
UNITED STATES NATIONAL ASSOCIATION
100 N. TRYON STREET, 15TH FLOOR
CHARLOTTE, NORTH CAROLINA, 28255

**Assignor**
THE CUTEX COMPANY
DELAWARE CORPORATION
**Signed:** MAR 24, 2010

**Assignor**
MEDTECH PRODUCTS, INC.
DELAWARE CORPORATION
**Signed:** MAR 24, 2010

**Assignor**
THE SPIC AND SPAN COMPANY
DELAWARE CORPORATION
**Signed:** MAR 24, 2010

**Brief:** SECURITY AGREEMENT
**Recorded:** MAR 29, 2010
**Reel/Frame:** 4175/0833
**Correspondent:**
CAHILL GORDON & REINDEL LLP
80 PINE STREET
ATTN: JAMES P. MURPHY, LEGAL ASSISTANT
NEW YORK, NY 10005

**Assignee**
MEDTECH PRODUCTS, INC.
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Assignor**
DENTAL CONCEPTS, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** FEB 17, 2006

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAR 01, 2006
**Reel/Frame:** 3256/0393

Exhibit 79
-998-
KDA-003598

**BRUXZIR**

**Correspondent:**
MICHELINE KELLY JOHNSON
1800 REPUBLIC CENTRE, 633 CHESTNUT ST.
BAKER, DONELSON, BEARMAN, CALDWELL
CHATTANOOGA, TN 37450−1800

**Assignee**
DENTAL CONCEPTS LLC
650 FROM ROAD
PARAMUS, NEW JERSEY, 07652

**Assignor**
POWER PRODUCTS, INC.
MISSOURI CORPORATION
**Signed:** APR 21, 2003

**Brief:** ASSIGNMENT OF AN UNDIVIDED PART OF
ASSIGNORS INTEREST
**Recorded:** APR 28, 2003
**Reel/Frame:** 2840/0823
**Correspondent:**
NATTER & NATTER
SETH NATTER
25 WEST 43 STREET
NEW YORK, NY 10036−7469

**Assignee**
DENTAL CONCEPTS LLC
650 FROM ROAD
PARAMUS, NEW JERSEY, 07652

**Assignor**
POWER PRODUCTS, INC.
MISSOURI CORPORATION
**Signed:** APR 21, 2003

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** OCT 28, 2003
**Reel/Frame:** 2738/0288
**Correspondent:**
NATTER & NATTER
SETH NATTER
25 WEST 43 STREET
NEW YORK, NY 10036−7469

**Claims:**          THE DRAWING IS AMENDED TO APPEAR AS FOLLOWS: BRUXGUARD  THE DRAWING IS
                     CORRECTED TO APPEAR AS FOLLOWS: BRUXGUARD

**Filing Correspondent:**  MICHELINE KELLY JOHNSON
                           BAKER, DONELSON, BEARMAN, CALDWELL & BER
                           633 CHESTNUT STREET
                           1800 REPUBLIC CENTRE
                           CHATTANOOGA TN 37450−1800

Exhibit 79
-999-
KDA-003599

# BruxThetix

**BRUXTHETIX**

**Status:**    PENDING
INTENT TO USE

**USPTO Status:** PUBLICATION/ISSUE REVIEW COMPLETE
**USPTO Status Date:** SEP 21, 2012

**Goods/Services:**    **International Class 10:** DENTAL CROWNS

**Last Reported Owner:**    SUMMERS, ROBERT
UNITED STATES  INDIVIDUAL
20 VILLAGE ROW
NEW HOPE, PENNSYLVANIA  18938

**Chronology:**    **Filed:** MAY 25, 2012    **Serial Number:** 85−636,140
**Earliest Date in Record:** MAY 25, 2012  (Filed)

**Ownership Details:**

**Applicant:**    SUMMERS, ROBERT
UNITED STATES  INDIVIDUAL
20 VILLAGE ROW
NEW HOPE, PENNSYLVANIA  18938

**Filing Correspondent:**    SUMMERS, ROBERT
20 VILLAGE ROW
NEW HOPE, PA 18938−1061

Exhibit 79
-1000-
KDA-003600

**BRUXZIR**

**US−12**
**Group:** Four

# BRUX-CHECKER

**BRUX−CHECKER**

 **Global Filings = 2**

**Status:** REGISTERED
FILED AS 44(D) APPLICATION
44(E) APPLICATION − CURRENT

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 10, 2011

**Goods/Services:** **International Class 10:** PLASTIC MATERIAL FOR PRODUCING DENTAL DIAGNOSTIC TOOLS, NAMELY, PLASTIC FOILS FOR USE IN DENTAL DEEP−DRAWING PROCESSES

**Last Reported Owner:** SCHEU−DENTAL GMBH
GERMANY LIMITED LIABILITY CO.
AM BURGBERG 20
58642 ISERLOHN, GERMANY

**Chronology:** **Filed:** AUG 24, 2009          **Serial Number:** 77−810,993
**Published For Opposition:** AUG 10, 2010
**Registered:** MAY 10, 2011          **Registration Number:** 3,956,476
**Earliest Date in Record:** AUG 24, 2009 (Filed)

**Ownership Details:**

**Registrant:** SCHEU−DENTAL GMBH
GERMANY LIMITED LIABILITY CO.
AM BURGBERG 20
58642 ISERLOHN, GERMANY

**Non−U.S. Registration Claimed:** 008256844
**Non−U.S. Registration Date:** DEC 01, 2009
**Non−U.S. Registration Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE

**Filing Correspondent:** JAMES F. STRUTHERS
RICHARD LAW GROUP
8411 PRESTON RD STE 890

KDA-003601

**BRUXZIR**

DALLAS, TX 75225−5500

**Domestic Representative:** JAMES F. STRUTHERS

Exhibit 79
-1002-
KDA-003602

**BRUXZIR**



**BRUX XXX**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** OCT 11, 2011 |

**Goods/Services:** **International Class 10:** APPARATUS AND INSTRUMENTS FOR DIAGNOSIS OR FOR
TREATMENT OF BRUXISM, NAMELY, TEETHERS IN THE NATURE OF MOUTH GUARDS FOR
MEDICAL PURPOSES, MOUTH GUARDS FOR MEDICAL PURPOSES, SPLINTS FOR MEDICAL
PURPOSES FOR USE DURING SPORT ACTIVITY, DENTAL BITE TRAYS, DISPOSABLE BITE
TRAYS

**Disclaimers:** "BRUX"

**Last Reported Owner:** QUATTROTI DENTECH S.R.L.
ITALY  LIMITED LIABILITY CO.
VIA MAESTRI DEL LAVORO 120
21040 CISLAGO (VARESE), ITALY

**We Have Located Other Marks With This Owner**

DR. BRUX                                            USPTO          Page 27

**Chronology:** **Filed:** JUN 16, 2010          **Serial Number:** 85−064,148
**Published For Opposition:** JUL 26, 2011
**Registered:** OCT 11, 2011       **Registration Number:** 4,037,179
**Earliest Date in Record:** DEC 17, 2009  (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:** QUATTROTI DENTECH S.R.L.
ITALY  LIMITED LIABILITY CO.
VIA MAESTRI DEL LAVORO 120
21040 CISLAGO (VARESE), ITALY

KDA-003603

**BRUXZIR**

**Non−U.S. Application Claimed:** 008764466
**Non−U.S. Application Date:** DEC 17, 2009
**Non−U.S. Application Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE

**Non−U.S. Registration Claimed:** 008764466
**Non−U.S. Registration Date:** JUN 11, 2010
**Non−U.S. Registration Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE
**Claims:**              COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.
**Design Phrase:**       THE MARK CONSISTS OF THE WORD ″BRUX″ IN WHITE BLOCK LETTERS, OUTLINED IN
                        BLACK, OVER THREE ″X″S, THE TWO ″X″'S ON EITHER SIDE BEING WHITE OUTLINED IN
                        GRAY, AND THE MIDDLE ″X″ BEING BLACK OUTLINED IN WHITE, WHICH IS OUTLINED IN

                        BLACK.
**Other U.S. Registrations:** 3,775,126

**Filing Correspondent:**  JOHN P. MURTAUGH
                        PEARNE & GORDON LLP
                        1801 E 9TH ST STE 1200
                        CLEVELAND, OH 44114−3108

**Domestic Representative:** JOHN P. MURTAUGH

Exhibit 79
-1004-
KDA-003604

# Bruxometer

**BRUXOMETER**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED-FAILURE TO RESPOND |
| | **USPTO Status Date:** JUL 02, 2012 |
| **Goods/Services:** | **International Class 10:** DEVICE THAT MEASURES TIME, DURATION, FREQUENCY OR INTENSITY OR ANY OTHER MEASUREMENT OF THE BRUXING, GNASHING OR GRINDING OF TEETH OR JAW |
| **Last Reported Owner:** | MULLEN JR, PERRY WESLEY |
| | UNITED STATES  INDIVIDUAL |
| | 7229 FOREST AVENUE |
| | SUITE 104 |
| | RICHMOND, VIRGINIA  23226 |

| **Chronology:** | **Filed:** DEC 01, 2010 | **Serial Number:** 85-188,653 |
|---|---|---|
| | **Abandoned:** JUN 06, 2012 | |
| | Date Revived/Reinstated: DEC 02, 2011 | |
| | Earliest Date in Record: DEC 01, 2010  (Filed) | |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | MULLEN JR, PERRY WESLEY |
| | UNITED STATES  INDIVIDUAL |
| | 7229 FOREST AVENUE |
| | SUITE 104 |
| | RICHMOND, VIRGINIA  23226 |
| **Filing Correspondent:** | MULLEN JR, PERRY WESLEY |
| | 7229 FOREST AVE STE 104 |
| | RICHMOND, VA 23226-3765 |

**BRUXZIR**

**US−15**
**Group:** Four



**KDZ BRUXER**

`TTAB`

**Status:** PUBLISHED
INTENT TO USE

**USPTO Status:** OPPOSITION PENDING
**USPTO Status Date:** AUG 30, 2011

**Goods/Services:** **International Class 10:** DENTAL PROSTHESES

**Disclaimers:** "BRUXER"

**Last Reported Owner:** KEATING DENTAL ARTS, INC.
CALIFORNIA CORPORATION
16881 HALE AVENUE
IRVINE, CALIFORNIA 92606

**Chronology:** **Filed:** APR 05, 2011     **Serial Number:** 85−287,029
**Opposition/Cancellation Filed:** AUG 30, 2011
**Opposition/Cancellation Filed:** DEC 07, 2011
**Published For Opposition:** AUG 30, 2011
**Earliest Date in Record:** APR 05, 2011  (Filed)

**Trademark Trials and Appeal Board (TTAB) Information:**

`TTAB`

**Opposition Number:** 91201389
**Outcome:** PENDING, AUG 30, 2011

**Plaintiff:**
JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA
GLIDEWELL LABORATORIES
**Mark:** BRUXZIR
**Registration Number:** 3,739,663
**Serial Number:** 77−761,757

**Defendant:**
KEATING DENTAL ARTS, INC.

**Mark:** KDZ BRUXER
**Registration Number:**
**Serial Number:** 85−287,029

**Correspondent:**
LEONARD TACHNER
LEONARD TACHNER A PROFESSIONAL LAW
CORPORATION
17961 SKY PARK CIRCLE, SUITE 38−E
IRVINE, CA 92614 US

**Trademark Defendant Correspondent:**
J MARK HOLLAND
J MARK HOLLAND & ASSOCIATES
3 SAN JOAQUIN PLAZA, SUITE 210
NEWPORT BEACH, CA 92660 US

**TTAB Entry:** #12 SUSPENDED PENDING DISP OF CIVIL ACTION, NOV 18, 2011
**TTAB Entry:** #11 COPY OF COMPLAINT FROM CIVIL ACTION, OCT 27, 2011

**Opposition Number:** 91202891
**Outcome:** PENDING, DEC 07, 2011

**Plaintiff:**
KEATING DENTAL ARTS, INC.

**Defendant:**
JAMES R. GLIDEWELL DENTAL CERAMICS INC.

**Mark:** KDZ BRUXER
**Serial Number:** 85−287,029
**Correspondent:**
J MARK HOLLAND
J MARK HOLLAND ASSOC
3 SAN JOAQUIN PLZ STE 210
NEWPORT BEACH, CA 92660 US

**Mark:** BRUXZIR
**Serial Number:** 85−332,886
**Trademark Defendant Correspondent:**
LEONARD TACHNER
LEONARD TACHNER PROF LAW CORP
17961 SKY PARK CIR STE 38−E
IRVINE, CA 92614 US

**TTAB Entry:** #6 SUSPENDED PENDING DISP OF CIVIL ACTION, FEB 03, 2012
**TTAB Entry:** #5 ANSWER, DEC 21, 2011

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | KEATING DENTAL ARTS, INC.<br>CALIFORNIA  CORPORATION<br>16881 HALE AVENUE<br>IRVINE, CALIFORNIA  92606 |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF THE LETTERS "KDZ" IN BOLD FOLLOWED BY THE LETTERS<br>"BRUXER" IN SMALLER FONT LARGELY ENCIRCLED BY A STYLIZED AND ELONGATED<br>INCOMPLETE OVAL−SHAPED DESIGN ELEMENT. |
| **Filing Correspondent:** | THOMAS L. GOURDE<br>J MARK HOLLAND<br>J MARK HOLLAND & ASSOCIATES<br>3 SAN JOAQUIN PLAZA SUITE 210<br>NEWPORT BEACH, CA 92660 |

**BRUXZIR**

**US−16**
**Group:** Four

**BRUXTON**

 **Global Filings = 1**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** JAN 28, 2010 |
| **Goods/Services:** | **International Class 10:** COMPUTER SOFTWARE, NAMELY SOFTWARE FOR DATA ACQUISITION AND ANALYSIS, USED IN SCIENTIFIC RESEARCH AND INDUSTRIAL MEASUREMENT |
| | **First Used:** JAN 24, 1997 (INTL. CL. 10) |
| | **In Commerce:** JAN 24, 1997 |
| **Last Reported Owner:** | BRUXTON CORPORATION |
| | WASHINGTON  CORPORATION |
| | 6416 34TH AVE NW |
| | SEATTLE, WASHINGTON  98107−2607 |
| **Chronology:** | **Filed:** FEB 08, 1999          **Serial Number:** 75−635,946 |
| | **Published For Opposition:** NOV 23, 1999 |
| | **Registered:** FEB 15, 2000          **Registration Number:** 2,319,154 |
| | **Affidavit Section:**  REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  JAN 28, 2010 |
| | REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. APR 25, 2006 |
| | **Last Renewed:** FEB 15, 2010 |
| | **Earliest Date in Record:** JAN 24, 1997  (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | BRUXTON CORPORATION |
| | WASHINGTON  CORPORATION |
| | 6416 34TH AVE NW |
| | SEATTLE, WASHINGTON  98107−2607 |
| **Filing Correspondent:** | DAN BROWN |
| | BRUXTON CORPORATION |
| | 6416 34TH AVE NW |
| | SEATTLE WA 98107−2607 |

KDA-003608

# BRUXAP

**BRUXAP**

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 07, 2011

**Goods/Services:** **International Class 44:** MEDICAL DIAGNOSTIC TESTING, MONITORING AND REPORTING
SERVICES
**First Used:** FEB 24, 2011  (INTL. CL. 44)
**In Commerce:** FEB 24, 2011

**Last Reported Owner:** BETTER SUNRISE CORPORATION
ILLINOIS  CORPORATION
4592 N. ELSTON AVENUE
CHICAGO, ILLINOIS  60630

**Chronology:** **Filed:** JUL 26, 2010            **Serial Number:** 85−092,819
**Published For Opposition:** JAN 11, 2011
**Registered:** JUN 07, 2011        **Registration Number:** 3,975,978
**Earliest Date in Record:** JUL 26, 2010  (Filed)

**Ownership Details:**

**Registrant:** BETTER SUNRISE CORPORATION
ILLINOIS  CORPORATION
4592 N. ELSTON AVENUE
CHICAGO, ILLINOIS  60630

**Filing Correspondent:** THOMAS D ROSENWEIN
GLICKMAN, FLESCH & ROSENWEIN
230 W MONROE ST STE 800
CHICAGO, IL 60606−4735

Exhibit 79
-1009-
KDA-003609

# BRUXQuickSplint

## BRUXQUICKSPLINT

**Status:**
ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
**USPTO Status Date:** MAY 07, 2012

**Goods/Services:**
International Class 10:  BITE TRAYS; DENTAL BITE TRAYS

**Last Reported Owner:**
BRADLEY A. ELI DENTAL CORPORATION
CALIFORNIA  CORPORATION
4403 MANCHESTER AVE, SUITE 101
ENCINITAS, CALIFORNIA  92024

**Chronology:**
**Filed:** AUG 24, 2010        **Serial Number:** 85−114,142
**Published For Opposition:** FEB 08, 2011
**Abandoned:** MAY 07, 2012
**Date Revived/Reinstated:** NOV 30, 2011
**Earliest Date in Record:** AUG 24, 2010  (Filed)

## Ownership Details:

**Applicant:**
BRADLEY A. ELI DENTAL CORPORATION
CALIFORNIA  CORPORATION
4403 MANCHESTER AVE, SUITE 101
ENCINITAS, CALIFORNIA  92024

**Filing Correspondent:**
BRADLEY A. ELI DENTAL CORPORATION
4403 MANCHESTER AVE STE 101
ENCINITAS, CA 92024−4939

Exhibit 79
-1010-
KDA-003610

# BREMZIR

**BREMZIR**

 **Global Filings = 20**

| | |
|---|---|
| **Status:** | REGISTERED<br>44(E) APPLICATION − CURRENT<br><br>**USPTO Status:** REGISTERED<br>**USPTO Status Date:** AUG 25, 2009 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF ONCOLOGY, CARDIOVASCULAR DISEASES, RESPIRATORY DISEASES, INFLAMMATION/INFECTION, GASTROINTESTINAL DISEASES AND CENTRAL NERVOUS SYSTEM DISEASES |
| **Last Reported Owner:** | ASTRAZENECA AB<br>SWEDEN CORPORATION<br>VASTRA MALEREHAMNEN 9<br>SODERTALJE, SWEDEN S−15185 |

**We Have Located Other Marks With This Owner**

BLEXIR                                                                USPTO          Page 60

| | |
|---|---|
| **Chronology:** | **Filed:** OCT 13, 2006        **Serial Number:** 77−020,725<br>**Published For Opposition:** JUN 09, 2009<br>**Registered:** AUG 25, 2009    **Registration Number:** 3,671,362<br>**Date Revived/Reinstated:** NOV 13, 2007<br>**Earliest Date in Record:** OCT 13, 2006  (Filed) |

**Ownership Details:**

**Registrant:**          ASTRAZENECA AB
                         SWEDEN CORPORATION
                         VASTRA MALEREHAMNEN 9
                         SODERTALJE, SWEDEN S−15185

**Non−U.S. Registration Claimed:** 005383401
**Non−U.S. Registration Date:** SEP 27, 2007

Exhibit 79
-1011-

KDA-003611

**Non−U.S. Registration Country:** EU

**Filing Correspondent:**   WM. CHARLES SAUNDERS
ASTRAZENECA PHARMACEUTICALS LP
OW2
1800 CONCORD PIKE
WILMINGTON DE 19850

**Domestic Representative:** WM. CHARLES SAUNDERS

# BRUXITE

**BRUXITE**

 **Global Filings = 3**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** SEP 13, 2011 |

**Goods/Services:** **International Class 6:** STEEL SHEETS; SHEETS AND PLATES OF METAL; PROTECTING PLATES OF METAL FOR PROTECTION OF WALLS IN MINE SHAFTS
**International Class 7:** MACHINES AND MACHINE TOOLS, NAMELY, APRONS AS PARTS OF MACHINES, CUTTING MEMBERS AND WEAR PARTS FOR PLOUGHS, ROAD GRADERS, LOADER BUCKETS AND EXCAVATOR BUCKETS, WEAR PARTS FOR CRUSHING MACHINES, EXCAVATOR TEETH, AND ROAD GRADER BLADES AND PLOUGH BLADES

**Last Reported Owner:** OLOFSFORS AB
SWEDEN  AKTIEBOLAG (AB)
OLOFSFORS 11
NORDMALING, SWEDEN SE−91491

**Chronology:** **Filed:** MAR 23, 2010       **Serial Number:** 77−966,403
**Published For Opposition:** FEB 15, 2011
**Registered:** SEP 13, 2011       **Registration Number:** 4,024,522
**Earliest Date in Record:** JAN 27, 2010  (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:** OLOFSFORS AB
SWEDEN  AKTIEBOLAG (AB)
OLOFSFORS 11
NORDMALING, SWEDEN  SE−91491

**Non−U.S. Application Claimed:** 008837577
**Non−U.S. Application Date:** JAN 27, 2010

**BRUXZIR**

**Non−U.S. Application Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE

**Non−U.S. Registration Claimed:** 008837577
**Non−U.S. Registration Date:** JUL 27, 2010
**Non−U.S. Registration Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE

**Filing Correspondent:**   GEORGE M. KAPLAN
                            DILWORTH & BARRESE, LLP
                            1000 WOODBURY ROAD, SUITE 405
                            WOODBURY NY 11797

**Domestic Representative:** GEORGE M. KAPLAN

Exhibit 79
-1014-
KDA-003614

**BRUXZIR**

**BRIXTON**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** FEB 13, 2004 |
| **Goods/Services:** | **International Class 10:** MEDICAL AND PHARMACEUTICAL−RELATED PRODUCTS; NAMELY, PLASTIC SLEEVES FOR USE ON HANDHELD OR MOUNTED MEDICAL OR DENTAL INSTRUM ENTS, GLOVES FOR MEDICAL OR DENTAL USE, PLASTIC SHEETS IN FLAT OR ROLLED FORM TO COVER MEDICAL OR DENTAL TRAYS, OR TO COVER HANDHELD OR MOUNTED MEDICAL OR DENTAL INSTRUMENTS, MEDICAL OR DENTAL INSTRUMENT COVERS, ALL FOR USE IN DOCTOR AND DENTIST OFFICES AND HOSPITALS, CLINICS AND HOMES, INCLUDING DISPOSABLE AND NON−DISPOSABLE TYPES |
| | **First Used:** DEC 28, 1992 (INTL. CL. 10) |
| | **In Commerce:** FEB 25, 1993 |
| **Last Reported Owner:** | FILMTECH INC. |
| | NEW YORK CORPORATION |
| | 581 MCDONALD AVE. |
| | BROOKLYN, NEW YORK 11218 |

| **Chronology:** | **Filed:** MAR 10, 1993 | **Serial Number:** 74−366,596 |
|---|---|---|
| | **Published For Opposition:** APR 12, 1994 | |
| | **Registered:** NOV 01, 1994 | **Registration Number:** 1,860,817 |
| | **Affidavit Section:** | REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED FEB 13, 2004 |
| | | REGISTERED − SEC. 15 ACKNOWLEDGED NOV 17, 2000 |
| | | REGISTERED − SEC. 8 (6−YR) ACCEPTED NOV 17, 2000 |
| | **Last Renewed:** NOV 01, 2004 | |
| | **Earliest Date in Record:** DEC 28, 1992 (First Used) | |

**Ownership Details:**

| **Registrant:** | FILMTECH INC. |
|---|---|
| | NEW YORK CORPORATION |
| | 581 MCDONALD AVE. |
| | BROOKLYN, NEW YORK 11218 |
| **Filing Correspondent:** | SAMSON HELFGOTT |
| | JACOB POSNER |
| | FILMTECH INC |
| | 581 MCDONALD AVE |

Exhibit 79
-1015-
KDA-003615

BROOKLYN NY 11218−3807

**BRUXZIR**

**US−22**
**Group:** Four

## BREXIN

| | |
|---|---|
| **Status:** | EXPIRED |
| | AMENDED TO USE APPLICATION |
| | |
| | **USPTO Status:** EXPIRED |
| | **USPTO Status Date:** MAY 10, 2003 |
| **Goods/Services:** | **International Class 5:** COMBINATION COLD CAPSULE |
| | **First Used:** OCT 14, 1970  (US.CL. 18) |
| | **In Commerce:** OCT 14, 1970 |
| **Last Reported Owner:** | BYK−GULDEN, INC. |
| | DELAWARE  CORPORATION |
| | MELVILLE, NY 11747 |
| | 60 BAYLIS ROAD |
| **Chronology:** | **Filed:** OCT 20, 1970          **Serial Number:** 72−373,851 |
| | **Published For Opposition:** MAY 23, 1972 |
| | **Registered:** AUG 08, 1972          **Registration Number:** 940,338 |
| | **Affidavit Section:**  REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. |
| | **Renewed:** AUG 08, 1992 |
| | **Earliest Date in Record:** OCT 14, 1970  (First Used) |

## Ownership Details:

**Registrant:**          ALTANA, INC.
                              NEW YORK  CORPORATION
                              60 BAYLIS ROAD
                              MELVILLE, NEW YORK  11747

**Assignee**                                    **Assignor**
BYK−GULDEN, INC.                          E. FOUGERA & COMPANY
DELAWARE CORPORATION              NEW YORK CORPORATION
MELVILLE, NY 11747                         **Signed:** DEC 15, 1992
60 BAYLIS ROAD

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL
**Recorded:** JAN 06, 1993
**Reel/Frame:** 0924/0150

**BRUXZIR**

**Correspondent:**
GABRIELA BROWN
TOWNLEY & UPDIKE
405 LEXINGTON AVE.
NEW YORK, NEW YORK 10174

**Assignee**
BYK−GULDEN, INC.
DELAWARE CORPORATION
60 BAYLIS ROAD
MELVILLE, NEW YORK, 11747

**Assignor**
E. FOUGERA & COMPANY
NEW YORK CORPORATION
**Signed:** DEC 15, 1992

**Brief:** NUNC PRO TUNC ASSIGNMENT 19740701
**Recorded:** DEC 30, 1992
**Reel/Frame:** 0920/0723
**Correspondent:**
GABRIELA BROWN
TOWNLEY & UPDIKE
405 LEXINGTON AVE.
NEW YORK, NY 10174

**Assignee**
E. FOUGERA & COMPANY, INC.
NEW YORK CORPORATION

**Assignor**
SAVAGE LABORATORIES, INC.
TEXAS CORPORATION
**Signed:** JUL 19, 1985

**Brief:** MERGER EFFECTIVE IN TEXAS, 19741029
**Recorded:** SEP 26, 1985
**Reel/Frame:** 0506/0155
**Correspondent:**
TOWNLEY AND UPDIKE
405 LEXINGTON AVE.
CHRYSLER BLDG.
405 LEXINGTON AVE.
NEW YORK, NY 10174

**Assignee**
ALTANA, INC.

**Assignor**
BYK−GULDEN, INC.
**Signed:** JAN 16, 1985

**Brief:** CHANGE OF NAME 19840831
**Recorded:** APR 22, 1985

Exhibit 79
-1018-

KDA-003618

**BRUXZIR**

**Reel/Frame:** 0492/0626
**Correspondent:**
TOWNLEY AND UPDIKE
CHRYSLER BLDG.
405 LEXINGTON AVE.
NEW YORK, NY 10174

**Assignee**
SAVAGE LABORATORIES, INC.

**Assignor**
KOHORN INDUSTRIES, INC.
**Signed:** FEB 28, 1972

**Brief:** CHANGE OF NAME 19710115
**Recorded:** JUN 27, 1972
**Reel/Frame:** 0221/0883
**Correspondent:**
BLUM, MOSCOVITZ, ET AL.
555 MADISON AVE.
555 MADISON AVE.
NEW YORK, NY 10022

**Assignee**
KOHORN INDUSTRIES, INC.
TEXAS CORPORATION
5222 ELM ST.
HOUSTON, TEXAS

**Assignor**
SAVAGE LABORATORIES, INC.
DELAWARE CORPORATION
5222 ELM ST.
HOUSTON, TEXAS
**Acknowledge:** JAN 15, 1971

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL
**Recorded:** JUN 27, 1972
**Reel/Frame:** 0221/0881
**Correspondent:**
BLUM, MOSCOVITZ, ET AL.
555 MADISON AVE.
555 MADISON AVE.
NEW YORK, NY 10022

**Filing Correspondent:** JAMES B. SWIRE
TOWNLEY & UPDIKE
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Exhibit 79
-1019-

KDA-003619

# BLEXIR

---

**BLEXIR**

 **Global Filings = 12**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** OCT 24, 2006 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT AND PREVENTION OF CANCER |
| **Last Reported Owner:** | ASTRAZENECA AB |
| | SWEDEN  CORPORATION |
| | VASTRA MALAREHAMNEN 9 |
| | SODERTALJE, SWEDEN  SE−151 85 |

**We Have Located Other Marks With This Owner**

BREMZIR                                                    USPTO            Page 51

**Chronology:**    **Filed:** OCT 27, 2004          **Serial Number:** 78−506,830
**Published For Opposition:** AUG 08, 2006
**Registered:** OCT 24, 2006          **Registration Number:** 3,161,601
**Earliest Date in Record:** OCT 11, 2004  (Non−U.S. Application Date)

---

**Ownership Details:**

**Registrant:**    ASTRAZENECA AB
SWEDEN  CORPORATION

---

KDA-003620

VASTRA MALAREHAMNEN 9
SODERTALJE, SWEDEN  SE−151 85

**Non−U.S. Application Claimed:** 2004/06841
**Non−U.S. Application Date:** OCT 11, 2004
**Non−U.S. Application Country:** SWEDEN

**Non−U.S. Registration Claimed:** 370684
**Non−U.S. Registration Date:** FEB 18, 2005
**Non−U.S. Registration Country:** SWEDEN

**Filing Correspondent:**   WM. CHARLES SAUNDERS
ASTRAZENECA PHARMACEUTICALS LP
OW2
1800 CONCORD PIKE
WILMINGTON DE 19850

**Domestic Representative:** WM. CHARLES SAUNDERS

Exhibit 79
-1021-
KDA-003621

**BRUXZIR**

**US−24**
**Group:** Four



**BRAX**

 **Global Filings = 94**

**Status:**  REGISTERED
SECTION 66(A) (MADRID PROTOCOL) − FILED
SECTION 66(A) (MADRID PROTOCOL) − CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 07, 2007

**Goods/Services:**  **International Class 3:** SOAPS, * FOR PERSONAL HYGIENE AND BODY CARE; * PERFUMERY,
ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, DEODORANTS FOR PERSONAL USE,
PERFUME SPRAY, INCLUDED IN THIS CLASS, EAU DE TOILETTE, SHAMPOOS, LOTIONS,
NAMELY, BODY LOTION AND SUN TANNING LOTION, HAIR−CARE PREPARATIONS, BATH
SALTS
**International Class 14:** JEWELERY, PRECIOUS STONES, HOROLOGICAL AND CHRONOM
ETRIC INSTRUMENTS
**International Class 18:** PRODUCTS OF LEATHER AND IMITATIONS OF LEATHER, NAMELY,
SUITCASES, BAGS, GARMENT BAGS, ATTACHé CASES, BRIEFCASES, WALLETS, PURSES
AND RUCKSACKS
**International Class 25:** ARTICLES OF CLOTHING, NAMELY, PANTS, SHORTS, SKIRTS,
OVERALLS, DRESSES, SHIRTS, T−SHIRTS, PULLOVERS, SWEATERS, VESTS, JACKETS,
COATS, UNDERGARMENTS, GLOVES, SCARVES, BANDANNAS, SOCKS, SHOES, BELTS,
HATS AND CAPS

**Last Reported Owner:**  LEINEWEBER GMBH & CO. KG
GERMANY  GMBH & CO. KG
32051 HERFORD
WITTEKINDSTR. 16−18 , GERMANY

**Chronology:**  **Filed:** JAN 12, 2006          **Serial Number:** 79−024,754
**Published For Opposition:** MAY 22, 2007
**Registered:** AUG 07, 2007          **Registration Number:** 3,275,437
**Date Revived/Reinstated:** MAR 23, 2007
**Earliest Date in Record:** NOV 10, 2005 (International Priority Claimed Date)

KDA-003622

**BRUXZIR**

## International Trademark Information:

**International Registration Number:** 0887301

**International Registration Date:** JAN 12, 2006

**International Publication Date:** AUG 03, 2006

**International Renewal Date:** JAN 12, 2016

**Date of Automatic Protection:** JAN 13, 2008

**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED

**International Status Date:** JUL 13, 2006

**International Priority Claimed Date:** NOV 10, 2005

## Ownership Details:

| | |
|---|---|
| **Registrant:** | LEINEWEBER GMBH & CO. KG |
| | GERMANY GMBH & CO. KG |
| | 32051 HERFORD |
| | WITTEKINDSTR. 16−18 , GERMANY |
| **Claims:** | COLUMN 1, LINE 6, AFTER "SOAPS" "FOR PERSONAL HYGIENE AND BODY CARE;" |
| | SHOULD BE INSERTED. |

**Filing Correspondent:** DANIEL J. BOURQUE

BOURQUE & ASSOCIATES, P.A.

835 HANOVER STREET

MANCHESTER NH 03104

**Domestic Representative:** DANIEL J. BOURQUE

Exhibit 79
-1023-

KDA-003623

Brucker Biofeedback Method

## BRUCKER BIOFEEDBACK METHOD

**Status:**     REGISTERED

    **USPTO Status:** REGISTERED
    **USPTO Status Date:** JAN 24, 2012

**Goods/Services:**     **International Class 44:** MEDICAL SERVICES, NAMELY, PROVIDING TREATMENT TO
    RESTORE MOTOR NEURON FUNCTION FOR PEOPLE FACING PERMANENT PARALYSIS DUE
    TO DISEASE OR INJURY IN THE BRAIN, BRAIN STEM, AND SPINAL CORD
    **First Used:** APR 05, 1981 (INTL. CL. 44)
    **In Commerce:** APR 05, 1981

**Disclaimers:**     "BIOFEEDBACK METHOD"

**Last Reported Owner:**     GUGEL, RITA NACKEN
    UNITED STATES INDIVIDUAL
    1326 SE 3RD AVENUE
    FORT LAUDERDALE, FLORIDA 33316−1908

**Chronology:**     **Filed:** JUN 21, 2010     **Serial Number:** 85−067,478
    **Published For Opposition:** MAY 24, 2011
    **Registered:** JAN 24, 2012     **Registration Number:** 4,091,777
    **Earliest Date in Record:** APR 05, 1981 (First Used)

### Ownership Details:

**Registrant:**     GUGEL, RITA NACKEN
    UNITED STATES INDIVIDUAL
    1326 SE 3RD AVENUE
    FORT LAUDERDALE, FLORIDA 33316−1908

**Filing Correspondent:**     RITA NACKEN GUGEL
    1326 S. E. 3RD AVENUE
    FORT LAUDERDALE FL 33316

Exhibit 79
-1024-
KDA-003624

# BRAZOR

**BRAZOR**

**Status:**             PUBLISHED
                        INTENT TO USE

                        **USPTO Status:** SU - NON-FINAL ACTION - MAILED
                        **USPTO Status Date:** AUG 20, 2012

**Goods/Services:**     International Class 3: SHAVING PRODUCTS, NAMELY, SHAVING PREPARATIONS, SHAVING
                        LOTION, SHAVING SOAP, BODY WASHES FOR SHAVING, PRESHAVE AND AFTERSHAVE
                        PREPARATIONS
                        **First Used:** JUN 10, 2012  (INTL. CL. 3)
                        **In Commerce:** JUN 10, 2012

**Last Reported Owner:** KOTELOV, PAUL
                        UNITED STATES  INDIVIDUAL
                        1011 SAXONY DRIVE
                        HIGHLAND PARK, ILLINOIS  66035

**Chronology:**         **Filed:** JUN 17, 2009          **Serial Number:** 77-762,141
                        **Child Serial Number:** 77-982,388
                        **Published For Opposition:** NOV 10, 2009
                        **Allowance Filed:** FEB 02, 2010
                        **Earliest Date in Record:** JUN 17, 2009  (Filed)

**Ownership Details:**

**Applicant:**          KOTELOV, PAUL
                        UNITED STATES  INDIVIDUAL
                        1011 SAXONY DRIVE
                        HIGHLAND PARK, ILLINOIS  66035

**Filing Correspondent:** JOAN OPTICAN HERMAN
                        HOVEY WILLIAMS LLP
                        10801 MASTIN ST STE 1000
                        OVERLAND PARK, KS 66210

**BRUXZIR**

US−27
**Group:** Four

## BRONZZER

**Status:**             RENEWED

                        **USPTO Status:** REGISTERED AND RENEWED
                        **USPTO Status Date:** JUN 09, 2005

**Goods/Services:**     **International Class 3:** COSMETICS; NAMELY, BRONZING POWDER
                        **First Used:** JUN 1993 (INTL. CL. 3)
                        **In Commerce:** JUN 1993

**Last Reported Owner:** MARKWINS BEAUTY PRODUCTS, INC.
                        CALIFORNIA CORPORATION
                        22067 FERRERO PARKWAY
                        CITY OF INDUSTRY, CALIFORNIA 91789

**Chronology:**         **Filed:** MAR 08, 1993          **Serial Number:** 74−365,692
                        **Published For Opposition:** MAR 22, 1994
                        **Registered:** APR 25, 1995     **Registration Number:** 1,891,578
                        **Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  JUN 09, 2005
                        REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.
                        OCT 18, 2001
                        **Last Renewed:** APR 25, 2004
                        **Earliest Date in Record:** MAR 08, 1993  (Filed)

### Ownership Details:

**Registrant:**         PAVION LTD.
                        NEW YORK CORPORATION
                        60 CEDAR HILL AVENUE
                        NYACK−ON−HUDSON, NEW YORK 10960

**Assignee**                                            **Assignor**
CATHAY BANK                                             MARKWINS BEAUTY PRODUCTS, INC.
UNITED STATES NATIONAL BANKING ASSOCIATION             CALIFORNIA CORPORATION
777 NORTH BROADWAY                                      **Signed:** JUL 28, 2009
LOS ANGELES, CALIFORNIA, 90012

**Brief:** SECURITY INTEREST
**Recorded:** JUL 29, 2009
**Reel/Frame:** 4033/0398

Exhibit 79
-1026-
KDA-003626

**BRUXZIR**

**Correspondent:**
KIMBERLEY A. LATHROP
355 SOUTH GRAND AVENUE
BINGHAM MCCUTCHEN LLP
LOS ANGELES, CA 90071

**Assignee**
MARKWINS BEAUTY PRODUCTS, INC.
CALIFORNIA CORPORATION
22067 FERRERO PARKWAY
CITY OF INDUSTRY, CALIFORNIA, 91789

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** NOV 21, 2003
**Reel/Frame:** 2751/0286
**Correspondent:**
JEFFER, MANGELS, BUTLER & MARMARO LLP
CHRISTINE L. LOFGREN
1900 AVENUE OF THE STARS
SEVENTH FLOOR
LOS ANGELES, CA 90067

**Assignor**
PAVION LIMITED
NEW YORK CORPORATION
**Signed:** FEB 28, 2003

**Assignee**
PAVION LIMITED
NEW YORK CORPORATION
100 PORETE AVENUE
NORTH ARLINGTON, NEW JERSEY, 07031

**Brief:** CHANGE OF NAME
**Recorded:** NOV 20, 2003
**Reel/Frame:** 2750/0777
**Correspondent:**
CHRISTINE L. LOFGREN, ESQ.
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 AVENUE OF THE STARS, SEVENTH FLOOR
LOS ANGELES, CA 90067

**Assignor**
PAVION LTD.
NEW YORK CORPORATION
**Signed:** NOV 15, 1993

Exhibit 79
-1027-

KDA-003627

**Assignee**
CREDIT AGRICOLE INDOSUEZ, AS COLLATERAL AGENT
FRANCE CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Brief:** SECURITY INTEREST
**Recorded:** SEP 03, 1999
**Reel/Frame:** 1954/0948
**Correspondent:**
SIDLEY & AUSTIN
JAMES F. DONATO
ONE FIRST NATIONAL PLAZA - 51 MW
CHICAGO, IL 60603

**Assignor**
PAVION LIMITED
NEW YORK CORPORATION
**Signed:** JUN 01, 1999

**Assignee**
CREDIT AGRICOLE INDOSUEZ, AS COLLATERAL AGENT
1211 AVENUE OF THE AMERICAS, SEVENTH FLOOR
NEW YORK, NEW YORK, 10036

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 24, 1997
**Reel/Frame:** 1608/0896
**Correspondent:**
FEDERAL RESEARCH CORP.
VALERIE KARASZ
400 SEVENTH STREET, N.W., SUITE 101
WASHINGTON, D.C. 20004

**Assignor**
PAVION LIMITED
NEW YORK CORPORATION
**Signed:** JUN 30, 1997

**Filing Correspondent:** LESLIE BERTAGNOLLI
ROGER LIN
MARKWINS BEAUTY PRODUCTS, INC.
22067 FERRERO PARKWAY
CITY OF INDUSTRY CA 91789

**BRUXZIR**

**US−28**
**Group:** Four

# BERAXUR

**BERAXUR**

**Global Filings = 7**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** NOV 20, 2007 |

**Goods/Services:** **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF THE CENTRAL NERVOUS SYSTEM LIKE ALZHEIMER'S DISEASE, PARKINSON'S DISEASE, DEMENTIA, TINNITUS, PAIN, AUTISM, AMYOTROPHIC LATERAL SCLEROSIS, IRRITABLE BOWEL SYNDROME, BINGE EATING AND MULTIPLE SCLEROSIS

**Last Reported Owner:** MERZ PHARMA GMBH & CO. KGAA
GERMANY KOMMANDITGESELLSCHAFT AUF AKTIEN
ECKENHEIMER LANDSTRASSE, 100
FRANKFURT AM MAIN, GERMANY 60318

**We Have Located Other Marks With This Owner**

BALAXUR                                        USPTO          Page 222

**Chronology:** **Filed:** AUG 23, 2006          **Serial Number:** 78−958,665
**Published For Opposition:** SEP 04, 2007
**Registered:** NOV 20, 2007          **Registration Number:** 3,339,978
**Earliest Date in Record:** JUL 11, 2006 (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:** MERZ PHARMA GMBH & CO. KGAA
GERMANY KOMMANDITGESELLSCHAFT AUF AKTIEN
ECKENHEIMER LANDSTRASSE, 100
FRANKFURT AM MAIN, GERMANY 60318

Exhibit 79
-1029-

KDA-003629

**Non−U.S. Application Claimed:** 30642945.4
**Non−U.S. Application Date:** JUL 11, 2006
**Non−U.S. Application Country:** GERMANY

**Non−U.S. Registration Claimed:** 30642945
**Non−U.S. Registration Date:** NOV 06, 2006
**Non−U.S. Registration Country:** GERMANY

**Filing Correspondent:**   G PATRICK SAGE
                            HUESCHEN & SAGE PLLC
                            107 W MICHIGAN AVE
                            7TH FL KALAMAZOO BLDG
                            KALAMAZOO, MI 49007

**Domestic Representative:** G. PATRICK SAGE

Exhibit 79
-1030-
KDA-003630



**BRUNEIHALAL**

 **Global Filings = 15**

**Status:**
PUBLISHED
INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE – ISSUED
**USPTO Status Date:** AUG 21, 2012

**Goods/Services:**
**International Class 1:** CHEMICALS USED IN INDUSTRY, SCIENCE AND PHOTOGRAPHY, AS WELL AS IN AGRICULTURE, HORTICULTURE AND FORESTRY EXCEPT FUNGICIDES, HERBI CIDES, INSECTICIDES AND PARASITICIDES; CHEMICALS USED FOR THE PRESERVATION OF FOODS; UNPROCESSED ARTIFICIAL RESINS, UNPROCESSED PLASTICS; MANURES; FIRE EXTINGUISHING COMPOSITIONS; TEMPERING PREPARATIONS AND SOLDERING PREPARATIONS, NAMELY, SOLDERING CHEMICALS; CHEMICAL SUBSTANCES FOR PRESERVING FOODSTUFFS; TANNING AGENTS FOR USE IN THE MANUFACTURE OF LEATHER; ADHESIVES USED IN INDUSTRY; ALL OF THE AFOREMENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL
**International Class 3:** BLEACHING PREPARATIONS AND OTHER SUBSTANCES IN THE NATURE OF DETERGENTS AND FABRIC SOFTENERS FOR LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; DISINFECTANT SOAP; ALL OF THE AFOREMENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL
**International Class 5:** PHARMACEUTICAL PREPARATIONS IN THE NATURE OF MEDICINES FOR USE IN TREATMENT OF AILMENTS OF THE HEART, THE RESPIRATORY SYSTEM, THE DIGESTIVE SYSTEM, THE SKIN, THE HAIR, THE BONES AND THE TEETH, AND FOR TREATMENT OF COMMON COLD AND FEVER, FOR ORAL USE BY HUMAN BEINGS; VETERINARY PREPARATIONS, NAMELY, MEDICINES FOR USE IN TREATMENT OF AILMENTS OF THE HEART, THE RESPIRATORY SYSTEM, THE DIGESTIVE SYSTEM, THE SKIN, THE HAIR, THE BONES AND THE TEETH, AND FOR TREATMENT OF COMMON COLD AND FEVER; SANITARY PREPARATIONS FOR MEDICAL PURPOSES; DIETETIC SUBSTANCES IN THE NATURE OF FOOD AND BEVERAGES ADAPTED FOR MEDICAL USE, FOOD FOR BABIES; MEDICAL PLASTERS; MATERIALS FOR DRESSINGS, NAMELY, GAUZE; MATERIAL FOR STOPPING TEETH, DENTAL WAX; ALL PURPOSE DISINFECTANTS;

Exhibit 79
-1031-
KDA-003631

PREPARATIONS FOR DESTROYING VERMIN; FUNGICIDES, HERBICIDES; ALL OF THE AFOREMENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E.. HALAL **International Class 29:** MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED, FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES; EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN YOGURT; EDIBLE OILS AND FATS PROCESSED EDIBLE SEEDS; ALL OF THE AFOREM ENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL **International Class 30:** COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO; ARTIFICIAL COFFEE; FLOUR; CEREAL−BASED SNACK FOOD AND PROCESSED CEREAL−BASED FOOD PRODUCTS TO BE USED AS BREAKFAST FOOD, SNACK FOOD OR INGREDIENT FOR MAKING OTHER FOODS, BREAD, PASTRY AND CONFECTIONERY, NAMELY, SWEETS AND CHOCOLATE, EDIBLE ICES; HONEY, TREACLE; YEAST, BAKING−POWDER; SALT, MUSTARD; VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; MALT FOR FOOD PROCESSES; PROCESSED GRAINS; ALL OF THE AFOREMENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL **International Class 31:** UNPROCESSED EDIBLE GRAINS; LIVE ANIMALS; FRESH FRUITS AND VEGETABLES; FRUIT SEEDS; CROP SEEDS, NATURAL PLANTS AND FLOWERS; FOODSTUFFS FOR ANIMALS, MALT FOR BREWING AND DISTILLING; ALL OF THE AFOREM ENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL **International Class 32:** MINERAL WATER; AERATED WATERS; FRUIT DRINKS; FRUIT JUICES; SYRUPS FOR MAKING BEVERAGES; ALL OF THE AFOREMENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL **International Class 39:** LAND TRANSPORT BY CAR, TRUCK AND RAILWAY; FREIGHT SHIP TRANSPORT; AIR TRANSPORT; PACKAGING ARTICLES FOR TRANSPORTATION AND STORAGE OF GOODS; TRAVEL ARRANGEMENT, NAMELY, ORGANIZATION OF TRAVEL; ALL OF THE AFOREMENTIONED SERVICES BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL **International Class 43:** SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING TEMPORARY ACCOMMODATION; ALL OF THE AFOREMENTIONED SERVICES BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL **International Class 44:** MEDICAL SERVICES; VETERINARY SERVICES; HYGIENIC AND BEAUTY CARE FOR HUMAN BEINGS; GROOMING SERVICES THAT PROVIDE HYGIENIC AND BEAUTY CARE FOR ANIMALS; AGRICULTURAL AND FORESTRY SERVICES, NAMELY, PROVIDING ADVICE ON GROWTH, CULTIVATION AND HARVESTING OF CROPS AND VERMIN EXTERMINATION; HORTICULTURE SERVICES; ALL OF THE AFOREMENTIONED SERVICES BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL

**Disclaimers:** "BRUNEI HALAL"

**Last Reported Owner:** BRUNEI WAFIRAH HOLDINGS SDN. BHD.
BRUNEI DARUSSALAM CORPORATION
MIN. OF INDUSTRY AND PRIMARY RESOURCES
GROUND FLOOR
JALAN MENTERI BESAR, BRUNEI DARUSSALAM BSB,BB391

**Chronology:** **Filed:** AUG 09, 2010 **Serial Number:** 85−102,918

KDA-003632

**BRUXZIR**

**Published For Opposition:** JUN 26, 2012
**Allowance Filed:** AUG 21, 2012
**Earliest Date in Record:** AUG 09, 2010  (Filed)

## Ownership Details:

**Applicant:**        BRUNEI WAFIRAH HOLDINGS SDN. BHD.
BRUNEI DARUSSALAM  CORPORATION
MIN. OF INDUSTRY AND PRIMARY RESOURCES
GROUND FLOOR
JALAN MENTERI BESAR, BRUNEI DARUSSALAM  BSB,BB391

**Claims:**        THE COLOR(S) BLACK, WHITE, GREEN AND YELLOW IS/ARE CLAIMED AS A FEATURE OF
THE MARK.

**Design Phrase:**        THE MARK CONSISTS OF THE TERM "BRUNEIHALAL" WITH "BRUNEI" IN BLACK AND
"HALAL" IN GREEN AND A DESIGN CONSISTING OF A BLACK SQUARE THAT COMES TO A
POINT AT THE TOP AND INSIDE THE SQUARE IS ANOTHER SQUARE IN WHITE AND WITHIN
THAT SQUARE IS ANOTHER SQUARE WITH THREE ROUNDED CORNERS AND A FOURTH
CORNER THAT COMES TO A POINT WITH THE POINT FACING LEFT, WITH THE INTERNAL
SQUARE GREEN ON ONE END AND GRADUALLY SHIFTING TO YELLOW ON THE END WITH
THE POINT.

**Filing Correspondent:**   LAWRENCE E. ABELMAN
ABELMAN FRAYNE & SCHWAB
666 3RD AVE FL 10
NEW YORK, NY 10017-4046

**Domestic Representative:** LAWRENCE E. ABELMAN

Exhibit 79
-1033-
KDA-003633

# BRUNOFRISONI

**BRUNOFRISONI**

**Status:**　　　　　　　REGISTERED
SECTION 66(A) (MADRID PROTOCOL) − FILED
SECTION 66(A) (MADRID PROTOCOL) − CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** APR 18, 2006

**Goods/Services:**　　**International Class 3:** BLEACHING PREPARATIONS FOR LAUNDRY USE; ALL−PURPOSE
CLEANING LIQUIDS AND POWDERS; SOAPS; PERFUMERY PRODUCTS, NAMELY
PERFUMES, EAUX DE TOILETTE, EAUX DE PARFUM AND ESSENTIAL OILS FOR PERSONAL
USE; COSMETICS; HAIR LOTIONS; DENTIFRICES; DEODORANTS FOR PERSONAL USE;
TOILETRY MILKS; TALCUM POWDERS; COSMETIC BODY OILS, BODY CREAMS FOR
NON−MEDICAL USE; MAKE−UP; SHAVING PREPARATIONS, NAMELY SHAVING FOAMS,
SHAVING GELS, SHAVING AND AFTER−SHAVE LOTIONS AND SHAVING SOAPS; COSMETIC
KITS COMPRISED OF LIPSTICK, FOUNDATION AND MASCARA; SHAMPOOS; BATH OILS
AND SALTS, BATH LOTIONS FOR NON−MEDICAL USE

**Last Reported Owner:**　BOW B.V.
JOHANNES VERMEERPLEIN 11
NL−1071 DV AMSTERDAM, NETHERLANDS

**Chronology:**　　　**Filed:** AUG 18, 2004　　　　**Serial Number:** 79−006,768
**Published For Opposition:** JAN 24, 2006
**Registered:** APR 18, 2006　　　**Registration Number:** 3,082,978
**Earliest Date in Record:** FEB 20, 2004  (International Priority Claimed Date)

**International Trademark Information:**

**International Registration Number:** 0837309
**International Registration Date:** AUG 18, 2004
**International Publication Date:** JAN 06, 2005
**International Renewal Date:** AUG 18, 2014
**Date of Automatic Protection:** JUN 16, 2006
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** DEC 16, 2004
**International Priority Claimed Date:** FEB 20, 2004

**BRUXZIR**

**Ownership Details:**

**Registrant:**        MONSIEUR BRUNO FRISONI
                   FRANCE  INDIVIDUAL
                   34, RUE CITEAUX
                   F−75012 PARIS, FRANCE

**Assignee**                                      **Assignor**
BOW B.V.                                     MONSIEUR BRUNO FRISONI
JOHANNES VERMEERPLEIN 11              FRANCE
NL−1071 DV AMSTERDAM, NETHERLANDS     **Signed:** SEP 15, 2009

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** OCT 23, 2009
**Reel/Frame:** 4084/0420
**Correspondent:**
BOW B.V.
JOHANNES VERMEERPLEIN 11
NL−1071 DV AMSTERDAM
NETHERLANDS

**Portrait Permission:**    BRUNO FRISONI IDENTIFIES A PARTICULAR LIVING INDIVIDUAL WHO'S CONSENT IS OF
                           RECORD.

**Design Phrase:**

                   THE MARK IS A STYLISTIC VERSION OF APPLICANT'S NAME.

**Other U.S. Registrations:** 2,774,562

**Filing Correspondent:**  CABINET PASCALE LAMBERT ET ASSOCIéS
                        18 AVENUE DE L'OPéRA
                        F−75001 PARIS, FRANCE

**Domestic Representative:** CHARLES E. BAXLEY

Exhibit 79

-1035-

KDA-003635

**BRUXZIR**

**US-31**
**Group:** Four

BRUNELLO CUCINELLI

**BRUNELLO CUCINELLI**

 **Global Filings = 53** 

**Status:**    REGISTERED
SECTION 66(A) (MADRID PROTOCOL) – FILED
SECTION 66(A) (MADRID PROTOCOL) – CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 23, 2011

**Goods/Services:**    **International Class 3:** BATH SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR
LOTIONS; DENTIFRICES, COSMETIC POWDER, HAIR SHAMPOO
**International Class 9:** SPECTACLES, SUNGLASSES, EYEGLASSES, LENSES, CONTACT
LENSES, FRAMES FOR SUNGLASSES AND EYEGLASSES; APPARATUS FOR TRANSM
ISSION OF SOUND OR IMAGES; CRASH HELMETS
**International Class 18:** LEATHER AND IMITATIONS OF LEATHER; AND GOODS MADE OF
THESE MATERIALS, NAMELY, SUITCASES, BRIEFCASES, HAND–BAGS, WALLETS, PURSES,
BUSINESS CARDHOLDERS IN THE NATURE OF WALLETS, CARD CASES; COSMETIC CASES
SOLD EMPTY, COSMETIC BAGS SOLD EMPTY, CARRYING CASES FOR HOLDING SMALL
PERSONAL EFFECTS SOLD EMPTY; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING
BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESSES AND
SADDLERY; KEY CASES OF LEATHER, KEY CHAINS OF LEATHER, CASES OF IMITATION
LEATHER, CASES OF LEATHER BOARD; HAT CASES OF LEATHER, TOOL BAGS OF
LEATHER SOLD EMPTY, LEATHER POUCHES FOR PACKAGING, LEATHER SHOULDER
BELTS
**International Class 24:** LINEN, WOOL, SILK AND COTTON FABRICS ALONE OR IN
COMBINATION WITH EACH OTHER AND/OR MIXED WITH SYNTHETIC FABRICS, ALL FOR
USE IN THE MANUFACTURE OF CLOTHING AS WELL AS FURNISHINGS AND INTERIOR
DECORATIONS, BATH TOWELS, KITCHEN TOWELS, CLOTH NAPKINS BEING TEXTILE
NAPKINS, CLOTH TABLE COVERS, PILLOW CASES, SHEETS AND QUILTS; TEXTILE
NAPKINS, BLANKETS OF TEXTILE OR LINEN OR WOOL OR SILK ALONE OR IN
COMBINATION EACH OTHER, SANITARY PADS FOR MATTRESSES, HANDKERCHIEFS,
COASTERS OF TEXTILE, CLOTH BANNERS, ROLLING CURTAINS, CURTAINS, FABRIC
VALANCE, HANGING BLANKETS BEING TEXTILE WALL HANGINGS
**International Class 35:** ADVERTISING SERVICES

**Last Reported Owner:**    BRUNELLO CUCINELLI S.P.A.

ITALY  JOINT STOCK COMPANY
I−06070 FRAZIONE SOLOMEO, CORCIANO (PG)
PIAZZA CARLO ALBERTO DALLA CHIESA, 6 , ITALY

**Chronology:**          **Filed:** OCT 21, 2009          **Serial Number:** 79−076,627
                          **Published For Opposition:** JUN 07, 2011
                          **Registered:** AUG 23, 2011          **Registration Number:** 4,014,464
                          **Earliest Date in Record:** JUL 29, 2009  (International Priority Claimed Date)

**International Trademark Information:**

                          **International Registration Number:** 1022925
                          **International Registration Date:** OCT 21, 2009
                          **International Publication Date:** JAN 07, 2010
                          **International Renewal Date:** OCT 21, 2019
                          **Date of Automatic Protection:** JUN 30, 2011
                          **International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
                          **International Status Date:** DEC 31, 2009
                          **International Priority Claimed Date:** JUL 29, 2009

**Trademark Trials and Appeal Board (TTAB) Information:**                                         `TTAB`

**Ex Parte Appeal:** 79076627
**Filed:** FEB 28, 2011
**Outcome:** TERMINATED  APR 29, 2011

**Plaintiff:**
BRUNELLO CUCINELLI S.P.A.

**Mark:** BRUNELLO CUCINELLI
**Serial Number:** 79−076,627
**Correspondent:**
FRANK P PRESTA
NIXON & VANDERHYE PC
901 N GLEBE ROAD , 11TH FL
ARLINGTON, VA 22203 US

**TTAB Entry:** #6 TERMINATED, APR 29, 2011
**TTAB Entry:** #5 REMANDED TO EXAMINER, APR 15, 2011

**Ownership Details:**

**Registrant:**          BRUNELLO CUCINELLI S.P.A.
                          ITALY  JOINT STOCK COMPANY
                          I−06070 FRAZIONE SOLOMEO, CORCIANO (PG)
                          PIAZZA CARLO ALBERTO DALLA CHIESA, 6 , ITALY
**Portrait Permission:**  THE NAME SHOWN IN THE MARK IDENTIFIES "BRUNELLO CUCINELLI" WHOSE

Exhibit 79
-1037-
KDA-003637

**BRUXZIR**

CONSENT(S) TO REGISTER IS MADE OF RECORD.

**Other U.S. Registrations:** 1,596,568

**Filing Correspondent:**  FRANK P. PRESTA
NIXON & VANDERHYE PC
901 N GLEBE ROAD 11TH FL
ARLINGTON, VA 22203

**BRUXZIR**

**US−32**
**Group:** Four



FRAC
*Lord Brummell*

**FRAC LORD BRUMMELL**

| | |
|---|---|
| **Translation:** | THE ENGLISH TRANSLATION OF "FRAC" IN THE MARK IS TAILS. |
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | NOTICE OF FIRST REFUSAL |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** DEC 15, 2009 |
| **Goods/Services:** | **International Class 3:** SOAPS FOR HOUSEHOLD AND PERSONAL USE; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES |
| **Last Reported Owner:** | INTERCOSMA WEST S.A.S |
| | ITALY  SOCIéTé EN COMMANDITE SIMPLE |
| | VIA LUIGI CANEPA 2 |
| | I−16165 GENOVA, ITALY |

**Chronology:** **Filed:** OCT 28, 2008      **Serial Number:** 79−064,575
Published For Opposition: SEP 29, 2009
**Registered:** DEC 15, 2009      **Registration Number:** 3,725,801
**Earliest Date in Record:** OCT 14, 2008  (International Priority Claimed Date)

**International Trademark Information:**

**International Registration Number:** 0991320
**International Registration Date:** OCT 28, 2008
**International Publication Date:** FEB 26, 2009
**International Renewal Date:** OCT 28, 2018
**Date of Automatic Protection:** AUG 19, 2010

KDA-003639

**BRUXZIR**

**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** FEB 19, 2009
**International Priority Claimed Date:** OCT 14, 2008

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | INTERCOSMA WEST S.A.S |
| | ITALY  SOCIéTé EN COMMANDITE SIMPLE |
| | VIA LUIGI CANEPA 2 |
| | I−16165 GENOVA, ITALY |
| **Portrait Permission:** | THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT |
| | IDENTIFY A PARTICULAR LIVING INDIVIDUAL. |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF BORDERED PORTRAIT OF A MAN IN A TOP HAT AND SUIT ABOVE |
| | THE STYLIZED, UNDERLINED WORD "FRAC" ABOVE THE STYLIZED PHRASE "LORD |
| | BRUMMELL". |

| | |
|---|---|
| **Filing Correspondent:** | G. FRANKLIN ROTHWELL |
| | ROTHWELL FIGG ERNST & MANBECK PC |
| | 1425 K ST NW |
| | STE 800 |
| | WASHINGTON, DC 20005 |

**Domestic Representative:** ROTHWELL FIGG ERNST & MANBECK PC

Exhibit 79
-1040-
KDA-003640

**BRUXZIR**

**US−33**
**Group:** Four

# Brucitic Marble

**BRUCITIC MARBLE**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−FAILURE TO RESPOND |
| | **USPTO Status Date:** NOV 17, 2008 |
| **Goods/Services:** | **International Class 3:** FOOT POWDER (NON−MEDICATED); TOOTH POLISH |
| | **International Class 5:** PESTICIDES ; ANTACIDS; DIETARY SUPPLEMENTS |
| | **International Class 19:** STONE FLOORING; STONE FLOOR TILES |
| | **International Class 20:** FURNITURE PARTS, NAMELY, COUNTERTOPS |
| **Last Reported Owner:** | ACM−TEXAS, LLC |
| | COLORADO LIMITED LIABILITY CO. |
| | P.O. BOX 270941 |
| | FORT COLLINS, COLORADO 80527 |
| **Chronology:** | **Filed:** JAN 10, 2008     **Serial Number:** 77−368,398 |
| | **Abandoned:** OCT 20, 2008 |
| | **Earliest Date in Record:** JAN 10, 2008 (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | ACM−TEXAS, LLC |
| | COLORADO LIMITED LIABILITY CO. |
| | P.O. BOX 270941 |
| | FORT COLLINS, COLORADO 80527 |
| **Filing Correspondent:** | ACM−TEXAS, LLC |
| | PO BOX 270941 |
| | FORT COLLINS, CO 80527−0941 |

**BRUXZIR**

**US−34**
**Group:** Four

*Beau Brummell*

**BEAU BRUMMELL**

`TTAB`

| | | |
|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 |

**USPTO Status:** CANCELLED − SECTION 8
**USPTO Status Date:** AUG 17, 2009

**Goods/Services:**     **International Class 3:**
(U.S. CL. 51) PERSONAL USE DEODORANTS, AFTER SHAVE LOTIONS, HAIR DRESSING, COLOGNES [ , SHAMPOOS, LIQUID DENTIFRICES, SUN−TAN LOTIONS, ] AND TALCUM POWDERS
**First Used:** 1938 (US.CL. 51)
**In Commerce:** 1938

**Last Reported Owner:**    DUYMUS, FAHRIYE
235 MCELROY AVE
FORT LEE, NEW JERSEY 07024

**Chronology:**     **Filed:** JUL 30, 1945      **Serial Number:** 71−486,451
**Published For Opposition:** MAR 19, 1946
**Opposition/Cancellation Filed:** JUN 29, 1998
**Registered:** JUN 25, 1946      **Registration Number:** 421,954
**Renewed:** JUN 25, 1986
**Cancelled:** SEP 22, 2009
**Republished Section 12(C):** NOV 09, 1948
**Earliest Date in Record:** 1938 (First Used)

---

**Trademark Trials and Appeal Board (TTAB) Information:**

`TTAB`

**Cancellation Action Number:** 92027780
**Outcome:** TERMINATED JAN 27, 2000

**Plaintiff:**                       **Defendant:**
B.B. ASSOCIATES, L.L.C.           MCGREGOR CORPORATION

**Mark:**                         **Mark:** BEAU BRUMMELL
**Registration Number:**        **Registration Number:** 421,954
**Serial Number:**              **Serial Number:** 71−486,451

Exhibit 79
KDA-003642

**BRUXZIR**

---

**Correspondent:**
BARBARA L. FRIEDMAN
HARRIS BEACH & WILCOX LLP
530 FIFTH AVENUE
NEW YORK, NY 10036

**Trademark Defendant Correspondent:**
ROBERT A. BECKER
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**TTAB Entry:** #11 BOARD'S DECISION: DISMISSED W/ PREJUDICE, JAN 27, 2000
**TTAB Entry:** #10 TERMINATED, JAN 27, 2000

---

**Ownership Details:**

**Registrant:**          DUYMUS, FAHRIYE
                         235 MCELROY AVE
                         FORT LEE, NEW JERSEY  07024

**Assignee**
DUYMUS, FAHRIYE
235 MCELROY AVE
FORT LEE, NEW JERSEY, 07024

**Assignor**
BRINKMANSHIP IMPORT AND EXPORT, LLC
NEW YORK LIMITED LIABILITY COMPANY
**Signed:** NOV 28, 2009

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAY 05, 2010
**Reel/Frame:** 4198/0905
**Correspondent:**
MICHAEL FEIGIN, ESQ.
103 THE CIRCLE
PASSAIC, NJ 07055

**Assignee**
BRINKMANSHIP IMPORT AND EXPORT LLC
19 WIMBLEDON COURT
WHITE PLAINS, NEW YORK, 10607

**Assignor**
BEAU BRUMMEL SOHO, LLC
NEW YORK LIMITED LIABILITY COMPANY
**Signed:** JUL 29, 2005

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** AUG 03, 2005
**Reel/Frame:** 3133/0774
**Correspondent:**
SUSAN M. ROSENFELD
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NY 10022−7650

---

Exhibit 79
-1043-

KDA-003643

**BRUXZIR**

**Assignee**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
11200 EAST 45TH AVENUE
DENVER, COLORADO, 80239

**Assignor**
BANK OF AMERICA, N.A.
FORMERLY BANK OF AMERICA NATIONAL TRUST AND
SAVINGS ASSOCIATION NATIONAL BANKING
ASSOCIATION
**Signed:** JUL 31, 2003

**Brief:** RELEASE OF SECURITY INTEREST IN
TRADEMARKS
**Recorded:** FEB 15, 2005
**Reel/Frame:** 3029/0247
**Correspondent:**
DORSEY & WHITNEY LLP
370 SEVENTEENTH STREET, SUITE 4700
LISA A. OSMAN
DENVER, CO 80202−5647

**Assignee**
BEAU BRUMMEL SOHO, LLC
NEW YORK LIMITED LIABILITY COMPANY
530 FIFTH AVENUE− 23RD FL
MARKOWITZ & ROSHCO, LLP
NEW YORK, NEW YORK, 10036

**Assignor**
BEAU BRUMMEL/SEL−LEB MARKETING, INC.
NEW YORK CORPORATION
**Signed:** APR 09, 2001

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** APR 26, 2001
**Reel/Frame:** 2280/0826
**Correspondent:**
MARKOWITZ & ROSHCO, LLP
SETH P. MARKOWITZ
530 5TH AVE, 23RD FL
NEW YORK, NY 10036

**Assignee**
BEAU BRUMMEL/SEL−LEB MARKETING, INC.
NEW YORK CORPORATION
421 WEST BROADWAY
NEW YORK, NEW YORK, 10012

**Assignor**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUL 15, 1999

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** NOV 17, 1999
**Reel/Frame:** 1997/0510

Exhibit 79
-1044-

KDA-003644

**BRUXZIR**

**Correspondent:**
MARKOWITZ & ROSHCO, LLP
SETH P. MARKOWITZ, ESQ.
530 FIFTH AVENUE − 23RD FLOOR
NEW YORK, NEW YORK 10036


**Assignee**
BANK OF AMERICA NATIONAL TRUST AND SAVINGS
ASSOCIATION, AS COLLATERAL AGENT
1455 MARKET STREET, 12TH FLOOR
SAN FRANCISCO, CALIFORNIA, 94103

**Assignor**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** AUG 07, 1998

**Brief:** SECURITY INTEREST
**Recorded:** AUG 10, 1998
**Reel/Frame:** 1767/0130
**Correspondent:**
BINGHAM, DANA LLP
STUART M. REES, ESQ.
150 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110


**Assignee**
MCGREGOR CORPORATION
NEW YORK CORPORATION
430 PARK AVENUE, 10TH FLOOR
NEW YORK, NEW YORK, 10022

**Assignor**
BANKBOSTON, N.A.
FORMERLY THE FIRST NATIONAL BANK OF BOSTON
MASSACHUSETTS CORPORATION
**Signed:** JUN 12, 1997

**Brief:** RELEASE OF SECURITY INTEREST
**Recorded:** OCT 27, 1997
**Reel/Frame:** 1647/0606
**Correspondent:**
SAMSONITE CORPORATION
LISA OSMAN
11200 EAST FORTY−FIFTH AVENUE
DENVER, CO 80239−3018


**Assignee**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
11200 E. 45TH AVENUE
DENVER, COLORADO, 80239

**Assignor**
MCGREGOR I CORPORATION
DELAWARE CORPORATION
**Signed:** JUL 01, 1997

Analyst: STEVE DOYLE
Exhibit 79
-1045-

KDA-003645

**BRUXZIR**

**Brief:** MERGER
**Recorded:** SEP 08, 1997
**Reel/Frame:** 1645/0143
**Correspondent:**
DORSEY & WHITNEY LLP
BYRON R. JACOBSON
REPUBLIC PLAZA BUILDING, SUITE 4700
370 SEVENTEENTH STREET
DENVER, COLORADO 80202−5647

**Assignee**
MCGREGOR I CORPORATION
DELAWARE CORPORATION
11200 E. 45TH AVENUE
DENVER, COLORADO, 80239

**Assignor**
MCGREGOR CORPORATION
NEW YORK CORPORATION
**Signed:** JUL 01, 1997

**Brief:** MERGER
**Recorded:** SEP 08, 1997
**Reel/Frame:** 1644/0196
**Correspondent:**
SAMSONITE CORPORATION
GREGORY W. O'CONNOR
11200 E. 45TH AVENUE
DENVER, CO 80239

**Assignee**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
11200 E. 45TH AVENUE
DENVER, COLORADO, 80239

**Assignor**
MCGREGOR I CORPORATION
DELAWARE CORPORATION
**Signed:** JUL 01, 1997

**Brief:** MERGER
**Recorded:** SEP 08, 1997
**Reel/Frame:** 1631/0147
**Correspondent:**
SAMSONITE CORPORATION
GREGORY W. O'CONNOR
11200 E. 45TH AVENUE
DENVER, CO 80239

Exhibit 79
-1046-                                                                                        KDA-003646

**BRUXZIR**

**Assignee**
SAMSONITE CORPORATION
DELAWARE CORPORATION
11200 EAST 45TH AVENUE
DENVER, COLORADO, 80239

**Assignee**
CULLIGAN INTERNATIONAL COMPANY
DELAWARE CORPORATION
1 CULLIGAN PARKWAY
NORTHBROOK, ILLINOIS, 60062−6209

**Assignee**
MCGREGOR CORPORATION
NEW YORK CORPORATION
600 MADISON AVENUE, 11TH FLOOR
NEW YORK, NEW YORK, 10022

**Assignee**
EVERPURE, INC.
NEVADA CORPORATION
1 CULLIGAN PARKWAY
NORTHBROOK, ILLINOIS, 60062−6209

**Assignee**
A.T. RETAIL, INC.
INDIANA CORPORATION
91 MAIN STREET
WARREN, RHODE ISLAND, 02885

**Assignee**
AMERICAN TOURISTER, INC.
INDIANA CORPORATION
11200 EAST 45TH AVENUE
DENVER, COLORADO, 80239

**Brief:** RELEASE AND REASSIGNMENT
**Recorded:** JAN 22, 1996
**Reel/Frame:** 1430/0832
**Correspondent:**
SAMSONITE CORPORATION
GREGORY W. O'CONNOR
11200 EAST 45TH AVENUE
DENVER, CO 80239

**Assignor**
CITICORP USA, INC. NATIONAL BANKING ASSOCIATION
**Signed:** JUL 14, 1995

**Assignee**
MCGREGOR CORPORATION
NEW YORK CORPORATION
135 WEST 50TH STREET
NEW YORK, NEW YORK, 10020

**Brief:** TERMINATION OF SECURITY INTEREST
**Recorded:** SEP 01, 1995
**Reel/Frame:** 1390/0876
**Correspondent:**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
ELAINE ZIFF, ESQ.
919 THIRD AVENUE
NY, NY 10022

**Assignor**
MANUFACTURERS HANOVER TRUST COMPANY A
NATIONAL BANKING ASSOCIATION
**Signed:** NOV 03, 1986

**Assignee**
FIRST NATIONAL BANK OF BOSTON, THE, AS
ADMINISTRATIVE AGENT
100 FEDERAL STREET
BOSTON, MASSACHUSETTS, 02110

**Brief:** SECURITY INTEREST
**Recorded:** JUL 24, 1995
**Reel/Frame:** 1377/0371
**Correspondent:**
PAUL P. BROUNTAS, JR., ESQ.
BINGHAM, DANA & GOULD
150 FEDERAL STREET
BOSTON, MA 02110

**Assignor**
MCGREGOR CORPORATION
NEW YORK CORPORATION
**Signed:** JUL 14, 1995

**Assignee**
CITICORP USA, INC.
399 PARK AVENUE NEW YORK, NY 10022

**Assignor**
SAMSONITE CORPORATION
DELAWARE CORPORATION
**Signed:** DEC 02, 1993

**Assignee**
CITICORP USA, INC.
399 PARK AVENUE NEW YORK, NY 10022

**Assignor**
CULLIGAN INTERNATIONAL COMPANY
DELAWARE CORPORATION
**Signed:** DEC 02, 1993

**BRUXZIR**

**Assignor**
MCGREGOR CORPORATION
NEW YORK CORPORATION
**Signed:** DEC 02, 1993

**Assignor**
EVERPURE, INC.
NEVADA CORPORATION
**Signed:** DEC 02, 1993

**Assignor**
AMERICAN TOURISTER, INC.
INDIANA CORPORATION
**Signed:** DEC 02, 1993

**Assignor**
A.T. RETAIL, INC.
INDIANA CORPORATION
**Signed:** DEC 02, 1993

**Brief:** SECURITY INTEREST
**Recorded:** DEC 03, 1993
**Reel/Frame:** 1074/0112
**Correspondent:**
PENNIE & EDMONDS
CATHERINE H. STOCKELL, ESQ.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**Assignee**
MCGREGOR CORPORATION (FORMERLY KNOWN AS
FABERGE, INCORPORATED)
NEW YORK CORPORATION
NEW YORK, NY 10022
600 MADISON AVENUE

**Brief:** RELEASE BY SECURED PARTY
**Recorded:** AUG 12, 1993
**Reel/Frame:** 1017/0152

**Assignor**
CHEMICAL BANKING CORP. ( FORMERLY KNOWN AS
MANUFACTURERS HANOVER TRUST COMPANY)
NATIONAL BANKING ASSOCIATION
**Signed:** JUL 27, 1993

**BRUXZIR**

**Correspondent:**
CATHERINE H. STOCKELL
PENNIE & EDMONDS
1155 AVENUE OF THE AMERICAS
NEW YORT, NY 10036

**Assignee**
CITICORP USA, INC.
399 PARK AVENUE NEW YORK, NY 10022

**Assignor**
SAMSONITE CORPORATION
DELAWARE CORPORATION
**Signed:** JAN 08, 1993

**Assignor**
CULLIGAN INTERNATIONAL COMPANY
DELAWARE CORPORATION
**Signed:** JAN 08, 1993

**Assignor**
MCGREGOR CORPORATION
NEW YORK CORPORATION
**Signed:** JAN 08, 1993

**Assignor**
EVERPURE, INC.
NEVADA CORPORATION
**Signed:** JAN 08, 1993

**Brief:** SECURITY INTEREST
**Recorded:** JUN 15, 1993
**Reel/Frame:** 0979/0197
**Correspondent:**
CATHERINE H. STOCKELL, ESQ.
PENNIE & EDMONDS
1155 AVE. OF THE AMERICAS
NEW YORK, NY 10036

**Assignee**
FABERGE INCORPORATED

**Assignor**
MCGREGOR CORPORATION
**Signed:** APR 24, 1987

**Brief:** DUPLICATE RECORDATION OF PREVIOUSLY
RECORDED CHANGE OF NAME AT REEL 562 FRAME 963.
PLEASE REVIEW EFFECTIVE DATES IN THIS CHAIN OF
TITLE.

**BRUXZIR**

**Recorded:** JUL 09, 1987
**Reel/Frame:** 0709/0844
**Correspondent:**
RUBIN BAUM LEVIN CONSTANT & FRIEDMAN
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Assignee**
MCGREGOR CORPORATION

**Assignor**
FABERGE, INCORPORATED (CHANGED TO)
**Signed:** AUG 03, 1989

**Brief:** CHANGE OF NAME 19890814
**Recorded:** AUG 30, 1989
**Reel/Frame:** 0672/0143
**Correspondent:**
RUBIN BAUM LEVIN CONSTANT & FRIEDMAN
MARC PHILLIP BODNER
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Assignee**
MANUFACTURERS HANOVER TRUST COMPANY, AS
AGENT

**Assignor**
FABERGE, INCORPORATED
NEW YORK CORPORATION
**Acknowledge:** DEC 22, 1987

**Brief:** SECURITY INTEREST
**Recorded:** APR 22, 1988
**Reel/Frame:** 0601/0309
**Correspondent:**
AMSTER, ROTHESTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

**Assignee**
FABERGE, INCORPORATED

**Assignor**
MCGREGOR CORPORATION
**Signed:** APR 29, 1987

**Brief:** CHANGE OF NAME 19870429
**Recorded:** MAY 22, 1987
**Reel/Frame:** 0562/0963

**BRUXZIR**

**Correspondent:**
RUBIN, BAUM, LEVIN, ET AL.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Assignee**
MCGREGOR CORPORATION
NEW YORK CORPORATION
135 W. 50TH ST.
NEW YORK, NEW YORK, 10020

**Assignor**
MANUFACTURERS HANOVER TRUST COMPANY
270 PARK AVE.
NEW YORK, NEW YORK
**Signed:** NOV 03, 1986

**Brief:** SECURITY INTEREST
**Recorded:** NOV 14, 1986
**Reel/Frame:** 0544/0989
**Correspondent:**
COOPER, DUNHAM ET AL.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Assignee**
MANUFACTURERS HANOVER TRUST COMPANY AS
AGENT

**Assignor**
MCGREGOR CORPORATION
NEW YORK CORPORATION
**Acknowledge:** MAR 01, 1984

**Brief:** AS SECURITY FOR OBLIGATIONS RECITED,
ASSIGNOR HEREBY GRANTS A SECURITY INTEREST
UNDER SAID MARK SUBJECT TO AGREEMENT RECITED
(SEE RECORD FOR DETAILS)
**Recorded:** DEC 13, 1984
**Reel/Frame:** 0483/0765
**Correspondent:**
AMSTER, ROTHSTEIN, ET AL.
90 PARK AVE.
NEW YORK, NY 10016

**Assignee**
MCGREGOR CORPORATION

**Assignor**
MCGREGOR−DONIGER, INC.
**Signed:** DEC 13, 1983

**Brief:** CHANGE OF NAME 19830811
**Recorded:** DEC 28, 1983
**Reel/Frame:** 0460/0746

Exhibit 79
-1052-

KDA-003652

**BRUXZIR**

**Correspondent:**
RUBIN BAUM, ET AL.
645 FIFTH AVE.
NEW YORK, NY 10022


**Assignee**
MCGREGOR−DONIGER INC.
NEW YORK CORPORATION
888 SEVENTH AVE.
NEW YORK, NEW YORK, 10019

**Assignor**
BEAU BRUMMELL TIES, INC.
NEW YORK CORPORATION
350 FIFTH AVE.
NEW YORK, NEW YORK
**Acknowledge:** NOV 20, 1979

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Recorded:** DEC 03, 1979
**Reel/Frame:** 0360/0075
**Correspondent:**
VON MALTITZ, DERENBERG, ET AL.
60 E. 42ND ST.
NEW YORK, NY 10017


**Assignee**
BEAU BRUMMELL TIES, INC.

**Assignor**
MAYER, B. W. & COHAN, LTD.
**Signed:** FEB 16, 1970

**Brief:** CHANGE OF NAME 19700113
**Recorded:** FEB 26, 1970
**Reel/Frame:** 0188/A971
**Correspondent:**
VON MALTITZ, DERENBERG, ET AL.
60 E. 42ND ST.
NEW YORK, NY 10017


**Assignee**
MAYER, B.W., & COHAN, LTD.
NEW YORK CORPORATION
440 E. MCMILLAN ST.
CINCINNATI, OHIO

**Assignor**
B.V.D. COMPANY, INC., THE
DELAWARE CORPORATION
85 CHESTNUT RIDGE RD.
MONTVALE, NEW JERSEY
**Acknowledge:** APR 20, 1967

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL

**BRUXZIR**

**Recorded:** MAY 12, 1967
**Reel/Frame:** 0150/0415
**Correspondent:**
VON MALTITZ, DERENBERG, ET AL.
60 EAST 42ND STREET
NEW YORK, NY 10017

**Assignee**
B. V. D. COMPANY, INC., THE
DELAWARE CORPORATION

**Assignor**
BEAU BRUMMEL TIES, INC.
OHIO CORPORATION
**Signed:** MAR 28, 1962

**Brief:** MERGER EFFECTIVE IN DELAWARE, 19620227
**Recorded:** MAR 30, 1962
**Reel/Frame:** 0087/0673
**Correspondent:**
ALEXANDER, MALTITZ ET AL.
165 BROADWAY
NEW YORK 6, NY

**Filing Correspondent:**  SUSAN M. ROSENFELD
REED SMITH LLP
29TH FLOOR
599 LEXINGTON AVENUE
NEW YORK NY 10022−7650

Exhibit 79
-1054-

KDA-003654

**BRUXZIR**

**US−35**
**Group:** Four

**BRUMISATEUR**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** SEP 28, 2011 |
| **Goods/Services:** | **International Class 3:** COSMETIC CLEANSING OR MOISTURIZING PREPARATION |
| | **First Used:** JAN 1963 (INTL. CL. 3) |
| | **In Commerce:** OCT 1963 |
| **Last Reported Owner:** | SARBEC DEVELOPPEMENT |
| | FRANCE  SOC. PAR ACT. SIM |
| | 10 RUE DU VERTUGUET |
| | ZONE INDUSTRIELLE BP 64 |
| | NEUVILLE EN FERRAIN CEDEX, FRANCE  59960 |

**We Have Located Other Marks With This Owner**

| BRUMISATEUR | USPTO | Page 99 |
|---|---|---|

| | | |
|---|---|---|
| **Chronology:** | **Filed:** OCT 19, 1979 | **Serial Number:** 73−235,862 |
| | **Published For Opposition:** AUG 18, 1981 | |
| | **Registered:** NOV 10, 1981 | **Registration Number:** 1,176,764 |
| | **Affidavit Section:** | REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  SEP 28, 2011 |
| | | REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED JUN 07, 2002 |
| | | REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. MAR 10, 1988 |
| | **Last Renewed:** NOV 10, 2011 | |
| | **Earliest Date in Record:** JAN 1963  (First Used) | |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | SOCIETE ANONYME DES EAUX MINERALES D'EVIAN |
| | FRANCE  CORPORATION |
| | 19, RUE NATIONALE |
| | EVIAN LES BAINS, HAUTE−SAVOIE, FRANCE |

KDA-003655

**BRUXZIR**

**Assignee**
SARBEC DEVELOPPEMENT
FRANCE SOC. PAR ACT. SIM
10 RUE DU VERTUGUET
ZONE INDUSTRIELLE BP 64
NEUVILLE EN FERRAIN CEDEX, FRANCE, 59960

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JUL 29, 2011
**Reel/Frame:** 4598/0021
**Correspondent:**
DONALD L. DENNISON
DENNISON, SCHULTZ & MACDONALD
1727 KING STREET
ALEXANDRIA, VIRGINIA 22314

**Assignor**
SOCIETE ANONYME DES EAUX MINERALES D'EVIAN
FRANCE SOCIETE PAR ACTIONS SIMPLIFEE
**Signed:** JUL 22, 2011

**Filing Correspondent:**    DONALD L. DENNISON
DENNISON, SCHULTZ & MACDONALD
SUITE 105
1727 KING STREET
ALEXANDRIA VA 22314

**Domestic Representative:** DONALD L. DENNISON

Exhibit 79
-1056-
KDA-003656

**BRUXZIR**

**US−36**
**Group:** Four

**BRUDER**

 **Global Filings = 1**

| | |
|---|---|
| **Translation:** | THE ENGLISH TRANSLATION OF THE WORD "BRUDER" IS "BROTHER". |
| **Status:** | RENEWED |

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** SEP 03, 2005

**Goods/Services:** International Class 10: HEALTHCARE PRODUCTS, NAMELY HOT AND COLD PACKS FOR
THERAPEUTIC PURPOSES
**First Used:** MAR 1992 (INTL. CL. 10)
**In Commerce:** MAR 1992

**Last Reported Owner:** BRUDER HEALTHCARE COMPANY
GEORGIA CORPORATION
3150 ENGINEERING PARKWAY
ALPHARETTA, GEORGIA 30004

**We Have Located Other Marks With This Owner**

BRUDER                                                   Common Law     Page 248

**Chronology:** **Filed:** NOV 29, 1993          **Serial Number:** 74−463,966
**Published For Opposition:** APR 25, 1995
**Registered:** JUL 18, 1995          **Registration Number:** 1,905,530
**Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  SEP 03,
2005
REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.
AUG 17, 2001
**Last Renewed:** JUL 18, 2005
**Earliest Date in Record:** MAR 1992 (First Used)

**Ownership Details:**

**Registrant:** BRUDER HEALTHCARE COMPANY
GEORGIA CORPORATION
3150 ENGINEERING PARKWAY
ALPHARETTA, GEORGIA 30004

KDA-003657

**Assignee**
SQUARE 1 BANK
NORTH CAROLINA CORPORATION
SUITE 240
406 BLACKWELL STREET
DURHAM, NORTH CAROLINA, 27701

**Assignor**
BRUDER HEALTHCARE COMPANY
GEORGIA CORPORATION
**Signed:** AUG 09, 2011

**Brief:** SECURITY INTEREST
**Recorded:** AUG 23, 2011
**Reel/Frame:** 4610/0228
**Correspondent:**
SQUARE 1 BANK
406 BLACKWELL STREET
SUITE 240
DURHAM, NC 27701

**Filing Correspondent:** WILLIAM H. NEEDLE
BRADLEY K. GROFF
GARDNER GROFF, P.C.
2018 POWERS FERRY ROAD
SUITE 800
ATLANTA GA 30339

Analyst: STEVE DOYLE
Exhibit 79
-1058-
KDA-003658

**BRUXZIR**

**US-37**
**Group:** Four

**BRUMISATEUR**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** AUG 12, 2011 |
| **Goods/Services:** | **International Class 5:** SPECIAL MINERAL WATER USED IN THE TREATMENT OF VARIOUS SKIN DISORDERS, INCLUDING, BUT NOT LIMITED TO, ECZEMAS, ALLERGIES, ACUTE INFLA MMATION AND BURNS |
| | **First Used:** JAN 1963  (INTL. CL. 5) |
| | **In Commerce:** OCT 1963 |

**Last Reported Owner:** SARBEC DEVELOPPEMENT
FRANCE  SOC. PAR ACT. SIM
10 RUE DU VERTUGUET
ZONE INDUSTRIELLE BP 64
NEUVILLE EN FERRAIN CEDEX, FRANCE  59960

**We Have Located Other Marks With This Owner**

| BRUMISATEUR | USPTO | Page 95 |
|---|---|---|

| | |
|---|---|
| **Chronology:** | **Filed:** JAN 16, 1980          **Serial Number:** 73-246,372 |
| | **Published For Opposition:** MAY 12, 1981 |
| | **Registered:** AUG 04, 1981          **Registration Number:** 1,163,383 |
| | **Affidavit Section:**  REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED  AUG 12, 2011 |
| | REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED NOV 06, 2001 |
| | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. MAR 10, 1988 |
| | **Last Renewed:** AUG 04, 2011 |
| | **Earliest Date in Record:** JAN 1963  (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | SOCIETE ANONYME DES EAUX MINERALES D'EVIAN |
| | FRANCE  CORPORATION |
| | 19, RUE NATIONALE |
| | EVIAN-LES-BAINS, HAUTE-SAVOIE, FRANCE |

Exhibit 79
-1059-

KDA-003659

**BRUXZIR**

**Assignee**
SARBEC DEVELOPPEMENT
FRANCE SOC. PAR ACT. SIM
10 RUE DU VERTUGUET
ZONE INDUSTRIELLE BP 64
NEUVILLE EN FERRAIN CEDEX, FRANCE, 59960

**Assignor**
SOCIETE ANONYME DES EAUX MINERALES D'EVIAN
FRANCE SOCIETE PAR ACTIONS SIMPLIFEE
**Signed:** JUL 22, 2011

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JUL 29, 2011
**Reel/Frame:** 4598/0021
**Correspondent:**
DONALD L. DENNISON
DENNISON, SCHULTZ & MACDONALD
1727 KING STREET
ALEXANDRIA, VIRGINIA 22314

**Filing Correspondent:** DONALD L. DENNISON
DENNISON, SCHULTZ & MACDONALD
SUITE 105
1727 KING STREET
ALEXANDRIA VA 22314

**Domestic Representative:** DONALD L. DENNISON

Analyst STEVE DOYLE

Exhibit 79
-1060-

KDA-003660

**BRUXZIR**

**US−38**
**Group:** Four



**BRUDER**

**Translation:** THE ENGLISH TRANSLATION OF "BRUDER" IS "BROTHER".

**Status:** RENEWED
SUPPLEMENTAL REGISTER

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAY 07, 2004

**Goods/Services:** **International Class 10:** SURGICAL INSTRUMENTS; NAMELY, STAINLESS STEEL,
HAND−HELD SURGICAL DEVICES AND TOOLS
**First Used:** JAN 1992 (INTL. CL. 10)
**In Commerce:** JAN 1992

**Last Reported Owner:** BRUDER SURGICAL INSTRUMENTS, INC.
ILLINOIS CORPORATION
28085 ASHLEY CIRCLE, SUITE 105
LIBERTYVILLE, ILLINOIS 60048

**Chronology:** **Filed:** JUN 22, 1993     **Serial Number:** 74−405,180
**Application Amended:** NOV 03, 1993
**Registered:** JAN 18, 1994     **Registration Number:** 1,817,592
**Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED MAY 07,
2004
REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.
OCT 19, 1999
**Last Renewed:** JAN 18, 2004
**Earliest Date in Record:** JAN 1992 (First Used)

**Ownership Details:**

**Registrant:** BRUDER SURGICAL INSTRUMENTS, INC.
ILLINOIS CORPORATION
28085 ASHLEY CIRCLE, SUITE 105
LIBERTYVILLE, ILLINOIS 60048

**Filing Correspondent:** ANDREW R BASILE
YOUNG & BASILE PC
3001 WEST BIG BEAVER STE 624

Exhibit 79
-1061-

KDA-003661

TROY MI 48084

**BRUXZIR**

**PROZYR**

 **Global Filings = 5**

| | |
|---|---|
| **Status:** | CANCELLED      **Cancellation Section:** 8 |

44(E) APPLICATION − CURRENT

**USPTO Status:** CANCELLED − SECTION 8
**USPTO Status Date:** OCT 27, 2007

**Goods/Services:**    **International Class 1:** ZIRCONIA AND CERAMICS FOR USE IN THE MANUFACTURE OF
MEDICAL PROSTHESES
**International Class 10:** ARTIFICIAL LIMBS, EYES AND TEETH AND FEMORAL PROSTHESES

**Last Reported Owner:** CERAMIQUES TECHNIQUES DESMARQUEST
FRANCE CORPORATION
TOUR MANHATTAN, 6 PLACE DE L'IRIS, LA DEFENSE 2
COURBEVOIE, FRANCE

**Chronology:**    **Filed:** APR 08, 1986      **Serial Number:** 73−592,541
**Published For Opposition:** OCT 28, 1986
**Registered:** JAN 20, 1987      **Registration Number:** 1,425,359
**Affidavit Section:**    REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. APR 22, 1993

**Cancelled:** DEC 04, 2007
**Earliest Date in Record:** OCT 08, 1985 (Non−U.S. Registration Date)

**Ownership Details:**

**Registrant:**      CERAMIQUES TECHNIQUES DESMARQUEST
FRANCE CORPORATION
TOUR MANHATTAN, 6 PLACE DE L'IRIS, LA DEFENSE 2
COURBEVOIE, FRANCE

**Non−U.S. Registration Claimed:** 1325958
**Non−U.S. Registration Date:** OCT 08, 1985
**Non−U.S. Registration Country:** FRANCE

**Filing Correspondent:** JEFFREY L. VAN HOOSEAR
620 NEWPORT CENTER DRIVE
SIXTEENTH FLOOR
NEWPORT BEACH, CALIFORNIA 92660−8016

Exhibit 79
-1063-

KDA-003663

**Domestic Representative:** DONALD L. DENNISON

Exhibit 79
-1064-

KDA-003664

**BRUXZIR**

**US−40**
**Group:** Four



**BAXAVER**

 **Global Filings = 3**

| | |
|---|---|
| **Status:** | PENDING |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | NOTICE OF FIRST REFUSAL |
| | |
| | **USPTO Status:** SUSPENSION LETTER − MAILED |
| | **USPTO Status Date:** MAY 18, 2012 |
| **Goods/Services:** | **International Class 10:** SURGICAL,MEDICAL,DENTAL AND VETERINARY APPARATUS AND INSTRUMENTS;ORTHOPEDIC ARTICLES |
| **Last Reported Owner:** | EMANUELE LOPOPOLO |
| | I−20159 MILAN |
| | VIA JACOPO DAL VERME, 4 , ITALY |
| **Chronology:** | **Filed:** AUG 08, 2011          **Serial Number:** 79−103,916 |
| | **Earliest Date in Record:** FEB 15, 2011  (International Priority Claimed Date) |

**International Trademark Information:**

**International Registration Number:** 1094197
**International Registration Date:** AUG 08, 2011
**International Publication Date:** NOV 10, 2011
**International Renewal Date:** AUG 08, 2021
**Date of Automatic Protection:** MAY 03, 2013
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** NOV 03, 2011
**International Priority Claimed Date:** FEB 15, 2011

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | EMANUELE LOPOPOLO |
| | I−20159 MILAN |
| | VIA JACOPO DAL VERME, 4 , ITALY |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |

**BRUXZIR**

**Design Phrase:** THE TRADE MARK IS MADE UP OF THE WORD BAXAVER WRITTEN IN THE HELVETICA LIGHT OBLIQUE CHARACTER. THE LETTER "X" OF THE WORD BAXAVER IS BIGGER THAN THE OTHERS AND IT IS DEPICTED SO AS TO REPRESENT A STYLIZED SMILING MAN LEANING ON A SUPPORT WHILE SHOWING A RAISED THUMB.

**Filing Correspondent:** EMANUELE LOPOPOLO
VIA JACOPO DAL VERME, 4
I–20159 MILAN
ITALY

Exhibit 79
-1066-

KDA-003666

**BRUXZIR**

**US−41**
**Group:** Four

THE BRUCKER BIOFEEDBACK
CENTER

## THE BRUCKER BIOFEEDBACK CENTER

**Status:**                    ABANDONED
                              INTENT TO USE

                              **USPTO Status:** ABANDONED−FAILURE TO RESPOND
                              **USPTO Status Date:** JUL 20, 2012

**Goods/Services:**           **International Class 42:** MEDICAL AND SCIENTIFIC RESEARCH; MEDICAL LABORATORY
                              SERVICES
                              **International Class 44:** MEDICAL SERVICES; MEDICAL PROGRAMS, NAMELY,
                              BIOFEEDBACK PROGRAMS, REHABILITATION PATIENT CARE PROGRAMS, PHYSICAL
                              REHABILITATION PROGRAMS, MENTAL AND BEHAVIORAL HEALTH PROGRAMS

**Last Reported Owner:**      MIAMI JEWISH HOME & HOSPITAL FOR THE AGED, INC.
                              DBA MIAMI JEWISH HEALTH SYSTEMS
                              FLORIDA  NON−PROFIT CORPORATION
                              5200 N.E. SECOND AVENUE
                              MIAMI, FLORIDA  33137

**Chronology:**               **Filed:** SEP 07, 2011            **Serial Number:** 85−416,495
                              **Abandoned:** JUN 26, 2012
                              **Earliest Date in Record:** SEP 07, 2011  (Filed)

### Ownership Details:

**Applicant:**                MIAMI JEWISH HOME & HOSPITAL FOR THE AGED, INC.
                              DBA MIAMI JEWISH HEALTH SYSTEMS
                              FLORIDA  NON−PROFIT CORPORATION
                              5200 N.E. SECOND AVENUE
                              MIAMI, FLORIDA  33137

**Filing Correspondent:**     MICHELLE A. MILLER
                              BRINKS HOFER GILSON & LIONE
                              PO BOX 10395
                              CHICAGO, IL 60610−0395

Exhibit 79
-1067-
KDA-003667

**BRUXZIR**

**US-42**
**Group:** Four

## BROXO

`TTAB`

| | |
|---|---|
| **Status:** | RENEWED |
| | |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** AUG 24, 2006 |
| | |
| **Goods/Services:** | **International Class 10:** HYGIENIC AND THERAPEUTIC APPARATUS USED TO CLEAN AND MASSAGE THE MOUTH AND GUMS |
| | **International Class 21:** ELECTRIC TOOTHBRUSHES AND ATTACHMENTS THEREOF |
| | **First Used:** 1994 (INTL. CL. 10) |
| | **In Commerce:** 1994 |
| | **First Used:** 1994 (INTL. CL. 21) |
| | **In Commerce:** 1994 |
| | |
| **Last Reported Owner:** | ADANCED RESPONSE CORPORATION |
| | DELAWARE CORPORATION |
| | 345 WEST 58TH STREET, SUITE 11A |
| | NEW YORK, NEW YORK 10019 |
| | |
| **Chronology:** | **Filed:** APR 10, 1991     **Serial Number:** 74-155,949 |
| | **Published For Opposition:** MAR 28, 1995 |
| | **Opposition/Cancellation Filed:** OCT 14, 1992 |
| | **Registered:** JUN 04, 1996     **Registration Number:** 1,978,602 |
| | **Affidavit Section:** REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED AUG 24, 2006 |
| | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. FEB 15, 2002 |
| | **Last Renewed:** JUN 04, 2006 |
| | **Earliest Date in Record:** APR 10, 1991 (Filed) |

---

**Trademark Trials and Appeal Board (TTAB) Information:**

`TTAB`

**Cancellation Action Number:** 92021237
**Outcome:** TERMINATED FEB 03, 1995

**Plaintiff:**
LES PRODUITS ASSOCIES LPA - BROXO S.A.

**Defendant:**
E.R. SQUIBB & SONS, INC.

**Mark:** BROXO
**Registration Number:** 1,978,602
**Serial Number:** 74-155,949

**Mark:** BROXODENT
**Registration Number:** 698,137
**Serial Number:** 72-079,755

Exhibit 79
-1068-
KDA-003668

**Correspondent:**
JOHN KURUCZ
KANE, DALSIMER, SULLIVAN, KURUCZ,
LEVY, EISELE AND RICHARD 711 THIRD AVENUE
NEW YORK, NY 10017

**Trademark Defendant Correspondent:**
STEPHEN F. MOHR
C/O BRISTOL MYERS SQUIBB COMPANY
345 PARK AVENUE
NEW YORK, NY 10154

**TTAB Entry:** #13 TERMINATED, FEB 03, 1995
**TTAB Entry:** #12 BOARD'S DECISION: DISMISSED W/O PREJ, JUL 20, 1994

**Ownership Details:**

**Registrant:**          LES PRODUITS ASSOCIES LPA − BROXO S.A.
                         SWITZERLAND  CORPORATION
                         39, RUE, PEILLONEX
                         CH−125 CHENE−BOURG, GENEVA, SWITZERLAND

**Assignee**
ADANCED RESPONSE CORPORATION
DELAWARE CORPORATION
345 WEST 58TH STREET, SUITE 11A
NEW YORK, NEW YORK, 10019

**Assignor**
LES PRODUITS ASSOCIES LPA−BROXO S.A..
SWITZERLAND CORPORATION
**Signed:** JUL 03, 2007

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JUL 12, 2007
**Reel/Frame:** 3579/0300
**Correspondent:**
NEAL GREENFIELD
167 NUGENT STREET
NEW HYDE PARK, NY 11040

**Other U.S. Registrations:** 689,137

**Filing Correspondent:**  MARILYN MATHES BROGAN
                           MARILYN MATTHES BROGAN
                           FROMMER LAWRENCE & HAUG LLP
                           745 FIFTH AVENUE
                           NEW YORK, NY 10151

**Domestic Representative:** RONALD R. SANTUCCI

**BRUXZIR**

**US−43**
**Group:** Four

**BREXIDOL**

 **Global Filings = 9**

| | |
|---|---|
| **Status:** | RENEWED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** MAY 04, 2002 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL AND MEDICINAL PREPARATIONS AND DRUGS; NAMELY, ANTI−INFLAMMATORY, RHEUMATIC, AND ANALGESIC PREPARATIONS SOLD BY PRESCRIPTION ONLY |
| **Last Reported Owner:** | CHIESI FARMACEUTICI S.P.A. |
| | ITALY  CORPORATION |
| | VIA PALERMO 26/A |
| | 43100, ITALY |

**Chronology:**
**Filed:** AUG 04, 1989          **Serial Number:** 73−816,943
**Published For Opposition:** JUN 11, 1991
**Registered:** SEP 03, 1991     **Registration Number:** 1,655,203
**Affidavit Section:**  REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  MAY 04, 2002
                       REGISTERED − SEC. 8 (6−YR) ACCEPTED
                       SEP 16, 1997
**Last Renewed:** SEP 03, 2001
**Earliest Date in Record:** MAR 20, 1989  (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:**        CHIESI FARMACEUTICI S.P.A.
                      ITALY  CORPORATION
                      VIA PALERMO 26/A
                      43100, ITALY

**Non−U.S. Application Claimed:** 18996C/89
**Non−U.S. Application Date:** MAR 20, 1989
**Non−U.S. Application Country:** ITALY

**Non−U.S. Registration Claimed:** 513940

Exhibit 79
-1070-
KDA-003670

**BRUXZIR**

**Non−U.S. Registration Date:** OCT 02, 1989
**Non−U.S. Registration Country:** ITALY

**Filing Correspondent:**  M IRIS HESS
                           LADAS & PARRY
                           5670 WILSHIRE BLVD STE 2100
                           LOS ANGELES CA 90036−5679

**Domestic Representative:** LADAS & PARRY

Exhibit 79
KDA-003671

**BRUXZIR**

**US-44**
**Group:** Four

# BREZERIS

**BREZERIS**

 **Global Filings = 3**

**Status:** PUBLISHED
INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE − ISSUED
**USPTO Status Date:** JUL 31, 2012

**Goods/Services:** **International Class 5:** ANTI−INFLAMMATORIES; ANTIBACTERIAL PHARMACEUTICALS; ANTIBIOTICS; ANTIFUNGAL PREPARATIONS; ANTIVIRALS; CARDIOVASCULAR PHARMAC EUTICALS; PHARMACEUTICAL PREPARATIONS ACTING ON THE CENTRAL NERVOUS SYSTEM; PHARMACEUTICAL PREPARATIONS AND SUBSTANCES FOR THE TREATMENT OF GASTRO−INTESTINAL DISEASES; PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT AND PREVENTION OF DISEASES AND DISORDERS OF THE AUTOIMMUNE SYSTEM, THE METABOLIC SYSTEM, THE MUSCULO−SKELETAL SYSTEM AND THE GENITO URINARY SYSTEM; PHARMACEUTICAL PREPARATIONS FOR USE IN HEMATOLOGY AND IN TISSUE AND ORGAN TRANSPLANTATION; PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF EYE DISEASES AND CONDITIONS; PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF HEART RHYTHM DISORDERS; PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF IMMUNE SYSTEM RELATED DISEASES AND DISORDERS; PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF KIDNEY DISEASES; PHARMACEUTICAL PREPARATIONS FOR TREATING DIABETES; PHARMAC EUTICAL PREPARATIONS FOR USE IN DERMATOLOGY; PHARMACEUTICAL PRODUCTS FOR OPHTHALMOLOGICAL USE; PHARMACEUTICAL PRODUCTS FOR THE PREVENTION AND TREATMENT OF CANCER; PHARMACEUTICAL PRODUCTS FOR THE TREATMENT OF BONE DISEASES; PHARMACEUTICAL PRODUCTS FOR TREATING RESPIRATORY DISEASES; PHARMACEUTICAL PRODUCTS FOR TREATING RESPIRATORY DISEASES AND ASTHMA; PHARMACEUTICALS, NAMELY, ANTI−INFECTIVES

**Last Reported Owner:** NOVARTIS AG
SWITZERLAND CORPORATION
CH−4002
BASEL, SWITZERLAND 0

**We Have Located Other Marks With This Owner**

**BRUXZIR**

| | | | |
|---|---|---|---|
| BREZILIZER | | USPTO | Page 143 |
| FLUXSERO | | USPTO | Page 147 |
| BREZILIZER | | USPTO | Page 153 |
| BEXERO | | USPTO | Page 229 |

**Chronology:** **Filed:** JAN 17, 2012 **Serial Number:** 85−517,788
**Published For Opposition:** JUN 05, 2012
**Allowance Filed:** JUL 31, 2012
**Earliest Date in Record:** JAN 17, 2012 (Filed)

---

**Ownership Details:**

**Applicant:** NOVARTIS AG
SWITZERLAND CORPORATION
CH−4002
BASEL, SWITZERLAND 0

**Filing Correspondent:** MAURY M. TEPPER, III
TEPPER & EYSTER, PLLC
3724 BENSON DR
RALEIGH, NC 27609−7321

**Domestic Representative:** NOVARTIS PHARMACEUTICALS CORPORATION

Exhibit 79
-1073-

KDA-003673

# BRIXELTA

**BRIXELTA**

 **Global Filings = 6**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) - FILED |
| | SECTION 66(A) (MADRID PROTOCOL) - CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** DEC 22, 2009 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS AND SUBSTANCES IN THE FIELD OF CENTRAL NERVOUS SYSTEM DISEASES |
| **Last Reported Owner:** | UCB PHARMA S.A. |
| | BELGIUM SOCIéTé ANONYME |
| | B-1070 BRUXELLES |
| | ALLéE DE LA RECHERCHE 60 , BELGIUM |

**Chronology:** **Filed:** MAY 25, 2009      **Serial Number:** 79-070,972
**Published For Opposition:** OCT 06, 2009
**Registered:** DEC 22, 2009      **Registration Number:** 3,728,727
**Earliest Date in Record:** NOV 28, 2008 (International Priority Claimed Date)

**International Trademark Information:**

**International Registration Number:** 1007861
**International Registration Date:** MAY 25, 2009
**International Publication Date:** AUG 20, 2009
**International Renewal Date:** MAY 25, 2019
**Date of Automatic Protection:** FEB 13, 2011
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** AUG 13, 2009
**International Priority Claimed Date:** NOV 28, 2008

**Ownership Details:**

**Registrant:** UCB PHARMA S.A.
BELGIUM SOCIéTé ANONYME
B-1070 BRUXELLES

Exhibit 79
-1074-

KDA-003674

**BRUXZIR**

ALLéE DE LA RECHERCHE 60 , BELGIUM

**Filing Correspondent:**   UCB − DéPARTEMENT PROPRIéTé INTELLECTUEL
JACQUES SOMERLINCKX
ALLéE DE LA RECHERCHE 60
B−1070 BRUXELLES
BELGIUM

**BRUXZIR**

**US-46**
**Group:** Four

# BRAXLA

**BRAXLA**

**Status:**    ABANDONED
INTENT TO USE

USPTO **Status:** ABANDONED-NO STATEMENT OF USE FILED
USPTO **Status Date:** JAN 17, 2011

**Goods/Services:**    **International Class 5:** FUSION PROTEINS FOR TREATMENT OF VIRAL DISEASES AND
CANCER; PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF
INFECTIOUS DISEASES, VIRAL DISEASES, CANCER, IMMUNE DISORDERS, AUTOIMMUNE
DISEASES, BLOOD DISORDERS, CENTRAL NERVOUS SYSTEM DISORDERS, IMMUNOLOGIC
CONDITIONS, NEUROLOGICAL DISORDERS, ONCOLOGICAL CONDITIONS, AIDS-RELATED
KAPOSI'S SARCOMA AND INFLAMMATION

**Last Reported Owner:**    HUMAN GENOME SCIENCES, INC.
DELAWARE CORPORATION
14200 SHADY GROVE ROAD
ROCKVILLE, MARYLAND 20850

**Chronology:**    **Filed:** OCT 09, 2007      **Serial Number:** 77-299,760
**Published For Opposition:** MAR 25, 2008
**Abandoned:** JAN 17, 2011
**Earliest Date in Record:** OCT 09, 2007 (Filed)

**Ownership Details:**

**Applicant:**    HUMAN GENOME SCIENCES, INC.
DELAWARE CORPORATION
14200 SHADY GROVE ROAD
ROCKVILLE, MARYLAND 20850

**Filing Correspondent:**    CHRISTIE BATY HEINZE
FINNEGAN, HENDERSON, FARABOW, GARRETT &
901 NEW YORK AVE NW
WASHINGTON DC 20001-4432

Exhibit 79

-1076-

KDA-003676

**BRUXZIR**

**US-47**
**Group:** Four



**BRUKER**

**Status:** RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAY 03, 2010

**Goods/Services:** **International Class 9:** NUCLEAR AND ELECTRON RESONANCE SPETROMETERS; PRECISION MAGNETS WITH POWER SUPPLIES USED IN CONJUNCTION WITH OSCILLOS COPES; AND ELECTRONIC INSTRUMENTS FOR PROCESSING AND DISPLAYING OF MEASURED VALUES PROVIDED BY SPECTROMETERS
**First Used:** 1960 (INTL. CL. 9)
**In Commerce:** OCT 1967

**Last Reported Owner:** BRUKER-PHYSIK AG
GERMANY JOINT STOCK COMPANY
SILBERSTREIFEN 4
76287 RHEINSTETTEN, GERMANY

**Chronology:** **Filed:** FEB 17, 1978      **Serial Number:** 73-159,013
**Published For Opposition:** DEC 25, 1979
**Registered:** APR 15, 1980      **Registration Number:** 1,133,028
**Affidavit Section:** REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED MAY 03, 2010
REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED DEC 15, 2000
REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. MAY 30, 1986
**Last Renewed:** APR 15, 2010
**Earliest Date in Record:** 1960 (First Used)

---

**Ownership Details:**

**Registrant:** BRUKER-PHYSIK AG
GERMANY JOINT STOCK COMPANY
SILBERSTREIFEN 4

---

Exhibit 79
-1077-
KDA-003677

76287 RHEINSTETTEN, GERMANY

**Filing Correspondent:**  THILO C. AGTHE
WUERSCH & GERING LLP
100 WALL STREET, 21ST FLOOR
NEW YORK NY 10005

**Domestic Representative:** CORNELIUS P. QUINN

**BRUXZIR**

## BRUKER MEDSPEC

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** SEP 19, 2002 |
| **Goods/Services:** | **International Class 10:** NUCLEAR MAGNETIC RESONANCE TOMOGRAPHS FOR MEDICAL USE |
| | **First Used:** SEP 05, 1985  (INTL. CL. 10) |
| | **In Commerce:** SEP 05, 1985 |
| **Last Reported Owner:** | BRUKER MEDICAL GMBH |
| | GERMANY  FOREIGN CORPORATION |
| | SILBERSTREIFEN |
| | D−76287 RHEINSTETTEN FEDERAL REPUBLIC OF, GERMANY |

**Chronology:**

**Filed:** SEP 11, 1991      **Serial Number:** 74−202,475

**Published For Opposition:** APR 21, 1992

**Registered:** JUL 14, 1992     **Registration Number:** 1,700,428

**Affidavit Section:**  REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  SEP 19, 2002

REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.
AUG 13, 1998

**Last Renewed:** JUL 14, 2002

**Earliest Date in Record:** SEP 05, 1985  (First Used)

---

### Ownership Details:

**New Registered Owner:** BRUKER BIOSPIN MRI GMBH
GERMANY  CORPORATION
RUDOLF−PLANK STRASSE 23
D−76275 ETTLINGEN, GERMANY

**Assignee**
BRUKER MEDICAL GMBH
GERMANY FOREIGN CORPORATION
SILBERSTREIFEN
D−76287 RHEINSTETTEN FEDERAL REPUBLIC OF,
GERMANY

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAR 08, 2002
**Reel/Frame:** 2461/0459

**Assignor**
BRUKER MEDIZINTECHNIK GMBH
GERMANY FOREIGN CORPORATION
**Signed:** DEC 17, 2001

**BRUXZIR**

**Correspondent:**
BIRCH, STEWART, KOLASCH & BIRCH, LLP
F. PRINCE BUTLER
P.O. BOX 747
FALLS CHURCH, VA 22040−0747

**Assignee**
BRUKER BIOSPIN MRI GMBH
GERMANY CORPORATION
RUDOLF−PLANK STRASSE 23
D−76275 ETTLINGEN, GERMANY

**Assignor**
BRUKER MEDICAL GMBH
GERMANY CORPORATION
**Signed:** DEC 17, 2001

**Brief:** CHANGE OF NAME
**Recorded:** MAR 08, 2002
**Reel/Frame:** 2461/0390
**Correspondent:**
BIRCH, STEWART, KOLASCH & BIRCH, LLP
F. PRINCE BUTLER
P.O. BOX 747
FALLS CHURCH, VA 22040−0747

**Filing Correspondent:** F. PRINCE BUTLER
BIRCH, STEWART, KOLASCH, ET AL.
P.O. BOX 747
FALLS CHURCH, VA 22040−0747

**Domestic Representative:** BIRCH, STEWART, KOLASCH, ET AL.

Exhibit 79
-1080-
KDA-003680

# Zir-Lock

**ZIR−LOCK**

**Status:**    PUBLISHED
        INTENT TO USE

        **USPTO Status:** STATEMENT OF USE − TO EXAMINER
        **USPTO Status Date:** OCT 01, 2012

**Goods/Services:**  **International Class 10:** DENTAL CROWNS; DENTAL PROSTHESES
        **First Used:** AUG 13, 2012 (INTL. CL. 10)
        **In Commerce:** AUG 13, 2012

**Last Reported Owner:** EZ−PEDO, INC.
        CALIFORNIA CORPORATION
        4944 WINDPLAY DRIVE, SUITE 118
        EL DORADO HILLS, CALIFORNIA 95762

**Chronology:**   **Filed:** APR 01, 2011    **Serial Number:** 85−283,472
        **Published For Opposition:** AUG 09, 2011
        **Allowance Filed:** OCT 04, 2011
        **Earliest Date in Record:** APR 01, 2011 (Filed)

**Ownership Details:**

**Applicant:**   EZ−PEDO, INC.
        CALIFORNIA CORPORATION
        4944 WINDPLAY DRIVE, SUITE 118
        EL DORADO HILLS, CALIFORNIA 95762

**Filing Correspondent:** IRA D. BLECKER
        LAW OFFICES OF IRA D. BLECKER, P.C.
        206 KINGWOOD PARK
        POUGHKEEPSIE, NY 12601−5470

Exhibit 79
-1081-
KDA-003681

# HELIQSIR

**HELIQSIR**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** JUL 10, 2007 |

**Goods/Services:**     International Class 3: SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS AND FACE,
BODY, HAND AND FEET CARE AND BEAUTY COSMETICS, OILS FOR COSMETIC PURPOSES,
DRY OILS FOR THE FACE AND BODY, HAIR LOTIONS, DENTIFRICES

**Last Reported Owner:**   SOCIéTé ANONYME DE; SAVONNERIE ET DENTIFRICE "SED"
MONACO  SOCIéTé ANONYME
MC−98000 MONACO
1/3, AVENUE ALBERT II , MONACO

**Chronology:**      **Filed:** SEP 04, 2006         **Serial Number:** 79−029,396
**Published For Opposition:** APR 24, 2007
**Registered:** JUL 10, 2007       **Registration Number:** 3,261,340
**Earliest Date in Record:** MAR 14, 2006  (International Priority Claimed Date)

**International Trademark Information:**

    **International Registration Number:** 0899732
    **International Registration Date:** SEP 04, 2006
    **International Publication Date:** NOV 23, 2006
    **International Renewal Date:** SEP 04, 2016
    **Date of Automatic Protection:** MAY 02, 2008
    **International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
    **International Status Date:** NOV 02, 2006
    **International Priority Claimed Date:** MAR 14, 2006

**Ownership Details:**

**Registrant:**     SOCIéTé ANONYME DE; SAVONNERIE ET DENTIFRICE "SED"
MONACO  SOCIéTé ANONYME
MC−98000 MONACO
1/3, AVENUE ALBERT II , MONACO

Exhibit 79
-1082-
KDA-003682

**BRUXZIR**

**Filing Correspondent:** SOCIÉTÉ ANONYME DE
SAVONNERIE ET DENTIFRICE "SED"
1/3, AVENUE ALBERT II
MC, MC 98000

Exhibit 79
-1083-
KDA-003683

# EX-SİR sanitizer

**EX−SIR SANITIZER**

**Status:**         ABANDONED
            SECTION 66(A) (MADRID PROTOCOL) − FILED
            SECTION 66(A) (MADRID PROTOCOL) − CURRENT
            NOTICE OF FIRST REFUSAL

            **USPTO Status:** ABANDONED−FAILURE TO RESPOND
            **USPTO Status Date:** DEC 16, 2010

**Goods/Services:**   **International Class 3:** BLEACHING PREPARATIONS AND OTHER SUBSTANCES FOR
            LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS;
            SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES
            **International Class 5:** PHARMACEUTICAL AND VETERINARY PREPARATIONS; SANITARY
            PREPARATIONS FOR MEDICAL PURPOSES; DIETETIC SUBSTANCES ADAPTED FOR
            MEDICAL USE, FOOD FOR BABIES; PLASTERS, MATERIALS FOR DRESSINGS; MATERIAL
            FOR STOPPING TEETH, DENTAL WAX; DISINFECTANTS; PREPARATIONS FOR DESTROYING
            VERMIN; FUNGICIDES, HERBICIDES
            **International Class 32:** BEERS; MINERAL AND AERATED WATERS AND OTHER NON−ALCO
            HOLIC DRINKS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS
            FOR MAKING BEVERAGES

**Last Reported Owner:**  KÜKRE GIDA VE IHTIYAC MADDELERI; NAKLIYAT VE ÖZEL EGITIM HIZMETLERI; TICARET
            VESANAYI ANONIM SIRKETI
            TURKEY  JOINT−STOCK COMPANY
            YöRüK AKçAYIR KöYü; ESKISEHIR
            KüTAHYA YOLU 17.KM., , TURKEY

**Chronology:**    **Filed:** FEB 12, 2010        **Serial Number:** 79−081,432
            **Abandoned:** NOV 23, 2010
            **Earliest Date in Record:** FEB 12, 2010  (International Registration Date)

**International Trademark Information:**
            **International Registration Number:** 1035603
            **International Registration Date:** FEB 12, 2010
            **International Publication Date:** MAY 13, 2010
            **International Renewal Date:** FEB 12, 2020
            **Date of Automatic Protection:** NOV 06, 2011
            **International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
            **International Status Date:** MAY 06, 2010

Exhibit 79
-1084-
KDA-003684

**BRUXZIR**

**Ownership Details:**

**Applicant:**  KÜKRE GIDA VE IHTIYAC MADDELERI; NAKLIYAT VE ÖZEL EGITIM HIZMETLERI; TICARET
VESANAYI ANONIM SIRKETI
TURKEY  JOINT−STOCK COMPANY
YöRüK AKçAYIR KöYü; ESKISEHIR
KüTAHYA YOLU 17.KM., , TURKEY

**Claims:**  COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**  DESTEK PATENT ANONIM SIRKETI
LEFKOSE CADDESI,
NM OFIS PARK B BLOK NO: 36/5
TR−16110 BESEVLER − NILüFER − BURSA
TURKEY

Analyst STEVE DOYLE
Exhibit 79
-1085-
KDA-003685

# BEELIXIR

**BEELIXIR**

**Status:**              REGISTERED

                         **USPTO Status:** REGISTERED
                         **USPTO Status Date:** APR 29, 2008

**Goods/Services:**      **International Class 5:** BEE AND BEEHIVE SUBSTANCES AND PRODUCTS FOR MEDICINAL
                         OR THERAPEUTIC PURPOSES, NAMELY, HONEY, BEE POLLEN, PROPOLIS, BEESWAX,
                         ROYAL JELLY, BEE VENOM, AND OTHER DERIVATIVES OR EXTRACTS OF BEE AND
                         BEEHIVE SUBSTANCES AND PRODUCTS FOR MEDICINAL OR THERAPEUTIC PURPOSES,
                         NAMELY, HONEY WINE, MEAD, FERMENTS, HONEY WINE VINEGAR, AND MEAD VINEGAR,
                         TO BE USED FOR MEDICINAL OR THERAPEUTIC PURPOSES; ALLERGY MEDICATIONS,
                         ANTI−ALLERGIC MEDICINES, ANTI−ARTHRITIC COMPOSITIONS AND PREPARATIONS,
                         ANTI−BACTERIAL SUBSTANCES FOR MEDICAL PURPOSES, ANTI−BACTERIAL PHARMAC
                         EUTICALS, ANTI−BACTERIAL SPRAY, ANTIBIOTIC CREAMS, ANTIBIOTIC OINTMENTS,
                         ANTIBIOTIC PREPARATIONS, ANTI−CAVITY MOUTH RINSES, ANTI−FUNGAL CREAMS FOR
                         MEDICAL USE, ANTI−ITCH CREAM, ANTI−ITCH OINTMENT, ANTI−MICROBIAL HANDWASH,
                         ANTI−MICROBIAL PREPARATIONS FOR USE AS PHARMACEUTICALS, ANTI−MICROBIALS
                         FOR DERMATOLOGIC USE, ANTISEPTIC PREPARATIONS, ANTISEPTICS, ANTI−VENOM,
                         ANTIVIRALS, ATHLETE'S FOOT LOTIONS, ATHLETE'S FOOT PREPARATIONS, BEE POLLEN
                         FOR USE AS A DIETARY FOOD SUPPLEMENT, BEE POLLEN FOR MEDICINAL OR
                         THERAPEUTIC PURPOSES, BEESWAX FOR MEDICINAL OR THERAPEUTIC PURPOSES, BEE
                         VENOM FOR MEDICINAL OR THERAPEUTIC PURPOSES, ASHINGS AND POTENTIZED
                         ASHINGS AND ASHING PREPARATIONS OF BEE AND BEEHIVE SUBSTANCES AND
                         PRODUCTS FOR MEDICINAL OR THERAPEUTIC PURPOSES, BURN DRESSINGS,
                         CHEMOTHERAPEUTICS, COUGH DROPS, COUGH LOZENGES, COUGH SYRUPS, COUGH
                         TREATMENT PREPARATIONS, DECONGESTANTS, DERMATOLOGICAL PHARMACEUTICAL
                         PRODUCTS, DERMATOLOGICALS, DIETARY SUPPLEMENTAL DRINKS, DIETARY SUPPLEM
                         ENTS, DISINFECTANTS FOR HYGIENIC PURPOSES, DISINFECTANTS FOR SANITARY
                         PURPOSES, DRESSINGS FOR WOUNDS, DRESSINGS FOR BURNS, FERMENTS FOR
                         MEDICAL USE, FUNGAL MEDICATIONS, FUNGICIDES, GARGLES, GASTRO−INTESTINAL
                         TREATMENT PREPARATIONS, GERMICIDES, HOMEOPATHIC SUPPLEMENTS,
                         HOMEOPATHIC REMEDIES AND HOMEOPATHIC PREPARATIONS OF BEE AND BEEHIVE
                         SUBSTANCES AND PRODUCTS FOR MEDICINAL OR THERAPEUTIC PURPOSES, HONEY
                         FOR USE AS A DIETARY FOOD SUPPLEMENT, HONEY FOR MEDICINAL OR THERAPEUTIC
                         PURPOSES, LINIMENTS, MEAL REPLACEMENT BARS, MEAL REPLACEMENT DRINKS, MEAL
                         REPLACEMENT POWDERS, MEDICAL CLEANSERS FOR SKIN AND WOUNDS, MEDICATED
                         ANIMAL FEED, MEDICATED BATH PREPARATIONS, MEDICATED CANDY, MEDICATED

CHEWING GUM, MEDICATED COMPRESSES, MEDICATED FOOT POWDER, MEDICATED HAND WASH, MEDICATED LIP BALM, MEDICATED LOTIONS FOR SKIN, MEDICATED LOTIONS FOR HAIR, MEDICATED LOZENGES, MEDICATED MOUTHWASH, MEDICATED SKIN CARE PREPARATIONS, MEDICATED SUN CARE PREPARATIONS, MEDICATED SUNSCREEN, MEDICATED SUNBURN LOTIONS, MEDICINAL CREAMS FOR SKIN CARE, MITICIDES FOR AGRICULTURAL USE, NAMELY, MITICIDES FOR APIARY AND BEEHIVE USE, MOLD INHIBITORS FOR TREATING MOLD GROWTH IN AND AROUND BUILDINGS, MULTIPURPOSE MEDICATED ANTIBIOTIC CREAM, NAIL FUNGUS TREATMENT PREPARATIONS, NUTRAC EUTICALS FOR USE AS A DIETARY SUPPLEMENT, PHARMACEUTICAL PREPARATIONS FOR USE IN DERMATOLOGY, PHARMACEUTICAL PREPARATIONS FOR WOUNDS, PHARMAC EUTICAL PRODUCTS FOR THE TREATMENT OF CANCER, PHARMACEUTICAL SKIN LOTIONS, PREPARATIONS FOR TREATING COLDS, PROPOLIS FOR USE AS A DIETARY FOOD SUPPLEMENT, PROPOLIS FOR MEDICINAL OR THERAPEUTIC PURPOSES, ROYAL JELLY FOR MEDICINAL OR THERAPEUTIC PURPOSES, SANITARY PREPARATIONS FOR MEDICAL USE, SUGAR REPLACEMENT FOR MEDICINAL OR THERAPEUTIC PURPOSES, SWEETS FOR MEDICINAL PURPOSES, THROAT LOZENGES, TOPICAL ANALGESICS, TOPICAL FIRST AID GEL, VACCINES, VIRUCIDES

**First Used:** JUL 07, 2007 (INTL. CL. 5)

**In Commerce:** JUL 07, 2007

**Last Reported Owner:** FERRIS, JAMES S.
UNITED STATES INDIVIDUAL
155 EAST ROAD
ALFORD, MASSACHUSETTS 01266

**Chronology:**       **Filed:** JUL 07, 2007          **Serial Number:** 77−224,080
**Published For Opposition:** FEB 12, 2008
**Registered:** APR 29, 2008          **Registration Number:** 3,417,334
**Earliest Date in Record:** JUL 07, 2007 (First Used)

## Ownership Details:

**Registrant:**       FERRIS, JAMES S.
UNITED STATES INDIVIDUAL
155 EAST ROAD
ALFORD, MASSACHUSETTS 01266

**Filing Correspondent:** JAMES S. FERRIS
155 EAST ROAD
ALFORD MA 01266−9729

# ZirBlock

**ZIRBLOCK**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−FAILURE TO RESPOND |
| | **USPTO Status Date:** JUL 09, 2009 |
| **Goods/Services:** | **International Class 5:** DENTAL CERAMICS |
| | **First Used:** AUG 01, 2006 (INTL. CL. 5) |
| | **In Commerce:** SEP 26, 2006 |
| **Last Reported Owner:** | KALLA, RADOSLAV |
| | UNITED STATES INDIVIDUAL |
| | 645 FRONT STREET #2007 |
| | SAN DIEGO, CALIFORNIA 92101 |
| **Chronology:** | **Filed:** OCT 06, 2006        **Serial Number:** 77−015,338 |
| | **Published For Opposition:** MAY 22, 2007 |
| | **Abandoned:** JUN 10, 2009 |
| | **Date Revived/Reinstated:** NOV 03, 2008 |
| | **Earliest Date in Record:** OCT 06, 2006 (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | KALLA, RADOSLAV |
| | UNITED STATES INDIVIDUAL |
| | 645 FRONT STREET #2007 |
| | SAN DIEGO, CALIFORNIA 92101 |
| **Filing Correspondent:** | RADOSLAV KALLA |
| | 645 FRONT ST UNIT 2007 |
| | SAN DIEGO, CA 92101−7088 |

Exhibit 79

-1088-

KDA-003688

# ZIR/MAX

**ZIR/MAX**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−FAILURE TO RESPOND |
| | **USPTO Status Date:** JAN 03, 2012 |
| **Goods/Services:** | **International Class 10:** ZIRCONIA DENTAL CROWNS |
| **Last Reported Owner:** | BURBANK DENTAL LABORATORY, INC. |
| | CALIFORNIA  CORPORATION |
| | 2101 FLOYD STREET |
| | BURBANK, CALIFORNIA  91504 |
| **Chronology:** | **Filed:** OCT 28, 2010          **Serial Number:** 76−705,111 |
| | **Abandoned:** DEC 08, 2011 |
| | **Earliest Date in Record:** OCT 28, 2010  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | BURBANK DENTAL LABORATORY, INC. |
| | CALIFORNIA  CORPORATION |
| | 2101 FLOYD STREET |
| | BURBANK, CALIFORNIA  91504 |
| **Filing Correspondent:** | G. DONALD WEBER, JR. |
| | 18442 TAFT AVE |
| | VILLA PARK, CA 92861−2759 |

Exhibit 79
-1089-
KDA-003689

# ZIR-TECH

**ZIR−TECH**

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** MAR 28, 2006 |
| **Goods/Services:** | **International Class 10:** DENTAL APPLIANCES, NAMELY, CROWNS AND BRIDGES |
| | **First Used:** FEB 2004  (INTL. CL. 10) |
| | **In Commerce:** FEB 2004 |
| **Last Reported Owner:** | DISTINCTIVE DENTAL STUDIO, LTD. |
| | ILLINOIS  CORPORATION |
| | 1504 WALL STREET |
| | NAPERVILLE, ILLINOIS  60563 |
| **Chronology:** | **Filed:** DEC 31, 2003          **Serial Number:** 78−346,906 |
| | **Published For Opposition:** MAR 15, 2005 |
| | **Registered:** MAR 28, 2006          **Registration Number:** 3,074,407 |
| | **Earliest Date in Record:** DEC 31, 2003  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | DISTINCTIVE DENTAL STUDIO, LTD. |
| | ILLINOIS  CORPORATION |
| | 1504 WALL STREET |
| | NAPERVILLE, ILLINOIS  60563 |
| **Filing Correspondent:** | MICHAEL J. TURGEON |
| | VEDDER, PRICE, KAUFMAN & KAMMHOLZ |
| | 222 NORTH LASALLE STREET |
| | CHICAGO, IL 60601 |

# LUXOR

**LUXOR**

**Global Filings = 5**

| | |
|---|---|
| **Status:** | REGISTERED |
| | |
| | **USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED |
| | **USPTO Status Date:** MAR 15, 2012 |
| **Goods/Services:** | **International Class 10:** ORTHOPEDIC IMPLANTS AND ORTHOPEDIC INSTRUMENTS FOR THE IMPLANTATION OF ORTHOPEDIC IMPLANTS |
| | **First Used:** MAY 2005 (INTL. CL. 10) |
| | **In Commerce:** MAY 2005 |
| **Last Reported Owner:** | STRYKER SPINE |
| | FRANCE CORPORATION |
| | Z.I. DE MARTICOT |
| | CESTAS, FRANCE F−33610 |
| **Chronology:** | **Filed:** JUL 21, 2005     **Serial Number:** 78−675,501 |
| | **Published For Opposition:** APR 25, 2006 |
| | **Registered:** NOV 14, 2006     **Registration Number:** 3,172,517 |
| | **Affidavit Section:** REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. MAR 15, 2012 |
| | |
| | **Earliest Date in Record:** MAY 2005 (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | STRYKER SPINE |
| | FRANCE CORPORATION |
| | Z.I. DE MARTICOT |
| | CESTAS, FRANCE F−33610 |
| **Filing Correspondent:** | THOMAS M PALISI |
| | LERNER DAVID LITTENBERG KRUMHOLZ ET AL |
| | 600 SOUTH AVE W |
| | WESTFIELD NJ 07090 |

**BRUXZIR**

**Domestic Representative:** THOMAS M. PALISI

KDA-003692

**BRUXZIR**

**US−57**
**Group:** Four

**BARXV**

**Status:**  REGISTERED
CANCELLED SECTION 8 IN INT. CL. 30. ONLY O.G. 8−28−2012
CANCELLED SECTION 8 IN INT. CL. 32. ONLY O.G. 8−28−2012
CANCELLED SECTION 8 IN INT. CL. 35. ONLY O.G. 8−28−2012

**USPTO Status:** PARTIAL SECTION 8 & 15 ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** JUL 26, 2012

**Goods/Services:**  **International Class 3:** BATH AND SHOWER GEL; NON−MEDICATED BATH SALTS; BEAUTY
MASKS; [ BLUSH; ] BODY CREAM, MOISTURIZER AND LOTION; BUBBLE BATH, COLD
CREAM; [ HAIR SHAMPOO; HAIR CONDITIONER; COSMETIC PENCILS; ] EYE CREAM; HAND
CREAM, MOISTURIZER, AND LOTION; [ SHAVING BALM, LOTION, GEL AND CREAM; SKIN
CREAM, MOISTURIZER, AND LOTION; ] FACIAL CREAM, MOISTURIZER, AND LOTION; FOOT
CREAM, MOISTURIZER, SCRUB, AND LOTION; [ PERSONAL DEODORANTS AND
ANTIPERSPIRANTS; ] ESSENTIAL OILS FOR PERSONAL USE; ESSENTIAL OILS FOR USE IN
MANUFACTURING COSMETICS; [ EYE MAKEUP; EYE SHADOW; EYELINERS; FACE
POWDER; FACIAL SCRUBS; FACIAL MAKEUP; FOUNDATION MAKEUP; HAIR GEL; SHAVING
GEL; SHOWER GEL; LIP GLOSS; HAIR RINSES; NON−MEDICATED LIP BALM; ] LIPSTICK; [
EYE MAKEUP REMOVER; MASCARA; NAIL CREAM, MOISTURIZER, AND LOTION; MASSAGE
OIL; BATH OIL; PRE−MOISTENED COSMETIC TISSUES, WIPES, AND TOWELETTES; SOAP;
SUNTANNING PREPARATIONS; AND WRINKLE REMOVING SKIN CARE PREPARATIONS ]
**International Class 29:** OLIVE OIL
**International Class 30:** [ TEA, TEA−BASED BEVERAGES, NAMELY, TEA−BASED BEVERAGES
WITH FRUIT FLAVORINGS, FLAVORED ICES; HONEY, BISCUITS ]
**International Class 32:** [ BOTTLED SODA WATER ]
**International Class 35:** [ RETAIL STORE SERVICES IN THE FIELDS OF APPAREL,
FOOTWEAR, COSMETICS, LOTIONS, BOTTLED WATER, COFFEE, COFFEE BASED
BEVERAGES, TEA, TEA−BASED BEVERAGES, PREPARED FOOD, OLIVE OIL ]
**First Used:** SEP 30, 2003  (INTL. CL. 3)
**In Commerce:** SEP 30, 2003
**First Used:** SEP 30, 2003  (INTL. CL. 29)
**In Commerce:** SEP 30, 2003
**First Used:** SEP 30, 2003  (INTL. CL. 30)
**In Commerce:** SEP 30, 2003
**First Used:** SEP 30, 2003  (INTL. CL. 32)
**In Commerce:** SEP 30, 2003
**First Used:** SEP 30, 2003  (INTL. CL. 35)
**In Commerce:** SEP 30, 2003

**Last Reported Owner:**  RINKINC, LLC
DELAWARE  LIMITED PARTNERSHIP
11 WEST 56TH STREET
NEW YORK, NEW YORK  10019

**BRUXZIR**

---

**Chronology:**      **Filed:** MAR 26, 2003      **Serial Number:** 78−230,322
**Published For Opposition:** AUG 10, 2004
**Registered:** JAN 17, 2006      **Registration Number:** 3,046,756
**Affidavit Section:** REGISTERED − PARTIAL SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. JUL 26, 2012
**Earliest Date in Record:** MAR 26, 2003 (Filed)

---

**Ownership Details:**

**Registrant:**      RINKINC, LLC
DELAWARE  LIMITED PARTNERSHIP
11 WEST 56TH STREET
NEW YORK, NEW YORK  10019

**Assignee**
RINKINC, LLC
11 WEST 56 STREET
NEW YORK, NEW YORK, 10019

**Assignor**
CASSIS HOLDING CO. LTD. LIMITED PARTNERSHIP
**Signed:** MAR 03, 2005

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** APR 04, 2005
**Reel/Frame:** 3082/0127
**Correspondent:**
RINKINC LLC
11 WEST 56 STREET
NEW YORK, NEW YORK 10019

**Assignee**
CASSIS HOLDING COMPANY LTD.
DELAWARE CORPORATION
11 WEST 56TH STREET
NEW YORK, NEW YORK, 10019

**Assignor**
NORMA KAMALI, INC.
NEW YORK CORPORATION
**Signed:** JUL 22, 2003

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** OCT 02, 2003
**Reel/Frame:** 2726/0277
**Correspondent:**
GOTTLIEB, RACKMAN & REISMAN, P.C.
AMY B. GOLDSMITH, ESQ.
270 MADISON AVENUE
NEW YORK, NY 10016

**Claims:**      IN THE STATEMENT, COLUMN 1, LINES 1 AND 2, "CASSIS HOLDING COMPANY LTD. (DELAWARE CORPORATION)" SHOULD BE DELETED, AND, "RINKINC, LLC (DELAWARE LIMITED PARTNERSHIP)" SHOULD BE INSERTED.

---

Exhibit 79
-1094-
KDA-003694

**BRUXZIR**

**Filing Correspondent:**   BARBARA LOEWENTHAL
GOTTLIEB, RACKMAN & REISMAN, PC
8TH FLOOR
270 MADISON AVE
NY, NY 10016−0601

KDA-003695

# BIOxira

**BIOXIRA**

**Status:**           REGISTERED

                      **USPTO Status:** REGISTERED
                      **USPTO Status Date:** DEC 19, 2006

**Goods/Services:**   **International Class 3:** BODY AND BEAUTY CARE PREPARATIONS; BODY LOTIONS;
                      COSMETIC PREPARATIONS FOR BODY CARE; GEL FOR BODY TONING AND CELLULITE
                      REDUCTION; LOTIONS FOR CELLULITE REDUCTION; LOTIONS FOR BODY TONING AND
                      CELLULITE REDUCTION; NON−MEDICATED SKIN CARE PREPARATIONS; SKIN LOTIONS;
                      SKIN TONERS
                      **First Used:** NOV 01, 2004  (INTL. CL. 3)
                      **In Commerce:** NOV 01, 2004

**Last Reported Owner:**  IT WORKS MARKETING, INC.
                      MICHIGAN  CORPORATION
                      2006 44TH STREET SE
                      GRAND RAPIDS, MICHIGAN  49508

**Chronology:**       **Filed:** FEB 01, 2006          **Serial Number:** 78−804,229
                      **Published For Opposition:** OCT 03, 2006
                      **Registered:** DEC 19, 2006          **Registration Number:** 3,186,807
                      **Earliest Date in Record:** NOV 01, 2004  (First Used)

**Ownership Details:**

**Registrant:**       IT WORKS MARKETING, INC.
                      MICHIGAN  CORPORATION
                      2006 44TH STREET SE
                      GRAND RAPIDS, MICHIGAN  49508

**Filing Correspondent:**  STEVEN A. RICHARDS
                      615 HOOPES AVENUE
                      IDAHO FALLS ID 83406−6106

Exhibit 79
-1096-
KDA-003696

# BREKSEEZ

**BREKSEEZ**

**Translation:**     THE WORDING "BREKSEEZ" HAS NO MEANING IN A FOREIGN LANGUAGE.

**Status:**     PUBLISHED
INTENT TO USE

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** AUG 21, 2012

**Goods/Services:**     **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF
CENTRAL NERVOUS SYSTEM DISORDERS

**Last Reported Owner:**     UPSHER−SMITH LABORATORIES, INC.
MINNESOTA  CORPORATION
6701 EVENSTAD DRIVE
MAPLE GROVE, MINNESOTA  55369

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREKSEZA | USPTO | Page 138 |
| BREKSEZE | USPTO | Page 140 |

**Chronology:**     **Filed:** OCT 01, 2011     **Serial Number:** 85−437,212
**Published For Opposition:** AUG 21, 2012
**Earliest Date in Record:** OCT 01, 2011  (Filed)

**Ownership Details:**

**Applicant:**     UPSHER−SMITH LABORATORIES, INC.
MINNESOTA  CORPORATION
6701 EVENSTAD DRIVE
MAPLE GROVE, MINNESOTA  55369

**Filing Correspondent:**     FRANCES M. JAGLA
LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100
PORTLAND OR 97204

# BREKSEZA

**BREKSEZA**

**Translation:**   THE WORDING "BREKSEZA" HAS NO MEANING IN A FOREIGN LANGUAGE.

**Status:**   PUBLISHED
INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE – ISSUED
**USPTO Status Date:** OCT 09, 2012

**Goods/Services:**   **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF
CENTRAL NERVOUS SYSTEM DISORDERS

**Last Reported Owner:**   UPSHER-SMITH LABORATORIES, INC.
MINNESOTA CORPORATION
6701 EVENSTAD DRIVE
MAPLE GROVE, MINNESOTA 55369

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREKSEEZ | USPTO | Page 137 |
| BREKSEZE | USPTO | Page 140 |

**Chronology:**   **Filed:** OCT 01, 2011       **Serial Number:** 85-437,210
**Published For Opposition:** AUG 14, 2012
**Allowance Filed:** OCT 09, 2012
**Earliest Date in Record:** OCT 01, 2011 (Filed)

**Ownership Details:**

**Applicant:**   UPSHER-SMITH LABORATORIES, INC.
MINNESOTA CORPORATION
6701 EVENSTAD DRIVE
MAPLE GROVE, MINNESOTA 55369

**Filing Correspondent:**   FRANCES M. JAGLA
LANE POWELL PC
601 S.W. SECOND AVENUE, SUITE 2100

Exhibit 79
-1098-
KDA-003698

**BRUXZIR**

PORTLAND OR 97204

Exhibit 79

-1099-

KDA-003699

**BRUXZIR**

**US−61**
**Group:** Four

# BREKSEZE

**BREKSEZE**

**Global Filings = 1**

| | |
|---|---|
| **Translation:** | THE WORD "BREKSEZE" HAS NO MEANING IN A FOREIGN LANGUAGE. |
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** PUBLISHED FOR OPPOSITION |
| | **USPTO Status Date:** SEP 18, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF CENTRAL NERVOUS SYSTEM DISORDERS |
| **Last Reported Owner:** | UPSHER−SMITH LABORATORIES, INC. |
| | MINNESOTA  CORPORATION |
| | 6701 EVENSTAD DRIVE |
| | MAPLE GROVE, MINNESOTA  55369 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREKSEEZ | USPTO | Page 137 |
| BREKSEZA | USPTO | Page 138 |

| | |
|---|---|
| **Chronology:** | **Filed:** OCT 01, 2011          **Serial Number:** 85−437,211 |
| | **Published For Opposition:** SEP 18, 2012 |
| | **Earliest Date in Record:** OCT 01, 2011  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | UPSHER−SMITH LABORATORIES, INC. |
| | MINNESOTA  CORPORATION |
| | 6701 EVENSTAD DRIVE |
| | MAPLE GROVE, MINNESOTA  55369 |
| **Filing Correspondent:** | FRANCES M. JAGLA |
| | LANE POWELL PC |
| | 601 S.W. SECOND AVENUE, SUITE 2100 |

---

PORTLAND OR 97204

Exhibit 79
-1101-

KDA-003701

# DURO-ZIR

**DURO−ZIR**

**Global Filings = 1**

**Status:**            PUBLISHED
                       INTENT TO USE

                       **USPTO Status:** NOTICE OF ALLOWANCE − ISSUED
                       **USPTO Status Date:** APR 24, 2012

**Goods/Services:**    **International Class 10:** DENTAL BRIDGES; DENTAL CROWNS

**Last Reported Owner:** AURUM CERAMIC DENTAL LABORATORIES LTD.
                       CANADA  CORPORATION
                       115−17TH AVENUE SW
                       CALGARY, ALBERTA, CANADA  T2S0A1

**Chronology:**        **Filed:** SEP 19, 2011          **Serial Number:** 85−425,953
                       **Published For Opposition:** FEB 28, 2012
                       **Allowance Filed:** APR 24, 2012
                       **Earliest Date in Record:** SEP 19, 2011  (Filed)

**Ownership Details:**

**Applicant:**         AURUM CERAMIC DENTAL LABORATORIES LTD.
                       CANADA  CORPORATION
                       115−17TH AVENUE SW
                       CALGARY, ALBERTA, CANADA  T2S0A1

**Filing Correspondent:** AURUM CERAMIC DENTA; AURUM CERAMIC DENTA
                       115−17TH AVENUE SW
                       CALGARY, ALBERTA
                       T2S0A1
                       CANADA

Exhibit 79
-1102-
KDA-003702

**BRUXZIR**

**US−63**
**Group:** Four

# BREZILIZER

**BREZILIZER**

 **Global Filings = 4**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** THIRD EXTENSION − GRANTED |
| | **USPTO Status Date:** JUN 01, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF DISORDERS OF THE RESPIRATORY SYSTEM |
| | **International Class 10:** MEDICAL APPARATUS FOR DIAGNOSING OR TREATING RESPIRATORY CONDITIONS; MEDICAL APPARATUS FOR FACILITATING THE INHALATION OF PHARMACEUTICAL PREPARATIONS |
| **Last Reported Owner:** | NOVARTIS AG |
| | SWITZERLAND CORPORATION |
| | CH − 4002 |
| | BASEL, SWITZERLAND |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREZERIS | USPTO | Page 112 |
| FLUXSERO | USPTO | Page 147 |
| BREZILIZER | USPTO | Page 153 |
| BEXERO | USPTO | Page 229 |

| | |
|---|---|
| **Chronology:** | **Filed:** MAY 07, 2010 **Serial Number:** 85−032,883 |
| | **Published For Opposition:** OCT 05, 2010 |
| | **Allowance Filed:** NOV 30, 2010 |
| | **Earliest Date in Record:** MAY 07, 2010 (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | NOVARTIS AG |
| | SWITZERLAND CORPORATION |
| | CH − 4002 |

Exhibit 79
-1103-

KDA-003703

BASEL, SWITZERLAND

**Filing Correspondent:**  MAURY M. TEPPER, III
TEPPER & EYSTER, PLLC
3724 BENSON DR
RALEIGH, NC 27609−7321

**Domestic Representative:** NOVARTIS PHARMACEUTICALS CORPORATION

# DENZIR

**DENZIR**

| | |
|---|---|
| **Status:** | REGISTERED |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** FEB 26, 2008 |
| **Goods/Services:** | **International Class 3:** TOOTH PASTE, TOOTH POWDER |
| | **International Class 5:** DENTAL ABRASIVES; MATERIAL FOR TREATING TEETH, NAMELY, DENTAL ABRASIVES, MATERIALS FOR FILLING TEETH, DENTAL WAX, AND DENTAL CERAMICS |
| | **International Class 10:** ODONTOLOGICAL APPARATUSES, NAMELY DENTAL CROWNS; AND ARTIFICIAL TEETH AND TEETH IMPLANT ABUTMENTS |
| **Last Reported Owner:** | CAD. ESTHETICS AB |
| | SWEDEN  CORPORATION |
| | BOX 753 |
| | SKELLEFTEA SE−93127, SWEDEN |
| **Chronology:** | **Filed:** DEC 19, 2005        **Serial Number:** 78−775,844 |
| | **Published For Opposition:** JUL 24, 2007 |
| | **Registered:** FEB 26, 2008      **Registration Number:** 3,388,881 |
| | **Earliest Date in Record:** JAN 29, 1999  (Non−U.S. Registration Date) |

**Ownership Details:**

**Registrant:**          CAD. ESTHETICS AB
                SWEDEN  CORPORATION
                BOX 753
                SKELLEFTEA SE−93127, SWEDEN

**Non−U.S. Registration Claimed:** 330079
**Non−U.S. Registration Date:** JAN 29, 1999
**Non−U.S. Registration Country:** SWEDEN

**Filing Correspondent:**  JOHN CLARKE HOLMAN
                JACOBSON HOLMAN PLLC

KDA-003705

400 7TH ST NW STE 600
WASHINGTON, DC 20004−2218

**Domestic Representative:** JACOBSON HOLMAN PLLC

# FLUXSERO

**FLUXSERO**

 **Global Filings = 24**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** JUN 21, 2011 |
| | |
| **Goods/Services:** | **International Class 5:** VACCINES FOR HUMAN USE |
| | |
| **Last Reported Owner:** | NOVARTIS AG |
| | SWITZERLAND  SOCIéTé ANONYME (SA); |
| | CH−4002 BASEL , SWITZERLAND |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREZERIS | USPTO | Page 112 |
| BREZILIZER | USPTO | Page 143 |
| BREZILIZER | USPTO | Page 153 |
| BEXERO | USPTO | Page 229 |

**Chronology:**   **Filed:** DEC 31, 2010      **Serial Number:** 79−092,342
**Published For Opposition:** APR 05, 2011
**Registered:** JUN 21, 2011      **Registration Number:** 3,980,324
**Earliest Date in Record:** NOV 23, 2010  (International Priority Claimed Date)

**International Trademark Information:**

**International Registration Number:** 1064452
**International Registration Date:** DEC 31, 2010
**International Publication Date:** FEB 17, 2011
**International Renewal Date:** DEC 31, 2020
**Date of Automatic Protection:** AUG 10, 2012
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** FEB 10, 2011
**International Priority Claimed Date:** NOV 23, 2010

**BRUXZIR**

**Ownership Details:**

**Registrant:**            NOVARTIS AG
                          SWITZERLAND  SOCIéTé ANONYME (SA);
                          CH–4002 BASEL , SWITZERLAND

**Filing Correspondent:**   SCHNEIDER FELDMANN ; PATENT– UND MARKENA
                          BEETHOVENSTRASSE 49,
                          POSTFACH 2792
                          CH–8022 ZüRICH
                          SWITZERLAND

Exhibit 79
-1108-
KDA-003708

**BRUXZIR**

**US−66**
**Group:** Four



**UXR**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** JAN 19, 2000 |
| **Goods/Services:** | **International Class 10:** RADIOGRAPHIC AND X−RAY APPARATUS, AND X−RAY FILM FOR MEDICAL AND VETERINARY USE |
| | **First Used:** FEB 14, 1989  (INTL. CL. 10) |
| | **In Commerce:** FEB 14, 1989 |
| **Last Reported Owner:** | X−RAY MARKETING ASSOCIATES, INC. |
| | FLORIDA  CORPORATION |
| | 1205 LAKEVIEW COURT |
| | ROMEOVILLE, ILLINOIS  60446−650 |
| **Chronology:** | **Filed:** APR 06, 1989          **Serial Number:** 73−791,477 |
| | **Published For Opposition:** OCT 03, 1989 |
| | **Registered:** DEC 26, 1989          **Registration Number:** 1,573,139 |
| | **Affidavit Section:**  REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.  JUN 13, 1996 |
| | **Last Renewed:** DEC 26, 1999 |
| | **Earliest Date in Record:** FEB 14, 1989  (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | X−RAY MARKETING ASSOCIATES, INC. |
| | FLORIDA  CORPORATION |
| | 1205 LAKEVIEW COURT |
| | ROMEOVILLE, ILLINOIS  60446−650 |
| **Filing Correspondent:** | W. DENNIS DREHKOFF |
| | VEDDER PRICE P.C. |
| | 222 N. LASALLE ST., SUITE 2600 |
| | CHICAGO IL 60601 |

Exhibit 79

-1109-

KDA-003709

**EXSAR**

 **Global Filings = 2**

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED<br>**USPTO Status Date:** DEC 03, 2010 |
| **Goods/Services:** | **International Class 42:** PHARMACEUTICAL DRUG DISCOVERY SERVICES<br>**First Used:** FEB 27, 2003  (INTL. CL. 42)<br>**In Commerce:** FEB 27, 2003 |
| **Last Reported Owner:** | EXSAR CORPORATION<br>DELAWARE  CORPORATION<br>11 DEER PARK DRIVE, SUITE 103<br>MONMOUTH JUNCTION, NEW JERSEY  08852 |
| **Chronology:** | **Filed:** OCT 23, 2002          **Serial Number:** 76−462,460<br>**Published For Opposition:** MAY 13, 2003<br>**Registered:** JUN 01, 2004          **Registration Number:** 2,848,814<br>**Affidavit Section:**   REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.  DEC 03, 2010<br><br>**Earliest Date in Record:** OCT 23, 2002  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | EXSAR CORPORATION<br>DELAWARE  CORPORATION<br>11 DEER PARK DRIVE, SUITE 103<br>MONMOUTH JUNCTION, NEW JERSEY  08852 |
| **Filing Correspondent:** | AMY E. CARROLL<br>DRINKER BIDDLE & REATH LLP<br>SUITE 1100<br>1500 K STREET, NW<br>WASHINGTON DC 20005−1209 |

KDA-003710

# DIAZIR

**DIAZIR**

**Global Filings = 2**

| | |
|---|---|
| **Status:** | PENDING<br>FILED AS USE APPLICATION<br>USE APPLICATION − CURRENT<br><br>**USPTO Status:** PRIORITY ACTION COUNTED MAILED<br>**USPTO Status Date:** AUG 16, 2012 |
| **Goods/Services:** | **International Class 5:** MATERIALS MADE IN WHOLE OR SUBSTANTIAL PART OF ZIRCONIUM DIOXIDE USED TO PRODUCE DENTAL FIXTURE, CROWN AND BRIDGE SUBSTRUCTURES, NAMELY, COPING AND FRAMEWORK USED TO MAKE DENTAL CROWNS AND BRIDGES<br>**International Class 10:** FULL CONTOUR (MONOLITHIC) CROWNS AND BRIDGES WITHOUT NEED FOR LAYERING MATERIALS<br>**First Used:** AUG 18, 2011 (INTL. CL. 5)<br>**In Commerce:** AUG 18, 2011<br>**First Used:** AUG 18, 2011 (INTL. CL. 10)<br>**In Commerce:** AUG 18, 2011 |
| **Last Reported Owner:** | ARDENT, INC.<br>NEW YORK  CORPORATION<br>175 PINEVIEW DRIVE<br>AMHERST, NEW YORK  14228 |
| **Chronology:** | **Filed:** APR 23, 2012     **Serial Number:** 85−605,305<br>**Earliest Date in Record:** AUG 18, 2011 (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | ARDENT, INC.<br>NEW YORK  CORPORATION<br>175 PINEVIEW DRIVE<br>AMHERST, NEW YORK  14228 |
| **Filing Correspondent:** | PAUL V. NUNES, ESQ.<br>UNDERBERG & KESSLER LLP |

Exhibit 79
-1111-

KDA-003711

**BRUXZIR**

300 BAUSCH AND LOMB PL
ROCHESTER, NY 14604−2702

KDA-003712

# BREZILIZER

**BREZILIZER**

 **Global Filings = 4**

| | |
|---|---|
| **Status:** | ABANDONED<br>INTENT TO USE |

**USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
**USPTO Status Date:** JUN 07, 2010

**Goods/Services:** **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF DISORDERS OF THE RESPIRATORY SYSTEM
**International Class 10:** MEDICAL APPARATUS FOR DIAGNOSING OR TREATING RESPIRATORY CONDITIONS; MEDICAL APPARATUS FOR FACILITATING THE INHALATION OF PHARMACEUTICAL PREPARATIONS

**Last Reported Owner:** NOVARTIS AG
SWITZERLAND CORPORATION
4002
BASEL, SWITZERLAND

**We Have Located Other Marks With This Owner**

| BREZERIS | USPTO | Page 112 |
|---|---|---|
| BREZILIZER | USPTO | Page 143 |
| FLUXSERO | USPTO | Page 147 |
| BEXERO | USPTO | Page 229 |

**Chronology:** **Filed:** AUG 08, 2006        **Serial Number:** 78−947,115
**Published For Opposition:** FEB 13, 2007
**Abandoned:** JUN 07, 2010
**Earliest Date in Record:** AUG 08, 2006  (Filed)

**Ownership Details:**

**Applicant:** NOVARTIS AG
SWITZERLAND CORPORATION
4002

Exhibit 79
-1113-
KDA-003713

BASEL, SWITZERLAND

**Filing Correspondent:** MAURY M. TEPPER, III
TEPPER & EYSTER, PLLC
3724 BENSON DRIVE
RALEIGH NC 27609

**Domestic Representative:** NOVARTIS PHARMACEUTICALS CORPORATION

**BRUXZIR**

**US−70**
**Group:** Four

## Zircore Inside

**ZIRCORE INSIDE**

`TTAB`

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** OCT 10, 2006 |
| **Goods/Services:** | **International Class 10:** ZIRCONIUM ALLOY CORE LOCATED WITHIN CERAMIC DENTAL CROWNS AND BRIDGES |
| | **First Used:** FEB 19, 2004  (INTL. CL. 10) |
| | **In Commerce:** FEB 19, 2004 |
| **Disclaimers:** | "INSIDE" |
| **Last Reported Owner:** | SAGER, R. DAVID |
| | UNITED STATES  INDIVIDUAL |
| | 514 HUMBOLDT PLAZA |
| | MANHATTAN, KANSAS  66502 |

**We Have Located Other Marks With This Owner**

ZIRCORE                                                                   USPTO            Page 185

| | | |
|---|---|---|
| **Chronology:** | **Filed:** DEC 15, 2004 | **Serial Number:** 78−532,728 |
| | **Published For Opposition:** APR 11, 2006 | |
| | **Registered:** OCT 10, 2006 | **Registration Number:** 3,152,888 |
| | **Earliest Date in Record:** FEB 19, 2004  (First Used) | |

**Trademark Trials and Appeal Board (TTAB) Information:**                                `TTAB`

**Extension of Time to Oppose Number:** 78532728
**Extension of Time to Oppose Filed:** APR 24, 2006
**Outcome:** TERMINATED  AUG 25, 2006

Exhibit 79
-1115-

KDA-003715