**BRUXZIR**

---

**Potential Opposer:**
INTEL CORPORATION

**Mark:**
**Serial Number:**
**Correspondent:**
WILLIAM JENKS
INTEL CORPORATION
2200 MISSION COLLEGE BLVDSC−4−203 (WJJ)
SANTA CLARA, CA 95052 US

**Applicant:**
SAGER, R. DAVID

**Mark:** ZIRCORE INSIDE
**Serial Number:** 78−532,728
**Correspondent:**
JASON L. REED
NORTON, WASSERMAN, JONES & KELLY, L.L.C.
PO BOX 2388
SALINA, KS 67402−2388

**TTAB Entry:** #4 INCOMING − EXT TIME TO OPPOSE FILED, MAY 24, 2006
**TTAB Entry:** #3 EXTENSION OF TIME GRANTED, MAY 24, 2006

---

**Ownership Details:**

**Registrant:**          SAGER, R. DAVID
                         UNITED STATES  INDIVIDUAL
                         514 HUMBOLDT PLAZA
                         MANHATTAN, KANSAS  66502

**Filing Correspondent:** JASON L. REED
                         NORTON, WASSERMAN, JONES & KELLY, L.L.C.
                         PO BOX 2388
                         SALINA, KS 67402−2388

Exhibit 79
-1116-

KDA-003716

# ZIRLUX

**ZIRLUX**

 **Global Filings = 1**

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** OCT 25, 2011

**Goods/Services:** **International Class 10:** MATERIALS MADE IN WHOLE OR SUBSTANTIAL PART OF ZIRCONIUM DIOXIDE USED TO PRODUCE DENTAL FIXTURE, CROWN AND BRIDGE SUBSTRUCTURES, NAMELY, COPING AND FRAMEWORK USED TO MAKE DENTAL CROWNS AND BRIDGES
**First Used:** AUG 08, 2011 (INTL. CL. 10)
**In Commerce:** AUG 08, 2011

**Last Reported Owner:** HS TM, LLC
DELAWARE LIMITED LIABILITY CO.
220 CONTINENTAL DRIVE, SUITE 115
NEWARK, DELAWARE 19713

**Chronology:** **Filed:** JAN 10, 2011 **Serial Number:** 85−213,745
**Published For Opposition:** MAY 24, 2011
**Registered:** OCT 25, 2011 **Registration Number:** 4,046,976
**Earliest Date in Record:** JAN 10, 2011 (Filed)

**Ownership Details:**

**Registrant:** HS TM, LLC
DELAWARE LIMITED LIABILITY CO.
220 CONTINENTAL DRIVE, SUITE 115
NEWARK, DELAWARE 19713

**Filing Correspondent:** AMY OPP GAVEN
DONOVAN & YEE LLP
161 AVENUE OF THE AMERICAS RM 1201
NEW YORK, NY 10013−1284

KDA-003717

# ZIRIUM9

**ZIRIUM9**

| | |
|---|---|
| **Status:** | REGISTERED |

**USPTO Status:** REGISTERED
**USPTO Status Date:** OCT 07, 2008

**Goods/Services:** **International Class 10:** ARTIFICIAL TEETH; DENTAL BRIDGES; DENTAL CAPS; DENTAL CROWNS; DENTAL INLAYS; DENTAL ONLAYS
**First Used:** AUG 15, 2006  (INTL. CL. 10)
**In Commerce:** AUG 15, 2006

**Last Reported Owner:** DTI DENTAL TECHNOLOGIES INC.
CANADA  CORPORATION
SUITE 300, 1638 WEST 3RD AVENUE
VANCOUVER, CANADA  V6J1K2

**Chronology:** **Filed:** MAR 05, 2008       **Serial Number:** 77−414,130
**Published For Opposition:** JUL 22, 2008
**Registered:** OCT 07, 2008       **Registration Number:** 3,511,987
**Earliest Date in Record:** AUG 15, 2006  (First Used)

**Ownership Details:**

**Registrant:** DTI DENTAL TECHNOLOGIES INC.
CANADA  CORPORATION
SUITE 300, 1638 WEST 3RD AVENUE
VANCOUVER, CANADA  V6J1K2

**Filing Correspondent:** ANDREW G. KADLER
ANDREW G. KADLER; KOFFMAN KALEF LLP
1900−885 W. GEORGIA STREET
VANCOUVER; BRITISH COLUMB
V6C3H4
CANADA

KDA-003718

**BRUXZIR**

**US−73**
**Group:** Four

# ZIRCAD

**ZIRCAD**

 **Global Filings = 6**

**Status:**    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JAN 02, 2007

**Goods/Services:**    **International Class 5:** DENTAL ALLOY, NAMELY ZIRCONIUM OXIDE, FOR USE IN CAD−CAM MILLING APPARATUS FOR USE IN DENTISTRY
**First Used:** NOV 30, 2005 (INTL. CL. 5)
**In Commerce:** NOV 30, 2005

**Last Reported Owner:**    IVOCLAR VIVADENT, INC.
DELAWARE CORPORATION
175 PINEVIEW DRIVE
AMHERST, NEW YORK 14228

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ZIRCAD | USPTO | Page 163 |
| ZIRPRESS | USPTO | Page 181 |

**Chronology:**    **Filed:** DEC 29, 2005    **Serial Number:** 78−782,524
**Published For Opposition:** OCT 17, 2006
**Registered:** JAN 02, 2007    **Registration Number:** 3,192,724
**Earliest Date in Record:** NOV 30, 2005 (First Used)

**Ownership Details:**

**Registrant:**    IVOCLAR VIVADENT, INC.
DELAWARE CORPORATION
175 PINEVIEW DRIVE
AMHERST, NEW YORK 14228

**Filing Correspondent:**    PAUL V. NUNES, ESQ.
UNDERBERG & KESSLER LLP
300 BAUSCH AND LOMB PL

Exhibit 79
-1119-

KDA-003719

ROCHESTER, NY 14604-2702

**BRUXZIR**



**ZIRCAM PLUS**

| | |
|---|---|
| **Status:** | PENDING |
| | FILED AS USE APPLICATION |
| | USE APPLICATION − CURRENT |
| | |
| | **USPTO Status:** NON−FINAL ACTION − MAILED |
| | **USPTO Status Date:** MAR 22, 2012 |

**Goods/Services:**  **International Class 10:** CERAMIC ALLOY USED IN DENTAL CROWNS; DENTAL BRIDGES;
DENTAL CAPS; DENTAL CROWNS; DENTAL ONLAYS; DENTAL PROSTHESES
**First Used:** MAR 01, 2011  (INTL. CL. 10)
**In Commerce:** MAR 15, 2011

**Last Reported Owner:**  PITTMAN DENTAL LABORATORY
GEORGIA  CORPORATION
2355 CENTENNIAL CIRCLE
GAINESVILLE, GEORGIA  30504

**Chronology:**  **Filed:** DEC 01, 2011    **Serial Number:** 85−484,536
**Earliest Date in Record:** MAR 01, 2011  (First Used)

**Ownership Details:**

**Applicant:**  PITTMAN DENTAL LABORATORY
GEORGIA  CORPORATION
2355 CENTENNIAL CIRCLE
GAINESVILLE, GEORGIA  30504

**Claims:**  COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**  THE MARK CONSISTS OF ZIRCAM IS CAD/CAM DESIGNED ZIRCONIA DENTAL CROWN AND
THE PLUS IS THE LAYERING TECHNIQUE.

**Filing Correspondent:**  PITTMAN DENTAL LABORATORY
2355 CENTENNIAL CIR
GAINESVILLE, GA 30504−5756

Exhibit 79
-1121-
KDA-003721

# ZIRART

**ZIRART**

| | |
|---|---|
| **Status:** | ABANDONED<br>INTENT TO USE |
| | **USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED<br>**USPTO Status Date:** AUG 30, 2010 |
| **Goods/Services:** | **International Class 10:** IMPLANT ABUTMENT FOR DENTAL PURPOSES |
| **Last Reported Owner:** | APPOLLONIA LLC<br>NEW JERSEY  LIMITED LIABILITY CO.<br>300 INTERPACE PARKWAY<br>SUITE 410<br>PARSIPPANY, NEW JERSEY  07054 |
| **Chronology:** | **Filed:** AUG 18, 2009         **Serial Number:** 77−807,353<br>**Published For Opposition:** NOV 03, 2009<br>**Abandoned:** AUG 30, 2010<br>**Earliest Date in Record:** AUG 18, 2009  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | APPOLLONIA LLC<br>NEW JERSEY  LIMITED LIABILITY CO.<br>300 INTERPACE PARKWAY<br>SUITE 410<br>PARSIPPANY, NEW JERSEY  07054 |
| **Filing Correspondent:** | MICHAEL J. ZINNA<br>WARD & OLIVO<br>382 SPRINGFIELD AVE STE 305<br>SUMMIT, NJ 07901−2707 |

Exhibit 79
-1122-

KDA-003722

# ZIRCAD

**ZIRCAD**

 **Global Filings = 6**

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** OCT 09, 2007

**Goods/Services:** **International Class 5:** MATERIALS FOR USE IN DENTISTRY, NAMELY ZIRCONIUM OXIDE
FOR THE MANUFACTURE OF IMPRESSIONS, MODELS, CROWNS AND BRIDGES, INLAYS,
DENTURES, ARTIFICIAL TEETH, DENTAL ALLOYS; DENTAL FILLING MATERIALS; MATERIALS
FOR CAVITY TREATMENT, NAMELY ZIRCONIUM OXIDE; DENTAL CERAMIC STRATUM;
COLOR STAINS FOR USE IN DENTISTRY; PRECIOUS METAL ALLOYS AND NON−PRECIOUS
METAL ALLOYS FOR DENTAL TECHNOLOGY; INVESTMENT MATERIAL FOR USE IN
DENTISTRY, NAMELY PHOSPHATE INVESTMENT FOR DENTAL CASTING ALLOYS AND
PRESSING OF CERAMIC MATERIALS FOR DENTISTRY PURPOSES; OPAQUE MATERIALS
FOR USE IN DENTISTRY, NAMELY, OPAQUE DENTAL CERAMICS AND OPAQUE DENTAL
AMALGAMS; INGOTS MADE OF RESIN, METAL OR CERAMIC FOR DENTAL RESTORATIONS
**International Class 10:** APPARATUS AND INSTRUMENTS FOR DENTAL TECHNOLOGY,
NAMELY ARTIFICIAL TEETH AND VENEERS, CROWNS AND BRIDGES, TOOTH PINS;
MATERIALS FOR THE RESTORATION OF DAMAGED TEETH, NAMELY CROWNS, BRIDGES
AND INLAY BRIDGES; PREFABRICATED PARTS FOR CROWNS, BRIDGES AND PONTICS
**First Used:** NOV 14, 2005  (INTL. CL. 5)
**In Commerce:** NOV 14, 2005
**First Used:** NOV 14, 2005  (INTL. CL. 10)
**In Commerce:** NOV 14, 2005

**Last Reported Owner:** IVOCLAR VIVADENT, INC.
DELAWARE  CORPORATION
175 PINEVIEW DRIVE
AMHERST, NEW YORK  14228

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ZIRCAD | USPTO | Page 159 |
| ZIRPRESS | USPTO | Page 181 |

**Chronology:** **Filed:** SEP 07, 2006 **Serial Number:** 78−969,277

**BRUXZIR**

**Published For Opposition:** JUL 24, 2007
**Registered:** OCT 09, 2007          **Registration Number:** 3,307,373
**Earliest Date in Record:** NOV 14, 2005  (First Used)

**Ownership Details:**

**Registrant:**          IVOCLAR VIVADENT, INC.
                         DELAWARE  CORPORATION
                         175 PINEVIEW DRIVE
                         AMHERST, NEW YORK  14228

**Filing Correspondent:**  PAUL V. NUNES, ESQ.
                         UNDERBERG & KESSLER LLP
                         300 BAUSCH AND LOMB PL
                         ROCHESTER, NY 14604-2702

Exhibit 79
-1124-
KDA-003724



**ZIRKONZAHN**

 **Global Filings = 7**

**Status:**   REGISTERED
SECTION 66(A) (MADRID PROTOCOL) − FILED
SECTION 66(A) (MADRID PROTOCOL) − CURRENT
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** OCT 11, 2011

**Goods/Services:**   **International Class 4:** LUBRICANT GREASE
**International Class 5:** ABRASIVES FOR DENTAL OR DENTAL TECHNOLOGY PURPOSES; MATERIAL FOR STOPPING TEETH, DENTAL WAX; MINERAL MATERIALS FOR MANUFAC TURING DENTURES; ZIRCON OXIDE FOR MANUFACTURING DENTURES; CERAMICS FOR MANUFACTURING DENTURES; COLOURANTS AND PAINTS FOR COLOURING DENTURES
**International Class 7:** SUCTION PUMPS FOR DENTAL LABORATORIES, FOR EXHAUSTING DUST FROM THE MANUFACTURE OF DENTAL TECHNOLOGY PRODUCTS; MACHINE TOOLS, NAMELY, CLAMPING RINGS FOR MANUFACTURING DENTURES; SUCTION PUMPS FOR ABSORBING DUST CREATED WHEN PROCESSING MATERIALS DURING THE MANUFACTURE OF DENTURES, AND SUCTION PUMPS BEING PARTS FOR INSTRUMENTS, APPARATUS AND EQUIPMENT FOR MANUFACTURING DENTURES; MACHINE PARTS, NAMELY, DUST SHELLS FOR REDUCING THE AMOUNT OF DUST CREATED WHEN WORKING, FOR USE WITH APPARATUS FOR MANUFACTURING DENTURES; MACHINE PARTS, NAMELY, DUST RINGS FOR REDUCING THE AMOUNT OF DUST CREATED WHEN WORKING, FOR USE WITH APPARATUS FOR MANUFACTURING DENTURES; MACHINE PARTS, NAMELY, DUST PLATES FOR REDUCING THE AMOUNT OF DUST CREATED WHEN WORKING, FOR USE WITH APPARATUS FOR MANUFACTURING DENTURES
**International Class 8:** CHISELS; SCREWDRIVERS
**International Class 9:** SOFTWARE FOR CONTROLLING DENTAL OR DENTAL TECHNOLOGY INSTRUMENTS, EQUIPMENT OR APPARATUS; SOFTWARE FOR MANUFACTURING DENTURES; OPTICAL SCANNERS; STANDS FOR PHOTOGRAPHIC APPARATUS
**International Class 10:** INSTRUMENTS, APPARATUS AND EQUIPMENT FOR DENTAL OR DENTAL TECHNOLOGY PURPOSES, NAMELY, DENTAL BURRS, DENTAL CHAIRS, DENTAL DRILLS DENTAL STERILIZERS; BLOOD SAMPLING APPARATUS; DENTURES; ARTIFICIAL TEETH; DENTAL IMPLANTS; DENTAL IMPLANT SCREWS; MODEL HOLDERS FOR DENTURES; MILLING CUTTERS AND MILLING DRILLS FOR DENTAL OR DENTAL TECHNOLOGY PURPOSES; SCANNERS FOR DENTAL OR DENTAL TECHNOLOGY PURPOSES, HARDENING LASERS AND DRYING LAMPS FOR THE MANUFACTURE OF

KDA-003725

DENTURES; FURNITURE, NAMELY, CABINETS DESIGNED SPECIFICALLY FOR THE USE OR
STORAGE OF DENTAL OR DENTAL TECHNOLOGY INSTRUMENTS, APPARATUS OR
EQUIPMENT; FURNITURE, NAMELY, CABINETS CHAIRS TABLES AND COUNTERTOPS
DESIGNED SPECIFICALLY FOR DENTAL PRACTICES AND/OR DENTAL LABORATORIES;
GRINDING APPARATUS AND DRILLS FOR DENTAL OR DENTAL TECHNOLOGY PURPOSES
**International Class 11:** FURNACES FOR THE MANUFACTURE OF DENTURES
**International Class 40:** TREATMENT OF MATERIALS FOR THE MANUFACTURE OF
DENTURES; MANUFACTURE OF SYNTHETIC ZIRCON FOR DENTAL USE
**International Class 41:** CONDUCTING TRAINING COURSES IN THE FIELD OF DENTAL AND
DENTAL TECHNOLOGY CONTINUING EDUCATION FOR PROFESSIONALS
**International Class 42:** DEVELOPMENT, CREATING AND DESIGN OF COMPUTER
SOFTWARE; INSTALLATION AND MAINTENANCE OF COMPUTER SOFTWARE
**International Class 45:** LICENSING OF COMPUTER SOFTWARE

**Last Reported Owner:** ZIRKONZAHN GMBH
ITALY  GESELLSCHAFT MIT BESCHRäNKTER HAFTUNG
I−39030 GAIS (BZ)
GEWERBEGEBIET AN DER AHR 7 , ITALY

**Chronology:** **Filed:** DEC 27, 2010    **Serial Number:** 79−094,517
**Published For Opposition:** JUL 26, 2011
**Registered:** OCT 11, 2011    **Registration Number:** 4,037,108
**Earliest Date in Record:** DEC 27, 2010 (International Registration Date)

**International Trademark Information:**

**International Registration Number:** 1069550
**International Registration Date:** DEC 27, 2010
**International Publication Date:** APR 07, 2011
**International Renewal Date:** DEC 27, 2020
**Date of Automatic Protection:** SEP 30, 2012
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** MAR 31, 2011

**Ownership Details:**

**Registrant:** ZIRKONZAHN GMBH
ITALY  GESELLSCHAFT MIT BESCHRäNKTER HAFTUNG
I−39030 GAIS (BZ)
GEWERBEGEBIET AN DER AHR 7 , ITALY
**Claims:** COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.
**Design Phrase:** THE MARK CONSISTS OF THE WORDING "ZIRKONZAHN", WITH "ZIRKON" SHOWN IN DARK
ON LIGHT, AND "ZAHN" SHOWN IN LIGHT ON DARK, BOTH IN ADJOINING RECTANGLES.

**Filing Correspondent:** ROBERTO LEDESMA
LAW OFFICE OF ROBERTO LEDESMA

**BRUXZIR**

PO BOX 230692
NEW YORK NY 10023

**Domestic Representative:** ROBERTO LEDESMA

Exhibit 79
-1127-

KDA-003727

**BRUXZIR**

**US−78**
**Group:** Four



ZIRCATE

 **Global Filings = 2**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** JUL 11, 2005 |
| **Goods/Services:** | **International Class 3:** |
| | **(U.S. CL. 4)** DENTAL CLEANING AND POLISHING MATERIAL |
| | **First Used:** SEP 02, 1964 (US.CL. 4) |
| | **In Commerce:** SEP 02, 1964 |
| **Last Reported Owner:** | DENTSPLY INTERNATIONAL INC. |
| | DELAWARE CORPORATION |
| | 221 WEST PHILADELPHIA STREET |
| | YORK, PENNSYLVANIA 17405−0872 |

**Chronology:**

**Filed:** JAN 28, 1965   **Serial Number:** 72−210,860
**Published For Opposition:** SEP 07, 1965
**Registered:** NOV 23, 1965   **Registration Number:** 798,979
**Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED JUL 11, 2005
**Last Renewed:** NOV 23, 2005
**Earliest Date in Record:** SEP 02, 1964 (First Used)

**Ownership Details:**

**New Registered Owner:** DENTSPLY INTERNATIONAL INC.
DELAWARE CORPORATION
221 WEST PHILADELPHIA STREET

YORK, PENNSYLVANIA 17405−0872

**Assignee**
DENTSPLY INTERNATIONAL INC.
DELAWARE CORPORATION
221 WEST PHILADELPHIA STREET
YORK, PENNSYLVANIA, 17405−0872

**Brief:** MERGER
**Recorded:** FEB 22, 2006
**Reel/Frame:** 3251/0172
**Correspondent:**
JAMES B. BIEBER
221 WEST PHILADELPHIA STREET
SUITE 60
YORK, PA 17405−0872

**Assignor**
DENTSPLY RESEARCH & DEVELOPMENT CORP.
CORPORATION
**Signed:** NOV 22, 2005

**Assignee**
DENTSPLY RESEARCH & DEVELOPMENT CORP.
DELAWARE CORPORATION
LAKEVIEW AND CLARK AVES.
MILFORD, DELAWARE

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL
**Recorded:** MAR 06, 1972
**Reel/Frame:** 0218/0363
**Correspondent:**
J. W. BERKSTRESSER
DENTSPLY INTERNATIONAL INC.
570 W. COLLEGE AVE.
YORK, PA 17404

**Assignor**
DENTSPLY INTERNATIONAL INC.
DELAWARE CORPORATION
500 WEST COLLEGE AVE.
YORK, PENNSYLVANIA
**Acknowledge:** FEB 29, 1972

**Assignee**
DENTSPLY INTERNATIONAL INC.
DELAWARE CORPORATION
500 WEST COLLEGE AVE.
YORK, PENNSYLVANIA

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL

**Assignor**
DENTISTS' SUPPLY COMPANY OF NEW YORK, THE
NEW YORK CORPORATION
500 WEST COLLEGE AVE.
YORK, PENNSYLVANIA
**Acknowledge:** APR 30, 1969

**BRUXZIR**

**Recorded:** SEP 16, 1969
**Reel/Frame:** 0181/0452
**Correspondent:**
DENTSPLY INTERNATIONAL INC.
500 WEST COLLEGE AVE.
YORK, PA 17404

**Filing Correspondent:** STEPHEN J. LAZENBY
DENTSPLY RESEARCH & DEVELOPMENT CORP.
2337 SOUTH YATES AVENUE
LOS ANGELES, CA 90040

KDA-003730

# ZIREAL

**ZIREAL**

| | |
|---|---|
| **Status:** | REGISTERED |
| | |
| | **USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED |
| | **USPTO Status Date:** JUN 13, 2011 |
| **Goods/Services:** | **International Class 10:** DENTAL IMPLANTS, NAMELY, RESTORATIVE ABUTMENT COMPONENTS USED IN DENTAL THERAPY |
| | **First Used:** JAN 10, 2001 (INTL. CL. 10) |
| | **In Commerce:** JAN 10, 2001 |
| **Last Reported Owner:** | BIOMET 3I, LLC |
| | FLORIDA LIMITED LIABILITY COMPANY |
| | 4555 RIVERSIDE DRIVE |
| | PALM BEACH GARDENS, FLORIDA 33410 |

**Chronology:**      **Filed:** DEC 01, 2004      **Serial Number:** 78−524,960

Published For Opposition: SEP 06, 2005

**Registered:** NOV 29, 2005      **Registration Number:** 3,020,865

**Affidavit Section:** REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. JUN 13, 2011

**Earliest Date in Record:** JAN 10, 2001 (First Used)

**Ownership Details:**

**Registrant:**      IMPLANT INNOVATIONS, INC.

FLORIDA CORPORATION

4555 RIVERSIDE DRIVE

PALM BEACH GARDENS, FLORIDA 33410

Exhibit 79

-1131-

KDA-003731

**BRUXZIR**

**Assignee**
BIOMET 3I, LLC
FLORIDA LIMITED LIABILITY COMPANY
4555 RIVERSIDE DRIVE
PALM BEACH GARDENS, FLORIDA, 33410

**Brief:** CHANGE OF NAME
**Recorded:** AUG 11, 2008
**Reel/Frame:** 3832/0443
**Correspondent:**
JANET M. GARETTO
161 N. CLARK STREET, 48TH FLOOR
CHICAGO, IL 60601

**Assignor**
BIOMET 3I, INC.
FLORIDA CORPORATION
**Signed:** FEB 27, 2008


**Assignee**
BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT
MAIL CODE NC1−001−15−14
101 N. TRYON STREET
CHARLOTTE, NORTH CAROLINA, 28255

**Assignor**
LVB ACQUISITION, INC.
DELAWARE CORPORATION
**Signed:** SEP 25, 2007

**Assignor**
BIOMET, INC.
INDIANA CORPORATION
**Signed:** SEP 25, 2007

**Brief:** TRADEMARK SECURITY AGREEMENT
**Recorded:** DEC 10, 2007
**Reel/Frame:** 3674/0700
**Correspondent:**
CORPORATION SERVICE COMPANY
1133 AVENUE OF THE AMERICAS
SUITE 3100
NEW YORK, NY 10036


**Assignee**
BIOMET 3I, INC.
FLORIDA CORPORATION
4555 RIVERSIDE DRIVE
PALM BEACH GARDENS, FLORIDA, 33410

**Brief:** CHANGE OF NAME
**Recorded:** APR 12, 2007
**Reel/Frame:** 3520/0751

**Assignor**
IMPLANT INNOVATIONS, INC.
FLORIDA CORPORATION
**Signed:** FEB 28, 2007

Exhibit 79
-1132-
KDA-003732

**BRUXZIR**

---

**Correspondent:**
JANET M. GARETTO
225 W. WASHINGTON STREET, SUITE 2600
CHICAGO, IL 60606

**Filing Correspondent:**    JANET M. GARETTO
NIXON PEABODY LLP
300 S. RIVERSIDE PLAZA, 16TH FLOOR
CHICAGO IL 60606

Exhibit 79
-1133-
KDA-003733

**BRUXZIR**

**US-80**
**Group:** Four

# ZIRALDENT

**ZIRALDENT**

 **Global Filings = 2**

**Status:**

REGISTERED
SECTION 66(A) (MADRID PROTOCOL) - FILED
SECTION 66(A) (MADRID PROTOCOL) - CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUL 22, 2008

**Goods/Services:**

**International Class 1:** CHEMICALS FOR MANUFACTURING ADVANCED CERAMICS, ALSO USABLE FOR MEDICAL PURPOSES, AND PREFERABLY WITH A NEUTRAL REACTION FOR THE HUMAN BODY, IN PARTICULAR MADE FROM ALUMINUM OXIDE AND ZIRCON OXIDE; MATERIALS OF CERAMIC, IN PARTICULAR OF ALUMINUM OXIDE, ZIRCON AND MIXTURES OF THE FORMER IN UNPROCESSED OR SEMI-PROCESSED STATES IN THE FORM OF POWDERS AND SEMI-PROCESSED PRODUCTS SUCH AS SLABS, SHEETS, BALLS, RODS, TUBES AND OTHER PROFILES FOR REMODELING OF IMPLANTS AND EXPLANTS WITH NEUTRAL REACTION FOR THE HUMAN BODY

**International Class 5:** DENTAL AMALGAMS, GOLD AND SILVER DENTAL AMALGAMS, DENTAL CEMENT, PRECIOUS METAL ALLOYS FOR DENTAL PURPOSES, RUBBER IN THE NATURE OF LINING MATERIALS FOR DENTAL PURPOSES, DENTAL MASTIC, PORCELAIN FOR DENTAL PROSTHESES, DENTAL MODELING WAX, DENTAL ABRASIVE, TEETH STOPPING MATERIAL, DENTAL VARNISH, ALL THE AFOREMENTIONED GOODS FOR DENTAL USE

**International Class 10:** ARTIFICIAL LIMBS AND PARTS THEREOF FOR SURGICAL AND DENTAL IMPLANTATION, ESPECIALLY OF PLASTICS, METALS AND CERAMICS WITH A NEUTRAL REACTION BY THE HUMAN BODY, ESPECIALLY PARTS OF THE HUMAN SKELETON, PARTICULARLY, ARM, THIGH AND LEG BONES, SPINAL VERTEBRAE, HAND BONES, JOINTS, PARTICULARLY HAND, ARM, HIP, KNEE, FOOT AND SHOULDER JOINTS AND JAW BONES; ARTIFICIAL TEETH, DENTAL PROSTHESES, NAMELY, DENTAL CROWNS, DENTURES, DENTAL INLAYS, DENTAL PINS, DENTAL BRIDGES; ARTIFICIAL DENTAL APPARATUS, NAMELY, DENTAL IMPLANTS AND DENTAL BRACES; PLATES FOR CONCEALING A DENTAL SURFACE, NAMELY, CERAMIC COVERS AT THE VISIBLE PARTS OF DENTAL PROSTHESIS; ARTIFICIAL INTRAOCULAR LENSES FOR SURGICAL IMPLANTATION; SURGICAL APPARATUS, NAMELY, SURGICAL AMPUTATERS, SURGICAL SAWS, SAW BLOCKS, DRILL BLOCKS, SKULL PINS; APPARATUS FOR CLEARING OUT BODY CAVITIES, NAMELY, SURGICAL RETRACTORS, SURGICAL SPOONS, SURGICAL RASPS; ANALYSIS

APPARATUS FOR MEDICAL PURPOSES, NAMELY, X-RAY DIAGNOSTIC APPARATUS, CERAMIC MICROWAVE WINDOWS FOR MEDICAL ANALYSIS APPARATUS; SURGICAL INSTRUMENTS, NAMELY, NEEDLES, FASTENING AND INTRAMEDULLARY NAILS, ACUPUNCTURE NEEDLES, SUTURE CLIPS, KNIVES, SAWS, FORCEPS, CLASPS, CLINICAL AND FEVER THERMOMETERS; SURGICAL INSTRUMENTS MADE OF METAL, PLASTIC, CERAMIC MATERIALS, NAMELY, SURGICAL SCALPELS, RASPS, MANUAL AND POWER OPERATED DRILLS, SCREWDRIVERS, SCREWDRIVER BITS FOR MANUAL AND POWER OPERATED SCREWDRIVERS, HAMMERS, IMPACTORS, SCISSORS, CLIPPERS FOR SKIN, BONES AND BLOOD VESSELS

**Last Reported Owner:** METOXIT AG
SWITZERLAND AKTIENGESELLSCHAFT
CH-8240 THAYNGEN
EMDWIESENSTRASSE 6 , SWITZERLAND

**We Have Located Other Marks With This Owner**

ZIRCAPORE                                                          USPTO          Page 187

**Chronology:**          **Filed:** AUG 25, 2006          **Serial Number:** 79-033,415
                         **Published For Opposition:** MAY 06, 2008
                         **Registered:** JUL 22, 2008          **Registration Number:** 3,472,410
                         **Earliest Date in Record:** FEB 28, 2006 (International Priority Claimed Date)

**International Trademark Information:**

                         **International Registration Number:** 0909760
                         **International Registration Date:** AUG 25, 2006
                         **International Publication Date:** FEB 15, 2007
                         **International Renewal Date:** AUG 25, 2016
                         **Date of Automatic Protection:** JUL 25, 2008
                         **International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
                         **International Status Date:** JAN 25, 2007
                         **International Priority Claimed Date:** FEB 28, 2006

**Ownership Details:**

**Registrant:**          METOXIT AG
                         SWITZERLAND AKTIENGESELLSCHAFT
                         CH-8240 THAYNGEN
                         EMDWIESENSTRASSE 6 , SWITZERLAND

**Filing Correspondent:** LESLYE B. DAVIDSON
                         DAVIDSON, DAVIDSON & KAPPEL, LLC
                         485 SEVENTH AVENUE
                         NEW YORK, NY 10018

Exhibit 79
-1135-

KDA-003735

# ZIRCULES

**ZIRCULES**

**Translation:**        THE WORDING "ZIRCULES" HAS NO MEANING IN A FOREIGN LANGUAGE.

**Status:**             REGISTERED

                        **USPTO Status:** REGISTERED
                        **USPTO Status Date:** JUL 17, 2012

**Goods/Services:**     **International Class 5:** COMPOSITE MATERIALS FOR DENTAL RESTORATIONS
                        **First Used:** JUL 08, 2011  (INTL. CL. 5)
                        **In Commerce:** JUL 08, 2011

**Last Reported Owner:** CLINICIAN'S CHOICE DENTAL PRODUCTS INC.
                        CANADA  CORPORATION
                        167 CENTRAL AVENUE
                        2ND FLOOR
                        LONDON, ONTARIO, CANADA  N6A1M6

**Chronology:**         **Filed:** APR 20, 2011        **Serial Number:** 85-300,574
                        **Published For Opposition:** SEP 06, 2011
                        **Registered:** JUL 17, 2012        **Registration Number:** 4,176,779
                        **Earliest Date in Record:** APR 20, 2011  (Filed)

**Ownership Details:**

**Registrant:**         CLINICIAN'S CHOICE DENTAL PRODUCTS INC.
                        CANADA  CORPORATION
                        167 CENTRAL AVENUE
                        2ND FLOOR
                        LONDON, ONTARIO, CANADA  N6A1M6

**Filing Correspondent:** JEFFREY A. SMITH
                        MILLEN, WHITE, ZELANO & BRANIGAN. PC.
                        2200 CLARENDON BLVD STE 1400
                        ARLINGTON, VA 22201-3360

**Domestic Representative:** JEFFREY A. SMITH

# ZirTough

**ZIRTOUGH**

 **Global Filings = 1**

**Status:**            PENDING
                       SECTION 44 (D)
                       INTENT TO USE
                       44(D) APPLICATION − CURRENT

                       **USPTO Status:** NON−FINAL ACTION − MAILED
                       **USPTO Status Date:** SEP 05, 2012

**Goods/Services:**    **International Class 5:** DENTAL CERAMICS

**Last Reported Owner:** KURARAY CO, LTD.
                       JAPAN  CORPORATION
                       1621, SAKAZU, KURASHIKI CITY,
                       OKAYAMA PREFECTURE, JAPAN

**Chronology:**        **Filed:** MAY 14, 2012          **Serial Number:** 85−624,746
                       **Earliest Date in Record:** APR 24, 2012 (Non−U.S. Application Date)

**Ownership Details:**

**Applicant:**         KURARAY CO, LTD.
                       JAPAN  CORPORATION
                       1621, SAKAZU, KURASHIKI CITY,
                       OKAYAMA PREFECTURE, JAPAN

**Non−U.S. Application Claimed:** 2012−032548
**Non−U.S. Application Date:** APR 24, 2012
**Non−U.S. Application Country:** JAPAN

**Filing Correspondent:** JEFFREY H. KAUFMAN
                       OBLON, SPIVAK, MCCLELLAND, MAIER & NEUST
                       1940 DUKE ST
                       ALEXANDRIA, VA 22314−3451

KDA-003737

**BRUXZIR**

**Domestic Representative:** JEFFREY H. KAUFMAN

**BRUXZIR**

**US−83**
**Group:** Four



**ZIRPRIME**

 **Global Filings = 5**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | USE APPLICATION − CURRENT |
| | |
| | **USPTO Status:** SU − REGISTRATION REVIEW COMPLETE |
| | **USPTO Status Date:** SEP 18, 2012 |
| **Goods/Services:** | **International Class 5:** MATERIAL USED TO MAKE ARTIFICIAL TEETH |
| | **First Used:** AUG 27, 2012 (INTL. CL. 5) |
| | **In Commerce:** SEP 06, 2012 |
| **Last Reported Owner:** | NORITAKE CO., LIMITED |
| | JAPAN CORPORATION |
| | 1−36, NORITAKE−SHINMACHI, 3−CHOME |
| | NISHI−KU, NAGOYA, JAPAN |
| **Chronology:** | **Filed:** OCT 30, 2009      **Serial Number:** 77−861,534 |
| | **Published For Opposition:** JUN 15, 2010 |
| | **Allowance Filed:** AUG 10, 2010 |
| | **Earliest Date in Record:** OCT 30, 2009 (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | NORITAKE CO., LIMITED |
| | JAPAN CORPORATION |
| | 1−36, NORITAKE−SHINMACHI, 3−CHOME |
| | NISHI−KU, NAGOYA, JAPAN |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF "ZIRPRIME" IN STYLIZED CHARACTERS WITH "ZIR" ENCLOSED IN A SLANTED OVAL AND WITH DOTS IN THE FORM OF CONCENTRIC CIRCLES OVER EACH LETTER "I". |
| **Filing Correspondent:** | DAVID EHRLICH |
| | FROSS ZELNICK LEHRMAN & ZISSU, P.C. |
| | 866 UNITED NATIONS PLZ |

KDA-003739

NEW YORK, NY 10017

**Domestic Representative:** FROSS ZELNICK LEHRMAN & ZISSU, P.C.

# ZIRPRESS

**ZIRPRESS**

**Global Filings = 3**

| **Status:** | REGISTERED |
| --- | --- |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** AUG 21, 2007 |

**Goods/Services:**   **International Class 5:** DENTAL CERAMICS
**First Used:** NOV 30, 2005  (INTL. CL. 5)
**In Commerce:** NOV 30, 2005

**Last Reported Owner:**   IVOCLAR VIVADENT, INC.
DELAWARE  CORPORATION
175 PINEVIEW DRIVE
AMHERST, NEW YORK  14228

**We Have Located Other Marks With This Owner**

| ZIRCAD | USPTO | Page 159 |
| --- | --- | --- |
| ZIRCAD | USPTO | Page 163 |

**Chronology:**   **Filed:** NOV 15, 2006          **Serial Number:** 77−044,180
**Published For Opposition:** JUN 05, 2007
**Registered:** AUG 21, 2007          **Registration Number:** 3,282,162
**Earliest Date in Record:** NOV 30, 2005  (First Used)

**Ownership Details:**

**Registrant:**   IVOCLAR VIVADENT, INC.
DELAWARE  CORPORATION
175 PINEVIEW DRIVE
AMHERST, NEW YORK  14228

**Filing Correspondent:**   PAUL V. NUNES
UNDERBERG & KESSLER LLP
300 BAUSCH AND LOMB PL

KDA-003741

ROCHESTER, NY 14604-2702

KDA-003742

# ZIROX

**ZIROX**

`TTAB`

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | NOTICE OF FIRST REFUSAL |

**USPTO Status:** PARTIAL SECTION 8 & 15 ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** SEP 14, 2012

**Goods/Services:** **International Class 5:** MATERIALS FOR DENTAL PROSTHESIS, INCLUDED IN THIS CLASS, NAMELY, MATERIALS FOR CROWNS AND BRIDGES FOR DENTAL USE AND FOR ORAL PROPHYLAXIS; MATERIALS FOR FACING ARTIFICIAL TEETH AND TEETH PROSTHESIS, IN PARTICULAR METAL CERAMICS, DENTAL CERAMICS AND DENTAL RESTORATION COMPOUNDS OF PLASTIC; DENTAL RESTORATION COMPOUNDS OF METAL, PRECIOUS METALS AND DENTAL ALLOYS THEREOF AS WELL AS CERAMIC MASSES AND PLASTICS FOR DENTAL RESTORATION USE; DENTAL FILLERS FOR TEETH, DENTAL FILLING MATERIALS, MATERIALS FOR SEALING TEETH AND VENEERING MATERIALS FOR DENTAL USE, COMPOSITE MATERIALS FOR MODEL PREPARATION AND MODEL PROCESSING COMPOSITE MATERIALS FOR DENTAL USE; MODELING MATERIALS, IN PARTICULAR WAXES FOR DENTAL USE; INVESTMENT MATERIALS, NAMELY, MATERIALS FOR REPAIRING DENTAL CROWNS BRIDGES, AND FIXING MATERIALS FOR DENTAL USE, NAMELY, MATERIALS FOR REPARING TEETH

**International Class 10:** [ DENTAL APPARATUS AND INSTRUMENTS FOR THE HANDLING, APPLICATION AND USE OF DENTAL CERAMIC MASSES, NAMELY, PROSTHETIC INSTRUMENTS FOR DENTAL PURPOSES, AND DENTAL IMPLANTS; ARTIFICIAL TEETH, DENTURES, DENTAL CROWNS, DENTAL BRIDGES ]

**Last Reported Owner:** WIELAND DENTAL + TECHNIK GMBH & CO. KG
GERMANY KOMMANDITGESELLSCHAFT
75179 PFORZHEIM
SCHWENNINGER STRASSE 13 , GERMANY

**Chronology:** **Filed:** JUL 08, 2005      **Serial Number:** 79−017,648
**Published For Opposition:** NOV 28, 2006
**Registered:** JUN 26, 2007      **Registration Number:** 3,256,577
**Earliest Date in Record:** JAN 20, 2005 (International Priority Claimed Date)

Exhibit 79
-1143-
KDA-003743

**International Trademark Information:**

**International Registration Number:** 0868208
**International Registration Date:** JUL 08, 2005
**International Publication Date:** DEC 29, 2005
**International Renewal Date:** JUL 08, 2015
**Date of Automatic Protection:** JUN 08, 2007
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** DEC 08, 2005
**International Priority Claimed Date:** JAN 20, 2005

**Trademark Trials and Appeal Board (TTAB) Information:**                                    `TTAB`

**Extension of Time to Oppose Number:** 79017648
**Extension of Time to Oppose Filed:** DEC 13, 2006
**Outcome:** TERMINATED APR 27, 2007

**Potential Opposer:**                          **Applicant:**
XEROX CORPORATION                               WIELAND DENTAL + TECHNIK GMBH & CO. KG

**Mark:**                                        **Mark:** ZIROX
**Serial Number:**                               **Serial Number:** 79−017,648
**Correspondent:**                               **Correspondent:**
SEANA WATTS                                      GARY M. NATH
XEROX CORPORATION                                NATH & ASSOCIATES PLLC
800 LONG RIDGE ROAD                              112 S. WEST STREET
STAMFORD, CT 06904 US                            ALEXANDRIA, VA 22314

**TTAB Entry: #**2 INCOMING − EXT TIME TO OPPOSE FILED, DEC 13, 2006
**TTAB Entry: #**1 EXTENSION OF TIME GRANTED, DEC 13, 2006

**Ownership Details:**

**Registrant:**          WIELAND DENTAL + TECHNIK GMBH & CO. KG
                         GERMANY  KOMMANDITGESELLSCHAFT
                         75179 PFORZHEIM
                         SCHWENNINGER STRASSE 13 , GERMANY

**Filing Correspondent:**  GARY M NATH
                           NATH & ASSOCIATES PLLC
                           112 S W ST
                           ALEXANDRIA, VA 22314

**Domestic Representative:** GARY M. NATH

**BRUXZIR**

**US−86**
**Group:** Four

# Zircore

**ZIRCORE**

 **Global Filings = 1**

**Status:**                     REGISTERED

**USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** APR 18, 2012

**Goods/Services:**        **International Class 10:** ZIRCONIUM ALLOY CORE FOR CERAMIC DENTAL CROWNS
**First Used:** FEB 01, 2004  (INTL. CL. 10)
**In Commerce:** FEB 01, 2004

**Last Reported Owner:**  SAGER, R. DAVID
UNITED STATES  INDIVIDUAL
514 HUMBOLDT PLAZA
MANHATTAN, KANSAS  66502

**We Have Located Other Marks With This Owner**

ZIRCORE INSIDE                                    USPTO          Page 155

**Chronology:**            **Filed:** AUG 30, 2004          **Serial Number:** 78−475,846
**Published For Opposition:** JAN 03, 2006
**Registered:** MAR 28, 2006          **Registration Number:** 3,072,880
**Affidavit Section:**   REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.  APR 18, 2012

**Earliest Date in Record:** FEB 01, 2004  (First Used)

**Ownership Details:**

**Registrant:**            SAGER, R. DAVID
UNITED STATES  INDIVIDUAL

**BRUXZIR**

514 HUMBOLDT PLAZA
MANHATTAN, KANSAS  66502

**Filing Correspondent:**   JASON L. REED
NORTON, WASSERMAN, JONES & KELLY, L.L.C.
213 S SANTA FE AVE
SALINA KS 67401-3931

Exhibit 79
-1146-

KDA-003746

# ZircaPore

**ZIRCAPORE**

 **Global Filings = 2**

**Status:**
REGISTERED
SECTION 66(A) (MADRID PROTOCOL) - FILED
SECTION 66(A) (MADRID PROTOCOL) - CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 29, 2009

**Goods/Services:**
**International Class 1:** CHEMICAL PRODUCTS FOR USE IN THE MANUFACTURE OF PROTECTIVE COATINGS FOR IMPLANTS AND ARTIFICIAL BODY PARTS, WHICH ACT AS SUPPORTING ITEMS, PARTICULARLY IN THE DENTAL AND ORTHOPEDIC FIELDS, OFFERING A BETTER LINK BETWEEN THE HUMAN OR ANIMAL BODY AND THE SUPPORTING ITEM; CERAMIC POWDERS USED IN MANUFACTURING AND CERAMIC PRODUCTS INTENDED FOR APPLYING COATINGS ALL OF WHICH CONTAIN ZIRCONIUM, ALUMINUM OXIDE AND OTHER VITRIFICATION ELEMENTS, NAMELY, OXIDES AND PHOSPHATES OF ALUMINUM, ZIRCONIUM, YTTRIUM, HAFNIUM, CERIUM, CALCIUM, MAGNESIUM, SILICON, SODIUM, POTASSIUM AND MIXTURES THEREOF, INTENDED FOR APPLYING COATINGS; CERAMIC MATERIALS, NAMELY, GLAZING, ENAMELS AND LACQUER IN POWDER FORM OR USED IN SEMI-FINISHED PRODUCTS, SUCH AS BLOCKS, PLATES, DISCS, RODS, TUBES INTENDED FOR TRANSFORMATION, NAMELY, FOR REMODELING OF IMPLANTS
**International Class 10:** ARTIFICIAL LIMBS AND PARTS THEREOF, NAMELY, HIP-JOINT STEM, TIBIA OR FEMUR-COMPONENTS FOR KNEE PROSTHESIS, ONE OR TWO PIECE DENTAL IMPLANTS, FEET, FINGERS, SPINAL CAGES, BONE-NAILS, HAVING A COATING PROVIDING A BETTER LINK WITH THE HUMAN OR ANIMAL BODY, FOR USE IN SURGICAL AND DENTAL IMPLANTATIONS, IN PARTICULAR FOR ARM, THIGH AND LEG BONES, SPINAL COLUMN VERTEBRAE, HAND BONES, JOINTS, SUCH AS THOSE OF THE HAND, ARM, HIP, KNEE, FOOT AND SHOULDER, ARTIFICIAL JAWS, TEETH, DENTAL PROSTHESES, PINS, TOOTH BRIDGES, DENTAL APPARATUS, DENTAL COVERING AND PLATING MATERIALS, ARTIFICIAL LENSES FOR SURGICAL IMPLANTATIONS

**Last Reported Owner:** METOXIT AG
SWITZERLAND SOCIéTé ANONYME
CH-8240 THAYNGEN
EMDWIESENSTRASSE 6 , SWITZERLAND

**We Have Located Other Marks With This Owner**

ZIRALDENT                                                            USPTO        Page 174

**Chronology:**          **Filed:** JUL 27, 2007          **Serial Number:** 79-045,820
                         **Published For Opposition:** JUL 14, 2009
                         **Registered:** SEP 29, 2009          **Registration Number:** 3,689,473
                         **Earliest Date in Record:** FEB 05, 2007 (International Priority Claimed Date)

**International Trademark Information:**

      **International Registration Number:** 0942561
      **International Registration Date:** JUL 27, 2007
      **International Publication Date:** DEC 20, 2007
      **International Renewal Date:** JUL 27, 2017
      **Date of Automatic Protection:** MAY 29, 2009
      **International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
      **International Status Date:** NOV 29, 2007
      **International Priority Claimed Date:** FEB 05, 2007

**Ownership Details:**

**Registrant:**          METOXIT AG
                         SWITZERLAND  SOCIéTé ANONYME
                         CH-8240 THAYNGEN
                         EMDWIESENSTRASSE 6 , SWITZERLAND

**Filing Correspondent:**  LESLYE B. DAVIDSON
                         DAVIDSON, DAVISON & KAPPEL, LLC
                         485 SEVENTH AVENUE
                         NEW YORK, NY 10018

**Domestic Representative:** DAVIDSON, DAVIDSON & KAPPEL, LLC

# ZIRGANIC

**ZIRGANIC**

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** JAN 31, 2012 |
| **Goods/Services:** | **International Class 5:** PORCELAIN FOR DENTAL PROSTHESES |
| | **First Used:** JUL 13, 2010 (INTL. CL. 5) |
| | **In Commerce:** JUL 13, 2010 |
| **Last Reported Owner:** | IDRISS MOBARARK INC |
| | DBA MARINER DENTAL LABORATORY |
| | TEXAS  CORPORATION |
| | 16219 1/2 NORTH FREEWAY |
| | HOUSTON, TEXAS  77090 |
| **Chronology:** | **Filed:** JAN 25, 2011 **Serial Number:** 85−225,084 |
| | **Published For Opposition:** MAY 31, 2011 |
| | **Registered:** JAN 31, 2012 **Registration Number:** 4,094,633 |
| | **Earliest Date in Record:** JUL 13, 2010 (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | IDRISS MOBARARK INC |
| | DBA MARINER DENTAL LABORATORY |
| | TEXAS  CORPORATION |
| | 16219 1/2 NORTH FREEWAY |
| | HOUSTON, TEXAS  77090 |
| **Filing Correspondent:** | RAJ ABHYANKER |
| | RAJ ABHYANKER, P.C. |
| | STE 8 |
| | 1580 W EL CAMINO REAL |
| | MOUNTAIN VIEW, CA 94040 |

Exhibit 79
-1149-

KDA-003749

**BRUXZIR**

# Zircor

**ZIRCOR**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED |
| | **USPTO Status Date:** MAR 29, 2007 |

**Goods/Services:** International Class 10: ZIRCONIUM ALLOY CORE FOR CERAMIC DENTAL CROWNS

**Last Reported Owner:** SAGER, DAVID R.
UNITED STATES INDIVIDUAL
514 HUMBOLDT PLAZA
MANHATTAN, KANSAS 66502

**We Have Located Other Marks With This Owner**

ZIRKOR                                                            USPTO          Page 192

**Chronology:**     **Filed:** AUG 30, 2004          **Serial Number:** 78−475,876
**Published For Opposition:** JAN 03, 2006
**Abandoned:** MAR 29, 2007
**Date Revived/Reinstated:** JAN 27, 2007
**Earliest Date in Record:** AUG 30, 2004  (Filed)

**Ownership Details:**

**Applicant:** SAGER, DAVID R.
UNITED STATES INDIVIDUAL
514 HUMBOLDT PLAZA
MANHATTAN, KANSAS 66502

**Filing Correspondent:** JASON L. REED
NORTON, WASSERMAN, JONES & KELLY, L.L.C.

Exhibit 79
-1150-
KDA-003750

**BRUXZIR**

213 S SANTA FE AVE
SALINA KS 67401−3931

Search: 221922911
Analyst: STEVE DOYLE
Exhibit 79
-1151-
USPTO Page: 191
KDA-003751

# Zirkor

**ZIRKOR**

**Status:**  ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
**USPTO Status Date:** DEC 07, 2007

**Goods/Services:**  International Class 10: ZIRCONIUM CORE FOR CERAMIC DENTAL CROWNS

**Last Reported Owner:**  SAGER, DAVID R.
UNITED STATES  INDIVIDUAL
514 HUMBOLDT PLAZA
MANHATTAN, KANSAS  66502

**We Have Located Other Marks With This Owner**

ZIRCOR                                                              USPTO          Page 190

**Chronology:**  **Filed:** AUG 30, 2004          **Serial Number:** 78−475,892
**Published For Opposition:** SEP 13, 2005
**Abandoned:** DEC 07, 2007
**Date Revived/Reinstated:** APR 06, 2007
**Earliest Date in Record:** AUG 30, 2004  (Filed)

**Ownership Details:**

**Applicant:**  SAGER, DAVID R.
UNITED STATES  INDIVIDUAL
514 HUMBOLDT PLAZA
MANHATTAN, KANSAS  66502

**Filing Correspondent:**  JASON L. REED
NORTON, WASSERMAN, JONES & KELLY, L.L.C.

KDA-003752

**BRUXZIR**

213 S SANTA FE AVE
SALINA KS 67401−3931

Analyst: STEVE DOYLE
Exhibit 79
-1153-

KDA-003753

# BALRUXA

**BALRUXA**

 **Global Filings = 4**

| | |
|---|---|
| **Status:** | PUBLISHED<br>INTENT TO USE<br><br>**USPTO Status:** FIFTH EXTENSION − GRANTED<br>**USPTO Status Date:** OCT 09, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF ONCOLOGICAL, HEMATOLOGICAL AND INFLAMMATORY DISORDERS |
| **Last Reported Owner:** | INCYTE CORPORATION<br>DELAWARE CORPORATION<br>EXPERIMENTAL STATION<br>BUILDING 336, RT 141 & HENRY CLAY ROAD<br>WILMINGTON, DELAWARE 19880 |
| **Chronology:** | **Filed:** NOV 02, 2009          **Serial Number:** 77−862,856<br>**Published For Opposition:** JAN 26, 2010<br>**Allowance Filed:** APR 20, 2010<br>**Earliest Date in Record:** NOV 02, 2009 (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | INCYTE CORPORATION<br>DELAWARE CORPORATION<br>EXPERIMENTAL STATION<br>BUILDING 336, RT 141 & HENRY CLAY ROAD<br>WILMINGTON, DELAWARE 19880 |
| **Filing Correspondent:** | FRANCES M. JAGLA<br>LANE POWELL PC<br>601 S.W. SECOND AVENUE, SUITE 2100<br>PORTLAND OR 97204 |

KDA-003754

# ZIRDESIGN

**ZIRDESIGN**

 **Global Filings = 8**

| | |
|---|---|
| **Status:** | REGISTERED |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED |
| | **USPTO Status Date:** APR 14, 2012 |

**Goods/Services:**   International Class 10: DENTAL IMPLANTS, ABUTMENTS, CYLINDERS AND CAPS

**Last Reported Owner:**   ASTRA TECH AKTIEBOLAG
SWEDEN  CORPORATION
AMINOGATAN 1
MOLNDAL, SWITZERLAND  431 53

**Chronology:**   **Filed:** FEB 14, 2005          **Serial Number:** 78−566,554
**Published For Opposition:** NOV 08, 2005
**Registered:** APR 04, 2006          **Registration Number:** 3,076,218
**Affidavit Section:**   REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.  APR 14, 2012

**Earliest Date in Record:** AUG 31, 2001  (Non−U.S. Registration Date)

**Ownership Details:**

**Registrant:**   ASTRA TECH AKTIEBOLAG
SWEDEN  CORPORATION
AMINOGATAN 1
MOLNDAL, SWITZERLAND  431 53

**Non−U.S. Registration Claimed:** 348385
**Non−U.S. Registration Date:** AUG 31, 2001
**Non−U.S. Registration Country:** SWEDEN

KDA-003755

**BRUXZIR**

**Filing Correspondent:**  JUSTIN H. MCCARTHY II
DENTSPLY LEGAL DEPARTMENT
221 WEST PHILADELPHIA STREET
YORK PA 17405−0872

**Domestic Representative:** JUSTIN H. MCCARTHY II

Exhibit 79
-1156-
KDA-003756

# ZirFit

---

**ZIRFIT**

**Status:** PUBLISHED
FILED AS USE APPLICATION
USE APPLICATION – CURRENT

**USPTO Status:** PUBLISHED FOR OPPOSITION
**USPTO Status Date:** AUG 07, 2012

**Goods/Services:** **International Class 10:** DENTAL BRIDGES; DENTAL CAPS; DENTAL CROWNS; DENTAL
INLAYS; DENTAL ONLAYS; DENTAL PROSTHESES
**First Used:** FEB 2012 (INTL. CL. 10)
**In Commerce:** FEB 2012

**Last Reported Owner:** CALIFORNIA DENTAL ARTS, LLC
CALIFORNIA LIMITED LIABILITY CO.
20421 PACIFICA DR.
CUPERTINO, CALIFORNIA 95014

**Chronology:** **Filed:** MAR 19, 2012          **Serial Number:** 85-573,590
**Published For Opposition:** AUG 07, 2012
**Earliest Date in Record:** FEB 2012 (First Used)

---

**Ownership Details:**

**Applicant:** CALIFORNIA DENTAL ARTS, LLC
CALIFORNIA LIMITED LIABILITY CO.
20421 PACIFICA DR.
CUPERTINO, CALIFORNIA 95014

**Filing Correspondent:** MATTHEW H. SWYERS
THE TRADEMARK COMPANY
344 MAPLE AVE W STE 151
VIENNA, VA 22180-5612

# PlayZir

**PLAYZIR**

 **Global Filings = 2**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | NOTICE OF FIRST REFUSAL |

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 17, 2011

**Goods/Services:**  **International Class 5:** MATERIALS FOR COVERING TEETH, DENTAL CROWNS AND BRIDGES, AS WELL AS FOR ODONTOLOGICAL AND DENTAL IMPLANT SYSTEMS; PORCELAIN, TITANIUM, CERAMIC, ZIRCONIA, METAL ALLOYS, CERAMIC MATERIAL AND OTHER MATERIAL FOR DENTAL RESTORATIONS, INCLUDING BIOCOMPATIBLE MATERIAL; WAX FOR DENTAL IMPRESSIONS

**International Class 9:** OPTICAL SCANNERS EXCLUSIVELY INTENDED FOR DENTAL APPLIC ATIONS, FOR REGISTRATION OF A DENTAL ANATOMY, FOR RECORDING OF ABOVE DENTAL STRUCTURES, IMPLANTS OR PROSTHETICS; COMPUTER SOFTWARE EXCLUSIVELY INTENDED FOR DENTAL APPLICATIONS TO REPRODUCE THE DENTAL ANATOMY, IMPLANTS OR PROSTHETICS, TO RECONSTRUCT A DENTAL ANATOMY OR PROSTHETICS (INLAY−ONLAY, CAPS, CROWNS AND BRIDGES)

**International Class 10:** SURGICAL, MEDICAL AND DENTAL APPARATUS AND INSTRUM ENTS, NAMELY, SCREW TAPS, SURGICAL PILOT DRILL BITS, SURGICAL DRILL BITS WITH IRRIGATION, SURGICAL DRILL BIT EXTENSIONS, SURGICAL DRILLING GUIDES, CIRCULAR SURGICAL KNIVES, SURGICAL TORQUE WRENCHES, SURGICAL WRENCHES, SURGICAL SCREWDRIVERS, ALL FOR USE IN DENTAL IMPLANTOLOGY

**Last Reported Owner:**  SUDIMPLANT
FRANCE  SOCIéTé PAR ACTIONS SIMPLIFIéES
PARC DE LA PLAINE
24 IMPASSE RENé COUZINET
F−31500 TOULOUSE, FRANCE

**We Have Located Other Marks With This Owner**

| ZIRCONNECT | USPTO | Page 200 |
|---|---|---|

Exhibit 79
-1158-
KDA-003758

**BRUXZIR**

**Chronology:**
**Filed:** FEB 22, 2010      **Serial Number:** 79−083,346
**Published For Opposition:** MAR 01, 2011
**Registered:** MAY 17, 2011      **Registration Number:** 3,960,750
**Earliest Date in Record:** OCT 27, 2009 (International Priority Claimed Date)

**International Trademark Information:**
**International Registration Number:** 1040890
**International Registration Date:** FEB 22, 2010
**International Publication Date:** JUL 08, 2010
**International Renewal Date:** FEB 22, 2020
**Date of Automatic Protection:** JAN 01, 2012
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** JUL 01, 2010
**International Priority Claimed Date:** OCT 27, 2009

**Ownership Details:**

**Registrant:**
SUDIMPLANT
FRANCE  SOCIéTé PAR ACTIONS SIMPLIFIéES
PARC DE LA PLAINE
24 IMPASSE RENé COUZINET
F−31500 TOULOUSE, FRANCE

**Filing Correspondent:** JOHN S. EGBERT
EGBERT LAW OFFICES, PLLC
412 MAIN ST., 7TH FL
HOUSTON, TX 77002

Exhibit 79
-1159-
KDA-003759

# ZIRCONNECT

**ZIRCONNECT**

 **Global Filings = 2**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | NOTICE OF FIRST REFUSAL |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** JUL 29, 2008 |

**Goods/Services:**  **International Class 10:** SURGICAL, MEDICAL AND DENTAL APPARATUS AND INSTRUMENTS NAMELY, SCREW TAPS, SURGICAL PILOT DRILL BITS, SURGICAL DRILL BITS WITH IRRIGATION, SURGICAL DRILL BIT EXTENSIONS, SURGICAL DRILLING GUIDES, CIRCULAR SURGICAL KNIVES, SURGICAL TORQUE WRENCHES, SURGICAL WRENCHES, SURGICAL SCREWDRIVERS, ALL FOR USE IN DENTAL IMPLANTOLOGY; APPARATUS AND INSTRUMENTS FOR DENTAL IMPLANTOLOGY, NAMELY, DENTAL IMPLANTS, ARTIFICIAL TEETH, DENTAL SCREWS FOR USE IN DENTAL IMPLANTOLOGY, PINS FOR ARTIFICIAL TEETH FOR USE IN DENTAL IMPLANTOLOGY, ARTIFICIAL TEETH STUMPS, PROTECTION SCREWS FOR USE IN DENTAL IMPLANTOLOGY, STABILISATION CLIPS FOR ARTIFICIAL TEETH; SURGICAL AND PROSTHETIC KITS CONSISTING PRIMARILY OF DENTAL SCREWS AND DENTAL IMPLANTS FOR USE IN DENTAL IMPLANTOLOGY

**Last Reported Owner:**  SUDIMPLANT
FRANCE  SOCIETE ANONYME
ZI DE LA PLAINE; F−31500 TOULOUSE
24, IMPASSE RENé COUZINET , FRANCE

**We Have Located Other Marks With This Owner**

PLAYZIR                                                          USPTO         Page 198

**Chronology:**  **Filed:** JUN 29, 2007          **Serial Number:** 79−042,062
**Published For Opposition:** MAY 13, 2008
**Registered:** JUL 29, 2008          **Registration Number:** 3,476,910
**Earliest Date in Record:** JAN 22, 2007  (International Priority Claimed Date)

**International Trademark Information:**

**International Registration Number:** 0933205

**BRUXZIR**

**International Registration Date:** JUN 29, 2007
**International Publication Date:** OCT 04, 2007
**International Renewal Date:** JUN 29, 2017
**Date of Automatic Protection:** MAR 13, 2009
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** SEP 13, 2007
**International Priority Claimed Date:** JAN 22, 2007

**Ownership Details:**

**Registrant:**     SUDIMPLANT
                    FRANCE  SOCIETE ANONYME
                    ZI DE LA PLAINE; F−31500 TOULOUSE
                    24, IMPASSE RENé COUZINET , FRANCE

**Filing Correspondent:**  JOHN S. EGBERT
                    EGBERT LAW OFFICES, PLLC
                    412 MAIN ST., 7TH FLOOR
                    HOUSTON TX 77002

Exhibit 79
-1161-
KDA-003761

# PUREZIR

**PUREZIR**

| | |
|---|---|
| **Translation:** | THE WORDING "PUREZIR" HAS NO MEANING IN A FOREIGN LANGUAGE. |
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED |
| | **USPTO Status Date:** AUG 01, 2011 |
| **Goods/Services:** | **International Class 10:** DENTAL CROWNS |
| **Last Reported Owner:** | DURA−METRICS |
| | CALIFORNIA  CORPORATION |
| | 816 PINER RD. |
| | SANTA ROSA, CALIFORNIA  95403 |
| **Chronology:** | **Filed:** NOV 16, 2009          **Serial Number:** 77−873,805 |
| | **Published For Opposition:** MAY 04, 2010 |
| | **Abandoned:** AUG 01, 2011 |
| | **Date Revived/Reinstated:** FEB 10, 2011 |
| | **Earliest Date in Record:** NOV 16, 2009  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | DURA−METRICS |
| | CALIFORNIA  CORPORATION |
| | 816 PINER RD. |
| | SANTA ROSA, CALIFORNIA  95403 |
| **Filing Correspondent:** | KULWIEC, MICHAEL |
| | DURA−METRICS |
| | 816 PINER RD |
| | SANTA ROSA, CA 95403−2019 |

KDA-003762

# ZIR-CUT

**ZIR-CUT**

**Status:**                          REGISTERED

                                    **USPTO Status:** REGISTERED
                                    **USPTO Status Date:** JUL 20, 2010

**Goods/Services:**          **International Class 10:** ROTARY INSTRUMENTS, NAMELY, DIAMOND AND ENDODONTIC
                                    ACCESS BURS AND POLISHERS DESIGNED FOR USE ON ZIRCONIA AND PORCELAIN
                                    DENTAL RESTORATIONS
                                    **First Used:** MAY 01, 2006  (INTL. CL. 10)
                                    **In Commerce:** MAY 19, 2006

**Last Reported Owner:**  KERR CORPORATION
                                    DELAWARE  CORPORATION
                                    SDS LEGAL DEPARTMENT
                                    1717 WEST COLLINS AVENUE
                                    ORANGE, CALIFORNIA  92867

**Chronology:**              **Filed:** JAN 29, 2010            **Serial Number:** 77-923,650
                                    **Published For Opposition:** MAY 04, 2010
                                    **Registered:** JUL 20, 2010         **Registration Number:** 3,821,881
                                    **Earliest Date in Record:** MAY 01, 2006  (First Used)

**Ownership Details:**

**Registrant:**                AXIS DENTAL CORPORATION
                                    TEXAS  CORPORATION
                                    800 W. SANDY LAKE ROAD, SUITE 100
                                    SANDRA SWAIN, SYBRON DENTAL SPECIALTIES
                                    COPPELL, TEXAS  75019

Exhibit 79
-1163-
KDA-003763

**BRUXZIR**

**Assignee**
KERR CORPORATION
DELAWARE CORPORATION
SDS LEGAL DEPARTMENT
1717 WEST COLLINS AVENUE
ORANGE, CALIFORNIA, 92867

**Assignor**
AXIS DENTAL CORPORATION
TEXAS CORPORATION
**Signed:** AUG 01, 2010

**Brief:** MERGER EFFECTIVE 08012010
**Recorded:** AUG 03, 2010
**Reel/Frame:** 4253/0344
**Correspondent:**
SANDRA SWAIN
1717 WEST COLLINS AVENUE
SDS LEGAL DEPARTMENT
ORANGE, CA 92867

**Filing Correspondent:**   SARAH OTTE GRABER
WOOD HERRON & EVANS, LLP
2700 CAREW TOWER, 441 VINE STREET
CINCINNATI OH 45202

Exhibit 79
KDA-003764

# SAXIZIR

**SAXIZIR**

 **Global Filings = 1**

**Status:**    PENDING
SECTION 44 (D)
44(D) APPLICATION − CURRENT

**USPTO Status:** NON−FINAL ACTION − MAILED
**USPTO Status Date:** AUG 29, 2012

**Goods/Services:**    **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE PREVENTION AND
TREATMENT OF CARDIOVASCULAR DISEASES, CANCER, THROMBOSIS, VIRAL
INFECTIONS, DISEASES OF THE CENTRAL NERVOUS SYSTEM, AND RESPIRATORY
DISEASES; FOOD SUPPLEMENTS, DIETETIC SUPPLEMENTS AND FOOD ADAPTED FOR
MEDICAL USE

**Last Reported Owner:**    SANOFI
FRANCE  CORPORATION
54, RUE LA BOéTIE
PARIS, FRANCE  75008

**Chronology:**    **Filed:** JUN 07, 2012    **Serial Number:** 85−646,264
**Earliest Date in Record:** JUN 01, 2012  (Non−U.S. Application Date)

**Ownership Details:**

**Applicant:**    SANOFI
FRANCE  CORPORATION
54, RUE LA BOéTIE
PARIS, FRANCE  75008

**Non−U.S. Application Claimed:** 12/3923790
**Non−U.S. Application Date:** JUN 01, 2012
**Non−U.S. Application Country:** FRANCE

**Filing Correspondent:**    SUSAN UPTON DOUGLASS
FROSS ZELNICK LEHRMAN & ZISSU, P.C.

**BRUXZIR**

866 UNITED NATIONS PLZ
NEW YORK, NY 10017−1822

**Domestic Representative:** SUSAN UPTON DOUGLASS

Exhibit 79
-1166-

KDA-003766

**BRUXZIR**

**US−99**
**Group:** Four

**SIROLUX**

 **Global Filings = 1**

**Status:** RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAY 21, 2008

**Goods/Services:** **International Class 10:** DENTAL LIGHTING FIXTURES
**First Used:** JUL 01, 1970 (INTL. CL. 10)
**In Commerce:** OCT 01, 1986

**Last Reported Owner:** SIRONA DENTAL SYSTEMS GMBH
GERMANY CORPORATION
FABRIKSTRASSE 31
64625 BENSHEIM, GERMANY

**Chronology:** **Filed:** SEP 14, 1987          **Serial Number:** 73−684,071
**Published For Opposition:** FEB 02, 1988
**Registered:** APR 26, 1988          **Registration Number:** 1,486,051
**Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  MAY 21,
2008
REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.
SEP 15, 1993
**Last Renewed:** APR 26, 2008
**Earliest Date in Record:** JUL 01, 1970 (First Used)

**Ownership Details:**

**Registrant:** SIEMENS AKTIENGESELLSCHAFT
GERMANY CORPORATION
WITTELSBACHERPLATZ 2
MUNICH, GERMANY

**Assignee**
SIRONA DENTAL SYSTEMS GMBH
GERMANY CORPORATION
FABRIKSTRASSE 31
64625 BENSHEIM, GERMANY

**Assignor**
SIRONA DENTAL SYSTEMS GMBH & CO. KG LIMITED
PARTNERSHIP
**Signed:** MAR 30, 1998

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** OCT 03, 2002

KDA-003767

**BRUXZIR**

**Reel/Frame:** 2606/0387
**Correspondent:**
ABELMAN FRAYNE & SCHWAB
STEPHEN J. QUIGLEY, ESQ.
150 EAST 42ND STREET
NEW YORK, NY 10017-5612

**Assignee**
SIRONA DENTAL SYSTEMS GMBH & CO. KG
GERMANY CORPORATION
64625 BENSHEIM
FABRIKSTRASSE 31, GERMANY

**Assignor**
SIEMENS AKTIENGESELLSCHAFT
GERMANY CORPORATION
**Signed:** MAR 03, 1998

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAR 15, 1999
**Reel/Frame:** 1876/0573
**Correspondent:**
ABELMAN, FRAYNE & SCHWAB
LAWRENCE E. ABELMAN
150 EAST 42ND STREET
NEW YORK, NEW YORK 10017

**Filing Correspondent:** ADESH BHARGAVA
DYKEMA GOSSETT PLLC
1300 I STREET NW
FRANKLIN SQUARE, THIRD FLOOR WEST
WASHINGTON, DC 20005

**Domestic Representative:** DYKEMA GOSSETT PLLC

Exhibit 79
-1168-
KDA-003768

**BRUXZIR**

**US−100**
**Group:** Four

## BEXXAR

`TTAB`

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** SEP 23, 2010 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICALS FOR THE TREATMENT OF CANCER |
| | **First Used:** JUL 27, 2000 (INTL. CL. 5) |
| | **In Commerce:** JUL 27, 2000 |
| **Last Reported Owner:** | GLAXOSMITHKLINE LLC |
| | DELAWARE LIMITED LIABILITY COMPANY |
| | 2711 CENTERVILLE ROAD SUITE 400 |
| | CORPORATION SERVICE COMPANY |
| | WILMINGTON, DELAWARE 19808 |

**We Have Located Other Marks With This Owner**

| BEXXAR | USPTO | Page 212 |
|---|---|---|
| BEXXAR | Common Law | Page 249 |

| | |
|---|---|
| **Chronology:** | **Filed:** MAR 20, 1997     **Serial Number:** 75−260,610 |
| | **Published For Opposition:** NOV 25, 1997 |
| | **Opposition/Cancellation Filed:** MAY 09, 2008 |
| | **Registered:** AUG 28, 2001     **Registration Number:** 2,482,631 |
| | **Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED SEP 23, 2010 |
| | REGISTERED − SEC. 8 (6−YR) ACCEPTED FEB 06, 2007 |
| | **Last Renewed:** AUG 28, 2011 |
| | **Earliest Date in Record:** MAR 20, 1997 (Filed) |

---

**Trademark Trials and Appeal Board (TTAB) Information:** `TTAB`

**Opposition Number:** 91184003
**Outcome:** TERMINATED, JUN 20, 2008

| **Plaintiff:** | **Defendant:** |
|---|---|
| SMITHKLINE BEECHAM CORPORATION | HELSINN HEALTHCARE SA |
| | |
| **Mark:** BEXXAR | **Mark:** ABEXA |
| **Registration Number:** 2,482,631 | **Registration Number:** |

---

Exhibit 79
-1169-
KDA-003769

**BRUXZIR**

**Serial Number:** 75−260,610

**Mark:** BEXXAR
**Registration Number:** 3,046,506
**Serial Number:** 76−175,390

**Mark:** BEXXAR
**Registration Number:** 3,168,088
**Serial Number:** 78−748,498
**Correspondent:**
GLENN A. GUNDERSEN
DECHERT LLP
CIRA CENTRE, 2929 ARCH STREET
PHILADELPHIA, PA 19104−2808 US

**Serial Number:** 78−830,590

**Trademark Defendant Correspondent:**
AMANDA LAURA NYE
LAWYERS AT LARGE LLC
ONE MARKET STREET, SPEAR TOWER, STE 3600
SAN FRANCISCO, CA 94105 US

**TTAB Entry:** #4 WITHDRAWAL OF APPLICATION, JUN 18, 2008
**TTAB Entry:** #3 PENDING, INSTITUTED, MAY 09, 2008

**Ownership Details:**

**Registrant:**         COULTER PHARMACEUTICAL, INC.
                        DELAWARE  CORPORATION
                        550 CALIFORNIA AVENUE, SUITE 200
                        PALO ALTO, CALIFORNIA  94306−1440

**Assignee**
GLAXOSMITHKLINE LLC
DELAWARE LIMITED LIABILITY COMPANY
2711 CENTERVILLE ROAD SUITE 400
CORPORATION SERVICE COMPANY
WILMINGTON, DELAWARE, 19808

**Assignor**
SMITHKLINE BEECHAM CORPORATION
PENNSYLVANIA CORPORATION
**Signed:** OCT 27, 2009

**Brief:** CHANGE OF NAME
**Recorded:** DEC 02, 2009
**Reel/Frame:** 4106/0923
**Correspondent:**
MARIBETH DAY CASE
LGTM, MAI.B475−D
FIVE MOORE DRIVE
RESEARCH TRIA PARK, NC 27709

**BRUXZIR**

**Assignee**
SMITHKLINE BEECHAM CORPORATION
PENNSYLVANIA CORPORATION
ONE FRANKLIN PLAZA
PHILADELPHIA, PENNSYLVANIA, 19102

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JAN 27, 2005
**Reel/Frame:** 3017/0082
**Correspondent:**
TERESA H. ANZALONE/GLAXOSMITHKLINE
709 SWEDELAND ROAD
UW2221
KING OF PRUSSIA, PA 19406

**Assignor**
COULTER PHARMACEUTICAL, INC.
DELAWARE CORPORATION
**Signed:** DEC 31, 2004

**Filing Correspondent:**    DIANE FRY MAGINNIS
                             GLAXOSMITHKLINE
                             LGTM, C.3157.3D
                             FIVE MOORE DRIVE
                             RESEARCH TRIANGLE PARK NC 27709

**Domestic Representative:** DIANE FRY MAGINNIS

KDA-003771

**BRUXZIR**

**US−101**
**Group:** Four



**BEXXAR**

TTAB

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED |
| | **USPTO Status Date:** FEB 07, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICALS FOR THE TREATMENT OF CANCER |
| | **First Used:** APR 01, 2005 (INTL. CL. 5) |
| | **In Commerce:** APR 01, 2005 |
| **Last Reported Owner:** | GLAXOSMITHKLINE LLC |
| | DELAWARE LIMITED LIABILITY COMPANY |
| | 2711 CENTERVILLE ROAD SUITE 400 |
| | CORPORATION SERVICE COMPANY |
| | WILMINGTON, DELAWARE 19808 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BEXXAR | USPTO | Page 209 |
| BEXXAR | Common Law | Page 249 |

**Chronology:**  **Filed:** NOV 30, 2000    **Serial Number:** 76−175,390
**Published For Opposition:** AUG 21, 2001
**Opposition/Cancellation Filed:** MAY 09, 2008
**Registered:** JAN 17, 2006    **Registration Number:** 3,046,506
**Affidavit Section:** REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. FEB 07, 2012

**Earliest Date in Record:** NOV 30, 2000 (Filed)

**Trademark Trials and Appeal Board (TTAB) Information:**    TTAB

**Opposition Number:** 91184003
**Outcome:** TERMINATED, JUN 20, 2008

**Plaintiff:**                    **Defendant:**
SMITHKLINE BEECHAM CORPORATION         HELSINN HEALTHCARE SA

KDA-003772

**BRUXZIR**

**Mark:** BEXXAR
**Registration Number:** 2,482,631
**Serial Number:** 75−260,610

**Mark:** ABEXA
**Registration Number:**
**Serial Number:** 78−830,590

**Mark:** BEXXAR
**Registration Number:** 3,046,506
**Serial Number:** 76−175,390

**Mark:** BEXXAR
**Registration Number:** 3,168,088
**Serial Number:** 78−748,498
**Correspondent:**
GLENN A. GUNDERSEN
DECHERT LLP
CIRA CENTRE, 2929 ARCH STREET
PHILADELPHIA, PA 19104−2808 US

**Trademark Defendant Correspondent:**
AMANDA LAURA NYE
LAWYERS AT LARGE LLC
ONE MARKET STREET, SPEAR TOWER, STE 3600
SAN FRANCISCO, CA 94105 US

**TTAB Entry:** #4 WITHDRAWAL OF APPLICATION, JUN 18, 2008
**TTAB Entry:** #3 PENDING, INSTITUTED, MAY 09, 2008

**Extension of Time to Oppose Number:** 76175390
**Extension of Time to Oppose Filed:** OCT 11, 2001
**Outcome:** TERMINATED  OCT 11, 2001

**Potential Opposer:**
PHARMACIA CORPORATION

**Applicant:**
COULTER PHARMACEUTICAL, INC.

**Mark:**
**Serial Number:**
**Correspondent:**
CYNTHIA B. SUMMERFIELD
C/O PHARMACIA CORPORATION
100 ROUTE 206 NORTH
PEAPACK, NJ 07977

**Mark:** BEXXAR
**Serial Number:** 76−175,390
**Correspondent:**
TSAN ABRAHAMSON
COOLEY GODWARD LLP
ONE MARITIME PLAZA 20TH FLOOR
SAN FRANCISCO, CA 94111−3580

**TTAB Entry:** #5 EXTENSION OF TIME GRANTED, JAN 16, 2002
**TTAB Entry:** #4 INCOMING − EXT TIME TO OPPOSE FILED, NOV 20, 2001

**Ownership Details:**

**Registrant:**          SMITHKLINE BEECHAM CORPORATION
                         PENNSYLVANIA  CORPORATION
                         ONE FRANKLIN PLAZA
                         PHILADELPHIA, PENNSYLVANIA  19102

Exhibit 79
-1173-
KDA-003773

**BRUXZIR**

**Assignee**
GLAXOSMITHKLINE LLC
DELAWARE LIMITED LIABILITY COMPANY
2711 CENTERVILLE ROAD SUITE 400
CORPORATION SERVICE COMPANY
WILMINGTON, DELAWARE, 19808

**Brief:** CHANGE OF NAME
**Recorded:** DEC 02, 2009
**Reel/Frame:** 4106/0923
**Correspondent:**
MARIBETH DAY CASE
LGTM, MAI.B475−D
FIVE MOORE DRIVE
RESEARCH TRIA PARK, NC 27709

**Assignor**
SMITHKLINE BEECHAM CORPORATION
PENNSYLVANIA CORPORATION
**Signed:** OCT 27, 2009

**Assignee**
SMITHKLINE BEECHAM CORPORATION
PENNSYLVANIA CORPORATION
ONE FRANKLIN PLAZA
PHILADELPHIA, PENNSYLVANIA, 19102

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JAN 27, 2005
**Reel/Frame:** 3017/0082
**Correspondent:**
TERESA H. ANZALONE/GLAXOSMITHKLINE
709 SWEDELAND ROAD
UW2221
KING OF PRUSSIA, PA 19406

**Assignor**
COULTER PHARMACEUTICAL, INC.
DELAWARE CORPORATION
**Signed:** DEC 31, 2004

**Claims:**    COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**    DIANE FRY MAGINNIS
GLAXOSMITHKLINE
FIVE MOORE DRIVE
LGTM, C.3157.3D
RESEARCH TRIANGLE PARK NC 27709

**Domestic Representative:** DIANE FRY MAGINNIS

Exhibit 79
-1174-

KDA-003774

**BRUXZIR**

**US–102**
**Group:** Four

# BREEZERS

**BREEZERS**

 **Global Filings = 1**

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** SECTION 8 & 15 – ACCEPTED AND ACKNOWLEDGED<br>**USPTO Status Date:** MAR 21, 2012 |
| **Goods/Services:** | **International Class 5:** ADULT INCONTINENCE GARMENTS, ADULT INCONTINENCE<br>DISPOSABLE DIAPERS AND PADS, SANITARY BRIEFS AND SANITARY PADS<br>**First Used:** JUL 05, 2005 (INTL. CL. 5)<br>**In Commerce:** JUL 05, 2005 |
| **Last Reported Owner:** | FIRST QUALITY PRODUCTS, INC.<br>NEW YORK  CORPORATION<br>80 CUTTER MILL ROAD SUITE 500<br>GREAT NECK, NEW YORK  11021 |
| **Chronology:** | **Filed:** NOV 19, 2003                    **Serial Number:** 78–330,038<br>**Published For Opposition:** AUG 03, 2004<br>**Registered:** FEB 14, 2006          **Registration Number:** 3,059,471<br>**Affidavit Section:**   REGISTERED – SEC. 8 (6–YR) ACCEPTED & SEC. 15 ACK.  MAR 21, 2012<br><br>**Earliest Date in Record:** NOV 19, 2003  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | FIRST QUALITY PRODUCTS, INC.<br>NEW YORK  CORPORATION<br>80 CUTTER MILL ROAD SUITE 500<br>GREAT NECK, NEW YORK  11021 |

KDA-003775

**Assignee**
FIRST QUALITY PRODUCTS, INC.
NEW YORK CORPORATION
80 CUTTERMILL ROAD, SUITE 500
GREAT NECK, NEW YORK, 11021

**Assignee**
FIRST QUALITY BABY PRODUCTS, LLC
DELAWARE LIMITED LIABILITY COMPANY
97 LOCUST ROAD
LEWISTON, PENNSYLVANIA, 17044

**Brief:** RELEASE BY SECURED PARTY
**Recorded:** FEB 03, 2012
**Reel/Frame:** 4710/0954
**Correspondent:**
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 PARK AVENUE
NEW YORK, NY 10016

**Assignor**
CITIZENS BANK OF PENNSYLVANIA
PENNSYLVANIA FINANCIAL INSTITUTION
**Signed:** DEC 23, 2011

**Assignee**
JPMORGAN CHASE BANK, N.A.
UNITED STATES NATIONAL BANKING ASSOCIATION
7TH FLOOR
10 SOUTH DEARBORN
CHICAGO, ILLINOIS, 60603−2003

**Assignor**
FIRST QUALITY BABY PRODUCTS, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY ENTERPRISES, INC.
PENNSYLVANIA CORPORATION
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY HYGIENIC, INC.
PENNSYLVANIA CORPORATION
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY NONWOVENS, INC.
PENNSYLVANIA CORPORATION
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY PRODUCTS, INC.
NEW YORK CORPORATION
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY RETAIL SERVICES, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY TISSUE, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY WATER AND BEVERAGE, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Assignor**
NUTEK DISPOSABLES, INC.
PENNSYLVANIA CORPORATION
**Signed:** JUN 29, 2011

**Assignor**
PARAGON TRADE BRANDS, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Brief:** SECURITY INTEREST
**Recorded:** SEP 29, 2011
**Reel/Frame:** 4632/0669
**Correspondent:**
WILLIAM J. MCNAMARA
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

**BRUXZIR**

**Assignee**
JPMORGAN CHASE BANK, N.A.
10 SOUTH DEARBORN, 19TH FLOOR
CHICAGO, ILLINOIS, 60603−0010

**Assignor**
FIRST QUALITY PRODUCTS, INC.
FORMERLY FIRST QUALITY PRODUCTS INC.
NEW YORK CORPORATION
**Signed:** JAN 31, 2006

**Brief:** SECURITY INTEREST
**Recorded:** JAN 31, 2006
**Reel/Frame:** 3237/0624
**Correspondent:**
JASON M. GONDER
1 CHASE MANHATTAN PLAZA
NEW YORK, NM 10005

**Assignee**
CITIZENS BANK OF PENNSYLVANIA
UNITED STATES FINANCIAL INSTITUTION
445 PENN STREET
READING, PENNSYLVANIA, 19601

**Assignor**
FIRST QUALITY PRODUCTS, INC.
NEW YORK CORPORATION
**Signed:** JUN 29, 2004

**Brief:** SECURITY INTEREST
**Recorded:** JAN 26, 2006
**Reel/Frame:** 3234/0221
**Correspondent:**
STACY L. SPLAVER
1650 ARCH STREET
22ND FLOOR
PHILADELPHIA, PA 19103

**Filing Correspondent:**  HOLLY PEKOWSKY
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 PARK AVE
NEW YORK NY 10016−1301

**BRUXZIR**

**US−103**
**Group:** Four

**KULZER:**

 **Global Filings = 7**

**Status:**  CANCELLED
SECTION 2(F)
44(E) APPLICATION − CURRENT
CANCELLED SECTION 8 IN INT. CL. 41. MAR 28, 2002

**USPTO Status:** CANCELLED − SECTION 8
**USPTO Status Date:** SEP 28, 2012

**Goods/Services:**  **International Class 1:** RESINS, ADHESIVES, MOLDING COMPOSITIONS, SOLVENTS, ACID−ETCHING COMPOSITIONS AND MODELLING LIQUIDS FOR USE IN THE MANUFACTURE OF DENTAL COMPOSITES, CROWNS, BRIDGES AND OTHER DENTAL PROSTHESES
**International Class 2:** COLORANTS FOR USE IN THE MANUFACTURE OF DENTAL COMPOSITES, CROWNS, BRIDGES, DENTURES AND OTHER DENTAL PROSTHESES
**International Class 5:** PIT AND FISSURE SEALANTS, FILLING MATERIALS AND ADHESIVES USED IN DENTISTRY
**International Class 8:** HAND−HELD TOOLS FOR USE IN THE PREPARATION AND FITTING OF DENTAL COMPOSITES, CROWNS, BRIDGES, DENTURES AND OTHER DENTAL PROSTHESES
**International Class 11:** HEATING UNITS, HIGH INTENSITY ELECTRIC LIGHTS, AND ULTRAVIOLET PHOTOCURING UNITS, ALL FOR USE IN PREPARING COMPOSITES, CROWNS, BRIDGES, DENTURES AND OTHER DENTAL PROSTHESES
**International Class 21:** BRUSHES, MIXING JARS AND BOTTLES FOR USE IN PREPARING DENTAL COMPOSITES, CROWNS, BRIDGES, DENTURES AND OTHER DENTAL PROSTHESES
**International Class 41:** [ ORGANIZATION OF SEMINARS FOR TRAINING IN DENTAL AND DENTAL TECHNICAL FIELDS ]
**First Used:** 1935  (INTL. CL. 1)
**In Commerce:** MAR 1984
**First Used:** 1935  (INTL. CL. 2)
**In Commerce:** MAR 1984
**First Used:** 1935  (INTL. CL. 5)
**In Commerce:** MAR 1984
**First Used:** 1935  (INTL. CL. 8)
**In Commerce:** MAR 1984
**First Used:** 1935  (INTL. CL. 11)
**In Commerce:** MAR 1984
**First Used:** 1935  (INTL. CL. 21)
**In Commerce:** MAR 1984
**First Used:** AUG 1981  (INTL. CL. 41)

Analyst: STEVE DOYLE

Exhibit 79
-1179-

KDA-003779

**BRUXZIR**

**In Commerce:** AUG 1981

**Last Reported Owner:** HERAEUS KULZER GMBH
GERMANY COMPANY
GRUENER WEG 11
D–63450 HANAU, GERMANY

**Chronology:** **Filed:** APR 21, 1989 **Serial Number:** 73–794,953
**Published For Opposition:** DEC 03, 1991
**Registered:** FEB 25, 1992 **Registration Number:** 1,676,445
**Affidavit Section:** REGISTERED – PARTIAL SEC. 8 (10–YR) ACCEPTED MAR 28, 2002
REGISTERED – SEC. 8 (6–YR) ACCEPTED & SEC. 15 ACK.
APR 04, 1998
**Renewed:** FEB 25, 2002
**Cancelled:** SEP 28, 2012
**Earliest Date in Record:** 1935 (First Used)

**Ownership Details:**

**Registrant:** HERAEUS KULZER GMBH
GERMANY COMPANY
GRUENER WEG 11
D–63450 HANAU, GERMANY

**Assignee**
HERAEUS KULZER GMBH
GERMANY COMPANY
GRUENER WEG 11
D–63450 HANAU, GERMANY

**Brief:** CHANGE OF NAME
**Recorded:** AUG 18, 2005
**Reel/Frame:** 3209/0614
**Correspondent:**
NATHANIEL D. KRAMER, ESQ.
KIRSCHSTEIN, OTTINGER, ISRAEL &
SCHIFFMILLER, P.C.
489 FIFTH AVENUE
NEW YORK, NEW YORK 10017

**Assignor**
HERAEUS KULZER GMBH & CO. KG
GERMANY COMPANY
**Signed:** AUG 26, 2004

Exhibit 79
-1180-
KDA-003780

**BRUXZIR**

**Assignee**
HERAEUS KULZER GMBH & CO. KG.
GERMANY CORPORATION
D−63450 HANAU, GERMANY

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JUL 16, 1999
**Reel/Frame:** 1932/0703
**Correspondent:**
SPRUNG KRAMER SCHAEFER & BRISCOE
NATHANIEL D. KRAMER, ESQ.
120 WHITE PLAINS ROAD, SUITE 202
TARRYTOWN, NEW YORK 10591

**Assignor**
HERAEUS KULZER GMBH
GERMANY CORPORATION
**Signed:** JUL 01, 1999

**Assignee**
HERAEUS KULZER GMBH
GERMANY CORPORATION
FEDERAL REPUBLIC OF GERMANY
HANAU, GRUNER WEG 11

**Brief:** CHANGE OF NAME 19900927
**Recorded:** JUL 24, 1992
**Reel/Frame:** 0886/0226
**Correspondent:**
NATHANIEL D. KRAMER
SPRUNG, HORN, KRAMER & WOODS
120 WHITE PLAINS ROAD
TARRYTOWN, NEW YORK 10591

**Assignor**
KULZER GMBH
DELAWARE CORPORATION
**Signed:** JUN 11, 1992

**Non−U.S. Registration Claimed:** 1131355
**Non−U.S. Registration Date:** NOV 30, 1988

**Non−U.S. Registration Country:** GERMANY

**Other U.S. Registrations:** 1,180,987; 1,451,740

**Filing Correspondent:**   NATHANIEL D. KRAMER
                            COBRIN & GITTES
                            750 LEXINGTON AVENUE
                            N EW YORK, NY 10022

**Domestic Representative:** COBRIN & GITTES

Exhibit 79
-1181-
KDA-003781

# BALAXUR

**BALAXUR**

**Global Filings = 7**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** NOV 20, 2007 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF THE CENTRAL NERVOUS SYSTEM LIKE ALZHEIMER'S DISEASE, PARKINSON'S DISEASE, DEMENTIA, TINNITUS, PAIN, AUTISM, AMYOTROPHIC LATERAL SCLEROSIS, IRRITABLE BOWEL SYNDROME, BINGE EATING AND MULTIPLE SCLEROSIS |
| **Last Reported Owner:** | MERZ PHARMA GMBH & CO. KGAA |
| | GERMANY  KOMMANDITGESELLSCHAFT AUF AKTIEN |
| | ECKENHEIMER LANDSTRASSE, 100 |
| | FRANKFURT AM MAIN, GERMANY  60318 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BERAXUR | USPTO | Page 69 |

| | | |
|---|---|---|
| **Chronology:** | **Filed:** AUG 23, 2006 | **Serial Number:** 78−958,658 |
| | **Published For Opposition:** SEP 04, 2007 | |
| | **Registered:** NOV 20, 2007 | **Registration Number:** 3,339,977 |
| | **Earliest Date in Record:** JUL 11, 2006  (Non−U.S. Application Date) | |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | MERZ PHARMA GMBH & CO. KGAA |
| | GERMANY  KOMMANDITGESELLSCHAFT AUF AKTIEN |
| | ECKENHEIMER LANDSTRASSE, 100 |
| | FRANKFURT AM MAIN, GERMANY  60318 |

KDA-003782

**BRUXZIR**

---

**Non−U.S. Application Claimed:** 30642944.6
**Non−U.S. Application Date:** JUL 11, 2006
**Non−U.S. Application Country:** GERMANY

**Non−U.S. Registration Claimed:** 30642944
**Non−U.S. Registration Date:** NOV 06, 2006
**Non−U.S. Registration Country:** GERMANY

**Filing Correspondent:**  G PATRICK SAGE
                            HUESCHEN & SAGE PLLC
                            107 W MICHIGAN AVE
                            7TH FL KALAMAZOO BLDG
                            KALAMAZOO, MI 49007

**Domestic Representative:** G. PATRICK SAGE

Exhibit 79
-1183-
KDA-003783

**BRUXZIR**

**US−105**
**Group:** Four

## ZIRCALUX

| | | |
|---|---|---|
| **Status:** | CANCELLED<br>SECTION 44 (D) | **Cancellation Section:** 8 |

**USPTO Status:** CANCELLED − SECTION 8
**USPTO Status Date:** MAY 05, 1997

**Goods/Services:** **International Class 5:** DENTAL PREPARATIONS AND SUBSTANCES; NAMELY, MATERIAL FOR STOPPING TEETH, DENTAL WAX, DENTAL CEMENT, AND DENTAL FILLING PREPARATIONS

**Last Reported Owner:** IMPERIAL CHEMICAL INDUSTRIES PLC
UNITED KINGDOM  COMPANY
IMPERIAL CHEMICAL HOUSE
MILLBANK, LONDON, ENGLAND 3JF

**Chronology:** **Filed:** SEP 28, 1988        **Serial Number:** 73−754,591
Published For Opposition: AUG 07, 1990
**Registered:** OCT 30, 1990        **Registration Number:** 1,619,366
**Cancelled:** JUN 17, 1997
**Earliest Date in Record:** MAR 31, 1988  (Non−U.S. Application Date)

---

**Ownership Details:**

**Registrant:** IMPERIAL CHEMICAL INDUSTRIES PLC
UNITED KINGDOM  COMPANY
IMPERIAL CHEMICAL HOUSE
MILLBANK, LONDON, ENGLAND 3JF

**Non−U.S. Application Claimed:** 1340221
**Non−U.S. Application Date:** MAR 31, 1988
**Non−U.S. Application Country:** UNITED KINGDOM

**Non−U.S. Registration Claimed:** 1340221
**Non−U.S. Registration Date:** AUG 25, 1989
**Non−U.S. Registration Country:** UNITED KINGDOM

**Filing Correspondent:** H. JOHN CAMPAIGN
GRAHAM, CAMPAIGN & MCCARTHY, P.C.
36 WEST 44TH STREET
NEW YORK, NY 10036−8178

# BREEZERS

**BREEZERS**

`TTAB`

**Status:**   REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 07, 2006

**Goods/Services:**   **International Class 3:** HEALTH AND BEAUTY AIDS, NAMELY, BODY WASHES AND BODY LOTIONS
**International Class 21:** DISPENSING SYSTEMS FOR HEALTH AND BEAUTY AIDS, NAMELY, DISPENSERS FOR BODY WASHES AND DISPENSERS FOR BODY LOTIONS
**First Used:** AUG 27, 2005  (INTL. CL. 3)
**In Commerce:** AUG 27, 2005
**First Used:** AUG 27, 2005  (INTL. CL. 21)
**In Commerce:** AUG 27, 2005

**Last Reported Owner:**   INNOVATION AND DESIGN, INC.
GEORGIA  CORPORATION
737 HARRY MCCARTY ROAD, SUITE 101
BETHLEHEM, GEORGIA  30680

**Chronology:**   **Filed:** SEP 29, 2003          **Serial Number:** 76−552,430
**Published For Opposition:** JAN 25, 2005
**Registered:** NOV 07, 2006          **Registration Number:** 3,169,114
**Earliest Date in Record:** SEP 29, 2003  (Filed)

---

**Trademark Trials and Appeal Board (TTAB) Information:**

`TTAB`

**Extension of Time to Oppose Number:** 76552430
**Extension of Time to Oppose Filed:** FEB 22, 2005
**Outcome:** TERMINATED  JUN 25, 2005

**Potential Opposer:**                              **Applicant:**
CADBURY IRELAND LTD.                        INNOVATION AND DESIGN, INC.

**Mark:**                                                   **Mark:** BREEZERS
**Serial Number:**                                      **Serial Number:** 76−552,430

**BRUXZIR**

**Correspondent:**
ELISABETH STEWART BRADLEY, ESQ.
CADBURY SCHWEPPES
900 KING STREET
RYE BROOK, NY 10573 US

**Correspondent:**
RICHARD M. MOOSE
DORITY & MANNING
P.O. BOX 1449
GREENVILLE, SC 29602-1449

**TTAB Entry:** #2 INCOMING - EXT TIME TO OPPOSE FILED, FEB 22, 2005
**TTAB Entry:** #1 EXTENSION OF TIME GRANTED, FEB 22, 2005

**Ownership Details:**

**Registrant:**          INNOVATION AND DESIGN, INC.
                         GEORGIA  CORPORATION
                         737 HARRY MCCARTY ROAD, SUITE 101
                         BETHLEHEM, GEORGIA  30680

**Filing Correspondent:**  J. BENNETT MULLINAX
                           J. BENNETT MULLINAX, LLC
                           P O BOX 26029
                           GREENVILLE SC 29616-1029

Exhibit 79
-1186-

KDA-003786

# ROXXIRE

**ROXXIRE**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** SECOND EXTENSION − GRANTED |
| | **USPTO Status Date:** OCT 04, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS, NAMELY HORMONAL PREPARATIONS |
| **Last Reported Owner:** | BAYER AKTIENGESELLSCHAFT |
| | GERMANY AKTIENGESELLSCHAFT |
| | KAISER−WILHELM−ALLEE |
| | LEVERKUSEN, GERMANY 51373 |
| **Chronology:** | **Filed:** MAR 24, 2011    **Serial Number:** 85−275,796 |
| | **Published For Opposition:** AUG 09, 2011 |
| | **Allowance Filed:** OCT 04, 2011 |
| | **Earliest Date in Record:** MAR 24, 2011  (Filed) |

**Ownership Details:**

**Applicant:**           BAYER AKTIENGESELLSCHAFT
                         GERMANY AKTIENGESELLSCHAFT
                         KAISER−WILHELM−ALLEE
                         LEVERKUSEN, GERMANY 51373

**Filing Correspondent:** JEFFREY M. GITCHEL
                         BAYER CORPORATION
                         100 BAYER ROAD
                         PITTSBURGH PA 15205

**Domestic Representative:** JEFFREY M. GITCHEL

KDA-003787

# STRUCSURE

**STRUCSURE**

 **Global Filings = 7**

**Status:**              REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 05, 2012

**Goods/Services:**      **International Class 10:** BONE VOID FILLERS MADE FROM ARTIFICIAL MATERIALS; BONE
GRAFT IMPLANTS MADE FROM ARTIFICIAL MATERIALS
**First Used:** OCT 01, 2011  (INTL. CL. 10)
**In Commerce:** OCT 01, 2011

**Last Reported Owner:**  SMITH & NEPHEW, INC.
DELAWARE  CORPORATION
1450 BROOKS ROAD
MEMPHIS, TENNESSEE  38116

**Chronology:**          **Filed:** JUN 30, 2011          **Serial Number:** 85−360,188
**Published For Opposition:** NOV 29, 2011
**Registered:** JUN 05, 2012          **Registration Number:** 4,155,660
**Earliest Date in Record:** JUN 30, 2011  (Filed)

**Ownership Details:**

**Registrant:**          SMITH & NEPHEW, INC.
DELAWARE  CORPORATION
1450 BROOKS ROAD
MEMPHIS, TENNESSEE  38116

**Filing Correspondent:**  WILLIAM B. CLEMMONS, JR.
SMITH & NEPHEW, INC.
1450 E BROOKS RD
MEMPHIS, TN 38116−1804

Exhibit 79
-1188-

KDA-003788

**BRUXZIR**

**US−109**
**Group:** Four

# BEXERO

**BEXERO**

 **Global Filings = 5**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** JUN 21, 2011 |
| **Goods/Services:** | **International Class 5:** VACCINES FOR HUMAN USE |
| **Last Reported Owner:** | NOVARTIS AG |
| | SWITZERLAND CORPORATION |
| | CH−4002 |
| | BASEL, SWITZERLAND |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREZERIS | USPTO | Page 112 |
| BREZILIZER | USPTO | Page 143 |
| FLUXSERO | USPTO | Page 147 |
| BREZILIZER | USPTO | Page 153 |

**Chronology:**   **Filed:** JAN 19, 2011   **Serial Number:** 85−221,519
**Published For Opposition:** APR 05, 2011
**Registered:** JUN 21, 2011   **Registration Number:** 3,981,703
**Earliest Date in Record:** DEC 30, 2010 (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:**   NOVARTIS AG
SWITZERLAND CORPORATION
CH−4002
BASEL, SWITZERLAND

KDA-003789

**BRUXZIR**

**Non−U.S. Application Claimed:** 64270/2010
**Non−U.S. Application Date:** DEC 30, 2010
**Non−U.S. Application Country:** SWITZERLAND

**Non−U.S. Registration Claimed:** 610070
**Non−U.S. Registration Date:** JAN 07, 2011

**Non−U.S. Registration Country:** SWITZERLAND
**Other U.S. Registrations:** 3,821,791

**Filing Correspondent:**    NANCY SABARRA
                             FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                             866 UNITED NATIONS PLZ
                             NEW YORK, NY 10017−1822

# GLUXPER

**GLUXPER**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−AFTER PUBLICATION |
| | **USPTO Status Date:** DEC 06, 2007 |
| **Goods/Services:** | **International Class 5:** DIAGNOSTIC REAGENTS AND CONTRAST MEDIA FOR MEDICAL USE |
| **Last Reported Owner:** | BRISTOL−MYERS SQUIBB COMPANY |
| | DELAWARE  CORPORATION |
| | 345 PARK AVENUE |
| | NEW YORK, NEW YORK 10154 |
| **Chronology:** | **Filed:** SEP 09, 2005          **Serial Number:** 78−709,662 |
| | **Published For Opposition:** SEP 04, 2007 |
| | **Abandoned:** DEC 05, 2007 |
| | **Date Revived/Reinstated:** NOV 21, 2006 |
| | **Earliest Date in Record:** SEP 09, 2005  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | BRISTOL−MYERS SQUIBB COMPANY |
| | DELAWARE  CORPORATION |
| | 345 PARK AVENUE |
| | NEW YORK, NEW YORK 10154 |
| **Filing Correspondent:** | NADINE P. FLYNN |
| | BRISTOL−MYERS SQUIBB COMPANY |
| | 345 PARK AVE |
| | NEW YORK, NY 10154−0004 |

# Luxar

**LUXAR**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED |
| | **USPTO Status Date:** JUN 15, 2007 |
| **Goods/Services:** | **International Class 10:** LASERS FOR MEDICAL USE |
| **Last Reported Owner:** | LUXARCARE LLC |
| | WASHINGTON  LIMITED LIABILITY CO. |
| | 14241 NE WOODINVILLE-DUVALL RD |
| | PMB416 |
| | WOODINVILLE, WASHINGTON  98072 |

**Chronology:**       **Filed:** FEB 06, 2004            **Serial Number:** 78-363,836
                  **Published For Opposition:** MAR 22, 2005
                  **Abandoned:** JUN 15, 2007
                  **Date Revived/Reinstated:** MAR 10, 2007
                  **Earliest Date in Record:** FEB 06, 2004  (Filed)

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | LUXARCARE LLC |
| | WASHINGTON  LIMITED LIABILITY CO. |
| | 14241 NE WOODINVILLE-DUVALL RD |
| | PMB416 |
| | WOODINVILLE, WASHINGTON  98072 |
| **Filing Correspondent:** | LUXARCARE LLC |
| | SEED IP LAW GROUP PLLC |
| | SUITE 5400 |

KDA-003792

**BRUXZIR**

701 FIFTH AVENUE
SEATTLE WA 98104

This page was intentionally left blank.

**Search: 221922911**          **Analyst: STEVE DOYLE**          **Page: 234**

Exhibit 79
-1194-

KDA-003794

**BRUXZIR**

**State Summary Page**

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| | | | **GROUP ONE** | | | | |
| | | | **No Group One Matches** | | | | |
| | | | **GROUP TWO** | | | | |
| | | | **No Group Two Matches** | | | | |
| | | | **GROUP THREE** | | | | |
| | | | **No Group Three Matches** | | | | |
| | | | **GROUP FOUR** | | | | |
| 1. BREEZERS | | | | | | | |
| | Registered | 5 | QUALITY PRODUCTS, INC. | 60313 | PR | 237 | ☐ |
| 2. ZIRTANIUM | | | | | | | |
| | Registered | 10 | CHOICE DENTAL LABORATORY, INC. | 99808 | IL | 238 | ☐ |
| | | | **GROUP FIVE** | | | | |
| | | | **No Group Five Matches** | | | | |

**BRUXZIR**

## ANALYST REVIEW − STATE REPORT

Search Information

Type of Search:   **U.S. Full Search**
Mark:             **BRUXZIR**
Goods/Services:   **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

Data Information

This search report covers State Trademark data updated on **10/06/2012**. While we make diligent efforts to secure timely updates from each state, the currentness of trademark information varies by state. See the chart below for the dates of most recent registration for each state.

| STATE NAME | REGISTRATIONS THROUGH | | STATE NAME | REGISTRATIONS THROUGH | |
|---|---|---|---|---|---|
| ALABAMA | + | 05/16/2012 | MONTANA | + | 07/03/2012 |
| ALASKA | + | 03/28/2012 | NEBRASKA | + | 08/31/2012 |
| AMERICAN SAMOA | | 03/29/2005 | NEVADA | + | 08/31/2012 |
| ARIZONA | + | 08/15/2010 | NEW HAMPSHIRE | + | 07/07/2004 |
| ARKANSAS | | 06/30/2012 | NEW JERSEY | + | 04/26/2012 |
| CALIFORNIA | + | 04/30/2012 | NEW MEXICO | + | 06/29/2012 |
| COLORADO | + | 07/31/2012 | NEW YORK | + | 04/16/2012 |
| CONNECTICUT | + | 05/21/2012 | NORTH CAROLINA | | 10/31/2011 |
| DELAWARE | + | 06/13/2012 | NORTH DAKOTA | + | 08/31/2012 |
| FLORIDA | + | 08/31/2012 | OHIO | | 05/31/2011 |
| GEORGIA | + | 07/31/2012 | OKLAHOMA | + | 07/02/2012 |
| HAWAII | + | 06/30/2012 | OREGON | + | 06/30/2012 |
| IDAHO | | 06/28/2012 | PENNSYLVANIA | | 09/30/2011 |
| ILLINOIS | | 07/30/2012 | *PUERTO RICO | | 12/15/2008 |
| INDIANA | + | 05/24/2012 | RHODE ISLAND | + | 06/22/2012 |
| IOWA | + | 08/31/2012 | SOUTH CAROLINA | + | 03/23/2012 |
| KANSAS | + | 08/31/2012 | SOUTH DAKOTA | + | 06/19/2012 |
| KENTUCKY | + | 05/29/2012 | TENNESSEE | + | 06/29/2012 |
| LOUISIANA | + | 08/31/2012 | TEXAS | + | 03/30/2012 |
| MAINE | + | 07/10/2012 | UTAH | + | 08/06/2012 |
| MARYLAND | | 03/14/2012 | VERMONT | + | 02/27/2012 |
| MASSACHUSETTS | + | 05/31/2012 | VIRGINIA | + | 03/28/2012 |
| MICHIGAN | | 08/31/2012 | WASHINGTON | + | 03/30/2012 |
| MINNESOTA | + | 08/31/2012 | WEST VIRGINIA | + | 02/16/2012 |
| MISSISSIPPI | + | 12/07/2009 | WISCONSIN | + | 07/25/2012 |
| MISSOURI | + | 05/30/2012 | WYOMING | + | 08/31/2012 |

Not Renewed: A state trademark record receives a status of "Not Renewed" when the deadline to renew the trademark has passed and the applicable state trademark office has not sent a notice of renewal.

+ Indicates that our trademark database for this state contains images, packaging samples and specimens of use filed with trademark applications.

* Because of the manual nature of data collection for Puerto Rico, we are unable to guarantee that all records through the coverage date are included.

Analyst Information

Name:       **STEVE DOYLE**
Comments:   **The queries listed below retrieved <u>495</u> potential references from the database. After careful review and analysis I have selected <u>2</u> records for your review.**

**BRUXZIR**

**ST−1**
**Group:** Four

**BREEZERS**

| | |
|---|---|
| **State:** | PUERTO RICO |
| **Status:** | REGISTERED |
| **Date Registered:** | JAN 31, 2006 |
| **Registration No.:** | 60313 |
| **Goods/Services:** | **International Class: 5** |
| | PHARMACEUTICAL AND VETERINARY PREPARATIONS |
| | **State Class:** 5 |
| **Registrant:** | QUALITY PRODUCTS, INC. |
| | CITY/STATE NOT LISTED, |

**BRUXZIR**

**ST−2**
**Group:** Four

**ZIRTANIUM**

**State:**                    ILLINOIS

**Status:**                  REGISTERED
**Date Registered:**    DEC 11, 2008
**Registration No.:**     99808

**Goods/Services:**      **International Class: 10**
                              DENTAL IMPLANT ABUTMENTS, DENTAL IMPLANTS
                              **First Use In State:** DEC 02, 2008      **First Use Anywhere:** DEC 02, 2008

**Registrant:**            CHOICE DENTAL LABORATORY, INC.
                              ILLINOIS CORPORATION
                              C/O MUCH SHELIST, 191 N WACKER DRIVE STE 1800
                              CHICAGO, ILLINOIS 60606

**Filing Correspondent:**  JAMES P. HANRATH
                              MUCH SHELIST
                              191 N WACKER DR STE 1800
                              CHICAGO, ILLINOIS 606061615

**BRUXZIR**

## ANALYST REVIEW – WEB COMMON LAW REPORT

---

Search Information

Type of Search:     **U.S. Full Search**
Mark:               **BRUXZIR**
Goods/Services:     **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

---

Data Information

Our Analysts search against the top search engines to find and report examples of potentially conflicting marks, and include snapshots and links to the Web page(s) on which the reference was found.

Your Web Common Law report may also include a focused search against targeted industry websites, chosen to enhance the web coverage for your specific goods and services.

---

Important Notices

Due to the dynamic nature of the Web, citations may become available or unavailable at any time.  The search results included in this section are a sampling of the information available at the time of the preparation of this search report, and are not a comprehensive representation of all Web sites.  Any of the citations included in your search report may become unavailable at any time following the preparation of this report.  Additionally, please be aware that we do not filter Web content, which makes it possible that your Web Common Law citation may include objectionable material.

---

Analyst Information

Name:               **Billy Johnston**
Comments:

---

Search Strategy

Query

+″BRUXZIR″ OR ″BRUXZIRS″

+″BRUXZIR″ OR ″BRUXZIRS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

+″BRUXZIRE″ OR ″BRUXZIRES″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

+″BRUXZIRR″ OR ″BRUXZIRRS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

+″BRUXZZIR″ OR ″BRUXZZIRS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

+″BRUXZER″ OR ″BRUXZERS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

+″BRUXZYR″ OR ″BRUXZYRS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

+″BRUXSIR″ OR ″BRUXSIRS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

+″BRUCKSZIR″ OR ″BRUCKSZIRS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

---

Exhibit 79
-1199-

KDA-003799

**BRUXZIR**

Search Strategy

Query

+″BRUKSZIR″ OR ″BRUKSZIRS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

+″BRUCSZIR″ OR ″BRUCSZIRS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

+″BRUXIR″ OR ″BRUXIRS″ DENTAL OR DENTIST OR ORAL OR TOOTH OR TEETH OR ORTHODONTIC OR FLOSS OR GINGIVITIS

**BRUXZIR**

## Web Common Law Summary

| Record Number | URL | Web Page Title | Page |
|---|---|---|---|
| 1. | http://www.bruxzir.com/ | BruxZir Solid Zirconia Crowns & Bridges – Home | 242 |
| 2. | http://www.innovativedentalarts.com/servic es/all−ceramic/bruxzir.html | BruxZir® | Innovative Dental Arts | 243 |
| 3. | http://dentalsouthinc.com/laboratories.php | Laboratories | Dental South | Atlanta, GA | 244 |

**BRUXZIR**

http://www.bruxzir.com/



**BRUXZIR**

**WCL−2**
**Web Common Law**

http://www.innovativedentalarts.com/services/all−ceramic/bruxzir.html



http://dentalsouthinc.com/laboratories.php



http://dentalsouthinc.com/laboratories.php

**BRUXZIR**

## Common Law Database Summary Page

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|----------|-----------|-------|--------|------|--------------------|

**GROUP ONE**

**No Group One Matches**

**GROUP TWO**

**No Group Two Matches**

**GROUP THREE**

**No Group Three Matches**

**GROUP FOUR**

| | Citation | Class(es) | Owner | Source | Page | Record of Interest |
|---|----------|-----------|-------|--------|------|--------------------|
| 1. | BREEZERS | 5 | FIRST QUALITY | FDB MEDKNOWLEDGE | 248 | ☐ |
| 2. | BRUDER | 10 | BRUDER HEALTHCARE COMPANY | MEDICAL DEVICE REGISTER | 248 | ☐ |
| 3. | BEXXAR | 5,9,10 | GLAXOSMITHKLINE | PHYSICIANS DESK REFERENCE ... | 249 | ☐ |
| 4. | BREXPIPRAZOLE | 5 | OTSUKA PHARMACEUTICAL DEVELOPMENT & COMMERCIA ... | USAN COUNCIL ACCEPTED USAN | 249 | ☐ |
| 5. | BROXICICRA | 5 | N/A | USAN COUNCIL PROPOSED USAN | 249 | ☐ |
| 6. | BRONZER | 3 | TEMPTU | THE ROSE SHEET | 250 | ☐ |
| 7. | LUXOR | 10 | STRYKER CORP. | MEDICAL DEVICE REGISTER | 250 | ☐ |
| 8. | BAXTER | 10 | OMNI MEDICAL SUPPLY INC. | MEDICAL DEVICE REGISTER | 250 | ☐ |
| 9. | BIOMIXER | 10 | BIOSPEC PRODUCTS, INC. | THOMASNET | 251 | ☐ |
| 10. | BXR | 10 | XMA (X–RAY MARKETING AS SOCIATES, INC.) | MEDICAL DEVICE REGISTER | 251 | ☐ |
| 11. | LUXFER | 10 | LUXFER GAS CYLINDERS | MEDICAL DEVICE REGISTER | 251 | ☐ |
| 12. | ZIRAMIC | 10 | SURMET CORP. | MEDICAL DEVICE REGISTER | 252 | ☐ |

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|----------|-----------|-------|--------|------|--------------------|
| 13. TSA ANALYZIR | | | | | |
| | 10 | SEA HORSE BIO SCIENCE | MEDICAL DEVICE REGISTER | 252 | ☐ |
| 14. UXR | | | | | |
| | 10 | XMA (X−RAY MARKETING AS SOCIATES, INC.) | MEDICAL DEVICE REGISTER | 252 | ☐ |
| **GROUP FIVE** | | | | | |
| 15. BRUX−0−GARD | | | | | |
| | 10 | TMJ APPLIANCE | MEDICAL DEVICE REGISTER | 253 | ☐ |
| 16. BRULIN | | | | | |
| | Multi | BRULIN CORP, THE | THOMASNET | 253 | ☐ |
| 17. BUR−ZIN | | | | | |
| | 5 | LAMOND | AMERICAN DRUG INDEX | 253 | ☐ |
| 18. PARO BRUSH STICK | | | | | |
| | 10 | HAGER WORLDWIDE, INC. | MEDICAL DEVICE REGISTER | 254 | ☐ |
| 19. BREXIN EX | | | | | |
| | 5 | SAVAGE LABORATORIES | AMERICAN DRUG INDEX | 254 | ☐ |

**BRUXZIR**

## ANALYST REVIEW − COMMON LAW DATABASE REPORT

Search Information

| | |
|---|---|
| Type of Search: | **U.S. Full Search** |
| Mark: | **BRUXZIR** |
| Goods/Services: | **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES** |

Data Information

**PLEASE REFER TO THE COMMON LAW SOURCE INSERT FOR A REPRESENTATIVE LISTING OF OUR COMMON LAW SOURCES.**

Analyst Information

| | |
|---|---|
| Name: | **STEVE DOYLE** |
| Comments: | **The queries listed below retrieved <u>374</u> potential references from the database. After careful review and analysis I have selected <u>19</u> records for your review.** |

**BRUXZIR**

COL-1
**Group:** Four

**BREEZERS**

**Goods/Services:** MEDICAL SUPPLIES; UNSPECIFIED
**TCM Assigned Class(es):** 5
**Ingredient(s):** DIAPER,BRIEF,ADULT,DISPOSABLE
**Dose Form; Route:** EACH; MISCELLANEOUS
**Type:** OTC
**Pack Type:** PACKET
**Owner:**
  FIRST QUALITY
**Source:**
  FDB MEDKNOWLEDGE
**Publication Date:** 2012

COL-2
**Group:** Four

**BRUDER**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
  BRUDER HEALTHCARE COMPANY 3150 ENGINEERING PARKWAY ALPHARETTA
  GA 30004
**Owner Phone:**  770-569-5994
**Owner Fax:**  770-521-5557
**URL:**  http://www.bruder.com

**We Have Located Other Marks With This Owner**

  BRUDER                          USPTO        Page 97

**Source:**
  MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**BRUXZIR**

**COL-3**
**Group:** Four

**BEXXAR**

**Goods/Services:** MEDICAL AND PHARMACEUTICAL PRODUCTS
**TCM Assigned Class(es):** 5,9,10
**Ingredient(s):** IODINE I 131 TOSITUMOMAB
**Type:** PRESCRIBED
**Owner:**
  GLAXOSMITHKLINE

**We Have Located Other Marks With This Owner**

| BEXXAR | USPTO | Page 209 |
| BEXXAR | USPTO | Page 212 |

**Source:**
  PHYSICIANS DESK REFERENCE
**Publication Date:** 2012

**COL-4**
**Group:** Four

**BREXPIPRAZOLE**

**Goods/Services:** TREATMENT OF SCHIZOPHRENIA, PSYCHIATRIC DISORDERS
**TCM Assigned Class(es):** 5
**Owner:**
  OTSUKA PHARMACEUTICAL DEVELOPMENT & COMMERCIALIZATION
**Source:**
  USAN COUNCIL ACCEPTED USAN
**Publication Date:** 2012

**COL-5**
**Group:** Four

**BROXICICRA**

**Goods/Services:** ANTIVIRAL
**TCM Assigned Class(es):** 5
**Owner:**
  (NOT AVAILABLE)
**Source:**
  USAN COUNCIL PROPOSED USAN
**Publication Date:** 2012

**BRUXZIR**

**COL-6**
**Group:** Four

**BRONZER**

**Goods/Services:** COSMETIC
**TCM Assigned Class(es):** 3
**Owner:**
  TEMPTU
**Source:**
  THE ROSE SHEET
**Source Volume:** 3226
**Page Number:** 15
**Publication Date:** 06/27/2011

---

**COL-7**
**Group:** Four

**LUXOR**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
  STRYKER CORP 2825 AIRVIEW BOULEVARD KALAMAZOO MI 49002
**Owner Phone:** 269-385-2600
**Owner Fax:** 269-385-1062
**URL:** http://www.stryker.com
**Source:**
  MEDICAL DEVICE REGISTER
**Publication Date:** 2012

---

**COL-8**
**Group:** Four

**BAXTER**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
  OMNI MEDICAL SUPPLY INC. 4153 PIONEER DRIVE WALLED LAKE MI 48390
**Owner Phone:** 248-360-8000
**Owner Fax:** 248-360-9375
**URL:** http://www.omnimedicalsupply.com
**Source:**
  MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**BRUXZIR**

**COL-9**
**Group:** Four

## BIOMIXER

**Goods/Services:** TISSUE GRINDER
**TCM Assigned Class(es):** 10
**Owner:**
 BIOSPEC PRODUCTS, INC. P.O. BOX 788 BARTLESVILLE OK 74005
**Owner Phone:** (800)617-3363
**URL:** http://www.biospec.com
**Source:**
 THOMASNET
**Publication Date:** 2011

**COL-10**
**Group:** Four

## BXR

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
 XMA (X-RAY MARKETING ASSOCIATES, INC.) WINDHAM LAKES BUSINESS
 PARK 1205 W. LAKEVIEW COURT ROMEOVILLE IL 60446-6501
**Owner Phone:** 630-378-1992
**Owner Fax:** 630-378-1048
**URL:** http://www.xma.com

**We Have Located Other Marks With This Owner**

 UXR                                    Common Law     Page 252

**Source:**
 MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**COL-11**
**Group:** Four

## LUXFER

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
 LUXFER GAS CYLINDERS 3016 KANSAS AVENUE RIVERSIDE CA 92507
**Owner Phone:** 951-684-5110
**Owner Fax:** 951-328-1117
**URL:** http://www.luxfercylinders.com
**Source:**
 MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**BRUXZIR**

**COL−12**
**Group:** Four

**ZIRAMIC**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
SURMET CORP. 31 B ST. BURLINGTON MA 01803
**Owner Phone:** 781−272−8250
**Owner Fax:** 781−272−9185
**URL:** http://www.surmet.com
**Source:**
MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**COL−13**
**Group:** Four

**TSA ANALYZIR**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
SEA HORSE BIO SCIENCE 16 ESQUIRE ROAD NORTH BILLERICA MA 01862
**Owner Phone:** 978−671−1600
**Owner Fax:** 978−671−1611
**URL:** http://www.thermogenicimaging.com
**Source:**
MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**COL−14**
**Group:** Four

**UXR**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
XMA (X−RAY MARKETING ASSOCIATES, INC.) WINDHAM LAKES BUSINESS
PARK 1205 W. LAKEVIEW COURT ROMEOVILLE IL 60446−6501
**Owner Phone:** 630−378−1992
**Owner Fax:** 630−378−1048
**URL:** http://www.xma.com

**We Have Located Other Marks With This Owner**

BXR                                  Common Law      Page 251

**Source:**
MEDICAL DEVICE REGISTER
**Publication Date:** 2012

Exhibit 79
-1212-
KDA-003812

**BRUXZIR**

**COL–15**
**Group:** Five

**BRUX–0–GARD**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
   TMJ APPLIANCE 130 BLACK FERRY COURT LITTLETON NC 27850
**Owner Phone:** 434–636–2537
**Owner Fax:** 208–988–4834
**URL:** http://www.n/a
**Source:**
   MEDICAL DEVICE REGISTER
**Publication Date:** 2012

---

**COL–16**
**Group:** Five

**BRULIN**

**Goods/Services:** LUBES, INHIBITORS, DETERGENTS, SOLVENTS, PAINTS,
   CARBON, STRIPPERS, POLISHES, RESTORERS, SEALS, CARPETS,
   SANITIZERS, DEODRANTS AND DISPENSERS
**TCM Assigned Class(es):** 1,2,3,4,5,21
**Owner:**
   BRULIN CORP, THE 2920 DR. A.J. BROWN AVE. INDIANAPOLIS IN 46205
**Owner Phone:** (317)923–3211
**URL:** http://www.brulin.com
**Source:**
   THOMASNET
**Publication Date:** 2011

---

**COL–17**
**Group:** Five

**BUR–ZIN**

**Goods/Services:** ANTIPRURITIC, COUNTERIRRITANT.
**TCM Assigned Class(es):** 5
**Type:** OTC
**Owner:**
   LAMOND
**Source:**
   AMERICAN DRUG INDEX
**Publication Date:** 2012

**BRUXZIR**

**COL-18**
**Group:** Five

**PARO BRUSH STICK**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
  HAGER WORLDWIDE, INC. 13322 BYRD DRIVE ODESSA FL 33556-5312
**Owner Phone:** 813-926-7474
**Owner Fax:** 800-573-9392
**URL:** http://www.hagerworldwide.com
**Source:**
  MEDICAL DEVICE REGISTER
**Publication Date:** 2012

---

**COL-19**
**Group:** Five

**BREXIN EX**

**Goods/Services:** DECONGESTANT, EXPECTORANT.
**TCM Assigned Class(es):** 5
**Type:** OTC
**Owner:**
  SAVAGE LABORATORIES 60 BAYLIS RD. MELVILLE NY 11747-2006
**Owner Phone:** 631-454-9071 800-231-0206
**URL:** http://www.savagelabs.com
**Source:**
  AMERICAN DRUG INDEX
**Publication Date:** 2012

**BRUXZIR**

## Business Name Database Summary Page

| Citation | SIC Code | Description | D-U-N-S® Number | Page | Record of Interest |
|----------|----------|-------------|-----------------|------|--------------------|
| | | **GROUP ONE** | | | |
| | | **No Group One Matches** | | | |
| | | **GROUP TWO** | | | |
| | | **No Group Two Matches** | | | |
| | | **GROUP THREE** | | | |
| | | **No Group Three Matches** | | | |
| | | **GROUP FOUR** | | | |
| | | **No Group Four Matches** | | | |
| | | **GROUP FIVE** | | | |
| 1. | BRUXZIR PROPERTIES, LLC | | | | |
| | 65120000 | NONRESIDENTIAL BUILDING OPERATORS | 035611882/D&B | 258 | ☐ |

BRUXZIR

## ANALYST REVIEW − COMMON LAW/BUSINESS NAME REPORT

---

Search Information

Type of Search:   **U.S. Full Search**
Mark:             **BRUXZIR**
Goods/Services:   **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

---

Data Information

**DUN & BRADSTREET®** records, compiled from their marketing, credit and business investigation lists contains:

−name of the business
−secondary or "DBA" name, if applicable
−city, state, zip code, and telephone number
−D−U−N−S® number
−up to six SIC codes & corresponding description of goods/services.
−sales volume

**LAST D&B UPDATE**          **07/31/2012**

---

Analyst Information

Name:        **STEVE DOYLE**
Comments:    **This report is the result of a computerized search of over 15 million business names. The database used is licensed from Dun & Bradstreet, Inc.®(D&B®). While D&B considers their database reliable, the accuracy, currentness and completeness cannot be guaranteed.**

**These queries, listed below, retrieved the records that follow.**

---

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK | BRUXZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 2. | EXACT MARK | BRUXZ(I,Y)R | ALL CLASSES | 0 |
| 3. | EXACT MARK | THEBRUXZ(I,Y)R | ALL CLASSES | 0 |
| 4. | EXACT MARK | BRUXZ(I,Y)R(COMPANY, COMPANIES)(0 − 255 CHARACTERS) | ALL CLASSES | 0 |
| 5. | EXACT MARK | BRUXZ(I,Y)RCO | ALL CLASSES | 0 |
| 6. | EXACT MARK | BRUXZ(I,Y)RCORP(0 − 255 CHARACTERS) | ALL CLASSES | 0 |
| 7. | EXACT MARK | BRUXZ(I,Y)RINC | ALL CLASSES | 0 |
| 8. | EXACT MARK | BRUXZ(I,Y)RINCORP(0 − 255 CHARACTERS) | ALL CLASSES | 0 |
| 9. | EXACT MARK | BRUXZ(I,Y)R(LTD, LIMITED)(0 − 255 CHARACTERS) | ALL CLASSES | 0 |

---

**BRUXZIR**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 10. | PREFIX | BRUXZ(I,Y)R(DENT,TEETH, TOOTH,IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 11. | EXACT MARK WORD | BRUXZ(I,Y)R(0 − 255 CHARACTERS) <and> BRUXZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 12. | WORD | BRUXZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 13. | PREFIX | BRUXZ(I,Y)R | 42,44,3,21,5,10 | 0 |
| 14. | EXACT MARK | BRU(X,XX,CK,CH,K,C,Q)(S, C,X,Z)(I,Y)R | ALL CLASSES | 0 |
| 15. | WORD | BRU(X,XX,CK,CH,K,C,Q)(S, C,X,Z)(I,Y)R | ALL CLASSES | 1 |
| 16. | EXACT MARK | BRU(X,XX,CK,CH,K,C,Q)(S, C,X,Z)(E,U)R | ALL CLASSES | 0 |
| 17. | WORD | BRU(X,XX,CK,CH,K,C,Q)(S, C,X,Z)(E,U)R | ALL CLASSES | 0 |
| 18. | PREFIX | BRU(X,XX,CK,CH,K,C,Q)(S, C,X,Z)(E,U)R | ALL CLASSES | 1 |
| 19. | PREFIX | BRU(X,XX,CK,CH,K,C,Q)(S, C,X,Z)(I,Y)R | ALL CLASSES | 0 |

Class Identification

| | |
|---|---|
| 03 | COSMETICS AND CLEANING PREPARATIONS |
| 05 | PHARMACEUTICALS |
| 10 | MEDICAL APPARATUS |
| 21 | HOUSEWARES AND GLASS |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |
| 44 | MEDICAL, VETERINARY, AGRICULTURAL AND FORESTRY SERVICES |

**BRUXZIR**

**BRUXZIR PROPERTIES, LLC**

| | |
|---|---|
| **Address:** | 2315 CARTERS GIN RD |
| | TONEY, AL 35773-9729 |
| **Phone:** | 256-929-1293 |
| **Line Of Business:** | NONRESIDENTIAL BUILDING OPERATOR |
| **SIC Code/Description:** | |
| | 65120000 NONRESIDENTIAL BUILDING OPERATORS |
| **Sales Volume:** | $120,000 ESTIMATE |
| **Year Started:** | 2011 |
| **Employees Total:** | 2 |
| **Employees Here:** | 2 |
| **D-U-N-S® Number:** | 035611882-D&B |

KDA-003818

Exhibit 79
-1218-

**BRUXZIR**

## Online Database Source Descriptions

**Gale Group NewSearch**

Trade and business publications: more than 600 trade, general business periodicals, and management journals.

Newspapers: The New York Times, The Wall Street Journal (indexing for these two newspapers available the day after publication), the Los Angeles Times, The Washington Post, and the Christian Science Monitor.

Newswires: Full text of PR Newswire, Newsbytes, and Business Wire.

Magazines: more than 400 of the most widely−read American and Canadian magazines.

Computer journals: 120 journals specializing in the business and technical aspects of computers, electronics, and telecommunications.

Legal publications: over 700 law reviews, legal newspapers, commercial legal periodicals, and bar association journals.

Coverage: Most recent 45 days.

**BRUXZIR**

**[File 211]  Gale Group Newsearch(TM)**

© 2008 The Gale Group. All rights reserved.

**NO PERTINENT REFERENCES FOUND IN THE ABOVE FILES**

**BRUXZIR**

## Domain Name Summary Page

| Citation | Page | Record of Interest |
|---|---|---|
| **GROUP ONE** | | |
| 1. BRUXZIR.ASIA | 265 | ☐ |
| 2. BRUXZIR.INFO | 267 | ☐ |
| 3. BRUXZIR.NET | 269 | ☐ |
| 4. BRUXZIR.US | 271 | ☐ |
| 5. BRUXZIR.COM | 273 | ☐ |
| 6. BRUXZIRS.COM | 275 | ☐ |
| **GROUP TWO** | | |
| 7. BRUXZIRCROWN.COM | 277 | ☐ |
| 8. BRUXZER.COM | 279 | ☐ |
| **GROUP THREE** | | |
| 9. BRUXZIRLAB.COM | 281 | ☐ |
| 10. BRUXZIRUSA.COM | 283 | ☐ |
| 11. BRUXZIRLAB.ORG | 285 | ☐ |
| 12. BRUXZIRLAB.INFO | 287 | ☐ |
| 13. BRUXZIRLABS.COM | 289 | ☐ |
| 14. BRUXZIRLAB.NET | 291 | ☐ |
| 15. BRUXZIRE.COM | 293 | ☐ |
| 16. BRAXZERS.COM | 295 | ☐ |

Exhibit 79

-1221-

KDA-003821

**BRUXZIR**

| Citation | Page | Record of Interest |
|----------|------|--------------------|
| 17. BRAXZZERS.COM | 297 | ☐ |
| 18. BROXZIER.COM | 299 | ☐ |

**GROUP FOUR**

**No Group Four Matches**

**GROUP FIVE**

**No Group Five Matches**

**BRUXZIR**

## ANALYST REVIEW − INTERNET DOMAIN NAME REPORT

---

Search Information

Type of Search:     **U.S. Full Search**
Mark:               **BRUXZIR**
Goods/Services:     **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

---

Important Notices

Due to the constantly changing nature of the Internet, and the reasons detailed below, it is possible that the status of domain names may change between the time this report is generated and the time you receive this report. Therefore, we strongly recommend that you conduct additional domain name searching before attempting to register a domain name or forming a final opinion on the availability of a trademark or domain name.

* The dynamic nature of the Web allows for the registration of new domain names virtually continuously, 24 hours a day.
* All steps are taken to ensure the completeness and accuracy of our database. However, due to registrar/registry administrative procedures during domain name registration, some domain names may not be present in our database.
* Domain name registrars do not report domain names which are not currently registered, nor do they report domain names which may be ″on hold″ with the registrar.
* All domain names cited in this report should be considered to be REGISTERED as of the time this report was generated.
* For common names, retrieval may be limited to the identical spelling of the name as ordered.

Due to the nature of the Web, and because we do not filter Web content, it is possible that the Web Page Lookups included in this report may contain objectionable material. If you wish to avoid the possiblity of receiving such material, please contact us to ″opt out″ of Web Page Lookups.

---

Data Information

This report is the result of a computerized search of our database of top−level domain names. Our database is regularly updated with domain name data from all ICANN−accredited registrars and covers the following suffixes:

```
         .aero − air transport industry
         .asia − Asian businesses and individuals
         .biz − business
         .cat − Catalan language/culture
         .com − commercial
         .coop − for cooperatives
       *.edu − educational institution
     **.gov − U.S. Government agency
         .info − information
         .jobs − human resource management
         .mobi − content designed for mobile devices
         .name − for individuals and personalities
         .net − network
         .org − non−profit organization
         .pro − for credentialed professionals
         .tel − telephone/communications
         .travel − travel agents, airlines, hoteliers, tourism bureaus, etc.
         .us − country code for the United States
         .xxx − adult
```

This report covers domain names updated to our database as of the following date:     **OCT 10, 2012**

* The United States Department of Commerce no longer allows collection of the .edu domain names. Some records remain and may be cited from collections done prior to this restriction.

** The General Services Administration (GSA) no longer allows collection of the .gov domain names. Some records remain and may be cited from collections done prior to this restriction.

---

**BRUXZIR**

Analyst Information

Name:        **STEVE DOYLE**
Comments:

Search Strategy

| | Type | Query | #References |
|---|---|---|---|
| *1. | PREFIX LETTERSTRING | BRUXZ(I, Y)R <and> (DENT, TEETH, TOOTH, IMPLAN, BRIDG, CAP, CROWN) | 1 |
| 2. | LETTERSTRING | BRUXZ(I, Y)R(INLAY, ONLAY, PROSTH, ORAL, ORTHOD) | 0 |
| 3. | EXACT MARK | BRUXZ(I, Y)R | 6 |
| 4. | EXACT MARK | THEBRUXZ(I, Y)R | 0 |
| 5. | EXACT MARK | BRU(K, C, X, Q, CK, XX, CH)(S, C, X, Z)(I, U, Y, E)R | 1 |
| 6. | WORD | BRU(K, C, X, Q, CK, XX, CH)(S, C, X, Z)(I, U, Y, E)R | 0 |
| 7. | PREFIX | BRU(K, C, X, Q, CK, CH, X)(S, X, C, Z)IR | 7 |
| 8. | PREFIX | BRU(K, C, X, Q, CK, CH, X)(S, X, C, Z)ER | 3 |
| 9. | PREFIX | BRU(K, C, X, Q, CK, CH, X)(S, X, C, Z)YR | 0 |
| 10. | PHONETIC WORD | BRUXZIR | 3 |

* Alternate spellings and/or phonetic equivalents were generated for this query.

# BRUXZIR.ASIA

**Registered by:**

Click Registrar, Inc. d/b/a publicdomainregistry.com R233-ASIA (1085) Domain ID:D1881290-ASIA

**Registrant:**

DI_17693036 Lotus Dental Lotus Dental Co.,Ltd. 213 Moo 5 Sanpraned Sansai Chiangmai Chiangmai Thailand TH 50210 Phone: +66.53380506 Ext.: Fax Ext.: Email: administrator@lotus-dental.com

**Administrative Contact:**

DI_17693036 Lotus Dental Lotus Dental Co.,Ltd. 213 Moo 5 Sanpraned Sansai Chiangmai Chiangmai Thailand TH 50210 Phone: +66.53380506 Phone: Ext: Fax Ext: Email: administrator@lotus-dental.com

**Technical Contact:**

directi_1028 ASIA Domain Manager PDR Domains Solutions Private Limited 101/102, Osia Friendship, Gaothan Lane No. 4, Andheri (West) Mumbai Maharashtra IN 400058 Phone: +91.2266797550 Phone: Ext: Fax Ext: Email: compliance@pdrdomains.com

**Billing Contact:**

DI_17693036 Lotus Dental Lotus Dental Co.,Ltd. 213 Moo 5 Sanpraned Sansai Chiangmai Chiangmai Thailand TH 50210 Phone: +66.53380506 Ext.: Fax Ext: Email: administrator@lotus-dental.com

**Record History:**

**Record last updated on** 16-Aug-2012 10:46:21 UTC
**Record expires on** 01-Sep-2013 06:35:57 UTC

**Domain Servers in Listed Order:**

NS1.HOST-CARE.COM
NS2.HOST-CARE.COM

**WHOIS**

**Web Page Information**

**HTML Title:**            Lotus Dental |
**Status:**               Accessible

**BRUXZIR**



**BRUXZIR**

**DN-2**
**Group:** One

# BRUXZIR.INFO

**Registered by:**                    Click Registrar, Inc. dba publicdomainregistry.com (R673-LRMS)

**Registrant:**                       DI_17692940 Lotus Dental Lotus Dental Co,Ltd. 213 Moo 5 Sanpraned Sansai
                                      Chiangmai Chiangmai Chiangmai 50210 TH Phone: +66.53380506 Ext.: Fax Ext
                                      .: Email: administrator@lotus-dental.com

**Administrative Contact:**            DI_17692940 Lotus Dental Lotus Dental Co,Ltd. 213 Moo 5 Sanpraned Sansai
                                      Chiangmai Chiangmai Chiangmai 50210 TH Phone: +66.53380506 Phone: Ext:
                                      Admin FAX: Admin FAX Ext: Email: administrator@lotus-dental.com

**Technical Contact:**                DI_17692940 Lotus Dental Organization: Lotus Dental Co,Ltd. 213 Moo 5 Sanpra
                                      ned Sansai Chiangmai Chiangmai Chiangmai 50210 TH Phone: +66.53380506
                                      Phone: Ext: Tech FAX: Tech FAX Ext: Email: administrator@lotus-dental.com

**Billing Contact:**                  DI_17692940 Lotus Dental Lotus Dental Co,Ltd. 213 Moo 5 Sanpraned Sansai
                                      Chiangmai Chiangmai Chiangmai 50210 TH Phone: +66.53380506 Ext.: Fax Ext:
                                      email: administrator@lotus-dental.com

**Record History:**                   **Record created on** 01-Sep-2011 06:32:55 UTC
                                      **Record last updated on** 16-Aug-2012 08:32:32 UTC
                                      **Record expires on** 01-Sep-2013 06:32:55 UTC

**Domain Servers in Listed Order:**
                                      NS1.HOST-CARE.COM
                                      NS2.HOST-CARE.COM

**WHOIS**

**Web Page Information**

**HTML Title:**                       Lotus Dental |
**Status:**                           Accessible

Exhibit 79
-1227-
KDA-003827

**BRUXZIR**



**BRUXZIR**

**DN-3**
**Group:** One

# BRUXZIR.NET

| | |
|---|---|
| **Registered by:** | PSI-USA, INC. |
| **Registrant:** | 11117653 ORG Federico Chudzinski Triton Dental GmbH Fringsstrasse 5 Duess eldorf 40221 DE unknown Phone: +49-2111596873-0 email: triton@euro-denta l.de Protection: B [owner-c] remarks: TI 146958 Updated: 2011-01-19 12:54:07 |
| **Administrative Contact:** | 11117653 ORG Federico Chudzinski Triton Dental GmbH Fringsstrasse 5 Duess eldorf 40221 DE unknown Phone: +49-2111596873-0 email: triton@euro-denta l.de Protection: B [admin-c] remarks: TI 146958 Updated: 2011-01-19 12:54:07 |
| **Technical Contact:** | 604650 Host Europe GmbH Host Europe GmbH Welserstr. 14 Koeln 51149 DE DE Phone: +49-800-4678387 Fax: +49-1805-663233 email: support@hosteuro pe.de Protection: B [tech-c] remarks: TI 265 Updated: 2012-07-18 10:08:42 |
| **Zone Contact:** | 604650 Host Europe GmbH Host Europe GmbH Welserstr. 14 Koeln 51149 DE DE Phone: +49-800-4678387 Fax: +49-1805-663233 support@hosteurope.de Protection: B [zone-c] remarks: TI 265 Updated: 2012-07-18 10:08:42 |
| **Record History:** | **Record created on** 19-jan-2011 <br> **Record last updated on** 10-oct-2012 <br> **Record expires on** 19-jan-2013 |
| **Domain Servers in Listed Order:** | NS1.HANS.HOSTEUROPE.DE <br> NS2.HANS.HOSTEUROPE.DE <br> Status: ok |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | TRITON DENTAL |
| **Keywords:** | Triton Dental, BruxZir® Solid Zirconia, Bruxzir, Fräszentrum, Dentalstudio, Zahner satz, Inlays, Brücken, Einzelzähne, Kronen, |
| **Description:** | Triton Dental GmbH - Fräszentrum - Fringsstrasse 5, 40221 Düsseldorf, Telefon: +49 (0) 211 15964492 |
| **Status:** | Accessible |

Exhibit 79
-1229-
KDA-003829

**BRUXZIR**



# BruxZir® monolitisches Zirkon
## Natürliche Ästhetik bei höchster Festigkeit

**Home**  Porträt  Materialien  Fertigung  Fallbeispiele  Kontakt

TRIT

### BruxZir® monolitisches Zirkon

BruxZir® ist eine monolithische, vollkeramische Restauration aus Zirkonoxid für Kronen oder Brücken ohne keramische Verblendung. Das Material BruxZir® steht für Festigkeit und Ästhetik. ... » weiter

### Implantatabutments

Unsere Implantatabutments können wir individuell für diverse Implantatformen liefern. Wir erreichen durch unseren computergestützten Fräsvorgang Genauigkeiten von 1/1000stel Millimeter. ... » weiter

### KERN

Mit ihrer hydros KERN Triton die hochpräzise Fe exzellenter Oberfl

### CAD/CAM Technologie

Die fortschreitende Digitalisierung beeinflusst die moderne Zahnheilkunde maßgeblich. Die TRITON DENTAL setzt daher konsequent die neue digitale

### Digitale Präzision

Digitale Präzision heißt Fertigung von individuellem Zahnersatz mit einer Genauigkeit, die im Mikrometerbereich (µm) liegt. Durch Laserabtastung und digitale Kon-

### Autorisierter Partner

BruxZir® kombiniert höchste Transluzenz mit herausragenden mechanischen Eigenschaften wie überdurchschnittliche Biegefestigkeit. BruxZir® eignet sich hervorragend zur

Fe ge

**BRUXZIR.NET**

**BRUXZIR**

**DN-4**
**Group:** One

# BRUXZIR.US

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | CR67797366 Edsel Labao Glidewell Laboratories 4141 MacArthur Blvd., Newport Beach California 92660 United States US Phone: +1.7144402714 Email: elabao@glidewelldental.com Registrant Application Purpose: P1 Registrant Nexus Category: C21 |
| **Administrative Contact:** | CR67797368 Edsel Labao Glidewell Laboratories Address1: 4141 MacArthur Blvd., Newport Beach California 92660 United States US Phone: +1.7144402714 Email: elabao@glidewelldental.com Administrative Application Purpose: P1 Administrative Nexus Category: C21 |
| **Technical Contact:** | CR67797367 Edsel Labao Glidewell Laboratories 4141 MacArthur Blvd., Newport Beach California 92660 United States US Phone: +1.7144402714 Email: elabao@glidewelldental.com Technical Application Purpose: P1 Technical Nexus Category: C21 |
| **Billing Contact:** | CR67797369 Edsel Labao Glidewell Laboratories 4141 MacArthur Blvd., Newport Beach California 92660 United States US Phone: +1.7144402714 Email: elabao@glidewelldental.com Billing Application Purpose: P1 Billing Nexus Category: C21 |
| **Record History:** | **Record created on** Wed Nov 24 20:33:26 GMT 2010 **Record last updated on** Thu Feb 17 07:40:23 GMT 2011 **Record expires on** Fri Nov 23 23:59:59 GMT 2012 |
| **Domain Servers in Listed Order:** | NS63.DOMAINCONTROL.COM NS64.DOMAINCONTROL.COM |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | BruxZir Solid Zirconia Crowns & Bridges - Home |
| **Keywords:** | zirconia crowns, zirconia restoration, zirconium crowns, zirconia dentistry, all-zirconia, zirconia dental crown, dental zirconia, zirconium dental, zirconia ceramic, zirconia bridges, dental bridge, tooth crowns, bruxing solution, grinding solution, clenching solution, |
| **Description:** | BruxZir Solid Zirconia Crowns & Bridges are a virtually unbreakable CAD/CAM milled all-zirconia restoration. BruxZir Solid Zirconia Crowns & Bridges are full contoured zirconia restorations with no porcelain overlay. BruxZir can be prescribed instead of metal occlusal PFMs and full-cast metal restorations. It is an ideal restoration for bruxers and grinders. |
| **Status:** | Accessible |



**BRUXZIR.US**

**BRUXZIR**

**DN−5**
**Group:** One

## BRUXZIR.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Glidewell Laboratories 4141 MacArthur Blvd., Newport Beach, California 92660 United States |
| **Administrative Contact:** | Labao, Edsel elabao@glidewelldental.com Glidewell Laboratories 4141 MacArthur Blvd., Newport Beach, California 92660 United States +1.7144402714 |
| **Technical Contact:** | Labao, Edsel elabao@glidewelldental.com Glidewell Laboratories 4141 MacArthur Blvd., Newport Beach, California 92660 United States +1.7144402714 |
| **Record History:** | **Record created on** 27−jul−2009<br>**Record last updated on** 28−jul−2011<br>**Record expires on** 27−jul−2013 |
| **Domain Servers in Listed Order:** | NS1.MYDYNDNS.ORG<br>NS2.MYDYNDNS.ORG<br>NS3.MYDYNDNS.ORG<br>NS4.MYDYNDNS.ORG<br>NS5.MYDYNDNS.ORG<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | BruxZir Solid Zirconia Crowns & Bridges − Home |
| **Keywords:** | zirconia crowns, zirconia restoration, zirconium crowns, zirconia dentistry, all−zirconia, zirconia dental crown, dental zirconia, zirconium dental, zirconia ceramic, zirconia bridges, dental bridge, tooth crowns, bruxing solution, grinding solution, clenching solution, |
| **Description:** | BruxZir Solid Zirconia Crowns & Bridges are a virtually unbreakable CAD/CAM milled all−zirconia restoration. BruxZir Solid Zirconia Crowns & Bridges are full contoured zirconia restorations with no porcelain overlay. BruxZir can be prescribed instead of metal occlusal PFMs and full−cast metal restorations. It is an ideal restoration for bruxers and grinders. |
| **Status:** | Accessible |

Exhibit 79
-1233-
KDA-003833

**BRUXZIR**





**BRUXZIR.COM**

Search: 221922911

Analyst: STEVE DOYLE
Exhibit 79
-1234-

Domain Name Page: 274
KDA-003834

**BRUXZIR**

**DN−6**
**Group:** One

# BRUXZIRS.COM

There is no additional Registrar or WHOIS information available for this domain name.

**WHOIS**

**Web Page Information**

**HTML Title:**          Griffin Dental Laboratories

**Keywords:**          big, lab, technology, small, lab, personalized, service, Griffin Dental Laboratories,
                       GDL, dental lab, Vernice Griffin

**Description:**          Griffin Dental Laboratories is a woman owned dental lab in Louisville, Kentucky

**Status:**          Accessible

KDA-003835

**BRUXZIR**



**For Dentist Who Want To Grow Their Dental Practice by Growing their
relationship with their lab in order to create more consistent quality
Restorations at a reasonable cost .**

As a woman  dental lab owner and technician it  has been a great experience
working with dentist from all over. I have had ups and downs just like most
all of you but what has helped is being committed to the success of this
business. I have recently put into place a system that I find very valuable to
the growth of my lab and the business that I do with my clients. So I wanted
to share with you all exactly what I have found that works for me and I hope
that it will allow you to see that what I do in the lab can help your dental
practice if you so choose to send work to my lab.

It all starts with the impression.

- When I get the cases in the lab from the courier the case goes thru a
  disinfection process.

- The cases are then scheduled for each phase of manufacturing.

- Models are poured sawed trimmed, articulated, mounted (any
  irregularities on poured models sent by the dental office are removed),

**BRUXZIRS.COM**

**BRUXZIR**

**DN-7**
**Group:** Two

# BRUXZIRCROWN.COM

**Registered by:**                GODADDY.COM, LLC

**Registrant:**                   noa rishe 20500 ventura blvd tarzana, California 91356 United States

**Administrative Contact:**       rishe, noa fullzirconia@gmail.com 20500 ventura blvd tarzana, California 91356 United States 8185687854

**Technical Contact:**            rishe, noa fullzirconia@gmail.com 20500 ventura blvd tarzana, California 91356 United States 8185687854

**Record History:**               **Record created on** 03-mar-2012
                                  **Record last updated on** 19-may-2012
                                  **Record expires on** 03-mar-2013

**Domain Servers in Listed Order:**

                                  NS1.WIX.COM
                                  NS2.WIX.COM
                                  Status: clientDeleteProhibited
                                  Status: clientRenewProhibited
                                  Status: clientTransferProhibited
                                  Status: clientUpdateProhibited

**WHOIS**

**Web Page Information**

**HTML Title:**                   BruxZirCrown.com

**Keywords:**                     Creative Solutions, Website, creative-solutions-express, free templates, khaliliho uman, variety, website

**Description:**                  , , FullZirconia.com, , HOME , WELCOME to our creative solutions Lorem ipsum dolor sit amet consectetuer adipiscing elit Suspendisse et dolor vel arcu rhoncus varius Ut massa Praesent vel pede in dui blandit volutpat.Vestib

**Status:**                       Accessible

Exhibit 79
-1237-
KDA-003837

**BRUXZIR**



**BRUXZIRCROWN.COM**

**BRUXZIR**

**DN−8**
**Group:** Two

# BRUXZER.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | MComp 3941 S. Bristol St. D−504 D−504 Santa Ana, California 92704 United States |
| **Administrative Contact:** | Martin, Mark mcomp3@gmail.com MComp 3941 S. Bristol St. D−504 D−504 Santa Ana, California 92704 United States +1.9492149040 |
| **Technical Contact:** | Martin, Mark mcomp3@gmail.com MComp 3941 S. Bristol St. D−504 D−504 Santa Ana, California 92704 United States +1.9492149040 |
| **Record History:** | **Record created on** 06−nov−2009 **Record last updated on** 05−dec−2011 **Record expires on** 06−nov−2012 |
| **Domain Servers in Listed Order:** | NS01.CASHPARKING.COM NS02.CASHPARKING.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

**WHOIS**

**Web Page Information**
**Status:** Accessible

Exhibit 79
-1239-
KDA-003839

**BRUXZIR**

**BRUXZER.COM**

Exhibit 79

-1240-

KDA-003840

**BRUXZIR**

**DN−9**
**Group:** Three

## BRUXZIRLAB.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY, Utah 84115 United States |
| **Administrative Contact:** | STRONK, JEFF JSTRONK@AOL.COM TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY, Utah 84115 United States +1.8017478300 Fax −− +1.8014848212 |
| **Technical Contact:** | STRONK, JEFF JSTRONK@AOL.COM TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY, Utah 84115 United States +1.8017478300 Fax −− +1.8014848212 |
| **Record History:** | **Record created on** 04−oct−2011 <br> **Record last updated on** 04−oct−2011 <br> **Record expires on** 04−oct−2013 |
| **Domain Servers in Listed Order:** | NS49.DOMAINCONTROL.COM <br> NS50.DOMAINCONTROL.COM <br> Status: clientDeleteProhibited <br> Status: clientRenewProhibited <br> Status: clientTransferProhibited <br> Status: clientUpdateProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.bruxzirlab.com |
| **Status:** | Accessible |

Exhibit 79
-1241-
KDA-003841



This web page is parked FREE, courtesy of GoDaddy.com

Welcome to: **bruxzirlab.com**
This Web page is parked for FREE, courtesy of GoDaddy.com.

**Search**

**Ads**

**MetLife Auto®: Insurance**  metlife.com
Massachusetts Drivers Can Save Up To $294/yr By Switching To MetLife®

**Advantage Software**  www.gotoadvantage.com
Project Mgmt, Estimating, Finance Service and Construction Industries

**PlumberSurplus.com**  www.PlumberSurplus.com
Unbeatable Service & Selection at Low Prices! Point. Click. Plumb.

**Recycle Fluorescent Lamps**  www.LampRecycling.com
Order Your Pre-Paid Container Today Get a Certificate of Recycling.

**Manage Inventory for Free**  www.sohoos.com
Organize and manage your Inventory Start now. It's Free!

**DrawingBoard Printing**  www.DrawingBoard.com
Quality Labels, Forms & More For Your Business + 10% Off Now!

**Very Affordable Life Ins.**  www.SBLI.com/life-insurance-quote
$300,000 Coverage as Low as $15.40 per month. See Your Low Rate Now!

**Clean Power Finance**  cleanpowerfinance.com/free-trial
Get a free trial of the leading residential solar sales platform.

**Low Cost Life Insurance**  www.MatrixDirect.com
Save up to 70% on Quality Term Life Get a Free Personalized Quote Today

**Low Cost Life Insurance**  www.SelectQuote.com
We Give Personalized Quotes That Fit Your Budget; In Just 24 Hours!

**Is this your domain?**
**Let's turn it into a we**

OI

**Would you like to bu**
**domain?**

**Free Domain Name v**
**Builder Purchase!***
Your business deserves a b
Our design wizard makes it
and drop!

**Share your strenç**
**Website Care Pac**
Each package includes:
• A domain        • 5-ₚ
• Personal blog   • Ph
• Donation widget • On

**Just $24.99/yr****
$5 of every sale goes direc
National Breast Cancer Fou

**Your small business**
**all in one place**
• Automates your accounti
• Keeps tax records up-to-
• Safely stores your data.
• Sign up for a FREE accoı

**Visit GoDaddy.com for the best values on:**
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See p

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

**BRUXZIRLAB.COM**

**BRUXZIR**

**DN-10**
**Group:** Three

# BRUXZIRUSA.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration BRUXZIRUSA.COM@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-25 98 |
| **Technical Contact:** | Private, Registration BRUXZIRUSA.COM@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-25 98 |
| **Record History:** | **Record created on** 10-apr-2010 <br> **Record last updated on** 11-apr-2012 <br> **Record expires on** 10-apr-2013 |
| **Domain Servers in Listed Order:** | NS33.DOMAINCONTROL.COM <br> NS34.DOMAINCONTROL.COM <br> Status: clientDeleteProhibited <br> Status: clientRenewProhibited <br> Status: clientTransferProhibited <br> Status: clientUpdateProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Griffin Dental Laboratories |
| **Keywords:** | big, lab, technology, small, lab, personalized, service, Griffin Dental Laboratories, GDL, dental lab, Vernice Griffin |
| **Description:** | Griffin Dental Laboratories is a woman owned dental lab in Louisville, Kentucky |
| **Status:** | Accessible |

Exhibit 79

-1243-

KDA-003843

**BRUXZIR**



**For Dentist Who Want To Grow Their Dental Practice by Growing their relationship with their lab in order to create more consistent quality Restorations at a reasonable cost .**

As a woman dental lab owner and technician it has been a great experience working with dentist from all over. I have had ups and downs just like most all of you but what has helped is being committed to the success of this business. I have recently put into place a system that I find very valuable to the growth of my lab and the business that I do with my clients. So I wanted to share with you all exactly what I have found that works for me and I hope that it will allow you to see that what I do in the lab can help your dental practice if you so choose to send work to my lab.

It all starts with the impression.

- When I get the cases in the lab from the courier the case goes thru a disinfection process.

- The cases are then scheduled for each phase of manufacturing.

- Models are poured sawed trimmed, articulated, mounted (any irregularities on poured models sent by the dental office are removed),

**BRUXZIRUSA.COM**

**BRUXZIR**

**DN-11**
**Group:** Three

# BRUXZIRLAB.ORG

| | |
|---|---|
| **Registered by:** | GoDaddy.com, LLC (R91-LROR) |
| **Registrant:** | CR94537262 JEFF STRONK TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY Utah 84115 US Phone: +1.8017478300 Ext.: Fax: +1.8014848212 Fax Ext.: Email: JSTRONK@AOL.COM |
| **Administrative Contact:** | CR94537264 JEFF STRONK TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY Utah 84115 US Phone: +1.8017478300 Phone: Ext: Admin FAX:+1.8014848212 Admin FAX Ext: Email: JSTRONK@AOL.COM |
| **Technical Contact:** | CR94537263 JEFF STRONK Organization: TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY Utah 84115 US Phone: +1.8017478300 Phone: Ext: Tech FAX:+1.8014848212 Tech FAX Ext: Email: JSTRONK@AOL.COM |
| **Record History:** | **Record created on** 04-Oct-2011 18:51:15 UTC<br>**Record last updated on** 04-Dec-2011 03:49:22 UTC<br>**Record expires on** 04-Oct-2013 18:51:15 UTC |
| **Domain Servers in Listed Order:** | |
| | NS49.DOMAINCONTROL.COM<br>NS50.DOMAINCONTROL.COM<br>DNSSEC:Unsigned |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.bruxzirlab.org |
| **Status:** | Accessible |

Exhibit 79
-1245-

KDA-003845

**BRUXZIR**



X This web page is parked FREE, courtesy of GoDaddy.com

Welcome to: **bruxzirlab.org**
This Web page is parked for FREE, courtesy of GoDaddy.com.

[ Search ]

**Ads**

**Auto insurance**  metlife.com
Find Out If You're Eligible To Save Up To $294/Year On Auto Insurance

**Clean Power Finance**  cleanpowerfinance.com/free-trial
Come back and get a free trial of the leading solar sales platform.

**Advantage Software**  www.gotoadvantage.com
Project Mgmt, Estimating, Finance Service and Construction Industries

**Affordable Life Insurance**  www.ANICODirect.com
Life Insurance in only 15 minutes. Buy up to $250,000 online.

**Very Affordable Life Ins.**  www.SBLI.com/life-insurance-quote
$300,000 Coverage as Low as $15.40 per month. See Your Low Rate Now!

**Auto Insurance Savings**  www.gangeinsurance.com
A. Gange & Sons, Inc Insurance Serving Medford, MA since 1924

**Manage Inventory for Free**  www.sohoos.com
Organize and manage your Inventory Start now. It's Free!

**Recycle Fluorescent Lamps**  www.LampRecycling.com
Order Your Pre-Paid Container Today Get a Certificate of Recycling.

**New York Life Boca Raton**  www.DarrenAuster.com
Let's Review Your Policy Call (561) 479-4700

**Affordable Life Insurance**  Start1DollarInsurance.com
$1* Buys $50,000 Life Insurance. No Medical Exam. Buy Direct.

**Is this your domain?**
Let's turn it into a we

OF

**Would you like to bu
domain?**

**Free Domain Name v
Builder Purchase!***
Your business deserves a b
Our design wizard makes it
and drop!

**Share your stren
Website Care Pac**
Each package includes:
• A domain        • 5-
• Personal blog    • Ph
• Donation widget  • On

**Just $24.99/yr***
$5 of every sale goes direc
National Breast Cancer Fou

**Your small business
all in one place**
• Automates your accounti
• Keeps tax records up-to-
• Safely stores your data.
• Sign up for a FREE accou

**Visit GoDaddy.com for the best values on:**
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See p

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

**BRUXZIRLAB.ORG**

**BRUXZIR**

**DN−12**
**Group:** Three

# BRUXZIRLAB.INFO

| | |
|---|---|
| **Registered by:** | GoDaddy.com LLC (R171−LRMS) |
| **Registrant:** | CR94537258 JEFF STRONK TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY Utah 84115 US Phone: +1.8017478300 Ext.: Fax: +1.80 14848212 Fax Ext.: Email: JSTRONK@AOL.COM |
| **Administrative Contact:** | CR94537260 JEFF STRONK TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY Utah 84115 US Phone: +1.8017478300 Phone: Ext: Ad min FAX:+1.8014848212 Admin FAX Ext: Email: JSTRONK@AOL.COM |
| **Technical Contact:** | CR94537259 JEFF STRONK Organization: TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY Utah 84115 US Phone: +1.8017478300 Phone: Ext: Tech FAX:+1.8014848212 Tech FAX Ext: Email: JSTRONK@AOL.C OM |
| **Billing Contact:** | CR94537261 JEFF STRONK TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY Utah 84115 US Phone: +1.8017478300 Ext.: Fax: +1.80 14848212 Fax Ext: email: JSTRONK@AOL.COM |
| **Record History:** | **Record created on** 04−Oct−2011 18:51:07 UTC<br>**Record last updated on** 03−Dec−2011 20:36:42 UTC<br>**Record expires on** 04−Oct−2013 18:51:07 UTC |
| **Domain Servers in Listed Order:** | NS49.DOMAINCONTROL.COM<br>NS50.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.bruxzirlab.info |
| **Status:** | Accessible |

Exhibit 79
-1247-
KDA-003847

**BRUXZIR**

 This web page is parked FREE, courtesy of GoDaddy.com

Welcome to: **bruxzirlab.info**
This Web page is parked for FREE, courtesy of GoDaddy.com.

| | Search |

**Is this your domain?**
**Let's turn it into a we**

OF

**Would you like to bu domain?**

### Ads

**Reward Credit Cards**   www.CreditCards.com
Visa, MasterCard, AMEX & Discover. Compare Offers & Apply Online!

**Inventory Management**   www.ManageEngine.com/Service_Desk
Track Hardware/Software. Cut Costs. Integrated Help Desk. Download Now!

**No Exam Life Insurance**   www.ANICODirect.com/
Up to $250,000 of life insurance. Apply online. Get covered today.

**Product Deformulation**   www.ecalab.com
Product Analysis & Testing, R&D, Full service testing lab

**Clean Power Finance**   cleanpowerfinance.com/free-trial
Get a free trial of the leading residential solar sales platform.

**Accounting Software**   BeanCruncher.com
Complete, Easy & Fun Online Accounting Software

**Instant Approval Credit**   www.Credit-Land.com/Credit-Cards
Top 10 - Credit Card to Have! Compare & Apply. Bad Credit Ok.

**Grants For Single Mothers**   schools.classesandcareers.com
Go Back To School Online. Moms May Qualify For Grants To Start School!

**Free Long Range Forecast**   www.WeatherBlink.com
Check Conditions & View Your Local Weather Forecast Now. Get Free App!

**Gold Bullion 1% Over Cost**   www.MeritGold.com
Free 7 Day Shipping For New Clients Call 800-679-5373 - BBB A+ Rating

**Free Domain Name w**
**Builder Purchase!***

Your business deserves a b
Our design wizard makes it
and drop!

**Share your streng**
**Website Care Pac**

Each package includes:
• A domain          • 5-p
• Personal blog      • Ph
• Donation widget  • On

**Just $24.99/yr***
$5 of every sale goes direc
National Breast Cancer Fou

**Your small business**
**all in one place**

• Automates your accounti
• Keeps tax records up-to-
• Safely stores your data.
• Sign up for a FREE accou

**Visit GoDaddy.com for the best values on:**
Domain names • Web hosting • Website builders • Email accounts • SSL Certificates • eCommerce tools • See p

Go Daddy Super Bowl® Commercial • Danica Patrick • Dale Jr • Go Daddy Girls®

**BRUXZIRLAB.INFO**

# BRUXZIRLABS.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Glidewell Laboratories 4141 MacArthur Blvd., Newport Beach, California 92660 United States |
| **Administrative Contact:** | Labao, Edsel elabao@glidewelldental.com Glidewell Laboratories 4141 MacArth ur Blvd., Newport Beach, California 92660 United States 9492546786 |
| **Technical Contact:** | Labao, Edsel elabao@glidewelldental.com Glidewell Laboratories 4141 MacArth ur Blvd., Newport Beach, California 92660 United States 9492546786 |
| **Record History:** | **Record created on** 13-mar-2012<br>**Record last updated on** 13-mar-2012<br>**Record expires on** 13-mar-2017 |
| **Domain Servers in Listed Order:** | NS61.DOMAINCONTROL.COM<br>NS62.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | BruxZir Solid Zirconia Crowns & Bridges - Lab Resources |
| **Keywords:** | zirconia crowns, zirconia restoration, zirconium crowns, zirconia dentistry, all-zirc onia, zirconia dental crown, dental zirconia, zirconium dental, zirconia ceramic, zirconia bridges, dental bridge, tooth crowns, bruxing solution, grinding solution, clenching solution, |
| **Description:** | BruxZir Solid Zirconia Crowns & Bridges are a virtually unbreakable CAD/CAM milled all-zirconia restoration. BruxZir Solid Zirconia Crowns & Bridges are full contoured zirconia restorations with no porcelain overlay. BruxZir can be prescribed instead of metal occlusal PFMs and full-cast metal restorations. It is an ideal restoration for bruxers and grinders. |
| **Status:** | Accessible |

KDA-003849

**BRUXZIR**







**BRUXZIRLABS.COM**

**BRUXZIR**

**DN-14**
**Group:** Three

# BRUXZIRLAB.NET

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY, Utah 84115 United States |
| **Administrative Contact:** | STRONK, JEFF JSTRONK@AOL.COM TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY, Utah 84115 United States +1.8017478300 Fax -- +1.8014848212 |
| **Technical Contact:** | STRONK, JEFF JSTRONK@AOL.COM TREASURE DENTAL STUDIO 3877 SOUTH 400 EAST SALT LAKE CITY, Utah 84115 United States +1.8017478300 Fax -- +1.8014848212 |
| **Record History:** | **Record created on** 04-oct-2011<br>**Record last updated on** 04-oct-2011<br>**Record expires on** 04-oct-2013 |
| **Domain Servers in Listed Order:** | NS49.DOMAINCONTROL.COM<br>NS50.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.bruxzirlab.net |
| **Status:** | Accessible |

Exhibit 79
-1251-

KDA-003851

**BRUXZIR**



Welcome to: **bruxzirlab.net**
This Web page is parked for FREE, courtesy of GoDaddy.com.



**Free Domain Nan
Builder Purchase**

Your business deserve:
Our design wizard make
and drop!

**Share your str
Website Care**

Each package inclu
• A domain
• Personal blog
• Donation widget

**Just $24.99/yr**
$5 of every sale goes
National Breast Cance

**Ads**

**Cheap Term Life Insurance**  www.SelectQuote.com
Get Peace of Mind with Term Life Insurance that fits your budget.

**MetLife Auto® Policies**  metlife.com
MA Employees May Be Eligible To Save Up To $294/Year w/ MetLife®

**IT HelpDesk & Asset Mgmt**  www.ManageEngine.com/Service_Desk
Manage Trouble Tickets, IT Assets, Contracts with KB. Download Now!

**No Exam Life Insurance**  www.ANICODirect.com
Up to $250,000 of life insurance. Apply online. Get covered today.

**SBLI Life Insurance**  www.SBLI.com/20-year-term
$250,000 age 30, $13.05/mo. $1M age 40, $54.81/mo. See Your Rate Here!

**Globe Whole Life**  Start1DollarInsurance.com
$1* Buys $20,000 Life Insurance. No Medical Exam. Buy Direct.

**Affordable Life Insurance**  www.MatrixDirect.com
Affordable Rates and Fast Service Get Your Life Insurance Quote Now!

**Disability Insurance**  CanDoFinance.com/Disability
All You Need to Know About Disability Insurance Policies!

**No surgery ear correction**  www.sorribesonline.com/
Correction of ears without surgery. Get a free assesment of your ears

**Manage Inventory for Free**  www.sohoos.com
Organize and manage your Inventory Start now. It's Free!

**Your small busin
all in one place**

• Automates your acco
• Keeps tax records u
• Safely stores your da
• Sign up for a FREE a

**BRUXZIRLAB.NET**

**BRUXZIR**

**DN-15**
**Group:** Three

# **BRUXZIRE.COM**

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | MComp 3941 S. Bristol St. D-504 D-504 Santa Ana, California 92704 United States |
| **Administrative Contact:** | Martin, Mark mcomp3@gmail.com MComp 3941 S. Bristol St. D-504 D-504 Santa Ana, California 92704 United States +1.9492149040 |
| **Technical Contact:** | Martin, Mark mcomp3@gmail.com MComp 3941 S. Bristol St. D-504 D-504 Santa Ana, California 92704 United States +1.9492149040 |
| **Record History:** | **Record created on** 06-nov-2009<br>**Record last updated on** 05-dec-2011<br>**Record expires on** 06-nov-2012 |
| **Domain Servers in Listed Order:** | NS01.CASHPARKING.COM<br>NS02.CASHPARKING.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

## **WHOIS**

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Welcome to BRUXZIRE.COM |
| **Keywords:** | bruxzir, dental, zirconia, teeth |
| **Status:** | Accessible |

Exhibit 79
-1253-
KDA-003853

# BRUXZIRE.COM
Interested in this domain?



## Ads

**Tech Jobs on Dice.com**
The Tech Jobs You Want Are Here. Browse Tech Jobs & Apply Online.
www.Dice.com

**Life Insurance Rates**
Get a Free, Personalized Quote Now Save up to 70% on Life Insurance!
www.MatrixDirect.com

**Clean Power Finance**
Get a free trial of the leading residential solar sales platform.
cleanpowerfinance.com/free-trial

**Life Insurance Quotes**
Get The Best Life Insurance Quotes Within Your Budget In 24 Hours!
www.SelectQuote.com

**Affordable Term Insurance**
Term Life Insurance As Low As $21 Per Month For $500,000 Of Coverage
metlife.com

**Gold Bullion 1% Over Cost**
Free 7 Day Shipping For New Clients Call 800-679-5373 - BBB A+ Rating
www.MeritGold.com

**No Exam Life Insurance**
Up to $250,000 of life insurance. Apply online. Get covered today.
www.ANICODirect.com

**SBLI Life Insurance**
$250,000 age 30, $13.05/mo. $1M age 40, $54.81/mo. See Your Rate Here!
www.SBLI.com/20-year-term

**Apply For A Credit Card**
Capital One Credit Card Application Get a low intro APR + great rewards
www.CapitalOne.com

**AARP 50+ Life Insurance**
From New York Life. No Exam, just Health info. See Affordable Rates!
NYLAARP.com/Life-Insurance

## Search:

[                    ] [Search]

### Related Searches

- Life Insurance Price
- Dental Bridges
- Dental Veneer
- Family Life Insurance Policies
- Global Life Insurance Company

- Zirconia Dental Crowns
- Term Life Insurance Rate
- Dental Restorations
- Whole Life Insurance Quote
- Cheap Life Insurance Companies

### Popular Categories

**Travel**
Airline
Car Rental
Hotels
Cruises
Vacations

**E Commerce**
VoIP
Broadband
Domain Names
Web Hosting
Web Design

**Real Estate**
Mortgages
Refinancing
Home Equity Loans
For Sale by Owner
Credit Score

**Business**
Bankruptcy
Business Cards
Affiliate Programs
Conference Calls
CRM

**Personal Finances**
Investments
Student Loans
Work from Home
Personal Loans
Jobs

**Financial Planning**
Loans
Credit Cards
Debt Consolidation
Stocks
Payday Loans

**Lifestyle**
Fitness
Dating
Singles
Education
Degrees

**Insurance**
Car Insurance
Travel Insurance
Health Insurance
Home Insurance
Life Insurance

**Legal Help**
DUI Lawyers
Accident Lawyers
Bankruptcy Lawyers
Probate Lawyers
Patent Lawyers

**Computers**
Laptops
Software Training
High Speed Internet
DSL
Data Recovery

BRUXZIRE.COM

**BRUXZIR**

**DN-16**
**Group:** Three

# BRAXZERS.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration BRAXZERS.COM@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2598 |
| **Technical Contact:** | Private, Registration BRAXZERS.COM@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2598 |
| **Record History:** | **Record created on** 25-aug-2010 **Record last updated on** 30-nov-2011 **Record expires on** 25-aug-2013 |
| **Domain Servers in Listed Order:** | NS45.DOMAINCONTROL.COM NS46.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | BraZZers - The World's Best Porn Site |
| **Status:** | Accessible |

**BRUXZIR**



**BRAXZERS.COM**

**BRUXZIR**

**DN−17**
**Group:** Three

# BRAXZZERS.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration BRAXZZERS.COM@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States (480) 624−2599 Fax —- (480) 624−2598 |
| **Technical Contact:** | Private, Registration BRAXZZERS.COM@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States (480) 624−2599 Fax —- (480) 624−2598 |
| **Record History:** | **Record created on** 16−nov−2007<br>**Record last updated on** 05−oct−2011<br>**Record expires on** 16−nov−2013 |
| **Domain Servers in Listed Order:** | NS49.DOMAINCONTROL.COM<br>NS50.DOMAINCONTROL.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | BraZZers − The World's Best Porn Site |
| **Status:** | Accessible |

Exhibit 79
-1257-

KDA-003857

**BRUXZIR**



**BRAXZZERS.COM**

**BRUXZIR**

# BROXZIER.COM

| | |
|---|---|
| **Registered by:** | PDR LTD. D/B/A PUBLICDOMAINREGISTRY.COM |
| **Registrant:** | PrivacyProtect.org Domain Admin (contact@privacyprotect.org) ID#10760, PO Box 16 Note − All Postal Mails Rejected, visit Privacyprotect.org Nobby Beach null,QLD 4218 AU Tel. +45.36946676 |
| **Administrative Contact:** | PrivacyProtect.org Domain Admin (contact@privacyprotect.org) ID#10760, PO Box 16 Note − All Postal Mails Rejected, visit Privacyprotect.org Nobby Beach null,QLD 4218 AU Tel. +45.36946676 |
| **Technical Contact:** | PrivacyProtect.org Domain Admin (contact@privacyprotect.org) ID#10760, PO Box 16 Note − All Postal Mails Rejected, visit Privacyprotect.org Nobby Beach null,QLD 4218 AU Tel. +45.36946676 |
| **Record History:** | **Record created on** 05−jan−2011 <br> **Record last updated on** 28−dec−2011 <br> **Record expires on** 05−jan−2013 |
| **Domain Servers in Listed Order:** | NS1.S85.WEBHOSTINGSERVER.NL <br> NS2.WEBHOSTINGSERVER.NL <br> NS3.WEBHOSTINGSERVER.NL <br> Status: ok |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Broxzier.com |
| **Status:** | Accessible |

Exhibit 79
-1259-

KDA-003859

**BRUXZIR**



**BROXZIER.COM**

Analyst: STEVE DOYLE

Exhibit 79

-1260-

KDA-003860

BRUXZIR

## ANALYST REVIEW – COMMON LAW REFERENCE

Search Information

Type of Search:      **U.S. Full Search**
Mark:                **BRUXZIR**
Goods/Services:      **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

**Data Information**

**Shepard's**
Legal citations that pertain to trademarks involved in court decisions, administrative decisions, and regulations.

**BRUXZIR**

This page was intentionally left blank.

**BRUXZIR**

### SHEPARD'S UNITED STATES CITATIONS

The following references have been selected from our computerized database, organized from information supplied by Shepard's. Shepard's considers the data to be reliable, but accuracy, currentness and completeness cannot be guaranteed. Please consult the indicated material by volume and page for further information. <u>OFFICIAL GAZETTE</u> status information (OGT) has been excluded so that the file contains litigation information only.

**No pertinent references found.**

KDA-003863



This page was intentionally left blank.

**Search: 221922911**               **Analyst: STEVE DOYLE**               **Page: 304**

Exhibit 79
-1264-

KDA-003864

**BRUXZIR**

## REPORTED OWNER INDEX

The following is an alphabetical listing of names reported in the OWNER field of
records cited in this search report, with all marks owned by a single entity carried
under that entity. (Due to inconsistent spellings, corporate designations, and other
discrepancies in data collected from diverse sources, multiple listings of what are in
fact the same owner may occur.) The Business Name and Domain Name sections
of the report are not included in this index.

This tool is designed to facilitate your review of the search report and to help you
identify trends in data. There has been no analysis made to determine if the
company name listed is the actual owner of the trademark. In the case of USPTO
listings, only officially reported owners are included; assignees are not considered
owners for the purpose of this index.

**BRUXZIR**

Reported Owner Index

| | Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|---|
| 1. | **(NOT AVAILABLE)**<br>BROXICICRA | N/A | N/A | Com | 249 |
| 2. | **ACM−TEXAS, LLC**<br>BRUCITIC MARBLE | ABANDONED | 3, 5, 19, 20 | USPTO | 81 |
| 3. | **ADANCED RESPONSE CORPORATION**<br>BROXO | RENEWED | 10, 21 | USPTO | 108 |
| 4. | **APPOLLONIA LLC**<br>ZIRART | ABANDONED | 10 | USPTO | 162 |
| 5. | **ARDENT, INC.**<br>DIAZIR | PENDING | 5, 10 | USPTO | 151 |
| 6. | **ASTRA TECH AKTIEBOLAG**<br>ZIRDESIGN | REGISTERED | 10 | USPTO | 195 |
| 7. | **ASTRAZENECA AB**<br>BLEXIR<br>BREMZIR | REGISTERED<br>REGISTERED | 5<br>5 | USPTO<br>USPTO | 60<br>51 |
| 8. | **AURUM CERAMIC DENTAL LABORATORIES LTD.**<br>DURO−ZIR | PUBLISHED | 10 | USPTO | 142 |
| 9. | **BAYER AKTIENGESELLSCHAFT**<br>ROXXIRE | PUBLISHED | 5 | USPTO | 227 |
| 10. | **BETTER SUNRISE CORPORATION**<br>BRUXAP | REGISTERED | 44 | USPTO | 49 |
| 11. | **BIOMET 3I, LLC**<br>ZIREAL | REGISTERED | 10 | USPTO | 171 |
| 12. | **BIOSPEC PRODUCTS, INC.**<br>BIOMIXER | N/A | N/A | Com | 251 |
| 13. | **BOW B.V.**<br>BRUNOFRISONI | REGISTERED | 3 | USPTO | 74 |
| 14. | **BRADLEY A. ELI DENTAL CORPORATION**<br>BRUXQUICKSPLINT | ABANDONED | 10 | USPTO | 50 |
| 15. | **BRISTOL−MYERS SQUIBB COMPANY**<br>GLUXPER | ABANDONED | 5 | USPTO | 231 |
| 16. | **BRUDER HEALTHCARE COMPANY**<br>BRUDER<br>BRUDER | RENEWED<br>N/A | 10<br>N/A | USPTO<br>Com | 97<br>248 |
| 17. | **BRUDER SURGICAL INSTRUMENTS, INC.**<br>BRUDER | RENEWED | 10 | USPTO | 101 |
| 18. | **BRUKER MEDICAL GMBH**<br>BRUKER MEDSPEC | RENEWED | 10 | USPTO | 119 |
| 19. | **BRUKER−PHYSIK AG**<br>BRUKER | RENEWED | 9 | USPTO | 117 |
| 20. | **BRULIN CORP, THE**<br>BRULIN | N/A | N/A | Com | 253 |
| 21. | **BRUNEI WAFIRAH HOLDINGS SDN. BHD.**<br>BRUNEIHALAL | PUBLISHED | 1, 3, 5, 29, 30,<br>31, 32, 39, 43, 44 | USPTO | 71 |

Exhibit 79
-1266-

KDA-003866

**BRUXZIR**

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| 22. **BRUNELLO CUCINELLI S.P.A.**<br>BRUNELLO CUCINELLI | REGISTERED | 3, 9, 18, 24, 35 | USPTO | 76 |
| 23. **BRUXCARE L.L.C.**<br>BRUXCARE | CANCELLED | 10 | USPTO | 31 |
| 24. **BRUXTON CORPORATION**<br>BRUXTON | RENEWED | 10 | USPTO | 48 |
| 25. **BURBANK DENTAL LABORATORY, INC.**<br>ZIR/MAX | ABANDONED | 10 | USPTO | 129 |
| 26. **BYK–GULDEN, INC.**<br>BREXIN | EXPIRED | 5 | USPTO | 57 |
| 27. **CAD. ESTHETICS AB**<br>DENZIR | REGISTERED | 3, 5, 10 | USPTO | 145 |
| 28. **CALIFORNIA DENTAL ARTS, LLC**<br>ZIRFIT | PUBLISHED | 10 | USPTO | 197 |
| 29. **CERAMIQUES TECHNIQUES DESMARQUEST**<br>PROZYR | CANCELLED | 1, 10 | USPTO | 103 |
| 30. **CHIESI FARMACEUTICI S.P.A.**<br>BREXIDOL | RENEWED | 5 | USPTO | 110 |
| 31. **CHOICE DENTAL LABORATORY, INC.**<br>ZIRTANIUM | REGISTERED | 10 | Sta | 238 |
| 32. **CLINICIAN'S CHOICE DENTAL PRODUCTS INC.**<br>ZIRCULES | REGISTERED | 5 | USPTO | 176 |
| 33. **DENTSPLY INTERNATIONAL INC.**<br>ZIRCATE | RENEWED | 3 | USPTO | 168 |
| 34. **DISTINCTIVE DENTAL STUDIO, LTD.**<br>ZIR–TECH | REGISTERED | 10 | USPTO | 130 |
| 35. **DTI DENTAL TECHNOLOGIES INC.**<br>ZIRIUM9 | REGISTERED | 10 | USPTO | 158 |
| 36. **DURA–METRICS**<br>PUREZIR | ABANDONED | 10 | USPTO | 202 |
| 37. **DUYMUS, FAHRIYE**<br>BEAU BRUMMELL | CANCELLED | 3 | USPTO | 82 |
| 38. **EMANUELE LOPOPOLO**<br>BAXAVER | PENDING | 10 | USPTO | 105 |
| 39. **EMPIRE CONCEPTS INC.**<br>BRUX–INDICATOR | ABANDONED | 44 | USPTO | 32 |
| 40. **EXSAR CORPORATION**<br>EXSAR | REGISTERED | 42 | USPTO | 150 |
| 41. **EZ–PEDO, INC.**<br>ZIR–LOCK | PUBLISHED | 10 | USPTO | 121 |
| 42. **FERRIS, JAMES S.**<br>BEELIXIR | REGISTERED | 5 | USPTO | 126 |
| 43. **FILMTECH INC.**<br>BRIXTON | RENEWED | 10 | USPTO | 55 |

BRUXZIR

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| 44. FIRST QUALITY PRODUCTS, INC. | | | | |
| BREEZERS | REGISTERED | 5 | USPTO | 215 |
| 45. FIRST QUALITY | | | | |
| BREEZERS | N/A | N/A | Com | 248 |
| 46. FORCEFIELD MOUTHGUARDS | | | | |
| BRUX BUSTER CUSTOM NIGHT GUARD | ABANDONED | 10 | USPTO | 33 |
| 47. GLAXOSMITHKLINE LLC | | | | |
| BEXXAR | RENEWED | 5 | USPTO | 209 |
| BEXXAR | REGISTERED | 5 | USPTO | 212 |
| 48. GLAXOSMITHKLINE | | | | |
| BEXXAR | N/A | N/A | Com | 249 |
| 49. GUGEL, RITA NACKEN | | | | |
| BRUCKER BIOFEEDBACK METHOD | REGISTERED | 44 | USPTO | 64 |
| 50. HAGER WORLDWIDE, INC. | | | | |
| PARO BRUSH STICK | N/A | N/A | Com | 254 |
| 51. HERAEUS KULZER GMBH | | | | |
| KULZER: | CANCELLED | 1, 2, 5, 8, 11, 21, 41 | USPTO | 219 |
| 52. HORIAN, RICHARD | | | | |
| BRUXCURE | REGISTERED | 10 | USPTO | 25 |
| 53. HS TM, LLC | | | | |
| ZIRLUX | REGISTERED | 10 | USPTO | 157 |
| 54. HUMAN GENOME SCIENCES, INC. | | | | |
| BRAXLA | ABANDONED | 5 | USPTO | 116 |
| 55. IDRISS MOBARARK INC | | | | |
| ZIRGANIC | REGISTERED | 5 | USPTO | 189 |
| 56. IMPERIAL CHEMICAL INDUSTRIES PLC | | | | |
| ZIRCALUX | CANCELLED | 5 | USPTO | 224 |
| 57. INCYTE CORPORATION | | | | |
| BALRUXA | PUBLISHED | 5 | USPTO | 194 |
| 58. INNOVATION AND DESIGN, INC. | | | | |
| BREEZERS | REGISTERED | 3, 21 | USPTO | 225 |
| 59. INTERCOSMA WEST S.A.S | | | | |
| FRAC LORD BRUMMELL | REGISTERED | 3 | USPTO | 79 |
| 60. IT WORKS MARKETING, INC. | | | | |
| BIOXIRA | REGISTERED | 3 | USPTO | 136 |
| 61. IVOCLAR VIVADENT, INC. | | | | |
| ZIRCAD | REGISTERED | 5 | USPTO | 159 |
| ZIRCAD | REGISTERED | 5, 10 | USPTO | 163 |
| ZIRPRESS | REGISTERED | 5 | USPTO | 181 |
| 62. JAMES R. GLIDEWELL DENTAL CERAMICS INC. | | | | |
| BRUXZIR | PUBLISHED | 5 | USPTO | 20 |
| 63. JAMES R. GLIDEWELL, DENTAL CERAMIC, INC. | | | | |
| BRUXZIR | REGISTERED | 10 | USPTO | 22 |

**BRUXZIR**

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| **64. KÜKRE GIDA VE IHTIYAC MADDELERI; NAKLIYAT VE ÖZEL EGITIM HIZMETLERI; TICARET VESANAYI ANONIM SIRKETI** | | | | |
| EX–SIR SANITIZER | ABANDONED | 3, 5, 32 | USPTO | 124 |
| **65. KALLA, RADOSLAV** | | | | |
| ZIRBLOCK | ABANDONED | 5 | USPTO | 128 |
| **66. KEATING DENTAL ARTS, INC.** | | | | |
| KDZ BRUXER | PUBLISHED | 10 | USPTO | 46 |
| **67. KERR CORPORATION** | | | | |
| ZIR–CUT | REGISTERED | 10 | USPTO | 203 |
| **68. KOTELOV, PAUL** | | | | |
| BRAZOR | PUBLISHED | 3 | USPTO | 65 |
| **69. KURARAY CO, LTD.** | | | | |
| ZIRTOUGH | PENDING | 5 | USPTO | 177 |
| **70. LAMOND** | | | | |
| BUR–ZIN | N/A | N/A | Com | 253 |
| **71. LEINEWEBER GMBH & CO. KG** | | | | |
| BRAX | REGISTERED | 3, 14, 18, 25 | USPTO | 62 |
| **72. LUXARCARE LLC** | | | | |
| LUXAR | ABANDONED | 10 | USPTO | 232 |
| **73. LUXFER GAS CYLINDERS** | | | | |
| LUXFER | N/A | N/A | Com | 251 |
| **74. MARKWINS BEAUTY PRODUCTS, INC.** | | | | |
| BRONZZER | RENEWED | 3 | USPTO | 66 |
| **75. MEDTECH PRODUCTS, INC.** | | | | |
| BRUXGUARD | RENEWED | 10 | USPTO | 35 |
| **76. MERZ PHARMA GMBH & CO. KGAA** | | | | |
| BALAXUR | REGISTERED | 5 | USPTO | 222 |
| BERAXUR | REGISTERED | 5 | USPTO | 69 |
| **77. METOXIT AG** | | | | |
| ZIRALDENT | REGISTERED | 1, 5, 10 | USPTO | 174 |
| ZIRCAPORE | REGISTERED | 1, 10 | USPTO | 187 |
| **78. MIAMI JEWISH HOME & HOSPITAL FOR THE AGED, INC.** | | | | |
| THE BRUCKER BIOFEEDBACK CENTER | ABANDONED | 42, 44 | USPTO | 107 |
| **79. MULLEN JR, PERRY WESLEY** | | | | |
| BRUXOMETER | ABANDONED | 10 | USPTO | 45 |
| **80. NORITAKE CO., LIMITED** | | | | |
| ZIRPRIME | PUBLISHED | 5 | USPTO | 179 |
| **81. NOVARTIS AG** | | | | |
| BEXERO | REGISTERED | 5 | USPTO | 229 |
| BREZERIS | PUBLISHED | 5 | USPTO | 112 |
| BREZILIZER | PUBLISHED | 5, 10 | USPTO | 143 |
| BREZILIZER | ABANDONED | 5, 10 | USPTO | 153 |
| FLUXSERO | REGISTERED | 5 | USPTO | 147 |
| **82. OLOFSFORS AB** | | | | |
| BRUXITE | REGISTERED | 6, 7 | USPTO | 53 |
| **83. OMNI MEDICAL SUPPLY INC.** | | | | |

Exhibit 79
-1269-

KDA-003869

**BRUXZIR**

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| BAXTER | N/A | N/A | Com | 250 |
| **84. OTSUKA PHARMACEUTICAL DEVELOPMENT & COMMERCIALIZATION** | | | | |
| BREXPIPRAZOLE | N/A | N/A | Com | 249 |
| **85. PERRICONE, GAIL** | | | | |
| GPS BRUX ART | PENDING | 40 | USPTO | 30 |
| **86. PITTMAN DENTAL LABORATORY** | | | | |
| ZIRCAM PLUS | PENDING | 10 | USPTO | 161 |
| **87. QUALITY PRODUCTS, INC.** | | | | |
| BREEZERS | REGISTERED | 5 | Sta | 237 |
| **88. QUATTROTI DENTECH S.R.L.** | | | | |
| BRUX XXX | REGISTERED | 10 | USPTO | 43 |
| DR. BRUX | REGISTERED | 10 | USPTO | 27 |
| **89. RINKINC, LLC** | | | | |
| BARXV | REGISTERED | 3, 29, 30, 32, 35 | USPTO | 133 |
| **90. SAGER, DAVID R.** | | | | |
| ZIRCOR | ABANDONED | 10 | USPTO | 190 |
| ZIRKOR | ABANDONED | 10 | USPTO | 192 |
| **91. SAGER, R. DAVID** | | | | |
| ZIRCORE | REGISTERED | 10 | USPTO | 185 |
| ZIRCORE INSIDE | REGISTERED | 10 | USPTO | 155 |
| **92. SANOFI** | | | | |
| SAXIZIR | PENDING | 5 | USPTO | 205 |
| **93. SARBEC DEVELOPPEMENT** | | | | |
| BRUMISATEUR | RENEWED | 3 | USPTO | 95 |
| BRUMISATEUR | RENEWED | 5 | USPTO | 99 |
| **94. SAVAGE LABORATORIES** | | | | |
| BREXIN EX | N/A | N/A | Com | 254 |
| **95. SCHEU–DENTAL GMBH** | | | | |
| BRUX–CHECKER | REGISTERED | 10 | USPTO | 41 |
| **96. SEA HORSE BIO SCIENCE** | | | | |
| TSA ANALYZIR | N/A | N/A | Com | 252 |
| **97. SENTAGE CORPORATION** | | | | |
| BRUX–EZE | RENEWED | 10 | USPTO | 26 |
| **98. SIRONA DENTAL SYSTEMS GMBH** | | | | |
| SIROLUX | RENEWED | 10 | USPTO | 207 |
| **99. SMITH & NEPHEW, INC.** | | | | |
| STRUCSURE | REGISTERED | 10 | USPTO | 228 |
| **100. SOCIéTé ANONYME DE; SAVONNERIE ET DENTIFRICE ″SED″** | | | | |
| HELIQSIR | REGISTERED | 3 | USPTO | 122 |
| **101. STRYKER CORP.** | | | | |
| LUXOR | N/A | N/A | Com | 250 |
| **102. STRYKER SPINE** | | | | |
| LUXOR | REGISTERED | 10 | USPTO | 131 |
| **103. SUDIMPLANT** | | | | |
| PLAYZIR | REGISTERED | 5, 9, 10 | USPTO | 198 |

**BRUXZIR**

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| ZIRCONNECT | REGISTERED | 10 | USPTO | 200 |
| **104. SUMMERS, ROBERT** | | | | |
| BRUXTHETIX | PENDING | 10 | USPTO | 40 |
| **105. SURMET CORP.** | | | | |
| ZIRAMIC | N/A | N/A | Com | 252 |
| **106. TEMPTU** | | | | |
| BRONZER | N/A | N/A | Com | 250 |
| **107. TMJ APPLIANCE** | | | | |
| BRUX-0-GARD | N/A | N/A | Com | 253 |
| **108. UCB PHARMA S.A.** | | | | |
| BRIXELTA | REGISTERED | 5 | USPTO | 114 |
| **109. UPSHER-SMITH LABORATORIES, INC.** | | | | |
| BREKSEEZ | PUBLISHED | 5 | USPTO | 137 |
| BREKSEZA | PUBLISHED | 5 | USPTO | 138 |
| BREKSEZE | PUBLISHED | 5 | USPTO | 140 |
| **110. WIELAND DENTAL + TECHNIK GMBH & CO. KG** | | | | |
| ZIROX | REGISTERED | 5, 10 | USPTO | 183 |
| **111. X-RAY MARKETING ASSOCIATES, INC.** | | | | |
| UXR | RENEWED | 10 | USPTO | 149 |
| **112. XMA (X-RAY MARKETING ASSOCIATES, INC.)** | | | | |
| BXR | N/A | N/A | Com | 251 |
| UXR | N/A | N/A | Com | 252 |
| **113. ZIRKONZAHN GMBH** | | | | |
| ZIRKONZAHN | REGISTERED | 4, 5, 7, 8, 9, 10,<br>11, 40, 41, 42, 45 | USPTO | 165 |