# Exhibit 80

Exhibit 80
-1272-

# Trademark Research Report

THOMSON COMPUMARK

**Mark Searched:**      BRUXER

**Client Name:**      KNOBBE MARTENS OLSON & BEAR LLP
**Attention:**      **TAKEKO YOSHIOKA-MOUA**

**Type Of Search:**      U.S. Full Search

**Your File:**      **KDENTL.001L**
**Our File:**      221922912
Date Completed:      October 11, 2012
Date Received:      October 11, 2012

## Goods/Services:

DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC
GOODS; DENTAL AND ORTHODONTIC SERVICES

This Search or Watch report is valid only for the mark, goods, property and/or title that were the subject of this report. If the subject of the report changes even slightly a new search should be performed or a new watch ordered. This report in no way constitutes a legal opinion. Thomson CompuMark has taken all reasonable steps to ensure the completeness, accuracy and timeliness of this report; however, for various reasons, including but not limited to, the subjective nature of intellectual property research, the possibility of incomplete and inaccurate data provided by other data sources, and (where applicable) the general dynamic and unstructured nature of the Worldwide Web, Thomson CompuMark cannot warrant that this report is complete or error free. THEREFORE, THOMSON COMPUMARK AND ITS AFFILIATES, AGENTS, LICENSORS AND THIRD PARTY PROVIDERS HEREBY DISCLAIM ALL REPRESENTATIONS AND WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, WITH REGARD TO ITS PRODUCTS AND SERVICES, INCLUDING BUT NOT LIMITED TO ANY IMPLIED WARRANTY OF MERCHANTABILITY, FITNESS FOR A PARTICULAR PURPOSE AND NON-INFRINGEMENT. IN NO EVENT WILL THOMSON COMPUMARK OR ITS AFFILIATES, AGENTS, LICENSORS OR THIRD PARTY PROVIDERS BE LIABLE FOR ANY DIRECT, INDIRECT, SPECIAL, INCIDENTAL, PUNITIVE OR CONSEQUENTIAL DAMAGES, EVEN IF ADVISED IN ADVANCE OF THE POSSIBILITY OF SUCH DAMAGES. **ANY LIABILITY ARISING OUT OF THE PREPARATION OF THIS REPORT IS LIMITED TO A REFUND OF THE FEE PAID. ACCEPTANCE OF THIS REPORT CONSTITUTES AN ACCEPTANCE OF THE AFORESAID TERMS, CONDITIONS AND LIMITATIONS.**

Thomson CompuMark, 500 Victory Road, North Quincy, MA 02171-3145
Telephone (800) 692-8833 • Fax (617) 786-8273  (800) 543-1983



THOMSON REUTERS

Exhibit 80
-1273-

KDA-003872

This page was intentionally left blank.

Search: 221922912

Exhibit 80
-1274-

KDA-003873

# Table of Contents

**Report Summary**

Report Graph ...........................................................................................5

**USPTO Trademark Report**

USPTO Summary ....................................................................................7

Analyst Review ......................................................................................13

USPTO Citations ...................................................................................19

**State Trademark Report**

State Summary .....................................................................................211

Analyst Review .....................................................................................212

State Citations ......................................................................................213

**Web Common Law**

Analyst Review .....................................................................................217

Web Common Law Summary ...............................................................219

Web Common Law Citations ................................................................220

**Common Law Database Report**

Common Law Database Summary ........................................................225

Analyst Review .....................................................................................227

Common Law Database Citations .........................................................228

**Common Law Business Name Report**

Common Law Business Name Summary ...............................................237

Analyst Review .....................................................................................238

Common Law Business Name Citations ...............................................240

**Online Database Report**

Online Database Citations ....................................................................241

**Internet Domain Name Report**

Internet Domain Name Summary ..........................................................243

Analyst Review .....................................................................................246

Internet Domain Name Citations ...........................................................248

**References**

Common Law References ......................................................................316

Shepard's Citations ...............................................................................317

**Reported Owner Index**

Reported Owner Index ...........................................................................319

Mark Searched: BRUXER
Search: 221922912
Page: 3

Exhibit 80
-1275-

KDA-003874

This page was intentionally left blank.

Exhibit 80
-1276-

KDA-003875

# Report Graph & Table



|  | USPTO | State | Common Law Database | Business Name | Domain Name |
|---|---|---|---|---|---|
| Group 1 | 0 | 0 | 0 | 0 | 2 |
| Group 2 | 0 | 0 | 0 | 0 | 33 |
| Group 3 | 2 | 0 | 0 | 0 | 0 |
| Group 4 | 94 | 3 | 26 | 1 | 0 |
| Group 5 | 2 | 0 | 0 | 0 | 0 |
| Totals | 98 | 3 | 26 | 1 | 35 |

\* Common Law Database citations that make up the report table and graph do not include Pharmaceutical Common Law citations.

Mark Searched: BRUXER
Analyst: LISA SKEHAN

Report Graph Page: 5

Exhibit 80
-1277-

KDA-003876

This page was intentionally left blank.

**Search: 221922912**                    **Analyst: LISA SKEHAN**                    **Page: 6**

Exhibit 80
-1278-

KDA-003877

**BRUXER**

## USPTO Summary Page

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| | | | **GROUP ONE** | | | |
| | | | **No Group One Matches** | | | |
| | | | **GROUP TWO** | | | |
| | | | **No Group Two Matches** | | | |
| | | | **GROUP THREE** | | | |
| 1. BRUXZIR | | | | | | |
| TTAB | Registered | 10 | JAMES R. GLIDEWELL, DENTAL CERAMIC, INC. | 77–761,757 | 19 | ☐ |
| 2. BRUXZIR | | | | | | |
| TTAB | Published | 5 | JAMES R. GLIDEWELL DENTAL CERAMICS INC. | 85–332,886 | 22 | ☐ |
| | | | **GROUP FOUR** | | | |
| 3. KDZ BRUXER | | | | | | |
| TTAB | Published | 10 | KEATING DENTAL ARTS, INC. | 85–287,029 | 24 | ☐ |
| 4. BEXXAR | | | | | | |
| TTAB | Registered | 5 | GLAXOSMITHKLINE LLC | 76–175,390 | 26 | ☐ |
| 5. BEXXAR | | | | | | |
| TTAB | Renewed | 5 | GLAXOSMITHKLINE LLC | 75–260,610 | 29 | ☐ |
| 6. BRUXGUARD | | | | | | |
| | Renewed | 10 | MEDTECH PRODUCTS, INC. | 75–284,579 | 32 | ☐ |
| 7. BRUXCURE | | | | | | |
| | Registered | 10 | HORIAN, RICHARD | 77–847,117 | 37 | ☐ |
| 8. BRUXTHETIX | | | | | | |
| | Pending | 10 | SUMMERS, ROBERT | 85–636,140 | 38 | ☐ |
| 9. BRUX–CHECKER | | | | | | |
| | Registered | 10 | SCHEU–DENTAL GMBH | 77–810,993 | 39 | ☐ |
| 10. BRUX XXX | | | | | | |
| | Registered | 10 | QUATTROTI DENTECH S.R.L. | 85–064,148 | 41 | ☐ |
| 11. BRUX–EZE | | | | | | |
| | Renewed | 10 | SENTAGE CORPORATION | 75–931,489 | 43 | ☐ |
| 12. GPS BRUX ART | | | | | | |
| | Pending | 40 | PERRICONE, GAIL | 85–490,324 | 44 | ☐ |
| 13. BRUXTON | | | | | | |
| | Renewed | 10 | BRUXTON CORPORATION | 75–635,946 | 45 | ☐ |

Exhibit 80
-1279-

KDA-003878

BRUXER

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|----------|--------|-----------|-------|---------------|------|--------------------|
| 14. BRUXAP | | | | | | |
| | Registered | 44 | BETTER SUNRISE CORPORATION | 85−092,819 | 46 | ☐ |
| 15. DR. BRUX | | | | | | |
| | TTAB Registered | 10 | QUATTROTI DENTECH S.R.L. | 77−190,356 | 47 | ☐ |
| 16. BRUX−INDICATOR | | | | | | |
| | Abandoned | 44 | EMPIRE CONCEPTS INC. | 77−047,447 | 50 | ☐ |
| 17. BRUXCARE | | | | | | |
| | Cancelled | 10 | BRUXCARE L.L.C. | 75−645,104 | 51 | ☐ |
| 18. BRUX BUSTER CUSTOM NIGHT GUARD | | | | | | |
| | Abandoned | 10 | FORCEFIELD MOUTHGUARDS | 85−341,369 | 52 | ☐ |
| 19. BRUXOMETER | | | | | | |
| | Abandoned | 10 | MULLEN JR, PERRY WESLEY | 85−188,653 | 54 | ☐ |
| 20. BRUXQUICKSPLINT | | | | | | |
| | Abandoned | 10 | BRADLEY A. ELI DENTAL CORPORATION | 85−114,142 | 55 | ☐ |
| 21. BREMZIR | | | | | | |
| | Registered | 5 | ASTRAZENECA AB | 77−020,725 | 56 | ☐ |
| 22. BAXTER | | | | | | |
| | TTAB Renewed | Multi | BAXTER INTERNATIONAL INC. | 73−830,414 | 58 | ☐ |
| 23. BRUDER | | | | | | |
| | Renewed | 10 | BRUDER HEALTHCARE COMPANY | 74−463,966 | 62 | ☐ |
| 24. BRUDER | | | | | | |
| | Renewed | 10 | BRUDER SURGICAL INSTRUMENTS, INC. | 74−405,180 | 64 | ☐ |
| 25. BRUKER MEDSPEC | | | | | | |
| | Renewed | 10 | BRUKER MEDICAL GMBH | 74−202,475 | 66 | ☐ |
| 26. BAXTER | | | | | | |
| | Renewed | 10 | BAXTER INTERNATIONAL INC. | 71−620,383 | 68 | ☐ |
| 27. BAXTER | | | | | | |
| | Renewed | 10 | BAXTER INTERNATIONAL INC. | 71−620,380 | 70 | ☐ |
| 28. BRAX | | | | | | |
| | Registered | Multi | LEINEWEBER GMBH & CO. KG | 79−024,754 | 74 | ☐ |
| 29. BOXSTER | | | | | | |
| | Registered | Multi | DR. ING. H.C. F. PORSCHE AKTIENGESELLSCHAFT | 79−094,208 | 76 | ☐ |
| 30. BRIXTON | | | | | | |
| | Renewed | 10 | FILMTECH INC. | 74−366,596 | 79 | ☐ |
| 31. BLEXIR | | | | | | |
| | Registered | 5 | ASTRAZENECA AB | 78−506,830 | 81 | ☐ |
| 32. BREXIN | | | | | | |
| | Expired | 5 | BYK−GULDEN, INC. | 72−373,851 | 83 | ☐ |

Exhibit 80
-1280-
KDA-003879

**BRUXER**

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 33. BRUCITIC MARBLE | | | | | | |
| | Abandoned | Multi | ACM–TEXAS, LLC | 77–368,398 | 86 | ☐ |
| 34. FRAC LORD BRUMMELL | | | | | | |
| | Registered | 3 | INTERCOSMA WEST S.A.S | 79–064,575 | 87 | ☐ |
| 35. BRUMISATEUR | | | | | | |
| | Renewed | 3 | SARBEC DEVELOPPEMENT | 73–235,862 | 89 | ☐ |
| 36. BAXAVER | | | | | | |
| | Pending | 10 | EMANUELE LOPOPOLO | 79–103,916 | 91 | ☐ |
| 37. BRUMISATEUR | | | | | | |
| | Renewed | 5 | SARBEC DEVELOPPEMENT | 73–246,372 | 93 | ☐ |
| 38. BROXO | | | | | | |
| | TTAB Renewed | 10, 21 | ADANCED RESPONSE CORPORATION | 74–155,949 | 95 | ☐ |
| 39. BEAU BRUMMELL | | | | | | |
| | TTAB Cancelled | 3 | DUYMUS, FAHRIYE | 71–486,451 | 97 | ☐ |
| 40. BERAXUR | | | | | | |
| | Registered | 5 | MERZ PHARMA GMBH & CO. KGAA | 78–958,665 | 110 | ☐ |
| 41. BRONZZER | | | | | | |
| | Renewed | 3 | MARKWINS BEAUTY PRODUCTS, INC. | 74–365,692 | 112 | ☐ |
| 42. BREXIDOL | | | | | | |
| | Renewed | 5 | CHIESI FARMACEUTICI S.P.A. | 73–816,943 | 115 | ☐ |
| 43. BREZERIS | | | | | | |
| | Published | 5 | NOVARTIS AG | 85–517,788 | 117 | ☐ |
| 44. BRIXELTA | | | | | | |
| | Registered | 5 | UCB PHARMA S.A. | 79–070,972 | 119 | ☐ |
| 45. BRAXLA | | | | | | |
| | Abandoned | 5 | HUMAN GENOME SCIENCES, INC. | 77–299,760 | 121 | ☐ |
| 46. BRAZOR | | | | | | |
| | Published | 3 | KOTELOV, PAUL | 77–762,141 | 122 | ☐ |
| 47. BRUNEIHALAL | | | | | | |
| | Published | Multi | BRUNEI WAFIRAH HOLDINGS SDN. BHD. | 85–102,918 | 123 | ☐ |
| 48. BRUNOFRISONI | | | | | | |
| | Registered | 3 | BOW B.V. | 79–006,768 | 126 | ☐ |
| 49. BRUCKER BIOFEEDBACK METHOD | | | | | | |
| | Registered | 44 | GUGEL, RITA NACKEN | 85–067,478 | 128 | ☐ |
| 50. THE BRUCKER BIOFEEDBACK CENTER | | | | | | |
| | Abandoned | 42, 44 | MIAMI JEWISH HOME & HOSPITAL FOR THE AGED, INC. | 85–416,495 | 129 | ☐ |
| 51. BRUNELLO CUCINELLI | | | | | | |
| | TTAB Registered | Multi | BRUNELLO CUCINELLI S.P.A. | 79–076,627 | 130 | ☐ |

BRUXER

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 52. BINAXAR | Registered | 5 | BAYER AKTIENGESELLSCHAFT | 77−328,879 | 133 | ☐ |
| 53. BIOFLEXOR | Renewed | 5 | HEALTH CARE LABORATORIES, INC. | 75−115,075 | 135 | ☐ |
| 54. ELIXIR | Registered | 3 | GOSMILE, INC. | 78−760,053 | 136 | ☐ |
| 55. BREAIR | Published | 5 | GLAXO GROUP LIMITED | 85−544,224 | 137 | ☐ |
| 56. BREKSEZA | Published | 5 | UPSHER−SMITH LABORATORIES, INC. | 85−437,210 | 139 | ☐ |
| 57. BARXV | Registered | Multi | RINKINC, LLC | 78−230,322 | 141 | ☐ |
| 58. BREVALIR | Published | 5 | CORNERSTONE THERAPEUTICS INC. | 85−396,849 | 144 | ☐ |
| 59. BIOXIRA | Registered | 3 | IT WORKS MARKETING, INC. | 78−804,229 | 145 | ☐ |
| 60. BALRUXA | Published | 5 | INCYTE CORPORATION | 77−862,856 | 146 | ☐ |
| 61. BREZILIZER | Published | 5, 10 | NOVARTIS AG | 85−032,883 | 147 | ☐ |
| 62. BAZUCAR | Registered | 5 | CROSSBAY, LLC | 76−372,472 | 149 | ☐ |
| 63. BRYNDIR | Published | 5 | WYETH LLC | 77−802,676 | 151 | ☐ |
| 64. BYZOR | Published | 5 | GLAXO GROUP LIMITED | 77−790,618 | 153 | ☐ |
| 65. FLUXSERO | Registered | 5 | NOVARTIS AG | 79−092,342 | 155 | ☐ |
| 66. BREKSEEZ | Published | 5 | UPSHER−SMITH LABORATORIES, INC. | 85−437,212 | 157 | ☐ |
| 67. BREKSEZE | Published | 5 | UPSHER−SMITH LABORATORIES, INC. | 85−437,211 | 158 | ☐ |
| 68. UXR | Renewed | 10 | X−RAY MARKETING ASSOCIATES, INC. | 73−791,477 | 160 | ☐ |
| 69. BEELIXIR | Registered | 5 | FERRIS, JAMES S. | 77−224,080 | 161 | ☐ |
| 70. BREZILIZER | Abandoned | 5, 10 | NOVARTIS AG | 78−947,115 | 163 | ☐ |

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 71. RELAXER | | | | | | |
| | Registered | 10 | SENTAGE CORPORATION | 76–412,655 | 165 | ☐ |
| 72. HELIQSIR | | | | | | |
| | Registered | 3 | SOCIéTé ANONYME DE; SAVONNER IE ET DE ... | 79–029,396 | 166 | ☐ |
| 73. LUXOR | | | | | | |
| | Registered | 10 | STRYKER SPINE | 78–675,501 | 168 | ☐ |
| 74. ZIRLUX | | | | | | |
| | Registered | 10 | HS TM, LLC | 85–213,745 | 170 | ☐ |
| 75. BRUISER THE FUSION | | | | | | |
| | Pending | 10 | BAD DRAGON ENTERPRISES, INC | 85–701,096 | 171 | ☐ |
| 76. EX–SIR SANITIZER | | | | | | |
| | Abandoned | 3, 5, 32 | KÜKRE GIDA VE IHTIYAC MADDELER I; NAKLIYAT VE ... | 79–081,432 | 172 | ☐ |
| 77. INDEXER | | | | | | |
| | Renewed | 10 | SUPER TOOTH PRODUCTS, INC. | 73–719,446 | 174 | ☐ |
| 78. BOOZER | | | | | | |
| | Registered | 5 | LIQUID POTIONS, LLC | 77–078,734 | 175 | ☐ |
| 79. STRUXEN | | | | | | |
| | Pending | 5 | NOVARTIS AG | 85–666,497 | 176 | ☐ |
| 80. BUCKERS BUCKERS INCORPORATED | | | | | | |
| | Cancelled | 5, 35 | BUCKERS, INC. | 75–861,342 | 178 | ☐ |
| 81. BRAKIVAR | | | | | | |
| | Abandoned | 5 | TALON THERAPEUTICS, INC. | 77–261,922 | 180 | ☐ |
| 82. BRAXXI | | | | | | |
| | Cancelled | 5 | LINDALUX INC. | 76–563,987 | 182 | ☐ |
| 83. BREXYGEL | | | | | | |
| | Abandoned | 5 | BREXYS, INC. | 77–736,435 | 183 | ☐ |
| 84. BREUER | | | | | | |
| | Abandoned | 3, 9, 18 | BREUER FINANCES, SOCIéTé CIVILE | 79–049,420 | 184 | ☐ |
| 85. BRAUER | | | | | | |
| | Cancelled | 5 | BRAUER IP PTY LTD | 75–732,815 | 186 | ☐ |
| 86. PRIXAR | | | | | | |
| | Cancelled | 5 | AVENTIS PHARMA S.A. | 78–344,120 | 188 | ☐ |
| 87. BREEZERS | | | | | | |
| | TTAB Registered | 3, 21 | INNOVATION AND DESIGN, INC. | 76–552,430 | 190 | ☐ |
| 88. BALAXUR | | | | | | |
| | Registered | 5 | MERZ PHARMA GMBH & CO. KGAA | 78–958,658 | 192 | ☐ |
| 89. ROXXIRE | | | | | | |
| | Published | 5 | BAYER AKTIENGESELLSCHAFT | 85–275,796 | 194 | ☐ |

**BRUXER**

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 90. BEXERO | | | | | | |
| | Registered | 5 | NOVARTIS AG | 85–221,519 | 195 | ☐ |
| 91. GLUXPER | | | | | | |
| | Abandoned | 5 | BRISTOL–MYERS SQUIBB COMPANY | 78–709,662 | 197 | ☐ |
| 92. SIROLUX | | | | | | |
| | Renewed | 10 | SIRONA DENTAL SYSTEMS GMBH | 73–684,071 | 198 | ☐ |
| 93. BREEZERS | | | | | | |
| | Registered | 5 | FIRST QUALITY PRODUCTS, INC. | 78–330,038 | 200 | ☐ |
| 94. LUXAR | | | | | | |
| | Abandoned | 10 | LUXARCARE LLC | 78–363,836 | 204 | ☐ |
| 95. ZIRCALUX | | | | | | |
| | Cancelled | 5 | IMPERIAL CHEMICAL INDUSTRIES PLC | 73–754,591 | 206 | ☐ |
| 96. STRUCSURE | | | | | | |
| | Registered | 10 | SMITH & NEPHEW, INC. | 85–360,188 | 207 | ☐ |

### GROUP FIVE

| Citation | Status | Class(es) | Owner | Serial Number | Page | Record of Interest |
|---|---|---|---|---|---|---|
| 97. BRUKER | | | | | | |
| | Renewed | 9 | BRUKER–PHYSIK AG | 73–159,013 | 208 | ☐ |
| 98. BROXERS | | | | | | |
| | Registered | 25 | WEAVER, MICHAEL S. | 77–585,849 | 210 | ☐ |

Exhibit 80
-1284-
KDA-003883

**BRUXER**

## ANALYST REVIEW – USPTO REPORT

### Search Information

Type of Search:    **U.S. Full Search**
Mark:              **BRUXER**
Goods/Services:    **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND
ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

### Data Information

This search report includes information from the USPTO Official Gazette published on **10/09/2012** and pending
applications filed through **10/05/2012**. The pending applications are received from the U.S. Patent and Trademark Office
and are updated to our database as they are made available.

Our database includes active USPTO text records dating from **1884** to present.

All queries in the Search Strategy below have been applied to all active applications and registrations in our database,
as well as inactive USPTO applications and registrations from 01/01/2007 to the present. Inactive USPTO applications
and registrations from 01/01/1984 – 01/01/2007 were searched for identical trademarks.

### Last Reported Owner

"Last Reported Owner" is our best determination of the owner of a trademark, based on a programmatic analysis of
USPTO trademark records and any assignment transactions associated with the trademark. In determining "Last
Reported Owner", we exclude recorded documents representing security interests, liens and other transactions which
ordinarily do not result in a change of ownership.

### Owner Matching

The Owner Matching feature is an index within the trademark record showing citations within the report with the same
owner. Owner Matching is an alphabetical, word for word match. Inconsistencies in the data coming from providers
(i.e., USPTO, State, etc.) may impact results.

### Global Filings  

A Global Filings flag indicates how often owners of cited USPTO trademarks have filed for protection of the cited marks
outside the United States. We compare the owner and trademark, as listed in our proprietary USPTO database, to our
worldwide trademark databases. The worldwide trademark databases include first publications since January 1, 1976.
(For China, only trademarks published since January 1, 1986 are included). In most of the over 200 countries, first
publications are new applications published in the Official Gazettes for opposition purposes.

Please Note: Global Filings provides an indication of international trademark filings, but should be considered advisory
information only, due to possible inconsistencies in the data and the update frequency of trademark records provided by
international trademark offices. Furthermore, the documentation does not include renewals or indications about the
subsequent fate of the applications retrieved, such as registrations, rejections, withdrawals, amendments and partial
cancellations. For additional information, please refer to the electronic version of this search report, accessible through
your SAEGIS™ Inbox.

### Earliest Date in Record

The Earliest Date in Record is an added field derived from a programmatic review of all available fields within a given
record to estimate the earliest date by which the trademark can claim protection. Fields reviewed can include the Date
Filed and First Use Dates for both U.S. and international protection. Please note that not all records with a status of
MISASSIGNED will be included, as many of these records do not contain dates. This field is designed to be a helpful
reference tool only; further research may be required to determine the mark's priority rights.

### Analyst Information

Name:       **LISA SKEHAN**
Comments:   **These queries, listed below, retrieved 1712 potential references from the database.**

**BRUXER**

---

Analyst Information

**After careful review and analysis, I have selected <u>98</u> records for your review.**

---

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK GOODS PREFIX | BRU(X,XX)(E,I,Y)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 2. | EXACT MARK GOODS PREFIX | THEBRU(X,XX)(E,I,Y)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 3. | EXACT MARK | BRU(X,XX)(E,I,Y)R | 42,44,3,21,5,10,1,9,40 | 0 |
| 4. | EXACT MARK | THEBRU(X,XX)(E,I,Y)R | 42,44,3,21,5,10,1,9,40 | 0 |
| 5. | EXACT MARK | BRU(X,XX)(E,I,Y)R | ALL CLASSES | 0 |
| 6. | EXACT MARK | THEBRU(X,XX)(E,I,Y)R | ALL CLASSES | 0 |
| 7. | EXACT MARK | BRU(X,XX)(I,U,Y,E)R | ALL CLASSES | 0 |
| 8. | EXACT MARK | BRU(X,XX)(I,U,Y,E)RE | ALL CLASSES | 0 |
| 9. | WORD | BRU(X,XX)(I,U,Y,E)RE | ALL CLASSES | 0 |
| 10. | WORD | BRU(X,XX)(I,U,Y,E)R | ALL CLASSES | 1 |
| 11. | WORD | BRU(X,XX)(Z,S)(I,U,Y,E)R | ALL CLASSES | 2 |
| 12. | EXACT MARK | BRU(K,C,CK,Q)(I,U,Y,E)R | ALL CLASSES | 1 |
| 13. | WORD | BRU(K,C,CK,Q)(I,U,Y,E)R | ALL CLASSES | 3 |
| 14. | EXACT MARK | BRU(K,C,CK,Q)S(I,U,Y,E)R | ALL CLASSES | 0 |
| 15. | WORD | BRU(K,C,CK,Q)S(I,U,Y,E)R | ALL CLASSES | 0 |
| 16. | PREFIX GOODS PREFIX | BRU(X,XX)(E,I,Y)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 17. | LETTERSTRING GOODS PREFIX | BRU(X,XX)(E,I,Y)R <and> (DENT,TEETH,TOOTH, IMPLAN,BRIDG,CAP, CROWN,INLAY,ONLAY, PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 18. | WORD | BRU(X,XX)(E,I,Y)R | 42,44,3,21,5,10 | 0 |
| 19. | PREFIX | BRU(X,XX)(E,I,Y)R | 42,44,3,21,5,10 | 0 |
| 20. | LETTERSTRING | BRU(X,XX)(E,I,Y)R | 42,44,3,21,5,10 | 0 |
| 21. | WORD | BRU(X,XX)(E,I,Y)R | ALL CLASSES | 0 |
| 22. | PREFIX | BRU(X,XX)(E,I,Y)R | ALL CLASSES | 0 |

---

Exhibit 80
-1286-

KDA-003885

**BRUXER**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 23. | PREFIX LETTERSTRING | BRU <and> X(E,I,Y)R | 42,44,3,21,5,10 | 0 |
| 24. | LETTERSTRING LETTERSTRING | BRU <and> X(E,I,Y)R | 42,44,3,21,5,10 | 0 |
| 25. | LETTERSTRING LETTERSTRING | BRU <and> XER | 42,44,3,21,5,10 | 0 |
| 26. | LETTERSTRING LETTERSTRING | BRU(K,C,X,Q) <and> (Z,X)(I,Y,U)R | 42,44,3,21,5,10 | 0 |
| 27. | LETTERSTRING LETTERSTRING | BRU(K,C,X,Q) <and> (Z,X)(I,Y,U)R | ALL CLASSES | 0 |
| 28. | PREFIX | BRUXE | 42,44,3,21,5,10 | 3 |
| 29. | PREFIX | BRUX | 42,44,3,21,5,10 | 13 |
| 30. | WORD | BRU(0-4 characters)R | 42,44,3,21,5,10 | 35 |
| 31. | SUFFIX | RUX(E,I,Y)R | 42,44,3,21,5,10 | 0 |
| 32. | SUFFIX | UX(E,I,Y)R | 42,44,3,21,5,10 | 0 |
| 33. | PREFIX SUFFIX | B <and> X(E,I,Y)R | 42,44,3,21,5,10 | 30 |
| 34. | SUFFIX | (K,C,X,Q)(Z,X)(I,Y)R | 42,44,3,21,5,10 | 0 |
| 35. | SUFFIX | (K,C,X,Q)(Z,X)(I,Y)RE | 42,44,3,21,5,10 | 1 |
| 36. | SUFFIX | (K,C,X,Q)(S,C)(I,Y)R | 42,44,3,21,5,10 | 3 |
| 37. | SUFFIX | (K,C,X,Q)(Z,X)(E,U)R | 42,44,3,21,5,10 | 4 |
| 38. | PHONETIC WORD | BRUXER | 42,44,3,21,5,10,1,9,35,40 | 0 |
| 39. | PHONETIC PREFIX | BRUXER | 42,44,3,21,5,10 | 1 |
| 40. | PHONETIC SUFFIX | BRUXER | 42,44,3,21,5,10 | 0 |
| 41. | PREFIX | BR(UE,EU,UU,U)(K,C,X,Q) | 42,44,3,21,5,10 | 26 |
| 42. | PREFIX | BR(UE,EU,UU,U)(K,C,X,Q) | ALL CLASSES | 185 |
| 43. | PREFIX | BR(AU)(K,C,X,Q) | ALL CLASSES | 7 |
| 44. | LETTERSTRING | BRUX | ALL CLASSES | 0 |
| 45. | LETTERSTRING | RUX(Z,X) | ALL CLASSES | 5 |
| 46. | SUFFIX | UX(S,C,X,Z)(I,U,Y,E)R | ALL CLASSES | 1 |
| 47. | SUFFIX | UX(S,C,X,Z)(I,U,Y,E)RE | ALL CLASSES | 0 |
| 48. | SUFFIX | X(S,C,X,Z)(I,U,Y,E)RE | ALL CLASSES | 33 |
| 49. | SUFFIX | X(S,C,X,Z)(I,U,Y,E)R | ALL CLASSES | 34 |
| 50. | PHONETIC SUFFIX | RUXER | 42,44,3,21,5,10 | 10 |
| 51. | PHONETIC PREFIX NOT LETTERSTRING | BRUX <and> BROOK | 42,44,3,5,10 | 60 |
| 52. | PREFIX | BR <and> | 42,44,3,5,10 | 2 |

**BRUXER**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| | PHONETIC SUFFIX | XER | | |
| 53. | PHONETIC WORD<br>PHONETIC SUFFIX | UX <and><br>XER | 42,44,3,5,10 | 0 |
| 54. | LETTERSTRING<br>PHONETIC SUFFIX | RUX <and><br>XER | 42,44,3,5,10 | 0 |
| 55. | SUFFIX<br>GOODS PREFIX | X(I,U,Y,E)R <and><br>(DENT,TEETH,TOOTH,<br>IMPLAN,BRIDG,CAP,<br>CROWN,INLAY,ONLAY,<br>PROSTH,ORAL,ORTHOD) | 42,44,3,5,10 | 43 |
| 56. | PREFIX<br>LETTERSTRING<br>LETTERSTRING<br>SUFFIX | BR <and><br>X <and><br>(Z,X) <and><br>R | 42,44,3,5,10 | 6 |
| 57. | PREFIX<br>LETTERSTRING<br>LETTERSTRING<br>SUFFIX | BR <and><br>X <and><br>(Z,X) <and><br>RE | 42,44,3,5,10 | 3 |
| 58. | PREFIX<br>LETTERSTRING<br>LETTERSTRING<br>SUFFIX | B <and><br>X <and><br>(Z,X) <and><br>RE | 42,44,3,5,10 | 47 |
| 59. | PREFIX<br>LETTERSTRING<br>LETTERSTRING | B <and><br>R <and><br>(Z,X)(I,U,Y,E)R | 42,44,3,5,10 | 179 |
| 60. | PREFIX<br>LETTERSTRING | BR <and><br>(Z,X)(I,U,Y,E)R | 42,44,3,5,10 | 0 |
| 61. | LETTERSTRING<br>LETTERSTRING | UX <and><br>(Z,X)(I,U,Y,E)R | 42,44,3,5,10 | 4 |
| 62. | LETTERSTRING<br>LETTERSTRING | UX <and><br>(Z,X)(I,U,Y,E)R | 42,44,3,5,10 | 0 |
| 63. | LETTERSTRING<br>LETTERSTRING | U(K,C,X,Q) <and><br>(Z,X)(I,U,Y,E)R | 42,44,3,5,10 | 6 |
| 64. | LETTERSTRING<br>LETTERSTRING | U(K,C,X,Q) <and><br>(S,C)(I,U,Y,E)R | 42,44,3,5,10 | 33 |
| 65. | LETTERSTRING<br>SUFFIX | UX <and><br>R | 42,44,3,5,10 | 20 |
| 66. | LETTERSTRING<br>SUFFIX | U(K,C,Q)S <and><br>R | 42,44,3,5,10 | 0 |
| 67. | PREFIX<br>LETTERSTRING<br>SUFFIX | B <and><br>X <and><br>R | 42,44,3,5,10 | 193 |
| 68. | PREFIX<br>LETTERSTRING<br>SUFFIX | B <and><br>X <and><br>R | 42,44,3,5,10 | 42 |
| 69. | PREFIX<br>LETTERSTRING<br>SUFFIX<br>NOT LETTERSTRING | B <and><br>(X,Z) <and><br>R <and><br>(BRONZ,BRAZ,BRAS,<br>BREEZ) | 42,44,3,5,10 | 162 |

Exhibit 80
-1288-

KDA-003887

**BRUXER**

## Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 70. | PREFIX<br>GOODS PREFIX | BRU <and><br>(DENT,TEETH,TOOTH,<br>IMPLAN,BRIDG,CAP,<br>CROWN,INLAY,ONLAY,<br>PROSTH,ORAL,ORTHOD) | 42,44,3,5,10 | 123 |
| 71. | EXACT MARK<br><br>NOT PREFIX | BRU(0 – 255 characters) <and><br><br>BRUSH | 42,44,3,5,10 | 89 |
| 72. | LETTERSTRING | (K,C,X,Q)(Z,X)(I,Y)R | 42,44,3,5,10 | 1 |
| 73. | LETTERSTRING | (K,C,X,Q)(Z,X)(I,Y)R | ALL CLASSES | 0 |
| 74. | LETTERSTRING<br>GOODS PREFIX | (K,C,X,Q)(Z,X)(I,Y)R <and><br>(DENT,TEETH,TOOTH,<br>IMPLAN,BRIDG,CAP,<br>CROWN,INLAY,ONLAY,<br>PROSTH,ORAL,ORTHOD) | ALL CLASSES | 0 |
| 75. | LETTERSTRING<br>GOODS PREFIX | (K,C,X,Q)(Z,X)(I,Y,E)R <and><br>(DENT,TEETH,TOOTH,<br>IMPLAN,BRIDG,CAP,<br>CROWN,INLAY,ONLAY,<br>PROSTH,ORAL,ORTHOD) | ALL CLASSES | 1 |
| 76. | LETTERSTRING | RUX | 3,5,10,21,42,44 | 67 |
| 77. | LETTERSTRING<br>LETTERSTRING | UX <and><br>(S,C,X,Z)(E,I,Y)R | 3,5,10,21,42,44 | 21 |
| 78. | EXACT MARK | BR(0–5 characters)R | 3,5,10,21,42,44 | 72 |
| 79. | PREFIX<br>LETTERSTRING<br>SUFFIX | B <and><br>U(X,C,K,Q) <and><br>R | 3,5,10,21,42,44 | 101 |
| 80. | SUFFIX<br>GOODS PREFIX | XER <and><br>(DENT,TEETH,TOOTH,<br>IMPLAN,BRIDG,CAP,<br>CROWN,INLAY,ONLAY,<br>PROSTH,ORAL,ORTHOD) | 3,5,10,21,42,44 | 0 |
| 81. | SUFFIX<br>GOODS PREFIX | XER <and><br>(DENT,TEETH,TOOTH,<br>IMPLAN,BRIDG,CAP,<br>CROWN,INLAY,ONLAY,<br>PROSTH,ORAL,ORTHOD) | ALL CLASSES | 32 |
| 82. | LETTERSTRING<br>SUFFIX | B <and><br>XER | 3,5,10,21,42,44 | 7 |
| 83. | PHONETIC WORD | BRU(X,XX)ER | 3,5,10,21,42,44 | 0 |
| 84. | PHONETIC PREFIX | BRU(X,XX)ER | 3,5,10,21,42,44 | 0 |
| 85. | PHONETIC SUFFIX | RU(X,XX)ER | 3,5,10,21,42,44 | 0 |

## Class Identification

| | |
|---|---|
| 01 | CHEMICALS |
| 03 | COSMETICS AND CLEANING PREPARATIONS |

**BRUXER**

| Class Identification | |
|---|---|
| 05 | PHARMACEUTICALS |
| 09 | ELECTRICAL AND SCIENTIFIC APPARATUS |
| 10 | MEDICAL APPARATUS |
| 21 | HOUSEWARES AND GLASS |
| 35 | ADVERTISING AND BUSINESS SERVICES |
| 40 | MATERIAL TREATMENT SERVICES |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |
| 44 | MEDICAL, VETERINARY, AGRICULTURAL AND FORESTRY SERVICES |

**BRUXER**

US−1
**Group:** Three

# BRUXZIR

**BRUXZIR**

 **Global Filings = 1**   TTAB

**Status:**             REGISTERED

                        **USPTO Status:** CANCELLATION PENDING
                        **USPTO Status Date:** AUG 21, 2012

**Goods/Services:**     **International Class 10:** DENTAL BRIDGES; DENTAL CAPS; DENTAL CROWNS; DENTAL
                        INLAYS; DENTAL ONLAYS; DENTAL PROSTHESES
                        **First Used:** JUN 06, 2009  (INTL. CL. 10)
                        **In Commerce:** JUN 06, 2009

**Last Reported Owner:** JAMES R. GLIDEWELL, DENTAL CERAMIC, INC.
                        DBA GLIDEWELL LABORATORIES
                        CALIFORNIA  CORPORATION
                        4141 MACARTHUR BLVD.
                        PROFESSIONAL SERVICES
                        NEWPORT BEACH, CALIFORNIA  92660

**Chronology:**         **Filed:** JUN 17, 2009          **Serial Number:** 77−761,757
                        **Published For Opposition:** NOV 03, 2009
                        **Opposition/Cancellation Filed:** AUG 17, 2012
                        **Opposition/Cancellation Filed:** AUG 30, 2011
                        **Registered:** JAN 19, 2010        **Registration Number:** 3,739,663
                        **Earliest Date in Record:** JUN 06, 2009  (First Used)

---

**Trademark Trials and Appeal Board (TTAB) Information:**                                    TTAB

**Opposition Number:** 91201389
**Outcome:** PENDING, AUG 30, 2011

**Plaintiff:**                                              **Defendant:**
JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA                KEATING DENTAL ARTS, INC.
GLIDEWELL LABORATORIES
**Mark:** BRUXZIR                                           **Mark:** KDZ BRUXER
**Registration Number:** 3,739,663                          **Registration Number:**
**Serial Number:** 77−761,757                               **Serial Number:** 85−287,029

Exhibit 80
-1291-
KDA-003890

**BRUXER**

**Correspondent:**
LEONARD TACHNER
LEONARD TACHNER A PROFESSIONAL LAW
CORPORATION
17961 SKY PARK CIRCLE, SUITE 38-E
IRVINE, CA 92614 US

**Trademark Defendant Correspondent:**
J MARK HOLLAND
J MARK HOLLAND & ASSOCIATES
3 SAN JOAQUIN PLAZA, SUITE 210
NEWPORT BEACH, CA 92660 US

**TTAB Entry:** #12 SUSPENDED PENDING DISP OF CIVIL ACTION, NOV 18, 2011
**TTAB Entry:** #11 COPY OF COMPLAINT FROM CIVIL ACTION, OCT 27, 2011

**Cancellation Action Number:** 92056050
**Outcome:** PENDING  AUG 17, 2012

**Plaintiff:**
KEATING DENTAL ARTS, INC.

**Defendant:**
JAMES R. GLIDEWELL, DENTAL CERAMIC, INC. DBA
GLIDEWELL LABORATORIES

**Mark:**
**Registration Number:**
**Serial Number:**
**Correspondent:**
RUSTIN MAGNUM
KNOBBE MARTENS OLSON BEAR LLP
2040 MAIN STREET, 14TH FLOOR
IRVINE, CA 92614 US

**Mark:** BRUXZIR
**Registration Number:** 3,739,663
**Serial Number:** 77-761,757
**Trademark Defendant Correspondent:**
JAMES R GLIDEWELL DENTAL CERAMIC INC
4141 MACARTHUR BLVD
NEWPORT BEACH, CA 92660 2015 US

**TTAB Entry:** #6 DF'S PROOF OF SERVICE, OCT 02, 2012
**TTAB Entry:** #5 BOARD'S COMMUNICATION, SEP 25, 2012

**Ownership Details:**

**Registrant:**           JAMES R. GLIDEWELL, DENTAL CERAMIC, INC.
                          DBA GLIDEWELL LABORATORIES
                          CALIFORNIA  CORPORATION
                          4141 MACARTHUR BLVD.
                          PROFESSIONAL SERVICES
                          NEWPORT BEACH, CALIFORNIA  92660

**Assignee**
COMERICA BANK, A TEXAS BANKING ASSOCIATION
TEXAS BANKING ASSOCIATION
39200 SIX MILE ROAD
LIVONIA, MICHIGAN, 48152

**Assignor**
JAMES R. GILDEWELL, DENTAL CERAMICS, INC.
CALIFORNIA CORPORATION
**Signed:** FEB 26, 2010

**Brief:** SECURITY INTEREST

**BRUXER**

**Recorded:** MAR 01, 2010
**Reel/Frame:** 4165/0537
**Correspondent:**
KRISTEN I. SPANO
150 W. JEFFERSON AVENUE, SUITE 2500
DETROIT, MICHIGAN 48226

**Filing Correspondent:**   KEITH D. ALLRED, ESQ.
JAMES R GLIDEWELL DENTAL CERAMIC INC
4141 MACARTHUR BLVD
NEWPORT BEACH, CA 92660 2015

**BRUXER**

US−2
**Group:** Three

# BRUXZIR

**BRUXZIR**

🌐 **Global Filings = 1** TTAB

**Status:**
PUBLISHED
FILED AS USE APPLICATION
USE APPLICATION − CURRENT

**USPTO Status:** OPPOSITION PENDING
**USPTO Status Date:** DEC 07, 2011

**Goods/Services:**
**International Class 5:** DENTAL CERAMICS
**First Used:** NOV 10, 2009 (INTL. CL. 5)
**In Commerce:** NOV 10, 2009

**Last Reported Owner:** JAMES R. GLIDEWELL DENTAL CERAMICS INC.
DBA GLIDEWELL LABORATORIES
CALIFORNIA CORPORATION
4141 MACARTHUR BLVD.
PROFESSIONAL SERVICES
NEWPORT BEACH, CALIFORNIA 92660

**Chronology:**
**Filed:** MAY 27, 2011          **Serial Number:** 85−332,886
**Opposition/Cancellation Filed:** DEC 07, 2011
**Published For Opposition:** NOV 01, 2011
**Earliest Date in Record:** NOV 10, 2009 (First Used)

---

**Trademark Trials and Appeal Board (TTAB) Information:**          TTAB

**Opposition Number:** 91202891
**Outcome:** PENDING, DEC 07, 2011

**Plaintiff:**
KEATING DENTAL ARTS, INC.

**Defendant:**
JAMES R. GLIDEWELL DENTAL CERAMICS INC.

**Mark:** KDZ BRUXER
**Serial Number:** 85−287,029

**Mark:** BRUXZIR
**Serial Number:** 85−332,886

Exhibit 80
-1294-

KDA-003893

**BRUXER**

**Correspondent:**
J MARK HOLLAND
J MARK HOLLAND ASSOC
3 SAN JOAQUIN PLZ STE 210
NEWPORT BEACH, CA 92660 US

**Trademark Defendant Correspondent:**
LEONARD TACHNER
LEONARD TACHNER PROF LAW CORP
17961 SKY PARK CIR STE 38-E
IRVINE, CA 92614 US

**TTAB Entry:** #6 SUSPENDED PENDING DISP OF CIVIL ACTION, FEB 03, 2012
**TTAB Entry:** #5 ANSWER, DEC 21, 2011

**Extension of Time to Oppose Number:** 85332886
**Extension of Time to Oppose Filed:** NOV 30, 2011
**Outcome:** TERMINATED DEC 31, 2011

**Potential Opposer:**
KEATING DENTAL ARTS, INC.

**Applicant:**
JAMES R. GLIDEWELL DENTAL CERAMICS INC.

**Mark:**
**Serial Number:**
**Correspondent:**
J. MARK HOLLAND
J. MARK HOLLAND & ASSOCIATES
3 SAN JOAQUIN PLAZASUITE 210
NEWPORT BEACH, CA 92660 US

**Mark:** BRUXZIR
**Serial Number:** 85-332,886
**Correspondent:**
KEITH D. ALLRED
KEITH D. ALLRED, GENERAL COUNSEL
4141 MACARTHUR BLVD
NEWPORT BEACH, CA 92660-2015

**TTAB Entry:** #2 INCOMING − EXT TIME TO OPPOSE FILED, NOV 30, 2011
**TTAB Entry:** #1 EXTENSION OF TIME GRANTED, NOV 30, 2011

**Ownership Details:**

**Applicant:**          JAMES R. GLIDEWELL DENTAL CERAMICS INC.
                        DBA GLIDEWELL LABORATORIES
                        CALIFORNIA  CORPORATION
                        4141 MACARTHUR BLVD.
                        PROFESSIONAL SERVICES

                        NEWPORT BEACH, CALIFORNIA  92660
**Other U.S. Registrations:** 3,739,663

**Filing Correspondent:**  KEITH D. ALLRED
                        LEONARD TACHNER
                        LEONARD TACHNER PROF LAW CORP
                        17961 SKY PARK CIR STE 38-E
                        IRVINE, CA 92614

Exhibit 80
-1295-
KDA-003894

**BRUXER**

US−3
**Group:** Four



## KDZ BRUXER

`TTAB`

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** OPPOSITION PENDING |
| | **USPTO Status Date:** AUG 30, 2011 |
| **Goods/Services:** | **International Class 10:** DENTAL PROSTHESES |
| **Disclaimers:** | "BRUXER" |
| **Last Reported Owner:** | KEATING DENTAL ARTS, INC. |
| | CALIFORNIA  CORPORATION |
| | 16881 HALE AVENUE |
| | IRVINE, CALIFORNIA  92606 |

**Chronology:**  **Filed:** APR 05, 2011   **Serial Number:** 85−287,029
**Opposition/Cancellation Filed:** AUG 30, 2011
**Opposition/Cancellation Filed:** DEC 07, 2011
**Published For Opposition:** AUG 30, 2011
**Earliest Date in Record:** APR 05, 2011  (Filed)

---

## Trademark Trials and Appeal Board (TTAB) Information:

`TTAB`

**Opposition Number:** 91201389
**Outcome:** PENDING, AUG 30, 2011

**Plaintiff:**
JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA
GLIDEWELL LABORATORIES
**Mark:** BRUXZIR
**Registration Number:** 3,739,663
**Serial Number:** 77−761,757

**Defendant:**
KEATING DENTAL ARTS, INC.

**Mark:** KDZ BRUXER
**Registration Number:**
**Serial Number:** 85−287,029

---

Analyst: LISA SKEHAN

Exhibit 80
-1296-

KDA-003895

**BRUXER**

**Correspondent:**
LEONARD TACHNER
LEONARD TACHNER A PROFESSIONAL LAW
CORPORATION
17961 SKY PARK CIRCLE, SUITE 38–E
IRVINE, CA 92614 US

**Trademark Defendant Correspondent:**
J MARK HOLLAND
J MARK HOLLAND & ASSOCIATES
3 SAN JOAQUIN PLAZA, SUITE 210
NEWPORT BEACH, CA 92660 US

**TTAB Entry:** #12 SUSPENDED PENDING DISP OF CIVIL ACTION, NOV 18, 2011
**TTAB Entry:** #11 COPY OF COMPLAINT FROM CIVIL ACTION, OCT 27, 2011

**Opposition Number:** 91202891
**Outcome:** PENDING, DEC 07, 2011

**Plaintiff:**
KEATING DENTAL ARTS, INC.

**Defendant:**
JAMES R. GLIDEWELL DENTAL CERAMICS INC.

**Mark:** KDZ BRUXER
**Serial Number:** 85–287,029
**Correspondent:**
J MARK HOLLAND
J MARK HOLLAND ASSOC
3 SAN JOAQUIN PLZ STE 210
NEWPORT BEACH, CA 92660 US

**Mark:** BRUXZIR
**Serial Number:** 85–332,886
**Trademark Defendant Correspondent:**
LEONARD TACHNER
LEONARD TACHNER PROF LAW CORP
17961 SKY PARK CIR STE 38–E
IRVINE, CA 92614 US

**TTAB Entry:** #6 SUSPENDED PENDING DISP OF CIVIL ACTION, FEB 03, 2012
**TTAB Entry:** #5 ANSWER, DEC 21, 2011

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | KEATING DENTAL ARTS, INC. |
| | CALIFORNIA  CORPORATION |
| | 16881 HALE AVENUE |
| | IRVINE, CALIFORNIA  92606 |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF THE LETTERS "KDZ" IN BOLD FOLLOWED BY THE LETTERS |
| | "BRUXER" IN SMALLER FONT LARGELY ENCIRCLED BY A STYLIZED AND ELONGATED |
| | INCOMPLETE OVAL–SHAPED DESIGN ELEMENT. |
| **Filing Correspondent:** | THOMAS L. GOURDE |
| | J MARK HOLLAND |
| | J MARK HOLLAND & ASSOCIATES |
| | 3 SAN JOAQUIN PLAZA SUITE 210 |
| | NEWPORT BEACH, CA 92660 |

Analyst: LISA SKEHAN
Exhibit 80
-1297-
KDA-003896

**BRUXER**

**US−4**
**Group:** Four



**BEXXAR**

<span style="color:blue">TTAB</span>

| | |
|---|---|
| **Status:** | REGISTERED |
| | |
| | **USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED |
| | **USPTO Status Date:** FEB 07, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICALS FOR THE TREATMENT OF CANCER |
| | **First Used:** APR 01, 2005  (INTL. CL. 5) |
| | **In Commerce:** APR 01, 2005 |
| **Last Reported Owner:** | GLAXOSMITHKLINE LLC |
| | DELAWARE  LIMITED LIABILITY COMPANY |
| | 2711 CENTERVILLE ROAD SUITE 400 |
| | CORPORATION SERVICE COMPANY |
| | WILMINGTON, DELAWARE  19808 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BEXXAR | USPTO | Page 29 |
| BEXXAR | Common Law | Page 228 |
| BEXXAR | Common Law | Page 228 |

**Chronology:**  **Filed:** NOV 30, 2000      **Serial Number:** 76−175,390
**Published For Opposition:** AUG 21, 2001
**Opposition/Cancellation Filed:** MAY 09, 2008
**Registered:** JAN 17, 2006      **Registration Number:** 3,046,506
**Affidavit Section:**  REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.  FEB 07, 2012

**Earliest Date in Record:** NOV 30, 2000  (Filed)

**Trademark Trials and Appeal Board (TTAB) Information:**        <span style="color:blue">TTAB</span>

**Opposition Number:** 91184003
**Outcome:** TERMINATED, JUN 20, 2008

Exhibit 80
-1298-
KDA-003897

**BRUXER**

**Plaintiff:**
SMITHKLINE BEECHAM CORPORATION

**Defendant:**
HELSINN HEALTHCARE SA

**Mark:** BEXXAR
**Registration Number:** 2,482,631
**Serial Number:** 75−260,610

**Mark:** ABEXA
**Registration Number:**
**Serial Number:** 78−830,590

**Mark:** BEXXAR
**Registration Number:** 3,046,506
**Serial Number:** 76−175,390

**Mark:** BEXXAR
**Registration Number:** 3,168,088
**Serial Number:** 78−748,498
**Correspondent:**
GLENN A. GUNDERSEN
DECHERT LLP
CIRA CENTRE, 2929 ARCH STREET
PHILADELPHIA, PA 19104−2808 US

**Trademark Defendant Correspondent:**
AMANDA LAURA NYE
LAWYERS AT LARGE LLC
ONE MARKET STREET, SPEAR TOWER, STE 3600
SAN FRANCISCO, CA 94105 US

**TTAB Entry:** #4 WITHDRAWAL OF APPLICATION, JUN 18, 2008
**TTAB Entry:** #3 PENDING, INSTITUTED, MAY 09, 2008

**Extension of Time to Oppose Number:** 76175390
**Extension of Time to Oppose Filed:** OCT 11, 2001
**Outcome:** TERMINATED OCT 11, 2001

**Potential Opposer:**
PHARMACIA CORPORATION

**Applicant:**
COULTER PHARMACEUTICAL, INC.

**Mark:**
**Serial Number:**
**Correspondent:**
CYNTHIA B. SUMMERFIELD
C/O PHARMACIA CORPORATION
100 ROUTE 206 NORTH
PEAPACK, NJ 07977

**Mark:** BEXXAR
**Serial Number:** 76−175,390
**Correspondent:**
TSAN ABRAHAMSON
COOLEY GODWARD LLP
ONE MARITIME PLAZA 20TH FLOOR
SAN FRANCISCO, CA 94111−3580

**TTAB Entry:** #5 EXTENSION OF TIME GRANTED, JAN 16, 2002
**TTAB Entry:** #4 INCOMING − EXT TIME TO OPPOSE FILED, NOV 20, 2001

**Ownership Details:**

**Registrant:**          SMITHKLINE BEECHAM CORPORATION
                         PENNSYLVANIA  CORPORATION
                         ONE FRANKLIN PLAZA
                         PHILADELPHIA, PENNSYLVANIA  19102

Exhibit 80
-1299-
KDA-003898

**BRUXER**

**Assignee**
GLAXOSMITHKLINE LLC
DELAWARE LIMITED LIABILITY COMPANY
2711 CENTERVILLE ROAD SUITE 400
CORPORATION SERVICE COMPANY
WILMINGTON, DELAWARE, 19808

**Brief:** CHANGE OF NAME
**Recorded:** DEC 02, 2009
**Reel/Frame:** 4106/0923
**Correspondent:**
MARIBETH DAY CASE
LGTM, MAI.B475−D
FIVE MOORE DRIVE
RESEARCH TRIA PARK, NC 27709

**Assignor**
SMITHKLINE BEECHAM CORPORATION
PENNSYLVANIA CORPORATION
**Signed:** OCT 27, 2009

**Assignee**
SMITHKLINE BEECHAM CORPORATION
PENNSYLVANIA CORPORATION
ONE FRANKLIN PLAZA
PHILADELPHIA, PENNSYLVANIA, 19102

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JAN 27, 2005
**Reel/Frame:** 3017/0082
**Correspondent:**
TERESA H. ANZALONE/GLAXOSMITHKLINE
709 SWEDELAND ROAD
UW2221
KING OF PRUSSIA, PA 19406

**Assignor**
COULTER PHARMACEUTICAL, INC.
DELAWARE CORPORATION
**Signed:** DEC 31, 2004

**Claims:**          COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**   DIANE FRY MAGINNIS
                            GLAXOSMITHKLINE
                            FIVE MOORE DRIVE
                            LGTM, C.3157.3D
                            RESEARCH TRIANGLE PARK NC 27709

**Domestic Representative:** DIANE FRY MAGINNIS

Exhibit 80
-1300-
KDA-003899

# BRUXER

US−5
**Group:** Four

## BEXXAR

TTAB

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** SEP 23, 2010 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICALS FOR THE TREATMENT OF CANCER |
| | **First Used:** JUL 27, 2000 (INTL. CL. 5) |
| | **In Commerce:** JUL 27, 2000 |
| **Last Reported Owner:** | GLAXOSMITHKLINE LLC |
| | DELAWARE  LIMITED LIABILITY COMPANY |
| | 2711 CENTERVILLE ROAD SUITE 400 |
| | CORPORATION SERVICE COMPANY |
| | WILMINGTON, DELAWARE  19808 |

**We Have Located Other Marks With This Owner**

| BEXXAR | USPTO | Page 26 |
|---|---|---|
| BEXXAR | Common Law | Page 228 |
| BEXXAR | Common Law | Page 228 |

**Chronology:**  **Filed:** MAR 20, 1997  **Serial Number:** 75−260,610
**Published For Opposition:** NOV 25, 1997
**Opposition/Cancellation Filed:** MAY 09, 2008
**Registered:** AUG 28, 2001  **Registration Number:** 2,482,631
**Affidavit Section:**  REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  SEP 23,
2010
REGISTERED − SEC. 8 (6−YR) ACCEPTED
FEB 06, 2007
**Last Renewed:** AUG 28, 2011
**Earliest Date in Record:** MAR 20, 1997  (Filed)

## Trademark Trials and Appeal Board (TTAB) Information:

TTAB

**Opposition Number:** 91184003
**Outcome:** TERMINATED, JUN 20, 2008

**Plaintiff:**
SMITHKLINE BEECHAM CORPORATION

**Defendant:**
HELSINN HEALTHCARE SA

**Mark:** BEXXAR

**Mark:** ABEXA

Exhibit 80
-1301-
KDA-003900

**BRUXER**

**Registration Number:** 2,482,631
**Serial Number:** 75-260,610

**Registration Number:**
**Serial Number:** 78-830,590

**Mark:** BEXXAR
**Registration Number:** 3,046,506
**Serial Number:** 76-175,390

**Mark:** BEXXAR
**Registration Number:** 3,168,088
**Serial Number:** 78-748,498
**Correspondent:**
GLENN A. GUNDERSEN
DECHERT LLP
CIRA CENTRE, 2929 ARCH STREET
PHILADELPHIA, PA 19104-2808 US

**Trademark Defendant Correspondent:**
AMANDA LAURA NYE
LAWYERS AT LARGE LLC
ONE MARKET STREET, SPEAR TOWER, STE 3600
SAN FRANCISCO, CA 94105 US

**TTAB Entry:** #4 WITHDRAWAL OF APPLICATION, JUN 18, 2008
**TTAB Entry:** #3 PENDING, INSTITUTED, MAY 09, 2008

### Ownership Details:

**Registrant:**
COULTER PHARMACEUTICAL, INC.
DELAWARE CORPORATION
550 CALIFORNIA AVENUE, SUITE 200
PALO ALTO, CALIFORNIA 94306-1440

**Assignee**
GLAXOSMITHKLINE LLC
DELAWARE LIMITED LIABILITY COMPANY
2711 CENTERVILLE ROAD SUITE 400
CORPORATION SERVICE COMPANY
WILMINGTON, DELAWARE, 19808

**Assignor**
SMITHKLINE BEECHAM CORPORATION
PENNSYLVANIA CORPORATION
**Signed:** OCT 27, 2009

**Brief:** CHANGE OF NAME
**Recorded:** DEC 02, 2009
**Reel/Frame:** 4106/0923
**Correspondent:**
MARIBETH DAY CASE
LGTM, MAI.B475-D
FIVE MOORE DRIVE
RESEARCH TRIA PARK, NC 27709

**BRUXER**

**Assignee**
SMITHKLINE BEECHAM CORPORATION
PENNSYLVANIA CORPORATION
ONE FRANKLIN PLAZA
PHILADELPHIA, PENNSYLVANIA, 19102

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JAN 27, 2005
**Reel/Frame:** 3017/0082
**Correspondent:**
TERESA H. ANZALONE/GLAXOSMITHKLINE
709 SWEDELAND ROAD
UW2221
KING OF PRUSSIA, PA 19406

**Assignor**
COULTER PHARMACEUTICAL, INC.
DELAWARE CORPORATION
**Signed:** DEC 31, 2004

**Filing Correspondent:**  DIANE FRY MAGINNIS
GLAXOSMITHKLINE
LGTM, C.3157.3D
FIVE MOORE DRIVE
RESEARCH TRIANGLE PARK NC 27709

**Domestic Representative:** DIANE FRY MAGINNIS

**BRUXER**

**BRUXGUARD**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** JUN 05, 2009 |
| **Goods/Services:** | **International Class 10:** DENTAL MOUTH GUARDS FOR MEDICAL PURPOSES |
| | **First Used:** MAR 01, 1999  (INTL. CL. 10) |
| | **In Commerce:** MAR 01, 1999 |
| **Last Reported Owner:** | MEDTECH PRODUCTS, INC. |
| | DELAWARE  CORPORATION |
| | 90 NORTH BROADWAY |
| | IRVINGTON, NEW YORK  10533 |

| | | |
|---|---|---|
| **Chronology:** | **Filed:** MAY 01, 1997 | **Serial Number:** 75−284,579 |
| | **Published For Opposition:** DEC 09, 1997 | |
| | **Registered:** JUN 08, 1999 | **Registration Number:** 2,251,807 |
| | **Affidavit Section:** | REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  JUN 05, 2009 |
| | | REGISTERED − SEC. 15 ACKNOWLEDGED JUN 05, 2009 |
| | | REGISTERED − SEC. 8 (6−YR) ACCEPTED OCT 20, 2004 |
| | **Last Renewed:** JUN 08, 2009 | |
| | **Earliest Date in Record:** MAY 01, 1997  (Filed) | |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | POWER PRODUCTS, INC. |
| | MISSOURI  CORPORATION |
| | 16A WESTWOODS DRIVE |
| | LIBERTY, MISSOURI  64068 |

| **Assignee** | **Assignor** |
|---|---|
| CITIBANK, N.A., AS ADMINISTRATIVE AGENT | BLACKSMITH BRANDS, INC. |
| UNITED STATES NATIONAL ASSOCIATION | DELAWARE CORPORATION |
| GLOBAL LOANS | **Signed:** JAN 31, 2012 |
| 1615 BRETT ROAD | |
| NEW CASTLE, DELAWARE, 19720 | |

**BRUXER**

**Assignor**
MEDTECH PRODUCTS, INC.
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Assignor**
THE CUTEX COMPANY
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Assignor**
THE SPIC AND SPAN COMPANY
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Brief:** SECURITY AGREEMENT
**Recorded:** FEB 03, 2012
**Reel/Frame:** 4709/0825
**Correspondent:**
JAMES P. MURPHY, LEGAL ASSISTANT
80 PINE STREET
CAHILL GORDON & REINDEL LLP
NEW YORK, NY 10005

**Assignee**
CITIBANK, N.A., AS ADMINISTRATIVE AGENT
UNITED STATES NATIONAL ASSOCIATION
GLOBAL LOANS
1615 BRETT ROAD
NEW CASTLE, DELAWARE, 19720

**Assignor**
BLACKSMITH BRANDS, INC.
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Assignor**
MEDTECH PRODUCTS INC.
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Assignor**
THE CUTEX COMPANY
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**BRUXER**

**Assignor**
THE SPIC AND SPAN COMPANY
DELAWARE CORPORATION
**Signed:** JAN 31, 2012

**Brief:** SECURITY AGREEMENT
**Recorded:** FEB 02, 2012
**Reel/Frame:** 4709/0736
**Correspondent:**
JAMES P. MURPHY, LEGAL ASSISTANT
80 PINE STREET
CAHILL GORDON & REINDEL LLP
NEW YORK, NY 10005

**Assignee**
BLACKSMITH BRANDS, INC.
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Assignee**
MEDTECH PRODUCTS INC.
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Assignee**
THE CUTEX COMPANY
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Assignee**
THE SPIC AND SPAN COMPANY
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Brief:** TRADEMARK RELEASE
**Recorded:** FEB 01, 2012
**Reel/Frame:** 4708/0813

**Assignor**
BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT
UNITED STATES NATIONAL ASSOCIATION
**Signed:** JAN 31, 2012

**BRUXER**

**Correspondent:**
JAMES P. MURPHY, LEGAL ASSISTANT
80 PINE STREET
CAHILL GORDON & REINDEL LLP
NEW YORK, NY 10005

**Assignee**
BANK OF AMERICA, N.A., AS ADMINISTRATIVE AGENT
UNITED STATES NATIONAL ASSOCIATION
100 N. TRYON STREET, 15TH FLOOR
CHARLOTTE, NORTH CAROLINA, 28255

**Assignor**
THE CUTEX COMPANY
DELAWARE CORPORATION
**Signed:** MAR 24, 2010

**Assignor**
MEDTECH PRODUCTS, INC.
DELAWARE CORPORATION
**Signed:** MAR 24, 2010

**Assignor**
THE SPIC AND SPAN COMPANY
DELAWARE CORPORATION
**Signed:** MAR 24, 2010

**Brief:** SECURITY AGREEMENT
**Recorded:** MAR 29, 2010
**Reel/Frame:** 4175/0833
**Correspondent:**
CAHILL GORDON & REINDEL LLP
80 PINE STREET
ATTN: JAMES P. MURPHY, LEGAL ASSISTANT
NEW YORK, NY 10005

**Assignee**
MEDTECH PRODUCTS, INC.
DELAWARE CORPORATION
90 NORTH BROADWAY
IRVINGTON, NEW YORK, 10533

**Assignor**
DENTAL CONCEPTS, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** FEB 17, 2006

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAR 01, 2006
**Reel/Frame:** 3256/0393

**BRUXER**

**Correspondent:**
MICHELINE KELLY JOHNSON
1800 REPUBLIC CENTRE, 633 CHESTNUT ST.
BAKER, DONELSON, BEARMAN, CALDWELL
CHATTANOOGA, TN 37450−1800

**Assignee**
DENTAL CONCEPTS LLC
650 FROM ROAD
PARAMUS, NEW JERSEY, 07652

**Assignor**
POWER PRODUCTS, INC.
MISSOURI CORPORATION
**Signed:** APR 21, 2003

**Brief:** ASSIGNMENT OF AN UNDIVIDED PART OF
ASSIGNORS INTEREST
**Recorded:** APR 28, 2003
**Reel/Frame:** 2840/0823
**Correspondent:**
NATTER & NATTER
SETH NATTER
25 WEST 43 STREET
NEW YORK, NY 10036−7469

**Assignee**
DENTAL CONCEPTS LLC
650 FROM ROAD
PARAMUS, NEW JERSEY, 07652

**Assignor**
POWER PRODUCTS, INC.
MISSOURI CORPORATION
**Signed:** APR 21, 2003

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** OCT 28, 2003
**Reel/Frame:** 2738/0288
**Correspondent:**
NATTER & NATTER
SETH NATTER
25 WEST 43 STREET
NEW YORK, NY 10036−7469

**Claims:**       THE DRAWING IS AMENDED TO APPEAR AS FOLLOWS: BRUXGUARD  THE DRAWING IS
          CORRECTED TO APPEAR AS FOLLOWS: BRUXGUARD

**Filing Correspondent:** MICHELINE KELLY JOHNSON
          BAKER, DONELSON, BEARMAN, CALDWELL & BER
          633 CHESTNUT STREET
          1800 REPUBLIC CENTRE
          CHATTANOOGA TN 37450−1800

Exhibit 80
-1308-
KDA-003907

# Bruxcure

**BRUXCURE**

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** APR 05, 2011 |
| **Goods/Services:** | **International Class 10:** MOUTH GUARDS FOR MEDICAL PURPOSES |
| | **First Used:** FEB 10, 2010 (INTL. CL. 10) |
| | **In Commerce:** JAN 07, 2011 |
| **Last Reported Owner:** | HORIAN, RICHARD |
| | DBA BRUXCURE |
| | UNITED STATES INDIVIDUAL |
| | 22345 ROSECROFT CIRCLE |
| | CORONA, CALIFORNIA 92883 |

**Chronology:**

**Filed:** OCT 12, 2009          **Serial Number:** 77−847,117
**Published For Opposition:** MAR 16, 2010
**Registered:** APR 05, 2011          **Registration Number:** 3,941,493
**Date Revived/Reinstated:** DEC 22, 2010
**Earliest Date in Record:** OCT 12, 2009 (Filed)

**Ownership Details:**

**Registrant:**          HORIAN, RICHARD
                         DBA BRUXCURE
                         UNITED STATES INDIVIDUAL
                         22345 ROSECROFT CIRCLE
                         CORONA, CALIFORNIA 92883

**Filing Correspondent:**   RICHARD HORIAN
                            22345 ROSECROFT CIR
                            CORONA, CA 92883−5933

# BruxThetix

**BRUXTHETIX**

| | |
|---|---|
| **Status:** | PENDING |
| | INTENT TO USE |
| | |
| | **USPTO Status:** PUBLICATION/ISSUE REVIEW COMPLETE |
| | **USPTO Status Date:** SEP 21, 2012 |
| **Goods/Services:** | **International Class 10:** DENTAL CROWNS |
| **Last Reported Owner:** | SUMMERS, ROBERT |
| | UNITED STATES  INDIVIDUAL |
| | 20 VILLAGE ROW |
| | NEW HOPE, PENNSYLVANIA  18938 |
| **Chronology:** | **Filed:** MAY 25, 2012      **Serial Number:** 85−636,140 |
| | **Earliest Date in Record:** MAY 25, 2012  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | SUMMERS, ROBERT |
| | UNITED STATES  INDIVIDUAL |
| | 20 VILLAGE ROW |
| | NEW HOPE, PENNSYLVANIA  18938 |
| **Filing Correspondent:** | SUMMERS, ROBERT |
| | 20 VILLAGE ROW |
| | NEW HOPE, PA 18938−1061 |

**BRUXER**

US−9
**Group:** Four

# BRUX-CHECKER

**BRUX−CHECKER**

 **Global Filings = 2**

| | |
|---|---|
| **Status:** | REGISTERED |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |

**USPTO Status:** REGISTERED
**USPTO Status Date:** MAY 10, 2011

**Goods/Services:** International Class 10: PLASTIC MATERIAL FOR PRODUCING DENTAL DIAGNOSTIC TOOLS, NAMELY, PLASTIC FOILS FOR USE IN DENTAL DEEP−DRAWING PROCESSES

**Last Reported Owner:** SCHEU−DENTAL GMBH
GERMANY LIMITED LIABILITY CO.
AM BURGBERG 20
58642 ISERLOHN, GERMANY

**Chronology:** **Filed:** AUG 24, 2009    **Serial Number:** 77−810,993
**Published For Opposition:** AUG 10, 2010
**Registered:** MAY 10, 2011    **Registration Number:** 3,956,476
**Earliest Date in Record:** AUG 24, 2009 (Filed)

**Ownership Details:**

**Registrant:** SCHEU−DENTAL GMBH
GERMANY LIMITED LIABILITY CO.
AM BURGBERG 20
58642 ISERLOHN, GERMANY

**Non−U.S. Registration Claimed:** 008256844
**Non−U.S. Registration Date:** DEC 01, 2009
**Non−U.S. Registration Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE

**Filing Correspondent:** JAMES F. STRUTHERS
RICHARD LAW GROUP
8411 PRESTON RD STE 890

Exhibit 80
-1311-
KDA-003910

DALLAS, TX 75225−5500

**Domestic Representative:** JAMES F. STRUTHERS

**BRUXER**



**BRUX XXX**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** OCT 11, 2011 |

**Goods/Services:**    **International Class 10:** APPARATUS AND INSTRUMENTS FOR DIAGNOSIS OR FOR TREATMENT OF BRUXISM, NAMELY, TEETHERS IN THE NATURE OF MOUTH GUARDS FOR MEDICAL PURPOSES, MOUTH GUARDS FOR MEDICAL PURPOSES, SPLINTS FOR MEDICAL PURPOSES FOR USE DURING SPORT ACTIVITY, DENTAL BITE TRAYS, DISPOSABLE BITE TRAYS

**Disclaimers:**    "BRUX"

**Last Reported Owner:**    QUATTROTI DENTECH S.R.L.
ITALY  LIMITED LIABILITY CO.
VIA MAESTRI DEL LAVORO 120
21040 CISLAGO (VARESE), ITALY

**We Have Located Other Marks With This Owner**

DR. BRUX                                                    USPTO          Page 47

**Chronology:**    **Filed:** JUN 16, 2010        **Serial Number:** 85−064,148
**Published For Opposition:** JUL 26, 2011
**Registered:** OCT 11, 2011        **Registration Number:** 4,037,179
**Earliest Date in Record:** DEC 17, 2009  (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:**    QUATTROTI DENTECH S.R.L.
ITALY  LIMITED LIABILITY CO.
VIA MAESTRI DEL LAVORO 120
21040 CISLAGO (VARESE), ITALY

Exhibit 80
-1313-
KDA-003912

**BRUXER**

---

**Non−U.S. Application Claimed:** 008764466
**Non−U.S. Application Date:** DEC 17, 2009
**Non−U.S. Application Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE


**Non−U.S. Registration Claimed:** 008764466
**Non−U.S. Registration Date:** JUN 11, 2010
**Non−U.S. Registration Country:** EUROPEAN COMMUNITY TRADEMARK OFFICE
**Claims:**          COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.
**Design Phrase:**      THE MARK CONSISTS OF THE WORD "BRUX" IN WHITE BLOCK LETTERS, OUTLINED IN
BLACK, OVER THREE "X"'S, THE TWO "X"'S ON EITHER SIDE BEING WHITE OUTLINED IN
GRAY, AND THE MIDDLE "X" BEING BLACK OUTLINED IN WHITE, WHICH IS OUTLINED IN

BLACK.
**Other U.S. Registrations:** 3,775,126

**Filing Correspondent:**   JOHN P. MURTAUGH
                         PEARNE & GORDON LLP
                         1801 E 9TH ST STE 1200
                         CLEVELAND, OH 44114−3108

**Domestic Representative:** JOHN P. MURTAUGH

**BRUXER**

US-11
**Group:** Four

**BRUX-EZE**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** APR 19, 2011 |
| **Goods/Services:** | **International Class 10:** DENTAL APPLIANCES, NAMELY REMOVABLE OCCLUSAL OVERLAYS, FIXATION DEVICES AND THE LIKE, USED FOR THE TREATMENT OF BRUXISM AND TEMPOROMANDIBULAR JOINT DYSFUNCTIONS |
| | **First Used:** NOV 14, 1985 (INTL. CL. 10) |
| | **In Commerce:** DEC 01, 1985 |
| **Last Reported Owner:** | SENTAGE CORPORATION |
| | MINNESOTA CORPORATION |
| | 5775 WAYZATA BOULEVARD, SUITE 890 |
| | MINNEAPOLIS, MINNESOTA 55416 |

**We Have Located Other Marks With This Owner**

| RELAXER | USPTO | Page 165 |
|---|---|---|

| | |
|---|---|
| **Chronology:** | **Filed:** FEB 26, 2000          **Serial Number:** 75-931,489 |
| | **Published For Opposition:** MAY 08, 2001 |
| | **Registered:** JUL 31, 2001          **Registration Number:** 2,473,238 |
| | **Affidavit Section:**   REGISTERED - SEC. 8 (10-YR) ACCEPTED/SEC. 9 GRANTED  APR 19, 2011 |
| | REGISTERED - SEC. 8 (6-YR) ACCEPTED & SEC. 15 ACK. JUN 22, 2007 |
| | **Last Renewed:** JUL 31, 2011 |
| | **Earliest Date in Record:** NOV 14, 1985 (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | SENTAGE CORPORATION |
| | MINNESOTA CORPORATION |
| | 5775 WAYZATA BOULEVARD, SUITE 890 |
| | MINNEAPOLIS, MINNESOTA 55416 |
| **Filing Correspondent:** | SENTAGE CORPORATION |
| | 5775 WAYZATA BOULEVARD |
| | SUITE 890 |
| | MINNEAPOLIS, MN 55416 |

# GPS BruxArt

**GPS BRUX ART**

**Status:**    PENDING
FILED AS USE APPLICATION
USE APPLICATION − CURRENT

**USPTO Status:** NON−FINAL ACTION − MAILED
**USPTO Status Date:** MAR 24, 2012

**Goods/Services:**  **International Class 40:** CUSTOM MANUFACTURE OF DENTAL PROSTHETICS
**First Used:** OCT 28, 2011 (INTL. CL. 40)
**In Commerce:** OCT 28, 2011

**Last Reported Owner:**  PERRICONE, GAIL
UNITED STATES INDIVIDUAL
3501 PARKWAY CENTER COURT
ORLANDO, FLORIDA 32808

**Chronology:**  **Filed:** DEC 08, 2011    **Serial Number:** 85−490,324
**Earliest Date in Record:** OCT 28, 2011 (First Used)

**Ownership Details:**

**Applicant:**  PERRICONE, GAIL
UNITED STATES INDIVIDUAL
3501 PARKWAY CENTER COURT
ORLANDO, FLORIDA 32808

**Filing Correspondent:**  PERRICONE, GAIL
3501 PARKWAY CENTER CT
ORLANDO, FL 32808−1004

Exhibit 80
-1316-
KDA-003915

**BRUXER**

US−13
**Group:** Four

**BRUXTON**

 **Global Filings = 1**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** JAN 28, 2010 |
| **Goods/Services:** | **International Class 10:** COMPUTER SOFTWARE, NAMELY SOFTWARE FOR DATA ACQUISITION AND ANALYSIS, USED IN SCIENTIFIC RESEARCH AND INDUSTRIAL MEASUREMENT |
| | **First Used:** JAN 24, 1997  (INTL. CL. 10) |
| | **In Commerce:** JAN 24, 1997 |
| **Last Reported Owner:** | BRUXTON CORPORATION |
| | WASHINGTON  CORPORATION |
| | 6416 34TH AVE NW |
| | SEATTLE, WASHINGTON  98107−2607 |

**Chronology:**

**Filed:** FEB 08, 1999          **Serial Number:** 75−635,946

**Published For Opposition:** NOV 23, 1999

**Registered:** FEB 15, 2000          **Registration Number:** 2,319,154

**Affidavit Section:**  REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  JAN 28, 2010

REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. APR 25, 2006

**Last Renewed:** FEB 15, 2010

**Earliest Date in Record:** JAN 24, 1997  (First Used)

**Ownership Details:**

**Registrant:**          BRUXTON CORPORATION
WASHINGTON  CORPORATION
6416 34TH AVE NW
SEATTLE, WASHINGTON  98107−2607

**Filing Correspondent:**  DAN BROWN
BRUXTON CORPORATION
6416 34TH AVE NW
SEATTLE WA 98107−2607

Exhibit 80
-1317-
KDA-003916

# BRUXAP

**BRUXAP**

**Status:**                    REGISTERED

                               **USPTO Status:** REGISTERED
                               **USPTO Status Date:** JUN 07, 2011

**Goods/Services:**            **International Class 44:** MEDICAL DIAGNOSTIC TESTING, MONITORING AND REPORTING
                               SERVICES
                               **First Used:** FEB 24, 2011  (INTL. CL. 44)
                               **In Commerce:** FEB 24, 2011

**Last Reported Owner:**       BETTER SUNRISE CORPORATION
                               ILLINOIS  CORPORATION
                               4592 N. ELSTON AVENUE
                               CHICAGO, ILLINOIS  60630

**Chronology:**                **Filed:** JUL 26, 2010          **Serial Number:** 85−092,819
                               **Published For Opposition:** JAN 11, 2011
                               **Registered:** JUN 07, 2011     **Registration Number:** 3,975,978
                               **Earliest Date in Record:** JUL 26, 2010  (Filed)

**Ownership Details:**

**Registrant:**                BETTER SUNRISE CORPORATION
                               ILLINOIS  CORPORATION
                               4592 N. ELSTON AVENUE
                               CHICAGO, ILLINOIS  60630

**Filing Correspondent:**      THOMAS D ROSENWEIN
                               GLICKMAN, FLESCH & ROSENWEIN
                               230 W MONROE ST STE 800
                               CHICAGO, IL 60606−4735

Exhibit 80
-1318-

KDA-003917

**BRUXER**

**US−15**
**Group:** Four



**DR. BRUX**

TTAB

| | |
|---|---|
| **Status:** | REGISTERED |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** APR 13, 2010 |
| | |
| **Goods/Services:** | **International Class 10:** SURGICAL, MEDICAL, DENTAL AND VETERINARY APPARATUS AND INSTRUMENTS, NAMELY, ANESTHETIC DELIVERY APPARATUS, ARTERIAL BLOOD PRESSURE MEASURING APPARATUS, APPARATUS FOR ARTIFICIAL RESPIRATION, BLOOD TESTING APPARATUS, BOUGIES, BREAST PUMPS, SURGICAL CLIPS, COMPRESSORS, ELECTROCARDIOGRAPHS, ENEMA APPARATUS, GASTROSCOPES, HEART PACEMAKERS, HOT AIR VIBRATORS, INCUBATORS FOR BABIES, LASERS, RADIOLOGY SCREENS, RADIOTHERAPY APPARATUS, RESPIRATORS FOR ARTIFICIAL RESPIRATION, SAWS, SCISSORS, SPHYGMOMANOMETERS, SPHYGMOTENSIOMETERS, SPIROMETERS, SPITTOONS, SPLINTS, SPONGES, STETHOSCOPES, THERMO−ELECTRIC COMPRESSES, THREADS, ULTRAVIOLET RAY LAMPS, X−RAY PHOTOGRAPHS, PROTECTION DEVICES AGAINST X−RAYS, X−RAY TUBES, INTRAORAL X−RAY GENERATORS, X−RAY MACHINES; DENTAL CRYOSURGICAL INSTRUMENTATION; PERIODONTUM PLAQUE CONTROL INSTRU MENTS; INTRA−ORAL LIGHT SYSTEMS; PROSTHETIC INSTRUMENTS FOR DENTAL PURPOSES, CUTTING AND GRINDING DISCS FOR DENTAL APPLICATIONS; PLASTIC HAND HELD ORTHODONTIC INSTRUMENT FOR MEASURING PATIENTS' TEETH ALIGNMENT; DENTAL INSTRUMENTS FOR TAKING AN IMPRESSION, BITE REGISTRATION AND COUNTER IMPRESSION SIMULTANEOUSLY; ARTIFICIAL LIMBS, EYES AND TEETH; ORTHOPEDIC ARTICLES, NAMELY, ORTHOPEDIC JOINT IMPLANTS, PLASTER CASTS; SUTURES; DENTAL TECHNOLOGY AND DENTAL DEVICES, NAMELY, DENTAL ELEVATORS, DENTAL EXCAVATORS, DENTAL FINGER PROTECTORS, DENTAL FORCEPS, BASE FORMERS TO FORM DENTAL MOLDS, DENTAL HANDPIECES, DENTAL IMPRESSION TRAYS, DENTAL PROBES, DENTAL RETAINERS, DENTAL SCISSORS, DENTAL SPATULAS, DENTAL BITE TRAYS, DENTAL TWEEZERS, DENTAL PLATES; GUMSHIELDS, DENTAL ARTICULATORS, DENTAL BRIDGES, DENTAL BROACHES, DENTAL BURRS, DENTAL CLIPS FOR SECURING PRE−EXISTING DENTURES, DENTAL CROWNS, DENTAL DAMS, DENTAL DRILLS, DENTAL FIXTURES, DENTAL FOUNDATION SUPPORTS, DENTAL HANDPIECES, DENTAL INLAYS, DENTAL PROTESIS, DENTAL IMPLANTS; TEMPERO MANDIBULAR JOINT HOME DISCLUDER KIT COMPRISED OF BITE FORMERS, CUSTOM LINER MATERIALS, AND RETENTION |

Search: 221922912
Analyst: LISA SKEHAN
Exhibit 80
-1319-
USPTO Page: 47
KDA-003918

LEASHES, FOR THE PURPOSE OF RELIEVING CHRONIC MANDIBULAR JOINT TENSION; TEETHERS, MOUTHGUARDS, DENTAL SPACERS, DENTAL IMPRESSION PADS, MOUTH BITE DEVICE, BITE WAFERS FOR USE IN MEASURING BITS FOR SETTING CROWN AND BRIDGEWORK, PLASTIC MATERIAL FOR RELINING DENTURES, DENTAL ARTICULATING PAPER, DISPOSABLE BITE BLOCKS; MOUTH GUARDS FOR MEDICAL PURPOSES; AND ORTHOPEDIC DEVICES, NAMELY, ORTHOPEDIC BELTS, ORTHOPEDIC SOLES, ORTHOPEDIC SUPPORT BANDAGES, ORTHOPEDIC WALKERS
**First Used:** MAR 2006 (INTL. CL. 10)
**In Commerce:** OCT 2006

**Last Reported Owner:** QUATTROTI DENTECH S.R.L.
ITALY SOCIETA A RESPONSABILITA LIMITATA
VIA MAESTRI DEL LAVORO, 120
CISLAGO (VA), ITALY 21040

**We Have Located Other Marks With This Owner**

BRUX XXX                                                    USPTO          Page 41

**Chronology:**     **Filed:** MAY 25, 2007          **Serial Number:** 77−190,356
**Published For Opposition:** APR 07, 2009
**Registered:** APR 13, 2010      **Registration Number:** 3,775,126
**Earliest Date in Record:** MAR 2006 (First Used)

---

**Trademark Trials and Appeal Board (TTAB) Information:**                    TTAB

**Ex Parte Appeal:** 77190356
**Filed:** AUG 07, 2008
**Outcome:** TERMINATED APR 28, 2009

**Plaintiff:**
QUATTROTI DENTECH S.R.L.

**Mark:** DR. BRUX
**Serial Number:** 77−190,356
**Correspondent:**
MARK LEBOW
YOUNG & THOMPSON
SUITE 500209 MADISON STREET
ALEXANDRIA, VA 22314 US

**TTAB Entry:** #5 TERMINATED, APR 28, 2009
**TTAB Entry:** #4 PENDING, INSTITUTED, AUG 07, 2008

---

**Ownership Details:**

**Registrant:**          QUATTROTI DENTECH S.R.L.

Exhibit 80
-1320-
KDA-003919

|  | ITALY  SOCIETA A RESPONSABILITA LIMITATA |
|---|---|
|  | VIA MAESTRI DEL LAVORO, 120 |
|  | CISLAGO (VA), ITALY  21040 |
| **Portrait Permission:** | THE NAME SHOWN IN THE MARK DOES NOT IDENTIFY A PARTICULAR LIVING INDIVIDUAL. |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |

**Filing Correspondent:** MARK LEBOW
YOUNG & THOMPSON
209 MADISON ST STE 500
ALEXANDRIA, VA 22314

# Brux-Indicator

**BRUX−INDICATOR**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED |
| | **USPTO Status Date:** FEB 01, 2008 |

**Goods/Services:**  **International Class 44:** DENTISTRY

**Last Reported Owner:**  EMPIRE CONCEPTS INC.
CANADA  CORPORATION
102 ALLISON CRES.
RED DEER, CANADA  T4R2G9

**Chronology:**  **Filed:** NOV 20, 2006  **Serial Number:** 77−047,447
**Published For Opposition:** MAY 08, 2007
**Abandoned:** FEB 01, 2008
**Earliest Date in Record:** NOV 20, 2006  (Filed)

**Ownership Details:**

**Applicant:**  EMPIRE CONCEPTS INC.
CANADA  CORPORATION
102 ALLISON CRES.
RED DEER, CANADA  T4R2G9

**Filing Correspondent:**  EMPIRE CONCEPTS INC.
102 ALLISON CRES.
RED DEER − ALBERTA
T4R 2G9
CANADA

Exhibit 80
-1322-

KDA-003921

**BRUXER**

**BRUXCARE**

| | | |
|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 |

    **USPTO Status:** CANCELLED − SECTION 8
    **USPTO Status Date:** AUG 04, 2007

**Goods/Services:**    **International Class 10:** MEDICAL AND DENTAL INSTRUMENTS, NAMELY ELECTRONIC
    INSTRUMENTS USED TO MEASURE AND LOG MUSCLE ACTIVITY OR TO PROVIDE
    FEEDBACK ON MUSCLE ACTIVITY
    **First Used:** JAN 15, 1997  (INTL. CL. 10)
    **In Commerce:** JAN 15, 1997

**Last Reported Owner:**  BRUXCARE L.L.C.
    TEXAS  LIMITED LIABILITY CO.
    305 CAMP CRAFT ROAD, SUITE 110
    AUSTIN, TEXAS  78746

**Chronology:**    **Filed:** FEB 24, 1999    **Serial Number:** 75−645,104
    **Published For Opposition:** AUG 08, 2000
    **Registered:** OCT 31, 2000    **Registration Number:** 2,399,235
    **Cancelled:** SEP 11, 2007
    **Earliest Date in Record:** JAN 15, 1997  (First Used)

**Ownership Details:**

**Registrant:**    BRUXCARE L.L.C.
    TEXAS  LIMITED LIABILITY CO.
    305 CAMP CRAFT ROAD, SUITE 110
    AUSTIN, TEXAS  78746

**Filing Correspondent:**  ALEX MCDONALD
    BRUXCARE LLC
    305 CAMP CRAFT RD STE 110
    AUSTIN TX 78746−6500

Exhibit 80
-1323-
KDA-003922

**BRUXER**



## BRUX BUSTER CUSTOM NIGHT GUARD

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
**USPTO Status Date:** AUG 20, 2012

**Goods/Services:**    **International Class 10:** MOUTH GUARDS FOR MEDICAL PURPOSES

**Disclaimers:**    "BRUX" AND "CUSTOM NIGHT GUARD"

**Last Reported Owner:**    FORCEFIELD MOUTHGUARDS
NEW YORK LIMITED LIABILITY CO.
862 SURREY HILL
ROCHESTER, NEW YORK 14623

**Chronology:**    **Filed:** JUN 08, 2011    **Serial Number:** 85−341,369
**Published For Opposition:** NOV 22, 2011
**Abandoned:** AUG 20, 2012
**Earliest Date in Record:** JUN 08, 2011 (Filed)

## Ownership Details:

**Applicant:**    FORCEFIELD MOUTHGUARDS
NEW YORK LIMITED LIABILITY CO.
862 SURREY HILL
ROCHESTER, NEW YORK 14623

**Claims:**    THE COLOR(S) BLUE, SILVER AND DARK GRAY IS/ARE CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:**    THE MARK CONSISTS OF THE WORDING "BRUX BUSTER CUSTOM NIGHT GUARD" AND ASSOCIATED DESIGN ELEMENTS. THE WORDING "BRUX BUSTER CUSTOM NIGHT GUARD" APPEARS IN THE COLOR DARK GRAY. THE DESIGN IS A FANCIFUL REPRESENTATION OF AN AVATAR COMPRISED OF A SILVER CURVED LINE FORMING LEGS, A BLUE CURVED LINE FORMING ARMS, AND A CIRCLE FORMING A HEAD. THE COLORS OF THE DESIGN

Exhibit 80
-1324-
KDA-003923

**BRUXER**

ELEMENTS VARY IN SHADING AND INTENSITY TO CREATE A THREE−DIMENSIONAL AND METALLIC APPEARANCE.

**Filing Correspondent:**   FORCEFIELD MOUTHGUARDS
862 SURREY HILL WAY
ROCHESTER, NY 14623−3035

# Bruxometer

**BRUXOMETER**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−FAILURE TO RESPOND |
| | **USPTO Status Date:** JUL 02, 2012 |

**Goods/Services:**  **International Class 10:** DEVICE THAT MEASURES TIME, DURATION, FREQUENCY OR
INTENSITY OR ANY OTHER MEASUREMENT OF THE BRUXING, GNASHING OR GRINDING
OF TEETH OR JAW

**Last Reported Owner:**  MULLEN JR, PERRY WESLEY
UNITED STATES  INDIVIDUAL
7229 FOREST AVENUE
SUITE 104
RICHMOND, VIRGINIA  23226

**Chronology:**  **Filed:** DEC 01, 2010          **Serial Number:** 85−188,653
**Abandoned:** JUN 06, 2012
**Date Revived/Reinstated:** DEC 02, 2011
**Earliest Date in Record:** DEC 01, 2010  (Filed)

**Ownership Details:**

**Applicant:**  MULLEN JR, PERRY WESLEY
UNITED STATES  INDIVIDUAL
7229 FOREST AVENUE
SUITE 104
RICHMOND, VIRGINIA  23226

**Filing Correspondent:**  MULLEN JR, PERRY WESLEY
7229 FOREST AVE STE 104
RICHMOND, VA 23226−3765

Exhibit 80
-1326-
KDA-003925

# BRUXQuickSplint

**BRUXQUICKSPLINT**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED |
| | **USPTO Status Date:** MAY 07, 2012 |
| **Goods/Services:** | **International Class 10:** BITE TRAYS; DENTAL BITE TRAYS |
| **Last Reported Owner:** | BRADLEY A. ELI DENTAL CORPORATION |
| | CALIFORNIA  CORPORATION |
| | 4403 MANCHESTER AVE, SUITE 101 |
| | ENCINITAS, CALIFORNIA  92024 |

**Chronology:**   **Filed:** AUG 24, 2010          **Serial Number:** 85−114,142
                 **Published For Opposition:** FEB 08, 2011
                 **Abandoned:** MAY 07, 2012
                 **Date Revived/Reinstated:** NOV 30, 2011
                 **Earliest Date in Record:** AUG 24, 2010  (Filed)

**Ownership Details:**

**Applicant:**          BRADLEY A. ELI DENTAL CORPORATION
                        CALIFORNIA  CORPORATION
                        4403 MANCHESTER AVE, SUITE 101
                        ENCINITAS, CALIFORNIA  92024

**Filing Correspondent:**   BRADLEY A. ELI DENTAL CORPORATION
                            4403 MANCHESTER AVE STE 101
                            ENCINITAS, CA 92024−4939

**BRUXER**

**US−21**
**Group:** Four

# BREMZIR

**BREMZIR**

 **Global Filings = 20**

| | |
|---|---|
| **Status:** | REGISTERED |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** AUG 25, 2009 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF ONCOLOGY, CARDIOVASCULAR DISEASES, RESPIRATORY DISEASES, INFLAMMATION/INFECTION, GASTROINTESTINAL DISEASES AND CENTRAL NERVOUS SYSTEM DISEASES |
| **Last Reported Owner:** | ASTRAZENECA AB |
| | SWEDEN  CORPORATION |
| | VASTRA MALEREHAMNEN 9 |
| | SODERTALJE, SWEDEN  S−15185 |

**We Have Located Other Marks With This Owner**

BLEXIR                                                           USPTO            Page 81

| | | |
|---|---|---|
| **Chronology:** | **Filed:** OCT 13, 2006 | **Serial Number:** 77−020,725 |
| | **Published For Opposition:** JUN 09, 2009 | |
| | **Registered:** AUG 25, 2009 | **Registration Number:** 3,671,362 |
| | **Date Revived/Reinstated:** NOV 13, 2007 | |
| | **Earliest Date in Record:** OCT 13, 2006  (Filed) | |

**Ownership Details:**

**Registrant:**          ASTRAZENECA AB
                         SWEDEN  CORPORATION
                         VASTRA MALEREHAMNEN 9
                         SODERTALJE, SWEDEN  S−15185

**Non−U.S. Registration Claimed:** 005383401
**Non−U.S. Registration Date:** SEP 27, 2007

KDA-003927

**BRUXER**

**Non−U.S. Registration Country:** EU

**Filing Correspondent:**   WM. CHARLES SAUNDERS
ASTRAZENECA PHARMACEUTICALS LP
OW2
1800 CONCORD PIKE
WILMINGTON DE 19850

**Domestic Representative:** WM. CHARLES SAUNDERS

**BRUXER**

**US−22**
**Group:** Four

**BAXTER**

 Global Filings = 539 

**Status:**
RENEWED
SECTION 2(F)
CANCELLED SECTION 8 IN INTL. CL. 3, 8 & 40 ONLY O.G. 10−21−1997
CANCELLED SECTION 8 IN INT. CL. 3. SEP 12, 1997
CANCELLED SECTION 8 IN INT. CL. 8. SEP 12, 1997

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** NOV 05, 2011

**Goods/Services:**
**International Class 1:** FULL LINE OF BIOLOGICAL [ AND DIAGNOSTIC ] PREPARATIONS FOR
SCIENTIFIC LABORATORY USE; CHEMICAL REAGENTS FOR IN VITRO SCIENTIFIC
LABORATORY USE [ ; DIAGNOSTIC CHEMICAL SUBSTANCES AND SEPARATING
PREPARATIONS FOR SCIENTIFIC ANALYSIS IN LABORATORIES; UNEXPOSED X−RAY FILM ]
**International Class 3:** [ CLEANING PREPARATIONS FOR HAND AND BODY; ALL PURPOSE
CLEANING PREPARATIONS FOR USE ON SURGICAL INSTRUMENTS, GLASSWARE, METAL
SURFACES, CERAMICS, SYRINGES, NEEDLES, LENSES, MIRRORS, REFLECTORS, AND
MEDICAL INSTRUMENTS ]
**International Class 5:** FULL LINE OF PHARMACEUTICAL PREPARATIONS FOR
INTRAVENOUS ADMINISTRATION SUCH AS ELECTROLYTES, SALINE SOLUTION,
DEXTROSE, THEOPHYLLINE, HEPARIN, LACTATED RINGERS; ANTIINFECTIVE AGENTS; [
DISINFECTANTS FOR SURGICAL INSTRUMENTS AND FOR USE AS TOPICAL ANTISEPTICS;
MEDICAL AND SURGICAL BANDAGES FOR SKIN WOUNDS; ADHESIVE TAPE FOR MEDICAL
PURPOSES; ] MEDICAL SOLUTIONS FOR INTERMITTENT OR CONTINUOUS INTRAVENOUS
INFUSION FOR TREATMENT OF CARDIOVASCULAR DISEASE, PREVENTION OR
TREATMENT OF INFECTIONS; CRITICAL CARE PREMIXED MEDICINES FOR FLUID REPLAC
EMENT [ ; MEDICATED SKIN POWDER; MEDICATED SKIN OINTMENT; WOUND IRRIGATION
SOLUTIONS; DIAGNOSTIC MEDIUMS FOR USE IN HEMATOLOGY, INFECTIOUS DISEASE
DETECTION, MICROBIOLOGY, VIROLOGY, ENDOCRINOLOGY, ALLERGY AND THYROID
FUNCTION ANALYSIS ]
**International Class 8:** [ HAND TOOLS, NAMELY, MANUALLY−OPERATED TUBING STRIPPERS
AND SEAL CRIMPERS; TABLEWARE; NAMELY, KNIVES, FORKS AND SPOONS ]
**International Class 9:** [ DIAGNOSTIC APPARATUS FOR CONDUCTING ANALYTICAL TESTING
OF BLOOD AND SERUM SAMPLES FOR MEDICAL USE; ] COMPUTER SOFTWARE [ ;
LABORATORY EQUIPMENT, NAMELY, OVENS, INCUBATORS, PROGRAMMABLE ENVIRONM
ENTAL CHAMBERS, REFRIGERATED CHAMBERS, AIR−COOLED CONDENSERS, AND
HUMIDITY CONTROLLERS ]
**International Class 10:** FULL LINE OF SURGICAL, MEDICAL, DENTAL AND VETERINARY
APPARATUS AND INSTRUMENTS; BLOOD CELL SEPARATING DEVICES FOR MEDICAL USE;
[ SURGICAL [ NEEDLER ] * NEEDLES * ; SURGICAL TRAYS; EXAMINATION GLOVES FOR
MEDICAL, DENTAL AND SURGICAL USE; ORTHOPEDIC ARTICLES, NAMELY, PLASTER OF

Exhibit 80
-1330-
KDA-003929

PARIS SPLINTS AND BANDAGES, ORTHOPEDIC STOCKINETTES, CRUTCHES, SURGICAL PACKS, SUPPORTIVE BANDAGES, MEDICAL AND SANITARY DRESSINGS; SPECIAL FURNITURE FOR MEDICAL USE COMPRISING BASSINETS, MOBILE SUPPLY CARTS; ] SOLUTION CONTAINERS AND APPARATUS FOR THE COLLECTION, STORING, PROCESSING, TESTING AND/OR ADMINISTERING OF BLOOD OR BLOOD COMPONENTS; CONTAINERS AND APPARATUS FOR ADMINISTERING ENTERAL AND PARENTERAL SOLUTIONS [ ; NONWOVEN DISPOSABLE CLOTHING, FOOTWEAR, HANDWEAR, AND HEADGEAR, NAMELY, SURGICAL GOWNS, HOODS, BOUFFANTS, DRAPES, SURGEONS' AND NURSES' CAPS, CONDUCTIVE AND NONCONDUCTIVE SHOE COVERS; SPECIMEN BOTTLES FOR USE IN LABORATORIES AND MEDICAL FACILITIES ]
**International Class 16:** PAPER GOODS AND PRINTED MATTER, NAMELY, NEWSLETTERS, NEWS MAGAZINES, QUARTERLY REPORTS, ANNUAL REPORTS, ALL CONCERNING THE HEALTHCARE FIELD
**International Class 37:** REPAIR AND MAINTENANCE OF LABORATORY AND MEDICAL EQUIPMENT
**International Class 40:** [ APPLYING A COATING TO THE HANDLES OF SURGICAL INSTRUMENTS TO FACILITATE SORTING ]
**First Used:** JUL 13, 1987 (INTL. CL. 1)
**In Commerce:** JUL 13, 1987
**First Used:** JUN 13, 1988 (INTL. CL. 3)
**In Commerce:** JUN 13, 1988
**First Used:** MAY 09, 1989 (INTL. CL. 5)
**In Commerce:** MAY 09, 1989
**First Used:** DEC 30, 1988 (INTL. CL. 8)
**In Commerce:** DEC 30, 1988
**First Used:** APR 30, 1989 (INTL. CL. 9)
**In Commerce:** APR 30, 1989
**First Used:** JUL 14, 1987 (INTL. CL. 10)
**In Commerce:** JUL 14, 1987
**First Used:** SEP 30, 1988 (INTL. CL. 16)
**In Commerce:** SEP 30, 1988
**First Used:** DEC 31, 1988 (INTL. CL. 37)
**In Commerce:** DEC 31, 1988
**First Used:** JUL 25, 1989 (INTL. CL. 40)
**In Commerce:** JUL 25, 1989

**Last Reported Owner:** BAXTER INTERNATIONAL INC.
DELAWARE  CORPORATION
ONE BAXTER PARKWAY
DEERFIELD, ILLINOIS 60015

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BAXTER | USPTO | Page 68 |
| BAXTER | USPTO | Page 70 |

**BRUXER**

**Chronology:**   **Filed:** OCT 10, 1989        **Serial Number:** 73–830,414
   **Published For Opposition:** MAY 28, 1991
   **Opposition/Cancellation Filed:** DEC 11, 1995
   **Registered:** AUG 20, 1991        **Registration Number:** 1,654,123
   **Affidavit Section:**   REGISTERED – SEC. 8 (10–YR) ACCEPTED/SEC. 9 GRANTED  NOV 05,
                 2011
              REGISTERED – SEC. 8 (10–YR) ACCEPTED/SEC. 9 GRANTED
              NOV 01, 2001
              REGISTERED – PARTIAL SEC. 8 (6–YR) ACCEPTED & SEC. 15 ACK.
              SEP 12, 1997
   **Last Renewed:** AUG 20, 2011
   **Earliest Date in Record:** JUL 13, 1987  (First Used)

**Trademark Trials and Appeal Board (TTAB) Information:**                          `TTAB`

**Opposition Number:** 91099994
**Outcome:** TERMINATED, JUL 13, 1996

**Plaintiff:**                          **Defendant:**
BAXTER INTERNATIONAL INC.                 MEXPO INTERNATIONAL

**Mark:** BAXTER                          **Mark:** MAXTER
**Registration Number:** 1,654,123        **Registration Number:**
**Serial Number:** 73–830,414             **Serial Number:** 74–614,034
**Correspondent:**                        **Trademark Defendant Correspondent:**
BENJAMIN S. WARREN, III                   LISA K. LEVINE
PATTISHALL MCAULIFFE NEWBURY HILLIARD     HAVERSTOCK, MEDLEN & CARROLL
& GERALDSON 320 WATERGATE SIX HUNDRED     SUITE 2200 220 MONTGOMERY STREET
WASHINGTON, DC 20037                      SAN FRANCISCO, CA 94104

**TTAB Entry:** #6 BOARD'S DECISION: SUSTAINED, JUL 13, 1996
**TTAB Entry:** #5 TERMINATED, JUL 13, 1996

**Ownership Details:**

**Registrant:**    BAXTER INTERNATIONAL INC.
          DELAWARE  CORPORATION
          ONE BAXTER PARKWAY
          DEERFIELD, ILLINOIS 60015
**Claims:**        IN THE STATEMENT, PAGE 2, COLUMN 1, LINE 7, "NEEDLER" SHOULD BE DELETED AND

          "NEEDLES" SHOULD BE INSERTED.

**Other U.S. Registrations:** 559,151; 559,700; 566,340; 0567485 AND OTHERS

**Filing Correspondent:** JEFFREY C. NICHOLS
             BAXTER INTERNATIONAL INC.

ONE BAXTER PARKWAY
TRADEMARK DEPARTMENT
DEERFIELD IL 60015

Exhibit 80

-1333-

KDA-003932

**BRUXER**

US-23
**Group:** Four

**BRUDER**

 **Global Filings = 1**

**Translation:**   THE ENGLISH TRANSLATION OF THE WORD "BRUDER" IS "BROTHER".

**Status:**   RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** SEP 03, 2005

**Goods/Services:**   **International Class 10:** HEALTHCARE PRODUCTS, NAMELY HOT AND COLD PACKS FOR THERAPEUTIC PURPOSES
**First Used:** MAR 1992  (INTL. CL. 10)
**In Commerce:** MAR 1992

**Last Reported Owner:**   BRUDER HEALTHCARE COMPANY
GEORGIA  CORPORATION
3150 ENGINEERING PARKWAY
ALPHARETTA, GEORGIA  30004

**We Have Located Other Marks With This Owner**

BRUDER                                                                          Common Law    Page 231

**Chronology:**   **Filed:** NOV 29, 1993              **Serial Number:** 74–463,966
**Published For Opposition:** APR 25, 1995
**Registered:** JUL 18, 1995          **Registration Number:** 1,905,530
**Affidavit Section:**  REGISTERED – SEC. 8 (10–YR) ACCEPTED/SEC. 9 GRANTED  SEP 03,
2005
REGISTERED – SEC. 8 (6–YR) ACCEPTED & SEC. 15 ACK.
AUG 17, 2001
**Last Renewed:** JUL 18, 2005
**Earliest Date in Record:** MAR 1992  (First Used)

**Ownership Details:**

**Registrant:**   BRUDER HEALTHCARE COMPANY
GEORGIA  CORPORATION
3150 ENGINEERING PARKWAY
ALPHARETTA, GEORGIA  30004

Exhibit 80
-1334-
KDA-003933

**BRUXER**

**Assignee**
SQUARE 1 BANK
NORTH CAROLINA CORPORATION
SUITE 240
406 BLACKWELL STREET
DURHAM, NORTH CAROLINA, 27701

**Brief:** SECURITY INTEREST
**Recorded:** AUG 23, 2011
**Reel/Frame:** 4610/0228
**Correspondent:**
SQUARE 1 BANK
406 BLACKWELL STREET
SUITE 240
DURHAM, NC 27701

**Filing Correspondent:**  WILLIAM H. NEEDLE
BRADLEY K. GROFF
GARDNER GROFF, P.C.
2018 POWERS FERRY ROAD
SUITE 800
ATLANTA GA 30339

**Assignor**
BRUDER HEALTHCARE COMPANY
GEORGIA CORPORATION
**Signed:** AUG 09, 2011

Analyst: LISA SKEHAN
Exhibit 80
-1335-
KDA-003934



**BRUDER**

| | |
|---|---|
| **Translation:** | THE ENGLISH TRANSLATION OF "BRUDER" IS "BROTHER". |
| **Status:** | RENEWED<br>SUPPLEMENTAL REGISTER<br><br>**USPTO Status:** REGISTERED AND RENEWED<br>**USPTO Status Date:** MAY 07, 2004 |
| **Goods/Services:** | **International Class 10:** SURGICAL INSTRUMENTS; NAMELY, STAINLESS STEEL,<br>HAND−HELD SURGICAL DEVICES AND TOOLS<br>**First Used:** JAN 1992  (INTL. CL. 10)<br>**In Commerce:** JAN 1992 |
| **Last Reported Owner:** | BRUDER SURGICAL INSTRUMENTS, INC.<br>ILLINOIS  CORPORATION<br>28085 ASHLEY CIRCLE, SUITE 105<br>LIBERTYVILLE, ILLINOIS  60048 |
| **Chronology:** | **Filed:** JUN 22, 1993          **Serial Number:** 74−405,180<br>**Application Amended:** NOV 03, 1993<br>**Registered:** JAN 18, 1994          **Registration Number:** 1,817,592<br>**Affidavit Section:**  REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  MAY 07,<br>2004<br>REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.<br>OCT 19, 1999<br>**Last Renewed:** JAN 18, 2004<br>**Earliest Date in Record:** JAN 1992  (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | BRUDER SURGICAL INSTRUMENTS, INC.<br>ILLINOIS  CORPORATION<br>28085 ASHLEY CIRCLE, SUITE 105<br>LIBERTYVILLE, ILLINOIS  60048 |
| **Filing Correspondent:** | ANDREW R BASILE<br>YOUNG & BASILE PC<br>3001 WEST BIG BEAVER STE 624 |

Exhibit 80
-1336-

KDA-003935

**BRUXER**

TROY MI 48084

# **BRUXER**

US−25
**Group:** Four

## **BRUKER MEDSPEC**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** SEP 19, 2002 |
| **Goods/Services:** | International Class 10: NUCLEAR MAGNETIC RESONANCE TOMOGRAPHS FOR MEDICAL USE |
| | **First Used:** SEP 05, 1985  (INTL. CL. 10) |
| | **In Commerce:** SEP 05, 1985 |
| **Last Reported Owner:** | BRUKER MEDICAL GMBH |
| | GERMANY  FOREIGN CORPORATION |
| | SILBERSTREIFEN |
| | D−76287 RHEINSTETTEN FEDERAL REPUBLIC OF, GERMANY |

**Chronology:**  
**Filed:** SEP 11, 1991  **Serial Number:** 74−202,475  
**Published For Opposition:** APR 21, 1992  
**Registered:** JUL 14, 1992  **Registration Number:** 1,700,428  
**Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  SEP 19, 2002  
REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. AUG 13, 1998  
**Last Renewed:** JUL 14, 2002  
**Earliest Date in Record:** SEP 05, 1985  (First Used)

## **Ownership Details:**

**New Registered Owner:** BRUKER BIOSPIN MRI GMBH  
GERMANY  CORPORATION  
RUDOLF−PLANK STRASSE 23  
D−76275 ETTLINGEN, GERMANY

**Assignee**  
BRUKER MEDICAL GMBH  
GERMANY FOREIGN CORPORATION  
SILBERSTREIFEN  
D−76287 RHEINSTETTEN FEDERAL REPUBLIC OF, GERMANY

**Assignor**  
BRUKER MEDIZINTECHNIK GMBH  
GERMANY FOREIGN CORPORATION  
**Signed:** DEC 17, 2001

**Brief:** ASSIGNS THE ENTIRE INTEREST  
**Recorded:** MAR 08, 2002  
**Reel/Frame:** 2461/0459

**BRUXER**

**Correspondent:**
BIRCH, STEWART, KOLASCH & BIRCH, LLP
F. PRINCE BUTLER
P.O. BOX 747
FALLS CHURCH, VA 22040-0747

**Assignee**
BRUKER BIOSPIN MRI GMBH
GERMANY CORPORATION
RUDOLF-PLANK STRASSE 23
D-76275 ETTLINGEN, GERMANY

**Assignor**
BRUKER MEDICAL GMBH
GERMANY CORPORATION
**Signed:** DEC 17, 2001

**Brief:** CHANGE OF NAME
**Recorded:** MAR 08, 2002
**Reel/Frame:** 2461/0390
**Correspondent:**
BIRCH, STEWART, KOLASCH & BIRCH, LLP
F. PRINCE BUTLER
P.O. BOX 747
FALLS CHURCH, VA 22040-0747

**Filing Correspondent:**   F. PRINCE BUTLER
                            BIRCH, STEWART, KOLASCH, ET AL.
                            P.O. BOX 747
                            FALLS CHURCH, VA 22040-0747

**Domestic Representative:** BIRCH, STEWART, KOLASCH, ET AL.

Exhibit 80
-1339-
KDA-003938

# **BAXTER**

**BAXTER**

**Global Filings = 539**

| | |
|---|---|
| **Status:** | RENEWED |
| | SECTION 2(F) |
| | |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** JUN 01, 2012 |

**Goods/Services:** **International Class 10:**
**(U.S. CL. 44)** [ NASAL CATHETERS, STOMACH TUBES, RECTAL TUBES, RUBBER TUBING
FOR SURGICAL USE, TUBES EQUIPPED WITH NEEDLES AND NEEDLE ADAPTERS FOR THE
ADMINISTRATION OF PARENTERAL FLUIDS, AIR FILTERS FOR FILTERING AIR ENTERING
DISPENSING CONTAINERS OF PARENTERAL SOLUTIONS, ] NEEDLE ADAPTERS AND DRIP
HOUSINGS EMPLOYED IN SETS FOR THE ADMINISTRATION OF PARENTERAL FLUIDS AND
DISPENSING CONTAINERS FOR PARENTERAL FLUIDS FOR HOSPITAL USE
**First Used:** OCT 19, 1931  (US.CL. 44)
**In Commerce:** OCT 19, 1931

**Last Reported Owner:** BAXTER INTERNATIONAL INC.
DELAWARE  CORPORATION

We Have Located Other Marks With This Owner

| BAXTER | USPTO | Page 58 |
|---|---|---|
| BAXTER | USPTO | Page 70 |

**Chronology:** **Filed:** OCT 29, 1951        **Serial Number:** 71−620,383
**Published For Opposition:** FEB 26, 1952
**Registered:** JUN 03, 1952        **Registration Number:** 559,700
**Affidavit Section:**   REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  JUN 01,
2012
REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED
JUL 15, 2002
**Last Renewed:** JUN 03, 2012
**Earliest Date in Record:** OCT 19, 1931  (First Used)

**Ownership Details:**

Exhibit 80
-1340-
KDA-003939

**BRUXER**

**New Registered Owner:** BAXTER INTERNATIONAL, INC.
DELAWARE  CORPORATION
ONE BAXTER PARKWAY
DEERFIELD, ILLINOIS  60015

**Assignee**
BAXTER INTERNATIONAL INC.
DELAWARE CORPORATION

**Assignor**
BAXTER TRAVENOL LABORATORIES, INC.
DELAWARE CORPORATION
**Signed:** AUG 14, 1988

**Brief:** CHANGE OF NAME 19880518
**Recorded:** SEP 22, 1988
**Reel/Frame:** 0638/0546
**Correspondent:**
BAXTER INTERNATIONAL, INC.
ONE BAXTER PARKWAY
DEERFIELD, IL 60015

**Assignee**
BAXTER TRAVENOL LABORATORIES, INC.

**Assignor**
BAXTER LABORATORIES, INC.
DELAWARE CORPORATION
**Signed:** AUG 24, 1976

**Brief:** CHANGE OF NAME 19760503
**Recorded:** SEP 27, 1976
**Reel/Frame:** 0295/0080
**Correspondent:**
BAXTER TRAVENOL LABORATORIES, INC.
DEERFIELD, IL 60015
DEERFIELD, IL 60015

**Claims:**          COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**  JEFFREY C. NICHOLS
BAXTER INTERNATIONAL INC.
DF2−1E
ONE BAXTER PARKWAY
DEERFIELD IL 60015

Exhibit 80
-1341-
KDA-003940

**BAXTER**

 **Global Filings = 539**

**Status:**      RENEWED
PARTIAL SECTION 2(F)
CONCURRENT USE

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** OCT 09, 2012

**Goods/Services:**      **International Class 10:**
**(U.S. CL. 44)** EVACUATED GLASS CONTAINERS HAVING SPECIAL STOPPERS FOR THE
ADMINISTRATION OF PARENTERAL, ENTERAL, AND TOPICAL SOLUTIONS [ ;
ADMINISTRATION SETS COMPRISING; RUBBER TUBING, SPECIAL CLAMPS TO REGULATE
THE FLOW THROUGH SAID TUBING, AND NEEDLES FOR ADMINISTRATION OF SOLUTIONS,
AND PARTS THEREFOR; ADMINISTRATION SETS AND PARTS THEREFOR FOR INFUSING
BLOOD AND BLOOD PRODUCTS COMPRISING; RUBBER TUBES, SPECIAL CLAMPS FOR
REGULATING THE FLOW OF BLOOD AND BLOOD PRODUCTS, WITH OR WITHOUT NEEDLES
AND WITH OR WITHOUT SPECIAL EVACUATED CONTAINERS HAVING SPECIAL STOPPERS
FOR THE ADMINISTRATION OF SAID BLOOD AND BLOOD PRODUCTS; DRIP METERS FOR
MEASURING AND REGULATING THE FLOW OF PARENTERAL, ENTERAL, AND TOPICAL
SOLUTIONS; REGULATING CLAMPS FOR REGULATING THE FLOW OF SOLUTIONS OR
BLOOD THROUGH TUBING; BLOOD DONOR SETS COMPRISING A LENGTH OF RUBBER OR
PLASTIC TUBING WITH NEEDLE ADAPTORS OR NEEDLES IN EACH END OF THE TUBING;
COMBINATION DRIP METERS AND FILTERS FOR REGULATING AND FILTERING THE FLOW
OF BLOOD; STRAINERS FOR BLOOD AND BLOOD PRODUCTS; EVACUATED CONTAINERS
HAVING ESPECIALLY ADAPTED STOPPERS TO PERMIT THE INSERTION OF BLOOD AND
BLOOD PRODUCTS IN SAID EVACUATED CONTAINERS AND FOR DISPENSING SAID BLOOD
OR BLOOD PRODUCTS; ESPECIALLY STOPPERED VIALS FOR MIXING AND DISPERSING
PARENTERAL, ENTERAL, AND TOPICAL SOLUTIONS; EXPENDABLE ADMINISTRATION
SETS; STOMACH TUBES; GASTROINTESTINAL TUBES; RECTAL TUBES; OXYGEN
CATHETERS; EXTENSION TUBES COMPRISING A LENGTH OF RUBBER OR PLASTIC
TUBING WITH A MALE ADAPTOR IN ONE END AND A FEMALE ADAPTOR IN THE OTHER
END; SUCTION SYPHON SETS COMPRISING AN UPPER SUCTION SYPHON BOTTLE WITH
STOPPER METAL TUBES AND FIXTURES TO HOLD STOPPER IN PLACE WITH BAIL AND
BAND AND AUXILIARY BOTTLE WITH STOPPER ]
**First Used:** JUL 19, 1929  (US.CL. 44)
**In Commerce:** JUL 19, 1929

**Last Reported Owner:**  BAXTER INTERNATIONAL INC.
DELAWARE  CORPORATION

**We Have Located Other Marks With This Owner**

| | | | |
|---|---|---|---|
| BAXTER | | USPTO | Page 58 |
| BAXTER | | USPTO | Page 68 |

**Chronology:**   **Filed:** OCT 29, 1951          **Serial Number:** 71−620,380
**Published For Opposition:** SEP 16, 1952
**Registered:** DEC 02, 1952          **Registration Number:** 567,485
**Affidavit Section:**   REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  OCT 09, 2012
REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED
MAR 31, 2003
**Last Renewed:** DEC 02, 2012
**Earliest Date in Record:** JUL 19, 1929  (First Used)

**Ownership Details:**

**New Registered Owner:** BAXTER INTERNATIONAL, INC.
DELAWARE  CORPORATION
ONE BAXTER PARKWAY
DEERFIELD, ILLINOIS  60015

**Assignee**
BAXTER INTERNATIONAL INC.
DELAWARE CORPORATION

**Assignor**
BAXTER TRAVENOL LABORATORIES, INC.
DELAWARE CORPORATION
**Signed:** AUG 14, 1988

**Brief:** CHANGE OF NAME 19880518
**Recorded:** SEP 22, 1988
**Reel/Frame:** 0638/0546
**Correspondent:**
BAXTER INTERNATIONAL, INC.
ONE BAXTER PARKWAY
DEERFIELD, IL 60015

**Assignee**
BAXTER TRAVENOL LABORATORIES, INC.
DELAWARE CORPORATION

**Assignor**
AMERICAN HOSPITAL SUPPLY CORPORATION
ILLINOIS CORPORATION
**Signed:** JUN 20, 1986

**Brief:** CERTIFIED COPY OF MERGER FILED IN THE
OFFICE OF THE SECRETARY OF STATE OF ILLINOIS ON
NOV. 25, 1985
**Recorded:** JUL 07, 1986
**Reel/Frame:** 0538/0045

**Correspondent:**
KILLWORHT, GOTTMAN, HAGAN & SCHAEFF
1400 ONE FIRST NATIONAL PLAZA
DAYTON, OH 45402-1502

**Assignee**
BAXTER TRAVENOL LABORATORIES, INC.
DELAWARE CORPORATION
ONE BAXTER PARKWAY
DEERFIELD, ILLINOIS, 60015

**Assignor**
AMERICAN HOSPITAL SUPPLY CORPORATION
ILLINOIS CORPORATION
ONE AMERICAN PLAZA
EVANSTON, ILLINOIS
**Acknowledge:** JUL 25, 1983

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE GOODWILL
**Recorded:** DEC 27, 1983
**Reel/Frame:** 0455/0431
**Correspondent:**
BAXTER TRAVENOL LABORATORIES, INC.
LAW DEPT.
DEERFIELD, IL 60015

**Assignee**
AMERICAN HOSPITAL SUPPLY CORPORATION
ILLINOIS CORPORATION
1740 RIDGE AVE.
EVANSTON, ILLINOIS, 60201

**Assignor**
BAXTER,DON,INC.
NEVADA CORPORATION
1015 GRANDVIEW AVE.
GLENDALE, CALIFORNIA
**Acknowledge:** DEC 29, 1967

**Brief:** ASSIGNS ALL INTEREST, AND THE GOOD WILL, EFFECTIVE DEC. 31, 1967.
**Recorded:** JAN 16, 1968
**Reel/Frame:** 0158/0457
**Correspondent:**
DAWSON, TILTON, ET AL.
209 S. LASALLE ST.
CHICAGO, IL 60604

**Claims:** PRIOR USE FOR THE AREA COMPRISING CALIFORNIA, NEVADA, ARIZONA, OREGON, WASHINGTON, IDAHO, MONTANA, UTAH, NEW MEXICO, COLORADO, WYOMING, THE CITY OF EL PASO, TEXAS; AND IN THE HAWAIIAN ISLANDS AND ALASKA.

**Other U.S. Registrations:** 620,383

**Filing Correspondent:** JEFFREY C. NICHOLS

BAXTER INTERNATIONAL INC.
LAW DEPARTMENT, 2−1E
ONE BAXTER PARKWAY
DEERFIELD IL 60015

**BRUXER**

US−28
**Group:** Four



**BRAX**

 **Global Filings = 94**

**Status:** REGISTERED
SECTION 66(A) (MADRID PROTOCOL) − FILED
SECTION 66(A) (MADRID PROTOCOL) − CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 07, 2007

**Goods/Services:** **International Class 3:** SOAPS, * FOR PERSONAL HYGIENE AND BODY CARE; * PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS, DEODORANTS FOR PERSONAL USE, PERFUME SPRAY, INCLUDED IN THIS CLASS, EAU DE TOILETTE, SHAMPOOS, LOTIONS, NAMELY, BODY LOTION AND SUN TANNING LOTION, HAIR−CARE PREPARATIONS, BATH SALTS
**International Class 14:** JEWELERY, PRECIOUS STONES, HOROLOGICAL AND CHRONOM ETRIC INSTRUMENTS
**International Class 18:** PRODUCTS OF LEATHER AND IMITATIONS OF LEATHER, NAMELY, SUITCASES, BAGS, GARMENT BAGS, ATTACHé CASES, BRIEFCASES, WALLETS, PURSES AND RUCKSACKS
**International Class 25:** ARTICLES OF CLOTHING, NAMELY, PANTS, SHORTS, SKIRTS, OVERALLS, DRESSES, SHIRTS, T−SHIRTS, PULLOVERS, SWEATERS, VESTS, JACKETS, COATS, UNDERGARMENTS, GLOVES, SCARVES, BANDANNAS. SOCKS. SHOES, BELTS, HATS AND CAPS

**Last Reported Owner:** LEINEWEBER GMBH & CO. KG
GERMANY GMBH & CO. KG
32051 HERFORD
WITTEKINDSTR. 16−18 , GERMANY

**Chronology:** **Filed:** JAN 12, 2006          **Serial Number:** 79−024,754
**Published For Opposition:** MAY 22, 2007
**Registered:** AUG 07, 2007          **Registration Number:** 3,275,437
**Date Revived/Reinstated:** MAR 23, 2007
**Earliest Date in Record:** NOV 10, 2005 (International Priority Claimed Date)

**BRUXER**

**International Trademark Information:**

> **International Registration Number:** 0887301
> **International Registration Date:** JAN 12, 2006
> **International Publication Date:** AUG 03, 2006
> **International Renewal Date:** JAN 12, 2016
> **Date of Automatic Protection:** JAN 13, 2008
> **International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
> **International Status Date:** JUL 13, 2006
> **International Priority Claimed Date:** NOV 10, 2005

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | LEINEWEBER GMBH & CO. KG |
| | GERMANY GMBH & CO. KG |
| | 32051 HERFORD |
| | WITTEKINDSTR. 16−18 , GERMANY |
| **Claims:** | COLUMN 1, LINE 6, AFTER "SOAPS" "FOR PERSONAL HYGIENE AND BODY CARE;" |
| | SHOULD BE INSERTED. |

| | |
|---|---|
| **Filing Correspondent:** | DANIEL J. BOURQUE |
| | BOURQUE & ASSOCIATES, P.A. |
| | 835 HANOVER STREET |
| | MANCHESTER NH 03104 |

**Domestic Representative:** DANIEL J. BOURQUE

Exhibit 80
KDA-003946

# BOXSTER

**BOXSTER**

 **Global Filings = 3**

Status:
REGISTERED
SECTION 66(A) (MADRID PROTOCOL) − FILED
SECTION 66(A) (MADRID PROTOCOL) − CURRENT
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** SEP 13, 2011

Goods/Services:
**International Class 3:** PERFUMERY, COSMETICS, HAIR LOTIONS
**International Class 8:** CUTLERY
**International Class 11:** POCKET LAMPS
**International Class 14:** PRECIOUS METALS AND ALLOYS THEREOF AND PRODUCTS MADE FROM THESE MATERIALS, NAMELY, SCALE MODEL CARS; JEWELRY, HOROLOGICAL AND CHRONOMETRIC INSTRUMENTS; PINS BEING JEWELRY AND BROOCHES
**International Class 16:** BOOKS FEATURING AUTOMOBILES AND AUTOMOTIVE PARTS; PRINTED REVIEWS FEATURING AUTOMOBILES AND AUTOMOTIVE PARTS; ADHESIVE LABELS; PRINTED WORKS IN THE NATURE OF MAGAZINES, MANUALS, TECHNICAL DRAWINGS, BROCHURES, AND PAMPHLETS CONTAINING INFORMATION RELATING TO AUTOMOBILES AND AUTOMOTIVE PARTS; PRINTED INSTRUCTIONAL AND TEACHING MATERIALS RELATING TO AUTOMOBILES FOR DRIVERS AND TECHNICIANS; STATIONERY, BLOTTING PADS, WRITING PAPER, PLAYING CARDS; OFFICE SUPPLIES, NAMELY, OFFICE APPARATUS AND REQUISITES EXCLUDING FURNITURE, NAMELY, DESK SETS COMPRISED OF BLOTTER, PEN AND PENCIL HOLDER, BUSINESS CARD HOLDER, CALENDAR HOLDER AND LETTER OPENER; PENS AND PENCILS; DESKTOP HOLDERS FOR BUSINESS CARDS
**International Class 18:** LEATHER AND IMITATION LEATHER, NOT INCLUDED IN OTHER CLASSES, TRUNKS AND SUITCASES, UMBRELLAS, PARASOLS, WALKING STICKS
**International Class 20:** PICNIC BASKETS
**International Class 21:** SMALL HAND−OPERATED HOUSEHOLD AND KITCHEN APPLIANCES NOT OF PRECIOUS METAL OR COATED THEREWITH, NAMELY, SPATULAS, STRAINERS, MINCERS, CITRUS PRESSES, COOKIE AND PANCAKE MOLDS, HERB MILLS AND WIRE BASKETS; COMBS; HAIRBRUSHES, BRUSHES FOR HOUSEHOLD USE AND FOR CLEANING VEHICLES; CLEANING EQUIPMENT FOR VEHICLES, NAMELY, BROOMS, SPONGES, STEELWOOL, AND CLOTHS; HOUSEHOLD ARTICLES MADE OF GLASS, PORCELAIN AND EARTHENWARE, NAMELY, BEVERAGE GLASSWARE, COMMEMORATIVE PLATES, BOWLS,

Exhibit 80
-1348-
KDA-003947

VASES AND FLASKS FOR PERFUME SOLD EMPTY, PERFUME ATOMIZERS SOLD EMPTY, GENERAL DINNERWARE, NAMELY, PLATES, CUPS, SAUCERS AND BOWLS, COASTERS NOT OF PAPER AND NOT BEING TABLE LINEN, COASTERS MADE FROM GLASS, PORCELAIN AND EARTHENWARE; POWDER BOXES SOLD EMPTY; VAPORIZERS FOR PERFUME SOLD EMPTY

**International Class 24:** BED AND TABLE COVERS, TEXTILE CLOTHS, NAMELY, CURTAINS, BED LINENS, TABLE CLOTHS, NAPKINS, TOWELS AND LININGS FOR GARMENTS

**International Class 25:** CLOTHES, NAMELY, ANORAKS, BEACHWEAR, BLAZERS, BLOUSES, BLOUSONS, BODY SUITS, CARDIGANS, COATS, DRESSES, FOUL WEATHER GEAR, RAIN JACKETS, RAIN PANTS, WIND PANTS, WIND SHIRTS, WIND SWEATERS, INFANT WEAR, JACKETS, JEANS, JOGGING SUITS, LEATHER COATS, LEATHER JACKETS, OVERALLS, PANTS, PARKAS, POLO SHIRTS, SCARVES, SHIRTS, SHORTS, BERMUDA SHORTS, SKI WEAR, SKIRTS, SLACKS, SLEEPWEAR, SNOW SUITS, SOCKS, SUITS, LONG−SLEEVED PULLOVERS, SWEATSHIRTS, SWEATERS, T−SHIRTS, TENNIS WEAR, NECKTIES, TIGHTS, TOPS, TRACK SUITS, TROUSERS, UNDERWEAR, VESTS, WRIST BANDS, HATS, CAPS, SUN VISORS, SWEAT BANDS, GLOVES, FOOTWEAR, BELTS

**International Class 30:** SWEETS AND CHOCOLATES

**International Class 33:** WINES, SPIRITS AND LIQUEURS

**International Class 34:** ASHTRAYS, CIGARETTE CASES NOT OF PRECIOUS METAL OR COATED THEREWITH, LIGHTERS FOR SMOKERS, TOBACCO POUCHES, SMOKING PIPES, MATCHES

**Last Reported Owner:** DR. ING. H.C. F. PORSCHE AKTIENGESELLSCHAFT
GERMANY  CORPORATION
PORSCHEPLATZ 1
70435 STUTTGART, GERMANY

**Chronology:** **Filed:** JUN 15, 2010          **Serial Number:** 79−094,208
**Published For Opposition:** JUN 28, 2011
**Registered:** SEP 13, 2011          **Registration Number:** 4,024,732
**Earliest Date in Record:** MAY 10, 1995 (International Registration Date)

**International Trademark Information:**

**International Registration Number:** 0645597
**International Registration Date:** MAY 10, 1995
**International Publication Date:** MAR 24, 2011
**International Renewal Date:** MAY 10, 2015
**Date of Automatic Protection:** SEP 17, 2012
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** MAR 18, 2011

**Ownership Details:**

**Registrant:** DR. ING. H.C. F. PORSCHE AKTIENGESELLSCHAFT
GERMANY  CORPORATION

**BRUXER**

PORSCHEPLATZ 1
70435 STUTTGART, GERMANY

**Claims:**

COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Other U.S. Registrations:** 1,954,404; 2,045,393; 2154430 AND OTHERS

**Filing Correspondent:** JANA L. FRANCE
FSB FISHERBROYLES LLP
4505 JEWEL LN N
PLYMOUTH, MN 55446−2449

**Domestic Representative:** JANA L. FRANCE

Exhibit 80
-1350-
KDA-003949

## **BRUXER**

**BRIXTON**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** FEB 13, 2004 |
| **Goods/Services:** | **International Class 10:** MEDICAL AND PHARMACEUTICAL−RELATED PRODUCTS; NAMELY, PLASTIC SLEEVES FOR USE ON HANDHELD OR MOUNTED MEDICAL OR DENTAL INSTRUM ENTS, GLOVES FOR MEDICAL OR DENTAL USE, PLASTIC SHEETS IN FLAT OR ROLLED FORM TO COVER MEDICAL OR DENTAL TRAYS, OR TO COVER HANDHELD OR MOUNTED MEDICAL OR DENTAL INSTRUMENTS, MEDICAL OR DENTAL INSTRUMENT COVERS, ALL FOR USE IN DOCTOR AND DENTIST OFFICES AND HOSPITALS, CLINICS AND HOMES, INCLUDING DISPOSABLE AND NON−DISPOSABLE TYPES |
| | **First Used:** DEC 28, 1992  (INTL. CL. 10) |
| | **In Commerce:** FEB 25, 1993 |
| **Last Reported Owner:** | FILMTECH INC. |
| | NEW YORK  CORPORATION |
| | 581 MCDONALD AVE. |
| | BROOKLYN, NEW YORK  11218 |

| **Chronology:** | **Filed:** MAR 10, 1993 | **Serial Number:** 74−366,596 |
|---|---|---|
| | **Published For Opposition:** APR 12, 1994 | |
| | **Registered:** NOV 01, 1994 | **Registration Number:** 1,860,817 |
| | **Affidavit Section:** | REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  FEB 13, 2004 |
| | | REGISTERED − SEC. 15 ACKNOWLEDGED NOV 17, 2000 |
| | | REGISTERED − SEC. 8 (6−YR) ACCEPTED NOV 17, 2000 |
| | **Last Renewed:** NOV 01, 2004 | |
| | **Earliest Date in Record:** DEC 28, 1992  (First Used) | |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | FILMTECH INC. |
| | NEW YORK  CORPORATION |
| | 581 MCDONALD AVE. |
| | BROOKLYN, NEW YORK  11218 |
| **Filing Correspondent:** | SAMSON HELFGOTT |
| | JACOB POSNER |
| | FILMTECH INC |
| | 581 MCDONALD AVE |

BROOKLYN NY 11218−3807

Search: 221922912

Analyst: LISA SKEHAN
Exhibit 80
-1352-

USPTO Page: 80
KDA-003951

# BLEXIR

**BLEXIR**

 **Global Filings = 12**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** OCT 24, 2006 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT AND PREVENTION OF CANCER |
| **Last Reported Owner:** | ASTRAZENECA AB |
| | SWEDEN  CORPORATION |
| | VASTRA MALAREHAMNEN 9 |
| | SODERTALJE, SWEDEN  SE−151 85 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREMZIR | USPTO | Page 56 |

**Chronology:**

| | |
|---|---|
| **Filed:** OCT 27, 2004 | **Serial Number:** 78−506,830 |
| **Published For Opposition:** AUG 08, 2006 | |
| **Registered:** OCT 24, 2006 | **Registration Number:** 3,161,601 |
| **Earliest Date in Record:** OCT 11, 2004  (Non−U.S. Application Date) | |

**Ownership Details:**

**Registrant:**    ASTRAZENECA AB
SWEDEN  CORPORATION

**BRUXER**

VASTRA MALAREHAMNEN 9
SODERTALJE, SWEDEN SE−151 85

**Non−U.S. Application Claimed:** 2004/06841
**Non−U.S. Application Date:** OCT 11, 2004
**Non−U.S. Application Country:** SWEDEN

**Non−U.S. Registration Claimed:** 370684
**Non−U.S. Registration Date:** FEB 18, 2005
**Non−U.S. Registration Country:** SWEDEN

**Filing Correspondent:**   WM. CHARLES SAUNDERS
ASTRAZENECA PHARMACEUTICALS LP
OW2
1800 CONCORD PIKE
WILMINGTON DE 19850

**Domestic Representative:** WM. CHARLES SAUNDERS

Exhibit 80
-1354-

KDA-003953

## BRUXER

US−32
**Group:** Four

**BREXIN**

| | |
|---|---|
| **Status:** | EXPIRED |
| | AMENDED TO USE APPLICATION |
| | |
| | **USPTO Status:** EXPIRED |
| | **USPTO Status Date:** MAY 10, 2003 |
| **Goods/Services:** | **International Class 5:** COMBINATION COLD CAPSULE |
| | **First Used:** OCT 14, 1970  (US.CL. 18) |
| | **In Commerce:** OCT 14, 1970 |
| **Last Reported Owner:** | BYK−GULDEN, INC. |
| | DELAWARE  CORPORATION |
| | MELVILLE, NY 11747 |
| | 60 BAYLIS ROAD |

**Chronology:**

**Filed:** OCT 20, 1970          **Serial Number:** 72−373,851
**Published For Opposition:** MAY 23, 1972
**Registered:** AUG 08, 1972          **Registration Number:** 940,338
**Affidavit Section:**  REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.
**Renewed:** AUG 08, 1992
**Earliest Date in Record:** OCT 14, 1970  (First Used)

**Ownership Details:**

**Registrant:**          ALTANA, INC.
          NEW YORK  CORPORATION
          60 BAYLIS ROAD
          MELVILLE, NEW YORK  11747

**Assignee**
BYK−GULDEN, INC.
DELAWARE CORPORATION
MELVILLE, NY 11747
60 BAYLIS ROAD

**Assignor**
E. FOUGERA & COMPANY
NEW YORK CORPORATION
**Signed:** DEC 15, 1992

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL
**Recorded:** JAN 06, 1993
**Reel/Frame:** 0924/0150

Exhibit 80
-1355-
KDA-003954

**BRUXER**

**Correspondent:**
GABRIELA BROWN
TOWNLEY & UPDIKE
405 LEXINGTON AVE.
NEW YORK, NEW YORK 10174

**Assignee**
BYK−GULDEN, INC.
DELAWARE CORPORATION
60 BAYLIS ROAD
MELVILLE, NEW YORK, 11747

**Assignor**
E. FOUGERA & COMPANY
NEW YORK CORPORATION
**Signed:** DEC 15, 1992

**Brief:** NUNC PRO TUNC ASSIGNMENT 19740701
**Recorded:** DEC 30, 1992
**Reel/Frame:** 0920/0723
**Correspondent:**
GABRIELA BROWN
TOWNLEY & UPDIKE
405 LEXINGTON AVE.
NEW YORK, NY 10174

**Assignee**
E. FOUGERA & COMPANY, INC.
NEW YORK CORPORATION

**Assignor**
SAVAGE LABORATORIES, INC.
TEXAS CORPORATION
**Signed:** JUL 19, 1985

**Brief:** MERGER EFFECTIVE IN TEXAS, 19741029
**Recorded:** SEP 26, 1985
**Reel/Frame:** 0506/0155
**Correspondent:**
TOWNLEY AND UPDIKE
405 LEXINGTON AVE.
CHRYSLER BLDG.
405 LEXINGTON AVE.
NEW YORK, NY 10174

**Assignee**
ALTANA, INC.

**Assignor**
BYK−GULDEN, INC.
**Signed:** JAN 16, 1985

**Brief:** CHANGE OF NAME 19840831
**Recorded:** APR 22, 1985

**BRUXER**

**Reel/Frame:** 0492/0626
**Correspondent:**
TOWNLEY AND UPDIKE
CHRYSLER BLDG.
405 LEXINGTON AVE.
NEW YORK, NY 10174

**Assignee**
SAVAGE LABORATORIES, INC.

**Assignor**
KOHORN INDUSTRIES, INC.
**Signed:** FEB 28, 1972

**Brief:** CHANGE OF NAME 19710115
**Recorded:** JUN 27, 1972
**Reel/Frame:** 0221/0883
**Correspondent:**
BLUM, MOSCOVITZ, ET AL.
555 MADISON AVE.
555 MADISON AVE.
NEW YORK, NY 10022

**Assignee**
KOHORN INDUSTRIES, INC.
TEXAS CORPORATION
5222 ELM ST.
HOUSTON, TEXAS

**Assignor**
SAVAGE LABORATORIES, INC.
DELAWARE CORPORATION
5222 ELM ST.
HOUSTON, TEXAS
**Acknowledge:** JAN 15, 1971

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL
**Recorded:** JUN 27, 1972
**Reel/Frame:** 0221/0881
**Correspondent:**
BLUM, MOSCOVITZ, ET AL.
555 MADISON AVE.
555 MADISON AVE.
NEW YORK, NY 10022

**Filing Correspondent:**   JAMES B. SWIRE
TOWNLEY & UPDIKE
405 LEXINGTON AVENUE
NEW YORK, NY 10174

Exhibit 80
-1357-
KDA-003956

# Brucitic Marble

**BRUCITIC MARBLE**

**Status:**    ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED−FAILURE TO RESPOND
**USPTO Status Date:** NOV 17, 2008

**Goods/Services:**    **International Class 3:** FOOT POWDER (NON−MEDICATED); TOOTH POLISH
**International Class 5:** PESTICIDES ; ANTACIDS; DIETARY SUPPLEMENTS
**International Class 19:** STONE FLOORING; STONE FLOOR TILES
**International Class 20:** FURNITURE PARTS, NAMELY, COUNTERTOPS

**Last Reported Owner:**  ACM−TEXAS, LLC
COLORADO LIMITED LIABILITY CO.
P.O. BOX 270941
FORT COLLINS, COLORADO 80527

**Chronology:**    **Filed:** JAN 10, 2008    **Serial Number:** 77−368,398
**Abandoned:** OCT 20, 2008
**Earliest Date in Record:** JAN 10, 2008 (Filed)

**Ownership Details:**

**Applicant:**    ACM−TEXAS, LLC
COLORADO LIMITED LIABILITY CO.
P.O. BOX 270941
FORT COLLINS, COLORADO 80527

**Filing Correspondent:**  ACM−TEXAS, LLC
PO BOX 270941
FORT COLLINS, CO 80527−0941

**BRUXER**

**US-34**
**Group:** Four



FRAC
*Lord Brummell*

**FRAC LORD BRUMMELL**

| | |
|---|---|
| **Translation:** | THE ENGLISH TRANSLATION OF "FRAC" IN THE MARK IS TAILS. |

**Status:**
REGISTERED
SECTION 66(A) (MADRID PROTOCOL) − FILED
SECTION 66(A) (MADRID PROTOCOL) − CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** DEC 15, 2009

**Goods/Services:**
**International Class 3:** SOAPS FOR HOUSEHOLD AND PERSONAL USE; PERFUMERY,
ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES

**Last Reported Owner:**
INTERCOSMA WEST S.A.S
ITALY  SOCIéTé EN COMMANDITE SIMPLE
VIA LUIGI CANEPA 2
I−16165 GENOVA, ITALY

**Chronology:**
**Filed:** OCT 28, 2008      **Serial Number:** 79−064,575
**Published For Opposition:** SEP 29, 2009
**Registered:** DEC 15, 2009      **Registration Number:** 3,725,801
**Earliest Date in Record:** OCT 14, 2008 (International Priority Claimed Date)

**International Trademark Information:**
**International Registration Number:** 0991320
**International Registration Date:** OCT 28, 2008
**International Publication Date:** FEB 26, 2009
**International Renewal Date:** OCT 28, 2018
**Date of Automatic Protection:** AUG 19, 2010

**BRUXER**

**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** FEB 19, 2009
**International Priority Claimed Date:** OCT 14, 2008

**Ownership Details:**

**Registrant:** INTERCOSMA WEST S.A.S
ITALY  SOCIéTé EN COMMANDITE SIMPLE
VIA LUIGI CANEPA 2
I−16165 GENOVA, ITALY

**Portrait Permission:** THE NAME(S), PORTRAIT(S), AND/OR SIGNATURE(S) SHOWN IN THE MARK DOES NOT
IDENTIFY A PARTICULAR LIVING INDIVIDUAL.

**Claims:** COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Design Phrase:** THE MARK CONSISTS OF BORDERED PORTRAIT OF A MAN IN A TOP HAT AND SUIT ABOVE
THE STYLIZED, UNDERLINED WORD "FRAC" ABOVE THE STYLIZED PHRASE "LORD
BRUMMELL".

**Filing Correspondent:** G. FRANKLIN ROTHWELL
ROTHWELL FIGG ERNST & MANBECK PC
1425 K ST NW
STE 800
WASHINGTON, DC 20005

**Domestic Representative:** ROTHWELL FIGG ERNST & MANBECK PC

Exhibit 80
-1360-
KDA-003959

**BRUXER**

US−35
**Group:** Four

**BRUMISATEUR**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** SEP 28, 2011 |
| **Goods/Services:** | **International Class 3:** COSMETIC CLEANSING OR MOISTURIZING PREPARATION |
| | **First Used:** JAN 1963 (INTL. CL. 3) |
| | **In Commerce:** OCT 1963 |
| **Last Reported Owner:** | SARBEC DEVELOPPEMENT |
| | FRANCE SOC. PAR ACT. SIM |
| | 10 RUE DU VERTUGUET |
| | ZONE INDUSTRIELLE BP 64 |
| | NEUVILLE EN FERRAIN CEDEX, FRANCE 59960 |

We Have Located Other Marks With This Owner

| BRUMISATEUR | USPTO | Page 93 |
|---|---|---|

| | | |
|---|---|---|
| **Chronology:** | **Filed:** OCT 19, 1979 | **Serial Number:** 73−235,862 |
| | **Published For Opposition:** AUG 18, 1981 | |
| | **Registered:** NOV 10, 1981 | **Registration Number:** 1,176,764 |
| | **Affidavit Section:** | REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  SEP 28, 2011 |
| | | REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED JUN 07, 2002 |
| | | REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. MAR 10, 1988 |
| | **Last Renewed:** NOV 10, 2011 | |
| | **Earliest Date in Record:** JAN 1963 (First Used) | |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | SOCIETE ANONYME DES EAUX MINERALES D'EVIAN |
| | FRANCE  CORPORATION |
| | 19, RUE NATIONALE |
| | EVIAN LES BAINS, HAUTE−SAVOIE, FRANCE |

Analyst: LISA SKEHAN

Exhibit 80

-1361-

KDA-003960

**BRUXER**

**Assignee**
SARBEC DEVELOPPEMENT
FRANCE SOC. PAR ACT. SIM
10 RUE DU VERTUGUET
ZONE INDUSTRIELLE BP 64
NEUVILLE EN FERRAIN CEDEX, FRANCE, 59960

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JUL 29, 2011
**Reel/Frame:** 4598/0021
**Correspondent:**
DONALD L. DENNISON
DENNISON, SCHULTZ & MACDONALD
1727 KING STREET
ALEXANDRIA, VIRGINIA 22314

**Assignor**
SOCIETE ANONYME DES EAUX MINERALES D'EVIAN
FRANCE SOCIETE PAR ACTIONS SIMPLIFEE
**Signed:** JUL 22, 2011

**Filing Correspondent:** DONALD L. DENNISON
DENNISON, SCHULTZ & MACDONALD
SUITE 105
1727 KING STREET
ALEXANDRIA VA 22314

**Domestic Representative:** DONALD L. DENNISON

Exhibit 80
-1362-
KDA-003961

# **BRUXER**

**US−36**
**Group:** Four



**BAXAVER**

 **Global Filings = 3**

| | |
|---|---|
| **Status:** | PENDING |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | NOTICE OF FIRST REFUSAL |
| | |
| | **USPTO Status:** SUSPENSION LETTER − MAILED |
| | **USPTO Status Date:** MAY 18, 2012 |
| **Goods/Services:** | **International Class 10:** SURGICAL,MEDICAL,DENTAL AND VETERINARY APPARATUS AND INSTRUMENTS;ORTHOPEDIC ARTICLES |
| **Last Reported Owner:** | EMANUELE LOPOPOLO |
| | I−20159 MILAN |
| | VIA JACOPO DAL VERME, 4 , ITALY |
| **Chronology:** | **Filed:** AUG 08, 2011     **Serial Number:** 79−103,916 |
| | **Earliest Date in Record:** FEB 15, 2011 (International Priority Claimed Date) |

**International Trademark Information:**

**International Registration Number:** 1094197
**International Registration Date:** AUG 08, 2011
**International Publication Date:** NOV 10, 2011
**International Renewal Date:** AUG 08, 2021
**Date of Automatic Protection:** MAY 03, 2013
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** NOV 03, 2011
**International Priority Claimed Date:** FEB 15, 2011

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | EMANUELE LOPOPOLO |
| | I−20159 MILAN |
| | VIA JACOPO DAL VERME, 4 , ITALY |
| **Claims:** | COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK. |

Exhibit 80
-1363-
KDA-003962

**BRUXER**

**Design Phrase:**     THE TRADE MARK IS MADE UP OF THE WORD BAXAVER WRITTEN IN THE HELVETICA
LIGHT OBLIQUE CHARACTER. THE LETTER "X" OF THE WORD BAXAVER IS BIGGER THAN
THE OTHERS AND IT IS DEPICTED SO AS TO REPRESENT A STYLIZED SMILING MAN
LEANING ON A SUPPORT WHILE SHOWING A RAISED THUMB.

**Filing Correspondent:**  EMANUELE LOPOPOLO
VIA JACOPO DAL VERME, 4
I-20159 MILAN
ITALY

**BRUXER**

**BRUMISATEUR**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** AUG 12, 2011 |
| **Goods/Services:** | **International Class 5:** SPECIAL MINERAL WATER USED IN THE TREATMENT OF VARIOUS SKIN DISORDERS, INCLUDING, BUT NOT LIMITED TO, ECZEMAS, ALLERGIES, ACUTE INFLA MMATION AND BURNS |
| | **First Used:** JAN 1963  (INTL. CL. 5) |
| | **In Commerce:** OCT 1963 |
| **Last Reported Owner:** | SARBEC DEVELOPPEMENT |
| | FRANCE  SOC. PAR ACT. SIM |
| | 10 RUE DU VERTUGUET |
| | ZONE INDUSTRIELLE BP 64 |
| | NEUVILLE EN FERRAIN CEDEX, FRANCE  59960 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BRUMISATEUR | USPTO | Page 89 |

| | |
|---|---|
| **Chronology:** | **Filed:** JAN 16, 1980          **Serial Number:** 73−246,372 |
| | **Published For Opposition:** MAY 12, 1981 |
| | **Registered:** AUG 04, 1981          **Registration Number:** 1,163,383 |
| | **Affidavit Section:**   REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  AUG 12, 2011 |
| | REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED NOV 06, 2001 |
| | REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. MAR 10, 1988 |
| | **Last Renewed:** AUG 04, 2011 |
| | **Earliest Date in Record:** JAN 1963  (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | SOCIETE ANONYME DES EAUX MINERALES D'EVIAN |
| | FRANCE  CORPORATION |
| | 19, RUE NATIONALE |
| | EVIAN−LES−BAINS, HAUTE−SAVOIE, FRANCE |

KDA-003964

**BRUXER**

**Assignee**
SARBEC DEVELOPPEMENT
FRANCE SOC. PAR ACT. SIM
10 RUE DU VERTUGUET
ZONE INDUSTRIELLE BP 64
NEUVILLE EN FERRAIN CEDEX, FRANCE, 59960

**Assignor**
SOCIETE ANONYME DES EAUX MINERALES D'EVIAN
FRANCE SOCIETE PAR ACTIONS SIMPLIFEE
**Signed:** JUL 22, 2011

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JUL 29, 2011
**Reel/Frame:** 4598/0021
**Correspondent:**
DONALD L. DENNISON
DENNISON, SCHULTZ & MACDONALD
1727 KING STREET
ALEXANDRIA, VIRGINIA 22314

**Filing Correspondent:** DONALD L. DENNISON
DENNISON, SCHULTZ & MACDONALD
SUITE 105
1727 KING STREET
ALEXANDRIA VA 22314

**Domestic Representative:** DONALD L. DENNISON

# **BRUXER**

**US−38**
**Group:** Four

---

**BROXO**

`TTAB`

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** AUG 24, 2006 |
| **Goods/Services:** | **International Class 10:** HYGIENIC AND THERAPEUTIC APPARATUS USED TO CLEAN AND MASSAGE THE MOUTH AND GUMS |
| | **International Class 21:** ELECTRIC TOOTHBRUSHES AND ATTACHMENTS THEREOF |
| | **First Used:** 1994  (INTL. CL. 10) |
| | **In Commerce:** 1994 |
| | **First Used:** 1994  (INTL. CL. 21) |
| | **In Commerce:** 1994 |
| **Last Reported Owner:** | ADANCED RESPONSE CORPORATION |
| | DELAWARE  CORPORATION |
| | 345 WEST 58TH STREET, SUITE 11A |
| | NEW YORK, NEW YORK  10019 |

**Chronology:**
**Filed:** APR 10, 1991          **Serial Number:** 74−155,949
**Published For Opposition:** MAR 28, 1995
**Opposition/Cancellation Filed:** OCT 14, 1992
**Registered:** JUN 04, 1996          **Registration Number:** 1,978,602
**Affidavit Section:**   REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  AUG 24,
                                    2006
                                    REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.
                                    FEB 15, 2002
**Last Renewed:** JUN 04, 2006
**Earliest Date in Record:** APR 10, 1991  (Filed)

---

**Trademark Trials and Appeal Board (TTAB) Information:**          `TTAB`

**Cancellation Action Number:** 92021237
**Outcome:** TERMINATED  FEB 03, 1995

| **Plaintiff:** | **Defendant:** |
|---|---|
| LES PRODUITS ASSOCIES LPA − BROXO S.A. | E.R. SQUIBB & SONS, INC. |
| | |
| **Mark:** BROXO | **Mark:** BROXODENT |
| **Registration Number:** 1,978,602 | **Registration Number:** 698,137 |
| **Serial Number:** 74−155,949 | **Serial Number:** 72−079,755 |

Exhibit 80
-1367-
KDA-003966

**BRUXER**

**Correspondent:**
JOHN KURUCZ
KANE, DALSIMER, SULLIVAN, KURUCZ,
LEVY, EISELE AND RICHARD 711 THIRD AVENUE
NEW YORK, NY 10017

**Trademark Defendant Correspondent:**
STEPHEN F. MOHR
C/O BRISTOL MYERS SQUIBB COMPANY
345 PARK AVENUE
NEW YORK, NY 10154

**TTAB Entry:** #13 TERMINATED, FEB 03, 1995
**TTAB Entry:** #12 BOARD'S DECISION: DISMISSED W/O PREJ, JUL 20, 1994

**Ownership Details:**

**Registrant:**      LES PRODUITS ASSOCIES LPA − BROXO S.A.
                     SWITZERLAND  CORPORATION
                     39, RUE, PEILLONEX
                     CH−125 CHENE−BOURG, GENEVA, SWITZERLAND

**Assignee**
ADANCED RESPONSE CORPORATION
DELAWARE CORPORATION
345 WEST 58TH STREET, SUITE 11A
NEW YORK, NEW YORK, 10019

**Assignor**
LES PRODUITS ASSOCIES LPA−BROXO S.A.
SWITZERLAND CORPORATION
**Signed:** JUL 03, 2007

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JUL 12, 2007
**Reel/Frame:** 3579/0300
**Correspondent:**
NEAL GREENFIELD
167 NUGENT STREET
NEW HYDE PARK, NY 11040

**Other U.S. Registrations:** 689,137

**Filing Correspondent:**   MARILYN MATHES BROGAN
                            MARILYN MATTHES BROGAN
                            FROMMER LAWRENCE & HAUG LLP
                            745 FIFTH AVENUE
                            NEW YORK, NY 10151

**Domestic Representative:** RONALD R. SANTUCCI

Exhibit 80
-1368-
KDA-003967

**BRUXER**

**US−39**
**Group:** Four

*Beau Brummell*

**BEAU BRUMMELL**

`TTAB`

| | | |
|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 |

**USPTO Status:** CANCELLED − SECTION 8
**USPTO Status Date:** AUG 17, 2009

**Goods/Services:** **International Class 3:**
(U.S. CL. 51) PERSONAL USE DEODORANTS, AFTER SHAVE LOTIONS, HAIR DRESSING, COLOGNES [ , SHAMPOOS, LIQUID DENTIFRICES, SUN−TAN LOTIONS, ] AND TALCUM POWDERS
**First Used:** 1938  (US.CL. 51)
**In Commerce:** 1938

**Last Reported Owner:** DUYMUS, FAHRIYE
235 MCELROY AVE
FORT LEE, NEW JERSEY 07024

**Chronology:** **Filed:** JUL 30, 1945 **Serial Number:** 71−486,451
**Published For Opposition:** MAR 19, 1946
**Opposition/Cancellation Filed:** JUN 29, 1998
**Registered:** JUN 25, 1946 **Registration Number:** 421,954
**Renewed:** JUN 25, 1986
**Cancelled:** SEP 22, 2009
**Republished Section 12(C):** NOV 09, 1948
**Earliest Date in Record:** 1938  (First Used)

---

**Trademark Trials and Appeal Board (TTAB) Information:** `TTAB`

**Cancellation Action Number:** 92027780
**Outcome:** TERMINATED  JAN 27, 2000

**Plaintiff:** **Defendant:**
B.B. ASSOCIATES, L.L.C. MCGREGOR CORPORATION

**Mark:** **Mark:** BEAU BRUMMELL
**Registration Number:** **Registration Number:** 421,954
**Serial Number:** **Serial Number:** 71−486,451

---

Exhibit 80
-1369-
KDA-003968

**BRUXER**

**Correspondent:**
BARBARA L. FRIEDMAN
HARRIS BEACH & WILCOX LLP
530 FIFTH AVENUE
NEW YORK, NY 10036

**Trademark Defendant Correspondent:**
ROBERT A. BECKER
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK, NY 10017

**TTAB Entry:** #11 BOARD'S DECISION: DISMISSED W/ PREJUDICE, JAN 27, 2000
**TTAB Entry:** #10 TERMINATED, JAN 27, 2000

**Ownership Details:**

**Registrant:**          DUYMUS, FAHRIYE
235 MCELROY AVE
FORT LEE, NEW JERSEY 07024

**Assignee**
DUYMUS, FAHRIYE
235 MCELROY AVE
FORT LEE, NEW JERSEY, 07024

**Assignor**
BRINKMANSHIP IMPORT AND EXPORT, LLC
NEW YORK LIMITED LIABILITY COMPANY
**Signed:** NOV 28, 2009

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAY 05, 2010
**Reel/Frame:** 4198/0905
**Correspondent:**
MICHAEL FEIGIN, ESQ.
103 THE CIRCLE
PASSAIC, NJ 07055

**Assignee**
BRINKMANSHIP IMPORT AND EXPORT LLC
19 WIMBLEDON COURT
WHITE PLAINS, NEW YORK, 10607

**Assignor**
BEAU BRUMMEL SOHO, LLC
NEW YORK LIMITED LIABILITY COMPANY
**Signed:** JUL 29, 2005

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** AUG 03, 2005
**Reel/Frame:** 3133/0774
**Correspondent:**
SUSAN M. ROSENFELD
599 LEXINGTON AVENUE
29TH FLOOR
NEW YORK, NY 10022−7650

Exhibit 80
-1370-
KDA-003969

**BRUXER**

**Assignee**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
11200 EAST 45TH AVENUE
DENVER, COLORADO, 80239

**Brief:** RELEASE OF SECURITY INTEREST IN
TRADEMARKS
**Recorded:** FEB 15, 2005
**Reel/Frame:** 3029/0247
**Correspondent:**
DORSEY & WHITNEY LLP
370 SEVENTEENTH STREET, SUITE 4700
LISA A. OSMAN
DENVER, CO 80202−5647

**Assignor**
BANK OF AMERICA, N.A.
FORMERLY BANK OF AMERICA NATIONAL TRUST AND
SAVINGS ASSOCIATION NATIONAL BANKING
ASSOCIATION
**Signed:** JUL 31, 2003

**Assignee**
BEAU BRUMMEL SOHO, LLC
NEW YORK LIMITED LIABILITY COMPANY
530 FIFTH AVENUE− 23RD FL
MARKOWITZ & ROSHCO, LLP
NEW YORK, NEW YORK, 10036

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** APR 26, 2001
**Reel/Frame:** 2280/0826
**Correspondent:**
MARKOWITZ & ROSHCO, LLP
SETH P. MARKOWITZ
530 5TH AVE, 23RD FL
NEW YORK, NY 10036

**Assignor**
BEAU BRUMMEL/SEL−LEB MARKETING, INC.
NEW YORK CORPORATION
**Signed:** APR 09, 2001

**Assignee**
BEAU BRUMMEL/SEL−LEB MARKETING, INC.
NEW YORK CORPORATION
421 WEST BROADWAY
NEW YORK, NEW YORK, 10012

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** NOV 17, 1999
**Reel/Frame:** 1997/0510

**Assignor**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUL 15, 1999

Exhibit 80
-1371-
KDA-003970

**Correspondent:**
MARKOWITZ & ROSHCO, LLP
SETH P. MARKOWITZ, ESQ.
530 FIFTH AVENUE − 23RD FLOOR
NEW YORK, NEW YORK 10036

**Assignee**
BANK OF AMERICA NATIONAL TRUST AND SAVINGS
ASSOCIATION, AS COLLATERAL AGENT
1455 MARKET STREET, 12TH FLOOR
SAN FRANCISCO, CALIFORNIA, 94103

**Assignor**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** AUG 07, 1998

**Brief:** SECURITY INTEREST
**Recorded:** AUG 10, 1998
**Reel/Frame:** 1767/0130
**Correspondent:**
BINGHAM, DANA LLP
STUART M. REES, ESQ.
150 FEDERAL STREET
BOSTON, MASSACHUSETTS 02110

**Assignee**
MCGREGOR CORPORATION
NEW YORK CORPORATION
430 PARK AVENUE, 10TH FLOOR
NEW YORK, NEW YORK, 10022

**Assignor**
BANKBOSTON, N.A.
FORMERLY THE FIRST NATIONAL BANK OF BOSTON
MASSACHUSETTS CORPORATION
**Signed:** JUN 12, 1997

**Brief:** RELEASE OF SECURITY INTEREST
**Recorded:** OCT 27, 1997
**Reel/Frame:** 1647/0606
**Correspondent:**
SAMSONITE CORPORATION
LISA OSMAN
11200 EAST FORTY−FIFTH AVENUE
DENVER, CO 80239−3018

**Assignee**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
11200 E. 45TH AVENUE
DENVER, COLORADO, 80239

**Assignor**
MCGREGOR I CORPORATION
DELAWARE CORPORATION
**Signed:** JUL 01, 1997

**Brief:** MERGER
**Recorded:** SEP 08, 1997
**Reel/Frame:** 1645/0143
**Correspondent:**
DORSEY & WHITNEY LLP
BYRON R. JACOBSON
REPUBLIC PLAZA BUILDING, SUITE 4700
370 SEVENTEENTH STREET
DENVER, COLORADO 80202−5647

**Assignee**
MCGREGOR I CORPORATION
DELAWARE CORPORATION
11200 E. 45TH AVENUE
DENVER, COLORADO, 80239

**Assignor**
MCGREGOR CORPORATION
NEW YORK CORPORATION
**Signed:** JUL 01, 1997

**Brief:** MERGER
**Recorded:** SEP 08, 1997
**Reel/Frame:** 1644/0196
**Correspondent:**
SAMSONITE CORPORATION
GREGORY W. O'CONNOR
11200 E. 45TH AVENUE
DENVER, CO 80239

**Assignee**
MCGREGOR II, LLC
DELAWARE LIMITED LIABILITY COMPANY
11200 E. 45TH AVENUE
DENVER, COLORADO, 80239

**Assignor**
MCGREGOR I CORPORATION
DELAWARE CORPORATION
**Signed:** JUL 01, 1997

**Brief:** MERGER
**Recorded:** SEP 08, 1997
**Reel/Frame:** 1631/0147
**Correspondent:**
SAMSONITE CORPORATION
GREGORY W. O'CONNOR
11200 E. 45TH AVENUE
DENVER, CO 80239

**Assignee**
SAMSONITE CORPORATION
DELAWARE CORPORATION
11200 EAST 45TH AVENUE
DENVER, COLORADO, 80239

**Assignee**
CULLIGAN INTERNATIONAL COMPANY
DELAWARE CORPORATION
1 CULLIGAN PARKWAY
NORTHBROOK, ILLINOIS, 60062−6209

**Assignee**
MCGREGOR CORPORATION
NEW YORK CORPORATION
600 MADISON AVENUE, 11TH FLOOR
NEW YORK, NEW YORK, 10022

**Assignee**
EVERPURE, INC.
NEVADA CORPORATION
1 CULLIGAN PARKWAY
NORTHBROOK, ILLINOIS, 60062−6209

**Assignee**
A.T. RETAIL, INC.
INDIANA CORPORATION
91 MAIN STREET
WARREN, RHODE ISLAND, 02885

**Assignee**
AMERICAN TOURISTER, INC.
INDIANA CORPORATION
11200 EAST 45TH AVENUE
DENVER, COLORADO, 80239

**Brief:** RELEASE AND REASSIGNMENT
**Recorded:** JAN 22, 1996
**Reel/Frame:** 1430/0832
**Correspondent:**
SAMSONITE CORPORATION
GREGORY W. O'CONNOR
11200 EAST 45TH AVENUE
DENVER, CO 80239

**Assignor**
CITICORP USA, INC. NATIONAL BANKING ASSOCIATION
**Signed:** JUL 14, 1995

**BRUXER**

**Assignee**
MCGREGOR CORPORATION
NEW YORK CORPORATION
135 WEST 50TH STREET
NEW YORK, NEW YORK, 10020

**Brief:** TERMINATION OF SECURITY INTEREST
**Recorded:** SEP 01, 1995
**Reel/Frame:** 1390/0876
**Correspondent:**
SKADDEN, ARPS, SLATE, MEAGHER & FLOM
ELAINE ZIFF, ESQ.
919 THIRD AVENUE
NY, NY 10022

**Assignor**
MANUFACTURERS HANOVER TRUST COMPANY A
NATIONAL BANKING ASSOCIATION
**Signed:** NOV 03, 1986

**Assignee**
FIRST NATIONAL BANK OF BOSTON, THE, AS
ADMINISTRATIVE AGENT
100 FEDERAL STREET
BOSTON, MASSACHUSETTS, 02110

**Brief:** SECURITY INTEREST
**Recorded:** JUL 24, 1995
**Reel/Frame:** 1377/0371
**Correspondent:**
PAUL P. BROUNTAS, JR., ESQ.
BINGHAM, DANA & GOULD
150 FEDERAL STREET
BOSTON, MA 02110

**Assignor**
MCGREGOR CORPORATION
NEW YORK CORPORATION
**Signed:** JUL 14, 1995

**Assignee**
CITICORP USA, INC.
399 PARK AVENUE NEW YORK, NY 10022

**Assignor**
SAMSONITE CORPORATION
DELAWARE CORPORATION
**Signed:** DEC 02, 1993

**Assignee**
CITICORP USA, INC.
399 PARK AVENUE NEW YORK, NY 10022

**Assignor**
CULLIGAN INTERNATIONAL COMPANY
DELAWARE CORPORATION
**Signed:** DEC 02, 1993

Exhibit 80
-1375-

KDA-003974

**BRUXER**

**Assignor**
MCGREGOR CORPORATION
NEW YORK CORPORATION
**Signed:** DEC 02, 1993

**Assignor**
EVERPURE, INC.
NEVADA CORPORATION
**Signed:** DEC 02, 1993

**Assignor**
AMERICAN TOURISTER, INC.
INDIANA CORPORATION
**Signed:** DEC 02, 1993

**Assignor**
A.T. RETAIL, INC.
INDIANA CORPORATION
**Signed:** DEC 02, 1993

**Brief:** SECURITY INTEREST
**Recorded:** DEC 03, 1993
**Reel/Frame:** 1074/0112
**Correspondent:**
PENNIE & EDMONDS
CATHERINE H. STOCKELL, ESQ.
1155 AVENUE OF THE AMERICAS
NEW YORK, NY 10036

**Assignee**
MCGREGOR CORPORATION (FORMERLY KNOWN AS
FABERGE, INCORPORATED)
NEW YORK CORPORATION
NEW YORK, NY 10022
600 MADISON AVENUE

**Brief:** RELEASE BY SECURED PARTY
**Recorded:** AUG 12, 1993
**Reel/Frame:** 1017/0152

**Assignor**
CHEMICAL BANKING CORP. ( FORMERLY KNOWN AS
MANUFACTURERS HANOVER TRUST COMPANY)
NATIONAL BANKING ASSOCIATION
**Signed:** JUL 27, 1993

**Correspondent:**
CATHERINE H. STOCKELL
PENNIE & EDMONDS
1155 AVENUE OF THE AMERICAS
NEW YORT, NY 10036

**Assignee**
CITICORP USA, INC.
399 PARK AVENUE NEW YORK, NY 10022

**Assignor**
SAMSONITE CORPORATION
DELAWARE CORPORATION
**Signed:** JAN 08, 1993

**Assignor**
CULLIGAN INTERNATIONAL COMPANY
DELAWARE CORPORATION
**Signed:** JAN 08, 1993

**Assignor**
MCGREGOR CORPORATION
NEW YORK CORPORATION
**Signed:** JAN 08, 1993

**Assignor**
EVERPURE, INC.
NEVADA CORPORATION
**Signed:** JAN 08, 1993

**Brief:** SECURITY INTEREST
**Recorded:** JUN 15, 1993
**Reel/Frame:** 0979/0197
**Correspondent:**
CATHERINE H. STOCKELL, ESQ.
PENNIE & EDMONDS
1155 AVE. OF THE AMERICAS
NEW YORK, NY 10036

**Assignee**
FABERGE INCORPORATED

**Assignor**
MCGREGOR CORPORATION
**Signed:** APR 24, 1987

**Brief:** DUPLICATE RECORDATION OF PREVIOUSLY
RECORDED CHANGE OF NAME AT REEL 562 FRAME 963.
PLEASE REVIEW EFFECTIVE DATES IN THIS CHAIN OF
TITLE.

**BRUXER**

**Recorded:** JUL 09, 1987
**Reel/Frame:** 0709/0844
**Correspondent:**
RUBIN BAUM LEVIN CONSTANT & FRIEDMAN
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Assignee**
MCGREGOR CORPORATION

**Assignor**
FABERGE, INCORPORATED (CHANGED TO)
**Signed:** AUG 03, 1989

**Brief:** CHANGE OF NAME 19890814
**Recorded:** AUG 30, 1989
**Reel/Frame:** 0672/0143
**Correspondent:**
RUBIN BAUM LEVIN CONSTANT & FRIEDMAN
MARC PHILLIP BODNER
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Assignee**
MANUFACTURERS HANOVER TRUST COMPANY, AS
AGENT

**Assignor**
FABERGE, INCORPORATED
NEW YORK CORPORATION
**Acknowledge:** DEC 22, 1987

**Brief:** SECURITY INTEREST
**Recorded:** APR 22, 1988
**Reel/Frame:** 0601/0309
**Correspondent:**
AMSTER, ROTHESTEIN & EBENSTEIN
90 PARK AVENUE
NEW YORK, NY 10016

**Assignee**
FABERGE, INCORPORATED

**Assignor**
MCGREGOR CORPORATION
**Signed:** APR 29, 1987

**Brief:** CHANGE OF NAME 19870429
**Recorded:** MAY 22, 1987
**Reel/Frame:** 0562/0963

Exhibit 80
-1378-
KDA-003977

**Correspondent:**
RUBIN, BAUM, LEVIN, ET AL.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Assignee**                                  **Assignor**
MCGREGOR CORPORATION                          MANUFACTURERS HANOVER TRUST COMPANY
NEW YORK CORPORATION                          270 PARK AVE.
135 W. 50TH ST.                               NEW YORK, NEW YORK
NEW YORK, NEW YORK, 10020                     **Signed:** NOV 03, 1986

**Brief:** SECURITY INTEREST
**Recorded:** NOV 14, 1986
**Reel/Frame:** 0544/0989
**Correspondent:**
COOPER, DUNHAM ET AL.
30 ROCKEFELLER PLAZA
NEW YORK, NY 10112

**Assignee**                                  **Assignor**
MANUFACTURERS HANOVER TRUST COMPANY AS        MCGREGOR CORPORATION
AGENT                                         NEW YORK CORPORATION
                                              **Acknowledge:** MAR 01, 1984

**Brief:** AS SECURITY FOR OBLIGATIONS RECITED,
ASSIGNOR HEREBY GRANTS A SECURITY INTEREST
UNDER SAID MARK SUBJECT TO AGREEMENT RECITED
(SEE RECORD FOR DETAILS)
**Recorded:** DEC 13, 1984
**Reel/Frame:** 0483/0765
**Correspondent:**
AMSTER, ROTHSTEIN, ET AL.
90 PARK AVE.
NEW YORK, NY 10016

**Assignee**                                  **Assignor**
MCGREGOR CORPORATION                          MCGREGOR−DONIGER, INC.
                                              **Signed:** DEC 13, 1983

**Brief:** CHANGE OF NAME 19830811
**Recorded:** DEC 28, 1983
**Reel/Frame:** 0460/0746

**BRUXER**

**Correspondent:**
RUBIN BAUM, ET AL.
645 FIFTH AVE.
NEW YORK, NY 10022

**Assignee**
MCGREGOR−DONIGER INC.
NEW YORK CORPORATION
888 SEVENTH AVE.
NEW YORK, NEW YORK, 10019

**Assignor**
BEAU BRUMMELL TIES, INC.
NEW YORK CORPORATION
350 FIFTH AVE.
NEW YORK, NEW YORK
**Acknowledge:** NOV 20, 1979

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL
**Recorded:** DEC 03, 1979
**Reel/Frame:** 0360/0075
**Correspondent:**
VON MALTITZ, DERENBERG, ET AL.
60 E. 42ND ST.
NEW YORK, NY 10017

**Assignee**
BEAU BRUMMELL TIES, INC.

**Assignor**
MAYER, B. W. & COHAN, LTD.
**Signed:** FEB 16, 1970

**Brief:** CHANGE OF NAME 19700113
**Recorded:** FEB 26, 1970
**Reel/Frame:** 0188/A971
**Correspondent:**
VON MALTITZ, DERENBERG, ET AL.
60 E. 42ND ST.
NEW YORK, NY 10017

**Assignee**
MAYER, B.W., & COHAN, LTD.
NEW YORK CORPORATION
440 E. MCMILLAN ST.
CINCINNATI, OHIO

**Assignor**
B.V.D. COMPANY, INC., THE
DELAWARE CORPORATION
85 CHESTNUT RIDGE RD.
MONTVALE, NEW JERSEY
**Acknowledge:** APR 20, 1967

**Brief:** ASSIGNS THE ENTIRE INTEREST AND THE
GOODWILL

Exhibit 80
-1380-

KDA-003979

**BRUXER**

**Recorded:** MAY 12, 1967
**Reel/Frame:** 0150/0415
**Correspondent:**
VON MALTITZ, DERENBERG, ET AL.
60 EAST 42ND STREET
NEW YORK, NY 10017

**Assignee**
B. V. D. COMPANY, INC., THE
DELAWARE CORPORATION

**Assignor**
BEAU BRUMMEL TIES, INC.
OHIO CORPORATION
**Signed:** MAR 28, 1962

**Brief:** MERGER EFFECTIVE IN DELAWARE, 19620227
**Recorded:** MAR 30, 1962
**Reel/Frame:** 0087/0673
**Correspondent:**
ALEXANDER, MALTITZ ET AL.
165 BROADWAY
NEW YORK 6, NY

**Filing Correspondent:**   SUSAN M. ROSENFELD
REED SMITH LLP
29TH FLOOR
599 LEXINGTON AVENUE
NEW YORK NY 10022−7650

**BRUXER**

**US−40**
**Group:** Four

# BERAXUR

**BERAXUR**

**Global Filings = 7**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** NOV 20, 2007 |

**Goods/Services:** **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF THE
CENTRAL NERVOUS SYSTEM LIKE ALZHEIMER'S DISEASE, PARKINSON'S DISEASE,
DEMENTIA, TINNITUS, PAIN, AUTISM, AMYOTROPHIC LATERAL SCLEROSIS, IRRITABLE
BOWEL SYNDROME, BINGE EATING AND MULTIPLE SCLEROSIS

**Last Reported Owner:** MERZ PHARMA GMBH & CO. KGAA
GERMANY  KOMMANDITGESELLSCHAFT AUF AKTIEN
ECKENHEIMER LANDSTRASSE, 100
FRANKFURT AM MAIN, GERMANY  60318

We Have Located Other Marks With This Owner

BALAXUR                                                           USPTO          Page 192

**Chronology:** **Filed:** AUG 23, 2006          **Serial Number:** 78−958,665
**Published For Opposition:** SEP 04, 2007
**Registered:** NOV 20, 2007          **Registration Number:** 3,339,978
**Earliest Date in Record:** JUL 11, 2006  (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:** MERZ PHARMA GMBH & CO. KGAA
GERMANY  KOMMANDITGESELLSCHAFT AUF AKTIEN
ECKENHEIMER LANDSTRASSE, 100
FRANKFURT AM MAIN, GERMANY  60318

Exhibit 80
-1382-
KDA-003981

**BRUXER**

**Non−U.S. Application Claimed:** 30642945.4
**Non−U.S. Application Date:** JUL 11, 2006
**Non−U.S. Application Country:** GERMANY

**Non−U.S. Registration Claimed:** 30642945
**Non−U.S. Registration Date:** NOV 06, 2006
**Non−U.S. Registration Country:** GERMANY

**Filing Correspondent:**   G PATRICK SAGE
                            HUESCHEN & SAGE PLLC
                            107 W MICHIGAN AVE
                            7TH FL KALAMAZOO BLDG
                            KALAMAZOO, MI 49007

**Domestic Representative:** G. PATRICK SAGE

**BRUXER**

**BRONZZER**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** JUN 09, 2005 |
| **Goods/Services:** | **International Class 3:** COSMETICS; NAMELY, BRONZING POWDER |
| | **First Used:** JUN 1993 (INTL. CL. 3) |
| | **In Commerce:** JUN 1993 |
| **Last Reported Owner:** | MARKWINS BEAUTY PRODUCTS, INC. |
| | CALIFORNIA CORPORATION |
| | 22067 FERRERO PARKWAY |
| | CITY OF INDUSTRY, CALIFORNIA 91789 |

**Chronology:**   **Filed:** MAR 08, 1993    **Serial Number:** 74−365,692

Published For Opposition: MAR 22, 1994

**Registered:** APR 25, 1995    **Registration Number:** 1,891,578

**Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  JUN 09, 2005

REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. OCT 18, 2001

**Last Renewed:** APR 25, 2004

**Earliest Date in Record:** MAR 08, 1993  (Filed)

**Ownership Details:**

**Registrant:**    PAVION LTD.
NEW YORK CORPORATION
60 CEDAR HILL AVENUE
NYACK−ON−HUDSON, NEW YORK 10960

**Assignee**
CATHAY BANK
UNITED STATES NATIONAL BANKING ASSOCIATION
777 NORTH BROADWAY
LOS ANGELES, CALIFORNIA, 90012

**Assignor**
MARKWINS BEAUTY PRODUCTS, INC.
CALIFORNIA CORPORATION
**Signed:** JUL 28, 2009

**Brief:** SECURITY INTEREST
**Recorded:** JUL 29, 2009
**Reel/Frame:** 4033/0398

Analyst: LISA SKEHAN
Exhibit 80
-1384-

**BRUXER**

**Correspondent:**
KIMBERLEY A. LATHROP
355 SOUTH GRAND AVENUE
BINGHAM MCCUTCHEN LLP
LOS ANGELES, CA 90071


**Assignee**
MARKWINS BEAUTY PRODUCTS, INC.
CALIFORNIA CORPORATION
22067 FERRERO PARKWAY
CITY OF INDUSTRY, CALIFORNIA, 91789

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** NOV 21, 2003
**Reel/Frame:** 2751/0286
**Correspondent:**
JEFFER, MANGELS, BUTLER & MARMARO LLP
CHRISTINE L. LOFGREN
1900 AVENUE OF THE STARS
SEVENTH FLOOR
LOS ANGELES, CA 90067

**Assignor**
PAVION LIMITED
NEW YORK CORPORATION
**Signed:** FEB 28, 2003


**Assignee**
PAVION LIMITED
NEW YORK CORPORATION
100 PORETE AVENUE
NORTH ARLINGTON, NEW JERSEY, 07031

**Brief:** CHANGE OF NAME
**Recorded:** NOV 20, 2003
**Reel/Frame:** 2750/0777
**Correspondent:**
CHRISTINE L. LOFGREN, ESQ.
JEFFER, MANGELS, BUTLER & MARMARO LLP
1900 AVENUE OF THE STARS, SEVENTH FLOOR
LOS ANGELES, CA 90067

**Assignor**
PAVION LTD.
NEW YORK CORPORATION
**Signed:** NOV 15, 1993

**BRUXER**

**Assignee**
CREDIT AGRICOLE INDOSUEZ, AS COLLATERAL AGENT
FRANCE CORPORATION
1211 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK, 10036

**Assignor**
PAVION LIMITED
NEW YORK CORPORATION
**Signed:** JUN 01, 1999

**Brief:** SECURITY INTEREST
**Recorded:** SEP 03, 1999
**Reel/Frame:** 1954/0948
**Correspondent:**
SIDLEY & AUSTIN
JAMES F. DONATO
ONE FIRST NATIONAL PLAZA – 51 MW
CHICAGO, IL 60603

**Assignee**
CREDIT AGRICOLE INDOSUEZ, AS COLLATERAL AGENT
1211 AVENUE OF THE AMERICAS, SEVENTH FLOOR
NEW YORK, NEW YORK, 10036

**Assignor**
PAVION LIMITED
NEW YORK CORPORATION
**Signed:** JUN 30, 1997

**Brief:** SECURITY AGREEMENT
**Recorded:** JUL 24, 1997
**Reel/Frame:** 1608/0896
**Correspondent:**
FEDERAL RESEARCH CORP.
VALERIE KARASZ
400 SEVENTH STREET, N.W., SUITE 101
WASHINGTON, D.C. 20004

**Filing Correspondent:**   LESLIE BERTAGNOLLI
ROGER LIN
MARKWINS BEAUTY PRODUCTS, INC.
22067 FERRERO PARKWAY
CITY OF INDUSTRY CA 91789

Exhibit 80
-1386-
KDA-003985

**BRUXER**

US–42
**Group:** Four

**BREXIDOL**

 **Global Filings = 9**

**Status:**          RENEWED
                    SECTION 44 (D)
                    FILED AS 44(D) APPLICATION
                    44(E) APPLICATION – CURRENT

                    **USPTO Status:** REGISTERED AND RENEWED
                    **USPTO Status Date:** MAY 04, 2002

**Goods/Services:**   **International Class 5:** PHARMACEUTICAL AND MEDICINAL PREPARATIONS AND DRUGS;
                    NAMELY, ANTI–INFLAMMATORY, RHEUMATIC, AND ANALGESIC PREPARATIONS SOLD BY
                    PRESCRIPTION ONLY

**Last Reported Owner:**  CHIESI FARMACEUTICI S.P.A.
                    ITALY  CORPORATION
                    VIA PALERMO 26/A
                    43100, ITALY

**Chronology:**      **Filed:** AUG 04, 1989            **Serial Number:** 73–816,943
                    **Published For Opposition:** JUN 11, 1991
                    **Registered:** SEP 03, 1991       **Registration Number:** 1,655,203
                    **Affidavit Section:**  REGISTERED – SEC. 8 (10–YR) ACCEPTED/SEC. 9 GRANTED  MAY 04,
                                           2002
                                   REGISTERED – SEC. 8 (6–YR) ACCEPTED
                                   SEP 16, 1997
                    **Last Renewed:** SEP 03, 2001
                    **Earliest Date in Record:** MAR 20, 1989  (Non–U.S. Application Date)

**Ownership Details:**

**Registrant:**      CHIESI FARMACEUTICI S.P.A.
                    ITALY  CORPORATION
                    VIA PALERMO 26/A
                    43100, ITALY

**Non–U.S. Application Claimed:** 18996C/89
**Non–U.S. Application Date:** MAR 20, 1989
**Non–U.S. Application Country:** ITALY

**Non–U.S. Registration Claimed:** 513940

Exhibit 80
-1387-
KDA-003986

**BRUXER**

**Non−U.S. Registration Date:** OCT 02, 1989
**Non−U.S. Registration Country:** ITALY

**Filing Correspondent:** M IRIS HESS
LADAS & PARRY
5670 WILSHIRE BLVD STE 2100
LOS ANGELES CA 90036−5679

**Domestic Representative:** LADAS & PARRY

Analyst: LISA SKEHAN
Exhibit 80
-1388-
KDA-003987

# BREZERIS

**BREZERIS**

 **Global Filings = 3**

**Status:**           PUBLISHED
                      INTENT TO USE

                      **USPTO Status:** NOTICE OF ALLOWANCE − ISSUED
                      **USPTO Status Date:** JUL 31, 2012

**Goods/Services:**   **International Class 5:** ANTI−INFLAMMATORIES; ANTIBACTERIAL PHARMACEUTICALS;
                      ANTIBIOTICS; ANTIFUNGAL PREPARATIONS; ANTIVIRALS; CARDIOVASCULAR PHARMAC
                      EUTICALS; PHARMACEUTICAL PREPARATIONS ACTING ON THE CENTRAL NERVOUS
                      SYSTEM; PHARMACEUTICAL PREPARATIONS AND SUBSTANCES FOR THE TREATMENT OF
                      GASTRO−INTESTINAL DISEASES; PHARMACEUTICAL PREPARATIONS FOR THE
                      TREATMENT AND PREVENTION OF DISEASES AND DISORDERS OF THE AUTOIMMUNE
                      SYSTEM, THE METABOLIC SYSTEM, THE MUSCULO−SKELETAL SYSTEM AND THE GENITO
                      URINARY SYSTEM; PHARMACEUTICAL PREPARATIONS FOR USE IN HEMATOLOGY AND IN
                      TISSUE AND ORGAN TRANSPLANTATION; PHARMACEUTICAL PREPARATIONS FOR THE
                      TREATMENT OF EYE DISEASES AND CONDITIONS; PHARMACEUTICAL PREPARATIONS
                      FOR THE TREATMENT OF HEART RHYTHM DISORDERS; PHARMACEUTICAL
                      PREPARATIONS FOR THE TREATMENT OF IMMUNE SYSTEM RELATED DISEASES AND
                      DISORDERS; PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF KIDNEY
                      DISEASES; PHARMACEUTICAL PREPARATIONS FOR TREATING DIABETES; PHARMAC
                      EUTICAL PREPARATIONS FOR USE IN DERMATOLOGY; PHARMACEUTICAL PRODUCTS FOR
                      OPHTHALMOLOGICAL USE; PHARMACEUTICAL PRODUCTS FOR THE PREVENTION AND
                      TREATMENT OF CANCER; PHARMACEUTICAL PRODUCTS FOR THE TREATMENT OF BONE
                      DISEASES; PHARMACEUTICAL PRODUCTS FOR TREATING RESPIRATORY DISEASES;
                      PHARMACEUTICAL PRODUCTS FOR TREATING RESPIRATORY DISEASES AND ASTHMA;
                      PHARMACEUTICALS, NAMELY, ANTI−INFECTIVES

**Last Reported Owner:** NOVARTIS AG
                      SWITZERLAND  CORPORATION
                      CH−4002
                      BASEL, SWITZERLAND  0

                      <u>**We Have Located Other Marks With This Owner**</u>

Exhibit 80
-1389-
KDA-003988

**BRUXER**

| | | | |
|---|---|---|---|
| BREZILIZER | | USPTO | Page 147 |
| FLUXSERO | | USPTO | Page 155 |
| BREZILIZER | | USPTO | Page 163 |
| STRUXEN | | USPTO | Page 176 |
| BEXERO | | USPTO | Page 195 |

**Chronology:**  **Filed:** JAN 17, 2012      **Serial Number:** 85−517,788
**Published For Opposition:** JUN 05, 2012
**Allowance Filed:** JUL 31, 2012
**Earliest Date in Record:** JAN 17, 2012  (Filed)

---

**Ownership Details:**

**Applicant:**       NOVARTIS AG
SWITZERLAND  CORPORATION
CH−4002
BASEL, SWITZERLAND  0

**Filing Correspondent:**  MAURY M. TEPPER, III
TEPPER & EYSTER, PLLC
3724 BENSON DR
RALEIGH, NC 27609−7321

**Domestic Representative:** NOVARTIS PHARMACEUTICALS CORPORATION

KDA-003989

# BRIXELTA

**BRIXELTA**

 **Global Filings = 6**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** DEC 22, 2009 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS AND SUBSTANCES IN THE FIELD OF CENTRAL NERVOUS SYSTEM DISEASES |
| **Last Reported Owner:** | UCB PHARMA S.A. |
| | BELGIUM SOCIéTé ANONYME |
| | B−1070 BRUXELLES |
| | ALLéE DE LA RECHERCHE 60 , BELGIUM |

**Chronology:**

**Filed:** MAY 25, 2009     **Serial Number:** 79−070,972
**Published For Opposition:** OCT 06, 2009
**Registered:** DEC 22, 2009     **Registration Number:** 3,728,727
**Earliest Date in Record:** NOV 28, 2008  (International Priority Claimed Date)

**International Trademark Information:**

**International Registration Number:** 1007861
**International Registration Date:** MAY 25, 2009
**International Publication Date:** AUG 20, 2009
**International Renewal Date:** MAY 25, 2019
**Date of Automatic Protection:** FEB 13, 2011
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** AUG 13, 2009
**International Priority Claimed Date:** NOV 28, 2008

**Ownership Details:**

**Registrant:**     UCB PHARMA S.A.
BELGIUM SOCIéTé ANONYME
B−1070 BRUXELLES

**BRUXER**

ALLéE DE LA RECHERCHE 60 , BELGIUM

**Filing Correspondent:**  UCB − DéPARTEMENT PROPRIéTé INTELLECTUEL
JACQUES SOMERLINCKX
ALLéE DE LA RECHERCHE 60
B−1070 BRUXELLES
BELGIUM

Exhibit 80
-1392-
KDA-003991

# BRAXLA

**BRAXLA**

**Status:**           ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
**USPTO Status Date:** JAN 17, 2011

**Goods/Services:**   **International Class 5:** FUSION PROTEINS FOR TREATMENT OF VIRAL DISEASES AND
CANCER; PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF
INFECTIOUS DISEASES, VIRAL DISEASES, CANCER, IMMUNE DISORDERS, AUTOIMMUNE
DISEASES, BLOOD DISORDERS, CENTRAL NERVOUS SYSTEM DISORDERS, IMMUNOLOGIC
CONDITIONS, NEUROLOGICAL DISORDERS, ONCOLOGICAL CONDITIONS, AIDS−RELATED
KAPOSI'S SARCOMA AND INFLAMMATION

**Last Reported Owner:**  HUMAN GENOME SCIENCES, INC.
DELAWARE  CORPORATION
14200 SHADY GROVE ROAD
ROCKVILLE, MARYLAND  20850

**Chronology:**     **Filed:** OCT 09, 2007        **Serial Number:** 77−299,760
**Published For Opposition:** MAR 25, 2008
**Abandoned:** JAN 17, 2011
**Earliest Date in Record:** OCT 09, 2007  (Filed)

**Ownership Details:**

**Applicant:**     HUMAN GENOME SCIENCES, INC.
DELAWARE  CORPORATION
14200 SHADY GROVE ROAD
ROCKVILLE, MARYLAND  20850

**Filing Correspondent:**  CHRISTIE BATY HEINZE
FINNEGAN, HENDERSON, FARABOW, GARRETT &
901 NEW YORK AVE NW
WASHINGTON DC 20001−4432

Exhibit 80
-1393-

KDA-003992

# BRAZOR

**BRAZOR**

**Status:**                    PUBLISHED
                               INTENT TO USE

                               **USPTO Status:** SU – NON–FINAL ACTION – MAILED
                               **USPTO Status Date:** AUG 20, 2012

**Goods/Services:**            **International Class 3:** SHAVING PRODUCTS, NAMELY, SHAVING PREPARATIONS, SHAVING
                               LOTION, SHAVING SOAP, BODY WASHES FOR SHAVING, PRESHAVE AND AFTERSHAVE
                               PREPARATIONS
                               **First Used:** JUN 10, 2012  (INTL. CL. 3)
                               **In Commerce:** JUN 10, 2012

**Last Reported Owner:**       KOTELOV, PAUL
                               UNITED STATES  INDIVIDUAL
                               1011 SAXONY DRIVE
                               HIGHLAND PARK, ILLINOIS  66035

**Chronology:**                **Filed:** JUN 17, 2009          **Serial Number:** 77–762,141
                               **Child Serial Number:** 77–982,388
                               **Published For Opposition:** NOV 10, 2009
                               **Allowance Filed:** FEB 02, 2010
                               **Earliest Date in Record:** JUN 17, 2009  (Filed)

**Ownership Details:**

**Applicant:**                 KOTELOV, PAUL
                               UNITED STATES  INDIVIDUAL
                               1011 SAXONY DRIVE
                               HIGHLAND PARK, ILLINOIS  66035

**Filing Correspondent:**      JOAN OPTICAN HERMAN
                               HOVEY WILLIAMS LLP
                               10801 MASTIN ST STE 1000
                               OVERLAND PARK, KS 66210

Exhibit 80
-1394-
KDA-003993



**BRUNEIHALAL**

 **Global Filings = 15**

**Status:**   PUBLISHED
INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE − ISSUED
**USPTO Status Date:** AUG 21, 2012

**Goods/Services:**   **International Class 1:**  CHEMICALS USED IN INDUSTRY, SCIENCE AND PHOTOGRAPHY, AS
WELL AS IN AGRICULTURE, HORTICULTURE AND FORESTRY EXCEPT FUNGICIDES, HERBI
CIDES, INSECTICIDES AND PARASITICIDES; CHEMICALS USED FOR THE PRESERVATION
OF FOODS; UNPROCESSED ARTIFICIAL RESINS, UNPROCESSED PLASTICS; MANURES;
FIRE EXTINGUISHING COMPOSITIONS; TEMPERING PREPARATIONS AND SOLDERING
PREPARATIONS, NAMELY, SOLDERING CHEMICALS; CHEMICAL SUBSTANCES FOR
PRESERVING FOODSTUFFS; TANNING AGENTS FOR USE IN THE MANUFACTURE OF
LEATHER; ADHESIVES USED IN INDUSTRY; ALL OF THE AFOREMENTIONED GOODS BEING
PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL
**International Class 3:**  BLEACHING PREPARATIONS AND OTHER SUBSTANCES IN THE
NATURE OF DETERGENTS AND FABRIC SOFTENERS FOR LAUNDRY USE; CLEANING,
POLISHING, SCOURING AND ABRASIVE PREPARATIONS; SOAPS; PERFUMERY, ESSENTIAL
OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES; DISINFECTANT SOAP; ALL OF THE
AFOREMENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL
**International Class 5:**  PHARMACEUTICAL PREPARATIONS IN THE NATURE OF MEDICINES
FOR USE IN TREATMENT OF AILMENTS OF THE HEART, THE RESPIRATORY SYSTEM, THE
DIGESTIVE SYSTEM, THE SKIN, THE HAIR, THE BONES AND THE TEETH, AND FOR
TREATMENT OF COMMON COLD AND FEVER, FOR ORAL USE BY HUMAN BEINGS;
VETERINARY PREPARATIONS, NAMELY, MEDICINES FOR USE IN TREATMENT OF
AILMENTS OF THE HEART, THE RESPIRATORY SYSTEM, THE DIGESTIVE SYSTEM, THE
SKIN, THE HAIR, THE BONES AND THE TEETH, AND FOR TREATMENT OF COMMON COLD
AND FEVER; SANITARY PREPARATIONS FOR MEDICAL PURPOSES; DIETETIC
SUBSTANCES IN THE NATURE OF FOOD AND BEVERAGES ADAPTED FOR MEDICAL USE,
FOOD FOR BABIES; MEDICAL PLASTERS; MATERIALS FOR DRESSINGS, NAMELY, GAUZE;
MATERIAL FOR STOPPING TEETH, DENTAL WAX; ALL PURPOSE DISINFECTANTS;

PREPARATIONS FOR DESTROYING VERMIN; FUNGICIDES, HERBICIDES; ALL OF THE
AFOREMENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E.. HALAL
**International Class 29:**  MEAT, FISH, POULTRY AND GAME; MEAT EXTRACTS; PRESERVED,
FROZEN, DRIED AND COOKED FRUITS AND VEGETABLES; JELLIES, JAMS, COMPOTES;
EGGS, MILK AND MILK PRODUCTS EXCLUDING ICE CREAM, ICE MILK AND FROZEN
YOGURT; EDIBLE OILS AND FATS PROCESSED EDIBLE SEEDS; ALL OF THE AFOREM
ENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL
**International Class 30:**  COFFEE, TEA, COCOA, SUGAR, RICE, TAPIOCA, SAGO; ARTIFICIAL
COFFEE; FLOUR; CEREAL−BASED SNACK FOOD AND PROCESSED CEREAL−BASED FOOD
PRODUCTS TO BE USED AS BREAKFAST FOOD, SNACK FOOD OR INGREDIENT FOR
MAKING OTHER FOODS, BREAD, PASTRY AND CONFECTIONERY, NAMELY, SWEETS AND
CHOCOLATE, EDIBLE ICES; HONEY, TREACLE; YEAST, BAKING−POWDER; SALT, MUSTARD;
VINEGAR, SAUCES AS CONDIMENTS; SPICES; ICE; MALT FOR FOOD PROCESSES;
PROCESSED GRAINS; ALL OF THE AFOREMENTIONED GOODS BEING PERMISSIBLE
UNDER ISLAMIC LAW, I.E., HALAL
**International Class 31:**  UNPROCESSED EDIBLE GRAINS; LIVE ANIMALS; FRESH FRUITS
AND VEGETABLES; FRUIT SEEDS; CROP SEEDS, NATURAL PLANTS AND FLOWERS;
FOODSTUFFS FOR ANIMALS, MALT FOR BREWING AND DISTILLING; ALL OF THE AFOREM
ENTIONED GOODS BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL
**International Class 32:**  MINERAL WATER; AERATED WATERS; FRUIT DRINKS; FRUIT
JUICES; SYRUPS FOR MAKING BEVERAGES; ALL OF THE AFOREMENTIONED GOODS
BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL
**International Class 39:**  LAND TRANSPORT BY CAR, TRUCK AND RAILWAY; FREIGHT SHIP
TRANSPORT; AIR TRANSPORT; PACKAGING ARTICLES FOR TRANSPORTATION AND
STORAGE OF GOODS; TRAVEL ARRANGEMENT, NAMELY, ORGANIZATION OF TRAVEL; ALL
OF THE AFOREMENTIONED SERVICES BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E.,
HALAL
**International Class 43:**  SERVICES FOR PROVIDING FOOD AND DRINK; PROVIDING
TEMPORARY ACCOMMODATION; ALL OF THE AFOREMENTIONED SERVICES BEING
PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL
**International Class 44:**  MEDICAL SERVICES; VETERINARY SERVICES; HYGIENIC AND
BEAUTY CARE FOR HUMAN BEINGS; GROOMING SERVICES THAT PROVIDE HYGIENIC AND
BEAUTY CARE FOR ANIMALS; AGRICULTURAL AND FORESTRY SERVICES, NAMELY,
PROVIDING ADVICE ON GROWTH, CULTIVATION AND HARVESTING OF CROPS AND
VERMIN EXTERMINATION; HORTICULTURE SERVICES; ALL OF THE AFOREMENTIONED
SERVICES BEING PERMISSIBLE UNDER ISLAMIC LAW, I.E., HALAL

**Disclaimers:**  "BRUNEI HALAL"

**Last Reported Owner:**  BRUNEI WAFIRAH HOLDINGS SDN. BHD.
BRUNEI DARUSSALAM  CORPORATION
MIN. OF INDUSTRY AND PRIMARY RESOURCES
GROUND FLOOR
JALAN MENTERI BESAR, BRUNEI DARUSSALAM  BSB,BB391

**Chronology:**  **Filed:** AUG 09, 2010        **Serial Number:** 85−102,918

Exhibit 80
-1396-
KDA-003995

**BRUXER**

Published For Opposition: JUN 26, 2012
Allowance Filed: AUG 21, 2012
Earliest Date in Record: AUG 09, 2010 (Filed)

## Ownership Details:

| | |
|---|---|
| **Applicant:** | BRUNEI WAFIRAH HOLDINGS SDN. BHD. |
| | BRUNEI DARUSSALAM  CORPORATION |
| | MIN. OF INDUSTRY AND PRIMARY RESOURCES |
| | GROUND FLOOR |
| | JALAN MENTERI BESAR, BRUNEI DARUSSALAM  BSB,BB391 |
| **Claims:** | THE COLOR(S) BLACK, WHITE, GREEN AND YELLOW IS/ARE CLAIMED AS A FEATURE OF THE MARK. |
| **Design Phrase:** | THE MARK CONSISTS OF THE TERM "BRUNEIHALAL" WITH "BRUNEI" IN BLACK AND "HALAL" IN GREEN AND A DESIGN CONSISTING OF A BLACK SQUARE THAT COMES TO A POINT AT THE TOP AND INSIDE THE SQUARE IS ANOTHER SQUARE IN WHITE AND WITHIN THAT SQUARE IS ANOTHER SQUARE WITH THREE ROUNDED CORNERS AND A FOURTH CORNER THAT COMES TO A POINT WITH THE POINT FACING LEFT, WITH THE INTERNAL SQUARE GREEN ON ONE END AND GRADUALLY SHIFTING TO YELLOW ON THE END WITH THE POINT. |

| | |
|---|---|
| **Filing Correspondent:** | LAWRENCE E. ABELMAN |
| | ABELMAN FRAYNE & SCHWAB |
| | 666 3RD AVE FL 10 |
| | NEW YORK, NY 10017−4046 |

**Domestic Representative:** LAWRENCE E. ABELMAN

Exhibit 80
-1397-
KDA-003996

**BRUXER**

# BRUNOFRISONI

**BRUNOFRISONI**

**Status:**          REGISTERED
SECTION 66(A) (MADRID PROTOCOL) − FILED
SECTION 66(A) (MADRID PROTOCOL) − CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** APR 18, 2006

**Goods/Services:**     **International Class 3:**  BLEACHING PREPARATIONS FOR LAUNDRY USE; ALL−PURPOSE
CLEANING LIQUIDS AND POWDERS; SOAPS; PERFUMERY PRODUCTS, NAMELY
PERFUMES, EAUX DE TOILETTE, EAUX DE PARFUM AND ESSENTIAL OILS FOR PERSONAL
USE; COSMETICS; HAIR LOTIONS; DENTIFRICES; DEODORANTS FOR PERSONAL USE;
TOILETRY MILKS; TALCUM POWDERS; COSMETIC BODY OILS, BODY CREAMS FOR
NON−MEDICAL USE; MAKE−UP; SHAVING PREPARATIONS, NAMELY SHAVING FOAMS,
SHAVING GELS, SHAVING AND AFTER−SHAVE LOTIONS AND SHAVING SOAPS; COSMETIC
KITS COMPRISED OF LIPSTICK, FOUNDATION AND MASCARA; SHAMPOOS; BATH OILS
AND SALTS, BATH LOTIONS FOR NON−MEDICAL USE

**Last Reported Owner:**  BOW B.V.
JOHANNES VERMEERPLEIN 11
NL−1071 DV AMSTERDAM, NETHERLANDS

**Chronology:**       **Filed:** AUG 18, 2004          **Serial Number:** 79−006,768
**Published For Opposition:** JAN 24, 2006
**Registered:** APR 18, 2006          **Registration Number:** 3,082,978
**Earliest Date in Record:** FEB 20, 2004  (International Priority Claimed Date)

**International Trademark Information:**

**International Registration Number:** 0837309
**International Registration Date:** AUG 18, 2004
**International Publication Date:** JAN 06, 2005
**International Renewal Date:** AUG 18, 2014
**Date of Automatic Protection:** JUN 16, 2006
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** DEC 16, 2004
**International Priority Claimed Date:** FEB 20, 2004

Exhibit 80
-1398-
KDA-003997

**BRUXER**

**Ownership Details:**

**Registrant:**          MONSIEUR BRUNO FRISONI
                           FRANCE  INDIVIDUAL
                           34, RUE CITEAUX
                           F−75012 PARIS, FRANCE

| **Assignee** | **Assignor** |
|---|---|
| BOW B.V. | MONSIEUR BRUNO FRISONI |
| JOHANNES VERMEERPLEIN 11 | FRANCE |
| NL−1071 DV AMSTERDAM, NETHERLANDS | **Signed:** SEP 15, 2009 |

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** OCT 23, 2009
**Reel/Frame:** 4084/0420
**Correspondent:**
BOW B.V.
JOHANNES VERMEERPLEIN 11
NL−1071 DV AMSTERDAM
NETHERLANDS

**Portrait Permission:**    BRUNO FRISONI IDENTIFIES A PARTICULAR LIVING INDIVIDUAL WHO'S CONSENT IS OF
                                 RECORD.

**Design Phrase:**

                      THE MARK IS A STYLISTIC VERSION OF APPLICANT'S NAME.
**Other U.S. Registrations:** 2,774,562

**Filing Correspondent:**   CABINET PASCALE LAMBERT ET ASSOCIéS
                             18 AVENUE DE L'OPéRA
                             F−75001 PARIS, FRANCE

**Domestic Representative:** CHARLES E. BAXLEY

Exhibit 80
-1399-
KDA-003998

**BRUXER**

**US-49**
**Group:** Four

Brucker Biofeedback Method

## BRUCKER BIOFEEDBACK METHOD

**Status:**                     REGISTERED

                                **USPTO Status:** REGISTERED
                                **USPTO Status Date:** JAN 24, 2012

**Goods/Services:**             **International Class 44:** MEDICAL SERVICES, NAMELY, PROVIDING TREATMENT TO
                                RESTORE MOTOR NEURON FUNCTION FOR PEOPLE FACING PERMANENT PARALYSIS DUE
                                TO DISEASE OR INJURY IN THE BRAIN, BRAIN STEM, AND SPINAL CORD
                                **First Used:** APR 05, 1981  (INTL. CL. 44)
                                **In Commerce:** APR 05, 1981

**Disclaimers:**                "BIOFEEDBACK METHOD"

**Last Reported Owner:**        GUGEL, RITA NACKEN
                                UNITED STATES  INDIVIDUAL
                                1326 SE 3RD AVENUE
                                FORT LAUDERDALE, FLORIDA  33316-1908

**Chronology:**                 **Filed:** JUN 21, 2010           **Serial Number:** 85-067,478
                                **Published For Opposition:** MAY 24, 2011
                                **Registered:** JAN 24, 2012      **Registration Number:** 4,091,777
                                **Earliest Date in Record:** APR 05, 1981  (First Used)

## Ownership Details:

**Registrant:**                 GUGEL, RITA NACKEN
                                UNITED STATES  INDIVIDUAL
                                1326 SE 3RD AVENUE
                                FORT LAUDERDALE, FLORIDA  33316-1908

**Filing Correspondent:**       RITA NACKEN GUGEL
                                1326 S. E. 3RD AVENUE
                                FORT LAUDERDALE FL 33316

Exhibit 80
-1400-
KDA-003999

**BRUXER**

THE BRUCKER BIOFEEDBACK
        CENTER

## THE BRUCKER BIOFEEDBACK CENTER

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−FAILURE TO RESPOND |
| | **USPTO Status Date:** JUL 20, 2012 |
| **Goods/Services:** | **International Class 42:** MEDICAL AND SCIENTIFIC RESEARCH; MEDICAL LABORATORY SERVICES |
| | **International Class 44:** MEDICAL SERVICES; MEDICAL PROGRAMS, NAMELY, BIOFEEDBACK PROGRAMS, REHABILITATION PATIENT CARE PROGRAMS, PHYSICAL REHABILITATION PROGRAMS, MENTAL AND BEHAVIORAL HEALTH PROGRAMS |
| **Last Reported Owner:** | MIAMI JEWISH HOME & HOSPITAL FOR THE AGED, INC. |
| | DBA MIAMI JEWISH HEALTH SYSTEMS |
| | FLORIDA NON−PROFIT CORPORATION |
| | 5200 N.E. SECOND AVENUE |
| | MIAMI, FLORIDA 33137 |

| | | |
|---|---|---|
| **Chronology:** | **Filed:** SEP 07, 2011 | **Serial Number:** 85−416,495 |
| | **Abandoned:** JUN 26, 2012 | |
| | **Earliest Date in Record:** SEP 07, 2011 (Filed) | |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | MIAMI JEWISH HOME & HOSPITAL FOR THE AGED, INC. |
| | DBA MIAMI JEWISH HEALTH SYSTEMS |
| | FLORIDA NON−PROFIT CORPORATION |
| | 5200 N.E. SECOND AVENUE |
| | MIAMI, FLORIDA 33137 |
| **Filing Correspondent:** | MICHELLE A. MILLER |
| | BRINKS HOFER GILSON & LIONE |
| | PO BOX 10395 |
| | CHICAGO, IL 60610−0395 |

Exhibit 80
-1401-
KDA-004000

**BRUXER**

US−51
**Group:** Four

BRUNELLO CUCINELLI

**BRUNELLO CUCINELLI**

 **Global Filings = 53** 

**Status:**
REGISTERED
SECTION 66(A) (MADRID PROTOCOL) − FILED
SECTION 66(A) (MADRID PROTOCOL) − CURRENT
INTERNATIONAL PRIORITY CLAIMED
NOTICE OF FIRST REFUSAL

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 23, 2011

**Goods/Services:**
**International Class 3:** BATH SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR
LOTIONS; DENTIFRICES, COSMETIC POWDER, HAIR SHAMPOO
**International Class 9:** SPECTACLES, SUNGLASSES, EYEGLASSES, LENSES, CONTACT
LENSES, FRAMES FOR SUNGLASSES AND EYEGLASSES; APPARATUS FOR TRANSM
ISSION OF SOUND OR IMAGES; CRASH HELMETS
**International Class 18:** LEATHER AND IMITATIONS OF LEATHER; AND GOODS MADE OF
THESE MATERIALS, NAMELY, SUITCASES, BRIEFCASES, HAND−BAGS, WALLETS, PURSES,
BUSINESS CARDHOLDERS IN THE NATURE OF WALLETS, CARD CASES; COSMETIC CASES
SOLD EMPTY, COSMETIC BAGS SOLD EMPTY, CARRYING CASES FOR HOLDING SMALL
PERSONAL EFFECTS SOLD EMPTY; ANIMAL SKINS AND HIDES; TRUNKS AND TRAVELLING
BAGS; UMBRELLAS, PARASOLS AND WALKING STICKS; WHIPS, HARNESSES AND
SADDLERY; KEY CASES OF LEATHER, KEY CHAINS OF LEATHER, CASES OF IMITATION
LEATHER, CASES OF LEATHER BOARD; HAT CASES OF LEATHER, TOOL BAGS OF
LEATHER SOLD EMPTY, LEATHER POUCHES FOR PACKAGING, LEATHER SHOULDER
BELTS
**International Class 24:** LINEN, WOOL, SILK AND COTTON FABRICS ALONE OR IN
COMBINATION WITH EACH OTHER AND/OR MIXED WITH SYNTHETIC FABRICS, ALL FOR
USE IN THE MANUFACTURE OF CLOTHING AS WELL AS FURNISHINGS AND INTERIOR
DECORATIONS, BATH TOWELS, KITCHEN TOWELS, CLOTH NAPKINS BEING TEXTILE
NAPKINS, CLOTH TABLE COVERS, PILLOW CASES, SHEETS AND QUILTS; TEXTILE
NAPKINS, BLANKETS OF TEXTILE OR LINEN OR WOOL OR SILK ALONE OR IN
COMBINATION EACH OTHER, SANITARY PADS FOR MATTRESSES, HANDKERCHIEFS,
COASTERS OF TEXTILE, CLOTH BANNERS, ROLLING CURTAINS, CURTAINS, FABRIC
VALANCE, HANGING BLANKETS BEING TEXTILE WALL HANGINGS
**International Class 35:** ADVERTISING SERVICES

**Last Reported Owner:** BRUNELLO CUCINELLI S.P.A.

**BRUXER**

ITALY  JOINT STOCK COMPANY
I-06070 FRAZIONE SOLOMEO, CORCIANO (PG)
PIAZZA CARLO ALBERTO DALLA CHIESA, 6 , ITALY

**Chronology:**       **Filed:** OCT 21, 2009          **Serial Number:** 79-076,627
                      **Published For Opposition:** JUN 07, 2011
                      **Registered:** AUG 23, 2011       **Registration Number:** 4,014,464
                      **Earliest Date in Record:** JUL 29, 2009  (International Priority Claimed Date)

**International Trademark Information:**

                      **International Registration Number:** 1022925
                      **International Registration Date:** OCT 21, 2009
                      **International Publication Date:** JAN 07, 2010
                      **International Renewal Date:** OCT 21, 2019
                      **Date of Automatic Protection:** JUN 30, 2011
                      **International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
                      **International Status Date:** DEC 31, 2009
                      **International Priority Claimed Date:** JUL 29, 2009

**Trademark Trials and Appeal Board (TTAB) Information:**                            **TTAB**

**Ex Parte Appeal:** 79076627
**Filed:** FEB 28, 2011
**Outcome:** TERMINATED  APR 29, 2011

**Plaintiff:**
BRUNELLO CUCINELLI S.P.A.

**Mark:** BRUNELLO CUCINELLI
**Serial Number:** 79-076,627
**Correspondent:**
FRANK P PRESTA
NIXON & VANDERHYE PC
901 N GLEBE ROAD , 11TH FL
ARLINGTON, VA 22203 US

**TTAB Entry:** #6 TERMINATED, APR 29, 2011
**TTAB Entry:** #5 REMANDED TO EXAMINER, APR 15, 2011

**Ownership Details:**

**Registrant:**         BRUNELLO CUCINELLI S.P.A.
                        ITALY  JOINT STOCK COMPANY
                        I-06070 FRAZIONE SOLOMEO, CORCIANO (PG)
                        PIAZZA CARLO ALBERTO DALLA CHIESA, 6 , ITALY
**Portrait Permission:**  THE NAME SHOWN IN THE MARK IDENTIFIES "BRUNELLO CUCINELLI" WHOSE

**BRUXER**

CONSENT(S) TO REGISTER IS MADE OF RECORD.

**Other U.S. Registrations:** 1,596,568

**Filing Correspondent:** FRANK P. PRESTA
NIXON & VANDERHYE PC
901 N GLEBE ROAD 11TH FL
ARLINGTON, VA 22203

# BINAXAR

**BINAXAR**

Global Filings = 9

| | |
|---|---|
| **Status:** | REGISTERED |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** AUG 26, 2008 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR VETERINARY USE TO TREAT CHRONIC DISEASES, NAMELY, CHRONIC RENAL FAILURE AND CONGESTIVE HEART FAILURE, IN DOGS AND CATS |
| **Last Reported Owner:** | BAYER AKTIENGESELLSCHAFT |
| | GERMANY  AKTIENGESELLSCHAFT |
| | KAISER−WILHELM−ALEE |
| | 51373 LEVERKUSEN, GERMANY |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ROXXIRE | USPTO | Page 194 |

| | |
|---|---|
| **Chronology:** | **Filed:** NOV 14, 2007     **Serial Number:** 77−328,879 |
| | **Published For Opposition:** JUN 10, 2008 |
| | **Registered:** AUG 26, 2008     **Registration Number:** 3,491,766 |
| | **Earliest Date in Record:** FEB 23, 2007  (Non−U.S. Registration Date) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | BAYER AKTIENGESELLSCHAFT |
| | GERMANY  AKTIENGESELLSCHAFT |
| | KAISER−WILHELM−ALEE |
| | 51373 LEVERKUSEN, GERMANY |

**Non−U.S. Registration Claimed:** 30700545
**Non−U.S. Registration Date:** FEB 23, 2007
**Non−U.S. Registration Country:** GERMANY

Exhibit 80
-1405-
KDA-004004

**Filing Correspondent:**   JEFFREY M. GITCHEL
                             BAYER CORPORATE & BUSINESS SERVICES LLC
                             100 BAYER ROAD
                             PITTSBURGH PA 15205

**Domestic Representative:** STANLEY C. MACEL, III, ESQ.

**BRUXER**

**BIOFLEXOR**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** DEC 16, 2006 |
| **Goods/Services:** | **International Class 5:** DEEP PENETRATING GEL FOR PAIN RELIEF |
| | **First Used:** MAY 15, 1996 (INTL. CL. 5) |
| | **In Commerce:** MAY 15, 1996 |
| **Last Reported Owner:** | HEALTH CARE LABORATORIES, INC. |
| | TEXAS CORPORATION |
| | P.O. BOX 440606 |
| | HOUSTON, TEXAS 77244 |

| | | |
|---|---|---|
| **Chronology:** | **Filed:** JUN 06, 1996 | **Serial Number:** 75−115,075 |
| | **Published For Opposition:** JAN 07, 1997 | |
| | **Registered:** SEP 23, 1997 | **Registration Number:** 2,100,372 |
| | **Affidavit Section:** | REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED DEC 16, 2006 |
| | | REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. OCT 06, 2003 |
| | **Last Renewed:** SEP 23, 2007 | |
| | **Earliest Date in Record:** MAY 15, 1996 (First Used) | |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | HEALTH CARE LABORATORIES, INC. |
| | TEXAS CORPORATION |
| | P.O. BOX 440606 |
| | HOUSTON, TEXAS 77244 |
| **Filing Correspondent:** | BRUCE K JAMISON |
| | PO BOX 4 |
| | HOUSTON TX 77001−0004 |

Search: 221922912

Analyst: LISA SKEHAN
Exhibit 80
-1407-

USPTO Page: 135

KDA-004006

# ELIXIR

**ELIXIR**

**Status:**             REGISTERED
                        SUPPLEMENTAL REGISTER

                        **USPTO Status:** REGISTERED
                        **USPTO Status Date:** FEB 27, 2007

**Goods/Services:**     **International Class 3:** ORAL CARE BREATH FRESHENERS, NAMELY, DILUTED BREATH
                        SPRAYS USED AS A MOUTHWASH AND CONCENTRATED BREATH FRESHENER SPRAYS
                        **First Used:** APR 15, 2006  (INTL. CL. 3)
                        **In Commerce:** APR 15, 2006

**Last Reported Owner:** GOSMILE, INC.
                        DELAWARE  CORPORATION
                        715 HEARST AVENUE, SUITE 300
                        BERKELEY, CALIFORNIA  94710

**Chronology:**         **Filed:** NOV 23, 2005            **Serial Number:** 78−760,053
                        **Application Amended:** NOV 13, 2006
                        **Registered:** FEB 27, 2007        **Registration Number:** 3,214,295
                        **Earliest Date in Record:** NOV 23, 2005  (Filed)

**Ownership Details:**

**Registrant:**         GOSMILE, INC.
                        DELAWARE  CORPORATION
                        715 HEARST AVENUE, SUITE 300
                        BERKELEY, CALIFORNIA  94710

**Filing Correspondent:** WENDI E. SLOANE
                        BARACK FERRAZZANO KIRSCHBAUM & NAGELBERG
                        200 WEST MADISON STREET, SUITE 3900
                        CHICAGO IL 60606

Exhibit 80
-1408-
KDA-004007

# BREAIR

**BREAIR**

| | |
|---|---|
| **Status:** | PUBLISHED<br>INTENT TO USE |
| | **USPTO Status:** NOTICE OF ALLOWANCE − ISSUED<br>**USPTO Status Date:** JUL 31, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS AND SUBSTANCES FOR THE PREVENTION, TREATMENT, AND/OR ALLEVIATION OF RESPIRATORY DISEASES AND DISORDERS |
| **Last Reported Owner:** | GLAXO GROUP LIMITED<br>UNITED KINGDOM  CORPORATION<br>BERKELEY AVENUE<br>GLAXO WELLCOME HOUSE<br>GREENFORD, MIDDLESEX, UNITED KINGDOM  UB60NN |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BYZOR | USPTO | Page 153 |
| RAXAR | State | Page 215 |

| | |
|---|---|
| **Chronology:** | **Filed:** FEB 16, 2012      **Serial Number:** 85−544,224<br>**Published For Opposition:** JUN 05, 2012<br>**Allowance Filed:** JUL 31, 2012<br>**Earliest Date in Record:** FEB 16, 2012  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | GLAXO GROUP LIMITED<br>UNITED KINGDOM  CORPORATION<br>BERKELEY AVENUE<br>GLAXO WELLCOME HOUSE<br>GREENFORD, MIDDLESEX, UNITED KINGDOM  UB60NN |
| **Filing Correspondent:** | CHRISTOPHER M. HANES<br>GLAXOSMITHKLINE<br>5 MOORE DR |

**BRUXER**

RESEARCH TRIANGLE PARK, NC 27709-0183

**Domestic Representative:** CHRISTOPHER M. HANES

Exhibit 80
-1410-
KDA-004009

# BREKSEZA

**BREKSEZA**

| | |
|---|---|
| **Translation:** | THE WORDING "BREKSEZA" HAS NO MEANING IN A FOREIGN LANGUAGE. |
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** NOTICE OF ALLOWANCE − ISSUED |
| | **USPTO Status Date:** OCT 09, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF CENTRAL NERVOUS SYSTEM DISORDERS |
| **Last Reported Owner:** | UPSHER−SMITH LABORATORIES, INC. |
| | MINNESOTA  CORPORATION |
| | 6701 EVENSTAD DRIVE |
| | MAPLE GROVE, MINNESOTA  55369 |

We Have Located Other Marks With This Owner

| BREKSEEZ | USPTO | Page 157 |
|---|---|---|
| BREKSEZE | USPTO | Page 158 |

| | |
|---|---|
| **Chronology:** | **Filed:** OCT 01, 2011  **Serial Number:** 85−437,210 |
| | **Published For Opposition:** AUG 14, 2012 |
| | **Allowance Filed:** OCT 09, 2012 |
| | **Earliest Date in Record:** OCT 01, 2011  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | UPSHER−SMITH LABORATORIES, INC. |
| | MINNESOTA  CORPORATION |
| | 6701 EVENSTAD DRIVE |
| | MAPLE GROVE, MINNESOTA  55369 |
| **Filing Correspondent:** | FRANCES M. JAGLA |
| | LANE POWELL PC |
| | 601 S.W. SECOND AVENUE, SUITE 2100 |

PORTLAND OR 97204

Exhibit 80
KDA-004011

**BRUXER**

## BARXV

**Status:**
REGISTERED
CANCELLED SECTION 8 IN INT. CL. 30. ONLY O.G. 8−28−2012
CANCELLED SECTION 8 IN INT. CL. 32. ONLY O.G. 8−28−2012
CANCELLED SECTION 8 IN INT. CL. 35. ONLY O.G. 8−28−2012

**USPTO Status:** PARTIAL SECTION 8 & 15 ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** JUL 26, 2012

**Goods/Services:**
**International Class 3:** BATH AND SHOWER GEL; NON−MEDICATED BATH SALTS; BEAUTY
MASKS; [ BLUSH; ] BODY CREAM, MOISTURIZER AND LOTION; BUBBLE BATH, COLD
CREAM; [ HAIR SHAMPOO; HAIR CONDITIONER; COSMETIC PENCILS; ] EYE CREAM; HAND
CREAM, MOISTURIZER, AND LOTION; [ SHAVING BALM, LOTION, GEL AND CREAM; SKIN
CREAM, MOISTURIZER, AND LOTION; ] FACIAL CREAM, MOISTURIZER, AND LOTION; FOOT
CREAM, MOISTURIZER, SCRUB, AND LOTION; [ PERSONAL DEODORANTS AND
ANTIPERSPIRANTS; ] ESSENTIAL OILS FOR PERSONAL USE; ESSENTIAL OILS FOR USE IN
MANUFACTURING COSMETICS; [ EYE MAKEUP; EYE SHADOW; EYELINERS; FACE
POWDER; FACIAL SCRUBS; FACIAL MAKEUP; FOUNDATION MAKEUP; HAIR GEL; SHAVING
GEL; SHOWER GEL; LIP GLOSS; HAIR RINSES; NON−MEDICATED LIP BALM; ] LIPSTICK; [
EYE MAKEUP REMOVER; MASCARA; NAIL CREAM, MOISTURIZER, AND LOTION; MASSAGE
OIL; BATH OIL; PRE−MOISTENED COSMETIC TISSUES, WIPES, AND TOWELETTES; SOAP;
SUNTANNING PREPARATIONS; AND WRINKLE REMOVING SKIN CARE PREPARATIONS ]
**International Class 29:** OLIVE OIL
**International Class 30:** [ TEA, TEA−BASED BEVERAGES, NAMELY, TEA−BASED BEVERAGES
WITH FRUIT FLAVORINGS, FLAVORED ICES; HONEY, BISCUITS ]
**International Class 32:** [ BOTTLED SODA WATER ]
**International Class 35:** [ RETAIL STORE SERVICES IN THE FIELDS OF APPAREL,
FOOTWEAR, COSMETICS, LOTIONS, BOTTLED WATER, COFFEE, COFFEE BASED
BEVERAGES, TEA, TEA−BASED BEVERAGES, PREPARED FOOD, OLIVE OIL ]
**First Used:** SEP 30, 2003 (INTL. CL. 3)
**In Commerce:** SEP 30, 2003
**First Used:** SEP 30, 2003 (INTL. CL. 29)
**In Commerce:** SEP 30, 2003
**First Used:** SEP 30, 2003 (INTL. CL. 30)
**In Commerce:** SEP 30, 2003
**First Used:** SEP 30, 2003 (INTL. CL. 32)
**In Commerce:** SEP 30, 2003
**First Used:** SEP 30, 2003 (INTL. CL. 35)
**In Commerce:** SEP 30, 2003

**Last Reported Owner:** RINKINC, LLC
DELAWARE  LIMITED PARTNERSHIP
11 WEST 56TH STREET
NEW YORK, NEW YORK  10019

**BRUXER**

---

**Chronology:**    **Filed:** MAR 26, 2003        **Serial Number:** 78−230,322
                   **Published For Opposition:** AUG 10, 2004
                   **Registered:** JAN 17, 2006        **Registration Number:** 3,046,756
                   **Affidavit Section:**  REGISTERED − PARTIAL SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.  JUL
                                           26, 2012
                   **Earliest Date in Record:** MAR 26, 2003  (Filed)

---

**Ownership Details:**

**Registrant:**         RINKINC, LLC
                        DELAWARE  LIMITED PARTNERSHIP
                        11 WEST 56TH STREET
                        NEW YORK, NEW YORK  10019

**Assignee**                                    **Assignor**
RINKINC, LLC                                    CASSIS HOLDING CO. LTD. LIMITED PARTNERSHIP
11 WEST 56 STREET                               **Signed:** MAR 03, 2005
NEW YORK, NEW YORK, 10019

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** APR 04, 2005
**Reel/Frame:** 3082/0127
**Correspondent:**
RINKINC LLC
11 WEST 56 STREET
NEW YORK, NEW YORK 10019

**Assignee**                                    **Assignor**
CASSIS HOLDING COMPANY LTD.                     NORMA KAMALI, INC.
DELAWARE CORPORATION                            NEW YORK CORPORATION
11 WEST 56TH STREET                             **Signed:** JUL 22, 2003
NEW YORK, NEW YORK, 10019

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** OCT 02, 2003
**Reel/Frame:** 2726/0277
**Correspondent:**
GOTTLIEB, RACKMAN & REISMAN, P.C.
AMY B. GOLDSMITH, ESQ.
270 MADISON AVENUE
NEW YORK, NY 10016

**Claims:**         IN THE STATEMENT, COLUMN 1, LINES 1 AND 2, "CASSIS HOLDING COMPANY LTD.
                    (DELAWARE CORPORATION)" SHOULD BE DELETED, AND, "RINKINC, LLC (DELAWARE
                    LIMITED PARTNERSHIP)" SHOULD BE INSERTED.

---

Exhibit 80
-1414-
KDA-004013

**Filing Correspondent:** BARBARA LOEWENTHAL
GOTTLIEB, RACKMAN & REISMAN, PC
8TH FLOOR
270 MADISON AVE
NY, NY 10016-0601

Analyst: LISA SKEHAN
Exhibit 80
-1415-

# BREVALIR

**BREVALIR**

**Status:**      PUBLISHED
INTENT TO USE

**USPTO Status:** NOTICE OF ALLOWANCE − ISSUED
**USPTO Status Date:** MAR 13, 2012

**Goods/Services:**    **International Class 5:** PHARMACEUTICAL PRODUCTS FOR TREATING RESPIRATORY
DISEASES

**Last Reported Owner:**  CORNERSTONE THERAPEUTICS INC.
NORTH CAROLINA CORPORATION
1255 CRESCENT GREEN DRIVE, SUITE 250
CARY, NORTH CAROLINA 27518

**Chronology:**    **Filed:** AUG 12, 2011       **Serial Number:** 85−396,849
**Published For Opposition:** JAN 17, 2012
**Allowance Filed:** MAR 13, 2012
**Earliest Date in Record:** AUG 12, 2011 (Filed)

**Ownership Details:**

**Applicant:**    CORNERSTONE THERAPEUTICS INC.
NORTH CAROLINA CORPORATION
1255 CRESCENT GREEN DRIVE, SUITE 250
CARY, NORTH CAROLINA 27518

**Filing Correspondent:**  ANDREW K.W. POWELL
1255 CRESCENT GRN STE 250
CARY, NC 27518−8128

# BIOxira

**BIOXIRA**

| | |
|---|---|
| **Status:** | REGISTERED |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** DEC 19, 2006 |
| | |
| **Goods/Services:** | **International Class 3:** BODY AND BEAUTY CARE PREPARATIONS; BODY LOTIONS; COSMETIC PREPARATIONS FOR BODY CARE; GEL FOR BODY TONING AND CELLULITE REDUCTION; LOTIONS FOR CELLULITE REDUCTION; LOTIONS FOR BODY TONING AND CELLULITE REDUCTION; NON−MEDICATED SKIN CARE PREPARATIONS; SKIN LOTIONS; SKIN TONERS |
| | **First Used:** NOV 01, 2004  (INTL. CL. 3) |
| | **In Commerce:** NOV 01, 2004 |
| | |
| **Last Reported Owner:** | IT WORKS MARKETING, INC. |
| | MICHIGAN  CORPORATION |
| | 2006 44TH STREET SE |
| | GRAND RAPIDS, MICHIGAN  49508 |
| | |
| **Chronology:** | **Filed:** FEB 01, 2006          **Serial Number:** 78−804,229 |
| | **Published For Opposition:** OCT 03, 2006 |
| | **Registered:** DEC 19, 2006          **Registration Number:** 3,186,807 |
| | **Earliest Date in Record:** NOV 01, 2004  (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | IT WORKS MARKETING, INC. |
| | MICHIGAN  CORPORATION |
| | 2006 44TH STREET SE |
| | GRAND RAPIDS, MICHIGAN  49508 |
| | |
| **Filing Correspondent:** | STEVEN A. RICHARDS |
| | 615 HOOPES AVENUE |
| | IDAHO FALLS ID 83406−6106 |

Exhibit 80
-1417-

KDA-004016

# BALRUXA

**BALRUXA**

 **Global Filings = 4**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** FIFTH EXTENSION − GRANTED |
| | **USPTO Status Date:** OCT 09, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF ONCOLOGICAL, HEMATOLOGICAL AND INFLAMMATORY DISORDERS |
| **Last Reported Owner:** | INCYTE CORPORATION |
| | DELAWARE  CORPORATION |
| | EXPERIMENTAL STATION |
| | BUILDING 336, RT 141 & HENRY CLAY ROAD |
| | WILMINGTON, DELAWARE  19880 |
| **Chronology:** | **Filed:** NOV 02, 2009      **Serial Number:** 77−862,856 |
| | **Published For Opposition:** JAN 26, 2010 |
| | **Allowance Filed:** APR 20, 2010 |
| | **Earliest Date in Record:** NOV 02, 2009  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | INCYTE CORPORATION |
| | DELAWARE  CORPORATION |
| | EXPERIMENTAL STATION |
| | BUILDING 336, RT 141 & HENRY CLAY ROAD |
| | WILMINGTON, DELAWARE  19880 |
| **Filing Correspondent:** | FRANCES M. JAGLA |
| | LANE POWELL PC |
| | 601 S.W. SECOND AVENUE, SUITE 2100 |
| | PORTLAND OR 97204 |

Exhibit 80
-1418-

KDA-004017

# BREZILIZER

**BREZILIZER**

 **Global Filings = 4**

**Status:** PUBLISHED
INTENT TO USE

**USPTO Status:** THIRD EXTENSION − GRANTED
**USPTO Status Date:** JUN 01, 2012

**Goods/Services:** **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF
DISORDERS OF THE RESPIRATORY SYSTEM
**International Class 10:** MEDICAL APPARATUS FOR DIAGNOSING OR TREATING
RESPIRATORY CONDITIONS; MEDICAL APPARATUS FOR FACILITATING THE INHALATION
OF PHARMACEUTICAL PREPARATIONS

**Last Reported Owner:** NOVARTIS AG
SWITZERLAND CORPORATION
CH − 4002
BASEL, SWITZERLAND

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREZERIS | USPTO | Page 117 |
| FLUXSERO | USPTO | Page 155 |
| BREZILIZER | USPTO | Page 163 |
| STRUXEN | USPTO | Page 176 |
| BEXERO | USPTO | Page 195 |

**Chronology:** **Filed:** MAY 07, 2010        **Serial Number:** 85−032,883
**Published For Opposition:** OCT 05, 2010
**Allowance Filed:** NOV 30, 2010
**Earliest Date in Record:** MAY 07, 2010  (Filed)

**Ownership Details:**

**Applicant:** NOVARTIS AG
SWITZERLAND CORPORATION

CH − 4002
BASEL, SWITZERLAND

**Filing Correspondent:**   MAURY M. TEPPER, III
TEPPER & EYSTER, PLLC
3724 BENSON DR
RALEIGH, NC 27609−7321

**Domestic Representative:** NOVARTIS PHARMACEUTICALS CORPORATION

**BRUXER**

## BAZUCAR

| | |
|---|---|
| **Status:** | REGISTERED |

**USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** AUG 13, 2009

**Goods/Services:** **International Class 5:** DIETARY AND NUTRITIONAL SUPPLEMENTS
**First Used:** AUG 2003 (INTL. CL. 5)
**In Commerce:** AUG 2003

**Last Reported Owner:** CROSSBAY, LLC
NEVADA LIMITED LIABILITY CO.
2709 HORSESHOE DRIVE
LAS VEGAS, NEVADA 89120

**Chronology:** **Filed:** FEB 20, 2002    **Serial Number:** 76−372,472
**Published For Opposition:** JAN 14, 2003
**Registered:** APR 20, 2004    **Registration Number:** 2,835,083
**Affidavit Section:** REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. AUG 13, 2009

**Earliest Date in Record:** FEB 20, 2002 (Filed)

## Ownership Details:

**Registrant:** EAST PARK RESEARCH, INC.
NEVADA CORPORATION
1777 CRYSTAL STREAM AVENUE
HENDERSON, NEVADA 89012

**Assignee**
CROSSBAY, LLC
2709 HORSESHOE DRIVE
LAS VEGAS, NEVADA, 89120

**Assignor**
EAST PARK RESEARCH, INC.
NEVADA CORPORATION
**Signed:** DEC 23, 2003

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** JAN 06, 2004
**Reel/Frame:** 2898/0241
**Correspondent:**
DENNISON SCHEINER DOUGHERTY & MACDONALD
DONALD L. DENNISON
1727 KING STREET, SUITE 105
ALEXANDRIA, VA 22314−2700

**Claims:** IN THE STATEMENT, COLUMN 1, LINES 1 THROUGH 4, SHOULD BE DELETED, AND,

Exhibit 80
-1421-
KDA-004020

**BRUXER**

CROSSBAY, LLC (NEVADA LIMITED LIABILITY COMPANY) 2709 HORSESHOE DRIVE, LAS
VEGAS, NEVADA 89120 SHOULD BE INSERTED.

**Filing Correspondent:**   DONALD L. DENNISON
DENNISON, SCHULTZ & MACDONALD
1727 KING ST STE 105
ALEXANDRIA, VA 22314

# BRYNDIR

**BRYNDIR**

**Global Filings = 63**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** FIFTH EXTENSION − GRANTED |
| | **USPTO Status Date:** SEP 20, 2012 |
| **Goods/Services:** | **International Class 5:** ONCOLOGY PHARMACEUTICAL PREPARATIONS |
| **Last Reported Owner:** | WYETH LLC |
| | DELAWARE  LIMITED LIABILITY CO. |
| | FIVE GIRALDA FARMS |
| | MADISON, NEW JERSEY 07940 |

| **Chronology:** | **Filed:** AUG 12, 2009 | **Serial Number:** 77−802,676 |
|---|---|---|
| | **Published For Opposition:** DEC 29, 2009 | |
| | **Allowance Filed:** MAR 23, 2010 | |
| | **Earliest Date in Record:** AUG 12, 2009  (Filed) | |

**Ownership Details:**

| **Applicant:** | WYETH LLC |
|---|---|
| | DELAWARE  LIMITED LIABILITY CO. |
| | FIVE GIRALDA FARMS |
| | MADISON, NEW JERSEY 07940 |

**Assignee**
WYETH LLC
DELAWARE LIMITED LIABILITY COMPANY
FIVE GIRALDA FARMS
MADISON, NEW JERSEY, 07940

**Assignor**
WYETH
DELAWARE CORPORATION
**Signed:** NOV 09, 2009

**Brief:** CHANGE OF NAME
**Recorded:** JAN 20, 2010
**Reel/Frame:** 4134/0033

Exhibit 80
-1423-

KDA-004022

**BRUXER**

**Correspondent:**
MARY M. CHELI
FIVE GIRALDA FARMS
MADISON, NJ 07940

**Filing Correspondent:**  MARY M. CHELI
WYETH LLC
FIVE GIRALDA FARMS
MADISON NJ 07940

Exhibit 80
-1424-
KDA-004023

# BYZOR

**BYZOR**

 **Global Filings = 1**

| | |
|---|---|
| **Status:** | PUBLISHED |
| | INTENT TO USE |

**USPTO Status:** FIFTH EXTENSION − GRANTED
**USPTO Status Date:** SEP 21, 2012

**Goods/Services:**   **International Class 5:**  PHARMACEUTICAL PREPARATIONS AND SUBSTANCES FOR THE TREATMENT OF INFECTIOUS DISEASES, BLOOD DISORDERS, PAIN, INFLAMMATION, SEPSIS, ALOPECIA, OBESITY AND COGNITIVE DISORDERS; PHARMACEUTICAL PREPARATIONS AND SUBSTANCES FOR THE TREATMENT OF VIRAL, METABOLIC, ENDOCRINE, MUSCULOSKELETAL, CARDIOVASCULAR, CARDIOPULMONARY, GENITO URINARY, SEXUAL DYSFUNCTION, ONCOLOGICAL, HEPATOLOGICAL, OPHTHALMIC, RESPIRATORY, NEUROLOGICAL, GASTROINTESTINAL, HORMONAL, DERMATOLOGICAL, PSYCHIATRIC AND IMMUNE SYSTEM RELATED DISEASES AND DISORDERS; PHARMAC EUTICAL PREPARATIONS AND SUBSTANCES FOR THE TREATMENT OF DAMAGED SKIN AND TISSUE; VACCINES

**Last Reported Owner:**  GLAXO GROUP LIMITED
UNITED KINGDOM  CORPORATION
BERKELEY AVENUE
GLAXO WELLCOME HOUSE
GREENFORD, MIDDLESEX, UNITED KINGDOM  UB60NN

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREAIR | USPTO | Page 137 |
| RAXAR | State | Page 215 |

**Chronology:**   **Filed:** JUL 27, 2009          **Serial Number:** 77−790,618
**Published For Opposition:** JAN 12, 2010
**Allowance Filed:** APR 06, 2010
**Earliest Date in Record:** JUL 27, 2009  (Filed)

**Ownership Details:**

**BRUXER**

**Applicant:**            GLAXO GROUP LIMITED
UNITED KINGDOM  CORPORATION
BERKELEY AVENUE
GLAXO WELLCOME HOUSE
GREENFORD, MIDDLESEX, UNITED KINGDOM  UB60NN

**Filing Correspondent:**  MARIBETH D. DAY
GLAXOSMITHKLINE
FIVE MOORE DRIVE
LGTM, C.3157.3D
RESEARCH TRIANGLE PARK NC 27709

**Domestic Representative:** MARIBETH DAY CASE

Exhibit 80
-1426-

KDA-004025

# FLUXSERO

**FLUXSERO**

 **Global Filings = 24**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |

**USPTO Status:** REGISTERED
**USPTO Status Date:** JUN 21, 2011

| | |
|---|---|
| **Goods/Services:** | **International Class 5:** VACCINES FOR HUMAN USE |

| | |
|---|---|
| **Last Reported Owner:** | NOVARTIS AG |
| | SWITZERLAND  SOCIéTé ANONYME (SA); |
| | CH−4002 BASEL , SWITZERLAND |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREZERIS | USPTO | Page 117 |
| BREZILIZER | USPTO | Page 147 |
| BREZILIZER | USPTO | Page 163 |
| STRUXEN | USPTO | Page 176 |
| BEXERO | USPTO | Page 195 |

**Chronology:**  **Filed:** DEC 31, 2010    **Serial Number:** 79−092,342
**Published For Opposition:** APR 05, 2011
**Registered:** JUN 21, 2011    **Registration Number:** 3,980,324
**Earliest Date in Record:** NOV 23, 2010  (International Priority Claimed Date)

**International Trademark Information:**

**International Registration Number:** 1064452
**International Registration Date:** DEC 31, 2010
**International Publication Date:** FEB 17, 2011
**International Renewal Date:** DEC 31, 2020
**Date of Automatic Protection:** AUG 10, 2012
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** FEB 10, 2011
**International Priority Claimed Date:** NOV 23, 2010

Exhibit 80
-1427-
KDA-004026

**BRUXER**

**Ownership Details:**

**Registrant:**      NOVARTIS AG
SWITZERLAND SOCIéTé ANONYME (SA);
CH−4002 BASEL , SWITZERLAND

**Filing Correspondent:**  SCHNEIDER FELDMANN ; PATENT− UND MARKENA
BEETHOVENSTRASSE 49,
POSTFACH 2792
CH−8022 ZüRICH
SWITZERLAND

# BREKSEEZ

**BREKSEEZ**

| | |
|---|---|
| **Translation:** | THE WORDING "BREKSEEZ" HAS NO MEANING IN A FOREIGN LANGUAGE. |
| **Status:** | PUBLISHED<br>INTENT TO USE<br><br>**USPTO Status:** PUBLISHED FOR OPPOSITION<br>**USPTO Status Date:** AUG 21, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF CENTRAL NERVOUS SYSTEM DISORDERS |
| **Last Reported Owner:** | UPSHER−SMITH LABORATORIES, INC.<br>MINNESOTA  CORPORATION<br>6701 EVENSTAD DRIVE<br>MAPLE GROVE, MINNESOTA  55369 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREKSEZA | USPTO | Page 139 |
| BREKSEZE | USPTO | Page 158 |

| | |
|---|---|
| **Chronology:** | **Filed:** OCT 01, 2011      **Serial Number:** 85−437,212<br>**Published For Opposition:** AUG 21, 2012<br>**Earliest Date in Record:** OCT 01, 2011  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | UPSHER−SMITH LABORATORIES, INC.<br>MINNESOTA  CORPORATION<br>6701 EVENSTAD DRIVE<br>MAPLE GROVE, MINNESOTA  55369 |
| **Filing Correspondent:** | FRANCES M. JAGLA<br>LANE POWELL PC<br>601 S.W. SECOND AVENUE, SUITE 2100<br>PORTLAND OR 97204 |

Analyst: LISA SKEHAN

Exhibit 80
-1429-
KDA-004028

# BREKSEZE

**BREKSEZE**

**Global Filings = 1**

| | |
|---|---|
| **Translation:** | THE WORD "BREKSEZE" HAS NO MEANING IN A FOREIGN LANGUAGE. |
| **Status:** | PUBLISHED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** PUBLISHED FOR OPPOSITION |
| | **USPTO Status Date:** SEP 18, 2012 |
| **Goods/Services:** | **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF CENTRAL NERVOUS SYSTEM DISORDERS |
| **Last Reported Owner:** | UPSHER−SMITH LABORATORIES, INC. |
| | MINNESOTA  CORPORATION |
| | 6701 EVENSTAD DRIVE |
| | MAPLE GROVE, MINNESOTA  55369 |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREKSEZA | USPTO | Page 139 |
| BREKSEEZ | USPTO | Page 157 |

| | | |
|---|---|---|
| **Chronology:** | **Filed:** OCT 01, 2011 | **Serial Number:** 85−437,211 |
| | **Published For Opposition:** SEP 18, 2012 | |
| | **Earliest Date in Record:** OCT 01, 2011  (Filed) | |

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | UPSHER−SMITH LABORATORIES, INC. |
| | MINNESOTA  CORPORATION |
| | 6701 EVENSTAD DRIVE |
| | MAPLE GROVE, MINNESOTA  55369 |
| **Filing Correspondent:** | FRANCES M. JAGLA |
| | LANE POWELL PC |
| | 601 S.W. SECOND AVENUE, SUITE 2100 |

Search: 221922912
Analyst: LISA SKEHAN
Exhibit 80
-1430-
USPTO Page: 158
KDA-004029

**BRUXER**

PORTLAND OR 97204

KDA-004030

**BRUXER**

**US−68**
**Group:** Four



**UXR**

**Status:**                              RENEWED

                                         **USPTO Status:** REGISTERED AND RENEWED
                                         **USPTO Status Date:** JAN 19, 2000

**Goods/Services:**                      **International Class 10:** RADIOGRAPHIC AND X−RAY APPARATUS, AND X−RAY FILM FOR
                                         MEDICAL AND VETERINARY USE
                                         **First Used:** FEB 14, 1989 (INTL. CL. 10)
                                         **In Commerce:** FEB 14, 1989

**Last Reported Owner:**                 X−RAY MARKETING ASSOCIATES, INC.
                                         FLORIDA  CORPORATION
                                         1205 LAKEVIEW COURT
                                         ROMEOVILLE, ILLINOIS  60446−650

**Chronology:**                          **Filed:** APR 06, 1989              **Serial Number:** 73−791,477
                                         **Published For Opposition:** OCT 03, 1989
                                         **Registered:** DEC 26, 1989          **Registration Number:** 1,573,139
                                         **Affidavit Section:**  REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.  JUN 13, 1996

                                         **Last Renewed:** DEC 26, 1999
                                         **Earliest Date in Record:** FEB 14, 1989  (First Used)

**Ownership Details:**

**Registrant:**                          X−RAY MARKETING ASSOCIATES, INC.
                                         FLORIDA  CORPORATION
                                         1205 LAKEVIEW COURT
                                         ROMEOVILLE, ILLINOIS  60446−650

**Filing Correspondent:**                W. DENNIS DREHKOFF
                                         VEDDER PRICE P.C.
                                         222 N. LASALLE ST., SUITE 2600
                                         CHICAGO IL 60601

Exhibit 80
-1432-
KDA-004031

# BEELIXIR

**BEELIXIR**

**Status:**                    REGISTERED

                              **USPTO Status:** REGISTERED
                              **USPTO Status Date:** APR 29, 2008

**Goods/Services:**           **International Class 5:** BEE AND BEEHIVE SUBSTANCES AND PRODUCTS FOR MEDICINAL
                              OR THERAPEUTIC PURPOSES, NAMELY, HONEY, BEE POLLEN, PROPOLIS, BEESWAX,
                              ROYAL JELLY, BEE VENOM, AND OTHER DERIVATIVES OR EXTRACTS OF BEE AND
                              BEEHIVE SUBSTANCES AND PRODUCTS FOR MEDICINAL OR THERAPEUTIC PURPOSES,
                              NAMELY, HONEY WINE, MEAD, FERMENTS, HONEY WINE VINEGAR, AND MEAD VINEGAR,
                              TO BE USED FOR MEDICINAL OR THERAPEUTIC PURPOSES; ALLERGY MEDICATIONS,
                              ANTI-ALLERGIC MEDICINES, ANTI-ARTHRITIC COMPOSITIONS AND PREPARATIONS,
                              ANTI-BACTERIAL SUBSTANCES FOR MEDICAL PURPOSES, ANTI-BACTERIAL PHARMAC
                              EUTICALS, ANTI-BACTERIAL SPRAY, ANTIBIOTIC CREAMS, ANTIBIOTIC OINTMENTS,
                              ANTIBIOTIC PREPARATIONS, ANTI-CAVITY MOUTH RINSES, ANTI-FUNGAL CREAMS FOR
                              MEDICAL USE, ANTI-ITCH CREAM, ANTI-ITCH OINTMENT, ANTI-MICROBIAL HANDWASH,
                              ANTI-MICROBIAL PREPARATIONS FOR USE AS PHARMACEUTICALS, ANTI-MICROBIALS
                              FOR DERMATOLOGIC USE, ANTISEPTIC PREPARATIONS, ANTISEPTICS, ANTI-VENOM,
                              ANTIVIRALS, ATHLETE'S FOOT LOTIONS, ATHLETE'S FOOT PREPARATIONS, BEE POLLEN
                              FOR USE AS A DIETARY FOOD SUPPLEMENT, BEE POLLEN FOR MEDICINAL OR
                              THERAPEUTIC PURPOSES, BEESWAX FOR MEDICINAL OR THERAPEUTIC PURPOSES, BEE
                              VENOM FOR MEDICINAL OR THERAPEUTIC PURPOSES, ASHINGS AND POTENTIZED
                              ASHINGS AND ASHING PREPARATIONS OF BEE AND BEEHIVE SUBSTANCES AND
                              PRODUCTS FOR MEDICINAL OR THERAPEUTIC PURPOSES, BURN DRESSINGS,
                              CHEMOTHERAPEUTICS, COUGH DROPS, COUGH LOZENGES, COUGH SYRUPS, COUGH
                              TREATMENT PREPARATIONS, DECONGESTANTS, DERMATOLOGICAL PHARMACEUTICAL
                              PRODUCTS, DERMATOLOGICALS, DIETARY SUPPLEMENTAL DRINKS, DIETARY SUPPLEM
                              ENTS, DISINFECTANTS FOR HYGIENIC PURPOSES, DISINFECTANTS FOR SANITARY
                              PURPOSES, DRESSINGS FOR WOUNDS, DRESSINGS FOR BURNS, FERMENTS FOR
                              MEDICAL USE, FUNGAL MEDICATIONS, FUNGICIDES, GARGLES, GASTRO-INTESTINAL
                              TREATMENT PREPARATIONS, GERMICIDES, HOMEOPATHIC SUPPLEMENTS,
                              HOMEOPATHIC REMEDIES AND HOMEOPATHIC PREPARATIONS OF BEE AND BEEHIVE
                              SUBSTANCES AND PRODUCTS FOR MEDICINAL OR THERAPEUTIC PURPOSES, HONEY
                              FOR USE AS A DIETARY FOOD SUPPLEMENT, HONEY FOR MEDICINAL OR THERAPEUTIC
                              PURPOSES, LINIMENTS, MEAL REPLACEMENT BARS, MEAL REPLACEMENT DRINKS, MEAL
                              REPLACEMENT POWDERS, MEDICAL CLEANSERS FOR SKIN AND WOUNDS, MEDICATED
                              ANIMAL FEED, MEDICATED BATH PREPARATIONS, MEDICATED CANDY, MEDICATED

Exhibit 80
-1433-
KDA-004032

**BRUXER**

CHEWING GUM, MEDICATED COMPRESSES, MEDICATED FOOT POWDER, MEDICATED
HAND WASH, MEDICATED LIP BALM, MEDICATED LOTIONS FOR SKIN, MEDICATED
LOTIONS FOR HAIR, MEDICATED LOZENGES, MEDICATED MOUTHWASH, MEDICATED SKIN
CARE PREPARATIONS, MEDICATED SUN CARE PREPARATIONS, MEDICATED SUNSCREEN,
MEDICATED SUNBURN LOTIONS, MEDICINAL CREAMS FOR SKIN CARE, MITICIDES FOR
AGRICULTURAL USE, NAMELY, MITICIDES FOR APIARY AND BEEHIVE USE, MOLD
INHIBITORS FOR TREATING MOLD GROWTH IN AND AROUND BUILDINGS, MULTIPURPOSE
MEDICATED ANTIBIOTIC CREAM, NAIL FUNGUS TREATMENT PREPARATIONS, NUTRAC
EUTICALS FOR USE AS A DIETARY SUPPLEMENT, PHARMACEUTICAL PREPARATIONS FOR
USE IN DERMATOLOGY, PHARMACEUTICAL PREPARATIONS FOR WOUNDS, PHARMAC
EUTICAL PRODUCTS FOR THE TREATMENT OF CANCER, PHARMACEUTICAL SKIN
LOTIONS, PREPARATIONS FOR TREATING COLDS, PROPOLIS FOR USE AS A DIETARY
FOOD SUPPLEMENT, PROPOLIS FOR MEDICINAL OR THERAPEUTIC PURPOSES, ROYAL
JELLY FOR MEDICINAL OR THERAPEUTIC PURPOSES, SANITARY PREPARATIONS FOR
MEDICAL USE, SUGAR REPLACEMENT FOR MEDICINAL OR THERAPEUTIC PURPOSES,
SWEETS FOR MEDICINAL PURPOSES, THROAT LOZENGES, TOPICAL ANALGESICS,
TOPICAL FIRST AID GEL, VACCINES, VIRUCIDES
**First Used:** JUL 07, 2007  (INTL. CL. 5)
**In Commerce:** JUL 07, 2007

**Last Reported Owner:**  FERRIS, JAMES S.
UNITED STATES  INDIVIDUAL
155 EAST ROAD
ALFORD, MASSACHUSETTS  01266

**Chronology:**  **Filed:** JUL 07, 2007          **Serial Number:** 77−224,080
**Published For Opposition:** FEB 12, 2008
**Registered:** APR 29, 2008          **Registration Number:** 3,417,334
**Earliest Date in Record:** JUL 07, 2007  (First Used)

**Ownership Details:**

**Registrant:**  FERRIS, JAMES S.
UNITED STATES  INDIVIDUAL
155 EAST ROAD
ALFORD, MASSACHUSETTS  01266

**Filing Correspondent:**  JAMES S. FERRIS
155 EAST ROAD
ALFORD MA 01266−9729

Exhibit 80
-1434-
KDA-004033