**BRUXER**

**US−70**
**Group:** Four

# BREZILIZER

**BREZILIZER**

 **Global Filings = 4**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |

**USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
**USPTO Status Date:** JUN 07, 2010

**Goods/Services:** International Class 5: PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF DISORDERS OF THE RESPIRATORY SYSTEM
International Class 10: MEDICAL APPARATUS FOR DIAGNOSING OR TREATING RESPIRATORY CONDITIONS; MEDICAL APPARATUS FOR FACILITATING THE INHALATION OF PHARMACEUTICAL PREPARATIONS

**Last Reported Owner:** NOVARTIS AG
SWITZERLAND CORPORATION
4002
BASEL, SWITZERLAND

**We Have Located Other Marks With This Owner**

| BREZERIS | USPTO | Page 117 |
|---|---|---|
| BREZILIZER | USPTO | Page 147 |
| FLUXSERO | USPTO | Page 155 |
| STRUXEN | USPTO | Page 176 |
| BEXERO | USPTO | Page 195 |

**Chronology:** **Filed:** AUG 08, 2006      **Serial Number:** 78−947,115
**Published For Opposition:** FEB 13, 2007
**Abandoned:** JUN 07, 2010
**Earliest Date in Record:** AUG 08, 2006 (Filed)

**Ownership Details:**

**Applicant:** NOVARTIS AG
SWITZERLAND CORPORATION

Exhibit 80
-1435-

KDA-004034

**BRUXER**

4002
BASEL, SWITZERLAND

**Filing Correspondent:** MAURY M. TEPPER, III
TEPPER & EYSTER, PLLC
3724 BENSON DRIVE
RALEIGH NC 27609

**Domestic Representative:** NOVARTIS PHARMACEUTICALS CORPORATION

Exhibit 80
-1436-

KDA-004035

**BRUXER**

## RELAXER

| | |
|---|---|
| **Status:** | REGISTERED |

**USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** JUL 01, 2009

**Goods/Services:** International Class 10: DENTAL SPLINT USED IN THE TREATMENT OF MIGRAINE PAIN AND OTHER JAW DISORDERS
**First Used:** MAR 26, 2003 (INTL. CL. 10)
**In Commerce:** MAR 26, 2003

**Last Reported Owner:** SENTAGE CORPORATION
MINNESOTA CORPORATION
SUITE 890
5775 WAYZATA BOULEVARD
MINNEAPOLIS, MINNESOTA 55416

**We Have Located Other Marks With This Owner**

BRUX−EZE                                                    USPTO        Page 43

**Chronology:** **Filed:** MAY 28, 2002        **Serial Number:** 76−412,655
**Published For Opposition:** NOV 26, 2002
**Registered:** DEC 23, 2003        **Registration Number:** 2,798,860
**Affidavit Section:** REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. JUL 01, 2009
**Earliest Date in Record:** MAY 28, 2002 (Filed)

## Ownership Details:

**Registrant:** SENTAGE CORPORATION
MINNESOTA CORPORATION
SUITE 890
5775 WAYZATA BOULEVARD
MINNEAPOLIS, MINNESOTA 55416

**Filing Correspondent:** SENTAGE CORPORATION
SUITE 890
5775 WAYZATA BOULEVARD
MINNEAPOLIS MN 55416

**BRUXER**

# HELIQSIR

**HELIQSIR**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 66(A) (MADRID PROTOCOL) − FILED |
| | SECTION 66(A) (MADRID PROTOCOL) − CURRENT |
| | INTERNATIONAL PRIORITY CLAIMED |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** JUL 10, 2007 |
| | |
| **Goods/Services:** | **International Class 3:** SOAPS, PERFUMERY, ESSENTIAL OILS, COSMETICS AND FACE, BODY, HAND AND FEET CARE AND BEAUTY COSMETICS, OILS FOR COSMETIC PURPOSES, DRY OILS FOR THE FACE AND BODY, HAIR LOTIONS, DENTIFRICES |
| | |
| **Last Reported Owner:** | SOCIéTé ANONYME DE; SAVONNERIE ET DENTIFRICE "SED" |
| | MONACO  SOCIéTé ANONYME |
| | MC−98000 MONACO |
| | 1/3, AVENUE ALBERT II , MONACO |

| **Chronology:** | **Filed:** SEP 04, 2006 | **Serial Number:** 79−029,396 |
|---|---|---|
| | **Published For Opposition:** APR 24, 2007 | |
| | **Registered:** JUL 10, 2007 | **Registration Number:** 3,261,340 |
| | **Earliest Date in Record:** MAR 14, 2006  (International Priority Claimed Date) | |

**International Trademark Information:**

**International Registration Number:** 0899732

**International Registration Date:** SEP 04, 2006

**International Publication Date:** NOV 23, 2006

**International Renewal Date:** SEP 04, 2016

**Date of Automatic Protection:** MAY 02, 2008

**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED

**International Status Date:** NOV 02, 2006

**International Priority Claimed Date:** MAR 14, 2006

---

**Ownership Details:**

**Registrant:**          SOCIéTé ANONYME DE; SAVONNERIE ET DENTIFRICE "SED"
                         MONACO  SOCIéTé ANONYME
                         MC−98000 MONACO
                         1/3, AVENUE ALBERT II , MONACO

Exhibit 80
-1438-
KDA-004037

**BRUXER**

**Filing Correspondent:** SOCIÉTÉ ANONYME DE
SAVONNERIE ET DENTIFRICE "SED"
1/3, AVENUE ALBERT II
MC, MC 98000

Exhibit 80

-1439-

KDA-004038

# LUXOR

**LUXOR**

**Global Filings = 5**

| | |
|---|---|
| **Status:** | REGISTERED |
| | |
| | **USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED |
| | **USPTO Status Date:** MAR 15, 2012 |
| **Goods/Services:** | **International Class 10:** ORTHOPEDIC IMPLANTS AND ORTHOPEDIC INSTRUMENTS FOR THE IMPLANTATION OF ORTHOPEDIC IMPLANTS |
| | **First Used:** MAY 2005 (INTL. CL. 10) |
| | **In Commerce:** MAY 2005 |
| **Last Reported Owner:** | STRYKER SPINE |
| | FRANCE CORPORATION |
| | Z.I. DE MARTICOT |
| | CESTAS, FRANCE F−33610 |
| **Chronology:** | **Filed:** JUL 21, 2005          **Serial Number:** 78−675,501 |
| | **Published For Opposition:** APR 25, 2006 |
| | **Registered:** NOV 14, 2006          **Registration Number:** 3,172,517 |
| | **Affidavit Section:** REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. MAR 15, 2012 |
| | |
| | **Earliest Date in Record:** MAY 2005 (First Used) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | STRYKER SPINE |
| | FRANCE CORPORATION |
| | Z.I. DE MARTICOT |
| | CESTAS, FRANCE F−33610 |
| **Filing Correspondent:** | THOMAS M PALISI |
| | LERNER DAVID LITTENBERG KRUMHOLZ ET AL |
| | 600 SOUTH AVE W |
| | WESTFIELD NJ 07090 |

Exhibit 80
-1440-
KDA-004039

**Domestic Representative:** THOMAS M. PALISI

# ZIRLUX

**ZIRLUX**

 **Global Filings = 1**

**Status:**                    REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** OCT 25, 2011

**Goods/Services:**            **International Class 10:** MATERIALS MADE IN WHOLE OR SUBSTANTIAL PART OF
ZIRCONIUM DIOXIDE USED TO PRODUCE DENTAL FIXTURE, CROWN AND BRIDGE
SUBSTRUCTURES, NAMELY, COPING AND FRAMEWORK USED TO MAKE DENTAL CROWNS
AND BRIDGES
**First Used:** AUG 08, 2011  (INTL. CL. 10)
**In Commerce:** AUG 08, 2011

**Last Reported Owner:**  HS TM, LLC
DELAWARE  LIMITED LIABILITY CO.
220 CONTINENTAL DRIVE, SUITE 115
NEWARK, DELAWARE  19713

**Chronology:**              **Filed:** JAN 10, 2011            **Serial Number:** 85−213,745
**Published For Opposition:** MAY 24, 2011
**Registered:** OCT 25, 2011          **Registration Number:** 4,046,976
**Earliest Date in Record:** JAN 10, 2011  (Filed)

**Ownership Details:**

**Registrant:**              HS TM, LLC
DELAWARE  LIMITED LIABILITY CO.
220 CONTINENTAL DRIVE, SUITE 115
NEWARK, DELAWARE  19713

**Filing Correspondent:**  AMY OPP GAVEN
DONOVAN & YEE LLP
161 AVENUE OF THE AMERICAS RM 1201
NEW YORK, NY 10013−1284

# Bruiser the Fusion

---

**BRUISER THE FUSION**

| | |
|---|---|
| **Status:** | PENDING |
| | FILED AS USE APPLICATION |
| | USE APPLICATION − CURRENT |
| | |
| | **USPTO Status:** NEW APPLICATION − RECORD INITIALIZED NOT ASSIGNED TO EXAMINER |
| | **USPTO Status Date:** AUG 17, 2012 |
| **Goods/Services:** | **International Class 10:** ADULT SEXUAL STIMULATION AIDS, NAMELY, ARTIFICIAL PENISES, ARTIFICIAL VAGINAS |
| | **First Used:** NOV 01, 2008 (INTL. CL. 10) |
| | **In Commerce:** NOV 01, 2008 |
| **Last Reported Owner:** | BAD DRAGON ENTERPRISES, INC |
| | NEVADA CORPORATION |
| | 16845 N. 29TH AVE |
| | #1 PMB 212 |
| | PHOENIX, ARIZONA 85053 |
| **Chronology:** | **Filed:** AUG 10, 2012     **Serial Number:** 85−701,096 |
| | **Earliest Date in Record:** NOV 01, 2008 (First Used) |

---

**Ownership Details:**

| | |
|---|---|
| **Applicant:** | BAD DRAGON ENTERPRISES, INC |
| | NEVADA CORPORATION |
| | 16845 N. 29TH AVE |
| | #1 PMB 212 |
| | PHOENIX, ARIZONA 85053 |
| **Filing Correspondent:** | BAD DRAGON ENTERPRISES, INC |
| | 16845 N 29TH AVE PMB 212 |
| | PHOENIX, AZ 85053−3053 |

Exhibit 80
-1443-
KDA-004042

**BRUXER**

# EX-SİR sanitizer

**EX-SIR SANITIZER**

**Status:** ABANDONED
SECTION 66(A) (MADRID PROTOCOL) - FILED
SECTION 66(A) (MADRID PROTOCOL) - CURRENT
NOTICE OF FIRST REFUSAL

**USPTO Status:** ABANDONED-FAILURE TO RESPOND
**USPTO Status Date:** DEC 16, 2010

**Goods/Services:** **International Class 3:** BLEACHING PREPARATIONS AND OTHER SUBSTANCES FOR
LAUNDRY USE; CLEANING, POLISHING, SCOURING AND ABRASIVE PREPARATIONS;
SOAPS; PERFUMERY, ESSENTIAL OILS, COSMETICS, HAIR LOTIONS; DENTIFRICES
**International Class 5:** PHARMACEUTICAL AND VETERINARY PREPARATIONS; SANITARY
PREPARATIONS FOR MEDICAL PURPOSES; DIETETIC SUBSTANCES ADAPTED FOR
MEDICAL USE, FOOD FOR BABIES; PLASTERS, MATERIALS FOR DRESSINGS; MATERIAL
FOR STOPPING TEETH, DENTAL WAX; DISINFECTANTS; PREPARATIONS FOR DESTROYING
VERMIN; FUNGICIDES, HERBICIDES
**International Class 32:** BEERS; MINERAL AND AERATED WATERS AND OTHER NON-ALCO
HOLIC DRINKS; FRUIT DRINKS AND FRUIT JUICES; SYRUPS AND OTHER PREPARATIONS
FOR MAKING BEVERAGES

**Last Reported Owner:** KÜKRE GIDA VE IHTIYAC MADDELERI; NAKLIYAT VE ÖZEL EGITIM HIZMETLERI; TICARET
VESANAYI ANONIM SIRKETI
TURKEY JOINT-STOCK COMPANY
YöRüK AKçAYIR KöYü; ESKISEHIR
KüTAHYA YOLU 17.KM., , TURKEY

**Chronology:** **Filed:** FEB 12, 2010        **Serial Number:** 79-081,432
**Abandoned:** NOV 23, 2010
**Earliest Date in Record:** FEB 12, 2010 (International Registration Date)

**International Trademark Information:**

**International Registration Number:** 1035603
**International Registration Date:** FEB 12, 2010
**International Publication Date:** MAY 13, 2010
**International Renewal Date:** FEB 12, 2020
**Date of Automatic Protection:** NOV 06, 2011
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** MAY 06, 2010

Exhibit 80
-1444-
KDA-004043

**BRUXER**

**Ownership Details:**

**Applicant:**        KÜKRE GIDA VE IHTIYAC MADDELERI; NAKLIYAT VE ÖZEL EGITIM HIZMETLERI; TICARET
VESANAYI ANONIM SIRKETI
TURKEY  JOINT−STOCK COMPANY
YöRüK AKçAYIR KöYü; ESKISEHIR
KüTAHYA YOLU 17.KM., , TURKEY

**Claims:**        COLOR IS NOT CLAIMED AS A FEATURE OF THE MARK.

**Filing Correspondent:**    DESTEK PATENT ANONIM SIRKETI
LEFKOSE CADDESI,
NM OFIS PARK B BLOK NO: 36/5
TR−16110 BESEVLER − NILüFER − BURSA
TURKEY

Exhibit 80
-1445-
KDA-004044

## BRUXER

**US−77**
**Group:** Four

**INDEXER**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** MAR 12, 2009 |
| **Goods/Services:** | **International Class 10:** ALIGNMENT SLEEVES AND COLLARS FOR USE WITH DENTAL MODELS |
| | **First Used:** FEB 01, 1988  (INTL. CL. 10) |
| | **In Commerce:** FEB 01, 1988 |
| **Last Reported Owner:** | SUPER TOOTH PRODUCTS, INC. |
| | MINNESOTA  CORPORATION |
| | 7505 HIGHWAY 7 |
| | ST. LOUIS PARK, MINNESOTA  55426 |

**Chronology:**     **Filed:** MAR 24, 1988          **Serial Number:** 73−719,446

**Published For Opposition:** NOV 29, 1988

**Registered:** FEB 21, 1989          **Registration Number:** 1,525,466

**Affidavit Section:**   REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  MAR 12, 2009

REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. JAN 02, 1995

**Last Renewed:** FEB 21, 2009

**Earliest Date in Record:** FEB 01, 1988  (First Used)

---

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | SUPER TOOTH PRODUCTS, INC. |
| | MINNESOTA  CORPORATION |
| | 7505 HIGHWAY 7 |
| | ST. LOUIS PARK, MINNESOTA  55426 |
| **Filing Correspondent:** | DAVID C WEST |
| | FREDRICKSON & BYRON PA |
| | 4000 PILLSBURY CTR |
| | 200 S SIXTH ST |
| | MINNEAPOLIS, MN 55402−1425 |

Exhibit 80
-1446-
KDA-004045

# BOOZER

**BOOZER**

**Global Filings = 1**

| | |
|---|---|
| **Status:** | REGISTERED<br>SUPPLEMENTAL REGISTER<br><br>**USPTO Status:** REGISTERED<br>**USPTO Status Date:** JUL 08, 2008 |
| **Goods/Services:** | **International Class 5:** VITAMIN AND HERBAL SUPPLEMENTS FOR THE ADVERSE EFFECTS OF HANGOVERS<br>**First Used:** APR 25, 2008  (INTL. CL. 5)<br>**In Commerce:** APR 25, 2008 |
| **Last Reported Owner:** | LIQUID POTIONS, LLC<br>ILLINOIS  LIMITED LIABILITY CO.<br>212 N. PARK AVENUE<br>HERRIN, ILLINOIS  62948−3150 |
| **Chronology:** | **Filed:** JAN 09, 2007          **Serial Number:** 77−078,734<br>**Application Amended:** MAY 27, 2008<br>**Registered:** JUL 08, 2008          **Registration Number:** 3,464,679<br>**Earliest Date in Record:** JAN 09, 2007  (Filed) |

**Ownership Details:**

| | |
|---|---|
| **Registrant:** | LIQUID POTIONS, LLC<br>ILLINOIS  LIMITED LIABILITY CO.<br>212 N. PARK AVENUE<br>HERRIN, ILLINOIS  62948−3150 |
| **Filing Correspondent:** | JANET M. GARETTO<br>NIXON PEABODY LLP<br>161 N. CLARK STREET, 48TH FLOOR<br>CHICAGO IL 60601 |

**BRUXER**

# STRUXEN

**STRUXEN**

**Status:**   PENDING
            INTENT TO USE

            **USPTO Status:** NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER
            **USPTO Status Date:** JUL 10, 2012

**Goods/Services:**   **International Class 5:** ANTI-INFLAMMATORIES; ANTIBACTERIAL PHARMACEUTICALS;
            ANTIBIOTICS; ANTIFUNGAL PREPARATIONS; ANTIVIRALS; CARDIOVASCULAR PHARMAC
            EUTICALS; PHARMACEUTICAL PREPARATIONS ACTING ON THE CENTRAL NERVOUS
            SYSTEM; PHARMACEUTICAL PREPARATIONS AND SUBSTANCES FOR THE TREATMENT OF
            GASTRO-INTESTINAL DISEASES; PHARMACEUTICAL PREPARATIONS FOR THE
            TREATMENT AND PREVENTION OF DISEASES AND DISORDERS OF THE AUTOIMMUNE
            SYSTEM, THE METABOLIC SYSTEM, THE MUSCULO-SKELETAL SYSTEM AND THE GENITO
            URINARY SYSTEM; PHARMACEUTICAL PREPARATIONS FOR USE IN HEMATOLOGY AND IN
            TISSUE AND ORGAN TRANSPLANTATION; PHARMACEUTICAL PREPARATIONS FOR THE
            TREATMENT OF EYE DISEASES AND CONDITIONS; PHARMACEUTICAL PREPARATIONS
            FOR THE TREATMENT OF HEART RHYTHM DISORDERS; PHARMACEUTICAL
            PREPARATIONS FOR THE TREATMENT OF IMMUNE SYSTEM RELATED DISEASES AND
            DISORDERS; PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF KIDNEY
            DISEASES; PHARMACEUTICAL PREPARATIONS FOR TREATING DIABETES; PHARMAC
            EUTICAL PREPARATIONS FOR USE IN DERMATOLOGY; PHARMACEUTICAL PRODUCTS FOR
            OPHTHALMOLOGICAL USE; PHARMACEUTICAL PRODUCTS FOR THE PREVENTION AND
            TREATMENT OF CANCER; PHARMACEUTICAL PRODUCTS FOR THE TREATMENT OF BONE
            DISEASES; PHARMACEUTICAL PRODUCTS FOR TREATING RESPIRATORY DISEASES;
            PHARMACEUTICAL PRODUCTS FOR TREATING RESPIRATORY DISEASES AND ASTHMA;
            PHARMACEUTICALS, NAMELY, ANTI-INFECTIVES

**Last Reported Owner:**   NOVARTIS AG
            SWITZERLAND  CORPORATION
            CH-4002
            BASEL, SWITZERLAND

            **We Have Located Other Marks With This Owner**

**BRUXER**

| | | |
|---|---|---|
| BREZERIS | USPTO | Page 117 |
| BREZILIZER | USPTO | Page 147 |
| FLUXSERO | USPTO | Page 155 |
| BREZILIZER | USPTO | Page 163 |
| BEXERO | USPTO | Page 195 |

**Chronology:**      **Filed:** JUL 02, 2012        **Serial Number:** 85−666,497
                     **Earliest Date in Record:** JUL 02, 2012  (Filed)

**Ownership Details:**

**Applicant:**            NOVARTIS AG
                        SWITZERLAND  CORPORATION
                        CH−4002
                        BASEL, SWITZERLAND

**Filing Correspondent:**  MAURY M. TEPPER, III
                        TEPPER & EYSTER, PLLC
                        3724 BENSON DR
                        RALEIGH, NC 27609−7321

**Domestic Representative:** NOVARTIS PHARMACEUTICALS CORPORATION

**BRUXER**

**US-80**
**Group:** Four


**BUCKERS INCORPORATED**

## BUCKERS BUCKERS INCORPORATED

| | | |
|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 |

**USPTO Status:** CANCELLED – SECTION 8
**USPTO Status Date:** MAY 16, 2009

**Goods/Services:** **International Class 5:** LIVESTOCK SEMEN
**International Class 35:** PUBLICITY SERVICES, NAMELY PUBLICIZING AND PROMOTING NAMES AND LIKENESSES OF RODEO LIVESTOCK OWNERS' FAMOUS ANIMALS
**First Used:** JAN 15, 1996  (INTL. CL. 5)
**In Commerce:** JAN 15, 1996
**First Used:** JAN 15, 1996  (INTL. CL. 35)
**In Commerce:** JAN 15, 1996

**Disclaimers:** "INCORPORATED"

**Last Reported Owner:** BUCKERS, INC.
TEXAS  CORPORATION
6536 BETHEL ROAD
WEATHERFORD, TEXAS  76086

**Chronology:** **Filed:** DEC 02, 1999   **Serial Number:** 75–861,342
**Published For Opposition:** JUL 09, 2002
**Registered:** OCT 01, 2002   **Registration Number:** 2,627,148
**Cancelled:** JUN 23, 2009
**Date Revived/Reinstated:** NOV 20, 2001
**Earliest Date in Record:** JAN 15, 1996  (First Used)

## Ownership Details:

**Registrant:** BUCKERS, INC.
TEXAS  CORPORATION
6536 BETHEL ROAD
WEATHERFORD, TEXAS  76086

**Filing Correspondent:** ROBERT M. TALLMAN
BUCKERS, INC.
6536 BETHEL ROAD

Exhibit 80
-1450-
KDA-004049

WEATHERFORD, TX 76086

Exhibit 80
-1451-
KDA-004050

# BRAKIVAR

**BRAKIVAR**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED-NO STATEMENT OF USE FILED |
| | **USPTO Status Date:** JAN 03, 2011 |
| **Goods/Services:** | International Class 5: PHYSICIAN PRESCRIBED PHARMACEUTICAL PREPARATIONS FOR USE IN THE TREATMENT OF CANCER |
| **Last Reported Owner:** | TALON THERAPEUTICS, INC. |
| | DELAWARE  CORPORATION |
| | SUITE 370 |
| | 7000 SHORELINE COURT |
| | SOUTH SAN FRANCISCO, CALIFORNIA  94080 |

**Chronology:**    **Filed:** AUG 22, 2007      **Serial Number:** 77-261,922
**Published For Opposition:** MAR 11, 2008
**Abandoned:** JAN 03, 2011
**Earliest Date in Record:** AUG 22, 2007  (Filed)

**Ownership Details:**

**Applicant:**    TALON THERAPEUTICS, INC.
DELAWARE  CORPORATION
SUITE 370
7000 SHORELINE COURT
SOUTH SAN FRANCISCO, CALIFORNIA  94080

| **Assignee** | **Assignor** |
|---|---|
| TALON THERAPEUTICS, INC. | HANA BIOSCIENCES, INC. |
| DELAWARE CORPORATION | DELAWARE CORPORATION |
| SUITE 370 | **Signed:** NOV 29, 2010 |
| 7000 SHORELINE COURT | |
| SOUTH SAN FRANCISCO, CALIFORNIA, 94080 | |

**Brief:** MERGER EFFECTIVE 11/29/10

Exhibit 80
-1452-
KDA-004051

**BRUXER**

**Recorded:** DEC 09, 2010
**Reel/Frame:** 4428/0805
**Correspondent:**
JOHN PICKERILL
200 SOUTH SIXTH STREET
SUITE 4000
MINNEAPOLIS, MN 55402

**Filing Correspondent:**  JOHN PICKERILL
FREDRIKSON & BYRON, P.A.
SUITE 4000
200 SOUTH SIXTH STREET
MINNEAPOLIS MN 55402

Exhibit 80
-1453-
KDA-004052

# BRAXXI

**BRAXXI**

| | | |
|---|---|---|
| **Status:** | CANCELLED | **Cancellation Section:** 8 |

**USPTO Status:** CANCELLED − SECTION 8
**USPTO Status Date:** JUL 15, 2011

**Goods/Services:**  **International Class 5:**  FOOD SUPPLEMENTS
**First Used:** DEC 02, 2003  (INTL. CL. 5)
**In Commerce:** DEC 02, 2003

**Last Reported Owner:**  LINDALUX INC.
CALIFORNIA  CORPORATION
7576 GARDEN GROVE BLVD.
WESTMINSTER, CALIFORNIA  92683

**Chronology:**  **Filed:** DEC 08, 2003          **Serial Number:** 76−563,987
**Published For Opposition:** SEP 21, 2004
**Registered:** DEC 14, 2004          **Registration Number:** 2,910,131
**Cancelled:** AUG 23, 2011
**Earliest Date in Record:** DEC 02, 2003  (First Used)

**Ownership Details:**

**Registrant:**  LINDALUX INC.
CALIFORNIA  CORPORATION
7576 GARDEN GROVE BLVD.
WESTMINSTER, CALIFORNIA  92683

**Design Phrase:**  THE MARK IS THE TEXT ″BRAXXI″.

**Filing Correspondent:**  CLEMENT CHENG
LAW OFFICES OF CLEMENT CHENG
17220 NEWHOPE ST #127
FOUNTAIN VALLEY CA 92708−4283

Exhibit 80
-1454-

KDA-004053

# BREXYGEL

**BREXYGEL**

**Status:**  ABANDONED
INTENT TO USE

**USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
**USPTO Status Date:** JUL 19, 2010

**Goods/Services:**  **International Class 5:** MULTIPLE LIQUID COMPONENTS FORMING INTRADUCTAL GELS IN VIVO, FOR USE AS AN ANATOMICAL MARKER FOR BREAST CANCER SURGERY OR PROVIDING COSMETIC BREAST IMPROVEMENT

**Last Reported Owner:**  BREXYS, INC.
DELAWARE  CORPORATION
26051 MERIT CIRCLE, SUITE 102
LAGUNA HILLS, CALIFORNIA  92653

**Chronology:**  **Filed:** MAY 13, 2009      **Serial Number:** 77−736,435
**Published For Opposition:** SEP 22, 2009
**Abandoned:** JUL 19, 2010
**Earliest Date in Record:** MAY 13, 2009  (Filed)

**Ownership Details:**

**Applicant:**  BREXYS, INC.
DELAWARE  CORPORATION
26051 MERIT CIRCLE, SUITE 102
LAGUNA HILLS, CALIFORNIA  92653

**Filing Correspondent:**  DOYLE B. JOHNSON
REED SMITH LLP
2 EMBARCADERO CTR STE 2000
SAN FRANCISCO, CA 94111−3922

Exhibit 80
-1455-
KDA-004054

# BREUER

**BREUER**

**Status:**
ABANDONED
SECTION 66(A) (MADRID PROTOCOL) − FILED
SECTION 66(A) (MADRID PROTOCOL) − CURRENT
NOTICE OF FIRST REFUSAL

**USPTO Status:** ABANDONED−FAILURE TO RESPOND
**USPTO Status Date:** JAN 01, 2009

**Goods/Services:**
**International Class 3:** NON−MEDICATED TOILETRY PREPARATIONS, PERFUMES,
COSMETIC PREPARATIONS FOR THE SKIN AND HAIR, SOAPS FOR PERSONAL USE,
SHAMPOOS, ANTIPERSPIRANTS FOR PERSONAL USE, EAU DE TOILETTE AND EAU−DE−C
OLOGNE, ESSENTIAL OILS, SHAVING PRODUCTS, POT−POURRIS
**International Class 9:** CORRECTIVE GLASSES, SUNGLASSES, SPECTACLE CASES,
SPECTACLE LENSES, SPECTACLE FRAMES; LEATHER CASES FOR ELECTRONIC
AGENDAS, MOBILE TELEPHONES AND MP3 PLAYERS
**International Class 18:** BAGGAGE, VALISES, RUCKSACKS, COLLEGE SATCHELS, BAGS FOR
CAMPERS, SHOPPING BAGS, BEACH BAGS, WHEELED BAGS, SPORTS BAGS (EMPTY),
TRAVELLING BAGS, HOLDALLS, HANDBAGS, WALLETS, CREDIT CARD HOLDERS, CHANGE
PURSES, GAME BAGS; TOILETRY AND MAKE−UP BAGS (EMPTY); DOCUMENT CASES,
SATCHELS, PARASOLS, UMBRELLAS, WALKING STICKS; KEY CASES (LEATHER GOODS);
COATS, DOG COLLARS AND LEADS

**Last Reported Owner:** BREUER FINANCES, SOCIéTé CIVILE
F−06200 NICE
270, AVENUE SAINTE MARGUERITE, , FRANCE

**Chronology:**
**Filed:** JAN 31, 2008 **Serial Number:** 79−049,420
**Abandoned:** NOV 28, 2008
**Earliest Date in Record:** SEP 14, 2007 (International Registration Date)

**International Trademark Information:**
**International Registration Number:** 0948643
**International Registration Date:** SEP 14, 2007
**International Publication Date:** MAR 20, 2008
**International Renewal Date:** SEP 14, 2017
**Date of Automatic Protection:** AUG 28, 2009
**International Status:** REQUEST FOR EXTENSION OF PROTECTION ESTABLISHED
**International Status Date:** FEB 28, 2008

Exhibit 80
-1456-
KDA-004055

**BRUXER**

**Ownership Details:**

**Applicant:**          BREUER FINANCES, SOCIéTé CIVILE
                        F−06200 NICE
                        270, AVENUE SAINTE MARGUERITE, , FRANCE

**Filing Correspondent:**  CABINET ORES
                        36, RUE DE ST PéTERSBOURG
                        F−75008 PARIS
                        FRANCE

Exhibit 80
-1457-
KDA-004056

**BRUXER**

US−85
**Group:** Four

**BRAUER**

 **Global Filings = 1**

| | |
|---|---|
| **Status:** | CANCELLED **Cancellation Section:** 8 |
| | SECTION 2(F) |

**USPTO Status:** CANCELLED − SECTION 8
**USPTO Status Date:** AUG 05, 2011

**Goods/Services:** **International Class 5:** HOUSE MARK FOR A FULL LINE OF HOMEOPATHIC−BASED PHARMA CEUTICAL PREPARATIONS
**First Used:** DEC 1972 (INTL. CL. 5)
**In Commerce:** AUG 1991

**Last Reported Owner:** BRAUER IP PTY LTD
AUSTRALIA CORPORATION
1 PARA ROAD
TANUNDA, SOUTH AUSTRALIA, AUSTRALIA

**Chronology:** **Filed:** JUN 17, 1999 **Serial Number:** 75−732,815
**Published For Opposition:** OCT 10, 2000
**Registered:** JAN 02, 2001 **Registration Number:** 2,417,072
**Affidavit Section:** REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. DEC 20, 2006

**Cancelled:** SEP 13, 2011
**Earliest Date in Record:** DEC 1972 (First Used)

**Ownership Details:**

**Registrant:** BRAUER NOMINEES PTY LTD
AUSTRALIA LIMITED COMPANY
1 PARA ROAD
TANUNDA, SOUTH AUSTRALIA 5352, AUSTRALIA

**Assignee**
BRAUER IP PTY LTD
AUSTRALIA CORPORATION
1 PARA ROAD
TANUNDA, SOUTH AUSTRALIA, AUSTRALIA

**Assignor**
BRAUER NOMINEES PTY LTD
AUSTRALIA CORPORATION
**Signed:** AUG 01, 2000

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** APR 24, 2001

Exhibit 80
-1458-
KDA-004057

**BRUXER**

**Reel/Frame:** 2284/0246
**Correspondent:**
EVENSON, MCKEOWN, EDWARDS & LENAHAN PLLC
HERBERT I. CANTOR, ESQUIRE
1200 G STREET, N.W., SUITE 700
WASHINGTON, D.C. 20005−3814


**Other U.S. Registrations:** 1,811,700

**Filing Correspondent:**  HERBERT I CANTOR
CROWELL & MORING LLP
1001 PENNSYLVANIA AVENUE, N.W.
WASHINGTON DC 20004−2595


**Domestic Representative:** EVENSON MCKEOWN EDWARDS & LENAHAN PLLC

Exhibit 80
-1459-

KDA-004058

# PRIXAR

**PRIXAR**

**Global Filings = 1**

| | |
|---|---|
| **Status:** | CANCELLED |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** CANCELLED − SECTION 8 |
| | **USPTO Status Date:** OCT 05, 2012 |

**Goods/Services:**  International Class 5:  PHARMACEUTICAL PREPARATIONS, NAMELY ANTIBIOTICS

**Last Reported Owner:**  AVENTIS PHARMA S.A.
FRANCE  CORPORATION
20 AVENUE RAYMOND
ANTONY CEDEX, FRANCE  F−92165

**Chronology:**  **Filed:** DEC 22, 2003       **Serial Number:** 78−344,120
**Published For Opposition:** DEC 21, 2004
**Registered:** MAR 15, 2005       **Registration Number:** 2,932,969
**Cancelled:** OCT 05, 2012
**Earliest Date in Record:** MAY 28, 1996  (Non−U.S. Registration Date)

**Ownership Details:**

**Registrant:**  AVENTIS PHARMA S.A.
FRANCE  CORPORATION
20 AVENUE RAYMOND
ANTONY CEDEX, FRANCE  F−92165

**Non−U.S. Registration Claimed:** 96627153
**Non−U.S. Registration Date:** MAY 28, 1996

Exhibit 80
-1460-
KDA-004059

**Non−U.S. Registration Country:** FRANCE

**Filing Correspondent:** SUSAN UPTON DOUGLASS
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLAZA
NEW YORK NY 10017

**Domestic Representative:** MARGARET H. BITLER

**BRUXER**

# BREEZERS

**BREEZERS**

`TTAB`

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** NOV 07, 2006

**Goods/Services:** **International Class 3:** HEALTH AND BEAUTY AIDS, NAMELY, BODY WASHES AND BODY LOTIONS
**International Class 21:** DISPENSING SYSTEMS FOR HEALTH AND BEAUTY AIDS, NAMELY, DISPENSERS FOR BODY WASHES AND DISPENSERS FOR BODY LOTIONS
**First Used:** AUG 27, 2005 (INTL. CL. 3)
**In Commerce:** AUG 27, 2005
**First Used:** AUG 27, 2005 (INTL. CL. 21)
**In Commerce:** AUG 27, 2005

**Last Reported Owner:** INNOVATION AND DESIGN, INC.
GEORGIA CORPORATION
737 HARRY MCCARTY ROAD, SUITE 101
BETHLEHEM, GEORGIA 30680

**Chronology:** **Filed:** SEP 29, 2003     **Serial Number:** 76–552,430
**Published For Opposition:** JAN 25, 2005
**Registered:** NOV 07, 2006     **Registration Number:** 3,169,114
**Earliest Date in Record:** SEP 29, 2003 (Filed)

---

**Trademark Trials and Appeal Board (TTAB) Information:**

`TTAB`

**Extension of Time to Oppose Number:** 76552430
**Extension of Time to Oppose Filed:** FEB 22, 2005
**Outcome:** TERMINATED JUN 25, 2005

**Potential Opposer:**
CADBURY IRELAND LTD.

**Applicant:**
INNOVATION AND DESIGN, INC.

**Mark:**
**Serial Number:**

**Mark:** BREEZERS
**Serial Number:** 76–552,430

**BRUXER**

**Correspondent:**
ELISABETH STEWART BRADLEY, ESQ.
CADBURY SCHWEPPES
900 KING STREET
RYE BROOK, NY 10573 US

**Correspondent:**
RICHARD M. MOOSE
DORITY & MANNING
P.O. BOX 1449
GREENVILLE, SC 29602−1449

**TTAB Entry:** #2 INCOMING − EXT TIME TO OPPOSE FILED, FEB 22, 2005
**TTAB Entry:** #1 EXTENSION OF TIME GRANTED, FEB 22, 2005

**Ownership Details:**

**Registrant:**          INNOVATION AND DESIGN, INC.
                         GEORGIA  CORPORATION
                         737 HARRY MCCARTY ROAD, SUITE 101
                         BETHLEHEM, GEORGIA  30680

**Filing Correspondent:**  J. BENNETT MULLINAX
                           J. BENNETT MULLINAX, LLC
                           P O BOX 26029
                           GREENVILLE SC 29616−1029

Exhibit 80
-1463-
KDA-004062

# BALAXUR

**BALAXUR**

**Global Filings = 7**

| | |
|---|---|
| **Status:** | REGISTERED |
| | SECTION 44 (D) |
| | FILED AS 44(D) APPLICATION |
| | 44(E) APPLICATION − CURRENT |
| | |
| | **USPTO Status:** REGISTERED |
| | **USPTO Status Date:** NOV 20, 2007 |

**Goods/Services:** **International Class 5:** PHARMACEUTICAL PREPARATIONS FOR THE TREATMENT OF THE CENTRAL NERVOUS SYSTEM LIKE ALZHEIMER'S DISEASE, PARKINSON'S DISEASE, DEMENTIA, TINNITUS, PAIN, AUTISM, AMYOTROPHIC LATERAL SCLEROSIS, IRRITABLE BOWEL SYNDROME, BINGE EATING AND MULTIPLE SCLEROSIS

**Last Reported Owner:** MERZ PHARMA GMBH & CO. KGAA
GERMANY KOMMANDITGESELLSCHAFT AUF AKTIEN
ECKENHEIMER LANDSTRASSE, 100
FRANKFURT AM MAIN, GERMANY 60318

**We Have Located Other Marks With This Owner**

| BERAXUR | USPTO | Page 110 |
|---|---|---|

**Chronology:** **Filed:** AUG 23, 2006      **Serial Number:** 78−958,658
**Published For Opposition:** SEP 04, 2007
**Registered:** NOV 20, 2007      **Registration Number:** 3,339,977
**Earliest Date in Record:** JUL 11, 2006 (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:** MERZ PHARMA GMBH & CO. KGAA
GERMANY KOMMANDITGESELLSCHAFT AUF AKTIEN
ECKENHEIMER LANDSTRASSE, 100
FRANKFURT AM MAIN, GERMANY 60318

Exhibit 80
-1464-
KDA-004063

**Non−U.S. Application Claimed:** 30642944.6
**Non−U.S. Application Date:** JUL 11, 2006
**Non−U.S. Application Country:** GERMANY

**Non−U.S. Registration Claimed:** 30642944
**Non−U.S. Registration Date:** NOV 06, 2006
**Non−U.S. Registration Country:** GERMANY

**Filing Correspondent:**   G PATRICK SAGE
                            HUESCHEN & SAGE PLLC
                            107 W MICHIGAN AVE
                            7TH FL KALAMAZOO BLDG
                            KALAMAZOO, MI 49007

**Domestic Representative:** G. PATRICK SAGE

Exhibit 80
-1465-
KDA-004064

# ROXXIRE

**ROXXIRE**

**Status:**          PUBLISHED
                     INTENT TO USE

                     **USPTO Status:** SECOND EXTENSION − GRANTED
                     **USPTO Status Date:** OCT 04, 2012

**Goods/Services:**  **International Class 5:** PHARMACEUTICAL PREPARATIONS, NAMELY HORMONAL
                     PREPARATIONS

**Last Reported Owner:**  BAYER AKTIENGESELLSCHAFT
                          GERMANY  AKTIENGESELLSCHAFT
                          KAISER−WILHELM−ALLEE
                          LEVERKUSEN, GERMANY  51373

                          **We Have Located Other Marks With This Owner**
                          BINAXAR                                    USPTO          Page 133

**Chronology:**      **Filed:** MAR 24, 2011          **Serial Number:** 85−275,796
                     **Published For Opposition:** AUG 09, 2011
                     **Allowance Filed:** OCT 04, 2011
                     **Earliest Date in Record:** MAR 24, 2011  (Filed)

**Ownership Details:**

**Applicant:**       BAYER AKTIENGESELLSCHAFT
                     GERMANY  AKTIENGESELLSCHAFT
                     KAISER−WILHELM−ALLEE
                     LEVERKUSEN, GERMANY  51373

**Filing Correspondent:**  JEFFREY M. GITCHEL
                           BAYER CORPORATION
                           100 BAYER ROAD
                           PITTSBURGH PA 15205

**Domestic Representative:** JEFFREY M. GITCHEL

# BEXERO

**BEXERO**

 **Global Filings = 5**

| | |
|---|---|
| **Status:** | REGISTERED<br>SECTION 44 (D)<br>FILED AS 44(D) APPLICATION<br>44(E) APPLICATION − CURRENT<br><br>**USPTO Status:** REGISTERED<br>**USPTO Status Date:** JUN 21, 2011 |
| **Goods/Services:** | **International Class 5:** VACCINES FOR HUMAN USE |
| **Last Reported Owner:** | NOVARTIS AG<br>SWITZERLAND CORPORATION<br>CH−4002<br>BASEL, SWITZERLAND |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREZERIS | USPTO | Page 117 |
| BREZILIZER | USPTO | Page 147 |
| FLUXSERO | USPTO | Page 155 |
| BREZILIZER | USPTO | Page 163 |
| STRUXEN | USPTO | Page 176 |

**Chronology:**

**Filed:** JAN 19, 2011      **Serial Number:** 85−221,519
**Published For Opposition:** APR 05, 2011
**Registered:** JUN 21, 2011      **Registration Number:** 3,981,703
**Earliest Date in Record:** DEC 30, 2010 (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:** NOVARTIS AG
SWITZERLAND CORPORATION
CH−4002
BASEL, SWITZERLAND

**BRUXER**

**Non−U.S. Application Claimed:** 64270/2010
**Non−U.S. Application Date:** DEC 30, 2010
**Non−U.S. Application Country:** SWITZERLAND

**Non−U.S. Registration Claimed:** 610070
**Non−U.S. Registration Date:** JAN 07, 2011

**Non−U.S. Registration Country:** SWITZERLAND
**Other U.S. Registrations:** 3,821,791

**Filing Correspondent:** NANCY SABARRA
FROSS ZELNICK LEHRMAN & ZISSU, P.C.
866 UNITED NATIONS PLZ
NEW YORK, NY 10017−1822

Exhibit 80
-1468-
KDA-004067

# GLUXPER

**GLUXPER**

| | |
|---|---|
| **Status:** | ABANDONED |
| | INTENT TO USE |
| | |
| | **USPTO Status:** ABANDONED−AFTER PUBLICATION |
| | **USPTO Status Date:** DEC 06, 2007 |

**Goods/Services:** International Class 5: DIAGNOSTIC REAGENTS AND CONTRAST MEDIA FOR MEDICAL USE

**Last Reported Owner:** BRISTOL−MYERS SQUIBB COMPANY
DELAWARE  CORPORATION
345 PARK AVENUE
NEW YORK, NEW YORK  10154

We Have Located Other Marks With This Owner

BRAVAVIR                                          Common Law     Page 233

**Chronology:** **Filed:** SEP 09, 2005              **Serial Number:** 78−709,662
**Published For Opposition:** SEP 04, 2007
**Abandoned:** DEC 05, 2007
**Date Revived/Reinstated:** NOV 21, 2006
**Earliest Date in Record:** SEP 09, 2005  (Filed)

**Ownership Details:**

**Applicant:** BRISTOL−MYERS SQUIBB COMPANY
DELAWARE  CORPORATION
345 PARK AVENUE
NEW YORK, NEW YORK  10154

**Filing Correspondent:** NADINE P. FLYNN
BRISTOL−MYERS SQUIBB COMPANY
345 PARK AVE
NEW YORK, NY 10154−0004

Exhibit 80
-1469-
KDA-004068

**BRUXER**

**SIROLUX**

 **Global Filings = 1**

**Status:** RENEWED

**USPTO Status:** REGISTERED AND RENEWED
**USPTO Status Date:** MAY 21, 2008

**Goods/Services:** **International Class 10:** DENTAL LIGHTING FIXTURES
**First Used:** JUL 01, 1970 (INTL. CL. 10)
**In Commerce:** OCT 01, 1986

**Last Reported Owner:** SIRONA DENTAL SYSTEMS GMBH
GERMANY CORPORATION
FABRIKSTRASSE 31
64625 BENSHEIM, GERMANY

**Chronology:** **Filed:** SEP 14, 1987     **Serial Number:** 73−684,071
**Published For Opposition:** FEB 02, 1988
**Registered:** APR 26, 1988     **Registration Number:** 1,486,051
**Affidavit Section:**   REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED  MAY 21,
2008
REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.
SEP 15, 1993
**Last Renewed:** APR 26, 2008
**Earliest Date in Record:** JUL 01, 1970  (First Used)

**Ownership Details:**

**Registrant:** SIEMENS AKTIENGESELLSCHAFT
GERMANY CORPORATION
WITTELSBACHERPLATZ 2
MUNICH, GERMANY

**Assignee**
SIRONA DENTAL SYSTEMS GMBH
GERMANY CORPORATION
FABRIKSTRASSE 31
64625 BENSHEIM, GERMANY

**Assignor**
SIRONA DENTAL SYSTEMS GMBH & CO. KG LIMITED
PARTNERSHIP
**Signed:** MAR 30, 1998

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** OCT 03, 2002

Exhibit 80
-1470-
KDA-004069

**Reel/Frame:** 2606/0387
**Correspondent:**
ABELMAN FRAYNE & SCHWAB
STEPHEN J. QUIGLEY, ESQ.
150 EAST 42ND STREET
NEW YORK, NY 10017−5612

| **Assignee** | **Assignor** |
|---|---|
| SIRONA DENTAL SYSTEMS GMBH & CO. KG | SIEMENS AKTIENGESELLSCHAFT |
| GERMANY CORPORATION | GERMANY CORPORATION |
| 64625 BENSHEIM | **Signed:** MAR 03, 1998 |
| FABRIKSTRASSE 31, GERMANY | |

**Brief:** ASSIGNS THE ENTIRE INTEREST
**Recorded:** MAR 15, 1999
**Reel/Frame:** 1876/0573
**Correspondent:**
ABELMAN, FRAYNE & SCHWAB
LAWRENCE E. ABELMAN
150 EAST 42ND STREET
NEW YORK, NEW YORK 10017

**Filing Correspondent:** ADESH BHARGAVA
DYKEMA GOSSETT PLLC
1300 I STREET NW
FRANKLIN SQUARE, THIRD FLOOR WEST
WASHINGTON, DC 20005

**Domestic Representative:** DYKEMA GOSSETT PLLC

Exhibit 80
-1471-
KDA-004070

# BREEZERS

**BREEZERS**

 **Global Filings = 1**

| | |
|---|---|
| **Status:** | REGISTERED |

**USPTO Status:** SECTION 8 & 15 − ACCEPTED AND ACKNOWLEDGED
**USPTO Status Date:** MAR 21, 2012

**Goods/Services:** **International Class 5:** ADULT INCONTINENCE GARMENTS, ADULT INCONTINENCE
DISPOSABLE DIAPERS AND PADS, SANITARY BRIEFS AND SANITARY PADS
**First Used:** JUL 05, 2005  (INTL. CL. 5)
**In Commerce:** JUL 05, 2005

**Last Reported Owner:** FIRST QUALITY PRODUCTS, INC.
NEW YORK  CORPORATION
80 CUTTER MILL ROAD SUITE 500
GREAT NECK, NEW YORK  11021

**Chronology:** **Filed:** NOV 19, 2003          **Serial Number:** 78−330,038
**Published For Opposition:** AUG 03, 2004
**Registered:** FEB 14, 2006          **Registration Number:** 3,059,471
**Affidavit Section:**   REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK.  MAR 21, 2012

**Earliest Date in Record:** NOV 19, 2003  (Filed)

**Ownership Details:**

**Registrant:** FIRST QUALITY PRODUCTS, INC.
NEW YORK  CORPORATION
80 CUTTER MILL ROAD SUITE 500
GREAT NECK, NEW YORK  11021

Exhibit 80
-1472-
KDA-004071

**BRUXER**

**Assignee**
FIRST QUALITY PRODUCTS, INC.
NEW YORK CORPORATION
80 CUTTERMILL ROAD, SUITE 500
GREAT NECK, NEW YORK, 11021

**Assignee**
FIRST QUALITY BABY PRODUCTS, LLC
DELAWARE LIMITED LIABILITY COMPANY
97 LOCUST ROAD
LEWISTON, PENNSYLVANIA, 17044

**Brief:** RELEASE BY SECURED PARTY
**Recorded:** FEB 03, 2012
**Reel/Frame:** 4710/0954
**Correspondent:**
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 PARK AVENUE
NEW YORK, NY 10016

**Assignor**
CITIZENS BANK OF PENNSYLVANIA
PENNSYLVANIA FINANCIAL INSTITUTION
**Signed:** DEC 23, 2011

**Assignee**
JPMORGAN CHASE BANK, N.A.
UNITED STATES NATIONAL BANKING ASSOCIATION
7TH FLOOR
10 SOUTH DEARBORN
CHICAGO, ILLINOIS, 60603−2003

**Assignor**
FIRST QUALITY BABY PRODUCTS, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY ENTERPRISES, INC.
PENNSYLVANIA CORPORATION
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY HYGIENIC, INC.
PENNSYLVANIA CORPORATION
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY NONWOVENS, INC.
PENNSYLVANIA CORPORATION
**Signed:** JUN 29, 2011

**BRUXER**

**Assignor**
FIRST QUALITY PRODUCTS, INC.
NEW YORK CORPORATION
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY RETAIL SERVICES, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY TISSUE, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Assignor**
FIRST QUALITY WATER AND BEVERAGE, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Assignor**
NUTEK DISPOSABLES, INC.
PENNSYLVANIA CORPORATION
**Signed:** JUN 29, 2011

**Assignor**
PARAGON TRADE BRANDS, LLC
DELAWARE LIMITED LIABILITY COMPANY
**Signed:** JUN 29, 2011

**Brief:** SECURITY INTEREST
**Recorded:** SEP 29, 2011
**Reel/Frame:** 4632/0669
**Correspondent:**
WILLIAM J. MCNAMARA
MILBANK, TWEED, HADLEY & MCCLOY LLP
1 CHASE MANHATTAN PLAZA
NEW YORK, NY 10005

**BRUXER**

**Assignee**
JPMORGAN CHASE BANK, N.A.
10 SOUTH DEARBORN, 19TH FLOOR
CHICAGO, ILLINOIS, 60603−0010

**Brief:** SECURITY INTEREST
**Recorded:** JAN 31, 2006
**Reel/Frame:** 3237/0624
**Correspondent:**
JASON M. GONDER
1 CHASE MANHATTAN PLAZA
NEW YORK, NM 10005

**Assignor**
FIRST QUALITY PRODUCTS, INC.
FORMERLY FIRST QUALITY PRODUCTS INC.
NEW YORK CORPORATION
**Signed:** JAN 31, 2006

**Assignee**
CITIZENS BANK OF PENNSYLVANIA
UNITED STATES FINANCIAL INSTITUTION
445 PENN STREET
READING, PENNSYLVANIA, 19601

**Brief:** SECURITY INTEREST
**Recorded:** JAN 26, 2006
**Reel/Frame:** 3234/0221
**Correspondent:**
STACY L. SPLAVER
1650 ARCH STREET
22ND FLOOR
PHILADELPHIA, PA 19103

**Assignor**
FIRST QUALITY PRODUCTS, INC.
NEW YORK CORPORATION
**Signed:** JUN 29, 2004

**Filing Correspondent:**  HOLLY PEKOWSKY
AMSTER, ROTHSTEIN & EBENSTEIN LLP
90 PARK AVE
NEW YORK NY 10016−1301

# Luxar

**LUXAR**

**Status:**            ABANDONED
                       INTENT TO USE

                       **USPTO Status:** ABANDONED−NO STATEMENT OF USE FILED
                       **USPTO Status Date:** JUN 15, 2007

**Goods/Services:**    **International Class 10:** LASERS FOR MEDICAL USE

**Last Reported Owner:** LUXARCARE LLC
                       WASHINGTON  LIMITED LIABILITY CO.
                       14241 NE WOODINVILLE−DUVALL RD
                       PMB416
                       WOODINVILLE, WASHINGTON  98072

**Chronology:**        **Filed:** FEB 06, 2004          **Serial Number:** 78−363,836
                       **Published For Opposition:** MAR 22, 2005
                       **Abandoned:** JUN 15, 2007
                       **Date Revived/Reinstated:** MAR 10, 2007
                       **Earliest Date in Record:** FEB 06, 2004  (Filed)

**Ownership Details:**

**Applicant:**         LUXARCARE LLC
                       WASHINGTON  LIMITED LIABILITY CO.
                       14241 NE WOODINVILLE−DUVALL RD
                       PMB416
                       WOODINVILLE, WASHINGTON  98072

**Filing Correspondent:** LUXARCARE LLC
                       SEED IP LAW GROUP PLLC
                       SUITE 5400

701 FIFTH AVENUE
SEATTLE WA 98104

Search: 221922912

Analyst: LISA SKEHAN

Exhibit 80

-1477-

USPTO Page: 205

KDA-004076

**BRUXER**

**ZIRCALUX**

| | | |
|---|---|---|
| **Status:** | CANCELLED<br>SECTION 44 (D) | **Cancellation Section:** 8 |

**USPTO Status:** CANCELLED − SECTION 8
**USPTO Status Date:** MAY 05, 1997

**Goods/Services:** **International Class 5:** DENTAL PREPARATIONS AND SUBSTANCES; NAMELY, MATERIAL FOR STOPPING TEETH, DENTAL WAX, DENTAL CEMENT, AND DENTAL FILLING PREPARATIONS

**Last Reported Owner:** IMPERIAL CHEMICAL INDUSTRIES PLC
UNITED KINGDOM COMPANY
IMPERIAL CHEMICAL HOUSE
MILLBANK, LONDON, ENGLAND 3JF

**Chronology:** **Filed:** SEP 28, 1988    **Serial Number:** 73−754,591
**Published For Opposition:** AUG 07, 1990
**Registered:** OCT 30, 1990    **Registration Number:** 1,619,366
**Cancelled:** JUN 17, 1997
**Earliest Date in Record:** MAR 31, 1988 (Non−U.S. Application Date)

**Ownership Details:**

**Registrant:** IMPERIAL CHEMICAL INDUSTRIES PLC
UNITED KINGDOM COMPANY
IMPERIAL CHEMICAL HOUSE
MILLBANK, LONDON, ENGLAND 3JF

**Non−U.S. Application Claimed:** 1340221
**Non−U.S. Application Date:** MAR 31, 1988
**Non−U.S. Application Country:** UNITED KINGDOM

**Non−U.S. Registration Claimed:** 1340221
**Non−U.S. Registration Date:** AUG 25, 1989
**Non−U.S. Registration Country:** UNITED KINGDOM

**Filing Correspondent:** H. JOHN CAMPAIGN
GRAHAM, CAMPAIGN & MCCARTHY, P.C.
36 WEST 44TH STREET
NEW YORK, NY 10036−8178

# STRUCSURE

**STRUCSURE**

 **Global Filings = 7**

| | |
|---|---|
| **Status:** | REGISTERED |
| | **USPTO Status:** REGISTERED<br>**USPTO Status Date:** JUN 05, 2012 |
| **Goods/Services:** | **International Class 10:** BONE VOID FILLERS MADE FROM ARTIFICIAL MATERIALS; BONE GRAFT IMPLANTS MADE FROM ARTIFICIAL MATERIALS<br>**First Used:** OCT 01, 2011  (INTL. CL. 10)<br>**In Commerce:** OCT 01, 2011 |
| **Last Reported Owner:** | SMITH & NEPHEW, INC.<br>DELAWARE  CORPORATION<br>1450 BROOKS ROAD<br>MEMPHIS, TENNESSEE  38116 |
| **Chronology:** | **Filed:** JUN 30, 2011          **Serial Number:** 85−360,188<br>**Published For Opposition:** NOV 29, 2011<br>**Registered:** JUN 05, 2012          **Registration Number:** 4,155,660<br>**Earliest Date in Record:** JUN 30, 2011  (Filed) |

**Ownership Details:**

**Registrant:**  SMITH & NEPHEW, INC.
DELAWARE  CORPORATION
1450 BROOKS ROAD
MEMPHIS, TENNESSEE  38116

**Filing Correspondent:**  WILLIAM B. CLEMMONS, JR.
SMITH & NEPHEW, INC.
1450 E BROOKS RD
MEMPHIS, TN 38116−1804

**BRUXER**

US-97
**Group:** Five



**BRUKER**

| | |
|---|---|
| **Status:** | RENEWED |
| | **USPTO Status:** REGISTERED AND RENEWED |
| | **USPTO Status Date:** MAY 03, 2010 |
| **Goods/Services:** | **International Class 9:** NUCLEAR AND ELECTRON RESONANCE SPETROMETERS; PRECISION MAGNETS WITH POWER SUPPLIES USED IN CONJUNCTION WITH OSCILLOS COPES; AND ELECTRONIC INSTRUMENTS FOR PROCESSING AND DISPLAYING OF MEASURED VALUES PROVIDED BY SPECTROMETERS |
| | **First Used:** 1960 (INTL. CL. 9) |
| | **In Commerce:** OCT 1967 |
| **Last Reported Owner:** | BRUKER−PHYSIK AG |
| | GERMANY JOINT STOCK COMPANY |
| | SILBERSTREIFEN 4 |
| | 76287 RHEINSTETTEN, GERMANY |

**Chronology:**

**Filed:** FEB 17, 1978     **Serial Number:** 73−159,013

**Published For Opposition:** DEC 25, 1979

**Registered:** APR 15, 1980     **Registration Number:** 1,133,028

**Affidavit Section:** REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED MAY 03, 2010

REGISTERED − SEC. 8 (10−YR) ACCEPTED/SEC. 9 GRANTED DEC 15, 2000

REGISTERED − SEC. 8 (6−YR) ACCEPTED & SEC. 15 ACK. MAY 30, 1986

**Last Renewed:** APR 15, 2010

**Earliest Date in Record:** 1960 (First Used)

---

**Ownership Details:**

**Registrant:**     BRUKER−PHYSIK AG
GERMANY JOINT STOCK COMPANY
SILBERSTREIFEN 4

Exhibit 80
-1480-
KDA-004079

**BRUXER**

76287 RHEINSTETTEN, GERMANY

**Filing Correspondent:** THILO C. AGTHE
WUERSCH & GERING LLP
100 WALL STREET, 21ST FLOOR
NEW YORK NY 10005

**Domestic Representative:** CORNELIUS P. QUINN

**BRUXER**

**US−98**
**Group:** Five

# Broxers

**BROXERS**

**Status:** REGISTERED

**USPTO Status:** REGISTERED
**USPTO Status Date:** AUG 07, 2012

**Goods/Services:** **International Class 25:** BODY LINEN; BOXER BRIEFS; BOXER SHORTS; BRIEFS;
DISPOSABLE UNDERWEAR; FINISHED TEXTILE LININGS FOR GARMENTS; FLEECE
SHORTS; FOUNDATION GARMENTS; GYM SHORTS; KNITTED UNDERWEAR; LADIES'
UNDERWEAR; LONG UNDERWEAR; PANTIES, SHORTS AND BRIEFS; PERSPIRATION
ABSORBENT UNDERWEAR CLOTHING; RUGBY SHORTS; SHORT TROUSERS; SHORTS;
SLEEPING GARMENTS; SLIDING SHORTS; THERMAL UNDERWEAR; UNDER GARMENTS;
UNDERWEAR; UNDERWEAR, NAMELY, BOY SHORTS; WOMEN'S UNDERWEAR; WOVEN OR
KNITTED UNDERWEAR
**First Used:** MAY 19, 2009  (INTL. CL. 25)
**In Commerce:** MAR 28, 2012

**Last Reported Owner:** WEAVER, MICHAEL S.
UNITED STATES  INDIVIDUAL
354 MADISON AVENUE
GLENCOE, ILLINOIS  60022

**Chronology:** **Filed:** OCT 06, 2008          **Serial Number:** 77−585,849
**Published For Opposition:** FEB 24, 2009
**Registered:** AUG 07, 2012          **Registration Number:** 4,187,054
**Earliest Date in Record:** OCT 06, 2008  (Filed)

**Ownership Details:**

**Registrant:** WEAVER, MICHAEL S.
UNITED STATES  INDIVIDUAL
354 MADISON AVENUE
GLENCOE, ILLINOIS  60022

**Filing Correspondent:** MICHAEL S. WEAVER
354 MADISON AVE
GLENCOE, IL 60022−1810

Exhibit 80
-1482-
KDA-004081

**BRUXER**

**State Summary Page**

| Citation | Status | Class(es) | Owner | Registration Number | State | Page | Record of Interest |
|----------|--------|-----------|-------|---------------------|-------|------|--------------------|
| | | | **GROUP ONE** | | | | |
| | | | **No Group One Matches** | | | | |
| | | | **GROUP TWO** | | | | |
| | | | **No Group Two Matches** | | | | |
| | | | **GROUP THREE** | | | | |
| | | | **No Group Three Matches** | | | | |
| | | | **GROUP FOUR** | | | | |
| 1. BREEZERS | | | | | | | |
| | Registered | 5 | QUALITY PRODUCTS, INC. | 60313 | PR | 213 | ☐ |
| 2. BRAVAIR | | | | | | | |
| | Not renewed | 5 | E.R. SQUIBB & SONS, INC. | 37338 | PR | 214 | ☐ |
| 3. RAXAR | | | | | | | |
| | Not renewed | 5 | GLAXO GROUP LIMITED | 39340 | PR | 215 | ☐ |
| | | | **GROUP FIVE** | | | | |

**No Group Five Matches**

**BRUXER**

## ANALYST REVIEW − STATE REPORT

---

Search Information

Type of Search:   **U.S. Full Search**
Mark:             **BRUXER**
Goods/Services:   **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

---

Data Information

This search report covers State Trademark data updated on **10/06/2012**. While we make diligent efforts to secure timely updates from each state, the currentness of trademark information varies by state. See the chart below for the dates of most recent registration for each state.

| STATE NAME | | REGISTRATIONS THROUGH | STATE NAME | | REGISTRATIONS THROUGH |
|---|---|---|---|---|---|
| ALABAMA | + | 05/16/2012 | MONTANA | + | 07/03/2012 |
| ALASKA | + | 03/28/2012 | NEBRASKA | + | 08/31/2012 |
| AMERICAN SAMOA | | 03/29/2005 | NEVADA | + | 08/31/2012 |
| ARIZONA | + | 08/15/2010 | NEW HAMPSHIRE | + | 07/07/2004 |
| ARKANSAS | | 06/30/2012 | NEW JERSEY | + | 04/26/2012 |
| CALIFORNIA | + | 04/30/2012 | NEW MEXICO | + | 06/29/2012 |
| COLORADO | + | 07/31/2012 | NEW YORK | + | 04/16/2012 |
| CONNECTICUT | + | 05/21/2012 | NORTH CAROLINA | | 10/31/2011 |
| DELAWARE | + | 06/13/2012 | NORTH DAKOTA | + | 08/31/2012 |
| FLORIDA | + | 08/31/2012 | OHIO | | 05/31/2011 |
| GEORGIA | + | 07/31/2012 | OKLAHOMA | + | 07/02/2012 |
| HAWAII | + | 06/30/2012 | OREGON | + | 06/30/2012 |
| IDAHO | | 06/28/2012 | PENNSYLVANIA | | 09/30/2011 |
| ILLINOIS | | 07/30/2012 | *PUERTO RICO | | 12/15/2008 |
| INDIANA | + | 05/24/2012 | RHODE ISLAND | + | 06/22/2012 |
| IOWA | + | 08/31/2012 | SOUTH CAROLINA | + | 03/23/2012 |
| KANSAS | + | 08/31/2012 | SOUTH DAKOTA | + | 06/19/2012 |
| KENTUCKY | + | 05/29/2012 | TENNESSEE | + | 06/29/2012 |
| LOUISIANA | + | 08/31/2012 | TEXAS | + | 03/30/2012 |
| MAINE | + | 07/10/2012 | UTAH | + | 08/06/2012 |
| MARYLAND | | 03/14/2012 | VERMONT | + | 02/27/2012 |
| MASSACHUSETTS | + | 05/31/2012 | VIRGINIA | + | 03/28/2012 |
| MICHIGAN | | 08/31/2012 | WASHINGTON | + | 03/30/2012 |
| MINNESOTA | + | 08/31/2012 | WEST VIRGINIA | + | 02/16/2012 |
| MISSISSIPPI | + | 12/07/2009 | WISCONSIN | + | 07/25/2012 |
| MISSOURI | + | 05/30/2012 | WYOMING | + | 08/31/2012 |

---

Not Renewed: A state trademark record receives a status of ″Not Renewed″ when the deadline to renew the trademark has passed and the applicable state trademark office has not sent a notice of renewal.

+ Indicates that our trademark database for this state contains images, packaging samples and specimens of use filed with trademark applications.

* Because of the manual nature of data collection for Puerto Rico, we are unable to guarantee that all records through the coverage date are included.

---

Analyst Information

Name:       **LISA SKEHAN**
Comments:   **The queries listed below retrieved 523 potential references from the database. After careful review and analysis I have selected 3 records for your review.**

---

KDA-004083

**BRUXER**

**BREEZERS**

| | |
|---|---|
| **State:** | PUERTO RICO |
| **Status:** | REGISTERED |
| **Date Registered:** | JAN 31, 2006 |
| **Registration No.:** | 60313 |
| **Goods/Services:** | **International Class: 5**<br>PHARMACEUTICAL AND VETERINARY PREPARATIONS<br>**State Class:** 5 |
| **Registrant:** | QUALITY PRODUCTS, INC.<br>CITY/STATE NOT LISTED, |

**BRUXER**

**BRAVAIR**

| | |
|---|---|
| **State:** | PUERTO RICO |
| **Status:** | NOT RENEWED |
| **Date Registered:** | JAN 31, 1997 |
| **Registration No.:** | 37338 |
| **Goods/Services:** | **International Class: 5**<br>PHARMACEUTICALS<br>**State Class:** 5 |
| **Registrant:** | E.R. SQUIBB & SONS, INC.  DELAWARE |

**BRUXER**

**RAXAR**

| | |
|---|---|
| **State:** | PUERTO RICO |
| **Status:** | NOT RENEWED |
| **Date Registered:** | DEC 31, 1997 |
| **Registration No.:** | 39340 |
| **Goods/Services:** | **International Class: 5**<br>PHARMACEUTICAL |
| **Registrant:** | GLAXO GROUP LIMITED<br>CITY NOT LISTED,<br>ENGLAND |

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BREAIR | USPTO | Page 137 |
| BYZOR | USPTO | Page 153 |

Exhibit 80
-1487-
KDA-004086

This page was intentionally left blank.

Exhibit 80
-1488-

KDA-004087

BRUXER

## ANALYST REVIEW – WEB COMMON LAW REPORT

**Search Information**

Type of Search:      **U.S. Full Search**
Mark:                **BRUXER**
Goods/Services:      **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND
ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

**Data Information**

Our Analysts search against the top search engines to find and report examples of potentially conflicting marks, and
include snapshots and links to the Web page(s) on which the reference was found.

Your Web Common Law report may also include a focused search against targeted industry websites, chosen to
enhance the web coverage for your specific goods and services.

**Important Notices**

Due to the dynamic nature of the Web, citations may become available or unavailable at any time.  The search results
included in this section are a sampling of the information available at the time of the preparation of this search report,
and are not a comprehensive representation of all Web sites.  Any of the citations included in your search report may
become unavailable at any time following the preparation of this report.  Additionally, please be aware that we do not
filter Web content, which makes it possible that your Web Common Law citation may include objectionable material.

**Analyst Information**

Name:                **Aja Campbell**
Comments:

**Search Strategy**

Query

+"BRUXER" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT

+"BRUXERS" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT

+"BRUXXER" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT

+"BRUXSER" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT

+"BRUXZER" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT –"KDZ"

+"BRUXER" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT –"KDZ"

+"BRUCKSER" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT –"KDZ"

+"BRUKSER" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT –"KDZ"

+"BRUXRE" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT –"KDZ"

+"BRUXA" DENTAL OR ORAL OR TEETH OR TOOTH OR ORTHODONTIC OR DENTIST OR IMPLANT –"KDZ"

+"BRUXER" OR +"BRUXERS" OR +"BRUXXER" "DENTAL IMPLANT" OR DENTURES OR ORTHODONTIC OR "ORAL CARE" OR
ORAL OR TOOTH OR BRACES OR DENTAL –"KDZ"

+"BRUXER" OR +"BRUXERS" OR +"BRUXXER" IMPLANT OR "DENTAL IMPLANT" OR DENTURES OR ORTHODONTIC OR
"ORAL CARE" OR ORAL OR TOOTH OR BRACES OR DENTAL –"KDZ" –"BRUXISM"

**BRUXER**

Search Strategy

Query

+″BRUXA″ OR +″BRUXSER″ OR +″BRUHXER″ IMPLANT OR ″DENTAL IMPLANT″ OR DENTURES OR ORTHODONTIC OR ″ORAL CARE″ OR ORAL OR TOOTH OR BRACES OR DENTAL −″KDZ″ −″BRUXISM″

+″BRUXER″ OR +″BRUXERS″ OR +″BRUXXER″ ″DENTAL BRIDGE″ OR ″DENTAL CAPS″ OR ″DENTAL CROWNS″ OR ″DENTAL INLAYS″ OR PROTHESES −″KDZ″

+″BRUXA″ OR +″BRUXERZ″ OR +″BRUXRE″ ″DENTAL BRIDGE″ OR ″DENTAL CAPS″ OR ″DENTAL CROWNS″ OR ″DENTAL INLAYS″ OR PROTHESES −″KDZ″

+″BRUXER″

+″BRUXER IMPLANT″

**BRUXER**

## Web Common Law Summary

| Record Number | URL | Web Page Title | Page |
|---|---|---|---|
| 1. | http://www.dentalproductshopper.com/kdz-bruxer | KDZ Bruxer Reviews \| Keating Dental Arts Product Reviews \| Learn More About KDZ Bruxer \| Dental Product Shopper | 220 |
| 2. | http://twitter.com/VPtoothsales/status/23949241932 | Twitter / VPtoothsales: Bruxer Crowns and Bridges. ... | 221 |
| 3. | http://coupdoc.com/?wpsc-product=full-zirconia-bruxer-crown-79 | Full Zirconia Bruxer Crown $79 by DaniDental \| CoupDoc | 222 |
| 4. | http://www.raintreeessix.com/orstore/ShowItem.aspx?productID=1C125 | Essix C+® Plastic − .040" (1mm) Thickness − 125mm Circle | 223 |
| 5. | http://cosmeticdentistryofsa.com/dental-implants/san-antonio-restorative-dentistry/dental-crowns/ | Dental Crowns \| San Antonio TX Cosmetic Dentist | 224 |



**http://www.dentalproductshopper.com/kdz−bruxer**

DENTAL360   Dental Product Shopper   Hygiene Product Shopper   Dental Learning.net     From The Podium   Practice Building   Equipment For

DENTAL **360**

**Dental PRODUCT SHOPPER**   YOUR SOURCE FOR PRODUCT EVALUATIONS
**Cited Term** NTAL PRODUCTS                                     **HYGIEN**

Home     Dental Products     Kdz Bruxer                                   Dental Product Videos   Product Evaluations

**Categories:** Ceramics

# KDZ Bruxer

**Get Your Brux in a Row**

KDZ Bruxer from Keating Dental Arts

*KDZ Bruxer delivers exceptional strength and esthetics in an all-ceramic package.*

Developed by Keating Dental Arts, the KDZ Bruxer was added to the laboratory's existing family of zirconiabased products. An all-ceramic solution, the KDZ Bruxer is a strong, esthetic alternative to full-cast gold that offers the same precise fit and biocompatibility users would expect from a high noble alloy.

Thanks to Keating's advanced CAD/CAM design and fabrication process, the fit is extremely precise and reliable. The margins are very crisp and many clinicians comment on the lack of interproximal and occlusal adjustments on their cases. Besides exhibiting extraordinary strength (1,250 MPa), the KDZ Bruxer's hand-finished esthetics set this monolithic restoration apart from other options. After being contoured, stained and glazed by an expert ceramist, the KDZ Bruxer blends beautifully with the patient's natural dentition, which cosmetically-minded dentists will appreciate.

The KDZ Bruxer is also extremely biocompatible and provides a reliable safeguard against allergic reaction or metal sensitivity. —*Bob Alaburda*

Share |

Like   Sign Up t

**http://www.dentalproductshopper.com/kdz−bruxer**

http://twitter.com/VPtoothsales/status/23949241932



http://twitter.com/VPtoothsales/status/23949241932

http://coupdoc.com/?wpsc−product=full−zirconia−bruxer−crown−79



http://coupdoc.com/?wpsc−product=full−zirconia−bruxer−crown−79

http://www.raintreeessix.com/orstore/ShowItem.aspx?productID=1C125



http://cosmeticdentistryofsa.com/dental−implants/san−antonio−restorative−dentistry/dental−crowns/



**Dental Crowns**

Please Note: The section below appears further down on the actual Web site.

porcelain. All ceramic crowns provide a metal-free option that is more aesthetic with a number of benefits.

By eliminating the need for the accommodating metal core, an aesthetic **all-ceramic crown** can be created with a thinner material. This option makes them a treatment choice that is more popular in areas with a limited amount of space. Additionally, getting rid of the metal core allows for small transmission through the porcelain for better optical, life-like properties and a higher level of aesthetics which means a more natural looking smile for you!

With the latest technology, all ceramic crowns can even be placed on back teeth and in patients who grind Cited Term additionally, all ceramic crowns could not be placed on back teeth due to lack of durability.

At Cosmetic Dentistry of San Antonio we offer the latest in technology including a patented crown called a "Bruxer" crown (Bruxism is the habitual grinding of teeth, typically during sleep and a Bruxer is a person who does this). This is an all ceramic, natural looking crown that can be placed on back teeth. This eliminates the problem of porcelain chipping off and showing unsightly metal underneath that occurs with traditional metal core crowns.

SCHEDULE A NO-OBLIGATION CONSULTATION

Call us at: 210-263-1399

Print   Email

http://cosmeticdentistryofsa.com/dental−implants/san−antonio−restorative−dentistry/dental−crowns/

**BRUXER**

## Common Law Database Summary Page

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|----------|-----------|-------|--------|------|--------------------|
| | | | **GROUP ONE** | | |
| | | | **No Group One Matches** | | |
| | | | **GROUP TWO** | | |
| | | | **No Group Two Matches** | | |
| | | | **GROUP THREE** | | |
| | | | **No Group Three Matches** | | |
| | | | **GROUP FOUR** | | |
| 1. BEXXAR | 5 | GLAXOSMITHKLINE | FDB MEDKNOWLEDGE | 228 | ☐ |
| 2. BEXXAR | 5,9,10 | GLAXOSMITHKLINE | PHYSICIANS DESK REFERENCE ... | 228 | ☐ |
| 3. BRUX-0-GARD | 10 | TMJ APPLIANCE | MEDICAL DEVICE REGISTER | 229 | ☐ |
| 4. BROXURIDINE | 5 | N/A | USP DICTIONARY OF USAN AND INTERNATIONAL ... | 229 | ☐ |
| 5. BREEZERS | 5 | FIRST QUALITY | FDB MEDKNOWLEDGE | 229 | ☐ |
| 6. BIXALOMER | 5 | AMGEN INC. | USAN COUNCIL ACCEPTED USAN | 230 | ☐ |
| 7. BREXPIPRAZOLE | 5 | OTSUKA PHARMACEUTICAL DEVELOPMENT & COMMERC IA ... | USAN COUNCIL ACCEPTED USAN | 230 | ☐ |
| 8. BROXICICRA | 5 | N/A | USAN COUNCIL PROPOSED USAN | 230 | ☐ |
| 9. BREXIN EX | 5 | SAVAGE LABORATORIES | AMERICAN DRUG INDEX | 230 | ☐ |
| 10. BRUDER | 10 | BRUDER HEALTHCARE COMP ANY | MEDICAL DEVICE REGISTER | 231 | ☐ |
| 11. BEXALOMER | 5 | OWNER NOT LISTED | USAN COUNCIL PROPOSED USAN | 231 | ☐ |
| 12. BIXALOMER | 5 | N/A | USP DICTIONARY OF USAN AND INTERNATIONAL ... | 231 | ☐ |

| Citation | Class(es) | Owner | Source | Page | Record of Interest |
|----------|-----------|-------|--------|------|--------------------|
| 13. BURIXAFOR | | | | | |
| | 5 | N/A | USP DICTIONARY OF USAN AND INTERNATIONAL ... | 232 | ☐ |
| 14. BRONZER | | | | | |
| | 3 | TEMPTU | THE ROSE SHEET | 232 | ☐ |
| 15. BAXTER | | | | | |
| | 10 | OMNI MEDICAL SUPPLY INC. | MEDICAL DEVICE REGISTER | 232 | ☐ |
| 16. BXR | | | | | |
| | 10 | XMA (X−RAY MARKETING ASSOCIATES, INC.) | MEDICAL DEVICE REGISTER | 233 | ☐ |
| 17. BRAVAVIR | | | | | |
| | 5 | BRISTOL−MYERS SQUIBB | USP DICTIONARY OF USAN AND INTERNATIONAL ... | 233 | ☐ |
| 18. BIOMIXER | | | | | |
| | 10 | BIOSPEC PRODUCTS, INC. | THOMASNET | 233 | ☐ |
| 19. RAXAR | | | | | |
| | 5 | OTSUKA | USP DICTIONARY OF USAN AND INTERNATIONAL ... | 234 | ☐ |
| 20. LUXOR | | | | | |
| | 10 | STRYKER CORP. | MEDICAL DEVICE REGISTER | 234 | ☐ |
| 21. ZUCKER | | | | | |
| | 5,10 | C.R. BARD INC. | HEALTH INDUSTRY BUYER'S GUIDE | 234 | ☐ |
| 22. LUXFER | | | | | |
| | 10 | LUXFER GAS CYLINDERS | MEDICAL DEVICE REGISTER | 235 | ☐ |
| 23. BRENER | | | | | |
| | 5,10 | C.R. BARD INC. | HEALTH INDUSTRY BUYER'S GUIDE | 235 | ☐ |
| 24. BRENER | | | | | |
| | 10 | C. R. BARD, INC. | MEDICAL DEVICE REGISTER | 235 | ☐ |
| 25. BREUER | | | | | |
| | 10 | TORNADO INDUSTRIES | MEDICAL DEVICE REGISTER | 236 | ☐ |
| 26. UXR | | | | | |
| | 10 | XMA (X−RAY MARKETING ASSOCIATES, INC.) | MEDICAL DEVICE REGISTER | 236 | ☐ |

## GROUP FIVE

**No Group Five Matches**

**BRUXER**

### ANALYST REVIEW − COMMON LAW DATABASE REPORT

Search Information

| | |
|---|---|
| Type of Search: | **U.S. Full Search** |
| Mark: | **BRUXER** |
| Goods/Services: | **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES** |

Data Information

**PLEASE REFER TO THE COMMON LAW SOURCE INSERT FOR A REPRESENTATIVE LISTING OF OUR COMMON LAW SOURCES.**

Analyst Information

| | |
|---|---|
| Name: | **LISA SKEHAN** |
| Comments: | **The queries listed below retrieved 368 potential references from the database. After careful review and analysis I have selected 26 records for your review.** |

**BRUXER**

COL−1
**Group:** Four

**BEXXAR**

**Goods/Services:** ANTINEOPLASTICS; UNSPECIFIED
**TCM Assigned Class(es):** 5
**Ingredient(s):** TOSITUMOMAB (WITH MALTOSE)
**Strength:** 14 mg/mL
**Dose Form; Route:** VIAL (SDV,MDV OR ADDITIVE) (ML); INTRAVENOUS
**Type:** RX
**Pack Type:** VIAL
**Owner:**
  GLAXOSMITHKLINE

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BEXXAR | USPTO | Page 26 |
| BEXXAR | USPTO | Page 29 |
| BEXXAR | Common Law | Page 228 |

**Source:**
  FDB MEDKNOWLEDGE
**Publication Date:** 2012

COL−2
**Group:** Four

**BEXXAR**

**Goods/Services:** MEDICAL AND PHARMACEUTICAL PRODUCTS
**TCM Assigned Class(es):** 5,9,10
**Ingredient(s):** IODINE I 131 TOSITUMOMAB
**Type:** PRESCRIBED
**Owner:**
  GLAXOSMITHKLINE

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| BEXXAR | USPTO | Page 26 |
| BEXXAR | USPTO | Page 29 |
| BEXXAR | Common Law | Page 228 |

**Source:**
  PHYSICIANS DESK REFERENCE
**Publication Date:** 2012

**BRUXER**

**COL−3**
**Group:** Four

**BRUX−0−GARD**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
   TMJ APPLIANCE 130 BLACK FERRY COURT LITTLETON NC 27850
**Owner Phone:** 434−636−2537
**Owner Fax:** 208−988−4834
**URL:** http://www.n/a
**Source:**
   MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**COL−4**
**Group:** Four

**BROXURIDINE**

**Goods/Services:** GENERIC DRUG NAME, INN, JAN
**TCM Assigned Class(es):** 5
**Owner:**
   (NOT AVAILABLE)
**Source:**
   USP DICTIONARY OF USAN AND INTERNATIONAL DRUG NAMES
**Publication Date:** 2012

**COL−5**
**Group:** Four

**BREEZERS**

**Goods/Services:** MEDICAL SUPPLIES; UNSPECIFIED
**TCM Assigned Class(es):** 5
**Ingredient(s):** DIAPER,BRIEF,ADULT,DISPOSABLE
**Dose Form; Route:** EACH; MISCELLANEOUS
**Type:** OTC
**Pack Type:** PACKET
**Owner:**
   FIRST QUALITY
**Source:**
   FDB MEDKNOWLEDGE
**Publication Date:** 2012

**BRUXER**

COL-6
**Group:** Four

**BIXALOMER**

**Goods/Services:** TREATMENT OF HYPERPHOSPHATEMIA
**TCM Assigned Class(es):** 5
**Owner:**
AMGEN INC.
**Source:**
USAN COUNCIL ACCEPTED USAN
**Publication Date:** 2012

COL-7
**Group:** Four

**BREXPIPRAZOLE**

**Goods/Services:** TREATMENT OF SCHIZOPHRENIA, PSYCHIATRIC DISORDERS
**TCM Assigned Class(es):** 5
**Owner:**
OTSUKA PHARMACEUTICAL DEVELOPMENT & COMMERCIALIZATION
**Source:**
USAN COUNCIL ACCEPTED USAN
**Publication Date:** 2012

COL-8
**Group:** Four

**BROXICICRA**

**Goods/Services:** ANTIVIRAL
**TCM Assigned Class(es):** 5
**Owner:**
(NOT AVAILABLE)
**Source:**
USAN COUNCIL PROPOSED USAN
**Publication Date:** 2012

COL-9
**Group:** Four

**BREXIN EX**

**Goods/Services:** DECONGESTANT, EXPECTORANT.
**TCM Assigned Class(es):** 5
**Type:** OTC
**Owner:**
SAVAGE LABORATORIES 60 BAYLIS RD. MELVILLE NY 11747-2006
**Owner Phone:** 631-454-9071 800-231-0206
**URL:** http://www.savagelabs.com
**Source:**
AMERICAN DRUG INDEX
**Publication Date:** 2012

Exhibit 80
-1502-
KDA-004101

**BRUXER**

COL-10
**Group:** Four

**BRUDER**

**Goods/Services:** MEDICAL DEVICE

**TCM Assigned Class(es):** 10

**Owner:**

BRUDER HEALTHCARE COMPANY 3150 ENGINEERING PARKWAY ALPHARETTA GA 30004

**Owner Phone:** 770-569-5994

**Owner Fax:** 770-521-5557

**URL:** http://www.bruder.com

**We Have Located Other Marks With This Owner**

| BRUDER | USPTO | Page 62 |

**Source:**

MEDICAL DEVICE REGISTER

**Publication Date:** 2012

COL-11
**Group:** Four

**BEXALOMER**

**Goods/Services:** TREATMENT OF HYPERPHOSPHATEMIA

**TCM Assigned Class(es):** 5

**Owner:**

OWNER NOT LISTED

**Source:**

USAN COUNCIL PROPOSED USAN

**Publication Date:** 2012

COL-12
**Group:** Four

**BIXALOMER**

**Goods/Services:** GENERIC DRUG NAME, USAN NAME, INN, TREATMENT OF HYPERPHOSPHATEMIA.

**TCM Assigned Class(es):** 5

**Owner:**

(NOT AVAILABLE)

**Source:**

USP DICTIONARY OF USAN AND INTERNATIONAL DRUG NAMES

**Publication Date:** 2012

Exhibit 80
-1503-
KDA-004102

**BRUXER**

COL-13
**Group:** Four

**BURIXAFOR**

**Goods/Services:** GENERIC DRUG NAME, INN
**TCM Assigned Class(es):** 5
**Owner:**
(NOT AVAILABLE)
**Source:**
USP DICTIONARY OF USAN AND INTERNATIONAL DRUG NAMES
**Publication Date:** 2012

COL-14
**Group:** Four

**BRONZER**

**Goods/Services:** COSMETIC
**TCM Assigned Class(es):** 3
**Owner:**
TEMPTU
**Source:**
THE ROSE SHEET
**Source Volume:** 3226
**Page Number:** 15
**Publication Date:** 06/27/2011

COL-15
**Group:** Four

**BAXTER**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
OMNI MEDICAL SUPPLY INC. 4153 PIONEER DRIVE WALLED LAKE MI 48390
**Owner Phone:** 248-360-8000
**Owner Fax:** 248-360-9375
**URL:** http://www.omnimedicalsupply.com
**Source:**
MEDICAL DEVICE REGISTER
**Publication Date:** 2012

Exhibit 80
-1504-

**BRUXER**

**COL−16**
**Group:** Four

**BXR**

**Goods/Services:** MEDICAL DEVICE

**TCM Assigned Class(es):** 10

**Owner:**

XMA (X−RAY MARKETING ASSOCIATES, INC.) WINDHAM LAKES BUSINESS
PARK 1205 W. LAKEVIEW COURT ROMEOVILLE IL 60446−6501

**Owner Phone:** 630−378−1992

**Owner Fax:** 630−378−1048

**URL:** http://www.xma.com

**We Have Located Other Marks With This Owner**

UXR                               Common Law      Page 236

**Source:**

MEDICAL DEVICE REGISTER

**Publication Date:** 2012

---

**COL−17**
**Group:** Four

**BRAVAVIR**

**Goods/Services:** ANTIVIRAL

**TCM Assigned Class(es):** 5

**Owner:**

BRISTOL−MYERS SQUIBB

**We Have Located Other Marks With This Owner**

GLUXPER                           USPTO           Page 197

**Source:**

USP DICTIONARY OF USAN AND INTERNATIONAL DRUG NAMES

**Publication Date:** 2012

---

**COL−18**
**Group:** Four

**BIOMIXER**

**Goods/Services:** TISSUE GRINDER

**TCM Assigned Class(es):** 10

**Owner:**

BIOSPEC PRODUCTS, INC. P.O. BOX 788 BARTLESVILLE OK 74005

**Owner Phone:** (800)617−3363

**URL:** http://www.biospec.com

**Source:**

THOMASNET

**Publication Date:** 2011

**BRUXER**

COL−19
**Group:** Four

**RAXAR**

**Goods/Services:** ANTIBACTERIAL
**TCM Assigned Class(es):** 5
**Owner:**
  OTSUKA
**Source:**
  USP DICTIONARY OF USAN AND INTERNATIONAL DRUG NAMES
**Publication Date:** 2012

COL−20
**Group:** Four

**LUXOR**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
  STRYKER CORP. 2825 AIRVIEW BOULEVARD KALAMAZOO MI 49002
**Owner Phone:** 269−385−2600
**Owner Fax:** 269−385−1062
**URL:** http://www.stryker.com
**Source:**
  MEDICAL DEVICE REGISTER
**Publication Date:** 2012

COL−21
**Group:** Four

**ZUCKER**

**Goods/Services:** MEDICAL/HEALTHCARE PRODUCT
**TCM Assigned Class(es):** 5,10
**Owner:**
  C.R. BARD INC. CORPORATE HEADQUARTERS, 730 CENTRAL AVE. MURRAY
  HILL NJ 07974
**Owner Phone:** (908)277−8279
**Owner Fax:** (908)277−8240

**We Have Located Other Marks With This Owner**

| BRENER | Common Law | Page 235 |
|--------|-----------|----------|
| BRENER | Common Law | Page 235 |

**Source:**
  HEALTH INDUSTRY BUYER'S GUIDE
**Publication Date:** 2012

**BRUXER**

**COL−22**
**Group:** Four

**LUXFER**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
LUXFER GAS CYLINDERS 3016 KANSAS AVENUE RIVERSIDE CA 92507
**Owner Phone:** 951−684−5110
**Owner Fax:** 951−328−1117
**URL:** http://www.luxfercylinders.com
**Source:**
MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**COL−23**
**Group:** Four

**BRENER**

**Goods/Services:** MEDICAL/HEALTHCARE PRODUCT
**TCM Assigned Class(es):** 5,10
**Owner:**
C.R. BARD INC. CORPORATE HEADQUARTERS, 730 CENTRAL AVE. MURRAY
HILL NJ 07974
**Owner Phone:** (908)277−8279
**Owner Fax:** (908)277−8240

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ZUCKER | Common Law | Page 234 |
| BRENER | Common Law | Page 235 |

**Source:**
HEALTH INDUSTRY BUYER'S GUIDE
**Publication Date:** 2012

**COL−24**
**Group:** Four

**BRENER**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
C. R. BARD, INC. 730 CENTRAL AVE. MURRAY HILL NJ 07974
**Owner Phone:** 908−277−8000
**Owner Fax:** 908−277−8412
**URL:** http://www.crbard.com

**We Have Located Other Marks With This Owner**

| | | |
|---|---|---|
| ZUCKER | Common Law | Page 234 |
| BRENER | Common Law | Page 235 |

**BRUXER**

**Source:**
MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**COL-25**
**Group:** Four

**BREUER**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
TORNADO INDUSTRIES 7401 W. LAWRENCE AVE. CHICAGO IL 60706
**Owner Phone:** 708−867−5100
**Owner Fax:** 708−867−6968
**URL:** http://www.tornadovac.com
**Source:**
MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**COL-26**
**Group:** Four

**UXR**

**Goods/Services:** MEDICAL DEVICE
**TCM Assigned Class(es):** 10
**Owner:**
XMA (X−RAY MARKETING ASSOCIATES, INC.) WINDHAM LAKES BUSINESS
PARK 1205 W. LAKEVIEW COURT ROMEOVILLE IL 60446−6501
**Owner Phone:** 630−378−1992
**Owner Fax:** 630−378−1048
**URL:** http://www.xma.com

**We Have Located Other Marks With This Owner**

BXR                         Common Law     Page 233

**Source:**
MEDICAL DEVICE REGISTER
**Publication Date:** 2012

**BRUXER**

## Business Name Database Summary Page

| Citation | SIC Code | Description | D-U-N-S® Number | Page | Record of Interest |
|---|---|---|---|---|---|
| | | **GROUP ONE** | | | |
| | | **No Group One Matches** | | | |
| | | **GROUP TWO** | | | |
| | | **No Group Two Matches** | | | |
| | | **GROUP THREE** | | | |
| | | **No Group Three Matches** | | | |
| | | **GROUP FOUR** | | | |
| 1. BRUX | 73899999 | HOME-BASED BUSINESS, NO FURTHER INFORMATION AVAILABLE | 199437299/D&B | 240 | ☐ |
| | | **GROUP FIVE** | | | |
| | | **No Group Five Matches** | | | |

**BRUXER**

## ANALYST REVIEW − COMMON LAW/BUSINESS NAME REPORT

---

Search Information

| | |
|---|---|
| Type of Search: | **U.S. Full Search** |
| Mark: | **BRUXER** |
| Goods/Services: | **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES** |

---

Data Information

**DUN & BRADSTREET®** records, compiled from their marketing, credit and business investigation lists contains:

−name of the business
−secondary or "DBA" name, if applicable
−city, state, zip code, and telephone number
−D−U−N−S® number
−up to six SIC codes & corresponding description of goods/services.
−sales volume

**LAST D&B UPDATE**          **07/31/2012**

---

Analyst Information

| | |
|---|---|
| Name: | **LISA SKEHAN** |
| Comments: | **This report is the result of a computerized search of over 15 million business names. The database used is licensed from Dun & Bradstreet, Inc.®(D&B®). While D&B considers their database reliable, the accuracy, currentness and completeness cannot be guaranteed.** |
| | **These queries, listed below, retrieved the records that follow.** |

---

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 1. | EXACT MARK | BRU(XX,X)ER | 3,5,10,21,42,44 | 0 |
| 2. | EXACT MARK | BRU(XX,X)ER | ALL CLASSES | 0 |
| 3. | EXACT MARK | THEBRU(XX,X)ER | ALL CLASSES | 0 |
| 4. | EXACT MARK | BRU(XX,X)ER(COMPANY, COMPANIES)(0 − 255 CHARACTERS) | ALL CLASSES | 0 |
| 5. | EXACT MARK | BRU(XX,X)ERCO | ALL CLASSES | 0 |
| 6. | EXACT MARK | BRU(XX,X)ERCORP(0 − 255 CHARACTERS) | ALL CLASSES | 0 |
| 7. | EXACT MARK | BRU(XX,X)ERINC | ALL CLASSES | 0 |
| 8. | EXACT MARK | BRU(XX,X)ERINCORP(0 − 255 CHARACTERS) | ALL CLASSES | 0 |
| 9. | EXACT MARK | BRU(XX,X)ER(LTD, LIMITED)(0 − 255 CHARACTERS) | ALL CLASSES | 0 |

---

**BRUXER**

Search Strategy

| | Type | Query | Classes | #References |
|---|---|---|---|---|
| 10. | EXACT MARK | BRU(XX,X)ER(0 – 255 CHARACTERS) <and> | 3,5,10,21,42,44 | 0 |
| | WORD | BRU(XX,X)ER | | |
| 11. | WORD | BRU(XX,X)ER | 3,5,10,21,42,44 | 0 |
| 12. | PREFIX | BRU(XX,X)ER | 3,5,10,21,42,44 | 0 |
| 13. | PREFIX | BRU(X,XX)(E,I,Y)R | ALL CLASSES | 0 |
| 14. | PREFIX | BRU(X,XX) | 3,5,10,21,42,44 | 20 |

Class Identification

| | |
|---|---|
| 03 | COSMETICS AND CLEANING PREPARATIONS |
| 05 | PHARMACEUTICALS |
| 10 | MEDICAL APPARATUS |
| 21 | HOUSEWARES AND GLASS |
| 42 | SCIENTIFIC, TECHNOLOGICAL AND LEGAL SERVICES |
| 44 | MEDICAL, VETERINARY, AGRICULTURAL AND FORESTRY SERVICES |

**BRUXER**

**BRUX**

| | |
|---|---|
| **Address:** | 3440 NORTON ST APT 108 |
| | WISCONSIN RAP, WI 54494-1645 |
| **Phone:** | 715-424-5079 |
| **Line Of Business:** | BUSINESS SERVICES AT NON-COMMERCIAL SITE |
| **SIC Code/Description:** | |
| | 73899999  HOME-BASED BUSINESS, NO FURTHER |
| | INFORMATION AVAILABLE |
| **Sales Volume:** | $53,000 ESTIMATE |
| **Year Started:** | 2005 |
| **Employees Total:** | 1 |
| **Employees Here:** | 1 |
| **D-U-N-S® Number:** | 199437299-D&B |

**BRUXER**

## Online Database Source Descriptions

**Gale Group NewSearch**

Trade and business publications: more than 600 trade, general business periodicals, and management journals.

Newspapers: The New York Times, The Wall Street Journal (indexing for these two newspapers available the day after publication), the Los Angeles Times, The Washington Post, and the Christian Science Monitor.

Newswires: Full text of PR Newswire, Newsbytes, and Business Wire.

Magazines: more than 400 of the most widely–read American and Canadian magazines.

Computer journals: 120 journals specializing in the business and technical aspects of computers, electronics, and telecommunications.

Legal publications: over 700 law reviews, legal newspapers, commercial legal periodicals, and bar association journals.

Coverage: Most recent 45 days.

**BRUXER**

**[File 211]  Gale Group Newsearch(TM)**

© 2008 The Gale Group. All rights reserved.

**NO PERTINENT REFERENCES FOUND IN THE ABOVE FILES**

**BRUXER**

## Domain Name Summary Page

| Citation | Page | Record of Interest |
|---|---|---|
| **GROUP ONE** | | |
| 1. BRUXER.COM | 248 | ☐ |
| 2. BRUXERS.COM | 249 | ☐ |
| **GROUP TWO** | | |
| 3. BRUCKER.US | 251 | ☐ |
| 4. BRUCKER.ORG | 253 | ☐ |
| 5. BRUCKER.INFO | 255 | ☐ |
| 6. BRUCKER.BIZ | 257 | ☐ |
| 7. BRUCKER.COM | 257 | ☐ |
| 8. BRUCKER.NET | 260 | ☐ |
| 9. BRUCKERS.INFO | 262 | ☐ |
| 10. BRUCKERS.COM | 264 | ☐ |
| 11. BRUKER.MOBI | 266 | ☐ |
| 12. BRUKER.US | 268 | ☐ |
| 13. BRUKER.NAME | 270 | ☐ |
| 14. BRUKER.COM | 272 | ☐ |
| 15. BRUKER.NET | 274 | ☐ |
| 16. BRUKER.ORG | 276 | ☐ |
| 17. BRUKER.BIZ | 278 | ☐ |

| Citation | Page | Record of Interest |
|---|---|---|
| 18.  BRUKER.INFO | 280 | ☐ |
| 19.  BRUKERS.COM | 282 | ☐ |
| 20.  BRAXXER.COM | 284 | ☐ |
| 21.  BRAXXERS.COM | 286 | ☐ |
| 22.  BRAXXXERS.COM | 288 | ☐ |
| 23.  BREXER.COM | 288 | ☐ |
| 24.  BRIXER.COM | 290 | ☐ |
| 25.  BRIXER.NET | 292 | ☐ |
| 26.  BRIXERS.COM | 292 | ☐ |
| 27.  BRIXIAIR.COM | 295 | ☐ |
| 28.  BRIXXER.COM | 297 | ☐ |
| 29.  BROXER.COM | 299 | ☐ |
| 30.  BROXERS.BIZ | 301 | ☐ |
| 31.  BROXERS.COM | 303 | ☐ |
| 32.  BROXERS.INFO | 306 | ☐ |
| 33.  BROXERS.NET | 308 | ☐ |
| 34.  BROXERS.ORG | 311 | ☐ |
| 35.  BROXERS.US | 313 | ☐ |

Exhibit 80
-1516-
KDA-004115

**BRUXER**

| Citation | Page | Record of Interest |
|---|---|---|
| **GROUP THREE** | | |
| No Group Three Matches | | |
| **GROUP FOUR** | | |
| No Group Four Matches | | |
| **GROUP FIVE** | | |
| No Group Five Matches | | |

Exhibit 80

-1517-

KDA-004116

**BRUXER**

## ANALYST REVIEW − INTERNET DOMAIN NAME REPORT

---

Search Information

Type of Search:   **U.S. Full Search**
Mark:           **BRUXER**
Goods/Services:   **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

---

Important Notices

Due to the constantly changing nature of the Internet, and the reasons detailed below, it is possible that the status of domain names may change between the time this report is generated and the time you receive this report.  Therefore, we strongly recommend that you conduct additional domain name searching before attempting to register a domain name or forming a final opinion on the availability of a trademark or domain name.

* The dynamic nature of the Web allows for the registration of new domain names virtually continuously, 24 hours a day.
* All steps are taken to ensure the completeness and accuracy of our database.  However, due to registrar/registry administrative procedures during domain name registration, some domain names may not be present in our database.
* Domain name registrars do not report domain names which are not currently registered, nor do they report domain names which may be ″on hold″ with the registrar.
* All domain names cited in this report should be considered to be REGISTERED as of the time this report was generated.
* For common names, retrieval may be limited to the identical spelling of the name as ordered.

Due to the nature of the Web, and because we do not filter Web content, it is possible that the Web Page Lookups included in this report may contain objectionable material.  If you wish to avoid the possiblity of receiving such material, please contact us to ″opt out″ of Web Page Lookups.

---

Data Information

This report is the result of a computerized search of our database of top−level domain names. Our database is regularly updated with domain name data from all ICANN−accredited registrars and covers the following suffixes:

    .aero − air transport industry
    .asia − Asian businesses and individuals
    .biz − business
    .cat − Catalan language/culture
    .com − commercial
    .coop − for cooperatives
   *.edu − educational institution
  **.gov − U.S. Government agency
    .info − information
    .jobs − human resource management
    .mobi − content designed for mobile devices
    .name − for individuals and personalities
    .net − network
    .org − non−profit organization
    .pro − for credentialed professionals
    .tel − telephone/communications
    .travel − travel agents, airlines, hoteliers, tourism bureaus, etc.
    .us − country code for the United States
    .xxx − adult

This report covers domain names updated to our database as of the following date:        **OCT 10, 2012**

* The United States Department of Commerce no longer allows collection of the .edu domain names. Some records remain and may be cited from collections done prior to this restriction.

** The General Services Administration (GSA) no longer allows collection of the .gov domain names. Some records remain and may be cited from collections done prior to this restriction.

---

Exhibit 80
-1518-

KDA-004117

**BRUXER**

---

Analyst Information

Name:          **LISA SKEHAN**
Comments:

---

Search Strategy

| Type | Query | #References |
|------|-------|-------------|
| 1.  EXACT MARK | BRU(XX, X)ER | 2 |
| 2.  EXACT MARK | THEBRU(XX, X)ER | 0 |
| 3.  EXACT MARK | BRU(X, XX, C, K, Q, CK)ER | 19 |
| 4.  EXACT MARK | BRU(X, XX, C, K, Q, CK)SER | 0 |
| 5.  WORD | BRU(X, XX)ER | 0 |
| 6.  PREFIX | BRU(X, XX)ER | 2 |
| 7.  PHONETIC WORD | BRU(X, XX)ER | 45 |

---

Exhibit 80
-1519-

KDA-004118

**BRUXER**

DN−1
**Group:** One

## BRUXER.COM

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | WhoisGuard WhoisGuard Protected () 11400 W. Olympic Blvd. Suite 200 Los Angeles, CA 90064 US |
| **Administrative Contact:** | WhoisGuard WhoisGuard Protected (cea9f1bc25a14807ac1e52325f375a1d.protect@whoisguard.com) +1.6613102107 Fax: +1.6613102107 11400 W. Olympic Blvd. Suite 200 Los Angeles, CA 90064 US |
| **Technical Contact:** | WhoisGuard WhoisGuard Protected (cea9f1bc25a14807ac1e52325f375a1d.protect@whoisguard.com) +1.6613102107 Fax: +1.6613102107 11400 W. Olympic Blvd. Suite 200 Los Angeles, CA 90064 US Status: Locked |
| **Record History:** | **Record created on** 01−oct−2012 **Record last updated on** 08−oct−2012 **Record expires on** 01−oct−2013 |
| **Domain Servers in Listed Order:** | NS1.BLUEHOST.COM NS2.BLUEHOST.COM Status: clientTransferProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on October 11, 2012 at 5:15:12 PM. |

Exhibit 80

-1520-

KDA-004119

**BRUXER**

**DN-2**
**Group:** One

# BRUXERS.COM

**Registered by:**                    CRONON AG

Name Server: DOCKS11.RZONE.DE
Name Server: SHADES15.RZONE.DE
Status: ok
Updated Date: 26-jun-2012
Creation Date: 25-jun-2007
Expiration Date: 25-jun-2013
Domain: bruxers.com
Nameserver: shades15.rzone.de
Nameserver: docks11.rzone.de
Status: OK
Registrant Name: Bruxers
Registrant Contact: Hc Van Bruxvoort
Registrant Address: Lepelaarsingel 14a
Registrant Postal Code: 2903 AG
Registrant City: Capelle aan den IJssel
Registrant Country: NL
Registrant Phone: +31 104509895
Registrant Email: c.brux@hccnet.nl
Admin-C Name: Hc Van Bruxvoort
Admin-C Organization: Bruxers
Admin-C Address: Lepelaarsingel 14a
Admin-C Postal Code: 2903 AG
Admin-C City: Capelle aan den IJssel
Admin-C Country: NL
Admin-C Phone: +31 104509895
Admin-C Email: c.brux@hccnet.nl
Tech-C Name: Hostmaster Strato Rechenzentrum
Tech-C Address: Cronon AG Professional IT-Services
Tech-C Address: Emmy-Noether-Str. 10
Tech-C Postal Code: 76131
Tech-C City: Karlsruhe
Tech-C Country: DE
Tech-C Phone: +49 72166320305
Tech-C Fax: +49 72166320303
Tech-C Email: hostmaster@cronon-isp.net
Zone-C Name: Hostmaster Strato Rechenzentrum
Zone-C Address: Cronon AG Professional IT-Services
Zone-C Address: Emmy-Noether-Str. 10
Zone-C Postal Code: 76131
Zone-C City: Karlsruhe
Zone-C Country: DE
Zone-C Phone: +49 72166320305
Zone-C Fax: +49 72166320303
Zone-C Email: hostmaster@cronon-isp.net

**WHOIS**

**Web Page Information**

**HTML Title:**                    Web Site Currently Not Available
**Status:**                    Accessible

Exhibit 80
-1521-
KDA-004120



**BRUXERS.COM**

**BRUXER**

**DN-3**
**Group:** Two

# BRUCKER.US

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | CR14990455 Garrett Brucker Solve IT, Inc. 200 Union Blvd, Suite G-13 Lakewo od Colorado 80228 United States US Phone: +1.7202190414 Email: gbrucker@s olveit.us Registrant Application Purpose: P3 Registrant Nexus Category: C11 |
| **Administrative Contact:** | CR14990460 Garrett Brucker Solve IT, Inc. Address1: 200 Union Blvd, Suite G-13 Lakewood Colorado 80228 United States US Phone: +1.7202190414 Email: gbrucker@solveit.us Administrative Application Purpose: P3 Administrative Nex us Category: C11 |
| **Technical Contact:** | CR14990457 Garrett Brucker Solve IT, Inc. 200 Union Blvd, Suite G-13 Lakewo od Colorado 80228 United States US Phone: +1.7202190414 Email: gbrucker@s olveit.us Technical Application Purpose: P3 Technical Nexus Category: C11 |
| **Billing Contact:** | CR14990462 Garrett Brucker Solve IT, Inc. 200 Union Blvd, Suite G-13 Lakewo od Colorado 80228 United States US Phone: +1.7202190414 Email: gbrucker@s olveit.us Billing Application Purpose: P3 Billing Nexus Category: C11 |
| **Record History:** | **Record created on** Wed Jul 24 12:51:15 GMT 2002<br>**Record last updated on** Wed Sep 05 03:46:18 GMT 2012<br>**Record expires on** Tue Jul 23 23:59:59 GMT 2013 |
| **Domain Servers in Listed Order:** | NS19.DOMAINCONTROL.COM<br>NS20.DOMAINCONTROL.COM<br>Last Transferred Date: Wed Mar 26 16:06:01 GMT 2003 |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | brucker.us |
| **Status:** | Accessible |

Exhibit 80
-1523-
KDA-004122



**BRUXER**

**DN-4**
**Group:** Two

# BRUCKER.ORG

**Registered by:**                          1 & 1 Internet AG (R73-LROR)

**Registrant:**                             SPAG-34281117 Herve Brucker Herve Brucker 1 Residence du Parc Palaiseau
                                            91120 FR Phone: +33.621701202 Ext.: Fax Ext.: Email: hbrucker@free.fr

**Administrative Contact:**                 SPAG-34281117 Herve Brucker Herve Brucker 1 Residence du Parc Palaiseau
                                            91120 FR Phone: +33.621701202 Phone: Ext: Admin FAX: Admin FAX Ext: Emai
                                            l: hbrucker@free.fr

**Technical Contact:**                      SPAG-32126874 Hostmaster UNETUN Organization: 1&1 Internet SARL 7 Place
                                            de la Gare Sarreguemines 57200 FR Phone: +33.825080020 Phone: Ext: Tech
                                            FAX:+33.387959974 Tech FAX Ext: Email: hostmaster@1and1.fr

**Record History:**                         **Record created on** 06-Feb-2006 15:46:38 UTC
                                            **Record last updated on** 07-Feb-2012 01:30:36 UTC
                                            **Record expires on** 06-Feb-2013 15:46:38 UTC

**Domain Servers in Listed Order:**

                                            NS11.1AND1.FR
                                            NS12.1AND1.FR
                                            DNSSEC:Unsigned

## WHOIS

**Web Page Information**

**HTML Title:**                             401 Authorization Required
**Status:**                                 Accessible

**BRUXER**

# Authorization Required

This server could not verify that you are authorized to access the document requested. Either you supplied the wrong credentials (e.g., bad password), or your browser doesn't understand how to supply the credentials required.

Additionally, a 401 Authorization Required error was encountered while trying to use an ErrorDocument to handle the request.

**BRUCKER.ORG**

**BRUXER**

**DN−5**
**Group:** Two

# BRUCKER.INFO

**Registered by:**                        PSI−USA, Inc. dba Domain Robot (R207−LRMS)

**Registrant:**                           PSIU−10586630 Jochen Brucker Brucker Computer Consulting Loh 3 Sinsheim
                                          DE 74889 DE Phone: +49.72614023976 Ext.: Fax: +49.72614023977 Fax Ext.:
                                          Email: abuse@b−cc.de

**Administrative Contact:**               PSIU−10586630 Jochen Brucker Brucker Computer Consulting Loh 3 Sinsheim
                                          DE 74889 DE Phone: +49.72614023976 Phone: Ext: Admin FAX:+49.726140239
                                          77 Admin FAX Ext: Email: abuse@b−cc.de

**Technical Contact:**                    PSIU−10930199 Jochen Brucker Organization: Brucker Computer Consulting
                                          Loh 3 Sinsheim DE 74889 DE Phone: +49.72614023976 Phone: Ext: Tech FAX:+
                                          49.72614023877 Tech FAX Ext: Email: abuse@b−cc.de

**Billing Contact:**                      PSIU−10586630 Jochen Brucker Brucker Computer Consulting Loh 3 Sinsheim
                                          DE 74889 DE Phone: +49.72614023976 Ext.: Fax: +49.72614023977 Fax Ext:
                                          email: abuse@b−cc.de

**Record History:**                       **Record created on** 07−Mar−2004 22:31:20 UTC
                                          **Record last updated on** 08−Mar−2012 22:25:32 UTC
                                          **Record expires on** 07−Mar−2013 22:31:20 UTC

**Domain Servers in Listed Order:**

                                          NS.USERMENUE.DE
                                          NSB8.SCHLUNDTECH.DE
                                          NSC8.SCHLUNDTECH.DE
                                          NSD8.SCHLUNDTECH.DE

**WHOIS**

**Web Page Information**

**HTML Title:**                           Default Parallels Plesk Panel Page
**Status:**                               Accessible

**BRUXER**



Analyst LISA SKEHAN
Exhibit 80
-1528-

**BRUXER**

**DN–6**
**Group:** Two

# BRUCKER.BIZ

| | |
|---|---|
| **Registered by:** | TUCOWS.COM CO. |
| **Registrant:** | TUDEXGDQVVK4NZJ6 Jochen Brucker Jochen Brucker Loh 3 Sinsheim 74889 Germany DE Phone: +49.17611188999 Email: opensrs@namespace4you.com |
| **Administrative Contact:** | TUYAQADTOK3LZXPQ Jochen Brucker Jochen Brucker Address1: Loh 3 Sinshe im 74889 Germany DE Phone: +49.17611188999 Email: opensrs@namespace4 you.com |
| **Technical Contact:** | TUJXFFLZRDEDSDCS Hostmaster Domainfactory Domainfactory GmbH Oskar –Messter–Str. 33 Ismaning 85737 Germany DE Phone: +49.89552660 Email: opensrs@namespace4you.com |
| **Billing Contact:** | TU1PVTSN3PB3IYHI Hostmaster Domainfactory Domainfactory GmbH Oskar– Messter–Str. 33 Ismaning 85737 Germany DE Phone: +49.89552660 Email: ope nsrs@namespace4you.com |
| **Record History:** | **Record created on** Fri Mar 26 19:19:31 GMT 2004 **Record last updated on** Thu Aug 23 16:18:49 GMT 2012 **Record expires on** Mon Mar 25 23:59:59 GMT 2013 |
| **Domain Servers in Listed Order:** | NS.NAMESPACE4YOU.COM NS2.NAMESPACE4YOU.COM Last Transferred Date: Sat Jun 09 22:08:57 GMT 2007 |

**WHOIS**

**Web Page Information**
**Status:**        Site not accessible at time of analysis on October 11, 2012 at 5:16:26 PM.

---

**DN–7**
**Group:** Two

# BRUCKER.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Michael Brucker 63 Ayamonte Ct San Ramon, California 94583 United States |
| **Administrative Contact:** | Brucker, Michael michael@brucker.com 63 Ayamonte Ct San Ramon, California 94583 United States 925–275–1080 |
| **Technical Contact:** | Brucker, Michael michael@brucker.com 63 Ayamonte Ct San Ramon, California 94583 United States 925–275–1080 |
| **Record History:** | **Record created on** 24–jul–1995 **Record last updated on** 28–nov–2007 **Record expires on** 23–jul–2016 |
| **Domain Servers in Listed Order:** | NS43.DOMAINCONTROL.COM NS44.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Brucker Family History – Welcome to The Brucker Family Genealogy Site |
| **Keywords:** | brucker, michael, genealogy, brucker family, Pearl, Lyzwa, Greenberg, Berkowitz, |

**BRUXER**

                    Friend, Feller, Grubart, family, genealogy, geneology, genealogist, michael bruck
                    er

**Description:**           Brucker, Brucker Genealogy, Pearl, Lyzwa, Greenberg, Berkowitz, Friend, Feller,
                    Grubart.

**Status:**                Accessible

**BRUXER**

Home



# Genealogy of the Brucker Family

*Containing genealogical and family history information
for the*

## *BRUCKER*

*family*

*Coming!*

For more information, contact: Michael Brucker

**BRUCKER.COM**

**BRUXER**

**DN-8**
**Group:** Two

# BRUCKER.NET

**Registered by:** TUCOWS.COM, INC.

**Registrant:** Tucows.com Co 96 Mowat Avenue Toronto, ON M6K3M1 CA

**Administrative Contact:** Admin, Domain domain_management@tucows.com 96 Mowat Avenue Toronto, ON M6K3M1 CA +1.4165350123

**Technical Contact:** Admin, Domain domain_management@tucows.com 96 Mowat Avenue Toronto, ON M6K3M1 CA +1.4165350123

**Record History:** **Record created on** 09-dec-1998
**Record last updated on** 09-nov-2011
**Record expires on** 08-dec-2012

**Domain Servers in Listed Order:**

NS1.MAILBANK.COM
NS2.MAILBANK.COM
Status: clientTransferProhibited
Status: clientUpdateProhibited

**WHOIS**

**Web Page Information**

**HTML Title:** brucker.net
**Status:** Accessible



**BRUXER**

DN−9
**Group:** Two

# BRUCKERS.INFO

| | |
|---|---|
| **Registered by:** | Wild West Domains, LLC (R213−LRMS) |
| **Registrant:** | CR103445219 Host Master Bruckers 593 Holly Lane Birmingham West Midlands B24 9LU GB Phone: +84.56530225 Ext.: Fax Ext.: Email: hm@bruckers.info |
| **Administrative Contact:** | CR103445221 Host Master Bruckers 593 Holly Lane Birmingham West Midlands B24 9LU GB Phone: +84.56530225 Phone: Ext: Admin FAX: Admin FAX Ext: Em ail: hm@bruckers.info |
| **Technical Contact:** | CR103445220 Host Master Organization: Bruckers 593 Holly Lane Birmingham West Midlands B24 9LU GB Phone: +84.56530225 Phone: Ext: Tech FAX: Tech FAX Ext: Email: hm@bruckers.info |
| **Billing Contact:** | CR103445222 Host Master Bruckers 593 Holly Lane Birmingham West Midlands B24 9LU GB Phone: +84.56530225 Ext.: Fax Ext: email: hm@bruckers.info |
| **Record History:** | **Record created on** 22−Jan−2012 18:50:12 UTC<br>**Record last updated on** 02−Oct−2012 20:08:24 UTC<br>**Record expires on** 22−Jan−2013 18:50:12 UTC |
| **Domain Servers in Listed Order:** | NS43.DOMAINCONTROL.COM<br>NS44.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Sarah Bass |
| **Keywords:** | most powerful ring, most powerful ring green lantern, most powerful ring oblivion, powerful green lantern ring, powerful ring flash, ring powerful, ring powerful lord rings, ring so powerful, ring so powerful lord rings, zomg most powerful ring |
| **Status:** | Accessible |



# Sarah Bass
*Specialist Global Supplier*

Home   Contact   Sitemap   Privacy Policy   Terms and Conditions

## Ring Powerful

ADMIN / OCTOBER 11, 2012 / POPULAR / PERMALINK

**Ring Powerful**

SEARC

Search..

right now on
**ebY**

| US Auctions ▼ |   | Price + Shipping: Highest ▼ |

RECEN

### 849 CARAT BURMA SAPPHIRE MENS POWER STATUS CLASSIC HOT JEWEL

$39,000.00
End Date: Sunday Oct-28-2012 13:21:28 PDT
Buy It Now for only: $39,000.00
Buy It Now | Add to watch list

- Carved
- Skull A
- Natura
- Time H
- White
- Lantier
- Brown
- Unakit
- Person
- Bell WI

### UNDEFINABLE POWERFUL RING 8344 CTSNATURAL ZAMBIA EMERALD GOLD DIAMOND

$21,450.00
End Date: Tuesday Oct-23-2012 5:30:23 PDT
Buy It Now for only: $21,450.00
Buy It Now | Add to watch list

FEATU

- Ring P
- Make
- Great
- Ball Ti
- Photo

**BRUCKERS.INFO**

**BRUXER**

**DN-10**
**Group:** Two

# BRUCKERS.COM

**Registered by:**                    Rebel.com

Name Server: NS1.ABOVE.COM
Name Server: NS2.ABOVE.COM
Status: clientTransferProhibited
Status: clientUpdateProhibited
Updated Date: 13-may-2012
Creation Date: 07-apr-1998
Expiration Date: 06-apr-2013
The results below are provided by Rebel.com.
(whois.Rebel.com)
Domain: bruckers.com
Date Registered: 04/07/98
Date Modified: 05/18/12
Expiry Date: 04/06/13
DNS1: ns1.above.com
DNS2: ns2.above.com
Registrant
Terra Serve
Domain Administrator
P.O. Box 587
West Bay, Grand Cayman (KY)
GT
Administrative Contact
Terra Serve
Domain Administrator
P.O. Box 587
West Bay, Grand Cayman (KY)
GT
newsixco@gmail.com
+345.345-912-7179
Technical Contact
Terra Serve
Domain Administrator
P.O. Box 587
West Bay, Grand Cayman (KY)
GT
newsixco@gmail.com
+345.345-912-7179
Registrar: Rebel.com
Register your domain now at www.Rebel.com

**WHOIS**

**Web Page Information**

**HTML Title:**                    bruckers.com
**Status:**                    Accessible

Exhibit 80
-1536-
KDA-004135

**BRUXER**

...

**BRUXER**

**DN-11**
**Group:** Two

# BRUKER.MOBI

| | |
|---|---|
| **Registered by:** | whois.dotmobiregistry.net |
| **Registrant:** | CR95860403 Jerry Sooter Bruker AXS Handheld, Inc 415 N. Quay St Suite #1 Kennewick Washington 99336 US Phone: +1.5097839850 Email: info@brukerha ndheldxrf.com |
| **Administrative Contact:** | CR95860405 Jerry Sooter Bruker AXS Handheld, Inc 415 N. Quay St Suite #1 Kennewick Washington 99336 US Phone: +1.5097839850 Email: info@brukerha ndheldxrf.com |
| **Technical Contact:** | CR95860404 Jerry Sooter Organization: Bruker AXS Handheld, Inc 415 N. Quay St Suite #1 Kennewick Washington 99336 US Phone: +1.5097839850 Email: info @brukerhandheldxrf.com |
| **Record History:** | **Record created on** 19-Oct-2011 19:56:52 UTC<br>**Record last updated on** 13-Sep-2012 15:21:17 UTC<br>**Record expires on** 19-Oct-2014 19:56:52 UTC |
| **Domain Servers in Listed Order:** | NS41.DOMAINCONTROL.COM<br>NS42.DOMAINCONTROL.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.bruker.mobi |
| **Status:** | Accessible |

Exhibit 80
-1538-
KDA-004137

**BRUXER**



**BRUKER.MOBI**

Exhibit 80

-1539-

KDA-004138

**BRUXER**

**DN−12**
**Group:** Two

# BRUKER.US

| | |
|---|---|
| **Registered by:** | GODADDY.COM, INC. |
| **Registrant:** | CR67702098 Yaqiang Wang 3340 Sawtelle Blvd Apt 106 Los Angeles California 90066 United States US Phone: +1.9193606862 Email: yaqwang@gmail.com Registrant Application Purpose: P3 Registrant Nexus Category: C11 |
| **Administrative Contact:** | CR67702100 Yaqiang Wang Address1: 3340 Sawtelle Blvd Apt 106 Los Angeles California 90066 United States US Phone: +1.9193606862 Email: yaqwang@ga mil.com Administrative Application Purpose: P3 Administrative Nexus Category: C11 |
| **Technical Contact:** | CR67702099 Yaqiang Wang 881 Martin Luther King Jr. Blvd Apt 10E Chapel Hill North Carolina 27514 United States US Phone: +1.9193606862 Email: yaqwang @gmail.com Technical Application Purpose: P3 Technical Nexus Category: C11 |
| **Billing Contact:** | CR67702101 Yaqiang Wang 881 Martin Luther King Jr. Blvd Apt 10E Chapel Hill North Carolina 27514 United States US Phone: +1.9193606862 Email: yaqwang @gmail.com Billing Application Purpose: P3 Billing Nexus Category: C11 |
| **Record History:** | **Record created on** Wed Nov 24 00:11:27 GMT 2010 **Record last updated on** Sun Nov 13 13:06:01 GMT 2011 **Record expires on** Fri Nov 23 23:59:59 GMT 2012 |
| **Domain Servers in Listed Order:** | NS1.SEDOPARKING.COM NS2.SEDOPARKING.COM |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | bruker.us − bruker Resources and Information. This website is for sale! |
| **Description:** | bruker.us is your first and best source for information about bruker . Here you will also find topics relating to issues of general interest. We hope you find what you are looking for! |
| **Status:** | Accessible |

Exhibit 80
-1540-
KDA-004139



Language: English

# bruker.us

Sponsored listings

▶ **Minnesota Life**
Breaking The Standard In Group Life Contact Us Today
To Find Out More!
www.ExpectGreatService.com

▶ **Cheapest Auto Insurance**
Compare 13 Auto Insurance Quotes Takes ~4min, One
Form, Fast Results
www.onlineautoinsurance.com

▶ **Affordable Term Insurance**
Term Life Insurance As Low As $21 Per Month For
$500,000 Of Coverage
metlife.com

▶ **Gold Bullion 1% Over Cost**
Free 7 Day Shipping For New Clients Call 800-679-5373 –
BBB A+ Rating
www.MeritGold.com

▶ **DrawingBoard Printing**
Find Quality Labels, Forms & More For Your Small
Business. Shop Now!
www.DrawingBoard.com

▶ **CPR Certification Online**
Get CPR certified. AHA compliant Online CPR Class for
Healthcare.
www.ProCPR.org

▶ **PlumberSurplus.com**
Low Prices & Free Shipping on 1000s Of Products! Point.
Click. Plumb.
www.PlumberSurplus.com

▶ **Recycle Fluorescent Lamps**

Related Searches

Life Insurance Price
Term Policy
Term Life Insurance
Rate
Whole Insurance
Insurance Burial
Family Life Insurance
Policies
Term Insurance Online
Life Insurance Policy
Cost
Global Life Insurance
Company
Savings Bank Life
Insurance

BRUKER.US

**DN−13**
**Group:** Two

# BRUKER.NAME

[Querying whois.nic.name]
[whois.nic.name]
****

Domain Name ID: 1126910DOMAIN−NAME
Domain Status: ok

**WHOIS**

**Web Page Information**

**HTML Title:**          Hans−Peter
**Status:**          Accessible

Exhibit 80
-1542-
KDA-004141

**BRUXER**



**BRUKER.NAME**

Analyst: LISA SKEHAN

Exhibit 80
-1543-

Domain Name Page: 271

KDA-004142

**BRUXER**

# BRUKER.COM

| | |
|---|---|
| **Registered by:** | NETWORK SOLUTIONS, INC. |
| **Registrant:** | Bruker Intstruments Inc (BRUKER-DOM) Manning Park Billlerica, MA 01821 US |
| **Administrative Contact, Technical Contact:** | |
| | Murray, Ed (EM467) em@BRUKER.COM Bruker Instruments Inc. Manning Park Billerica, MA 01821 US (508) 667-9580 |
| **Record History:** | **Record created on** 14-Sep-1989.<br>**Record last updated on** 13-Sep-2012.<br>**Record expires on** 13-Sep-2022. |
| **Domain Servers in Listed Order:** | |
| | DNS.BRUKER.COM 173.13.75.237<br>NS5.DNSMADEEASY.COM<br>NS6.DNSMADEEASY.COM<br>NS7.DNSMADEEASY.COM<br>Domain Name: BRUKER.COM<br>DNS.BRUKER.COM<br>NS5.DNSMADEEASY.COM<br>NS6.DNSMADEEASY.COM<br>NS7.DNSMADEEASY.COM<br>Status: clientTransferProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Bruker - Analytical Instruments for IR, NIR, Raman, NMR, EPR, MRI, TOF MS, XRD and XRF Spectroscopy | Bruker |
| **Keywords:** | Bruker, spectrometer, instruments, NMR, EPR, ESR, MRI, MRT, magnets, XRD, XRF, SCD, X-ray, MALDI, TOF, mass spectrometry, FTMS, FT-IR, FT-NIR, Raman, TD-NMR, CBRNE, life science, materials research, food, pharmaceuticals, research, quality control |
| **Description:** | Bruker BioSpin designs, manufactures and distributes enabling life science and analytical research tools based on magnetic resonance core technology. |
| **Status:** | Accessible |

**BRUXER**



Exhibit 80
-1545-

KDA-004144

**BRUXER**

# BRUKER.NET

| | |
|---|---|
| **Registered by:** | ENOM, INC. |
| **Registrant:** | BuyDomains.com This Domain For Sale Toll Free: 866-822-9073 Worldwide: 339-222-5132 (brokerage@buydomains.com) +1.3392225132 Fax: +1.7818392801 738 Main Street, #389 Waltham, MA 02451 US |
| **Administrative Contact:** | BuyDomains.com This Domain For Sale Toll Free: 866-822-9073 (brokerage@buydomains.com) +1.3392225132 Fax: +1.7818392801 738 Main Street, #389 Waltham, MA 02451 US |
| **Technical Contact:** | BuyDomains.com This Domain For Sale Toll Free: 866-822-9073 (brokerage@buydomains.com) +1.3392225132 Fax: +1.7818392801 738 Main Street, #389 Waltham, MA 02451 US Status: Locked |
| **Record History:** | **Record created on** 25-apr-2003 **Record last updated on** 27-mar-2012 **Record expires on** 25-apr-2013 |
| **Domain Servers in Listed Order:** | NS.BUYDOMAINS.COM THIS-DOMAIN-FOR-SALE.COM Status: clientTransferProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | This domain may be for sale. Contact Buydomains.com. |
| **Keywords:** | Free Car Insurance Quote, Online Education, Free Credit Score, Online Checking Account, Free Legal Advice, Classified Ads, Credit Card Help, Online Shopping |
| **Description:** | bruker.net |
| **Status:** | Accessible |

**BRUXER**



**BRUKER.NET**

**BRUXER**

**DN−16**
**Group:** Two

# BRUKER.ORG

| | |
|---|---|
| **Registered by:** | ASCIO Technologies, Inc. − Denmark (R76−LROR) |
| **Registrant:** | ASCIO5700833−001 Guenther, Udo Bruker Elektronik GmbH Am Silberstreifen Rheinstetten D−76278 DE Phone: +49.72151614 Ext.: Fax Ext.: Email: udo.guenther@bruker.de |
| **Administrative Contact:** | AT27372321−053 Dr Udo Guenther Bruker Elektronik GmbH Akazienweg 2 IT−Manager Rheinstetten 76287 DE Phone: +49.72151616442 Phone: Ext: Admin FAX:+49.721516191442 Admin FAX Ext: Email: udo.guenther@bruker.de |
| **Technical Contact:** | AT29408966−001 Udo Guenther Organization: Bruker Elektronik GmbH Software Department Ettlingen 76275 DE Phone: +49.7243504442 Phone: Ext: Tech FAX:+49.7243504442 Tech FAX Ext: Email: udo.guenther@bruker.de |
| **Record History:** | **Record created on** 10−Jul−2001 15:03:03 UTC<br>**Record last updated on** 12−Jan−2009 11:18:05 UTC<br>**Record expires on** 10−Jul−2013 15:03:03 UTC |
| **Domain Servers in Listed Order:** | NS2.ASCIO.NET<br>NS1.ASCIO.NET<br>NS3.ASCIO.NET<br>NS.BRUKER.DE<br>DNSSEC:Unsigned |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Startseite | Bruker |
| **Keywords:** | Bruker, spectrometer, instruments, NMR, EPR, ESR, MRI, MRT, magnets, XRD, XRF, SCD, X−ray, MALDI, TOF, mass spectrometry, FTMS, FT−IR, FT−NIR, Raman, TD−NMR, CBRNE, life science, materials research, food, pharmaceuticals, research, quality control |
| **Description:** | Bruker BioSpin designs, manufactures and distributes enabling life science and analytical research tools based on magnetic resonance core technology. |
| **Status:** | Accessible |

Exhibit 80
-1548-
KDA-004147

**BRUXER**



**BRUXER**

**DN-17**
**Group:** Two

# BRUKER.BIZ

| | |
|---|---|
| **Registered by:** | REGISTER.COM, INC. |
| **Registrant:** | 7288602EFFE6F790 Ed Murray Bruker Instruments 15 Fortune Dr Billerica MA 01821 United States US Phone: +1.9786679580 Fax: +1.9789017521 Email: Ed.Murray@bruker-biospin.com |
| **Administrative Contact:** | NEUL-0000187536 Ed Murray Address1: 15 Fortune Dr Billerica MA 01821 United States US Phone: +1.9786679580 Email: em@bruker.com |
| **Technical Contact:** | NEUL-0000187540 Domain Registrar 575 8th Avenue New York NY 10018 United States US Phone: +1.2127989200 Email: domain-registrar@register.com |
| **Billing Contact:** | NEUL-0000187538 Register.com Finance 575 8th Ave new york ny 10018 United States US Phone: +1.8008899723 Email: service@register.com |
| **Record History:** | **Record created on** Wed Nov 07 00:01:00 GMT 2001 <br> **Record last updated on** Thu Sep 20 21:38:55 GMT 2012 <br> **Record expires on** Wed Nov 06 23:59:00 GMT 2013 |
| **Domain Servers in Listed Order:** | DNS.BRUKER.COM <br> DNS2.BRUKER.COM |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Bruker - Analytical Instruments for IR, NIR, Raman, NMR, EPR, MRI, TOF MS, XRD and XRF Spectroscopy | Bruker |
| **Keywords:** | Bruker, spectrometer, instruments, NMR, EPR, ESR, MRI, MRT, magnets, XRD, XRF, SCD, X-ray, MALDI, TOF, mass spectrometry, FTMS, FT-IR, FT-NIR, Raman, TD-NMR, CBRNE, life science, materials research, food, pharmaceuticals, research, quality control |
| **Description:** | Bruker BioSpin designs, manufactures and distributes enabling life science and analytical research tools based on magnetic resonance core technology. |
| **Status:** | Accessible |

Exhibit 80
-1550-
KDA-004149

**BRUXER**



**BRUXER**

# BRUKER.INFO

| | |
|---|---|
| **Registered by:** | ASCIO Technologies, Inc. – Denmark (R117–LRMS) |
| **Registrant:** | AT22184075–011 Robin Wohlers Bruker Daltonik GmbH Fahrenheitstr. 4 Bremen 28359 DE Phone: +49.4212205330 Ext.: Fax: +49.4212205103 Fax Ext.: Email: row@bdal.de |
| **Administrative Contact:** | AT63964680–053 Robin Wohlers Bruker Daltonik GmbH Fahrenheitstrasse 4 Bremen 28359 DE Phone: +49.4212205330 Phone: Ext: Admin FAX:+49.4212205309 Admin FAX Ext: Email: row@bdal.de |
| **Technical Contact:** | C7423327–LRMS UUNET–DE ** Hostmaster Organization: Sebrathweg 20 ** Dortmund D–44149 ** ** DE Phone: +1.4923197200 Phone: Ext: Tech FAX:+1.492319722082 Tech FAX Ext: Email: hostmaster@DE.UU.NET |
| **Billing Contact:** | C7487467–LRMS UUNET Germany UUNET Germany Sebrathweg 20 Dortmund 44149 DE Phone: +49.2319720 Ext.: Fax: +49.2319722083 Fax Ext: email: domtech@eu.uu.net |
| **Record History:** | **Record created on** 10–Oct–2001 17:29:15 UTC<br>**Record last updated on** 10–Oct–2012 22:23:07 UTC<br>**Record expires on** 10–Oct–2013 17:29:15 UTC |
| **Domain Servers in Listed Order:** | AUTH02.NS.DE.UU.NET<br>AUTH52.NS.DE.UU.NET |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Startseite | Bruker |
| **Keywords:** | Bruker, spectrometer, instruments, NMR, EPR, ESR, MRI, MRT, magnets, XRD, XRF, SCD, X–ray, MALDI, TOF, mass spectrometry, FTMS, FT–IR, FT–NIR, Raman, TD–NMR, CBRNE, life science, materials research, food, pharmaceuticals, research, quality control |
| **Description:** | Bruker BioSpin designs, manufactures and distributes enabling life science and analytical research tools based on magnetic resonance core technology. |
| **Status:** | Accessible |

Exhibit 80
-1552-
KDA-004151



**BRUXER**

## BRUKERS.COM

| | |
|---|---|
| **Registered by:** | NETART REGISTRAR SP. Z O.O. |
| **Registrant:** | dawid knop strzegomska 51a/5 goczalkow dolnoslaskie 58-152 PL Phone: +48.605560475 Email: kaenope@o2.pl |
| **Administrative Contact:** | Katarzyna Sekunda-Piszczek NetArt Spolka Akcyjna S.K.A. Cystersow 20a Krakow malopolskie 31-553 PL Phone: +48.122978810 Fax: +48.122978808 Email: info@nazwa.pl |
| **Technical Contact:** | Katarzyna Sekunda-Piszczek Organization: NetArt Spolka Akcyjna S.K.A. Cystersow 20a Krakow malopolskie 31-553 PL Phone: +48.122978810 Fax: +48.122978808 Email: info@nazwa.pl ns2.netart.pl ns1.netart.pl |
| **Billing Contact:** | Katarzyna Sekunda-Piszczek NetArt Spolka Akcyjna S.K.A. Cystersow 20a Krakow malopolskie 31-553 PL Phone: +48.122978810 Fax: +48.122978808 email: info@nazwa.pl |
| **Record History:** | **Record created on** 19-mar-2009 **Record last updated on** 13-mar-2012 **Record expires on** 19-mar-2013 |
| **Domain Servers in Listed Order:** | NS1.NETART.PL NS2.NETART.PL Status: ok |

### WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | Brukers.com - uslugi brukarskie - ukladanie kostki granitowej |
| **Keywords:** | ukladanie kostki granitowej, ukladanie kostki brukowej, brukarstwo wroclaw, bruk arstwo, uslugi brukarskie, kostka granitowa, kostka brukowa, budowa dróg, budo wa chodników |
| **Description:** | Profesjonalne uslugi brukarskie i sprzedaz kostki granitowej - Firma Brukers - ukladanie kostki brukowej. Brukarstwo Wroclaw. |
| **Status:** | Accessible |

**BRUXER**



**BRUXER**

**DN-20**
**Group:** Two

# BRAXXER.COM

**Registered by:**                            APRIL SEA INFORMATION TECHNOLOGY CORPORATION

**Registrant:**                                  Vietnam Domain Privacy Services Viet nam Dich Vu Bao Mat Ten Mien Room
606, Indochina Park Tower 04 Nguyen Dinh Chieu Str, District 1 HoChiMinh City
- Viet Nam Email: baomat@dichvubaomattenmien.vn Phone: 84-8-2242-3641
Fax: 84-8-2220-2013 Domain Name: braxxer.com

**Administrative Contact:**            Vietnam Domain Privacy Services Viet nam Dich Vu Bao Mat Ten Mien Room
606, Indochina Park Tower 04 Nguyen Dinh Chieu Str, District 1 HoChiMinh City
- Viet Nam Email: baomat@dichvubaomattenmien.vn Phone: 84-8-2242-3641
Fax: 84-8-2220-2013

**Technical Contact:**                    Vietnam Domain Privacy Services Viet nam Dich Vu Bao Mat Ten Mien Room
606, Indochina Park Tower 04 Nguyen Dinh Chieu Str, District 1 HoChiMinh City
- Viet Nam Email: baomat@dichvubaomattenmien.vn Phone: 84-8-2242-3641
Fax: 84-8-2220-2013

**Record History:**                          **Record created on** 03-nov-2009
**Record last updated on** 04-nov-2011
**Record expires on** 03-nov-2012

**Domain Servers in Listed Order:**

                                   DPNS1.DNSNAMESERVER.ORG
DPNS2.DNSNAMESERVER.ORG
DPNS3.DNSNAMESERVER.ORG
DPNS4.DNSNAMESERVER.ORG
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

**WHOIS**

**Web Page Information**

**HTML Title:**                        Welcome to www.braxxer.com
**Status:**                             Accessible

Exhibit 80

-1556-

KDA-004155

**BRUXER**



**BRAXXER.COM**

**BRUXER**

**DN-21**
**Group:** Two

# BRAXXERS.COM

**Registered by:**    APRIL SEA INFORMATION TECHNOLOGY CORPORATION

**Registrant:**    Vietnam Domain Privacy Services Viet nam Dich Vu Bao Mat Ten Mien Room 606, Indochina Park Tower 04 Nguyen Dinh Chieu Str, District 1 HoChiMinh City - Viet Nam Email: baomat@dichvubaomattenmien.vn Phone: 84-8-2242-3641 Fax: 84-8-2220-2013 Domain Name: braxxers.com

**Administrative Contact:**    Vietnam Domain Privacy Services Viet nam Dich Vu Bao Mat Ten Mien Room 606, Indochina Park Tower 04 Nguyen Dinh Chieu Str, District 1 HoChiMinh City - Viet Nam Email: baomat@dichvubaomattenmien.vn Phone: 84-8-2242-3641 Fax: 84-8-2220-2013

**Technical Contact:**    Vietnam Domain Privacy Services Viet nam Dich Vu Bao Mat Ten Mien Room 606, Indochina Park Tower 04 Nguyen Dinh Chieu Str, District 1 HoChiMinh City - Viet Nam Email: baomat@dichvubaomattenmien.vn Phone: 84-8-2242-3641 Fax: 84-8-2220-2013

**Record History:**    **Record created on** 15-oct-2006
**Record last updated on** 28-oct-2011
**Record expires on** 15-oct-2012

**Domain Servers in Listed Order:**

DPNS1.DNSNAMESERVER.ORG
DPNS2.DNSNAMESERVER.ORG
DPNS3.DNSNAMESERVER.ORG
DPNS4.DNSNAMESERVER.ORG
Status: clientDeleteProhibited
Status: clientTransferProhibited
Status: clientUpdateProhibited

## WHOIS

**Web Page Information**

**HTML Title:**    braxxers.com
**Keywords:**    braxxers.com
**Description:**    braxxers.com
**Status:**    Accessible

**BRUXER**



**BRAXXERS.COM**

**BRUXER**

**DN-22**
**Group:** Two

## BRAXXXERS.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Levi Stanley 12745 E. Randall Park Drive #143 Miami, Florida 33167 United States |
| **Administrative Contact:** | Stanley, Levi levi@eneservices.com 12745 E. Randall Park Drive #143 Miami, Florida 33167 United States (954) 302-3613 Fax -- (888) 629-9711 |
| **Technical Contact:** | Stanley, Levi levi@eneservices.com 12745 E. Randall Park Drive #143 Miami, Florida 33167 United States (954) 302-3613 Fax -- (888) 629-9711 |
| **Record History:** | **Record created on** 24-jun-2011<br>**Record last updated on** 25-jun-2012<br>**Record expires on** 24-jun-2013 |
| **Domain Servers in Listed Order:** | NS1.POWERDNSADMIN.COM<br>NS2.POWERDNSADMIN.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**WHOIS**

**Web Page Information**
**Status:**                 Site not accessible at time of analysis on October 11, 2012 at 5:18:09 PM.

---

**DN-23**
**Group:** Two

## BREXER.COM

There is no additional Registrar or WHOIS information available for this domain name.

**WHOIS**

**Web Page Information**

**HTML Title:**          Authentication required!
**Status:**               Accessible

Exhibit 80
-1560-
KDA-004159

# Authentication required!

This server could not verify that you are authorized to access the URL "/". You either supplied the wrong credentials (e.g., bad password), or your browser doesn't understand how to supply the credentials required.

In case you are allowed to request the document, please check your user-id and password and try again.

If you think this is a server error, please contact the webmaster.

## Error 401

*www.brexer.com*
*Thu Oct 11 23:16:46 2012*
*Apache*

**BREXER.COM**

**BRUXER**

**DN−24**
**Group:** Two

# BRIXER.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration BRIXER.COM@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsd ale, Arizona 85260 United States (480) 624−2599 Fax −− (480) 624−2598 |
| **Technical Contact:** | Private, Registration BRIXER.COM@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsd ale, Arizona 85260 United States (480) 624−2599 Fax −− (480) 624−2598 |
| **Record History:** | **Record created on** 11−aug−2006 <br> **Record last updated on** 21−jul−2012 <br> **Record expires on** 11−aug−2014 |
| **Domain Servers in Listed Order:** | NS63.DOMAINCONTROL.COM <br> NS64.DOMAINCONTROL.COM <br> Status: clientDeleteProhibited <br> Status: clientRenewProhibited <br> Status: clientTransferProhibited <br> Status: clientUpdateProhibited |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.brixer.com |
| **Status:** | Accessible |

Exhibit 80
-1562-
KDA-004161

**BRUXER**





Welcome to: **brixer.com**
This Web page is parked for FREE, courtesy of GoDaddy.com.

**Is this your domain?**
Let's turn it into a website!
**Get Started**

OR

**Would you like to buy this domain?**
**Learn More**

Search

**Free Domain Nam**
**Builder Purchase**
Your business deserves
Our design wizard make
and drop!

**Share your str**
**Website Care**
Each package inclu
• A domain
• Personal blog
• Donation widget

**Just $24.99/yr**
$5 of every sale goes
National Breast Cance

**Your small busine**
**all in one place**
• Automates your acco
• Keeps tax records u
• Safely stores your da
• Sign up for a FREE a

**Ads**

**Auto insurance** metlife.com
Find Out If You're Eligible To Save Up To $294/Year On Auto Insurance

**Advantage Software** www.gotoadvantage.com
Project Mgmt, Estimating, Finance Service and Construction Industries

**DrawingBoard Printing** www.DrawingBoard.com
Quality Labels, Forms & More For Your Business + 10% Off Now!

**No Exam Life Insurance** www.ANICODirect.com
Up to $250,000 of life insurance. Apply online. Get covered today.

**Affordable Term Life** www.SelectQuote.com
Find Your Best Buy from Our Highly Rated Insurers. Free Quotes!

**Cash Home Buyers** www.HomeVestors.com
We'll Pay Cash for Your Home. Before Your Next Payment is Due

**Construction Software** www.Procore.Com
Construction Project Management Integrated Online Software Tools

**New Ford Sale 2012** Ford.Auto-Price-Finder.com
Ford Dealers are Cutting Prices! Find New Ford Deals Now.

**Recycle Fluorescent Lamps** www.LampRecycling.com
Order Your Pre-Paid Container Today Get a Certificate of Recycling.

**Online MBA University** www.post.edu/Online
Earn your MBA with a reputable online school—Request info now!

**BRIXER.COM**

**BRUXER**

**DN-25**
**Group:** Two

# BRIXER.NET

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsdale, Arizona 85260 United States |
| **Administrative Contact:** | Private, Registration BRIXER.NET@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsd ale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2598 |
| **Technical Contact:** | Private, Registration BRIXER.NET@domainsbyproxy.com Domains By Proxy, LLC DomainsByProxy.com 14747 N Northsight Blvd Suite 111, PMB 309 Scottsd ale, Arizona 85260 United States (480) 624-2599 Fax -- (480) 624-2598 |
| **Record History:** | **Record created on** 11-aug-2006<br>**Record last updated on** 21-jul-2012<br>**Record expires on** 11-aug-2014 |
| **Domain Servers in Listed Order:** | NS1.TINYTOPIX.COM<br>NS2.TINYTOPIX.COM<br>Status: clientDeleteProhibited<br>Status: clientRenewProhibited<br>Status: clientTransferProhibited<br>Status: clientUpdateProhibited |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **Status:** | Site not accessible at time of analysis on October 11, 2012 at 5:18:14 PM. |

**DN-26**
**Group:** Two

# BRIXERS.COM

| | |
|---|---|
| **Registered by:** | ACTIVE 24 AS |
| **Registrant:** | Status: OK Amended: 2012-02-28 07:58:48 (CET/CEST) |
| **Administrative Contact:** | ID: UC-394790 Name: Sebastian Uddens PostAddress: Kvlingevgen 38 PostCod e: 222 40 PostArea: Lund Country: SE Phone: +46.706577101 Email: sebastian @uddenas.eu |
| **Technical Contact:** | ID: UC-135071 Name: Loopia Webbhotell AB PostAddress: Kopparlundvgen 7B PostCode: 72130 PostArea: Vsters Country: SE Phone: +46.21128222 Fax: +46. 21128233 Email: registry@loopia.se |
| **Billing Contact:** | ID: UC-135072 Name: Loopia Webbhotell AB PostAddress: Kopparlundvgen 7B PostCode: 72130 PostArea: Vsters Country: SE Phone: +46.21128222 Fax: +46. 21128233 Email: registry@loopia.se |
| **Record History:** | **Record created on** 28-feb-2012<br>**Record last updated on** 28-feb-2012<br>**Record expires on** 28-feb-2013 |
| **Domain Servers in Listed Order:** | NS1.LOOPIA.SE<br>NS2.LOOPIA.SE<br>Status: ok |

**WHOIS**

**Web Page Information**

Exhibit 80
-1564-
KDA-004163

**BRUXER**

**HTML Title:**                    Parkerad hos Loopia Webbhotell
**Status:**                        Accessible

**BRUXER**



BRIXERS.COM

**BRUXER**

# BRIXIAIR.COM

**Registered by:**                    LAUNCHPAD.COM, INC.

**Registrant:**                       Music in Head Productions, Srl Nicola Ferrando (nicola@wondermark.net) Via
                                      Aldo Moro 16 Brescia Brescia,25124 IT Tel. +39.308371808 Creation Date: 08–
                                      May–2012 Expiration Date: 08–May–2013

**Administrative Contact:**           Music in Head Productions, Srl Nicola Ferrando (nicola@wondermark.net) Via
                                      Aldo Moro 16 Brescia Brescia,25124 IT Tel. +39.308371808

**Technical Contact:**                Music in Head Productions, Srl Nicola Ferrando (nicola@wondermark.net) Via
                                      Aldo Moro 16 Brescia Brescia,25124 IT Tel. +39.308371808

**Billing Contact:**                  Music in Head Productions, Srl Nicola Ferrando (nicola@wondermark.net) Via
                                      Aldo Moro 16 Brescia Brescia,25124 IT Tel. +39.308371808 Status:LOCKED do
                                      main name can easily change this status from their control panel. that is, to assist
                                      you in obtaining information about or related to a domain name registration recor
                                      d. We make this information available "as is", and do not guarantee its accuracy.
                                      By submitting a whois query, you agree that you will (1) enable high volume, auto
                                      mated, electronic processes that stress prior written consent from us. The Registr
                                      ar of record is Launchpad, Inc.. We reserve the right to modify these terms at any
                                      time.

**Record History:**                   **Record created on** 08–may–2012
                                      **Record last updated on** 08–may–2012
                                      **Record expires on** 08–may–2013

**Domain Servers in Listed Order:**
                                      NS617.WEBSITEWELCOME.COM
                                      NS618.WEBSITEWELCOME.COM
                                      Status: clientTransferProhibited

## WHOIS

**Web Page Information**

**HTML Title:**                       Wondermark – Domini e Hosting – Courtesy Page

**Description:**                      Wondermark Promozione e Marketing per artisti, autori, editori, compositori,
                                      musicisti e creatori di contenuti multimediali. 400 canali digitali in 90 paesi nel
                                      mondo.

**Status:**                           Accessible

Exhibit 80
-1567-
KDA-004166

**BRUXER**



Il tuo dominio e il tuo spazio hosting sono stati configurati correttamente!
**Ora comincia a diffondere il tuo sito nel mondo!**

Benvenuto
Welcome
Bienvenidos
Tervetuloa
Velkommen
ਜੀ ਆਇਆਂ ਨੂੰ।
Добродошли
Vitajte
Välkommen
Wilkomme
Добро пожаловать
Bun venit
Καλώς Ορίσατε
ようこそ
בהא ןכ
歡迎

© 2012 Wondermark. Contatti.

**BRUXER**

**DN−28**
**Group:** Two

# BRIXXER.COM

**Registered by:**                      GODADDY.COM, LLC

**Registrant:**                         Louis Robinson 2605 Crossbow Ct. Apt. A Albany, Georgia 31707 United States

**Administrative Contact:**             Robinson, Louis sixtyroll@hotmail.com 2605 Crossbow Ct. Apt. A Albany,
                                        Georgia 31707 United States 2292967200

**Technical Contact:**                  Robinson, Louis sixtyroll@hotmail.com 2605 Crossbow Ct. Apt. A Albany,
                                        Georgia 31707 United States 2292967200

**Record History:**                     **Record created on** 25−oct−2010
                                        **Record last updated on** 26−oct−2011
                                        **Record expires on** 25−oct−2012

**Domain Servers in Listed Order:**
                                        NS31.DOMAINCONTROL.COM
                                        NS32.DOMAINCONTROL.COM
                                        Status: clientDeleteProhibited
                                        Status: clientRenewProhibited
                                        Status: clientTransferProhibited
                                        Status: clientUpdateProhibited

**WHOIS**

**Web Page Information**

**HTML Title:**                         www.brixxer.com
**Status:**                             Accessible

**BRUXER**


This web page is parked FREE, courtesy of GoDaddy.com

Welcome to: **brixxer.com**
This Web page is parked for FREE, courtesy of GoDaddy.com.



Is this your domain?
Let's turn it into a website!

**Get Started**

OR

Would you like to buy this domain?

**Learn More**

**Search**

**Free Domain Nam**
**Builder Purchase**
Your business deserve:
Our design wizard make
and drop!

**Share your str**
**Website Care**
Each package inclu
• A domain
• Personal blog
• Donation widget

**Just $24.99/yr**
$5 of every sale goes
National Breast Cance

**Ads**

**MetLife Auto®: Insurance** metlife.com
Massachusetts Drivers Can Save Up To $294/yr By Switching To MetLife®

**Free Moving Estimate** www.MovingGuru.com
Get an Instant Moving Estimate now! Licensed and Professional movers.

**Very Affordable Life Ins.** www.SBLI.com/life-insurance-quote
$300,000 Coverage as Low as $15.40 per month. See Your Low Rate Now!

**Advantage Software** www.gotoadvantage.com
Project Mgmt, Estimating, Finance Service and Construction Industries

**Affordable Term Life** www.MatrixDirect.com
Save up to 70% on Life Insurance Get a Free, Personalized Quote Now!

**Low Cost Life Insurance** www.SelectQuote.com
We Give Personalized Quotes That Fit Your Budget; In Just 24 Hours!

**AARP 50+ Life Insurance** NYLAARP.com/Life-Insurance
From New York Life. No Exam, just Health info. See Affordable Rates!

**Senior Life Insurance** Senior-Life-Insurance.org
Get Senior Life Insurance with No Exam - Rates from $7 / Month.

**Globe Life Insurance** Start1DollarInsurance.com
$1* Buys $50,000 Life Insurance. No Medical Exam. Buy Direct.

**We need staight talk on** aarp.org
Medicare &Social Security. Sign AARP's petition here.

**Your small busin**
**all in one place**
• Automates your acco
• Keeps tax records up
• Safely stores your da
• Sign up for a FREE a

**BRIXXER.COM**

**BRUXER**

# BROXER.COM

| | |
|---|---|
| **Registered by:** | GODADDY.COM, LLC |
| **Registrant:** | fiftyMission, Inc. 1012−320 Richmond St E Toronto, Ontario M5A 1P9 Canada |
| **Administrative Contact:** | Administrator, Domain webmaster@fiftymission.net fiftyMission, Inc. 1012−320 Richmond St E Toronto, Ontario M5A 1P9 Canada +1.4168344968 |
| **Technical Contact:** | Administrator, Domain webmaster@fiftymission.net fiftyMission, Inc. 1012−320 Richmond St E Toronto, Ontario M5A 1P9 Canada +1.4168344968 |
| **Record History:** | **Record created on** 12−oct−2006 **Record last updated on** 13−sep−2012 **Record expires on** 12−oct−2013 |
| **Domain Servers in Listed Order:** | NS03.DOMAINCONTROL.COM NS04.DOMAINCONTROL.COM Status: clientDeleteProhibited Status: clientRenewProhibited Status: clientTransferProhibited Status: clientUpdateProhibited |

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | www.broxer.com |
| **Status:** | Accessible |

Exhibit 80

-1571-

KDA-004170

**BRUXER**



Welcome to: **broxer.com**
This Web page is parked for FREE, courtesy of GoDaddy.com.



**Free Domain Nan**
**Builder Purchase**

Your business deserve
Our design wizard make
and drop!

**Share your sti**
**Website Care**

Each package inclu
• A domain
• Personal blog
• Donation widget

**Just $24.99/yr**
$5 of every sale goes
National Breast Cance

**Ads**

**Affordable Term Insurance**  metlife.com
Term Life Insurance As Low As $21 Per Month For $500,000 Of Coverage

**DrawingBoard Printing**  www.DrawingBoard.com
Quality Labels, Forms & More For Your Business + 10% Off Now!

**Free Online Games**  www.ROBLOX.com
Design, Build & Create Your World. Millions of Free Online Games.

**No Exam Life Insurance**  www.ANICODirect.com
Up to $250,000 of life insurance. Apply online. Get covered today.

**New Ford Sale 2012**  Ford.Auto-Price-Finder.com
Ford Dealers are Cutting Prices! Find New Ford Deals Now.

**Affordable Life Insurance**  Start1DollarInsurance.com
$1* Buys $50,000 Life Insurance. No Medical Exam. Buy Direct.

**Demand straight talk on**  aarp.org
Medicare & Social Security. Sign AARP's petition.

**Cash Home Buyers**  www.HomeVestors.com
We'll Pay Cash for Your Home. Before Your Next Payment is Due

**Discover® Card (Official)**  www.discovercard.com
Apply Now. 0% Intro APR Offers Plus Unlimited Cashback Bonus.

**Gold Bullion 1% Over Cost**  www.MeritGold.com
Free 7 Day Shipping For New Clients Call 800-679-5373 - BBB A+ Rating

**Your small busine**
**all in one place**

• Automates your acco
• Keeps tax records u|
• Safely stores your da
• Sign up for a FREE a

**BROXER.COM**

**BRUXER**

**DN−30**
**Group:** Two

# BROXERS.BIZ

**Registered by:**                   NAME.COM

**Registrant:**                      NCR−1374634−4884 Michael Weaver Michael S. Weaver 354 Madison Avenue
                                     Glencoe none 60022 United States US Phone: +1.3125436332 Email: mswnext
                                     @msn.com

**Administrative Contact:**          NCA−1374635−21F9 Michael Weaver Michael S. Weaver Address1: 354 Madis
                                     on Avenue Glencoe none 60022 United States US Phone: +1.3125436332 Email:
                                     mswnext@msn.com

**Technical Contact:**               NCT−1374636−69A6 Michael Weaver Michael S. Weaver 354 Madison Avenue
                                     Glencoe none 60022 United States US Phone: +1.3125436332 Email: mswnext
                                     @msn.com

**Billing Contact:**                 NCB−1374637−6A01 Michael Weaver Michael S. Weaver 354 Madison Avenue
                                     Glencoe none 60022 United States US Phone: +1.3125436332 Email: mswnext
                                     @msn.com

**Record History:**                  **Record created on** Mon Jul 07 22:00:02 GMT 2008
                                     **Record last updated on** Sun Sep 09 05:59:29 GMT 2012
                                     **Record expires on** Sat Jul 06 23:59:59 GMT 2013

**Domain Servers in Listed Order:**
                                     NS3CFP.NAME.COM
                                     NS1PSW.NAME.COM
                                     NS4FPY.NAME.COM
                                     NS2FLN.NAME.COM

**WHOIS**

**Web Page Information**
**Status:**                          Accessible

Exhibit 80
-1573-
KDA-004172

**BRUXER**

**BROXERS.BIZ**

**BRUXER**

**DN-31**
**Group:** Two

## BROXERS.COM

**Registered by:**                    NAME.COM LLC

Name Server: NS1PSW.NAME.COM
Name Server: NS2FLN.NAME.COM
Name Server: NS3CFP.NAME.COM
Name Server: NS4FPY.NAME.COM
Status: ok
Updated Date: 09-sep-2012
Creation Date: 07-jul-2008
Expiration Date: 07-jul-2013

```
 | | |  _  _ _ _    _ _   /  _ |   _  _  _  _
 | \|/ ¯|¯ ¯ \/ ¯\| |/ ¯\| ¯ ¯ \
 | |\|\_ | | | |_ / _| |_( ) | | | |
 | |\ \_|_| | |_\_( )\_  \_/ |_| | |
```
On a first name basis with the rest of the world.
Domain Name: broxers.com
Registrar: Name.com LLC
Expiration Date: 2013-07-07 21:59:52
Creation Date: 2008-07-07 21:59:52
Name Servers:
ns1psw.name.com
ns2fln.name.com
ns3cfp.name.com
ns4fpy.name.com
REGISTRANT CONTACT INFO
Michael S. Weaver
Michael Weaver
354 Madison Avenue
Glencoe
Illinois
60022
US
Phone: +1.3125436332
Email Address: mswnext@msn.com
ADMINISTRATIVE CONTACT INFO
Michael S. Weaver
Michael Weaver
354 Madison Avenue
Glencoe
Illinois
60022
US
Phone: +1.3125436332
Email Address: mswnext@msn.com
TECHNICAL CONTACT INFO
Michael S. Weaver
Michael Weaver
354 Madison Avenue
Glencoe
Illinois
60022
US
Phone: +1.3125436332
Email Address: mswnext@msn.com
BILLING CONTACT INFO
Michael S. Weaver
Michael Weaver
354 Madison Avenue
Glencoe
Illinois
60022
US
Phone: +1.3125436332
Email Address: mswnext@msn.com
Timestamp: 1349990540.2139
Cached on: 2012-10-11T15:22:20-06:00

**BRUXER**

## WHOIS

**Web Page Information**

| | |
|---|---|
| **HTML Title:** | broxers |
| **Keywords:** | briefs & boxers, broxers, support underwear, new apparel product |
| **Description:** | Broxers.com − Home of newly designed combination of briefs and boxers − BROXERS. |
| **Status:** | Accessible |

**BRUXER**



**BRUXER**

**DN−32**
**Group:** Two

# BROXERS.INFO

| | |
|---|---|
| **Registered by:** | Name.com LLC (R279−LRMS) |
| **Registrant:** | ncr−1374634−2dc2 Michael Weaver Michael S. Weaver 354 Madison Avenue Glencoe none 60022 US Phone: +1.3125436332 Ext.: Fax Ext.: Email: mswnext@msn.com |
| **Administrative Contact:** | nca−1374635−dac9 Michael Weaver Michael S. Weaver 354 Madison Avenue Glencoe none 60022 US Phone: +1.3125436332 Phone: Ext: Admin FAX: Admin FAX Ext: Email: mswnext@msn.com |
| **Technical Contact:** | nct−1374636−a3f8 Michael Weaver Organization: Michael S. Weaver 354 Madison Avenue Glencoe none 60022 US Phone: +1.3125436332 Phone: Ext: Tech FAX: Tech FAX Ext: Email: mswnext@msn.com |
| **Billing Contact:** | ncb−1374637−a125 Michael Weaver Michael S. Weaver 354 Madison Avenue Glencoe none 60022 US Phone: +1.3125436332 Ext.: Fax Ext: email: mswnext@msn.com |
| **Record History:** | **Record created on** 07−Jul−2008 21:59:58 UTC<br>**Record last updated on** 09−Sep−2012 05:59:33 UTC<br>**Record expires on** 07−Jul−2013 21:59:58 UTC |
| **Domain Servers in Listed Order:** | NS3CFP.NAME.COM<br>NS1PSW.NAME.COM<br>NS4FPY.NAME.COM<br>NS2FLN.NAME.COM |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **Status:** | Accessible |

**Analyst:** LISA SKEHAN

Exhibit 80
-1578-

KDA-004177

**BRUXER**

**BRUXER**

**DN−33**
**Group:** Two

# BROXERS.NET

**Registered by:**                    NAME.COM LLC

Name Server: NS1PSW.NAME.COM
Name Server: NS2FLN.NAME.COM
Name Server: NS3CFP.NAME.COM
Name Server: NS4FPY.NAME.COM
Status: ok
Updated Date: 09−sep−2012
Creation Date: 07−jul−2008
Expiration Date: 07−jul−2013

```
_ _   _____
| \ | |   _ _ _ _ _ _ _ _ _ _ / _ _ | _ _  _ _ _ _
| \ | |/ ̄| ̄ ̄_ ̄\/ ̄\ | | / ̄_ \| ̄ ̄_ ̄\
| | \| | | | | | |   _/ _| | _( )| | | | |
|_|  \_|\__|_|_|_|_|___( )\_____/|_|_|_| |
```
On a first name basis with the rest of the world.
Domain Name: broxers.net
Registrar: Name.com LLC
Expiration Date: 2013−07−07 21:59:53
Creation Date: 2008−07−07 21:59:53
Name Servers:
ns1psw.name.com
ns2fln.name.com
ns3cfp.name.com
ns4fpy.name.com
REGISTRANT CONTACT INFO
Michael S. Weaver
Michael Weaver
354 Madison Avenue
Glencoe
Illinois
60022
US
Phone: +1.3125436332
Email Address: mswnext@msn.com
ADMINISTRATIVE CONTACT INFO
Michael S. Weaver
Michael Weaver
354 Madison Avenue
Glencoe
Illinois
60022
US
Phone: +1.3125436332
Email Address: mswnext@msn.com
TECHNICAL CONTACT INFO
Michael S. Weaver
Michael Weaver
354 Madison Avenue
Glencoe
Illinois
60022
US
Phone: +1.3125436332
Email Address: mswnext@msn.com
BILLING CONTACT INFO
Michael S. Weaver
Michael Weaver
354 Madison Avenue
Glencoe
Illinois
60022
US
Phone: +1.3125436332
Email Address: mswnext@msn.com
Timestamp: 1349990547.4805
Cached on: 2012−10−11T15:22:27−06:00

**Search: 221922912**                  **Analyst: LISA SKEHAN**            **Domain Name Page: 308**

Exhibit 80
-1580-

KDA-004179

**BRUXER**

<u>WHOIS</u>

**Web Page Information**

**Status:**                              Accessible

**BRUXER**

BROXERS.NET

Analyst: LISA SKEHAN
Exhibit 80

-1582-

KDA-004181

**BRUXER**

**DN−34**
**Group:** Two

# BROXERS.ORG

| | |
|---|---|
| **Registered by:** | Name.com, LLC (R1288−LROR) |
| **Registrant:** | ncr−1374634−9f9f Michael Weaver Michael S. Weaver 354 Madison Avenue Glencoe none 60022 US Phone: +1.3125436332 Ext.: Fax Ext.: Email: mswnext@msn.com |
| **Administrative Contact:** | nca−1374635−4276 Michael Weaver Michael S. Weaver 354 Madison Avenue Glencoe none 60022 US Phone: +1.3125436332 Phone: Ext: Admin FAX: Admin FAX Ext: Email: mswnext@msn.com |
| **Technical Contact:** | nct−1374636−18af Michael Weaver Organization: Michael S. Weaver 354 Madison Avenue Glencoe none 60022 US Phone: +1.3125436332 Phone: Ext: Tech FAX: Tech FAX Ext: Email: mswnext@msn.com |
| **Record History:** | **Record created on** 07−Jul−2008 21:59:55 UTC<br>**Record last updated on** 09−Sep−2012 05:59:35 UTC<br>**Record expires on** 07−Jul−2013 21:59:55 UTC |
| **Domain Servers in Listed Order:** | NS2FLN.NAME.COM<br>NS1PSW.NAME.COM<br>NS3CFP.NAME.COM<br>NS4FPY.NAME.COM<br>DNSSEC:Unsigned |

**WHOIS**

**Web Page Information**
| | |
|---|---|
| **Status:** | Accessible |

Exhibit 80
-1583-

KDA-004182

**BRUXER**

BROXERS.ORG

Analyst LISA SKEHAN
Exhibit 80

KDA-004183

**BRUXER**

**DN−35**
**Group:** Two

# BROXERS.US

| | |
|---|---|
| **Registered by:** | NAME.COM |
| **Registrant:** | NCR−1374634−E681 Michael Weaver Michael S. Weaver 354 Madison Avenue Glencoe none 60022 United States US Phone: +1.3125436332 Email: mswnext@msn.com Registrant Application Purpose: P1 Registrant Nexus Category: C11 |
| **Administrative Contact:** | NCA−1374635−E802 Michael Weaver Michael S. Weaver Address1: 354 Madison Avenue Glencoe none 60022 United States US Phone: +1.3125436332 Email: mswnext@msn.com |
| **Technical Contact:** | NCT−1374636−6C89 Michael Weaver Michael S. Weaver 354 Madison Avenue Glencoe none 60022 United States US Phone: +1.3125436332 Email: mswnext@msn.com |
| **Billing Contact:** | NCB−1374637−67BD Michael Weaver Michael S. Weaver 354 Madison Avenue Glencoe none 60022 United States US Phone: +1.3125436332 Email: mswnext@msn.com |
| **Record History:** | **Record created on** Mon Jul 07 21:59:59 GMT 2008 **Record last updated on** Sun Sep 09 05:59:36 GMT 2012 **Record expires on** Sat Jul 06 23:59:59 GMT 2013 |
| **Domain Servers in Listed Order:** | NS3CFP.NAME.COM NS4FPY.NAME.COM NS1PSW.NAME.COM NS2FLN.NAME.COM |

**WHOIS**

**Web Page Information**

| | |
|---|---|
| **Status:** | Accessible |

Exhibit 80
-1585-

KDA-004184

**BRUXER**

**BRUXER**

## ANALYST REVIEW – COMMON LAW REFERENCE

Search Information

Type of Search:     **U.S. Full Search**
Mark:                        **BRUXER**
Goods/Services:       **DENTAL IMPLANTS; DENTAL IMPLEMENTS; ORAL CARE PRODUCTS; DENTAL AND ORTHODONTIC GOODS; DENTAL AND ORTHODONTIC SERVICES**

**Data Information**

**Shepard's**
Legal citations that pertain to trademarks involved in court decisions, administrative decisions, and regulations.

**BRUXER**

This page was intentionally left blank.

**BRUXER**

### SHEPARD'S UNITED STATES CITATIONS

The following references have been selected from our computerized database, organized from information supplied by Shepard's. Shepard's considers the data to be reliable, but accuracy, currentness and completeness cannot be guaranteed. Please consult the indicated material by volume and page for further information. <u>OFFICIAL GAZETTE</u> status information (OGT) has been excluded so that the file contains litigation information only.

**No pertinent references found.**

KDA-004188



This page was intentionally left blank.

**Search: 221922912**                    **Analyst: LISA SKEHAN**                    **Page: 318**

Exhibit 80
-1590-

KDA-004189

**BRUXER**

## REPORTED OWNER INDEX

The following is an alphabetical listing of names reported in the OWNER field of records cited in this search report, with all marks owned by a single entity carried under that entity. (Due to inconsistent spellings, corporate designations, and other discrepancies in data collected from diverse sources, multiple listings of what are in fact the same owner may occur.) The Business Name and Domain Name sections of the report are not included in this index.

This tool is designed to facilitate your review of the search report and to help you identify trends in data. There has been no analysis made to determine if the company name listed is the actual owner of the trademark. In the case of USPTO listings, only officially reported owners are included; assignees are not considered owners for the purpose of this index.

**BRUXER**

Reported Owner Index

| Reported Owner Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| **1. (NOT AVAILABLE)** | | | | |
| BIXALOMER | N/A | N/A | Com | 231 |
| BROXICICRA | N/A | N/A | Com | 230 |
| BROXURIDINE | N/A | N/A | Com | 229 |
| BURIXAFOR | N/A | N/A | Com | 232 |
| **2. ACM–TEXAS, LLC** | | | | |
| BRUCITIC MARBLE | ABANDONED | 3, 5, 19, 20 | USPTO | 86 |
| **3. ADANCED RESPONSE CORPORATION** | | | | |
| BROXO | RENEWED | 10, 21 | USPTO | 95 |
| **4. AMGEN INC.** | | | | |
| BIXALOMER | N/A | N/A | Com | 230 |
| **5. ASTRAZENECA AB** | | | | |
| BLEXIR | REGISTERED | 5 | USPTO | 81 |
| BREMZIR | REGISTERED | 5 | USPTO | 56 |
| **6. AVENTIS PHARMA S.A.** | | | | |
| PRIXAR | CANCELLED | 5 | USPTO | 188 |
| **7. BAD DRAGON ENTERPRISES, INC** | | | | |
| BRUISER THE FUSION | PENDING | 10 | USPTO | 171 |
| **8. BAXTER INTERNATIONAL INC.** | | | | |
| BAXTER | RENEWED | 1, 3, 5, 8, 9, 10, 16, 37, 40 | USPTO | 58 |
| BAXTER | RENEWED | 10 | USPTO | 68 |
| BAXTER | RENEWED | 10 | USPTO | 70 |
| **9. BAYER AKTIENGESELLSCHAFT** | | | | |
| BINAXAR | REGISTERED | 5 | USPTO | 133 |
| ROXXIRE | PUBLISHED | 5 | USPTO | 194 |
| **10. BETTER SUNRISE CORPORATION** | | | | |
| BRUXAP | REGISTERED | 44 | USPTO | 46 |
| **11. BIOSPEC PRODUCTS, INC.** | | | | |
| BIOMIXER | N/A | N/A | Com | 233 |
| **12. BOW B.V.** | | | | |
| BRUNOFRISONI | REGISTERED | 3 | USPTO | 126 |
| **13. BRADLEY A. ELI DENTAL CORPORATION** | | | | |
| BRUXQUICKSPLINT | ABANDONED | 10 | USPTO | 55 |
| **14. BRAUER IP PTY LTD** | | | | |
| BRAUER | CANCELLED | 5 | USPTO | 186 |
| **15. BREUER FINANCES, SOCIéTé CIVILE** | | | | |
| BREUER | ABANDONED | 3, 9, 18 | USPTO | 184 |
| **16. BREXYS, INC.** | | | | |
| BREXYGEL | ABANDONED | 5 | USPTO | 183 |
| **17. BRISTOL–MYERS SQUIBB COMPANY** | | | | |
| GLUXPER | ABANDONED | 5 | USPTO | 197 |
| **18. BRISTOL–MYERS SQUIBB** | | | | |
| BRAVAVIR | N/A | N/A | Com | 233 |
| **19. BRUDER HEALTHCARE COMPANY** | | | | |
| BRUDER | RENEWED | 10 | USPTO | 62 |

Exhibit 80
-1592-

**BRUXER**

| Reported Owner Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| BRUDER | N/A | N/A | Com | 231 |
| 20. BRUDER SURGICAL INSTRUMENTS, INC. | | | | |
| BRUDER | RENEWED | 10 | USPTO | 64 |
| 21. BRUKER MEDICAL GMBH | | | | |
| BRUKER MEDSPEC | RENEWED | 10 | USPTO | 66 |
| 22. BRUKER−PHYSIK AG | | | | |
| BRUKER | RENEWED | 9 | USPTO | 208 |
| 23. BRUNEI WAFIRAH HOLDINGS SDN. BHD. | | | | |
| BRUNEIHALAL | PUBLISHED | 1, 3, 5, 29, 30, 31, 32, 39, 43, 44 | USPTO | 123 |
| 24. BRUNELLO CUCINELLI S.P.A. | | | | |
| BRUNELLO CUCINELLI | REGISTERED | 3, 9, 18, 24, 35 | USPTO | 130 |
| 25. BRUXCARE L.L.C. | | | | |
| BRUXCARE | CANCELLED | 10 | USPTO | 51 |
| 26. BRUXTON CORPORATION | | | | |
| BRUXTON | RENEWED | 10 | USPTO | 45 |
| 27. BUCKERS, INC. | | | | |
| BUCKERS BUCKERS INCORPORATED | CANCELLED | 5, 35 | USPTO | 178 |
| 28. BYK−GULDEN, INC. | | | | |
| BREXIN | EXPIRED | 5 | USPTO | 83 |
| 29. C. R. BARD, INC. | | | | |
| BRENER | N/A | N/A | Com | 235 |
| 30. C.R. BARD INC. | | | | |
| BRENER | N/A | N/A | Com | 235 |
| ZUCKER | N/A | N/A | Com | 234 |
| 31. CHIESI FARMACEUTICI S.P.A. | | | | |
| BREXIDOL | RENEWED | 5 | USPTO | 115 |
| 32. CORNERSTONE THERAPEUTICS INC. | | | | |
| BREVALIR | PUBLISHED | 5 | USPTO | 144 |
| 33. CROSSBAY, LLC | | | | |
| BAZUCAR | REGISTERED | 5 | USPTO | 149 |
| 34. DR. ING. H.C. F. PORSCHE AKTIENGESELLSCHAFT | | | | |
| BOXSTER | REGISTERED | 3, 8, 11, 14, 16, 18, 20, 21, 24, 25, 30, 33, 34 | USPTO | 76 |
| 35. DUYMUS, FAHRIYE | | | | |
| BEAU BRUMMELL | CANCELLED | 3 | USPTO | 97 |
| 36. E.R. SQUIBB & SONS, INC. | | | | |
| BRAVAIR | NOT RENEWED | 5 | Sta | 214 |
| 37. EMANUELE LOPOPOLO | | | | |
| BAXAVER | PENDING | 10 | USPTO | 91 |
| 38. EMPIRE CONCEPTS INC. | | | | |
| BRUX−INDICATOR | ABANDONED | 44 | USPTO | 50 |
| 39. FERRIS, JAMES S. | | | | |
| BEELIXIR | REGISTERED | 5 | USPTO | 161 |

**BRUXER**

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| **40. FILMTECH INC.** | | | | |
| BRIXTON | RENEWED | 10 | USPTO | 79 |
| **41. FIRST QUALITY PRODUCTS, INC.** | | | | |
| BREEZERS | REGISTERED | 5 | USPTO | 200 |
| **42. FIRST QUALITY** | | | | |
| BREEZERS | N/A | N/A | Com | 229 |
| **43. FORCEFIELD MOUTHGUARDS** | | | | |
| BRUX BUSTER CUSTOM NIGHT GUARD | ABANDONED | 10 | USPTO | 52 |
| **44. GLAXO GROUP LIMITED** | | | | |
| BREAIR | PUBLISHED | 5 | USPTO | 137 |
| BYZOR | PUBLISHED | 5 | USPTO | 153 |
| RAXAR | NOT RENEWED | 5 | Sta | 215 |
| **45. GLAXOSMITHKLINE LLC** | | | | |
| BEXXAR | REGISTERED | 5 | USPTO | 26 |
| BEXXAR | RENEWED | 5 | USPTO | 29 |
| **46. GLAXOSMITHKLINE** | | | | |
| BEXXAR | N/A | N/A | Com | 228 |
| BEXXAR | N/A | N/A | Com | 228 |
| **47. GOSMILE, INC.** | | | | |
| ELIXIR | REGISTERED | 3 | USPTO | 136 |
| **48. GUGEL, RITA NACKEN** | | | | |
| BRUCKER BIOFEEDBACK METHOD | REGISTERED | 44 | USPTO | 128 |
| **49. HEALTH CARE LABORATORIES, INC.** | | | | |
| BIOFLEXOR | RENEWED | 5 | USPTO | 135 |
| **50. HORIAN, RICHARD** | | | | |
| BRUXCURE | REGISTERED | 10 | USPTO | 37 |
| **51. HS TM, LLC** | | | | |
| ZIRLUX | REGISTERED | 10 | USPTO | 170 |
| **52. HUMAN GENOME SCIENCES, INC.** | | | | |
| BRAXLA | ABANDONED | 5 | USPTO | 121 |
| **53. IMPERIAL CHEMICAL INDUSTRIES PLC** | | | | |
| ZIRCALUX | CANCELLED | 5 | USPTO | 206 |
| **54. INCYTE CORPORATION** | | | | |
| BALRUXA | PUBLISHED | 5 | USPTO | 146 |
| **55. INNOVATION AND DESIGN, INC.** | | | | |
| BREEZERS | REGISTERED | 3, 21 | USPTO | 190 |
| **56. INTERCOSMA WEST S.A.S** | | | | |
| FRAC LORD BRUMMELL | REGISTERED | 3 | USPTO | 87 |
| **57. IT WORKS MARKETING, INC.** | | | | |
| BIOXIRA | REGISTERED | 3 | USPTO | 145 |
| **58. JAMES R. GLIDEWELL DENTAL CERAMICS INC.** | | | | |
| BRUXZIR | PUBLISHED | 5 | USPTO | 22 |
| **59. JAMES R. GLIDEWELL, DENTAL CERAMIC, INC.** | | | | |
| BRUXZIR | REGISTERED | 10 | USPTO | 19 |

**BRUXER**

| Reported Owner Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| **60. KÜKRE GIDA VE IHTIYAC MADDELERI; NAKLIYAT VE ÖZEL EGITIM HIZMETLERI; TICARET VESANAYI ANONIM SIRKETI** | | | | |
| EX–SIR SANITIZER | ABANDONED | 3, 5, 32 | USPTO | 172 |
| **61. KEATING DENTAL ARTS, INC.** | | | | |
| KDZ BRUXER | PUBLISHED | 10 | USPTO | 24 |
| **62. KOTELOV, PAUL** | | | | |
| BRAZOR | PUBLISHED | 3 | USPTO | 122 |
| **63. LEINEWEBER GMBH & CO. KG** | | | | |
| BRAX | REGISTERED | 3, 14, 18, 25 | USPTO | 74 |
| **64. LINDALUX INC.** | | | | |
| BRAXXI | CANCELLED | 5 | USPTO | 182 |
| **65. LIQUID POTIONS, LLC** | | | | |
| BOOZER | REGISTERED | 5 | USPTO | 175 |
| **66. LUXARCARE LLC** | | | | |
| LUXAR | ABANDONED | 10 | USPTO | 204 |
| **67. LUXFER GAS CYLINDERS** | | | | |
| LUXFER | N/A | N/A | Com | 235 |
| **68. MARKWINS BEAUTY PRODUCTS, INC.** | | | | |
| BRONZZER | RENEWED | 3 | USPTO | 112 |
| **69. MEDTECH PRODUCTS, INC.** | | | | |
| BRUXGUARD | RENEWED | 10 | USPTO | 32 |
| **70. MERZ PHARMA GMBH & CO. KGAA** | | | | |
| BALAXUR | REGISTERED | 5 | USPTO | 192 |
| BERAXUR | REGISTERED | 5 | USPTO | 110 |
| **71. MIAMI JEWISH HOME & HOSPITAL FOR THE AGED, INC.** | | | | |
| THE BRUCKER BIOFEEDBACK CENTER | ABANDONED | 42, 44 | USPTO | 129 |
| **72. MULLEN JR, PERRY WESLEY** | | | | |
| BRUXOMETER | ABANDONED | 10 | USPTO | 54 |
| **73. NOVARTIS AG** | | | | |
| BEXERO | REGISTERED | 5 | USPTO | 195 |
| BREZERIS | PUBLISHED | 5 | USPTO | 117 |
| BREZILIZER | PUBLISHED | 5, 10 | USPTO | 147 |
| BREZILIZER | ABANDONED | 5, 10 | USPTO | 163 |
| FLUXSERO | REGISTERED | 5 | USPTO | 155 |
| STRUXEN | PENDING | 5 | USPTO | 176 |
| **74. OMNI MEDICAL SUPPLY INC.** | | | | |
| BAXTER | N/A | N/A | Com | 232 |
| **75. OTSUKA PHARMACEUTICAL DEVELOPMENT & COMMERCIALIZATION** | | | | |
| BREXPIPRAZOLE | N/A | N/A | Com | 230 |
| **76. OTSUKA** | | | | |
| RAXAR | N/A | N/A | Com | 234 |
| **77. OWNER NOT LISTED** | | | | |
| BEXALOMER | N/A | N/A | Com | 231 |
| **78. PERRICONE, GAIL** | | | | |
| GPS BRUX ART | PENDING | 40 | USPTO | 44 |
| **79. QUALITY PRODUCTS, INC.** | | | | |

KDA-004194

**BRUXER**

| Reported Owner<br>Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| BREEZERS | REGISTERED | 5 | Sta | 213 |
| **80. QUATTROTI DENTECH S.R.L.** | | | | |
| BRUX XXX | REGISTERED | 10 | USPTO | 41 |
| DR. BRUX | REGISTERED | 10 | USPTO | 47 |
| **81. RINKINC, LLC** | | | | |
| BARXV | REGISTERED | 3, 29, 30, 32, 35 | USPTO | 141 |
| **82. SARBEC DEVELOPPEMENT** | | | | |
| BRUMISATEUR | RENEWED | 3 | USPTO | 89 |
| BRUMISATEUR | RENEWED | 5 | USPTO | 93 |
| **83. SAVAGE LABORATORIES** | | | | |
| BREXIN EX | N/A | N/A | Com | 230 |
| **84. SCHEU–DENTAL GMBH** | | | | |
| BRUX–CHECKER | REGISTERED | 10 | USPTO | 39 |
| **85. SENTAGE CORPORATION** | | | | |
| BRUX–EZE | RENEWED | 10 | USPTO | 43 |
| RELAXER | REGISTERED | 10 | USPTO | 165 |
| **86. SIRONA DENTAL SYSTEMS GMBH** | | | | |
| SIROLUX | RENEWED | 10 | USPTO | 198 |
| **87. SMITH & NEPHEW, INC.** | | | | |
| STRUCSURE | REGISTERED | 10 | USPTO | 207 |
| **88. SOCIéTé ANONYME DE; SAVONNERIE ET DENTIFRICE ″SED″** | | | | |
| HELIQSIR | REGISTERED | 3 | USPTO | 166 |
| **89. STRYKER CORP.** | | | | |
| LUXOR | N/A | N/A | Com | 234 |
| **90. STRYKER SPINE** | | | | |
| LUXOR | REGISTERED | 10 | USPTO | 168 |
| **91. SUMMERS, ROBERT** | | | | |
| BRUXTHETIX | PENDING | 10 | USPTO | 38 |
| **92. SUPER TOOTH PRODUCTS, INC.** | | | | |
| INDEXER | RENEWED | 10 | USPTO | 174 |
| **93. TALON THERAPEUTICS, INC.** | | | | |
| BRAKIVAR | ABANDONED | 5 | USPTO | 180 |
| **94. TEMPTU** | | | | |
| BRONZER | N/A | N/A | Com | 232 |
| **95. TMJ APPLIANCE** | | | | |
| BRUX–0–GARD | N/A | N/A | Com | 229 |
| **96. TORNADO INDUSTRIES** | | | | |
| BREUER | N/A | N/A | Com | 236 |
| **97. UCB PHARMA S.A.** | | | | |
| BRIXELTA | REGISTERED | 5 | USPTO | 119 |
| **98. UPSHER–SMITH LABORATORIES, INC.** | | | | |
| BREKSEEZ | PUBLISHED | 5 | USPTO | 157 |
| BREKSEZA | PUBLISHED | 5 | USPTO | 139 |
| BREKSEZE | PUBLISHED | 5 | USPTO | 158 |
| **99. WEAVER, MICHAEL S.** | | | | |

**Search: 221922912**

Exhibit 80<br>-1596-

**Reported Owner Page: 324**

KDA-004195

**BRUXER**

| Reported Owner Citation | Status | Class(es) | Section | Page |
|---|---|---|---|---|
| BROXERS | REGISTERED | 25 | USPTO | 210 |
| **100.  WYETH LLC** | | | | |
| BRYNDIR | PUBLISHED | 5 | USPTO | 151 |
| **101.  X–RAY MARKETING ASSOCIATES, INC.** | | | | |
| UXR | RENEWED | 10 | USPTO | 160 |
| **102.  XMA (X–RAY MARKETING ASSOCIATES, INC.)** | | | | |
| BXR | N/A | N/A | Com | 233 |
| UXR | N/A | N/A | Com | 236 |

Exhibit 80
-1597-