

## BruxZir Technical Update Video Now Available

As an Authorized BruxZir Laboratory, you are aware that more and more dentists are prescribing BruxZir. To meet this growing demand, Glidewell Laboratories continues to devise, test and implement new processes intended to improve not only the quality of these crown & bridge restorations, but also the efficiency with which they are produced

Now available to BruxZir Authorized Laboratories is an updated version of the BruxZir technical video "BruxZir Solid Zirconia Using the 3Shape System," which offers helpful information discovered through the development of BruxZir Divided into 10 useful "tips," this video provides step-by-step instructions for

- Digitally scanning models
- Designing contacts and occlusion
- Designing bridges
- Milling and spruing BruxZir blocks
- Recovering milled units
- Making anatomical adjustments
- Cleaning the units
- Coloring the units
- Sintering the units
- Finishing the units

To access this exclusive Authorized BruxZir Lab content, click View Technical Update Video, and then enter the username and password below

**Username: bruxzir**
**Password: labs1**

bruxzir.com | blog.bruxzir.com | glidewelldental.com | Twitter | Facebook

BruxZir® is a registered trademark of Glidewell Laboratories ©2011
4141 MacArthur Blvd. Newport Beach, CA 92660

1



http://webtest11.glidewelllab.local/email-blast/improving-beauty/2011-10/email2.aspx

File Edit View Favorites Tools Help

More brawn and Improving beauty

Page

BruxZir® Solid Zirconia

UNSUBSCRIBE

VIEW AS A WEB PAGE | FORWARD TO A FRIEND

"More brawn ~~than~~ *and improving* beauty"

Which teeth are BruxZir® crowns?

VIEW ANSWER

VIEW VIDEO

Which teeth are the BruxZir® Solid Zirconia crowns? **View answer** The answer may surprise you **View video of the clinical case**

When we launched BruxZir Solid Zirconia crowns & bridges in 2009, our intention was to provide a monolithic zirconia restoration indicated for bruxers and grinders as an esthetic alternative to posterior metal occlusal PFMs and full-cast metal restorations The result was a material we said was "More Brawn than Beauty"

Now we like to say that BruxZir is "More Brawn *and Improving* Beauty," as our Research and Development team continues to refine our processes, improving the esthetics and the strength of the material **View the science behind BruxZir Solid Zirconia** We invite you to view our most recent BruxZir Solid Zirconia anterior case and see for yourself

Our BruxZir milling blanks are created through a unique patent-pending process Unlike conventional high-pressure milling blank manufacturing, our processing gives BruxZir zirconia improved light transmission, which provides a lower, more natural shade value

Designed and milled using CAD/CAM technology, BruxZir Solid Zirconia is sintered for 6 5 hours at 1,530 degrees Celsius The final BruxZir restoration emerges nearly chip-proof and is glazed to a smooth surface

When it comes time to choose a lab for your BruxZir Solid Zirconia cases, you have many choices **View our growing list of Authorized BruxZir Labs**

| www.bruxzir.com

2

EXHIBIT 7
-222-



## AUTHORIZED BRUXZIR LABS

**What is an Authorized BruxZir Lab?**

An Authorized BruxZir Lab is a dental laboratory that Glidewell Laboratories can guarantee uses Authentic BruxZir Solid Zirconia for the fabrication of soli zirconia dental restorations. The labs listed below have been deemed an authorized distributor of BruxZir Solid Zirconia by Glidewell Laboratories. Glidew Laboratories offers a variety of ways to incorporate BruxZir Solid Zirconia restorations into your laboratory. Fill out the form below if you are a dentist and would like more information about BruxZir or if you are a dental laboratory and you'd like to learn about the benefits of becoming an Authorized BruxZir La

**Dentists** | **Dental Laboratories**

**Dentists**

To prescribe BruxZir for your patients, SELECT A LAB FROM THE LIST BELOW and call to schedule your case pick-up.

| NAME | CITY | STATE/TERRITORY | PHONE | WEBSITE |
|---|---|---|---|---|
| Barksdale Dental Lab | Athens | AL | 256-232-1772 | None Available |
| Burdette Dental Lab Inc. | Birmingham | AL | 800-624-5301 | www.burdettedental.com |
| Oral Arts Dental Laboratories, Inc. | Huntsville | AL | 800-354-2075 | www.oralartsdental.com |
| Parkway Dental Lab | Opelika | AL | 800-239-3512 | None Available |
| Scrimpshire Dental Studio | Huntsville | AL | 800-633-2912 | www.scrimpshire.com |
| Walker Dental Laboratory, Inc. | Decatur | AL | 800-727-0705 | None Available |
| Green Dental Laboratories, Inc. | Heber Springs | AR | 800-247-1365 | www.greendentallab.com |
| Continental Dental Laboratory | Phoenix | AZ | 800-695-0155 | www.continentallab.com |
| Dentek Dental Laboratory, Inc. | Scottsdale | AZ | 877-433-6835 | www.dentekdental.com |
| New West Dental Ceramics** | Lake Havasu City | AZ | 800-321-1614 | www.newwestlab.com |
| Van Hook Dental Studio | Tempe | AZ | 800-987-4665 | www.vhdental.com |
| A & M Dental Laboratories | Santa Ana | CA | 800-487-8051 | www.aandmdental.com |
| BDL Prosthetics ** | Irvine | CA | 800-411-9723 | www.bdlprosthetics.com |
| Bigler Dental Ceramics | Tustin | CA | 714-832-9251 | www.biglerdental.com |
| California Complete Dental Laboratories | Santa Clarita | CA | 866-955-5227 | www.completedentallab.com |
| Continental Dental Laboratories | Torrance | CA | 800-443-8048 | www.continentaldental.com |
| Creative Porcelain | Oakland | CA | 800-470-4085 | None Available |
| Dental Masters Laboratory | Santa Rosa | CA | 800-368-8482 | www.dentalmasters.com |
| Glidewell Laboratories ** | Newport Beach | CA | 800-854-7256 | www.glidewelldental.com |
| Great Smile Dental Lab | Northridge | CA | 877-773-8815 | None Available |
| Iverson Dental Laboratories | Riverside | CA | 800-334-2057 | www.iversondental-labs.com |
| Nash Dental Lab, Inc. | Temecula | CA | 877-528-2522 | www.nashdentallab.com |
| NEO Milling Center | Cerritos | CA | 562-404-4048 | www.neodentallab.com |
| Nichols Dental Lab | Glendale | CA | 800-936-8552 | www.nicholsdentallab.com |

3



## Introducing www.BruxZir.com

### A Web site devoted to BruxZir™ Total Zirconia crowns & bridges

If you would like to become an Authorized BruxZir Lab, there are three ways to do this: (1) If you own a milling system, purchase the special BruxZir high translucent zirconia blanks. (2) If you have a 3Shape scanner and 2009 DentalDesigner™ software, send your 3Shape design file to Glidewell Laboratories. We will mill, color and sinter your BruxZir restorations; you stain and glaze. (3) If you do not own a mill or scanner, send your master & opposing modelwork with pinned, trimmed dies and a bite registration. Then choose between staining & glazing BruxZir restorations at your lab or to receive finished BruxZir restorations.

4

EXHIBIT 7

http://webtest1.glidewelllab.local/email-blast/lab/lab-perspectives/2010-03.aspx
Google
Corporate Conn...
Student Informa...
Click here to view the latest Lab Perspectives
LABORATORY
UNSUBSCRIBE
VIEW AS A WEB PAGE | MANAGE MAILING LISTS | FORWARD TO A FRIEND
BruxZir® Solid Zirconia: A Breakthrough in Dental Technology
BruxZir.com
Become an Authorized BruxZir Lab.
Learn more...
BruxZir Coloring Liquid Kit
Achieve desired esthetics for BruxZir Solid Zirconia restorations.
Learn more...
BruxZir Solid Zirconia Crowns & Bridges
A new indication for long-term posterior crown and bridge durability
Learn more...
BruxZir Solid Zirconia is the latest advancement from Glidewell Laboratories' Research & Development Department. After nearly five years of research and testing comes a full-contour, 100 percent zirconia restoration with no porcelain overlay. This monolithic nature makes BruxZir virtually chip-proof, which translates into fewer remakes for your lab. In addition, the zirconia powder used to make BruxZir is compounded in such a way that its translucency and color is similar to natural posterior dentition. Patients are choosing this tooth-colored option as a more esthetic alternative to metal-occlusal PFMs or full-cast metal restorations.
"As Glidewell Laboratories' fastest-growing product ever with one of the lowest return rates we've seen, BruxZir is proving to be readily accepted by clinicians and patients as a great posterior restorative option"
- Keevin Shigenaka, general manager of the lab's All-Ceramic Department
Read entire article...
Featured Service
BruxZir Milling Blanks
If you own a milling system that accepts 98 mm diameter blocks, purchase BruxZir Milling Blanks to fabricate BruxZir crowns and bridges in-house. Bisque-fired for extra strength before milling, BruxZir Milling Blanks are available in four thickness options: 12 mm, 15 mm, 20 mm and 25 mm.
Read more...
4141 MacArthur Blvd. Newport Beach, CA 92660 | 1-888-303-3975
GLIDEWELL DIRECT
Follow us on Twitter | Become a Fan on Facebook

5

EXHIBIT 7





Dear Authorized BruxZir Lab,

BruxZir Solid Zirconia sales continue to increase each week. With positive feedback from both dentists and their patients, your decision to become an Authorized BruxZir Laboratory is a wise one.

To better help you market BruxZir, we've created an exclusive website just for Authorized BruxZir Labs. There you will be able to download the latest BruxZir images, logos and other multimedia.

As we continue to develop the BruxZir Solid Zirconia brand, the information we provide to the dental profession will constantly change. Our multimedia site will always have the most current BruxZir information available, and we encourage you to check back often for updates.

Visit bruxzir.com and click on Authorized BruxZir Labs. Find the link to the Multimedia Resources for Authorized Labs on the bottom left of the page.You will need the Username and Password provided below to access the multimedia site. Click here to visit the site now.

**Username:** bruxzir
**Password:** labs1

Sincerely,

*Glidewell Laboratories*

P.S. View Dr. DiTolla's latest clinical video "Unique Shade Considerations for BruxZir" online now.

---

Glidewell Laboratories | 1-800-854-7256
4141 MacArthur Blvd., Newport Beach, CA 92660

www.bruxzir.com | blog.bruxzir.com | glidewelldental.com

6

**EXHIBIT 7**



UNSUBSCRIBE | VIEW AS A WEB PAGE | MANAGE MAILING LISTS | FORWARD TO A FRIEND

## BruxZir® Solid Zirconia Comparative Wear Study

Thank you for continued interest in BruxZir Solid Zirconia. As the popularity of BruxZir continues to grow, so do questions about its wear compatibility.

That is why Glidewell Laboratories continues to conduct material testing. Our most recent test, a wear study that compared BruxZir and Ceramco®3, found BruxZir Solid Zirconia to be favorable with barely detectable wear.

The study, carried out by a respected dental materials and technology expert at the University of Tübingen, Germany, tested the clinical performance of each material over a simulation period of five years. The study concluded: "After 1.2 million wear cycles under a load of 50 N (~ 50 kg), BruxZir revealed barely detectable wear."

Read full study here.

bruxzir.com | blog.bruxzir.com | glidewelldental.com | Twitter | Facebook

7

EXHIBIT 7



UNSUBSCRIBE | VIEW AS A WEB PAGE | MANAGE MAILING LISTS | FORWARD TO A FRIEND

GLIDEWELL LABORATORIES "The Standard of Care"

## Technical Update: Do Not Use Discs To Finish Full-Contour Zirconia

As more and more dentists prescribe BruxZir restorations, the lab's latest BruxZir technical update will review some critical areas in designing and finishing bridgework.

Recent data shows BruxZir single-unit fractures are the lowest of any product in Glidewell Laboratories' history, with PFM bridges showing three times the fracture of BruxZir. However, when the lab does see a fractured BruxZir bridge, it is almost always due to: 1) A diamond disc being used to separate connectors, effectively "scoring" the ceramic and increasing the odds of a failure starting at this point, or 2) Violation of the "Rule of 27" for determining connector dimensions.

Click here to learn why discs should not be used to finish full-contour zirconia restorations. Following the processes outlined will ensure that your BruxZir crowns & bridges continue to live up to their reputation of being virtually "bulletproof."

bruxzir.com | blog.bruxzir.com | glidewelldental.com | Twitter | Facebook

8

EXHIBIT 7





Click here for special offer

GLIDEWELL LABORATORIES "The Standard of Care"

## Prescribe BruxZir for Tough Situations

**BruxZir is a solid zirconia restoration with no porcelain overlay. More brawn than beauty, you'll be impressed by the esthetics of BruxZir when prescribed instead of metal occlusal PFM and full-cast metal restorations. Virtually chip-proof, clinical indications for BruxZir include:**

- Bruxers and grinders who have destroyed other restorations
- An esthetic alternative to posterior PFMs with metal occlusal and full-cast crowns
- Ideal for implant cases because of its milled precision of fit and chip-proof durability

*"I have completed only three BruxZir crowns, all with traditional finishing lines. The fit is perfect and, having been told in advance of its less than perfect esthetics, the three patients were delighted with the result. So was I."* – **Edward K., DDS, New York, NY**

*YA0001*

Print and return this coupon with your next BruxZir case and receive $10 off per unit, up to 4 units. You pay just $89 per unit, plus $14 round-trip overnight shipping (Contiguous U.S. only). Requires five working days in-lab. Offer valid through 11/5/2010.

**Click here to print coupon**

bruxzir.com | blog.bruxzir.com | glidewelldental.com | Twitter | Facebook

9

**EXHIBIT 7**



http://webtest11.glidewelllab.local/email-blast/technical-update/authorized-bruxzir-labs.aspx
Google
Corporate Conn...
Student Informa...

UNSUBSCRIBE | VIEW AS A WEB PAGE | MANAGE MAILING LISTS | FORWARD TO A FRIEND

GLIDEWELL LABORATORIES "The Standard of Care"

BruxZir® Solid Zirconia
crowns and bridges
"More brawn than beauty"
Read the latest
BruxZir Technical Update
Authorized
BruxZir Labs

## Technical Update: Do Not Use Discs To Finish Full-Contour Zirconia

As an Authorized BruxZir Laboratory, you are aware that more and more dentists are prescribing BruxZir. The lab's latest BruxZir technical update will review some critical areas in designing and finishing bridgework.

Recent data shows BruxZir single-unit fractures are the lowest of any product in Glidewell Laboratories' history, with PFM bridges showing three times the fracture of BruxZir bridges. However, when the lab does see a fractured BruxZir bridge, it is almost always due to: 1) A diamond disc being used to separate connectors, effectively "scoring" the ceramic and increasing the odds of a failure starting at this point, or 2) Violation of the "Rule of 27" for determining connector dimensions.

Click here to learn why discs should not be used to finish full-contour zirconia restorations. Following the processes outlined will ensure that your BruxZir crowns & bridges continue to live up to their reputation of being virtually "bulletproof."

More technical information is available at www.bruxzir.com. To access this exclusive Authorized BruxZir Lab content, click on the "Dental Laboratories" tab, select "Multimedia Resources for Authorized Labs," and then enter the username and password below.

Username: bruxzir
Password: labs1

Glidewell Laboratories recipient of prestigious "Best Product Innovation Award" for BruxZir
Tell your dentists about the Axis Dental BruxZir Adjustment & Polishing Set
BruxZir®
VIRTUALLY UNBREAKABLE

bruxzir.com | blog.bruxzir.com | glidewelldental.com | Twitter | Facebook

10



## Technical Update: Do Not Use Discs To Finish Full-Contour Zirconia

As more and more dentists prescribe BruxZir restorations, the lab's latest BruxZir technical update will review some critical areas in designing and finishing bridgework.

Recent data shows BruxZir single-unit fractures are the lowest of any product in Glidewell Laboratories' history, with PFM bridges showing three times the fracture of BruxZir. However, when the lab does see a fractured BruxZir bridge, it is almost always due to: 1) A diamond disc being used to separate connectors, effectively "scoring" the ceramic and increasing the odds of a failure starting at this point, or 2) Violation of the "Rule of 27" for determining connector dimensions.

Click here to learn why discs should not be used to finish full-contour zirconia restorations. Following the processes outlined will ensure that your BruxZir crowns & bridges continue to live up to their reputation of being virtually "bulletproof."

bruxzir.com | blog.bruxzir.com | glidewelldental.com | Twitter | Facebook

11




GLIDEWELL LABORATORIES "The Standard of Care"

**New Online BruxZir® Solid Zirconia Clinical Video**

BruxZir Solid Zirconia clinical indications continue to expand as science validates the benefits of this proprietary material. In a new clinical DVD, "BruxZir Solid Zirconia Crowns & Bridges Clinical Indications and Scientific Validation," Dr. Michael DiTolla shares two anterior crown cases and a BruxZir roundhouse bridge case.

**Watch the new BruxZir® clinical video at www.BruxZir.com.**

www.bruxzir.com | blog.bruxzir.com | www.glidewelldental.com | Twitter | Facebook

12

UNSUBSCRIBE | VIEW AS A WEB PAGE | MANAGE MAILING LISTS | FORWARD TO A FRIEND

## Dr. Gordon Christensen on BruxZir®: "Go for it!"

Dr. Gordon Christensen, in the March 2011 issue of Dental Economics, discusses the rise in popularity of all-zirconia tooth-colored restorations – specifically calling out BruxZir Solid Zirconia. He explains that while BruxZir is still relatively new to the dental profession, its many benefits outweigh potential risks and provides clinicians and their patients with restorations that are durable, esthetic and affordable. Click here to read his final verdict.

www.bruxzir.com | blog.bruxzir.com | www.glidewelldental.com | Twitter | Facebook

13

Sollte diese E-Mail nicht richtig angezeigt werden, klicken Sie bitte hier

Klicken Sie hier für Ihr besonderes Angebot!

## Verschreiben Sie **BruxZir®** als hochfeste Alternative!

Klicken Sie hier für ein autorisiertes BruxZir Labor in Ihrer Nähe

Kronen und Brücken aus BruxZir sind die weltweit erfolgreichsten monolithischen Versorgungen aus Voll-Zirkonoxid. Solche Versorgungen erhalten keine Aufschichtung aus Verblendkeramik, was häufig zu Abplatzungen führt (Chipping).

Nach überragenden Erfahrungen selbst bei Bruxern und Knirschern hat BruxZir aufgrund exzellenter Transluzenz und Festigkeit einen sehr großen Anwenderkreis bei Zahnärzten gefunden. Monolithische Kronen und Brücken aus BruxZir bewähren sich:

- Als ökonomische Alternative zu Vollguss-Restorationen (auch bei Bruxern und Knirschern),
- bei ungünstigen Platzverhältnissen und eingeschränkten Präparationsmöglichkeiten,
- wenn minimalinvasive Präparation mit Vollkeramik versorgt werden soll,
- wenn Sie Chipping leid sind!

Drucken Sie diesen Gutschein und legen Sie ihn Ihrem Auftrag bei einem der autorisierten Dentallabore in Ihrer Nähe bei. Angebot gültig bis Juli 2011

Klicken Sie hier, um den Gutschein zu drucken

©2011 Glidewell Europe GmbH | 0800 278 9947
Frankenallee 26 D 65779 Kelkheim

BruxZir ist ein eingetragenes Warenzeichen von Glidewell Laboratories

Klicken Sie hier, wenn Sie unsere vierteljährliche Info Mail nicht weiter erhalten wollen

14



http://webtest11.glidewelllab.local/email-blast/technical-update/2011-05/labs.aspx
Google
Corporate Conn...
Student Informa...

UNSUBSCRIBE | VIEW AS A WEB PAGE | FORWARD TO A FRIEND

GLIDEWELL LABORATORIES

BruxZir® Solid Zirconia
crowns and bridges
"More brawn than beauty"
Read the latest
BruxZir Technical Update
Authorized
BruxZir Labs

## Technical Update: Improved BruxZir Esthetics Thru Ultrasonic Cleaning

As an Authorized BruxZir Laboratory, you are aware that more dentists are prescribing BruxZir. The lab's latest BruxZir technical update will review some critical areas in designing and finishing bridgework.

With the ever-increasing demand for BruxZir Solid Zirconia, Glidewell Laboratories has continued to devise, test, and implement new processes intended to improve both the quality of these crown & bridge restorations and the efficiency with which they are produced. Often, an innovation in one area provides enhanced results in the other. One such innovation is the new process by which Glidewell technicians clean milled BruxZir restorations and prepare them for coloring.

Click here to read the Technical Update: Improved BruxZir Esthetics Thru Ultrasonic Cleaning

The new method involves the use of an ultrasonic bath to clean the milled block, which is faster, cleaner, and more effective than brushing each crown by hand. Crowns are then cut from the block, grouped by their designated shade, and bathed again, helping to remove all of the fine particles from the crown surface. The shade-grouped crowns are then placed in sintering trays and dried — first in a microwave and then beneath a heat lamp. Once dried, the crowns are submerged in the proper coloring solution and colored under vacuum, after which they are dried again before being sintered. Visit www.bruxzir.com for the latest BruxZir Solid Zirconia updates.

Glidewell Laboratories recipient of prestigious "Best Product Innovation Award" for BruxZir
Tell your dentists about the Axis Dental BruxZir Adjustment & Polishing Set
BruxZir®

bruxzir.com | blog.bruxzir.com | glidewelldental.com | twitter | Facebook

15




UNSUBSCRIBE | VIEW AS A WEB PAGE

# Not Just Another Mill...

## A Comprehensive BruxZir Business Integration Solution

Colloidally processed BruxZir® Solid Zirconia exhibits the highest translucency and esthetics in its class. Using the new **BruxZir® Milling System**, full-contour BruxZir restorations can be milled in just nine minutes on average!

The purpose-built, compact BruxZir Mill is custom built at the lab's California facilities and currently has an approximate order lead time of 10 weeks. It features a whisper-quiet, 50,000 rpm NSK spindle, automatic four-tool changer, PC monitor and CAM software. Purchase of the mill comes with on-site installation and training, as well as production backup via outsource milling support in the event of a service outage. BruxZir Coloring Liquids and a step-by-step training DVD demonstrating the BruxZir restoration manufacturing process are also included with purchase of the unit.

Dental labs that purchase the BruxZir Milling System will be added to the growing network of **Authorized BruxZir Labs**. Authorized BruxZir Labs gain exposure through national brand marketing of BruxZir. To learn more about BruxZir and to see a full list of Authorized BruxZir Labs, visit **www.bruxzir.com**. For pricing, more information or to place an order, call Glidewell Direct at 888-303-3975.

   

Glidewell Laboratories | 1-800-854-7256 | 4141 MacArthur Blvd., Newport Beach, CA 92660

16





UNSUBSCRIBE | VIEW AS A WEB PAGE | FORWARD TO A FRIEND

GLIDEWELL LABORATORIES

## BruxZir Technical Update Video Now Available

As an Authorized BruxZir Laboratory, you are aware that more and more dentists are prescribing BruxZir. To meet this growing demand, Glidewell Laboratories continues to devise, test and implement new processes intended to improve not only the quality of these crown & bridge restorations, but also the efficiency with which they are produced.

Now available to BruxZir Authorized Laboratories is an updated version of the BruxZir technical video "BruxZir Solid Zirconia Using the 3Shape System," which offers helpful information discovered through the development of BruxZir. Divided into 10 useful "tips," this video provides step-by-step instructions for:

- Digitally scanning models
- Designing contacts and occlusion
- Designing bridges
- Milling and spruing BruxZir blocks
- Recovering milled units
- Making anatomical adjustments
- Cleaning the units
- Coloring the units
- Sintering the units
- Finishing the units

To access this exclusive Authorized BruxZir Lab content, click View Technical Update Video, and then enter the username and password below:

**Username: bruxzir**
**Password: labs1**

17




UNSUBSCRIBE | VIEW AS A WEB PAGE | FORWARD TO A FRIEND

# It Pays to Recycle BruxZir® Solid Zirconia

Glidewell Laboratories now offers a recycling credit program for used BruxZir Solid Zirconia milling blanks. Through this program, Authorized BruxZir Labs are eligible to receive a credit of $2 per pound (minus the actual cost of USPS Priority Mail Flat Rate shipping) for post-milled BruxZir zirconia blanks.

The unused portion of a post-milled BruxZir zirconia blank often accounts for up to 37 percent of the original blank by weight. The BruxZir Solid Zirconia recycling program encourages environmental responsibility by providing a turn-key solution and monetary incentive.

Authorized BruxZir Labs can request free shipping materials from Glidewell Laboratories, including USPS Priority Mail Flat Rate shipping boxes. Each box may be filled with up to 40 pounds of post-milled BruxZir zirconia material, and shipped to Glidewell Laboratories. Once received, the used material will be weighed, and the recycling credit of $2 per pound (minus the cost of shipping) applied to the lab's account. Based on the maximum weight of 40 pounds per Large Flat Rate Box ($14.95 domestic shipping rate), the submitting lab can expect a credit of approximately $65 per box of recycled material.

To join the recycling effort, call Glidewell Direct toll-free at 888-303-3975 to request your free shipping materials. Or, for information on how to become an Authorized BruxZir Laboratory, visit www.BruxZir.com.

Glidewell Laboratories | 1-800-854-7256 | 4141 MacArthur Blvd., Newport Beach, CA 92660

18



**BruxZir® Solid Zirconia** UNSUBSCRIBE | VIEW AS A WEB PAGE

# Not Just Another Mill ...

## A Comprehensive BruxZir Business Integration Solution

Colloidally processed BruxZir Solid Zirconia exhibits the highest translucency and esthetics in its class. Using the new **BruxZir Milling System**, full-contour BruxZir restorations can be milled in just nine minutes on average. Milled BruxZir restorations can then be sintered in as few as 4.5 hours with the new BruxZir FastFire Furnace (available for $6,900).

The purpose-built, compact BruxZir Mill is custom built at the lab's California facilities. It features a whisper-quiet, 50,000 rpm NSK spindle, automatic four-tool changer, PC monitor and CAM software. Purchase of the mill comes with on-site installation and training, as well as production backup via outsource milling support in the event of a service outage. BruxZir Coloring Liquids and a step-by-step training DVD demonstrating the BruxZir restoration manufacturing process are also included with purchase of the unit.

The easy-to-operate BruxZir FastFire Furnace is specially designed for the sintering of milled BruxZir restorations. Its high-efficiency design provides increased heating rate capabilities (up to 40°C/min), six moly disilicide heating elements for quick temperature ramp-up, four cooling fans for enhanced cooling rate, and a shorter cycle time of 4.5 hours.

Dental labs that purchase the BruxZir Milling System will be added to the growing network of **Authorized BruxZir Labs**. Authorized BruxZir Labs gain exposure through national brand marketing of BruxZir Solid Zirconia. To learn more about BruxZir Solid Zirconia and to see a full list of Authorized BruxZir Labs, visit **www.bruxzir.com**.

Glidewell Laboratories now offers a **recycling program** for used BruxZir Solid Zirconia milling blanks. Through this program, Authorized BruxZir Labs are eligible to receive $2 per pound for post-milled BruxZir zirconia blanks. Join the recycling effort today by calling Glidewell Direct at 888-303-3975 to request your free shipping materials.

    | www.bruxzir.com

19



BruxZir® Solid Zirconia

UNSUBSCRIBE
VIEW AS A WEB PAGE | FORWARD TO A FRIEND

# "More brawn ~~than~~ *and improving* beauty"

## Which teeth are BruxZir® crowns?

VIEW ANSWER ▶ VIEW VIDEO ▶

Which teeth are the BruxZir® Solid Zirconia crowns? **View answer**. The answer may surprise you. **View video of the clinical case.**

When we launched BruxZir Solid Zirconia crowns & bridges in 2009, our intention was to provide a monolithic zirconia restoration indicated for bruxers and grinders as an esthetic alternative to posterior metal occlusal PFMs and full-cast metal restorations. The result was a material we said was "More Brawn than Beauty."

Now we like to say that BruxZir is "More Brawn *and Improving* Beauty," as our Research and Development team continues to refine our processes, improving the esthetics and the strength of the material. **View the science behind BruxZir Solid Zirconia**. We invite you to view our most recent BruxZir Solid Zirconia anterior case and see for yourself.

Our BruxZir milling blanks are created through a unique patent-pending process. Unlike conventional high-pressure milling blank manufacturing, our processing gives BruxZir zirconia improved light transmission, which provides a lower, more natural shade value.

Designed and milled using CAD/CAM technology, BruxZir Solid Zirconia is sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir restoration emerges nearly chip-proof and is glazed to a smooth surface.

When it comes time to choose a lab for your BruxZir Solid Zirconia cases, you have many choices. **View our growing list of Authorized BruxZir Labs**.

    | www.bruxzir.com

Glidewell Laboratories | 1-800-854-7256 | 4141 MacArthur Blvd., Newport Beach, CA 92660

20