

**EXHIBIT 8**

-241-



EXHIBIT 8
-242-



EXHIBIT 8

-243-



## Ask your laboratory for ...
# BruxZir®
### "More brawn than beauty"

Visit us at Booth #1476

- Ideal for bruxers who have destroyed natural teeth or previous dental restorations
- Solid zirconia is an esthetic alternative to metal occlusal PFMs and cast gold
- Conservatively prepare as thin as 0.5 mm with feather edge margins, much like you would cast gold

*BruxZir is a registered trademark of Glidewell Laboratories.*

## Authorized BruxZir Laboratories

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Barksdale Dental Lab | Athens | AL | 256-232-1772 |
| Burdette Dental Lab Inc. | Birmingham | AL | 800-624-5301 |
| Oral Arts Dental Laboratories, Inc. | Huntsville | AL | 800-354-2075 |
| Parkway Dental Lab | Opelika | AL | 800-239-3512 |
| Scrimpshire Dental Studio | Huntsville | AL | 800-633-2912 |
| Green Dental Laboratories, Inc. | Heber Springs | AR | 800-247-1365 |
| Continental Dental Laboratory | Phoenix | AZ | 800-605-0155 |
| Dentek Dental Laboratory, Inc. | Scottsdale | AZ | 877-433-6835 |
| New West Dental Ceramics ** | Lake Havasu City | AZ | 800-321-1814 |
| Van Hook Dental Studio | Tempe | AZ | 800-987-4885 |
| BDL Prosthetics ** | Irvine | CA | 800-411-9723 |
| Burbank Dental Laboratory Inc ** | Burbank | CA | 800-336-3053 |
| Continental Dental Laboratories | Torrance | CA | 800-443-8045 |
| Creative Porcelain | Oakland | CA | 800-470-4085 |
| Dental Masters Laboratory | Santa Rosa | CA | 800-388-8482 |
| Gildewell Laboratories ** | Newport Beach | CA | 800-854-7256 |
| Iverson Dental Laboratory | Riverside | CA | 800-334-2057 |
| Nash Dental Lab, Inc. | Temecula | CA | 877-528-2522 |
| NEO Milling Center | Cerritos | CA | 562-404-4046 |
| Nichols Dental Lab | Glendale | CA | 800-938-5552 |
| Noel Laboratories, Inc. | San Luis Obispo | CA | 800-575-4442 |
| Perfect Smile Dental Ceramics, Inc. | San Diego | CA | 877-728-5282 |
| Precision Ceramics Dental Laboratory ** | Montclair | CA | 800-223-6322 |
| Riverside Dental Ceramics ** | Riverside | CA | 800-321-9943 |
| Robertson Dental Lab | Lompoc | CA | 800-585-3111 |
| Dodd Dental Laboratories | West Covina | CA | 800-441-9005 |
| Carlos Ceramics Dental Lab | Miami | FL | 305-681-0260 |
| DigiTech Dental Restorations | Doral | FL | 888-336-1301 |
| Fox Dental Laboratory | Tampa | FL | 800-282-9654 |
| Hennessy Dental Laboratory | Riviera Beach | FL | 800-694-6862 |
| Knight Dental Group | Oldsmar | FL | 800-359-2043 |
| TLC Dental Laboratory | Orlando | FL | 800-282-2547 |
| New Image Dental Laboratory ** | Morrow | GA | 800-233-6765 |
| Oral Arts Dental Lab Georgia | Chamblee | GA | 800-229-7645 |
| The Lab 2000, Inc. | Columbus | GA | 800-239-3947 |
| Colonial Dental Studio | Davenport | IA | 800-397-1311 |
| Oral Arts Dental Lab Iowa | Dubuque | IA | 800-747-3522 |
| Artistic Dental Studio, Inc. | Bolingbrook | IL | 800-756-0412 |
| Dental Arts Laboratories Inc. | Peoria | IL | 800-322-2213 |
| Distinctive Dental Studio, Ltd. | Naperville | IL | 800-532-7890 |
| Rockert Dental Studio | Wheaton | IL | 800-665-1401 |
| Vitality Dental Arts | Arlington Heights | IL | 800-399-0705 |
| Ito & Koby Dental Studio | Indianapolis | IN | 800-289-8684 |
| Keller Dental Laboratory | Louisville | KY | 800-292-1894 |
| Crown Dental Studio | Shreveport | LA | 800-551-8157 |
| Pfisterer-Audeser Dental Lab | Metairie | LA | 800-288-8610 |
| Aronovitch Dental Laboratory | Owings Mills | MD | 800-441-8647 |
| Eliason Dental Lab | Portland | ME | 800-498-7881 |
| Dental Art Laboratories | Lansing | MI | 800-444-3744 |
| D.H. Baker Dental Laboratory | Traverse City | MI | 800-648-8800 |
| Excel Dental Studios Inc. | Minneapolis | MN | 800-328-2568 |
| Saber Dental Studio | Brooklyn Center | MN | 800-264-3803 |
| Thoele Dental Laboratory | West Park | MN | 800-999-1115 |
| Tracheel Dental Studio Inc. | Rochester | MN | 800-831-2362 |
| Webster Dental Laboratory | St. Paul | MN | 800-621-3350 |
| Womack-Polzin Dental Lab | North Mankato | MN | 800-350-5079 |
| Keller Laboratories, Inc. ** | Fenton | MO | 800-325-3056 |
| Mallow-Tru Dental Studio | Lee's Summit | MO | 800-444-3685 |
| Stewart Dental Laboratories | Columbia | MO | 866-724-5509 |
| Oral Tech Dental Laboratory | Pearl | MS | 800-321-6201 |
| Carolina Outsource Inc. | Charlotte | NC | 704-814-0644 |
| Drake Precision Dental Laboratory | Charlotte | NC | 800-476-2771 |
| The Freeman Center | Stallings | NC | 800-659-7838 |
| Kless Kraft Dental Laboratory | Omaha | NE | 800-553-9522 |
| H & D Dental Laboratory | Manchester | NH | 800-543-4312 |
| Excel Bergar Dental Laboratory | North Brunswick | NJ | 800-438-3584 |
| Ideal Dental Laboratory | Albuquerque | NM | 800-398-6684 |
| Las Vegas Digital Dental Solutions ** | Las Vegas | NV | 800-936-1848 |
| Smile Design Dental Laboratory | Port Washington | NY | 516-472-0690 |
| John Hegler, CDT | New Albany | OH | 614-560-5667 |
| New Era Dental Arts, LLC | Syrvania | OH | 800-971-8201 |
| Salem Dental Laboratory | Cleveland | OH | 800-747-5577 |
| Tooth Fairy Dental Lab | Findlay | OH | 419-429-8181 |
| Flud Dental Laboratory | Tulsa | OK | 800-331-4650 |
| Great Southwest Dental Laboratory | Oklahoma City | OK | 800-777-1522 |
| Applegate Dental Ceramics | Medford | OR | 541-772-7729 |
| Abbesal Laboratories | Irwin | PA | 800-734-3064 |
| Fort Washington Dental Lab | Fort Washington | PA | 215-628-4944 |
| Innovative Dental Arts | North Huntington | PA | 866-305-5434 |
| Sherer Dental Laboratory | Rock Hill | SC | 800-545-1118 |
| Bauer Dental Studio | Mitchell | SD | 800-952-3334 |
| R·Dent Dental Laboratory | Bartlett | TN | 901-372-8020 |
| Peterman Dental Laboratory | Nashville | TN | 800-476-1670 |
| Rogers' Dental Laboratories | Athens | TN | 800-278-6046 |
| S & H Crown & Bridge Inc. | Knoxville | TN | 888-506-1263 |
| Dental Dynamics Laboratory Inc. | Arlington | TX | 817-792-3000 |
| Oral Designs Dental Laboratory, Inc. | San Antonio | TX | 800-292-5516 |
| Stern Empire Dental Laboratory | Houston | TX | 800-229-0214 |
| Stam Reed Associates Dental Laboratory | Addison | TX | 800-688-8341 |
| Stern Tyler Dental Laboratory | Tyler | TX | 800-428-1318 |
| Treasure Dental Studio | Salt Lake City | UT | 800-358-8444 |
| Arrowhead Dental Laboratory | Sandy | UT | 800-800-7200 |
| Via Digital Solutions | Sandy | UT | 888-484-8842 |
| Art Dental Lab | Chantilly | VA | 888-445-7641 |
| Dominion Milling Center | Richmond | VA | 877-285-5286 |
| P & R Dental Lab Inc. | Alexandria | VA | 703-916-8666 |
| The Point Dental Studio, LLC | West Point | VA | 804-337-5477 |
| Saber Dental Studio | Waukesha | WI | 800-365-3210 |
| Midtown Dental Laboratory | Charleston | WV | 800-922-3368 |

### INTERNATIONAL SERVICING THE U.S.

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Smith-Sterling Dental Laboratories ** | Cartago | Costa Rica | 800-479-5203 |
| Pacific Edge Dental Laboratories ** | Baja California | Mexico | 800-869-3023 |
| EPS Dental Studio | Cuernavaca, MO | Mexico | 345-246-5203 |

### CANADA

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Highland Dental Laboratory | Calgary, AB | Canada | 800-504-3199 |
| Impact Dental Laboratory | Ottawa, ON | Canada | 800-668-4661 |
| Hollywood Smiles Dental Laboratory Ltd. | Burnaby, BC | Canada | 604-439-8118 |
| Premium Dental Laboratories Ltd. | Burnaby, BC | Canada | 604-294-2881 |
| Protac Dental Laboratories Ltd. ** | Vancouver, BC | Canada | 800-663-5488 |
| Carlton Dental Labs | Prince Albert, SK | Canada | 800-667-5525 |

### INTERNATIONAL

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Glidewell Europe GmbH | Kalkheim, Hesse | Germany | +49 6195 5077 |

*Also a Prismatik Clinical Zirconia™ Milling Center.*

EXHIBIT 8
-244-



**Ask your laboratory for ...**

# BruxZir®

*"More brawn than beauty"*

Visit us at Booth #1476

- Ideal for bruxers who have destroyed natural teeth or previous dental restorations
- Solid zirconia is an esthetic alternative to metal occlusal PFMs and cast gold
- Conservatively prepare as thin as 0.5 mm with feather edge margins, much like you would cast gold

*BruxZir is a registered trademark of Glidewell Laboratories.*

## Authorized BruxZir Laboratories

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Barksdale Dental Lab | Athens | AL | 256-232-1772 |
| Burdette Dental Lab Inc. | Birmingham | AL | 800-624-5301 |
| Oral Arts Dental Laboratories, Inc. | Huntsville | AL | 800-354-2075 |
| Parkway Dental Lab | Opelika | AL | 800-239-3512 |
| Scrimpshire Dental Studio | Huntsville | AL | 800-653-2912 |
| Green Dental Laboratories, Inc. | Heber Springs | AR | 800-247-1365 |
| Continental Dental Laboratory | Phoenix | AZ | 800-605-0155 |
| Dentek Dental Laboratory, Inc. | Scottsdale | AZ | 877-433-5835 |
| New West Dental Ceramics ** | Lake Havasu City | AZ | 800-321-1614 |
| Van Hook Dental Studio | Tempe | AZ | 800-967-4665 |
| BDL Prosthetics ** | Irvine | CA | 800-411-9723 |
| Burbank Dental Laboratory Inc. ** | Burbank | CA | 800-336-3053 |
| Continental Dental Laboratories | Torrance | CA | 800-443-6048 |
| Creative Porcelain | Oakland | CA | 800-470-4085 |
| Dental Masters Laboratory | Santa Rosa | CA | 800-368-8482 |
| Glidewell Laboratories ** | Newport Beach | CA | 800-854-7256 |
| Iverson Dental Laboratories | Riverside | CA | 800-334-2057 |
| Nash Dental Lab, Inc. | Temecula | CA | 877-528-2522 |
| NEO Milling Center | Cerritos | CA | 562-404-4048 |
| Nichols Dental Lab | Glendale | CA | 800-395-8552 |
| Noel Laboratories, Inc. | San Luis Obispo | CA | 800-575-4442 |
| Perfect Smile Dental Ceramics, Inc. | San Diego | CA | 877-729-5282 |
| Precision Ceramics Dental Laboratory ** | Montclair | CA | 800-223-6322 |
| Riverside Dental Ceramics ** | Riverside | CA | 800-321-9943 |
| Robertson Dental Lab | Lompoc | CA | 800-585-3111 |
| Dodd Dental Laboratories | New Castle | DE | 800-441-9005 |
| Carlos Ceramics Dental Lab | Miami | FL | 305-661-2050 |
| DigiTech Dental Restorations | Doral | FL | 888-336-1301 |
| Fox Dental Laboratory | Tampa | FL | 800-282-9054 |
| Hennessy Dental Laboratory | Riviera Beach | FL | 800-694-6862 |
| Knight Dental Group | Oldsmar | FL | 800-359-2043 |
| TLC Dental Laboratory | Orlando | FL | 800-282-2547 |
| New Image Dental Laboratory ** | Morrow | GA | 800-733-6785 |
| Oral Arts Dental Lab Georgia | Chamblee | GA | 800-229-7845 |
| The Lab 2000, Inc. | Columbus | GA | 800-230-3947 |
| Colonial Dental Studio | Davenport | IA | 800-397-1311 |
| Oral Arts Dental Lab Iowa | Dubuque | IA | 800-747-3322 |
| Artistic Dental Studio, Inc. | Bolingbrook | IL | 800-755-0412 |
| Dental Arts Laboratories Inc. | Peoria | IL | 800-322-2215 |
| Distinctive Dental Studio, Ltd. | Naperville | IL | 800-552-7890 |
| Rockart Dental Studio | Wheaton | IL | 800-605-1401 |
| Vitality Dental Arts | Arlington Heights | IL | 800-390-0705 |
| Ito & Koby Dental Studio | Indianapolis | IN | 800-298-6684 |
| Keller Dental Laboratory | Louisville | KY | 800-292-1894 |
| Crown Dental Studio | Shreveport | LA | 800-551-8157 |
| Pfisterer-Ausherer Dental Lab | Metairie | LA | 800-298-8910 |
| Arrowfish Dental Laboratory | Owings Mills | MD | 800-441-6647 |
| Eliason Dental Lab | Portland | ME | 800-498-7881 |
| Dental Art Laboratories | Lansing | MI | 800-444-3744 |
| D.H. Baker Dental Laboratory | Traverse City | MI | 800-946-8890 |
| Excel Dental Studios Inc. | Minneapolis | MN | 800-328-2568 |
| Saber Dental Studio | Brooklyn Center | MN | 800-264-3903 |
| Thoele Dental Laboratory | St. Paul | MN | 800-899-1115 |
| Trachsel Dental Studio Inc. | Rochester | MN | 800-831-2362 |
| Webster Dental Laboratory | St. Paul | MN | 800-621-3350 |
| Wemson-Polzin Dental Lab | North Mankato | MN | 800-950-5079 |
| Keller Laboratories, Inc. ** | Fenton | MO | 800-325-3056 |
| Matlow-Tru Dental Studio | Lee's Summit | MO | 800-444-3685 |
| Stewart Dental Laboratories | Columbia | MO | 866-724-5509 |
| Oral Tech Dental Laboratory | Pearl | MS | 800-321-6201 |
| Carolina Outsource Inc. | Charlotte | NC | 704-814-0644 |
| Orska Precision Dental Laboratory | Charlotte | NC | 800-478-2771 |
| The Freeman Center | Stallings | NC | 800-659-7836 |
| Kiess Kraft Dental Laboratory | Omaha | NE | 800-553-9522 |
| H & O Dental Laboratory | Manchester | NH | 800-543-4312 |
| Excel Berger Dental Laboratory | North Brunswick | NJ | 800-438-3384 |
| Ideal Dental Laboratory | Albuquerque | NM | 800-998-6684 |
| Las Vegas Digital Dental Solutions ** | Las Vegas | NV | 800-936-1848 |
| Smile Design Dental Laboratory | Port Washington | NY | 516-472-0890 |
| John Haight, CDT | New Albany | OH | 614-560-5667 |
| New Era Dental Arts, LLC | Sylvania | OH | 800-671-6201 |
| Salem Dental Laboratory | Cleveland | OH | 800-747-5577 |
| Tooth Fairy Dental Lab | Findlay | OH | 419-429-6181 |
| Flud Dental Laboratory | Tulsa | OK | 800-331-4650 |
| Great Southwest Dental Laboratory | Oklahoma City | OK | 800-777-1522 |
| Applegate Dental Ceramics | Medford | OR | 541-772-7729 |
| Albenzi Laboratories | Irwin | PA | 800-734-3064 |
| Fort Washington Dental Lab | Fort Washington | PA | 215-628-4944 |
| Innovative Dental Arts | North Huntingdon | PA | 866-305-5434 |
| Sherer Dental Laboratory | Rock Hill | SC | 800-845-1116 |
| Bauer Dental Studio | Mitchell | SD | 800-952-3334 |
| R-Dent Dental Laboratory | Bartlett | TN | 901-372-8020 |
| Peterman Dental Laboratory | Nashville | TN | 800-476-1670 |
| Rogers' Dental Laboratories | Athens | TN | 800-278-6046 |
| S & H Crown & Bridge Inc. | Knoxville | TN | 888-506-1263 |
| Dental Dynamics Laboratory Inc. | Arlington | TX | 817-792-3000 |
| Oral Designs Dental Laboratory, Inc. | San Antonio | TX | 800-292-5516 |
| Stern Empire Dental Laboratory | Houston | TX | 800-239-0214 |
| Stern Reed Associates Dental Laboratory | Addison | TX | 800-888-6341 |
| Stern Tylar Dental Laboratory | Tyler | TX | 800-928-1318 |
| Treasure Dental Studio | Salt Lake City | UT | 800-358-6444 |
| Arrowhead Dental Laboratory | Sandy | UT | 800-800-7200 |
| Via Digital Solutions | Sandy | UT | 888-484-6842 |
| Art Dental Lab | Chantilly | VA | 888-645-7541 |
| Dominion Milling Center | Richmond | VA | 877-285-5285 |
| P & R Dental Lab Inc. | Alexandria | VA | 703-916-8868 |
| The Point Dental Studio, LLC | West Point | VA | 804-197-5477 |
| Saber Dental Studio | Waukesha | WI | 800-365-3210 |
| Midtown Dental Laboratory | Charleston | WV | 800-992-3368 |

**INTERNATIONAL SERVICING THE U.S.**

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Smith-Sterling Dental Laboratories ** | Cartago | Costa Rica | 800-479-5203 |
| Pacific Edge Dental Laboratories ** | Baja California | Mexico | 800-889-0223 |
| EPS Dental Studio | Cuernavaca, MO | Mexico | 346-246-5203 |

**CANADA**

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Highland Dental Laboratory | Calgary, AB | Canada | 800-504-3199 |
| Impact Dental Laboratory | Ottawa, ON | Canada | 800-668-4691 |
| Hollywood Smiles Dental Laboratory Ltd. | Burnaby, BC | Canada | 604-939-8118 |
| Premium Dental Laboratories Ltd. | Burnaby, BC | Canada | 604-294-2881 |
| Protec Dental Laboratories Ltd. ** | Vancouver, BC | Canada | 800-663-5468 |
| Carlton Dental Labs | Prince Albert, SK | Canada | 800-667-5525 |

**INTERNATIONAL**

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Glidewell Europe GmbH | Kelkheim, Hesse | Germany | +49 6195 5077 |

*"Also a Prismatik Clinical Zirconia" Milling Center.*

**EXHIBIT 8**

-245-



Ask your laboratory for...

# BruxZir®

Visit us at booths #321 & #329

"More brawn than beauty"

- Ideal for bruxers who have destroyed natural teeth or previous dental restorations
- Solid zirconia is an esthetic alternative to metal occlusal PFMs and cast gold
- Conservatively prepare as thin as 0.5 mm with feather edge margins, much like you would cast gold

*BruxZir is a registered trademark of Glidewell Laboratories.*

## Authorized BruxZir Laboratories

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Barksdale Dental Lab | Athens | AL | 256-232-1772 |
| Burdette Dental Lab Inc. | Birmingham | AL | 800-624-5301 |
| Oral Arts Dental Laboratories, Inc. | Huntsville | AL | 800-354-2075 |
| Parkway Dental Lab | Opelika | AL | 800-239-3512 |
| Scrimpshire Dental Studio | Huntsville | AL | 800-633-2912 |
| Walker Dental Laboratory, Inc. | Decatur | AL | 800-727-0705 |
| Green Dental Laboratories, Inc. | Heber Springs | AR | 800-247-1365 |
| Continental Dental Laboratory | Phoenix | AZ | 800-695-0155 |
| Dentek Dental Laboratory, Inc. | Scottsdale | AZ | 877-433-6835 |
| New West Dental Ceramics ** | Lake Havasu City | AZ | 800-321-1614 |
| Van Hook Dental Studio | Tempe | AZ | 800-987-4665 |
| BDL Prosthetics ** | Irvine | CA | 800-411-9723 |
| Burbank Dental Laboratory Inc. ** | Burbank | CA | 800-336-3053 |
| Continental Dental Laboratories | Torrance | CA | 800-443-8048 |
| Creative Porcelain | Oakland | CA | 800-470-4085 |
| Dental Masters Laboratory | Santa Rosa | CA | 800-368-8482 |
| Gildewell Laboratories ** | Newport Beach | CA | 800-854-7256 |
| Iverson Dental Laboratories | Riverside | CA | 800-334-2057 |
| Nash Dental Lab, Inc. | Temecula | CA | 877-528-2522 |
| NEO Milling Center | Cerritos | CA | 562-404-4048 |
| Nichols Dental Lab | Glendale | CA | 800-936-6552 |
| Noel Laboratories, Inc. | San Luis Obispo | CA | 800-575-4442 |
| Perfect Smile Dental Ceramics, Inc. | San Diego | CA | 877-729-5282 |
| Precision Ceramics Dental Laboratory ** | Montclair | CA | 800-223-6322 |
| Riverside Dental Ceramics ** | Riverside | CA | 800-321-9943 |
| Robertson Dental Lab | Lompoc | CA | 800-585-3111 |
| Gnathodontics, Ltd. | Lakewood | CO | 800-234-9515 |
| Dodd Dental Laboratories | New Castle | DE | 800-441-9005 |
| Carlos Ceramics Dental Lab | Miami | FL | 305-661-0260 |
| DigiTech Dental Restorations | Doral | FL | 888-336-1301 |
| Fox Dental Laboratory | Tampa | FL | 800-282-9054 |
| Hennessy Dental Laboratory | Riviera Beach | FL | 800-694-6862 |
| Knight Dental Group | Oldsmar | FL | 800-359-2043 |
| TLC Dental Laboratory | Orlando | FL | 800-282-2547 |
| New Image Dental Laboratory ** | Morrow | GA | 800-233-6785 |
| Oral Arts Dental Lab Georgia | Chamblee | GA | 800-229-7645 |
| Ridge Craft Dental Laboratory | Lagrange | GA | 800-516-0281 |
| The Lab 2000, Inc. | Columbus | GA | 800-239-3947 |
| Colonial Dental Studio | Davenport | IA | 800-397-1311 |
| Oral Arts Dental Lab Iowa | Dubuque | IA | 800-747-3522 |
| Artistic Dental Studio, Inc. | Bolingbrook | IL | 800-755-0412 |
| Dental Arts Laboratories, Inc. | Peoria | IL | 800-322-2213 |
| Distinctive Dental Studio, Ltd. | Naperville | IL | 800-552-7890 |
| Ottawa Dental Lab | Ottawa | IL | 800-851-8239 |
| Rockert Dental Studio | Wheaton | IL | 800-685-1401 |
| Vitality Dental Arts | Arlington Heights | IL | 800-399-0705 |
| Ito & Koby Dental Studio | Indianapolis | IN | 800-288-6684 |
| Keller Dental Laboratory | Louisville | KY | 800-292-1894 |
| Crown Dental Studio | Shreveport | LA | 800-551-8157 |
| Pfisterer-Auderer Dental Lab | Metairie | LA | 800-288-8910 |
| Aronovitch Dental Laboratory | Owings Mills | MD | 800-441-6647 |
| Eliason Dental Lab | Portland | ME | 800-498-7881 |
| Apex Dental Milling | Ann Arbor | MI | 866-755-4236 |
| Dental Art Laboratories | Lansing | MI | 800-444-3744 |
| D.H. Baker Dental Laboratory | Traverse City | MI | 800-946-8880 |
| Olson Dental Laboratory | Clinton Township | MI | 800-482-3166 |
| Excel Dental Studios Inc. | Minneapolis | MN | 800-328-2568 |
| Saber Dental Studio | Brooklyn Center | MN | 800-284-3303 |
| Thoele Dental Laboratory | Walte Park | MN | 800-899-1115 |
| Trachsel Dental Studio Inc. | Rochester | MN | 800-831-2362 |
| Webster Dental Laboratory | St. Paul | MN | 800-621-3350 |
| Womson-Polzin Dental Lab | North Mankato | MN | 800-950-5079 |

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Keller Laboratories, Inc. ** | Fenton | MO | 800-325-3056 |
| Mallow-Tru Dental Studio | Lee's Summit | MO | 800-444-3685 |
| Stewart Dental Laboratories | Columbia | MO | 866-724-5509 |
| Oral Tech Dental Laboratory | Pearl | MS | 800-321-6201 |
| Carolina Outsource Inc. | Charlotte | NC | 704-814-0644 |
| Drake Precision Dental Laboratory | Charlotte | NC | 800-476-2771 |
| The Freeman Denter | Stallings | NC | 800-956-7636 |
| Kiess Kraft Dental Laboratory | Omaha | NE | 800-553-9522 |
| H & O Dental Laboratory | Manchester | NH | 800-543-4312 |
| Excel Berger Dental Laboratory | North Brunswick | NJ | 800-438-3384 |
| Ideal Dental Laboratory | Albuquerque | NM | 800-998-6684 |
| Las Vegas Digital Dental Solutions ** | Las Vegas | NV | 800-936-1848 |
| Creo Dental | New York | NY | 212-302-3660 |
| MobileTek Dental Labs | New York | NY | 917-747-7519 |
| Smile Design Dental Laboratory | Port Washington | NY | 516-472-0890 |
| John Hagler, CDT | New Albany | OH | 614-560-5667 |
| New Era Dental Arts, LLC | Sylvania | OH | 800-971-8201 |
| Salem Dental Laboratory | Cleveland | OH | 800-747-5577 |
| Tooth Fairy Dental Lab | Findlay | OH | 419-429-8181 |
| Flud Dental Laboratory | Tulsa | OK | 800-331-4650 |
| Great Southwest Dental Laboratory | Oklahoma City | OK | 800-777-1522 |
| Applegate Dental Ceramics | Medford | OR | 541-772-7729 |
| Albenal Laboratories | Irwin | PA | 800-734-3064 |
| Fort Washington Dental Lab | Fort Washington | PA | 215-628-4944 |
| Innovative Dental Arts | North Huntingdon | PA | 866-305-5434 |
| Sherer Dental Laboratory | Rock Hill | SC | 800-845-1116 |
| Bauer Dental Studio | Mitchell | SD | 800-952-3334 |
| Peterman Dental Laboratory | Nashville | TN | 800-478-1670 |
| R+Dent Dental Laboratory | Bartlett | TN | 877-733-6848 |
| Rogers' Dental Laboratories | Athens | TN | 800-278-6046 |
| S & H Crown & Bridge Inc. | Knoxville | TN | 888-506-1283 |
| Wade Dental Ceramics | Meryville | TN | 865-982-4324 |
| Dental Dynamics Laboratory Inc. | Arlington | TX | 817-792-3000 |
| Oral Designs Dental Laboratory, Inc. | San Antonio | TX | 800-262-3522 |
| Stern Empire Dental Laboratory | Houston | TX | 800-229-0214 |
| Stern Reed Associates Dental Laboratory | Addison | TX | 800-888-8341 |
| Stern Tyler Dental Laboratory | Tyler | TX | 800-926-1319 |
| Crystart Dental Design | Salt Lake City | UT | 800-343-2488 |
| Treasure Dental Studio | Salt Lake City | UT | 800-358-8444 |
| Arrowhead Dental Laboratory | Sandy | UT | 800-800-7200 |
| Via Digital Solutions | Sandy | UT | 888-484-8842 |
| Art Dental Lab | Chantilly | VA | 888-645-7541 |
| Dominion Milling Center | Richmond | VA | 877-285-5285 |
| P & R Dental Lab Inc. | Alexandria | VA | 703-916-8866 |
| The Point Dental Studio, LLC | West Point | VA | 804-337-5477 |
| Saber Dental Studio | Waukesha | WI | 800-385-3210 |
| Midtown Dental Laboratory | Charleston | WV | 800-992-3368 |

### INTERNATIONAL SERVICING THE U.S.

| LABORATORY | CITY | | PHONE |
|---|---|---|---|
| Smith-Sterling Dental Laboratories ** | Cartago | Costa Rica | 800-479-5203 |
| Pacific Edge Dental Laboratories ** | Baja Calif. | Mexico | 800-889-9323 |
| EPS Dental Studio | Cuernavaca, MO | Mexico | 346-246-5203 |

### CANADA

| LABORATORY | CITY | | PHONE |
|---|---|---|---|
| Highland Dental Laboratory | Calgary, AB | Canada | 800-504-3199 |
| Hollywood Smiles Dental Laboratory Ltd. | Burnaby, BC | Canada | 804-939-8118 |
| Premium Dental Laboratories Inc. | Burnaby, BC | Canada | 604-294-2881 |
| Protec Dental Laboratories Ltd. ** | Vancouver, BC | Canada | 800-663-5488 |
| Impact Dental Laboratory | Ottawa, ON | Canada | 800-668-4691 |
| Carlton Dental Labs | Prince Albert, SK | Canada | 800-667-5525 |

### INTERNATIONAL

| LABORATORY | CITY | | PHONE |
|---|---|---|---|
| Glidewell Europe GmbH | Kelkheim, Hesse | Germany | +49 6195 5077 |

**Also a Prismatik Clinical Zirconia™ Milling Center.

EXHIBIT 8

-246-



EXHIBIT 8

-247-



EXHIBIT 8

-248-



EXHIBIT 8

-249-