

**EXHIBIT 9**
-250-

# BruxZir Blog

**Welcome to the BruxZir Blog**
The BruxZir Blog is the source for the latest news about the procedures, techniques and technology related to BruxZir Solid Zirconia. Join in the conversation!

**BruxZir Links**
BruxZir Blog Home
BruxZir.com

**Quick Search**
Search only in titles:



Advanced Search

**Recent Posts**
More Brawn and Improving Beauty: Anterior BruxZir Crowns
Friday, October 28, 2011

Glidewell Dental Lab Launches the BruxZir® Milling System
Thursday, June 09, 2011

Technical Update: Improved BruxZir Esthetics Thru Ultrasonic Cleaning
Tuesday, May 31, 2011

Glidewell Laboratories Launches Recycling Program for BruxZir Milling Blanks
Friday, April 22, 2011

Dr. Gordon Christensen on BruxZir® Solid Zirconia
Thursday, March 24, 2011

New Online BruxZir® Solid Zirconia Clinical Video
Wednesday, February 23, 2011

Glidewell Laboratories Announces Nanozirconia Technology Breakthrough
Monday, February 14, 2011

BruxZir Anterior Case
Tuesday, February 01, 2011

Hammer Test: BruxZir® vs PFM
Thursday, December 23, 2010

## More Brawn and Improving Beauty: Anterior BruxZir Crowns

When we launched BruxZir Solid Zirconia crowns & bridges in 2009, our intention was to provide a monolithic zirconia restoration indicated for bruxers and grinders as an esthetic alternative to posterior metal occlusal PFMs and full-cast metal restorations. The result was a material we said was "More Brawn than Beauty."

Now we like to say that BruxZir is "More Brawn *and Improving* Beauty," as our Research and Development team continues to refine our processes, improving the esthetics and the strength of the material. We invite you to view our most recent BruxZir Solid Zirconia anterior case below and see for yourself.

The BruxZir crowns were done on tooth #8 and #9.

**Before**



As you can see in the non-retracted before photo, the patient had two pre-existing high value PFM's. As I cut through them the copings appeared to be base metal. When you look at the condition of the gingiva in the before photo, was this possibly a base metal allergy? It helped with my decision to go with BruxZir all-ceramic (solid zirconia) crowns.

**After**



**Calendar**

November 2011

| Su | Mo | Tu | We | Th | Fr | Sa |
|----|----|----|----|----|----|----|
|    |    | 1  | 2  | 3  | 4  | 5  |
| 6  | 7  | 8  | 9  | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 |    |    |    |

**Category Archives**
Adjusting and Polishing (3)
Case Studies (11)
Clinical Techniques (14)
Lab Techniques (7)
Practice Management (5)
Product Features (13)
Research and Development (23)

**Monthly Archives**
2011
    October 2011 (1)
    June 2011 (1)
    May 2011 (1)
    April 2011 (1)
    March 2011 (1)
    February 2011 (3)
2010

**BruxZir Twitter**

**BruxZir**
Have a look at our newest blog post to see why we say BruxZir is "More Brawn and Improving Beauty" http://t.co/XVUJl3Cb #dental 2 days ago

Follow me on Twitter
 Twitter RSS

**Subscribe Via Email**

 Subscribe

**EXHIBIT 9**
-251-





## SCIENTIFIC VALIDATION

### ZIRCONIA VS. PORCELAIN WEAR STUDY



**Description:** Although conventional belief might suggest that zirconia's high fracture strength and surface hardness would cause a greater degree of wear on enamel, a recent study found that the degree of wear on the opposing tooth was actually four times greater in dental porcelain than in polished, unglazed zirconia, suggesting that zirconia restorations are not only more fracture-resistant than porcelain restorations, but also gentler in their functional interaction with natural dentition.

Download Full Study

### BRUXZIR® VS. CERAMCO®3 – A COMPARATIVE WEAR STUDY



**Description:** BruxZir Solid Zirconia and Ceramco3 were recently tested in a comparative wear study. Each material was tested using the Willytech Chewing Simulator, which simulated the clinical performance of the material over a period of five years. After 1.2 million wear cycles under a load of 5 kg, BruxZir compared favorably to Ceramco3 with barely detectable wear.

View Image | Download Full Study

### BRUXZIR® VS. IPS E.MAX® ENAMEL WEAR TEST



**Description:** Some dentists are concerned about the wear of enamel when opposing BruxZir full-contour zirconia crowns and bridges. In a recent study[1] to measure the volumetric loss of enamel, glazed BruxZir was found to wear compatible with enamel and virtually identical to glazed IPS e.max.

1. Wear of Enamel on Polished and Glazed Zirconia: Shah S, Michelson C, Beck P, Ramp LC, Cakir D, Burgess J. 2010; Washington, DC: AADR. Abstract #129615.

View Image | Download Full Study

### TRANSMISSION VS. WAVELENGTH GRAPH



**Description:** BruxZir exhibits higher light transmission resulting in a more natural shade value.

View Image

### SCANNING ELECTRON MICROSCOPE IMAGES



**Description:** SEM of sintered colloidally processed BruxZir vs. sintered isostatically Pressed zirconia.

View Image

EXHIBIT 9
-253-





EXHIBIT 9
-254-





EXHIBIT 9
-255-

Case 8:11-cv-01309-DOC-AN   Document 91-9   Filed 11/19/12   Page 7 of 8   Page ID #:3420



EXHIBIT 9
-256-



EXHIBIT 9
-257-