

EXHIBIT 10

-258-

# Authorized BruxZir® Laboratories

*Call for case pickup at your preferred laboratory*

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Barkesdale Dental Lab | Athens | AL | 256-232-1772 |
| Oral Arts Dental Laboratories, Inc. | Huntsville | AL | 800-354-2075 |
| Scrimpsire Dental Studio | Huntsville | AL | 800-633-3912 |
| Green Dental Laboratories, Inc. | Heber Springs | AR | 800-247-1365 |
| Continental Dental Laboratory | Phoenix | AZ | 800-695-0155 |
| Dentek Dental Laboratory, Inc. | Scottsdale | AZ | 877-433-6835 |
| New West Dental Ceramics ** | Lake Havasu City | AZ | 800-321-1614 |
| Van Hook Dental Studio | Tempe | AZ | 800-987-4665 |
| BDL Prosthetics ** | Irvine | CA | 800-411-9723 |
| Burbank Dental Laboratory Inc. ** | Burbank | CA | 800-336-3053 |
| Continental Dental Laboratories | Torrance | CA | 800-443-8048 |
| Dental Masters Laboratory | Santa Rosa | CA | 800-368-8482 |
| Glidewell Laboratories ** | Newport Beach | CA | 800-854-7256 |
| Iverson Dental Laboratories | Riverside | CA | 800-334-2057 |
| Nash Dental Lab, Inc. | Temecula | CA | 877-528-2522 |
| Nichols Dental Lab | Glendale | CA | 800-336-8552 |
| Noel Laboratories, Inc. | San Luis Obispo | CA | 800-575-4442 |
| Precision Ceramics Dental Laboratory ** | Montclair | CA | 800-223-6322 |
| Riverside Dental Ceramics ** | Riverside | CA | 800-321-9343 |
| Dodd Dental Laboratories ** | New Castle | DE | 800-441-9005 |
| Carlos Ceramics Dental Lab | Miami | FL | 305-661-0260 |
| Fox Dental Laboratory | Tampa | FL | 800-282-9054 |
| Hennessy Dental Laboratory | Riviera Beach | FL | 800-694-6862 |
| Knight Dental Group | Oldsmar | FL | 800-359-2043 |
| TLC Dental Laboratory | Orlando | FL | 800-262-2547 |
| New Image Dental Laboratory ** | Morrow | GA | 800-233-6785 |
| Oral Arts Dental Lab Georgia | Chamblee | GA | 800-229-7645 |
| The Lab 2000, Inc. | Columbus | GA | 800-239-3947 |
| Colonial Dental Studio | Davenport | IA | 800-397-1311 |
| Oral Arts Dental Lab Iowa | Dubuque | IA | 800-747-3522 |
| Dental Arts Laboratories, Inc. | Peoria | IL | 800-322-2213 |
| Distinctive Dental Studio, Ltd. | Naperville | IL | 800-552-7890 |
| Ira & Koby Dental Studio | Indianapolis | IN | 800-288-6684 |
| Keller Dental Laboratory | Louisville | KY | 800-292-1894 |
| Crown Dental Studio | Shreveport | LA | 800-551-8157 |
| Pfisterer-Auderer Dental Lab | Metairie | LA | 800-288-8910 |
| Aronowitch Dental Laboratory | Owings Mills | MD | 800-441-4547 |
| Eliason Dental Lab | Portland | ME | 800-498-7881 |
| Dental Art Laboratories | Lansing | MI | 800-444-3744 |
| D.H. Baker Dental Laboratory | Traverse City | MI | 800-946-8880 |
| Excel Dental Studios Inc. | Minneapolis | MN | 800-328-2568 |
| Saber Dental Studio | Brooklyn Center | MN | 800-264-3903 |
| Thoele Dental Laboratory | Waite Park | MN | 800-899-1115 |
| Webster Dental Laboratory | St. Paul | MN | 800-621-3350 |
| Worrison-Polzin Dental Lab | North Mankato | MN | 800-950-5079 |
| Keller Laboratories, Inc. ** | Fenton | MO | 800-325-3066 |
| Mallow-Tru Dental Studio | Lee's Summit | MO | 800-444-3685 |
| Oral Tech Dental Laboratory | Pearl | MS | 800-321-6201 |
| The Freeman Center | Stallings | NC | 800-659-7636 |
| Kiess Kraft Dental Laboratory | Omaha | NE | 800-553-9522 |
| H & O Dental Laboratory | Manchester | NH | 800-543-4312 |
| Excel Berger Dental Laboratory | North Brunswick | NJ | 800-438-3384 |
| Ideal Dental Laboratory | Albuquerque | NM | 800-998-6684 |
| Las Vegas Digital Dental Solutions ** | Las Vegas | NV | 800-936-1846 |
| Smile Design Dental Laboratory | Port Washington | NY | 516-472-0890 |
| New Era Dental Arts, LLC | Sylvania | OH | 800-971-9201 |
| Salem Dental Laboratory | Cleveland | OH | 800-747-5577 |
| Tooth Fairy Dental Lab | Findlay | OH | 419-429-9181 |
| Fluid Dental Laboratory | Tulsa | OK | 800-331-4650 |
| Great Southwest Dental Laboratory | Oklahoma City | OK | 800-777-1522 |
| Applegate Dental Ceramics | Medford | OR | 541-772-3729 |
| Albensi Laboratories | Irwin | PA | 800-734-3064 |
| Fort Washington Dental Lab | Fort Washington | PA | 215-628-4944 |
| Sherer Dental Laboratory | Rock Hill | SC | 800-845-1116 |
| Bauer Dental Studio | Mitchel | SD | 800-952-3334 |
| Peterman Dental Laboratory | Nashville | TN | 800-476-1670 |
| Rogers' Dental Laboratories | Athens | TN | 800-278-6046 |
| S & H Crown & Bridge Inc. | Knoxville | TN | 888-506-1263 |
| Dental Dynamics Laboratory Inc. | Arlington | TX | 817-792-3000 |
| Oral Designs Dental Laboratory, Inc. | San Antonio | TX | 800-292-5516 |
| Stern Empire Dental Laboratory | Houston | TX | 800-229-0214 |
| Stern Reed Associates Dental Laboratory | Addison | TX | 800-888-8341 |
| Stern Tyler Dental Laboratory | Tyler | TX | 800-926-1318 |
| Treasure Dental Studio | Salt Lake City | UT | 800-358-6444 |
| Art Dental Lab | Chantilly | VA | 888-645-7541 |
| P & R Dental Lab Inc. | Alexandria | VA | 703-916-8866 |
| Saber Dental Studio | Waukesha | WI | 800-365-3210 |
| Midtown Dental Laboratory | Charleston | WV | 800-992-3363 |

**INTERNATIONAL SERVICING THE U.S.**

| LABORATORY | CITY | PHONE |
|---|---|---|
| Smith-Sterling Dental Laboratories ** | Cartago, Costa Rica | 800-479-5203 |
| Pacific Edge Dental Laboratories ** | Baja Calif., Mexico | 800-889-9323 |
| EPS Dental Studio | Cuernavaca, MO, Mexico | 346-246-3203 |

**CANADA**

| LABORATORY | CITY | PHONE |
|---|---|---|
| Highland Dental Laboratory | Calgary, AB, Canada | 800-504-3199 |
| Impact Dental Laboratory | Ottawa, ON, Canada | 800-668-4691 |
| Protec Dental Laboratories Ltd. ** | Vancouver, BC, Canada | 800-663-5488 |

*Also a Prismatik Clinical Zirconia Milling Center.

EXHIBIT 10
-259-



EXHIBIT 10

-260-

# Authorized BruxZir® Laboratory Rx

Dr. Name _____

Address _____

Phone # _____

Deliver by 5 p.m. on _____

Patient Name _____  ☐ Male ☐ Female

Rx  ☐ BruxZir Solid Zirconia

## Special BruxZir Rx Coupon Offer

1. To schedule your case pickup, call an Authorized BruxZir Laboratory (choose from list on inside front cover).

2. Send this Rx coupon with your next case to save $10 per unit* (limit 3 units) off the list price of BruxZir Solid Zirconia.

*Offer expires June 30, 2011*

*Price may NOT include round-trip overnight shipping.

Limit one Rx coupon per case. No copies accepted. Not valid with any other offer.

**TOOTH NUMBER**

*ZE0001*

SAVE $10/unit (limit 3 units)

**FINAL SHADE** _____

### OCCLUSAL STAINING

☐ None
☐ Light**
☐ Medium
☐ Dark

### PONTIC DESIGN

☐   ☐   ☐   ☐**

**Standard unless specified otherwise

### ENCLOSED WITH CASE

☐ Impression  ☐ Bite  ☐ Models
☐ Articulator  ☐ Photos
☐ Other: _____

Signature _____  License # _____  Date _____

**EXHIBIT 10**

-261-

**FOR LAB USE ONLY**
TELEPHONE CALL RECORD

DR. _____

PATIENT NAME _____

RE: _____

_____

_____

_____

_____

_____

RESULT _____

_____

_____

_____

_____

_____

_____

**DATE DUE IN OFFICE** _____   INITIALS _____

DATE OF CALL _____   _____

**EXHIBIT 10**



EXHIBIT 10

-263-



**EXHIBIT 10**

-264-

PRSRT STD
US POSTAGE
**PAID**
LEBANON JUNCTION KY
PERMIT NO 468



**BruxZir**® Virtually Bulletproof

Before — After

This male patient presented with a broken PFM roundhouse bridge that had fractured between the two anterior abutments. The patient was not interested in multiple implants and was happy to have a new roundhouse bridge. Because BruxZir is virtually unbreakable, and because the patient had previously broken two PFM bridges, it was the most appealing solution.

Before — After

This female patient presented with a predominantly cast metal bridge, which her dentist prescribed after she fractured the porcelain on each of the abutment teeth on the previous restoration. The patient disliked how it looked and desired a more esthetic, long-term option. Because her PFM restorations had fractured before, a high-strength BruxZir bridge was prescribed. It provides the patient with the best combination of strength and esthetics.

Clinical dentistry by Michael C. DiTolla, DDS, FAGD



**BruxZir**®
Solid Zirconia Crowns & Bridges

DENTISTRY TODAY
**TOP 100**
PRODUCTS 2010

**See inside for a list of
Authorized BruxZir® Laboratories**

**EXHIBIT 10**
-265-



**EXHIBIT 10**

-266-

# Authorized BruxZir® Laboratories

*Call for case pickup at your preferred laboratory*

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Barksdale Dental Lab | Athens | AL | 256-232-1772 |
| Burdette Dental Lab Inc. | Birmingham | AL | 800-624-5301 |
| Oral Arts Dental Laboratories, Inc. | Huntsville | AL | 800-354-2075 |
| Scrimpshire Dental Studio | Huntsville | AL | 800-633-2912 |
| Green Dental Laboratories, Inc. | Heber Springs | AR | 800-247-0385 |
| Continental Dental Laboratory | Phoenix | AZ | 800-990-9155 |
| Dentek Dental Laboratory, Inc. | Scottsdale | AZ | 877-433-6835 |
| New West Dental Ceramics ** | Lake Havasu City | AZ | 800-321-1614 |
| Van Hook Dental Studio | Tempe | AZ | 800-987-4665 |
| BDL Prosthetics ** | Irvine | CA | 800-411-9723 |
| Burbank Dental Laboratory Inc. ** | Burbank | CA | 800-255-3053 |
| Continental Dental Laboratories | Newport Beach | CA | 800-443-8048 |
| Dental Masters Laboratory | Santa Rosa | CA | 800-368-8482 |
| Glidewell Laboratories ** | Newport Beach | CA | 800-854-7256 |
| Iverson Dental Laboratory ** | Riverside | CA | 800-334-2057 |
| Nash Dental Lab, Inc. | Temecula | CA | 877-528-2522 |
| Neo Arts Dental Lab | Cerritos | CA | 562-404-4044 |
| Nichols Dental Lab | Glendale | CA | 800-938-8552 |
| Noel Laboratories, Inc. | San Luis Obispo | CA | 800-575-4442 |
| Perfect Smile Dental Ceramics, Inc. | San Diego | CA | 877-729-5282 |
| Precision Ceramics Dental Laboratory ** | Montclair | CA | 800-223-6322 |
| Riverside Dental Ceramics ** | Riverside | CA | 800-321-9943 |
| Roession Dental Lab | Lompoc | CA | 800-585-3911 |
| Dodd Dental Laboratories | New Castle | DE | 800-441-9005 |
| Carlos Ceramics Dental Lab | Miami | FL | 305-661-0260 |
| DigiTech Dental Restorations | Doral | FL | 888-336-1301 |
| Fox Dental Laboratory | Tampa | FL | 800-282-9854 |
| Hearn Dental Laboratory, Inc. | Riviera Beach | FL | 800-694-8442 |
| Knight Dental Group | Oldsmar | FL | 800-359-2043 |
| TLC Dental Laboratory | Orlando | FL | 800-262-2547 |
| New Image Dental Laboratory ** | Morrow | GA | 800-233-6785 |
| Oral Arts Dental Lab Georgia | Chamblee | GA | 800-229-7845 |
| The Lab 2000, Inc. | Columbus | GA | 888-204-3047 |
| Colonial Dental Studio | Davenport | IA | 800-397-1311 |
| Oral Arts Dental Iowa | Dubuque | IA | 800-747-3522 |
| Artistic Dental Studio, Inc. | Bolingbrook | IL | 800-755-0412 |
| Arrow Dental Laboratories, Inc. | Peoria | IL | 800-522-2213 |
| Distinctive Dental Studio, Ltd. | Naperville | IL | 800-552-7890 |
| Dudley Dental Arts | Arlington Heights | IL | 800-590-0705 |
| Ito & Koly Dental Studio | Indianapolis | IN | 800-889-1115 |
| Keller Dental Laboratory | Louisville | KY | 800-292-1894 |
| Crown Dental Studio | Shreveport | LA | 800-551-8157 |
| Pfister-Anderer Dental Lab | Metairie | LA | 800-288-8910 |
| Aronson Dental Laboratory ** | Owings Mills | MD | 800-441-0047 |
| Eliason Dental Lab | Portland | ME | 800-498-7881 |
| Dental Art Laboratories | Lansing | MI | 800-444-3744 |
| D.H. Baker Dental Laboratory | Traverse City | MI | 800-946-8880 |
| Excel Dental Studios Inc. | Minneapolis | MN | 800-328-2568 |
| Saber Dental Studio | Brooklyn Center | MN | 800-263-3903 |
| Theta Dental Laboratory | Wake Forest.. | MN | 800-889-1115 |
| Trachsel Dental Studio Inc | Rochester | MN | 800-831-2062 |
| Webster Dental Laboratory | St. Paul | MN | 800-621-3350 |
| Wornson-Polzin Dental Lab | North Mankato | MN | 800-950-5079 |
| Keller Laboratories, Inc. ** | Fenton | MO | 800-325-3056 |
| Mallow-Tru Dental Studio | Lee's Summit | MO | 800-444-0885 |

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Stewart Dental Laboratories | Columbia | MO | 866-724-5509 |
| Oral Tech Dental Laboratory | Pearl | MS | 800-321-6201 |
| Carolina Outsource Inc. | Charlotte | NC | 704-814-0644 |
| Drake Precision Dental Laboratory | Charlotte | NC | 800-476-2771 |
| The Freeman Dental Laboratory | Stallings | NC | 800-243-2636 |
| Kuen Kraft Dental Laboratory | Omaha | NE | 800-553-3522 |
| H & O Dental Laboratory | Manchester | NH | 800-543-4312 |
| Excel Berger Dental Laboratory | North Brunswick | NJ | 800-438-3384 |
| Ideal Dental Laboratory | Albuquerque | NM | 800-988-6664 |
| Las Vegas Digital Dental Solutions | Las Vegas | NV | 800-595-1848 |
| Bruno Washington Dental Laboratory | Fort Washington | NV | 515-450-9980 |
| John Jago CDT | New Albany | OH | 614-560-5667 |
| New Era Dental Arts, LLC | Sylvania | OH | 800-971-8201 |
| Salem Dental Laboratory | Cleveland | OH | 800-747-5677 |
| Tooth Fairy Dental Lab | Findlay | OH | 419-429-3181 |
| End Dental Laboratory | Tulsa | OK | 800-331-1650 |
| Great Southwest Dental Laboratory | Oklahoma City | OK | 800-377-1522 |
| Applegate Dental Ceramics.. | Medford | OR | 541-772-7729 |
| Albensi Laboratories | Irwin | PA | 800-734-3064 |
| Innovative Dental Arts | North Huntingdon | PA | 866-305-5434 |
| Fort Washington Dental Lab | Fort Washington | PA | 215-628-4944 |
| Sheftel Dental Laboratory | Rock Hill | SC | 800-845-1116 |
| Baker Dental Studio | Mitchell | SD | 800-952-3334 |
| Peterman Dental Laboratory | Nashville | TN | 800-476-1670 |
| Rogers' Dental Laboratory | Athens | TN | 800-276-8046 |
| S & H Crown & Bridge Inc. | Knoxville | TN | 888-506-1263 |
| Dental Dynamics Laboratory Inc. | Arlington | TX | 817-792-5005 |
| Old Pueblo Dental Laboratory, Inc. | San Antonio | TX | 800-800-7420 |
| Stern Empire Dental Laboratory | Houston | TX | 800-229-0214 |
| Stern Reed Associates Dental Laboratory | Addison | TX | 800-888-8341 |
| Stern Tyler Dental Laboratory | Tyler | TX | 800-926-1318 |
| Treasure Dental Studio | Salt Lake City | UT | 800-338-8444 |
| Evenwood Dental Laboratory | Sandy | UT | 800-800-7720 |
| Via Digital Solutions | Sandy | UT | 888-484-6842 |
| Art Dental Lab | Chantilly | VA | 888-645-7541 |
| Dominion Milling Center | Richmond | VA | 877-285-5285 |
| P & R Dental Lab | Alexandria | VA | 703-916-8866 |
| The Point Dental Studio, LLC | West Point | VA | 804-843-4914 |
| Sabol Dental Laboratory | Wintersville | WV | 800-365-2101 |
| Midtown Dental Laboratory | Charleston | WV | 800-992-3368 |

**INTERNATIONAL SERVICING THE U.S.**

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Smith-Sterling Dental Laboratories ** | Cartago | Costa Rica | 800-479-3203 |
| Pacific Edge Dental Laboratories ** | Baja Calif. | Mexico | 800-889-9323 |
| EPS Dental Studio | Cuernavaca, MO | Mexico | 346-246-2203 |

**CANADA**

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Hollywell Dental Laboratory | Calgary, AB | Canada | 800-504-3199 |
| Hollywood Smiles Dental Laboratory Ltd. | Burnaby, BC | Canada | 604-294-9418 |
| Prism Dental Laboratories Ltd. | Surrey, BC | Canada | 604-539-3881 |
| Protec Dental Laboratory ** | Vancouver, BC | Canada | 604-325-5488 |
| Impact Dental Laboratory | Ottawa, ON | Canada | 800-668-4691 |

**INTERNATIONAL**

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Glidewell Europe GmbH | Kelkheim, Hesse | Germany | +49 6195 5077 |

**Also a Prismatik Clinical Zirconia Milling Center.

EXHIBIT 10

-267-



EXHIBIT 10

-268-



**BruxZir®** is more brawn than beauty

❖ Ideal for bruxers who have destroyed natural teeth or previous dental restorations

❖ An esthetic alternative to metal occlusal PFMs and cast gold crowns

❖ Conservatively prepare as thin as 0.5 mm with feather edge margins, much like you would cast gold

BruxZir Solid Zirconia is a monolithic zirconia restoration with no porcelain overlay. You'll be impressed by its esthetics when prescribed instead of metal occlusal PFMs and cast gold metal restorations.

Designed and milled using CAD/CAM technology, BruxZir restorations are sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir restoration emerges virtually bulletproof and is glazed to a smooth surface.

*For more information, visit www.bruxzir.com*

Before          After

**Answer from cover:** You are correct if you guessed that the BruxZir crown is on tooth #9! On this case, the patient presented with an all-ceramic crown on tooth #7, a natural unrestored tooth #8, an endodontically treated tooth #9 with a lingual fracture that required a full crown, and PFM crowns on tooth #10 and #11.

Clinical dentistry by Michael C. DiTolla, DDS, FAGD

**EXHIBIT 10**
-269-

## SPECIAL BRUXZIR Rx OFFER

**Authorized BruxZir® Laboratory Rx**

Dr. Name

Address

Phone #                              Deliver by 5 p.m. on

Patient Name                         ☐ Male ☐ Female

**Rx** ☐ BruxZir Solid Zirconia

**Special BruxZir Rx Offer***

1. To schedule your case pickup, call an Authorized BruxZir Laboratory (choose from list on inside front cover).

2. Send this Rx with your next case to save $10 per unit* (limit 3 units) off the list price of BruxZir Solid Zirconia.

*Offer expires September 30, 2011*

*Price may NOT include round-trip overnight shipping.

Limit one Rx per case. *No copies accepted.* Not valid with any other offer.

**TOOTH NUMBER**

*UJ0001*

**FINAL SHADE**

SAVE $10 /unit* (limit 3 units)

**OCCLUSAL STAINING**

☐ None
☐ Light**
☐ Medium
☐ Dark

**PONTIC DESIGN**

**Standard unless specified otherwise

**ENCLOSED WITH CASE**

☐ Impression ☐ Bite ☐ Models
☐ Articulator ☐ Photos
☐ Other:

Signature                    License #                    Date

**EXHIBIT 10**

-270-

**FOR LAB USE ONLY**
TELEPHONE CALL RECORD

DR.

PATIENT NAME

RE:

RESULT

**DATE DUE IN OFFICE**

DATE OF CALL

INITIALS

**EXHIBIT 10**

-271-



EXHIBIT 10

-272-



**EXHIBIT 10**

-273-



EXHIBIT 10

-274-

## Authorized *BruxZir* Laboratories

*Call for case pickup at your preferred laboratory*

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Barksdale Dental Lab | Athens | AL | 256-232-1772 |
| Burdette Dental Lab Inc. | Birmingham | AL | 800-624-5301 |
| Oral Arts Dental Laboratories, Inc. | Huntsville | AL | 800-354-2075 |
| Parkway Dental Lab | Opelika | AL | 800-239-3512 |
| Scrimpshire Dental Studio | Huntsville | AL | 800-633-2912 |
| Walker Dental Laboratory, Inc. | Decatur | AL | 800-727-0705 |
| Green Dental Laboratories, Inc. | Heber Springs | AR | 800-247-1365 |
| Continental Dental Laboratory | Phoenix | AZ | 800-695-0155 |
| Dentek Dental Laboratory, Inc. | Scottsdale | AZ | 877-433-6835 |
| New West Dental Ceramics** | Lake Havasu City | AZ | 800-321-1614 |
| Van Hook Dental Studio | Tempe | AZ | 800-987-4665 |
| BDL Prosthetics** | Irvine | CA | 800-336-3053 |
| Burbank Dental Laboratory Inc.** | Burbank | CA | 800-443-8048 |
| Continental Dental Laboratories | Torrance | CA | 800-470-4085 |
| Creative Porcelain | Oakland | CA | 800-368-8482 |
| Dental Masters Laboratory | Santa Rosa | CA | 800-854-7256 |
| Glidewell Laboratories** | Newport Beach | CA | 877-773-8815 |
| Great Smile Dental Lab | Northridge | CA | 800-334-2057 |
| Iverson Dental Laboratories | Riverside | CA | 877-528-2522 |
| Nash Dental Lab, Inc. | Temecula | CA | 562-404-4048 |
| NEO Milling Center | Cerritos | CA | 800-936-8552 |
| Nichols Dental Lab | Glendale | CA | 800-575-4442 |
| Noel Laboratories, Inc. | San Luis Obispo | CA | 877-729-5282 |
| Perfect Smile Dental Ceramics, Inc. | San Diego | CA | 800-223-6322 |
| Precision Ceramics Dental Laboratory** | Montclair | CA | 800-321-9943 |
| Riverside Dental Ceramics** | Riverside | CA | 800-585-3111 |
| Robertson Dental Lab | Lompoc | CA | 800-234-9515 |
| Gnathodontics, Ltd. | Lakewood | CO | 800-441-9005 |
| Dodd Dental Laboratories | New Castle | DE | 305-661-0260 |
| Carlos Ceramics Dental Lab | Miami | FL | 888-336-1301 |
| DigiTech Dental Restorations | Doral | FL | 800-282-9054 |
| Fox Dental Laboratory | Tampa | FL | 800-694-6662 |
| Hennessy Dental Laboratory | Riviera Beach | FL | 800-369-2043 |
| Knight Dental Group | Oldsmar | FL | 800-262-2547 |
| TLC Dental Laboratory | Orlando | FL | 800-233-6786 |
| New Image Dental Laboratory** | Morrow | GA | |

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Oral Arts Dental Lab Georgia | Atlanta | GA | 800-229-7645 |
| Ridge Craft Dental Laboratory | Lagrange | GA | 800-516-0281 |
| The Lab 2000, Inc. | Columbus | GA | 800-239-3947 |
| Colonial Dental Studio | Davenport | IA | 800-397-1311 |
| Oral Arts Dental Lab Iowa | Dubuque | IA | 800-747-3522 |
| Artistic Dental Studio, Inc. | Bolingbrook | IL | 800-755-0412 |
| Dental Arts Laboratories, Inc. | Peoria | IL | 800-322-2213 |
| Distinctive Dental Studio, Ltd. | Naperville | IL | 800-552-7890 |
| Ottawa Dental Lab | Ottawa | IL | 800-851-8239 |
| Rockert Dental Studio | Wheaton | IL | 800-665-1401 |
| Vitality Dental Arts | Arlington Heights | IL | 800-399-0705 |
| Ito & Koby Dental Studio | Indianapolis | IN | 800-288-6684 |
| Keller Dental Laboratory | Louisville | KY | 800-292-1694 |
| Crown Dental Studio | Shreveport | LA | 800-551-8157 |
| Pfisterer-Auderer Dental Lab | Metairie | LA | 800-288-8910 |
| Aronowich Dental Laboratory | Owings Mills | MD | 800-441-6647 |
| Eliason Dental Lab | Portland | ME | 800-498-7881 |
| Apex Dental Milling | Ann Arbor | MI | 866-755-4236 |
| Davison Dental Lab | Flint | MI | 800-340-6971 |
| D.H. Baker Dental Laboratory | Traverse City | MI | 800-946-8880 |
| Dental Art Laboratories | Lansing | MI | 800-444-3744 |
| Olson Dental Laboratory | Clinton Township | MI | 800-482-3166 |
| Excel Dental Studios Inc. | Minneapolis | MN | 800-329-2568 |
| Saber Dental Studio | Brooklyn Center | MN | 800-264-3903 |
| Thoele Dental Laboratory | Waite Park | MN | 800-899-1115 |
| Trachsel Dental Studio | Rochester | MN | 800-831-2362 |
| Webster Dental Laboratory | St. Paul | MN | 800-621-3350 |
| Wornson-Polzin Dental Lab | North Mankato | MN | 800-950-5079 |
| Keller Laboratories, Inc.** | Fenton | MO | 800-325-3056 |
| Mallow-Tru Dental Studio | Lee's Summit | MO | 800-444-3685 |
| Stewart Dental Laboratories | Columbia | MO | 866-724-5509 |
| Oral Tech Dental Laboratory | Pearl | MS | 800-321-6201 |
| Carolina Outsource Inc. | Charlotte | NC | 704-814-0644 |
| Drake Precision Dental Laboratory | Charlotte | NC | 800-476-2771 |
| The Freeman Center | Stallings | NC | 800-659-7636 |
| Kiess Kraft Dental Laboratory | Omaha | NE | 800-553-9522 |

**EXHIBIT 10**

-275-

# Authorized **BruxZir** Laboratories

*Call for case pickup at your preferred laboratory*

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| H & O Dental Laboratory | Manchester | NH | 800-543-4312 |
| Excel Berger Dental Laboratory | North Brunswick | NJ | 800-438-3384 |
| Ideal Dental Laboratory | Albuquerque | NM | 800-989-9684 |
| Las Vegas Digital Dental Solutions** | Las Vegas | NV | 800-936-1848 |
| Oreo Dental | New York | NY | 212-302-3860 |
| MobileTek Dental Labs | New York | NY | 917-747-7519 |
| Smile Design Dental Laboratory | Port Washington | NY | 516-472-0690 |
| John Hagler CDT | New Albany | OH | 614-560-5667 |
| New Era Dental Arts, LLC | Sylvania | OH | 800-971-9201 |
| Salem Dental Laboratory | Cleveland | OH | 800-747-7577 |
| Tooth Fairy Dental Lab | Findlay | OH | 419-429-8181 |
| Fluid Dental Laboratory | Tulsa | OK | 800-331-4650 |
| Great Southwest Dental Laboratory | Oklahoma City | OK | 800-777-1522 |
| Applegate Dental Ceramics | Medford | OR | 541-772-7729 |
| Albensi Laboratories | Irwin | PA | 800-734-3064 |
| Fort Washington Dental Lab | Fort Washington | PA | 215-628-4944 |
| Innovative Dental Arts | North Huntington | PA | 866-305-5434 |
| Sherer Dental Laboratory | Rock Hill | SC | 800-845-1116 |
| Bauer Dental Studio | Mitchell | SD | 800-952-3334 |
| Peterman Dental Laboratory | Nashville | TN | 800-476-1670 |
| R-Dent Dental Laboratory | Bartlett | TN | 877-733-6848 |
| Rogers' Dental Laboratories | Athens | TN | 800-278-6046 |
| S & H Crown & Bridge Inc. | Knoxville | TN | 888-506-1263 |
| Wade Dental Ceramics | Maryville | TN | 865-982-4324 |
| Affordable Cosmetic Laboratories | Arlington | TX | 860-258-0678 |
| Crystal Dental Ceramics | Richardson | TX | 972-680-1660 |
| Dental Dynamics Laboratory Inc. | Arlington | TX | 800-640-8112 |
| Oral Designs Dental Laboratory, Inc. | San Antonio | TX | 800-292-5516 |
| Stern Empire Dental Laboratory | Houston | TX | 800-229-0214 |
| Stern Reed Associates Dental Laboratory | Addison | TX | 800-888-8341 |
| Stern Tyler Dental Laboratory | Tyler | TX | 909-926-1318 |
| Arrowhead Dental Laboratory | Sandy | UT | 800-800-7200 |
| Crystart Dental Design | Salt Lake City | UT | 800-343-2488 |
| Evolution Dental Studio | Draper | UT | 801-432-7446 |
| Treasure Dental Studio | Salt Lake City | UT | 800-358-6444 |

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Via Digital Solutions | Sandy | UT | 883-484-6842 |
| Art Dental Lab | Chantilly | VA | 888-645-7541 |
| Dominion Milling Center | Richmond | VA | 877-285-5285 |
| P & R Dental Lab Inc. | Alexandria | VA | 703-916-8866 |
| The Point Dental Studio, LLC. | West Point | VA | 804-337-5477 |
| Saber Dental Studio | Waukesha | WI | 800-365-3210 |
| Midtown Dental Laboratory | Charleston | WV | 800-992-3368 |

### INTERNATIONAL SERVICING THE U.S.

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Smith-Sterling Dental Laboratories** | Cartago | Costa Rica | 800-479-5203 |
| Pacific Edge Dental Laboratories** | Baja California | Mexico | 800-889-9323 |
| EPS Dental Studio | Cuernavaca | MO, Mexico | 347-246-5203 |

### CANADA

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Highland Dental Laboratory | Calgary | AB, Canada | 800-504-3199 |
| Hollywood Smiles Dental Laboratory Ltd. | Burnaby | BC, Canada | 604-939-8116 |
| Premium Dental Laboratories Ltd. | Burnaby | BC, Canada | 604-294-2881 |
| Protec Dental Laboratories Ltd.** | Vancouver | BC, Canada | 800-663-5408 |
| Impact Dental Laboratory | Ottawa | ON, Canada | 800-666-4691 |
| Carlton Dental Labs | Prince Albert | SK, Canada | 800-667-5505 |

### INTERNATIONAL

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Zahntechnik Scharf GmbH | Amberg | Germany | .49 (0) 9621 3790 |
| Triton Dental GmbH | Dusseldorf | Germany | 0211 1596 4490 |
| Boger Zahntechnik GmbH&Co.KG | Hamburg | Germany | .49 (0) 40 43 11 41 |
| Avantgard Dentaltechnik GmbH | Leipzig | Germany | 45 (0) 341 69 64 00 |
| Glidewell Europe GmbH | Kelkheim/Ts. | Germany | .49 (0) 6195 5077 |
| Dental Labor Kock GmbH | Pritzwalk | Germany | 49 (0) 3395 30 21 65 |
| Dental-Labor Volkmer GmbH&Co.KG | Rheine | Germany | 49 (0) 5971 92 950 |
| Dental Labor Kock GmbH | Ritchenberg | Germany | 49 (0) 33322 5350 |
| Boger Zahntechnik GmbH&Co.KG | Schwerin | Germany | 49 (0) 385 64 44 80 |
| Zahntechnik Manfred Schmidt | Oberndorf/Neckar | Germany | .49 (0) 7423 920 450 |
| ZTM Ralf Mair | Offenburg | Germany | .49 (0) 781 24 061 |
| Dentec B-S GmbH | Uberlingen | Germany | .49 (0) 7551 944 3971 |
| Dental Labor Kock GmbH&Co.KG | Wallenhorst | Germany | .49 (0) 5407 83 820 |
| M. Heijens Dentallabor GmbH | Gelden | Germany | 49 (0) 2831 973 100 |

**Also a Prismatik Clinical Zirconia Milling Center.

EXHIBIT 10

-276-

**SPECIAL BRUXZIR Rx OFFER**

*Authorized* **BruxZir**® *Laboratory* **R̽**

Lab Name

Dr. Name

Address

Phone #                    Deliver by 5 p.m. on

Patient Name                    ☐ Male ☐ Female

**R̽** ☐ BruxZir® Solid Zirconia

**Special BruxZir Rx Offer***

1. To schedule your case pickup, call an Authorized BruxZir® Laboratory (choose from list on inside front cover).

2. Send this Rx with your next case to save $10 per unit* (limit 3 units) off the list price of BruxZir® Solid Zirconia.

*Offer expires*
*October 31, 2011*

*Price may NOT include round-trip overnight shipping.

Limit one Rx per case.
*No copies accepted.*
Not valid with any other offer.

**TOOTH NUMBER**                    **FINAL SHADE**

*UR0001*

SAVE
$10/unit*
(limit 3 units)

**OCCLUSAL STAINING**

☐ None
☐ Light*
☐ Medium
☐ Dark

**PONTIC DESIGN**

*Standard unless specified otherwise

**ENCLOSED WITH CASE**

☐ Impression  ☐ Bite  ☐ Models
☐ Articulator  ☐ Photos
☐ Other:

Signature                    License #                    Date

**EXHIBIT 10**
-277-

**FOR LAB USE ONLY**
TELEPHONE CALL RECORD

DR.

PATIENT NAME

RE:

RESULT

**DATE DUE IN OFFICE**

DATE OF CALL

INITIALS

**EXHIBIT 10**



**EXHIBIT 10**

-279-



**BruxZir® is more brawn than beauty**

❖ Ideal for bruxers who have destroyed natural teeth or previous dental restorations

❖ An esthetic alternative to metal occlusal PFMs and cast gold crowns

❖ Conservatively prepare as thin as 0.5 mm with feather edge margins, much like you would cast gold

BruxZir Solid Zirconia is a monolithic zirconia restoration with no porcelain overlay. You'll be impressed by its esthetics when prescribed instead of metal occlusal PFMs and cast gold metal restorations.

Designed and milled using CAD/CAM technology, BruxZir restorations are sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir restoration emerges virtually chip-proof and is glazed to a smooth surface.

*For more information, visit* **www.bruxzir.com**

Turn this page to see list of Authorized BruxZir Laboratories

After

Before

*Clinical dentistry by Michael C. DiTolla, DDS, FAGD*

**EXHIBIT 10**
-280-

PRSRT STD
US POSTAGE
**PAID**
LEBANON JUNCTION KY
PERMIT NO 468





*See inside for the expanding list of Authorized BruxZir Laboratories*



Patients prefer **BruxZir**®

**BruxZir**
*Solid Zirconia Crown*

*Gold Crown*

*Porcelain and Metal Crown*

**EXHIBIT 10**
-281-



**EXHIBIT 10**

-282-



**BruxZir**® Solid Zirconia is more brawn than beauty

Before / After

In the retracted view, you can see the full extent of the gingival tissues. As I placed the topical on tooth #9 with a cotton swab, it started to bleed! You can see that the midline on the existing crown is off, as are the axial inclinations of the two crowns. The unhealthy gingival tissue was removed with a diode laser and BioTemps were placed. I've found the smooth glazed surface of Biotemps helps gingiva heal faster in these type of cases.

As you view the crowns in the lateral smile view, you will notice the flat facial profiles of these crowns. This is much more difficult to achieve with bi-layered restorations such as porcelain fused to metal or porcelain fused to zirconia. Since a BruxZir zirconia restoration is monolithic (one layer), it is much easier to achieve desirable contours.

Clinical dentistry by Michael C. DiTolla, DDS, FAGD

**For more information, visit
www.bruxzir.com**

Answer from cover: The BruxZir crowns were done on tooth #8 and #9. As you can see in the non-retracted before photo, the patient had two pre-existing high value PFM's. As I cut through them the copings appeared to be base metal. When you look at the condition of the gingiva in the before photo, was this possibly a base metal allergy? It helped with my decision to go with BruxZir all-ceramic (solid zirconia) crowns.

❖ Ideal for bruxers who have destroyed natural teeth or previous dental restorations

❖ An esthetic alternative to metal occlusal PFMs and cast gold crowns

❖ Conservatively prepare as thin as 0.5 mm with feather edge margins, much like you would cast gold

BruxZir Solid Zirconia is a monolithic zirconia restoration with no porcelain overlay. You'll be impressed by its esthetics when prescribed instead of metal occlusal PFMs and cast gold metal restorations.

Designed and milled using CAD/CAM technology, BruxZir restorations are sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir restoration emerges virtually bulletproof and is glazed to a smooth surface.

**EXHIBIT 10**
-283-

# Authorized **BruxZir** Laboratories

*Call for case pickup at your preferred laboratory*

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Barksdale Dental Lab | Athens | AL | 256-232-1772 |
| Burdette Dental Lab Inc. | Birmingham | AL | 800-624-5301 |
| Oral Arts Dental Laboratories, Inc. | Huntsville | AL | 800-354-2075 |
| Parkway Dental Lab | Opelika | AL | 800-239-3512 |
| Scrimpshire Dental Studio | Huntsville | AL | 800-633-2912 |
| Walker Dental Laboratory, Inc. | Decatur | AL | 800-727-0705 |
| Green Dental Laboratories, Inc. | Heber Springs | AR | 800-247-1365 |
| Continental Dental Laboratory | Phoenix | AZ | 800-695-0155 |
| Dentek Dental Laboratory, Inc. | Scottsdale | AZ | 877-433-6835 |
| New West Dental Ceramics** | Lake Havasu City | AZ | 800-321-1614 |
| Van Hook Dental Studio | Tempe | AZ | 800-387-4666 |
| A & M Dental Laboratories | Santa Ana | CA | 800-487-9051 |
| BDL Prosthetics* | Irvine | CA | 800-411-9723 |
| Bigler Dental Ceramics | Tustin | CA | 714-832-9251 |
| Continental Dental Laboratories | Torrance | CA | 800-443-8048 |
| Creative Porcelain | Oakland | CA | 800-470-4085 |
| Dental Masters Laboratory | Santa Rosa | CA | 800-368-8482 |
| Glidewell Laboratories** | Newport Beach | CA | 800-854-7256 |
| Great Smile Dental Lab | Northridge | CA | 877-773-8815 |
| Iverson Dental Laboratories | Riverside | CA | 800-334-2057 |
| Nash Dental Lab, Inc. | Temecula | CA | 877-528-2522 |
| NEO Milling Center | Cerritos | CA | 562-404-4048 |
| Nichols Dental Lab | Glendale | CA | 800-936-8552 |
| Noel Laboratories, Inc. | San Luis Obispo | CA | 800-575-4442 |
| Perfect Smile Dental Ceramics, Inc. | San Diego | CA | 877-729-5282 |
| Precision Ceramics Dental Laboratory** | Montclair | CA | 800-223-6322 |
| Riverside Dental Ceramics** | Riverside | CA | 800-321-9943 |
| Robertson Dental Lab | Lompoc | CA | 800-585-3111 |
| Gnathodontics, Ltd. | Lakewood | CO | 800-234-9515 |
| Dodd Dental Laboratories | New Castle | DE | 800-441-9005 |
| Carlos Ceramics Dental Lab | Miami | FL | 305-661-0260 |
| DigiTech Dental Restorations | Doral | FL | 888-336-1301 |
| Fox Dental Laboratory | Tampa | FL | 800-282-9054 |
| Hennessy Dental Laboratory | Riviera Beach | FL | 800-694-6862 |
| Knight Dental Group | Oldsmar | FL | 800-359-2043 |
| TLC Dental Laboratory | Orlando | FL | 800-262-2547 |
| New Image Dental Laboratory** | Morrow | GA | 800-233-6785 |

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Oral Arts Dental Lab Georgia | Chamblee | GA | 800-229-7645 |
| P & W Dental Studios LLC | Cumming | GA | 877-955-8757 |
| Ridge Craft Dental Laboratory | Lagrange | GA | 800-516-0281 |
| The Lab 2000, Inc. | Columbus | GA | 800-239-3947 |
| Colonial Dental Studio | Davenport | IA | 800-397-1311 |
| Oral Arts Dental Lab Iowa | Dubuque | IA | 800-747-3522 |
| Artistic Dental Studio, Inc. | Bolingbrook | IL | 800-755-0412 |
| Dental Arts Laboratories, Inc. | Peoria | IL | 800-322-2213 |
| Distinctive Dental Studio, Ltd. | Naperville | IL | 800-552-7890 |
| Ottawa Dental Lab | Ottawa | IL | 800-851-8239 |
| Rockett Dental Studio | Wheaton | IL | 800-665-1401 |
| Vitality Dental Arts | Arlington Heights | IL | 800-399-9705 |
| Ito & Koby Dental Studio | Indianapolis | IN | 800-288-6684 |
| Myron's Dental Laboratory | Kansas City | KS | 800-359-7111 |
| Keller Dental Laboratory | Louisville | KY | 800-292-1894 |
| Crown Dental Studio | Shreveport | LA | 800-551-8157 |
| Pfister-Auderer Dental Lab | Metairie | LA | 800-288-8910 |
| Arcari Dental Lab | Wakefield | MA | 781-213-3434 |
| Aronovitch Dental Laboratory | Owings Mills | MD | 800-441-6647 |
| Eliason Dental Lab | Portland | ME | 800-498-7831 |
| Apex Dental Milling | Ann Arbor | MI | 866-755-4236 |
| Artistic Dental Lab | Allen Park | MI | 313-383-0111 |
| D.H. Baker Dental Laboratory | Traverse City | MI | 800-946-8880 |
| Davison Dental Lab | Flint | MI | 800-340-6971 |
| Dental Art Laboratories | Lansing | MI | 800-444-3744 |
| Olson Dental Laboratory | Clinton Township | MI | 800-482-3166 |
| Excel Dental Studios Inc. | Minneapolis | MN | 800-328-2568 |
| Harrison Dental Studio | West St. Paul | MN | 800-899-3264 |
| Saber Dental Studio | Brooklyn Center | MN | 800-264-3903 |
| Thoele Dental Laboratory | Waite Park | MN | 800-899-1115 |
| Trachsel Dental Studio Inc. | Rochester | MN | 800-831-2362 |
| Webster Dental Laboratory | St Paul | MN | 800-621-3350 |
| Womson-Polzin Dental Lab | North Mankato | MN | 800-950-5079 |
| Keller Laboratories, Inc.** | Fenton | MO | 800-325-3056 |
| Mallow-Tru Dental Studio | Lee's Summit | MO | 800-444-3685 |
| Stewart Dental Laboratories | Columbia | MO | 866-724-5509 |
| Oral Tech Dental Laboratory | Pearl | MS | 800-321-8201 |

**EXHIBIT 10**

-284-

# Authorized BruxZir® Laboratories

*Call for case pickup at your preferred laboratory*

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Carolina Outsource Inc. | Charlotte | NC | 704-814-0644 |
| Drake Precision Dental Laboratory | Charlotte | NC | 800-476-2771 |
| Natural Ceramics Inc. | Fayetteville | NC | 910-425-8296 |
| The Freeman Center | Stallings | NC | 800-659-7636 |
| Kress Kraft Dental Laboratory | Omaha | NE | 800-553-9522 |
| H & O Dental Laboratory | Manchester | NH | 800-543-4312 |
| Excel Berger Dental Laboratory | North Brunswick | NJ | 800-438-3384 |
| Ideal Dental Laboratory | Albuquerque | NM | 800-998-6684 |
| Las Vegas Digital Dental Solutions** | Las Vegas | NV | 800-936-1848 |
| Creo Dental | New York | NY | 212-302-3860 |
| Elegant Dental Laboratories | Brooklyn | NY | 877-335-3221 |
| Mobilelok Dental Labs | New York | NY | 917-747-7519 |
| Smile Design Dental Laboratory | Port Washington | NY | 516-472-0890 |
| Accufech Dental Lab | Reynoldsburg | OH | 614-751-9888 |
| John Hagler, CDT | New Albany | OH | 614-560-5667 |
| New Era Dental Arts, LLC | Sylvania | OH | 800-971-8201 |
| Northwest Ceramics Inc. | Columbus | OH | 614-451-9597 |
| Salem Dental Laboratory | Cleveland | OH | 800-747-5577 |
| Tooth Fairy Dental Lab | Findlay | OH | 419-429-9181 |
| Flud Dental Laboratory | Tulsa | OK | 800-331-4650 |
| Great Southwest Dental Laboratory | Oklahoma City | OK | 800-777-1522 |
| Applegate Dental Ceramics | Medford | OR | 541-772-7729 |
| Albensi Laboratories | Irwin | PA | 800-734-3064 |
| Innovative Dental Arts | North Huntingdon | PA | 866-305-5434 |
| Thayer Dental Laboratory | Mechanicsburg | PA | 800-382-1240 |
| Sherer Dental Laboratory | Rock Hill | SC | 800-845-1116 |
| Bauer Dental Studio | Mitchell | SD | 800-952-2334 |
| Dental Prosthetics Lab | Clarksville | TN | 931-647-2917 |
| Peterman Dental Laboratory | Nashville | TN | 800-476-1670 |
| R•Dent Dental Laboratory | Bartlett | TN | 877-733-6848 |
| Rogers' Dental Laboratories | Athens | TN | 800-278-6046 |
| S & H Crown & Bridge Inc. | Knoxville | TN | 888-506-1263 |
| Wade Dental Laboratory | Maryville | TN | 865-982-4324 |
| Affordable Cosmetic Laboratories | Arlington | TX | 860-258-0678 |
| Crystal Dental Ceramics | Richardson | TX | 972-680-1660 |
| Dental Dynamics Laboratory Inc. | Arlington | TX | 800-640-8112 |
| Oral Designs Dental Laboratory, Inc. | San Antonio | TX | 800-292-3516 |
| PCB Dental Lab. | Richardson | TX | 672-671-3894 |
| Stem Empire Dental Laboratory | Houston | TX | 800-229-0214 |
| Stem Reed Assoc. Dental Laboratory | Addison | TX | 800-888-8341 |
| Stem Tyler Dental Laboratory | Tyler | TX | 800-926-1318 |
| Arrowhead Dental Laboratory | Sandy | UT | 800-800-7200 |
| Crystarr Dental Design | Salt Lake City | UT | 800-343-2488 |
| Evolution Dental Studio | Draper | UT | 801-432-7446 |
| Precision Milling Center | West Valley City | UT | 877-810-6210 |
| Treasure Dental Studio | Salt Lake City | UT | 800-358-6444 |
| Via Digital Solutions | Sandy | UT | 888-484-6842 |
| Apex Dental Laboratory | Midlothian | VA | 804-763-0420 |
| Art Dental Lab | Chantilly | VA | 888-646-7541 |
| Dominion Milling Center | Richmond | VA | 877-285-5285 |
| Nevrlek Dental Studios | Manassas | VA | 800-678-7354 |
| P & H Dental Lab Inc. | Alexandria | VA | 703-916-8866 |
| The Point Dental Studio, LLC | West Point | VA | 804-337-5477 |
| Saber Dental Studio | Waukesha | WI | 800-365-3210 |
| Midtown Dental Laboratory | Charleston | WV | 800-992-3368 |

**CANADA**

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Highland Dental Laboratory | Calgary, AB | Canada | 800-504-3199 |
| Hollywood Smiles Dental Lab Ltd. | Burnaby, BC | Canada | 604-939-8118 |
| Premium Dental Laboratories Ltd. | Burnaby, BC | Canada | 604-294-2881 |
| Protec Dental Laboratories Ltd ** | Vancouver, BC | Canada | 800-663-5488 |
| Impact Dental Laboratory | Ottawa, ON | Canada | 800-668-4691 |
| Smile Designs | Guelph, ON | Canada | 519-836-1100 |
| Carlton Dental Labs | Prince Albert, SK. | Canada | 800-667-5525 |

**INTERNATIONAL SERVICING THE U.S.**

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Smith-Sterling Dental Laboratories** | Cartago | Costa Rica | 800-479-5203 |
| EPS Dental Studio | Cuernavaca, MO. | Mexico | 346-246-5203 |
| Pacific Edge Dental Laboratories** | Baja Calif. | Mexico | 800-989-9323 |

**INTERNATIONAL**

| LABORATORY | CITY | STATE | PHONE |
|---|---|---|---|
| Glidewell Europe GmbH | Kelkheim, Hesse | Germany | +49 6195 5077 |

**Also a Prismatik Clinical Zirconia™ Milling Center.

EXHIBIT 10

-285-

## SPECIAL BRUXZIR Rx OFFER

*Authorized* **BruxZir**® *Laboratory* R**x**

**Special BruxZir Rx Offer***

1. To schedule your case pickup, call an Authorized BruxZir Laboratory (choose from list on inside front cover).

2. Send this Rx with your next case to save $10 per unit* (limit 3 units) off the list price of BruxZir Solid Zirconia.

*Offer expires*
*March 31, 2012*

*Price may NOT include round-trip overnight shipping.

*No copies accepted.*

Limit one Rx per case.
Not valid with any other offer.

Lab Name _____

Dr. Name _____

Address _____

Phone # _____   Deliver by 5 p.m. on _____

Patient Name _____   ☐ Male ☐ Female

R**x** ☐ BruxZir Solid Zirconia

**TOOTH NUMBER**

*QX0001*

SAVE $10 /unit* (limit 3 units)

**FINAL SHADE**

**OCCLUSAL STAINING**
☐ None
☐ Light**
☐ Medium
☐ Dark

**PONTIC DESIGN**
☐   ☐   ☐**   ☐   ☐

**Standard unless specified otherwise

**ENCLOSED WITH CASE**
☐ Impression   ☐ Bite   ☐ Models
☐ Articulator   ☐ Photos
☐ Other. _____

Signature _____   License # _____   Date _____

**EXHIBIT 10**
-286-

**FOR LAB USE ONLY**
TELEPHONE CALL RECORD

DR.

PATIENT NAME

RE:

RESULT

**DATE DUE IN OFFICE**

DATE OF CALL                    INITIALS

**EXHIBIT 10**
-287-



EXHIBIT 10

-288-









PRSRT STD
US POSTAGE
**PAID**
LEBANON JUNCTION KY
PERMIT NO 468

BruxZir®
Solid Zirconia Crowns & Bridges

*See inside for the expanding list of Authorized BruxZir Laboratories*

**EXHIBIT 10**
-289-