

**EXHIBIT 11**
-290-



**EXHIBIT 11**
-291-



**EXHIBIT 11**
-292-

# BruxZir® Solid Zirconia is more brawn than beauty

## Scientific validation

BruxZir Solid Zirconia crowns & bridges are made from the highest quality zirconia powder from Japan. We chemically and physically reprocess the powder to further reduce the zirconia particle sizes. BruxZir milling blanks are then created through a unique patent-pending process. Unlike conventional high-pressure milling blank manufacture, our processing gives BruxZir zirconia improved light transmission, which provides a lower, more natural shade value.

**SEM of sintered isostatically pressed zirconia**

**SEM of sintered, colloidally processed BruxZir zirconia**

The 50% smaller average grain size of BruxZir zirconia improves its physical properties.

*BruxZir Solid Zirconia Crown*

*Gold Crown*

*Porcelain and Metal Crown*

### Light Transmission vs. Color Wavelength

BruxZir® zirconia exhibits higher translucency in the warm color spectral wavelength (>550 nanometers), allowing for more natural-looking restorations.

### Wear Compatibility

In a recent study[1] to measure the volumetric loss of enamel, glazed BruxZir zirconia was found to wear compatible with enamel and virtually identical to glazed IPS e.max.

1. Wear of Enamel on Polished and Glazed Zirconia; Sneh S, Michelson C, Beck P, et al. 2010, Washington, DC; AADR, Abstract #129615.

BruxZir is a registered trademark of Glidewell Laboratories. Ceramco is a registered trademark of DENTSPLY Ceramco. IPS e.max is a registered trademark of Ivoclar Vivadent.

### Antagonist Wear

The antagonistic (Steatite balls) wear shows BruxZir zirconia only with 72±21 microns, which is significantly lower than Ceramco®3 (110±48 microns). The University of Tübingen study was run using an eight chamber Willytec Chewing Simulator at 1.2 million cycles.

EXHIBIT 11
-293-



## Reasons to Consider BruxZir® Solid Zirconia

- BruxZir restorations are virtually chip-proof, making them ideal for bruxers who have destroyed natural teeth or previous restorations
- More esthetic than metal and full-cast gold crowns
- Zirconia has proven biocompatibility, having been used in medical implants

GL-2163-0811

## VIRTUALLY UNBREAKABLE CROWNS & BRIDGES

**BruxZir®** Solid Zirconia

EXHIBIT 11
-294-

# High-Strength Crown Options

BruxZir Solid Zirconia is made from biocompatible, virtually unbreakable medical-grade zirconia — the same element used to reinforce bulletproof military armor. Because BruxZir restorations have no porcelain overlay, they are more resistant to chipping, cracking or breaking in the mouth. This makes BruxZir crowns & bridges ideal for bruxers and grinders, who have broken their natural teeth or porcelain restorations in the past.

Dentists have long relied on full-cast gold and porcelain metal crowns & bridges for long-term durability and strength. But with the introduction of BruxZir Solid Zirconia, an equally strong solution is now available. What's more, when compared side-by-side to full-cast gold and porcelain metal crowns, BruxZir restorations are the most natural-looking choice.

## Choose Your Preference




**BruxZir®** *Solid Zirconia Crown*




*Full-Cast Gold Crown*




*Porcelain and Metal Crown*

**EXHIBIT 11**
-295-