

**GLIDEWELL LABORATORIES**

4141 MacArthur Boulevard • Newport Beach, CA 92660

Serving Dentists Since 1970

(800) 854-7256 • Fax (800) 411-9722

August 7, 2012                                  Acct. #10-00

Mr. Jim Shuck
Glidewell Laboratories
4141 MacArthur Blvd.
Suite 100
Irvine, CA 92612

Dear Mr. Shuck,

Thank you for your continued business with Glidewell Laboratories. We constantly strive to offer the best products and services available and sincerely appreciate the opportunity to work with you and your team.

Undoubtedly you are aware of the rise in gold prices. A great alternative to this at just $99 per unit is our CAD/CAM designed and milled **BruxZir** all-zirconia crown. This product is nearly chip-proof and can be used for all patients, but it is ideal for bruxers who have destroyed other restorations or natural teeth. We have enclosed a sample **BruxZir** crown for you to see and show to your patients.

As an incentive to prescribe **BruxZir**, I've enclosed five special **BruxZir** Rx coupons. Use these to discover firsthand the exceptional value of our **BruxZir** services. It's our way of saying thank you for being a valued customer. We look forward to our continued partnership with your office.

Sincerely,

Nicole Fallon
Technical Advisor, Fixed Prosthodontics

**P.S. Include the enclosed BruxZir Rx coupons with your next case to receive $20 off per unit, up to four units. For additional information please visit www.bruxzir.com. Coupons expire 2/28/2013.**

GL 106
(page 1 of 1

www.glidewelldental.com • mail@glidewelldental.com



EXHIBIT 17
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10816, RPR

**EXHIBIT 12**