COSMETIC/RESTORATIVE 
SPECIAL ADVERTISING SECTION

## A LOOK AT
# GLIDEWELL LABORATORIES


EXHIBIT 18
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10816, RPR



**Greg Minzenmayer, COO of Glidewell Laboratories**

**As the summer comes to a close, what is the company most excited about heading into the last part of the year?**

We have seen tremendous interest in CAD/CAM restorations such as our new product BruxZir® Solid Zirconia, Ivoclar Vivadent IPS e.max® CAD and our Inclusive® line of custom abutments. The growth trend seems to be accelerating as we head into the second half of the year.

**What products or services can our readers look forward to in 2011?**

2011 will be a big year for Glidewell product releases. Our development efforts have focused heavily on cost-effective solutions in the areas of implants and CAD/CAM dentistry. The new year will see the introduction of several new products and services: Obsidian, an economical monolithic millable lithium silicate ceramic; the second generation of BruxZir® Solid Zirconia crowns and bridges; shaded Inclusive® zirconia custom implant abutments; CAD/CAM precision milled titanium implant bars for fixed or fixed/removable implant cases; digital implant planning software and surgical guides; and a complete dental implant system that includes conventional implants, mini implants and overdenture attachments.

Additionally, working in partner with IOS Technologies, we will release 3D printed models to coincide with the introduction of its FastScan™ Intraoral Digital Scanner.

**What do you see as some of the primary needs of today's general dentists, and how do your products help meet those needs?**

The realities of today's economy dictate that all business professionals look for high-value, low-cost products and services to remain competitive. Today, more than ever, patients are shopping for value, and those dentists that provide high-value services at lower rates will win that business. All of the products that Glidewell releases in 2011 must meet three requirements: they must be high quality; they must provide high value; and they must be low cost compared with the industry average. Our goal is to help Glidewell customers remain competitive in a tough environment.

**What is something you think our readers would be surprised to know about your company?**

Many of our customers are surprised by the amount and quality of R&D and manufacturing we do here. In the past five years, our R&D staff has grown from only a few technicians to more than 65 people including master dental technicians, material scientists, mechanical engineers, machine tool builders, implant engineers, CAD/CAM specialists and manufacturing experts. We own three large manufacturing plants: one producing dental implants, one for zirconia products and one for feldspathic and lithium silicate glass ceramics. By vertically integrating materials, manufacturing and lab services, we can provide our customers with high quality products at very reasonable fees.



Glidewell Laboratories' 65-person R&D team comprises master dental technicians, material scientists, mechanical engineers, machine tool builders, implant engineers, CAD/CAM specialists and manufacturing experts.

**GL GLIDEWELL LABORATORIES**

Glidewell Laboratories
800-854-7256
www.glidewelldental.com

## FEATURED PRODUCTS

   

**BruxZir® Solid Zirconia**
BruxZir® is a solid zirconia crown or bridge with no porcelain overlay. This breakthrough product provides superior esthetics and strength compared with cast gold or metal occlusal PFMs. BruxZir is ideal for bruxers and grinders who have previously broken other restorations.

**Inclusive® Abutments**
Inclusive® Custom Implant Abutments are available in All-Zirconia, Zirconia with Ti-Insert and Titanium. We use CAD/CAM technology to precisely mill each abutment, ensuring a natural-looking emergence and beautiful ceramic result that optimizes soft-tissue contours and gingival health.

**IPS e.max® CAD**
IPS e.max® CAD is a CAD/CAM restoration that offers esthetics and strength. An anatomically precise, cementable lithium disilicate crown, IPS e.max CAD delivers virtually perfect contacts and occlusion for a lower price than PFMs or full-cast crowns.

**Digital Treatment Planning**
Inclusive® Digital Implant Treatment Planning allows the dentist to view oral anatomy in a dynamic 3D structure without specialized training or costly investment in software. Use it to create a detailed plan for implant procedures to ensure a predictable outcome.

GL 199
(page 1 of 1)

August 2010 | DENTALPRODUCTSREPORT.COM  15

**EXHIBIT 13**
-297-