

## BruxZir(R) Adjustment and Polishing Set Now Available

*Kit Developed by Glidewell Dental Lab's Director of Clinical Education Dr. Michael DiTolla and Axis Dental Makes Adjustment, Polishing and Removal of Zirconia Crowns & Bridges Quick and Easy*

Newport Beach, CA (PRWEB) February 1, 2011 -- Glidewell Laboratories, industry-leading provider of dental lab products and services, announced today that the BruxZir® Adjustment and Polishing Set, developed by Glidewell Laboratories' Director of Clinical Education Dr. Michael DiTolla in conjunction with Axis Dental, is now available for purchase. With the rise in popularity of monolithic zirconia restorations, clinicians will find it necessary to equip their operatories with diamonds and polishers designed especially for the adjustment, polishing and removal of zirconia crowns & bridges.

"The indications for monolithic, solid zirconia restorations like BruxZir continue to increase, and the Axis BruxZir Adjustment and Polishing Set make post-cementation adjustments quick and easy," Dr. DiTolla stated. "I still remember the first few zirconia-based restorations I had to remove, and how it was nearly impossible with the wrong burs."

The BruxZir Adjustment and Polishing Set (LS-7579) contains three special Zir-Cut diamond shapes, which help reduce the risk of chipping during adjustment, and two Zir-Cut zirconia polishing cups that finish with a high polish shine. The diamonds may also be used for cutting off zirconia crowns. The kit can be purchased through Axis Dental online (axisdental.com) or by calling 800-835-5063.

BruxZir Solid Zirconia was developed by Glidewell Laboratories' 73-person R&D team. Since its release, BruxZir has gained the attention of the dental community due primarily to its strength and superior esthetics when compared to metal-based restorations for patients who brux or grind their teeth. BruxZir is a Dentistry Today Top 100 Product and Tosoh Corporation, world supplier of zirconia material, has honored Glidewell Laboratories for its revolutionary product innovation.

For more information about the BruxZir Adjustment and Polishing Set, visit www.axisdental.com. Learn about the indications for BruxZir's clinical use at www.bruxzir.com.

Glidewell Laboratories is a privately owned corporation that has more than 40 years of history as a provider of high-quality services and products to dental laboratories nationwide. It has its own 73-person Research and Development team and is the most resourceful dental laboratory in the world. Its newly developed CAD/CAM processing capabilities are recognized as among the most advanced in the industry. To view our large selection of products and services, visit the Glidewell Dental Lab web site.

###

PRWeb ebooks - Another online visibility tool from PRWeb



EXHIBIT 19
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10816, RPR

**EXHIBIT 14**

-298-



**Contact Information**
**For BruxZir Questions:**
Glidewell Dental Lab
http://www.glidewelldental.com
800-854-7256

**To Order Kit:**
Axis Dental
http://www.axisdental.com
800-355-5063

**Online Web 2.0 Version**
You can read the online version of this press release here.

GL 190
(page 2 of 2)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**



## BruxZir(R) Solid Zirconia Comparative Wear Study

*Glidewell Dental Lab Announces Findings of Its Latest BruxZir Solid Zirconia Wear Study*

Newport Beach, CA (PRWEB) September 16, 2010 -- Glidewell Laboratories, industry-leading provider of dental lab products and services, announced today the findings of its latest BruxZir wear study. The comparative wear study, which compared the wear of BruxZir Solid Zirconia (Glidewell Laboratories; Newport Beach, Calif.) and Ceramco®3 (Dentsply Ceramco; Burlington, NJ), found BruxZir to be favorable with barely detectable wear.

The study, carried out by respected dental materials and technology expert Professor Dr. Jürgen Geis-Gerstorfer, was conducted at University of Tubingen, Germany, where he is a professor in the Department of Prosthodontics. With samples of each product, Dr. Geis-Gerstorferb used the Willytech Chewing Simulator to examine the clinical performance of the material over a simulation period of five years. He concluded: "After 1.2 million wear cycles under a load of 50 N (~ 50 kg), BruxZir revealed barely detectable wear."

Read the entire study here: http://blog.bruxzir.com/2010/09/10/bruxzir-vs-ceramco3--a-comparative-wear-study.aspx.

Glidewell Laboratories is pleased to share these results, which further document the wear compatibility of BruxZir Solid Zirconia.

Glidewell Laboratories is a privately owned corporation that has more than 40 years of history as a provider of high-quality services and products to dental laboratories nationwide. It has its own 66-person Research and Development team and is the most resourceful dental laboratory in the world. Its newly developed CAD/CAM processing capabilities are recognized as among the most advanced in the industry. To view our large selection of products and services, visit glidewelldental.com.

###

GL 191
(page 1 of 2)

PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**

-300-



**Contact Information**
**Customer Service**
Glidewell Dental Lab
http://www.glidewelldental.com
800-854-7256

**Online Web 2.0 Version**
You can read the online version of this press release here.

GL 191
(page 2 of 2)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**

-301-



## Glidewell Dental Lab Introduces BruxZir® Solid Zirconia Crowns and Bridges

*The strength of BruxZir Solid Zirconia crowns and bridges from Glidewell Dental Lab makes it ideal for bruxers and grinders who have destroyed other dental restorations. While BruxZir Solid Zirconia is more brawn than beauty, dentists and their patients will be impressed with the esthetics of this solid dental zirconia when compared with traditional PFMs.*

Laguna Niguel, CA (PRWEB) February 23, 2010 -- Glidewell Dental Lab, a provider of dental laboratory services, has successfully launched its newest lab service, BruxZir® Solid Zirconia crowns and bridges. This groundbreaking dental product is a full-contour dental zirconia restoration with no porcelain overlay, making it virtually chip-proof.

The strength of BruxZir Solid Zirconia crowns and bridges makes it ideal for bruxers and grinders who have destroyed other dental restorations. Dentists may prescribe BruxZir from Glidewell Dental Lab instead of metal occlusal PFMs and full-cast metal dental restorations. While it is more brawn than beauty, dentists and their patients will be impressed with the esthetics of BruxZir Solid Zirconia when compared with traditional PFMs.

Why choose a monolithic dental restoration like BruxZir Solid Zirconia from your lab? When porcelain is fused to a metal or zirconia substructure, there is always the possibility that the two layers could separate. The best-case scenario is a small chip off the porcelain. The worst-case scenario is that the porcelain completely fractures, exposing the metal or zirconia substructure and requiring replacement. BruxZir is made of one homogenous FDA-registered dental material, zirconia, virtually eliminating the possibility of chipping.

Designed and milled in our lab using CAD/CAM technology, BruxZir Solid Zirconia crowns are sintered for more than 10 hours at 1,530 degrees Celsius, then glazed to a smooth surface. This tough dental restoration has rapidly gained popularity for posterior restorations, when superior strength is required but the patient is reluctant to have unsightly metal in their mouth.

Another great advantage of BruxZir crowns and bridges is that it can be used when dentists must under-reduce for any number of reasons. In these cases, there have been very few options. Previously, the choices would have been limited to a cast-gold crown or a PFM with a metal occlusal. Now, thanks to BruxZir Solid Zirconia, there is a tooth-colored, more esthetic dental option from our lab for cases with limited interocclusal space.

To complement dentists' work with BruxZir Solid Zirconia restorations, Glidewell Dental Lab's Dr. Michael DiTolla, in partnership with Axis Dental (800-355-5063 or www.axisdental.com), developed the BruxZir® Adjustment & Polishing Set. Due to BruxZir's monolithic nature, it is imperative to use dental burs designed for this unique dental zirconia crown and bridge material. The diamonds and polishers in this set are ideal for adjusting and polishing zirconia, and the diamonds work extremely well in cases in which it is necessary to cut off a dental zirconia crown.

Dentists who are seeking a more esthetic alternative to full-cast gold or metal occlusal PFM's can prescribe their first BruxZir Solid Zirconia crown or bridge restoration by calling our lab at 800-854-7256 to schedule an in-office case pickup. To learn more about the full benefits of BruxZir, visit www.BruxZir.com.

GL 192
(page 1 of 3)

**EXHIBIT 14**

-302-



Glidewell Dental Lab is a privately owned corporation that has more than 40 years of history as a provider of high-quality dental restorations to dental practitioners nationwide. It has its own 53-person R&D team and is the most resourceful dental lab in the world. Its newly developed CAD/CAM processing capabilities are recognized as among the most advanced in the lab industry. To view our large selection of clinical videos, CE courses and our products and services, visit Glidewell Dental Lab.

###

GL 192
(page 2 of 3)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**



**Contact Information**
**Customer Service**
Glidewell Dental Lab
http://www.glidewelldental.com
800-854-7256

**Online Web 2.0 Version**
You can read the online version of this press release here.

GL 192
(page 3 of 3)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**
-304-



## Glidewell Laboratories Announces Nanozirconia Technology Breakthrough

*Glidewell Dental Lab's Continued Research and Development Efforts Lead to New Ceramic Nanotechnology*

Newport Beach, CA (PRWEB) February 15, 2011 -- Glidewell Laboratories, industry-leading provider of dental lab products and services and manufacturer of BruxZir Solid Zirconia dental material, Research & Development team has moved closer to producing transparent nanozirconia by successfully synthesizing 3 nm zirconia nanocrystals produced by "bottom-up" nanotechnology.

The research team, led by Ken Knapp, Glidewell Laboratories' program manager and lead researcher, developed a method for producing non-agglomerated 3 nm nanocrystalline zirconia powder using a revolutionary bottom-up nanotechnology technique known as "gas-phase condensation." The focused effort of the nanozirconia research team over the last year has resulted in new discoveries about the nature of sub-5 nm nanozirconia crystals. Glidewell Laboratories has filed a U.S. patent application on the new ceramic nanotechnology (patent pending). This method consists of colliding high-energy yttrium, zirconium and oxygen ions together in an energetic gaseous phase and condensing yttria zirconia nanocrystal particles resulting from atomic collisions during flight in the gas phase. The condensed yttria zirconia nanocrystal particles are separated from the gas phase and collected in the form of nanocrystalline powder. According to Knapp, "The key to making transparent polycrystalline zirconia material is starting with a non-agglomerated yttria zirconia primary crystal size less than 5 nm. Glidewell's new gas-phase condensation nanotechnology for producing nanozirconia will allow us to overcome the fundamental polycrystalline birefringence barrier to manufacturing a transparent, high-strength monolithic dental ceramic product."

Conventional nanozirconia powder is typically produced by "top-down" nanotechnology methods such as hydrothermal synthesis (calcining followed by ball-milling). Many of the nanozirconia powders available on the market today are comprised of hard-agglomerated nanocrystals with a primary crystal size of approximately 30 nm. After sintering, typical nanozirconia grain size is between 500-1000 nm. The top-down method is widely used to produce nanocrystalline materials by breaking down larger particles and agglomerates into smaller ones, typically by ball-milling. The bottom-up nanotechnology method builds up nanoscale materials atom by atom or molecule by molecule. Bottom-up nanoscale science and technology is the state of the art for producing the next generation nanoscale materials and devices. The bottom-up method has a lower scale limit on the atomic or molecular level. Additionally, the bottom-up-produced nanocrystalline structures are not altered during the process of forming the nanoscale crystals, whereas top-down methods alter the crystal structure and surface chemistry.

Robin Carden, senior director of Glidewell Laboratories materials research and development said, "Glidewell's nanozirconia material produced by the gas-phase condensation method overcomes the inherent sub-5 nm crystal size production barrier and hard-agglomeration formations found in conventional nanocrystalline ceramic processing."

Common zirconia dental ceramics are translucent and not transparent as a result of light-scattering during transmission by birefringence and porosity. Light-scattering by birefringence is an intrinsic property of polycrystalline optical materials with an anisotropic crystalline index of refraction. Birefringence is reduced dramatically when the sintered grain size is reduced below 100 nm. Porosity causes light-scattering in the visible spectrum between 400-700 nm, which reduces the zirconia optical transparency.

PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**

-305-



The future for high-strength esthetic nanozirconia is agglomerate-free sub-5 nm powder. James Glidewell, CDT, CEO and president of Glidewell Laboratories said, "Our continued nanozirconia research efforts, from the fundamental way that zirconia nanocrystals are formed to new sintering methods, will allow us to extend our BruxZir® product life into the next generation of nanocrystalline dental ceramics."

For a closer look at BruxZir Solid Zircoinia, visit www.bruxzir.com.

Glidewell Laboratories is a privately owned corporation that has more than 40 years of history as a provider of high-quality services and products to dental laboratories nationwide. It has its own 73-person Research and Development team and is the most resourceful dental laboratory in the world. Its newly developed CAD/CAM processing capabilities are recognized as among the most advanced in the industry. To view our large selection of products and services, visit www.glidewelldental.com.

###

GL 193
(page 2 of 3)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**

-306-



**Contact Information**
**Customer Service**
Glidewell Dental Lab
http://www.bruxzir.com
800-854-7256

**Online Web 2.0 Version**
You can read the online version of this press release here.

GL 193
(page 3 of 3)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**

-307-



## Glidewell Laboratories Launches the BruxZir(R) Milling System

*Glidewell Dental Lab Announces the Release of Its BruxZir Milling System, a Comprehensive BruxZir Business Integration Solution, and Expansion of Authorized BruxZir Lab Partner Network*

Newport Beach, CA (PRWEB) June 09, 2011 -- Glidewell Laboratories, industry-leading provider of dental lab products and services, announced today the release of its BruxZir Milling System for the milling of authentic BruxZir® Solid Zirconia. The purpose-built, compact BruxZir Mill is custom built at the lab's California facilities and currently has an approximate order lead time of 10 weeks. Dental laboratories that purchase the BruxZir Milling System will join the growing network of Authorized BruxZir Labs.

The BruxZir Milling System is used to mill crown & bridge restorations or copings and understructures from BruxZir, a monolithic zirconia material with a fracture toughness measured as high as 1450 MPa. Proven production capabilities include output of a single zirconia coping in as little as five minutes, and a full-contour crown in just nine minutes. An open system designed specifically for use with zirconia, it integrates with 3Shape and other popular dental CAD software. The system runs on four axes, with travel range of 150 mm horizontal (x, y) and 75 mm vertical (z). The spindle speed is 50,000 rpm and includes an automatic four-tool changer. Power requirement is 115VAC/15A, and air requirement is 60 PSI. Machine weight is approximately 480 pounds, with outer dimensions of 29"W x 32"D x 72"H.

Purchase of the complete BruxZir Milling System comes with on-site installation and training, as well as production backup via outsource milling support in the event of a service outage. A step-by-step training DVD demonstrating the BruxZir restoration manufacturing process is also included with purchase of the unit.

Dental laboratories that purchase the BruxZir Milling System will be added to the growing network of Authorized BruxZir Labs. As an Authorized BruxZir Laboratory, the lab gains exposure through national brand marketing of BruxZir. To learn more about BruxZir and to see a full list of Authorized BruxZir Labs, visit www.bruxzir.com. For pricing, more information or to place an order, call Glidewell Direct at 888-303-3975.

###

GL 194
(page 1 of 2)

PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**



**Contact Information**
**For more information:**
Authorized BruxZir Labs Program
http://www.bruxzir.com
888-303-3975

**Online Web 2.0 Version**
You can read the online version of this press release here.

GL 194
(page 2 of 2)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**
-309-



## Glidewell Laboratories Launches Recycling Program for BruxZir Milling Blanks

*Glidewell Dental Lab Announces Its Newest Green Initiative: Recycling of Post-Milled BruxZir Solid Zirconia Milling Blanks*

Newport Beach, CA (PRWEB) April 22, 2011 -- Glidewell Laboratories, industry-leading provider of dental lab products and services, announced today its newest green initiative: the recycling of post-milled BruxZir Solid Zirconia Milling Blanks.

The Glidewell Laboratories Research & Development team, using innovative processes, refines quality high-purity yttria-stablized zirconia powder to a significantly reduced grain size, increasing its strength and optical properties. This improved material is then utilized in conjunction with proprietary processes to create monolithic zirconia BruxZir Milling Blanks for the fabrication of virtually chip-proof BruxZir Solid Zirconia crowns, bridges and implant restorations.

While zirconia has many applications in an array of fields, including energy, telecommunications, steel, mining, oil field supply and aerospace, the lab's reformulation of the material, including advances in nanotechnology, has been recognized as groundbreaking. The strength, high fracture toughness, resistance to thermal shock and translucency of BruxZir Solid Zirconia dental restorations have contributed to its rampant success in the dental profession.

When BruxZir restorations are milled from BruxZir Milling Blanks, not all of the refined zirconia material is utilized. A 98 mm diameter (12 mm thick) blank (300 grams) yields up to 19 single-unit crowns (1.6 grams each). That means only 30 grams worth of BruxZir material is used, or just 10 percent. The lab cannot reuse this material once it has been sintered because the crystallite properties expand exponentially, effectively diminishing its translucent properties.

For the past year, the lab's senior director of Research & Development Robin Carden has been researching ways to recycle the remaining 90 percent of unused post-milled BruxZir Milling Blank material. "We have been searching for ways to recycle our post-milled BruxZir material since March 2010," explained Carden. "Because zirconia is wear-resistant and able to withstand high temperatures, this material is ideal for applications such as molten metal nozzles, oil field valves and high temperature insulation.

"By recycling this material, Glidewell Laboratories is reducing its carbon footprint and allowing this material to be repurposed and reused for other applications that involve high temperature, thermal shock, corrosion, and high wear and impact," Carden added.

Glidewell Laboratories is pleased to launch this recycling program, which will allow other industries to benefit from zirconia's unique material properties. Additionally, the lab will invite its more than 100 Authorized BruxZir Laboratory partners to participate. For more information about BruxZir Solid Zirconia, please visit www.bruxzir.com.

Glidewell Laboratories, based in Newport Beach, Calif., is a privately owned corporation that has more than 40 years of history as a provider of high-quality services and products to dentists and dental laboratories nationwide. It has its own 73-person Research and Development team and is the most resourceful dental

GL 195
(page 1 of 3)

**EXHIBIT 14**

-310-



laboratory in the world. Its newly developed CAD/CAM processing capabilities are recognized as among the most advanced in the industry. To view our large selection of products and services, visit www.glidewelldental.com.

# # #

GL 195
(page 2 of 3)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**

-311-



**Contact Information**
**Customer Service**
Glidewell Dental Lab
http://www.glidewelldental.com
800-854-7256

**Online Web 2.0 Version**
You can read the online version of this press release here.

GL 195
(page 3 of 3)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**
-312-



## Strength Based on Science Drives Glidewell Dental Lab's BruxZir® Solid Zirconia

*BruxZir Solid Zirconia, the latest innovation from Glidewell Dental Lab, is a full-contour solid dental zirconia crown or bridge with no porcelain overlay. This new restoration proves strong, reliable and esthetic because of the science behind its composition.*

Newport Beach, CA (PRWEB) July 1, 2010 -- BruxZir Solid Zirconia, the latest innovation from Glidewell Dental Lab, is a full-contour solid zirconia crown or bridge with no porcelain overlay. This new restoration proves strong, reliable and esthetic because of the science behind its composition.

Glidewell Dental Lab's 53-person Research & Development Team set out to create a superior product using zirconia, which has been a popular dental material for the last several years. In fact, zirconium powder (made from zirconium oxide, Zr02) is one of the most studied ceramic materials in the world. In their research, scientists have discovered that dental zirconia exhibits unique properties that make it ideal for restorative treatment.

Read the latest information about our solid dental zirconia on the BruxZir Blog!

BruxZir is manufactured from yttria-stabilized zirconia (YSZ) powder, which exhibits superior mechanical properties such as high strength and flexibility. A breakthrough in nanotechnology, YSZ surpasses the strength limitations of traditional fine ceramics. This advanced material not only holds vast potential for dental labs; it has applications in an array of fields including energy and telecommunications. For the purposes of dental restorations, four physical properties exhibited by YSZ-based BruxZir Solid Zirconia make it ideal.

The first of these characteristics is strength. Typical zirconia exhibits a flexural strength of more than 1,200 MPa. However, BruxZir Solid Zirconia dental restorations are able to exceed that strength threshold, with flexural strengths up to 1,465 MPa.

Another benefit is high fracture toughness, also known as K1C value. To illustrate this concept, consider that a piece of lead or steel would have a high fracture toughness; glass or brittle materials have a low value. The fracture toughness for the YSZ used to fabricate BruxZir Solid Zirconia is three to six times higher than typical zirconia. This is the case because of a unique event known as phase transformation toughening that occurs in the material. The toughening mechanism comes into play when a crack is encountered. The cubic grains are constraining the tetragonal precipitates that want to expand and release associated energy. When these grains are faced with a crack tip, the tetragonal phase is released and allowed to change back to the more stable monoclinic phase. This results in volumetric expansion, effectively closing the crack and allowing a sort of self-healing to occur. This same property means BruxZir has excellent impact resistance.

In addition, this dental zirconia has excellent resistance to thermal shock. Low thermal expansion means that BruxZir will remain very stable in the mouth.

The fourth and most innovative property exhibited is color and translucency. Glidewell Dental Labs has recorded advancements that make it possible to change the opaque natural white hue of zirconia to a more desirable translucent natural ivory shade. The material scientists at the dental lab start with the most pure powders available and create better chemistry by refining particulates via size reduction and blending.

PRWeb ebooks - Another online visibility tool from PRWeb

GL 196
(page 1 of 3)

**EXHIBIT 14**

-313-



Read what others have to say about BruxZir Solid Zirconia.

These breakthroughs were pivotal in creating BruxZir Solid Zirconia, which is indicated for bruxers and grinders as an esthetic alternative to posterior metal occlusal PFMs and cast-metal restorations. Designed and milled using CAD/CAM technology, BruxZir is a virtually chip-proof dental restoration that is proving a success with dentists and patients alike.

Dentists who are seeking a more esthetic alternative to full-cast gold or metal occlusal PFM's can prescribe their first BruxZir Solid Zirconia crown or bridge restoration by calling our lab at 800-854-7256 to schedule an in-office case pickup. To learn about the full benefits of BruxZir, view clinical videos, review case studies and more, visit www.BruxZir.com.

Glidewell Dental Lab is a privately owned corporation that has more than 40 years of history as a provider of high-quality dental restorations to dental practitioners nationwide. It has its own 53-person R&D team and is the most resourceful dental lab in the world. Its newly developed CAD/CAM processing capabilities are recognized as among the most advanced in the lab industry. To view our large selection of clinical videos, CE courses and our products and services, visit Glidewell Dental Lab

GL 196
(page 2 of 3)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**

-314-



**Contact Information**
**Customer Service**
Glidewell Dental Lab
http://www.glidewelldental.com
800-854-7256

**Online Web 2.0 Version**
You can read the online version of this press release here.

GL 196
(page 3 of 3)

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb*

**EXHIBIT 14**
-315-



**Tosoh Corporation Presents Prestigious "Best Product Innovation Award" to Glidewell Laboratories for BruxZir(R) Solid Zirconia**

*Glidewell Dental Lab Honored With Award From Tosoh Corporation for Its Innovative Use of Zirconia in Dentistry*

Newport Beach, CA (PRWEB) December 15, 2010 -- Glidewell Laboratories, industry-leading provider of dental lab products and services, is the Tosoh Corporation's 2010 recipient of the "Best Product Innovation Award" in the Advanced Ceramic category for BruxZir Solid Zirconia.

Yutaka Nakamura, President of Tosoh America, Takaaki Kawakami and Jay Thomas presented the award to Jim Glidewell, CDT, president and owner of Glidewell Laboratories, and Robin Carden, Senior Director of R&D, at the laboratory's Newport Beach, Calif., headquarters on Dec. 6, 2010 (see video of award presentation here: www.youtube.com/watch?v=hUmcLizNJqM). The award, which stands nearly 2 feet tall, is a plaque made with the largest piece of black zirconia ever produced by Tosoh. Formed at high pressure, sintered at over 1500 centigrade and then polished and engraved with an acknowledgment formally recognizing the BruxZir material, the plaque itself is both impressive and unique.

Tosoh, headquartered in Tokyo, Japan, is the world's leading supplier of quality, high-purity zirconia. Over the past four years, Glidewell Laboratories has worked with Tosoh's zirconia material to develop BruxZir Solid Zirconia.

Glidewell Laboratories' 66-person R&D team was instrumental in the development of BruxZir and used innovative processes to refine Tosoh zirconia to a significantly reduced grain size, which increases the strength and optical properties of BruxZir. This team, which includes PhDs in material science and engineering, dentists and dental technicians, used the latest material advancements in conjunction with proprietary, groundbreaking processes to create dental restorations that exhibit lifelike vitality and chip-proof strength.

Tosoh chose BruxZir Solid Zirconia for this honor because of the inventive processes employed by Glidewell Laboratories that have repurposed how zirconia is used in dentistry. While zirconia has become a preferred restorative material, the June 2009 release of BruxZir has further enhanced this material in both form and function. Unlike conventional dental restorations that start with a metal base and then are overlaid with porcelains, BruxZir is a solid, monolithic zirconia crown that is fabricated using CAD/CAM technology.

BruxZir Solid Zirconia has quickly gained the attention of the dental community due primarily to its strength and superior esthetics when compared to metal-based restorations for patients who brux and grind their teeth.

For more information about BruxZir Solid Zirconia and the indications for its clinical use, please visit www.bruxzir.com.

Glidewell Laboratories is a privately owned corporation that has more than 40 years of history as a provider of high-quality services and products to dental laboratories nationwide. It has its own 66-person Research and Development team and is the most resourceful dental laboratory in the world. Its newly developed CAD/CAM processing capabilities are recognized as among the most advanced in the industry. To view our large selection of products and services, visit www.glidewelldental.com.

GL 197
(page 1 of 3)

**EXHIBIT 14**

-316-



###

GL 197
(page 2 of 3)

Page 2/3

*If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb*

**EXHIBIT 14**

-317-



**Contact Information**
**Customer Service**
Glidewell Dental Lab
http://www.glidewelldental.com
800-854-7256

**Online Web 2.0 Version**
You can read the online version of this press release here.

GL 197
(page 3 of 3)

If you have any questions regarding information in these press releases please contact the company listed in the press release. Our complete disclaimer appears here - PRWeb ebooks - Another online visibility tool from PRWeb

**EXHIBIT 14**

-318-