**From:** Micheal Ditolla
**Sent:** Friday, June 05, 2009 3:37 PM
**To:** Jim Shuck; Jim Glidewell; Rob Grice; Wolfgang Friebauer; Haksung Moon; Mike Tkachev; Ken Knapp
**Cc:** Steve Severy; Mike Cash; Keith Allred
**Subject:** Re: Full Zirconia crown picture

I like BruxZir for a couple of reasons...

It is catchy, clever and memorable. That won't make or break the product by any stretch, but it makes it easier for dentists to ask their friends if they have heard of it.

It also describes it's main indication as we see it today: an unbreakable crown for your patients who have broken or might break other restorations. When you want gold and the patient wants white, BruxZir will make both of you happy.

No other crown has ever been marketed as the crown for bruxers, in fact most other crowns have run from this indication. Even cast gold, which does very well in bruxers has never been marketed this way per se.

The name keeps us from overpromising and underdelivering. The name BruxZir sells the function of the crown and not the esthetics. It doesn't try to be something that it's not. It's a crown for bruxers. As the esthetics improve dentists might even be surprised by how good it looks, but perhaps it should still be sold on its toughness even then. We have so many "esthetic" resotrations, I would prefer to emphasize it's physical advantages.

I like some of the other names too, but if we want to launch this cautiously without dentists expecting too much, BruxZir seems like a great name to do it with. It allows us to tell a great story about it too, it is a name dentists won't forget.

I have always liked the name Clinical Zirconia, which is a great name if dentists are familiar with the properties and benefits of zirconia. I field a lot of questions from dentists who don't know much about zirconia, or e.max, etc... Their questions tend to be indication specific... What should I use next to a veneer? What about on an

10/3/2012

GL 238
(Page 1 of 2)

EXHIBIT 116
WIT: Friebauer
DATE: 10-23-12
L. Moskowitz, CSR 10816, RPR

**EXHIBIT 18**
-328-

endodontically treated central incisor? And yes, what should I use on a grinder? BruxZir is a great answer.

Dr. D

On Jun 5, 2009, at 5:16 PM, "Wolfgang Friebauer" <wfriebauer@glidewelldental.com> wrote:

> And it all makes sense.
> We will continue to strive for the best material out there to make it an aesthetic solution as well.
>
> **Wolfgang Friebauer**
>
> Director of R&D and Education
>
> Glidewell Laboratories
> 4141 MacArthur Blvd.
> Newport Beach, CA 92660
> 949 440 4590
> www.glidewell-lab.com
> <image001.jpg>
> <image002.gif>

GL 238
(Page 2 of 2)

**EXHIBIT 18**
-329-