

**GLIDEWELL LABORATORIES**

4141 MacArthur Boulevard • Newport Beach, CA 92660



Serving Dentists Since 1970

(800) 854-7256 • Fax (800) 411-9722

August 9, 2011

Hello Shaun,

Thank you for taking my call this afternoon. I sincerely hope we can work together and save both companies from extensive legal expenses. I believe we can both agree the money would be better spent promoting our businesses.

As you discuss with your team how best to proceed, here are a couple blanks specifically designed to work with your Digital Dental Mill. Also included is an A3 bottle of Bruxzir coloring liquid and the Bruxzir instruction manual. You will see a difference in the value and translucency of the material.

If you cancel your trademark application for KDZ Bruxer and use Bruxzir materials and the BruxZir trademark instead, we will not pursue legal action. Additionally, Keating Dental Arts would be added to the list of Authorized Labs with full participation in the national ads and Rx booklet mailers.

Sincerely yours,

Robin

My cell is 949 338 4298

---

Robin Bartolo, CDT
*Sales Manager, Glidewell Direct*

 

Glidewell Laboratories
18551 Von Karman
Irvine, CA 92612
(888) 303-3975 • (949) 399-8383
www.glidewelldental.com

www.glidewelldental.com • mail@glidewelldental.com

EXHIBIT 29
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10816, RPR

**EXHIBIT 19**
-330-