On Apr 29, 2011, at 11:38 AM, "Keith Allred" <kallred@glidewelldental.com> wrote:

Hello Daxton:


That would be great: become an Authorized BRUXZIR Lab.


<image001.gif>


If you'd like to learn about the benefits of becoming an Authorized BRUXZIR, Robin Bartolo would love to hear from you.


Thanks,

Keith



EXHIBIT  107
WIT: Bartolo
DATE: 10-23-12
L. Moskowitz, CSR 10816, RPR

**EXHIBIT 20**