**LEONARD TACHNER**
A PROFESSIONAL LAW CORPORATION
REGISTERED PATENT ATTORNEY
17961 SKY PARK CIRCLE
SUITE 38-E
IRVINE, CALIFORNIA 92614-6364

May 31, 2011

PATENTS
TRADEMARKS
COPYRIGHTS

TEL: (949) 752-8525
FAX: (949) 955-2415

Thomas L. Gourde, Esq.
Ray & Gourde, LLP
111 Pacifica
Suite 120
Irvine, CA 92618

Re:  Keating Dental Arts, Inc.
     Our Docket No. GLIDEWELL-190.

Dear Mr. Gourde:

I represent James R. Glidewell Dental Ceramic, Inc. dba Glidewell Laboratories of Newport Beach, California in regard to trademark matters. My client owns Federal Registration No. 3,739,663 for the mark BRUXZIR® (see enclosed) for dental bridges, dental caps, dental crowns, dental inlays, dental onlays and dental prostheses. My client has learned that Keating Dental Arts has filed an intent to use application for the mark KDZ BRUXER and design for use on dental prostheses and that you are the attorney of record in that application (see enclosed).

Glidewell management believes that KDZ BRUXER, when used in conjunction with dental prostheses or any type of dental restoration product, is likely to cause public confusion with Glidewell's registered mark. They have therefore authorized me to inform you of their intention to oppose the registration of the Keating mark if and when it is published and to assert their rights in the federal district court in the event that Keating is found to have actually used the KDZ BRUXER mark on dental prostheses.

Very truly yours,

Leonard Tachner
Attorney at Law

LT/jf
Encl:
cc:  Glidewell Laboratories


EXHIBIT C   (page 1 of 1)
-14-


EXHIBIT 140
WIT: Allred
DATE: 10-25-12
L. Moskowitz, CSR 10816, RPR

**EXHIBIT 23**
-343-