From: Keith Allred
Sent: Tuesday, March 06, 2012 9:27 AM
To: Sarah Wang
Cc: Info@adldentallab.net
Subject: BRUXZIR Infringement - Advanced Dental Laboratory (China)

## NOTICE OF TRADEMARK INFRINGEMENT



6-March-2012

TRANSMITTED VIA EMAIL

Attn: President & CEO

Re: **Infringement of Glidewell Laboratories' BruxZir® Trademarks, Misbranding, Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered BruxZir® trademark in your email (see ATTACHMENT "A," below) has come to our attention. As you know dental laboratory is not an authorized provider of BruxZir® Solid Zirconia Crown & Bridge and your use of the mark without authorization is illegal.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services and zirconia milling blanks. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of "Bruxzir" as one of ADL's "Main products" is creates an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered and is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and

GL 241
(Page 1 of 99)




EXHIBIT 148
WIT: Allred
DATE: 10-25-12
L. Moskowitz, CSR 10816, RPR

**EXHIBIT 31**
-391-

the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks in your promotions and elsewhere. Should you not terminate use of the mark and copyrighted images, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, attorney fees and filing a 337 complaint with the ITC (International Trade Commission) that directs Customs to stop infringing imports from entering the United States.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

-- ATTACHMENT "A" --

**From:** Sarah Wang <sarahdentallab@126.com>
**Subject: Advanced Dental Laboratory**
**Date:** March 6, 2012 12:50:55 AM PST

Dear Friend ,

Good day .

I am Sarah Wang from Advanced Dental Lab and I am glad to have your information from internet .

Here please let me have a brief introducing about we ADL.



GL 241
(Page 2 of 99)

**EXHIBIT 31**
-392-

We ADL used to act as a private lab that only make crowns for ProCerex dental lab in order to provide them with high-quality Zirconia Crowns and Implant crowns for years. Now we start a new lab to extend our markets.

Main products: PFM, FMC, IPS emax, Zirconia, Bruxzir, Acrylic partial denture, Valplast, Framework(cast partial), Implant, Precision attachment.

Turnaround time : Always 72 hours in lab, and we both have UPS and DHL account that can have 50% discount. if you send us more than 20 cases in one package, we will burden the shipping cost back to your country.

Advantage : Having our own zirconia milling machine and doing zirconia coppings for other dental labs in shenzhen. So we can control the time and quality and cost ourselves.

You can visit our web to know more about ADL : www.adldentallab.net

Waiting for your early reply.

Have a nice day.

Regards

Sarah Wang


Tel:   +86 (755)27751696
Fax:   +86(755)27751695

Email.info@adldentallab.net
Skype: Sarahwang89

**Advanced Dental Laboratory**
4/F Building,No.103-105 Xin'an section Guangmen Road  District 39 Bao'an Shenzhen Guangdong
518101 China

## WWW.ADLdentallab.NET

**EXHIBIT 31**
-393-