**From:** Keith Allred
**Sent:** Tuesday, August 07, 2012 3:01 PM
**To:** 'scott@dominionmillingcenter.com'
**Subject:** RE: BRUXZIR Infringement - OLD DOMINION

Scott, thank you for your prompt response. We certainly do appreciate your understanding in this matter. --Keith

**From:** scott@dominionmillingcenter.com [mailto:scott@dominionmillingcenter.com]
**Sent:** Tuesday, August 07, 2012 2:45 PM
**To:** Keith Allred
**Subject:** Re: BRUXZIR Infringement - OLD DOMINION

Howdy Keith!

A "Bruxzer" crown has existed for years and years, even before the use of Zirconia.

It is a restoration used for patient with the condition of "Bruxism", to avoid broken Porcelain and to extend the life of restoration.

Typically, it includes either a Metal Occlusal surface, or a Full Zirconia restoration. This is now taught in Medical Schools across the country.

Jim Glidewell did not invent this condition, or termonology associated with restorations to treat such patients. I have Doctors prescriptions dating back Two decades with this term used.

My father (Crown and Bridge Professor Thomas Hudson DDS age 71) and brother (Paul Hudson DDS age 35) were taught to use this term in Dental School at MVC in Virginia, in regards to a restoration involved with a patient that has Bruxism. I believe your arguement is not valid.

However, We will gladly change our product name to "**FCZ**" (Full Contour Zirconia). It is no problem! You are welcome.

Have a nice day!

Scott


-----Original Message-----
**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Tuesday, August 7, 2012 04:52 PM
**To:** scott@dominionmillingcenter.com
**Subject:** BRUXZIR Infringement - OLD DOMINION

**NOTICE OF TRADEMARK INFRINGEMENT**

GL 241
(Page 50 of 99)



EXHIBIT 149
WIT: Allred
DATE: 10-25-12
L. Moskowitz, CSR 10816, RPR

**EXHIBIT 32**
-394-

August 7, 2012

TRANSMITTED VIA EMAIL AND
DELIVERED BY U.S. MAIL

OLD DOMINION MILLING CORP.
5700 Old Richmond Ave. G-20
Richmond, VA 23226

PHONE: 804.285.0777

scott@dominionmillingcenter.com

Attn: Scott Hudson, Owner

Re: **Infringement of Glidewell Laboratories? BruxZir? Trademarks, Misbranding, Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client?s proprietary property rights in connection with the unauthorized use Glidewell Laboratories? registered trademarks on your invoices (see ATTACHMENT ?A,? below) has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir? zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of ?Bruxzer? is using a similar mark that creates an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered and a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a ?tarnishment? of the owner?s mark and results in ?brand confusion? and the likelihood of ?initial interest? confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing mark in your promotions and elsewhere. Should you not terminate use of the mark Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir? authorized dental laboratories, call Glidewell Direct.

GL 241
(Page 51 of 99)

**EXHIBIT 32**
-395-

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

-- ATTACHMENT ?A? --

**Dominion Milling Center "DMC"**
**Div. of Old Dominion Dental Corp.**
5700 Old Richmond Ave., Suite G-29
Richmond, VA 23226
Toll-free 877-285-LAVA
Business: 804-285-MILL
E-mail scott@dominionmillingcenter.com
Web Site www.dominionmillingcenter.com
Contact Scott Hudson

| | | | Invoice | | | | Invoice |
|---|---|---|---|---|---|---|---|
| Old Dominion Dental Corp | | | | Old Dominion Dental Corp | | | |
| 5700 Old Richmond Ave G-29 | | | | 5700 Old Richmond Ave G-29 | | | |
| Richmond, VA 23226 | | | | Richmond, VA 23226 | | | |
| (804) 285-0777 | | Page 1 | | (804) 285-0777 | | Page 1 | |
| | | Invoice Number: 1226-0440 | | | | Invoice Number: 1226-0440 | |
| | | Invoice Date: 06/11/2012 | | | | Invoice Date: 06/05/2012 | |

Account ID: 460
Zinser Dental Lab
10875 Dover St
Suite 1000
Broomfield, CO 80021

| | | Patient: Emmerich | |
|---|---|---|---|
| Qty | Products / Materials | Tooth No. | Amount |
| 1.00 | Bruxzir | | $39.95 |
| | | Sub Total | $39.95 |
| | | Total Tax | $0.00 |
| | | Total: | $39.95 |

Please contact Anessa with invoice and shipping questions

Account ID: 460
Zinser Dental Lab
10875 Dover St
Suite 1000
Broomfield, CO 80021

| | | Patient: Joacobson / Kehon | |
|---|---|---|---|
| Qty | Products / Materials | Tooth No. | Amount |
| 1.00 | Bruxzir | | $39.95 |
| 1.00 | Bruxzir | | $39.95 |
| 1.00 | Shipping and Handling | | $4.95 |
| | | Sub Total | $84.85 |
| | | Total Tax | $0.00 |
| | | Total: | $84.85 |

Please contact Anessa with invoice and shipping questions

////

GL 241
(Page 53 of 99)

**EXHIBIT 32**
-397-