**From:** Keith Allred
**Sent:** Friday, August 31, 2012 4:24 PM
**To:** 'DentalDentopia'
**Subject:** RE: BRUXZIR Infringement - Dentopia Dental Lab

Mr. Brian Oh: Thank you for your prompt response. We certainly do appreciate your understanding in this matter. --Keith

**From:** DentalDentopia [mailto:dentopia@hotmail.com]
**Sent:** Friday, August 31, 2012 11:54 AM
**To:** Keith Allred
**Subject:** RE: BRUXZIR Infringement - Dentopia Dental Lab

August 31, 2012

Keith D. Allred, Attorney for Glidewell Laboratories

4141 MacArthur Blvd

Newport Beach, CA 92660

This letter is written in response to your notification of using trademark infringement "BruxZir". Dentopia have been marketing a full zirconia and we used term BruxZir which is a common name in the dental field. We attempted to contact Glidewell regarding using term Bruxzir before we start promotion but we didn't receive any response so we assumed it was okay to use the term. If we knew that BruxZir was the infringing mark of Glidewell, we wouldn't use that word without notification. We immediately ceased use of infringing mark in our price list. Also we are working on the website to remove the words "BruxZir". We apologize for any inconvenience. Thank you.



GL 241
(Page 20 of 99)



Sincerely,

Brian Oh

President of Dentopia Dental Lab

**Dentopia Dental Lab**
9104 Manassas Dr, Suite T
Manassas Park, VA 20111
P: 703-365-2635
F: 703-365-2643

---

Subject: BRUXZIR Infringement - Dentopia Dental Lab
Date: Mon, 27 Aug 2012 16:55:57 -0700
From: kallred@glidewelldental.com
To: dentopia@hotmail.com

---

**NOTICE OF TRADEMARK INFRINGEMENT**

---



August 7, 2012

TRANSMITTED VIA EMAIL AND
DELIVERED BY FAX

Dentopia Dental Lab
9104 Manassas Dr, Suite T
Manassas Park, VA 20111

P: 703-365-2635
F: 703-365-2643

dentopia@hotmail.com

Attn: President & CEO

**Re: Infringement of Glidewell Laboratories' BruxZir® Trademarks, Misbranding, Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks on your invoices (see ATTACHMENT "A," below) has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of "Full Zirconia(Bruxzir)" is using a similar mark that creates an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered and a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing mark in your promotions and elsewhere. Should you not terminate use of the mark Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED

Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

■ ATTACHMENT "A" –

Dentopia Dental Lab Services & Prices
2104 Manassas Dr, Unit 1
Manassas Park, VA 20111
TEL : 703-365-2635

PORCELAIN FUSED TO METAL

ALL CERAMIC RESTORATIONS

FULL CAST RESTORATIONS

ADDITIONAL CHARGES

TEMPORARY

TIME SCHEDULE

12-19-2011 08:47 AM - 1110015@Newport - Suzanne Urane - Hello Michelle,

There are many benefits to being an Authorized BruxZir laboratory. For starters, we list your laboratory on our dedicated website www.bruxzir.com where you will receive great national exposure. It offers your Doctors a great deal of information and videos about the unique features and advantages of the BruxZir material.

Furthermore, you get to take full advantage of the quarterly [illegible] mailing campaign. We print and mail the Generic BruxZir Rx booklet to 120,000 Dentists across the nation. Doctors have a well rounded list of Authorized BruxZir laboratories to choose from in the US and Canada. When they send a coupon to your lab, all you have to do is honor the $10 discount off of your regular price for a BruxZir restoration and watch your BruxZir business grow. After sending in their first case, you will note that the retention of BruxZir doctors is very strong. Additionally, we run a 2 page ad in the [illegible] news and the LMT magazine to further cement the BruxZir name recognition and promote the list of authorized labs across the country.

We look forward to working with you, becoming an Authorized lab for BruxZir, Inclusive, and Comfort splints: www.bruxzir.com or www.inclusivedental.com or www.comfortsplint.com . Let me know if I can answer any questions for you.

Best regards,

---

Suzanne Urane
Inclusive Sales Coordinator, Glidewell Direct Associate

Glidewell Laboratories
18558 Von Karman Ave.
Irvine, CA 92612
(800) 303-3575 o (949) 399-8379
www.glidewelldental.com

---

From: dentopia@hotmail.com [mailto:dentopia@hotmail.com]
Sent: Tue 12/6/2011 10:11 AM
To: GLDirect; WebForms
Subject: BruxZir Web Site Authorized Lab Inquiry
First Name: MICHELLE
Last Name: JUNG
Company Name: DENTOPIA DENTAL LAB
Email Address: dentopia@hotmail.com
Phone Number: 7083652615
I prefer to be contacted by: E-mail
I am a: Dental Laboratory
Comments: I would like to be an authorized bruxzir lab so i can use the world "bruxzir". Is there any application or fee for that?

////