EXHIBIT 20
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10816, RPR



**DENTAL ART LABORATORIES**
*Bridging Art and Dentistry*

WE'VE EARNED THE TRUST OF
**DENTAL PROFESSIONALS**
THROUGHOUT MICHIGAN

| HOME | ABOUT US | PRODUCTS | SERVICES | HELP DESK | REWARD PROGRAM | CONTACT |

## BRUXZIR

BRUXZIR - "MORE BRAWN THAN BEAUTY"

BruxZir® Solid Zirconia is a solid zirconia crown or bridge restoration with no porcelain overlay. While BruxZir is more brawn than beauty, you'll be impressed by its esthetics when prescribed instead of metal occlusal PFM and full-cast metal restorations. Virtually chip-proof it is an ideal restoration for bruxers and grinders. Designed and milled using CAD/CAM technology, the crown is sintered, and then glazed to a smooth surface. The resultant crown/bridge is virtually indestructible.



BRUXZIR INDICATIONS

BruxZir Solid Zirconia crowns or bridges are indicated for bruxers and grinders when PFM metal occlusal or full-cast restorations are not desired. BruxZir is ideally suited for posterior molar crowns when the patient desires a tooth colored restoration but lacks the preparation space for, or has broken a PFM crown in the past due to bruxing.




PREPARATION REQUIREMENTS

- Shoulder preparation not needed, feather edge is okay. It is a conservative preparation similar to full-cast gold, so any preparation with at least 0.5 mm of occlusal space is accepted.
- Minimum occlusal reduction of 0.5 mm but 1 mm should be ideal.

INSTRUCTIONS FOR ADJUSTMENT AND POLISHING

- Adjust BruxZir zirconia crowns and bridges using water and air spray to keep the restoration cool and to avoid micro-fractures with a fine grit diamond. If using air only, use the lightest touch possible when making adjustments. A football shaped bur is the most effective for occlusal and lingual surfaces (on anterior teeth); a tapered bur is the ideal choice for buccal and lingual surfaces.
- Polish BruxZir restorations with the porcelain polishing system of your choice.

**Other Helpful Hints**

- Endo can be done through the restoration. Use a new, fine round diamond with copious amounts of water for initial endodontic access. Use light pressure. Let the diamond do the work and do not be overly aggressive.
- Cutting off a BruxZir restoration - When cutting through Zirconia it is important to use copious amounts of water. Use light pressure when cutting Zirconia to avoid damaging the underlying tooth structure. Use a new diamond to make a clean cut up the buccal surface extending onto the occlusal surface. Use a crown spreader to fracture the crown and break the cement layer.

www.dentalartlab.com/page.php?page_id=47

KDA-002245

1/2

**EXHIBIT 35**
-409-

CEMENTATION RECOMMENDATIONS

- Resin reinforced glass ionomer cement (RelyX Luting Cement; GC Fuji Plus)
- Resin cements for short or over-tapered preparations (RelyX Unicem; Panavia F2.0)

ADA CODES

- D2740 Crown - Porcelain/Ceramic Substrate
- D6245 Pontic Porcelain/Ceramic
- D6740 Abutment Crown Porcelain/Ceramic

Dental Art Laboratories • 1721 N Grand River • Lansing, MI 48906
800.444.3744 • 517.485.2200 • 517.485.2289 fax
© 2012 Dental Art Laboratories • Privacy Policy