



## Artiste Dentistry LLC
*The Art of Creating Beautiful Smiles*

Contact Our Office 24/7
**703.434.3286**

# My Blog

### BruxZir Crowns
Tara Moshiri, DDS: Posted on Sunday, August 21, 2011 12:12 PM

#### Esthethic Non-Porcelain Crowns for Bruxers & Grinders



If you are a bruxer or a grinder, have chipped teeth or had porcelain crowns chipped, and wanted to hava an esthetic crown that wouldn't chip, we have great news for you.

Thanks to constant improvements in dental material and technology, we are excited to introduce BruxZir Solid Zirconia to our patients.

BruxZir solid Zirconia is indicated for crowns, bridges, implants, inlays and onlays, and made from the highest quality zirconia from Japan.

BruxZir crowns & bridges are:
- Chip-resistant, as it is made of solid zirconia with no porcelain overlay
- Glazed to a smooth surface to reduce plaque accumulation



For more info visit www.bruxzir.com

share 

Categories:

0 Comments to BruxZir Crowns:

- Welcome
- Our Practice
- Specials & Promotions
- New Patients
- Insurance & Financing
- Appointment Request
- Smile Gallery
- New Technology
- Cosmetic Dentistry
- Patient Education
- Q & A
- Dental Library
- Dental Videos
- Links
- Testimonials
- Contact Us
- Blog





**Recent Posts**



## Add a Comment

Your Name: 

Email Address: (Required)

Website:

Comment:

Make your text **bigger**, bold, *italic* and more with HTML tags. _____

[ Post ]

BruxZir Crowns
**Categories**

[ Search ]
powered by Google™

Tara Moshiri DDS - Sterling, VA Cosmetic Dentist

Welcome | Our Practice | Specials & Promotions | New Patients | Insurance & Financing | Appointment Request | Smile Gallery | New Technology
| Cosmetic Dentistry | Patient Education | Q & A | Dental Library | Dental Videos | Links | Testimonials | Contact Us | Blog