Z-Brux Crowns | Bruxzir | Solid Zirconia - Barth Dental Lab |     Page 1 of 2

*Socialize With Us*

Served the dental profession for fifty years
Call us Today: 855-654-3352 We are Available 24/7 a day

Home    About    Products    Shipping    Blog    Contact Us

## Z Brux Crowns



*Courtesy of Dentistry Today*

you laboratory starter kit.

Z-Brux is the natural option for posterior restorations. This solid Zirconia crown with no porcelain overlay provides strength and esthetics. Chip resistant quality makes Z-Brux ideal for bruxers. This material is indicated as an option for bruxers who have broken down natural teeth or for PFM metal occlusal or full-cast crowns. No special crown prep is necessary.

Dr Gordon Christensen comments on Solid Zirconia Bruxor Crowns.....In the March 2011 issue of Dental Economics, Christensen discusses the rise in popularity of all-zirconia tooth colored restorations. He states that *while this type of restoration is relatively new to the dental profession, its many benefits outweigh the risks.*

Barth Dental Laboratory continues to serve the dental community. As a full service provider, we have built our company by delivering quality restorations at affordable prices. We would welcome the opportunity to work with your office in delivering affordable quality. Contact us at 800.654.3352 or via email on our Contact Us page to order

### Our Products

 
 
 

*more products*

| Join Us | JOIN |
| Join Us | JOIN |
| Subscribe | SUBSCRIBE |

### About Barth Dental Laboratory

Barth Dental Laboratory has proudly served the dental profession for fifty years. Spanning three generations of family ownership, the business has grown from a one man denture laboratory to a full service dental provider. The tradition of delivering quality products at affordable prices established by the company's founder Byron Barth still stands as the number one priority for the laboratory's current President, Tom George and his son Chris, VP of operations.

Read More

### Testimonials

We have been using Barth Dental Lab for 23 years. They are always willing to go above and beyond to make our patients happy, which keeps us happy! Customer service is wonderful and their the products are the best!

*Dr. Brad Laconi*
*Chesterfield, IN.*

### Quick Contact

Barth Dental Laboratory
7518 East 39th Street
Indianapolis, IN 46226

Toll Free: 1-855-654-3352
Local Tel: 317-591-2600
Fax: 317-591-2611

info@barthlab.com

http://www.barthlab.com/dental-lab-products/z-brux-crown/



EXHIBIT 28
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10816, RPR

8/9/2012
KDA-002446

**EXHIBIT 37**

-413-

Z-Brux Crowns | Bruxzir | Solid Zirconia - Barth Dental Lab |																																Page 2 of 2

Home    About    Products    Shipping    Blog    Contact Us

© 2012 - Barth Dental Laboratory. All rights reserved.
Web Design, SEO & Web Development by Halogen Designs

*Socialize With Us*

**EXHIBIT 37**
-414-