9/6/12   China Dental Outsourcing, Inc.

HOME   PRODUCTS   TESTIMONIALS   DELIVERY TIME   PRICE QUOTE   POLICIES   FAQs   ABOUT US   CONTACT US

**PRODUCTS**

## All Ceramic: All Zirconia for Bruxers

**Prosthetics - All Zirconia for Bruxers**

All Zirconia for Bruxers is an innovative system for metal-free crowns and bridges in the posterior used primarily for bruxers and heavy biters. The strength of zirconia restorations is well established, and the ability to provide an all zirconia restoration. The system is used to fabricate anterior or posterior single units or multi-unit bridge restorations out of translucent, biocompatible zirconia, the strongest and toughest dental ceramic.

Esthetically, they are inferior to porcelain restorations, but are superior to full metal or metal occlussal. Shades are close approximations (but cannot be exact) to the Vita 16 shade guide, hence they are best used in the posterior.

They are extremely strong; being crack and fracture resistant, and extremely durable.

**Contact us for a Price Quote.**

**PRODUCTS**

Crown and Bridge
Captek
All Ceramic - E.max
All Zirconia for Bruxers
Cercon Zirconia
Veneers & e.Max Thin Veneers
Composites
Full Dentures
Partial Denture Framework
Valplast Flexible Dentures
Implants
Other Types
Lab Photos
Brands
List of Lab Services

USA Toll-free
1-888-262-8683

Australia Toll-Free
1800-557-863

International Phone Codes
for All Countries

Current Time in China is:
Fri, Sep 7, 2012
2:41:59 AM

We answer in China from 9 AM to 11 PM China time 7 days a week!

We answer in the U.S. from 9 AM to 5:30 PM CST time Monday-Friday

Or call anytime and leave a message!

FOLLOW ME ON twitter

Like   59 people like this. Be the first of your friends.

### Enlarged Photos to Show Detail







EXHIBIT 32
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10816, RPR

www.chinadentaloutsourcing.com/p-ceramic-bruxer.html   1/4

KDA-002237

**EXHIBIT 39**
-416-

9/6/12 China Dental Outsourcing, Inc.







www.chinadentaloutsourcing.com/p-ceramic-bruxer.html

2/4

KDA-002238

**EXHIBIT 39**
-417-

9/6/12 China Dental Outsourcing, Inc.







Contact us for a Price Quote.

**PRODUCTS**

9/6/12　　　　　　　　　　　　　China Dental Outsourcing, Inc.

www.chinadentaloutsourcing.com/p-ceramic-bruxer.html

KDA-002240

4/4

**EXHIBIT 39**
-419-