DENTAL360 Dental Product Shopper Hygiene Product Shopper Dental Learning.net | From The Podium Practice Building Equipment For Sale Blog About Us Contact Us Register Login



## YOUR SOURCE FOR PRODUCT EVALUATIONS & INFORMATION

DENTAL PRODUCTS — HYGIENE PRODUCTS — DENTAL LEARNING

Home | Blog Posts | Solid Zirconia Crowns — Dental Product Videos | Product Evaluations | New Products | Promotions | Manufacturer Index

# Product Insights by Cynthia Jetter



### Solid Zirconia Crowns

Author: Cynthia Jetter   Date: 02/03/2011 05:15pm   Other posts from Cynthia Jetter

Whenever any of my patients require a full-cast restoration on posterior teeth, I usually use porcelain-fused-to-metal (PFM) crowns because their clinical track record is well established. However, recently I had a patient fracture the porcelain off of a crown on a molar. This particular patient was also a bruxer so I decided to change their restoration to a solid zirconia or BruxZir crown. The esthetics were excellent and you could not see any difference between the zirconia crown and the adjacent natural teeth.

The BruxZir crown can also be cemented in the same manner as a traditional PFM so that present crown cementation materials and techniques do not have to be changed. Since that case, I have placed a number of BruxZir crowns instead of PFM's as far anterior as first premolars and have had the same high level of esthetics as in the first case. For anyone who has been hesitant to place solid zirconia crowns because of concerns about esthetics, I believe you and your patients will be pleasantly surprised by just how beautiful these restorations can be.

*Cynthia Jetter, DMD, owns a private laser dentistry practice with her husband, Donald W. Jetter, DMD, in Voorhees, New Jersey.*

Share | Like   3 people like this. Be the first of your friends.

**Other Posts From Cynthia Jetter**
- DrQuickLook is a Must-Have Imager
- Sleep Apnea and TAP Appliance
- Using Loupes to Enhance Patient Care
- Your Practice's Greatest Asset
- Contact Perfect Matrix Bands

**Recent Posts**
- Overhead 101
- Politics aside, teeth still lose
- Dental Cool- Needle Free Vaccines: How About a Patch Instead?
- My List of Top 5 Oral Health Products for Your Children
- CEREC 27 and a half was pure, unadulterated edutainment!

**Blog Archive**
- September 2012 (1)
- August 2012 (16)
- July 2012 (15)
- June 2012 (15)
- May 2012 (16)
- April 2012 (7)
- March 2012 (5)
- February 2012 (1)
- January 2012 (1)
- December 2011 (1)



EXHIBIT 34
WIT: Shuck
DATE: 9-25-12
L. Moskowitz, CSR 10816, RPR

BECOME a Product Evaluator — Sign Up NOW

Dental Product Shopper | Hygiene Product Shopper | Dental Learning.net

www.dentalproductshopper.com/blog/solid-zirconia-crowns

KDA-002247

1/2

**EXHIBIT 40**
-420-

DENTAL 360