MAUDE Adverse Event Report: KERR CORPORATIONMAXCEM ELITECEMENT, DENTAL     Page 1 of 3

U.S. Food & Drug Administration

## MAUDE Adverse Event Report: KERR CORPORATIONMAXCEM ELITECEMENT, DENTAL

FDA Home[3][2]Medical Devices[4] Databases[5]

[6] CDRH SuperSearch

510(k)[7]Registration & Listing[8]Adverse Events[9]Recalls[10]PMA[11]Classification[12]Standards[13]
CFR Title 21[14]Radiation-Emitting Products[15]X-Ray Assembler[16]Medsun Reports[17]CLIA[18]TPLC[19]

**KERR CORPORATION MAXCEM ELITE CEMENT, DENTAL**   Back to Search Results
Catalog Number 33872
Event Date 12/16/2011
Event Type Injury  Patient Outcome Other,Required Intervention
Manufacturer Narrative

The bruxer crown was re-cemented with a different product without further incident and the patient is doing fine. The product involved in the alleged incident was not returned; therefore, retain samples were evaluated for adhesive strength and were found to meet product specifications. In addition no similar complaints were received with regard to this lot. These investigation results indicate that this incident is an isolated incident that occurred as a result of a user/technique related issue and was not due to a product failure.

Manufacturer Narrative

The product involved in the alleged incident was returned and evaluated for adhesive strength, yielding results within specifications.

Event Description

A doctor alleged that two (2) patients experienced the debonding of crowns after placement with maxcem elite clear. This mdr is the second of two (2) reports.

Search Alerts/Recalls[20]

New Search | Submit an Adverse Event Report[21]

Brand NameMAXCEM ELITE
Type of DeviceCEMENT, DENTAL
KERR CORPORATION
Manufacturer *(Section F)*1717 West Collins Avenue
Orange CA 92867
KERR CORPORATION
Manufacturer *(Section D)*1717 West Collins Avenue
Orange CA 92867
KERR CORPORATION
Manufacturer *(Section G)*1717 West Collins Avenue
Orange CA 92867
Orlando Tadeo, Jr.
Manufacturer Contact 1717 W Collins Ave
Orange , CA 92867
(714) 516 -7419
Device Event Key2445512
MDR Report Key2424285
Event Key2321120
Report Number2024312-2012-00021
Device Sequence Number1
Product Code$_{EMA}$[22]
Report SourceManufacturer
Source TypeHealth Professional
Reporter OccupationDENTIST
Type of ReportInitial,Followup
Report Date12/21/2011
1 Device Was Involved in the Event
1 Patient Was Involved in the Event
Date FDA Received01/20/2012
Is This An Adverse Event Report?Yes
Is This A Product Problem Report?No
Device OperatorDENTIST
Device EXPIRATION Date08/01/2012

DEPOSITION EXHIBIT

MAUDE Adverse Event Report: KERR CORPORATION MAXCEM ELITECEMENT, DENTAL     Page 2 of 3

Device Catalogue Number 33872
Device LOT Number 3631284
Was Device Available For Evaluation? Yes
Is The Reporter A Health Professional? Yes
Was The Report Sent To Manufacturer? No
Date Manufacturer Received 12/21/2011
Was Device Evaluated By Manufacturer? Yes
Date Device Manufactured 04/15/2011
Is The Device Single Use? No
Is this a Reprocessed and Reused Single-Use Device? No
Is the Device an Implant? No
Is this an Explanted Device?
Type of Device Usage Unkown

Links on this page:
1. http://www.addthis.com/bookmark.php?u508=true&v=152&username=fdamain
2. http://www.addthis.com/bookmark.php
3. http://www.fda.gov/default.htm
4. http://www.fda.gov/MedicalDevices/default.htm
5. http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Databases/default.htm
6. /scripts/cdrh/devicesatfda/index.cfm
7. ../cfPMN/pmn.cfm
8. ../cfRL/rl.cfm
9. ../cfMAUDE/TextSearch.cfm
10. ../cfRES/res.cfm
11. ../cfPMA/pma.cfm
12. ../cfPCD/classification.cfm
13. ../cfStandards/search.cfm
14. ../cfCFR/CFRSearch.cfm
15. ../cfPCD_RH/classification.cfm
16. ../cfAssem/assembler.cfm
17. ../Medsun/searchReportText.cfm
18. ../cfClia/Search.cfm
19. ../cfTPLC/tplc.cfm
20. http://www.fda.gov/MedicalDevices/Safety/default.htm
21. https://www.accessdata.fda.gov/scripts/medwatch/
22. ../cfPCD/classification.cfm?start_search=1&ProductCode=EMA

Page Last Updated: 08/31/2012

Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

- Accessibility
- Contact FDA
- Careers
- FDA Basics
- FOIA
- No Fear Act
- Site Map
- Transparency
- Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue

http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/detail.cfm?mdrfoi__id=2424285     9/27/2012

KDA-002771

**EXHIBIT 41**
-423-

MAUDE Adverse Event Report: KERR CORPORATION MAXCEM ELITECEMENT, DENTAL   Page 3 of 3

Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Email FDA

- USA.gov
- 
- 
- 
- 
- 
- 
- For Government
- For Press
- Combination Products
- Advisory Committees
- Science & Research
- Regulatory Information
- Safety
- Emergency Preparedness
- International Programs
- News & Events
- Training and Continuing Education
- Inspections/Compliance
- State & Local Officials
- Consumers
- Industry
- Health Professionals

U.S. Department of Health & Human Services

Links on this page: