## MINNESOTA R FORM

TO: **TRACHSEL DENTAL STUDIO, INC.**
1834 15th STREET N.W
P.O. BOX 6598
ROCHESTER, MINNESOTA 55903-6598
PHONE 507/288-2362

DOCTOR _____
ADDRESS _____
CITY & STATE _____
Patient's Name _____
Date Sent _____

**FOR STUDIO USE**
Pan. No. _____
Wax # _____ PT. _____
Finish P _____ F _____
Opaque _____
Build _____
Grind _____
Stain & Glaze _____

| SHADE | MAIL MON. | MAIL TUES. | MAIL WED. | MAIL THURS. | MAIL FRI. | TRIAL [ ] FINISH [ ] |
|---|---|---|---|---|---|---|
| TAB SENT / TAB NOT SENT | | | | | | |

Male ☐   Female ☐   AGE [ ]
Vigorous ☐   Medium ☐   Soft ☐

**CHARACTERIZATION**

**INSTRUCTIONS**
Please use this side first

- Captek (Por. in Occ.)
- Empress
- Porcelain to Zirconia (Lava)
- Procera
- Mirage - Fortress
- Porcelain & NP
- All Zirconia Bruxer
- Porcelain & Gold
- Porcelain Occlusal
- Porcelain B. Cusp.
- All Metal Occlusal
- Porcelain Shoulder
- Cristobal - Composite
- N.P. Full Crown
- White    Olympia
- Precious    Jelstar
- Full Cast    Albacast
- Yellow    Premium
- Gold    Medium
- F.C.    Economy
- Gold Inlay
- 3/4 Gold Crown
- Gold Onlay

**RIDGE RELIEF FOR PONTIC(S)**
NONE ☐   SLIGHT ☐
MED. ☐   HEAVY ☐

More instructions over ☐ Yes ☐ No
Contact: Mesial [ ] Distal [ ]   No Contact: Mesial [ ] Distal [ ]

**PLEASE INDICATE PONTIC DESIGN**
1 [ ]   2 [ ]   3 [ ]   *4 [ ]   5 [ ]
* IF NO INDICATION WE USE PONTIC DESIGN #4

**Please Send**
Rx Forms [ ]   Mailing Labels [ ]   Mailing Boxes [ ]

NADL

**Please Use For Additional Instructions**

CERTIFIED DENTAL LABORATORY

**DESIGN CASE**
UPPER / LOWER
RIGHT   LEFT   LEFT   RIGHT

OUR TERMS: Net fifteenth of the month following date of statement. Invoices 30 DAYS OR MORE PAST DUE will be subject to a finance charge of one and one-half percent (1.50%) per month. This is an ANNUAL PERCENTAGE RATE OF 18%. $.50 Minimum charge. All charges over 60 days will be sent C.O.D.

Signature _____ D.D.S.   License No. _____

**DOCTOR PLEASE RETAIN DUPLICATE COPY**   CPI-53003

DEPOSITION EXHIBIT
PENGAD 800-631-6989

KDA-002832

**EXHIBIT 42**
-425-



TECHNICIAN'S COMMENTS

KDA-002833

**EXHIBIT 42**
-426-