

PROOF #2

**DaniDental STUDIO**
1243 E. Broadway Road, #201
Tempe, AZ 85282
Ph (480) 449-0909
Fax (480) 449-0999

Doctor _____  CASE# _____
Address _____
City / State _____ Zip _____
Phone (____) _____ Sex ____ Age ____
Patient _____ DUE _____

SHADE: _____  Occl. Stain:
PREP  ❏ None
SHADE: _____  ❏ Light
Mould: _____  ❏ Medium
❏ Dark

Full Lap  Buccal Lap  Sanitary Contact  Sanitary Spaced

℞

**ALL CERAMIC**
❏ E-Max® LT/HT Stained Veneer / Crown
❏ E-Max® LT/HT Layered Veneer / Crown
❏ Empress Esthetic Layered Veneer / Crown
❏ IPS E-Max® Crown
❏ IPS Inlay/Onlay
❏ Full Zirconia (Bruxer)
❏ Zirconia Crown (Layered)
❏ LAVA®

**PORC. FUSED TO METAL**
❏ Non-Precious
❏ Noble, Semi-Precious
❏ High Noble, Precious
❏ Porc. Butt Margin
❏ Porc./Met. Occlusal
❏ CAPTEK

**ALL METAL**
❏ Full Gold Crown
❏ Gold Inlay/Onlay

**IMPLANTS**
❏ Ti Abutment Stock / CAD-CAM
❏ Ceramic Abutment / CAD-CAM
❏ Custom Abutment

**FRAMEWORK**
❏ Metal
❏ Chrome/Vitallium
❏ Valplast
❏ Combination
 - Metal w/Ultraflex Clasp

**MAJOR CONNECTOR**
Maxillary
  ❏ Horseshoe
  ❏ Palatal Strap
  ❏ A-P Strap
  ❏ Full Coverage
Mandibular
  ❏ Lingual Bar
  ❏ Lingual Plate

**Pt. Name in Denture**
  ❏ YES
  ❏ NO

**CLASPING**
❏ Wrought Wire/Location ___ Tooth #
❏ Akers/Location ___ Tooth #
❏ I Bar/Location ___ Tooth #
❏ T Bar/Location ___ Tooth #
❏ Modified T Bar/Location ___ Tooth #
❏ Lab Select

**RESTS**
❏ Mesial/Location ___ Tooth #
❏ Distal/Location ___ Tooth #
❏ Cingulum/Location ___ Tooth #
❏ Embrasure/Location ___ Tooth #
❏ Lab Select

**ACRYLIC**
❏ Full Denture U/L
❏ Immediate Denture U/L
❏ Flipper U/L
❏ Night Guards U/L
  - Hard/Soft/Combo
❏ Temporary Crown
❏ Reline
❏ Custom Impression Tray

❏ Surgical Guide
❏ CT Stent
❏ Implant Index/Jig
❏ Space Maintainer
❏ Ultraflex Clasp

**ENCLOSED**
❏ Impressions
❏ Master Model
❏ Opposing Model
❏ Bite
❏ Photo
❏ Implant Parts
❏ Other _____

Signed _____ D.D.S.   Dentist's License Number _____ Date _____

All accounts due within 30 days of statement date. A service charge of 2% per month or 24% annual will be added to past due accounts.
Person signing this authorization accepts sole responsibility for payment, and agrees to pay all legal costs in the event of suit, including reasonable attorney fees.

KDA-002758

**EXHIBIT 43**
-427-