+You Search Images Maps Play YouTube News Gmail Documents Calendar More

crowns designed for bruxers

Sign in

Search

Page 4 of about 73,500 results (0.47 seconds)

Web
Images
Maps
Videos
News
Shopping
More

San Diego, CA
Change location

Show search tools

Dental Zirconia **Crown** - BruxZir Solid Zirconia **Crowns** & Bridges ...
www.glidewelldental.com/lab/services/bruxzir.aspx
Dental Zirconia **Crown** - Glidewell Dental Lab & Glidewell Direct proudly ... Solid Zirconia **crowns** and bridges are the ideal restoration for **bruxers** and grinders. ... scanner with 2009 DentalDesigner™ software, upload your 3Shape **design** file ...

BruxZir Authorized Lab - Pacific Dental Arts Inc.
www.pda-lab.com/index.cfm/BruxZir-Authorized-Lab.cfm
BruxZir is virtually chip proof, making it the ideal restoration for **bruxers**, implant ... BruxZir Solid Zirconia **crowns** & bridges are made from the highest quality ... **Designed** and milled using CAD/CAM technology, BruxZir is sintered for 6.5 hours ...

The Treatment of TMD
doctorspiller.com/TMJ/tmj_7.htm
**Bruxing** guards work even better if they are **built** so that when the lower teeth ... patients who lose a temporary **crown** prior to insertion of the final restoration.

[PDF] Virtually Unbreakable - IntegraCeram
www.integraceram.de/info-download.html?file=tl_files/.../bruxzir...
File Format: PDF/Adobe Acrobat - Quick View
Virtually unbreakable, it is the ideal restoration for **bruxers** and grinders. BruxZir™ **crowns** and bridges are made from the highest quality zirconia that is uniquely colloidal processed without ... **Designed** and milled using CAD/CAM technology, ...

BruxZir® // Continental Dental Laboratory
www.continentallab.com/BruxZir.html
BruxZir®Solid zirconia **crowns** and bridges, milled to full contour using the latest ... It is glazed with a smooth surface but **designed** specifically for the posterior with more ... Ideal for **bruxers** & grinders who have destroyed other restorations.

ADMZ Full Contour **Crowns**
www.myacutech.com/index.php?option=com...**crowns**...
Great for **bruxers** and grinders; Single **Crowns**; Bridges Units; Implant **Crowns** ... **Designed** and milled using highest quality CAD/CAM process. Sintered for 8 ...

Bruxism: Advice, Links, Resources
www.is.wayne.edu/mnissani/bruxnet/advice.htm
Feb 10, 2007 – The first step for both clinicians and **bruxers** involves education. .... With time, the condition may lead to bridges, **crowns**, root canals, implants, ..... One or two capsule(s) are attached to a specially-**designed** dental appliance ...

Grinding, **Bruxing** and Clenching | Allure Dental
www.lafayetteindental.com/services/...dental.../235-2/
Jun 23, 2011
**Bruxing**, commonly known as tooth grinding, is the clenching together of the bottom and the upper jaw ...

More videos for **crowns designed for bruxers** »

Chameleon Fortress Zi | All-Zirconia **Crowns** & Bridges
www.mgill.co.uk/**crowns**.htm
All-ceramic alternative **designed** specifically to meet posterior high load demands. Monolithic, solid medical grade Zirconia **crowns**, bridges or inlays without the ...

Sun Dental Labs UK - Dental Zirconia | CAD/CAM Zirconia
www.sundentallabs.com/UK/suntech_full_zirconia.aspx
SunTech CAD/CAM Zirconia zirconium implants, **crowns** and bridges. ... size and shape of the Suntech® Full Zirconia **crown** or bridge are **designed** from the ... cases when excessively high tension is put upon the teeth (**bruxers** and grinders).

Previous 1 2 3 **4** 5 6 7 8 9 10 Next

Advanced search Search Help Give us feedback

Crowns - Product Listing http://www.gpsdental.com/crowns_products.htm

GPS Dental Lab, Inc.
A Full Service Dental Laboratory

3501 Parkway Center Court
Orlando, Florida 32808
**Phone: 407-447-4250**
**Toll-Free: 877-287-5977**

The Latest Advances in Smile Restoration & Technology

Home Team Products FAQ Time Schedule Shipping Reviews Contact Employment

## Crown & Bridge - Product Listing

### CAPTEK

CAPTEK
ESTHETICS WITHOUT COMPROMISE

CAPTEK is a capillary technology produced from a high gold substructure for crowns and bridges. Because of Captek's composite structure and stress free characteristics, the material itself is incredibly tough with porcelain bond strengths that exceed those of traditional cast alloys. Captek requires no special preparation or bonding techniques. This material will also eliminate gray lines around the margins.

In additon to superior esthetics and strength, Captek is clinically proven to reduce plaque and bacteria in the sulcus. Captek is the only crown material that actively aids long term peridontal health.

GPS Dental Lab Inc. is an Advanced Captek Certified lab. Our management team and technicians have extensive Captek training and experience, and we continue to proudly assist CAPTEK in its ongoing research and development.

---

### Cristobal+ - Composite Inlays and Onlays

Cristobal+

AFTER
BEFORE

With clinical success since 1993, the Cristobal+ restorative system proves to be the longer-lasting alternative to filled polymer crowns. The exclusive Cristobal+ process offers remarkably strong restorations which maintain their natural gloss and translucency for years.

Remarkably strong with excellent surface texture and relationship with gingival tissue, the results speak for themselves.

## NEWS

*GPS Dental Lab, Inc. now offers* ***BruxArt™*** *- full contour zirconia crowns designed with the newest technology. Precision milling provides the accuracy, fit and strength you require when placing full contour restorations.* *Read more...*

## RX SCRIPT

NY Spot Gold
1754.30 -12.90
1790
1780
1770
1760
1750
1740
www.kitco.com
08 10 12 14 16 18
Oct 12, 2012 17:59 NY Time
Price in USD per oz

Join Us on Facebook!

1 of 2 10/13/2012 3:51 PM

BOATRIGHT000056
**EXHIBIT 44**
-429-

---

### IPS e.max




IPS e.max delivers the ultimate in metal-free esthetics and strength. Designed with versatility and simplicity in mind, IPS e.max lets you select from highly esthetic and strong lithium disilicate or zirconia giving you the ability to achieve beautiful restorations in any clinical situation.

IPS e.max provides outstanding esthetics, high strength, and predictable shade matching even with difficult combination cases. Our laboratory can produce the highest quality esthetic restorations using the most progressive fabrication methods with the industry's most innovative materials.

---

### BruxArt™






Full contour zirconia crowns designed with the newest technology. Precision milling provides the accuracy, fit and strength you require when placing full contour restorations. BruxArt™ mimics the beauty of nature while providing outstanding strength.

Made in the USA with biocompatible medical-grade zirconia that is almost indestructible. This metal-free alternative to full gold crowns is ideal for bruxers and grinders and can be placed with conventional cementation.

---

### 3Shape CAD/CAM System






CAD/CAM custom abutments, bars, copings and frameworks are available for all major implant systems in your choice of materials and shades.

- Outstanding fit, function and esthetics
- Simple restorative procedure with reduced chair time
- Just take an impression and send it to us today

GPS Dental Lab, Inc. - 3501 Parkway Center Court, Orlando, Florida 32808
Dental Lab Websites by Solution21 - Legal Notices

# GPS BruxArt™

## Full Contour Zirconia Crowns

## Precision & Performance

Full contoured zirconia crowns designed with the newest technology. Precision milling provides the accuracy, and fit & strength you require when placing full contour restorations.

GPS BruxArt™ mimics the beauty of nature while providing outstanding strength. Made with biocompatible medical-grade zirconia that almost indestructible.

- CAD/CAM technology provides accuracy,
- Precision milled for outstanding marginal fit.
- Metal-free alternative to full gold crowns.
- Ideal for bruxers and grinders. 
- Conventional cementation.
- Fast turn-around.
- MADE IN THE USA
- $99 per unit

GPS Dental Lab, Inc.

*A Full Service Dental Laboratory*

All Products are MADE IN THE USA

Call us to request a price list for our full line of products and services.

GPS Dental Lab, Inc.
3501 Parkway Center Court
Orlando, FL 32808
Phone: 407-447-4250 / 877-287-5977
Fax: 407-447-4255 Website: gpsdental.com

 



HOME • ABOUT US • SERVICES • PRODUCTS • NEWS • DOWNLOADS • CONTACT US

## Products:

Removable Products / Metal-Free Products / Implants / Crowns and Bridges / CAD/CAM

## Metal-Free Products

At Restorative Arts we have responded to your patients' demand for metal-free dental restorations. RADL is committed to providing our clients with quality restorations. While we still offer our same in-house quality, we feel the need to provie a lower cost restoration. RADL will only provide such a restoration if we can assure that all materials are ADA and FDA approved and certain health and safety standards have been followed. We provide these restorations with total transparency and can provide the documentation that we follow all state and feeral guidelines. Our outsource labs are all registered in South Carolina whether foreign or domestic. Please call for more information an a fee schedule.

### Full Contour Zirconia

RFull contour, solid zirconia crown or bridge restorations have become increasingly popular because they have no porcelain veneering. Virtually chip proof, they are indicated for bruxers and griners, implant restorations and areas with limited occlusal space.

### Zirconia

Restorative Arts uses only the best quality zirconia for your metal-free dental restorations. Your zirconia choices include 3M ESPE's Lava, Noritake's Katana and Nobel Biocare's Procera.

### Lava

Lava restorations are made with Lava zirconia and are designed and milled with the innovative Lava CAD/CAM system. The combination of materials and precision milling produces a strong restoration with an excellent marginal fit.

### IPS e.max

Make your patients smile with an all-ceramic restoration using IPS e.max. You pick the best components for your case from the variety of materials offered in this coordinated restorative system. The new all-ceramic system from Ivoclar Vivadent comprises highly esthetic and high-strength materials for both pressed and CAD/CAM technology.

### IPS e.max CAD LT

IPS e.max CAD LT is a lithium silicate glass-ceramic is designed for one-piece, full contour metal-free restorations. IPS e.max CAD LT has all the benefits of all-ceramic restorations with the added bonus being you can adhesively bond or cement the restoration. We can manufacture it on either chamfer or shoulder tooth preparations.

Restorative Arts: Metal-Free Products http://www.restorativearts.com/metalfree.html

### IPS e.max CAD

Restorative Arts uses the IPS e.max CAD zirconia product that combines uniqueness and high performance. The innovative lithium disilicate ceramic fulfils the highest esthetic demands and unites state-of-the-art technology with exceptional user-friendliness. The material is designed for fabricating esthetic, high-strength restorations using efficient CAD/CAM processing technology.

IPS Empress®

### IPS Empress Esthetic

IPS Empress Esthetic is a pressable ceramic that raises the bar delivering the fit of a pressed restoration with the esthetics of a layered restoration. With this material, we can create a lifelike veneer with the characterization and translucency you and your patients expect. These true-to-nature esthetics are not limited to veneers, IPS Empress Esthetic can also be prescribed for crowns, inlays and onlays.

Nobel Biocare

### Procera

The ever-popular NobelProcera Crown Zirconia is now even thinner yet still has exceptional strength. The thinner coping enables more flexible esthetic opportunities. Also, it combines zirconia extreme flexural strength, 1200 MPa, with a beautiful esthetic result.

Copyright © 2009 Restorative Arts Dental Laboratories. All Rights Reserved.

Home About Us Services Products News Downloads Contact Us

2 of 2 10/13/2012 3:42 PM

BOATRIGHT000060
**EXHIBIT 44**
-433-

Restorative Arts: Featured Product http://www.restorativearts.com/featured.html

HOME ● ABOUT US ● SERVICES ● PRODUCTS ● NEWS ● DOWNLOADS ● CONTACT US

Get
ADOBE® READER®

To view or download the PDF files listed on the left, you will need the Adobe Reader or other software capable of reading PDF documents. If you do not not have PDF software, click on the button above to download the Adobe Reader program for free.

## Featured Product:

### Full Contour Zirconia

Full contour, solid zirconia crown or bridge restorations have become increasingly popular because they have no porcelain veneering. Virtually chip proof, they are indicated for bruxers and grinders, implant restorations and areas with limited occlusal space. It is designed and milled using CAD/CAM technology and is glazed to a smooth surface. Solid zirconia crowns and bridges are the ideal restoration and indicated for posterior crowns, bridges, inlays and onlays. Full contour zirconia is a great solution for bruxers and grinders when PFM metal occlusal/lingual or full-cast restorations are not desired or when patient lacks the preparation space for a PFM. Other benefits include: shoulder preparations are not needed; a feather edge is acceptable; any preparation with at least .5mm of occlusal space is acceptable; and necessary minimum occlusal space of .5mm is acceptable but 1mm is ideal.

1 of 2 10/13/2012 3:51 PM

BOATRIGHT000061
**EXHIBIT 44**
-434-

Restorative Arts: Featured Product http://www.restorativearts.com/featured.html

Copyright © 2009 Restorative Arts Dental Laboratories. All Rights Reserved.

Home About Us Services Products News Downloads Contact Us

2 of 2 10/13/2012 3:51 PM

BOATRIGHT000062
**EXHIBIT 44**
-435-

MEMBER LOGIN

ABOUT US PRODUCTS SERVICES RESOURCES GALLERY DOCTORS CONTACT US

# Full Contour Zirconia

(210) 684-7725

**Unsurpassed Fit • Precision Contacts • Outstanding Esthetics.**
**An excellent choice for Cosmetic dental restorations.**

**At The Tooth Studio Dental Laboratory in San Antonio, we have found a beautiful, strong, and translucent alternative to** Bruxzir zirconia. The full contour zirconia we have found is called Diazir from Diadem, an open source digital dental milling center in Michigan and world wide.
**The zirconia they use is a precision ceramic material from** Ivoclar Vivadent. Ivoclar's patented zirconia ceramics have allowed us to achieve outstanding results in crowns, bridges and implant restorations. The results are gorgeous and as strong or stronger than any other zirconia on the market. The finished restorations are a nice complement to our E.max crowns.
Diazir **is an excellent alternative to the non-translucent zirconia and metal crowns** especially on second molars, posterior implants, bruxism and long term temporaries. **The formulation of there zirconia allows for a 40% percent transmission of light and when highly polished, they have the same wear coefficient of natural teeth.**
With the Diadem and our new **3 Shape scanner the 810D** the anatomy design and precision fit are perfect. We can design the full contour with any indications required and necessary for a successful case. While some restorations sacrifice fit and beauty for strength,Not all zirconia restorations are milled the same, at Diadem they have the most top of the line milling units that do not over mill due to there full **infinite milling axises,** to achieve there unsurpassed precision fits. Precision milled Diazir Full Contour Zirconia is uniquely formulated and processed to mimic the beauty of nature along with providing the exact form, function and fit.

**The Diadem Diazir full contour zirconia restorations can have diverse design options with the** 3 shape Dental Designer Premium 2012. This crown was surveyed and a rest seat was added digitally to fit inside the seat prepped in the tooth.
The rest seat will be in alignment where the doctor has planned for the occlusal scheme of the partial. The patient doesn't have to see metal when the partial is removed.

Highly Esthetic

**Diazir Full Contour Zirconia** provides the accuracy, fit and precision you demand as a new alternative to any PFM or full-cast metal restoration. It is uniquely formulated to mimic the beauty of nature along with providing outstanding strength. You can now provide your dentist with the technology of a precision milled full-contour zirconia restoration.

- **Exceptional accuracy & fit**
- **Outstanding strength: ≥900 Mpa**
- **Ideal for bruxers, grinders and implant cases**
- **Preshaded 001, 101, 201, 301, 401 system**
- **Easy characterization system that contains lecuite glass to minimize chemical variability and maximize esthetics**
- **Conventional cementation**

**Diazir Copings and Frameworks Zirconia** for substructures provide high strength load-carrying properties for the success of your two piece restoration. Whether you demand a precision fit in a coping or multiple unit framework, Diazir substructures demonstrate consistent shading, translucency and excellent strength.

- **Exceptional accuracy & fit**
- **Outstanding strength: ≥1,100 Mpa**
- **Bleach and Preshaded S0-S6 system**
- **Make adjustments to the framework, as necessary**
- **Veneering and overlay porcelain is compatible with an overlay porcelain with a CTE of (8.8–10.5)x10-6/°C approved for veneering of zirconia copings and frameworks**
- **Conventional cementation**

Download the Diazir FZ Zirconia Discs MSDS
Download the Diazir Full Contour Zirconia Discs MSDS
Download the Diazir White Paper

Standard

**What is BruxZir?**

Solid Zirconia is a monolithic solid zirconia restoration with no porcelain overlay. More brawn than beauty, you'll be impressed by the esthetics of BruxZir when prescribed instead of posterior metal occlusal PFMs and full-cast metal restorations. BruxZir is virtually chip proof, making it the ideal restoration for bruxers, implant restorations and areas with limited occlusal space.
BruxZir Solid Zirconia crowns & bridges are made from the highest quality zirconia powder from Japan. We chemically and physically reprocess the powder to further reduce the zirconia particle sizes. BruxZir milling blanks are then created through a unique patent-pending process. Unlike conventional high-pressure milling blank manufacture, our processing gives BruxZir improved light transmission, which provides a lower, more natural shade value. Designed and milled using CAD/CAM technology, BruxZir is sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir restoration emerges nearly chip proof and is glazed to a smooth surface.

**Indications**

BruxZir Solid Zirconia is indicated for crowns, bridges, implants, inlays and onlays. It is an esthetic alternative to PFM metal occlusal/lingual or full-cast restorations. The chip proof durability of BruxZir is ideal for bruxers who have broken natural teeth or previous PFM restorations. BruxZir is also ideal when the patient lacks the preparation space for a PFM.

Latest Events: Informative evening program on NobelProcera Custom Precision Milled Restorations.

Please join The Tooth Studio and Nobel Biocare for an informative evening program on NobelProcera Custom Precision Milled Restorations.
This lecture is presented by Trey Shadle, Senior NobelProcera Specialist with Nobel Biocare. It will cover both natural tooth born restorations as well as implant born restorations from the single tooth to ... | Read more >

Home - About - Blog - Events - Products - Services - Resources - Contact - Gallery - Twitter - Facebook

© 2011 Tooth Studio Dental Lab -7317 Huebner San Antonio, TX 78240 * Website Design by Aeron Creative

Using CAD/CAM Technology, the anatomical features, size and shape of the Cosmetilab Full Zirconia crown or Full Zirconia bridge are designed from the scan of a model or from a file obtained through a digital impression.

The restoration is then milled full contour with utmost precision, a perfect replica of the digital design - no understructure, no porcelain overlay, one single strong and translucent material.

Milled full contour, the restoration is cut from the blank and sintered, during which process it shrinks to the perfect fit. Once the desired shade is established, the crown is hand-stained with a metal free brush and glazed to an even surface.

The result: a biocompatible, esthetic and completely chip-resistant restoration; the affordable and esthetic alternative to full cast crowns!

## Full Zirconia Crown and Bridge Benefits

### Completely Chip-resistant

Milled solid, Full Zirconia is monolithic, which eliminates the need for porcelain overlay and makes it completely chip-resistant, even for those cases when excessively high tension is put upon the teeth (bruxers and grinders).

### Saves Tooth Structure

Because it requires minimum shoulder preparation, Full Zirconia avoids the irreversible removal of a considerable amount of tooth structure and is ideal for cases with restricted interocclusal space - a minimum of 0.5 mm is accepted.

### Perfect Marginal Fit

Full Zirconia is fabricated using Suntech design and milling technology, which guarantees a precise marginal fit, contributing to the reduction of chair time.

### Metal-free

Full Zirconia is metal-free and relieves the problem of dark margins around the gingival line, being the perfect alternative to full cast crowns.

### Proven Strength

Full Zirconia has a bending strength of 1200 (+/- 200) MPa. For more information, please see properties table below.

### Prevents Plaque

The glazed final restoration is proven to prevent plaque build-up and opposing dentition wear.

## Indications

- Posterior crowns & bridges (span of up to 13 mm)
- Ideal for bruxers and grinders

welcome people online orders restoration guide price list products useful links contact

Where the future of dentistry is taking shape today

Subscribe Unsubscribe
Mailing List

Online Orders
Order your products from M Gill Dental Supplies. Click here...

Chameleon Fortress Zi
Strong and aesthetic for demanding posterior applications. Read more...

Faces behind the name
Meet the team behind M Gill. Read more...

welcome
people
online orders
restoration guide
price list
implants
chameleon Zi crowns & bridges
chameleon Zi inlays & onlays
chameleon veneers
chameleon zirconia
prosthetics
laser camm
useful links
contact

Zi

## All-Zirconia Crowns & Bridges

### Eliminate unsightly metal occlusals.
### Strong and aesthetic.

The aesthetic alternative to metal inlays and fillings.

- Monolithic all zirconia inlays & onlays.
- Hard sintered up to 1100 MPa flexural strength.
- Virtually unbreakable, even with severe bruxers and grinders.
- Use your digital impression files or normal impressions.
- CAD/CAM milled for virtually perfect contacts, fit and easy seating.
- Normal bonding techniques.
- Five year guarantee.

## Strong and aesthetic for demanding posterior applications.

Every practice has severe bruxers and grinders that still want an aesthetic posterior restoration. Every dentist has run into the situation where there isn't enough occlusal preparation space for porcelain coverage.

Now there is a solution to both these dilemmas: **Chameleon Fortress©** Zi All-Zirconia crowns and bridges – exclusively made by **TEREC**.

- Unparalleled Flexural Strength.
- All-ceramic alternative designed specifically to meet posterior high load demands.
- Monolithic, solid medical grade Zirconia crowns, bridges or inlays without the porcelain overlay.
- Hard sintered flexural strength of up to 1100 MPa.
- Virtually unbreakable, excellent long-term durability for bruxers and grinders.

- Perfect for tight, minimal clearance situations.
- Traditional, conservative cast gold preparation.
- Occlusal reduction as little as 0.7 mm far less than standard PFM or layered Zirconia / Porcelain restorations.
- Feather edge margins can be employed (shoulder preparations not required).

- Created with latest advancements in digital technologies.
- Designed directly from your digital impression files – or normal impressions and models.
- CAD/CAM milled for virtually perfect contacts, fit and easy seating.
- Use conventional cementation. Look to TEREC for exceptionally strong and aesthetic Chameleon Fortress© Zi Crowns & Bridges.

Chameleon Fortress Zi | All-Zirconia Crowns & Bridges http://www.mgill.co.uk/crowns.htm

- High-Translucency for excellent aesthetics.
- Far more aesthetic than metal occlusion or full-cast crowns.
- Wide range of shades available.
- Glazed to a smooth, plaque resistant surface.
- Virtually unbreakable, excellent long-term durability for bruxers and grinders.

2 Bank Street, Brighouse, West Yorkshire HD6 1BD
Tel: 01484 715 766 Fax: 01484 710 192enquiries@mgill.co.uk

DAMAS

MGill

2 of 3 10/13/2012 3:46 PM

BOATRIGHT000068
**EXHIBIT 44**
-441-

San Antonio TX Cosmetic Dentist | Cosmetic Dentistry of San Antonio

The Dentist Who Cares!

- Home
- About Us
- Cosmetic Dentistry
- Invisalign
- Dental Implants
- Dentures
- Dental Veneers
- Blog
    - Cosmetic Dentistry
    - Invisalign
    - Dental Implants
    - Dentures
    - Dental Veneers
    - Dental Articles
- Contact

# Dental Crowns

**Dental crowns** help *protect damaged teeth* and *maintain their functionality*. Crowns, also called "caps" can be used in a number of ways. These include protecting a tooth that has been cracked or damaged by decay and sometimes replacing a preexisting crown. A dental crown covers a damaged or worn out tooth with a material that has been custom-designed, and is usually combined with dental implants and dental bridges. At **Cosmetic Dentistry of San Antonio**, we offer the latest technology in crowns that eliminates dark metal showing at the gum line.

### Interested in our San Antonio Restorative Dentistry services?

Schedule an appointmentwith Dr. Camacho online, or call us at: **210-493-9944**. Our office is located at: 16535 Huebner Rd., Suite 102 San Antonio, TX 78248.

## The Dental Crown placement procedure

Dr. Camacho prepares the tooth and makes a molded impression of your teeth to send to a **dental laboratory** where the crown will be made. During this visit, a personalized **temporary crown** is made to protect the tooth while the permanent **custom-made crown** is being completed in the dental laboratory. The crown is then custom shaded chairside in our office until you are completely happy with the appearance and then permanently bonded to the tooth. This a two visit procedure.

## What is my Crown made of?

There are many options available for crowns. Depending on where it will placed in the mouth will determine the material. Since we use the top labs, all of the latest technology is available to us and you are not limited to only a few choices. There are many different types of all **porcelain crowns** that are just as durable as metal crowns and eliminate the dark appearance at the gum line that eventually happens with traditional crowns with silver metal underneath the porcelain. All ceramic crowns provide a metal-free option that is more aesthetic with a number of benefits.

By eliminating the need for the accommodating metal core, an aesthetic **all-ceramic crown** can be created with a thinner material. This option makes them a treatment choice that is more popular in areas with a limited amount of space. Additionally, getting rid of the metal core allows for small transmission through the porcelain for better optical, life-like properties and a higher level of aesthetics which means a more natural looking smile for you!

With the latest technology, all ceramic crowns can even be placed on back teeth and in patients who grind their teeth. Traditionally, all ceramic crowns could not be placed on back teeth due to lack of durability.

At Cosmetic Dentistry of San Antonio we offer the latest in technology including a patented crown called a “Bruxer” crown (Bruxism is the habitual grinding of teeth, typically during sleep and a Bruxer is a person who does this). This is an all ceramic, natural looking crown that can be placed on back teeth. This eliminates the problem of porcelain chipping off and showing unsightly metal underneath that occurs with traditional metal core crowns.

**Call us at: 210-493-9944**

Print Email

Call to Schedule an Appointment:

210-493-9944

or

Submit an Online Request



AURUM CERAMIC / CLASSIC DENTAL LABORATORIES
Opalite®
All-Zirconia Crowns & Bridges
The aesthetic alternative to metal occlusion or full-cast crowns.
• Monolithic all-zirconia crowns & bridges.
• Occlusal reduction as little as 0.5 mm all that's required.
• Hard sintered for final 1100 MPa flexural strength.
• Virtually unbreakable, even with severe bruxers and grinders.
• Use your digital impression files or traditional impressions and models.
• CAD/CAM milled for virtually perfect contacts, fit and easy seating.
• Conventional cementation.
0.5 - 1.0 mm
1.5 mm - 2.0 mm buccal and lingual reduction
0.8 mm - 1.5 mm gingival margin reduction
Feather edge margins
Occlusal reduction of at least 0.5 mm from deepest occlusal pit
Angle of 7° or larger
Super Strong and Aesthetic
Primarily indicated for posterior restorative quadrant dentistry
(to a maximum of three units)
$199 per unit (including rapid in-lab turnaround and free shipping both ways)
CALGARY, AB 1-800-661-1169 EDMONTON, AB 1-800-661-2745 SASKATOON, SK 1-800-665-8815 VANCOUVER, BC 1-800-663-1721 OTTAWA, ON 1-800-267-7040
VICTORIA, BC 1-800-663-6364 KELOWNA, BC 1-800-667-4146 VERNON, BC 1-800-663-5413 TORONTO, ON 1-800-268-4294
© Aurum Ceramic Dental Laboratories Co. (2012). Aurum Ceramic Dental Laboratories Co. & Classic Dental Laboratories Ltd.
Reproduction of this work in whole or in part by any means whatsoever is strictly prohibited without the express written consent of Aurum Ceramic Dental Laboratories Co. All rights reserved.
AURUM CERAMIC / CLASSIC DENTAL LABORATORIES

BOATRIGHT000071
**EXHIBIT 44**
-444-

Opalite®
Super Strong and Aesthetic
Primarily indicated for posterior restorative quadrant dentistry (to a maximum of three units)
Every practice has severe bruxers and grinders that still want an aesthetic posterior restoration. Every dentist has run into the situation where there isn't enough occlusal preparation space for porcelain coverage. Now there is a solution to both these dilemmas: Opalite® All-Zirconia crowns and bridges - exclusively from Aurum Ceramic.
> Unparalleled Flexural Strength
• All-ceramic alternative designed specifically to meet posterior high load demands.
• Monolithic, solid medical grade Zirconia crown or bridge without the porcelain overlay.
• Hard sintered to reach a final flexural strength of 1100 MPa.
• Virtually unbreakable, excellent long-term durability for bruxers and grinders.
Designed and Manufactured in Canada.
> Created with the latest advancements in digital technologies
• Designed directly from your digital impression files – or traditional impressions and models.
• CAD/CAM milled for virtually perfect contacts, fit and easy seating.
• Use conventional cementation. Look to Aurum Ceramic for exceptionally strong and aesthetic Opalite® Crowns & Bridges.
> Perfect for tight, minimal clearance situations
• Traditional, conservative cast gold preparation.
• Occlusal reduction as little as 0.5 mm. Far less than standard PFM or layered Zirconia / Porcelain restorations.
• Feather edge margins can be employed (shoulder preparations not required).
> Translucent Zirconia for excellent aesthetics
• Far more aesthetic than metal occlusion or full-cast crowns.
• Wide range of shades available.
• Glazed to a smooth, plaque resistant surface.
• Virtually unbreakable, excellent long-term durability for bruxers and grinders.
Visit www.opalitesmile.com to find out more

# BRIDGES

4

## Opalite™ All-Zirconia Crowns & Bridges

### The esthetic alternative to metal occlusion or full-cast crowns

Every practice has severe bruxers and grinders that still want an esthetic posterior restoration. Every dentist has run into the situation where there isn't enough occlusal preparation space for porcelain coverage. Now there is a solution to both these dilemmas: Opalite All-Zirconia crowns and bridges – exclusively from Aurum Ceramic/ Classic.

An all-ceramic alternative designed specifically to meet posterior high load demands, Opalite is a monolithic, solid medical grade Zirconia crown or bridge without the porclain overlay. Hard sintered to reach a final flexural strength of 1100 MPa, Opalite restorations are virtually unbreakable, offering excellent long-term durability for bruxers and grinders.

### Perfect for Tight, Minimal Clearance Situations

A traditional, conservative cast gold preparation is all that's required. Best of all, you can have as little as 0.5 mm occlusal reduction (although 1.0 mm is ideal). This is far less than standard PFM or layered Zirconia/Porcelain restorations. Feather edge margins can be employed (shoulder preparations are not required). Opalite crowns and bridges can be designed directly from your digital impression files – or from normal impressions and models. Use conventional cementation.

### High-Translucency for Excellent Esthetics

Opalite is a far more esthetic alternative when compared to metal occlusion or full-cast crowns. Glazed to a smooth, plaque resistant surface, there is a wide range of shades available for a perfect match. Created with latest advancements in digital technologies, each restoration is CAD/CAM milled for virtually perfect contacts, fit and easy seating. Digitally equilibrated occlusion, contacts and beautifully consistent anatomy virtually eliminate the need for chair side adjustments.

### Features and Benefits

*Super Strong and Esthetic*

- Monolithic all-zirconia crowns & bridges.
- Occlusal reduction as little as 0.5 mm all that's required.
- Hard sintered for final 1100 MPa flexural strength.
- Virtually unbreakable, even with severe bruxers and grinders.
- Use your digital impression files – or normal impressions and models.
- CAD/CAM milled for virtually perfect contacts, fit and easy seating.
- Conventional cementation.

Dent

Dental .com

ANTERIOR EXPERT

Home | Our People | Products | Continuing Education | Shipping & Supplies | Rewards | Contact

Products

**Our Products**
The best solution for your patient!

**Our Ceramics**

- CompleteZ™ »
- Sheer Veneers »
- IPS e.max »
- Porcelain Fused to Metal »
- Capital Zi »
- Lava »
- Captek »
- IPS Empress »

Download the Rx Form

Our Removables

Our Partials

Our Implant-Supported Overdentures

Our Implants

Turnaround Times

# Solid Reasoning.

## *4 day in-lab turnaround!*

Z

GUARANTEED FOR **10** YEARS

Need a solid reason to try something NEW?

Prescribe BonaDent's CompleteZ for a stronger, more natural-looking alternative to metal occlusal PFMs or full-cast crowns.

Perfect for bruxers and grinders, these shear resistant, all-zirconia crowns are designed and milled using CAD/CAM technology for accuracy and predictability.

Take unstable alloy pricing out of the equation by prescribing CompleteZ from BonaDent.

CompleteZ full-contour Zirconia crowns and bridges are solid reasons to try something NEW.

**Product Description:**

- Biocompatible medical-grade Zirconia
- Designed and milled using CAD/CAM technology
- Finished to an ultra-smooth surface (reduces calcification and plaque build-up)

Preparation Guide:

- Modified tapered shoulder preparation
- 120" Chamfer prep
- Feather edge and bevels are not ideal

Indications & Limitations:

- Posterior crowns and short-span bridges
- Ideally suited for bruxers and grinders
- Esthetic alternative to full-cast crowns
- Not recommended for inlays, onlays, veneers or anterior restorations

Cementation Techniques:

- Conventional cementation

BonaDent is proud to guarantee our CompleteZ work to be free of defects due to materials or workmanship for a period of ten (10) years.

**Notes from your Technician:**

BonaDent

CAD/CAM Manager | Joe Nigro | (800) 732-6222

"CompleteZ restorations should always be adjusted using a fine grit diamond, water and air spray in order to keep the restorations cool and to avoid micro-fractures."

For the latest lab tips and techniques call (800)732-6222 and ask your Lead Technical Contact about CompleteZ today!

Z-Brux Crowns | Bruxzir | Solid Zirconia - Barth Dental Lab | http://www.barthlab.com/dental-lab-products/z-brux-crown/

Socialize With Us

Served the dental profession for fifty years
Call us Today: 855-654-3352 We are Available 24/7 a day

Home About Products Shipping Blog Contact Us

## Z Brux Crowns

Courtesy of Dentistry Today

Z-Brux is the natural option for posterior restorations. This solid Zirconia crown with no porcelain overlay provides strength and esthetics. Chip resistant quality makes Z-Brux ideal for bruxers. This material is indicated as an option for bruxers who have broken down natural teeth or for PFM metal occlusal or full-cast crowns. **No special crown prep is necessary.**

Dr Gordon Christensen comments on Solid Zirconia Bruxor Crowns.....In the March 2011 issue of Dental Economics, Christensen discusses the rise in popularity of all-zirconia tooth colored restorations. He states that *while this type of restoration is relatively new to the dental profession, its many benefits outweigh the risks.*

Barth Dental Laboratory continues to serve the dental community. As a full service provider, we have built our company by delivering quality restorations at affordable prices. We would welcome the opportunity to work with your office in delivering affordable quality. Contact us at 800.654.3352 or via email on our Contact Us page to order you laboratory starter kit.

## Our Products

more products

Join Us JOIN

Join Us JOIN

Subscribe SUBSCRIBE

1 of 2 10/13/2012 3:13 PM

BOATRIGHT000075
**EXHIBIT 44**
-448-

Z-Brux Crowns | Bruxzir | Solid Zirconia - Barth Dental Lab | http://www.barthlab.com/dental-lab-products/z-brux-crown/

### About Barth Dental Laboratory

Barth Dental Laboratory has proudly served the dental profession for fifty years. Spanning three generations of family ownership, the business has grown from a one man denture laboratory to a full service dental provider. The tradition of delivering quality products at affordable prices established by the company's founder Byron Barth still stands as the number one priority for the laboratory's current President, Tom George and his son Chris, VP of operations.

Read More

### Testimonials

We have been using Barth Dental Lab for 23 years. They are always willing to go above and beyond to make our patients happy, which keeps us happy! Customer service is wonderful and their the products are the best!

[illegible]

### Quick Contact

Barth Dental Laboratory
7518 East 39th Street
Indianapolis, IN 46226

Toll Free: 1-855-654-3352
Local Tel: 317-591-2600
Fax: 317-591-2611

info@barthlab.com

Home About Products Shipping Blog Contact Us

© 2012 - Barth Dental Laboratory. All rights reserved.
Web Design, SEO © Web Development by Halogen Designs

Socialize With Us

2 of 2 10/13/2012 3:13 PM

BOATRIGHT000076
**EXHIBIT 44**
-449-

SHOWCASE
Dental Laboratories

EMAIL

PHONE: 888.625.5757

Know us by our Smiles!

HOME PRODUCTS FORMS / SALES NEWS CAREER CONTACT

# News.......

## Going Green

Showcase Dental Lab is going green. Each case is wrapped is a plastic bag for safety, convenience and cleanliness. Typically, a plastic bag is used when the Dr. sends SHOWCASE an impression. Another plastic bag is used when the completed case is returned to the Dr's office. This makes many plastic bags going into the land fill.

Showcase Dental Lab is now using plastic bags with a green stripe on them whenever possible. These new plastic bags are bio-degradable. We care about our work and we care about the eco-system. Please contact us for further information.

## Showcase Dental product name change

Glidewell Industries has asked Showcase Dental Lab to no longer use the name Zir-Bruxer, they feel this is too close to the their trademark name of BruxZir. We do not agree with their claim but we do believe in keeping the dental laboratory business a respectful business.

Showcase Dental Lab strives to have the best quality, and the best customer service possible. Changing the name of a product will be best to keep Showcase Dental Lab concentrating on what is most important, our customers and their patients, our quality and our customer service.

"The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks and copyrighted images on your website has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of a Zir-Bruxer Crown is using a similar mark where there is an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered, which in this instance is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks and copyrighted images in your promotions and elsewhere. Should you not terminate use of the mark and copyrighted images, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA 92660"

**We have hereby changed the name of our product to reflect the shape and product make-up: "Full Contour Zirconia"**

22286 Vick Street, Port Charlotte, FL 33980 * 888.625.5757 * email

Copyright© 2008-2012 by Showcase Dental Laboratory, Inc. All rights reserved. * site by CeJay Associates, LLC

SHOWCASE
Dental Laboratories

EMAIL
PHONE: **888.625.5757**

Know us by our Smiles!

HOME PRODUCTS FORMS / SALES NEWS CAREER CONTACT

## Products

- All Ceramic
- Zirconia
- PFM
- Partials
- Dentures
- Implants

### PFZ - Porcelain Fused Zirconia

Supreme accuracy in fitting in crowns and bridges – PFZ allows you to achieve an extraordinarily high degree of precision and accuracy in fitting.

Crown and bridge frameworks with a minimum wall thickness (0.4 mm) and interdental linkage (9 mm2) – as with high-strength dental alloys in the area of precious metals.

### FCZ - Full Contour Zirconia

Full Contour Zirconia crowns are solid zirconia with no porcelain overlay. Your patients will be happy with a tooth shaded crown instead of metal occlusal PFM and full-cast gold dental restorations. Virtually chip-proof, FCZ solid zirconia crowns and bridges are the ideal dental restoration for your bruxing and grinding patients.

### Zirconia Restored Implant

Please call for more information - **888.625.5757**

22286 Vick Street, Port Charlotte, FL 33980 * 888.625.5757 * email
Copyright© 2008-2012 by Showcase Dental Laboratory, Inc. All rights reserved. * site by CeJay Associates, LLC

Bruxism | LIVESTRONG.COM http://www.livestrong.com/article/4984-need-bruxism/

Editions: MAN | WOMAN Official partner of the Lance Armstrong Foundation Login or Register

FOOD FITNESS HEALTH WEIGHT LOSS LIFESTYLE TRACK CALORIES COMMUNITY BLOGS Search

WHAT'S HOT: Outdoor 101 | Allergy Center | Cold & Flu Center | One Great Answer | Must See Videos Sign up for our Newsletter!

Home / Health / Oral Health / Teeth Grinding / 5 Things You Need To Know About Bruxism

# 5 THINGS YOU NEED TO KNOW ABOUT BRUXISM

Nov 18, 2009 | By christina paulsen

Like 1 Send 0 Tweet 0

### 1. UNCONSCIOUS TEETH GRINDING

Bruxism is the medical term for grinding, clenching or gnashing your teeth. This occurs when the person is awake and clenches their teeth tightly together as an unconscious movement in response to stress, tension, nervousness or anxiousness. When tooth clenching, grinding or gnashing occurs when the person is asleep, doctors call it sleep bruxism. Many people with sleep bruxism are unaware of their actions until complications develop.

Get Your Website For Free Google Gives You Free Domain and Website. Bring Your Business Online GYBO.com/Calif
Sponsored Links

Stop Snoring
Satisfaction Guaranteed!
FDA Cleared
VitalSleep
Stop Snoring Mouthpiece
BUY NOW
advertisement

### 2. DAMANGED TEETH ARE SIGNS OF BRUXISM

There are several signs and symptoms that indicate bruxism. Some sleep bruxers grind or clench their teeth so loudly that the sounds wake up others sleeping nearby. Often, some of the signs of this unintentional habit are the damage done to the teeth including damage to the enamel of the tooth exposing the dentin, damage to the inside of the cheek and teeth that are flattened, chipped or worn down. Other indications include jaw pain and tightness, headaches, earaches, and chronic facial pain. Many bruxers also experience extreme tooth sensitivity, indentations on their tongue, TMJ or jaw dislocation.

### 3. WHO ARE THE BRUXERS?

Bruxism affects both children and adults. Doctors are not certain of the cause of bruxism, but many believe that some adult daytime bruxers may have misaligned teeth. Many other adult bruxers share the common personality type of being competitive, aggressive and hyperactive. Others often have feelings of stress, tension, anxiety or feelings of suppressed frustration or anger. Professionals believe that certain cases of bruxism in children results from the development and growth of the teeth and jaw. Other causes of bruxism in children are feedings of anger or tension, a unconscious response to teething or earache pain.

### 4. BRUXISM CAN BE COMPLICATED

Most cases of bruxism are not severe enough for serious complications to develop. In those cases that are severe, possible complications include chronic tension headaches, facial pain and earaches. Another possible complication involves temporomandibular disorders. Known as TMJ, this condition causes pain in the joints in front of the ears when your mouth opens and closes. Some bruxers cause severe damage to their teeth and jaw including any crowns or tooth restorations they have in their mouths.

### 5. TREAT BRUXISM IF SEVERE

Typically, bruxism does not require any treatment. Most children outgrow the habit and many adults experience a mild form of bruxism. For those bruxers that require treatment, it is necessary to determine the cause. There are several possible treatments for bruxism. For cases of bruxism caused by stress, the bruxer may seek professional counseling or use stress reduction techniques including meditation or exercise. Bruxers that have a dental problem may need a mouth guard or mouth splint to protect their teeth. For teeth that are misaligned or badly worn from bruxism, a dentist may realign the teeth or do corrective or reconstructive surgery if needed. Behavior therapy, including biofeedback, often works to change bad habits causing bruxism. Many bruxers can change their bad habits on their own and correct problems such as bad jaw and mouth position. There are not any medications specifically for bruxism but muscle relaxants often provide relief.

Bard IVC Filter Lawsuit ICV Fractures cause injury/death. Ongiong lawsuits for compensation. lopezmchugh.com/IVC-fil

CAP offers California superior physicians remarkably low rates through MPT. Learn More cap-physicians.com

RELATED SEARCHES:

Teeth Grinding Guard

TMJ Jaw Pain

Jaw Surgery

TMJ Teeth

Cosmetic Teeth Surgery

People Are Reading Related Topics

Bruxism in Children

What Are the Treatments for Bruxism

Bruxism Exercise

Childhood Bruxism During the Day

About Bruxism

1 of 3 10/13/2012 3:06 PM

BOATRIGHT000079
EXHIBIT 44
-452-

Case Study: Replacing an RPD on a Bruxer | The Curious Dentist http://thecuriousdentist.com/case-study-replacing-an-rpd-on-a-bruxer/

Search

# Case Study: Replacing an RPD on a Bruxer

Posted on 18 Dec 2010 by Chris under Clinical Dentistry

- Tweet 1
- Like 2
- Email Share

A patient presents to my office for a new maxillary removable partial denture. He's had the old one for decades and he feels that the cosmetics could be improved.

Here's what the old RPD looks like:

Old RPD

You can learn a lot from an old crown, CD, or RPD. The hygiene and wear around the prosthesis to be replaced is like a crystal ball for the work you're about to do. Let's take a closer look:

Wear Facets in Old RPD

Hmm... those are some serious wear facets in the acrylic. Let's look at the mounted study models:

Mounted Study Models

CHRIS
SALIERNO
about

Chris Salierno, DDS, is a nationally-recognized author and lecturer. His audiences include dentists, dental students, office managers, and hygienists. His areas of expertise include practice management, leadership development, implant prostheses, occlusion, and cosmetic dentistry.

### Popular Posts

Implant Occlusion Part 1: How is an Implant Different From a Tooth?
3 Common Misconceptions about Centric Relation
A Flipper Shouldn't Be Your First Choice: Alternative Implant Provisional Restorations

### Follow Me

1 of 4 10/13/2012 3:49 PM

BOATRIGHT000080
**EXHIBIT 44**
-453-

Case Study: Replacing an RPD on a Bruxer | The Curious Dentist http://thecuriousdentist.com/case-study-replacing-an-rpd-on-a-bruxer/

Uh oh. It looks like we have limited occlusal clearance for our new RPD. What happened? Let's look at the lower model more closely:

Lower Mounted Study Model

You can appreciate the significant reverse curve of the plane of occlusion caused by the supra-eruption of the mandibular anterior teeth. My guess is that he's a bruxer. Since acrylic is softer than teeth, the acrylic loses the bruxism battle. When the acrylic is worn away, the lower teeth have nothing to oppose so they erupt. Then they touch the acrylic again and wear that down further. This cycle repeats over and over again, slowly but surely. After many years, we see the changes to the plane of occlusion and the wear facets in the maxillary RPD that fit perfectly into the mandibular anterior teeth.

So what do we do about it?

It would be a HUGE MISTAKE to open the bite. His vertical dimension of occlusion probably has not changed significantly because the posterior teeth are still fairly unworn. Only the mandibular anterior teeth have changed. Opening the VDO would only cause pain to the TMJ, difficulty during eating and speech, and destruction of the crowns used to open the VDO.

There are two possible solutions. Ideally, we would put his mandibular teeth back into the correct plane of occlusion. This would restore the appropriate interocclusal dimension and normalize his bite. Either orthodontic intrusion or an occlusal adjustment could accomplish this.

The other solution is to keep the mandibular anterior teeth the way they are and try to compensate for the problem with a unique design for the upper RPD. This is what the patient chose due to limited finances.

I created occlusal stops for the upper RPD in metal rather than acrylic.

New Metal Framework

New Metal Framework Up Close

2 of 4 10/13/2012 3:49 PM

BOATRIGHT000081
**EXHIBIT 44**
-454-

Case Study: Replacing an RPD on a Bruxer | The Curious Dentist http://thecuriousdentist.com/case-study-replacing-an-rpd-on-a-bruxer/

Now the mandibular anterior teeth will lose the bruxism battle. Over many years, they will still supra-erupt as they are worn down. However I won't have an angry patient who has fractured his relatively new RPD.

I would have preferred to see this patient have his plane of occlusion corrected and implants placed in the maxillary anterior. That treatment plan was presented to him and he understood the pros and cons of his options. But financial limitations are very common these days. The important thing is that the patient made an informed decision and accepts the limitations of the compromise.

An understanding of why his occlusion has changed allowed me to give him an accurate forecast for how our compromised treatment plan will pan out.

No related posts.

← Setting Up Your Referral Pattern: 3 Tips for Specialists

A Flipper Shouldn't Be Your First Choice: Alternative Implant Provisional Restorations →

## 4 Comments

**David Clark** *says:*
February 27, 2011 at 12:07 am

If you mounted this case in SCP or CR by first stabilizing the joints-you would find a posterior interference- and he would have gone more class 2 with a stable mount versus a CO mount. Also with orthodontic intrusion-I would have put the form back on the lower anterior teeth prior to the intrusion to have a better bracket position on those teeth. Lower anteriors are the most proprioceptive teeth we have and it is common for them to passively erupt to find contact. Just my thoughts.

**Chris** *says:*
February 28, 2011 at 1:56 pm

Excellent points! This is one of those cases that could be discussed in a study club for hours. It tests dentists' opinions about treatment planning from several fronts, particularly occlusion.
If the patient did not have limited finances and was willing to be more comprehensively treated, I agree that the first step would have been study models mounted in CR to evaluate the plane of occlusion and functional movements (and their interferences).
So you believe that this patient was naturally more Class II but has posterior interferences that cause forward displacement of the mandible? Interesting, and certainly quite possible. If that's the case I would be concerned about removing those interferences and leaving the patient with increased overjet when CO = CR. If he was signing up for a more complete rehabilitation, I would definitely want to remove the interferences!
As for the ortho, I agree that building them up in composite would help the location of the brackets and help decide how much to intrude. The only tricky part would be designing a maxillary flipper to temporarily replace # 7-10 while we wait for the intrusion to be completed. Once those mandibular incisors are lengthened (but before they can be intruded) there will be even less interocclusal space for a maxillary prosthesis.
I wish this patient had the means for full rehabilitation; it would have made for a fascinating case.

**Chase** *says:*
October 4, 2012 at 11:51 pm

As an unfortunate patient of a Pankey dentist I am quick to surmise talks of CR and removing so called posterior inteferences as one size fits all dentistry based on the wrong pankey philosophy that all patients need be "equlibrated" after the low to upper jaw has been pernamently changed by manually manipulating the lower jaw into unnatural position.

Congratulations on giving your patient great options of care to

3 of 4 10/13/2012 3:49 PM

BOATRIGHT000082
**EXHIBIT 44**
-455-