Dental Lab Home    Events    Lab Products    About    Resources    Contact Us





ALL-CERAMIC

KDZ® ZIRCONIA
- **KDZ® Bruxer**
- KDZ® Ultra
- KDZ® Max

PFM | CAST GOLD

COSMETIC

REMOVABLES

IMPLANTS

## KDZ Family

### 5-Day Turnaround

KDZ means versatility. Precise, beautiful, and metal-free. No matter the case, there's a KDZ product that's just right for the job. You get strength, high esthetics, and great value every time. It's a no-compromise blend of technology and artistry that's sure to leave you and your patients extremely satisfied.

* Cannot be combined with any other offer.

### KDZ BRUXER



Zirconia evolved. The research and development team at Keating Dental Arts is proud to introduce the newest member to the KDZ family, the KDZ Bruxer. Precision-milled from medical grade zirconia and hand-finished by an expert ceramist, it's the most esthetic full-contour zirconia restoration on the market today. Perfect for posterior crowns and bridges, you won't find a better looking, stronger alternative to full-cast gold anywhere but Keating Dental Arts.

### KDZ ULTRA



Only the best. When a case demands the finest craftsmanship and highest esthetics, look no further than KDZ Ultra. Hand-layered Noritake CZR porcelain gives you radiant, natural beauty and it's CAD/CAM milled KDZ substructure means that fit is precise and predictable. KDZ Ultra is a no-holds-barred, best-of-the-best restoration that will help you achieve the "wow factor" your patients crave.

### KDZ MAX



Perfect harmony. We've combined two outstanding products with impressive results. IPS e.max ZirPress pressed to a precise CAD/CAM milled KDZ substructure gives you strength and versatility that come together to fit, function, and look beautiful anywhere.

**We Appreciate Your Business**
Everyone at Keating Dental Arts wishes to extend a sincere thanks to our customers for their continued patronage and welcome new dentists.

**Address:**
Keating Dental Arts
16881 Hale Ave.
Irvine, CA 92606

**Main Phone:**
1.800.433.9833
Schedule A Pick-Up
Request Free Shipping Supplies
Get Keating Lab Rx Form Online



Δ π EXHIBIT 514
Deponent Branden
Date 10/16/12  Rpt RW
WWW.DEPOBOOK.COM

http://www.keatingdentalarts.com/products/bruxer.php            8/7/2012

EXHIBIT 46
-457-