

**EXHIBIT 47**
-458-



**EXHIBIT 47**
-459-