

## KDZ Bruxer Fact Sheet

| | |
|---|---|
| Cost: | $139.00 per unit |
| Production time: | 5 days in lab |
| Material: | Medical grade monolithic zirconia puck, w/ 1250 MPa flexural Strength. |
| Produced: | Our KDZ Bruxer crowns are designed by a dedicated team of highly trained dental technicians; on a CAD/CAM system. Rather than computer programmers, and are precision milled to have full contour. |
| Shade: | A pre stain is added to the entire crown, based on the shade indicated by the doctor on the RX (We do not recommend compound characterization as it is still difficult to achieve). The crown is then place in the oven to be sintered. |
| | Once sintered, an experienced ceramist performs the finial shading by applying a series of stains; it is then glazed and fired to achieve the finale shade. |
| Indications: | Designed for posterior crowns & bridges up to 3 units. Perfect for patients who grind or lack preparation space for porcelain. Or for patients who have fractured porcelain. The KDZ Bruxer is ideal for replacing crowns with traditional metal occlusal designs or full gold restorations. |
| Preparation: | Similar to full-cast gold. Ideal occlusal reduction 1.5mm, with a minimum of 1.0mm. No shoulder preparation is needed. Light chamfer margin with 0.4mm reduction. |
| Cementation: | Resin-reinforced glass ionomer (RelyX Luting Cement, 3M ESPE) Resin cements for short or over-tapered preparations (RelyX Unicem, 3M ESPE, Panavia F2.0, Kuraray) Anchor & Surpass, Apex Dental Materials |
| Adjustments: | Use KDZ Bruxer Kit ($60.00 each) Use water to keep restoration cool. Polish excessively, using more pressure than your would for porcelain. |

Note: A KDZ Bruxer request can be received and produced using a Cerec Connect file. However, we would need to order a model, which would add an additional $29.00 per case.

5/10/2012

16881 Hale Ave • Irvine • CA • 92606 • 800-433-9833 • www.keatingdent     KDA-00843



**EXHIBIT 48**
-460-