KDA-000857

# KDZ by Keating Dental Arts

## A New Generation of Zirconia Solutions

## Welcome to KDZ 2.0
**Shaun Keating, CDT**



When we redesigned what zirconia could do for dental technology, we relied on our experience; over 1,000 combined years and more than 1 million restorations. In rebuilding KDZ from the ground up, we developed a family of products that are versatile, beautiful, and that make your life easier. We're all proud of Keating Dental Zirconia and I'm pleased to put my name on it. Welcome to the future of zirconia.

## The KDZ Bruxer In Real Life
### What Bruxer Users Have To Say

"This crown has it all. I didn't think solid zirconia could look this good. Unbeatable strength and a precision fit that rarely needs adjustment thanks to CAD/CAM design."

**Dr. Rick Crossland, Clearwater, FL**

"Best looking solid zirconia crown out there. The KDZ Bruxer is not just better than gold, these are better looking than some crowns I've received from other labs."

**Dr. Roy Davis, Nantucket, MA**

"It's easy, versatile, and my patients love the way it looks. It's perfect for patients with heavy occlusion or those that have broken porcelain."

**Dr. Charles Parrish, Llano, TX**

**COME SEE US AT AGD San Diego!**   **JULY 28-30, 2011   BOOTH #526**



CALL OR CLICK TODAY

## Meet The Family

The full line of Keating Dental Zirconia products are fabricated using FDA approved medical-grade zirconia, and offers something for everyone. Whether you require strength, versatility, or esthetics, there's a KDZ restoration that's right for the job. This is one family that's sure to become a dynasty.

### KDZ Bruxer



Precision-milled from medical grade zirconia and hand finished by an expert ceramist, the all-new KDZ Bruxer is astounding. Remarkably esthetic and robust, it's perfect for posterior single units and bridges.

### KDZ Max



Two great products combined in perfect harmony. IPS e.max ZirPress pressed to a precice KDZ substructure gives you strength & versatility that come together to fit, function, and look beautiful anywhere.

### KDZ Ultra



In cases that demand only the highest esthetics and exceptional craftsmanship, KDZ Ultra is the answer. Hand-layered Noritake ceramic on a KDZ substructure gives you a precise fit and uncompromising good looks every time.

855-532-9013

Δ π EXHIBIT 520
Deponent Brandon
Date 10/16/12  Rptr PW
WWW.DEPOBOOK.COM

EXHIBIT 49
-461-