Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF RUSTIN K. MANGUM IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Location: Courtroom 9D<br><br>Honorable David O. Carter |

I, Rustin K. Mangum, hereby declare as follows:

I am an associate in the law firm of Knobbe, Martens, Olson & Bear, LLP which represents Keating Dental Arts ("Keating") in this matter. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently to them.

A. **Deposition Transcripts Containing Non-Public Testimony**

1. Attached as **Exhibit 50** is a true and correct copy of the deposition transcript of James Shuck, Vice President of Sales and Marketing at Glidewell Laboratories ("Glidewell") providing testimony on behalf of Glidewell as a designated Fed. R. Civ. P. 30(b)(6) designee ("Shuck Deposition"). *This transcript contains information that Glidewell has designated as Attorney's Eyes Only.*

2. Attached as **Exhibit 51** is a true and correct copy of the deposition transcript of Robin Carden, Vice President of Research & Development, providing testimony as a fact witness ("Carden Deposition"). *This transcript contains information that Glidewell has designated as Attorney's Eyes Only.*

3. Attached as **Exhibit 52** is a true and correct copy of the deposition transcript of Wolfgang Friebauer, Director of Research & Development at Glidewell, providing testimony as a fact witness ("Friebauer Deposition"). *This transcript contains information Glidewell has designated as Attorney's Eyes Only.*

4. Attached as **Exhibit 53** is a true and correct copy of the deposition transcript of Robert Brandon, General Manager at Keating, providing testimony as a fact witness. *This transcript contains information that Keating has designated as Attorney's Eyes Only.*

5. Attached as **Exhibit 54** is a true and correct copy of excerpts of the deposition transcript of Shaun Keating, President and Chief Executive Officer at Keating, providing testimony as a fact witness. *This transcript contains*

*information that Keating has designated as Attorney's Eyes Only.*

**B.     Business Documents Containing Non-Public Information**

6.     Attached as **Exhibit 55** is a true and correct copy of Deposition Exhibit 508 as marked during the Brandon Deposition. *This document contains information that Keating has designated as Attorney's Eyes Only.*

7.     **Exhibit 56** is a true and correct copy of the native Excel file from which Deposition Exhibit 508 was created. The native file (Exhibit 56) is being lodged with the Court concurrently with this declaration. (*See* Notice of Lodging.) *This native file contains information that Keating has designated as Attorney's Eyes Only.*

8.     Attached as **Exhibit 57** is a true and correct copy of Deposition Exhibit 509 as marked during the Brandon Deposition. *This document contains information that Keating has designated as Attorney's Eyes Only.*

9.     **Exhibit 58** is a true and correct copy of the native Excel file from which Deposition Exhibit 509 was created. The native file (Exhibit 58) is being lodged with the Court concurrently with this declaration. (*See* Notice of Lodging.) *This document contains information that Keating has designated as Attorney's Eyes Only.*

10.    Attached as **Exhibit 59** is a true and correct copy of Exhibit 510 as marked during the Brandon Deposition. *This document contains information that Keating has designated as Attorney's Eyes Only.*

11.    Attached as **Exhibit 60** is a true and correct copy of Exhibit 511 as marked during the Brandon Deposition. *This document contains information that Keating has designated as Attorney's Eyes Only.*

12.    Attached as **Exhibit 61** is a true and correct copy of documents produced by Keating in this litigation bearing production numbers KDA-001928 through KDA-002031. Exhibit 61 is an assemblage of prescription order forms and corresponding internal laboratory processing forms from which Exhibit 60

was created as a subset. ***This document contains information that Keating has designated as Attorney's Eyes Only.***

13. Attached as **Exhibit 62** is a true and correct copy of Exhibit 512 as marked during the Brandon Deposition. ***This document contains information that Keating has designated as Attorney's Eyes Only.***

14. Attached as **Exhibit 63** is a true and correct copy of Deposition Exhibit 513 as marked during the Brandon Deposition. This document was produced in this case as a native Excel spread sheet bearing production number KDA-003526. ***This document contains information that Keating has designated as Attorney's Eyes Only.***

15. **Exhibit 64** is a true and correct copy of the native file corresponding to Deposition Exhibit 513. The native file (Exhibit 64) is being lodged with the Court concurrently with this declaration. ***This native file contains information that Keating has designated as Attorney's Eyes Only.***

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 19, 2012, in Irvine, California.

_____
Rustin K. Mangum