# EXHIBITS 50-64

## ATTORNEYS' EYES ONLY

## FILED UNDER SEAL PURSUANT TO THE JANUARY 30, 2012 STIPULATED CONFIDENTIALITY ORDER