Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, | Civil Action No. SACV11-01309-DOC(ANx) |
| Plaintiff, | **DECLARATION OF DR. DAVID W. EGGLESTON IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** |
| v. | |
| KEATING DENTAL ARTS, INC. | |
| Defendant. | Date: December 17, 2012 Time: 8:30 a.m. Location: Courtroom 9D |
| AND RELATED COUNTERCLAIMS. | Honorable David O. Carter |

I, Dr. David W. Eggleston, hereby declare as follows:

I am a prosthodontist with more than 42 years of experience in the dental industry.  I currently maintain a practice in Newport Beach, California.  I have personal knowledge of the matters set forth herein.  If called upon to testify, I could and would testify as follows:

1.    I have been retained by Keating Dental Arts to provide expert testimony relevant to this case.  In this regard:

- attached as **Exhibit 65** is a true and correct copy of the Expert Report that I submitted on September 15, 2012;

- attached as **Exhibit 66** is a true and correct copy of the First Supplemental Expert Report that I submitted October 15, 2012; and

- attached as **Exhibit 67** is a true and correct copy of the Rebuttal Expert Report that I submitted on October 15, 2012.

## I. <u>STATEMENT OF QUALIFICATIONS</u>

2.    I graduated from the University of Southern California (USC) School of Dentistry in 1970 receiving the Daniel Cave Memorial Award and the Lewis E. Ford Memorial Award for achievements in prosthodontics. Additionally, I was elected to the ATE and OKU honorary dental fraternities.

3.    After graduation, I continued at the USC School of Dentistry with a residency in the specialty of prosthodontics, and received my Prosthodontics Certification in 1972 and the American Board of Prosthodontics Certification in 1975. After completing my residency at USC, I practiced prosthodontics at Bolling Air Force Base in Washington, D.C., achieving the rank of Major.

4.    Currently, I am on the faculty at the Ostrow School of Dentistry of USC as a Clinical Associate Professor and I serve as a member of the Board of Councilors. I lecture extensively throughout the United States and have given dental courses in Canada, Mexico, Europe, the South Pacific and the Middle East.

5.     I am active in many dental organizations and have served in the following capacities: President of the American Board of Prosthodontics, President of the American College of Prosthodontists, President of the Academy of Prosthodontics, President of the Pacific Coast Society for Prosthodontics, President of the ACP Education Foundation, and President of the ACP California Section; Associate Editor of the Journal of Prosthodontics; Chair of the ACP Prosthetic Dental Care Programs; Chair of the ACP National Peer Review Committee; Consultant for the ADA Council on Scientific Affairs; Chair of the California Dental Association Council on Dental Research; Chair of the USC Dentistry Associates Board of Directors; Executive Councilor and Chair of the Program Committee for the Academy of Fixed Prosthodontics; Delegate to the Federation of Prosthodontic Organizations; Member of the Hoag Hospital 552 Board of Directors; Member of the USC Orange County Planning Council. For the Orange County Dental Society, I have served as Secretary, Senior Delegate, Chair of the Continuing Education Programs Committee, and five years on the Board of Directors.   I received the Hoag Hospital Vin Jorgensen Award, the American College of Prosthodontists Distinguished Service Award, and the American College of Prosthodontists Dan Gordon Memorial Award.

6.     I maintain fellowships in the International College of Prosthodontists, the American College of Prosthodontists, the Academy of Prosthodontics, the Pacific Coast Society for Prosthodontics, the Pierre Fauchard Academy, the Academy of Dentistry International, the International College of Dentists, and the American College of Dentists.

7.     I have published numerous articles in the dental literature and my research at the L.A. Coroner's Office on the correlation of mercury in brain tissue with dental amalgam received a reference citation by the World Health Organization.

-2-

8.     Additional information on my professional background is provided in my opening expert report.

## II.  GENERAL BACKGROUND ON DENTISTS, DENTAL LABS, AND DENTAL RESTORATIONS

9.     Crowns and bridges are dental restorations used by dentists to treat patients with damaged or missing teeth.  Dentists order crowns from dental laboratories that manufacture the crowns based on specifications provided by the dentist.  Crowns and other dental restorations are regulated medical products, and dentists order them from dental laboratories by submitting a prescription form signed by the dentist.  Finished crowns are not commodities; they are personalized to the patient with custom-shaping and coloring to fit the needs of a particular tooth for a particular patient.

10.    Dentists cannot practice dentistry in the U.S. unless they have a degree from an accredited dental school and are licensed by the state in which they practice.

11.    As a dentist, I am responsible for assessing whether my patients are in need of a crown.  I am also responsible for assessing the type of crown that would be best for the patient, and for creating specifications for the crown personalized to the patient.  I am further responsible for either making the crown in my own dental laboratory or for placing an order with another dental laboratory to have the personalized crown made.  I am further responsible for ensuring that the crown made for the patient is correct and high quality.  I am also responsible for the proper affixing of the crown in the mouth of the patient.

12.    I strive to provide excellent patient care, and I am very careful in choosing the dental professionals with whom I work.  This includes other dentists who work in my practice, dental assistants who assist with my patients, and dental laboratories from whom I order dental restorations.

13.    It is very easy for me to send prescriptions for dental restorations to

1    different dental laboratories.  Dental laboratories advertise their services and
2    provide their contact information to make it easy for dentists like me to use their
3    services.

4      14. Early in my career dental labs primarily manufactured crowns
5    made entirely or partially of porcelain, a material that gives a "tooth like"
6    appearance.  Back then, and now, dental laboratories also made crowns out of
7    the metal gold.  From a functional standpoint, gold is superior to porcelain in
8    that it is more durable and capable of withstanding the stresses associated with
9    chewing and teeth grinding.  From an aesthetics standpoint, gold is inferior to
10   porcelain because it does not look like a tooth.

11     15. Dental laboratories have long sought new materials, or layered
12   combinations of materials, to create stronger crowns that appear tooth-like.  A
13   popular example developed years ago is porcelain-fused-to-metal crowns,
14   commonly known as "PFM crowns," which include a top porcelain layer atop a
15   lower metal layer.  The top layer of a PFM crown is visible in the mouth, so
16   porcelain is used for its nice aesthetics.  The bottom layer of a PFM crown is
17   mostly or entirely invisible in the mouth, so metal is used for is greater strength.

18     16. A particularly challenging group of patients for me and other
19   dentists are patients who subconsciously grind their teeth.  The subconscious
20   grinding of teeth is known in the dental community as "bruxing," and patients
21   suffering from this condition are known as "bruxers."

22     17. Bruxers are notorious for breaking traditional crowns due to the
23   excessive forces they place on their teeth.  In the past, I and other dentists often
24   treated our bruxer patients using gold crowns, the strongest crowns available.
25   Dentists sometimes place more common crowns in their bruxer patients, such as
26   a PFM crown, but end up replacing the first crown with a gold crown after the
27   bruxer breaks the first crown.

28     18. Zirconia is a very strong dental material that dental labs began

-4-

using as a substitute for metal as a base layer in dental restorations. More recently, all-zirconia crowns have been developed, such as the all-zirconia crowns offered by Glidewell and Keating.

### III.  MY REVIEW OF SCHOLARLY ARTICLES RELATING TO BRUXING, BRUXISM, AND BRUXERS

19.    It is a regular part of my practice as a dentist and prosthodontist to review scholarly articles in areas of dentistry relevant to my practice to further my education and understanding of developments in the dental field.

20.    I have also reviewed additional articles relevant to this case that further substantiate my conclusions on the use of the term "bruxer."

21.    Attached as **Exhibit 68** is a true and correct copy of the scholarly article titled, "Comparison of Pain and Quality of Life in Bruxers and Patients with Myofascial Pain of the Masticatory Muscles" by T.T. Dao, D.M.D., M.S., et al., which was published in Volume 8 Number 4 of *The Journal of Orofacial Pain* in 1994. Bates numbers KDA-002048 through KDA-002062 have been added during the course of this litigation for identification purposes and highlighting of the word "bruxer" has been added for ease in referencing the relevant parts of the article.

22.    Attached as **Exhibit 69** is a true and correct copy of the scholarly article titled, "Effect of Working Side Interferences on Mandibular Movement in Bruxers and Non-bruxers" by Y.Y. Shiau & J.Z. Syu, which was published in Volume 22 of 1995 edition of *The Journal of Oral Rehabilitation.* Bates numbers KDA-002152 through KDA-002160 have been added during the course of this litigation for identification purposes and highlighting of the word "bruxer" has been added for ease in referencing the relevant parts of the article.

23.    Attached as **Exhibit 70** is a true and correct copy of the scholarly article titled, "The Prevalence of Some Joint Disorders in Craniomandibular Disorder (CMD) and Bruxers as Compared to CMD Nonbruxer Patients and

Controls" by Omar Franklin Molina, D.D.S., M.S., et al., which was published in the January 1999 edition of *The Journal of Craniomandibular Practice.* Bates numbers KDA-002120 through KDA-002134 have been added during the course of this litigation for identification purposes and highlighting of the word "bruxer" has been added for ease in referencing the relevant parts of the article.

24.     Attached as **Exhibit 71** is a true and correct copy of the scholarly article titled, "A Clinical Study of Specific Signs and Symptoms of CMD in Bruxers Classified by the Degree of Severity" by Omar Franklin Molina, D.D.S., M.S., et al., which was published in the October 1999 edition of *The Journal of Craniomandibular Practice.* Bates numbers KDA-002106 through KDA-002119 have been added during the course of this litigation for identification purposes and highlighting of the word "bruxer" has been added for ease in referencing the relevant parts of the article.

25.     Attached as **Exhibit 72** is a true and correct copy of the scholarly article titled, "A Controlled Daytime Challenge of Motor Performance and Vigilance in Sleep Bruxers" by M. Major, et al., which was published in the November 1999 edition of *The Journal of Dental Research.* Bates numbers KDA-002087 through KDA-002097 have been added during the course of this litigation for identification purposes and highlighting of the word "bruxer" has been added for ease in referencing the relevant parts of the article.

26.     Attached as **Exhibit 73** is a true and correct copy of the scholarly article titled, "Profile of TMD and Bruxer Compared to TMD and Nonbruxer Patients Regarding Chief Complaint, Previous Consultations, Modes of Therapy, and Chronicity" by Omar Franklin Molina, D.D.S., M.S., et al., which was published in the July 2000 edition of *The Journal of Craniomandibular Practice.* Bates numbers KDA-002135 through KDA-002151 have been added during the course of this litigation for identification purposes and highlighting of the word "bruxer" has been added for ease in referencing the relevant parts of

the article.

27.     Attached as **Exhibit 74** is a true and correct copy of the thesis submitted to the West Virginia University School of Dentistry in 2007 titled, "The Efficacy of the Bitestrip® in Determining Patients Awareness of Nocturnal Bruxism" by Emily R. Tolley, D.D.S.  Bates numbers KDA-001679 through KDA-001737 have been added during the course of this litigation for identification purposes and highlighting of the term "bruxer" has been added for ease in referencing the relevant parts of the article.

28.     Attached as **Exhibit 75** is a true and correct copy of the scholarly article titled, "Maladaptive Coping Strategies in Patients with Bruxism Compared to Non-Bruxing Controls" by Christine Schneider, et al., which was published in the Volume 4 2007 edition of *International Journal of Behavioral Medicine*.  Bates numbers KDA-001648 through KDA-001652 have been added during the course of this litigation for identification purposes and highlighting of the term "bruxer" has been added for ease in referencing the relevant parts of the article.

29.     Attached as **Exhibit 76** is a true and correct copy of the scholarly article titled, "The Effects of Bruxism On Periodontal Sensation in the Molar Region: A Pilot Study" by Takeshi Suganuma, D.D.S., Ph.D., et al., which was published in the July 2007 edition of *Journal of Prosthetic Dentistry*.  Bates numbers KDA-001657 through KDA-001662 have been added during the course of this litigation for identification purposes and highlighting of the term "bruxer" has been added for ease in referencing the relevant parts of the article.

30.     Attached as **Exhibit 77** is a true and correct copy of the scholarly article titled, "Association Between Self-Reported Bruxism Activity and Occurrence of Dental Attrition, Abfraction, and Occlusal Pits on Natural Teeth" by Nikolas Tsiggos, D.D.S., Ph.D., et al., which was published in the July 2008 edition of *Journal of Prosthetic Dentistry*. Bates numbers KDA-001738 through

KDA-001743 have been added during the course of this litigation for identification purposes and highlighting of the term "bruxer" has been added for ease in referencing the relevant parts of the article.

31.     Attached as **Exhibit 78** is a true and correct copy of the scholarly article titled, "The Effects of Sleep Bruxism On Periodontal Sensation and Tooth Displacement in the Molar Region" by Yasuhiro Ono, D.D.S., et al., which was published in the October 2008 edition of *The Journal of Craniomandibular Practice*. Bates numbers KDA-001631 through KDA-001635 have been added during the course of this litigation for identification purposes and highlighting of the term "bruxer" has been added for ease in referencing the relevant parts of the article.

## IV. <u>MY REVIEW OF PUBLICALLY AVAILABLE INFORMATION FROM GLIDEWELL</u>

32.     Attached as **Exhibit 79** is a true and correct copy of an advertisement from Glidewell Laboratories stating that the BruxZir is "Ideal for bruxers."  Bates number KDA-002183 was added to this document during the course of this litigation for identification purposes.

33.     Attached as **Exhibit 80** is a true and correct copy of a webpage of Glidewell Laboratories regarding the features of Glidewell's BruxZir zirconia which is available at http://www.bruxzir.com/features-bruxzir-zirconia-dental-crown/.  Bates numbers KDA-002198 through KDA-002199 were added to this document during the course of this litigation for identification purposes.

34.     Attached as **Exhibit 81** is a true and correct copy of a webpage of Glidewell Laboratories titled "BruxZir® Solid Zirconia" which is available at http://www.glidewelldental.com/dentist/services/all-ceramics-bruxzir.aspx. Bates number KDA-002297 was added to this document during the course of this litigation for identification purposes.

35.     Attached as **Exhibit 82** is a true and correct copy of a webpage of

Glidewell Laboratories titled "BruxZir Solid Zirconia Crowns & Bridges - Features" which is available at http://www.glidewelldental.com/bruxzir-zirconia-crowns/features/.  Bates numbers KDA-002298 through KDA-002299 were added to this document during the course of this litigation for identification purposes.

36.    Attached as **Exhibit 83** is a true and correct copy of a webpage of Glidewell Laboratories titled "Dental Zirconia Crown – BruxZir Solid Zirconia Crowns & Bridges – BruxZir Dental Zirconia Lab" which is available at http://www.glidewelldental.com/dentists/services/all-ceramics-bruxzir-tech.aspx.  Bates number KDA-002300 was added to this document during the course of this litigation for identification purposes.

37.    Attached as **Exhibit 84** is a true and correct copy of a webpage of Glidewell Laboratories titled "Dental Zirconia Crown – BruxZir Solid Zirconia Crowns & Bridges – Glidewell Direct BruxZir" which is available at http://www.glidewelldental.com/lab/services/bruxzir.aspx.  Bates number KDA-002302 was added to this document during the course of this litigation for identification purposes.

## V.   <u>MY REVIEW OF PUBLICLY AVAILABLE INFORMATION ON THIRD PARTIES IN THE DENTAL INDUSTRY</u>

38.    I also reviewed publicly available information relevant to this case to assist me in forming my opinions.

### A.   <u>All-Zirconia Crowns Offered For Sale By Third Parties</u>

39.    Attached as **Exhibit 85** is a true and correct copy of a webpage of Axis Dental Milling titled "Axis Dental Milling: Bruxzir Full Contour Dental Milling" which is available at http://www.axisdentalmilling.com/bruxzir.html. Bates numbers KDA-002174 through KDA-002175 were added to this document during the course of this litigation for identification purposes.

40.    Attached as **Exhibit 86** is a true and correct copy of a webpage of

Crown Dental Studio titled "BruxZir: Crown Dental Sudio" which is available at http://www.crowndentalstudio.com/BruxZir.html.   Bates numbers KDA-002242 through KDA-002244 were added to this document during the course of this litigation for identification purposes.

41.   Attached as **Exhibit 87** is a true and correct copy of a webpage of Keller Dental Laboratory titled "Keller Laboratories: Bruxzir" which is available at http://www.kellerlab.com/193/products/bruxzir.php.  Bates numbers KDA-002345 through KDA-002346 were added to this document during the course of this litigation for identification purposes.

42.   Attached as **Exhibit 88** is a true and correct copy of a webpage of Dental Art Laboratories titled "BRUXZIR" which is available at http://www.dentalartlab.com/page.php?page_id=47.   Bates numbers KDA-002245 through KDA-002246 were added to this document during the course of this litigation for identification purposes.

43.   Attached as **Exhibit 89** is a true and correct copy of a webpage of Dentistry Today titled "Top 100 Products 2011" which is available at http://www.dentistrytoday.com/top100-2011-g1.  Bates numbers KDA-002286 through KDA-002288 were added to this document during the course of this litigation for identification purposes.

44.   Attached as **Exhibit 90** is a true and correct copy of a webpage of PRWeb titled "Glidewell Dental Lab Introduces BruxZir® Solid Zirconia Crowns and Bridges" which is available at http://www.prweb.com/releases/glidewell-dental-lab/bruxzir-dental-zirconia/prweb3622494.htm.   Bates numbers KDA-002295 through KDA-002296 were added to this document during the course of this litigation for identification purposes.

45.   Attached as **Exhibit 91** is a true and correct copy of a webpage of Las Vegas Digital Dental Solutions titled "Bruxzir® Solid Zirconia" which is

available at http://www.lvddslab.com/bruxzir.aspx.  Bates number KDA-002347 was added to this document during the course of this litigation for identification purposes.

46.     Attached as **Exhibit 92** is a true and correct copy of a webpage of Precision Ceramic Dental Laboratory titled "BruxZir" which is available at http://www.pcdl-usa.com/products16-79/BruxZir.  Bates number KDA-002360 was added to this document during the course of this litigation for identification purposes.

47.     Attached as **Exhibit 93** is a true and correct copy of a webpage of Expertec Dental Laboratory, Inc., titled "Full-Z – strength, value and Michigan made" which is available at http://www.expertecdental.com/fullz.asp.   Bates number KDA-002348 was added to this document during the course of this litigation for identification purposes.

48.     Attached as **Exhibit 94** is a true and correct copy of a webpage of Sun Dental Labs titled "Suntech Full Zirconia" which is available at http://www.sundentallabs.com/suntech_full_zirconia.aspx.     Bates numbers KDA-002381 through KDA-002382 were added to this document during the course of this litigation for identification purposes.

49.     Attached as **Exhibit 95** is a true and correct copy of a webpage of Thompson Suburban Dental Laboratory titled "BruxZir Solid Zirconia" which is available    at    http://www.thompsonsuburban.com/bruxzir_solid_zirconia.html. Bates number KDA-002383 was added to this document during the course of this litigation for identification purposes.

50.     Attached as **Exhibit 96** is a true and correct copy of a webpage of Drake Precision Dental Laboratory titled "Zir-Cast" which is available at http://www.drakelab.com/products/Zircast.php.   Bates numbers KDA-002448 through KDA-002449 were added to this document during the course of this litigation for identification purposes.

51.     Attached as **Exhibit 97** is a true and correct copy of a webpage of Dental Product Shopper titled "Zir-Cast BruxZir" which is available at http://www.dentalproductshopper.com/zir-cast-bruxzir.   Bates numbers KDA-004802 through KDA-004803 were added to this document during the course of this litigation for identification purposes.

52.     Attached as **Exhibit 98** is a true and correct copy of a webpage of Artiste Dentistry LLC titled "Artiste Dentistry LLC – Cosmetic Dentistry – Sterling, VA" which is available at http://www. Artistedentistry.com/Cosmetic-Dentistry.html.  Bates numbers KDA-002738 through KDA-002748 were added to this document during the course of this litigation for identification purposes.

53.     Attached as **Exhibit 99** is a true and correct copy of a webpage from the April 2011 edition of Inside Dentistry titled "Zir-Max® The monolithic zirconia that meets the needs of today's dentistry."  This webpage discusses a product of Burbank Dental Laboratory.   It is available at http://www.dentalaegis.com/id/2011/04/zir-max-burbank-dental-laboratory-inc. Bates numbers KDA-002893 through KDA-2895 were added to this document during the course of this litigation for identification purposes.

54.     Attached as **Exhibit 100** is a true and correct copy of a webpage from Kastle Mills titled "NEW 3D Full Contour ZirCrown Now Available at Kastle Mills" available at http://kastlemillscorp.blogspot.com/2011/01/3d-full-contour-zircrown-now-available.html.   Bates numbers KDA-003128 through KDA-3131 were added to this document during the course of this litigation for identification purposes.

55.     Attached as **Exhibit 101** is a true and correct copy of an informational brochure from Diadem Precision Technology titled "Diazir Full Contour Zirconia" available at http://www.diademprecision.com/products-diazir.php. Bates numbers KDA-002952 through KDA-2967 were added to this document during the course of this litigation for identification purposes.

56.     Attached as **Exhibit 102** is a true and correct copy of an advertisement for a continuing education course discussing Zahn Dental's "Zirlux FC Full Contour Zirconia system." It is available at http://www.henryschein.com/us-en/images/zahn/12-1020NY-Zirlux_092412.pdf.  Bates number KDA-003016 was added to this document during the course of this litigation for identification purposes.

57.     Attached as **Exhibit 103** is a true and correct copy of a webpage from California Dental Arts titled "Zirfit Solid Zirconia" available at http://www.caldentalarts.com/all-ceramic/zirfit-solid-zirconia.html.     Bates number KDA-004808 was added to this document during the course of this litigation for identification purposes.

58.     Attached as **Exhibit 104** is a true and correct copy of a webpage from Somer Dental Laboratories titled "Full Contour Zir" available at http://www.somer.com/products-and-materials/attachment/ips-e-max-zircad/.  Bates number KDA-003242 was added to this document during the course of this litigation for identification purposes.

59.     Attached as **Exhibit 105** is a true and correct copy of a webpage from Technics Dental Laboratory titled "Tech/Zir FC Full Contour Zirconia Built to Last a Lifetime" available at http://www.technicsdental.com/#!techzir-fc/czls.  Bates number KDA-003256 was added to this document during the course of this litigation for identification purposes.

60.     Attached as **Exhibit 106** is a true and correct copy of a prescription order form from Pittman Dental Laboratory in Gainesville, Georgia offering a "ZirCAM All-Zirconia Crown" available at http://www.pittmandental.com/PDFs/ScriptStand.pdf.  Bates number KDA-003212 was added to this document during the course of this litigation for identification purposes.

**B.     The Use of "Brux" or "Bruxer" to Identify Crowns for Bruxers**

61.     Attached as **Exhibit 107** is a true and correct copy of a webpage of Assured Dental Lab, Inc., titled "Metal-Free Restoration Guide" which is available at http://www.assureddentallabinc.com/prep.html.   Bates numbers KDA-002172 through KDA-002173 were added to this document during the course of this litigation for identification purposes.  &&&

62.     Attached as **Exhibit 108** is a true and correct copy of a webpage of Infinity Dental Lab titled "Infinity Dental Laboratory: Help your dental lab grow" which is available at http://www.infinitylaboratory.com/5073/5094.html. Bates number KDA-002341was added to this document during the course of this litigation for identification purposes.

63.     Attached as **Exhibit 109** is a true and correct copy of a webpage of CDLLab titled "ZerisBRUX" which is available at http://www.cdllab.com/products_ZerisBRUX.php.   Bates numbers KDA-003294 through KDA-003295 were added to this document during the course of this litigation for identification purposes.

64.     Attached as **Exhibit 110** is a true and correct copy of a prescription order form from Mascola Esthetics in San Antonio, Texas offering a "Xtreme Bruxer (Solid Zirconia)" available at http://mascoladentallab.com/wp-content/themes/mascola/pdf/GreenRX_ME_Fixed_distributed.pdf.       Bates number KDA-002444 was added to this document during the course of this litigation for identification purposes.

65.     Attached as **Exhibit 111** is a true and correct copy of a webpage of York Dental Laboratory titled "Bruxer" which was available at http://www.yorkdentallab.com/fixed/bruxzer.html.  Bates number KDA-002445 was added to this document during the course of this litigation for identification purposes.

66.     Attached as **Exhibit 112** is a true and correct copy of a webpage of Continental Dental Laboratories titled "Zirconia Bruxer Crown" which is

available at http://www.continentaldental.com/home-continental-dental-lab/2-porcelain-to-non-precious/62-zirconia-bruxer-crown. Bates number KDA-002241 was added to this document during the course of this litigation for identification purposes.

67.    Attached as **Exhibit 113** is a true and correct copy of a webpage of Summers Dental Laboratories titled "BruxThetix" which is available at http://www.summersdentallab.com/bruxthetix.html. Bates numbers KDA-002450 through KDA-002451 were added to this document during the course of this litigation for identification purposes.

68.    Attached as **Exhibit 114** is a true and correct copy of a portion of a webpage of GPS Dental Lab, Inc. The section is titled "BruxArt" and the full webpage is available at http://www.gpsdental.com/crowns_products.htm#brux. Bates number KDA-003007 was added to this document during the course of this litigation for identification purposes.

69.    Attached as **Exhibit 115** is a true and correct copy of a webpage of Hello Trade titled "Bruxers All Zirconia Dental Product" which is available at http://www. Hellotrade.com/china-dental-outsourcing-incorporated/bruxers-all-zirconia-dental-product.html. Bates numbers KDA-002318 through KDA-002320 were added to this document during the course of this litigation for identification purposes.

70.    Attached as **Exhibit 116** is a true and correct copy of a webpage of Mouvement Social Bookmarking Site titled "Bruxer Crown | Solid Zirconia Crown | Mouvement" which is available at http://www.mouvement.tv/story.php?title=bruxer-crown-%7C-solid-zirconia-crown. Bates number KDA-002349 was added to this document during the course of this litigation for identification purposes.

71.    Attached as **Exhibit 117** is a true and correct copy of a webpage of Business Net Tennessee titled "R Dent Dental Laboratory" which is available at

-15-

http://www.biznet-tenn.com/firms/6111792/.    Bates   numbers   KDA-002751
through KDA-002752 were added to this document during the course of this
litigation for identification purposes.

72.    Attached as **Exhibit 118** is a true and correct copy of a webpage of
Informe.com titled "What is Bruxer Crown?" which is available at http://www.
dentalimplant.informe.com/forum/announcement-f5/what-is-bruxer-crown-
t10.html.  Bates numbers KDA-002759 through KDA-002760 were added to
this document during the course of this litigation for identification purposes.

73.    Attached as **Exhibit 119** is a true and correct copy of a webpage of
Cosmetic Dentistry of San Antonio titled "Dental Crowns" which is available at
http://www.cosmeticdentistryofsa.com/dental-implants/san-antonio-restorative-
dentistry/dental-crowns/.  Bates numbers KDA-002761 through KDA-002764
were   added   to   this   document   during   the   course   of   this   litigation   for
identification purposes.

74.    Attached as **Exhibit 120** is a true and correct copy of a posting on
twitter.com   from   Pittman   Dental   Lab   which   is   available   at
http://twitter.com/PittmanLab/status/9266696359514112.  Bates number KDA-
002804 was added to this document during the course of this litigation for
identification purposes.

C.    <u>The Use of "Brux" To Identify Products Used to Treat Bruxism</u>

75.    Attached as **Exhibit 121** is a true and correct copy of a webpage
for Archtek Bruxing Splints available at http://www.archtekinc.com/Bruxing-
Splints/.  Bates number KDA-002871 was added to this document during the
course of this litigation for identification purposes.

76.    Attached as **Exhibit 122** is a true and correct copy of a webpage
advertising          Brux          Checker          available          at
http://www.greatlakesortho.com/commerce/detail/?nPID=1766&CFID=125811
5&CFTOKEN=c08b5bf286de6e69-46450335-5056-9F7B-

79CE972035097DAE. Bates number KDA-002891 was added to this document during the course of this litigation for identification purposes.

77.     Attached as **Exhibit 123** is a true and correct copy of a webpage advertising Dr. BRUX Bite Tray Nightguard available at http://www.dental-mart.com/drbrnish.html.   Bates numbers KDA-004833 through KDA-004836 were added to this document during the course of this litigation for identification purposes.

78.     Attached as **Exhibit 124** is a true and correct copy of a webpage advertising Brux-Eze Bruxism Splints available at http://www.dentalservices.net/products/occlusal-therapy/brux-ezer-a-rem-e-dezer-bruxism-splints.html.   Bates numbers KDA-004849 through KDA-004850 were added to this document during the course of this litigation for identification purposes.

79.     Attached as **Exhibit 125** is a true and correct copy of a webpage advertising a BruxCare GrindAlert Headband available at http://devlin-design.com/projects_bruxcare.htm.  Bates number KDA-004798 was added to this document during the course of this litigation for identification purposes.

80.     Attached as **Exhibit 126** is a true and correct copy of a webpage discussing BRUXGUARD Occlusal Splints available at http://www.shererdentallab.com/products/bruxguard_testimonials.asp.     Bates numbers KDA-004800 through KDA-004801 were added to this document during the course of this litigation for identification purposes.

**D.     The Use of "Zir" To Identify Products Made From Zirconia**

81.     Many of the above attachments include products that use "zir" in their name to identify zirconia in the product.  There are too many examples to list all of them, but more examples are provided below.

82.     Attached as **Exhibit 127** is a true and correct copy of a webpage of Axis Dental showing use of "Zir-Cut" for their Zirconia Polisher.  It is available

at                  http://www.axisdental.com/getdoc/3ba048f1-23dd-4143-b545-f70691363374/Zirconia-Polisher.aspx.   Bates numbers KDA-004787 through KDA-4788 were added to this document during the course of this litigation for identification purposes.

83.   Attached as **Exhibit 128** is a true and correct copy of a webpage of CDL Technologies showing use of "ZirBlock" for their ceramic veneers or crowns.   It is available at http://www.cadveneers.com/ssl/zirblock.php.   Bates number KDA-004809 was added to this document during the course of this litigation for identification purposes.

84.   Attached as **Exhibit 129** is a true and correct copy of a webpage of Ivoclar Vivadent showing use of "ZirCAD" for their zirconia blocks.   It is available at http://www.ivoclarvivadent.com/en/products/all-ceramics/ips-emax-technicians/ips-emax-zircad.   Bates number KDA-003038 was added to this document during the course of this litigation for identification purposes.

85.   Attached as **Exhibit 130** is a true and correct copy of a webpage of Ivoclar Vivadent showing use of "ZirPress" for their ceramic ingots to be pressed      over      a      zirconia      base.      It      is      available      at http://www.ivoclarvivadent.com/en/products/all-ceramics/ips-emax-technicians/ips-emax-zirpress.   Bates number KDA-003127 was added to this document during the course of this litigation for identification purposes.

86.   Attached as **Exhibit 131** is a true and correct copy of a webpage of Ivoclar Vivadent showing use of "ZirLiner" for their bonding materials for zirconia products.   It is available at https://us.shop.ivoclarvivadent.com/en-us/p/shop/products/all-ceramics/ips-e_max/ips-e_max-ceram/ceram-kits/ips-e_max-ceram-zirliner-kit.   Bates number KDA-003045 was added to this document during the course of this litigation for identification purposes.

87.   Attached as **Exhibit 132** is a true and correct copy of a webpage of Kuraray Noritake Dental Inc. showing use of "Zirprime" for their pre-sintered

Zirconia Disks.  It is available at http://www.kuraraynoritake.com/wd/cad-cam/zirprime/.  Bates numbers KDA-003179 through KDA-003180 were added to this document during the course of this litigation for identification purposes.

88.    Attached as **Exhibit 133** is a true and correct copy of a webpage of Smile Line showing use of "Zir.Care" for a multipurpose stone for grinding zirconia.  It is available at http://www.smileline.ch/en/products/zircare.  Bates number KDA-003241 was added to this document during the course of this litigation for identification purposes.

89.    Attached as **Exhibit 134** is a true and correct copy of an advertisement of Biomet 3i using "ZiReal" for their zirconia abutments.  It is available at http://biomet3i.com/Pdf/ART741D_Zireal_Brochure.pdf.  Bates numbers KDA-003300 through KDA-003303 were added to this document during the course of this litigation for identification purposes.

90.    Attached as **Exhibit 135** is a true and correct copy of a webpage from Origin Precision Digital Solutions titled "Zirconia Custom Coloring & ZEP Crown Techniques" discussing Dr. Tanaka's ZirColor product.  It is available at http://www.origincadcam.com/drtanaka.html.  Bates numbers KDA-003253 through KDA-0032558 were added to this document during the course of this litigation for identification purposes.

**E.    Publicly Available Information On Glidewell's "Authorized" Dental Laboratories**

91.    **Exhibit 136** is a true and correct copy of an assemblage of copies of web pages for dental laboratories that Glidewell identifies as "authorized" Glidewell labs.  Bates numbers have been added to these printouts during the course of this litigation for identification purposes.  The assemblage includes the following Bates numbers: KDA-002862, KDA-002863, KDA-002865, KDA-002871, KDA-002873-74, KDA-002879, KDA-002881, KDA-002883-84, KDA-002890, KDA-002893-95, KDA-002914, KDA-002918, KDA-002922-

23, KDA-002925-26, KDA-002928-29, KDA-002930, KDA-002931-38, KDA-002942, KDA-002977-91, KDA-002983, KDA-002986-88, KDA-002991-92, KDA-002994-95, KDA-002997-98, KDA-003000, KDA-003003, KDA-003006, KDA-003009-10, KDA-003012-13, KDA-003015, KDA-003016-20, KDA-003022-23, KDA-003027, KDA-003029-30, KDA-003128-31, KDA-003133-34, KDA-003135-36, KDA-003138-39, KDA-003142, KDA-003145, KDA-003148, KDA-003150-51, KDA-003154, KDA-003156-57, KDA-003159-62, KDA-003164-66, KDA-003169-70, KDA-003172-74, KDA-003178-80, KDA-003182-84, KDA-003186-87, KDA-003189-90, KDA-003192, KDA-003194-95, KDA-003197, KDA-003199-3200, KDA-003204-05, KDA-003207-08, KDA-003210-11, KDA-003218, KDA-003221-24, KDA-003227, KDA-003230-32, KDA-003234-35, KDA-003237, KDA-003240-42, KDA-003245-46, KDA-003248-50, KDA-003256, KDA-003261-62, KDA-003264, KDA-003267-68, KDA-003270-71, KDA-003273-74, KDA-003278, KDA-003281, KDA-003284-87, KDA-003291-95, KDA-003297-3303, KDA-004775-97, KDA-004800-01, KDA-004804-11.  Due to the large size of this exhibit, I have been informed that it is being lodged with the Court as a native pdf file.

92.    **Exhibit 137** is a true and correct copy of an assemblage of copies of dental prescription forms available on-line from dental laboratories that Glidewell identifies as "authorized" Glidewell labs.  Bates numbers have been added to these printouts during the course of this litigation for identification purposes.  The assemblage includes the following Bates numbers: KDA-002864, KDA-002867, KDA-002868, KDA-002869-70, KDA-002872, KDA-002875-76, KDA-002877-78, KDA-002880, KDA-002882, KDA-002885-86, KDA-002887, KDA-002888-89, KDA-002896, KDA-002915-16, KDA-002917, KDA-002920-21, KDA-002924, KDA-002927, KDA-002939-41, KDA-002944-25, KDA-002946-47, KDA-002944-50, KDA-002974-76, KDA-

1   002982, KDA-002984, KDA-002989-90, KDA-002993, KDA-002996, KDA-
2   002999, KDA-003002, KDA-003004-05, KDA-003008, KDA-003011, KDA-
3   003014, KDA-003021, KDA-003024-26, KDA-002028, KDA-003031-32,
4   KDA-003132, KDA-003137, KDA-003140-41, KDA-003143-44, KDA-
5   003146-47, KDA-003149, KDA-003152-53, KDA-003155, KDA-003158,
6   KDA-003163, KDA-003167-68, KDA-003171, KDA-003175-77, KDA-
7   003181, KDA-003185, KDA-003188, KDA-003191, KDA-003193, KDA-
8   003196, KDA-003198, KDA-003201-03, KDA-003206, KDA-002209, KDA-
9   003212-17, KDA-003219-20, KDA-003225-26, KDA-003228-29, KDA-
10  003233, KDA-003236, KDA-003238-39, KDA-003243-44, KDA-002247,
11  KDA-003257-60, KDA-003263, KDA-003265-66, KDA-003269, KDA-
12  003272, KDA-003275-77, KDA-003279-80, KDA-003282-83, KDA-003288-
13  90, KDA-003296, KDA-003304.  Due to the large size of this exhibit, I have
14  been informed that it is being lodged with the Court as a native pdf file.

15

16      I declare under penalty of perjury under the laws of the United States of
17  America that the foregoing is true and correct.

18      Executed November 19, 2012, Newport Beach, California.

19

20

21      Dr. David W. Eggleston

22

23

24

25

26

27

28

-21-