1 | Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
2 | Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
3 | David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
4 | KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
5 | Fourteenth Floor
Irvine, CA 92614
6 | Phone: (949) 760-0404
Facsimile: (949) 760-9502
7 |
Attorneys for Defendant/Counter-Plaintiff,
8 | KEATING DENTAL ARTS, INC.

9

10 | IN THE UNITED STATES DISTRICT COURT

11 | FOR THE CENTRAL DISTRICT OF CALIFORNIA

12 | SOUTHERN DIVISION

13 | JAMES R. GLIDEWELL DENTAL           ) Civil Action No.
CEAMICS, INC. dba GLIDEWELL          ) SACV11-01309-DOC(ANx)
14 | LABORATORIES,                        )
)
15 |          Plaintiff,                   ) **FIRST SUPPLEMENTAL**
) **EXPERT REPORT OF DR.**
16 |     v.                               ) **DAVID EGGLESTON**
)
17 | KEATING DENTAL ARTS, INC.            ) Honorable David O. Carter
)
18 |          Defendant.                   )
)
19 | _____ )
)
20 | AND RELATED COUNTERCLAIMS.           )
)
_____ )

21

22

23

24

25

26

27

28

**EXHIBIT 66**

1    I am submitting this report as a supplement to the report I submitted on

2  September 15, 2012 ("Opening Report").

## I.  SUPPLEMENTAL INFORMATION RELIED UPON

4    Since submitting my Opening Report, I have learned additional

5  information that further supports my opinions set forth in that report.  I have

6  reviewed the deposition transcripts of Jim Shuck (head of Advertising and

7  Marketing at Glidewell, testifying as a designated witness for Glidewell), Dr.

8  Michael DiTolla (dentist employed by Glidewell for clinical education and

9  marketing purposes), and Mr. Robin Carden (head of Research & Development

10  at Glidewell).  These three people were deposed and provided testimony after I

11  submitted my opening report. I have also learned additional information by

12  reviewing documents Glidewell produced after I submitted my first report,

13  including documents that I understand Glidewell produced on the day of Mr.

14  Shuck's deposition.  I have also learned additional information through review

15  of documents, inspection of commercial products, and online research prompted

16  by the information I learned from reviewing Glidewell's witness testimony and

17  recently produced documents.

## II.  SUPPLEMENTAL SUPPORT FOR MY OPINIONS

19  **A.    A bruxer is a generic term used to describe a person with the**

20  **condition of bruxism.**

21    Mr. Shuck, Dr. DiTolla, and Mr. Carden each testified that bruxer is a

22  generic term for a person with the condition of bruxism.  (*See, e.g.*, Shuck Depo.

23  Tran. (Rough) at 26; DiTolla Depo. Tran. (Rough) at 106, 159-60; Carden

24  Depo. Tran. (Rough) at 131-32.)

25

26  **B.    The mark BRUXZIR is phonetically equivalent to the term "bruxer."**

27    Mr. Shuck, Dr. DiTolla, and Mr. Carden each pronounced bruxer and

28

-1-

**EXHIBIT 66**

1  BruxZir identically at their depositions.  (*See*, *e.g.*, Shuck Depo. Tran. (Rough)

2  at 27; DiTolla Depo. Tran. (Rough) at 160; Carden Depo. Tran. (Rough) at

3  129.)

4

5  **C.    The primary indication for an all zirconia crown, or bruxer crown, is**

6  **patients with bruxism.**

7          Mr. Shuck, Dr. DiTolla, and Mr. Carden each testified that Glidewell's

8  BruxZir product was released with a primary indication of patients with

9  bruxism.  (*See*, *e.g.*, Shuck Depo. Tran. (Rough) at 33-34; DiTolla Depo. Tran.

10  (Rough) at 72-74; Carden Depo. Tran. (Rough) at 133-34.)  Dr. DiTolla testified

11  that he contributed to creating the marketing slogan "More Brawn Than Beauty"

12  to communicate an honest message that the focus of the crown is on its strength

13  and not its aesthetics.  (DiTolla Depo. Tran. (Rough) at 64-66.)

14          Glidewell's marketing materials (produced after my first report) state that

15  the primary indication for a BruxZir crown is a patient with bruxism.  By way of

16  example:

17          When we [Glidewell] launched BruxZir solid zirconia crowns and

18          bridges in 2009 our intention was to provide a monolithic zirconia

19          restoration indicated for bruxers and grinders as an aesthetic

20          alternative to posterior metal occlusal PFMs and full cast metal

21          restorations.

22  (*See* Ex. 8, p. 2; Ex. 13 p. 2.)  *See also* Ex. 15 ("Ideal for bruxers who have

23  destroyed natural teeth or previous dental restorations").

24          I have reviewed an email from Dr. DiTolla to Mr. Shuck sent back in

25  June 2009 regarding the proposed name "BruxZir" for Glidewell's crowns made

26  entirely of zirconia.  Based on my review of that email, it is apparent to me that

27  Dr. DiTolla had a favorable opinion of the name in part because it would be

28  memorable to dentists in conveying the function of the crown (i.e., a very strong

-2-

**EXHIBIT 66**

crown for use with bruxers) and its composition (made of zirconia).

Dr. DiTolla testified during his deposition that the BruxZir product is indicated for patients with limited vertical space. (DiTolla Depo. Tran. (Rough) at 163.)   From my experience, patients with limited vertical space are rare compared to patients that are bruxers.

**D.      Dentists and other professionals in the dental industry refer to an all zirconia crown as a "bruxer crown" or alternatively a "bruxzir crown."**

During the depositions of Glidewell's witnesses, the following documents were presented as examples of dental professionals using the phrase "bruxer crown" as a generic term for an all zirconia crown:

- A Food and Drug Administration Adverse Event Report. (Ex. 45.)
- DaniDental Studio prescription form. (Ex. 47.)
- Trachsel Dental prescription form. (Ex. 46.)

Dr. DiTolla testified that he believed that some of these references were examples of a generic use of "bruxer crown." (DiTolla Depo. Tran. (Rough) at 184-87.)   In other instances, the witnesses testified that the appearance of "bruxer" in these documents reflected a misspelling of BruxZir. (DiTolla Depo. Tran. at (Rough) 170-71; Carden Depo. Tran. (Rough) at 238-39.)  I disagree. Dental professionals readily recognize the term bruxer as a reference to patients with bruxism (or products for such patients) and not as a misspelling of Glidewell's mark BruxZir.

I have reviewed further documents that support my view that dental professionals use bruxer crown, or bruxzir crown (a creative spelling with "zir" for zirconia), as a generic reference to an all zirconia crown.  Examples include:

- Cosmetic Dentistry of San Antonio's webpage entitled "Dental Crowns," the website states, "At Cosmetic Dentistry of San

-3-

**EXHIBIT 66**

1   Antonio we offer the latest technology including a patented
2   crown called a "Bruxer" crown (Bruxism is the habitual grinding
3   of teeth, typically during sleep and a Bruxer is a person who does
4   this). This is an all ceramic, natural looking crown that can be
5   placed on back teeth." (http://cosmeticdentistryofsa.com/dental-
6   implants/san-antonio-restorative-dentistry/dental-crowns/).
7   • A Pittman Dental Lab post on twitter.com stating, "Get our custom
8     Bruxer bur block to aid in all your Bruxer Crown adjustments!"
9     (http://twitter.com/PittmanLab/status/9266696359514112).
10  • R-Dent Dental Laboratory in Memphis, Tennessee has a press
11    release available at biznet-tenn.com which states, "We are glad to
12    introduce our new full-contour zirconia bruxer crown, R-brux."
13    (http://www.biznet-tenn.com/firms/6111792/).
14  • The question "What is Bruxer Crown?" is asked in a forum on
15    informe.com.   The answer provided states, "As we know there
16    are different kinds of crowns available now a days. Metal crowns,
17    ceramic crowns even they have different types. Bruxer is one of
18    them. Bruxer is Solid Zirconia is a monolithic solid zirconia
19    crown restoration with no porcelain overlay." (grammatical errors
20    in original). (http://dentalimplant.informe.com/forum/
21    announcement-f5/what-is-bruxer-crown-t10.html)
22  • The websites of the approximately 180 "authorized" labs listed on
23    Glidewell's bruxzir.com webpage each market and sell their own
24    individual zirconia crowns that they refer to as "BruxZir" crowns.
25  • The approximately 180 "authorized" labs typically have their own
26    individualized prescription forms for dentists to fill out to order
27    restorations.  Those individualized prescription forms commonly
28    identify their all zirconia restorations generically, such as

-4-

**EXHIBIT 66**

"Zirconia" (*see*, *e.g.*, Rx forms for Dentek Dental Laboratory; ROE Dental Laboratory; TLC Dental Laboratory; Wornson-Polzin Dental Laboratory), "Full Zirconia" (*see*, *e.g.*, Rx form for Ziemek Laboratories), "Full Contour Zirconia" (*see*, *e.g.*, Rx forms for Iverson Dental Laboratories and Parkway Dental Lab), "Full Crown," "Ceramics" (*see*, *e.g.*, Rx form for Great Southwest Dental Laboratory), "All Ceramic" (*see*, *e.g.*, Rx forms for Eclipse Dental and Elegant Dental Laboratories), or "Monolithic Zirconia" (*see*, *e.g.*, Rx forms for Las Vegas Dental Studio and Lord's Dental Studio).  Some of these "authorized" prescription forms refer to their all zirconia restorations as "Bruxzir" (with a lower case z) (*see*, *e.g.*, Rx forms for Midtown Dental Laboratory and R-dent Dental Laboratory), or "BRUXZIR" (all capital letters) (*see*, *e.g.*, Rx forms for Artistic Dental Lab; Continental Dental Laboratory; DentalLab.com).

Dental professionals view bruxzir as a reference to a crown made of zirconia, whether or not the crown was made by Glidewell and whether or not the crown was made from zirconia made by Glidewell. The letters "zir" are commonly used in the dental industry to refer to zirconia.  Examples for this use of "zir" include:

- Drake Dental sells Zir-Cast dental restorations made of zirconia.
- Burbank Dental Lab sells Zir-Max restorations made of zirconia.
- Distinctive Dental Studio has used Zir-Tech for zirconia restorations.
- Ivoclar Vivadent has been using ZirCAD for their zirconia products.
- Ivoclar Vivadent has been using ZirPress for ceramic ingots to be

-5-

**EXHIBIT 66**

pressed over a zirconia base.

- Ivoclar Vivadent has been using ZirLiner for bonding materials for zirconia products.
- Axis Dental has been using the name Zir-Cut for their zirconia polisher.
- CDL Technologies has been using ZirBlock for dental products.
- Tanaka Dental Products has been using ZirColor and ZirChrome for colorants for zirconia dental restorations.
- Kastle Mills has been using ZirCrown to refer to zirconia restorations.
- Pittman Dental Laboratory has been using ZirCAM for a zirconia restoration.
- Diadem Precision Technology has been using Diazir for their zirconia restorations and stain and glaze kits for zirconia products.
- Henry Schein has been using Zirlux for zirconia restorations.
- California Dental Arts has been using ZirFit for zirconia dental restorations.
- Noritake has been using Zirprime for pre-sintered zirconia.
- Somer Dental Labs refers to their zirconia restorations as "Full Contour Zir."
- Technics Dental Laboratory sells a Tech/ZIR FC zirconia restoration.
- Safco Dental Supply Co. sells specialty burs for cutting zirconia called NTI Zir-Cut diamonds.
- Dental City sells specialty burs for cutting zirconia called Zir-Cut Diamond FG.
- Smile Line USA sells a Zir.Care multipurpose stone for grinding zirconia.

-6-

**EXHIBIT 66**

1  • BioMet3i sells ZiReal zirconia dental posts.

2  • Suppliers of presintered zirconia sell the material in blocks often

3     referred to as "zir block."

4  The term "brux" is commonly used in the dental industry to refer to

5  products for use with bruxers.  Examples for this use of "brux" include:

6  • Archtek Bruxing Splint

7  • BruxThetix

8  • GPS BruxArt

9  • Brux XXX

10  • BruxCure

11  • Brux Checker

12  • Dr. Brux

13  • Brux-eze

14  • BruxCare

15  • Bruxguard

16  • ZerisBRUX

17  I have further reviewed physical samples of some of the above products

18  including Dr. Brux, Brux Checker, BRUX-EXE, BruxGuard, and Archtek

19  Bruxing Splint.

20  I have reviewed emails sent by dental professionals to Glidewell

21  (produced by Glidewell after my opening report) that further support my

22  opinion that dentists view bruxzir as a generic reference to an all zirconia

23  crown.

24

25  10/12/12 _____        _____

26  Date                        Dr. David W. Eggleston

27

28

-7-

**EXHIBIT 66**

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California.  I am over the age of 18 and not a party to the within action.  My business address is 2040 Main Street, Fourteenth Floor, Irvine, California.  I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On October 15, 2012, I caused the within FIRST SUPPLEMENTAL EXPERT REPORT OF DR. DAVID EGGLESTON to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

***Via Electronic and First Class Mail:***

Leonard Tachner, Esq.
LEONARD TACHNER, A Professional Law Corp.
17961 Sky Park Circle, Suite 38-E
Irvine, CA 92614-6364
Email: ltachner@aol.com

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 15, 2012 at Irvine, California.

Claire A. Stoneman

14117832

-8-

**EXHIBIT 66**