# THE JOURNAL OF CRANIOMANDIBULAR PRACTICE
# CRANIO®

JANUARY 1999     VOLUME 17, NUMBER 1

ISSN 0886-9634

**Predicting Treatment Compliance Following Facial Pain Evaluation**
Joseph L. Riley, III, Ph.D.; Michael E. Robinson, Ph.D.;
Emily A. Wise, B.S.; Lisa C. Campbell, B.A.;
Susmita Kashikar-Zuck, Ph.D.; Henry A. Gremillion, D.D.S.    **9**

**The Prevalence of Some Joint Disorders in Craniomandibular Disorder (CMD) and Bruxers as Compared to CMD Nonbruxer Patients and Controls**
Omar Franklin Molina, D.D.S., M.S.;
Jose dos Santos, Jr., D.D.S., M.S.    **17**

**Temporomandibular Treatment Outcomes Within Five Diagnostic Categories**
Gerald B. Wexler, B.Sc., D.D.S.;
Michael W. McKinney, M.A., Ph.D.    **30**

**Glenomandibular Muscle Band in the Human TMJ: A Muscular Antagonist to Bennett Movement?**
George J. Dias, B.D.S., M.S.; Jules Kieser, B.Sc., B.D.S., Ph.D.;
Jill Oliver, D.C.R.    **38**

**Considering Total Temporomandibular Joint Replacement**
Louis G. Mercuri, D.D.S., M.S.    **44**

**Treatment of TMJ Static Disk with Arthroscopic Lysis and Lavage: A Comparison Between MRI Arthroscopic Findings and Clinical Results**
Guillermo Casares, M.D., D.M.D.; Carmen Benito, D.D.S.;
José Luis de la Hoz, M.D., D.M.D.; Carlos Benito, M.D.    **49**

**Crepitation and Clicking As Signs of TMD in Preschool Children**
Sven E. Widmalm, D.D.S., Dr. Odont.; Richard L.
Christiansen, D.D.S., Ph.D.; Sondra M. Gunn, D.D.S., M.S.    **58**

**A Comparison of Headache Symptoms Between Two Groups: A TMD Group and a General Dental Practice Group**
Craig Pettengill, D.D.S.    **64**

**Parameters of Odontostomatognathic Disability: Guidelines For Evaluation of Impaired Simple and Complex Human Functions Involving the Odontostomatognathic Functional System**
Peter F. Chase, D.D.S., M.A.; Leonie Rosenoer, B.D.S., M.P.H.    **70**



DEPT OF SURGERY LIBRARY
FEB 0 - 1999
UW-MADISON CLINICAL SCIENCES CENTER

Published Quarterly by:



KDA-002120
**EXHIBIT 70**

# CRANIO®

*(CONTENTS continued from previous page)*



*Film and band-like adhesions. (52)*

*Health spectrum. (72)*

**58 PEDODONTICS**

**Crepitation and Clicking As Signs of TMD in Preschool Children**
Sven E. Widmalm, D.D.S., Dr. Odont.; Richard L. Christiansen, D.D.S., Ph.D.; Sondra M. Gunn, D.D.S., M.S.

**64 OROFACIAL PAIN**

**A Comparison of Headache Symptoms Between Two Groups: A TMD Group and a General Dental Practice Group**
Craig Pettengill, D.D.S.

**Parameters of Odontostomatognathic Disability: Guidelines For Evaluation of Impaired Simple and Complex Human Functions Involving the Odontostomatognathic Functional System**
Peter F. Chase, D.D.S., M.A.; Leonie Rosenoer, B.D.S., M.P.H.

| | | | |
|---|---|---|---|
| 1 | GUEST EDITORIAL<br>Congressman Charles Norwood | 5 | CRANIO CALENDAR<br>Seminar Announcements |
| 3 | CRANIIO CONCEPTS<br>Per-Lennart Westesson,<br>M.D., Ph.D., D.D.S. | 7 | CRANIO COMMENTS |
| | | A-5 | NEW PRODUCTS |
| | | A-6 | INDEX OF ADVERTISERS |

Statements and opinions expressed in the editorials, articles and communications herein are those of the author(s) and not necessarily those of the Editor(s), publisher (CHROMA, Inc.) or the *CRANIO* Editorial Board. The Editor(s), publisher (CHROMA, Inc.), and the *CRANIO* Editorial Board disclaim any responsibility or liability for such material and do not guarantee, warrant or endorse any technique, seminar, product or service advertised in this publication, nor do they guarantee any claim made by the manufacturer or author of such technique, seminar, product or service.

*CRANIO: The Journal of Craniomandibular Practice®* (ISSN 0886-9634) is published quarterly by CHROMA, Inc., 5323 Brainerd Road, Suite 106, Chattanooga, TN 37411. Subscription rates: $80.00 ($97.00 foreign); institutions $119.00 ($139.00 foreign); in-training $60.00 ($75.00 foreign); single copy $27.00 ($30.00 foreign). (Prices subject to change.) POSTMASTER: Send address changes to *CRANIO: The Journal of Craniomandibular Practice*, P.O. Box 8887, Chattanooga, TN 37414. ©1998 by CHROMA, Inc. Periodicals postage paid in Chattanooga, Tennessee, and additional entry offices.
**Change of Address:** Publisher must be notified 60 days in advance of address change. Undeliverable journals will be destroyed.
**Correspondence** covering subscription matter should be addressed to *CRANIO: The Journal of Craniomandibular Practice*, P.O. Box 8887, Chattanooga, TN 37414, email address: contact@cranio.com (800) 624-4141 or (423) 899-1753.

**Bound Volumes** available c/o CHROMA, Inc., P.O. Box 8887, Chattanooga, TN 37414. Bound Volume Number 16 will be available to all subscribers in early 1999. The volume will be hardbound in black buckram, with journal name, volume number, and year of issue stamped in gold on the spine. The cost for volume 16 is $90.00 ($98.00 foreign). Orders must be received by the publisher before March 1, 1999, to qualify.
**Study groups**, academies, and other professional organizations of 25 or more members may subscribe to *CRANIO* at the reduced rate of $70.00 for each U.S. member subscribing, or $80.00 for each member outside the United States. The president or secretary of the organization should send a list of all interested members with their complete addresses to CHROMA, Inc., P.O. Box 8887, Chattanooga, TN 37414. Remittance of U.S. dollars must be made in one check for the entire group. For groups of more than 100 members who wish to obtain a reduced rate, contact: Cynthia McLeod, CHROMA, Inc. (800) 624-4141.

This material may be protected by Copyright law (Title 17 U.S. Code)

■ BEHAVIORAL SCIENCES

# The Prevalence of Some Joint Disorders in Craniomandibular Disorder (CMD) and Bruxers as Compared to CMD Nonbruxer Patients and Controls

Omar Franklin Molina, D.D.S., M.S.; Jose dos Santos, Jr., D.D.S., M.S.

0886-9634/1701-017$03.00/0, THE JOURNAL OF CRANIOMANDIBULAR PRACTICE, Copyright © 1999 by CHROMA, Inc.

Manuscript received July 29, 1998; revised manuscript received September 28, 1998; accepted November 24, 1998

Address for reprint requests:
Professor Jose dos Santos, Jr.
University of Texas Health Science Center at San Antonio
Dept. of Restorative Dentistry
Division of Occlusion
7703 Floyd Curl Drive
San Antonio, Texas 78284-7890
email: santos@uthscsa.edu

ABSTRACT: The objective of this study was to assess and compare the frequency of some joint disorders in 130 CMD+bruxing behavior patients, 66 CMD/nonbruxing behaviors patients referred for diagnosis and treatment to the Center for the Study of Craniomandibular Disorders and 130 control subjects seeking routine dental care. Both patients and controls were consecutive referrals to the clinic occurring over a five year period. The mean age of the CMD+bruxing behavior group was about 35.48 years (range 14-54, SD = 8.45), and 36.84 years (range 17-60, SD = 9.30) in the 66 CMD nonbruxing behavior group, and 34.34 years (range 14-62, SD = 9.92) in the control group of 130 subjects. Information gathered included a questionnaire, history of signs and symptoms, and a clinical examination. Different types of joint disorders, muscle signs and symptoms and bruxing behavior were assessed in the CMD groups and in the corresponding control group. The study concluded that capsulitis/synovitis, retrodiskal pain and disk-attachment pain predominated in CMD+bruxing behavior patients. The data reinforces the need to assess CMD+bruxing behavior patients to evaluate signs and symptoms of such disorders in order to obtain additional information about the true source of pain and the need for proper management.

Dr. Omar Franklin Molina received his D.D.S. degree in 1978 from the State University, Rio Grande do Sul, Brazil. He completed graduate studies at the State University of Santa Catarina, Brazil, receiving an M.S. degree in 1983. In 1983-1984 he specialized in orthodontics at the State University, Rio de Janeiro, Brazil and then attended advanced courses in occlusion and CMD in the United States. Dr. Molina has been a member of the American Equilibration Society since 1987 and has lectured on occlusion, facial pain and parafunctional habits in Brazil. He has published two book and is currently an instructor of advanced courses in CMD at The Brazilian Institute of Orthodontics, Rio de Janeiro, Brazil. Dr. Molina is a member of The Center for Study of Craniomandibular Disorders at Porto Alegre, Brazil.

Although there are a number of complaints which craniomandibular disorder and bruxer patients present when they first come for diagnosis and treatment, pain is by far the most prevalent symptom. Other common complaints of craniomandibular disorder (CMD) patients include impaired range-of-motion, different types and degrees of joint noises, and tenderness to palpation in major masticatory muscles. Pain may arise from many sources in the masticatory system and treatment may vary significantly according to the pain's location and to the contributing, triggering and sustaining factors; therefore, identifying the true source of pain remains a vital component of the examination and diagnostic process. TMJ (temporomandibular joint) pain arises in those structures that are innervated and vascularized, mainly the bilaminar zone, joint capsule, disk attachments, synovial complex, and the region located between the anterior part of the disk and the insertion of the upper lateral pterygoid muscle.

Even though there are many areas in the temporomandibular joint where inflammation occurs, inflammatory conditions are usually subdivided into synovitis and capsulitis. Synovitis refers to intracapsular inflammation primarily affecting the posterior attachment, whereas capsulitis refer to inflammation of the structures

primarily comprising the joint capsule.[1] Capsulitis are characterized by palpable tenderness or pain directly over the condyle and/or minor swelling over the joint. Capsular pain is the result of inflammation of the fibrous capsule and inner synovial lining. It may be induced when the inflamed capsule is stretched which occurs when the patient performs a vertical border jaw movement. Clinical studies about capsulitis/synovitis and disk attachment pain in CMD+bruxers and CMD-nonbruxer patients are lacking.

The studies performed by Farrar[2,3] heralded a new avenue of rich research about internal joint derangements (IJD) which has contributed to elucidate some pathophysiologic mechanisms associated with the internal derangement process. Although the literature on IJD is very rich, epidemiologic and clinical studies about some specific joint disorders, namely capsulitis/synovitis, retrodiskal pain and disk attachment pain, are scarce. A number of studies about disk disorders have been carried out[4-6] in the last few years, and MRI is the most useful tool to provide a clearer understanding of such disorders. The prevalence of some myogenic and arthrogenous disorders was assessed recently[7]; however, the prevalence of other joint disorders which are thought to predominate in CMD patients remains obscure. There is agreement in the literature that patients with signs and symptoms of CMD may be clustered into subgroups suffering from this same disorder with mainly a myogenous component, internal derangements with and without reduction, and osteoarthrosis.[3] On the other hand, it is also important to recognize how specific joint disorders are represented in the population of CMD patients. If the prevalence of capsulitis/synovitis is very high, then diagnostic tools and therapeutic approaches should be developed to treat the condition. It is unfortunate that most studies about joint disorders have focused on "disk derangements," whereas other common clinical complaints that occur independently or concomitantly have been ignored.

A patient presenting signs and symptoms of myofascial pain dysfunction syndrome (MPDS), nocturnal bruxing behavior, and disk attachment pain, should not be treated in the same way as a patient presenting mild bruxing behavior and masticatory pain. It follows that the identification of the set of disorders he or she presents is mandatory. TMD signs and symptoms may occur in different combinations and gradations in the muscles, joints, teeth, tendons, ligaments and other structures including the head and ears. Symptoms occurring solely in the temporomandibular joints may also occur in different combinations, gradations and stages. There seems to be evidence from clinical experience that the more chronic a complaint from the TMJs, the more likely the patient may present a combination of joint disorders (e.g., capsulitis/synovitis, disk displacement with and without reduction, and disk attachment pain combined with behavioral disorders such as bruxism and/or clenching).

Most investigations about TMD have only reported the prevalence of general signs and symptoms in different population groups, particularly those presenting pain and dysfunction. When investigating the prevalence of TMJ internal derangements, most, if not all researchers, have focused on disk disorders without emphasizing other joint disorders. The prevalence of a disorder can be investigated by using symptom description, the anatomical structures involved, etiologic and pathophysiologic mechanisms,[9] and the use of diagnostic tests. The presence of an anatomic disorder such as an intra-articular problem is best determined via direct examination. In the case of TMJ pathology, arthrotomography, CT scans and MRI scans are available. Routines use of invasive and/or expensive procedures such as arthrotomography and MRI are not realistic; such techniques should be preserved for difficult and/or confusing diagnostic cases and for research purposes.[10]

CMD therapy should only be established in patients according to the type, grade, combination of temporomandibular disorders, chronicity, psychological aspects and other clinical and behavioral features. The plan of treatment of patients should be designed based on a group of characteristics rather than on the general label of "facial, joint, or muscle pain." Therefore, when treating TMD signs and symptoms, it is important to know if we are treating a disk disorder, a capsulitis/synovitis case, a disk attachment or a combination of disorders. It is inadequate to treat a patient presenting disk attachment pain combined with a bruxing behavior in the same way as we treat a patient presenting an acute masticatory disorder or even a myofascial pain dysfunction syndrome.

Taking into consideration these facts, this study was designed to:

1. Assess the prevalence of some joint disorders (capsulitis/synovitis, retrodiskal pain, disk-attachment pain, disk displacement with and without reduction and osteoarthrosis in a group of CMD+bruxing behavior patients as compared to a CMD-nonbruxing behavior group and a control group.
2. Compare the prevalence of capsulitis/synovitis, retrodiskal pain and disk attachment pain in CMD+bruxers and CMD-nonbruxers. It has been suggested that repetitive bruxing behavior and/or clenching causes stretching of the joint capsule followed by inflammation and pain, pressure on the retrodiskal tissues followed by retrodiskitis, pressure on the periphery of the disk, vacuum, and adhesions

KDA-002123
**EXHIBIT 70**

leading to disk attachment pain and episodes of intermittent or transient locking. It is expected the CMD and bruxers/clenchers patients as a group present a higher prevalence of these disorders as compared to CMD and nonbruxers and controls.

**Materials and Methods**

Information about the frequency of signs and symptoms of CMD, some specific joint disorders and bruxing behavior were gathered from three different populations. The first group (a CMD and bruxing behavior group), consisted of 130 patients who had been referred consecutively to the Center for the Study of CMD and Facial Pain for assessment and treatment. There were 118 females and 12 males in the group, the mean age was 35.48 years old (range 14-54, SD = 8.45) (**Table 1**). As a whole the groups presented a number of signs and symptoms of CMD and bruxing behavior determined with the use of a questionnaire, taking a history of signs and symptoms, a clinical examination, an evaluation of jaw movements, palpation for tenderness of the joints and masticatory muscles, and use of diagnostic tests. Panoramic, transcranial tomographies, as well as MRI was requested when necessary to complement examination and diagnosis.

The second group (a CMD-nonbruxing behavior group), consisted also of CMD patients who did not fulfill the criteria to be considered as bruxers according to a specific protocol designed to assess the presence of signs and symptoms associated to bruxing and/or clenching behavior. After initial examination, patients in this group responded to a questionnaire, reported the history of signs and symptoms, were examined clinically and their masticatory muscles and TMJs palpated. There were 66 patients in this group (56 females and 10 males), ages ranged from 17-66 years old, mean age 36.84 years, SD = 9.30. CMD+bruxing behavior and CMD-nonbruxing behavior (**Table 1**). These patients had been referred over a period of five years prior to intervention for this study.

The third group (Control) was formed by 130 subjects referred consecutively to the same center for routine dental treatment. There were 103 females and 27 males, the mean age of this group was 34.34 years, range 14-62, SD = 9.92 (**Table 1**). The same procedure used to depict signs and symptoms of CMD applied to CMD+bruxer patients and CMD-non bruxer patients were used in the control group.

Specific criteria to include patients in the CMD groups:
1. Patients' history of chronic or acute pain in or around the TMJ;
2. Presence of muscle pain according to the history of signs and symptoms or elicited during palpation;
3. History of joint noises during jaw function; and
4. Difficulties to perform functional jaw movements.

Patients in the CMD groups (bruxers or nonbruxers) were seeking active treatment for their symptoms. Some patients had been taking self-prescribed drugs, including analgesics and myorelaxants to reduce muscle, joint and/or headache pain before the first visit for examination and diagnosis. Patients were listed in the CMD groups (bruxers or nonbruxers) if they demonstrated two or more of the four signs and symptoms listed above.

Patients were also included in the CMD+bruxer group (130 patients) if they demonstrated three or more of the following signs and symptoms:
1. Presence of wear facets of the teeth;
2. Recent history (last six months) of noise associated with nocturnal teeth grinding;
3. Patient's report that he or she catches himself or herself clenching the teeth during the day;
4. Patients' report of a chronic feeling of tension, stiffness, fatigue and/or tightness of the masseter muscle especially upon awakening in the morning; and
5. Hypertrophy of the masseter and/or temporalis muscle.

Specific criteria to include subjects in the Control Group:
1. They were not seeking active treatment for orofacial pain or dysfunction;
2. They were medication free; and

### Table 1
#### Characteristics of CMD+Bruxing Behavior, CMD-Nonbruxing Patients and Control Subjects

| | CMD+bruxers N = 130 | | | | CMD-nonbruxers N = 66 | | | | Controls N = 130 | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Fem | % | Male | % | Fem | % | Male | % | Fem | % | Male | % |
| Sex | 118 | 90.77 | 12 | 9.23 | 56 | 84.85 | 10 | 15.15 | 103 | 79.23 | 27 | 20.77 |
| Mean age | 35.48 | | | | 36.84 | | | | 34.34 | | | |
| Range | 14-54 | | | | 17-66 | | | | 14-62 | | | |
| SD | 8.45 | | | | 9.30 | | | | 9.92 | | | |

KDA-002124
**EXHIBIT 70**

3. Only minor signs and symptoms, such as joint noises associated to degenerative joint disease and muscle pain elicited during palpation, could be present in the group as a whole.

Specific criteria for capsulitis/synovitis (patients and controls):

Specific criteria was used to consider whether CMD+bruxing behavior patients, CMD-nonbruxing behavior patients and Control subjects were suffering from capsulitis/synovitis, as suggested by Bell.[11]

1. Pain on palpation over the lateral portion of the joint capsule upon opening and closing;
2. Pain elicited in a few seconds during forceful or border-sustained opening of the jaw;
3. Such pain could be arrested in seconds by having the patient occluding the teeth forcefully in the maximal intercuspal position.

Specific criteria for retrodiskal pain (patients and controls):

Other specific criteria were applied to consider patients (CMD+ bruxing behavior, CMD-nonbruxing behavior and Control subjects) were suffering retrodiskal pain as delineated by Bell:[11]

1. The pain could be elicited in seconds by pressing the upper and lower teeth in the maximal intercuspal position;
2. Such pain could be arrested in seconds by having the patient occluding his/her teeth against two cotton rolls placed over the posterior teeth.
3. Palpation with the minor finger over the posterior area of the TMJ (via external auditory meatus), could elicit pain, usually described as mild.

Specific criteria for disk attachment pain (patients and controls):

Specific criteria were also used to consider if CMD patients (bruxers and nonbruxers) and control subjects, presented symptoms of disk attachment pain as suggested by Bell:[11]

1. A patient's history and/or description of an intermittent pain in the joint;
2. Disk interference during opening;
3. Pain and gross joint noises during opening;
4. Limitation of mouth opening, history of progressive difficulties to open and/or close the lower jaw;
5. Patients could correlate their pain to jaw movements and functions including talking, eating and yawning;
6. History of previous stages of joint disorders.

Specific criteria for disk displacement with and without reduction (patients & controls):

The following specific criteria were used to consider whether patients and subjects presented disk displacement with or without reduction:

*With reduction:*
1. Clicking or popping sounds on opening and closing;
2. Normal or increased range of jaw opening;
3. Pain may or may not be present.

*Without reduction:*
1. Obvious limitation of mouth opening (less than 35mm);
2. Acute pain;
3. Gross joint noises;
4. Patients were able to correlate their pain with some specific traumatic event such as a motor vehicle accident (MVA), a blow to the face, and/or a medical procedure for oral surgery;
5. Placing the mandible in a protrusive position could increase jaw opening and reduce joint noises temporarily;
6. Inability of the patient to perform a contralateral jaw movement.

Specific criteria to consider patients and controls as presenting osteoarthrosis (OA):

1. A Patient's or subject's report of crepitation in the joint;
2. Confirmation of a such report by digital palpation followed by the use of a stethoscope to assess the quality of the noise into the joint;
3. Histories of previous stages of internal derangement, e.g., pain, clicking and/or difficulty opening the mouth;
4. Pain in the area of the joint (optional);
5. History of macro trauma to the joint or face (optional).

**Results**

The quantification of the subjective and objective data of this study is shown in **Tables 2, 3, 4, 5, 6** and **7**.

**Table 2** shows that 125 (96.15%) CMD+bruxing behavior patients presented capsulitis/synovitis as compared to 58 patients (87.88%) in the CMD-nonbruxing behavior group and to 76 subjects (58.45%) in the control group. Percentages across groups concerning the presence of bilateral, right and left sides capsulitis/synovitis, in bruxing and nonbruxing behavior patients, presented highly significant value ($p < 0.001$) as compared to the control group (**Table 8**).

Table 3 demonstrates that 40 patients (30.76%) in the CMD+bruxing behavior group, three patients (4.54%) in the CMD-nonbruxing behavior group and two subjects (1.54%) in the control group presented signs and symptoms of retrodiskal pain according to established criteria. In this group, the incidence of the problem was significantly higher in the bruxing behavior patients ($p < 0.001$) as compared to the control group (**Table 9**).

KDA-002125
**EXHIBIT 70**

### Table 2
### Frequency of Capsulitis/Synovitis in the CMA+Bruxing Behavior, CMD-Nonbruxing and Control Group

|  | CMD+bruxers N = 130 | | CMD-nonbruxer N = 66 | | Control N = 130 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | n | % | n | % | n | % |
| Capsulitis/synovitis (bilateral) | 89 | 68.46 | 29 | 43.94 | 33 | 25.38 |
| Capsulitis/synovitis (right side) | 6 | 4.61 | 9 | 13.64 | 9 | 6.92 |
| Capsulitis/synovitis (left side) | 30 | 23.08 | 20 | 30.30 | 34 | 26.15 |
| Totals | 125 | 96.15 | 58 | 87.88 | 76 | 58.45 |

### Table 3
### Frequency of Retrodiskal Pain in the CMA+Bruxing Behavior, CMD-Nonbruxing and Control Group

|  | CMD+bruxers N = 130 | | CMD-nonbruxer N = 66 | | Control N = 130 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | n | % | n | % | n | % |
| Retrodiskal pain (bilateral) | 16 | 12.30 | 0 | 0 | 0 | 0 |
| Retrodiskal pain (right side) | 10 | 7.69 | 1 | 1.51 | 1 | 0.77 |
| Retrodiskal pain (left side) | 14 | 10.77 | 2 | 3.03 | 1 | 0.77 |
| Totals | 40 | 30.76 | 3 | 4.54 | 2 | 1.54 |

Table 4 demonstrates that 50 patients (38.45%) in the CMD+bruxing behavior group, ten patients (15.14%) in the CMD-nonbruxing behavior group, and seven subjects (5.39%), in the control group presented signs and symptoms of disk-attachment pain. Again, the prevalence of the condition in the bruxing behavior group was significantly higher ($p < 0.001$) as compared to the control group (**Table 10**). Table 5 demonstrates that 51 patients (39.23%) in the CMD+bruxing behavior group, 18 patients (27.27%) in the CMD-nonbruxing behavior group, and 36 subjects (27.69%) in the control group presented signs and symptoms of disk displacement with reduction. The percentage across groups for bilateral, right- and left-side disk displacements with reduction did not show a statistical difference ($p = 0.09$) when dysfunctional and nondysfunctional groups were compared (**Table 11**). This was an indication that the condition affected equally all patient and subject populations.

Table 6 shows that only eight patients (6.16%) in the CMD+bruxing behavior group presented signs and symptoms of disk displacement without reduction. Such a disorder was not observed either in the CMD-nonbruxing behavior group or in the control group. The results as statistically analyzed showed a highly significant difference

### Table 4
### Frequency of Disk-attachment Pain in the CMA+Bruxing Behavior, CMD-Nonbruxing and Control Group

|  | CMD+bruxers N = 130 | | CMD-nonbruxer N = 66 | | Control N = 130 | |
| --- | --- | --- | --- | --- | --- | --- |
|  | n | % | n | % | n | % |
| Disk-attachment pain (bilateral) | 20 | 15.38 | 2 | 3.03 | 2 | 1.54 |
| Disk-attachment pain (right side) | 11 | 8.46 | 3 | 4.54 | 4 | 3.08 |
| Disk-attachment pain (left side) | 19 | 14.61 | 5 | 7.57 | 1 | 0.77 |
| Totals | 50 | 38.45 | 10 | 15.14 | 7 | 5.39 |

KDA-002126
EXHIBIT 70

**Table 5**
Prevalence of Disk Displacement Pain With Reduction in the CMA+Bruxing Behavior, CMD-Nonbruxing and Control Group

|  | CMD+bruxers N = 130 | | CMD-nonbruxer N = 66 | | Control N = 130 | |
|---|---|---|---|---|---|---|
|  | n | % | n | % | n | % |
| Disk-displacement w/reduction (bilateral) | 24 | 18.46 | 4 | 6.06 | 11 | 8.46 |
| Disk-displacement w/reduction (right side) | 10 | 7.69 | 5 | 7.56 | 10 | 7.69 |
| Disk-displacement w/reduction (left side) | 17 | 13.08 | 9 | 13.64 | 15 | 11.54 |
| Totals | 51 | 39.23 | 18 | 27.27 | 36 | 27.69 |

**Table 6**
Prevalence of Disk Displacement Without Reduction in the CMA+Bruxing Behavior, CMD-Nonbruxing and Control Group

|  | CMD+bruxers N = 130 | | CMD-nonbruxer N = 66 | | Control N = 130 | |
|---|---|---|---|---|---|---|
|  | n | % | n | % | n | % |
| Disk-displacement w/o reduction (bilateral) | 3 | 2.31 | 0 | 0 | 0 | 0 |
| Disk-displacement w/o reduction (right side) | 3 | 2.31 | 0 | 0 | 0 | 0 |
| Disk-displacement w/o reduction (left side) | 2 | 1.54 | 0 | 0 | 0 | 0 |
| Totals | 8 | 6.16 | 0 | 0 | 0 | 0 |

($p < 0.002$) between the bruxing behavior group and the control group (**Table 12**). However, these results suggested a very low incidence of the problem in our population of patients and subjects.

**Table 7** shows that 13 patients (10.01%) in the CMD+ bruxing behavior group, five patients (7.57%) in the CMD-nonbruxing behavior group, and six subjects (4.62%) in the control group presented signs and

**Table 7**
Prevalence of Osteoarthrosis in the CMA+Bruxing Behavior, CMD-Nonbruxing and Control Group

|  | CMD+bruxers N = 130 | | CMD-nonbruxer N = 66 | | Control N = 130 | |
|---|---|---|---|---|---|---|
|  | n | % | n | % | n | % |
| Osteoarthrosis (bilateral) | 8 | 6.16 | 2 | 3.03 | 2 | 1.54 |
| Osteoarthrosis (right side) | 4 | 3.08 | 1 | 1.51 | 2 | 1.54 |
| Osteoarthrosis (left side) | 1 | 0.77 | 2 | 3.03 | 2 | 1.54 |
| Totals | 13 | 10.01 | 5 | 7.57 | 6 | 4.62 |

-92-

KDA-002127
**EXHIBIT 70**

**Table 8**
Capsulitis/Synovitis
Table of Location By Group

| Location Frequency Col Pct | Group | | | |
|---|---|---|---|---|
| | CMD+B | CMD-NB | Control | Total |
| None | 5 | 8 | 54 | 67 |
| | 3.85 | 12.12 | 41.54 | |
| Present | 125 | 58 | 76 | 259 |
| | 96.15 | 87.88 | 58.46 | |
| Total | 130 | 66 | 130 | 326 |

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-square | 2 | 60.159 | 0.001 |
| Likelihood ratio chi-square | 2 | 63.576 | 0.001 |
| Mantel-Haenszel chi-square | 1 | 56.383 | 0.001 |
| Fisher's exact test (2-Tail) | | | 1.98E-14 |
| Phi coefficient | | 0.430 | |
| Contingency coefficient | | 0.395 | |
| Cramer's V | | 0.430 | |
| Sample size = 326 | | | |

symptoms and/or evidence of osteoarthrosis. The analysis of the results showed no statistical significant difference ($p = 0.26$) between patients and controls (**Table 13**). Again, observations did not show high incidence of the problem in the populations studied.

**Table 9**
Retrodiskal Pain
Table of Location By Group

| Location Frequency Col Pct | Group | | | |
|---|---|---|---|---|
| | CMD+B | CMD-NB | Control | Total |
| None | 90 | 63 | 128 | 281 |
| | 69.23 | 95.45 | 98.46 | |
| Present | 40 | 3 | 2 | 45 |
| | 30.77 | 4.55 | 1.54 | |
| Total | 130 | 66 | 130 | 326 |

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-square | 2 | 52.639 | 0.001 |
| Likelihood ratio chi-square | 2 | 56.145 | 0.001 |
| Mantel-Haenszel chi-square | 1 | 46.535 | 0.001 |
| Fisher's exact test (2-Tail) | | | 6.76E-13 |
| Phi coefficient | | 0.402 | |
| Contingency coefficient | | 0.373 | |
| Cramer's V | | 0.402 | |
| Sample size = 326 | | | |

**Table 10**
Disk Attachment Pain
Table of Location By Group

| Location Frequency Col Pct | Group | | | |
|---|---|---|---|---|
| | CMD+B | CMD-NB | Control | Total |
| None | 80 | 56 | 123 | 259 |
| | 61.54 | 84.85 | 94.62 | |
| Present | 50 | 10 | 7 | 67 |
| | 38.46 | 15.15 | 5.38 | |
| Total | 130 | 66 | 130 | 326 |

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-square | 2 | 45.032 | 0.001 |
| Likelihood ratio chi-square | 2 | 47.297 | 0.001 |
| Mantel-Haenszel chi-square | 1 | 43.420 | 0.001 |
| Fisher's exact test (2-Tail) | | | 5.44E-11 |
| Phi coefficient | | 0.372 | |
| Contingency coefficient | | 0.348 | |
| Cramer's V | | 0.372 | |
| Sample size = 326 | | | |

**Discussion**

*Frequency of Capsulitis/Synovitis*

The frequency of capsulitis/synovitis in the CMD+bruxing behavior group was approximately 96.15% (125

**Table 11**
Disk Displacement With Reduction
Table of Location By Group

| Location Frequency Col Pct | Group | | | |
|---|---|---|---|---|
| | CMD+B | CMD-NB | Control | Total |
| None | 79 | 48 | 94 | 221 |
| | 60.77 | 72.73 | 72.31 | |
| Present | 51 | 18 | 36 | 105 |
| | 39.23 | 27.27 | 27.69 | |
| Total | 130 | 66 | 130 | 326 |

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-square | 2 | 4.887 | 0.087 |
| Likelihood ratio chi-square | 2 | 4.846 | 0.089 |
| Mantel-Haenszel chi-square | 1 | 3.951 | 0.047 |
| Fisher's exact test (2-Tail) | | | 0.093 |
| Phi coefficient | | 0.122 | |
| Contingency coefficient | | 0.122 | |
| Cramer's V | | 0.122 | |
| Sample size = 326 | | | |

KDA-002128
EXHIBIT 70

**Table 12**
Disk Displacement Without Reduction
Table of Location By Group

| Location Frequency Col Pct | Group | | | |
|---|---|---|---|---|
| | CMD+B | CMD-NB | Control | Total |
| None | 122 | 66 | 130 | 318 |
| | 93.85 | 100.00 | 100.00 | |
| Present | 8 | 0 | 0 | 8 |
| | 6.15 | 0.00 | 0.00 | |
| Total | 130 | 66 | 130 | 326 |

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-square | 2 | 12.365 | 0.002 |
| Likelihood ratio chi-square | 2 | 15.015 | 0.001 |
| Mantel-Haenszel chi-square | 1 | 10.252 | 0.001 |
| Fisher's exact test (2-Tail) | | | 2.25E-03 |
| Phi coefficient | | 0.195 | |
| Contingency coefficient | | 0.191 | |
| Cramer's V | | 0.195 | |

Sample size = 326
*Warning: 50% of the cells have expected counts less than 5. Chi-square may not be a valid test.*

**Table 13**
Osteoarthrosis
Table of Location By Group

| Location Frequency Col Pct | Group | | | |
|---|---|---|---|---|
| | CMD+B | CMD-NB | Control | Total |
| None | 117 | 61 | 124 | 302 |
| | 90.00 | 92.42 | 95.38 | |
| Present | 13 | 5 | 6 | 24 |
| | 10.00 | 7.58 | 4.62 | |
| Total | 130 | 66 | 130 | 326 |

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi-square | 2 | 2.769 | 0.250 |
| Likelihood ratio chi-square | 2 | 2.850 | 0.241 |
| Mantel-Haenszel chi-square | 1 | 2.755 | 0.097 |
| Fisher's exact test (2-Tail) | | | 0.262 |
| Phi coefficient | | 0.092 | |
| Contingency coefficient | | 0.092 | |
| Cramer's V | | 0.092 | |

Sample size = 326

patients) as compared to 87.88% (58 patients) in the CMD-nonbruxing behavior group and 58.45% (76 subjects) in the control group. Our results were very different from the frequency of 69% observed by Holmlund, Helssing and Axelsson[12] on clinical palpation of 62 temporomandibular joints of patients presenting chronic impairment of the TMJ function. This difference is probably related to the fact that all patients in our first group presented bruxing and/or clenching behavior which no doubt led to an overload of the joint capsule, thus resulting in trauma and inflammation. On the other hand, the prevalence (69%) these researchers found in their study was more similar to what we observed in our group of CMD-nonbruxing behavior patients (87.88%). The fact that we found a higher prevalence of capsulitis/synovitis in all three groups (bruxers, nonbruxers and controls), suggests that this disorder is probably multifactorial, and bruxing behavior per se is not its only cause.

Our results were very similar to the frequency of approximately 85% of capsulitis observed by Pereira, et al.[13] in their study of 27 patients presenting painful temporomandibular joints. Holmgren, Sheikholeslam and Riise,[14] used the clinical method of palpating over the temporomandibular joint and found a prevalence of approximately 75% capsulitis in patients presenting CMD and bruxing behavior. This difference is probably due to the fact that the group they examined had a lower mean age (27 years) as compared to our group of 130 CMD and bruxing behavior patients (35.48 years). There seems to be evidence from clinical studies that TMJ occurs more frequently in higher age groups. There is no data to compare the chronicity of this study's patients' disorders with that of these researchers. It is likely that a higher chronicity in this group may have also contributed to a higher prevalence of capsulitis/synovitis.

Lous, Sheikholeslam and Møller[15] examined a group of 39 CMD patients in the range of 14-70 years of age and even though they did not mention the percentage of bruxers in their group, they found a prevalence of about 97% capsulitis, being 54% unilateral and 43% bilateral. Such frequency is equivalent to what was found in this study (96.15%) in CMD+bruxers and 87.88% in CMD-nonbruxers). It is interesting to note that Marbach and coworkers[16] found only a small difference in the frequency of capsulitis between a group of 11 female CMD and bruxing behavior patients (54.5%) and another group of 134 female CMD-nonbruxing behavior patients (57.9%) suggesting that capsulitis/synovitis may be present significantly in CMD+ bruxer and CMD-nonbruxer patients. The difference in frequency between the group of 11 CMD+bruxing behavior female patients (54.5%) observed by Marbach, et al.[16] as compared to the frequency of about 96.15% observed in this study's group of 130 CMD+bruxing behavior patients may be due to the fact that those researchers used only a self-report to assess the presence of bruxing behavior, whereas in

KDA-002129
**EXHIBIT 70**

this study self-report and various signs and symptoms which are no doubt associated with grinding/clenching the teeth were used.

*Frequency of Retrodiskal Pain*

Table 3 demonstrates that the frequency of retrodiskal pain was about 30.76% in the group of CMD+bruxer patients as compared to only 4.54% in the group of CMD-nonbruxer patients and 1.54% in the control group, therefore CMD and bruxer patients presented a significantly higher frequency when compared to the other two groups. It is difficult to compare our results with those of other researchers since literature regarding this disorder is scarce. Chosegros, et al.[17] studied the clinical results of therapeutic temporomandibular joint arthroscopy using a prediskal section and retrodiskal coagulation in 34 TMJs presenting debilitating joint disorders, mainly disk displacement with and without reduction that had not responded to noninvasive modalities of therapy. Lysis, lavage and retrodiskal coagulation were used as the therapeutic modalities. Even though the initial diagnosis was not retrodiskal pain, researchers observed objective improvement in 71% of cases which probably suggests that inflammation in the retrodiskal tissues was present before therapeutic intervention. Because many of these patients presented disk displacement without reduction, it was likely that the frequency of retrodiskal pain in this sample was higher as compared to the 30.76% found in this current study.

Kahnberg, Magnusson and Widmar[18] performed histopathological analysis of 28 disks in 28 patients who presented with anterior disk displacement without reduction (23 patients) and with reduction (5 patients). Only in 12 out of 28 disks, the posterior attachment was considered a part of the specimen taken for examination. The study demonstrated the presence of cellular signs of inflammation in the retrodiskal tissues in eight cases suggesting that 66% of this sample presented retrodiskal inflammation and pain before surgery. This higher prevalence of retrodiskal inflammation was probably associated with the high frequency of disk displacement without reduction (25 out of 28 disks) which was present in those patients. Sano and Westesson[19] studied the magnetic resonance imaging of the temporomandibular joint and the T2 signal in the retrodiskal tissues in painful joints so as to correlate it with pain. They studied 48 joints of 33 patients referred for MRI of the TMJ. Even though they did not establish the percentage of correlation, they concluded that the average T2 signal from the retrodiskal tissues was higher in painful joints than in nonpainful joints. Consequently, this and other studies suggest that a significant percentage of pain arising in the temporomandibular joint structures may be ascribed to the retrodiskal tissues. No doubt such pain is related to the inflammatory process. One of the most prevalent causes of inflammation and pain in these structures is chronic repetitive overloading combined with deficient protective mechanisms. Superficial vascular changes in the retrodiskal tissues are an aspect of the remodeling process during progressive anterior displacement of the temporomandibular joint disk. It is likely that many disk disorders occur together with an initial inflammatory change in the retrodiskal tissues.

Dworkin, et al.[20] studied the frequency of some temporomandibular disorders in clinical cases, community cases and community control subjects. By using intrameatal palpation, they found a frequency of about 10.2% pain in the TMJ which probably indicates the presence of retrodiskal pain. The lower frequency observed may be due to the fact that intra-meatal palpation can only produce mild or slight pain. Had they used the criteria utilized in this study to depict the actual frequency of retrodiskal pain, a higher frequency of TMJ intra-meatal pain may have been found. Also, not all patients in the Dworkin study were bruxers. The frequency found in the Dworkin study seems to be more similar to the 4.54% retrodiskal pain found in this study's group of 66 CMD-nonbruxer patients.

Since articular pain has been associated with fatty infiltration in other joints of the body (e.g., the knee articulation), Helmy, et al.[21] studied the histopathologic findings especially fatty changes that may be seen in surgical specimens from the TMJs in patients that have persistent pain after nonsurgical therapy. Helmy studied retrodiskal samples from 25 patients who had been previously treated unsuccessfully with splints for more than two months. Moderately dense tissue with cells, which appeared fibroblastic and intermittent chondrocyte type, were observed. Fatty changes, exclusively associated with the perivascular areas, were observed in 67% of 40 specimens. Because fatty infiltrations of the TMJ have been interpreted as degenerative changes and quinine and prostaglandin generated in the fat pads can pass freely in tissue fluid to adjacent areas, highly innervated structures may lead to joint pain. It is likely that such specimens presented retrodiskal inflammation and pain, or at least such changes could have been present before the degenerative changes ensued.

Takaku, et al.[22] performed a comparative MRI and microscopic pathology study of disk displacement without perforation in 11 patients. MRI was first performed and then diskectomy in 11 joints. On MRI assessments, high signal intensity in the posterior band of the disk and retrodiskal tissues was observed in 11 joints,

KDA-002130
**EXHIBIT 70**

therefore suggesting retrodiskal inflammation and probably pain in 100% of cases. On microscopic examination, edematous changes were observed in retrodiskal tissues in seven joints (64%), suggesting retrodiskal inflammation. These and other studies, in which MRI, microscopy and/or a clinical method have been used to assess the functional status of retrodiskal tissues, suggest that the frequency of inflammation and probably pain in those structures is high, and therefore encourage other studies on this subject. The fact that a higher frequency of retrodiskal pain was found in this group of CMD+bruxing behavior patients (30.76%) as compared to the CMD-nonbruxing behavior group (4.54%) and controls (1.54%), implies that bruxing behavior probably renders posterior structures more vulnerable to ensue histological and biochemical changes that ultimately result in inflammation and pain. The functional status of such tissues should be assessed routinely in CMD and bruxing behavior patients.

*Frequency of Disk-attachment Pain*

Table 4 demonstrates that the frequency of disk-attachment pain in the CMD+bruxing behavior group was about 38.45% (50 patients) as compared to 15.14% (ten patients) in the CMD-nonbruxing behavior group and to only 5.39% (seven subjects) in the control group. Therefore, the frequency of this disorder was significantly higher in the CMD+bruxing behavior group as compared to the other two groups. The results were very similar to the frequency of 32% of disk-attachment pain found by Nitzan and Dolwick[23] in their study of 125 patients presenting internal joint derangements. Only 50% of the group they assessed were bruxers, thus the higher frequency observed in this study's group could probably be related to the fact that 100% in the group assessed were bruxers. Patients in the group evaluated by Nitzan and Dolwick[23] presented clicking, variable periods of limited mouth opening, intermittent locking, and jaw opening greater than 35 mm. Such patients were very similar in terms of clinical profiles when compared to those included in the current study's group.

Schiffman, et al.[9] used a combination of a questionnaire, clinical examination and bilateral tomography to refine the diagnosis of CMD patients. They found a frequency of 38% history of locking which could suggest disk-attachment pain. All patients presenting disk-attachment pain in our CMD+bruxing behavior group presented a history of locking and other signs and symptoms suggesting disk-attachment pain. Variable periods of locking usually occur with other signs and symptoms suggesting disk-attachment pain. Tsolka, Morris and Preiskel[24] assessed a group of 51 patients presenting signs and symptoms of CMD and found a frequency of about 34% history of locking which also suggests disk-attachment pain. The higher frequency found in the current study is probably related to the fact that all patients in the CMD+bruxing behavior group were bruxers and/or clenchers. There are many reports in the literature suggesting that repetitive micro-trauma to the posterior area of the temporomandibular joint structures does contribute to inflammation, anterior and medial disk displacement and signs and symptoms of disk-attachment pain.

Takahasi, et al.[25] assessed a group of 65 temporomandibular joints in 56 patients. They used clinical examination, history of signs and symptoms, panoramic and transcranial views, arthroscopy and MRI to establish a diagnosis. They found that 28 joints of 27 subjects (48%), presented internal derangements and a history of locking suggesting disk-attachment pain. The higher prevalence found in their study was probably associated with the more precise technique of assessment they used to examine patients and to refine the diagnosis. Patients presenting more disabling disorders, including disk-attachment pain and anterior disk displacement without reduction, are usually referred to more specialized centers in oral and maxillofacial surgery for examination and treatment. This could result in a higher prevalence of any of these disabling TMJ conditions.

Westling, et al.[26] studied a group of 76 female patients whose age ranged from 13 to 35 years old (mean 25.2 years), presenting CMD. Clinical criteria was used to assess the group which found a frequency of intermittent locking suggesting disk-attachment pain in about 23% of the group. The lower frequency found is probably related to the lower mean age of the group (25.2 years old) as compared to the current study's CMD+bruxing behavior group (35.48 years old) and to the fact that 100% of the group assessed in this study were bruxers. Only 57% of the group Westling studied were bruxers.

*Frequency of Disk Displacement With Reduction*

In this study, a frequency of 39.23% (51 patients) was found with anterior disk displacement (ADD) with reduction in the group of 130 CMD+bruxing behavior patients, and 27.27% (18 patients) in the group of CMD-nonbruxing behavior patients. Overall the data showed 35.20% of all 196 CMD patients (bruxers and nonbruxers) presented disk displacement with reduction. It is interesting to note that the frequency of this disorder in the control group (27.69%) was equivalent to that found in the CMD-nonbruxing behavior group (27.27%). The data suggests that a significant frequency of disk displacement with reduction can be found in subjects in a normal population. Because the prevalence of ADD with reduction was not

KDA-002131
EXHIBIT 70
-96-

significantly different in all three groups (CMD+bruxers, CMD-nonbruxers and controls), it appears that bruxing behavior is not the determinant factor causing ADD with reduction. These findings need to be corroborated with other studies using similar samples. It is interesting to note that even though the controls were not seeking active treatment, there was a high frequency of anterior disk displacement in the group (36 subjects = 27.69%). The findings also suggest that ADD with reduction may be significantly high in asymptomatic individuals.

The frequency of 35.20% (196 CMD patients) ADD with displacement found in bruxers and nonbruxers is very different from the frequency of 71% ADD with reduction observed by Tsolka, Morris and Preiskel[24] in their study of 64 TMD patients of whom 40 were bruxers. Holmgren, Sheikholeslam and Riise[14] assessed a group of 31 patients presenting CMD and nocturnal bruxing behavior. They used a clinical method to diagnose ADD with reduction and found a frequency of about 26% reciprocal clicking suggesting ADD with reduction. This small difference in frequency is probably related to the different mean age of the group in the current study of CMD+bruxing behavior patients (35.48 years) as compared to the mean age of the group Holmgren, et al.[14] assessed (27 years) and also to the higher frequency of bruxing behavior of the group (100%) in the current study. Morrow[27] found a frequency of 44% of ADD with reduction in a group of 263 CMD patients. It is likely that the method of MRI used to depict disk position could account for the difference.

Kolbinson, et al.[28] assessed a group of 50 patients with a history of trauma and found a prevalence of about 54% ADD with reduction as compared to the 35.20% (196 patients) frequency observed in our group of 196 CMD patients (bruxers and nonbruxers). The higher frequency of the disorder these researchers observed is undoubtedly associated with the history of trauma of the patients in the group studied. A higher frequency of internal joint derangement (IJD) has been linked to a history of traumatic events.[29] Paesani, et al.[30] used MRI to depict the position of the joint disk in 230 joints of 115 CMD patients referred for diagnosis and treatment. Eighty percent (80%) of the group studied presented some form of IJD. Paesani observed a frequency of about 26% ADD with reduction which is almost equivalent to the frequency of 27.27% found in our group of 66 CMD-nonbruxing patients but little different from the frequency of 39.23% ADD with reduction observed in our group of 130 CMD+bruxing behavior patients. It is likely that the difference in frequency between the group those researchers evaluated and the group of CMD+bruxing behavior patients assessed here may be attributed to:

1. The lower mean age of the group Paesani, et al.[30] assessed;
2. The fact that all patients in the current study's group were CMD and bruxers;
3. The method of MRI Paesani used in the study versus the method of a questionnaire, clinical examination, palpation and stethoscope used to assess the patients in the current study.

An overall frequency of 35.20% ADD with reduction was found in our group of 196 CMD patients (bruxers and nonbruxers). This frequency is almost equivalent to the 39% of ADD with reduction observed by Lobbezoo, et al.[8] in a study of 438 patients presenting a diversity of signs and symptoms of CMD. Such similarity of results between that study and this one may be due to the similar age of the group assessed (34 years) and the comparable methods (questionnaire, clinical examination and history of signs and symptoms of CMD) used to evaluate the sample. The protocol was very similar to that used to evaluate our groups. Yatani, et al.[31] used clinical examination, medical and dental history, history of pain, palpation and assessment of mandibular movements plus sagittal tomography and MRI in one third of a group of 260 CMD patients to complement and refine diagnosis. They found a frequency of ADD with reduction of about 34.5% which is comparable to the frequency of 35.20% found in our entire group of 196 CMD patients (bruxers and nonbruxers). Holmlund, Helsing and Axelsson[12] assessed 62 temporomandibular joints of 55 CMD patients with a mean age of 43 years old. Clinical examination of this group depicted a frequency of 34% ADD with reduction which again is very similar to the frequency of 35.20% observed in the group of 196 CMD patients (bruxers and nonbruxers). Even though we only found a frequency of 45.39% ADD with and without reduction in the group of 130 CMD and bruxer patients, there is a report in the literature suggesting that bruxism is statistically linked to TMJ disk displacement which could explain the anatomic variation in abnormal disk position.[32]

*Frequency of Disk Displacement Without Reduction*

Table 6 demonstrates the frequency of disk displacement without reduction to be 6.16% (8 patients) in the CMD+bruxing behavior group. Such disorders were not observed either in the CMD-nonbruxing behavior group or in the control group.

This frequency was very similar to the seven percent (7%) of ADD without reduction observed by Lobbezoo, et al.[8] in a study of 438 CMD patients. Paesani, et al.[30] assessed 115 CMD patients and 230 joints by using clinical examination, arthrography and MRI to refine the diagnosis. A frequency of approximately 6.5% ADD

without reduction was found to be possibly associated with arthrosis.

The frequency of ADD without reduction observed in the current study was very different from the frequency of 60% found by De Laat, et al.[7] This difference in frequency may be related to the method of MRI used in their study and to the fact that patients in the sample were referred to a Department of Maxillofacial Surgery with a chief complaint of "limited mouth opening" which would reflect in a higher frequency of disk displacement without reduction and probably a history of disk-attachment pain. Patients presenting more chronic and disabling IJD and more pathological conditions of the stomatognathic system are usually referred to centers or institutions equipped with the state of the art equipment and facilities for diagnosis and/or treatment which includes oral surgery.

*Frequency of Osteoarthrosis*

In **Table 7** the frequency of osteoarthrosis (OA) in the CMD+bruxing behavior group was 10.01% (13 patients) as compared to the frequencies of 7.57% (five patients) in the CMD-nonbruxing behavior group and 4.62% (six subjects) in the Control group. As a whole, frequencies of OA in the three groups were very low and showed very little difference.

The results in this study were similar to the frequency of 11% crepitus suggesting osteoarthrosis observed by Wilkinson, et al.[33] in a group of 64 CMD patients. The higher frequency found was probably related to the high frequency of history of trauma in the group examined. Sixteen patients in the group presented a history of trauma. Westling, Carlsson and Helkimo[26] evaluated a group of 76 female CMD patients with a mean age of 25.2 years. Clinical examination was used to assess the patients and they found a frequency of approximately 11% of crepitus suggesting osteoarthrosis. Carlsson, Kopp and Wedel[34] evaluated a group of 350 consecutive CMD patients referred to the Department of Stomatognathic Physiology for diagnosis and treatment. The mean age of their group was 39.9 years. The questionnaire depicted a frequency of approximately eight percent (8%) crepitus suggesting osteoarthrosis. The frequency was very similar to that found in our study of CMD+bruxer patients (10.01%) and CMD-nonbruxer patients (7.57%). Marguelles, et al.[35] assessed a group of 484 patients presenting IJD in which 198 were females and the mean age of the group was 25.3 years. They found a frequency of about 8.6% crepitus during joint function, suggesting "degenerative arthrosis." The lower frequency observed in their group was probably associated to the lower mean age as compared to the higher mean age (35.48 years) of the group of CMD and bruxing behavior patients in the current study. Holmgren, Sheikholeslam and Riise[14] evaluated a group of 31 patients presenting symptoms of CMD and bruxing behavior. A stethoscope was used to assess joint sounds. Clinical examination, history of signs and symptoms and palpation were used to evaluate the symptoms of CMD. They found a higher frequency of crepitus (29%). Such a difference in frequency could probably be associated with the use of a stethoscope which is thought to significantly magnify joint sounds.

### Acknowledgement

We would like to thank John Schoofield, statistician of the statistical/mathematical support group of the University of Texas Health Science Center at San Antonio, for his valuable statistical analysis of this project.

### References

1. Curl DD: Chiropractic management of capsulitis and synovitis of the temporomandibular joint. *J Orofac Pain* 1993; 7:283-293
2. Farrar WB: Differentiation of temporomandibular joint dysfunction to simplify treatment. *J Prost Dent* 1972; 28:629-636
3. Farrar WB: Characteristics of the condylar path in internal derangements of the temporomandibular joint. *J Prost Dent* 1978; 39:319-323
4. Roberts CA, Tallents RS, Speland MA, Handelman SL, Katzberg RW: Mandibular range of motion versus arthrographic diagnosis of the temporomandibular joint. *Oral Surg Oral Med Oral Pathol* 1985; 60:244-251
5. Dolwick MF, Riggs RR: Diagnosis and treatment of internal derangements of the temporomandibular join. *Dent Clin North Amer* 1983; 27:561-571
6. Isberg-Holm AM, Westesson PL: Movements of disk and condyle in temporomandibular joints with clicking: an arthrographic and cineradiographic study on autopsy specimens. *Acta Odont Scand* 1982; 40:152-166
7. De Laat A, Horvath M, Bossuyt M, Fossini E, Baert AL: Myogenous or arthrogenous limitation of mouth opening: correlations between clinical findings, MR and clinical outcome. *J Orofac Pain* 1993; 7:150-155
8. Lobbezoo AM, De Leeuw JR, Steenks MH, Bosman F, Buchner R: Diagnostic subgroups of craniomandibular disorders Part 1: Self report data and clinical findings. *J Orofac Pain* 1995; 9:24-36
9. Schiffman E, Anderson G, Fricton H, Burton K, Schellas K: Diagnostic criteria for intra articular TM disorders. *Comm Dent Oral Epidemiol* 1989; 17:252-257
10. Stegenga B, De Bont LG, Kujil B, Boering G: Classification of temporomandibular joint osteoarthrosis and internal derangement. Part I: Diagnostic significance of clinical and radiographic symptoms and signs. *J Craniomand Pract* 1992; 10:96-106
11. Bell WE: *Orofacial pains: classification, diagnosis, management*. Chicago: Year Book Medical Publishers, 1989
12. Holmlund A, Helssing G, Axelsson S: The Temporomandibular Joint: a comparison of clinical and arthroscopic findings. *J Prost Dent* 1989; 62:61-65
13. Pereira FJ, Lundh H, Eriksson L, Westesson PL: Microscopic changes in the retrodiskal tissues of painful temporomandibular joints. *J Oral Maxillofac Surg* 1996; 54:461-468
14. Holmgren K, Sheikholeslam A, Riise C: Effect of a full-arch maxillary occlusal splint on parafunctional activity during sleep in patients with nocturnal bruxism and signs and symptoms of craniomandibular disorders. *J Prost Dent* 1993; 69:293-297
15. Lous I, Sheikholeslam A, Moller E: Postural activity in subjects with functional disorders of the chewing apparatus. *Scan J Dent Res* 1970; 78:404-410
16. Marbach JJ, Raphael KG, Dohrenwend BP, Lennon MC: The validity of tooth grinding measures: etiology of pain dysfunction syndrome revisited. *JADA* 1990; 120:327-333
17. Chosegros C, Cheynet F, Gola R, Pauzie F, Arnaud R, Blanc M: Clinical results of temporomandibular joint arthroscopy: a prospective study of 34

KDA-002133
**EXHIBIT 70**

arthroscopies with prediscal section and retrodiskal coagulation. *Brit J Oral Maxillofac Surg* 1996; 34:504-507
18. Kahnberg KE, Magnusson B, Widmark G: Structural alterations in the TMJ disk in patients treated for internal derangements (ADD). *Swed Dent J* 1997; 21:129-135
19. Sano T, Westesson PL: Magnetic resonance imaging of the temporomandibular joint increased T2 signal in the retrodiskal tissues of painful joints. *Oral Surg Oral Med Oral Pathol Oral Radiol Endod* 1995; 79: 511-516
20. Dworkin SF, Huggins KH, LeResche L, Von Korff M, Howard J, Truelove E: Epidemiology of signs and symptoms in temporomandibular disorders: clinical signs in cases and controls. *JADA* 1990; 120:273-282
21. Helmy ES, Timis DP, Sharawy MH, Abdelatif O, Bays RA: Fatty changes in the human temporomandibular joint disk: light and electron microscopic study. *Int J Oral Maxillofac Surg* 1990; 19:38-43
22. Takaku S, Sano Y, Yoshida B, Toyoda T: A comparison between magnetic resonance imaging and pathologic findings in patients with disk displacement. *J Oral Maxillofac Surg* 1998; 56:171-176
23. Nitzan DW, Dolwick MF: An alternative explanation for the genesis of closed-lock symptoms in the internal derangement process. *J Oral Maxillofac Surg* 1991; 49:810-815
24. Tsolka P, Morris RW, Preiskel HW: Occlusal adjustment therapy for craniomandibular disorders: a clinical assessment by a double-blind method. *J Prost Dent* 1992; 68:957-964
25. Takahashi K, Kondoh T, Kamei K, Seki H, Fukuda M, Nagai H, Takano H, Yamazaki Y: Elevated levels of nitric oxide in synovial fluid from patients with temporomandibular disorders. *Oral Surg Oral Med Oral Pathol Oral Radiol Endod* 1996; 82:503-509
26. Westling L, Carlsson GE, Helkimo M: Background factors in craniomandibular disorders with special reference to general joint hypermobility, parafunction, and trauma. *J Craniomand Disord Facial Oral Pain* 1990; 4:89-98
27. Morrow D, Tallents TH, Katzberg RW, Murphy WC, Hart TC: Relationships of other joint problems and anterior disk position in dymptomatic TMD patients and in asymptomatic volunteers. *J Orofac Pain* 1996; 10:15-20
28. Kolbinson DA, Epstein JB, Senthiselva A, Burgess J: A comparison of TMD patients with or without prior motor vehicle accident involvement: treatment and outcomes. *J Orofac Pain* 1997; 11:337-345
29. Harkins SJ, Marteney JL: Extrinsic trauma: a significant precipitating factor in temporomandibular dysfunction. *J Prost Dent* 1985; 54:271-272
30. Paesani D, Westesson PL, Hatala M, Tallents RS, Kurita K: Prevalence of temporomandibular joint internal derangements in patients with craniomandibular disorders. *Amer J Orthod Dentofac Orthop* 1992; 101:41-47
31. Yatani H, Minakuchi H, Matsuka T, Fujisawa T, Yamashita A: The long-term effect of occlusal therapy on self-administered treatment outcomes of TMD. *J Orofac Pain* 1998; 12:75-88
32. Katzberg RW, Westesson PL, Tallents RH, et al.: Anatomic disorders of the temporomandibular joint disk in asymptomatic subjects. *J Oral Maxillofac Surg* 1996; 54:147-153
33. Wilkinson T, Hansson TL, McNeill C, Marcel T: A comparison of the success rate of 24-hour occlusal splint therapy versus nocturnal occlusal therapy in reducing craniomandibular disorders. *J Craniomand Disord Facial Oral Pain* 1992; 6:64-70
34. Carlsson GE, Kopp S, Wedel A: Analysis of background factors in 350 patients with TMJ disorders as reported in self-administered questionnaires. *Comm Dent Oral Epidemiol* 1982; 10:47-51
35. Marguelles RE, Carpentier P, Yung YP, Defrennes D, Pharaboz C: Clinical diagnosis compared with findings of magnetic resonance imaging in 242 patients with internal derangements of the TMJ. *J Orofac Pain* 1995; 9:244-253

**Dr. José dos Santos, Jr.** *received his D.D.S. degree in 1959 from the University of São Paulo, Brazil. He was an adjunct professor at the University of São Paulo, Brazil from 1962 to 1979. He receive his M.S. degree in 1969 from Rackham Institute of Graduate Studies, University of Michigan. He is a former (1980) associate professor in the Department of Occlusion and Orofacial Pain/Temporomandibular Joint Clinic, University of Michigan. Currently, Dr. dos Santos is a professor at the University of Texas Health Sciences Center, San Antonio. He is Director of Programs for Continuing Education Courses for Brazilian Dentists in the United States. He is a member of the American Equilibration Society, American Association of Dental Research and Association of University TMD and Orofacial Pain Programs. Dr. dos Santos has published several articles and books both nationally and internationally.*

KDA-002134
**EXHIBIT 70**