# CRANIO

## THE JOURNAL OF CRANIOMANDIBULAR PRACTICE

OCTOBER 1999      VOLUME 17, NUMBER 4

ISSN 0886-9634

**Increased Pain Sensitivity of the Upper Extremities of TMD Patients with Myalgia to Experimentally-evoked Noxious Stimulation: Possibility of Worsened Endogenous Opioid Systems**
    Koji Kashima, D.D.S., Ph.D.; Omar Ibna Faizur Rahman, B.D.S., Ph.D.;
    Sumio Sakoda, D.D.S., Ph.D.; Ryosuke Shiba, D.D.S., Ph.D.     **241**

**The Incidence and Influence of Abnormal Styloid Conditions on the Etiology of Craniomandibular Functional Disorders**
    Gerald Krennmair, M.D., D.D.S.; Eva Piehslinger, M.D., D.D.S.     **247**

**Role of Temporomandibular Disorders (TMD) in Facial Pain: Occlusion, Muscle and TMJ Pain**
    Kirsi Rauhala, D.D.S.; Kyösti S. Oikarinen, D.D.S., Ph.D.;
    Aune M. Raustia, D.D.S., Ph.D.     **254**

**Cinematic Study of Temporomandibular Joint Motion Using Ultra-fast Magnetic Resonance Imaging**
    Armelle Manière-Ezvan, D.D.S., Ph.D.; Thierry Havet, Ph.D.;
    Jean-Michel Franconi, Ph.D.; Jean-Claude Quémar, D.D.S., Ph.D.;
    Jacques-Donald de Certaines, Ph.D.     **262**

**A Clinical Study of Specific Signs and Symptoms of CMD in Bruxers Classified by the Degree of Severity**
    Omar Franklin Molina, D.D.S., M.S.; José dos Santos, Jr., D.D.S., M.S.;
    Stanley J. Nelson, D.D.S., M.S.; Thomas Nowlin, D.D.S., M.A.     **268**

**Proposed Cephalometric Diagnosis for Osteogenic Obstructive Sleep Apnea (OSA): The Mandibular/Pharyngeal Ratio**
    Rumy Hilloowala, D.D.S., Ph.D.; Roger B. Trent, Ph.D.;
    Erdogan Gunel, Ph.D.; Robert G. Pifer, D.D.S., M.S.     **280**

**Sliding Plates on Complete Dentures as a Treatment of Temporomandibular Disorder: A Case Report**
    Maria Cristina Candelas Zuccolotto, D.D.S., M.S.; Krunislave Antonio
    Nóbilo, D.D.S., Ph.D.; Luiz de Jesus Nunes, D.D.S., Ph.D.;
    Takami Hirono Hotta, D.D.S., M.S.     **289**

**General Dentistry Notes**
    John S. DuPont, Jr., D.D.S.; Russell Graham, L.P.T.;
    Joseph B. Tidwell, L.P.     **293**

Published Quarterly by:



CHROMA

KDA-002106
EXHIBIT 71

# CRANIO®

(CONTENTS continued from previous page)



*The base of the skull showing the length of the pharynx from the posterior nasal spine (PNS) to the pharyngeal tubercal (Pht). (282)*



*Intraoral record and drilled metallic platform in the positions: habitual, protrusive and lateral mandibular movements. (290)*

**280 SLEEP APNEA**

**Proposed Cephalometric Diagnosis for Osteogenic Obstructive Sleep Apnea (OSA): The Mandibular/ Pharyngeal Ratio**
Rumy Hilloowala, D.D.S., Ph.D.; Roger B. Trent, Ph.D.; Erdogan Gunel, Ph.D.; Robert G. Pifer, D.D.S., M.S.

**289 CASE REPORT**

**Sliding Plates on Complete Dentures as a Treatment of Temporomandibular Disorder: A Case Report**
Maria Cristina Candelas Zuccalotto, D.D.S., M.S.; Krunislave Antonio Nóbilo, D.D.S., Ph.D.; Luiz de Jesus Nunes, D.D.S., Ph.D.; Takami Hirono Hotta, D.D.S., M.S.

**293 GENERAL DENTISTRY**

**Contributors:**
John S. DuPont, Jr., D.D.S.; Russell Graham, L.P.T.; Joseph B. Tidwell, L.P.

| | | | |
|---|---|---|---|
| **229** | **GUEST EDITORIAL** Frank Heynick, Ph.D. (Med.) | **238** | **CRANIO CALENDAR** Seminar Announcements |
| **233** | **CRANIO CONCEPTS** Per-Lennart Westesson, M.D., Ph.D., D.D.S. | **240** | **CRANIO CRITIQUES** Book Reviews |
| **235** | **CRANIO COMMENTS** Letters to the Editor | **297** | **NEW PRODUCTS** |
| | | **A-7** | **INDEX OF ADVERTISERS** |

Statements and opinions expressed in the editorials, articles and communications herein are those of the author(s) and not necessarily those of the Editor(s), publisher (CHROMA, Inc.) or the CRANIO Editorial Board. The Editor(s), publisher (CHROMA, Inc.), and the CRANIO Editorial Board disclaim any responsibility or liability for such material and do not guarantee, warrant or endorse any technique, seminar, product or service advertised in this publication, nor do they guarantee any claim made by the manufacturer or author of such technique, seminar, product or service.

*CRANIO: The Journal of Craniomandibular Practice®* (ISSN 0886-9634) is published quarterly by CHROMA, Inc., 5323 Brainerd Road, Suite 106, Chattanooga, TN 37411. Subscription rates: $80.00 ($97.00 foreign); institutions $119.00 ($139.00 foreign); in-training $60.00 ($75.00 foreign); single copy $27.00 ($30.00 foreign). (Prices subject to change.) POSTMASTER: Send address changes to *CRANIO: The Journal of Craniomandibular Practice*, P.O. Box 8887, Chattanooga, TN 37414. ©1998 by CHROMA, Inc. Periodicals postage paid in Chattanooga, Tennessee, and additional entry offices.
**Change of Address:** Publisher must be notified 60 days in advance of address change. Undeliverable journals will be destroyed.
**Correspondence** covering subscription matter should be addressed to *CRANIO: The Journal of Craniomandibular Practice*, P.O. Box 8887, Chattanooga, TN 37414, email address: contact@cranio.com (800) 624-4141 or (423) 899-1753.

**Bound Volumes** available c/o CHROMA, Inc., P.O. Box 8887, Chattanooga, TN 37414. Bound Volume Number 16 will be available to all subscribers in early 1999. The volume will be hardbound in black buckram, with journal name, volume number, and year of issue stamped in gold on the spine. The cost for volume 16 is $90.00 ($98.00 foreign). Orders must be received by the publisher before March 1, 1999, to qualify.
**Study groups,** academies, and other professional organizations of 25 or more members may subscribe to *CRANIO* at the reduced rate of $70.00 for each U.S. member subscribing, or $80.00 for each member outside the United States. The president or secretary of the organization should send a list of all interested members with their complete addresses to CHROMA, Inc., P.O. Box 8887, Chattanooga, TN 37414. Remittance of U.S. dollars must be made in one check for the entire group. For groups of more than 100 members who wish to obtain a reduced rate, contact: Cynthia McLeod, CHROMA, Inc. (800) 624-4141.

This material may be protected by Copyright law (Title 17 U.S. Code)

■ BEHAVIORAL SCIENCES

# A Clinical Study of Specific Signs and Symptoms of CMD in Bruxers Classified by the Degree of Severity.

Omar Franklin Molina, D.D.S., M.S.; José dos Santos, Jr., D.D.S., M.S.; Stanley J. Nelson, D.D.S., M.S.; Thomas Nowlin, D.D.S., M.A.

0886-9634/1704-268$03.00/0, THE JOURNAL OF CRANIOMANDIBULAR PRACTICE,
Copyright © 1999 by CHROMA, Inc.

Manuscript received March 3, 1999; revised manuscript received June 14, 1999; accepted June 15, 1999

Address for reprint requests:
Dr. Jose dos Santos, Jr.
University of Texas Health Science Center
School of Dentistry
Dept. of Restorative Dentistry
Div. of Occlusion
7703 Floyd Curl Drive
San Antonio, Texas 78284-7890
email: santos@uthscsa.edu

ABSTRACT: Two hundred and seventy-six CMD patients referred consecutively for diagnosis and treatment over a period of four years were assessed. Two hundred and eleven were classified as bruxers according to the use of a questionnaire and clinical examination. One hundred (47.39%) presented clinical characteristics of mild bruxers, 66 (31.27%) presented moderate bruxism and 45 (21.32%) demonstrated severe bruxism. Severe bruxers presented the lowest degree of jaw opening (39.21 mm) and highest prevalence of capsulitis (97.77%), retrodiskal pain ( 84.44%) and disk-attachment pain (48.88%). As compared to the mild and moderate groups, severe bruxers also demonstrated significantly higher prevalence of protective splinting and transient locking or recent history of intermittent locking, masticatory pain, reciprocal clicking and signs and symptoms of Myofascial Pain Dysfunction Syndrome (MPDS). Because higher prevalence of specific muscle and joint disorders were observed in bruxers and such prevalence was progressive from the mild to the moderate and severe group, it may be concluded that bruxing behavior is a significant factor in the etiology and progression of muscle and joint disorders. Based on the review of the literature, the analysis of our data in comparison to other studies allowed us to conclude that severe bruxers are more impaired by muscular and joint disorders as compared to mild and moderate bruxers.

Dr. Omar Franklin Molina *received his D.D.S. degree in 1978 from the State University, Rio Grande do Sul, Brazil. He completed graduate studies at the State University of Santa Catarina, Brazil, receiving an M.S. degree in 1983. In 1983-1984 he specialized in orthodontics at the State University, Rio de Janeiro, Brazil and then attended advanced courses in occlusion and CMD in the United States. Dr. Molina has been a member of the American Equilibration Society since 1987 and has lectured on occlusion, facial pain and parafunctional habits in Brazil. He has published two books and is currently an instructor of advanced courses in CMD at The Brazilian Institute of Orthodontics, Rio de Janeiro. Dr. Molina is a member of The Center for Study of Craniomandibular Disorders at Porto Alegre, Brazil.*

Only a few studies have reported severity of bruxing behavior in specific groups of CMD patients.[1-3] Identification of diagnostic subgroups is relevant if treatment responses and prognosis are to be understood, particularly in patients presenting signs and symptoms of craniomandibular disorders including chronic orofacial pain and bruxing behavior. Bailey[4] stated that severe and chronic bruxing behavior decreases the ability to experience restorative sleep. Because destructive effects of bruxing behavior may occur in different structures of the masticatory system, it would be interesting to gain deeper insight about which particular disorders could be associated with severe bruxing behavior.

Attempts to study and classify bruxing behavior have been made in the last three decades using several approaches: personality profiles,[5] severity of tooth wear,[6] polysomnography,[7] electromyography,[8] clinical signs and symptoms,[9] time of the day,[10] body position in which it occurs,[11] self-report questionnaire and clinical examination,[12] and probably many other strategies. Bruxism is commonly classified as diurnal and/or nocturnal and of

KDA-002108
**EXHIBIT 71**

the clenching and/or grinding type. All are considered different disorders occurring at different stages of consciousness with diverse etiologic factors. In all cases, individual therapeutic approaches are recommended.[13]

Despite the common clinical and epidemiological correlations of grinding and/or clenching behavior to specific muscle and joint disorders, the classification and definition of different diagnostic subgroups is mandatory in view of the need for more accurate diagnosis and treatment. This may be particularly true for patients presenting internal joint derangements and chronic orofacial pain.

Since it is troublesome to use sophisticated instrumentation to assess large samples of CMD and bruxing patients to classify them by the degree of severity, it would be advantageous to evaluate combinations of symptoms. Ware and Rugh[1] used a polysomnography (PSG) method to assess the pattern of bruxism, its association with leg movements and its relationship to sleep stages to classify their patients into destructive and depressed groups. According to one study, bruxing subtypes were classifiable according to different dimensions.[14] Clinical experience suggests that parafunctional activity exacerbates internal joint derangements, and interferes with the therapeutic response to the derangement.[15] According to the International Association of Sleep Disorders,[16] severe bruxism which occurs nightly is evidenced by dental injury (including tooth wear), periodontal breakdown, musculoskeletal pain or temporomandibular disorders and may be related to severe psychosocial events.

Internal Joint Derangement (IJD) including retrodiskal pain, disk-attachment pain, capsulitis, disk displacement with or without reduction and locking, may be exacerbated by moderate and severe bruxism. Clinical studies combined with neuroanatomical labeling data lead to the conclusion that heavy clenching (centric bruxism) is responsible for the initiation and continuation of emetic symptoms (nausea and vomiting) in CMD.[17] Under normal conditions, the joint disk is capable of resisting loading related to chewing, swallowing and mild clenching. Therefore, the purpose of this study was to:
1. Classify bruxers according to the degree of severity using a combination of questionnaire and clinical examination;
2. Assess the prevalence of specific joint disorders in three differentiated groups of bruxers; and
3. Test the hypothesis that increased loading is very damaging to the joints and, therefore we may expect to find a higher prevalence of specific joint and muscle disorders, including difficulties opening the mouth, transient locking, retrodiskal pain, capsulitis

and disk-attachment pain in severe bruxers as compared to mild and moderate ones.

**Materials and Methods**

Information about the frequency of signs and symptoms of CMD, headaches and bruxing behavior, was gathered from a population of CMD patients referred to a Center for the Study of CMD and Facial Pain for diagnosis and treatment. This population consisted of a sample of 276 CMD patients referred over a period of four years. There were 236 females and 40 males and the mean age of the group was about 34.85 years (range 12-73). The following protocol was used initially to diagnose and classify patients as presenting CMD and mild, moderate, and severe bruxing behavior:
1. A set of questionnaires;
2. History of signs and symptoms;
3. Clinical examination including palpation of muscles and joints, evaluation of jaw movements, analysis of the occlusion, search for trigger points and patterns of referred pains, and application of diagnostic tests to assess the presence of MPDS and/or specific joint disorders. Dental casts, panoramic, transcranial, tomographic and or MR imaging, when necessary, were used to complement the diagnosis.

Once patients were diagnosed as presenting CMD, part of the comprehensive questionnaire was used to diagnose patients as presenting with or without bruxing behavior (daytime or nighttime bruxism).

Specific criteria to diagnose patients as presenting CMD are included in **Figures 1** to **4**.

All CMD patients, bruxers and non-bruxers, fit the criteria and were seeking active treatment for their symptoms. Some patients had been taking self-prescribed drugs, including analgesics and myorelaxants to reduce muscle, joint and/or headache pain, before the visit for examination and diagnosis. Once the patients were diagnosed as presenting CMD, they completed another questionnaire to gather information about bruxing behavior, first to determine if patients were CMD and bruxers, and then, based on the number of bruxism-related signs and symptoms, they were allocated to mild, moderate or severe groups.

Specific criteria to allocate CMD and bruxer patients to specific groups of bruxing behavior included the following:
1. Presence of wear facets of the teeth;
2. Recent history (last six months) of noises associated with nocturnal teeth grinding as reported by a friend, relative, and/or spouse;
3. Anamnestic report of catching himself/herself

KDA-002109
EXHIBIT 71

---

CAPSULITIS:
1. Pain on palpation over the joints;
2. Joint pain occurring during wide jaw opening and when the patient is instructed to keep the mouth wide open for one minute;
3. Wide jaw opening pain is immediately abolished by having the patient clench the jaw.

RETRODISKAL PAIN:
1. Pain occurs when manipulating the jaw into CR position;
2. Pain elicited when the patient clenches in CO position;
3. Pain induced by biting in the CO position is immediately abolished when the patient clenchs on a cotton roll;
4. Pain elicited by pressing the minor finger in the posterior area of the joint via external acoustic meatus.

DISK-ATTACHMENT PAIN:
1. Persistent joint pain correlated with jaw movements;
2. Joint noises and a feeling of obstruction during jaw movements;
3. Presence of intermittent and transient locking;
4. Clinical evidence that the disorder is refractory to conventional CMD therapy.

---

**Figure 1**
Specific criteria to consider patients as presenting signs and symptoms of capsulitis, retrodiskal pain and disk-attachment pain.

---

PROTECTIVE SPLINTING:
1. Anamnestic presence of myalgia;
2. Tenderness to palpation;
3. Restriction of jaw movements;
4. No pain at rest;
5. Feeling of muscle weakness;
6. Pain when performing normal or border movements.

MASTICATORY PAIN:
1. Anamnestic presence of chewing pain;
2. Anamnestic pain associated with jaw movements which lasts for a short period of time;
3. Presence of tenderness to palpation in the anatomic area of pain;
4. No pain at rest;
5. Patient starts using soft foods to prevent pain and discomfort.

MPDS:
1. Anamnestic pain in one or more known anatomic areas;
2. Presence of tender taut bands;
3. Presence of small nodules detected with the fingers and if compressed more tender to palpation. May elicit behavior or verbal responses;
4. Palpation of the trigger points (TP) may elicit referred pain and eventual autonomic responses (lacrimation, nausea);
5. Painful anatomic area readily correlated with known TP (ear pain associated with TP in the deep masseter muscle and/or in the clavicular division of sternocleidomastoid muscle; headache and neck pain associated with TP in anterior temporal, trapezius and/or sternocleidomastoid muscles.

---

**Figure 2**
Specific criteria to indicate diagnosis of protective splinting, masticatory pain and myofascial pain dysfunction syndrome(MPDS).

---

clenching the teeth during the day;
4. Anamnestic information of feeling tension and stiffness during the day;
5. Anamnestic account of feeling tension and stiffness upon awakening;
6. Anamnestic report of awakening frequently at night grinding or clenching;
7. Hypertrophy of the masseter and/or temporalis muscle;
8. Feeling of fatigue on the masseter muscles on awakening;
9. Feeling of fatigue on the masseter muscles during the day;
10. Report of awakening at night or in the morning with the jaws locked;
11. Cervical pain on awakening;
12. Awakening in the morning with pain in the masseter and/or in the temporalis muscles;
13. Feeling of body fatigue and/or feeling of having slept poorly when awakening in the morning;
14. Toothache or feeling of discomfort of the teeth on awakening;
15. Recent history of chronic dislocation of permanent or temporary restorations.

Patients scoring 3-5 points in the above list of 15 items were considered mild, those scoring 6-10 points were classified as moderate, and those scoring 11 points or higher were considered as severe bruxers. This scale of severity was designed and developed keeping in mind that it would be validated or at least be clinically acceptable if epidemiological findings in 211 bruxers

---

DISK DISPLACEMENT
WITH REDUCTION

1. Patient reports joint noises;
2. Reciprocal click (click on opening followed by a click on closing). Click diagnosed by intrameatal palpation and/or by the use of a stethoscope;
3. Noise disappears during mandibular protrusion and when the patient is instructed to open and close in this position.
4. Normal or reduced degree of jaw opening.

---

**Figure 3**
Specific criteria to classify patients as presenting disk displacement with reduction.

-104-

KDA-002110
EXHIBIT 71

VASCULAR PAIN:
1. Unilateral pain in the head;
2. Throbbing or pulsatile pain;
3. Central excitatory effects including nausea, vomiting and visual disturbances during headache pain episodes;
4. Throbbing quality more evident as severity increases;
5. Patients medicated with aeusaldine, cafergot and/or hormigraine (ergotamine tartrate) to relieve pain;

TENSION HEADACHE:
1. Bilateral pain on the forehead-temple or on the occipital-suboccipital areas (radiating from the posterior to the anterior area of the head or vice versa);
2. Pain described as steady, constant, lasting hours, having no throbbing quality (cannot be relieved by analgesics and myorelaxants);
3. Pain described as "tightening, pressing or compressing";
4. Headache attacks occurring two or more times per week;

COMBINATION HEADACHE:
1. Headache occurring unilaterally or bilaterally. Unilateral headache has the characteristics of vascular pain, whereas bilateral headache has the characteristics of tensional headache;
2. Presence of photophobia, nausea and vomiting particularly during the severe, throbbing, unbearable episodes of the vascular component of combination headache.

**Figure 4**
Specific criteria for vascular, tensional and combination headaches observed frequently in CMD patients.

demonstrated a significantly higher prevalence of specific muscle and joint disorders.

**Results**

Of the total group of 276 CMD patients, 100 (36.23%) presented mild, 66 (23.91%) demonstrated moderate and 45 (16.30%) severe bruxism. The prevalence of mild bruxism in 211 bruxers was 47.39% (100 patients), moderate bruxism 31.27% (66 patients), and severe bruxism 21.33% (45 patients).

Tables **1** through **5** describe the results of our study. According to statistical analysis for differences in percentages and a test of trends to check if the change in percentages corresponded to the trend from CMD-nonbruxer to CMD+bruxers (mild to moderate to severe), the results were: *sex*, not significantly different for both tests ($p>0.8$) (**Table 6**); *capsulitis*, significant ($p = 0.011$ for test of differences, regardless of trend and trend $p = 0.024$) (**Table 7**); *retrodiskal pain*, highly significant for both tests ($p<0.001$)(**Table 8**); *disk-attachment pain*, highly significant for both tests ($p<0.001$) (**Table 9**); *protective splinting*, significant ($p = 0.016$ for test of differences, regardless of trend and trend $p = 0.013$) (**Table 10**); *locking*, highly significant for both tests ($p<0.001$) (**Table 11**); *headache*, highly significant ($p = 0.009$ for differences, regardless of trend and trend $p = 0.002$)(**Table 12**); *masticatory pain*, highly significant for both tests ($p<0.001$) (**Table 13**); *reciprocal clicking*, highly significant for differences, regardless of trend ($p = 0.004$), but not significant for trend ($p = 0.175$) (**Table 14**); and *MPDS*, highly significant for both tests ($p<0.001$) (**Table 15**).

**Discussion**

*Severe Bruxism*

In our study, of the total group of 211 bruxers, 45 patients (21.32%) evidenced signs and symptoms of severe bruxism. Clarke, et al.,[18] using EMG methods to study the patterns of bruxism during sleep in ten patients presenting signs and symptoms of bruxing behavior, found that only two patients in the group they studied exceeded a force (during nocturnal bruxism) that could be equivalent to a maximum conscious force and might be contemplated as severe bruxers. Even considering the different methodology of their study when compared to ours, the 20% severe nocturnal bruxers was very similar to the prevalence of 21.32% severe bruxers observed in our study. This prevalence was different from 13.00% observed by Johansson, et al.,[19] but they used the rate of progression of tooth wear to assess severity and only 85% of their subjects complained of bruxing behavior.

Ware and Rugh[1] used a PSG method to assess 26 patients presenting with signs and symptoms of bruxing behavior and found 19.23% severe (destructive) bruxism that is very similar to what we observed in our study. It is noteworthy to mention that Ware and Rugh's description of the severe group with regard to signs and symptoms was very similar to the clinical complaints of our 45 severe bruxers.

*Degree of Jaw Opening*

The severe bruxing behavior presented the lowest degree of jaw opening (39.21 mm) (**Table 2**) as compared to other groups. Severe bruxers seem to be more impaired by their muscle and joint disorders reflected by muscle pain, difficulties opening the jaw and intermittent locking. The whole group of bruxers demonstrated a mean degree of jaw opening of 42.19 mm. Because heavy bruxers presented a higher prevalence of bilateral capsulitis, it was expected that they would also display increased reflex protective activity from the joint capsule and muscles, thus leading to more limitation when performing jaw movements. Mejias and Mehta[20] found that 20% of bruxers presented limited jaw opening, but their

KDA-002111
EXHIBIT 71

**Table 1**
Characteristics of CMD+Bruxers and CMD Non-bruxers by Sex and Age

|  | CMD+Bruxers N=211 | | | | | | CMD Nonbruxers N=65 | |
|---|---|---|---|---|---|---|---|---|
|  | Mild N=100 | | Moderate N=66 | | Severe N=45 | | Nonbruxers N=65 | |
|  | N | % | N | % | N | % | N | % |
| Females | 84 | 84.0 | 57 | 86.36 | 39 | 86.67 | 56 | 86.15 |
| Males | 16 | 16.0 | 9 | 13.64 | 6 | 13.33 | 9 | 13.85 |
| Totals | 100 | 100.0 | 66 | 100.0 | 45 | 100.0 | 65 | 100.0 |
| Mean Age | 34.62 | | 33.86 | | 33.88 | | 37.04 | |
| Range | 16 - 58 | | 17 - 57 | | 12 - 73 | | 17 - 60 | |
| S.D. | 9.54 | | 9.23 | | 8.98 | | 8.26 | |

**Table 2**
Degree of Jaw Opening in the Mild, Moderate and Severe Groups of Bruxers and in the CMD Nonbruxers Group

|  | Mild N = 100 | Moderate N = 66 | Severe N = 45 | Nonbruxers N = 65 |
|---|---|---|---|---|
| Degree of jaw opening | 45.8 mm | 41.57 mm | 39.21 mm | 45.86 mm |
| Range | 15 - 61 mm | 15 - 55 mm | 10 - 64 mm | 20 - 62 mm |
| S.D. | 7.91 | 9.12 | 9.06 | 6.64 |

**Table 3**
Prevalence of Capsulitis, Retrodiskal Pain and Disk-attachment Pain in the Groups of Mild, Moderate and Heavy Bruxers and in the CMD Nonbruxing Group

|  | Mild N=100 | | Moderate N=66 | | Severe N=45 | | CMD Nonbruxers N=65 | |
|---|---|---|---|---|---|---|---|---|
|  | n | % | n | % | n | % | n | % |
| Capsulitis | 78 | 78.0 | 58 | 87.87 | 44 | 97.77 | 55 | 84.61 |
| Retrodiskal Pain | 15 | 15.0 | 23 | 34.85 | 38 | 84.44 | 4 | 6.15 |
| Disk-attachment Pain | 5 | 5.0 | 6 | 9.09 | 22 | 48.88 | 3 | 4.62 |

sample was too small (ten patients) to warrant any discussion. The degree of jaw opening (39.21 mm) we found in our group of severe bruxers was close to that observed by Seligman and Pullinger,[21] (38.50 mm) in CMD patients who presented with locking or a history of locking and demonstrated common characteristics comparable to our group of bruxers.

Sjoholm, et al.[22] found a mean degree of jaw opening of approximately 49.0 mm in teeth grinders as compared to 42.19 mm observed in our 211 bruxers. The small sample size (12 patients) and the lower prevalence of capsulitis (41.66%) observed in their patients could be responsible for the difference in prevalence. The lowest degree of jaw opening was observed in internal joint derangement patients presented in a study showing the highest prevalence of bruxing behavior.[23] In another associated study, this parafunctional behavior showed a decreased range of mandibular opening, jaw catching and locking.[24]

-106-

KDA-002112
EXHIBIT 71

### Table 4
### Prevalence of Protective Splinting, Locking, or History of Transient Locking and Headache in the Mild, Moderate and Severe Groups of Bruxers and in the CMD Nonbruxing Group

|  | Mild N=100 | | Moderate N=66 | | Severe N=45 | | CMD Nonbruxers N=65 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | n | % | n | % | n | % | n | % |
| Protective Splinting | 39 | 39.0 | 29 | 43.93 | 30 | 66.66 | 27 | 41.53 |
| Locking or history of locking | 23 | 23.0 | 18 | 27.27 | 33 | 73.33 | 20 | 30.76 |
| Headache | 56 | 56.0 | 48 | 72.72 | 36 | 80.00 | 37 | 56.92 |

### Table 5
### Prevalence of Masticatory Pain, Reciprocal Clicking and MPDS in the Three Groups of Bruxers and the CMD Nonbruxing Group

|  | Mild N=100 | | Moderate N=66 | | Severe N=45 | | CMD Nonbruxers N=65 | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
|  | n | % | n | % | n | % | n | % |
| Masticatory pain | 32 | 32.0 | 40 | 60.60 | 33 | 73.33 | 17 | 26.15 |
| Reciprocal click | 22 | 22.0 | 19 | 28.78 | 23 | 51.15 | 25 | 38.46 |
| MPDS | 37 | 37.0 | 29 | 43.93 | 35 | 77.77 | 25 | 38.46 |

*Capsulitis*

Two hundred thirty-five patients (85.14%) of 276 CMD patients exhibited capsulitis. The prevalence of this disorder by groups is shown in **Table 3**. Our findings were similar to the prevalence of 68% of capsulitis observed by Cooper and Cooper[25] and 75.5% observed by Brown and Gauder[26] in CMD patients. We detected no highly significant differences in the three groups, but severe bruxers showed a higher evidence of bilateral capsulitis, possibly suggesting that heavy bruxers may present increased nociceptive input from the joints and more protective splinting from the masticatory muscles. Kampe, et al.[27] observed about 76% of capsulitis in 29 patients with longstanding bruxing behavior. Because bruxism may not be the only cause of capsulitis, further studies are needed to elucidate the relationship between bilateral capsulitis, nocturnal bruxism and body posture. Increased loading may be a common characteristic in heavy bruxers, and this may contribute to the increased prevalence of bilateral capsulitis.

*Retrodiskal Pain*

**Table 3** shows that 76 patients (36%) in 211 bruxers presented signs and symptoms of retrodiskal pain. The same table shows the distribution of patients in all groups. Brown, et al.[28] found 50.00% retrodiskitis in their 14 symptomatic subjects. They assessed a small sample palpating the retrodiskal tissues via external acoustic meatus to diagnose retrodiskitis. The prevalence we observed in our study was very similar to the frequency of 33.33% of "pain in the posterior area of the joint" found by Hesse, et al.[29] in twelve patients with CMD which included joint pain. Since we found a significantly higher prevalence of retrodiskal pain in the moderate and severe groups when compared to the mild and CMD-nonbruxing behavior group, it is likely that severe bruxism is a significant contributing factor to the development of pain in the retrodiskal tissues. Lund[30] stated that bruxism may cause pain, micro-trauma to the muscle fibers, excessive loading and dysfunction that occurs several hours following bruxing episodes. Additionally, tenderness of the lateral ligament and/or the posterior portion of the joint via the external auditory meatus indicates inflammation of the capsular, synovial or surrounding tissues.[31]

*Disk-attachment Pain*

As **Table 3** indicates, 33 patients (15.63%) out of 211 bruxers displayed disk-attachment pain. This same

-107-

KDA-002113
EXHIBIT 71

**Table 6
Differences in Percentage
of Females and Males**

| Frequency Raw Percentage | Females | Males | Total |
|---|---|---|---|
| CMD Nonbruxers | 56 | 9 | 65 |
|  | 86.15 | 13.85 |  |
| CMD+bruxers Mild | 84 | 16 | 100 |
|  | 84.0 | 16.0 |  |
| CMD+bruxers Moderate | 57 | 9 | 66 |
|  | 86.36 | 13.64 |  |
| CMD+bruxers Severe | 39 | 6 | 45 |
|  | 86.67 | 13.33 |  |
| Total | 236 | 40 | 276 |

**Statistics for Table of DX by Sex**

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 0.293 | 0.961 |
| Likelihood ratio chi-square | 3 | 0.290 | 0.962 |
| Mantel-Haenszel chi-square (trend) | 1 | 0.040 | 0.841 |
| Fisher's Exact Test (2-tail) (differences) |  |  | 0.970 |
| Phi coefficient |  | 0.033 |  |
| Contingency coefficient |  | 0.033 |  |
| Cramer's V |  | 0.033 |  |

Sample size: 276

**Table 8
Differences in Percentage
With Retrodiskal Pain**

| Frequency Raw Percentage | No | Yes | Total |
|---|---|---|---|
| CMD Nonbruxers | 61 | 4 | 65 |
|  | 93.85 | 6.15 |  |
| CMD+bruxers Mild | 85 | 15 | 100 |
|  | 85.0 | 15.0 |  |
| CMD+bruxers Moderate | 43 | 23 | 66 |
|  | 65.15 | 34.85 |  |
| CMD+bruxers Severe | 7 | 38 | 45 |
|  | 15.56 | 84.44 |  |
| Total | 196 | 80 | 276 |

**Statistics for Table of DX by Ret-Pain**

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 94.306 | 0.001 |
| Likelihood ratio chi-square | 3 | 93.482 | 0.001 |
| Mantel-Haenszel chi-square (trend) | 1 | 81.122 | 0.001 |
| Fisher's Exact Test (2-tail) (differences) |  |  | <0.001 |
| Phi coefficient |  | 0.585 |  |
| Contingency coefficient |  | 0.505 |  |
| Cramer's V |  | 0.585 |  |

Sample size: 276

**Table 7
Differences in Percentage
With Capsulitis**

| Frequency Raw Percentage | No | Yes | Total |
|---|---|---|---|
| CMD Nonbruxers | 10 | 55 | 65 |
|  | 15.38 | 84.62 |  |
| CMD+bruxers Mild | 22 | 78 | 100 |
|  | 22.0 | 78.0 |  |
| CMD+bruxers Moderate | 8 | 58 | 66 |
|  | 12.12 | 87.88 |  |
| CMD+bruxers Severe | 1 | 44 | 45 |
|  | 2.22 | 97.78 |  |
| Total | 41 | 235 | 276 |

**Statistics for Table of DX by Capsul**

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 10.118 | 0.018 |
| Likelihood ratio chi-square | 3 | 12.407 | 0.006 |
| Mantel-Haenszel chi-square (trend) | 1 | 5.123 | 0.024 |
| Fisher's Exact Test (2-tail) (differences) |  |  | 0.011 |
| Phi coefficient |  | 0.191 |  |
| Contingency coefficient |  | 0.188 |  |
| Cramer's V |  | 0.191 |  |

Sample size: 276

**Table 9
Differences in Percentage
With Disk-attachment Pain**

| Frequency Raw Percentage | No | Yes | Total |
|---|---|---|---|
| CMD Nonbruxers | 62 | 3 | 65 |
|  | 95.38 | 4.62 |  |
| CMD+bruxers Mild | 95 | 5 | 100 |
|  | 95.0 | 5.0 |  |
| CMD+bruxers Moderate | 60 | 6 | 66 |
|  | 90.91 | 9.09 |  |
| CMD+bruxers Severe | 23 | 22 | 45 |
|  | 51.11 | 48.89 |  |
| Total | 240 | 36 | 276 |

**Statistics for Table of DX by D-A Pain**

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 61.662 | 0.001 |
| Likelihood ratio chi-square | 3 | 47.151 | 0.001 |
| Mantel-Haenszel chi-square (trend) | 1 | 38.583 | 0.001 |
| Fisher's Exact Test (2-tail) (differences) |  |  | <0.001 |
| Phi coefficient |  | 0.473 |  |
| Contingency coefficient |  | 0.427 |  |
| Cramer's V |  | 0.473 |  |

Sample size: 276

KDA-002114
EXHIBIT 71

### Table 10
### Differences in Percentage
### With Protective Splinting

| Frequency Raw Percentage | No | Yes | Total |
|---|---|---|---|
| CMD Nonbruxers | 38 | 27 | 65 |
|  | 58.46 | 41.54 |  |
| CMD+bruxers Mild | 61 | 39 | 100 |
|  | 61.0 | 39.0 |  |
| CMD+bruxers Moderate | 37 | 29 | 66 |
|  | 56.06 | 43.94 |  |
| CMD+bruxers Severe | 15 | 30 | 45 |
|  | 33.33 | 66.67 |  |
| Total | 151 | 125 | 276 |

**Statistics for Table of DX by Protec Splint**

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 10.313 | 0.016 |
| Likelihood ratio chi-square | 3 | 10.366 | 0.016 |
| Mantel-Haenszel chi-square (trend) | 1 | 6.183 | 0.013 |
| Fisher's Exact Test (2-tail) (differences) |  |  | 0.016 |
| Phi coefficient |  | 0.193 |  |
| Contingency coefficient |  | 0.190 |  |
| Cramer's V |  | 0.193 |  |

Sample size: 276

### Table 11
### Differences in Percentage
### With Locking

| Frequency Raw Percentage | No | Yes | Total |
|---|---|---|---|
| CMD Nonbruxers | 45 | 20 | 65 |
|  | 69.23 | 30.77 |  |
| CMD+bruxers Mild | 77 | 23 | 100 |
|  | 77.0 | 23.0 |  |
| CMD+bruxers Moderate | 48 | 18 | 66 |
|  | 72.73 | 27.27 |  |
| CMD+bruxers Severe | 12 | 33 | 45 |
|  | 26.67 | 73.33 |  |
| Total | 182 | 94 | 276 |

**Statistics for Table of DX by Locking**

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 38.019 | 0.001 |
| Likelihood ratio chi-square | 3 | 36.429 | 0.001 |
| Mantel-Haenszel chi-square (trend) | 1 | 17.201 | 0.001 |
| Fisher's Exact Test (2-tail) (differences) |  |  | <0.001 |
| Phi coefficient |  | 0.371 |  |
| Contingency coefficient |  | 0.348 |  |
| Cramer's V |  | 0.371 |  |

Sample size: 276

### Table 12
### Differences in Percentage
### With Headache

| Frequency Raw Percentage | No | Yes | Total |
|---|---|---|---|
| CMD Nonbruxers | 28 | 37 | 65 |
|  | 43.08 | 56.92 |  |
| CMD+bruxers Mild | 44 | 56 | 100 |
|  | 44.0 | 56.0 |  |
| CMD+bruxers Moderate | 18 | 48 | 66 |
|  | 27.27 | 72.73 |  |
| CMD+bruxers Severe | 9 | 36 | 45 |
|  | 20.0 | 80.0 |  |
| Total | 99 | 177 | 276 |

**Statistics for Table of DX by Headache**

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 11.389 | 0.010 |
| Likelihood ratio chi-square | 3 | 11.844 | 0.008 |
| Mantel-Haenszel chi-square (trend) | 1 | 9.360 | 0.002 |
| Fisher's Exact Test (2-tail) (differences) |  |  | 0.009 |
| Phi coefficient |  | 0.203 |  |
| Contingency coefficient |  | 0.199 |  |
| Cramer's V |  | 0.203 |  |

Sample size: 276

### Table 13
### Differences in Percentage
### With Masticatory Pain

| Frequency Raw Percentage | No | Yes | Total |
|---|---|---|---|
| CMD Nonbruxers | 48 | 17 | 65 |
|  | 73.85 | 26.15 |  |
| CMD+bruxers Mild | 68 | 32 | 100 |
|  | 68.0 | 32.0 |  |
| CMD+bruxers Moderate | 26 | 40 | 66 |
|  | 39.39 | 60.61 |  |
| CMD+bruxers Severe | 12 | 33 | 45 |
|  | 26.67 | 73.33 |  |
| Total | 154 | 122 | 276 |

**Statistics for Table of DX by Mst Pain**

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 37.306 | 0.001 |
| Likelihood ratio chi-square | 3 | 38.124 | 0.001 |
| Mantel-Haenszel chi-square (trend) | 1 | 34.203 | 0.001 |
| Fisher's Exact Test (2-tail) (differences) |  |  | <0.001 |
| Phi coefficient |  | 0.368 |  |
| Contingency coefficient |  | 0.345 |  |
| Cramer's V |  | 0.368 |  |

Sample size: 276

-109-

KDA-002115
EXHIBIT 71

SIGNS AND SYMPTOMS OF CMD                                                                                    MOLINA ET AL.

### Table 14
### Differences in Percentage With Reciprocal Clicking

| Frequency Raw Percentage | No | Yes | Total |
|---|---|---|---|
| CMD Nonbruxers | 40 | 25 | 65 |
|  | 61.54 | 38.46 |  |
| CMD+bruxers Mild | 78 | 22 | 100 |
|  | 78.0 | 22.0 |  |
| CMD+bruxers Moderate | 47 | 19 | 66 |
|  | 71.71 | 28.79 |  |
| CMD+bruxers Severe | 22 | 23 | 45 |
|  | 48.89 | 51.11 |  |
| Total | 187 | 89 | 276 |

#### Statistics for Table of DX by RCP Click

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 13.646 | 0.003 |
| Likelihood ratio chi-square | 3 | 13.459 | 0.004 |
| Mantel-Haenszel chi-square (trend) | 1 | 1.843 | 0.175 |
| Fisher's Exact Test (2-tail) (differences) |  |  | 0.036 |
| Phi coefficient |  | 0.222 |  |
| Contingency coefficient |  | 0.217 |  |
| Cramer's V |  | 0.222 |  |

Sample size: 276

### Table 15
### Differences in Percentage With MPDS

| Frequency Raw Percentage | No | Yes | Total |
|---|---|---|---|
| CMD Nonbruxers | 40 | 25 | 65 |
|  | 61.54 | 38.46 |  |
| CMD+bruxers Mild | 63 | 37 | 100 |
|  | 63.0 | 37.0 |  |
| CMD+bruxers Moderate | 37 | 29 | 66 |
|  | 56.06 | 43.94 |  |
| CMD+bruxers Severe | 10 | 35 | 45 |
|  | 22.22 | 77.78 |  |
| Total | 150 | 126 | 276 |

#### Statistics for Table of DX by MPDS

| Statistic | DF | Value | Prob |
|---|---|---|---|
| Chi Square | 3 | 23.168 | 0.001 |
| Likelihood ratio chi-square | 3 | 23.923 | 0.001 |
| Mantel-Haenszel chi-square (trend) | 1 | 15.055 | 0.001 |
| Fisher's Exact Test (2-tail) (differences) |  |  | <0.001 |
| Phi coefficient |  | 0.290 |  |
| Contingency coefficient |  | 0.278 |  |
| Cramer's V |  | 0.290 |  |

Sample size: 276

table shows the distribution between groups. Hesse, et al.[29] found approximately 55.55% of arthrogenous pain, unilateral closed lock and mean degree of jaw opening of about 38 mm in patients with clinical characteristics closely resembling those presented in our group of severe bruxers. Their data is only comparable to the prevalence of 48.88% of disk-attachment pain observed in our group of severe bruxers in which intermittent locking, history of locking and persistent joint pain were common findings. Eriksson and Westesson[32] performed a clinical and radiological study of patients with anterior disk displacement. They found 33.33% of anterior disk displacement with reduction in patients with transient locking. This high prevalence as compared to our study (15.63%) is probably related to the selection criteria in Eriksson and Westesson study. All patients in their study presented signs and symptoms of disk displacement with or without reduction. Seligman and Pullinger[21] found 6.86% of disk derangements, persistent condylar restriction, possible localized arthralgia, history of clicking, transient locking and mean degree of jaw opening of 38.5 mm, that is, clinical characteristics similar to those present in our group of 33 patients presenting disk-attachment pain. The high prevalence we observed may be related to the fact that all 211 patients were bruxers. Nitzan and Dolwick[23] found 32% of disk displacement with reduction and intermittent locking. Their patients presented similar clinical characteristics to our patients with disk-attachment pain. The percentage they found was similar to the 48.88% disk-attachment pain observed in our group of 45 severe bruxism patients. However, the prevalence of 15.63% disk-attachment pain we observed was similar to the presence of about eight percent locking or dislocation of the mandible observed by Hanamura, et al.[33] in 40 bruxers. Because we found significantly higher prevalence of disc-attachment pain in moderate and severe bruxers as compared to the mild and CMD-nonbruxing groups, these findings are in accordance with our initial suggestion that bruxism could be a significant factor causing overloading to the joint. Our premise that specific joint disorders would increase with the severity of bruxism are also supported by those of Lund, Westesson and Kopp,[34] who observed that the patients who developed locking had at initial examination intense pain, frequent joint tenderness (suggesting capsulitis), dental abrasion (implying more severe bruxism) and lack of molar support on the affected side. The severe bruxers in the study performed by Ware and Rugh[1] presented more persistent pain and

-110-

KDA-002116
EXHIBIT 71

history of periodic locking indicating high prevalence of disk attachment pain.

*Protective Splinting*

Table 4 demonstrates that 98 patients (46.44%) in 211 bruxers presented protective splinting. This same table describes the distribution among groups. Helkimo and Westling[35] found 62% restriction of jaw opening in 55 patients presenting anterior disk displacement, in which 82% were grinders or clenchers. Because all patients in Helkimo and Westling's group presented anterior disk displacement, it is likely this high percentage may represent the higher frequency of restricted opening. Agerbeg and Helkimo[36] found 32% restriction to opening wide or biting over a large bolus but only 37% of CMD patients were bruxers. It is apparent that heavy bruxers present the highest incidence of protective splinting.

*Intermittent Locking*

We found a prevalence of approximately 35.07% (74 patients) intermittent locking or recent history of locking. Table 4 presents the distribution between groups and illustrates that the frequency increased with the severity of bruxism. Since we found a significantly higher prevalence of this disorder in the severe group, it is likely that the bruxing behavior is an important factor in the etiology and perhaps also in continuation of locking. Agerberg and Helkimo[36] observed 16% of "luxation and locking" in CMD patients, but evidence of bruxism was only 37%. The prevalence we found was similar to the frequency of 32% intermittent locking observed by Nitzan and Dolwick.[23] They performed a study of 194 joints but only 50% of patients were bruxers. Kerstein[37] found 22.54% jaw locking as compared to 35.07% in our study. All Kerstein's patients presented signs and symptoms of MPDS and not all of them were bruxers. Solberg, et al.[24] assessed the detection of mandibular dysfunction in young adults and associated bruxism with decreased range of mandibular opening and catching/locking.

*Headache*

We found a prevalence of 66.35% (140 patients) headache pain in 211 bruxers and the distribution of groups is shown in Table 4. This prevalence was not very different from the 86.66% headache observed by Hamada, et al.[38] in a small sample of bruxers. Yustin, et al.[39] found 60.4% headaches or neck aches in a group of bruxers. Hanamura, et al.[33] observed a frequency of approximately 48% in CMD+ bruxing behavior patients.

*Masticatory Pain*

Table 5 shows that the prevalence of masticatory pain in 276 CMD (bruxers and nonbruxers) was 44.2% (122 patients). The same table shows the distribution between groups. The frequency of the disorder increased with the severity of bruxism. The detection of this disorder in 105 patients in a group of 211 bruxers (49.76%) was similar to the 36.80% frequency observed by Dao, et al.[40] in patients presenting bruxism and masticatory pain. Agerberg and Helkimo[36] observed 22% of "chewing difficulties" but only 37% of them were bruxers. Nitzan and Dolwick[23] suggested that severely limited mandibular opening and probably pain and difficulties performing normal jaw movements may be the result of sustained pressured applied to the joints as a result of severe bruxism. Ren and Isberg[41] observed 53.9% "painful chewing" in CMD-internal joint derangement patients.

*Reciprocal Click*

Table 5 shows that 64 patients (30.33%) in 211 in the CMD+bruxing behavior group presented reciprocal click. The frequency of reciprocal click increased with the severity of bruxism. Lobbezoo, et al.[42] found only 20% reciprocal clicking in CMD patients, but not all of them were bruxers. Our findings were closer to the 27% reciprocal clicking observed by Isaacson, et al.[43] in 170 CMD patients. Nitzan and Dolwick[23] observed 32% disk displacement with reduction and intermittent locking in 135 patients, but only 50% of them presented bruxing behavior.

*Myofascial Pain Dysfunction Syndrome (MPDS)*

Table 5 demonstrated that the prevalence of MPDS in 211 CMD and bruxing behavior was 47.86% (101 patients) and also shows the distribution among groups. Signs and symptoms of MPDS increased with the severity of bruxism. The prevalence we observed was similar to the frequency of 55.4% observed by Fricton, et al.,[44] in 296 chronic facial and head pain patients referred consecutively for diagnosis and treatment. The higher prevalence they found may be related to the fact that patients in their groups were referred to a "chronic pain program" and consequently presented more chronic muscular, joint and psychological disorders. The prevalence we found in our study was also similar to the 51% MPDS found by Lundeen, et al.[31] It is generally accepted that micro trauma and bad posture are common causes for signs and symptoms of MPDS. Because bruxing behavior is a form of repetitive micro-trauma and is associated with abnormal posture of the lower jaw, there is no doubt that bruxing behavior is a significant factor contributing to the development of signs and symptoms of MPDS. The development of trigger points may also be brought on by direct injury, other parafunctional jaw habits, stress and

-111-
KDA-002117
EXHIBIT 71

systemic disorders.[45] The fact that a higher prevalence of MPDS was observed in severe bruxers provides additional support to the general assumption regarding the role of repetitive micro-trauma as a significant factor in the development of trigger points.

## Conclusions

Data in this study revealed a higher prevalence of specific muscle and joint disorders in severe bruxers when compared to mild and moderate bruxers, and to the CMD nonbruxing group as well. It suggests that severe bruxers are more impaired by muscle and joint disorders. Such complaints are related to increased nociceptive input from different areas of the masticatory system. It probably suggests a differentiated approach to the complaints of severe bruxers, e.g., more modes of therapy, unloading the jaws and muscles (for longer periods of time).

## Acknowledgement

We would like to thank John Schoolfield, statistician of the statistical/mathematical support group at the University of Texas Health Science Center at San Antonio for his valuable statistical analysis of this project.

## References

1. Ware JC, Rugh JD: Destructive bruxism: sleep stage relationships. *Sleep* 1988; 11:172-181.
2. Boutros NN, Montgomery MT, Nishioka G, Hatch JP: The effects of severe bruxism on sleep architecture. A preliminary report. *Clin Electroencephal* 1993; 24:59-62.
3. Clark GT, Beemsterboer PL, Rugh JD: Nocturnal masseter muscle activity and the symptoms of masticatory dysfunction. *J Oral Rehab* 1981; 8:279-286.
4. Bailey DR: Sleep Disorders: overview and relationships to orofacial pain. *Dent Clin North Amer* 1997; 41:189-209
5. Olkinuora M: A psychosomatic study of bruxism with emphasis on mental strain and familial predisposing factors. *Proc Finn Dent Soc* 1972; 68:110-123.
6. Witter DJ, Van Elteren P, Kayser AF: Signs and Symptoms of Mandibular Dysfunction in Shortened Dental Arches. *J Oral Rehab* 1988; 15:413-420.
7. Okeson JP, Phyllips,BA, Berry DR, Baldwin RM: Nocturnal bruxing events: a report of normative data and cardiovascular response. *J Oral Rehab* 1994; 21:623-630.
8. Solberg WK, Clark GT, Rugh JD: Nocturnal electromyographic evaluation of bruxism patients undergoing short term splint therapy. *J Oral Rehab* 1975; 2:215-223
9. Ramfjord SP: Bruxism: A clinical and electromyographic study. *J Amer Dent Assoc* 1961; 62:21-44.
10. Glaros A: Incidence of diurnal and nocturnal bruxism. *J Prost Dent* 1981; 45:545-549.
11. Colquit T: The sleep wear syndrome. *J Prost Dent* 1987; 57:33-41.
12. Molina OF Dos Santos J, Nelson S, Grossman E: Prevalence of modalities of headaches and bruxism among patients with craniomandibular disorders. *J Craniomandib Pract* 1997; 15:314-325.
13. Rugh JD, Harlam J: Nocturnal bruxism and temporomandibular disorders. In: Jakovic J, Tolosa E (eds), *Advances in neurol*, New York: Raven Press, 1988; 49:321-341.
14. Wruble MK, Lumley MA, McGlynn FD: Sleep related bruxism and sleep variables: A critical review. *J Craniomandib Disord* 1989; 3:152-158.
15. Ohrbach R, Rugh JD: Occlusal parafunctions. In: Mohl ND, Zarb GA, Carlsson GE, Rugh JD: A text book of occlusion, Chicago. Quintessence Publishing Company 1988:249-261.
16. International Association of Sleep Disorders. *Diagnostic and coding manual*. Rochester, MN: American Sleep Disorders Association, Allen Press, 1990:142-185.
17. Hartmann F: *Craniomandibular disorders inducing nausea and vomiting*. Colloque INSERM/John Libbey Eurotext Ltd., 1992; Vol. 223:51-58.
18. Clarke NG, Townsend GC, Carey SE: Bruxing patterns in man during sleep. *J Oral Rehab* 1984; 11:123-127.
19. Johansson A, Haraldson T, Omar R, Kiliaridis S, Carlsson GE: A system for assessing the severity and progression of occlusal wear. *J Oral Rehab* 1993; 20:125-131.
20. Mejias J, Mehta NR: Subjective and objective evaluation of bruxing patients undergoing short-term splint therapy. *J Oral Rehab* 1982; 9:279-289.
21. Seligman DA, Pullinger AG: TMJ derangements and osteoarthrosis subgroups differentiated according to active range of mandibular movement. *J Craniomand Disord* 1988; 2:3540.
22. Sjoholm T, Polio OJ, Alihanka JM: Sleep movements in teeth grinders. *J Craniomand Disord* 1992;6:184-191.
23. Nitzan D, Dolwick MF: An alternative explanation for the genesis of closed lock symptoms in the internal derangement process. *J Oral Maxillofac Surg* 1991; 49:810-815.
24. Solberg WK, Woo MW; Houston JB: Prevalence of mandibular dysfunction in young adults. *JADA* 1979; 98:25-34.
25. Cooper BC; Cooper DL: Recognizing otolaryngologic symptoms in patients with temporomandibular disorders. *J Craniomand Pract* 1993; 11:260-267.
26. Brown DT; Gaudet GL: Outcome measurement for treated and untreated TMD patients using the TMJ scale. *J Craniomand Pract* 1994; 12:216-226.
27. Kampe T; Tagdae T: Bader G; Edman G; Karlsson S: Reported symptoms and clinical findings in a group of subjects with longstanding bruxing behavior. *J Oral Rehab* 1997; 24:581-587.
28. Brown DT, Cox LK, Hafez AA, Cox CF: "True normal" TMD control subjects: A rare clinical finding. *J Craniomand Pract* 1998; 16:84-89.
29. Hesse JR, Naeije M, Hansson TL: Craniomandibular stiffness in myogenous and arthrogenous CMD patients, and control subjects: a clinical and experimental model. *J Oral Rehab* 1996; 23:379-385.
30. Lund JP: Pain and the control of muscles. *Adv Pain Res Ther* 1995; 21:103-105.
31. Lundeen TF, Levitt SR, Mckinney W: Evaluation of temporomandibular joint disorders by clinical ratings. *J Prost Dent* 1988; 59:202-211.
32. Eriksson L, Westesson PL: A clinical and radiological study of patients with anterior disk displacement of the temporomandibular joint. *Swed Dent J* 1983; 7:55-64.
33. Hanamura H, Houston F, Rylander H, Carlsson GE, Haraldson T, Nyman S: Periodontal status and bruxism: a comparative study of patients with periodontal disease and occlusal parafunctions. *J Periodontol* 1987; 58:173-176.
34. Lund DH, Westesson PL, Kopp S: A three-year follow up of patients with reciprocal temporomandibular joint clicking. *Oral Surg Oral Med Oral Path* 1987; 63:530-533.
35. Helkimo E, Westling L: History, clinical findings and outcome of treatment of patients with anterior disk displacement. *J Craniomand Pract* 1987; 5:270-276.
36. Agerberg G, Helkimo M: Symptomatology of patients referred for mandibular dysfunction evaluation with the aid of a questionnaire. *J Craniomand Pract* 1987; 5:158-163.
37. Kerstein RB: Treatment of Myofascial pain dysfunction syndrome with occlusal therapy to reduce lengthy disocclusion time-a recall evaluation. *J Craniomand Pract* 1995; 13:105-115.
38. Hamada T, Kotani H, Kawazoe Y, Yamada S: Effects of occlusal splints on the EMG activity of masseter and temporalis muscles in bruxism with clinical symptoms. *J Oral Rehab* 1982; 9:119-123.
39. Yustin D, Neff P, Rieger MR, Hust T: Characterization of 86 bruxing patients and long-term study of their management with occlusal devices and other modes of therapy. *J Orofac Pain* 1993; 7:54-60.
40. Dao TT, Lund JP, Lavigne GJ: Comparison of pain and quality of life in bruxers and patients with myofascial pain of the masticatory muscles. *J Orofac Pain* 1994; 8:350-356.
41. Ren YF, Isberg A: Tinnitus in patients with temporomandibular joint internal derangements. *J Craniomand Pract* 1995; 13:75-80.
42. Lobbezoo AM, De Leeuw JR, Steenks MH, Bosman F, Buchner R, Olthoff LW: Diagnostic subgroups of craniomandibular disorders. Part I: Report data and clinical findings. *J Orofac Pain* 1995; 9:24-36.
43. Isaacsson G, Linde C, Isberg A: Subjective symptoms in patients with temporomandibular joint disk displacement versus patients with myogenous craniomandibular disorders. *J Prost Dent* 1989; 61:70-77.
44. Fricton JR, Kroening R, Haley D, Siegert R: Myofascial pain syndrome of the head and neck: a review of clinical characteristics of 164 patients. *Oral*

KDA-002118
EXHIBIT 71
-112-

*Surg Oral Med Oral Path* 1985; 60:615-623.
45. Travell J, Simons D: Myofascial Pain and dysfunction. *The trigger point manual.* Baltimore, Williams and Wilkins, 1983.

**Dr. José dos Santos, Jr.** received his D.D.S. degree in 1959 from the University of São Paulo, Brazil. He was an adjunct professor at the University of São Paulo, Brazil from 1962 to 1979. He received his M.S. degree in 1969 from Rackham Institute of Graduate Studies, University of Michigan. He is a former (1980) associate professor in the Department of Occlusion and Orofacial Pain/Temporomandibular Joint Clinic, University of Michigan. Currently, Dr. dos Santos is a professor at the University of Texas Health Sciences Center, San Antonio. He is Director of Programs for Continuing Education Courses for Brazilian Dentists in the United States. He is a member of the American Equilibration Society, American Association of Dental Research and Association of University TMD and Orofacial Pain Programs. Dr. dos Santos has published several articles and books both nationally and internationally.

**Dr. Stanley J. Nelson** is currently Associate Professor in the Division of Occlusion, Department of Restorative Dentistry. He received his D.D.S. in 1979 and his M.S. degree in restorative/occlusion in 1986 from the University of Michigan School of Dentistry where he also served as faculty in the school's Department of Occlusion. In addition to his 19 years teaching experience, Dr. Nelson has published numerous scientific articles and is currently serving as Councilor of the American Association of Dental School's Section on Dental Anatomy and Occlusion.

**Dr. Thomas P. Nowlin** is Professor and Head of the Division of Occlusion at the University of Texas Health Science Center. He received his dental training at The University of Texas Dental Branch at Houston in 1970 and his Master's in Education with emphasis in college and university curriculum and instruction in 1981. He has been active in curriculum design and planning, recently chairing the Curriculum Planning Committee for three years and has presented nationally on Curriculum Evaluation and Outcomes Assessment as a basis for planning.

KDA-002119

**EXHIBIT 71**