■ SLEEP BRUXISM

# Effects of Sleep Bruxism On Periodontal Sensation and Tooth Displacement in the Molar Region

Yasuhiro Ono, D.D.S.; Takeshi Suganuma, D.D.S., Ph.D.; Akiyuki Shinya, D.D.S., Ph.D.; Ryoichi Furuya, D.D.S., Ph.D.; Kazuyoshi Baba, D.D.S., Ph.D.

0886-9634/2604-282$05.00/0, THE JOURNAL OF CRANIOMANDIBULAR PRACTICE, Copyright © 2008 by CHROMA, Inc.

Manuscript received January 28, 2008; revised manuscript received June 30, 2008; accepted July 7, 2008

Address for correspondence:
Dr. Yasuhiro Ono
Dept. of Prosthodontics
Showa University School of Dentistry
2-1-1, Kitasenzoku
Ohta-ku, Tokyo 145-8515
Japan
E-mail: onoyasu@senzoku.showa-u.ac.jp

ABSTRACT: The purpose of this study was to investigate the effects of sleep bruxism on periodontal sensation and tooth displacement in the molar region. Twenty-eight (28) subjects lacking objective or subjective abnormalities in stomatognathic function were divided into two groups representing bruxers (n=14) and controls (n=14). Sleep bruxism was confirmed based on the nocturnal electromyography activity of the masseter muscle. Periodontal sensation was assessed based on interocclusal tactile threshold (ITT), which refers to the minimal thickness that can be detected between the occlusal surfaces of the teeth. ITT was measured in the first molar region. Displacement of teeth during clenching was measured using a two-dimensional tooth displacement transducer. Statistical analysis of the differences in ITT and tooth displacement between the bruxers and controls was performed by Mann Whitney U-test (p<0.05). Mean ITT for bruxers was significantly lower than that for controls (p<0.01). The mean displacement of both the maxillary and mandibular first molar for the bruxers was significantly larger than that for the controls (p<0.05). The results of this study suggest that sleep bruxism affects both periodontal sensation and tooth displacement.

**Dr. Yasuhiro Ono** *received a D.D.S. degree from Showa University, Tokyo, Japan in 2004. He is a graduate student at the Department of Prosthodontics, Showa University.*

The periodontium has sensory receptors[1-5] and serves a physical function when a tooth is displaced by occlusal force.[6,7] Sleep bruxism is a harmful oral habit in which excessive amounts of occlusal force are applied to the teeth.[8,9] Since the periodontium in sleep bruxism patients suffers from excessive occlusal force for long periods of time during sleep, the function of the periodontium in such patients may differ from that in patients without sleep bruxism. To understand effects of sleep bruxism on patients' periodontal sensation is clinically important, since occlusal evaluations and adjustments are the most frequently performed clinical procedure, especially when newly fabricated prostheses are inserted.

Mantyvaara, et al.[10] investigated the effects of sleep bruxism on periodontal sensation and found that the tactile detection threshold of maxillary central incisors did not differ significantly between individuals with sleep bruxism and those without. Unfortunately, their sleep bruxism evaluation was only based on clinical examination without objective measurement of sleep bruxism. It is known that clinical signs and symptoms believed to be suggestive of sleep bruxism are not always accurate indicators of sleep bruxism.[11] Previously, we studied seven

subjects with sleep bruxism and seven controls, whose bruxism status was confirmed by objective nightly masseter EMG measurement.[12] Furthermore, since the force during sleep bruxism is mainly on the molars, the current study investigated periodontal sensation of the molars. Sensation of the molars in subjects with sleep bruxism was found to be higher than that in subjects without sleep bruxism. The limitations of this study was the small number of subjects and the lack of information on tooth mobility. In the literature, although sleep bruxism is not regarded as a primary causal factor in periodontal diseases,[13] it is related to tooth mobility. This association, however important, has never been fully understood. Periodontal sensation can be affected by tooth mobility. In order to understand the effects of sleep bruxism on periodontal sensation, mobility of the corresponding teeth should also be investigated.

Based on this reasoning, the present study is an expansion of a previous study investigating the effects of sleep bruxism on periodontal sensation using interocclusal tactile threshold (ITT), which refers to the detectable minimal thickness.[12] The aims of the current study were to investigate the effects of sleep bruxism on periodontal sensation in the molar region and on mobility of the corresponding teeth.

**Materials and Methods**

*Subjects*

Twenty-eight (28) dental school faculty members and students without objective or subjective abnormalities in stomatognathic function (age range: 21 to 30 years; average: 26.3 years) participated in this study. All subjects had a stable maximum intercuspal position and no crowns or prostheses covering the occlusal surfaces of the left first molar. Based on the clinical criteria suggested by Dube, et al.,[14] the participants were divided into two groups; 14 bruxers and 14 controls.

Sleep bruxism status was confirmed by measurement of nocturnal electromyography (EMG) activity of the masseter muscle using a portable surface EMG machine (EMG-021/025, KTR-2302B; Harada Electronic Industry Ltd., Sapporo, Japan) **Figure 1**. Subjects were instructed in the use of this device until they were able to perform EMG measurements correctly. They then used the device at home to perform EMG recordings from the right and the left masseter muscles for one night. Sleep bruxism status of each subject was confirmed by the acquired EMG data. All 14 bruxers satisfied the diagnostic standards proposed by Lavigne, et al.,[15] while the 14 controls did not (**Table 1**).

The protocol of this study was approved by the Ethics Committee of Showa University School of Dentistry and an informed consent was obtained from all subjects.

*Measurement of ITT*

For ITT measurement, 1.5x1.5 mm pieces of aluminum foil (Nippon Foil Mfg Co. Ltd., Tokyo, Japan) with thicknesses of 5, 10, 15, 20, 25, 30, 35, 40, 45, and 50 µm were used. This range of foil thickness was determined according to previous studies in which thicknesses ranged from 10 to 35 µm,[16] from 8 to 32 µm,[17] and from 10 to 50 µm.[18] Each subject was asked to sit in a dental chair, and after the occlusal contact area on the mesial buccal cusp of the mandibular left first molar was confirmed using articulating paper (G.C. Corp., Tokyo, Japan), a piece of aluminum foil was placed on this area. The subject was asked to occlude five times and to indicate whether or not he/she was able to detect the presence of the piece of foil between the occlusal surfaces of the teeth. On each attempt, foil was incrementally replaced with a piece having a different thickness. The minimal thickness that could be detected was considered the ITT. The pilot study suggested that there were no significant differences in ITT between the morning and afternoon or between the left and right sides for both the bruxers and controls. Therefore, ITT was measured on the left side on three separate days and three ITT data were averaged for each subject.

*Measurement of Tooth Displacement*

Among 28 subjects, 12 (six bruxers and six controls) were selected randomly for measurement of tooth displacement. They were asked to perform three maximum voluntary clenching efforts in their intercuspal jaw position and clenching-induced tooth displacement was mea-



**Figure 1**
Portable surface electromyography machine.

**Table 1**
Confirmation of Sleep Bruxism Based On Diagnostic Standards Proposed by Lavigne, et al.[14]*

| Variables | Cut-off | Bruxers | Controls |
|---|---|---|---|
| Number of bruxism episodes per night | >30 | 0 | 0 |
| Number of bruxism episodes per hour | >4 | 3 | 0 |
| Number of bruxism bursts per episodes | >6 | 11 | 0 |
| Number of bruxisms per hour | >25 | 0 | 0 |

* Bruxism bursts were defined as EMG potentials with an amplitude of at least 20% of maximum voluntary contractions. Bruxism episodes were phasic, tonic or mixed (both phasic and tonic) episodes. Phasic episodes corresponded to at least three EMG bursts of 0.25 to 2.0 seconds in duration, separated by two interburst intervals. Tonic episodes corresponded to EMG bursts lasting more than 2.0 seconds. Diagnosis of sleep bruxism was made if any one of the four criteria was satisfied.

sured using a 2-dimensional transducer Type-K (**Figure 2**) fixed to the labial surface of the anterior teeth using an aluminum clutch. The mesio-buccal angle of the maxillary and mandibular left first molars were selected as measurement points, and movement of these two points were measured 2-dimensionally in the bucco-lingual and colono-apical directions (**Figure 3**). Analog data obtained from this transducer were converted to digital data using Maclab (A.D. Instruments, Electronic Industry Ltd., Lexington, Australia) and were stored in a personal computer for off-line analysis. Two 500-ms periods, which corresponded to before and during clenching, were selected and averaged for each measurement point. Two-dimensional components of the displacement and length of displacement were obtained for each effort. Regarding these displacement data, mean values of three efforts were calculated for each subject.

*Statistical Analysis*

Statistical analysis of differences in ITT and length of molar displacement between the bruxers and controls was performed using the Mann-Whitney U-test. Statistical significance was set at the 5% level.

**Results**

*Interocclusal Tactile Threshold*

Mean ITT for bruxers was significantly lower than that for controls (**Table 2**).

*Tooth Displacement*

The clenching-induced displacement of the maxillary first molar was in the palato-apical direction, while that of the mandibular first molar was in the lingual direction. This tendency was consistent, irrespective of sleep bruxism status.



**Figure 2**
Two-dimensional tooth displacement transducer Type-K.



**Figure 3**
Measuring point and measuring direction.

KDA-001633
**EXHIBIT 78**
-216-

**Table 2**
Mann-Whitney U-Test Results for ITT Data Between Subjects

|          | Mean | SD  | Mean rank | N  | U     | Z     | p       |
|----------|------|-----|-----------|----|-------|-------|---------|
| Bruxers  | 18.4 | 4.7 | 7.5       | 14 |       |       |         |
|          |      |     |           |    | 195.5 | -4.46 | <0.001  |
| Controls | 32.9 | 5.3 | 21.5      | 14 |       |       |         |

Mean displacement of both maxillary and mandibular first molars for the bruxers was significantly larger than that for the controls (**Table 3**).

**Discussion**

The results of this study support our previous study. ITT in subjects with sleep bruxism was shown to differ from those without sleep bruxism, which suggests that the threshold for periodontal sensation is lower in bruxers. The present method for testing ITT in the molar region produced similar values as reported by other authors.[16-20] The effects of sleep bruxism on periodontal sensation were previously reported in terms of tactile detection threshold (TDT) of the maxillary central incisors by Mantyvaara, et al.[10] In contrast to the results of our study, they did not find significant effects of sleep bruxism on TDT. The receptors that sense external force applied to teeth are the periodontal mechanoreceptors and intradental mechanoreceptors.[4] Either one or both types react to mechanical stimulation of the periodontium, but the mode of response to these receptors varies depending on the type of stimulation. While periodontal mechanoreceptors respond to stimulation with a wide range of stimulation velocities, intradental mechanoreceptors respond to fast stimulation, such as tapping.[4] Therefore ITT may involve not only periodontal mechanoreceptors, but also intradental mechanoreceptors, while TDT may involve only periodontal mechanoreceptors. In addition, TDT is reported to vary depending on loading method, loading direction, and tooth type.[2,21] These possibilities may account for the differences between our results and those reported by Mantyvaara, et al.[10]

Regarding tooth displacement, the maxillary molar was displaced buccaly, while the mandibular molar was displaced lingually. These trends were independent of sleep bruxism status and generally agree with previously reported data.[6,7] However, the amount of tooth displacement in the bruxers was significantly higher than that in the controls, thus suggesting that sleep bruxism increases the amount of clenching-induced tooth displacement. In the literature, sleep bruxism is reportedly correlated with dental wear, but not with periodontal disease.[13] As the current study subjects had healthy periodontal structure, the increased mobility in bruxers should be regarded as within the normal range. However, it is know that sleep bruxism may cause jiggling force to the teeth, resulting in a temporal increase in the tooth mobility. It has also been

**Table 3**
Mann-Whitney U-Test Results for Tooth Displacment Between Subjects

|             |          | Mean  | SD   | Mean rank | N | U | Z    | p      |
|-------------|----------|-------|------|-----------|---|---|------|--------|
| Maxillary   | Bruxers  | 153.6 | 26.4 | 8.8       | 6 |   |      |        |
|             |          |       |      |           |   | 4 | 2.16 | <0.05  |
| First molar | Controls | 103.0 | 32.3 | 4.2       | 6 |   |      |        |
| Mandibular  | Bruxers  | 86.6  | 5.9  | 9.5       | 6 |   |      |        |
|             |          |       |      |           |   | 0 | 2.80 | <0.01  |
| First molar | Controls | 53.0  | 6.1  | 3.5       | 6 |   |      |        |

KDA-001634
EXHIBIT 78
-217-

shown that bruxers used significantly higher bite forces to hold the submaximal loads when compared to controls,[23] which might also cause increased tooth mobility.

One of the limitations of this study was usage of dental school faculty members and students as the study subjects, which might have made our study results less generalizable. A merit of these subjects was that their dental status is relatively and consistently excellent, which is an important factor that has potential to influence tooth mobility. Conversely, we are not aware of any evidence that sleep bruxism or ITT status in dental faculty and students are different from other populations. This should be answered by future studies.

The observed mean ITT in the bruxers was 18.4±4.7 µm. Clinically, it is difficult to adjust occlusal contact to an accuracy of 20 µm or less using articulating paper.[24] In addition, the larger tooth displacement observed in bruxers makes clinical examination of occlusal contact using articulating paper even more difficult. These study results suggest that periodontium in individuals with sleep bruxism reacts differently to occlusal contact than those without sleep bruxism when adjusting and correcting occlusal contact for fixed prostheses is considered, which is regarded as new and important information essential to improve clinical procedures.

## Conclusion

The results of this study suggest that the presence of sleep bruxism affects both periodontal sensation and tooth displacement.

## Acknowledgement

The authors are grateful to Dr. Hitoshi Kato for his valuable advice.

This study was partly supported by the "High-Tech Research Center" Project for Private Universities, and a matching fund subsidy from MEXT (Ministry of Education, Culture, Sports, Science and Technology), 2005-2009.

## References

1. Schindler HJ, Stengel E, Spiess WE: Feedback control during mastication of solid food textures—a clinical-experimental study. *J Prosthet Dent* 1998; 80:330-336.
2. Willis RD, DiCosimo CJ: The absence of proprioceptive nerve endings in the human periodontal ligament: the role of periodontal mechanoreceptors in the reflex control of mastication. *Oral Surg Oral Med Oral Pathol* 1979; 48:108-115.
3. Trulsson M, Gunne HS: Food-holding and -biting behavior in human subjects lacking periodontal receptors. *J Dent Res* 1998; 77:574-582.
4. Trulsson M, Johansson RS: Encoding of amplitude and rate of forces applied to the teeth by human periodontal mechanoreceptive afferents: *J Neurophysiol* 1994; 72:1734-1744.
5. Brodin P, Turker KS, Miles TS: Mechanoreceptors around the tooth evoke inhibitory and excitatory reflexes in the human masseter muscle: *J Physiol* 1993; 464:711-723.
6. Kato H: The function of the tooth supporting structure. Part 2. The dynamics of molars in function and at rest. [in Japanese] *J Jpn Prosthodont Soc* 1982; 25:133-147.
7. Miura H, Hasegawa S, Okada D, et al.: The measurement of physiological tooth displacement in function. *J Med Dent Sci* 1998; 45:103-115.
8. Rough JD, Solberg WK: Psychological implications in temporomandibular pain and dysfunction. In: *Temporomandibular joint function and dysfunction*. Zarb GA, Carlsson GE, eds. St. Louis: Mosby, 1979; 239-268.
9. Pavone BW: Bruxism and its effect on the natural teeth. *J Prosthet Dent* 1985; 53:692-696.
10. Mantyvaara J, Sjoholm T, Pertovaara A: Perioral and dental perception of mechanical stimulus among subjects with and without awareness of bruxism. *Acta Odontol Scand* 2000; 58:125-128.
11. Baba K, Haketa T, Clark GT, Ohyama T: Does tooth wear status predict ongoing sleep bruxism in 30-year-old Japanese subjects? *Int J Prosthodont* 2004; 17(1):39-44.
12. Suganuma T, Ono Y, Shinya A, et al.: The effect of bruxism on periodontal sensation in the molar region: a pilot study. *J Prosthet Dent* 2007; 98:30-35.
13. Houston F, Hanamura H, Carlsson GE, et al.: Mandibular dysfunction and periodontitis. A comparative study of patients with periodontal disease and occlusal parafunctions: *Acta Odontol Scand* 1987; 45:239-246.
14. Dube C, Rompre PH, Lavigne GJ, et al: Quantitative polygraphic controlled study on efficacy and safety of oral splint devices in tooth-grinding subjects: *J Dent Res* 2004; 83:398-403.
15. Lavigne GJ, Rompre PH, Montplaisir JY: Sleep bruxism: Validity of clinical research diagnostic criteria in a controlled polysomnographic study. *J Dent Res* 1996; 75:546-552.
16. Jacobs R, Schotte A, van Steenbeghe D: Influence of temperature and foil hardness on interocclusal tactile threshold. *J Periodontal Res* 1992; 27:581-587.
17. Caffesse RG, Carraro JJ, Albano EA: Influence of temporomandibular joint receptors on tactile occlusal perception: *J Periodontal Res* 1973; 8:400-403.
18. Tzakis MG, Linden B, Jemt T: Oral function in patients treated with prostheses on Branemark osseointegrated implants in partially edentulous jaws: a pilot study. *Int J Oral Maxillofac Implants* 1990; 5:107-111.
19. Tryde G, Frydenberg O, Brill N: An assessment of the tactile sensibility in human teeth. An evaluation of quantitative method. *Acta Odontol Scand* 1962; 20:233-256.
20. Siirilae HS, Laine P: The tactile sensibility of the parodontium to slight axial loadings of the teeth. *Acta Odontol Scand* 1963; 21:415-429.
21. Manly RS, Pfaffman C, Lathlop DD, Keyser J: Oral sensory thresholds of persons with natural and artificial dentitions. *J Dent Res* 1952; 31:305-312.
22. Oki K, Hamanaka M, Arima T, et al.: A new method for evaluating the threshold of periodontal ligament mechanoreceptor by slow speed mechanical stimulation. *J Periodontal Res* 2003; 38:482-487.
23. Mantyvaara J, Sjoholm T, Kirjavainen T, et al.: Altered control of submaximal bite force during bruxism in humans. *Eur J Appl Physiol Occup Physiol* 1999; 79:325-330.
24. Baba K, Tsukiyama Y, Clark GT: Reliability, validity, and utility of various occlusal measurement methods and techniques. *J Prosthet Dent* 2000; 83:83-89.

**Dr. Takeshi Suganuma** received a D.D.S. degree in 1985 and a Ph.D. degree in 1993 from Showa University, Tokyo, Japan. He is an assistant professor in the Department of Prosthodontics, Showa University.

**Dr. Akiyuki Shinya** received a D.D.S. degree from Tohoku University, Miyagi, Japan in 1977 and a Ph.D. degree from Tokyo Medical and Dental University, Tokyo, Japan in 1988. He is an associate professor in the Department of Prosthodontics, Showa University, Tokyo, Japan.

**Dr. Ryoichi Furuya** received a D.D.S. degree in 1971 and a Ph.D. degree in 1975 from Tokyo Medical and Dental University, Tokyo, Japan. He is a professor in the Department of Prosthodontics and a chairman of temporomandibular disorders, Showa University, Tokyo, Japan.

**Dr. Kazuyoshi Baba** received a D.D.S. degree in 1986 and a Ph.D. degree in 1991 from Tokyo Medical and Dental University. He is currently a professor and chair in the Department of Prosthodontics, Showa University, Tokyo, Japan. He is a supervisory doctor of the Japanese Prosthodontics Society. He has published more than 50 publications, including 30 papers in English. The primary focus of his research interests is sleep bruxism.