# BruxZir® Solid Zirconia


Before


After

*Prescribe BruxZir Solid Zirconia restorations instead of metal occlusals and cast gold*

- ❖ Ideal for bruxers who have destroyed natural teeth or previous dental restorations
- ❖ An esthetic alternative to metal occlusal PFMs and cast gold crowns & bridges
- ❖ Conservatively prepare as thin as 0.5 mm with feather edge margins, much like you would cast gold





*For more information, visit www.bruxzir.com*

GL-2165-1111



## Virtually Unbreakable
### BruxZir®
*Solid Zirconia Crowns & Bridges*



Authorized BruxZir® LABORATORY

DENTISTRY TODAY
TOP 100
PRODUCTS 2011

KDA-002183
**EXHIBIT 79**

# BruxZir® Solid Zirconia is more brawn than beauty

## Scientific validation

BruxZir Solid Zirconia crowns & bridges are made from the highest quality zirconia powder from Japan. We chemically and physically reprocess the powder to further reduce the zirconia particle sizes. BruxZir milling blanks are then created through a unique patent-pending process. Unlike conventional high-pressure milling blank manufacture, our processing gives BruxZir zirconia improved light transmission, which provides a lower, more natural shade value.



BruxZir™ zirconia exhibits higher translucency in the warm color spectral wavelength (>550 nanometers), allowing for more natural-looking restorations.




In a recent study[1] to measure the volumetric loss of enamel, glazed BruxZir zirconia was found to wear compatible with enamel and virtually identical to glazed IPS e.max.

The antagonistic (Steatite balls) wear shows BruxZir zirconia only with 72±21 microns, which is significantly lower than Ceramco®3 (110±48 microns). The University of Tübingen study was run using an eight chamber Willytec Chewing Simulator at 1.2 million cycles.

1. Wear of Enamel on Polished and Glazed Zirconia: Shah S, Michelson C, Beck P, et al. 2010; Washington, DC: AADR. Abstract #129615.

BruxZir is a registered trademark of Glidewell Laboratories. Ceramco is a registered trademark of DENTSPLY Ceramco. IPS e.max is a registered trademark of Ivoclar Vivadent.



The 50% smaller average grain size of BruxZir zirconia improves its physical properties.




*BruxZir Solid Zirconia Crown*




*Gold Crown*




*Porcelain and Metal Crown*

KDA-002184
**EXHIBIT 79**