

## BRUXZIR FEATURES

### What is BruxZir?

BruxZir® Solid Zirconia is a monolithic solid zirconia restoration with no porcelain overlay. More brawn than beauty, you'll be impressed by the esthetics of BruxZir when prescribed instead of posterior metal occlusal PFMs and full-cast metal restorations. BruxZir is virtually chip proof, making it the ideal restoration for bruxers, implant restorations and areas with limited occlusal space.

BruxZir Solid Zirconia crowns & bridges are made from the highest quality zirconia powder from Japan. We chemically and physically reprocess the powder to further reduce the zirconia particle sizes. BruxZir milling blanks are then created through a unique patent-pending process. Unlike conventional high-pressure milling blank manufacture, our processing gives BruxZir improved light transmission, which provides a lower, more natural shade value.

Designed and milled using CAD/CAM technology, BruxZir is sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir restoration emerges nearly chip proof and is glazed to a smooth surface.



### Indications

BruxZir Solid Zirconia is indicated for crowns, bridges, implants, inlays and onlays. It is an esthetic alternative to PFM metal occlusal/lingual or full-cast restorations. The chip proof durability of BruxZir is ideal for bruxers who have broken natural teeth or previous PFM restorations. BruxZir is also ideal when the patient lacks the preparation space for a PFM.

### Patient Benefits

- Chip-resistant, as it is made of solid zirconia with no porcelain overlay
- Glazed to a smooth surface to reduce plaque accumulation

### Preparation Requirements

- Shoulder preparation not needed, feather edge is okay. It is a conservative preparation similar to full-cast gold, so any preparation with at least 0.5 mm of occlusal space is accepted.
- Minimum occlusal reduction of 0.5 mm; 1 mm is ideal.

### Instructions for Adjustment and Polishing

- Adjust BruxZir zirconia crowns and bridges using water and air spray to keep the restoration cool and to avoid micro-fractures with a fine grit diamond. If using air only, use the lightest touch possible when making adjustments. A football shaped bur is the most effective for occlusal and lingual surfaces (on anterior teeth); a tapered bur is the ideal choice for buccal and lingual surfaces.
- Polish BruxZir restorations with the porcelain polishing system of your choice. Or, purchase the Axis Dental BruxZir Adjustment & Polishing Set (LS-7579) through your dental dealer or by calling 800-355-5063.

Technical Update: Do Not Use Discs To Finish Full-Contour Zirconia

### Cementation Recommendations

- Ceramir Crown and Bridge Cement or Resin-reinforced glass ionomer cement (RelyX Luting Cement, 3M ESPE; GC Fuji Plus, GC America)
- Resin cements for short or over-tapered preparations (RelyX Unicem, 3M ESPE; Panavia F2.0, Kuraray)

### ADA Codes

- D2740 Crown - Porcelain/Ceramic Substrate
- D6245 Pontic Porcelain/Ceramic
- D6740 Abutment Crown Porcelain/Ceramic

*HOME  /  FEATURES  /  SCIENCE  /  VIDEOS  /  CASES  /  TESTIMONIALS  /  BLOG  /  AUTHORIZED LABS*

BruxZir is made from translucent Prismatik Clinical Zirconia™.
Prismatik Clinical Zirconia is a trademark of Glidewell Laboratories.
BruxZir is a registered trademark of Glidewell Laboratories Copyright ©2012.

KDA-002199

**EXHIBIT 80**