- BRUXZIR FOCUS
- |
- FEATURES
- |
- SCIENCE
- |
- VIDEOS
- |
- CASE STUDIES
- |
- BEFORE / AFTER
- |
- TESTIMONIALS



# FEATURES



## What is BruxZir Solid Zirconia?

BruxZir® Solid Zirconia is a monolithic zirconia restoration with no porcelain overlay. More brawn than beauty, you'll be impressed by the esthetics of BruxZir crowns & bridges when prescribed instead of metal occlusal PFMs and cast gold restorations. The class-leading strength and durability of BruxZir restorations make them the ideal restorative solution for bruxers, implant restorations and areas with limited occlusal space.

BruxZir Solid Zirconia is made from the highest quality zirconia powder from Japan. We chemically and physically reprocess the powder to further reduce the zirconia particle sizes. BruxZir milling blanks are then created through a unique patent-pending process. Unlike conventional high-pressure milling blank manufacture, our processing gives BruxZir zirconia improved light transmission, which provides a lower, more natural shade value.

Designed and milled using CAD/CAM technology, BruxZir Solid Zirconia is sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir restoration emerges nearly chip-proof and is glazed to a smooth surface.

## Indications

BruxZir Solid Zirconia is indicated for crowns, bridges, screw-retained implant crowns, inlays and onlays. It is an esthetic alternative to PFM metal occlusal/lingual or full-cast restorations. The durability of BruxZir restorations is ideal for bruxers who have broken their natural teeth or previous PFM restorations. BruxZir restorations are also ideal when the patient lacks the preparation space for a PFM.

## Patient Benefits

- Resistant to chipping because it is made of solid zirconia with no porcelain overlay
- Glazed to a smooth surface to reduce plaque accumulation

## Preparation Requirements

- Shoulder preparation not needed, feather edge is OK. It is a conservative preparation similar to full-cast gold, so any preparation with at least 0.5 mm of occlusal space is accepted.
- Minimum occlusal reduction of 0.5 mm; 1 mm is ideal.

## Instructions for Adjustment and Polishing

- Adjust BruxZir restorations using water and air spray to keep the restoration cool and to avoid micro-fractures with a fine grit diamond. If using air only, use the lightest touch possible when making adjustments. A football-shaped bur is the most effective for occlusal and lingual surfaces (on anterior teeth); a tapered bur is the ideal choice for buccal and lingual surfaces.
- Polish BruxZir restorations with the porcelain polishing system of your choice. Or, purchase the Axis Dental BruxZir Adjustment & Polishing Set (LS-7579) through your dental dealer or by calling 800-355-5063.

IMPORTANT TECHNICAL UPDATE: Do not use discs to finish full-contour zirconia.

## Cementation Recommendations

Case 8:11-cv-01309-DOC-AN   Document 93-18   Filed 11/19/12   Page 2 of 2   Page ID #:3856

- Ceramir Crown and Bridge Cement or Resin-reinforced glass ionomer cement (RelyX Luting Cement, 3M ESPE; GC Fuji Plus, GC America)
- Resin cements for short or over-tapered preparations (RelyX Unicem, 3M ESPE; Panavia F2.0, Kuraray)

## ADA Codes

- D2740 Crown - Porcelain/Ceramic Substrate
- D6245 Pontic Porcelain/Ceramic
- D6740 Abutment Crown Porcelain/Ceramic

Shipping  |  Company  |  Careers  |  Contact Us  |  Conventions  |  Downloads  |  Site Map                    *Policies & Warranty*  

  ©2012  Glidewell Laboratories
4141 MacArthur Blvd, Newport Beach, CA 92660
800-854-7256 USA  |  888-278-0414 Canada

 aveoTSD    BruxZir    Inclusive    FastScan    H/S Splint    Facebook    Twitter    iTunes    YouTube