GLIDEWELL LABORATORIES HOME

DENTIST LABORATORY PATIENT Product FOCUS BRUXZIR IMPLANTS SNORING & APNEA MY ACCOUNT

SERVICES | PRODUCTS | IMPLANT PLANNING | EDUCATION | VIDEO GALLERY | CHAIRSIDE MAGAZINE | INCLUSIVE MAGAZINE

- DOWNLOAD RX
- DIGITAL IMPRESSION SYSTEMS
- PFMS & FULL-CAST GOLD
- ALL-CERAMICS
- COMPOSITES & PROVISIONALS
- IMPLANTS
- REMOVABLES
- SNORING & SLEEP APNEA
- DIAGNOSTIC WAX-UPS

# BruxZir® Solid Zirconia

Product Technical Photos Studies Video

PDF Documents | Tech Notes | Indications | Preparation | Cementation | Working Time | ADA Codes

INDICATIONS / CONTRAINDICATIONS

Indicated for crowns, bridges, implants, inlays and onlays. An esthetic solution for bruxers when PFM metal occlusal/lingual or full-cast restorations are not desired or when patient lacks the preparation space for a PFM or has broken a PFM in the past. BruxZir can also be used for anterior teeth with a facial veneer of porcelain for improved esthetics.

Shipping | Company | Careers | Contact Us | Conventions | Downloads | Site Map

*Policies & Warranty*

*©2012 Glidewell Laboratories*
*4141 MacArthur Blvd, Newport Beach, CA 92660*
*800-854-7256 USA | 888-278-0414 Canada*

aveoTSD BruxZir Inclusive FastScan H/S Splint Facebook Twitter iTunes YouTube

