

Home   About Us   Products   Resources   Contact Us

## Bruxzir Features

### What is Bruxzir?

BruxZir® Solid Zirconia is a monolithic solid zirconia restoration with no porcelain overlay. You'll be impressed by the esthetics of BruxZir when prescribed instead of posterior metal occlusal PFMs and full-cast metal restorations. BruxZir is virtually chip proof, making it the ideal restoration for bruxers, implant restorations and areas with limited occlusal space.

BruxZir Solid Zirconia crowns & bridges are made from the highest quality zirconia powder from Japan.  BruxZir milling blanks are then created through a unique patent-pending process. Unlike conventional high-pressure milling blank manufacture, our processing gives BruxZir improved light transmission, which provides a lower, more natural shade value.

Designed and milled using CAD/CAM technology, BruxZir is sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir restoration emerges nearly chip proof and is glazed to a smooth surface.

### Indications

BruxZir Solid Zirconia is indicated for crowns, bridges, implants, inlays and onlays. It is an esthetic alternative to PFM metal occlusal/lingual or full-cast restorations. The chip proof durability of BruxZir is ideal for bruxers who have broken natural teeth or previous PFM restorations. BruxZir is also ideal when the patient lacks the preparation space for a PFM.

### Patients Benefits

- Chip-resistant, as it is made of solid zirconia with no porcelain overlay
- Glazed to a smooth surface to reduce plaque accumulation

### Preparation Requirements

- Shoulder preparation not needed, feather edge is okay. It is a conservative preparation similar to full-cast gold, so any preparation with at least 0.5 mm of occlusal space is accepted.
- Minimum occlusal reduction of 0.5 mm; 1 mm is ideal.

### Cementation Recommendations

- Resin-reinforced glass ionomer cement (RelyX Luting Cement, 3M ESPE; GC Fuji Plus, GC America)
- Resin cements for short or over-tapered preparations (RelyX Unicem, 3M ESPE; Panavia F2.0, Kuraray)

### Products

Zirconia
Bruxzir® Full Contour
Titanium
PMMA
Shaded Temporaries

**Cases:**
**Before and After Images**

 

 

**Bruxzir® Hammer Video**



http://www.axisdentalmilling.com/bruxzir.html                                   8/15/2012

| **AXIS DENTAL MILLING** | **RESOURCES** | **ADDRESS** | |
|---|---|---|---|
| Home | Price List | Axis Dental Milling |  |
| About Us | Lab Slip | 2842 West Point Rd | |
| Products | Shipping & Delivery Policies | LaGrange, GA 30240 | |
| Resources |  | Phone: 706-882-1944 | |
| Contact Us |  |  | |

KDA-002175

**EXHIBIT 85**