BruxZir® // Crown Dental Studio   1



1-800-551-8157
318-424-7735
Shreveport, LA

Search

- Home
- Products
- About Us
- Learning Resources
- Send A Case
- Contact Us

Products

Home  /  Products  /  Crown and Bridge  /  BruxZir®

- NTI-tss Plus™
- TAP®
- EMA®
- Thermo-Guard™

- e.max®
- BruxZir®
- Lava™
- Captek™

- Valplast®
- Lucitone® FRS®

- Implants Overview

BruxZir® // Crown Dental Studio 2

BruxZir® Total Zirconia Crowns are a new option for posterior restorations. With these virtually unbreakable all-ceramic crowns, you can provide your patients the strength to withstand severe parafunctional activity and avoid metal restorations. BruxZir is a full contoured zirconia crown or bridge with no porcelain overlay. It is glazed with a smooth surface but designed specifically for the posterior with more emphasis on brawn than beauty.

- Ideal for bruxers & grinders who have destroyed other restorations
- An esthetic alternative to posterior PFMs with metal occlusals and full-cast crowns
- Made with biocompatible medical-grade zirconia
- Monolithic material makes the restoration completely chip-proof
- Fabricated using CAD/CAM technology for consistent fit.

- Resin reinforced glass ionomer cement
- Resin cements for short or over-tapered preparations (Unicem, 3M ESPE)

- Shoulder preparation not needed, feather edge is okay
- It is a conservative preparation similar to full cast gold preps
- 1.0 mm of occlusal space is ideal, however a prep with at least 0.5 mm is acceptable.

- Use a fine grit diamond with water and air spray to keep the restoration cool and to avoid micro-fractures.
- If using air only, the lightest touch possible to achieve result
- Football shaped bur for occlusal and lingual of anterior teeth
- Tapered bur for buccal and lingual surfaces
- Always polish post-adjustment with porcelain polishing system
- Recommended: Axis BruxZir Adjustment and Polishing Set LS-7579-available from your dealer.

- Any shape fine grit diamond will work. Zircut diamonds (included in the Axis BruxZir Kit)
- Use plenty of water. Firm pressure applied in repeated, short, on-off sequence.
- Cut through the crown facial to lingual and use crown spreader. Pieces normally come off in large chunks.

- D2740 Crown-Porcelain/Ceramic Substrate
- D6245 Pontic Porcelain/Ceramic
- D6740 Abutment Crown Porcelain/Ceramic

BruxZir® // Crown Dental Studio
3









Home :: Products :: About Us :: Learning Resources :: Send A Case :: Contact Us
Copyright © 2012 Crown Dental Studio | 1-800-551-8157

http://www.crowndentalstudio.com/BruxZir.html
8/30/2012

KDA-002244
**EXHIBIT 86**