Keller Dental Laboratory
Account access login

- Products
- About Keller
- Career Opportunities
- Make a Payment
- Send us a Case
- Contact Us

**Products**

NTI-tss Plus™
Crowns & Bridges

- e.max®
- BruxZir®
- KZ3®
- Captek™
- PFM
- Full Cast Crowns
- Implants
- K-Temps™
- Empress®
- Lava™ Crowns
- Maryland Bridge

Dentures & Partials
Specialty Appliances
Learning Resources
Satisfaction Guarantee

**Video Library**



Play
Home   :   Products   :   Crowns & Bridges   :   BruxZir®

**More Brawn Than Beauty**

# BruxZir®



BruxZir® Total Zirconia Crowns from Keller Laboratories are a new option for posterior restorations. With these virtually unbreakable all-ceramic crowns, you can provide your patients the strength to withstand severe parafunctional activity and avoid metal restorations. BruxZir is a full contoured zirconia crown or bridge with no porcelain overlay. It is glazed with a smooth surface but designed specifically for the posterior with more emphasis on brawn than beauty. Tougher than your average crown, BruxZir restorations are sintered for 12 hours at 1,530 degrees creating a nearly indestructible material.

**BruxZir Advantages**

Ideal for bruxers & grinders who have destroyed other restorations.
- An esthetic alternative to posterior PFMs with metal occlusals and full-cast crowns.
- Made with biocompatible medical-grade zirconia.
- Monolithic material makes the restoration completely chip-proof.
- Fabricated using CAD/CAM technology for consistent fit.

**Cementing Recommendations**

http://www.kellerlab.com/193/products/bruxzir.php

7/31/2012
KDA-002345
**EXHIBIT 87**

Keller Dental Laboratories- BruxZir Zirconia Crowns                                    Page 2 of 2

• Resin reinforced glass ionomer cement (RelyX, 3M ESPE; GCFuji Plus, GC America)
• Resin cements for short or over-tapered preparations (Unicem, 3M ESPE)

**Prep requirements**

- Shoulder preparation not needed, feather edge is okay.
- It is a conservative preparation similar to full cast gold.
- 1.0mm of occlusal space is ideal, however a prep with at least 0.5mm is acceptable.

**ADA Codes**

- D2740 Crown - Porcelain/Ceramic Substrate
- D6245 Pontic Porcelain/Ceramic
- D6740 Abutment Crown Porcelain/Ceramic

**Before BruxZir**          **After BruxZir**

  

Click here to download the BruxZir Prescription Form.

Click here to download the Fixed Restoration Preference Form.

Click here to view the Bruxzir Enamel Wear Test Results.

Click here to view the Independent Full-Contour Zirconia Wear Study Results.

Have a question about BruxZir? Email Keller.



---

Products  :  About Keller  :  Career Opportunities  :  Video Library  :  Send A Case  :  Contact Us  :  Sitemap
Have questions? Call us Toll-Free (800) 325-3056.
Cancel

© 2012 Keller Laboratories. All rights reserved.

http://www.kellerlab.com/193/products/bruxzir.php

7/31/2012
KDA-002346
**EXHIBIT 87**