Sign in Here

Home  Leaders  Buyers Guide  News  Articles  Products  Videos  Online CE  Meetings  FREEinfo

| Top 100 Products 2011 |
|---|
| 0-9 |
| A |
| B |
| C |
| D |
| E |
| F |
| **G** |
| H |
| I |
| J |
| K |
| L |
| M |
| N |
| O |
| P |
| Q |
| R |
| S |
| T |
| U |
| V |
| W |
| X |
| Y |
| Z |

**G**

## Garrison Dental Solutions - Matrix Band

Written by Dentistry Today
Friday, 08 July 2011 13:32



Reel Matrix utilizes a precontoured, Tofflemire-style matrix band coupled with a unique applicator to enhance patient comfort and safety. It does not require traditional cumbersome, uncomfortable retainers to place and tension the matrix around the tooth. Instead, it employs small matrix-holding reels with a removable tensioning handle. The handle securely holds the matrix during placement, tightens it, then releases the reel and is removed from the mouth. Quadrant work is greatly simplified, and visibility is improved. For more information, call **(888) 437-0032** or visit the Web site garrisondental.com.

## GC America - Flowable Composite

Written by Dentistry Today
Thursday, 07 July 2011 14:07

G-ænial Universal Flo is a nanohybrid light-cured flowable (low-flow) that performs like a conventional composite. Tests have shown it has better strength, wear resistance, and gloss retention than leading flowable and conventional composites. It is thixotropic for easy handling and placement, and it is indicated for use in Class I to V restorations (15 shades). For more information, call **(800) 323-7063** or visit gcamerica.com.

## Genoray America - CBCT System

Written by Dentistry Today
Friday, 08 July 2011 13:59

Imagine that you can get all the information you need for a risk-free implant surgery in 20 seconds. The VOLUX will provide a map of your patient's mouth from every angle possible in an accurate, measurable 3-D view. Using various software tools, you can measure distances, angles, and even place sample implants. You shouldn't miss your chance to get this full-mouth, 3-D CBCT. For more information, call **(714) 289-8020** or visit the Web site genorayamerica.com.



### Glidewell Laboratories - Zirconia Restoration

Written by Dentistry Today
Thursday, 07 July 2011 19:20

BruxZir solid zirconia is a monolithic crown and bridge dental restoration. Made of 100% solid zirconia with no porcelain overlay, BruxZir restorations are ideal for bruxers. Not only does it offer chip-proof durability, but because it is pure zirconia, it provides an aesthetic alternative to metal occlusal PFMs and cast gold restorations. This high-strength restoration can now be used in the posterior and the anterior. For more information, call **(800) 854-7256** or visit bruxzir.com.



### Global Dental Solutions, LLC - Partial

Written by Dentistry Today
Thursday, 07 July 2011 19:28

When a gum shade can't be matched, the Lucitone FRS Partial is available in clear. A flexible, lightweight partial that snaps into place around the patient's existing teeth, it is made thin, eliminating the heavy feeling common with other partials, and its clear material blends with the natural appearance of a patient's gums, making it virtually invisible. For more information, call **(866) 905-1111** or visit the Web site globaldentalsolutions.com.



### Golden Dental Solutions - Extraction Instruments

Written by Dentistry Today
Friday, 08 July 2011 19:36

The GMX300 series of the Physics Forceps has been designed specifically to extract hard to reach second and third molars. The instruments remove teeth efficiently, predictably, and virtually atraumatically using wrist movement only. No matter what condition the tooth is in, the forceps provide a simple, predictable, nonsurgical extraction. A complimentary DVD is available showing how easily the forceps work on patients. For more information, call **(877) 987-2284** or visit goldendentalsolutions.com.



KDA-002287
**EXHIBIT 89**

### Great Lakes Orthodontics - Dental Splints

Written by Dentistry Today
Thursday, 07 July 2011 17:46

Great Lakes Orthodontics makes splints easy for you by providing the following: (1) as-sistance selecting the appropriate splint; (2) a quick yet thorough patient screening guide; and (3) a dedicated splint specialist to guide you through the process. The digital splints are so accurate that minimal, if any, adjustment is needed. For more information, call **(800) 828-7626**.



### Groman - Air-Abrasion Device

Written by Dentistry Today
Friday, 08 July 2011 19:34

The unidose EtchMaster tip is the ultimate powder-blasting instrument for intraoral prophy and abrasion procedures. Its tips never clog and operate without overspray, unlike traditional air polishers and sandblasting equipment. You can achieve perfect surface preparation prior to sealants, composite and porcelain repairs, crowns, veneers, brackets, bonding, plus localized stain removal and surface polishing. For more information, call **(800) 906-9298** or visit the Web site gromandental.com.



MORE_INFO                                                                 Top

Advertise | Classifieds | Contact | Subscribe | Submissions |

Copyright © 2012 Dentistry Today. All Rights Reserved.