Solid Zirconia Crowns - Solid Dental Zirconia Crowns for bruxers - LVDDS Dental Zirconia Lab     2/6/12



HOME     COMPANY     SHIPPING     CONTACT US

BITE SPLINTS     FULL-CAST & PFMS     IMPLANT ABUTMENTS     METAL-FREE

### BruxZir® Solid Zirconia

Solid zirconia restoration with no porcelain overlay
Virtually unbreakable zirconia is ideal for bruxers and grinders
Prescribe instead of metal PFMs and cast gold
Smooth surface wears gently on opposing teeth

BRUXZIR SOLID ZIRCONIA     IPS E.MAX CAD     PRISMATIK CZ     3M ESPE LAVA

### BruxZir® Solid Zirconia

**PRODUCT IMAGES**

**DENTISTS**

BruxZir® is a solid zirconia crown or bridge dental restoration with no porcelain overlay. More brawn than beauty, you will be impressed by the esthetics of BruxZir when prescribed instead of metal occlusal PFM and full-cast gold dental restorations. Virtually chip-proof, BruxZir solid zirconia crowns and bridges are the ideal dental restoration for your bruxing and grinding patients.

Designed and milled using advanced CAD/CAM technology, BruxZir zirconia crown and bridge restorations are sintered for 6.5 hours at 1,530 degrees Celsius. The final BruxZir solid zirconia crown or bridge emerges nearly "bulletproof" and is glazed to a smooth surface.

To send a case to our dental lab: Conservatively prepare as thin as 0.5 mm with feather edge margins, much like you would cast gold. Any preparation with a minimum 0.5 mm of occlusal space is acceptable, but 1 mm is ideal.

To learn more about the benefits of BruxZir, visit www.bruxzir.com.

**DOWNLOADS**

**LAB OUTSOURCE**

BruxZir is a solid zirconia crown or bridge restoration with no porcelain overlay. More brawn than beauty, you will be impressed by the esthetics of BruxZir when prescribed instead of metal occlusal PFM and full-cast gold crowns restorations. Virtually chip-proof, BruxZir solid zirconia crowns and bridges are the ideal dental restoration for your bruxing and grinding patients.


Metal-Free Preparation Guide

Designed and milled using CAD/CAM technology, BruxZir zirconia crown and bridge restorations are sintered for 12 hours at 1,530 degrees Celsius. The final BruxZir solid crown or bridge emerges nearly "bulletproof" and is glazed to a smooth surface.


Rx for Dentists

To send a case to our dental lab: Send modelwork or 3Shape digital design file. Indicate final ceramic shade on lab work order.


Rx for Lab Outsource

HOME     COMPANY     SHIPPING     HIPAA     SITE MAP     CONTACT US     Taxpayer ID #95-2743032 (W-9 PDF)

For questions or assistance, call us at **800-936-1848** (M-F 7:00AM – 5:00PM PST)
© 2012 Las Vegas Digital Dental Solutions