BruxZir | Precision Ceramic Dental Laboratory, Montclair, CA 91763                                                             1

## BruxZir

Stronger than e.max, and perfect for posterior teeth and implant applications! Let BruxZir impress you with its beauty and brawn. These virtually unbreakable crowns are full contoured zirconia without any porcelain overlay so they are completely chip-proof.

Because this product is so new, and only available from a small network of laboratories, you can set yourself apart from the competition by offering this product to your dentist customers. Let your doctors give their bruxer and grinder patients the chance to regain their confidence by outsourcing BruxZir crowns and bridges for them today!



http://www.pcdl-usa.com/products16-79/BruxZir                                                                    8/30/2012

KDA-002360

**EXHIBIT 92**