

**PRODUCTS**

Full-Z
Lumineers
Snap-On Smile
Metal Free
Crowns & Bridges
Implants
Removable



Click here to
learn more

Fixed RX Form
Removable RX Form
ValuTec RX Form
Doctor Preference Sheet
Removable Preferrence Sheet
Shade Appointments

Seminars / News
Women In Dentistry Expo
Alliances / Partners
Join Our Mailing List

## Full-Z™ – strength, value and Michigan made.

Full contour Zirconia CAD CAM restorations are shaded and characterized. These all- Zirconia (no porcelain overlay) single or up to 3 unit posterior restorations have high strength, biocompatibility and are ideal for patients who brux and grind.

**FREE Lifetime Warranty**
**FREE Pick Up and Delivery**
**100% Satisfaction Guarantee**
**More Esthetic than Bruxer**

Expertec's Full-Z™:
• Metal Free
• Monolithic solid Zirconia
• High strength and fracture resistant
• Bio-compatible
• Crowns and bridges
• Simple chamferized shoulder prep
• Precise marginal fit
• Esthetic alternative to full gold
• A fantastic value!
• Made in Michigan

Call 888.875.6011 with all your Full-Z questions.

**Click here for FAQ's.**



The King of Crowns.

HOME | ABOUT US | EDUCATION | PRODUCTS | SERVICES | CONTACT US | EMPLOYMENT
info@expertecdental.com • 888.875.6011 • 734.641.9999 • FAX: 734.641.4225 • SITEMAP

The Complete Dental Laboratory