







**Sun Digital Portal**

United States | United Kingdom | Deutsch | Francais | Nederlands | Svenska | Spanish

**Sun DENTAL LABS**

Home | Products | Company Profile | More Information | Contact Us | Send File

**Suntech FULL ZIRCONIA** — solid zirconia with no porcelain overlay

- saves tooth structure
- chip-resistant
- esthetic
- perfect fit

PRICING | BENEFITS | PREPARATION | CEMENTATION | PROPERTIES

**The esthetic alternative to full cast crowns**

Using Suntech CAD/CAM Technology, the anatomical features, size and shape of the Suntech® Full Zirconia crown or Full Zirconia bridge are designed from the scan of a model or from a file obtained through a digital impression.

The restoration is then milled full contour with utmost precision, a perfect replica of the digital design - no understructure, no porcelain overlay, one single strong and translucent material.

Milled full contour, the restoration is cut from the blank and sintered, during which process it shrinks to the perfect fit. Once the desired shade is established, the crown is hand-stained with a metal free brush and glazed to an even surface.

The result: a biocompatible, esthetic and completely chip-resistant restoration; the affordable and esthetic alternative to full cast crowns!

### Suntech Full Zirconia Crown and Bridge Benefits

**Completely Chip-resistant**

Milled solid, Suntech Full Zirconia is monolithic, which eliminates the need for porcelain overlay and makes it completely chip-resistant, even for those cases when excessively high tension is put upon the teeth (bruxers and

**Saves Tooth Structure**

Because it requires minimum shoulder preparation, Suntech Full Zirconia avoids the irreversible removal of a considerable amount of tooth structure and is ideal for cases with restricted interocclusal space - a minimum of 0.5 mm is

**Perfect Marginal Fit**

Suntech Full Zirconia is fabricated using Suntech design and milling technology, which guarantees a precise marginal fit, contributing to the reduction of chair time.

To receive **$50 off your first** Sunflex, SunCast or Suntech case, sign up below:

First and Last Name:

Practice Name:

Email Address:

Submit

**Sunflex PARTIALS**
Virtually invisible, unbreakable, metal-free, flexible partial dentures. more >>

**Suntech FULL ZIRCONIA**
Zirconia crowns & bridges provide strength and cosmetic beauty... more >>

**SunCast METAL PARTIALS**
Premium cast partial dentures, Nobilstar & Chrome Cobalt

www.sundentallabs.com/suntech_full_zirconia.aspx

1/2

KDA-002381
**EXHIBIT 94**

grinders).

accepted.

◗ **Metal-free**

Suntech Full Zirconia is metal-free and relieves the problem of dark margins around the gingival line, being the perfect alternative to full cast crowns.

◗ **Proven Strength**

Suntech Full Zirconia has a bending strength of 1200 (+/- 200) MPa. For more information, please see properties table below.

◗ **Prevents Plaque**

The glazed final restoration is proven to prevent plaque build-up and opposing dentition wear.

### Indications



◗ Posterior crowns & bridges (span of up to 13 mm)
◗ Ideal for bruxers and grinders



### Preparation Requirements

◗ Shoulder preparation is not required. Feather edge is okay.
◗ Conservative preparation similar to full cast gold: at least 0.5 mm of occlusal space is accepted.
◗ Minimal occlusal reduction of 0.5 mm okay; 1 mm is ideal.

**ADJUSTMENTS:** Suntech Full Zirconia Tool Kit

### Cementation Recommendations

◗ Panavia 21 [Kuraray Co.]
◗ Glass Ionomer Cement [Fuji GC]
◗ Resin Ionomer Cement [Rely X, 3M ESPE]
◗ Many other options are available

**TIP:** Finishing Zirconia Chairside article from Inside Dental Technology

### Material Properties

| | |
|---|---|
| Shade | White translucent |
| Density | > 6.04 g/cm3 |
| Flexural Strength | 1000 MPa |
| Comprehensive Strength | 3000 MPa |
| Impact Resistance | 8.0 MPa*m½ |
| Modulus of Elasticity | >205 GPa |
| Vickers Hardness | 1300 HV 0,5 |
| Thermal Expansion | 10-6 K-1 10 |
| Thermal Conductivity | 2 W/mK |
| Chemical Composition | ZrO2 + HfO2 + Y2O3 > 99% Y2O3 4,5% - 5,4% |



If you would like more information on Suntech Full Zirconia or our full-service dental lab, contact Sun Dental Labs today!

Copyright © 2012 SUN DENTAL LABORATORIES, LLC. All Rights Reserved.
Unpublished rights reserved under the copyright laws of the United States and other countries.
terms and conditions >>