Home | About Our Lab | How to Send a Case | Employment | Contact Us

*Digital Impression Systems*

*Implants*

*Fixed Prosthetics*

*Removable Prosthetics*

*Composites and Provisionals*

*Custom Shading and Staining*

## BruxZir® Solid Zirconia



BruxZir total zirconia crowns are a new option for posterior restorations. BruxZir is a full contoured zirconia crown or bridge with no porcelain overlay, which is fabricated and designed with CAD/CAM technology for a precise fit. It is an esthetic alternative to PFM metal occlusal/lingual or full-cast restorations. Bruxzir is virtually chip proof, making it ideal for bruxers, implant restorations and areas with limited occlusal space.



### Benefits

- Ideal for bruxers and grinders who have destroyed other restorations
- An esthetic alternative to PFM and full-cast crowns
- Chip resistant because of its zirconia base and no porcelain overlay
- Ideal for patients who lack the preparation space for a PFM

Thompson Suburban Dental Laboratory
1922 Greenspring Dr. Suite 9 • Timonium, MD 21093
410-453-9600 or 800-234-2109
web design by Accent Interactive