



8510 Crown Crescent Ct.
Charlotte, NC 28227

P: 704.845.2401
F: 704.845.2289
TOLL FREE: 800.476.2771

**CONTACT US**



**Strongest All-Ceramic Crown Ever Made**

- **Solid Zirconia / No Porcelain to Fracture**
- **High Translucency Zirconia**
- **Monolithic / Monochromatic**
- **Non-Metallic for Discerning Patients**
- **Replacement Option for Full Gold Crowns**
- **Backed by 7 year FREE Replacement Warranty**

**Product Description:** The strongest All-Ceramic crown ever created. Zir-Cast is a full zirconia crown designed and milled using CAD/CAM technology. It is highly glazed and polished creating an ultrafine surface to reduce intraoral wear. Zir-Cast is stronger and more translucent than BruxZir® offering the highest quality solid zirconia crown available.

**ADA Insurance Codes:** Single Crown D-2740 / Bridge Abutment D-6740 / Pontic D-6245

**Recommended Shade Guide:** Vita Classic®, and Ivoclar Chromascop®

**Recommended Cement & Technique:**
Conventional or Adhsive Cementation

**Product Indications:**
● An esthetic alternative to posterior PFM's with metal occlusals & full cast crowns
● Conservative preparations as thin as 1mm with feather edge margins, much like a full gold crown
● Recommended for Bruxers and Grinders
● Best used for Molars Only

**Product Contra-Indications:** Not recommended for esthetic zones.

**Benefits for the Doctor & Patient:**
● Non-Metallic taste / Metal Free
● No sensitivity to hot or cold
● Comes with our longest warranty offered / 7

years
● Perfect for your patients that need a full cast crown, but demand a metal free restoration



## Our Products
### Removable Prosthetics
**Bite Splints**

- TAP III ® *Appliance for Snoring & Sleep Apnea*
- Comfort Zone & Comfort Zone Plus

**Partial/Denture**

- DuraTek *featuring DurAcetal*®
- TriFect
- Bio V *featuring Eclipse*
- E.R.P. Esthetic Removable Partial

### Fixed Restorations
**Cosmetic**

- E Max Lithium Disilicate
- BruxZir Solid Zirconia
- Zir-Cast Solid Zirconia
- Z-Sthetic *featuring Zeno Zirconia*®
- Atlantis Implant Abutments
- Empress
- Enamel Art
- BelleGlass

**Crown & Bridge**

- Captek
- Hi Sierra
- Tradition Series
- Value Series

### Tools

- X-Rite ShadeVision System
- Cadent iTero Digital Impressions

KDA-002448
**EXHIBIT 96**

*Product Sheet Download*

© 2007 Drake Dental Lab, Inc.

Home • Drake Difference • Product Portfolio •
Educational • Clients • Links & Documents