Call Toll-Free  1-800-505-5351
(215) 862-5900

- [Home](#)
- [About](#)
- [Crowns & Bridges](#)
- [Implants](#)
- [Send A Case](#)
- [Contact](#)



# THE SOLUTION:

The Bruxthetix crown is a full contour, indestructible zirconia, CAD/CAM designed crown with cosmetic porcelain applied only in non-occluding, non critical areas. It retains the full strength of the unbreakable zirconia crown while offering the aesthetics your patients expect.

   Dentistry is an ever evolving science and art. Dentists, technicians and dental engineers continually strive to improve the products we offer to the patient. Engineers offer us new materials of improved strength and biocompatibility. These materials, while mechanically superior, are not always cosmetically acceptable.



In attempting to remove metal from the patients mouth, we were offered zirconia as a core material to substitute for a metal substructure. This created a more cosmetic restoration, but it also created a new problem.

   While the zirconia copings were indestructible, the veneering porcelain was prone to chipping and fracturing. The engineers responded with a new solution, the full contour zirconia crown. CAD/CAM designed and milled, it is resistant to fractures, wear and staining and has excellent biocompatibility. However, it is still too opaque and does not offer the translucent appearance necessary for the desired aesthetics.

KDA-004802
**EXHIBIT 97**

EXHIBIT 97



Summers Dental Lab © 2012

KDA-004803