

HOME  PUBLICATIONS  CONTINUING EDUCATION  PRODUCTS  COMMUNITIES  STORE

Inside Dentistry | Compendium | Inside Dental Assisting | Inside Dental Technology | Inside Dental Products | Special Issues | Archive

dentalaegis > Inside Dentistry > April 2011 > Zir-Max® Burbank Dental Laboratory, Inc.



**Inside Dentistry**
April 2011, Volume 7, Issue 4
Published by AEGIS Communications

Share:   

**IMAGE GALLERY**


Figure 1


Figure 2


Figure 3

### Zir-MAX®

The monolithic zirconia that meets the needs of today's dentistry.

Dentistry has long awaited the arrival of an all-ceramic that is both esthetic and durable enough to be considered as a legitimate alternative to porcelain-fused-to-metal (PFM) and gold restorations. The day has arrived—Zir-MAX® meets the requirements that you have been looking for in a posterior all-ceramic restoration (Figure 1 and Figure 2).

 

### Strength

Zir-MAX® monolithic zirconia is a full zirconia restoration that does not incorporate vulnerable layering porcelain into the equation. The weak link in all PFM or all-ceramic systems is the layering porcelain that typically has a flexural strength around 100 MPa. Because Zir-MAX does not use layering porcelains, it is stronger than all porcelain fused to any substructure material, metal or all-ceramic. With 850 MPa flexural strength, Zir-MAX more than meets the strength requirements in posterior dentistry.

### Favorable Wear Characteristics

Fine-grained Zir-MAX zirconia is durable but also gentle to the opposing dentition. Polished Zir-MAX is significantly less abrasive than conventional feldspathic layering porcelain. Zir-MAX is kinder than any porcelain veneered ceramic restoration (Figure 3).

### Excellent Esthetics



Select an Issue

**Cover Story**
▸ Taking the Bait
  ▸ Gray Market vs. Black Market
  ▸ Avoiding the Gray: Minor Flaws Lead to Major Issues
  ▸ The Role of a Wicked Web

**Einstein Series**
▸ A Conversation with Burton Edelstein, DDS, MPH

**Practice Building**
▸ Learning to delegate effectively

**Continuing Education**
▸ Overcoming Endodontic Bias

**Roundtable**
▸ What is your opinion about direct pulp capping as an option to retain teeth?

**Implants**
▸ Upgradeable Dentistry

KDA-002893

EXHIBIT 99

Periodontics
► Timing of Guided Bone Regeneration: A Case Report











Endo-Express

### Excellent Esthetics

Zir-MAX has 20% to 50% more translucency than other full zirconia and all-ceramic restorations. Additionally, Burbank adds fine details with a 3-dimensional ceramic paste developed to create color depth and lifelike translucency in a single application.

All of these elements makes Zir-MAX the best balance between esthetics and durability of any restoration available.

### Simplicity of Cementation

Zir-MAX can also be placed with either conventional cements or bonded, making it fit into whatever procedures work best for the clinician.

### Cementation Protocol

Zir-MAX can be bonded using adhesive systems with dual-cure resins (RelyX™ Unicem, 3M ESPE, www.3mespe.com; PANAVIA F2.0, Kuraray America Dental, www.kuraraydental.com). We recommend Z-PRIME™ (BISCO, Inc, www.bisco.com) to prepare the inside of the crown for adhesive dentistry, or cemented using low-expansion cements, like resin-modified glass ionomers, (RelyX™ Luting Cement, 3M ESPE; GC Fuji PLUS™, GC America, www.gcamerica.com).

### Indications and Requirements

Crowns and bridges, and implants—Zir-MAX may be used in all applications that PFM would be used. Bridges may have a total pontic span of up to 20 mm of contiguous pontic width. Single or bridge restorations may be used for all positions in the mouth. However, second molars are better serviced by our high-strength Zir-MAX (compressive strength of 1,250 MPa). Zir-MAX-L (layered zirconia) may be used for anterior cosmetic units.

Restorations can also be mixed monolithic/full-contour zirconia and layered units, in order to accommodate mixed strength and cosmetic needs.

### Preparation

It is not necessary to use a shoulder preparation, and feather-edge preparations are acceptable. Ideal minimum margin preparation is 0.3 mm chamfer, but all margin preparations may be used, including a full shoulder.
1-mm axial wall reduction
1-mm cingulum/occlusal reduction is required.
Note: As with any all-ceramic, no sharp or right angles should exist.

### Adjustment Tips

When adjustments are necessary for fit, adjust prepared tooth.
When occlusal adjustments are required on the monolithic zirconia material, use a diamond with water for ceramic adjustments of veneer porcelain.
Avoid carbide use.
In-lab turnaround time is 7 working days, with expedited delivery available on request.

### Affordable, Value Pricing

Zir-MAX is specifically positioned for where today's dental practices live. In an economy that has temporarily shifted toward need-based dentistry, Burbank wanted to offer a product that filled this need. Zir-MAX fits perfectly into a quadrant-dentistry, single-tooth niche. With 850 MPa of strength it is an excellent restoration for premolar and molar restorations, effectively replacing many PFM and even full-gold applications. Because of the high level of esthetics it can also be used near the smile zone when extra strength is required, and may also fit well into clinical needs for lower anterior restoration requirements for minimal reduction, and good wear characteristics. Zir-MAX restorations are ideal for patients who demand esthetics and durability, but are on today's tight budgets. Now is the time to try

KDA-002894

EXHIBIT 99






It is not necessary to use a shoulder preparation, and feather-edge preparations are acceptable. Ideal minimum margin preparation is 0.3 mm chamfer, but all margin preparations may be used, including a full shoulder.
1-mm axial wall reduction
1-mm cingulum/occlusal reduction is required.
Note: As with any all-ceramic, no sharp or right angles should exist.

### Adjustment Tips

When adjustments are necessary for fit, adjust prepared tooth.
When occlusal adjustments are required on the monolithic zirconia material, use a diamond with water for ceramic adjustments of veneer porcelain.
Avoid carbide use.
In-lab turnaround time is 7 working days, with expedited delivery available on request.

### Affordable, Value Pricing

Zir-MAX is specifically positioned for where today's dental practices live. In an economy that has temporarily shifted toward need-based dentistry, Burbank wanted to offer a product that filled this need. Zir-MAX fits perfectly into a quadrant-dentistry, single-tooth niche. With 850 MPa of strength it is an excellent restoration for premolar and molar restorations, effectively replacing many PFM and even full-gold applications. Because of the high level of esthetics it can also be used near the smile zone when extra strength is required, and may also fit well into clinical needs for lower anterior restoration requirements for minimal reduction, and good wear characteristics. Zir-MAX restorations are ideal for patients who demand esthetics and durability, but are on today's tight budgets. Now is the time to try Zir-MAX during our $99/unit introductory offer.

### For more information, contact:

Burbank Dental Laboratory Inc.
Phone: 800-336-3053
E-mail: burbdentalhelp@aol.com
Web: www.BurbankDental.com

### Disclaimer

The preceding material was provided by the manufacturer. The statements and opinions contained therein are solely those of the manufacturer and not of the editors, publisher, or the Editorial Board of Inside Dentistry.

Share this:   

Back to Top

© 2012 AEGIS Communications | Contact Us | Terms of Service | Privacy Statement

KDA-002895

EXHIBIT 99