

KASTLE MILLS IS YOUR 3 SHAPE TRAINING, SALES AND REPAIR CENTRE IN CANADA.



3Shape Sales and Service in Canada - Click Here!

THURSDAY, JANUARY 6, 2011

## NEW 3D Full Contour ZirCrown Now Available at Kastle Mills

Full contour crowns have been appearing from various providers positioned as a replacement for full gold crowns. The full contour zirconia crowns we have seen and compared side by side that are on the market don't meet the esthetic bar that our dental laboratory customers currently demand, so we went on a search for the best `high transluency' zirconia (it is a german zirconia) and the best shading process, implementing new refined presintered staining techniques. After a year of researching and testing various materials and shading processes, we are proud to introduce a beautiful new product for your dentist partners, the 3D ZirCrown is launched. This is a highly esthetic, 3D MultiShaded full contour zirconia crown offered at a VERY competitive price.

TWITTER



Kastle Mills Corp.
**Kastlemillscorp**

*Kastlemillscorp* I just posted 3Shape an dentist perspective on how the technology of TRIOS can impact your practice., read it here:
http://www.kastlemil...
17 hours ago · reply · retweet · favorite

*KastleMills* 3Shape TRIOS Digital Impression System: A TRIOS® case st - Photos
kastlemills.blogspot.com/2012/09/a-tric
22 days ago · reply · retweet · favorite

*KastleMills* 3Shape's President and CEO Flemming Thorup answers...
kastlemills.blogspot.com/2012/10/3sha
...
7 days ago · reply · retweet · favorite

*KastleMills* The TRIOS is HERE:
kastlemills.blogspot.ca/2012/10/today-
fb.me/HVPy5Cnh
3 days ago · reply · retweet · favorite

 Join the conversat

3SHAPE SALES IN CANADA - CLICK HERE



**Stone Models:** Kastle Mills will design the 3D ZirCrown using our gorgeous Custom 3Shape anatomical library. Alternatively, if you have 3Shape or other open scanner we can accept your design files. The 3D ZirCrown will then be created and shaded

KDA-003128

**EXHIBIT 100**

(presintered) using the unique MultiShade process and technique to apply separate shades to the cervical, body, and incisal areas. You will receive the case ready to stain and glaze - no need for porcelain application. This is the most esthetic full contour zirconia we have seen throughout all of the products and processes we have evaluated over the course of the last year. The above image shows the final stained and glazed product. As a manufactuerer only you will receive the unstained, unglazed 3D ZirCrown delivered to you.

We have priced these units very aggressively so you can offer a competitive and profitable restorations to your dentists.

**Our 3D ZirCrown was Approved as a Class 3 Medical Device for use in Canada - one of the very few!**
Introductory pricing for the 3D ZirCrown with MultiShade is:
**$89.99** when we scan and design your case
**$59.99** if you send us your digital designs.



**BENEFITS:**
Great esthetics
1100 MPa flexural strength
Great alternative to Full Gold Crowns, PFG's and pressed ceramics.
The strongest all ceramic crown available
Huge cost saving for labs and dentists.
Available in 16 Vita shades
Uses conventional cements.
More than twice the strength of e.max or any other pressed ceramics.
**Kastle Mills can help your business:**
Increase your product line with no additional investment.
Very profitable business model
Reduces labor 80 - 90%
Order the 3D ZirCrown and receive a restoration ready to stain, glaze and ship


3Shape Dental Scanner D700, Trios

CANADA'S PREMIER DENTAL OUTSOURCING CENTRE


3Shape Sales and Service in Canada, the Trios is coming!

KASTLE MILLS CORP.


`Our leading edge facility' at the Core on Ellis

FOLLOWERS

KDA-003129
**EXHIBIT 100**





Your 3Shape Dental Scanner Centre in Canada
Dental CADCAM Sales and Service for D700 D710 3Shape
info@kastlemills.com
www.kastlemills.com
3Shape.com

POSTED BY KASTLE MILLS CORP. AT 6:27 PM

**NO COMMENTS:**

**POST A COMMENT**

**Join this site**
with Google Friend Connect

**Members (10)**




Already a member? Sign in

**BLOG ARCHIVE**

► 2012 (37)
▼ 2011 (47)
  ► November (3)
  ► October (3)
  ► September (3)
  ► June (5)
  ► May (4)
  ► April (2)
  ► March (7)
  ► February (10)
  ▼ January (10)
    Is the Cerec AC Chairside right for your practice?...
    Kastle Mills Launches Industry Wide Solution for L...
    Kastle Mills and 3Shape - Discount Trade In Progra...
    Palladium glass paves way for dental implants - Ka...
    3Shape Helps Blaze a `New' Path in Digital Intraor...
    NEW 3D Full Contour ZirCrown Now Available at Kast...
    Kastle Mills 3Shape Custom Tooth Library - Exclus...
    KastleMills Custom Dental Wings and 3Shape

KDA-003130
**EXHIBIT 100**

```
Enter your comment...
```

Library...

How To Market Direct to Dentist Tip #1 is Turnarou...

The 3D ZirCrown Full Contour Zirconia Crown

Comment as: Google Account

[Publish] [Preview]

► 2010 (13)

Newer Post          Home          Older Post

Subscribe to: Post Comments (Atom)

KDA-003131

**EXHIBIT 100**