# 2012 Zahn Dental Continuing Education

**Course No.** 12-1020NY

## Zirlux™ FC Full Contour Lecture and Demo

**Course Fee** $40.00

| | | | |
|---|---|---|---|
| **DATE:** | October 20, 2012 | **Location:** | The Inn at Fox Hollow |
| **TIME:** | 8:00am – 12:00pm | | 7755 Jericho Turnpike |
| **CREDITS:** | 4 CDT | | Woodbury, NY 11797 |

**BRIEF COURSE DESCRIPTION:**

Learn about The new full contour Zirconia system which was developed to offer dental technicians an efficient and reliable method for producing esthetic full-contour restorations. This unique system consists of 5 preshaded zirconia discs, 7 stain pastes, 7 modifier pastes, and glaze. By milling a preshaded Zirconia disc, the dental technician is able to utilize the Zirlux stain pastes to reach any of the 16 Vita A-D shades as well as Bleach shades. No dipping or use of coloring liquids is required at any point in the process. This lecture/demo will describe the unique shading system and how it compares to other systems available today. Further, the process for shading a milled full-contour Zirconia crown to its desired final shade using a traditional stain and glaze technique will be demonstrated.

The lecture will discuss how to build up a crown directly on Zirlux with Avanté® Z™ by using traditional layering techniques. Pressed restorations will also be addressed by two alternative techniques: 1) cutback and layer using Dentin Pellets and Press Incisal and 2) stain and glaze using Translucent Pellets. These aesthetic pressed restorations can be used for both anterior and posterior teeth.



Larry Borman,

Laurence Borman is President of Tetra Dynamics, Inc. a full service dental laboratory and Milling center in New York. Larry's responsibilities include business development, treatment planning and the continuing education programs. Larry is a faculty member of New York University's College of Dentistry. He is an instructor in the Full Mouth Reconstruction Program. Where dentists learn to diagnose treat and manage difficult conventional and implant supported full –mouth rehabilitation cases. Larry lectures extensively on aesthetic enhancements for laminate veneers, Implants, Full Contour Zirconia Restorations and the Edentulous arch. Larry has a Bachelor of Science in Economics and Business from New York University.

**To register, Contact Tony Mirkov 917-755-3631 or Rosemarie Tufarelli 800-496-9500 option #2 x 3687**

To print a registration form visit:
**www.zahndental.com/education**



**QUESTIONS?**
Contact Beth Collington
at (609) 672-0872



KDA-003016
**EXHIBIT 102**