CaliforniaDentalArts

About        Resources        Contact

800.313.1020

**Products •**        **Services •**        **Technology •**        **Get Started •**

### ALL-CERAMIC
ZirFit Solid Zirconia
IPS e.max®
Empress®
3M Lava™ Zirconia
Veneers
Temporaries

### REMOVABLES
### IMPLANTS
### TRADITIONAL




## ZirFit Solid Zirconia

With our 100% California-made ZirFit™ Zirconia, we deliver guaranteed beautiful fits. If there's a problem, we'll take care of it immediately—no blame and no charge. Our 5-axis machines mill within the microns of accuracy necessary to create perfect margins, contacts and occlusion. The result is best in class fits and contour. Perfect for bruxers and an ideal alternative to PFMs, these translucent full-contour zirconia restorations offer your patients incredible strength and beauty.

### RESOURCES
Case Planning Consultations
Digital Shade Matching
Pick-Up & Delivery
In-Lab Turn Times
Technical Guides
Request Supplies
Get Started

Site Map • Terms & Conditions • Careers

© California Dental Arts • 20421 Pacifica Drive Cupertino, CA 95014 • 800-313-1020        Designed by AMG Creative

KDA-00480

EXHIBIT 103