

KDA-003242
EXHIBIT 104