


Experience the Technics Difference.



We believe quality work and quality service should not merely be words; they must be an obsession.

An obsession matched with detailed procedures with the doctor as the chief definer of what is important.

Home | About Us | Services | Special Offers | Seminars | Contact



# TECH/ZIR FC
**FULL CONTOUR ZIRCONIA BUILT TO LAST A LIFETIME - GUARANTEED**



Tech/Zir FC is milled from the most esthetic full contour zirconia available. We design you restoration using our cutting-edge 3Shape D810 scanner and then mill the restoration and perform a multi-color shading process that dramatically enhances the esthetics. After this, the restoration is sintered, seated under 10x magnification, and glazed. Tech/Zir FC boasts 1100 Mpa flexural strength, making it the strongest all ceramic crown available! These crowns can be cemented conventionally as well, making your life simple.



Technics Dental Laboratory 1801 N. State Rd. 7 Margate, FL 33063 (800) 322-3485 info@technicsdental.com

KDA-003256
**EXHIBIT 105**