**Pittman Dental Laboratory**

# STANDARD RX

www.pittmandental.com
1-800-235-4720
TX Registration #01223
KY Registration #L339
SC Registration #394

2355 CENTENNIAL CIRCLE, GAINESVILLE, GA 30504-5799  U.S.A
Phone: (770) 534-4457     Fax: (770) 503-1173

DATE: _____     PATIENT NAME: _____

DELIVER BY 5:00 PM ON:

### PORCELAIN FUSED TO METAL
- [ ] Metal Occlusal
- [ ] Porcelain Occlusal
- [ ] Metal Band on Buccal
- [ ] Porcelain Butt Joint
- [ ] GOLD Butt Joint
- [ ] GOLD
  - [ ] Yellow   [ ] White
- [ ] Semi-Precious (Noble)
- [ ] Non-Precious (Base)
- [ ]
- [ ] DIE TRIM BY DOCTOR
- [ ] HAVE TECH CALL DOCTOR

### Metal Free Restorations
- [ ] Thin Press Veneer

**EMPRESS**
- [ ] Pressed   [ ] Layered
- [ ] Send Bonding Material

**EMAX**
- [ ] Pressed   [ ] Layered

**Zirconia**
- [ ] Lava   [ ] Procera®
- [ ] ZirCAM All-Zirconia Crown

MOLD: _____   [ ] Rugged   [ ] Moderate   [ ] Feminine

### DENTURES
- [ ] Premium Plus   [ ] Wax Try In   [ ] Process
- [ ] Standard       [ ] Bite Blocks  [ ] Rebase
- [ ] Economy        [ ] Custom Tray  [ ] Reline
- [ ] Acrylic Partial [ ] Immediate
- [ ] Dawson Night Guard
- [ ] Veriflex Night Guard (self adjusting)

### Full Cast Restorations
- [ ] Non-Precious (White)
- [ ] Semi-Precious (White)
- [ ] Gold Yellow 20% (Noble)
- [ ] Gold Yellow 52% (Noble)
- [ ] Gold White 40% (High Noble)
- [ ] Gold Yellow 75% (High Noble)
- [ ] Gold Yellow 83% (High Noble)

### PARTIALS
- [ ] Esthetic Design
- [ ] Cusil
- [ ] Valplast®
- [ ] Vitallium 2000
- [ ] Ticonium
- [ ] Frame Work Only

SHADE: _____

OTHER CASE NOTES:
_____
_____
_____
_____

SIGNED DR.: _____
LICENSE #: _____
PHONE ( ___ ) _____

All Accounts due and payable by the 10th of each month. Late charges of 1.5 % per month charged from the date due on amount unpaid over 30 days from date of statement. Customer agrees to pay the lab's cost of collection, including attorney's fes. Georgia law shall apply hereto.

All Materials ADA/FDA Approved                3/4/2011

KDA-003212

**EXHIBIT 106**