

Home    Contact    Products & Services    Doctor Resources    FAQ

## Metal-Free Restoration Guide

*These are guidelines only.*

**Small to large inlay or onlay:** Use Sculpture or VM9 pressed or e.max pressed.

**Veneers:** Use Sculpture if prepped lightly. VM9 pressed or Procera if prepped aggressively. e.max pressed for extra strength/bruxing.

**Maryland Bridge:** Use Sculpture/Fibercore. Anterior crowns and splinted single units: Use Procera alumina or Procera alumina.

**Anterior 3-unit Bridge:** Use Procera Zirconia.

**Anterior bridge combined with posterior single units and/or bridge:** Use Lava or Procera Zirconia.

**Anterior single crown that has a short prep and/or under a heavy occlusal load:** Use Procera Zirconia or e.max pressed.

**Anterior bridge over 3 units:** Use Lava or Procera Zirconia.

**Posterior single units:** Use Procera Zirconia or Bruxer crown made from IPS e.max

**Posterior bridges:** Lava or Procera or Cercon Zirconia.

**Any Cantilever bridge:** Cercon Zirconia or Procera Zirconia.

**Patient a grinder or Bruxer:** Use IPS e.max Bruxer crown.

**Patient breaks everything:** Solid Zirconia anatomically correct crown.





adlrx.com

-292-

Home |About us |Support |Clients |Contact

©green solution all right reaserved

XHTML    CSS

Design By:Template World

KDA-002173
**EXHIBIT 107**