Infinity Dental Laboratory                                                                                         1





We are a **full service** dental lab catering to dental labs **throughout** the country.

We want to help your dental lab grow! Want to offer your dentists a **wider selection** of products? We can help you offer a full array of fixed and removable products that are top quality **and** priced to help your dental lab **grow** !

We offer such products such as Valplast and Flexite Partials, EMAX, Empress, Procera and LAVA crowns. We also offer full Zirconia or "Bruxer" crowns for a full porcelain crown that can withstand a grinding patient.

You can send us an impression and have us make the case to completion or if you prefer, you can pour up the models, trim the dies or even make the copings for us to stack the porcelain to your specifications. We are very flexible and accommodating, allowing dental labs to do as little or as much as they want to a case before we receive it.

We would **love** the opportunity to show you what kind of work we can perform for you.

We have helped dozens of dental labs throughout the country offer a wider array of quality products to their customers.

Infinity Dental Lab - Home of the $46.00 PFM NP

http://www.infinitylaboratory.com/5073/5094.html                                          9/6/2012
                                                                                          KDA-002341

**EXHIBIT 108**