Dental Tech Log In                                                                                           Login / Register



ZerisCAD®
CADVeneers®
ZerisBRUX®

Login                              Register

Username:
Password:

Forgot Password?   Login





Introducing ZerisBRUX® full contour zirconium crowns for only *$99.00 available with occlusal and buccal layering. ZerisBRUX® is not just a ....Zir crown, it's more beauty than brawn and better than any other full contour zirconium crowns. Try ZerisBRUX® the aesthetically superior full contour crown and be amazed how natural looking they are. Made from CDLLab's newest more translucent zirconium and layered with Noritake® porcelain on the occlusal and facial which makes all the differance. More gentle to the natural opposing dentition and more natural aesthetics.

CDLLab.com is proud to offer ZerisBRUX® the superior restoration, 100% guaranteed for only *$99.00. Simply register at www.cdllab.com and place your ZerisBRUX® order online with our OLS™ System. If you have a digital impression and don't need models, we will deduct $20.00 per unit, simply attach your scan to the OLS™ electronic lab slip. CDLLab can now accept .stl and Cerec files.

CDLLab.com provides Swiss Quality Standards of Excellence and only uses FDA and CE registered materials.

Try these beautiful and precise restoration for your next case, your patients will be extremely happy with the results. Simply register at www.cdllab.com and order these beautiful restorations trough our OLS™ System. We can also accept your digital impressions via our electronic lab slip OLS™, you can attach your digital impression .stl or Cerec file, any photos

or images and instantly submit your case to CDLLab.com. You or your staff can track your cases via our OLS™ System and be informed at all times at what stage your cases is and when it was shipped back to you.

CDLLab.com is committed to providing you with Swiss precision and highest quality restorations with state of the art technology for submitting and shipping your cases to us, the highest standards in CAD/CAM Dental Restorations.

KDA-003294
Exhibit 109

Sincerely,
CDLLab.com
+1 619 702-1806



Restorations made in the USA using FDA and CE registered dental materials.

HOME   PRODUCTS   SERVICES   MATERIALS   PRICING   TECHNOLOGY   FEATURES / BENEFITS   TESTIMONIALS   FAQ   CONTACT US
COMPANY INFO   TERMS OF USE   PRIVACY INFO   SITE MAP

© 2001-2011 CDL Technologies Inc. All rights reserved. ZerisCAD®, CADVeneers®, ZirBlock®, ZerisBRUX® are registered trademarks of CDL Technologies Inc., Noritake Cerabien CZR® is a registered trademark of Noritake Inc., e.max® and IPS Empress® are trademarks of Ivoclar/Vivadent.
Site by ignitemysite.com

KDA-003295
**Exhibit 109**