**Fixed Cosmetics RX**

[ Print Form ]   Toll Free 877-490-5533
[ Submit by Email ]   Local 210-490-5533
Fax 210-521-2997

www.mascolaesthetics.com
6246 Ingram Rd.
San Antonio, Texas 78238

Doctor: _____   Call Doctor: ☐
Address: _____   City: _____
State: Texas   Zip Code: _____
Patient: _____   Gender: Male   Age: _____
Case Due Date: _____

**Metal Preference**
☐ Non Precious
☐ Noble
☐ High Noble White
☐ High Noble Yellow

**Cosmetics**
☐ IPS e.max
☐ Xtreme Bruxer (Solid Zirconia)
☐ Cerec (5 day turnaround)
☐ Zirconia
☐ Captek

**Margin Preference**
☐ Porcelain Shoulder
☐ No Visible Metal
☐ 360° Metal Margin
☐ Lingual Metal Margin

**Xtreme Cosmetics**
Xtreme Restoration ($75) ☐
All Xtreme restorations are done under 5x power microscopes. Add $75 to any or all Ceramic restorations for our Xtreme Cosmetics

**Xtreme Steps**
1. Custom models with soft tissue.
   a. Custom models are equilabrated
2. At request models are mounted on:
   a. Sam III articulator
   b. Panadent articulator
   c. Denar Combi articulator
3. Custom external opaque modifiers.
4. 15 powder internal & external layering of ceramic.
5. Custom external stain & glaze, or polished porcelain at request.
6. Fabrication & Inspection are preformed by a CDT.

Example Puchase: E-MAX $175 + $75

**Instructions**

**Doctor Please Retain Duplicate Copy**
Signature: _____
License #: _____
State: Texas

Person signing this authorization accepts sole responsibility for payment, and agrees to pay all legal and collections costs in the event of suit, including reasonable fees and finance costs. Invoices not paid within 30 days of statement are subject to a service charge of 1.5% per month. Cost collection will be paid by the customer. Accounts with balances over 60 days are subject to being placed on C.O.D. basis. This contract performable in Bexar County, TX. In the event of a dispute, the parties agree that the venue be Bexar County.

*GreenRx*   Created by PACTprinting - June 2010.

KDA-002444
**EXHIBIT 110**