Thursday, August 9, 2012                                                                                       Contact Us | Site Map

| HOME | ABOUT US | PRODUCTS | EDUCATION | FAQS | TESTIMONIALS | LINKS | RESOURCES |

**Fixed**
- IPS e.max® Press
- Procera AllCeram
- Lava™
- IPS Empress®
- Sculpture®/Fibrekor®
- Bruxer
- Captek
- BIO 2000®
- Conventional PFMs

**Removables**

**Implants**

**Radiographic & Surgical Appliances**

### Bruxer

Bruxer Solid Zirconia is a monolithic solid zirconia restoration with no porcelain overlay. More brawn than beauty, you'll be impressed by the esthetics of Bruxer when prescribed instead of posterior metal occlusal PFMs and full-cast metal restorations. Bruxer is virtually chip proof, making it the ideal restoration for bruxers, implant restorations and areas with limited occlusal space.

Bruxer Solid Zirconia crowns & bridges are made from the highest quality zirconia powder from Japan. We chemically and physically reprocess the powder to further reduce the zirconia particle sizes. Bruxer milling blanks are then created through a unique patent-pending process. Unlike conventional high-pressure milling blank manufacture, our processing gives Bruxer improved light transmission, which provides a lower, more natural shade value.

**Benefits**

- CHIP-RESISTANT, AS IT IS MADE OF SOLID ZIRCONIA WITH NO PORCELAIN OVERLAY
- GLAZED TO A SMOOTH SURFACE TO REDUCE PLAQUE ACCUMULATION



York Dental / Cerama Laboratory, Inc. © 2010                                                          Designed by AMG Creative