Zirconia Bruxer Crown 1

CONTINENTAL
Dental Laboratories
of California

SPECIAL!
Full Zirconia Crown
for 'Bruxing' Patients
• High >1100 MPa strength
• For crowns and bridges
• Ideal for patients who grind their teeth or where occlusal space is limited
• Will not crack or chip
Only... $89 per unit

Copyright © 2010 - Continental Dental Laboratories. All rights reserved. 

·Home ·Products ·Log-in ·Sitemap ·Contact Us

http://www.continentaldental.com/home-continental-dental-lab/2-porcelain-to-non-precious/62-zirconia-bruxer-crown 9/6/2012
KDA-002241
EXHIBIT 112
-298-