BruxZir Reviews | DRAKE PRECISION DENTAL LABORATORY, INC. Product Reviews | Learn ...

9/6/12

DENTAL360   Dental Product Shopper   Hygiene Product Shopper   Dental Learning.net          From The Podium   Practice Building   Equipment For Sale   Blog   About Us   Contact Us   Register   Login



## YOUR SOURCE FOR PRODUCT EVALUATIONS & INFORMATION

**DENTAL PRODUCTS**       **HYGIENE PRODUCTS**       **DENTAL LEARNING**

Home       Dental Products       Zir-Cast Bruxzir            Dental Product Videos   Product Evaluations   New Products   Promotions   Manufacturer Index

**Categories:** Restorative Dentistry | Restorations | Zirconia

# Zir-Cast BruxZir

Drake Dental Labs' Zir-Cast is one of the strongest all-ceramic crowns ever created. It is designed and milled using CAD/CAM technology and the unique proprietary material is then highly glazed and polished making it more translucent.

BruxZir is a monolithic solid zirconia restoration with no porcelain overlay. BruxZir is virtually chip proof, making it ideal for bruxers, implant restorations and areas with limited occlusal space.





Share |                                                          0

Like       Be the first of your friends to like this.

**TAGS:** Restorative Dentistry   Restorations   Zirconia

**COMPANY INFORMATION**                                        Learn More About DRAKE PRECISION DENTAL LABORATORY, INC.

Other products from this manufacturer

www.drakelab.com

Drake Dental Laboratories- DuraTek    DRAKE DENTAL LABORATORIES– TAP II ELITE    DRAKE DENTAL LABORATORIES–EMA    DRAKE PRECISION DENTAL LABORATORY    Drake Eco

**Related Categories:**
Laboratory, Laboratory Products              read more                  See All Products from DRAKE PRECISION DENTAL LABORATORY, INC

**Podcasts**                                                   **CE Courses**

-299-

KDA-002450
**EXHIBIT 113**






-300-

KDA-002451

**EXHIBIT 113**