## BruxArt™





Full contour zirconia crowns designed with the newest technology. Precision milling provides the accuracy, fit and strength you require when placing full contour restorations. BruxArt™ mimics the beauty of nature while providing outstanding strength.

Made in the USA with biocompatible medical-grade zirconia that is almost indestructible. This metal-free alternative to full gold crowns is ideal for bruxers and grinders and can be placed with conventional cementation.