8/6/12 Bruxers All Zirconia Dental Product Dental Products Manufacturer & Wholesale Supplier From Usa - Chi...

Welcome **to HelloTrade!**  | Home | About Us | Join Free | Login | Help

# HelloTrade
Global Trade Search Engine

Sellers    Buyers    Trade Events

Tenders

Enter product name to search    Search

Home » Sellers

## China Dental Outsourcing Incorporated

No. 4448, Aldrich Avenue South
Minneapolis, Minnesota-55419,
USA

**Ads by Google**

**Save Time & Money. Free Trial Offer**
BlueRidgeSoftware.bz  Easy Contract Management
Affordable Contract Mgmt Software.

**Helicopter Ride Los Angles**
Star-Helicopters.com/LearnWhy  AStar Helicopter
LA There really is only one choice!

| COMPANY PROFILE | PRODUCTS & SERVICES |
CONTACT US | EMAIL ENQUIRY

**SEND ENQUIRY**
* Describe your requirements:



### Bruxers All Zirconia Dental Product

All Zirconia for Bruxers is an innovative system for metal-free crowns and bridges in the posterior used primarily for bruxers and heavy biters. The strength of zirconia restorations is well established, and the ability to provide an all zirconia restoration. The system is used to fabricate anterior or posterior single units or multi-unit bridge restorations out of translucent, biocompatible zirconia, the strongest and toughest dental ceramic.

Esthetically, they are inferior to porcelain restorations, but are superior to full metal or metal occlussal. Shades are close approximations (but cannot be exact) to the Vita 16 shade guide, hence they are best used in the posterior.

They are extremely strong; being crack and fracture resistant, and extremely durable.

More - Dental Products

### Bruxers All Zirconia Dental Product

All Zirconia for Bruxers is an innovative system for metal-free crowns and bridges in the posterior used primarily for bruxers and heavy biters. The strength of zirconia restorations is well established, and the ability to provide an all zirconia restoration. The system is used to fabricate anterior or posterior single units or multi-unit bridge restorations out of translucent, biocompatible zirconia, the strongest and toughest dental ceramic.

Send

**Ads by Google**

**Contact us now at 1-877-228-5466**
www.allclasslimousine.com  5 STAR LIMO 877-22
24Hrs Limo Service in all Cities

**Will Set You Apart - 100% Online**
www.VillanovaU.com/SixSigma  Six Sigma Certifi
Earn the Six Sigma Credentials That

**Ads by Google**



8/6/12 Bruxers All Zirconia Dental Product Dental Products Manufacturer & Wholesale Supplier From Usa - Chi...



Esthetically, they are inferior to porcelain restorations, but are superior to full metal or metal occlussal. Shades are close approximations (but cannot be exact) to the Vita 16 shade guide, hence they are best used in the posterior.

They are extremely strong; being crack and fracture resistant, and extremely durable.

More - Dental Products

## Other Products



Dentsply Cercon Zirconia Dental Product



Full Dentures Dental Product



Ips E.Max Esthetic Dental Product



Ips Eris Dental Product

Ads by Google  Birthday   Reminder Text   Pop Up   Birthday Text

## RELATED PRODUCTS

### Dental Extracting forceps



In order to introduce our firm it suffices us to say that we are one of the

### Veterinary Dental Delivery System



YDT Limited sources, develops, manufactures

### Dental Intraoral Camera



### Dental chair LC500



KDA-002319
EXHIBIT 115

8/6/12 All Zirconia Dental Product Dental Products Manufacturer & Wholesale Supplier From Usa - Chi...

Ads by Google    Birthday    Reminder Text    Pop Up    Birthday Calendar

KDA-002320
EXHIBIT 115