

KDA-002349
EXHIBIT 116