**Business Net Tennessee**

| | | |
|---|---|---|
| Companies: | 8,519 | Articles and publications: 0 |
| Products and Services: | 5 | Tenders & Vacancies: 2 |

Companies     Products and Services     Tenders     Vacancies     Articles and publications

[_____]  Search

For example: Going Out

# R Dent Dental Laboratory

### OC Immigration Attorney

Visas, deportation defense The Lynn Law Firm 714-681-1206
www.immigrationorangecounty.com     AdChoices ▷

**R-Dent Dental Laboratory is best lab for customers and employees with standardized dental training program.**

| | | |
|---|---|---|
| Address | 6590 Summer Knoll Cv Ste 101 Memphis, TN 38134-2885 | Is this your company? |
| Phone | **(901) 372-8020** | |
| Website | www.rdentlab.com | |

» Prep Guides, Cementation, and Impression Techniques
» Fixed Product Technical/Clinical Information
» Removable Product Technical/Clinical Information
» Implant Product Technical/Clinical Information

R-dent's mission is to be the best in the eyes of both our customers and our employees. Through our daily standardized training program, commitment to stay ahead of new technologies as they emerge, and team that is committed to making every product.
» read more

New Fixed Department Manager, New "R-brux" crown, cosmetic case improvements, and On-Staff Clnician

R-dent is very proud to announce its new fixed department manager, Shawn. He comes to us, Air Force trained and over 12 years managerial experience in ceramics. Shawn also has a bachelor degree in Organizational Management and is currently completing his masters. Shawn's strong balance of education and technical expertise, has further given us a competitive advantage over our regional competition. We have made many improvements since his employment began, just a few months ago, but we have many more exciting improvements and changes to come in the near future.
We are glad to introduce our new full-contour zirconia bruxer crown, R-brux. This restoration is a perfect replacement for your full-cast and metal-occlusal restorations. They can be shaded and stained to match any of the standard Vita shades. We need at least .5mm clearance and a very accurate bite! As you can imagine, an R-brux restoration is not one you want to grind in an inaccurate bite. Save your alloy cost and give your patients R-brux, a much more esthetic bruxer option!
We are proud to introduce our new members to our "cosmetic team." John, has his CDT, and handles all our cosmetic wax-ups, silicone prep-guide, and silicone temp matrix fabrication. We are confident that you will agree, our

cosmetic wax-ups are "second to none," and will definately help you with your cosmetic case presentation and preparation. We have also added two wonderful cosmetic ceramists, Roxanne and Vera. Both of these ceramists will be handling anterior/cosmetic cases from porcelain application to glaze. Unlike our larger competitors, who use three different technicians for these critical fabrication steps, we will be giving you better consistency by having ONE ceramist take your case through all these esthetic steps. We are confident that these new additions to our "cosmetic team," along with many other improvements, will make R-dent the best choice for your cosmetic/anterior cases! Please feel free to reach-out to our fabulous On-Staff Clnician, Dr. Bob Hewitt. His services are FREE to all R-dent customers. His 40 years clinical experience has already helped many. Give him a call today!

R-dent is now offering our new FULL-CONTOUR zirconia restoration. This is the perfect subsitution for your full-cast and full-gold restorations. You can eliminate those outrageous precious alloy prices and give your patients a...

Rating:                                  Add review

About the project

USA Business Network

**Tennessee**

Business Network - company, product and

«Region Web Service» 2008-2012
All rights reserved

KDA-002752
**EXHIBIT 117**