Case 8:11-cv-01309-DOC-AN   Document 93-54   Filed 11/19/12   Page 1 of 2   Page ID #:3939

Your smile does not cost much now • View topic - What is Bruxer Crown?    Page 1 of 2

# Your smile does not cost much now

The cost of maintaining dental health is somewhat higher these days. Getting treatments like dental implants, cosmetic dentistry, tooth whitening, orthodontic treatment UK etc.

[Search]
Advanced search

- Portal
- Forum
- Blog
- Change font size
- Print view

- Tags
- FAQ
- Chat
- Register
- Login

# What is Bruxer Crown?

Write comments

[Search this topic…] [Search]

2 posts • Page **1** of **1**

- Abuse

## What is Bruxer Crown?

by **ronaldo07** on Fri Apr 29, 2011 5:59 pm

As we know there are different kinds of crowns available now a days. Metal crowns, ceramic crowns even they have different types. Bruxer is one of them. Bruxer is Solid Zirconia is a monolithic solid zirconia crown restoration with no porcelain overlay. More brawn than beauty, you'll be impressed by the esthetics of Bruxer when prescribed instead of posterior metal occlusal PFMs and full-cast metal restorations. Its very famous and popular within the dentists.
Ronaldo Mario
Dental Lab

ronaldo07

**Posts:** 6
**Joined:** Fri Apr 29, 2011 5:49 pm

Top

Your smile does not cost much now • View topic - What is Bruxer Crown?   Page 2 of 2

- Abuse

## Re: What is Bruxer Crown?

by **stevenson** on Mon Jul 04, 2011 6:42 am

Bruxing may be transient or a long term problem. It should be diagnosed by your dentist. A night guard for you to sleep in to alleviate the clenching or grinding.!
Dentistry in Australia
Diploma in Dental Technology

stevenson

**Posts:** 32
**Joined:** Tue May 31, 2011 12:25 pm

Top

Display posts from previous: All posts   Sort by Post time   Ascending   Go

Write comments
2 posts • Page **1** of **1**

Return to Announcement

Jump to: Announcement   Go

## Who is online

Users browsing this forum: No registered users and 2 guests

- Informe.com support
- Board index
- The team • Delete all board cookies • All times are UTC

Powered by phpBB © 2000, 2002, 2005, 2007 phpBB Group
© 2007-2008 Informe.com. Get Free Forum Hosting

Americanized by Alexander Fick
Portal by phpBB3 Portal © phpBB Türkiye