San Antonio TX Cosmetic Dentist | Cosmetic Dentistry of San Antonio

The Dentist Who Cares!

- Home
- About Us
- Cosmetic Dentistry
- Invisalign
- Dental Implants
- Dentures
- Dental Veneers
- Blog
  - Cosmetic Dentistry
  - Invisalign
  - Dental Implants
  - Dentures
  - Dental Veneers
  - Dental Articles
- Contact

# Dental Crowns



**Dental crowns** help *protect damaged teeth* and *maintain their functionality*. Crowns, also called "caps" can be used in a number of ways. These include protecting a tooth that has been cracked or damaged by decay and sometimes replacing a preexisting crown. A dental crown covers a damaged or worn out tooth with a material that has been custom-designed, and is usually combined with dental implants and dental bridges. At **Cosmetic Dentistry of San Antonio**, we offer the latest technology in crowns that eliminates dark metal showing at the gum line.

**Interested in our San Antonio Restorative Dentistry services?**

Schedule an appointment with Dr. Camacho online, or call us at: **210-263-1399**. Our office is located at: 16535 Huebner Rd., Suite 102 San Antonio, TX 78248.

## The Dental Crown placement procedure

Dr. Camacho prepares the tooth and makes a molded impression of your teeth to send to a **dental laboratory** where the crown will be made. During this visit, a personalized **temporary crown** is made to protect the tooth

while the permanent **custom-made crown** is being completed in the dental laboratory. The crown is then custom shaded chairside in our office until you are completely happy with the appearance and then permanently bonded to the tooth. This a two visit procedure.

## What is my Crown made of?

There are many options available for crowns. Depending on where it will placed in the mouth will determine the material. Since we use the top labs, all of the latest technology is available to us and you are not limited to only a few choices. There are many different types of all **porcelain crowns** that are just as durable as metal crowns and eliminate the dark appearance at the gum line that eventually happens with traditional crowns with silver metal underneath the porcelain. All ceramic crowns provide a metal-free option that is more aesthetic with a number of benefits.

By eliminating the need for the accommodating metal core, an aesthetic **all-ceramic crown** can be created with a thinner material. This option makes them a treatment choice that is more popular in areas with a limited amount of space. Additionally, getting rid of the metal core allows for small transmission through the porcelain for better optical, life-like properties and a higher level of aesthetics which means a more natural looking smile for you!

With the latest technology, all ceramic crowns can even be placed on back teeth and in patients who grind their teeth. Traditionally, all ceramic crowns could not be placed on back teeth due to lack of durability.

At Cosmetic Dentistry of San Antonio we offer the latest in technology including a patented crown called a "Bruxer" crown (Bruxism is the habitual grinding of teeth, typically during sleep and a Bruxer is a person who does this). This is an all ceramic, natural looking crown that can be placed on back teeth. This eliminates the problem of porcelain chipping off and showing unsightly metal underneath that occurs with traditional metal core crowns.

[SCHEDULE A NO-OBLIGATION CONSULTATION]

### Call us at: 210-263-1399

Print    Email

Call to Schedule an Appointment:

### 210-493-9944

or

Submit an Online Request

**Name** *                   [                    ]

**Email** *                  [                    ]

**Phone** *                  [                    ]

[Submit]



**Helpful Links**

- Before and After
- New Patient Welcome Packet
- Quarterly Newsletter

**Tour Our Office:**



*

**Twitter: cdentistsa**

- Do you have questions on how our Cosmetic Dentist can help you? http://t.co/kC5c7Ntt about 5 hours ago from SocialOomph ReplyRetweetFavorite
- An experienced cosmetic dentist has had extensive training in the latest techniques using ceramics, porcelain and lumineers. about 7 hours ago from SocialOomph ReplyRetweetFavorite
- Video Blogs about Dental Veneers at http://t.co/C5lRP2xa about 9 hours ago from SocialOomph ReplyRetweetFavorite
- Cosmetic Dentist can handle all your dental needs.http://t.co/kC5c7Ntt about 11 hours ago from SocialOomph ReplyRetweetFavorite
- Your teeth deserve the best care you can give, they're apart of you forever. about 13 hours ago from SocialOomph ReplyRetweetFavorite

