

KDA-002804
**EXHIBIT 120**