

KDA-002871
EXHIBIT 121