

KDA-002891

**EXHIBIT 122**