| home | about us | privacy policy | send email | site map | view cart |



Home > Dental Nightguards > Dr. BRUX Bite Tray Nightguard-Shipping included

# Dr. BRUX Bite Tray Nightguard-Shipping included

**Powered Toothbrushes**
**Breath Control Center**
**Cybersonic Products**
**Dental Nightguards**
**Denture Care**
**Gift Certificates**
**Gum Disease Explained**
**Health, Beauty & Safety**
**HydraBrush Products**
**Hydro Floss Oral Irrigator**
**Hygiene Aids, Flossing, Etc.**
**Just For Kids**
**Oral B Products**
**Oral Irrigators**
**Rotadent Classic Brushes**
**Sonicare Products**
**Teeth Whitening**
**Tongue Cleaners**
**Waterpik Products**
**Resources**

Item# BRUXP
**Regular price: $89.00**
**Sale price: $49.50**

Color: Clear

**Availability:** Usually ships in 2-3 business days
This item is currently out of stock!

## Product Description

Free domestic shipping on this item if using First Class Mail only. Any additional items bought on the same order will be charged shipping.

TO BE SUCCESSFUL IN THE DENTAL FIELD IS SIMPLE: ALL YOU NEED IS INNOVATIVE PRODUCTS AND 35 YEARS OF EXPERIENCE.

We have been working in the dental sphere for 35 years and are proud of having created unique, exclusive intra-oral devices, used by specialists to prevent, protect and cure, such as, for example: ProGuard®, the tooth-shield chosen by the "Special Olympic Games" and adapted each year for thousands of athletes worldwide, or: JAX - Joint Relax®, the individual mouthpiece for skin-divers that has become the new standard for comfort and safety.

OUR MISSION

For years we have done research on techniques and materials, in order to offer the greatest specialists innovative intra-oral devices. Our mission today is to be able to offer alternative solutions to the "made to measure" devices, guaranteeing the highest quality standards. That's why where there's the need to use an intra-oral device to prevent, cure or protect, you'll find our Company there.

WHAT BRUXISM IS

It's the act of gritting your teeth and grinding them unconsciously. Bruxism is a parafunction and is considered one of the main dental illnesses.

WHAT CAUSES IT

Stress, nervous tension and hyperactivity.

WHO SUFFERS FROM IT

KDA-004833
EXHIBIT 123

Return Policy

Testimonials



A recent trial showed that 50% of the population show significant traces of wear on their teeth due to bruxism. Gritting and grinding the teeth is more common in adults but stress and hyperactivity do not spare children either.

Sportspeople suffer from it, too, such as racing car and racing motor-bike drivers, whose work requires great concentration.

Briefly: the greater the tension, the greater the bruxism.

WHEN IT HAPPENS

It's especially common during sleep, when conscious control over movement is impossible.

WHAT IT CAUSES

Bruxism can cause serious damage to the dental apparatus. The most visible damage is the progressive wearing down of teeth with possible fractures, impairing even the gum tissues but those who suffer from it may experience above all serious problems like:

· hypersensitivity of the teeth to hot and cold;

· dizziness and headaches;

· chronic pain in the jaw joint;

· cervical pain. One of the first symptoms of bruxism is difficulty in open the mouth wide on waking.

DO YOU WANT TO KNOW IF YOU SUFFER FROM BRUXISM?

There's a little test you can do. You just have to stand in front of a mirror with your teeth aligned and the arches closed. If you can see no space and the surface of the top and bottom incisors fit perfectly together, this is a sign that you grind your teeth.

PREVENTION AND CURE

No effective pharmacological cure or therapy exists for bruxism, except preventing the damage by using a Bite tray "made to measure" by the dentist.The Bite tray is a shield, like the mouthpiece boxers use, worn above all at night, and is able to create a protective barrier between the two dental arches.It is estimated that over 8,000,000 people in Italy should use it, but for reasons of expense many postpone it. Now there's Dr. Brux®, the first alternative Bite tray to the "made to measure" one, to give everybody the chance of protecting themselves from the effects of bruxism.

CUSTOMIZABLE

You just have to immerse Dr. Brux® in boiling water for a few seconds, then put it into your mouth to obtain a "customized" Bite tray that fits as if it were an impression of your teeth, so you get perfect stability and excellent comfort.

RELAXING

Dr. Brux® has "gauged" occlusal thicknesses which help bring the jaw into a rest position, thus aiding face muscle relaxation.The thickness of the Bite tray actually creates a lengthening of the muscles and therefore a reduction in the muscular strength of the chewing muscles. This effect reduces the muscle force due above all to stress and tension, carrying out all the effects of a stretching (lengthening) action on the muscles during sleep phases.

COMFORTABLE AND STABLE

Dr. Brux® is made of a special biocompatible, thermoplastic material, with two programmed degrees of hardness.The first (1), the softer of the two, is used for the parts of the Bite tray in contact with the external walls of the teeth and the gums, to give stability and comfort.The second (2), harder one, is used for support, to ease sliding of the teeth during grinding and for greater resistance to wear.

FUNCTIONAL

Another unique feature of Dr. Brux® are the three central holes. These have been made to aid breathing when Dr. Brux® is used.

HYGIENIC AND PRACTICAL

It's provided with a hygienic case and made in four colours for easy recognition by different members of the family.

CAN BE REFITTED

Dr. Brux® can be remoulded several times without changing its physical and mechanical features. If

KDA-004834
EXHIBIT 123

the fit is not successful or your dental situation changes for any reason, don't worry: with Dr. Brux® you still have the chance to remould it.

WARNING

In the case of dental, gingival or joint disorders, or in the presence of removable dentures or orthodontic appliances, before using Dr. Brux® it's advisable to see a specialist.

INSTRUCTIONS FOR USE

1. Take hold of the "VDC System" adjustment device (plastic arch) with the curved ends pointing downwards and insert it in the Bite tray, starting from one of the two lateral holes. Once the first pin has been inserted, expand the arch in such a way to line up the arch pins into the three front tray holes. And now finish off by inserting the second lateral pin into the tray.

2. Before starting to custom fit the tray, try in your mouth to gain confidence for the next steps.

3. Holding the adjustment device with the tray as illustrated, completely immerse the Bite tray into boiling water for 6 seconds.

4. After taking the Bite tray out of the water shake any excess water. The Bite tray is warm but not hot enough to burn.

5. Insert the Bite tray in your mouth and bite gently. Now, with your lips closed together suck into the Bite tray for a few seconds to start customising it to your teeth by taking out all the air in between to create a vacuum. You may also aid by massaging your cheeks with your fingers.

6. After about a minute, take the Bite tray out of your mouth and hold it under cold water for at least 2 minutes.At this point take out the adjustment device (plastic arch) and your Bite tray is ready to be used.

RECOMMENDATIONS

· If the Bite tray proves not very stable or does not fit well, repeat custom fitting instructions with greater care starting from point 1.

· Do not throw the adjustment device away as you may want to re-mould it if your dental morphology changes.

· If you see any defects or bends in the Bite tray after customization, you can cut them off using small pair of scissors.

· If the Bite tray proves to be too long, you can shorten it using a small pair of scissors.

· Before storing it away in its case, clean by brushing with a normal toothbrush and cold water.

· Never wash the Bite tray with hot water.

· Avoid placing the Bite tray near by heat source.

· Do not use the Bite tray with the adjustment device inserted.

WARNINGS

In case of dental, gingival, TMJ disorders, orthodontic appliances or removable dentures, ask for your dentist's advice before using Dr. Brux®.

Should Dr. Brux® be worn at night only?

Apart from night use, you're advised to use Dr. Brux® whenever you feel your jaw muscles are contracted. This can happen in situations of stress, tension or when you are playing a sport requiring great concentration. In these cases the thickness of the Bite tray causes the muscles to lengthen, thus causing a reduction in chewing strength. This effect reduces muscle force, to all effects carrying out a stretching action (lengthening of the muscles).

Is Dr. Brux® a nuisance when you're sleeping?

No, it isn't a nuisance, but like everything new, it takes a short time to get used to it. You need to persevere for the first few nights, when an increase in salivation may occur or, on the contrary, a dry mouth, but all this is perfectly normal. This is a normal reaction of the mouth to having a foreign body in it. Once you are used to it, Dr. Brux® will become an integral part of your night's sleep.

Does Dr. Brux® exist only in one size?

KDA-004835
**EXHIBIT 123**

Yes, because Dr. Brux® can be adapted perfectly to a small or large mouth. Only if it proves too long, for example in the case of a particularly small mouth, can it be shortened by cutting a piece off with small scissors.Can Dr. Brux® be made to fit a child, too?It's important that permanent teeth are present. For milk teeth are very small and thin and it wouldn't be possible to get enough stability and retention in adapting the Bite tray. Unfortunately, cases of night grinding are found even in very small children with milk teeth and for them it's indispensable to trust the specialist's opinion.

Can the fitting procedure be repeated?

Of course, Dr. Brux® can be remoulded several times without changing its characteristics. Being able to repeat the fitting is an advantage not only if you make a mistake in the custom fitting, but especially if your dental situation changes. With Dr. Brux® you'll always have the chance to remould it.

How long does Dr. Brux® last?

It's difficult to give a precise indication as it greatly depends on the dental situation and degree of bruxism. Sometimes particularly sharp teeth and severe bruxism can go so far as to cut or quickly wear down the occlusal surface of the Bite tray. However, in standard conditions Dr. Brux® can last for years.

Can I use Dr. Brux® if I wear an orthodontic appliance?

In this kind of case, before fitting it's indispensable to ask your dentist's advice.

Are there any contraindications to using Dr. Brux®?

Generally speaking, none. Obviously, in the case of dental, gingival or joint disorders, or in the presence of removable dentures or orthodontic appliances, before using Dr. Brux® it's advisable to see a specialist.

Dr. Brux is available in four colors, clear, blue, green and pink..

Out of Stock!!

HOME | ABOUT US | PRIVACY POLICY | SEND EMAIL | SITE MAP | VIEW CART

Copyright 1995-2012 Codorado Inc. All rights reserved.

KDA-004836

EXHIBIT 123