Sleep Appliance Therapy - Brux-eze® & Rem-e-deze® Bruxism Splints



Home

Find a Rep

About Us

DSG Laboratory Locations

Products & Services

    Fixed Products & Services

    Removable Products & Services

    Implants

    Sleep Appliance Therapy

    Occlusal Therapy

        Brux-eze® & Rem-e-deze® Bruxism Splints

        DSG Relaxer™

        Hard Acrylic Splints

        Gelb Splints

        Athletic Mouth Guards

    Orthodontics

    Warranty

Affiliate Lab Information

Groups & Institutions

Referral Program

Education

Manufacturing Partners

News

Employment

Resources

Quality Opinions



**BRUX-EZE® & REM-E-DEZE® BRUXISM SPLINTS**

These splints relieve patients' stress and bruxism. By offering them to your doctors, you're helping them protect their patients' investment in crowns, cosmetics and other restorative work – all while adding value and profit to your lab.

Brux-eze® is constructed of heat-cured elasticized acrylic. Rem-e-deze® is a hybrid splint made of a heat-cured acrylic material for heavy bruxers. In addition, Dental Services Group can also fabricate the TAP™ and PM Positioner™ sleep appliance from the same material.

http://www.dentalservices.net/products/occlusal-therapy/brux-ezer-a-rem-e-dezer-bruxism-splints.html

KDA-004849
**EXHIBIT 124**

Sleep Appliance Therapy - Brux-eze® & Rem-e-deze® Bruxism Splints

**DSG's Vision**

DSG will be the leading provider of relevant services and solutions that will help to make our customers more successful.

© Copyright 2012 ● Dental Services Group ● 5775 Wayzata Boulevard, Suite 890 ● Minneapolis, MN ● 55416-123

http://www.dentalservices.net/products/occlusal-therapy/brux-ezer-a-rem-e-dezer-bruxism-splints.html

-322-

KDA-004850
**EXHIBIT 124**