

about    services    projects    clients    contact

**High Tech**
Polychromix
Microptix
Sentelligence
Sensicast
Cognio
IEC/Thermo
DTM

**Consumer**
ScoopFree
Slide
Oral-B
Southwire
ClassCo
Gillette

**Medical**
Innovia
Alcon Surgical
Concord Portex
Oral-B

**Ventures**
Loto Lighting
BruxCare
New Vector



### BruxCare
#### GrindAlert Headband

Tom Devlin co-founded BruxCare LLC to develop and market GrindAlert, a comfortable headband with an electronic module that monitors the temporalis muscles, and emits a sleep-tone when the user clenches their teeth.

With 10% of the population grinding their teeth, and many in pain, there is a $1 billion market in treatments. BruxCare is working to penetrate this market with a solution to replace the mouthguard, which only masks the problem.

Devlin was inventor, designer and production manager, overseeing all aspects of volume production before handing to a sublicensee. Devlin also ran sales and customer service.

**Services**
Invention, Prototype and Testing, Mechanical Engineering, Manufacturing, Marketing

**Awards**
U.S. Patents #6,117,092; 6,270,466

**Website**
www.grindalert.com



Quick Jump to Project Pages:

| High Tech | Consumer | Medical | Ventures |
|---|---|---|---|
| Polychromix | ScoopFree | Innovia | Loto Lighting |
| Microptix | Slide | Alcon Surgical | BruxCare |
| Sentelligence | Oral-B | Concord Portex | New Vector |
| Sensicast | Southwire | Oral-B | |
| Cognio | ClassCo | | |
| IEC/Thermo | Gillette | | |
| DTM | | | |

Devlin Design  1 Fitchburg St. Unit C305  Somerville, MA 02143
(617) 776-3115 | info@devlin-design.com

KDA-004798