# SHERER DENTAL LAB 

- HOME
- COMPANY
- PRODUCTS
- SHERER CLIENTS
- PHOTO GALLERY
- EMPLOYMENT



### PRODUCTS
**Home**
**Crown and Bridge**
  Porcelain to Metal
  Bruxzir / FCZ Crowns
  Captek/Biogold
  Full Cast
  Q-temp Provisionals
**Cosmetic Restorations**
  IPS Empress & IPS Eris
  Procera
  Origin
  Reinforced Composites
**Removable Restorations**
  Full Dentures
  Cast Partial Dentures
  Flexible Partials
  Thermoflex Clasps
  HiddenClasp Partials
  Splints/Nightguards
  Anti-Snoring Appliances
**Implant Prosthetics**
  Implant Bars & Overdentures
  Implant PFM & Full Cast
  Bosker TMI System
  Free Diagnostic & Case Design
**Orthodontics**
**Clinical Products**
  Accudent Two Phase Alginate
  Replica Alginate
  Disposable Full Arch Impression Trays
**Product Tutorials**

**What others are saying about BRUXGUARD Occlusal Splints**

"In February 1999, impressions were taken on a patient for fabrication of the Bruxguard appliance. In February 2002, she returned for the delivery of the appliance. After running hot tap water over the appliance, I seated it and checked the occlusion, which was perfect. Chair time was 3 minutes - after the appliance sat in my lab for 3 years! Unbelievable."

—**Dr. Ben Jett, Columbia, SC**

"Since I have been using the Bruxguard splint, my delivery chair-time has decreased by at least 50%."

—**Dr. Steve Hix, Huntersville, NC**

- Patient comfort and compliance excellent with Bruxguard
- Much easier to fit and adjust
- Better retention
- Better success adjusting to fit over a new crown or restoration

—**Dr. Pamela Linker, Harrisburg, NC**

"Occlusal guards or different styles of occlusal appliances can be challenging to fit the comfort of patients and for them to wear on a consistent basis. Sherer meets the challenge by being willing to have outstanding fit and to design the occlusal guard to best meet the needs of the patient. We have been working with Sherer for years and I love their precise care."

—**Dr. Jane Parker, Matthews, NC**

"Bruxguard splints are the best! So much easier to work with than acrylic splints. They always fit. I can seat a Bruxguard and adjust the occlusion in 15-20 minutes max. "Best thing since bottled beer and sliced bread."

—**Dr. Lawrence Sladek, Charlotte, NC**

"I have personally been wearing a splint for 25 years and have tried many different types. The Bruxguard is the most comfortable to wear by far."

—**Dr. Cliff Compton, Concord, NC**

"Clinical experience proves that a properly constructed occlusion plays a critical role in case longevity. The Bruxguard occlusal splint extends the benefits of protective balance of occlusion in to the nighttime hours - where load far exceeds daytime levels. To protect the occlusal surfaces, joints and musculature, the Bruxguard is at the state-of-the-art level."

—**Dr. Robert Binkley, Matthews, NC**

"I find that the fit of the Bruxguard splints is excellent; that the time needed for adjustments has decreased dramatically, and that the splints are easier to wear and are readily accepted by my patients. I have great confidence in this type of splint!"

KDA-004800
**EXHIBIT 126**

—**Dr. Tim Richards, Charlotte, NC**

"The Bruxguard is not only patient friendly, but also Doctor friendly as well. Patients have no problems seating the appliance. The fact that it is a thermoplastic material makes it kinder to the hard tissue. The appliance also has minimal distortion. Delivery time is an average 15 minutes and anterior guided occlusion is built in so smooth posterior disclusion can be easily attained. Very little centric occlusal adjustments are needed which saves considerable time. Thanks for the effort to help deliver quality dentistry to my patients."

—**Dr. Michael Miller, Florence, SC**

"I have found the Bruxguard occlusal splint to be a significant improvement over the traditional acrylic bruxism splints. It offers extreme ease in seating, minimal, if any adjustment, and excellent patient compliance due to the comfort involved. To date, I have had no patient complaints or problems with this appliance - I strongly recommend its use."

—**E. Ross Testerman DDS, Staunton, VA**

"The Bruxguard material consistently fits more accurately than any material I have used. Ant necessary adjustments can be made quickly and easily and on the rare occasion when the fit is less than perfect, the thermoplastic properties of the material will 'pull your fat out of the fire' in a matter of minutes, when with other materials re-impression would often be necessary."

—**Dr. Matthew Healey, Greenville, SC**

"Often patients will remark that they no longer wake up with headaches since wearing the Bruxguard. Frequently patients state that once they become accustomed to wearing the Bruxguard they simply cannot sleep without it."

—**Dr. Renee Shongo, Columbia, SC**

[ Top ]

HOME | COMPANY | PRODUCTS | SHERER CLIENTS | PHOTO GALLERY | EMPLOYMENT | CONTACT US

Design Copyright ©2003 352 Media Group.
Content Copyright ©2003 Sherer Dental Lab.
All rights reserved.



KDA-004801

**EXHIBIT 126**