Axis Dental
Axis Home
Customer / Product Support
800-346-3636
Find an Axis|SybronEndo Representative
Submit  ZIP CODE

About Axis DentalProduct CatalogContinuing EducationInstitutionsNews and EventsResourcesDistributor Login

## Zirconia Polisher



The Zir-Cut™ polisher utilizes a unique diamond abrasive mixture to bring zirconia materials to a high shine. This two step system removes scratches, smoothes rough surfaces, and creates a high gloss surface on all zirconia crowns, bridges, substructures and abutments. The Zir-Cut™ Polisher is available in a point, cup and disk and is mounted to a latch mandrel for intra-oral use.

Unique diamond abrasive blend creates a high gloss finish on zirconia materials.
Efficient Two step system reduces polishing time
RA mounted polishers for intra-oral polishing of all zirconia crowns, substrates and abutments

Select product for more information.



| MFG. NO. | P9001 | P9002 | P9003 |
|---|---|---|---|
| SIZE (mm) |  | 6.2 | 9.8 |
| LENGTH (mm) | 10.0 | 9.3 | 5.9 |
| SHAPE | point | cup | disc |
| SHANK | RA | RA | RA |

| MFG. NO. | P901 | P902 | P903 |
|---|---|---|---|
| SIZE (mm) |  | 6.2 | 9.8 |
| LENGTH (mm) | 10.0 | 9.3 | 5.9 |

KDA-004787
**EXHIBIT 127**

|       | point | cup | disc |
|-------|-------|-----|------|
| SHAPE |       |     |      |
| SHANK | RA    | RA  | RA   |

*AXIS MFG NO. may differ from your local distributor part number.
Click here to locate your nearest authorized distributor.
*Products shown are not actual size.



Zirconia Polisher Set: LS-517

Contains 1 each of the Zir-Cut™ Polishers. Specifically designed for use on Zirconia restorations, contains the unique two-step system that efficiently removes scratches and polishes to a high gloss shine every time.

Axis | SybronEndo, a division of Sybron Dental Specialties, a Danaher company
800 West Sandy Lake Rd. Suite 100 Coppell, Texas 75019 Phone: 800.355.5063
*Website promotions valid in USA and Canada only. ©2012 Privacy Policy  Copyright and Disclaimers



Axis Dental is the exclusive provider of NTI® Rotary Instruments.

KDA-004788

EXHIBIT 127