Sales Representative Login   Dr. Login  /  Register



| HOME | PRODUCTS | SERVICES | MATERIALS | PRICING | TECHNOLOGY | FAQ'S | CONTACT US |

ZirBlock®



HOME  |  PRODUCTS  |  PRICING  |  MATERIALS  |  TECHNOLOGY  |  FAQ  |  CONTACT US  |  COMPANY INFO  |  TERMS OF USE  |  PRIVACY INFO

© 2001-2011 CDL Technologies Inc. All rights reserved. ZerisCAD®, CADVeneers®, ZirBlock®, ZerisBRUX® are registered trademarks of CDL Technologies Inc., Noritake Cerabien CZR® is a registered trademark of Noritake Inc., e.max® and IPS Empress® are trademarks of Ivoclar/Vivadent.

KDA-004809

EXHIBIT 128