IPS e.max ZirCAD

# IPS e.max ZirCAD

**IPS e.max ZirCAD is a yttrium-stabilized zirconium oxide block. It is suitable for indications that require high strength, such as posterior bridges.**

IPS e.max ZirCAD demonstrates the high final strength typical for zirconium oxide (>900 MPa). After the IPS e.max ZirCAD frameworks are milled in the inLab or inLab MC-XL System, they are sintered in the Programat S1 high-termperature furnace. During sintering, the framework shrinks to its final size and obtains its high fracture toughness.

After that, the frameworks are conventionally veneered using the IPS e.max Ceram layering ceramic or pressed over using IPS e.max ZirPress. IPS e.max ZirCAD is indicated for long-span bridges for both the anterior and posterior regions. This also includes primary components for the telescope technique, implant superstructures as well as copings.

IPS e.max ZirCAD frameworks may now also be used in conjunction with the high-strength IPS e.max CAD lithium disilicate glass-ceramic ($LS_2$). In this context, an IPS e.max CAD veneering structure is fused to a zirconium oxide framework by means of an innovative fusion glass-ceramic.

IPS e.max ZirCAD is available in nine block sizes and three shades (MO 0, MO 1, MO 2). The smaller blocks are used for copings, the larger ones for long-span bridge frameworks or for stack milling.

The shade concept of the IPS e.max ZirCAD blocks has been adjusted to that of IPS e.max Press and CAD MO. Esthetic veneering results can be achieved irrespective of the use of different IPS e.max framework materials (lithium disilicate or zirconium oxide).

With implant-retained restorations, the accuracy of fit of the high-strength, anatomically shaped Straumann® Anatomic IPS e.max Abutment made of zirconium oxide is impressive. The homogeneous shade transition between the crown and the abutment convinces users with the desired IPS e.max esthetics.



**Advantages**

- High strength and biocompatibility
- Fabrication of long-span bridges due to outstanding strength of >900 MPa and high fracture toughness
- Flexibility due to shaded blocks
- Veneering with IPS e.max Ceram or pressing over with IPS e.max ZirPress
- Coordinated quick sintering in the Programat S1
- Combination with IPS e.max CAD when using the IPS e.max CAD-on technique

**Indications**

- Crown frameworks for anterior and posterior restorations
- 3- to 12-unit bridge frameworks for the anterior and posterior regions
- Inlay bridge frameworks
- Primary telescope crowns
- Implant superstructures (single-tooth and bridge frameworks)
- Interlocked crown frameworks

\* The abutment is exclusively available from Institut Straumann.

 

### Brochures

- All-Ceramic - Patient Information
- Competence in All-Ceramics
- IPS e.max Patient Information

### MSDS

- IPS e.max ZirCAD

### Other Documents

- All-Ceramic Products Flow Chart
- Combination Card
- IPS e.max - Recommended Grinding Instruments
- IPS e.max Clinical Guide

### Product Information

All-Ceramics Download Center
IPS e.max Download Center

### Links

Cementation Navigation System

### Video

- IPS e.max System
- IPS e.max - The world speaks e.max

© 2012 • Ivoclar Vivadent AG • Bendererstrasse 2 • 9494 Schaan • Principality of Liechtenstein • Phone 004232353535 • Fax 004232353360
Imprint • Terms and Conditions • Data Protection • General Purchasing Conditions • Sitemap • Member Login • TIN Login

KDA-003038

**EXHIBIT 129**