IPS e.max ZirPress

# IPS e.max ZirPress

**IPS e.max ZirPress is a fluorapatite glass-ceramic ingot for the press-on technique on IPS e.max ZirCAD frameworks**



The fluorapatite glass-ceramic ingots are indicated to press on IPS e.max ZirCAD and other ZrO2 frameworks with a CTE of 10.5 to 11.0.

IPS e.max ZirPress facilitates the working procedures especially for long-span restorations due to the detailed esthetic ceramic reproduction of the wax-up.

IPS e.max ZirPress ingots are available in three levels of opacity and in A-D and four Bleach BL shades. Moreover, two Gingiva shades are available. Since several ingots can be pressed in the IPS Investment Ring System together, they are available in only one size. Individual characterization or veneering is carried out using the IPS e.max Ceram Stains or layering materials.

**HT ingots**
Ingots featuring high translucency for the full-contour technique. The restorations are individualized using the IPS e.max Ceram Stains.

**LT ingots**
Ingots featuring low translucency for the cut-back technique. After the partial press-over, the incisal area is individually completed using the IPS e.max Ceram materials.

**MO ingots**
With the MO ingots (medium opacity), accurately fitting ceramic shoulders, bridge pontics and the cervical third are pressed before the restoration is layered to completion using IPS e.max Ceram.

**Gingiva ingots**
These two ingots facilitate the fabrication of the gingival portion of the restoration, especially in large (implant-retained) restorations, since the material does not shrink and the number of ceramic firings can be reduced.

For processing of IPS e.max ZirPress in the EP3000 and EP5000 press furnaces, the two investment materials IPS PressVEST and IPS PressVEST Speed are available.

**Advantages**
- Quick, easy and efficient
- Four processing techniques – depending on the preference
- Ceramic shoulders with high accuracy of fit and firing stability
- Innovative gingiva technique for implant superstructures

**Indications**
Pressing over zirconium oxide-supported

- Single-tooth restorations
- Bridges in the anterior and posterior region
- Implant superstructures
- Inlay-retained bridges
- Gingiva portions



**Brochures**
- All-Ceramic - Patient Information
- Competence in All-Ceramics
- IPS e.max Patient Information

**Instructions for Use**
- IPS e.max ZirPress

**MSDS**
- IPS e.max ZirPress

**Other Documents**
- All-Ceramic Products Flow Chart
- Combination Card
- IPS e.max Certificate - Zirconium Oxide-Ceramic Bond
- IPS e.max Clinical Guide

**Product Information**
All-Ceramics Download Center
IPS e.max Download Center

**Links**
Cementation Navigation System

**Video**
- IPS e.max System
- IPS e.max - The world speaks e.max

© 2012 • Ivoclar Vivadent AG • Bendererstrasse 2 • 9494 Schaan • Principality of Liechtenstein • Phone 004232353535 • Fax 004232353360
Imprint • Terms and Conditions • Data Protection • General Purchasing Conditions • Sitemap • Member Login • TIN Login

KDA-003127

**EXHIBIT 130**