Choose Region / Country          > Ivoclar Vivadent website

**Lab**Shop
Call 800-533-6825 or 

All-Ceramics     IPS e.max     IPS e.max Ceram     Kits     IPS e.max Ceram ZirLiner Kit

**Products**

All-Ceramics

Alloys

Articulation

Denture Processing

Equipment

Metal-Ceramics

More Products

Teeth

**Shop for Alloys**

Peace of Mind
Alloy Configurator

All products ▼

Sign in for prices and ordering

### IPS e.max Ceram ZirLiner Kit

The IPS e.max Ceram ZirLiner can be used for the press-over technique in conjunction with IPS e.max ZirPress, and with the veneering technique in conjunction with IPS e.max Ceram. They enable an exceptionally stable bond with the zirconium oxide framework and demonstrate high light-transmitting capability and excellent fluorescence.

**Kit includes:**



Instructions for Use

📄 IPS e.max Ceram

MSDS

📄 IPS e.max Ceram Build-Up Liquid allround
📄 IPS e.max Ceram Essence Glaze Powder
📄 IPS e.max Ceram Glaze and Stains Liquid allround
📄 IPS e.max Ceram Glaze and Stains Liquid, longlife
📄 IPS e.max Ceram Glaze Spray
📄 IPS e.max Ceram Margin Build-Up Liquid
📄 IPS e.max Ceram Pastes Shade Glaze
📄 IPS e.max Ceram ZirLiner Build-up Liquid

© 2012 • Ivoclar Vivadent Inc • 175 Pineview Drive • Amherst New York 14228 • Phone (800) 533-6825 • Fax (716) 691-2285

KDA-003045

**EXHIBIT 131**