

## Zirprime (Pre-sintered Zirconia Disk)

Overview | FAQ (PDF Download)

| | |
|---|---|
| Size | 98.5mm x t: 10mm, 14mm, 18mm, 22mm, 26mm |
| Shade | Pre-colored<br>(Disc 4 shades: KD10, KD12, KD13, KD15 / L-Block 9 shades : KT10-KT18) |

Stabilized pre-sintered zirconia
Esthetic translucency
Low monoclinic transformation
Highest flexural strength(1,200MPa)
Exceptional shrinkage consistency on every distribution point within disc
98.5mm rounded shape for open architectures (Zirprime is step compatible with DWX-30N / 50N)

### Related Products

KATANA Zirconia

KATANA Wax

KDA-003179

**EXHIBIT 132**

COMPANY INFORMATION     TECHNOLOGIES     PRODUCTS     DISTRIBUTORS     LEGAL

Copyright (C) 2012 KURARAY NORITAKE DENTAL INC. All Rights Reserved.

KDA-003180

**EXHIBIT 132**