Catalog

- N.ERA PORCELAIN
- BRUSHES
- MICRO-VIBES
- CLEAR HANDLE
- COLLECTION
- INSTRUMENT BY SMILE
- LINE
- PRECIOUS WOOD
- COMPOSED
- INSTRUMENTS SETS
- IMPLANT DRIVERS
- DYNAMOMETRIC KEY
- ZIR.CARE
- SYNTEC

## ZIR.CARE

**SINTER DIAMOND FOR ZIRCONIA OXIDE**



Item no.

From the first moment you begin working with Zir.Care, you'll experience new sensations : efficacy, softness and comfort as you have never seen.

Zir.Care is in fact multi-functional : due to the number and shape of the diamond grains, it is engineered for zirconia oxide grinding and its use on layered porcelain is just amazing !

Zir.Care is not manufactured from the traditional channels of diamond disc producers in the dental industry. Instead, it is the object of specific and exclusive development with and for Smile Line.

- **fantastic grinding efficacy**
- **fine grain tool**
- **durability**
- **excellent on zirconia oxide as well as on layered porcelain**



KDA-003241
EXHIBIT 133