

EXHIBIT 134

## The ZiReal® Abutment - For Beautiful, Strong Restorations



The ZiReal® Abutment is designed for strength and durability and exemplifies the ultimate definition of aesthetic beauty. Ceramic abutments are acknowledged to provide aesthetically superior restorations, but conventional aluminum oxide ceramics may be brittle and prone to fracture. In 2000, BIOMET 3i™ introduced the stronger and more durable zirconium-based ZiReal® Abutment. The ZiReal® Abutment is available for use with Certain® Internal Connection and External Hex Connection Implants.

### Beautiful Smiles

Implant restorations are a significant investment and one of the key outcomes patients expect is a natural looking result. The ZiReal® Abutment offers a more natural looking result due to its translucency when compared to the opacity of titanium abutments. This is especially important for restorations in the aesthetic zone.



### Strength

The material used in ZiReal® Abutments (Tetragonal Zirconia Polycrystals TZP), is strong enough that it has wide applications in the dental industry.

### Easy To Prepare

Easy preparation of the ZiReal® Abutment simplifies the procedure when creating an immediate restoration at the time of implant placement or second stage surgery.



KDA-003301

**EXHIBIT 134**

## *Beautiful Smiles*



*In areas of even tissue height, the pre-prepared ZiReal® Abutment may only require minimal adjustment for occlusal clearance leading to maximum simplicity.*

*In areas of variable tissue height, the ZiReal® Abutment may be prepared to ideally follow gingival contours, providing access for a direct impression.*





**Figure 1**
A 5.0mm Certain® ZiReal® Abutment is placed in tooth position #8. It is secured using a Certain® ZiReal® Hexed Gold-Tite® Screw, torqued to 20Ncm.

**Figure 2**
The ZiReal® Abutment is prepared using similar techniques as a natural tooth preparation. It may be prepared intraorally or by the laboratory. For additional instructions, please refer to the BIOMET 3i™ Restorative Manual.

**Figure 3**
The all-ceramic crown is placed using a conventional cementation process. This completed restoration provides the luminescent quality of a natural tooth.




KDA-003302
**EXHIBIT 134**

# Ordering Information



**Certain® Internal Connection ZiReal® Abutments**

| Product Code | Platform | Emergence Profile (EP®) | Collar Height |
|---|---|---|---|
| ICAP454 | 4.1mm | 5.0mm | 4.0mm |
| ICAP464 | 4.1mm | 6.0mm | 4.0mm |
| IWCAP564 | 5.0mm | 6.0mm | 4.0mm |
| IWCAP574 | 5.0mm | 7.5mm | 4.0mm |



**External Hex Connection ZiReal® Abutments**

| Product Code | Platform | Emergence Profile (EP®) | Collar Height |
|---|---|---|---|
| CAP454 | 4.1mm | 5.0mm | 4.0mm |
| CAP464 | 4.1mm | 6.0mm | 4.0mm |
| WCAP564 | 5.0mm | 6.0mm | 4.0mm |
| WCAP574 | 5.0mm | 7.5mm | 4.0mm |



**Certain® Internal Connection Abutment Screws**

| Product Code | Description | Recommended Torque |
|---|---|---|
| IZSHG | Certain ZiReal® Hexed Gold-Tite® Screw (Packaged With Abutment) | 20Ncm |
| IZIRTS | Certain ZiReal® Hexed Try-In Screw (Packaged With Abutment) | |



**External Hex Connection Screws**

| Product Code | Description | Recommended Torque |
|---|---|---|
| UNISG | Square Gold-Tite® Screw For External Hex | 32Ncm |
| UNIHG | Hexed Gold-Tite® Screw For External Hex | 20Ncm |
| UNITS | Square Try-In Screw (For External Hex Implant) | |



**ZiReal® Abutment Preparation Kit**

| Product Code | Description |
|---|---|
| ZPKIT1 | ZiReal® Post Preparation Kit |

*For More Information, Please Contact Your Local BIOMET 3i Sales Representative Or Visit*

# www.biomet3i.com



Comprehensive Treatment
Enhanced Knowledge
Business Excellence

**BIOMET *3i***
4555 Riverside Drive
Palm Beach Gardens, FL 33410
1-800-342-5454
Outside The U.S.: +1-561-776-6700
Fax: +1-561-776-1272
www.biomet3i.com

EC REP  **BIOMET *3i***
Europe, Middle East & Africa
WTC Almeda Park, Ed. 1, Planta 1ª
Pl. de la Pau, s/n
08940, Cornellà de Llobregat
(Barcelona) Spain
Phone: +34-93-470-55-00
Fax: +34-93-371-78-49

ART741
REV E 08/11

*Not Available In All Markets. Please Consult Your Local BIOMET 3i Sales Representative For Availability.*





Certain, EP, Gold-Tite, PREVAIL, QuickSeat and ZiReal are registered trademarks of BIOMET *3i* LLC. BIOMET is a registered trademark and BIOMET *3i* and design are trademarks of BIOMET, Inc. ©2012 BIOMET *3i* LLC. All rights reserved.

 Join Us
 Follow Us
 Watch Us
 Download It