| | |
|---|---|
| **ORIGIN** — Precision Digital Solutions - Driven By Innovation | |

HOME | NEWS | PRODUCTS | DIGITAL SOLUTIONS | COMPANY | EDUCATION | EVENTS | CONTACT     MEMBER LOGIN

- Tradeshows
- Dr. Tanaka
  Zirconia Custom Coloring & ZEP™ Crown Techniques
- Download Brochure

## Dr. Tanaka — Zirconia Custom Coloring & ZEP™ Crown Techniques



Developed over many years of professional experience, Dr. Tanaka's coloring technique provides patients the most life like zirconia crowns. Utilizing more than just a standard dipping method, fluorescence and incisal translucency is achieved by custom brush coloring before and after sintering. Dr. Tanaka and B&D Dental have teamed up to provide hands-on courses for creating ZEP™ crowns as established by Dr. Tanaka utilizing translucent zirconia, coloring techniques and a thin layer of enamel as necessary. These techniques can be applied to all C&B applications including Veneers, Inlays, Onlays, and Full Contour with Knife-edge margins.



Hands On Demo

**Sheraton Chicago Hotel**

Hospitality Suite 836, 8th Floor
Saturday, February 26

9:00am, 10:00am & 11:00am,
1:00pm & 2:00pm, 4:00pm

Receive 1 month of unsintered full contour zirconia crowns at $10 per unit for participants who purchase an ORIGIN Intelligence™ scanner ($7,500) for creating ZEP™ crowns (Maximum of 100 units apply to offer).

- No Registration Fee
- 1 CE Credit

### These Revolutionary Formulations Impart Natural Color, Quickly and Easily

Zirconia has long been one of dentistry's most versatile materials. But its super hard surface hasn't lent itself to easy coloration - until now.

Tanaka ZirColor™ Liquid imparts such a natural color to dental restorations that the need for masking layers of opaque and body porcelains can be eliminated. Knife edge preparations are possible, since shoulder prep for color purposes becomes unnecessary.

No drying time is required, so multiple applications of different shades are possible, resulting in a three-dimensional appearance.

Tanaka ZirColor™ Liquid is formulated in a wide range of incisal and gingival shades for color matching natural dentition: A1, A2, A3, A3.5, A4, B1, B2, B3, B4, C1, C2, C3, C4, D2, D3, D4, Incisal Light, Incisal Dark, Occlusal and Pink.

It dries quickly, with no preheating necessary before sintering. Although it can be used for dipping, it is designed to be brushed on - allowing for the application of different shades both inside and outside the restoration.


ZirColor™ technology helps the ceramist reproduce the subtleties of natural dentition, as shown by this natural root with a zirconia crown.


Tanaka ZirColor™ liquid disguises opacity while enhancing translucency, providing subtle characterization for a natural looking result.


The ZirColor™ Kit contains 20 shades matched to the Vita Lumin Shade Guide, as well as ZirColor™ Thinner and easy to follow instructions.



### 1. Dr. Tanaka's Full Contour Zirconia Technique

- Custom brush shading averages 10 minutes per case. Cases are complete in 2 hours with DuoTron sintering.
- Custom gradation and embedded shading allow for posterior and anterior applications.
- Tanaka polishing kit creates higher zirconia translucency.




KDA-003253
**EXHIBIT 135**





**2. Dr. Tanaka's ZEP Crown Technique** (ZEP: Zirconia + Enamel Porcelain)

Five easy steps:
0.5mm reduced crown -> Simple shading -> Fast sintering -> Enamel porcelain application -> Baking.
Average labor time per crown is 15 minutes.

This technique allows for a minimally invasive prep design which means a lower chance of secondary tooth decay. Can be worked with all different types of margin preps including knife-edge.



KDA-003254
**EXHIBIT 135**



KDA-003255
**EXHIBIT 135**