# EXHIBITS 136-137 ON CD-ROM

# LODGED WITH THE COURT