COPY

AO 120 (Rev. 3/04)

| TO: Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|

SACV11-01309-DOC(ANx)

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court **Central District of California** on the following ☐ Patents or ☒ Trademarks:

| DOCKET NO.<br>SACV11-01309 DOC (ANx) | DATE FILED<br>8-30-2011 | U.S. DISTRICT COURT<br>Central District of California |
|---|---|---|
| PLAINTIFF<br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC.<br>DBA GLIDEWELL LABORATORIES, a<br>California corporation | | DEFENDANT<br>KEATING DENTAL ARTS, INC., a<br>California corporation |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1  3,739,663 | 01-19-2010 | James R. Glidewell Dental Ceramics, Inc. dba<br>Glidewell Laboratories |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY |  |  |  |
|---|---|---|---|---|
|  | ☐ Amendment | ☐ Answer | ☐ Cross Bill | ☐ Other Pleading |

| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
|  |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
|  |  |  |

Copy 1—Upon initiation of action, mail this copy to Director    Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director    Copy 4—Case file copy

**EXHIBIT B**

Case 8:11-cv-01309-DOC -AN   Document 3   Filed 08/30/11   Page 1 of 1   Page ID #:1

AO 120 (Rev. 3/04)

| TO: | Mail Stop 8<br>Director of the U.S. Patent and Trademark Office<br>P.O. Box 1450<br>Alexandria, VA 22313-1450 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION REGARDING A PATENT OR<br>TRADEMARK |
|---|---|---|

SACV11-01309-DOC(ANx)

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been

filed in the U.S. District Court   Central District of California   on the following   ☐ Patents or   ☒ Trademarks:

| DOCKET NO. | DATE FILED<br>8-30-2011 | U.S. DISTRICT COURT<br>Central District of California | | |
|---|---|---|---|---|
| PLAINTIFF<br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC.<br>DBA GLIDEWELL LABORATORIES, a<br>California corporation | | DEFENDANT<br>KEATING DENTAL ARTS, INC., a<br>California corporation | | |
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | | |
| 1  3,739,663 | 01-19-2010 | James R. Glidewell Dental Ceramics, Inc. dba<br>Glidewell Laboratories | | |
| 2 | | | | |
| 3 | | | | |
| 4 | | | | |
| 5 | | | | |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | | |
|---|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| | | |

Copy 1—Upon initiation of action, mail this copy to Director   Copy 3—Upon termination of action, mail this copy to Director
Copy 2—Upon filing document adding patent(s), mail this copy to Director   Copy 4—Case file copy

**EXHIBIT B**

-45-



# United States of America

### United States Patent and Trademark Office

# BRUXZIR

**Reg. No. 3,739,663**
Registered Jan. 19, 2010

**Int. Cl.: 10**

**TRADEMARK
PRINCIPAL REGISTER**

JAMES R. GLIDEWELL, DENTAL CERAMIC, INC. (CALIFORNIA CORPORATION), DBA
GLIDEWELL LABORATORIES
PROFESSIONAL SERVICES
4141 MACARTHUR BLVD.
NEWPORT BEACH, CA 92660

FOR: DENTAL BRIDGES, DENTAL CAPS; DENTAL CROWNS; DENTAL INLAYS, DENTAL
ONLAYS; DENTAL PROSTHESES , IN CLASS 10 (U.S. CLS. 26, 39 AND 44).

FIRST USE 6-6-2009; IN COMMERCE 6-6-2009.

THE MARK CONSISTS OF STANDARD CHARACTERS WITHOUT CLAIM TO ANY PAR-
TICULAR FONT, STYLE, SIZE, OR COLOR.

SER. NO. 77-761,757, FILED 6-17-2009.

KEVIN CORWIN, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**EXHIBIT B**

-46-

| | |
|---|---|
| **From:** | TMOfficialNotices@USPTO.GOV |
| **Sent:** | Tuesday, November 3, 2009 01:24 AM |
| **To:** | kallred@glidewelldental.com |
| **Subject:** | Official USPTO Notice of Publication: Serial Number 77761757 |

## NOTICE OF PUBLICATION

**Serial Number:** 77-761,757
**Mark:** BRUXZIR(STANDARD CHARACTER MARK)
**International Class(es):** 010
**Applicant:** James R. Glidewell, Dental Ceramic, Inc.
**Attorney Reference Number:**

The mark identified above has been published in the *Trademark Official Gazette* (OG) on Nov 03, 2009.  Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.   If no party files an opposition or extension request within thirty (30) days after the publication date, then within twelve (12) weeks of the publication date a certificate of registration should issue.

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the OG for accuracy (see steps, *below*).   If any information is incorrect, the applicant should immediately email the requested correction to **TMPostPubQuery@uspto.gov**.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**1.** Click on the following link or paste the URL into an internet browser:
http://www.uspto.gov/web/trademarks/tmog/20091103_OG.pdf#page=1
**2.** Wait for the total OG to download completely (as indicated on bottom of OG page).
**3.** At the top/side of the displayed page, click wherever the "binoculars" icon appears.
**4.** Enter in the "search" box the name of the applicant (for individual: last name, first name) or the serial number in this exact format (with hyphen and comma): 77-761,757, e.g.
**5.** View the retrieved result(s).   If multiple results appear in the "results" box, click directly on each "search term" shown in the box to access all separate appearances in the OG.

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 77761757 | FILING DATE | 06/17/2009 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | CORWIN, KEVIN SCOTT | L.O. ASSIGNED | 112 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 09/30/2009 |
| PUB DATE | 11/03/2009 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 09/29/2009 |
| LITERAL MARK ELEMENT | BRUXZIR |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | YES |
| LITERAL MARK ELEMENT | BRUXZIR |

**EXHIBIT B**

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | James R. Glidewell, Dental Ceramic, Inc. |
| ADDRESS | Professional Services<br>4141 MacArthur Blvd.<br>Newport Beach, CA 92660 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |
| DBA/AKA | DBA Glidewell Laboratories |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 010 |
|---|---|
| DESCRIPTION TEXT | Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 010 | FIRST USE DATE | 06/06/2009 | FIRST USE IN COMMERCE DATE | 06/06/2009 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 09/29/2009 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 006 |
| 09/29/2009 | ALIE | A | ASSIGNED TO LIE | 005 |
| 09/17/2009 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 09/16/2009 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 06/22/2009 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 06/20/2009 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

**EXHIBIT B**

-49-

| ATTORNEY | Keith D. Allred, Esq. |
|---|---|
| CORRESPONDENCE ADDRESS | KEITH D. ALLRED, ESQ.<br>KEITH D. ALLRED, GENERAL COUNSEL<br>4141 MACARTHUR BLVD<br>NEWPORT BEACH, CA 92660-2015 |
| DOMESTIC REPRESENTATIVE | NONE |

**EXHIBIT B**

# BRUXZIR

## Trademark Snap Shot Publication Stylesheet
### (Table presents the data on Publication Approval)

### OVERVIEW

| SERIAL NUMBER | 77761757 | FILING DATE | 06/17/2009 |
|---|---|---|---|
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | CORWIN, KEVIN SCOTT | L.O. ASSIGNED | 112 |

### PUB INFORMATION

| RUN DATE | 09/18/2009 |
|---|---|
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 09/17/2009 |
| LITERAL MARK ELEMENT | BRUXZIR |

| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
|---|---|---|---|
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | YES | 1 (a) | YES | 1 (a) | NO |
| 1 (b) | NO | 1 (b) | NO | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| STANDARD CHARACTER MARK | YES |
|---|---|
| LITERAL MARK ELEMENT | BRUXZIR |

**EXHIBIT B**

-52-

| MARK DRAWING CODE | 4-STANDARD CHARACTER MARK |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | James R. Glidewell, Dental Ceramic, Inc. |
| ADDRESS | Professional Services<br>4141 MacArthur Blvd.<br>Newport Beach, CA 92660 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |
| DBA/AKA | DBA Glidewell Laboratories |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 010 |
|---|---|
| DESCRIPTION TEXT | Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 010 | FIRST USE DATE | 06/06/2009 | FIRST USE IN COMMERCE DATE | 06/06/2009 | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 09/17/2009 | CNSA | O | APPROVED FOR PUB - PRINCIPAL REGISTER | 004 |
| 09/16/2009 | DOCK | D | ASSIGNED TO EXAMINER | 003 |
| 06/22/2009 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 06/20/2009 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Keith D. Allred, Esq. |
|---|---|
| CORRESPONDENCE ADDRESS | KEITH D. ALLRED, ESQ.<br>KEITH D. ALLRED, GENERAL COUNSEL |

**EXHIBIT B**

| | 4141 MACARTHUR BLVD<br>NEWPORT BEACH, CA 92660-2015 |
|---|---|
| DOMESTIC REPRESENTATIVE | NONE |

# BRUXZIR

*** User:kcorwin ***

| # | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|---|---|---|---|---|---|---|
| 01 | 22 | 7 | 15 | 13 | 0:02 | ("james" and "glidewell")[on] or ("dental" and "ceramic")[on] |
| 02 | 1 | 0 | 1 | 1 | 0:01 | *bru{"xckq"}$1{"zsc"}{"iye"}r*[bi,ti] |
| 03 | 5 | 3 | 2 | 2 | 0:01 | *br{v1:2}{"xckq"}$1{"zsc"}{"iye"}r*[bi,ti] |
| 04 | 7308 | N/A | 0 | 0 | 0:03 | *br{v1:2}{"xckq"}*[bi,ti] not dead[ld] |
| 05 | 46192 | N/A | 0 | 0 | 0:05 | *{"zsc"}{"iye"}r*[bi,ti] not dead[ld] |
| 06 | 192 | 0 | 192 | 154 | 0:01 | 4 and 5 |
| 07 | 1729 | N/A | 0 | 0 | 0:03 | 4 and "010"[cc] |
| 08 | 2263 | N/A | 0 | 0 | 0:01 | 4 and ("010" a b 200)[cc] |
| 09 | 188 | 0 | 188 | 133 | 0:02 | 4 and ("010" a b 200)[ic] |
| 10 | 178 | 0 | 178 | 126 | 0:01 | 9 not 6 |
| 11 | 13 | 0 | 13 | 9 | 0:03 | *brux*[bi,ti] not dead[ld] |

Session started 9/17/2009 1:04:56 PM

Session finished 9/17/2009 1:14:05 PM

Total search duration 0 minutes 23 seconds

Session duration 9 minutes 9 seconds

Defaut NEAR limit=1ADJ limit=1

Sent to TICRS as Serial Number: 77761757

**EXHIBIT B**

# BRUXZIR



PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 77761757**
**Filing Date: 06/17/2009**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| *MARK | BRUXZIR |
| *STANDARD CHARACTERS | YES |
| USPTO-GENERATED IMAGE | YES |
| LITERAL ELEMENT | BRUXZIR |
| *MARK STATEMENT | The mark consists of standard characters, without claim to any particular font, style, size, or color. |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| *OWNER OF MARK | James R. Glidewell, Dental Ceramic, Inc. |
| DBA/AKA/TA/FORMERLY | DBA Glidewell Laboratories |
| INTERNAL ADDRESS | Professional Services |
| *STREET | 4141 MacArthur Blvd. |
| *CITY | Newport Beach |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE (Required for U.S. applicants only) | 92660 |

**EXHIBIT B**

| | |
|---|---|
| **PHONE** | 949-440-2683 |
| **FAX** | 949-440-2787 |
| **EMAIL ADDRESS** | kallred@glidewelldental.com |

## LEGAL ENTITY INFORMATION

| | |
|---|---|
| *****TYPE** | CORPORATION |
| ***** STATE/COUNTRY OF INCORPORATION** | California |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| | |
|---|---|
| *****INTERNATIONAL CLASS** | 010 |
| **IDENTIFICATION** | Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses |
| *****FILING BASIS** | SECTION 1(a) |
| **FIRST USE ANYWHERE DATE** | At least as early as 06/06/2009 |
| **FIRST USE IN COMMERCE DATE** | At least as early as 06/06/2009 |
| **SPECIMEN FILE NAME(S)** | \\TICRS\EXPORT7\IMAGEOUT7 \777\617\77761757\xml1\FTK0003.JPG |
| **SPECIMEN DESCRIPTION** | Dental devices in the nature of full contour zirconia crowns, a label, and a plastic box that is used to deliver said devices, with said label affixed to the lid of said box. |

## ADDITIONAL STATEMENTS INFORMATION

| | |
|---|---|
| *****TRANSLATION** (if applicable) | |
| *****TRANSLITERATION** (if applicable) | |
| *****CLAIMED PRIOR REGISTRATION** (if applicable) | |
| *****CONSENT (NAME/LIKENESS)** (if applicable) | |
| *****CONCURRENT USE CLAIM** (if applicable) | |

## ATTORNEY INFORMATION

| | |
|---|---|
| **NAME** | Keith D. Allred, Esq. |
| **FIRM NAME** | Keith D. Allred, General Counsel |
| **INTERNAL ADDRESS** | Professional Services |

**EXHIBIT B**

-60-

| STREET | 4141 MacArthur Blvd. |
|---|---|
| CITY | Newport Beach |
| STATE | California |
| COUNTRY | United States |
| ZIP/POSTAL CODE | 92660 |
| PHONE | 949-440-2683 |
| FAX | 949-440-2787 |
| EMAIL ADDRESS | kallred@glidewelldental.com |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **CORRESPONDENCE INFORMATION** | |
| *NAME | Keith D. Allred, Esq. |
| FIRM NAME | Keith D. Allred, General Counsel |
| INTERNAL ADDRESS | Professional Services |
| *STREET | 4141 MacArthur Blvd. |
| *CITY | Newport Beach |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 92660 |
| PHONE | 949-440-2683 |
| FAX | 949-440-2787 |
| *EMAIL ADDRESS | kallred@glidewelldental.com |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |
| **FEE INFORMATION** | |
| NUMBER OF CLASSES | 1 |
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |
| **SIGNATURE INFORMATION** | |
| * SIGNATURE | /K. D. Allred/ |
| * SIGNATORY'S NAME | Keith D. Allred |
| * SIGNATORY'S POSITION | General Counsel |

**EXHIBIT B**

| * DATE SIGNED | 06/17/2009 |
|---|---|

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

### Serial Number: 77761757
### Filing Date: 06/17/2009

## To the Commissioner for Trademarks:

**MARK:** BRUXZIR (Standard Characters, see mark)
The literal element of the mark consists of BRUXZIR.
The mark consists of standard characters, without claim to any particular font, style, size, or color.

The applicant, James R. Glidewell, Dental Ceramic, Inc., DBA Glidewell Laboratories, a corporation of California, having an address of
    Professional Services,
    4141 MacArthur Blvd.
    Newport Beach, California 92660
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 010:  Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses

Use in Commerce: The applicant is using the mark in commerce, or the applicant's related company or licensee is using the mark in commerce, or the applicant's predecessor in interest used the mark in commerce, on or in connection with the identified goods and/or services. 15 U.S.C. Section 1051(a), as amended.

In International Class 010, the mark was first used at least as early as 06/06/2009, and first used in commerce at least as early as 06/06/2009, and is now in use in such commerce. The applicant is submitting one specimen(s) showing the mark as used in commerce on or in connection with any item in the class of listed goods and/or services, consisting of a(n) Dental devices in the nature of full contour zirconia crowns, a label, and a plastic box that is used to deliver said devices, with said label affixed to the lid of said box..
Specimen File1

The applicant's current Attorney Information:
Keith D. Allred, Esq. of Keith D. Allred, General Counsel
    Professional Services

**EXHIBIT B**

-63-

4141 MacArthur Blvd.
Newport Beach, California 92660
United States

The applicant's current Correspondence Information:

Keith D. Allred, Esq.

Keith D. Allred, General Counsel

Professional Services

4141 MacArthur Blvd.

Newport Beach, California 92660

949-440-2683(phone)

949-440-2787(fax)

kallred@glidewelldental.com (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /K. D. Allred/   Date Signed: 06/17/2009
Signatory's Name: Keith D. Allred
Signatory's Position: General Counsel

RAM Sale Number: 8133
RAM Accounting Date: 06/17/2009

Serial Number: 77761757
Internet Transmission Date: Wed Jun 17 12:49:05 EDT 2009
TEAS Stamp: USPTO/FTK-76.230.103.132-200906171249051
51810-77761757-400864543d31a13a3476be917
6734297eea-CC-8133-20090617120139466448

**EXHIBIT B**

-64-

# BRUXZIR

