| **From:** | TMOfficialNotices@USPTO.GOV |
|---|---|
| **Sent:** | Tuesday, August 30, 2011 00:36 AM |
| **To:** | tgourdelaw@cox.net |
| **Subject:** | Official USPTO Notice of Publication: Serial Number 85287029 |

## NOTICE OF PUBLICATION

**Serial Number:** 85-287,029
**Mark:** KDZ BRUXER(SYTLIZED/DESIGN)
**International Class(es):** 010
**Applicant:** Keating Dental Arts, Inc.
**Attorney Reference Number:**

The mark identified above has been published in the *Trademark Official Gazette* (OG) on Aug 30, 2011.  Any party who believes it will be damaged by the registration of the mark may file a notice of opposition (or extension of time therefor) with the Trademark Trial and Appeal Board.   If no party files an opposition or extension request within thirty (30) days after the publication date, then within twelve (12) weeks of the publication date a notice of allowance (NOA) should issue. (Note: The applicant must file a Statement of Use or Extension Request within six (6) months after the NOA issues.)

On the publication date or shortly thereafter, the applicant should carefully review the information that appears in the OG for accuracy (see steps, *below*).   If any information is incorrect, the applicant should immediately email the requested correction to **TMPostPubQuery@uspto.gov**.  For general information about this notice, please contact the Trademark Assistance Center at 1-800-786-9199.

**1.** Click on the following link or paste the URL into an internet browser:
http://www.uspto.gov/web/trademarks/tmog/20110830_OG.pdf#page=1
**2.** Wait for the total OG to download completely (as indicated on bottom of OG page).
**3.** At the top/side of the displayed page, click wherever the "binoculars" icon appears.
**4.** Enter in the "search" box the name of the applicant (for individual: last name, first name) or the serial number in this exact format (with hyphen and comma): 85-287,029, e.g.
**5.** View the retrieved result(s).   If multiple results appear in the "results" box, click directly on each "search term" shown in the box to access all separate appearances in the OG.

**EXHIBIT C**

-68-

## Trademark Snap Shot Publication & Issue Review Stylesheet
(Table presents the data on Publication & Issue Review Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 85287029 | FILING DATE | 04/05/2011 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | POWER, MARGARET G | L.O. ASSIGNED | 103 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/26/2011 |
| PUB DATE | 08/30/2011 |
| STATUS | 681-PUBLICATION/ISSUE REVIEW COMPLETE |
| STATUS DATE | 07/25/2011 |
| LITERAL MARK ELEMENT | KDZ BRUXER |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | KDZ BRUXER |

**EXHIBIT C**

-69-

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Keating Dental Arts, Inc. |
| ADDRESS | 16881 Hale Avenue<br>Irvine, CA 92606 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 010 |
|---|---|
| DESCRIPTION TEXT | Dental prostheses |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 010 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "BRUXER" |
| DESCRIPTION OF MARK | The mark consists of The letters "KDZ" in bold followed by the letters "BRUXER" in smaller font largely encircled by a stylized and elongated incomplete oval-shaped design element. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 07/25/2011 | PREV | O | LAW OFFICE PUBLICATION REVIEW COMPLETED | 013 |
| 07/25/2011 | ALIE | A | ASSIGNED TO LIE | 012 |
| 06/30/2011 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 06/30/2011 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 010 |
| 06/30/2011 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 009 |
| 06/30/2011 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 008 |

**EXHIBIT C**

| 06/30/2011 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 007 |
|---|---|---|---|---|
| 06/30/2011 | DOCK | D | ASSIGNED TO EXAMINER | 006 |
| 05/21/2011 | TAEA | I | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 005 |
| 05/21/2011 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 004 |
| 04/09/2011 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 003 |
| 04/08/2011 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/08/2011 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

## CURRENT CORRESPONDENCE INFORMATION

| ATTORNEY | Thomas L. Gourde |
|---|---|
| CORRESPONDENCE ADDRESS | THOMAS L. GOURDE<br>RAY & GOURDE, LLP<br>111 PACIFICA STE 120<br>IRVINE, CA 92618-7419 |
| DOMESTIC REPRESENTATIVE | NONE |

**EXHIBIT C**



**EXHIBIT C**

-72-

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 85287029 | FILING DATE | 04/05/2011 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | POWER, MARGARET G | L.O. ASSIGNED | 103 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/01/2011 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 06/30/2011 |
| LITERAL MARK ELEMENT | KDZ BRUXER |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | KDZ BRUXER |

**EXHIBIT C**

-73-

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Keating Dental Arts, Inc. |
| ADDRESS | 16881 Hale Avenue<br>Irvine, CA 92606 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 010 |
|---|---|
| DESCRIPTION TEXT | Dental prostheses |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 010 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "BRUXER" |
| DESCRIPTION OF MARK | The mark consists of The letters KDZ in bold followed by the letters BRUXER in smaller font largely encircled by a stylized and elongated incomplete oval-shaped design element. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 06/30/2011 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 06/30/2011 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 010 |
| 06/30/2011 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 009 |
| 06/30/2011 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 008 |
| 06/30/2011 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 007 |
| 06/30/2011 | DOCK | D | ASSIGNED TO EXAMINER | 006 |

**EXHIBIT C**

-74-

| 05/21/2011 | TAEA | I | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 005 |
|---|---|---|---|---|
| 05/21/2011 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 004 |
| 04/09/2011 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 003 |
| 04/08/2011 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/08/2011 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
|---|---|
| ATTORNEY | Thomas L. Gourde |
| CORRESPONDENCE ADDRESS | THOMAS L. GOURDE<br>RAY & GOURDE, LLP<br>111 PACIFICA STE 120<br>IRVINE, CA 92618-7419 |
| DOMESTIC REPRESENTATIVE | NONE |

**EXHIBIT C**



**EXHIBIT C**

-76-

## Trademark Snap Shot Publication Stylesheet
### (Table presents the data on Publication Approval)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 85287029 | FILING DATE | 04/05/2011 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | POWER, MARGARET G | L.O. ASSIGNED | 103 |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 07/01/2011 |
| PUB DATE | N/A |
| STATUS | 680-APPROVED FOR PUBLICATON |
| STATUS DATE | 06/30/2011 |
| LITERAL MARK ELEMENT | KDZ BRUXER |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | KDZ BRUXER |

EXHIBIT C

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Keating Dental Arts, Inc. |
| ADDRESS | 16881 Hale Avenue<br>Irvine, CA 92606 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 010 |
|---|---|
| DESCRIPTION TEXT | Dental prostheses |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 010 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "BRUXER" |
| DESCRIPTION OF MARK | The mark consists of The letters KDZ in bold followed by the letters BRUXER in smaller font largely encircled by a stylized and elongated incomplete oval-shaped design element. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 06/30/2011 | CNSA | P | APPROVED FOR PUB - PRINCIPAL REGISTER | 011 |
| 06/30/2011 | XAEC | I | EXAMINER'S AMENDMENT ENTERED | 010 |
| 06/30/2011 | GNEN | O | NOTIFICATION OF EXAMINERS AMENDMENT E-MAILED | 009 |
| 06/30/2011 | GNEA | F | EXAMINERS AMENDMENT E-MAILED | 008 |
| 06/30/2011 | CNEA | R | EXAMINERS AMENDMENT -WRITTEN | 007 |
| 06/30/2011 | DOCK | D | ASSIGNED TO EXAMINER | 006 |

**EXHIBIT C**

-78-

| 05/21/2011 | TAEA | I | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 005 |
|---|---|---|---|---|
| 05/21/2011 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 004 |
| 04/09/2011 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 003 |
| 04/08/2011 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/08/2011 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

| CURRENT CORRESPONDENCE INFORMATION | |
|---|---|
| ATTORNEY | Thomas L. Gourde |
| CORRESPONDENCE ADDRESS | THOMAS L. GOURDE<br>RAY & GOURDE, LLP<br>111 PACIFICA STE 120<br>IRVINE, CA 92618-7419 |
| DOMESTIC REPRESENTATIVE | NONE |

**EXHIBIT C**



**EXHIBIT C**

-80-

| **To:** | Keating Dental Arts, Inc. (tgourdelaw@cox.net) |
|---|---|
| **Subject:** | U.S. TRADEMARK APPLICATION NO. 85287029 - KDZ BRUXER - N/A |
| **Sent:** | 6/30/2011 2:57:06 PM |
| **Sent As:** | ECOM103@USPTO.GOV |
| **Attachments:** | |

### UNITED STATES PATENT AND TRADEMARK OFFICE (USPTO)
### OFFICE ACTION (OFFICIAL LETTER) ABOUT APPLICANT'S TRADEMARK APPLICATION

**APPLICATION SERIAL NO.**      85287029

**MARK**: KDZ BRUXER

# *85287029*

**CORRESPONDENT ADDRESS**:
        THOMAS L. GOURDE
        RAY & GOURDE, LLP
        111 PACIFICA STE 120
        IRVINE, CA 92618-7419

**GENERAL TRADEMARK INFORMATION:**
**http://www.uspto.gov/main/trademarks.htm**

**APPLICANT**:      Keating Dental Arts, Inc.

**CORRESPONDENT'S REFERENCE/DOCKET NO**:  N/A

**CORRESPONDENT E-MAIL ADDRESS**:
        tgourdelaw@cox.net

## EXAMINER'S AMENDMENT

**ISSUE/MAILING DATE**: 6/30/2011

**DATABASE SEARCH:**  The trademark examining attorney has searched the USPTO's database of registered and pending marks and has found no conflicting marks that would bar registration under Trademark Act Section 2(d).  TMEP §704.02; *see* 15 U.S.C. §1052(d).

**APPLICATION HAS BEEN AMENDED:**  In accordance with the authorization granted by THOMAS L. GOURDE on June 30, 2011, the trademark examining attorney has amended the application as indicated below.  Please advise the undersigned immediately of any objections.  Otherwise, no response is necessary.  TMEP §707.  Any amendments to the identification of goods and/or services may clarify or limit the goods and/or services, but may not add to or broaden the scope of the goods and/or services.  37 C.F.R. §2.71(a); *see* TMEP §§1402.06 *et seq.*

**Significance**

**EXHIBIT C**

The following statement is added to the record:

      The letters "KDZ" have no meaning other than trademark significance.

*See* 37 C.F.R. §2.61(b); TMEP §808.01(a).


              /margaretpower/
              Examining Attorney
              Law Office 103
              margaret.power@uspto.gov
              Phone 571-272-8025


**PERIODICALLY CHECK THE STATUS OF THE APPLICATION:**  To ensure that applicant does not miss crucial deadlines or official notices, check the status of the application every three to four months using Trademark Applications and Registrations Retrieval (TARR) at http://tarr.uspto.gov/.  Please keep a copy of the complete TARR screen.  If TARR shows no change for more than six months, call 1-800-786-9199.  For more information on checking status, see http://www.uspto.gov/trademarks/process/status/.

**TO UPDATE CORRESPONDENCE/E-MAIL ADDRESS:**  Use the TEAS form at http://www.uspto.gov/teas/eTEASpageE.htm.

**EXHIBIT C**

| To: | Keating Dental Arts, Inc. (tgourdelaw@cox.net) |
|---|---|
| Subject: | U.S. TRADEMARK APPLICATION NO. 85287029 - KDZ BRUXER - N/A |
| Sent: | 6/30/2011 2:57:10 PM |
| Sent As: | ECOM103@USPTO.GOV |
| Attachments: | |

# IMPORTANT NOTICE REGARDING YOUR
# U.S. TRADEMARK APPLICATION

## USPTO LETTER (AN OFFICE ACTION) HAS ISSUED ON 6/30/2011 FOR SERIAL NO. 85287029

Please follow the instructions below:

**TO READ OFFICE LETTER:** Click on this **link or** go to **http://portal.uspto.gov/external/portal/tow** and enter the application serial number to **access** the Office letter

**PLEASE NOTE**: The Office letter may not be immediately available but will be viewable within 24 hours of this e-mail notification.

**HELP:** For *technical* assistance in accessing the Office correspondence, please e-mail **TDR@uspto.gov**. Please contact the assigned examining attorney with questions about the Office letter.

**EXHIBIT C**

-83-

# NOTE TO THE FILE

SERIAL NUMBER:     85287029

DATE:     06/30/2011

NAME:     mpower

**NOTE:**

**Searched:**
- _X_ Google
- ___ Lexis/Nexis
- ___ OneLook
- ___ Wikipedia
- _X_ Acronym Finder
- ___ Other:

**Checked:**
- ___ Geographic significance
- ___ Surname
- ___ Translation
- ___ ID with ID/CLASS mailbox

**Discussed file with**
**Attorney/Applicant via:**
- ___ phone
- ___ email

- ___ Requested Law Library search for:

- ___ **PRINT** ___ **DO NOT PRINT**
- ___ Description of the mark
- ___ Translation statement

- ___ Negative translation statement
- ___ Consent of living individual

- ___ Changed TRADEUPS to:

- ___ OTHER:

**Discussed ID with:**
- ___ Senior Atty
- ___ Managing Atty

- ___ Protest evidence reviewed

**Discussed Geo. Sig. with:**
- ___ Senior Atty
- ___ Managing Atty

- ___ Left message with Attorney/Applicant

- ___ Issued Examiner's Amendment and entered changes in TRADEUPS

- ___ Added design code in TRADEUPS

- ___ Re-imaged standard character drawing

- ___ Contacted TM MADRID ID/CLASS about misclassified definite ID

Sent to TICRS as Serial Number: 85287084
Sent to TICRS as Serial Number: 85287720

**EXHIBIT C**

\*\*\* User:mpower \*\*\*

| #  | Total Marks | Dead Marks | Live Viewed Docs | Live Viewed Images | Status/ Search Duration | Search |
|----|-------------|------------|------------------|--------------------|-------------------------|--------|
| 01 | 5           | 1          | 4                | 4                  | 0:02                    | "keating dental arts"[on] |
| 02 | 3           | 0          | 3                | 3                  | 0:03                    | (\*kdz\* "kdz" "k d z" "k dz" "kd z")[bi,ti]not dead [ld] |
| 03 | 5590        | N/A        | 0                | 0                  | 0:04                    | 260303[dc]not dead [ld] |
| 04 | 10270       | N/A        | 0                | 0                  | 0:03                    | 260302[dc]not dead [ld] |
| 05 | 3           | 0          | 3                | 3                  | 0:01                    | 2 and (3 or 4) |
| 06 | 8716        | N/A        | 0                | 0                  | 0:04                    | \*max\*[bi,ti]not dead [ld] |
| 07 | 1           | 0          | 1                | 1                  | 0:01                    | 2 and 6 |
| 08 | 19          | 0          | 3                | 19                 | 0:01                    | 3 and 6 |
| 09 | 25          | 0          | 1                | 25                 | 0:01                    | 4 and 6 |
| 10 | 4797        | N/A        | 0                | 0                  | 0:04                    | \*ltra\*[bi,ti]not dead [ld] |
| 11 | 1           | 0          | 1                | 1                  | 0:01                    | 2 and 10 |
| 12 | 12          | 0          | 1                | 12                 | 0:01                    | 3 and 10 |
| 13 | 17          | 0          | 3                | 17                 | 0:01                    | 4 and 10 |
| 14 | 724         | N/A        | 0                | 0                  | 0:02                    | \*br{v} {"ckqx"} {v}r\*[bi,ti]not dead [ld] |
| 15 | 1           | 0          | 1                | 1                  | 0:01                    | 2 and 14 |
| 16 | 2           | 0          | 2                | 2                  | 0:01                    | 3 and 14 |
| 17 | 2           | N/A        | 0                | 0                  | 0:01                    | 4 and 14 |
| 18 | 216         | 0          | 216              | 174                | 0:02                    | 14 and "010"[cc]not dead [ld] |
| 19 | 1           | 0          | 1                | 1                  | 0:03                    | \*bruxer\*[bi,ti]not dead [ld] |

Session started 6/30/2011 2:32:02 PM

Session finished 6/30/2011 2:46:22 PM

Total search duration 0 minutes 37 seconds

Session duration 14 minutes 20 seconds

Defaut NEAR limit=1ADJ limit=1


Sent to TICRS as Serial Number: 85287029

**EXHIBIT C**

-85-

## Trademark Snap Shot Amendment & Mail Processing Stylesheet
(Table presents the data on Amendment & Mail Processing Complete)

### OVERVIEW

| | | | |
|---|---|---|---|
| SERIAL NUMBER | 85287029 | FILING DATE | 04/05/2011 |
| REG NUMBER | 0000000 | REG DATE | N/A |
| REGISTER | PRINCIPAL | MARK TYPE | TRADEMARK |
| INTL REG # | N/A | INTL REG DATE | N/A |
| TM ATTORNEY | TM ATTORNEY NOT ASSIGNED | L.O. ASSIGNED | NONE |

### PUB INFORMATION

| | |
|---|---|
| RUN DATE | 05/24/2011 |
| PUB DATE | N/A |
| STATUS | 630-NEW APPLICATION - RECORD INITIALIZED NOT ASSIGNED TO EXAMINER |
| STATUS DATE | 04/08/2011 |
| LITERAL MARK ELEMENT | KDZ BRUXER |

| | | | |
|---|---|---|---|
| DATE ABANDONED | N/A | DATE CANCELLED | N/A |
| SECTION 2F | NO | SECTION 2F IN PART | NO |
| SECTION 8 | NO | SECTION 8 IN PART | NO |
| SECTION 15 | NO | REPUB 12C | N/A |
| RENEWAL FILED | NO | RENEWAL DATE | N/A |
| DATE AMEND REG | N/A | | |

### FILING BASIS

| FILED BASIS | | CURRENT BASIS | | AMENDED BASIS | |
|---|---|---|---|---|---|
| 1 (a) | NO | 1 (a) | NO | 1 (a) | NO |
| 1 (b) | YES | 1 (b) | YES | 1 (b) | NO |
| 44D | NO | 44D | NO | 44D | NO |
| 44E | NO | 44E | NO | 44E | NO |
| 66A | NO | 66A | NO | | |
| NO BASIS | NO | NO BASIS | NO | | |

### MARK DATA

| | |
|---|---|
| STANDARD CHARACTER MARK | NO |
| LITERAL MARK ELEMENT | KDZ BRUXER |

**EXHIBIT C**

| MARK DRAWING CODE | 3-AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/LETTER(S)/NUMBER(S) |
|---|---|
| COLOR DRAWING FLAG | NO |

## CURRENT OWNER INFORMATION

| PARTY TYPE | 10-ORIGINAL APPLICANT |
|---|---|
| NAME | Keating Dental Arts, Inc. |
| ADDRESS | 16881 Hale Avenue<br>Irvine, CA 92606 |
| ENTITY | 03-CORPORATION |
| CITIZENSHIP | California |

## GOODS AND SERVICES

| INTERNATIONAL CLASS | 010 |
|---|---|
| DESCRIPTION TEXT | Dental prostheses |

## GOODS AND SERVICES CLASSIFICATION

| INTERNATIONAL CLASS | 010 | FIRST USE DATE | NONE | FIRST USE IN COMMERCE DATE | NONE | CLASS STATUS | 6-ACTIVE |
|---|---|---|---|---|---|---|---|

## MISCELLANEOUS INFORMATION/STATEMENTS

| CHANGE IN REGISTRATION | NO |
|---|---|
| COLORS CLAIMED STATEMENT | Color is not claimed as a feature of the mark. |
| DISCLAIMER W/PREDETER TXT | "BRUXER" |
| DESCRIPTION OF MARK | The mark consists of The letters KDZ in bold followed by the letters BRUXER in smaller font largely encircled by a stylized and elongated incomplete oval-shaped design element. |

## PROSECUTION HISTORY

| DATE | ENT CD | ENT TYPE | DESCRIPTION | ENT NUM |
|---|---|---|---|---|
| 05/21/2011 | TAEA | I | TEAS AMENDMENT ENTERED BEFORE ATTORNEY ASSIGNED | 005 |
| 05/21/2011 | PARI | I | TEAS VOLUNTARY AMENDMENT RECEIVED | 004 |
| 04/09/2011 | MDSC | O | NOTICE OF DESIGN SEARCH CODE MAILED | 003 |
| 04/08/2011 | NWOS | I | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | 002 |
| 04/08/2011 | NWAP | I | NEW APPLICATION ENTERED IN TRAM | 001 |

**EXHIBIT C**

| CURRENT CORRESPONDENCE INFORMATION | |
| --- | --- |
| ATTORNEY | Thomas L. Gourde |
| CORRESPONDENCE ADDRESS | THOMAS L. GOURDE<br>RAY & GOURDE, LLP<br>111 PACIFICA STE 120<br>IRVINE, CA 92618-7419 |
| DOMESTIC REPRESENTATIVE | NONE |

**EXHIBIT C**



**EXHIBIT C**

-89-

PTO Form 1966 (Rev 5/2006)
OMB No. 0651-0050 (Exp. 04/30/2011)

# Preliminary Amendment

## The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **SERIAL NUMBER** | 85287029 |
| **MARK SECTION (no change)** | |
| **ADDITIONAL STATEMENTS SECTION** | |
| **DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of The letters KDZ in bold followed by the letters BRUXER in smaller font largely encircled by a stylized and elongated incomplete oval-shaped design element. |
| **SIGNATURE SECTION** | |
| **RESPONSE SIGNATURE** | /Thomas L. Gourde/ |
| **SIGNATORY'S NAME** | Thomas L. Gourde |
| **SIGNATORY'S POSITION** | Attorney of record, California bar member |
| **DATE SIGNED** | 05/21/2011 |
| **AUTHORIZED SIGNATORY** | YES |
| **FILING INFORMATION SECTION** | |
| **SUBMIT DATE** | Sat May 21 17:34:51 EDT 2011 |
| **TEAS STAMP** | USPTO/PRA-98.189.46.188-2 0110521173451086833-85287 029-4807ffb99e65a72fce99f 1a8dbe5667e8d3-N/A-N/A-20 110521173038288970 |

PTO Form 1966 (Rev 5/2006)
OMB No. 0651-0050 (Exp. 04/30/2011)

## Preliminary Amendment
## To the Commissioner for Trademarks:

**EXHIBIT C**

Application serial no. **85287029** has been amended as follows:

**ADDITIONAL STATEMENTS**
**Description of mark**
The mark consists of The letters KDZ in bold followed by the letters BRUXER in smaller font largely
encircled by a stylized and elongated incomplete oval-shaped design element.

**SIGNATURE(S)**
**Voluntary Amendment Signature**
Signature: /Thomas L. Gourde/    Date: 05/21/2011
Signatory's Name: Thomas L. Gourde
Signatory's Position: Attorney of record, California bar member

The signatory has confirmed that he/she is an attorney who is a member in good standing of the bar of the
highest court of a U.S. state, which includes the District of Columbia, Puerto Rico, and other federal
territories and possessions; and he/she is currently the applicant's attorney or an associate thereof; and to
the best of his/her knowledge, if prior to his/her appointment another U.S. attorney or a Canadian
attorney/agent not currently associated with his/her company/firm previously represented the applicant in
this matter: (1) the applicant has filed or is concurrently filing a signed revocation of or substitute power
of attorney with the USPTO; (2) the USPTO has granted the request of the prior representative to
withdraw; (3) the applicant has filed a power of attorney appointing him/her in this matter; or (4) the
applicant's appointed U.S. attorney or Canadian attorney/agent has filed a power of attorney appointing
him/her as an associate attorney in this matter.

Serial Number: 85287029
Internet Transmission Date: Sat May 21 17:34:51 EDT 2011
TEAS Stamp: USPTO/PRA-98.189.46.188-2011052117345108
6833-85287029-4807ffb99e65a72fce99f1a8db
e5667e8d3-N/A-N/A-20110521173038288970

**EXHIBIT C**
-91-

| | |
|---|---|
| **From:** | TMDesignCodeComments |
| **Sent:** | Saturday, April 9, 2011 00:16 AM |
| **To:** | tgourdelaw@cox.net |
| **Subject:** | Notice of Design Search Code for Serial Number: 85287029 |

**ATTORNEY REFERENCE NUMBER:**

The USPTO may assign design search codes, as appropriate, to new applications and renewed registrations to assist in searching the USPTO database for conflicting marks.  They have no legal significance and will not appear on the registration certificate.

DESIGN SEARCH CODES are numerical codes assigned to figurative, non-textual elements found in marks.  For example, if your mark contains the design of a flower, design search code 05.05 would be assigned to your application.  Design search codes are described on Internet Web page http://www.uspto.gov/tmdb/dscm/index.html.

Response to this notice is not required; however, to suggest additions or changes to the design search code(s) assigned to your mark, please e-mail TMDesignCodeComments@USPTO.GOV.  You **must** reference your application serial number within your request.  The USPTO will review the proposal and update the record, if appropriate.  For questions, please call 1-800-786-9199 to speak to a Customer Service representative.

The USPTO will not send any further response to your e-mail.  Check TESS in approximately two weeks to see if the requested changes have been entered.  Requests deemed unnecessary or inappropriate will not be entered.

**Design search codes assigned to the referenced serial number are listed below.**

**DESIGN SEARCH CODES:**

26.03.03 - Incomplete ovals
26.03.03 - Ovals, incomplete

**EXHIBIT C**



**EXHIBIT C**

-93-

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

# Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85287029**
**Filing Date: 04/05/2011**

*NOTE: Data fields with the * are mandatory under TEAS Plus. The wording "(if applicable)" appears where the field is only mandatory under the facts of the particular application.*

---

### The table below presents the data as entered.

| Input Field | Entered |
|---|---|
| **TEAS Plus** | **YES** |
| **MARK INFORMATION** | |
| ***MARK** | \\TICRS\EXPORT11\IMAGEOUT 11\852\870\85287029\xml1\ FTK0002.JPG |
| ***SPECIAL FORM** | YES |
| **USPTO-GENERATED IMAGE** | NO |
| **LITERAL ELEMENT** | KDZ BRUXER |
| ***COLOR MARK** | NO |
| ***COLOR(S) CLAIMED** (If applicable) | |
| ***DESCRIPTION OF THE MARK** (and Color Location, if applicable) | The mark consists of The letters KDZ in bold followed by the word BRUXER in smaller font largely encircled by a stylized and elongated oval-shaped design element. |
| **PIXEL COUNT ACCEPTABLE** | YES |
| **PIXEL COUNT** | 800 x 600 |
| **REGISTER** | Principal |
| **APPLICANT INFORMATION** | |
| ***OWNER OF MARK** | Keating Dental Arts, Inc. |
| ***STREET** | 16881 Hale Avenue |
| ***CITY** | Irvine |

**EXHIBIT C**
-94-

| *STATE<br>(Required for U.S. applicants) | California |
|---|---|
| *COUNTRY | United States |
| *ZIP/POSTAL CODE<br>(Required for U.S. applicants only) | 92606 |
| PHONE | 949-955-2100 |
| FAX | 949-955-3265 |
| EMAIL ADDRESS | bob@keatingdentalarts.com |
| WEBSITE ADDRESS | http://www.keatingdentalarts.com/ |

## LEGAL ENTITY INFORMATION

| *TYPE | CORPORATION |
|---|---|
| * STATE/COUNTRY OF INCORPORATION | California |

## GOODS AND/OR SERVICES AND BASIS INFORMATION

| *INTERNATIONAL CLASS | 010 |
|---|---|
| IDENTIFICATION | Dental prostheses |
| *FILING BASIS | SECTION 1(b) |

## ADDITIONAL STATEMENTS SECTION

| *TRANSLATION<br>(if applicable) | |
|---|---|
| *TRANSLITERATION<br>(if applicable) | |
| *CLAIMED PRIOR REGISTRATION<br>(if applicable) | |
| *CONSENT (NAME/LIKENESS)<br>(if applicable) | |
| *CONCURRENT USE CLAIM<br>(if applicable) | |
| DISCLAIMER | No claim is made to the exclusive right to use BRUXER apart from the mark as shown. |

## ATTORNEY INFORMATION

| NAME | Thomas L. Gourde |
|---|---|
| FIRM NAME | Ray & Gourde, LLP |
| STREET | 111 Pacifica, Suite 120 |
| CITY | Irvine |
| STATE | California |

**EXHIBIT C**

-95-

| COUNTRY | United States |
|---|---|
| ZIP/POSTAL CODE | 92618 |
| PHONE | 949-825-6520 |
| FAX | 949-825-6544 |
| EMAIL ADDRESS | tgourdelaw@cox.net |
| AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## CORRESPONDENCE INFORMATION

| *NAME | Thomas L. Gourde |
|---|---|
| FIRM NAME | Ray & Gourde, LLP |
| *STREET | 111 Pacifica, Suite 120 |
| *CITY | Irvine |
| *STATE (Required for U.S. applicants) | California |
| *COUNTRY | United States |
| *ZIP/POSTAL CODE | 92618 |
| PHONE | 949-825-6520 |
| FAX | 949-825-6544 |
| *EMAIL ADDRESS | tgourdelaw@cox.net |
| *AUTHORIZED TO COMMUNICATE VIA EMAIL | Yes |

## FEE INFORMATION

| NUMBER OF CLASSES | 1 |
|---|---|
| FEE PER CLASS | 275 |
| *TOTAL FEE PAID | 275 |

## SIGNATURE INFORMATION

| * SIGNATURE | /S/ |
|---|---|
| * SIGNATORY'S NAME | Thomas L. Gourde |
| * SIGNATORY'S POSITION | Attorney of Record |
| * DATE SIGNED | 04/05/2011 |

**EXHIBIT C**

-96-

**EXHIBIT C**

-97-

PTO Form 1478 (Rev 9/2006)
OMB No. 0651-0009 (Exp 12/31/2011)

## Trademark/Service Mark Application, Principal Register

## TEAS Plus Application

**Serial Number: 85287029**
**Filing Date: 04/05/2011**

# To the Commissioner for Trademarks:

**MARK:** KDZ BRUXER (stylized and/or with design, see mark)

The literal element of the mark consists of KDZ BRUXER.
The mark consists of The letters KDZ in bold followed by the word BRUXER in smaller font largely encircled by a stylized and elongated oval-shaped design element.
The applicant, Keating Dental Arts, Inc., a corporation of California, having an address of
    16881 Hale Avenue
    Irvine, California 92606
    United States
requests registration of the trademark/service mark identified above in the United States Patent and Trademark Office on the Principal Register established by the Act of July 5, 1946 (15 U.S.C. Section 1051 et seq.), as amended, for the following:

**For specific filing basis information for each item, you must view the display within the Input Table.**
    International Class 010:  Dental prostheses
Intent to Use: The applicant has a bona fide intention to use or use through the applicant's related company or licensee the mark in commerce on or in connection with the identified goods and/or services. (15 U.S.C. Section 1051(b)).


No claim is made to the exclusive right to use BRUXER apart from the mark as shown.

For informational purposes only, applicant's website address is: http://www.keatingdentalarts.com/
The applicant's current Attorney Information:
Thomas L. Gourde of Ray & Gourde, LLP
    111 Pacifica, Suite 120
    Irvine, California 92618
    United States


The applicant's current Correspondence Information:
    Thomas L. Gourde
    Ray & Gourde, LLP

**EXHIBIT C**

111 Pacifica, Suite 120

Irvine, California 92618

949-825-6520(phone)

949-825-6544(fax)

tgourdelaw@cox.net (authorized)

A fee payment in the amount of $275 has been submitted with the application, representing payment for 1 class(es).

### Declaration

The undersigned, being hereby warned that willful false statements and the like so made are punishable by fine or imprisonment, or both, under 18 U.S.C. Section 1001, and that such willful false statements, and the like, may jeopardize the validity of the application or any resulting registration, declares that he/she is properly authorized to execute this application on behalf of the applicant; he/she believes the applicant to be the owner of the trademark/service mark sought to be registered, or, if the application is being filed under 15 U.S.C. Section 1051(b), he/she believes applicant to be entitled to use such mark in commerce; to the best of his/her knowledge and belief no other person, firm, corporation, or association has the right to use the mark in commerce, either in the identical form thereof or in such near resemblance thereto as to be likely, when used on or in connection with the goods/services of such other person, to cause confusion, or to cause mistake, or to deceive; and that all statements made of his/her own knowledge are true; and that all statements made on information and belief are believed to be true.

Signature: /S/   Date Signed: 04/05/2011
Signatory's Name: Thomas L. Gourde
Signatory's Position: Attorney of Record

RAM Sale Number: 5202
RAM Accounting Date: 04/06/2011

Serial Number: 85287029
Internet Transmission Date: Tue Apr 05 18:07:55 EDT 2011
TEAS Stamp: USPTO/FTK-98.189.46.188-2011040518075512
3026-85287029-480fd8bf3ef0eba7107b28edc6
92bca53-CC-5202-20110405173348957308

**EXHIBIT C**



**EXHIBIT C**

-100-