



**16881 Hale Avenue**
**Irvine, CA 92606**
**(800)433-9833**

## IMPLANTS

Implant Crown* .......... $139+Gold/Metal Weight
Implant Labor .................................. $55
Implant Procera All-Ceramic
  with custom abutment .......... Call for quote
Implant Pro-Temp®
  with custom abutment ...................... $39
In Lab Working Time .......................... 9 Days
*PARTS NOT INCLUDED

## PRO-SAFE® MOUTHGUARDS

Youth Guard ................................... $34
Pro-Guard .................................... $54
Colors (Each Additional) ...................... $10
Helmet Strap ................................... $6
In Lab Working Time .......................... 4 Days

## NIGHT GUARDS AND BITE SPLINTS

Soft Night Guard and Bleaching Tray .......... $35
Hard Night Guard (Clear Acrylic) .............. $69
Custom Tray ................................... $20
Hard Splint ................................... $46
ULTRA-Guard (Soft/Hard) ....................... $57
In Lab Working Time .......................... 3 Days

## ADDITIONAL PRODUCTS

Diagnostic Wax-up (per unit) .................. $25
Crown Adapted to Partial ...................... $40
Labor for Attachment
  (plus attachment cost) ...................... $80
Mesial or Distal Rest Seat (each) ............. $14
Cingulum Rest (each) .......................... $14
Epoxy Master Model ............................ $35
  (quadrant) .................................. $25
Soft Tissue ................................... $20
Surgical Stent ................................ $55
Porcelain Labial Margins ...................... $25
Full 360 Porcelain Margins .................... $45
Custom Shade Guides
  (Chromascop) ................................ $60
  (Noritake) .................................. $60
  (Stump) ..................................... $60

## COMPOSITES

Tescera ATL® Crown ............................ $99
Tescera ATL® Veneer/Inlay/Onlay ............... $79
Tescera ATL®
  with U-Beam® Bridge ........................ $257
In Lab Working Time .......................... 4 Days

## FULL CAST RESTORATIONS
(Prices shown includes up to 3g of alloy. 3g or more additional charges will apply.)

High Noble 62®
  (Yellow High Noble, 62% Gold, Type III) .... $105
Full Cast Crown, Inlay or Onlay
  (77% Yellow Gold, Type II, JRVT) ........... $121
Full Cast High Noble
  (White High Noble) .......................... $99
Full Cast Non-Precious ........................ $69
Full Cast Semi-Precious ....................... $79
Cast Duralay, Post & Core
  (Type III Gold) ................... $30 + Alloy Weight
In Lab Working Time .......................... 4 Days

## PRO-TEMPS PROVISIONALS

Pro-Temps (unit) .............................. $35
Pro-Temps Veneer .............................. $35
Pro-Temps with Cast Metal Substructure
  (per unit) .................................. $50
Pro-Temps with Wire or Kevlar reinforcement
  (per splint) ................................ $20
In Lab Working Time .......................... 4 Days

## PFM's
### PORCELAIN FUSED TO METAL
(Prices shown includes up to 2g of alloy. 2g or more additional charges will apply.)

Porcelain Fused to:

Non-Precious .................................. $95
  with Metal Occlusal ........................ $106
Semi-Precious ................................ $115
  with Metal Occlusal ........................ $139
White High Noble ............................. $125
  with Metal Occlusal ........................ $149
Yellow High Noble ............................ $145
  with Metal Occlusal ........................ $169
Captek© (22kt Gold) .......................... $129
In Lab Working Time .......................... 5 Days

## ALL-CERAMIC

IPS Eris® Crown .............................. $129
IPS Eris Bridge (per unit) ................... $129
IPS Empress® Esthetic Crown .................. $135
IPS Empress® Esthetic Inlay/Onlay ............ $119
In Lab Working Time .......................... 5 Days
Procera Zirconia ............................. $129
In Lab Working Time .......................... 7 Days

## CAD/CAM

KDZ Zirconia (up to a 14 unit span) .......... $195
In Lab Working Time .......................... 8 Days

## VENEERS

KDA Foil Veneer
  Stacked Feldspathic ........................ $149
IPS Eris Veneer .............................. $129
IPS Empress Esthetic Veneer .................. $135
In Lab Working Time .......................... 5 Days

KDA-004198

**EXHIBIT A**

-5-