



**16881 Hale Avenue**
**Irvine, CA 92606**
**(800)433-9833**

## IN LAB WORKING TIME

| | |
|---|---|
| Implants | 9 Days |
| CAD/CAM | 8 Days |
| PFM's | 5 Days |
| All Ceramics | 5 Days |
| Procera Zirconia | 7 Days |
| Veneers | 5 Days |
| Mouthguards | 4 Days |
| Pro Temps and Composites | 4 Days |
| Full Cast Restorations | 4 Days |
| Night Guards and Bite Splints | 3 Days |
| Bite Blocks | 3 Days |
| Set-up | 3 Days |
| Process & Finish | 3 Days |

**Weekends and Holidays Excluded**

**SHIPPING:** We use DHL. You will be charged $7.00 per case each way for the Next Day Afternoon Delivery. We supply shipping boxes, lab slips and pre-printed airbills. If you have any questions on our shipping procedures or any product or service that we offer, please call (800) 433-9833.

**TERMS:** Accounts are due in full within 30 days of statement date. Accounts not paid in full after 30 days will be subject to C.O.D. status and a late charge of 2% on the unpaid balance per month. Prices subject to change without notice.

**CUSTOMER AGREEMENT:** All orders are subject to customer agreement on reverse side of Rx form. Please review carefully before placing your order.

Office Hours: Monday-Friday, 7 am to 5 pm
**PHONE:** (949) 955-2100   **FAX:** (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
sales@keatingdentalarts.com

**CALL US TODAY!**
Rush Service is Available:
**(800) 433-9833**

All Major Credit Cards Accepted

Or visit us on the web at:
**www.keatingdentalarts.com**

KDA-004199

**EXHIBIT B**
-6-

## PFM's
**PORCELAIN FUSED TO METAL**
(Prices shown includes up to 2g of alloy. Over 2g additional charges will apply.)

**Porcelain Fused to:**

Non-Precious ................................................. $95
  with Metal Occlusal ................................... $106
Semi-Precious ............................................... $115
  with Metal Occlusal ................................... $139
White High Noble ......................................... $125
  with Metal Occlusal ................................... $149
Yellow High Noble ........................................ $145
  with Metal Occlusal ................................... $169
Captek (22kt Gold) ....................................... $129

In Lab Working Time .................................. 5 Days

## ALL-CERAMIC

IPS e.max® Crown ........................................ $129
IPS e.max® Bridge (per unit) ........................ $129
IPS Empress® Esthetic Crown ...................... $135
IPS Empress® Esthetic Inlay/Onlay .............. $119

In Lab Working Time .................................. 5 Days

## CAD/CAM

KDZ Zirconia (up to a 14 unit span) ............ $195
Procera® Zirconia ......................................... $129

In Lab Working Time .................................. 8 Days

## VENEERS

**KDA Foil Veneer**
  Stacked Feldspathic .................................. $149
IPS e.max® Veneer ....................................... $129
IPS Empress® Esthetic Veneer ..................... $135

In Lab Working Time .................................. 5 Days

## COMPOSITES

Tescera ATL® Crown ...................................... $99
Tescera ATL® Veneer/Inlay/Onlay ................. $79
Tescera ATL®
  with U-Beam® Bridge ................................ $257

In Lab Working Time .................................. 4 Days

## FULL CAST RESTORATIONS
(Prices shown includes up to 3g of alloy. Over 3g additional charges will apply.)

**High Noble 62°**
  (Yellow High Noble, 62% Gold, Type III) ......... $129
**Full Cast Crown, Inlay or Onlay**
  (77% Yellow Gold, Type II, JRVT) ...................... $149
**Full Cast High Noble**
  (White High Noble) ......................................... $99
**Full Cast Non-Precious** ................................ $69
**Full Cast Semi-Precious** ............................... $79
**Cast Duralay, Post & Core**
  (Type III Gold) ....................... $30 + Alloy Weight

In Lab Working Time .................................. 4 Days

## PRO-TEMPS PROVISIONALS

Pro-Temps (unit) ............................................ $35
Pro-Temps Veneer .......................................... $35
Pro-Temps with Cast Metal Substructure
  (per unit) .................................................... $50
Pro-Temps with Wire or Kevlar reinforcement
  (per splint) .................................................. $20

In Lab Working Time .................................. 4 Days

## REMOVABLES

**KDA DENTURE**
Includes bite block, set-up, try-in and finish (1 arch) ... $249
**KDA PREMIUM DENTURE**
Includes bite blocks, set-up, try-in and finish.
Premium teeth and high impact acrylic (1 arch) ... $349
Cast Chrome Frame ...................................... $171
Set-up process teeth on partial frame ......... $119
Partial complete framework
  process and finish ..................................... $291
Custom Impression tray ................................. $20
Acrylic Flipper 1 or 2 teeth ............................ $69
Acrylic Stayplate 3-7 teeth ............................ $99
Acrylic Stayplate 8 or more teeth ................ $129
Valpast partial denture complete ................ $209
Hard Night Guard (Clear Acrylic) ..................... $69
Reline ............................................................ $119

See Reverse for In Lab Working Time

## IMPLANTS

**Custom abutments**
  Atlantis Ti ................................................... $225
  Atlantis Zr .................................................. $325
  Procera Ti ................................................... $225
  Custom UCLA .............................................. call
Implant Crown ............................................. $225
(includes labor and soft tissue model additional alloy charges will apply)
Implant Pro-Temp ......................................... $99
(does not include abutment)

All parts ordered through Keating Dental Arts will be charged on Manufacturer list price plus 20% ordering surcharge, plus shipping.

In Lab working time varies from 5 days for direct abutment implant crowns to 3 weeks for custom CAD/CAM abutment cases.

## THERMOFORMED PRODUCTS

Junior (3 mil, mixed dentition) ........................ $28
Intermediate (5 mil, light to medium sports) ... $68
Pro-Guard (5mil, hard shield, medium to light-heavy sports) ... $88
Colors (each Additional) ................................. $10
Helmet Strap ................................................... $6

In Lab Working Time .................................. 4 Days

Soft Night Guard and Bleaching Tray .......... $35
Hard Night Guard .......................................... $48
Hard Splint .................................................... $46
Ultra Guard (Hard/Soft) .................................. $57
.08 mil Clear Ortho Retainer (full upper/lower) ... $40
1.0 mil Clear Ortho Retainer (full upper/lower) ... $48
Snore Guard .................................................. $89

In Lab Working Time .................................. 3 Days

## ADDITIONAL PRODUCTS

Diagnostic Wax-up (per unit) ......................... $25
Crown Adapted to Partial ............................. $40
Labor For Attachment
  (plus attachment cost) ................................ $80
Mesial or Distal Rest Seat (each) .................. $14
Cingulum Rest (each) .................................... $14
Epoxy Master Model ...................................... $35
  (quadrant) .................................................. $25
Soft Tissue .................................................... $20
Surgical Stent ............................................... $55
Porcelain Labial Margins .............................. $25
Full 360 Porcelain Margins .......................... $45
Custom Shade Guides
  (Chromascop) ............................................. $60
  (Noritake) ................................................... $60
  (Stump) ...................................................... $60

Rush Fees-Call for Quote

KDA-004200

**EXHIBIT B**
-7-