

KDA-004202

**EXHIBIT C**

-8-