



Keating
Dental Arts

16881 Hale Avenue, Irvine , Ca 92606

YOU'RE NOT JUST ANOTHER DOCTOR ARE YOU?

"We listen to our Doctors. With over
a million successful cases and 1,000
years of combined experience, we are
a resource you can count on every
day. We specialize in PFMs, Captek,
KDA Foil Veneers, KDZ Zirconia,
Implants, Gold, and Temporaries.
Most doctors send their work to 3 or
4 different labs for these products.
Our doctors send us all their work
because of our experience and great
service, and the benefit of our 5 day
turnaround on your restorations."

800-433-9833 keatingdentalarts.com

Send in this card with your next case for $10.00 off.

We look forward to seeing you at the Greater
New York Dental Meeting November 25-28.
Come visit us at booth #1328.

Lake Forest, CA 92630-7040
ll.....ll.ll....ll.ll....lll....l.ll....l.l.l.ll.l

T11   P1

Presorted STD
US Postage
PAID
Santa Ana, CA
Permit No 1135

KDA-004205

**EXHIBIT D**
-9-

