

KDA-004207

**EXHIBIT E**

-11-



ADA NEWS 3-17-08

**OFFSHORE RESTORATIONS MAY ADVERSELY AFFECT YOUR DENTAL PRACTICE.**

# Are your restorations being fabricated outside of the United States?

### Eliminate the risk
The vast majority of states do not require dental labs to disclose their outsourcing activities to you. With the numerous media reports about lead found in dental work produced in China, patients will be concerned about any dental restoration fabricated outside of our borders. If you haven't read or seen the initial investigative report, visit our website.

### Made in the U.S.A.
We are a full-service laboratory located in Irvine, California. All Keating Dental Arts restorations have been fabricated in the United States from day one and always will be. We will play no part in compromising our customer's reputation or ours. We are committed to keeping our American workers busy crafting high quality, award winning dental restorations.

### Special Offer for ADA Members

Be sure to check your email from the American Dental Association sent to you the first week of the month. Visit the Vendor Showcase, select our logo and you will find a very valuable coupon to use on your next case with us.

| | |
|---|---|
| KDA-Temps | $35 |
| PFM | $95 |
| Procera® Zirconia | $129 |
| IPS Empress® Esthetic | $135 |
| Captek™ | $139 |
| Gold | $144 |
| KDA Foil Veneer | $149 |
| KDZ CAD/CAM Zirconia | $195 |
| KDA Denture | $249 |
| Cast Partial Complete | $291 |

All prices flat-rate. Shipping not included.
Most restorations fabricated in just 5 business days.



*All restorations proudly fabricated at Keating Dental Arts.*

Focused on being the best... not the biggest.



Keating Dental Arts

1.800.433.9833 | keatingdentalarts.com



KDA-004209

**EXHIBIT E**

-13-



**Inside Dentistry April 2008**

**OFFSHORE RESTORATIONS MAY ADVERSELY AFFECT YOUR DENTAL PRACTICE.**

# Are your restorations being fabricated outside of the United States?

### Eliminate the risk

The vast majority of states do not require dental labs to disclose their outsourcing activities to you. With the numerous media reports about lead found in dental work produced in China, patients will be concerned about any dental restoration fabricated outside of our borders. If you haven't read or seen the initial investigative report, visit our website at keatingdentalarts.com

### Made in the U.S.A.

We are a full-service laboratory located in Irvine, California. All Keating Dental Arts restorations have been fabricated in the United States from day one and always will be. We will play no part in compromising our customer's reputation or ours. We are committed to keeping our American workers busy crafting high quality, award winning dental restorations.

| | |
|---|---:|
| KDA-Temps | $35 |
| PFM | $95 |
| Procera® Zirconia | $129 |
| IPS Empress® Esthetic | $135 |
| Captek™ | $139 |
| Gold | $144 |
| KDA Foil Veneer | $149 |
| KDZ CAD/CAM Zirconia | $195 |
| KDA Denture | $249 |
| Cast Partial Complete | $291 |

All prices flat-rate. Shipping not included.
Most restorations fabricated in just 5 business days.


*All restorations proudly fabricated at Keating Dental Arts.*




**Win a Free iPhone®**
by visiting booth #401 at the Townie Meeting in Las Vegas, April 17 to April 19, 2008.



Focused on being the best... not the biggest.

**Keating Dental Arts**

1.800.433.9833 | keatingdentalarts.com

KDA-004210

**EXHIBIT E**
-14-





Cerec inLab by Sirona

| | |
|---|---|
| KDA-Temps ............................. $39 | IPS Empress® Esthetic ...... $145 |
| PFM High Noble .................. $135 | KDA Foil Veneer ................. $159 |
| Procera® ............................... $139 | KDZ CAD/CAM Zirconia .. $195 |
| Captek™ ............................... $139 | KDA Dentures ..................... $274 |
| IPS e.max® ........................... $139 | Cast Partials Complete ..... $310 |

All prices flat-rate. Shipping not included. Most restorations fabricated in just 5 business days.

 All restorations proudly fabricated at Keating Dental Arts, Irvine, CA.



Win a Free iPhone®

Visit us at booth #503 at the CDA Convention in San Francisco, September 12-14, 2008.



Focused on being the best... not the biggest.

KEATING *Keating* Dental Arts

Creating smiles everyday.

1.800.433.9833 | keatingdentalarts.com

KDA-004211

**EXHIBIT E**
-15-





All restorations proudly fabricated at Keating Dental Arts, Irvine, CA.

| | |
|---|---|
| KDA-Temps ............................. $39 | IPS Empress® Esthetic ...... $145 |
| PFM High Noble ................. $135 | KDA Foil Veneer .................. $159 |
| Procera® ............................. $139 | KDZ CAD/CAM Zirconia .. $159 |
| Captek™ ............................... $139 | KDA Dentures ..................... $274 |
| IPS e.max® ........................... $139 | Cast Partials Complete ..... $310 |

All prices flat-rate. Shipping not included. Most restorations fabricated in just 5 business days.



### New Doctor Discount

50% discount on up to 3 units of your choice on your first case.* To receive this exclusive offer, you must call and request your "OCDS Dr. Kit", which includes your 50% discount coupon. We invite you to experience our award-winning restorations and outstanding customer service.
*Call for details.



Focused on being the best... not the biggest.

**Keating Dental Arts**

Creating smiles every day.

1.800.433.9833 | keatingdentalarts.com

KDA-004212

**EXHIBIT E**
-16-



# Experience the Keating Difference

Inside Dentistry Nov/Dec 2008

## KDZ Zirconia™

**Price Reduction!**
**Flat Rate**
~~$195 Unit~~

***$159 Unit***

**KDZ Zirconia™ Crowns & Bridges**
**Up to 14 Unit Bridges**

*The Esthetic Alternative to High Noble PFM's*

### KDZ Advantages & Indications

- No Gingival Graying or Black Lines
- Conventionally Cemented
- Single Unit or Multi-Unit Bridges
- Use Anywhere in the Mouth
- Biocompatible
- Extremely Strong
- More Esthetic than High Noble PFM's


National Association of Dental Laboratories
CERTIFIED DENTAL LABORATORY


**Win a Free iPhone®**
**Visit us at the Greater New York Dental Meeting**
**Booth #1628**

CAD/CAM + Artistry = Perfection!

## Other Lab Services

| | | | |
|---|---|---|---|
| KDA-Temps | $39 | IPS Empress® Esthetic | $145 |
| PFM High Noble | $135 | KDA Foil Veneer | $159 |
| Procera® | $139 | KDZ CAD/CAM Zirconia | $159 |
| Captek™ | $139 | KDA Dentures | $274 |
| IPS e.max® | $139 | Cast Partials Complete | $310 |

All prices flat-rate. Shipping not included. Most restorations fabricated in just 5 business days.


*All restorations proudly fabricated at Keating Dental Arts, Irvine CA*


**Keating Dental Arts**
*Creating smiles everyday.*

**800-433-9833** | keatingdentalarts.com

KDA-004213

**EXHIBIT E**
-17-

# Experience the Keating Difference

LMT & DLP
August 2008 - Feb 2009

## Flat Rate
## $55 Unit
## KDZ Zirconia™ Copings & Bridges

**Up to 14 Unit bridges
(Free 2nd Day Return Shipping)**

### *New Customer Special!*
## Send in 6 Units Get 1 Free*

\* Discount may be used only once. After five paid units the sixth unit is free. Offer cannot be combined with other discounts.

## 3 Day In-Lab Working Time
Note: Working Days are M-F for Cases Received By Noon





All restorations proudly fabricated at Keating Dental Arts. Irvine CA



### Our Copings + Your Artistry = Perfection!

"Our services, previously available only to our dentist customers, are now available to you. Feel free to call me personally about bringing your dental lab to the next level."
- Sháun Keating, CDT



keatingdentalarts.com **Call Now! 800-433-9833**



"Our services, previously available only to our dentist customers, are now available to you. Feel free to call me personally about bringing your dental lab to the next level."
- Shaun Keating, CDT



**Flat Rate $55 Unit**
**KDZ Zirconia™ Copings & Bridges**
Up to 14 Unit Bridges
(Free 2nd Day Return Shipping)

*New Customer Special!*
**Send in 6 Units Get 1 Free***

* Discount may be used only once. After five paid units the sixth unit is free. Offer cannot be combined with other discounts.

**3 Day In-Lab Working Time**
Note: Working Days are M-F for Cases Received By Noon








**Call Now!**
**800-433-9833**
keatingdentalarts.com

KDA-004215

**EXHIBIT E**
-19-