Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>        Plaintiff,<br><br>   v.<br><br>KEATING DENTAL ARTS, INC.<br><br>        Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF CAROL FRATTURA IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable David O. Carter |

I, Carol Frattura, hereby declare as follows:

I am the Vice President of Showcase Dental Laboratories, Inc. ("Showcase"), located in Port Charlotte, Florida.  I have personal knowledge of the matters set forth herein.  If called upon to testify, I could and would testify as follow:

1.     My husband and I founded Showcase in 2004.  Showcase Dental Laboratory is a dental laboratory that provides various products to dentists for use with their patients.  The different categories of products we sell include dental restorations such as crowns, bridges, dentures, partials, and implant restorations.  There are many different products available within each of these categories.  Our customers are dentists who order products from us for use with their patients.  My husband is the President of Showcase and I am the Vice President.

2.     As Vice President, my responsibilities at Showcase include, among other things, managing the customer service department, accounting, and managing the incoming laboratory cases.

3.     To order a dental restoration from Showcase Dental Laboratory, a dentist specifies the specific dental restoration that they would like manufactured for them by filling out a prescription form.  The prescription form allows the dentist to specify a particular patient, a particular tooth (or teeth), a particular dental restoration, and ancillary information such as shading of the dental restoration.  The dentist sends the prescription form to our lab along with the impression or model accompanying the case.  We then fabricate a custom made product for that patient in accordance with the prescription order.

4.     Fabricating crowns and bridges according to dentists specifications make up approximately two-thirds of our business at Showcase.

5.     Showcase currently sells a full contour zirconia crown under the name FCZ which stands for "Full Contour Zirconia."  During the months of

September and October 2012, Showcase filled 348 orders for our FCZ crown.

6.     Attached hereto as **Exhibit A** are true and correct copies of prescription order forms that Showcase Dental Laboratory has received from dentists ordering dental restorations.  In the attached exhibits, the patients' last names have been redacted to protect their identities.  Also, the original prescription order forms did not include the labels KDA-004853 through KDA004870, which were added to the documents attached as Exhibit A in connection with this litigation.

7.     The prescription order forms attached as Exhibit A are examples of prescription orders received by Showcase Dental Laboratory in which the dentists ordered an all-zirconia crown by referencing a "bruxzir," "bruxer," "bruxir," crown, or other similar spelling.

8.     I have spoken with many dentists over the years who refer to all-zirconia crowns as "bruxer crowns."   Since "bruxer" and "bruxzir" are pronounced the same, the dentists could also be speaking of a "bruxzir crown" during these conversations.   From my experience in the dental field and speaking with numerous dentists, I understand a bruxer crown to be a crown for bruxers.

9.     I have seen dentists use the terms "bruxzir," "bruxer," "bruxir," and other similar spellings to indicate an all-zirconia crown on many prescription order forms received at Showcase.  Any orders received by Showcase Dental Laboratory using these terms are fulfilled by Showcase by providing a full contour zirconia crown made by Showcase.

10.     As a dental laboratory that provides products for dentists, Showcase Dental Laboratory is a direct competitor of Keating Dental Arts and Glidewell Laboratories.

11.     The all-zirconia crowns sold by Showcase Dental Laboratory are not made with material originating with Glidewell Laboratories.   Moreover,

there is no affiliation whatsoever between Showcase Dental Laboratory and Glidewell Laboratories.

12.    Between the end of 2010 and Jan 2012, Showcase Dental Laboratory offered for sale a full contour zirconia crown using the product name "Zir-Bruxer." Showcase used this name because it readily described the product for which it was named. The "Zir" prefix identified that the crown was made of zirconia. The "Bruxer" suffix identified that the crown was an all-zirconia crown without any porcelain overlay so that it would be strong enough to be used as a bruxer crown, or a crown for bruxer patients who often chip the porcelain on other crowns.

13.    Attached as **Exhibit B** is a true and correct copy of correspondence that I exchanged with Keith Allred of Glidewell Laboratories regarding Showcase Dental Laboratory's use of the name "Zir-Bruxer." The original correspondence did not include the labels GL 241 (pages 71 of 99 through 79 of 99), which were added to the documents attached as Exhibit B in connection with this litigation.

14.    In the documents attached as Exhibit B, Mr. Allred claimed that Showcase Dental Laboratory's use of the term "Zir-Bruxer" was an infringement of Glidewell's registered trademark "BruxZir."

15.    I disagreed with Mr. Allred's assertions that our use of Zir-Bruxer was an infringement of Glidewell's registered mark "BruxZir." As I stated in my replies to Glidewell, "Zir-Bruxer" was "short for a zirconia bruxer crown" and as such was a "generic description" of the product. (Ex. B, GL 241 p. 75 of 99, 76 of 99). In his response, Mr. Allred asserted that the names were confusingly similar, at least in part because BRUXER sounds like BRUXZIR.

16.    With the threat of a federal lawsuit, I felt it was more important to focus my time and energy on providing my customers with high quality goods and services than to expend resources defending my use of a generic term in

court. I let Mr. Allred know that I did not agree with his view on infringement, but that Showcase Dental Laboratory would change the name of its all-zirconia crown to avoid the dispute with Glidewell Laboratories.

17.     Thereafter, in January 2012, I changed the name of Showcase Dental Laboratory's all-zirconia crown to "FCZ." I posted the letter that I received from Mr. Allred on Showcase Dental Laboratory's website along with an announcement that our product name had changed to "FCZ." I did this so that our customers would understand why we made the change.

18.     I continue to receive prescription orders from dentists that request a "bruxzir crown," "bruxer crown," or similar spelling even though our current product name does not contain either term "bruxzir" or "bruxer." To me, it is clear that these dentists are requesting an all zirconia crown made by our lab and I continue to fulfill these orders.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November _10_, 2012, in Port Charlotte, Florida.

_____
Carol Frattura

# EXHIBIT A

**LAB SCRIPT FIXED**

13475

## SHOWCASE
Dental Laboratories

22286 Vick St.
Port Charlotte, Fl 33980
www.Showcasedental.Com

Phone: 888 625-5757
Phone: 941 625-5757
Fax: 877 625-7980
DL#10964

Doctor Allbrecht
Office
E-Mail
Phone
Address 1743 Grand River Av.   Suite#: 202
City, St, Zip Brighton   MI   49114
Patient Name: Last,   First Linda
Due Date 3/16/12   Appt. Date 3/20/12
Male ___   Female X

Licensee ___ Roz0037
Contact

**Pfm**
Shade ___   Single Tooth#   Bridge Tooth#

Non-Precious
Noble
High Noble White
High Noble Yellow

**Metal Free**   Shade   Stumpf Shade

E-MAX ___
E-MAX Crown
Empress ___
Empress Crown
Zirconia   A2 #2
Zir-Bruxer   C1 ___ Necessary

**Full Metal**
Non-Precious
Noble White
Noble Yellow
High Noble White
High Noble Yellow

Implant Case   Parts Included please list

**Case Design**
Crown to Fit Partial ___
Keep Pt's Partial ___
Resin Pattern Dup. ___

**Margin Design-Porcelain**
Porcelain Facial Margin ___
Porcelain Margin 360 ___

Lack of Occlusal Space: Spot Opposing X
Special Instructions:

Rest on Crown
MO
DO
Cingulum
Lingual Shelf

**Margin Design-Metal**
Reduce Prep
Reduction Coping ___
Call

Guide Plane
Distal
Mesial
Survey Crown

Please fab Bruxer #2.
Shade C1 Thank you!

Sign R. Albrecht   Date 2/28/12

**Exhibit A**

KDA-004853

**LAB SCRIPT FIXED**

SHOWCASE

22286 Vick St.
Port Charlotte, FL 33980
www.Showcasedental.com

Phone: 888 625-5757
Phone: 941 625-5757
Fax: 877 625-7980
DL#10964

**227 09**

Doctor _Paul Britt_
Office _____ Curbside _____   Contact _____
E-Mail _____   Phone _904 254-9031_
Address _751 Dekk St._   Suite# _101_
City, St, Zip _Jacksonville, FL 33224_
Patient Name- Last _____   First _Silva_
Due Date _8-3-12_   Appt. Date _____
Male _____   Female _____

**Case Design**
Crown to FR Partial _____      Rest on Crown _____
Keep Pt's Partial _____        MO _____
Resin Pattern Dup _____        DO _____
                               Cingulum _____
                               Lingual Shelf _____

Margin Design-Porcelain _____   Margin Design-Metal _____

Porcelain Facial Margin _____
Porcelain Margin 360 _____

Lack of Occlusal Space: Spot Opposing _____   Reduce Prep _____
Reduction Coping _____   Call _____

E-mail Pictures to: info@showcasedental.com

Special Instructions: _Brazir crown #18_

Guide Plane _____
Distal _____
Mesial _____
Survey Crown _____

**PFM**                          Shade _____
Non-Precious _____               Single Tooth# _____   Bridge Tooth# _____
Noble _____
High Noble White _____
High Noble Yellow _____

**Metal Free**                   Shade _A3_
E-MAX _mag veneer_               Stumpf Shade _A4_   Necessary _____
E-MAX Crown _____
PFZ Porcelain to Zirconia _____
FCZ Full Contour Zirconia _____  _#18_

**Full Metal**
Non-Precious _____
Noble White _____
Noble Yellow _____
High Noble White _____
High Noble Yellow _____

**Implant Case**   Parts Included please list _____

Signature _____   Date _7-19-12_

**SHOWCASE** Dental Laboratory

Phone: 888 625-5757
Phone: 941 625-5757
Fax: 877 625-7980
DL#10964

22286 Vick St.
Port Charlotte, FL 33980
www.Showcasedental.com

**LAB SCRIPT FIXED**

**22944**

SHIP

Doctor Wilson
Office
E-Mail
Address 33 Brandon...
City, St, Zip ...
Patient Name Last ... First Brittany
Due Date 2/15/12
Appt. Date

License# ...
Contact ...
Phone (941) 704-0...
Suite#:

Male ☐   Female ☐

**Case Design**

| | Rest on Crown |
| Crown to Fit Partial | MO |
| Keep Pt's Partial | DO |
| Resin Pattern Dup | Cingulum |
| | Lingual Shelf |

Margin Design-Porcelain

Porcelain Facial Margin
Porcelain Margin 360

Lack of Occlusal Space: Spot Opposing ___ Call ___
Reduction Coping ___ Reduce Prep ___

E-mail Pictures to: **info@showcasedental.com**

Special Instructions:

Margin Design-Metal

Guide Plane
Distal
Mesial
Survey Crown

**PFM**

Shade ___
Single Tooth#   Bridge Tooth#

Non-Precious
Noble
High Noble White
High Noble Yellow

**Metal Free**

Shade ___
Stump Shade ___

E-MAX
E-MAX Crown
PFZ Porcelain to Zirconia   ✓ (#19 Bruxzir)
FCZ Full Contour Zirconia

**Full Metal**

Non-Precious
Noble White
Noble Yellow
High Noble White
High Noble Yellow

**Implant Case**

Parts Included please list

Signature _____   Date 7/2?/2012

**SHIP**

**23081**

SHOWCASE
Dental Laboratories

Phone: 888 625-5757
Phone: 941 625-5757
Fax: 877 625-2980

286 Vick St.
rt Charlotte, FL 33980
ww.Showcasedental.com

DL#10964

Doctor: Dr. Davis
Office: Pointe DU
E-Mail
Address 3 Conshita Alameda Rd Suite#:
City-St-Zip: Mission Viejo
Patient Name- Last _____ First _____
Due Date 9/15/12 Appt. Date
Male _____ Female _____

Case Design
Crown to Fit Partial          Rest on Crown          Guide Plane
Keep Pt's Partial             MO                     Distal
Resin Pattern Dup.            DO                     Mesial
                              Cingulum               Survey Crown
                              Lingual Shelf

Margin Design-Porcelain                    Margin Design-Metal

Porcelain Facial Margin
Porcelain Margin 360

Lack of Occlusal Space: Spot Opposing _____ Reduce Prep. _____
Reduction Coping _____ Call _____

E-mail Pictures to: info@showcasedental.com

Special Instructions:

At Vicroe
Clear lab.
Bruxzir # 19

| | Shade A3 | | Bridge Tooth# |
| Single Tooth# | | | |

-Precious
le
Noble White
Noble Yellow

al Free          Shade
                 Stump Shade _____ Necessary

LX (Way Wave)
LX Crown
Porcelain to Zirconia
ull Contour Zirconia

Metal
-Precious
e White
e Yellow
Noble White
Noble Yellow

ant Case          Parts Included please list

ure _____ Date 052965

Nuns

**Exhibit A**

KDA-004856

## LABORATORY PROCEDURE AUTHORIZATION

LAB REG. # **55816**

TO: Your Case

STREET:

CITY:                                          STATE:

FROM: General Dentistry

Steven Zohr

605 Royal Palm Beach Blvd.

STREET: Royal Palm Beach, FL 33411

CITY:                                          STATE:

NAME: Price

DATE SENT: 8/8/12

TRY-IN:

FINISH: 8/27/12

MATERIAL:

SHADE: A2.

MOULD:

TYPE OF CASE:

**COMPLETE DESCRIPTION**

Rx

#31 Bruxzir clown

thanks.

ADDITIONAL INSTRUCTIONS ON REVERSE SIDE   YES ☐   NO ☐

DENTIST'S SIGNATURE:

This Form Supplied by the Florida State Board of Dentistry in compliance with Section 466.021 Florida Statutes.

LICENSE NO. **C-5577225**

**Exhibit A**

KDA-004857

# SHOWCASE
Dental Laboratories

22286 Vick St.
Port Charlotte, FL 33980
www.showcasedental.com

Phone: 888 625-5757
Phone: 941 625-5757
Fax: 877 625-7980
DL#10964

**REMOVABLE LAB SCRIPT**

No. 23476

Doctor ___ M Showsa ___
Office ___
E-Mail ___
Address ___
City, St, Zip ___ Suite#: ___ Phone ___
Patient Name (Last) ___ First ___
Due Date ___ Appt. Date ___
Male ___ Female ___

## Metal
| | Upper | Lower |
Cr.Co.
Vitallium
Titanium
LAB DESIGN
OR - ATTACH PARTIAL DESIGN ADDENDUM

Tooth Shade ___
Value Set-Up ___
(Classic Teeth)

Tooth Mould ___
Premium Set-Up ___
(Myerson Teeth)

Acrylic Shade ___
Select Set-Up ___
(IPN Portrait Teeth)

Esthetic Clasp-Tooth # ___
Bite Rim
Custom Tray

Shade ___

### Partial Set-up & Process
| | Upper | Lower | | Process | Upper | Lower |
Set-Up
Acrylic Partial Set Up
Flexi Partial Set-Up
Immediate Partial Set Up
Partial Set-Up
Acetal Nesbit ( Tooth Shade )

Process
Acrylic Partial Process
Flexi Partial Process
Immediate Partial Process
Partial Process

### Dentures Set-up & Process
| | Upper | Lower | | Process | Upper | Lower |
Set-Up
Immediate Denture Set Up
Denture Set-Up

Process
Immediate Denture Process
Denture Process

### Occlusal Guards
| | Upper | Lower |
Athletic Guard
Hard

Hard/Soft Heat Seat Eclipse
Hard with Ball Clasps

E-mail Pictures to: info@showcasedental.com
**Special Instructions:**

Signature ___ Date ___

Exhibit A

KDA-004858

**LAB SCRIPT FIXED**

SHOWCASE
Dental Laboratories

Phone: 888 625-5757
Phone: 941 625-5757
Fax: 877 625-7980

DL#10964

22286 Vick St.
Port Charlotte, FL 33980
www.Showcasedental.com

23040

Doctor __Paul Platt__
Office __Gety Riverside__   Contact _____
E-Mail _____   Phone __941 234 4031__
Address __751 Oak St__   Suite#: __(a)__
City, St, Zip __Brooksville, FL 33324__
Patient Name- Last __Kelly__   First __Kelly__
Due Date __5-17-12__   Appt. Date _____

Licensee# __10352__

☐ Male   ☐ Female

**Case Design**
Crown to Fit Partial _____
Keep Pt's Partial _____
Resin Pattern Dup. _____

Rest on Crown _____
MO _____
DO _____
Cingulum _____
Lingual Shelf _____

Guide Plane _____
Distal _____
Mesial _____
Survey Crown _____

**Margin Design-Porcelain**
Porcelain Facial Margin _____
Porcelain Margin 360 _____

**Margin Design-Metal**

Lack of Occlusal Space: Spot Opposing _____
Reduction Coping _____   Call _____

Reduce Prep _____

E-mail Pictures to: info@showcasedental.com

**Special Instructions:**
Bruxzir Crowns 18, 19

Shade _____
PFM   Single Tooth# _____   Bridge Tooth# _____

Non-Precious _____
Noble _____
High Noble White _____
High Noble Yellow _____

Metal Free   Shade __A2__
Stumpf Shade __A3__

E-MAX HT/LT/veneer _____
E-MAX Crown _____
PFZ Porcelain to Zirconia _____
FCZ Full Contour Zirconia __18, 19__   Necessary

Full Metal _____
Non-Precious _____
Noble White _____
Noble Yellow _____
High Noble White _____
High Noble Yellow _____

Implant Case   Parts Included please list _____

Signature _____   Date __5-18-12__



**Exhibit A**

KDA-004860

# REMOVABLE LAB SCRIPT

**SHOWCASE**
Dental Laboratories

22286 Vick St.
Port Charlotte, FL 33980
www.Showcasedental.com

**Phone: 888 625-5757**

**Phone: 941 625-5757**

**Fax: 877 625-7980**

**DL#10964**

Doctor: M. Stegson
Office: Orin Expression    Contact: [illegible]
E-Mail:
Address: 3387 Highway 11    Phone: [illegible]
City, St, Zip: [illegible]    Suite#: E
Patient Name–Last:    First:
Due Date:    Appt. Date:
Male:    Female:    Shade:

23236

| Metal | Upper | Lower | | Esthetic Clasp–Tooth # |
|-------|-------|-------|---|---|
| C/CO. | | | Bite Rim | Upper ___ Lower ___ |
| Vitallium | | | Custom Tray | Upper ___ Lower ___ |
| Titanium | | | | |

LAB DESIGN _____
OR - ATTACH PARTIAL DESIGN ADDENDUM

## Tooth Shade

### Value Set-Up
(Classic Teeth)

### Partial Set-up & Process

| | Upper | Lower |
|---|---|---|
| Set-Up | | |
| Acrylic Partial Set-Up | | |
| Flexi Partial Set-Up | | |
| Immediate Partial Set Up | | |
| Partial Set-Up | | |
| Acetal Nesbit ( Tooth Shade ) | | |

### Dentures Set-up & Process

| | Upper | Lower |
|---|---|---|
| Set-Up | | |
| Immediate Denture Set Up | | |
| Denture Set-Up | | |

### Occlusal Guards

| | Upper | Lower |
|---|---|---|
| Athletic Guard | | |
| Hard | | |

## Tooth Mould

### Premium Set-Up
(Myerson Teeth)

## Acrylic Shade

### Select Set-Up
(IPN Portrait Teeth)

| Process | Upper | Lower |
|---|---|---|
| Acrylic Partial Process | | |
| Flexi Partial Process | | |
| Immediate Partial Process | | |
| Partial Process | | |

| Process | Upper | Lower |
|---|---|---|
| Immediate Denture Process | | |
| Denture Process | | |

| | Upper | Lower |
|---|---|---|
| Hard/Soft Heat Seat Eclipse | | |
| Hard with Ball Clasps | | |

**E-mail Pictures to: info@showcasedental.com**

Special Instructions:

_Please pur Impressions mount pour according to bite_
_frame use crown (Flexi) cast #3 shade #14_
_[illegible]_  _2x Space used. Make sets_
_[illegible]  fit and indicate_

Signature: _____ DDS    Date: 7/30/2012

**Exhibit A**

LABORATORY PRI
AUTHORIZAT **8419**

TO: Shen Cap                    DATE SENT: 05/17/04

STREET:                         TRY-IN:

CITY:           STATE: DEADDIK  FINISH: 06/02/11

FROM:                           MATERIAL:

STREET:                         SHADE: 0.3.5

CITY:           STATE:          MOULD:

NAME: Artor                     TYPE OF CASE:

COMPLETE DESCRIPTION:

R̸ Pleas fabricate a
    Bright 29 × 31

    Brux Zirconia
    Shade City Cer

                        Thank you

ADDITIONAL INSTRUCTIONS ON REVERSE   YES ☐  NO ☐

SIGNATURE:                      LICENSE NO. 17617

                                D- 4570410

                                PEOPLE'S ORS 1-800-634-1876

LABFORM #DL001

**Exhibit A**

KDA-004862

**LABORATORY PROCEDURE AUTHORIZATION**

Showcase Dental Lab
4120 Tamiami Trail D1
Charlotte, FL 33952

CITY: Charlotte, FL 33952

**Frederick J. Fox III, DMD**
316 W. Helen Ave.
Punta Gorda, FL 33950

CITY: Punta Gorda, FL 33950   STATE:

NAME: Marie C.

LAB REG #: **2564**

TRY-IN: 6-16-11

FINISH: 6-30-11 3:30

MATERIAL: Bruxeer

SHADE: A3 Vita

MOULD: Bruck 2N

TYPE OF CASE: # Br Br

**COMPLETE DESCRIPTION**

Rx

Br Br Crown + 3

Bruxeer over A3

Shade A3

Fr Br3

ADDITIONAL INSTRUCTIONS ON REVERSE SIDE  YES ☐  NO ☐

DENTIST'S SIGNATURE: _____

This Form Supplied by the Florida State Board of
Dentistry in compliance with Section 466.021
Florida Statutes

LICENSE NO.: C-4857344

# 1990

## SHOWCASE
Dental Laboratories

4120 Tamiami Trail Suite B • Port Charlotte, FL 33952
941-625-5757 • 888-625-5757 • Fax 941-625-7980
www.showcasedental.com

DL# 10964

# LAB SCRIPT   *Lic #* 8892

Doctor _Yamashit__
Address _____
City _____ State ____ ZIP ____
Phone # _____
Contact Name _____
Patient Name _Ted_ ~~_____~~
Date Due _10 / 12 / 10_

**FIXED**              Shade _A3_

**PFM**          Single tooth #    Bridge tooth#
Non Precious     _____          _____
Noble            _____          _____
High Noble White _____          _____
High Noble Yellow _____         _____
CAPTEK           _____          _____

**Metal Free**    Shade _____ Stumpf_____
Empress Veneer/Inlay  _____    _____
Empress Crown         _____    _____
E-MAX                 _____    _____
Cercon®               _____    _____

**Full Cast Crown**
Non-Precious      _____    _____
Noble White       _____    _____
Noble Yellow      _____    _____
High Noble Yellow _____    _____
High Noble White  _____    _____

**Preferences**

Anterior
Posterior

Porcelain Butt Margin Design  ☐ 180°   ☐ 360°

**REMOVABLES**
Tooth shade_____
Classic_____     Mould_____
Portrait IPN_____  Mould_____

Acrylic Shade:    Original__  Lt Reddish Pink__
                  Light__    Dark__

**Partial Dentures**        Upper      Lower
Chrome Cobalt              _____    _____
Vitallium 2000+            _____    _____

FRS Flexible Partial Set-Up   _____    _____
FRS Flexible Partial Process  _____    _____

Flipper (No clasps)        _____    _____

Partial Set-up             _____    _____
Partial Process            _____    _____

Acrylic Partial Set-up     _____    _____
Acrylic Partial Process    _____    _____

**Dentures**
Denture Set-up             _____    _____
Denture Process            _____    _____

**SPECIAL INSTRUCTIONS**

_Pleax Fabricate Full Cercn crow_
_#3_

SIGNATURE _____   LICENSE # _13273_ DATE _9/28/10_

**Exhibit A**

KDA-004864

# LAB SCRIPT 



## SHOWCASE

941-625-5757 • 888-625-5757 • Fax 941-625-7980
www.showcasedental.com

Doctor _____ mithal _____
Address _____ paradise dental _____
City _____ State ___ ZIP ___
Phone # _____
Contact Name _____
Patient Name _____ Cokole _____
Date Due _____ 3.16.11 _____

DL# 10964

| **FIXED** | Shade __A2__ | |
|---|---|---|
| **PFM** | Single tooth # | Bridge tooth# |
| Non Precious | | |
| Noble | | |
| High Noble White | | |
| CAPTEK | | |

| **Metal Free** | Shade _A2_ Stumpf_____ |
|---|---|
| Emax Veneer/Inlay/onlay | |
| Emax Crown | |
| Zirconia | |
| Cercon* | |
| zirconia __#18__ | |

| **Full Cast Crown** | | |
|---|---|---|
| Non-Precious | | |
| Noble White | | |
| Noble Yellow | | |

### Preferences

Porcelain Butt Margin Design _____

## REMOVABLES

Tooth shade _____

| | |
|---|---|
| Value _____ | Mould _____ |
| Premium _____ | Mould _____ |
| IPN _____ | Mould _____ |

Acrylic/Tissue Shade: _____

| **Partial Dentures** | Upper | Lower |
|---|---|---|
| Flipper (1 Tooth) | | |
| Acrylic Partial Set-up | | |
| Acrylic Partial Finish | | |
| Flexible Partial Set-Up | | |
| Flexible Partial Finish | | |
| Chrome Cobalt | | |
| Vitallium 2000 | | |
| Titanium | | |
| Partial Set-up | | |
| Partial Finish | | |

| **Dentures** | | |
|---|---|---|
| Denture Set-up | | |
| Denture Finish | | |

### SPECIAL INSTRUCTIONS

Please fabricate
zirconia crown #18
in shade A2

SIGNATURE _____ LICENSE # _16418_ DATE _3.2.11_

**Exhibit A**

KDA-004865

**LABORATORY PROCEDURE AUTHORIZATION**

| | LAB REG. # |
|---|---|
| TO: *Showcase* | DATE SENT: 9-22-10 |
| STREET: | TRY-IN: |
| CITY: STATE: | FINISH: 10-6-10 |
| FROM - *Dehdashti* | MATERIAL: ASAP |
| STREET: | SHADE: |
| CITY: STATE: | MOULD: |
| NAME: ▮▮▮▮ *Ben* | TYPE OF CASE: |

Rx                    COMPLETE DESCRIPTION

1254

Remake -
Porcelain Broke
→ BRUX ZIRCONIA ?



ADDITIONAL INSTRUCTIONS ON REVERSE   YES☐   NO☐

DENTISTS SIGNATURE

LICENSE NO.

**D-** 4571189

LAB FORM #OL001

REORDER: OBS 1-800-834-18/6

**Exhibit A**

KDA-004866

# LAB SCRIPT



## SHOWCASE
Dental Laboratories

4120 Tamiami Trail Suite B • Port Charlotte, FL 33952
941-625-5757 • 888-625-5757 • Fax 941-625-7980
www.showcasedental.com

**DL# 10964**

Doctor __MARTINEZ__
Address __FHC__
City __Pt. Charlotte__ State____ ZIP____
Phone #____
Contact Name____
Patient Name __GARY__
Date Due __10-21-10__

| **FIXED** | Shade____ |
|---|---|

| **PFM** | Single tooth # | Bridge tooth# |
|---|---|---|
| Non Precious | ___ | ___ |
| Noble | ___ | ___ |
| High Noble White | ___ | ___ |
| High Noble Yellow | ___ | ___ |
| CAPTEK | ___ | ___ |

| **Metal Free** | Shade____ | Stumpf____ |
|---|---|---|
| Empress Veneer/Inlay | ___ | ___ |
| Empress Crown | ___ | ___ |
| E-MAX | ___ | ___ |
| Cercon® | ___ | ___ |
| ZIRCONIA | B2 | |

| **Full Cast Crown** | | |
|---|---|---|
| Non-Precious | ___ | ___ |
| Noble White | ___ | ___ |
| Noble Yellow | ___ | ___ |
| High Noble Yellow | ___ | ___ |
| High Noble White | ___ | ___ |

## Preferences

Anterior
Posterior

Porcelain Butt Margin Design ☐ 180° ☐ 360°

## REMOVABLES

**1737**

Tooth shade____

| | | |
|---|---|---|
| Classic____ | Mould____ |
| Portrait IPN____ | Mould____ |

Acrylic Shade:   Original__  Lt Reddish Pink__
Light__   Dark__

| **Partial Dentures** | Upper | Lower |
|---|---|---|
| Chrome Cobalt | ___ | ___ |
| Vitallium 2000+ | ___ | ___ |
| FRS Flexible Partial Set-Up | ___ | ___ |
| FRS Flexible Partial Process | ___ | ___ |
| Flipper (No clasps) | ___ | ___ |
| Partial Set-up | ___ | ___ |
| Partial Process | ___ | ___ |
| Acrylic Partial Set-up | ___ | ___ |
| Acrylic Partial Process | ___ | ___ |

| **Dentures** | | |
|---|---|---|
| Denture Set-up | ___ | ___ |
| Denture Process | ___ | ___ |

## SPECIAL INSTRUCTIONS

*Pls fabricate zirconia crown for tooth #18.*

SIGNATURE _____   LICENSE # __DN18604__ DATE __9/7/10__

**Exhibit A**

KDA-004867

**LABORATORY PROCEDURE AUTHORIZATION**    8075

DATE SENT: 5/5/11
TRY-IN:
FINISH: 5/27/11
MATERIAL:
SHADE: A4
MOLD:
TYPE OF CASE:

STREET: Saint's Family
CITY:          STATE:

FROM — General Dentistry
Palm Beach Blvd
STREET: Suite 204
CITY: Palm Beach   STATE:

NAME:

**COMPLETE DESCRIPTION**

Bruxzir Crowns

#18, 19 #20
— Please take Impression
#2 to finalize Mesial
Margin & #18 Tractin

ADDITIONAL INSTRUCTIONS ON REVERSE SIDE  YES ☐  NO ☐

DENTIST'S SIGNATURE:

This Form Supplied by the Florida State Board of
Dentistry in compliance with Section 466.021
Florida Statutes.

12448268

C-477037

At Please Call 4 King 2.5

# LAB SCRIPT   4340

SHOWCASE

22286 Vick St.
Port Charlotte, FL 33981
941-625-5737 • 888-625-5757 • Fax 941-625-7980
www.showcasedental.com

DL# 10964

**FIXED**                          Shade _____

**PFM**                  Single tooth #    Bridge tooth#

Non Precious
Noble
High Noble White
CAPTEK

**Metal Free**         Shade _____ / Stump ____
Emax Veneer/inlay/onlay
Emax Crown
Zirconia
Cercon*

**Full Cast Crown**
Non-Precious
Noble White
Noble Yellow

**Preferences**

Anterior
Posterior

Porcelain Butt Margin Design _____

Doctor _____
Contact Name _____
Address _____
City _____ State ____ ZIP ____
Phone # _____
Patient Name _____
Date Due _____

**REMOVABLES**
**Tooth shade** _____
Value _____    Mould _____
Premium _____   Mould _____
IPN _____       Mould _____

Acrylic/Tissue Shade: _____

**Partial Dentures**        Upper        Lower

Flipper (1 Tooth)

Acrylic Partial Set-up
Acrylic Partial Finish

Flexible Partial Set-up
Flexible Partial Finish

Chrome Cobalt
Vitallium 2000
Titanium
Partial Set-up
Partial Finish

**Dentures**
Denture Set-up
Denture Finish

SPECIAL INSTRUCTIONS

SIGNATURE _____   LICENSE # _____ DATE _____

**Exhibit A**

KDA-004869

# LAB SCRIPT 3134



**SHOWCASE**
Dental Laboratories
22286 Vick St.
Port Charlotte, FL 33980
941-625-5757 • 888-625-5757 • Fax 941-625-7980
www.showcasedental.com

**DL# 10964**

Doctor _Paul Boldt_
Contact Name_____
Address _251 Oak St #60_
City _Jacksonville_ State_FL_ ZIP _32204_
Phone # _94·354·4031_
Patient Name _Denise_ ▓▓▓▓
Date Due _8·3·11_

## FIXED          Shade _C1_

### PFM                Single tooth #    Bridge tooth#
Non Precious
Noble
High Noble White
CAPTEK

### Metal Free        Shade____  Stumpf____
Emax Veneer/inlay/onlay
Emax Crown
Zirconia          _19_
Cercon*

### Full Cast Crown
Non-Precious
Noble White
Noble Yellow

## Preferences

Anterior
Posterior

Porcelain Butt Margin Design _____

## REMOVABLES
Tooth shade_____
Value _____    Mould_____
Premium _____    Mould_____
IPN _____    Mould_____

Acrylic/Tissue  Shade: _____

### Partial Dentures          Upper        Lower

Flipper (1 Tooth)

Acrylic Partial Set-up
Acrylic Partial Finish

Flexible Partial Set-Up
Flexible Partial Finish

Chrome Cobalt
Vitallium 2000
Titanium

Partial Set-up
Partial Finish

### Dentures
Denture Set-up
Denture Finish

## SPECIAL INSTRUCTIONS

_Bruxzir #19_
_Shade C1_

SIGNATURE _____   LICENSE # _____ DATE _7-11-11_

**Exhibit A**

KDA-004870

# EXHIBIT B

Showcase Dental Laboratory, Inc.                                           Page 1 of 1

 SHOWCASE

EMAIL ✉
PHONE: 888.625.5757

## Know us by our Smiles!

HOME   PRODUCTS   FORMS / SALES   NEWS   CAREER   CONTACT

## News.......

### Going Green

Showcase Dental Lab is going green.  Each case is wrapped is a plastic bag for safety, convenience and cleanliness.  Typically, a plastic bag is used when the Dr. sends SHOWCASE an impression. Another plastic bag is used when the completed case is returned to the Dr's office.  This makes many plastic bags going into the land fill.

Showcase Dental Lab is now using plastic bags with a green stripe on them whenever possible.  These new plastic bags are bio-degradable.  We care about our work and we care about the eco-system.  Please contact us for further information.

### Showcase Dental product name change

Glidewell Industries has asked Showcase Dental Lab to no longer use the name Zir-Bruxer, they feel this is too close to the their trademark name of BruxZir.  We do not agree with their claim but we do believe in keeping the dental laboratory business a respectful business.

Showcase Dental Lab strives to have the best quality, and the best customer service possible.  Changing the name of a product will be best to keep Showcase Dental Lab concentrating on what is most important, our customers and their patients, our quality and our customer service.

"The serious matter of your infringement of my client's proprietary property rights in connection with the unauthorized use Glidewell Laboratories' registered trademarks and copyrighted images on your website has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and internationally to identify its dental laboratory goods and services in the US and its CE certified BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of a Zir-Bruxer Crown is using a similar mark where there is an appreciable likelihood of confusion and a palming off goods by an unauthorized substitution of one brand for the brand ordered, which in this instance is a deliberate misappropriation of intellectual capital for commercial purposes that is actionable unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively an unfair exploitation of the monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the owner's mark and results in "brand confusion' and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks and copyrighted images in your promotions and elsewhere. Should you not terminate use of the mark and copyrighted images, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA  92660"

**We have hereby changed the name of our product to reflect the shape and product make-up: "Full Contour Zirconia"**

22286 Vick Street, Port Charlotte, FL 33980 * 888.625.5757 * email
Copyright© 2008-2012 by Showcase Dental Laboratory, Inc. All rights reserved. * site by CeJay Associates, LLC

http://www.showcasedental.com/about/events.html                          6/28/2012

**Exhibit B**

**From:** Keith Allred
**Sent:** Wednesday, January 11, 2012 8:30 AM
**To:** Carol Frattura
**Cc:** Victor
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Hello Carol:

Thank you for your prompt response. We certainly do appreciate your understanding in this matter. We have the utmost respect for all of the challenges that you face in fulfilling the expectations of your clients on a daily basis and wish you success. Glidewell Labs has invested several millions of dollars in developing and marketing the BRUXZIR brand of full zirconia restorations. Legal precedents require that Glidewell Laboratories actively protect the trademarked brand or risk losing its unique value. The network of partner authorized dental laboratories also expect Glidewell Labs to ensure trademark law enforcement  to protect the time, energy and resources they have invested to provide authentic BRUXZir® dental restorations to their clients.

The 'confusingly similar' type of infringement is different from, for example, a third parties' unauthorized use of reserved marks like 'Super Bowl' or 'Olympics.' Even so, the same basic principles apply—e.g., even the slogan or nickname of a radio station with the call sign KISS is entitled to claim an infringement of their mark by another station's use of KIIS. Although these call signs are *different (*and, even if as in this example such use has FCC approval) a federal court would find that one infringed the other as a matter of trademark law since both are pronounced the same way. (*Citicasters Licenses, Inc. v. Cumulus Media, Inc.,* 189 F. Supp. 2d 1372, 1377)

Sincerely,
Keith

**From:** Carol Frattura [mailto:carol@showcasedental.com]
**Sent:** Wednesday, January 11, 2012 5:42 AM
**To:** Keith Allred
**Cc:** Victor; carol@showcasedental.com
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Keith,

In all honesty, I do not feel what you saying about the infringement is at all correct!  There is the other side to this, I do not wish to make anyone uncomfortable. We at Showcase Dental Lab take pride in our work and the knowledge of our business. We strive to have the best quality, and the best customer service possible.  A name of a crown is not going to change a single part of my customer's satisfaction of my products or whether they use my lab or even request this product. That is the best part of having a good reputation, quality work, dependability and reliability.

**Exhibit B**

Since we are almost ready to go to print on our next lab script we will give our crown a name change. Again we do not feel in any way we are wrong, but I feel customer satisfaction is of the utmost and if you feel there could possibly be any confusion, I want to be sure my customers have the knowledge they are getting the best quality products and they are not getting a "look-alike" or a 2nd quality restoration. I appreciate you bringing this to my attention.

I wish the best of luck to you and I hope this will satisfy you, please be assured Showcase Dental Lab will always work to  deliver only the best in quality and satisfaction, please let me know if there is anything I can do for you in the future.


Thank You,

*Carol Frattura*


SHOWCASE

941.625.5757 Office
941.456.1560 Mobile

This message contains confidential information intended only for the use of the addressee(s) named above
and may contain information that is legally privileged.
 If you are not the addressee, or the person responsible for delivering it to the addressee, you are
hereby notified that reading, disseminating, distributing or copying this message is strictly prohibited.
If you have received this message by mistake, please immediately notify us by replying to the message and
delete the original message immediately thereafter.
Thank you.

Carol Frattura
Showcase Dental Lab


**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Tuesday, January 10, 2012 6:50 PM
**To:** Carol Frattura
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Hello Carol:

        Responding to your email of even date below this is an IP (intellectual property) matter. You have raised several issues. A trademark attorney is the best person to consult with about these matters.

        Addressing other matters you have raised, we are not talking about Glidewell Laboratories' patent rights such as those related to the fabrication of BruxZir Zirconia Blocks, Colorants, Mills &etc. This matter concerns the infringement of Glidewell's BRUXZIR mark, Reg. No. 3,739,663, applied for June 6, 2009 and registered January 19, 2010, as follows:

# From the Trademark website:

Exhibit B

| | |
|---|---|
| **Word Mark** | **BRUXZIR** |
| **Goods and Services** | IC 010. US 026 039 044. G & S: Dental bridges; Dental caps; Dental crowns; Dental inlays; Dental onlays; Dental prostheses. FIRST USE: 20090606. FIRST USE IN COMMERCE: 20090606 |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 77761757 |
| **Filing Date** | June 17, 2009 |
| **Current Filing Basis** | 1A |
| **Original Filing Basis** | 1A |
| **Published for Opposition** | November 3, 2009 |
| **Registration Number** | 3739663 |
| **International Registration Number** | 1034335 |
| **Registration Date** | January 19, 2010 |
| **Owner** | (REGISTRANT) James R. Glidewell, Dental Ceramic, Inc. DBA Glidewell Laboratories CORPORATION CALIFORNIA Professional Services 4141 MacArthur Blvd. Newport Beach CALIFORNIA 92660 |
| **Attorney of Record** | Keith D. Allred, Esq. |
| **Type of Mark** | TRADEMARK |
| **Register** | PRINCIPAL |
| **Live/Dead Indicator** | LIVE |

A trademark infringement is based on "confusing similarity" of marks and services. And, marks can be confusingly similar even if not identical. BRUXER sounds like BRUXZIR.

Assuming <u>Zir-Bruxer</u> is descriptive (such as "bag" "box" "shoe" etc. ) when applied to professional dental products, can those items be appropriated to one party's exclusive use? Yes.

As you probably know, descriptive terms can become exclusive trademarks when they acquire secondary meaning. Glidewell Laboratories has exclusively and extensively used the mark BRUXZIR in the dental industry. Unquestionably it has acquired secondary meaning, and it has the exclusive right to use the mark in the dental field, especially where Glidewell is catering to the same channels of trade with the same goods.

Moreover, it is clear that <u>Zir-Bruxer</u> is being used to the name for the very same goods that Glidewell Laboratories describes as BruxZir® Solid Zirconia Crowns and Bridges. The words "crown" and "zirconia" are, of course, generic terms. Trademarks rights do, however, apply to the term BRUXER when used to describe crowns made of zirconia.

Under these circumstances, it is difficult to argue that a continuing use by Showcase DL if a confusingly similar mark is not willful trademark infringement. Nevertheless, unless it has to, Glidewell prefers resolving this in a business-to-business fashion without resort to the courts. We appreciate your willingness to consider promptly changing the name of your full solid zirconia crowns to avoid litigation.

**Exhibit B**

Sincerely,

_____

Keith Allred

---

**From:** Carol Frattura [mailto:carol@showcasedental.com]
**Sent:** Tuesday, January 10, 2012 2:22 PM
**To:** Keith Allred
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Keith,

I have asked my IT person to change the image already, I will check with my attorney on the name, I do think we are not within the % of change to constitute infringement. I will let you know as soon as I have an answer.  If you have a more definitive answer I will be happy to change the name immediately.  We have been using this name since long before your patent in May of 2011.  I understand that will not make a difference IF there are infringements but I do not believe there are.

I also know it is not possible to patent a name such as "bag" "box" "shoe" etc.  my description of my product falls under this category of a generic name.

Thank you again,

If you have the name change percentages and my description falls within those guidelines again,  I will be happy to change my generic description.

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Tuesday, January 10, 2012 4:45 PM
**To:** info
**Cc:** Victor; carol@showcasedental.com
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

Hello Carol:

I am pleased to represent Glidewell Laboratories in connection with its trademark and unfair competition matters. I brought to your attention below that your company is currently marketing a full contour zirconia crown under the name Zir-Bruxer.

I explained to you that Glidewell has used the mark BRUXZIR in connection with full contour zirconia crowns. I also have informed you that Glidewell Laboratories owns the federal registration number for the mark. Like the Glidewell product, Showcase DL's product also is sold only to dentists and dental professionals.

Since both products are closely related and move in the identical marketing channels and the marks are virtually identical, there is little doubt that your firm's marketing of a crown under the mark Zir-Bruxer constitutes trademark infringement. Additionally, your unauthorized use of

**Exhibit B**

the image of a BruxZir® Solid Zirconia bridge in connection with the promotion of your goods can only be seen is an intentional act of material misrepresentation.

For the above reasons, we must insist that you immediately cease your infringement of my client's proprietary property rights. Otherwise, Glidewell reserves its rights to take legal action to prevent future acts of infringement by seeking an injunction to prevent the fabrication or importation of infringing goods and all other relief as may be deemed appropriate.

Sincerely,

_____

Keith Allred

---

**From:** info [mailto:info@showcasedental.com]
**Sent:** Tuesday, January 10, 2012 11:42 AM
**To:** Keith Allred
**Cc:** Victor; carol@showcasedental.com
**Subject:** RE: BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

KEITH D. ALLRED
Attorney for Glidewell Laboratories

Can you explain this better, Bruxer – from Wikipedia "a "bruxer" (someone who clenches or grinds their teeth)" or simply put, a person with a habit – bruxist, bruxing etc. I did not know Glidewell has a patent on a patient habit? Zirconia is a generic name for a product. I will be happy to change my name if you will give me further explanation of the infringement, I do not see we have anything in common, I do not try in any way to copy or infringe on Glidewell's patented name. So I would simply like some further information, I just don't want to be intimidated for no reason, so if this is justified I will be happy to conform, so please send me some information, if you would be so kind.

The name we are using Zir-Bruxer – Short for a zirconia bruxer crown.

Thank you so much for your time

Carol Frattura
Showcase Dental Lab

**From:** Keith Allred [mailto:kallred@glidewelldental.com]
**Sent:** Tuesday, January 10, 2012 1:58 PM
**To:** Carol@ShowcaseDental.com
**Cc:** Info@ShowcaseDental.com
**Subject:** BRUXZIR Infringement - SHOWCASE DENTAL LABORATORIES

## NOTICE OF TRADEMARK INFRINGEMENT

Exhibit B



January 10, 2012


TRANSMITTED VIA EMAIL AND
DELIVERED BY U.S. MAIL

SHOWCASE DENTAL LABORATORIES
22286 Vick Street
Port Charlotte, FL 33980

PHONE: 888.625.5757

Carol@ShocaseDental.com

Info@ShowcaseDental.com

http://www.showcasedental.com/


Attn: President & CEO

**Re:    Infringement of Glidewell Laboratories' BruxZir® Trademarks, Misbranding,
Violation of Federal Acts and State Statutes and Unfair Business Practices**

The serious matter of your infringement of my client's proprietary property rights in
connection with the unauthorized use Glidewell Laboratories' registered trademarks and
copyrighted images on your website has come to our attention.

Glidewell Laboratories has for years used the mark BRUXZIR both nationally and
internationally to identify its dental laboratory goods and services in the US and its CE certified
BruxZir® zirconia milling blanks in Europe. The company enjoys considerable good will
associated with its use of the aforesaid mark.

The promotion of dental laboratory services by your lab of a Zir-Bruxer Crown is using a
similar mark where there is an appreciable likelihood of confusion and a palming off goods by an
unauthorized substitution of one brand for the brand ordered, which in this instance is a
deliberate misappropriation of intellectual capital for commercial purposes that is actionable
unfair competition under state and federal laws.

Under federal law, Trademark infringement is presumptively an unfair exploitation of the
monopoly privilege that belongs to the owner of the mark. Infringement is a 'tarnishment' of the

**Exhibit B**

owner's mark and results in "brand confusion" and the likelihood of 'initial interest' confusion as to the actual identity of the source of the goods and services.

For the above reasons, we must insist that you immediately cease use of the infringing marks and copyrighted images in your promotions and elsewhere. Should you not terminate use of the mark and copyrighted images, Glidewell Laboratories reserves its rights to take legal action to stop you from using the mark and intellectual properties by seeking an injunction, monetary relief, and attorney fees.

Please contact me, or have your attorney contact me, within ten days of receipt of this communication if you are unsure about the appropriate steps that you must take to avoid liability for your refusal to discontinue your use of the infringing marks. Additionally, if you wish to be on the list of BruxZir® authorized dental laboratories, call Glidewell Direct.

Your prompt attention is appreciated.

Sincerely,
KEITH D. ALLRED
Attorney for Glidewell Laboratories
4141 MacArthur Blvd.
Newport Beach, CA  92660
Tel 949-440-2683
Fax 949-440-2787
Email kallred@glidewelldental.com

Confidentiality Note: This e-mail, and any attachment to it, contains privileged and confidential information intended only for the use of the individual(s) or entity named on the e-mail. If the reader of this e-mail is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that reading it is strictly prohibited. If you have received this e-mail in error, please immediately return it to the sender and delete it from your system. Thank you.

-- ATTACHMENT "A" --

[Copied from Showcase DL website]

**Exhibit B**



[Note: Example unlawful use above of copyrighted BRUXZIR image]



////

**Exhibit B**