Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF DR. WILLIAM BELTON IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable David O. Carter |

I, Dr. William Belton, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating"). My dental office is located at 403 Vonderburg Dr., Suite 201, Brandon, FL 33511. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1. I am licensed to practice dentistry in the state of Florida. I received an undergraduate degree from West Virginia University in 1974. I received a D.M.D. degree from the University of Pittsburgh School of Dental Medicine in 1979. After dental school, I completed an internship at the Hillsborough County Dental Research Clinic in 1980. I have been practicing as a licensed dentist for over 32 years. During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2. To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications. In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3. Since my dental practice began in 1981, I have ordered dental restorations from a number of different dental laboratories. I have been ordering dental restorations from Keating since October 2006. I am aware of Glidewell Laboratories and I have ordered products from them in the past, but I cannot remember ever ordering a dental restoration from them.

4. I have ordered many different types of dental restorations from Keating, including porcelain-fused-to-metal crowns, gold crowns, and crowns containing zirconia.

5. The first time I ordered a crown containing zirconia from Keating

-1-

was in November 2008 when I ordered a "KDZ" crown. In 2008, Keating's "KDZ" crown had a zirconia substructure with a porcelain overlay.

6. The first time I ordered a full contour zirconia crown from Keating was in August 2011when I ordered what Keating calls a KDZ Bruxer crown. I ordered Keating's KDZ Bruxer crown for one of my patients because I wanted a monolithic zirconia crown that would be stronger than a crown having a porcelain overlay.

7. I learned of Keating's KDZ Bruxer product from speaking with a Keating employee when I called to see if they could make an all zirconia crown.

8. Attached as **Exhibit A** are true and correct copies of prescription forms that I submitted to Keating to order KDZ Bruxer crowns for three different patients in November 2011, March 2012, and May 2012. The forms were initially filled out electronically by my assistant and under my direction. The forms were then printed for me to review and sign before sending to Keating.

9. On the forms attached as Exhibit A, I specified the product that I was ordering by indicating the type of product under the heading "Lab Case Type" and then providing more specific instructions under the heading "Case Description." On the two forms dated in November 2011 and March 2012, I specified I wanted a "BruxZir Crown" under "Lab Case Type." On the form dated May 2012, I indicated "KDZ Bruxer Crown" in that section. On each form, I further specified the product I was ordering by indicating a tooth number along with the term "BruxZir crown." I wrote this to designate an all zirconia crown for the indicated tooth. I used the term "BruxZir" in multiple places on the prescription forms because to me the term is used to describe an all zirconia crown, commonly used for bruxers, and does not indicate any specific source for the crown. I knew I was ordering the crowns from Keating and I wanted to receive all zirconia crowns made by Keating.

10. When I wrote "BruxZir crown" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories. Nor did I intend to order a crown made from material provided by Glidewell Laboratories. When placing my order with Keating, I did not think there was any affiliation between Keating and Glidewell Laboratories.

11. When I see the term "BruxZir," I readily recognize the "Zir" at the end of the term to indicate that the product contains zirconia.

12. Soon after sending the prescription forms attached as Exhibit A to Keating, I was contacted by a Keating employee to clarify my order. Specifically, the Keating employee asked me to confirm that I wanted to order Keating's KDZ Bruxer product. The Keating employee explained that the term "BruxZir" is a brand name of another dental laboratory, and the employee offered to return the order to me if I wanted to order from another dental laboratory. I confirmed that I wanted to order Keating's full contour zirconia crown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 12, 2012, in Brandon, Florida.

_____
Dr. William Belton

# EXHIBIT A

| TIME 3:14 PM | William K. Belton Jr., DMD | DATE 11/1/2011 |
|---|---|---|
| | **Lab Case Detail** | |
| | FOR | |
| | REDACTED | |

**Entered By**
Shelly Zale

**Laboratory**
*Keating Dental Arts

**Lab Case Type**
BruxZir Crown

**Date Opened**
11/1/2011

**Date Returned**
Not returned

**Due Date**
11/16/2011

**Invoice Number**

**Shade**
see below

**Fee**



**Case Description**
license # 8834 (FL) #15 BruxZir crown. Shade: Please use existing crown for shade guide. Thank You.

**Images**
None

Page 1 of 1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                   KDA-001967

Exhibit A

| TIME 4:33 PM | William K. Belton Jr., DMD | DATE 3/5/2012 |
|---|---|---|
| | **Lab Case Detail** <br> FOR <br> REDACTED | |

**Entered By**
Shelly Zale

**Laboratory**
*Keating Dental Arts

**Lab Case Type**
BruxZir Crown

**Date Opened**
3/5/2012

**Date Returned**
Not returned

**Due Date**
3/21/2012

**Invoice Number**

**Shade**
see below

**Fee**

Tooth Information
● INDICATES TEETH MARKED FOR THIS CASE

**Case Description**
license # 8834 (FL) #18 BruxZir crown. Shade: A3 ging 1/3, A2 body 2/3. Thank You.

**Images**
None

Page 1 of 1

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    KDA-001984

Exhibit A

TIME 4:45 PM           William K. Belton Jr., DMD           DATE 5/3/2012

# Lab Case Detail
## FOR
## REDACTED


IMPRES BITE

**Entered By**
Shelly Zale

**Laboratory**
*Keating Dental Arts

**Lab Case Type**
KDZ Bruxer Crown

**Date Opened**
5/2/2012

**Date Returned**
Not returned

**Due Date**
5/12/2012

**Invoice Number**

**Shade**
see below

**Fee**

Tooth Information
● INDICATES TEETH MARKED FOR THIS CASE

**Case Description**
license # 8834 (FL)   BruxZir crown #19.   Shade: A3 ging-body 2/3,  A2 Incisal edge 1/3.   Thank You.

**Images**
None

CONFIDENTIAL ATTORNEY'S EYES ONLY                                    KDA-002002

Exhibit A