Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF DR. RAYMOND BRADY IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable David O. Carter |

I, Dr. Raymond Brady, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating"). My dental office is located at 2700 Bellflower Blvd., Suite 306, Long Beach, CA 90815. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1. I am licensed to practice dentistry in the state of California. I received an undergraduate degree from Loyola Marymount University in Los Angeles, California in 1975. I received a Doctor of Dental Surgery degree from University of California Los Angeles in 1979. In 1980, I began practicing general dentistry. I have been practicing as a licensed dentist for 32 years. During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2. To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications. In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3. Since my dental practice began in 1980, I have ordered dental restorations from a number of different dental laboratories. I have been ordering dental restorations from Keating since around 2005. I am aware of Glidewell Laboratories but do not recall whether I have ever used them in the past. I do not currently order from them.

4. I have ordered different types of dental restorations from Keating, including porcelain-fused-to-metal crowns, and crowns containing zirconia.

5. The first time I ordered a crown containing zirconia from Keating was in May 2007 when I ordered a "KDZ" crown. In 2007, Keating's "KDZ"

-1-

crown had a zirconia substructure with a porcelain overlay.

6. The first time I ordered a full contour zirconia crown from Keating was in April 2012 when I ordered what Keating calls a KDZ Bruxer crown. I ordered Keating's KDZ Bruxer crown for one of my patients because my patient did not want a gold crown and I needed a crown that would be stronger than one with a porcelain overlay.

7. I learned of Keating's KDZ Bruxer product by going on their website to see if they made an all zirconia crown.

8. More recently, on July 26, 2012, I ordered a KDZ Bruxer crown from Keating for tooth #18 for one of my patients. Attached as **Exhibit A** is a true and correct copy of the Keating Dental Arts prescription form that I signed and submitted to Keating.

9. In the order form attached as Exhibit A, I specified the product that I was ordering by writing "KDZ Bruxir" in the "Instructions" section of the form. I wrote "Bruxir" on the prescription form because to me that term meant a full contour zirconia crown for bruxers. I knew I was ordering the crown from Keating and I wanted to receive a crown made by Keating.

10. When I wrote "Bruxir" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories. Nor did I intend to order a crown made from material provided by Glidewell Laboratories. When ordering the KDZ Bruxer crown, I did not think there was any affiliation between Keating and Glidewell Laboratories.

11. An all zirconia crown is a fairly new product in the dental industry. I generally do not order products that are new on the market, but I have been very pleased with Keating's quality and have learned to trust the products they make. I would not have ordered an all zirconia crown if I could not have gotten it from Keating.

12. Soon after sending the prescription form attached as Exhibit A to

2

1  Keating, I was contacted by a Keating employee to clarify my order.
2  Specifically, the Keating employee asked me to confirm that I wanted to order
3  Keating's KDZ Bruxer product. The Keating employee explained that the term
4  "BruxZir" is a brand name of another dental laboratory, and the employee
5  offered to return the order to me if I wanted to order from another dental
6  laboratory. I confirmed that I wanted to order Keating's full contour zirconia
7  crown.

   I declare under penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Executed November 15, 2012, in Long Beach, California.

*Raymond Brady* (signature)

Dr. Raymond Brady

2

# EXHIBIT A

ATTORNEYS' EYES ONLY

# Keating Dental Arts
*Creating smiles everyday*

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Doctor's Account # _____ **BRAD** _____ Phone # (562) 420-1301

Dr. **DR. RAYMOND BRADY** _____

Patient. **REDACTED**
    LAST                                    FIRST

Toll Free: (800)433-9833    Finish Date: _____

**PLEASE SEND THE FOLLOWING**
- ☐ RX forms      ☐ Mailing Labels
- ☐ Boxes         ☐ Other _____

**SPECIAL ENCLOSURES**
- ☐ Photo(s)           ☐ Articulator
- ☐ Models             ☐ Implant Parts
- ☐ Shade Tab          ☐ Impressions
- ☐ Bite               ☐ Other

## ℞ SPECIFIC INSTRUCTIONS

KDZ (Brady) #18
Shade A-3

### PORCELAIN FUSED TO METAL
- ☐ Fused to Non-Precious*
- ☐ Fused to Semi-Precious
- ☐ Fused to White High Noble
- ☐ Fused to Yellow High Noble
- ☐ Fused to Captek
  LAB TIME: 5 DAYS

### ALL-CERAMIC
- ☐ KDA Foil Veneer Stacked Feldspathic
- ☐ IPS e.max*
- ☐ IPS Empress* Esthetic
  LAB TIME: 5 DAYS

### IMPLANTS
- ☐ Porcelain fused to Semi-Precious
- ☐ Porcelain fused to White High Noble*
- ☐ Porcelain fused to Yellow High Noble
- ☐ Porcelain fused to Captek
- ☐ Procera All-Ceramic**
- ☐ KDZ Zirconia
- ☐ Procera Custom Abutment:
   ☐ Titanium   ☐ Ceramic
- ☐ Atlantis Custom Abutment:
   ☐ Titanium   ☐ Ceramic
  LAB TIME: 9 DAYS

### THERMOFORMED PRODUCTS
- ☐ Soft Nightguard
- ☐ Bleaching Tray
- ☐ Hard Night Guard
- ☐ Custom Tray
- ☐ Ultra Guard (Soft & hard for extra comfort)
- ☐ Snore Guard

**PRO-SAFE MOUTHGUARDS**
- ☐ Junior
- ☐ Intermediate
- ☐ Pro-Guard
  LAB TIME: 3 DAYS

Signature: _____   D.D.S. License #: 28655   7/26/12

TERMS: Customer agrees to company policy as stated on reverse.

Age: _____   Sex: _____
- ☐ Dr. to Die Trim   ☐ Metal Try-In
- ☐ Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired:

**SHADE INSTRUCTIONS**
Vita-Lumin: _____   Vita-3D: _____
Chromoscop: _____   Stump Shade: _____
Noritake: _____   Other: _____

### BUCCAL COLLAR DESIGN
- ☐ Hairline or _____ mm on Buccal
- ☐ Porcelain Junction Margin*
- ☐ Porcelain Butt Margin (90 shoulder req.)

### METAL DESIGN
- ☐ All Porcelain coverage
- ☐ Metal Coping with Porcelain coverage*
- ☐ Metal Occlusal excluding Buccal CUSP
- ☐ Metal Occlusal including Buccal CUSP

### PONTIC DESIGN
Sanitary | Full Ridge Lap | Modified Ridge Lap* | Bullet | Ovate

### ANTERIOR DESIGN
1/4 Metal Lingual | 1/2 Metal Lingual | 3/4 Metal Lingual

### OCCLUSAL STAINING
- ☐ None     ☐ Medium
- ☐ Light*   ☐ Dark

### IF NO OCCLUSAL CLEARANCE
- ☐ Metal Occlusion
- ☐ Reduction Coping
- ☐ Spot Opposing
- ☐ Make Permanent Note

### CAD/CAM
- ☐ KDZ Zirconia
- ☐ Procera Zirkon
  LAB TIME: 8 DAYS

### FULL CAST RESTORATIONS
- ☐ High Noble 62°—Type III (62 AU)
- ☐ Gold Inlay/onlay—Type II (JRVT 77 AU)
- ☐ Other _____
  Please Specify
  LAB TIME: 4 DAYS

### COMPOSITES
- ☐ Tescera ATL*
- ☐ Tescera ATL* U-Beam Bridge
  LAB TIME: 5 DAYS

### PRO-TEMPS REINFORCEMENT
Abutments #s _____ Pontics #s _____
- ☐ Wire*
- ☐ Cast Metal Frame
- ☐ Splinted
- ☐ Individual
  LAB TIME: 4 DAYS

### REMOVABLES
- ☐ KDA Denture
- ☐ KDA Premium Denture
- ☐ Cast Chrome Frame
- ☐ Set-up/Process Teeth on Partial Frame
- ☐ Mould _____
- ☐ Shade _____
- ☐ Partial Complete Framework Process and Finish
- ☐ Custom Impression Tray
- ☐ Acrylic Stayplate
- ☐ Valpast Partial Denture Complete
- ☐ Reline
- ☐ Space Maintainer

*STANDARD UNLESS OTHERWISE SPECIFIED. **NOBEL BIOCARE ALL-CERAMIC ABUTMENTS ONLY.

KDA-002693

**Exhibit A**