Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF DR. JONATHAN CAMPBELL IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable David O. Carter |

I, Dr. Jonathan Campbell, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating"). My dental office is located at 1345 E. 3900 South, Suite 116, Salt Lake City, Utah 84124. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1. I am licensed to practice dentistry in the state of Utah. I received a Doctor of Dental Surgery degree from Creighton University in 1999. I have been practicing as a licensed dentist for over 13 years. During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2. To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications. In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient. I then send the prescription form along with an impression of the relevant part of the patient's mouth so that the restoration can be custom made for the particular patient.

3. Since my dental practice began in 1999, I have ordered dental restorations from a number of different dental laboratories. I have been ordering dental restorations from Keating since around 2005. I am aware of Glidewell Laboratories and have ordered from them in the past as well.

4. I have ordered many different types of dental restorations from Keating, including porcelain-fused-to-metal crowns, gold crowns, and crowns containing zirconia.

5. The first time I ordered a crown containing zirconia from Keating was in May 2009 when I ordered a "KDZ" crown. In 2009, Keating's "KDZ" crown had a zirconia substructure with a porcelain overlay.

-1-

6. In 2009 when I ordered Keating's KDZ crown I understood the term "KDZ" to refer to "Keating Dental Zirconia."

7. The first time I ordered a full contour zirconia crown from Keating was in August 2011 when I ordered what Keating calls a KDZ Bruxer crown. I ordered Keating's KDZ Bruxer crown for one of my patients with bruxism because I wanted a monolithic zirconia crown that would be stronger than a crown having a porcelain overlay.

8. I learned of Keating's KDZ Bruxer product when I called Keating and asked whether they offered a full contour zirconia crown. A Keating customer service representative informed me of their KDZ Bruxer product. I readily recognized that "Bruxer" in the name identified that it was a crown that could be used for bruxers, or patients with bruxism.

9. More recently, in October 2011, I ordered a KDZ Bruxer crown from Keating for tooth #31 for one of my patients. Attached as **Exhibit A** is a true and correct copy of the Keating Dental Arts prescription form that I submitted to Keating for this order.

10. In the order form attached as Exhibit A, I specified the product that I was ordering by writing "Please fabricate Bruxzir crown #31" in the "Instructions" section of the form. I wrote "Bruxzir" on the prescription form because to me that term meant a full contour zirconia crown for bruxers. I knew I was ordering the crown from Keating and I wanted to receive a crown made by Keating.

11. When I wrote "Bruxzir" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories. Nor did I intend to order a crown made from material provided by Glidewell Laboratories. When ordering the KDZ Bruxer crown, I did not think there was any affiliation between Keating and Glidewell Laboratories.

12. I recognize the "Brux" in "Bruxzir" to be a reference to bruxism, or

2

bruxers, and I recognize the "zir" to be a reference to zirconia, the material from which the crown in made. I use the term "bruxzir" to specify the type of crown I want for a patient and to distinguish from other types of crowns such as PFMs and full cast gold crowns.

13. Soon after sending the prescription form attached as Exhibit A to Keating, I was contacted by a Keating employee to clarify my order. Specifically, the Keating employee explained that the term "BruxZir" is a brand name of another dental laboratory and asked me to confirm that I wanted to order Keating's KDZ Bruxer product. I confirmed that I wanted to order Keating's full contour zirconia crown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 15, 2012, in Salt Lake City, Utah.

Dr. Jonathan Campbell

# EXHIBIT A

**Keating Dental Arts**
*Creating smiles everyday*

Phone: (949) 955-2100  Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Doctor's Account # _____  CAMP  Phone # ( ) _____
Dr. __DR. JONATHAN CAMPBELL__
Patient __REDACTED__
LAST · FIRST
Toll Free: (800)433-9833   Date Due In Office __10/25/11__

**PLEASE SEND THE FOLLOWING**
☐ RX forms   ☐ Mailing Labels
☐ Boxes

**SPECIAL ENCLOSURES** LAB USE ONLY
☐ Photo(s)     ☐ Analog
☐ Models       ☑ Implant Parts
☐ Shade Tab    ☐ Impression
☐ Bite         ☐ Other _____

**℞ SPECIFIC INSTRUCTIONS**
*STANDARD UNLESS SPECIFIED.*

Please fabricate Bruxzir crown #31
Shade C2 with low value stain on incisal 1/3 and C3 at gingiva
Thx!

Signature: _____   D.D.S. License #: _____
TERMS: Customer agrees to company policy as stated on reverse.

Age: ___   Sex: ___
☐ Dr. to Die Trim    ☐ Metal Try-In
☐ Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired:

**SHADE INSTRUCTIONS**
Vita-Lumin: __See notes__  Vita-3D: ___
Chromoscop: ___   Stump Shade: ___
Noritake: ___   Other: ___

**BUCCAL COLLAR DESIGN**
☐ Hairline or ___ mm on Buccal
☐ Porcelain Junction Margin*
☐ Porcelain Butt Margin (90 shoulder req.)

**METAL DESIGN**
☐ ◯ All Porcelain coverage
☐ ◉ Metal Coping with Porcelain coverage*
☐ ◉ Metal Occlusal excluding Buccal CUSP
☐ ◉ Metal Occlusal including Buccal CUSP

**PONTIC DESIGN**
☐ Sanitary  ☐ Full Ridge Lap  ☐ Modified Ridge Lap*  ☐ Bullet  ☐ Ovate

UPPER — ① RIGHT — LEFT ⑯
LOWER — ⑰ LEFT — RIGHT ㉜

**ANTERIOR DESIGN**
1/4 Metal Lingual   1/2 Metal Lingual   3/4 Metal Lingual

**OCCLUSAL STAINING**
☐ None    ☐ Medium
☐ Light*  ☐ Dark

**IF NO OCCLUSAL CLEARANCE**
☐ Metal Occlusion
☐ Reduction Coping
☐ Spot Opposing
☐ Make Permanent Note

**PFM**
☐ Fused to Non-Precious*
☐ Fused to Semi-Precious
☐ Fused to White High Noble
☐ Fused to Yellow High Noble
☐ Fused to Captek
LAB TIME: 5 DAYS

**IMPLANTS**
☐ Porcelain fused to Semi-Precious*
☐ Porcelain fused to White High Noble
☐ Porcelain fused to Yellow High Noble
☐ Porcelain fused to Captek
☐ Procera All-Ceramic
☐ KDZ Zirconia
☐ Procera Custom Abutment: ☐ Titanium ☐ Ceramic
☐ Atlantis Custom Abutment: ☐ Titanium* ☐ Ceramic
☐ 3i Encode
LAB TIME: 9 DAYS

**CAD/CAM**
☐ KDZ Zirconia  LAB TIME: 5 DAYS
☐ Procera Zirkon  LAB TIME: 8 DAYS

**FULL CAST**
☐ High Noble 62°—Type III
☐ Gold inlay/onlay—Type II (JRVT)
☐ Yellow Semi-Precious
☐ Other ___  Please Specify
LAB TIME: 4 DAYS

**REMOVABLES**
☐ KDA Denture
☐ KDA Premium Denture
☐ KDA Ultra Premium Denture
☐ Cast Chrome Frame
☐ Setup Teeth in Wax
☐ Partial Framework to Finish

**ALL-CERAMIC**
☐ KDA Foil Veneer  Stacked Feldspathic
☐ IPS e.max~*
☐ IPS Empress* Esthetic
LAB TIME: 5 DAYS

**THERMOFORMED**
☐ Soft Nightguard
☐ Bleaching Tray (Foam liner or reservoir)
☐ Hard Night Guard (Thermoform)
☐ Hard Night Guard (Hand waxed)
☐ Ultra Guard (Soft & hard for extra comfort)
☐ Clearsplint (Flexible)
☐ Pro-Guard
LAB TIME: 4 DAYS

**COMPOSITES**
☐ Gradia
LAB TIME: 4 DAYS

**KDA-TEMPS**
Abutments #s ___ Pontics #s ___
☐ Wire*
☐ Cast Metal Frame
☐ Splinted
☐ Individual
LAB TIME: 4 DAYS

☐ Reline
☐ Custom Impression Tray
☐ Acrylic Stayplate
☐ Valpast* Partial Denture Complete
☐ TCS* Partial Denture Complete
☐ Delineator™

CONFIDENTIAL ATTORNEY'S EYES ONLY
KDA-001933
Exhibit A