Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br><br> Plaintiff, <br><br> v. <br><br> KEATING DENTAL ARTS, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | ) Civil Action No. <br> ) SACV11-01309-DOC(ANx) <br> ) <br> ) **DECLARATION OF DR.** <br> ) **MICHAEL COLLERAN IN** <br> ) **SUPPORT OF KEATING** <br> ) **DENTAL ARTS, INC.'S** <br> ) **MOTIONS FOR SUMMARY** <br> ) **JUDGMENT** <br> ) <br> ) Honorable David O. Carter <br> ) <br> ) <br> ) <br> ) |

I, Dr. Michael Colleran, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating").  My dental office is located at 1250 Peach St., San Luis Obispo, CA 93401.  I have personal knowledge of the matters set forth herein.  If called upon to testify, I could and would testify as follows:

1.    I am licensed to practice dentistry in the state of California.    I received a Doctor of Dental Surgery from the University of the Pacific in 1996.  I have been practicing as a licensed dentist for 16 years.  During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2.    To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications.  In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3.    Since my dental practice began in 1996, I have ordered dental restorations from a number of different dental laboratories.  I have been ordering dental restorations from Keating since around 2004.  I am aware of Glidewell Laboratories but have never ordered any products from them and do not intend to do so.

4.    I have ordered many different types of dental restorations from Keating, including porcelain-fused-to-metal crowns, gold crowns, and crowns containing zirconia.

5.    The first time I ordered a crown containing zirconia from Keating was in December 2006 when I ordered a "KDZ" crown.  In 2006, Keating's "KDZ" crown had a zirconia substructure with a porcelain overlay.

6.    In 2006 when I ordered Keating's KDZ crown I recognized the "Z"

in the "KDZ" name to be a reference to zirconia, the substance that formed the substructure of the crown.

7.     The first time I ordered a full contour zirconia crown from Keating was in August 2011 when I ordered what Keating calls a KDZ Bruxer crown.  I ordered Keating's KDZ Bruxer crown for one of my patients with bruxism because I wanted a monolithic zirconia crown that would be stronger than a crown having a porcelain overlay.

8.     I learned of Keating's KDZ Bruxer product from speaking with Keating employees at trade shows and over the telephone.

9.     More recently, on August 13, 2012, I ordered a KDZ Bruxer crown from Keating for tooth #15 for one of my patients.  Attached as **Exhibit A** is a true and correct copy of the Laboratory Procedure Prescription form that I submitted to Keating electronically (using the Internet) for this order.

10.     In the order form attached as Exhibit A, I specified the product that I was ordering by typing "KDZ bruxzir" in the "notes" section of the form. I wrote "bruxzir" on the prescription form because to me that term meant a full contour zirconia crown for bruxers.  I knew I was ordering the crown from Keating and I wanted to receive a crown made by Keating.

11.     When I wrote "bruxzir" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories.  Nor did I intend to order a crown made from material provided by Glidewell Laboratories.  When ordering the KDZ Bruxer crown, I did not think there was any affiliation between Keating and Glidewell Laboratories.

12.     I have seen the term "bruxzir" with various spellings used to refer to an all zirconia crown.  The spelling to me is not important as they are all pronounced the same and identify a crown that is made of zirconia and is useful in treating bruxism.  To me, the term is not associated with any particular company.  It is the name of a crown that is made entirely of zirconia without any

1   porcelain overlay.

2       13.    Soon after sending the prescription form attached as Exhibit A to

3   Keating, I was contacted by a Keating employee to clarify my order.

4   Specifically, the Keating employee asked me to confirm that I wanted to order

5   Keating's KDZ Bruxer product. The Keating employee explained that the term

6   "BruxZir" is a brand name of another dental laboratory, and the employee

7   offered to return the order to me if I wanted to order from another dental

8   laboratory. I confirmed that I wanted to order Keating's full contour zirconia

9   crown.

10      I declare under penalty of perjury under the laws of the United States of

11  America that the foregoing is true and correct.

12      Executed November 8, 2012, in San Luis Obispo, California.

13

14

15                          Dr. Michael Colleran

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT A

Case Manager

Page 1 of 1

**B3ZNM 496721**

**3M** ESPE   Lava C.O.S.

# Laboratory Procedure Prescription

| Doctor Shipping Address | Lab Creating Restoration | Patient |
|---|---|---|
| **Dr. Michael Colleran** | **Keating Dental Arts** | **REDACTED** |
| Michael Colleran Inc | 16881 Hale | |
| 1250 Peach Street | Irvine CA 92606 | Requested By: Aug 27, 2012 |
| San Luis Obispo CA 93401 | United States | 4 model parts |
| United States | (800) 433-9833 x401 | |
| +1 (805) 543-0814 | | |

Restoration 1

| | |
|---|---|
| Type | **Crown** |
| Teeth Involved | **15** |
| System | **US adult** |
| Material | **All Ceramic** |
| Shade guide | **VITA 3D-Master® Shade from Vident** |
| Finishing surface texture | **Smooth** |
| Shade | **3M2** |
| Finishing occlusal staining | **No Stain** |
| Finishing surface glaze | **Average Shine** |
| Finishing opacity | **Average** |
| Limited occlusal clearance | **Enamelplasty (reduce opposing)** |
| Brand | |
| Notes | **KDZ bruxzir** |

Electronically signed on Aug 13, 2012 at 7:09 pm CDT
by **Michael Lawrence Colleran** <collerandental@att.net> (License: Dentist 43925).

**Exhibit A**

ATTORNEYS' EYES ONLY

KDA-002695