Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF DR. JOSEPH JACQUINOT IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable David O. Carter |

I, Dr. Joseph Jacquinot, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating"). My dental office is located at 1270 N. Water St., Platteville, Wisconsin 53818. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1. I am licensed to practice dentistry in the state of Wisconsin. I received a Doctor of Dental Surgery from the University of Iowa in 2005. I have been practicing as a licensed dentist for over 7 years. During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2. To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications. In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3. Since my dental practice began in 2005, I have ordered dental restorations from a number of different dental laboratories. I have been ordering dental restorations from Keating since April 2010. I am aware of Glidewell Laboratories I briefly ordered from them in the past, but I do not currently order from them.

4. I have ordered many different types of dental restorations from Keating, including porcelain-fused-to-metal crowns, gold crowns, and crowns containing zirconia.

5. The first time I ordered a crown containing zirconia from Keating was in May 2010 when I ordered a "KDZ" crown. In 2010, Keating's "KDZ" crown had a zirconia substructure with a porcelain overlay.

6. The first time I ordered a full contour zirconia crown from Keating was in August 2011 when I ordered what Keating calls a KDZ Bruxer crown. I ordered Keating's KDZ Bruxer crown for one of my patients because I wanted a monolithic zirconia crown that would be stronger than a crown having a porcelain overlay.

7. I first order the KDZ Bruxer crown from Keating because Keating is the lab that I use for dental restorations and I have been very satisfied with their quality and service.

8. Attached as **Exhibit A** are true and correct copies of Keating Dental Arts prescription forms that I submitted to Keating to order KDZ Bruxer crowns for two different patients in October 2011.

9. In the order forms attached as Exhibit A, I specified the product that I was ordering by writing comments in the "Instructions" section of the form. On each form, I wrote "KDA Brux-zir crown" to designate that I wanted a full contour zirconia crown for the given patient. I wrote "KDA" to specify Keating Dental Arts, and then wrote "Brux-zir crown" on the prescription forms because to me this term indicates an all zirconia crown which is often used for bruxers. I knew I was ordering the crown from Keating and I wanted to receive a crown made by Keating.

10. When I wrote "Brux-zir crown" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories. Nor did I intend to order a crown made from material provided by Glidewell Laboratories. When placing my order with Keating, I did not think there was any affiliation between Keating and Glidewell Laboratories.

11. From my education and experience, I readily recognize that the "brux" in "bruxzir" is a reference to bruxism, and the "zir" is a reference to zirconia. All zirconia crowns are useful for treating bruxism which is why I used "brux-zir" to specify this product on the prescription forms I sent to

2

1 | Keating. Additionally, I have always heard and pronounced "bruxzir" the same
2 | way as "bruxer," the term used to describe a patient with bruxism.
3 |   12. After using "Brux-zir" on a prescription form that I sent to Keating,
4 | I was contacted by a Keating employee to clarify my order. Specifically, the
5 | Keating employee asked me to confirm that I wanted to order Keating's KDZ
6 | Bruxer product. The Keating employee explained that the term "BruxZir" is a
7 | brand name of another dental laboratory, and the employee offered to return the
8 | order to me if I wanted to order from another dental laboratory. I confirmed that
9 | I wanted to order Keating's full contour zirconia crown.

  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

  Executed November 14, 2012, in Platteville, Wisconsin.

_____
Dr. Joseph Jacquinot

3

# EXHIBIT A

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-001939

## Keating Dental Arts
*Creating smiles everyday*

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Doctor's Account # **JACQ**   Phone # (608) 348 2393
Dr. **DR. JOSEPH JACQUINOT**
Patient **REDACTED**
       LAST                               FIRST

Toll Free: (800) 433-9833   Date Due In Office  11/2/11

**PLEASE SEND THE FOLLOWING**
☐ RX forms   ☐ Mailing Labels
☐ Boxes

**SPECIAL ENCLOSURES** LAB USE ONLY
☐ Photo(s)   ☐ Analog
☐ Models   ☐ Implant Parts
☐ Shade Tab   ☐ Impression
             ☐ Other

### ℞ SPECIFIC INSTRUCTIONS
*STANDARD UNLESS SPECIFIED.

KDA Brux-zir crown
- foil opposing
- Canine guidance
  THANKS!

*bite off in triple tray. Use regisil to mount.

Signature: _____   D.D.S. License #: 610

TERMS: Customer agrees to company policy as stated on reverse.

Age: ____  Sex: ____
☐ Dr. to Die Trim   ☐ Metal Try-In
☐ Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired:

**SHADE INSTRUCTIONS**
Vita-Lumin: A3   Vita-3D: ____
Chromoscop: ____   Stump Shade: ____
Noritake: ____   Other: ____

**BUCCAL COLLAR DESIGN**
☐ Hairline or ___ mm on Buccal
☐ Porcelain Junction Margin*
☐ Porcelain Butt Margin (90 shoulder req.)

**METAL DESIGN**
☐ All Porcelain coverage
☐ Metal Coping with Porcelain coverage*
☐ Metal Occlusal excluding Buccal CUSP
☐ Metal Occlusal including Buccal CUSP

**PONTIC DESIGN**
☐ Sanitary  ☐ Full Ridge Lap  ☐ Modified Ridge Lap*  ☐ Bullet  ☐ Ovate

**ANTERIOR DESIGN**
1/4 Metal Lingual   1/2 Metal Lingual   3/4 Metal Lingual

**OCCLUSAL STAINING**
☐ None   ☐ Medium
☐ Light*  ☐ Dark

**IF NO OCCLUSAL CLEARANCE**
☐ Metal Occlusion
☐ Reduction Coping
☐ Spot Opposing
☐ Make Permanent Note

**PFM**
☐ Fused to Non-Precious*
☐ Fused to Semi-Precious
☐ Fused to White High Noble
☐ Fused to Yellow High Noble
☐ Fused to Captek   LAB TIME: 5 DAYS

**IMPLANTS**
☐ Porcelain fused to Semi-Precious*
☐ Porcelain fused to White High Noble
☐ Porcelain fused to Yellow High Noble
☐ Porcelain fused to Captek
☐ Procera All-Ceramic
☐ KDZ Zirconia
☐ Procera Custom Abutment:
   ☐ Titanium  ☐ Ceramic
☐ Atlantis Custom Abutment:
   ☐ Titanium*  ☐ Ceramic
☐ 3i Encode   LAB TIME: 5 DAYS

**CAD/CAM**
☐ KDZ Zirconia   LAB TIME: 5 DAYS
☐ Procera Zirkon   LAB TIME: 8 DAYS

**FULL CAST**
☐ High Noble 62*—Type III
☐ Gold inlay/onlay—Type II (JRVT)
☐ Yellow Semi-Precious
☐ Other _____   LAB TIME: 4 DAYS

**REMOVABLES**
☐ KDA Denture
☐ KDA Premium Denture
☐ KDA Ultra Premium Denture
☐ Cast Chrome Frame
☐ Setup Teeth In Wax
☐ Partial Framework to Finish

**ALL-CERAMIC**
☐ KDA Foil Veneer Stacked Feldspathic
☐ IPS e.max*
☐ IPS Empress* Esthetic   LAB TIME: 5 DAYS

**THERMOFORMED**
☐ Soft Nightguard
☐ Bleaching Tray (Foam liner or reservoir)
☐ Hard Night Guard (Thermoform)
☐ Hard Night Guard (Hand waxed)
☐ Ultra Guard (Soft & hard for extra comfort)
☐ Clearsplint (Flexible)
☐ Pro-Guard

**COMPOSITES**
☐ Gradia   LAB TIME: 4 DAYS

**KDA-TEMPS**
Abutments #s ____ Pontics #s ____
☐ Wire*
☐ Cast Metal Frame
☐ Splinted
☐ Individual   LAB TIME: 4 DAYS

☐ Reline
☐ Custom Impression Tray
☐ Acrylic Stayplate
☐ Valpast* Partial Denture Complete
☐ TCS* Partial Denture Complete
☐ Delineator™

**Exhibit A**

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-001942

# Keating Dental Arts
*Creating smiles everyday*™

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Doctor's Account #: __JACQ__     Phone # (606) 348-2393

Dr. __DR. JOSEPH JACQUINOT__

Patient __REDACTED__ (LAST) _____ (FIRST)

Toll Free: (800) 433-9833    Date Due In Office __11/2/11__

**PLEASE SEND THE FOLLOWING**
- ☐ RX forms    ☐ Mailing Labels
- ☐ Boxes

**SPECIAL ENCLOSURES** *LAB USE ONLY*
- ☐ Model(s)    ☐ Analog
- ☐ Dies    ☐ Implant Parts
- ☐ Shade Tab    ☐ Impression
- ☐ Bite    ☐ Other

## ℞ SPECIFIC INSTRUCTIONS
*STANDARD UNLESS SPECIFIED.*

① – please fabricate KDA Brux-ziR crown #14
shade A1

② please wax-up teeth #5 - #12 for smile
reconstruction. ♀ softer features
– Axial inclinations should follow my model
– keep midline
– I emailed photo's for help. THANK YOU!!

Signature: _____    D.D.S. License #: __603__

TERMS: Customer agrees to company policy as stated on reverse.

Age: ____   Sex: __F__

☐ Dr. to Die Trim    ☐ Metal Try-In
☐ Finish to Porcelain

Please indicate the distribution of hues
and the types of characterizations desired:

**SHADE INSTRUCTIONS**
Vita-Lumin: __A1__      Vita-3D: _____
Chromoscop: _____     Stump Shade: _____
Noritake: _____       Other: _____

**BUCCAL COLLAR DESIGN**
☐ Hairline or ____ mm on Buccal
☐ Porcelain Junction Margin*
☐ Porcelain Butt Margin (90 shoulder req.)

**METAL DESIGN**
☐ ◯ All Porcelain coverage
☐ ◐ Metal Coping with Porcelain coverage*
☐ ◑ Metal Occlusal excluding Buccal CUSP
☐ ◑ Metal Occlusal including Buccal CUSP

**PONTIC DESIGN**
Sanitary / Full Ridge Lap / Modified Ridge Lap* / Bullet / Ovate

**UPPER** — ① RIGHT — LEFT ⑯
**LOWER** — ⑰ LEFT — RIGHT ㉜

**PFM**
- ☐ Fused to Non-Precious*
- ☐ Fused to Semi-Precious
- ☐ Fused to White High Noble
- ☐ Fused to Yellow High Noble
- ☐ Fused to Captek
*LAB TIME: 5 DAYS*

**IMPLANTS**
- ☐ Porcelain fused to Semi-Precious*
- ☐ Porcelain fused to White High Noble
- ☐ Porcelain fused to Yellow High Noble
- ☐ Porcelain fused to Captek
- ☐ Procera All-Ceramic
- ☐ KDZ Zirconia
- ☐ Procera Custom Abutment: ☐ Titanium  ☐ Ceramic
- ☐ Atlantis Custom Abutment: ☐ Titanium*  ☐ Ceramic
- ☐ 3i Encode
*LAB TIME: 8 DAYS*

**ANTERIOR DESIGN**
1/4 Metal Lingual / 1/2 Metal Lingual / 3/4 Metal Lingual

**OCCLUSAL STAINING**
- ■ None    ☐ Medium
- ☐ Light*  ☐ Dark

**IF NO OCCLUSAL CLEARANCE**
- ☐ Metal Occlusion
- ☐ Reduction Coping
- ☐ Spot Opposing
- ☐ Make Permanent Note

**FULL CAST**
- ☐ High Noble 62°—Type III
- ☐ Gold inlay/onlay—Type II  (JRVT)
- ☐ Yellow Semi-Precious
- ☐ Other _____ *Please Specify*
*LAB TIME: 4 DAYS*

**ALL-CERAMIC**
- ☐ KDA Foil Veneer Stacked Feldspathic
- ☐ IPS e.max™*
- ☐ IPS Empress* Esthetic
*LAB TIME: 5 DAYS*

**THERMOFORMED**
- ☐ Soft Nightguard
- ☐ Bleaching Tray (Foam liner or reservoir)
- ☐ Hard Night Guard (Thermoform)
- ☐ Hard Night Guard (Hand waxed)
- ☐ Ultra Guard (Soft & hard for extra comfort)
- ☐ Clearsplint (Flexible)
- ☐ Pro-Guard
*LAB TIME: 4 DAYS*

**CAD/CAM**
- ☐ KDZ Zirconia  *LAB TIME: 3 DAYS*
- ☐ Procera Zirkon  *LAB TIME: 8 DAYS*

**COMPOSITES**
- ☐ Gradia
*LAB TIME: 4 DAYS*

**KDA-TEMPS**
Abutments #s ____ Pontics #s ____
- ☐ Wire*
- ☐ Cast Metal Frame
- ☐ Splinted
- ☐ Individual
*LAB TIME: 4 DAYS*

**REMOVABLES**
- ☐ KDA Denture
- ☐ KDA Premium Denture
- ☐ KDA Ultra Premium Denture
- ☐ Cast Chrome Frame
- ☐ Setup Teeth In Wax
- ☐ Partial Framework to Finish

- ☐ Reline
- ☐ Custom Impression Tray
- ☐ Acrylic Stayplate
- ☐ Valpast* Partial Denture Complete
- ☐ TCS* Partial Denture Complete
- ☐ Delineator™

**Exhibit A**