Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | ) Civil Action No.<br>) SACV11-01309-DOC(ANx)<br>)<br>) **DECLARATION OF DR.**<br>) **DENNIS MURPHY IN**<br>) **SUPPORT OF KEATING**<br>) **DENTAL ARTS, INC.'S**<br>) **MOTIONS FOR SUMMARY**<br>) **JUDGMENT**<br>)<br>) Honorable David O. Carter<br>)<br>)<br>) |

I, Dr. Dennis Murphy, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating").  My dental office is located at 310 Terrace Ave., Suite #102, Cincinnati, Ohio 45220.  I have personal knowledge of the matters set forth herein.  If called upon to testify, I could and would testify as follows:

1.  I am licensed to practice dentistry in the state of Ohio.  I received an undergraduate degree from the University of Cincinnati in 1973.  I received a Doctor of Dental Surgery degree from the Ohio State University in 1977.  I have been practicing as a licensed dentist for 35 years.  During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2.  To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications.  In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3.  Since I began practicing as a dentist in 1977, I have ordered dental restorations from a number of different dental laboratories.  I have been ordering dental restorations from Keating since around 2004.  I am aware of Glidewell Laboratories and began ordering products from them around the same time that I began ordering from Keating.  After a couple of months, however, I decided I was better served ordering from Keating.  Since this initial trial, I have not ordered any products from Glidewell.

4.  I have ordered many different types of dental restorations from Keating, including porcelain-fused-to-metal crowns, gold crowns, and crowns containing zirconia.

5.  The first time I ordered a crown containing zirconia from Keating

was in November 2006 when I ordered a "KDZ" crown.  In 2006, Keating's "KDZ" crown had a zirconia substructure with a porcelain overlay.

6.     The first time I ordered a full contour zirconia crown from Keating was in June 2011 when I ordered what Keating calls a KDZ Bruxer crown.  I ordered Keating's KDZ Bruxer crown for one of my patients because I wanted a monolithic zirconia crown that would be stronger than a crown having a porcelain overlay.

7.     I learned of Keating's KDZ Bruxer product from speaking with Keating employees.

8.     Attached as **Exhibit A** are true and correct copies of Keating Dental Arts prescription forms that I submitted to Keating to order KDZ Bruxer crowns for two different patients, one in November 2011 and the other in May 2012.

9.     In the order forms attached as Exhibit A, I specified the product that I was ordering by writing comments in the "Instructions" section of the form.  On the form dated in November 2011, I wrote "#31 KDA BRUXZIR" to designate that I wanted a full contour zirconia crown for tooth #31.  On the form dated in May 2012, I wrote "#3 BRUXIR" to once again designate that I wanted an all zirconia crown but for tooth #3 this time.  I used the terms "bruxzir" and "bruxir" on the prescription forms because to me these terms indicate an all zirconia crown which is often used for bruxers.  I knew I was ordering the crown from Keating and I wanted to receive a crown made by Keating.

10.    When I wrote "BRUXZIR" or "BRUXIR" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories.  Nor did I intend to order a crown made from material provided by Glidewell Laboratories.  When ordering the KDZ Bruxer crown, I did not think there was any affiliation between Keating and Glidewell Laboratories.

11.    I see a lot of advertisements for all zirconia crowns that use the

term "bruxzir," or a similar spelling, to identify this type of crown. To me, the "zir" in "bruxzir" readily describes that the crown is made of zirconia. I also speak with other dentists about this and other products in the dental industry. From my experience, when I submitted the orders attached in Exhibit A to Keating, I understood the term "bruxzir," and any similar spellings, to simply refer to a full contour zirconia crown. To me, those terms did not identify a source for the crown or a source for the material from which the crown was made.

12. Soon after sending the prescription form attached as Exhibit A to Keating, I was contacted by a Keating employee to clarify my order. Specifically, the Keating employee asked me to confirm that I wanted to order Keating's KDZ Bruxer product. The Keating employee explained that the term "BruxZir" is a brand name of another dental laboratory, and the employee offered to return the order to me if I wanted to order from another dental laboratory. I confirmed that I wanted to order Keating's full contour zirconia crown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 12, 2012, in Cincinnati, Ohio.

_____
Dr. Dennis Murphy

# EXHIBIT A

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-001973

## Keating Dental Arts™
*Creating smiles everyday™*

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Doctor's Account # **MURP**   Phone # (513) 221-1550

Dr. **DR. DENNIS MURPHY** ***
PLEASE PRINT CLEARLY

Patient **REDACTED**
LAST                                    FIRST

Toll Free: (800) 433-9833   Date Due In Office 11/21/11

### PLEASE SEND THE FOLLOWING
☐ RX forms   ☐ Mailing Labels
☐ Boxes

### SPECIAL ENCLOSURES LAB USE ONLY
☐ Photo (s)   ☐ Analog • ^
☐ Models   ☐ Implant Parts
☐ Shade Tab   ☑ Impression
☐ Bite   ☐ Other

## Rx SPECIFIC INSTRUCTIONS
*STANDARD UNLESS SPECIFIED.

11/8/11
#31   KDA BRUXZIR

Signature: [signature]   D.D.S. License #: 15492
TERMS: Customer agrees to company policy as stated on reverse.

Age: 50   Sex: F
☐ Dr. to Die Trim   ☐ Metal Try-In
☐ Finish to Porcelain
Please indicate the distribution of hues
and the types of characterizations desired:

### SHADE INSTRUCTIONS
Vita-Lumin: ___   Vita-3D: 2M3
Chromoscop: ___   Stump Shade: ___
Noritake: ___   Other: ___

### BUCCAL COLLAR DESIGN
☐ Hairline or ___ mm on Buccal
☐ Porcelain Junction Margin*
☐ Porcelain Butt Margin (90 shoulder req.)

### METAL DESIGN
☐ All Porcelain coverage
☐ Metal Coping with Porcelain coverage*
☑ Metal Occlusal excluding Buccal CUSP
☑ Metal Occlusal including Buccal CUSP

### PONTIC DESIGN
☐ Sanitary   ☐ Full Ridge Lap   ☐ Modified Ridge Lap*   ☐ Bullet   ☐ Ovate

### ANTERIOR DESIGN
1/4 Metal Lingual   1/2 Metal Lingual   3/4 Metal Lingual

### OCCLUSAL STAINING
☐ None   ☐ Medium
☐ Light*   ☐ Dark

### IF NO OCCLUSAL CLEARANCE
☐ Metal Occlusion
☐ Reduction Coping
☐ Spot Opposing
☐ Make Permanent Note

### PFM
☐ Fused to Non-Precious
☐ Fused to Semi-Precious
☐ Fused to White High Noble
☐ Fused to Yellow High Noble
☐ Fused to Captek
LAB TIME: 5 DAYS

### IMPLANTS
☐ Porcelain fused to Semi-Precious*
☐ Porcelain fused to White High Noble
☐ Porcelain fused to Yellow High Noble
☐ Porcelain fused to Captek
☐ Procera All-Ceramic
☐ KDZ Zirconia
☐ Procera Custom Abutment:
  ☐ Titanium   ☐ Ceramic
☐ Atlantis Custom Abutment:
  ☐ Titanium*   ☐ Ceramic
☐ 3i Encode
LAB TIME: 9 DAYS

### CAD/CAM
☐ KDZ Zirconia   LAB TIME: 5 DAYS
☐ Procera Zirkon   LAB TIME: 9 DAYS

### FULL CAST
☐ High Noble 62*—Type III
☐ Gold inlay/onlay—Type II   (JRVT)
☐ Yellow Semi-Precious
☐ Other
  Please Specify
LAB TIME: 4 DAYS

### ALL-CERAMIC
☐ KDA Foil Veneer
  Stacked Feldspathic
☐ IPS e.max*
☐ IPS Empress*Esthetic
LAB TIME: 5 DAYS

### THERMOFORMED
☐ Soft Nightguard
☐ Bleaching Tray
  (Foam liner or reservoir)
☐ Hard Night Guard
  (Thermoform)
☐ Hard Night Guard
  (Hand waxed)
☐ Ultra Guard
  (Soft & hard for extra comfort)
☐ Clearsplint (Flexible)
☐ Pro-Guard
LAB TIME: 4 DAYS

### COMPOSITES
☐ Gradia
LAB TIME: 4 DAYS

### KDA-TEMPS
Abutments #s ___ Pontics #s ___
☐ Wire*
☐ Cast Metal Frame
☐ Splinted
☐ Individual
LAB TIME: 4 DAYS

### REMOVABLES
☐ KDA Denture
☐ KDA Premium Denture
☐ KDA Ultra Premium Denture
☐ Cast Chrome Frame
☐ Setup Teeth in Wax
☐ Partial Framework to Finish
☐ Refine
☐ Custom Impression Tray
☐ Acrylic Stayplate
☐ Valpast* Partial Denture Complete
☐ TCS* Partial Denture Complete
☐ Delineator™

UPPER   RIGHT   LEFT
LOWER   LEFT   RIGHT

**Exhibit A**

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-002029

# Keating Dental Arts
*Creating smiles everyday™*

16881 Hale Avenue, Irvine, CA, 92606
Email: shade@keatingdentalarts.com
**800-433-9833**
Fax 949-955-2199

Doctor's Account # **MURP**
Dr. **DR. DENNIS MURPHY ***
Phone # (513) 224550

Patient **REDACTED**
LAST                    FIRST

**Date Due In Office** 5/23/12

**PLEASE SEND:**
☐ RX forms  ☐ Boxes  ☒ Mailing labels

**ENCLOSURES**
LAB USE ONLY
☐ Photo(s)  ☐ Analog  ☐ Models
☐ Implant parts  ☒ Impression  ☐ Bite
☐ Shade tab  ☐ Other

## ℞ SPECIFIC INSTRUCTIONS
*\* Standard unless specified*

5/9/12

#3 BRUXIR

Signature: [signature]
License #: 15492

TERMS: Customer agrees to company policy as stated on reverse.

Age: 50  Sex: M
☐ Dr. to die trim  ☐ Metal try-in
☐ Finish to porcelain
*Please indicate the distribution of hues and the types of characteristics desired.*

### SHADE INSTRUCTIONS
Vita-Lumin: _____
Noritake: _____
Vita-3D: 3M2
Stump shade: _____

| PFM | |
|---|---|
| ☐ Non-precious* | |
| ☐ Semi-precious | |
| ☐ White high noble | |
| ☐ Yellow high noble | |
| ☐ Captek™ | |

**IMPLANTS**
**CROWN**
☐ PFM– Semi-precious*
☐ PFM– White high noble
☐ Full cast yellow semi-precious
☐ Captek™
☐ High noble 56
☐ KDZ Max
☐ KDZ Ultra
☐ IPS® e.max

**ABUTMENT**
**Atlantis™**
☐ Titanium*  ☐ Gold-hue
☐ Zirconia

**3i®**
☐ Titanium  ☐ Zirconia
☐ Gold anodized
☐ Custom UCLA

**FULL CAST**
☐ High Noble 56-Type III
☐ Gold inlay/onlay-Type II (JRVT)
☐ White High Noble
☐ White semi-precious
☐ Yellow semi-precious

**METAL-FREE RESTORATIONS**
*KDZ Family (CAD/CAM)*
☒ KDZ Bruxer
☒ KDZ Max
☐ KDZ Ultra*
☐ Procera®
*Pressables*
☐ IPS® Empress Esthetic
  ☐ Stained & glazed only*
  ☐ Cut-back & layered
  *Stump shade required*
☐ IPS® e.max
  ☐ Stained & glazed only*
  ☐ Cut-back & layered
  *Stump shade required*
*Veneers*
☐ KDA Foil Veneers
  *(Stacked feldspathic porcelain)*
☐ IPS® Empress Esthetic*
☐ IPS® e.max
  *Stump shade required*

**KDA TEMPS**
☐ Diagnostic wax-up
Abutments #s: _____
Pontics #s: _____
☐ Wire*  ☐ Cast metal frame
☐ Splinted  ☐ Individual

**APPLIANCES**
☐ Night Guard - Astron CLEARsplint™
☐ Night Guard - Hard Thermoformed
☐ Bleaching Tray
  ☐ Foam liner
  ☐ Reservoir
☐ Clear Pro-Guard
☐ Night Guard - Hard Hand Waxed
☐ Night Guard - Soft
☐ Ultra Guard (hard/soft)
☐ 1.0 mil Clear Ortho Retainer

### BUCCAL COLLAR DESIGN
☐ Hairline or ____mm buccal
☐ Porcelain junction margin*
☐ Porcelain butt margin
  (90° shoulder required)

### IF NO OCCLUSAL CLEARANCE
☐ Metal occlusion
☐ Reduction coping
☐ Spot opposing
☐ Make permanent note

### ANTERIOR DESIGN
☐ ¼ Metal lingual
☐ ½ Metal lingual
☐ ¾ Metal lingual

### METAL DESIGN
☐ All porcelain coverage
☐ Metal coping with porcelain coverage*
☐ Metal occlusal excluding buccal CUSP
☐ Metal occlusal including buccal CUSP

### OCCLUSAL STAINING
☐ None  ☐ Light*
☐ Medium  ☐ Dark

### PONTIC DESIGN
☐ Modified ridge lap*
☐ Full ridge lap
☐ Sanitary
☐ Bullet
☐ Ovate

### REMOVABLES
☐ KDA Denture
☐ KDA Premium Denture
☐ KDA Ultra Premium Denture
☐ Locator retained
☐ Bar retained (Titanium bar)
☐ Screw retained hybrid (Titanium bar)

☐ TCS®/Valplast® Partial Complete
☐ TCS®/Bego
☐ Valplast®/Bego
☐ Cast chrome
☐ Acrylic stayplate
☐ Delineator™

☐ Lab select complete design
☐ Frame try-in
☐ Frame w/occlus. rim
☐ Frame w/set-up try-in
☐ Finish

**Exhibit A**