Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

## IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>              Plaintiff,<br><br>       v.<br><br>KEATING DENTAL ARTS, INC.<br><br>              Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF DR. TERRY L. MYERS IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable David O. Carter |

I, Dr. Terry L. Myers, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating").  My dental office is located at 109 Apple Valley Parkway, Belton, MO 64012.  I have personal knowledge of the matters set forth herein.  If called upon to testify, I could and would testify as follows:

1.    I am licensed to practice dentistry in the state of Missouri.  I received an undergraduate degree from Rockhurst University in 1982.  I received a Doctor of Dental Surgery degree from the University of Missouri at Kansas City ("UMKC") in 1987.  In 1988, I completed a residency in advanced general dentistry at UMKC.  In 1992, I became a Fellow in the Academy of General Dentistry.  From 1988 to 2001, I worked as an assistant professor at UMKC in addition to working in my dental practice.  I have been practicing as a licensed dentist for 26 years.  During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2.    To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications.  In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient. The state of Missouri requires dentists to use a state issued standard prescription for these purposes.  Attached as **Exhibit A** is a true and correct copy of one of these blank forms issued by the State of Missouri.

3.    Since my dental practice began in 1988, I have ordered dental restorations from a number of different dental laboratories.  I have been ordering dental restorations from Keating since around 2002.  I am aware of Glidewell Laboratories but have only occasionally ordered a dental restoration from them.

4.    I have ordered many different types of dental restorations from

Keating, including porcelain-fused-to-metal crowns, gold crowns, and crowns containing zirconia.

5. The first time I ordered a crown containing zirconia from Keating was in May 2007 when I ordered a "KDZ" crown. In 2007, Keating's "KDZ" crown had a zirconia substructure with a porcelain overlay and I recognized the "Z" in the name to identify a product made with Zirconia.

6. The first time I ordered a full contour zirconia crown from Keating was in July 2011 when I ordered what Keating calls a KDZ Bruxer crown. I learned of Keating's KDZ Bruxer product from speaking with Keating representatives at their booths at tradeshows.

7. More recently, in November 2011, I ordered a KDZ Bruxer crown from Keating for tooth #18 for one of my patients. Attached as **Exhibit B** is a true and correct copy of the Dental Laboratory Work Authorization form that I submitted to Keating for this order.

8. In the order form attached as Exhibit B, I specified the product that I was ordering by having my assistant, under my direction, write "Bruxzir" in the space after "Type of restoration" and then writing "Please fabricate #18 Bruxzir crown" in the "Instructions" section of the form. I used the term "bruxzir" on the prescription form because to me that term meant a full contour zirconia crown for bruxers. I knew I was ordering the crown from Keating and I wanted to receive a crown made by Keating.

9. When I asked my assistant to write "Bruxzir" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories. Nor did I intend to order a crown made from material provided by Glidewell Laboratories. When I ordered the KDZ Bruxer crown, I did not think there was any affiliation between Keating and Glidewell Laboratories.

10. In the course of my dental practice, I see many advertisements for dental products. Within these advertisements, I have seen many different dental

2

laboratories advertise a "bruxzir" crown.   From these advertisements, I understand the term "bruxzir" crown means a full contour zirconia crown and does not identify a particular company or a particular company's product.

11.    When I saw the term "bruxzir" used to refer to an all zirconia crown, I recognized "zir" in the term to refer to zirconia and "brux" to identify a patient who bruxes or has bruxism.

12.    Soon after sending the prescription form attached as Exhibit B to Keating, an employee of Keating contacted my office to clarify my order and spoke with my assistant.  Specifically, the Keating employee asked to confirm that I wanted to order Keating's KDZ Bruxer product.  The Keating employee explained that the term "BruxZir" is a brand name of another dental laboratory and offered to return the order to me if I wanted to order from another dental laboratory.  I told my assistant to confirm that I wanted to order Keating's full contour zirconia crown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 13, 2012, in Belton, Missouri.

Dr. Terry L. Myers

# EXHIBIT A

1418

# Missouri Dental Board
## Dental Laboratory Work Authorization

Patient's Name _____ Date_____

Dentist's Name_____ Laboratory Name_____

Dentist's Address_____ · Laboratory Address_____

City, State, Zip_____ City, State, Zip_____

Material_____ Type of Restoration_____

### SHADE GUIDE

MAXILLARY

INDICATE CHARACTERIZATIONS
PONTIC DESIGN (CIRCLE)

MANDIBULAR

MODIFIED RIDGE LAP    CONICAL    HYGIENIC

Prosthetic Identification as follows: Name_____ SSN_____ Other_____

| Teeth, Facings or Pontics | | | | |
|---|---|---|---|---|
| Location | Material | Shade | Guide | Mold |
| Max Ant | | | | |
| Max Post | | | | |
| Man Ant | | | | |
| Man Post | | | | |

Return Date_____

Try In Date_____

Finish Date_____

### INSTRUCTIONS

Case has been disinfected:  Yes ☐   No ☐

DOCTOR'S SIGNATURE_____ DDS/DMD LICENSE#_____ DATE_____

*A copy of this form must be retained in the dental laboratory office and the dentists' office for a period of 2 years.*

**Exhibit A**

# EXHIBIT B

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-001965

## ...Dental Board
### Dental Laboratory Work Authorization

Patient's name __REDACTED__    Date __11-1-11__    __148312__

Dentist's name __Terry Myers__    Laboratory name __Keating__

Dentist's address _____    Laboratory address _____

City, state, zip __Belton, MO__    City, state, zip _____

Material _____    Type of restoration __Bruxir__

SHADE GUIDE

INDICATE CHARACTERIZATIONS

PONTIC DESIGN (CIRCLE)

MAXILLARY    MANDIBULAR

MODIFIED RIDGE LAP    CONICAL    HYGIENIC

Prosthetic identification as follows:  Name _____    SSN _____    Other _____

| Location | Material | Shade | Guide | Mold |
|---|---|---|---|---|
| Max Ant |  |  |  |  |
| Max Post |  |  |  |  |
| Man Ant |  |  |  |  |
| Man Post |  |  |  |  |

Return Date __11-14-11__

Try In Date _____

Finish Date _____

**INSTRUCTIONS**

Case has been disinfected -  yes [X]  no [ ]

Please fabricate #18 Bruxir Crown - Shade 'A1

DOCTOR'S SIGNATURE __J. my__  DDS/DMD LICENSE # __1480__  DATE __11-1-11__

*A copy of this form must be retained in the dental laboratory office and the dentists' office for a period of 2 years.*

**ORIGINAL**

**Exhibit B**