Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br><br> Plaintiff, <br><br> v. <br><br> KEATING DENTAL ARTS, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF DR. THOMAS NUSSEAR IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> Honorable David O. Carter |

I, Dr. Thomas Nussear, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating"). My dental office is located at 40 S. Main St. Smithburg, MD 21783. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1. I am licensed to practice dentistry in the state of Maryland. I received an undergraduate chemistry degree from the University of Maryland at College Park in 1995. I received a Doctor of Dental Surgery degree from the University of Maryland at Baltimore 1999. I have been practicing as a licensed dentist for 13 years. During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2. To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications. In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3. Since my dental practice began in 1999, I have ordered dental restorations from a number of different dental laboratories. I have been ordering dental restorations from Keating since August 2006. I am aware of Glidewell Laboratories but only infrequently order dental restorations from their lab.

4. I have ordered many different types of dental restorations from Keating, including porcelain fused to high noble crowns, gold crowns, and crowns containing zirconia.

5. The first time I ordered a crown containing zirconia from Keating was in January 2008 when I ordered a "KDZ" crown. In 2008, Keating's "KDZ" crown had a zirconia substructure with a porcelain overlay.

6. The first time I ordered a full contour zirconia crown from Keating was in May 2011 when I ordered what Keating calls a KDZ Bruxer crown.

7. I learned of the KDZ Bruxer when I contacted Keating to find out if they offered an all zirconia crown. I was already a customer of Keating at that time and preferred to receive a crown made by their lab. An employee at Keating told me about the KDZ Bruxer product.

8. In May 2011 I ordered a KDZ Bruxer crown from Keating for tooth #3 for one of my patients. Attached as **Exhibit A** is a true and correct copy of the Keating Dental Arts prescription form that I submitted to Keating for this order.

9. In the order form attached as Exhibit A, I specified the product that I was ordering by writing "Bruxzir crown" in the "Instructions" section of the form. I wrote "bruxzir" on the prescription form because to me that term meant a full contour zirconia crown for bruxers. I knew I was ordering the crown from Keating and I wanted to receive a crown made by Keating.

10. When I wrote "bruxzir" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories. Nor did I intend to order a crown made from material provided by Glidewell Laboratories. When ordering the KDZ Bruxer crown, I did not think there was any affiliation between Keating and Glidewell Laboratories.

11. It is a regular part of my dental practice to continually educate myself on new products, treatments, and techniques available within the dental profession. I pursue this additional learning by speaking with other dentists, participating in a dental study club of which I am a member, reviewing literature, and taking continuing education classes. From these interactions, I came to understand the terms "bruxzir" and "bruxer" to be synonymous as each is pronounced the same and both terms are commonly used to refer to all

zirconia crowns which are commonly used for bruxers. They do not identify any particular manufacturer.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 6, 2012, in Smithsburg, Maryland.

Dr. Thomas Nussear

# EXHIBIT A

CONFIDENTIAL ATTORNEY'S EYES ONLY

# Keating Dental Arts
*Creating smiles everyday*

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Doctor's Account #: NUS   Phone: (301) 824-2080
Dr. DR. THOMAS NUSSEAR
Patient: REDACTED

Toll Free: (800) 433-9833   Date Due In Office: 5-12-11

KDA-000642

**PLEASE SEND THE FOLLOWING**
- ☐ RX forms
- ☐ Boxes
- ☐ Mailing Labels

**SPECIAL ENCLOSURES** (LAB USE ONLY)
- ☐ Photo(s)
- ☐ Models
- ☐ Shade Tab
- ☐ Bite
- ☐ Analog
- ☐ Implant Parts
- ☐ Impression
- ☐ Other

## Rx SPECIFIC INSTRUCTIONS
*STANDARD UNLESS SPECIFIED.*

Included - Crown impression

Crown #3

BruxZir crown

Shade - C1.5

Any questions please call.

Signature: [signed]   D.D.S. License #: 12633

TERMS: Customer agrees to company policy as stated on reverse.

### PFM
- ☐ Fused to Non-Precious*
- ☐ Fused to Semi-Precious
- ☐ Fused to White High Noble
- ☐ Fused to Yellow High Noble
- ☐ Fused to Captek

LAB TIME: 5 DAYS

### ALL-CERAMIC
- ☐ KDA Foil Veneer Stacked Feldspathic
- ☐ IPS e.max*
- ☐ IPS Empress* Esthetic

LAB TIME: 5 DAYS

### IMPLANTS
- ☐ Porcelain fused to Semi-Precious*
- ☐ Porcelain fused to White High Noble
- ☐ Porcelain fused to Yellow High Noble
- ☐ Porcelain fused to Captek
- ☐ Procera All-Ceramic
- ☐ KDZ Zirconia
- ☐ Procera Custom Abutment: ☐ Titanium ☐ Ceramic
- ☐ Atlantis Custom Abutment: ☐ Titanium* ☐ Ceramic
- ☐ 3i Encode

LAB TIME: 9 DAYS

### THERMOFORMED
- ☐ Soft Nightguard
- ☐ Bleaching Tray (Foam liner or reservoir)
- ☐ Hard Night Guard (Thermoform)
- ☐ Hard Night Guard (Hand waxed)
- ☐ Ultra Guard (Soft & hard for extra comfort)
- ☐ Clearsplint (Flexible)
- ☐ Pro-Guard

LAB TIME: 4 DAYS

### CAD/CAM
- ☐ KDZ Zirconia   LAB TIME: 5 DAYS
- ☐ Procera Zirkon   LAB TIME: 9 DAYS

### COMPOSITES
- ☐ Gradia

LAB TIME: 4 DAYS

### FULL CAST
- ☐ High Noble 62° — Type III
- ☐ Gold inlay/onlay — Type II (JRVT)
- ☐ Yellow Semi-Precious
- ☐ Other _____

LAB TIME: 4 DAYS

### KDA-TEMPS
Abutments #s _____ Pontics #s _____
- ☐ Wire*
- ☐ Cast Metal Frame
- ☐ Splinted
- ☐ Individual

LAB TIME: 4 DAYS

### REMOVABLES
- ☐ KDA Denture
- ☐ KDA Premium Denture
- ☐ KDA Ultra Premium Denture
- ☐ Cast Chrome Frame
- ☐ Setup Teeth In Wax
- ☐ Partial Framework to Finish
- ☐ Reline
- ☐ Custom Impression Tray
- ☐ Acrylic Stayplate
- ☐ Valpast* Partial Denture Complete
- ☐ TCS* Partial Denture Complete
- ☐ Delineator™

### ANTERIOR DESIGN
1/4   1/2   3/4
Metal Lingual   Metal Lingual   Metal Lingual

### OCCLUSAL STAINING
- ☐ None   ☐ Medium
- ☐ Light*  ☐ Dark

### IF NO OCCLUSAL CLEARANCE
- ☐ Metal Occlusion
- ☐ Reduction Coping
- ☐ Spot Opposing
- ☐ Make Permanent Note

### BUCCAL COLLAR DESIGN
- ☐ Hairline or _____ mm on Buccal
- ☐ Porcelain Junction Margin*
- ☐ Porcelain Butt Margin (90 shoulder req.)

### METAL DESIGN
- ☐ All Porcelain coverage
- ☐ Metal Coping with Porcelain coverage*
- ☐ Metal Occlusal excluding Buccal CUSP
- ☐ Metal Occlusal including Buccal CUSP

### PONTIC DESIGN
Sanitary   Full Ridge Lap   Modified Ridge Lap*   Bullet   Ovate

Age: ___   Sex: ___
- ☐ Dr. to Die Trim   ☐ Metal Try-In
- ☐ Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired:

### SHADE INSTRUCTIONS
Vita-Lumin: ___   Vita-3D: ___
Chromoscop: ___   Stump Shade: ___
Noritake: ___   Other: ___

Exhibit A