Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br><br> Plaintiff, <br><br> v. <br><br> KEATING DENTAL ARTS, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | ) Civil Action No. <br> ) SACV11-01309-DOC(ANx) <br> ) <br> ) **DECLARATION OF DR.** <br> ) **STAN RICHARDSON IN** <br> ) **SUPPORT OF KEATING** <br> ) **DENTAL ARTS, INC.'S** <br> ) **MOTION FOR SUMMARY** <br> ) **JUDGMENT** <br> ) <br> ) Honorable David O. Carter <br> ) <br> ) <br> ) |

I, Dr. Stan Richardson, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating"). My dental office is located at 780 Nissan Dr. Smyrna, TN 37167. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1.     I am licensed to practice dentistry in the state of Tennessee. I received an undergraduate degree from East Tennessee State University in 1980. I received a Doctor of Dental Surgery from the University of Tennessee Health Sciences Center in 1985. I have been practicing as a licensed dentist for 27 years. During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2.     To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications. In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3.     Since my dental practice began in 1985, I have ordered dental restorations from a number of different dental laboratories. I have been ordering dental restorations from Keating since around 2005. I am aware of Glidewell Laboratories and have ordered products from them a few times in the past.

4.     I have ordered many different types of dental restorations from Keating, including porcelain-fused-to-metal crowns, gold crowns, and crowns containing zirconia.

5.     The first time I ordered a crown containing zirconia from Keating was in November 2007 when I ordered a "KDZ" crown. In 2007, Keating's "KDZ" crown had a zirconia substructure with a porcelain overlay.

6.     In 2007 when I ordered Keating's KDZ crown I recognized the "Z"

in the "KDZ" name to be a reference to zirconia, the substance that formed the substructure of the crown.

7.    The first time I ordered a full contour zirconia crown from Keating was in May 2011 when I ordered what Keating calls a KDZ Bruxer crown.  I ordered Keating's KDZ Bruxer crown for one of my patients because I wanted a monolithic zirconia crown that would be stronger than a crown having a porcelain overlay.

8.    I learned of Keating's KDZ Bruxer product when I contacted Keating to ask if they had a product I could use instead of a gold crown because I had a patient that did not want a gold crown.  The Keating representative told me about the KDZ Bruxer product.

9.    Attached as **Exhibit A** are true and correct copies of Keating Dental Arts prescription forms that I submitted to Keating to order KDZ Bruxer crowns for three different patients, one in November 2011 and two in May 2012.

10.    In the order forms attached as Exhibit A, I specified the product that I was ordering by writing comments in the "Information" section of the form. On the form dated in November 2011, I wrote "Bruxzir Crw #18" to designate that I wanted an all zirconia crown for tooth #18.  On the two forms dated in May 2012, I wrote "Bruxzer Crw" and then specified tooth #31 and #18 respectively.  Once again, I wrote this to designate an all zirconia crown for the indicated tooth.  I used the terms "Bruxzir" and "Bruxzer" on the prescription forms because to me these terms are used to indicate an all zirconia crown which is commonly used for bruxers.  I knew I was ordering the crowns from Keating and I wanted to receive a crown made by Keating.

11.    When I wrote "Bruxzir" or "Bruxzer" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories.  Nor did I intend to order a crown made from material provided by Glidewell Laboratories.

2



When ordering these crowns, I did not think there was any affiliation between Keating and Glidewell Laboratories.

12.     From my experience in the dental profession, I readily recognize "zir" to indicate zirconia, the material used in Keating's KDZ Bruxer crown. I also readily recognize "brux" to indicate a product that is strong enough to be used for patients with bruxism. The terms I used on the prescription forms were meant to communicate that I wanted an all zirconia crown because they are strong and will not chip under the heavy forces that are generated by bruxers, grinders and heavy biters.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 15, 2012, in Smyrna, Tennessee.

Dr. Stan Richardson

# EXHIBIT A

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-002006

# Keating Dental Arts

Creating smiles everyday.

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Toll Free: (800) 433-9833

Doctor's Account# _____   **RIC**   Phone# ( _____ )

Dr. **DR. STAN RICHARDSON**

**REDACTED**

Patient _____

Finish Date: 5/10/12

**PLEASE SEND THE FOLLOWING**
- RX forms
- Boxes
- Mailing Labels
- Other _____

**SPECIAL ENCLOSURES**
- Photo (s)
- Models
- Shade Tab
- Bite
- Analog
- Implant Parts
- Impression
- Other _____

## Rx SPECIFIC INSTRUCTIONS

Bruxzer cw #31

D-3 vita

**PORCELAIN FUSED TO METAL**
- Fused to Non-Precious*
- Fused to Semi-Precious
- Fused to White High Noble
- Fused to Yellow High Noble
- Fused to Captek

**ALL-CERAMIC**
- KDA Foil Veneer Stacked Feldspathic
- IPS e.max™
- IPS Empress*Esthetic

**IMPLANTS**
- Porcelain fused to Semi-Precious
- Porcelain fused to White High Noble*
- Porcelain fused to Yellow High Noble
- Porcelain fused to Captek
- Procera All-Ceramic**
- KDZ Zirconia
- Procera Custom Abutment:
  - Titanium   Ceramic
- Atlantis Custom Abutment:
  - Titanium   Ceramic

**THERMOFORMED PRODUCTS**
- Soft Nightguard
- Bleaching Tray
- Hard Night Guard
- Custom Tray
- Ultra Guard (Soft & hard for extra comfort)
- Snore Guard

PRO-SAME MOUTHGUARDS
- Junior
- Intermediate
- Pro-Guard

Signature _____   D.D.S. License# TN-4532

TERMS: Customer agrees to company policy as stated on reverse.

Age: 60   Sex: F

- Dr. to Die Trim
- Metal Try-In
- Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired:

**SHADE INSTRUCTIONS**

Vita-Lumin: D-3   Vita-3D: _____

Chromoscop: _____   Stump Shade: _____

Noritake: _____   Other: _____

**BUCCAL COLLAR DESIGN**
- Hairline or _____ mm on Buccal
- Porcelain Junction Margin*
- Porcelain Butt Margin (90 shoulder req.)

**METAL DESIGN**
- All Porcelain coverage
- Metal Coping with Porcelain coverage*
- Metal Occlusal excluding Buccal CUSP
- Metal Occlusal including Buccal CUSP

**ANTERIOR DESIGN**

1/4 Metal Lingual   1/2 Metal Lingual   Metal Lingual

**OCCLUSAL STAINING**
- None
- Light*
- Medium
- Dark

**IF NO OCCLUSAL CLEARANCE**
- Metal Occlusion
- Reduction Coping
- Spot Opposing
- Make Permanent Note

**CAD/CAM**
- KDZ Zirconia
- Procera Zirkon

**COMPOSITES**
- Tescera ATL*
- Tescera ATL* U-Beam Bridge

**FULL CAST RESTORATIONS**
- High Noble 62*—Type III (62 AU)
- Gold Inlay/onlay—Type II (JRVT 77 AU)
- Other _____

**PRO-TEMPS REINFORCEMENT**
Abutments #s _____   Pontics #s _____
- Wire*
- Cast Metal Frame
- Splinted
- Individual

**REMOVABLES**
- KDA Denture
- KDA Premium Denture
- Cast Chrome Frame
- Set-up/Procesa Teeth on Partial Frame
- Mould _____
- Shade _____
- Partial Complete Framework Process and Finish
- Custom Impression Tray
- Acrylic Stayplate
- Valpast Partial Denture Complete
- Reline
- Space Maintainer

**PONTIC DESIGN**

Sanitary   Full Ridge Lap   Modified Ridge Lap   Bullet   Ovate

**Exhibit A**

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-001971

# Keating Dental Arts

*Creating smiles everyday*™

16661 Hale Avenue, Irvine, CA, 92606
Email: shade@keatingdentalarts.com
800-433-9833
Fax 949-955-2199

Doctor's Account # _____  **RIC**  Phone # ( ___ ) _____

Dr. ~~DR. STAN RICHARDSON~~ **REDACTED**

Patient _____
LAST                         FIRST

Date Due in Office  11/15/11

PLEASE SEND:
☐ RX forms  ☐ Boxes  ☐ Mailing labels

ENCLOSURES
LAB USE ONLY
☐ Photo(s)  ☐ Analog  ☐ Models
☐ Implant parts t___  ☐ _____
☐ Shade t___  ☐ _____

## ℞ SPECIFIC INSTRUCTIONS
* Standard unless specified

Bruxzir Crs #18

Signature: _____  License # TN-4832

TERMS: Customer agrees to company policy as stated on reverse.

Age: ___  Sex: M
☐ Dr. to die trim  ☐ Metal try-in
☐ Finish to porcelain
*Please indicate the distribution of hues and the types of characteristics desired.*

### SHADE INSTRUCTIONS
Vita-Lumin:  A3
Noritake: _____
Vita-3D: _____
Stump shade: _____

### BUCCAL COLLAR DESIGN
☐ Hairline or ____ mm buccal
☐ Porcelain junction margin*
☐ Porcelain butt margin
(90° shoulder required)

### IF NO OCCLUSAL CLEARANCE
☐ Metal occlusion
☐ Reduction coping
☐ Spot opposing
☐ Make permanent note

### ANTERIOR DESIGN
☐ ¼ Metal lingual
☐ ½ Metal lingual
☐ ¾ Metal lingual

### METAL DESIGN
☐ All porcelain coverage
☐ Metal coping with porcelain coverage*
☐ Metal occlusal excluding buccal CUSP
☐ Metal occlusal including buccal CUSP

### OCCLUSAL STAINING
☐ None  ☐ Light*
☐ Medium  ☐ Dark

### PONTIC DESIGN
☐ Modified ridge lap*
☐ Full ridge lap
☐ Sanitary
☐ Bullet
☐ Ovate

### REMOVABLES
☐ KDA Denture
☐ KDA Premium Denture
☐ KDA Ultra Premium Denture
☐ Locator retained
☐ Bar retained (titanium bar)
☐ Screw retained hybrid (titanium bar)

☐ TCS®/Valplast® Partial Complete
☐ TCS®/Bego
☐ Valplast®/Bego
☐ Cast chrome
☐ Acrylic stayplate
☐ Osinsator™

☐ Lab select complete design
☐ Frame try-in
☐ Frame w/occlus. rim
☐ Frame w/set-up try-in
☐ Finish

## PFM
☐ Non-precious*
☐ Semi-precious
☐ White high noble
☐ Yellow high noble
☐ Captek™

## IMPLANTS
### CROWN
☐ PFM - Semi-precious*
☐ PFM - White high noble
☐ Full cast yellow semi-precious
☐ Captek™
☐ High noble 56
☐ KDZ Max
☐ KDZ Ultra
☐ IPS® e.max

### ABUTMENT
Atlantis™
☐ Titanium  ☐ Gold-hue
☐ Zirconia
3i®
☐ Titanium  ☐ Zirconia
☐ Gold anodized
☐ Custom UCLA

## FULL CAST
☐ High Noble 56-Type III
☐ Gold inlay/onlay-Type II (JRVT)
☐ White High Noble
☐ White semi-precious
☐ Yellow semi-precious

## METAL-FREE RESTORATIONS
KDZ Family (CAD/CAM)
☐ KDZ Bruxer
☐ KDZ Max
☐ KDZ Ultra*
☐ Procera®
Pressables
☐ IPS® Empress Esthetic
  ☐ Stained & glazed only*
  ☐ Cut-back & layered
  *Stump shade required*
☐ IPS® e.max
  ☐ Stained & glazed only*
  ☐ Cut-back & layered
  *Stump shade required*
Veneers
☐ KDA Foil Veneers (Stacked feldspathic porcelain)
☐ IPS® Empress Esthetic*
☐ IPS® e.max
  *Stump shade required*

## KDA TEMPS
☐ Diagnostic wax-up
Abutments #s: _____
Pontics #s: _____
☐ Wire*  ☐ Cast metal frame
☐ Splinted  ☐ Individual

## APPLIANCES
☐ Night Guard - Astron CLEARsplint™
☐ Night Guard - Hard Thermoformed
☐ Bleaching Tray
  ☐ Foam liner
  ☐ Reservoir
☐ Clear Pro-Guard
☐ Night Guard - Hard Hand Waxed
☐ Night Guard - Soft
☐ Ultra Guard (hard/soft)
☐ 1.0 mil Clear Ortho Retainer



**Exhibit A**

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-002021

# Keating
## Dental Arts

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Toll Free: (800) 433-9833

Doctor's Account # _____ **RIC**   Phone # (____) _____

Dr. **DR. STAN RICHARDSON**

Patient. **REDACTED**

Finish Date: **5/18/12**

**Rx SPECIFIC INSTRUCTIONS**

Bridger Cw #18
8AM 5/18/12 -2

**PLEASE SEND THE FOLLOWING**
- ☐ RX forms
- ☐ Boxes
- ☐ Mailing Labels
- ☐ Other

**SPECIAL ENCLOSURES**
- ☐ Photo (s)
- ☐ Models
- ☐ Shade Tab
- ☐ Other
- ☐ Analog
- ☐ Implant Parts
- ☐ Impression
- ☐ Other

**PORCELAIN FUSED TO METAL**
- ☐ Fused to Non-Precious*
- ☐ Fused to Semi-Precious
- ☐ Fused to White High Noble
- ☐ Fused to Yellow High Noble
- ☐ Fused to Captek

**ALL-CERAMIC**
- ☐ KDA Foil Veneer
- ☐ Stacked Feldspathic
- ☐ IPS e.max®*
- ☐ IPS Empress® Esthetic

**IMPLANTS**
- ☐ Porcelain fused to Semi-Precious
- ☐ Porcelain fused to White High Noble*
- ☐ Porcelain fused to Yellow High Noble
- ☐ Porcelain fused to Captek
- ☐ Procera All-Ceramic**
- ☐ KDZ Zirconia
- ☐ Procera Custom Abutment:
  ☐ Titanium  ☐ Ceramic
- ☐ Atlantis Custom Abutment:
  ☐ Titanium  ☐ Ceramic

**THERMOFORMED PRODUCTS**
- ☐ Soft Nightguard
- ☐ Bleaching Tray
- ☐ Hard Night Guard
- ☐ Custom Tray
- ☐ Ultra Guard
- ☐ Snore Guard

**PRO-SAFE MOUTHGUARDS**
- ☐ Junior
- ☐ Intermediate
- ☐ Pro-Guard

Signature: _____   D.D.S. License #: **TN· 4532**

**TERMS:** Customer agrees to company policy as stated on reverse.

Age: **16**   Sex: **M**

- ☐ Die to Die Trim
- ☐ Metal Try-in
- ☐ Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired.

**SHADE INSTRUCTIONS**
Vita-Lumin: **A-2**   Vita-3d:
Chromoscop: _____   Stump Shade:
Noritake: _____   Other:

**BUCCAL COLLAR DESIGN**
- ☐ Hairline or ____ mm on Buccal
- ☐ Porcelain Junction Margin*
- ☐ Porcelain Butt Margin (90 shoulder req.)

**METAL DESIGN**
- ☐ All Porcelain coverage
- ☐ Metal Coping with Porcelain coverage*
- ☐ Metal Occlusal excluding Buccal CUSP
- ☐ Metal Occlusal including Buccal CUSP

**PONTIC DESIGN**
Sanitary   Full Ridge Lap   Modified Ridge Lap*   Bullet   Ovate

**ANTERIOR DESIGN**
1/4 Metal Lingual   1/2 Metal Lingual   3/4 Metal Lingual

**OCCLUSAL STAINING**
- ☐ None
- ☐ Light*
- ☐ Medium
- ☐ Dark

**IF NO OCCLUSAL CLEARANCE**
- ☐ Metal Occlusion
- ☐ Reduction Coping
- ☐ Spot Opposing
- ☐ Make Permanent Note

**CAD/CAM**
- ☐ KDZ Zirconia
- ☐ Procera Zirkon

**FULL CAST RESTORATIONS**
- ☐ High Noble 62%—Type III (62 AU)
- ☐ Gold Inlay/Onlay—Type II (JFNT 77 AU)
- ☐ Other

**REMOVABLES**
- ☐ KDA Denture
- ☐ KDA Premium Denture
- ☐ Cast Chrome Frame
- ☐ Set-up/Process Teeth on Partial Frame
- ☐ Mould _____
- ☐ Shade _____

**COMPOSITES**
- ☐ Tescera ATL*
- ☐ Tescera ATL*  U-Beam Bridge

**PRO-TEMPS REINFORCEMENT**
Abutments #s ____ Pontics #s ____
- ☐ Wire*
- ☐ Cast Metal Frame
- ☐ Splinted
- ☐ Individual

- ☐ Partial Complete Framework  Process and Finish
- ☐ Custom Impression Tray
- ☐ Acrylic Stayplate
- ☐ Valpast Partial Denture Complete
- ☐ Reline
- ☐ Space Maintainer

**Exhibit A**