Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>KEATING DENTAL ARTS, INC.<br><br>　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF DR. SCOTT STEPHENS IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable David O. Carter |

I, Dr. Scott Stephens, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating"). My dental office is located at 2538 E. Joyce Blvd., Fayetteville, Arkansas 72703. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1. I am licensed to practice dentistry in the state of Arkansas. I received an undergraduate degree from Hendrix College in 1997. I received a Doctor of Dental Surgery from the University of Tennessee in Memphis in 2001. I have been practicing as a licensed dentist for 11 years. During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2. To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications. In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3. Since my dental practice began in 2001, I have ordered dental restorations from a number of different dental laboratories. It is important to my dental practice to receive quality products when I order from a dental laboratory and I carefully choose which labs receive my business. I have been ordering dental restorations from Keating since about 2004.

4. I have ordered many different types of dental restorations from Keating, including porcelain-fused-to-metal crowns, gold crowns, and crowns containing zirconia.

5. The first time I ordered a crown containing zirconia from Keating was in February 2007 when I ordered a "KDZ" crown. In 2007, Keating's

"KDZ" crown had a zirconia substructure with a porcelain overlay.

6. In 2007 when I ordered Keating's KDZ crown I recognized the "Z" in the "KDZ" name to be a reference to zirconia, the substance that formed the substructure of the crown.

7. The first time I ordered a full contour zirconia crown from Keating was in July 2011 when I ordered what Keating calls a KDZ Bruxer crown. I ordered Keating's KDZ Bruxer crown for one of my patients because I wanted a monolithic zirconia crown that would be stronger than a crown having a porcelain overlay.

8. I learned of Keating's KDZ Bruxer product from marketing materials which Keating sent me with a previous order.

9. More recently, in October 2011, I ordered a KDZ Bruxer crown from Keating for tooth #19 for one of my patients. Attached as **Exhibit A** is a true and correct copy of the Case Prescription form that I submitted to Keating for this order.

10. In the order form attached as Exhibit A, I specified the product that I was ordering by writing "Please Fabricate KDZ-BRUX-ZIR #19" in the "Case Notes" section of the form. I wrote "KDZ-BRUX-ZIR" on the prescription form because "KDZ" indicated Keating Dental's Zirconia product and the term "BRUX-ZIR" meant a full contour zirconia crown for bruxers. The term "BRUX-ZIR" itself did not identify any company as the source of the zirconia crown. I knew I was ordering the crown from Keating and I wanted to receive a crown made by Keating.

11. When I wrote "BRUX-ZIR" on the prescription form, I did not intend to order a crown made by Glidewell Laboratories. Nor did I intend to order a crown made from material provided by Glidewell Laboratories. When ordering the KDZ Bruxer crown, I did not think there was any affiliation between Keating and Glidewell Laboratories.

12. From my dental training and experience, when I see the term "bruxzir" used with a dental product, I readily recognize that "brux" is a reference to product being directed at treating bruxism. I further recognize that "zir" is a reference to the material zirconia. Thus, to me a "bruxzir" crown is a reference to a crown used for bruxism patients made of zirconia. When I have heard the term "bruxzir" pronounced, it is pronounced the same as "bruxer," the term used in the dental industry to identify a patient who has bruxism.

13. Soon after sending the prescription form attached as Exhibit A to Keating, I was contacted by a Keating employee to clarify my order. Specifically, the Keating employee asked me to confirm that I wanted to order Keating's KDZ Bruxer product. The Keating employee explained that the term "BruxZir" is a brand name of another dental laboratory, and the employee offered to return the order to me if I wanted to order from another dental laboratory. I confirmed that I wanted to order Keating's full contour zirconia crown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 13, 2012, in Fayetteville, Arkansas.

Dr. Scott Stephens

# EXHIBIT A

## CASE PRESCRIPTION

**SHIP FROM:**
Ozark Dental Care, Inc.
2538 E. Joyce Blvd.
Fayetteville, AR 72703

PATIENT: **REDACTED**
PROVIDER: Scott J Stephens, DDS
EST. RETURN DATE: 11/04/2011
CALL DOCTOR: NO
EMERGENCY: NO
ENCLOSURES:

**SHIP TO:**
Keating Dental Arts
16881 Hale Ave.
Irvine, CA 92606

(949)955-2100

Tooth #'s:

      

**CASE NOTES:**
Please Fabricate KDZ-BRUX-ZIR crown #19.
Light occlusal contacts,
moderate occlusal anatomy,
anatomic interproximal contacts.
Shade: A1
Porcelain junction margin.
All porcelain coverage.
Light occlusal staining.
Please call if occlusal clearance is compromised.

DOCTOR SIGNATURE:
LICENSE #: 3374

Date: 10/19/2011

©DENTRIX 1987-2005

CONFIDENTIAL ATTORNEY'S EYES ONLY                    KDA-001951

Exhibit A