Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF DR. DANIEL SWEET IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable David O. Carter |

I, Dr. Daniel Sweet, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating"). My dental office is located at 1990 Shaw Avenue, Suite C, Clovis, CA 93611. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1. I am licensed to practice dentistry in the state of California. I received an undergraduate degree from California State University Northridge in 1972. I received a Doctor of Dental Surgery degree from the University of the Pacific in 1976. I have been practicing as a licensed dentist for over 36 years. During that time, it has been a regular part of my practice to treat patients in need of dental restorations.

2. To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations according to my specifications. In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3. Since my dental practice began in 1976, I have ordered dental restorations from a number of different dental laboratories. I have been ordering dental restorations from Keating since May 2007. I am aware of Glidewell Laboratories and have used them on and off in the past for various products, including dental restorations. I do not recall, however, if I have ever used them for zirconia based crowns.

4. I have ordered many different types of dental restorations from Keating including porcelain-fused-to-metal crowns, gold crowns, and crowns containing zirconia.

5. The first time I ordered a crown containing zirconia from Keating

-1-

1  was in March 2009 when I ordered a "KDZ" crown. In 2009, Keating's "KDZ"
2  crown had a zirconia substructure with a porcelain overlay.
3      6.  The first time I ordered a full contour zirconia crown from Keating
4  was in August 2011 when I ordered what Keating calls a KDZ Bruxer crown. I
5  learned of Keating's KDZ Bruxer product from advertisements Keating sent with
6  their bills and other mailers.
7      7.  More recently, in August 2012, I placed three separate orders on two
8  different days for a KDZ Bruxer crown from Keating. Attached as **Exhibit A** is
9  a true and correct copy of the Keating Dental Arts prescription forms that I
10 submitted to Keating for these orders.
11     8.  In each of the orders attached as Exhibit A, I specified the product
12 that I was ordering by writing "Brux-Zir" in the "Instructions" section of the form.
13 I wrote "Brux-Zir" on the prescription forms because to me that term meant a full
14 contour zirconia crown which is often used for bruxers. The term "Brux"
15 identifies the condition (bruxism) or patients (bruxers) for which these crowns are
16 useful and the "Zir" describes the material (zirconia) from which the crowns are
17 made. I knew I was ordering the crown from Keating and I wanted to receive a
18 crown made by Keating.
19     9.  When I wrote "Brux-Zir" on the prescription form, I did not intend
20 to order a crown made by Glidewell Laboratories. Nor did I intend to order a
21 crown made from material provided by Glidewell Laboratories. When ordering
22 the KDZ Bruxer crown, I did not think there was any affiliation between Keating
23 and Glidewell Laboratories.
24     10. I have seen a lot of advertising using the term "bruxzir" to refer
25 generally to a full contour zirconia crown. From these advertisements, I came to
26 the conclusion that "bruxzir" is the name used to describe a full contour zirconia
27 crown. It does not identify a specific company to me, nor does it identify a
28

1 | specific company's product.

2 | 11. Soon after sending the prescription forms attached as Exhibit A to Keating, I was contacted by a Keating employee to clarify my order. Specifically, the Keating employee asked me to confirm that I wanted to order Keating's KDZ Bruxer product. The Keating employee explained that the term "BruxZir" is a brand name of another dental laboratory, and the employee offered to return the order to me if I wanted to order from another dental laboratory. The Keating employee made two separate calls as I had placed similar orders on two separate days. In each instance, I confirmed that I wanted to order Keating's full contour zirconia crown.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 8, 2012, in Clovis, California.

_____
Dr. Daniel Sweet

# EXHIBIT A

ATTORNEYS' EYES ONLY

## Keating Dental Arts
*Creating smiles everyday*

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Doctor's Account # _____SWE_____   Phone # 559 298-2515
Dr. __Dr. DANIEL SWEET__
Patient. __REDACTED__
             LAST                                    FIRST
Toll Free: (800)433-9833   Finish Date: 5/6 8/06 due two week

**PLEASE SEND THE FOLLOWING**
☐ RX forms       ☐ Mailing Labels
☐ Boxes          ☐ Other _____

**SPECIAL ENCLOSURES**
☐ Photo(s)       ☐ Analog
☐ Models         ☐ Implant Parts
☐ Shade Tab      ☐ Impression
☐ Bite           ☐ Other _____

### Rx SPECIFIC INSTRUCTIONS

#14 Brux-Zir

A2

Signature: _____   D.D.S. License #: _____
TERMS: Customer agrees to company policy as stated on reverse.

**Age:** ___ **Sex:** ___
☐ Dr. to Die Trim    ☐ Metal Try-In
☐ Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired:

**SHADE INSTRUCTIONS**
Vita-Lumin: _____   Vita-3D: _____
Chromoscop: _____   Stump Shade: _____
Noritake: _____     Other: _____

**BUCCAL COLLAR DESIGN**
☐ Hairline or ___ mm on Buccal
☐ Porcelain Junction Margin*
☐ Porcelain Butt Margin (90 shoulder req.)

**METAL DESIGN**
☐ All Porcelain coverage
☐ Metal Coping with Porcelain coverage*
☐ Metal Occlusal excluding Buccal CUSP
☐ Metal Occlusal including Buccal CUSP

**PONTIC DESIGN**
☐ Sanitary  ☐ Full Ridge Lap  ☐ Modified Ridge Lap*  ☐ Bullet  ☐ Ovate

**ANTERIOR DESIGN**
1/4 Metal Lingual   1/2 Metal Lingual   3/4 Metal Lingual

**OCCLUSAL STAINING**
☐ None     ☐ Medium
☐ Light*   ☐ Dark

**IF NO OCCLUSAL CLEARANCE**
☐ Metal Occlusion
☐ Reduction Coping
☐ Spot Opposing
☐ Make Permanent Note

**PORCELAIN FUSED TO METAL**
☐ Fused to Non-Precious*
☐ Fused to Semi-Precious
☐ Fused to White High Noble
☐ Fused to Yellow High Noble
☐ Fused to Captek
LAB TIME: 5 DAYS

**IMPLANTS**
☐ Porcelain fused to Semi-Precious
☐ Porcelain fused to White High Noble*
☐ Porcelain fused to Yellow High Noble
☐ Porcelain fused to Captek
☐ Procera All-Ceramic**
☐ KDZ Zirconia
☐ Procera Custom Abutment:
   ☐ Titanium   ☐ Ceramic
☐ Atlantis Custom Abutment:
   ☐ Titanium   ☐ Ceramic
LAB TIME: 9 DAYS

**CAD/CAM**
☐ KDZ Zirconia
☐ Procera Zirkon
LAB TIME: 8 DAYS

**FULL CAST RESTORATIONS**
☐ High Noble 62°—Type III (62 AU)
☐ Gold inlay/onlay—Type II (JRVT 77 AU)
☐ Other _____
LAB TIME: 4 DAYS

**ALL CERAMIC**
☐ KDA Foil Veneer Stacked Feldspathic
☐ IPS e.max*
☐ IPS Empress® Esthetic
LAB TIME: 5 DAYS

**THERMOFORMED PRODUCTS**
☐ Soft Nightguard
☐ Bleaching Tray
☐ Hard Night Guard
☐ Custom Tray
☐ Ultra Guard (Soft & hard for extra comfort)
☐ Snore Guard

**PRO-SAFE MOUTHGUARDS**
☐ Junior
☐ Intermediate
☐ Pro-Guard
LAB TIME: 3 DAYS

**COMPOSITES**
☐ Tescera ATL®
☐ Tescera ATL® U-Beam Bridge
LAB TIME: 5 DAYS

**PRO-TEMPS REINFORCEMENT**
Abutments #s ___ Pontics #s ___
☐ Wire*
☐ Cast Metal Frame
☐ Splinted
☐ Individual
LAB TIME: 6 DAYS

**REMOVABLES**
☐ KDA Denture
☐ KDA Premium Denture
☐ Cast Chrome Frame
☐ Set-up/Process Teeth on Partial Frame
☐ Mould _____
☐ Shade _____

☐ Partial Complete Framework
   Process and Finish
☐ Custom Impression Tray
☐ Acrylic Stayplate
☐ Valpast Partial Denture Complete
☐ Reline
☐ Space Maintainer

*STANDARD UNLESS OTHERWISE SPECIFIED. **NOBEL BIOCARE ALL-CERAMIC ABUTMENTS ONLY.

UPPER — RIGHT / LEFT
LOWER — LEFT / RIGHT

KDA-002722

**Exhibit A**

ATTORNEYS' EYES ONLY

# Keating Dental Arts
*Creating smiles everyday*

Phone: (949) 955-2100   Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Doctor's Account # _____ SWE   Phone # 509-298-7675

Dr. **DR. DANIEL SWEET**

Patient **REDACTED**
         LAST                    FIRST

Toll Free: (800) 433-9833   Finish Date: two week 5/0 / 5/02/12

## PLEASE SEND THE FOLLOWING
- ☐ RX forms
- ☐ Boxes
- ☐ Mailing Labels
- ☐ Other _____

### SPECIAL ENCLOSURES
- ☐ Photo(s)
- ☐ Models
- ☐ Shade Tab
- ☐ Bite
- ☐ Analog
- ☑ Implant Parts
- ☑ Impression
- ☐ Other

## ℞ SPECIFIC INSTRUCTIONS

#14 Brux-Zir
A1

Signature: _____   D.D.S. License #: _____
TERMS: Customer agrees to company policy as stated on reverse.

Age: ____   Sex: ____
- ☐ Dr. to Die Trim
- ☐ Metal Try-In
- ☐ Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired:

### SHADE INSTRUCTIONS
Vita-Lumin: ____   Vita-3D: ____
Chromoscop: ____   Stump Shade: ____
Noritake: ____   Other: ____

### BUCCAL COLLAR DESIGN
- ☐ Hairline or ___ mm on Buccal
- ☐ Porcelain Junction Margin*
- ☐ Porcelain Butt Margin (90 shoulder req.)

### METAL DESIGN
- ☐ All Porcelain coverage
- ☐ Metal Coping with Porcelain coverage*
- ☑ Metal Occlusal excluding Buccal CUSP
- ☑ Metal Occlusal including Buccal CUSP

### PONTIC DESIGN
- ☐ Sanitary
- ☐ Full Ridge Lap
- ☐ Modified Ridge Lap*
- ☐ Bullet
- ☐ Ovate

### ANTERIOR DESIGN
1/4 Metal Lingual   1/2 Metal Lingual   3/4 Metal Lingual

### OCCLUSAL STAINING
- ☐ None    ☐ Medium
- ☐ Light*  ☐ Dark

### IF NO OCCLUSAL CLEARANCE
- ☐ Metal Occlusion
- ☐ Reduction Coping
- ☐ Spot Opposing
- ☐ Make Permanent Note

### PORCELAIN FUSED TO METAL
- ☐ Fused to Non-Precious*
- ☐ Fused to Semi-Precious
- ☐ Fused to White High Noble
- ☐ Fused to Yellow High Noble
- ☐ Fused to Captek
LAB TIME: 5 DAYS

### IMPLANTS
- ☐ Porcelain fused to Semi-Precious
- ☐ Porcelain fused to White High Noble*
- ☐ Porcelain fused to Yellow High Noble
- ☐ Porcelain fused to Captek
- ☐ Procera All-Ceramic**
- ☐ KDZ Zirconia
- ☐ Procera Custom Abutment:
  ☐ Titanium  ☐ Ceramic
- ☐ Atlantis Custom Abutment:
  ☐ Titanium  ☐ Ceramic
LAB TIME: 9 DAYS

### CAD/CAM
- ☐ KDZ Zirconia
- ☐ Procera Zirkon
LAB TIME: 5 DAYS

### FULL CAST RESTORATIONS
- ☐ High Noble 62°—Type III (62 AU)
- ☐ Gold inlay/onlay—Type II (JRVT 77 AU)
- ☐ Other _____
LAB TIME: 4 DAYS

### ALL-CERAMIC
- ☐ KDA Foil Veneer Stacked Feldspathic
- ☐ IPS e.max*
- ☐ IPS Empress* Esthetic
LAB TIME: 5 DAYS

### THERMOFORMED PRODUCTS
- ☐ Soft Nightguard
- ☐ Bleaching Tray
- ☐ Hard Night Guard
- ☐ Custom Tray
- ☐ Ultra Guard (Soft & hard for extra comfort)
- ☐ Snore Guard

### PRO-SAFE MOUTHGUARDS
- ☐ Junior
- ☐ Intermediate
- ☐ Pro-Guard
LAB TIME: 3 DAYS

### COMPOSITES
- ☑ Tescera ATL*
- ☐ ___ ATL*
LAB TIME: 5 DAYS

### PRO-TEMP / REINFORCEMENT
Abutments #s ___   Pontics #s ___
- ☐ Wire*
- ☐ Cast Metal Frame
- ☐ Splinted
- ☐ Individual
LAB TIME: 4 DAYS

### REMOVABLES
- ☐ KDA Denture
- ☐ KDA Premium Denture
- ☐ Cast Chrome Frame
- ☐ Set-up/Process Teeth on Partial Frame
- ☐ Mould ___
- ☐ Shade ___
- ☐ Partial Complete Framework Process and Finish
- ☐ Custom Impression Tray
- ☐ Acrylic Stayplate
- ☐ Valpast Partial Denture Complete
- ☐ Reline
- ☐ Space Maintainer

*STANDARD UNLESS OTHERWISE SPECIFIED. **NOBEL BIOCARE ALL-CERAMIC ABUTMENTS ONLY.

KDA-002724

**Exhibit A**

ATTORNEYS' EYES ONLY

**Keating Dental Arts**

Phone: (949) 955-2100  Fax: (949) 955-2199
16881 Hale Avenue, Irvine, CA 92606
E-mail: shade@keatingdentalarts.com
www.keatingdentalarts.com

Doctor's Account # _____ SWE _____   Phone # ( )

Dr. _____ DR. DANIEL SWEET _____

Patient. _____ REDACTED _____

PLEASE PRINT CLEARLY

Toll Free: (800) 433-9833   Finish Date: two weeks to 8/28/12

**PLEASE SEND THE FOLLOWING**
- ☐ RX forms      ☐ Mailing Labels
- ☐ Boxes         ☐ Other _____

**SPECIAL ENCLOSURES**
- ☐ Photo(s)      ☐ Analog
- ☐ Models        ☐ Implant Parts
- ☐ Shade Tab     ☐ Impression
- ☐ Bite          ☐ Other _____

**Rx SPECIFIC INSTRUCTIONS**

#21 Bruxzir
NP 2.5

Signature: _____   D.D.S. License #: _____
TERMS: Customer agrees to company policy as stated on reverse.

Age: _____   Sex: _____
☐ Dr. to Die Trim   ☐ Metal Try-In
☐ Finish to Porcelain

Please indicate the distribution of hues and the types of characterizations desired:

**SHADE INSTRUCTIONS**
Vita-Lumin: _____   Vita-3D: _____
Chromoscop: _____  Stump Shade: _____
Noritake: _____    Other: _____

**BUCCAL COLLAR DESIGN**
- ☐ Hairline or _____ mm on Buccal
- ☐ Porcelain Junction Margin*
- ☐ Porcelain Butt Margin (90 shoulder req.)

**METAL DESIGN**
- ☐ All Porcelain coverage
- ☐ Metal Coping with Porcelain coverage*
- ☐ Metal Occlusal excluding Buccal CUSP
- ☐ Metal Occlusal including Buccal CUSP

**PONTIC DESIGN**
Sanitary / Full Ridge Lap / Modified Ridge Lap* / Bullet / Ovate

**ANTERIOR DESIGN**
1/4 Metal Lingual / 1/2 Metal Lingual / 3/4 Metal Lingual

**OCCLUSAL STAINING**
- ☐ None     ☐ Medium
- ☐ Light*   ☐ Dark

**IF NO OCCLUSAL CLEARANCE**
- ☐ Metal Occlusion
- ☐ Reduction Coping
- ☐ Spot Opposing
- ☐ Make Permanent Note

**PORCELAIN FUSED TO METAL**
- ☐ Fused to Non-Precious*
- ☐ Fused to Semi-Precious
- ☐ Fused to White High Noble
- ☐ Fused to Yellow High Noble
- ☐ Fused to Captek       LAB TIME: 5 DAYS

**IMPLANTS**
- ☐ Porcelain fused to Semi-Precious
- ☐ Porcelain fused to White High Noble*
- ☐ Porcelain fused to Yellow High Noble
- ☐ Porcelain fused to Captek
- ☐ Procera All-Ceramic**
- ☐ KDZ Zirconia
- ☐ Procera Custom Abutment: ☐ Titanium ☐ Ceramic
- ☐ Atlantis Custom Abutment: ☐ Titanium ☐ Ceramic    LAB TIME: 9 DAYS

**CAD/CAM**
- ☐ KDZ Zirconia
- ☐ Procera Zirkon       LAB TIME: 8 DAYS

**FULL CAST RESTORATIONS**
- ☐ High Noble 62°—Type III (62 AU)
- ☐ Gold inlay/onlay—Type II (JRVT 77 AU)
- ☐ Other _____   LAB TIME: 4 DAYS

**ALL-CERAMIC**
- ☐ KDA Foil Veneer Stacked Feldspathic
- ☐ IPS e.max*
- ☐ IPS Empress® Esthetic    LAB TIME: 5 DAYS

**THERMOFORMED PRODUCTS**
- ☐ Soft Nightguard
- ☐ Bleaching Tray
- ☐ Hard Night Guard
- ☐ Custom Tray
- ☐ Ultra Guard (Soft & hard for extra comfort)
- ☐ Snore Guard

**PRO-SAFE MOUTHGUARDS**
- ☐ Junior
- ☐ Intermediate
- ☐ Pro-Guard       LAB TIME: 3 DAYS

**COMPOSITES**
- ☐ Tescera ATL®
- ☐ Tescera ATL® U-Beam Bridge    LAB TIME: 5 DAYS

**PRO-TEMPS REINFORCEMENT**
Abutments #s _____ Pontics #s _____
- ☐ Wire*
- ☐ Cast Metal Frame
- ☐ Splinted
- ☐ Individual      LAB TIME: 4 DAYS

**REMOVABLES**
- ☐ KDA Denture
- ☐ KDA Premium Denture
- ☐ Cast Chrome Frame
- ☐ Set-up/Process Teeth on Partial Frame
- ☐ Mould _____
- ☐ Shade _____
- ☐ Partial Complete Framework Process and Finish
- ☐ Custom Impression Tray
- ☐ Acrylic Stayplate
- ☐ Valpast Partial Denture Complete
- ☐ Reline
- ☐ Space Maintainer

*STANDARD UNLESS OTHERWISE SPECIFIED. **NOBEL BIOCARE ALL-CERAMIC ABUTMENTS ONLY.

KDA-002726

**Exhibit A**