Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF DR. GARY P. TOBIN IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Honorable David O. Carter |

I, Dr. Gary P. Tobin, hereby declare as follows:

I am a practicing dentist who has purchased dental restorations from Keating Dental Arts, Inc. ("Keating"). My dental office is located at 16055 Ventura Blvd., Suite 1035, Encino, CA 91436. I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1. I am licensed to practice dentistry in the state of California. I received an undergraduate degree from Queens College in New York in 1978. I received my Doctor of Dental Surgery (DDS) degree from New York University in 1981 and have been practicing dentistry for over 31 years. In 1986 I moved to California where I have been practicing since that time. It has been a regular part of my dental practice to treat patients in need of dental restorations.

2. To address my patients in need of dental restorations, it has been my practice to purchase crowns and bridges from dental laboratories that manufacture the restorations in response to my specifications. In this regard, I provide the dental laboratories with a prescription form that identifies the patient, the tooth (or teeth), and the specific dental restoration product that I would like manufactured for the patient.

3. Since my dental practice began in 1981, I have ordered dental restorations from a number of different dental laboratories. I have been ordering dental restorations from Keating since around August 2011.

4. I have ordered different types of dental restorations from Keating, including crowns with ceramic overlays and all-zirconia crowns.

5. The first time I ordered a zirconia crown from Keating was in August 2011 when I ordered a "KDZ Bruxer" crown.

6. I learned of Keating's KDZ Bruxer product by calling Keating's lab and asking if they sold an all zirconia crown.

7. I ordered Keating's KDZ Bruxer crown for one of my patients with

-1-

bruxism because I wanted a monolithic zirconia crown that would be stronger than a crown having a porcelain overlay.

8. In October 2012, I again ordered a KDZ Bruxer crown from Keating for tooth #3 for one of my patients. Attached as **Exhibit A** is a true and correct copy of the Keating Dental Arts prescription form that I submitted to Keating for this order.

9. In the order form attached as Exhibit A, I specified the product that I was ordering by having my lab assistant, under my direction, write "#3 – Bruxzir crown" in the "Instructions" section of the form. I had her write "Bruxzir" on the prescription form because to me that term meant an all zirconia crown for bruxers. I knew I was ordering the crown from Keating and I wanted to receive a crown made by Keating.

10. When I directed "Bruxzir" to be written on the prescription form, I did not intend to order a crown made by Glidewell Laboratories. Nor did I intend to order a crown made from material that came from Glidewell Laboratories. I did not think there was an affiliation between Keating and Glidewell Laboratories when I placed this order.

11. I have seen the term "bruxzir" used by various dental labs and in dental advertisements for the past few years to refer to all zirconia restorations for bruxers. Based on my experience, I do not associate that term exclusively with any one company.

12. I am aware of Glidewell Laboratories and have ordered from them in the past. I do not currently order from them. When I order dental restorations from non-Glidewell dental laboratories (such as Keating), I do not expect any part of the product I am ordering to come from Glidewell.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Executed November 5, 2012, in Encino, California.

_____
Dr. Gary P. Tobin

# EXHIBIT A

CONFIDENTIAL ATTORNEY'S EYES ONLY

KDA-001937

## Keating Dental Arts
*Creating smiles everyday*

16881 Hale Avenue, Irvine, CA, 92606
Email: shade@keatingdentalarts.com
800-433-9833
Fax 949-955-2199

Doctor's Account # __TOBG__   Phone # (818) 990-5240
Dr. __DR. GARY P. TOBIN__
Patient __REDACTED__
     LAST               FIRST
Date Due In Office __10/27/11__

**PLEASE SEND:**
☐ RX forms ☐ Boxes ☐ Mailing labels

**ENCLOSURES**
LAB USE ONLY
☐ Photo(s) ☐ Analog ☐ Models
☐ Implant parts ☑ Impression ☑ Bite
☐ Shade tab ☐ Other

### ℞ SPECIFIC INSTRUCTIONS
*Standard unless specified*

#3 - Bruxzir Crown
Shade A1

**PFM**
☐ Non-precious*
☐ Semi-precious
☐ White high noble
☐ Yellow high noble
☐ Captek™

**IMPLANTS**
CROWN
☐ PFM- Semi-precious*
☐ PFM- White high noble
☐ Full cast yellow semi-precious
☐ Captek™
☐ High noble 56
☐ KDZ Max
☐ KDZ Ultra
☐ IPS® e.max
ABUTMENT
Atlantis™
  ☐ Titanium* ☐ Gold-hue
  ☐ Zirconia
3i®
  ☐ Titanium ☐ Zirconia
  ☐ Gold anodized
☐ Custom UCLA

**FULL CAST**
☐ High Noble 56-Type III
☐ Gold inlay/onlay-Type II (JRVT)
☐ White High Noble
☐ White semi-precious
☐ Yellow semi-precious

**METAL-FREE RESTORATIONS**
*KDZ Family (CAD/CAM)*
☐ KDZ Bruxer
☐ KDZ Max
☐ KDZ Ultra*
☐ Procera®
*Pressables*
☐ IPS® Empress Esthetic
  ☐ Stained & glazed only*
  ☐ Cut-back & layered
  *Stump shade required*
☐ IPS® e.max
  ☐ Stained & glazed only*
  ☐ Cut-back & layered
  *Stump shade required*
*Veneers*
☐ KDA Foil Veneers
  (Stacked feldspathic porcelain)
☐ IPS® Empress Esthetic*
☐ IPS® e.max
  *Stump shade required*

**KDA TEMPS**
☐ Diagnostic wax-up
Abutments #s: _____
Pontics #s: _____
☐ Wire* ☐ Cast metal frame
☐ Splinted ☐ Individual

**APPLIANCES**
☐ Night Guard - Astron CLEARsplint™
☐ Night Guard - Hard Thermoformed
☐ Bleaching Tray
  ☐ Foam liner
  ☐ Reservoir
☐ Clear Pro-Guard
☐ Night Guard - Hard Hand Waxed
☐ Night Guard - Soft
☐ Ultra Guard (hard/soft)
☐ 1.0 mil Clear Ortho Retainer

Signature: _____   License #: _____

TERMS: Customer agrees to company policy as stated on reverse.

Age: _____ Sex: _____
☐ Dr. to die trim ☐ Metal try-in
☐ Finish to porcelain
*Please indicate the distribution of hues and the types of characteristics desired:*

**SHADE INSTRUCTIONS**
Vita-Lumin: __A1__
Noritake: _____
Vita-3D: _____
Stump shade: _____

**BUCCAL COLLAR DESIGN**
☐ Hairline or ____ mm buccal
☐ Porcelain junction margin*
☐ Porcelain butt margin
  (90° shoulder required)

**METAL DESIGN**
☐ All porcelain coverage
☐ Metal coping with porcelain coverage*
☐ Metal occlusal excluding buccal CUSP
☐ Metal occlusal including buccal CUSP

**PONTIC DESIGN**
☐ Modified ridge lap*
☐ Full ridge lap
☐ Sanitary
☐ Bullet
☐ Ovate

**IF NO OCCLUSAL CLEARANCE**
☐ Metal occlusion
☐ Reduction coping
☐ Spot opposing
☐ Make permanent note

**OCCLUSAL STAINING**
☐ None ☐ Light*
☐ Medium ☐ Dark

**REMOVABLES**
☐ KDA Denture
☐ KDA Premium Denture
☐ KDA Ultra Premium Denture
☐ Locator retained
☐ Bar retained
  (Titanium bar)
☐ Screw retained hybrid
  (Titanium bar)

☐ TCS®/Valplast® Partial Complete
☐ TCS®/Bego
☐ Valplast®/Bego
☐ Cast chrome
☐ Acrylic stayplate
☐ Delineator™

☐ Lab select complete design
☐ Frame try-in
☐ Frame w/occlus. rim
☐ Frame w/set-up try-in
☐ Finish

**ANTERIOR DESIGN**
☐ ¼ Metal lingual
☐ ½ Metal lingual
☐ ¾ Metal lingual

**Exhibit A**