Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF JEFFREY L. VAN HOOSEAR IN SUPPORT OF KEATING DENTAL ARTS, INC.'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Location: Courtroom 9D<br><br>Honorable David O. Carter |
|---|---|

I, Jeffrey L. Van Hoosear, hereby declare as follows:

I am a partner in the law firm of Knobbe, Martens, Olson & Bear, LLP and am counsel of record for Defendant Keating Dental Arts, Inc. ("Keating"). I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently to them.

1. Exhibit V-1 is an assemblage of true and correct copies of video clips from the videotaped deposition of Jim Shuck, taken in this matter on September 25, 2012. *The transcript of Mr. Shuck's deposition contains information that James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") has designated as Attorneys Eyes Only.*

2. Exhibit V-2 is an assemblage of true and correct copies of video clips from the videotaped deposition of Michael DiTolla, taken in this matter on October 2, 2012.

3. Exhibit V-3 is an assemblage of true and correct copies of video clips from the videotaped deposition of Robin Carden, taken in this matter on October 4, 2012. *This transcript of Mr. Carden's deposition contains information that Glidewell has designated as Attorneys Eyes Only.*

4. Exhibit V-4 is an assemblage of true and correct copies of video clips from a DVD entitled, "BruxZir Solid Zirconia – Compendium Edition," produced by Glidewell in this matter on August 21, 2012.

5. Exhibit V-5 is a true and correct copy of the complete version of the DVD entitled, "BruxZir Solid Zirconia – Compendium Edition," produced by Glidewell in this matter on August 21, 2012.

6. Exhibits V-1 and V-3 are submitted under seal with Keating's Application to File Under Seal Exhibits 50-64 to the Declaration of Rustin Mangum and Exhibits V-1 and V-3 to the Declaration of Jeffrey Van Hoosear in Support of Keating's Motions for Summary Judgment of Noninfringement and Cancelling Glidewell's Trademark Registration.

7. Exhibits V-2, V-4, and V-5 are attached to the Notice of Lodging Exhibits V-2, V-4, and V-5 to the Declaration of Jeffrey Van Hoosear and Exhibits 136 and 137 to the Declaration of Dr. David W. Eggleston in Support of Keating's Motions for Summary Judgment.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed November 19, 2012, in Irvine, California.

*/s/ Jeffrey L. Van Hoosear*
Jeffrey L. Van Hoosear

14372059