Philip J. Graves (#153441) Greer N. Shaw (#197960)
pgraves@swlaw.com / gshaw@swlaw.com
Snell & Wilmer L.L.P.
350 South Grand Avenue, #2600, Two California Plaza
Los Angeles, California 90071
Tel: 213-929-2500/Fax: 213-929-2525
Attorneys for Plaintiff James R. Glidewell Dental
Ceramics, Inc. dba Glidewell Laboratories

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC.<br>PLAINTIFF(S)<br>v.<br>KEATING DENTAL ARTS, INC.<br>DEFENDANT(S). | CASE NUMBER:<br>SACV11-01309 DOC (ANx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**See Attached List of Documents.**

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☒ Other  See Attached List of Documents.

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated Jan. 30, 2012 [Docket 19]

☒ Manual Filing required ( *reason* ):
Confidential documents

November 26, 2012                     /s/ Deborah S. Mallgrave for
Date                                  Attorney Name
                                      Philip J. Graves
                                      Party Represented
                                      Attorneys for Plaintiff James R. Glidewell Dental
                                      Ceramics, Inc. dba Glidewell Laboratories

Note: File one Notice of Manual Filing in each case, each time you manually file document(s).

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

*List of Documents Manually Filed/Personally Served on November 26, 2012:*

1. *Ex Parte* Application to File Documents Under Seal
2. [Proposed] Order re *Ex Parte* Application to File Documents Under Seal
3. Declaration of Seepan Parseghian
4. Declaration of Keith Allred
5. James R. Glidewell Dental Ceramics, Inc.'s Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment Cancelling Glidewell's Trademark Registration;

6. James R. Glidewell Dental Ceramics, Inc.'s Statement of Genuine Disputes of Material Fact, and Statement of Additional Material Facts, in Response to Defendant Keating Dental Arts, Inc.'s Proposed Statement of Uncontroverted Facts in support of its Motion for Summary Judgment for Canceling Glidewell's Trademark Registration;

7. James R. Glidewell Dental Ceramics, Inc.'s Memorandum of Points and Authorities in Opposition to Defendant Keating Dental Arts, Inc.'s Motion for Summary Judgment of (1) No Infringement of Glidewell's Registered Trademark, (2) No Violation of Section 43(a) of The Lanham Act, and (3) No Unfair Competition under California Law;

8. James R. Glidewell Dental Ceramics, Inc.'s Statement of Genuine Disputes of Material Fact, and Statement of Additional Material Facts, in Response to Defendant Keating Dental Arts, Inc.'s Proposed Statement of Uncontroverted Facts in support of its Motion for Summary Judgment of (1) No Infringement of Glidewell's Registered Trademark, (2) No Violation of Section 43(a) of The

Lanham Act, and (3) No Unfair Competition under California Law; and

9.      The following exhibits attached to the Supplemental Appendix of Evidence in Support of Glidewell's Oppositions to Keating's Motions for Summary Judgment:

    Exhibit R:    Supplemental Declaration of Jim Shuck; and

    Exhibit T:    Supplemental Declaration of David Franklyn..

16199555.1

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the document described as **Notice of Manual Filing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated November 26, 2012

SNELL & WILMER L.L.P.

By: *s/Philip J. Graves*
    Philip J. Graves
    Greer N. Shaw

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    dba GLIDEWELL LABORATORIES

16139994.1