David G. Jankowski (SBN 205,634)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404/Fax: (949) 760-9502

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br><br> PLAINTIFF(S) <br><br> v. <br><br> KEATING DENTAL ARTS, INC. <br><br><br> DEFENDANT(S). | CASE NUMBER: <br><br> SACV11-01309-DOC(ANx) <br><hr> **NOTICE OF MANUAL FILING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing,

and will therefore be manually filed (**LIST DOCUMENTS**):

1) Application to file under seal Ex. A to the Decl. of Donich, Decl. of Brandon, and Statement of Genuine Disputes of Material Fact in Support of Keating's Opps. to Glidewell's Mtns for Partial Summary Judgment; 2) Proposed Order Thereon, 3) Ex. A to Donich Decl., 4) Decl. of Brandon, and 5) Statement of Genuine Disputes

**Document Description:**

☐ Administrative Record

☑ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☑ Other  Application to File Under Seal, Declaration and Statement of Genuine Disputes of Material Fact

**Reason:**

☑ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☐ Per Court order dated _____

☑ Manual Filing required ( *reason* ):
Per Local Rule 79-5.

| | |
|---|---|
| November 26, 2012 | /s/ David G. Jankowski |
| Date | Attorney Name |
| | Keating Dental Arts, Inc. |
| | Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*