SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. | Case No. SACV11-01309-DOC(ANx) <br><br> **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT AND STATEMENT OF ADDITIONAL MATERIAL FACTS IN RESPONSE TO DEFENDANT KEATING DENTAL ARTS, INC.'S PROPOSED STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF (1) NO INFRINGEMENT OF GLIDEWELL'S REGISTERED TRADEMARK, (2) NO VIOLATION OF SECTION 43(a) OF THE LANHAM ACT, AND (3) NO UNFAIR COMPETITION UNDER CALIFORNIA LAW** |
| AND RELATED COUNTERCLAIMS. | Hearing <br><br> Date:  December 17, 2012 <br> Time:  8:30 a.m. <br> Ctrm:  9D, Hon. David O. Carter <br><br> Pre-Trial Conf.:  January 28, 2013 <br> Jury Trial:  February 26, 2013 |

## HIGHLY CONFIDENTIAL - FILED UNDER SEAL

## (PURSUANT TO PROTECTIVE ORDER DATED JANUARY 30, 2012)

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

*Snell & Wilmer*
*L.L.P.*
*LAW OFFICES*
*350 South Grand Avenue, Suite 2600, Two California Plaza*
*Los Angeles, California 90071*
*(213) 929-2500*

Pursuant to Local Rule 56-2, Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories ("Glidewell") submits this Statement of Genuine Disputes and Statement of Additional Material Facts in Response to Defendant Keating Dental Arts, Inc.'s ("Keating") Statement of Uncontroverted Facts and Conclusions of Law in support of its Motion for Summary Judgment of Noninfringement.

Glidewell relies herein on the evidence submitted in support of its Motion for Partial Summary Judgment Re Infringement of a Federally Registered Mark (First Cause of Action) and Dismissal of Defendant's Second Affirmative Defense and First Counterclaim [Dkt # 81-1] and Motion for Partial Summary Judgment as to Keating Dental Arts, Inc.'s Invalidity Defense and Counterclaim [Dkt #82-1] ("Glidewell's Motions"), with Glidewell's Appendix of Evidence in Support of Motions for Summary Judgment [Dkt.# 90] as well as additional evidence submitted herewith.  Exhibits are numbered sequentially to those submitted with Glidewell's Motions.

## GLIDEWELL'S STATEMENT OF GENUINE DISPUTES

| Proposed Uncontroverted Facts and Conclusions of Law | Plaintiff's Response |
|---|---|
| **A.   Dentists and Dental Restorations ("Crowns")** | |
| 1.  Crowns and bridges are dental restorations used by dentists to treat patients with damaged or missing teeth. (Eggleston Decl. ¶ 9). | Not disputed. |
| 2.  Dentists order crowns from "dental laboratories" that manufacture the crowns based on specifications provided | Not disputed. |

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS CASE NO. SACV11-01309 DOC (ANx)

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| by the dentist. (Eggleston Decl. ¶ 9; Belton Decl. ¶ 2; Brady Decl. ¶ 2; Campbell Decl. ¶ 2; Colleran Decl. ¶ 2; Jacquinot Decl. ¶ 2; Murphy Decl. ¶ 2; Myers Decl. ¶ 2; Nussear Decl. ¶ 2; Richardson Decl. ¶ 2; Scott Decl. ¶ 2; Stephens Decl. ¶ 2; Sweet Decl. ¶ 2; Tobin Decl. ¶ 2). | |
| 3.  Crowns and other dental restorations are regulated medical products, and dentists order them from dental laboratories by submitting a prescription form signed by the dentist. (Eggleston Decl. ¶ 9; See also Belton Decl. ¶ 2; Brady Decl. ¶ 2; Campbell Decl. ¶ 2; Colleran Decl. ¶ 2; Jacquinot Decl. ¶ 2; Murphy Decl. ¶ 2; Myers Decl. ¶ 2; Nussear Decl. ¶ 2; Richardson Decl. ¶ 2; Scott Decl. ¶ 2; Stephens Decl. ¶ 2; Sweet Decl. ¶ 2; Tobin Decl. ¶ 2). | Not disputed. |
| 4.  Finished crowns are not staple goods; they are personalized to the patient with custom-shaping and coloring to fit the needs of a particular tooth for a particular patient. (Eggleston Decl. ¶ 9). | Not disputed. |
| 5.  Dentists are highly educated and trained professionals in the business of | Not disputed. |

16195735

patient care. They are responsible for, among other things:

- 1) assessing whether a patient needs a crown;
- 2) assessing the type of crown that is best for the patient;
- 3) creating specifications for the crown personalized to the patient;
- 4) placing an order with a dental laboratory to have the personalized crown made;
- 5) ensuring the crown received from the laboratory is correct and high quality; and
- 6) and affixing crowns in the mouths of their patients.

(Eggleston Decl. ¶ 10-11; See also, Belton Decl. ¶ 2; Brady Decl. ¶ 2; Campbell Decl. ¶ 2; Colleran Decl. ¶ 2; Jacquinot Decl. ¶ 2; Murphy Decl. ¶ 2; Myers Decl. ¶ 2; Nussear Decl. ¶ 2; Richardson Decl. ¶ 2; Scott Decl. ¶ 2; Stephens Decl. ¶ 2; Sweet Decl. ¶ 2; Tobin Decl. ¶ 2).

| | |
|---|---|
| 6. Dentists strive to provide excellent patient care, and in this regard they are careful in choosing the dental laboratories with whom they work. | Disputed. The statement refers to dentists generally but Dr. Eggelston only stated that he is careful in choosing the dental laboratories with whom he |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| (Eggleston Decl. ¶ 12). | works.  [Dkt. #93 (Eggleston Decl., ¶ 12).]  In fact, many dentists regard Glidewell's BruxZir brand crowns and Keating's KDZ Bruxer crowns as interchangeable because they have similar features and are generally indicated for the same uses.  [Dkt. #90-1 (DiTolla Decl., Ex. I, ¶ 21).] |

**B.    Dental Laboratories**

| | |
|---|---|
| 7.  There are over 2,000 dental laboratories in the U.S. servicing the needs of dentists. (Jankowski Decl., Ex. 5 (Bartolo Dep. Tr.), at 17:7 – 18:2). | Disputed based on evidentiary objections.  See objections to Ex. 5, contained in Glidewell's Evidentiary Objections. |
| 8.  Plaintiff Glidewell, founded in 1970, is the largest dental laboratory in the U.S. In 2002, Shaun Keating founded Defendant Keating Dental Arts. (Jankowski Decl., Ex. 6 (Allred Dep. Tr.), at 51). | Disputed based on evidentiary objections.  See objections to Ex. 6, contained in Glidewell's Evidentiary Objections. |
| 9.  Prior to founding his company, Mr. Keating worked for 18 years at Glidewell. (Keating Decl. ¶ 2). | Not disputed. |
| 10.    For decades dental labs primarily manufactured crowns made entirely or partially of porcelain, a material that gives a tooth-like appearance. (Jankowski Decl., Ex. 4 (DiTolla Dep. Tr.), at 34:22 – 42:22; Eggleston Decl. | Disputed based on evidentiary objections.  See objections to Ex. 4, contained in Glidewell's Evidentiary Objections. |

16195735

| | |
|---|---|
| ¶ 14). | |
| 11.     Dental labs have developed layered combinations of materials, to create stronger crowns that look tooth-like. (Jankowski Decl., Ex. 4 (DiTolla Dep. Tr.), at 34:22 – 42:22; Eggleston Decl. ¶ 15). | Disputed based on evidentiary objections.   See objections to Ex. 4, contained in Glidewell's Evidentiary Objections. |
| 12.     An example of a layered crown developed years ago is a porcelain-fused-to-metal ("PFM") crown, which includes a top porcelain layer—visible in the mouth for aesthetics—atop a lower hidden metal layer for strength. (Eggleston Decl. ¶ 15; Jankowski Decl., Ex. 4 (DiTolla Dep. Tr.), at 35:15-22; Mangum Decl., Ex. 50 (Shuck Dep. Tr.), at 235:3-10). | Disputed based on evidentiary objections.  See objections to Exs. 4 and 50 contained in Glidewell's Evidentiary Objections. |
| **C.     Bruxing Patients and the Development of Zirconia Crowns** | |
| 13.     With regard to dental restorations, a particularly challenging group of patients for dentists are "bruxers," patients who subconsciously grind their teeth. (Mangum Decl., Ex. 50 (Shuck Dep. Tr.), at 33:13 – 34:17; Jankowski Decl., Ex. 4 (DiTolla Dep. Tr.), at 80:10 – 81:10; Eggleston Decl. ¶ 16-17). | Disputed based on evidentiary objections.  See objections to Exs. 4 and 50 contained in Glidewell's Evidentiary Objections. |
| 14.     Bruxers are well known for breaking traditional porcelain crowns | Disputed based on evidentiary objections.  See objections to Exs. 4 and |

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | |
|---|---|
| due to the excessive forces they place on their teeth. (Mangum Decl., Ex. 50 (Shuck Dep. Tr.), at 33:13 – 34:17; Jankowski Decl., Ex. 4 (DiTolla Dep. Tr.), at 80:10 – 81:10; Eggleston Decl. ¶ 17). | 50 contained in Glidewell's Evidentiary Objections. |
| 15.    Bruxers who have previously broken porcelain crowns have often had those broken crowns replaced by gold crowns, which are strong and nearly unbreakable. (Mangum Decl., Ex. 50 (Shuck Dep. Tr.), at 33:13 – 34:17; Jankowski Decl., Ex. 4 (DiTolla Dep. Tr.), at 41:11 – 42:9, 80:10 – 81:10; Eggleston Decl. ¶ 14, 17; Mangum Decl., Ex. 52 (Friebauer Dep. Tr.), at 63:21 – 64:20). | Disputed    based    on    evidentiary objections.  See objections to Exs. 4 and 52 contained in Glidewell's Evidentiary Objections. |
| 16.    Despite their excellent functional qualities, gold crowns are typically unpopular with patients because they do not look like natural teeth. (Jankowski Decl., Ex. 4 (DiTolla Dep. Tr.), at 42:5-16, 52:4-8, 53:4-7, 112:14- 19, 170:1-13); (Mangum Decl., Ex. 52 (Friebauer Dep. Tr.), at 64:3-12). | Disputed    based    on    evidentiary objections.  See objections to Exs. 4 and 52 contained in Glidewell's Evidentiary Objections. |
| 17.    Zirconia is an extremely strong material that dental labs began using as a substitute for the metal lower layer in | Disputed    based    on    evidentiary objections.  See objections to Ex. 52 contained  in  Glidewell's  Evidentiary |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 3600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | | |
|---|---|---|
| 1 | PFM crowns. (Mangum Decl., Ex. 52 | Objections. |
| 2 | (Friebauer Depo. Tr.), at 50:11-52:6). | |
| 3 | 18.    Although Zirconia is | Disputed    based    on    evidentiary |
| 4 | approximately white, it does not have | objections.    See objections to Ex. 4 |
| 5 | the appropriate reflective properties to | contained   in   Glidewell's   Evidentiary |
| 6 | appear tooth-like, so it is not as aesthetic | Objections. |
| 7 | as porcelain. (Jankowski Decl., Ex. 4 | |
| 8 | (DiTolla Dep. Tr.) at 35:15-36:2; 61:7- | |
| 9 | 13). | |
| 10 | **1.    Keating's "KDZ Zirconia" Crown (2006)** | |
| 11 | 19.    In 2006, Keating began selling a | Disputed    based    on    evidentiary |
| 12 | layered crown with a porcelain top layer | objections.    See objections to Ex. 54 |
| 13 | and a zirconia base, which it variously | contained   in   Glidewell's   Evidentiary |
| 14 | called "KDZ," "KDZ Zirconia," or | Objections. |
| 15 | "KDZ CAD/CAM Zirconia." (Keating | |
| 16 | Decl. ¶ 12; Keating Decl., Ex. A-E; | |
| 17 | Mangum Decl., Ex. 54 (Keating Dep. | |
| 18 | Tr.), at. 43:15 – 45:12). | |
| 19 | 20.    That year (three years before | Disputed in part.   Not disputed that |
| 20 | Glidewell came out with its later all- | Keating   Dental   Arts   was   named   the |
| 21 | zirconia crown under the "BruxZir" | "Best   Crown   and   Bridge   Laboratory" |
| 22 | name), Keating Dental Arts gained | from   Dental   Town   in   2006.   Disputed |
| 23 | national recognition as "Best Crown and | that this award gained Keating national |
| 24 | Bridge Laboratory" from Dental Town, | recognition as the cited evidence makes |
| 25 | a dental industry community. (Keating | no reference to national reach. |
| 26 | Decl. ¶ 6; Keating Decl., Ex. C). | |
| 27 | 21.    Below is an excerpt from a | Not disputed. |
| 28 | Keating brochure from that time. | |

16195735



(Keating Decl., Ex. C).

| | |
|---|---|
| 22.    Mr. Keating chose to call his new zirconia product "KDZ" as a reference to "Keating Dental Zirconia." (Keating Decl. ¶ 12; Mangum Decl., Ex. 53 (Brandon Dep. Tr.), 20:15-16; 26:21-27:4; 38:10-12). | Disputed based on evidentiary objections. See objections to Ex. 53 contained in Glidewell's Evidentiary Objections. |
| 23.    Keating has been selling its layered KDZ crown continuously from 2006 to the present. (Jankowski Decl., Exs. 46-49; Keating Decl. ¶ 12; Mangum Decl., Ex, 54 (Keating Dep. Tr.), at 40:22 – 45:12); Mangum Decl., Ex. 53 (Brandon Dep. Tr.), 20:4-7, 27:15 – 28:4; 26:21 – 27:4). | Disputed based on evidentiary objections. See objections to Exs. 53-54 contained in Glidewell's Evidentiary Objections. |
| 24.    Keating's layered KDZ crown has been, and remains, Keating's most popular crown made with zirconia. | Disputed based on evidentiary objections. See objections to Exs. 53-54 contained in Glidewell's Evidentiary |

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| (Keating Decl. ¶ 12; Mangum Decl., Ex, 54 (Keating Dep. Tr.), at 40:17-19, 41:7-9; Mangum Decl., Ex. 53 (Brandon Dep. Tr.), 96:14-17, 97:1-2). | Objections. |
| **2.   Glidewell's "BruxZir" Crown (2009)** | |
| 25.    In June 2009, Glidewell began offering for sale an all-zirconia crown under the name "BruxZir." (Mangum Decl., Ex. 50 (Shuck Dep. Tr.) at 15:21-16:3; 155:6-8.) | Disputed    based    on    evidentiary objections.   See objections to Ex. 50 contained in Glidewell's Evidentiary Objections. |
| 26.    Below is an excerpt from a Glidewell marketing document. | Not disputed. |
|  | |
| (Jankowski Decl., Ex. 10 at 1.) | |
| 27.    Glidewell's mark for the new crown, "BruxZir," was a composite of "Brux," with a capital B, and "Zir," with a capital Z. The "Zir" has an italicized font, and the "Z" partially obscures the "x" giving the impression that the "Zir" letters are in front of the word "Brux." (*Id.*) Glidewell's advertising consistently uses this stylized version of its mark. (Jankowski Decl., Exs. 7-11.) | Disputed in part.   Glidewell disputes that the placement of the "Z" and the "x" give the impression that the "Zir" letters are in front of the word "Brux," as Keating has proffered no evidence, such as a consumer survey, that supports the assertion that consumers in the relevant market have that impression. Glidewell further disputes that the BruxZir mark is a "composite."   TMEP |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| | §§1213.05, et seq. Not disputed that in the example offered by Keating, (i) Glidewell's mark for the new crown, "BruxZir," contains the letters "Brux," with a capital B, and "Zir," with a capital Z, and that (ii) the "Zir" has an italicized font, and the "Z" partially obscures the "x." |
| 28.    Glidewell markets its BruxZir all-zirconia crowns at industry tradeshows, on its internet website, in dental magazines, in brochures mailed to dentists, and through e-mail blasts sent to dentists. (Jankowski Decl., Exs. 7, 9-11; Mangum Decl., Ex. 50 (Shuck Dep. Tr.) at 55: 11-20; 57:6-12; 48:18-49:10; 173:5-22; 52:18-54:3; Eggleston Decl., Exs. 79-84.) | Disputed based on evidentiary objections. See objections to Exs. 50, 79-84 contained in Glidewell's Evidentiary Objections. |
| **3.    Keating's "KDZ Bruxer" Crown and the KDZ Family (2011)** | |
| 29.    In 2010, in response to requests from its dentist customers, Keating began selling a prototype all-zirconia crown as a substitute for a gold crown. (Mangum Decl., Ex. 54 (Keating Dep. Tr.) at 43:15-44:22.) | Disputed based on evidentiary objections. See objections to Ex. 54 contained in Glidewell's Evidentiary Objections. |
| 30.    Dentists began asking for all-zirconia crowns at least partly because the cost of gold had increased | Disputed based on evidentiary objections. See objections to Ex. 54 contained in Glidewell's Evidentiary |

16195735

| | |
|---|---|
| significantly in the recent years. (Mangum Decl., Ex. 54 (Keating Dep. Tr.) at 43:15-21; 46:10-47:13.) | Objections. |
| 31.   Glidewell and Keating each sent letters to their respective dentist/customers to promote all-zirconia crowns as a less expensive replacement for gold crowns. (Jankowski Decl., Ex. 12; Keating Decl., Ex. F.) | Not disputed. |
| 32.   In 2010 and early 2011, Keating did not advertise an all-zirconia crown, though it sold such crowns to its existing customers who requested them. (Mangum Decl., Ex. 53 (Brandon Dep. Tr.) at 63:8-64:12; Ex. 54 (Keating Dep. Tr.) at 44:12-22.) | Disputed   based   on   evidentiary objections.  See objections to Exs. 53-54 contained   in   Glidewell's   Evidentiary Objections. |
| 33.   Based on the perceived demand of its dentist customers for all-zirconia crowns, Keating decided to formally add an all-zirconia crown to its product offerings. (Mangum Decl., Ex. 54 (Keating Dep. Tr.) at 43:15-44:8; Keating Decl., Ex. F.) | Disputed   based   on   evidentiary objections.   See objections to Ex. 54 contained   in   Glidewell's   Evidentiary Objections. |
| 34.   For his new all-zirconia crown, Mr. Keating decided to keep using the "KDZ" prefix that he had been using continuously since 2006 with his | Disputed   based   on   evidentiary objections.   See objections to Ex. 54 contained   in   Glidewell's   Evidentiary Objections. |

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | |
|---|---|
| layered ceramic/zirconia product. (Mangum Decl., Ex. 54 (Keating Dep. Tr.) at 86:13-16; Keating Decl. ¶ 10.) | |
| 35. To avoid confusion with his new all-zirconia offering, Mr. Keating decided to rebrand his existing layered "KDZ Zirconia" crown as the "KDZ Ultra" crown. (Keating Decl. ¶ 12; Mangum Decl., Ex. 53 (Brandon Dep. Tr.) at 26:21-27:4.) | Disputed based on evidentiary objections. See objections to Ex. 53 contained in Glidewell's Evidentiary Objections. |
| 36. Keating further added another new product made with zirconia to its offerings, which Mr. Keating named the "KDZ Max." (Keating Decl., Ex. F.) | Not disputed. |
| 37. Because the new all-zirconia crown was specifically designed to replace gold crowns for bruxer patients, Mr. Keating wanted to call the new crown the "KDZ Bruxer." (Mangum Decl., Ex. 54 (Keating Dep. Tr.) at 83:11- 15). | Disputed. The evidence proffered by Keating does not support the fact for which it is offered, as it does not indicate why Mr. Keating chose to call Keating's monolithic zirconia crown "KDZ Bruxer." Further disputed because Keating's adoption and continued use of the KDZ Bruxer brand despite its knowledge of Glidewell's BruxZir mark supports a reasonable inference that Keating intended to confuse customers through its promotion of goods under that brand. *E. & J. Gallo Winery v. Gallo Cattle Co.,* |

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS CASE NO. SACV11-01309 DOC (ANx)

16195735

Snell & Wilmer

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1  967 F.2d 1280, 1293 (9th Cir.1992);

2  *Ugg Holdings, Inc. v. Severn*, 2005 U.S.

3  Dist. LEXIS 45783 at *27 (C.D. Cal.

4  Feb. 23, 2005).    Keating selected its

5  KDZ Bruxer mark in the winter or

6  spring of 2011.    By that time,

7  Glidewell's BruxZir mark was already

8  well known in the industry; Glidewell

9  had already spent about REDACTED

10  promoting its goods under the BruxZir

11  mark.    In connection with its brand

12  selection process, Keating, among other

13  things, (1) commissioned a trademark

14  search report, (2) performed an

15  "extensive review of dental journal

16  advertisements by other dental labs," (3)

17  conducted an "informal trademark

18  search for 'KDZ' and 'bruxer,'" and (4)

19  an "informal survey current Keating

20  clients in March/April 2011 . . . ."  At

21  least Robert Brandon, Keating's General

22  Manager of the Laboratory, reviewed

23  the search report during the brand

24  selection process.    Given that the

25  BruxZir mark was registered on the

26  Principal Register in January 2010, the

27  trademark search report undoubtedly

28  contained a reference to Glidewell's

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

BruxZir mark; no other inference is reasonable. Moreover, given the extensive advertising that Glidewell had already conducted under its BruxZir mark, including in numerous dental journals, from 2009 through early 2011, there is overwhelming evidence that Keating was either already aware of Glidewell's BruxZir mark, or became aware of it through the brand selection process, prior to selecting its KDZ Bruxer brand. Furthermore, Keating was informed of the Glidewell BruxZir mark by no later than August 9, 2011, and despite its knowledge of Glidewell's senior mark continued to promote its competing crowns and bridges under the KDZ Bruxer brand. [Dkt. #91-5 (Bartolo Dep. Tr., Ex. 5, at 155:11162:21; Dkt. #90-1 (Wong Decl., Ex. P, ¶ 9), Dkt. #90-30 (Ex 81, (no. 21))]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 12), Dkt. #90-30 (Ex. 84, (26:11-20 & 70:23-71:17; Exh. 514; 90:15-25; Exh. 519; 93:19-94:5 and Exh. 520))]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 13), Dkt. #90-30 (Ex. 85, (92:14-93:12; 104:24-106:10))]. Disputed based on

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | |
|---|---|
| | evidentiary objections.  See objections to Ex. 54 contained in Glidewell's Evidentiary Objections. |
| 38.   Mr. Keating explained: "We've had our dentists for years always saying, 'What can I use for my grinding patients, my bruxism patients?' And gold is through the roof right now. And every day I'm getting calls, 'What can I do for my bruxer patients? I can't afford the gold." (Mangum Decl., Ex. 54 (Keating Dep. Tr.) at 43:17-21.) | Disputed based on evidentiary objections.  See objections to Ex. 54 contained in Glidewell's Evidentiary Objections. |
| 39.   Mr. Keating sought the advice of counsel to ensure his use of the "KDZ Bruxer" name would not cause problems. (Mangum Decl., Ex. 54 (Keating Dep. Tr.) at 43:17-44:8; Keating Decl. ¶ 10.) | Disputed in part.  Not disputed that Mr. Keating sought advice of counsel in connection with the selection of the KDZ Bruxer name.  The evidence proffered by Keating does not support the statement that he did so "to ensure his use of the "KDZ Bruxer" name would not cause problems."  The evidence cited in Glidewell's response to Keating's SUF 37, incorporated herein by reference, supports a reasonable inference that Keating intended to confuse customers through its promotion of goods under the KDZ Bruxer brand.  Disputed based on evidentiary objections.  See objections |

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | |
|---|---|
| | to Ex. 54 contained in Glidewell's Evidentiary Objections. |
| 40.     A trademark search was performed by counsel and, after receiving the advice of his counsel, Mr. Keating proceeded to name the new crown the "KDZ Bruxer." (Keating Decl. ¶ 10; Mangum Decl., Ex. 54 (Keating Dep. Tr.) at 43:17-44:8.) | Not disputed that a trademark search was performed by counsel. Keating, however, has so far failed to produce such a trademark search report despite Glidewell's repeated requests that it do so. [Dkt. #90-1 (Wong Decl., Ex. P, ¶2); Dkt. #92-1 (Mangum Decl., Ex. 53 (Brandon Dep. Tr.) at 93:4-18).] Disputed based on evidentiary objections.  See objections to Ex. 54 contained in Glidewell's Evidentiary Objections. |
| 41.     On March 31, 2011 Keating sent a letter to all of its dentist/customers referencing the increase in the cost of gold and offering a KDZ family of products consisting of:<br>• KDZ Bruxer ("Solid Zirconia for bruxer & grinder patients")<br>• KDZ Ultra (a rebranding of the existing KDZ Zirconia product) and<br>• KDZ Max (a ceramic pressed onto a zirconia base) (Keating Decl. ¶ 9, Ex. F.) | Disputed in part.  When "KDZ Bruxer" was formally added, Keating did not have a "line of products," entitled a "KDZ family of products."   Rather, Keating characterized the addition of "KDZ Bruxer" as an "expansion of [Keating's] CAD/CAM family of products." (emphasis added).   [Dkt. #95-6 (Ex. F to Keating Decl.).] |
| 42.     In May 2011, Keating began | Disputed in part.   Keating's evidence |

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| marketing its new KDZ family using the following stylized marks, which it has been using continuously since: | does not support the statement that marketing of the "new KDZ family" began in May 2011. |

  

| | |
|---|---|
| (Keating Decl. ¶ 11.) | |
| 43.    The most prominent part of Keating's mark for its new crown is the prefix "KDZ." Following is a second word ("Bruxer," "Ultra," or "Max") in a smaller font, sometimes in all caps and sometimes lower case with a capital first letter. (*Id.*) | Disputed in part.  Not disputed that the "KDZ" prefix is bolded and in larger font then the second word ("Bruxer," "Ultra," or "Max") in each of Keating's cited three examples.   Disputed that Keating uses "Ultra" or "Max" with its "new crown," which presumably refers to a full contour zirconia crown. Disputed that the most prominent part of the KDZ Bruxer mark is "KDZ," because in addition to the examples submitted by Keating the company also presents the mark to consumers in a format in which "KDZ" and "Bruxer" are in the same font.  In the text of its advertisements the term is no more prominent than the "Bruxer" root of its mark.  [Dkt. #90-1 (DiTolla Decl., Ex. I, ¶ 15), Dkt. #90-24 (Ex. 76)]. |
| 44.    Keating presents its KDZ Bruxer | Disputed in part.  Not disputed that the |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | |
|---|---|
| 1 | product as originating from Keating Dental Arts, with no affiliation to Glidewell or any other dental laboratory. The advertisement that Glidewell attached as Exhibit B to the Complaint is typical: "Introducing the all-new KDZ Bruxer. The best full-contour zirconia solution available. ***Exclusively from Keating Dental Arts***." (Jankowski Decl., Ex. 45 (emphasis added).) | cited Keating KDZ Bruxer advertisement states that it is from Keating Dental Arts.   Disputed that Keating consistently presents its KDZ Bruxer product as originating from Keating Dental Arts, or that the cited KDZ Bruxer advertisement is typical. Furthermore, Keating produced other advertisements that did not indicate that KDZ Bruxer was exclusively from Keating Dental Arts.   **[Dkt. #90-30 (Wong Decl. ¶ 11, Ex. 84 (KDA869)).]** |

45.      Keating markets its KDZ Bruxer all-zirconia crowns at industry tradeshows, on its internet website, in dental magazines, and in brochures mailed to dentists. (Jankowski Decl., Exs. 46, 47, 49; Keating Decl., Ex. D.)

Not disputed.

46.      Dentists interpret the "KDZ" in Keating's marks as a reference to "Keating Dental Zirconia." (Stephens Decl. ¶ 10; Campbell Decl. ¶ 6.)

Disputed.      Dr. Stephen and Dr. Campbell's declarations demonstrate only that those two dentists understood the "KDZ" in Keating's marks as a reference to Keating Dental Zirconia, but not that dentists generally do so. [Dkt. #107 (Stephens Decl., ¶ 10); Dkt. #99 (Campbell Decl., ¶ 6).]   In addition, Dr. Campbell's declaration reveals that he referring to a KDZ-branded crown

Snell & Wilmer
LAW OFFICES
350 South Grand Avenue, Suite 3600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| | made of porcelain fused to meal that he ordered in May 2009, not to a KDZ Bruxer crown. Keating has proffered no evidence that any dentists other than Drs. Stephen and Campbell have ever interpreted the KDZ as a reference to "Keating Dental Zirconia." Disputed based on evidentiary objections. See objections Declaration of Dr. Scott Stephens contained in Glidewell's Evidentiary Objections. |

**D.   Glidewell's "BruxZir" Mark Is Weak At Best**

**1.   "BruxZir" Is Generic Or At Least Highly Descriptive**

| | |
|---|---|
| 47.   Glidewell named its all-zirconia crown "BruxZir" because it is a zirconia crown for bruxers. (Jankowski Decl., Ex. 3 at 6; Ex. 4 (DiTolla Dep. Tr.) at 85:15-87:5; Ex. 5 (Bartolo Dep. Tr.) at 71:19-72:5; Ex. 18; Mangum Decl., Ex. 50 (Shuck Dep. Tr.) at 41:1-13; Ex. 52 (Friebauer Dep. Tr.) at 72:1- 4.) | Disputed.   The name was chosen in large part because it suggested the primary characteristics of the product: that it was sufficiently strong and durable to be used in a variety of applications, including treating patients with bruxism ("Brux"), and that the material from which the crown was fashioned is zirconia ("Zir"). [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 9); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 17); Dkt. #90-1 (Franklyn Decl., ¶ 42); Dkt. 90-1 (Declaration of Rudy Ramirez, Exhibit H to the Appendix of Evidence ("Ramirez Decl.") ¶ 4); Supplemental |

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| 1 | Declaration of Dr. Ronald Goldstein, |
| 2 | Ex. X to the Appendix of Evidence, ¶ |
| 3 | 3.]   Disputed based on evidentiary |
| 4 | objections.  See objections to Exs. 4, 5, |
| 5 | 50, 52 contained in Glidewell's |
| 6 | Evidentiary Objections. |
| 7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18 | 48.   Since 2009, Glidewell has marketed its all-zirconia crown at dentists and dental labs for use with bruxer patients. (Mangum Decl., Ex. 50 (Shuck Dep. Tr.) at 87:18-88:7; 176:19-178:22; Jankowski Decl., Ex. 7 at 2, 9, 20; Ex. 8 at 1-9; Ex. 9 at 2; Ex. 10 at 3, 12, 23, 26; Ex. 11 at 1, 3, 5-6; Ex. 12; Ex. 13; Ex. 14 at 5, 17, 19; Ex. 15 at 5; Ex. 16 at 3; Eggleston Decl., Exs. 79-84.) | Disputed.  In addition to marketing BruxZir brand crowns for use with bruxer patients, Glidewell has also marketed the BruxZir brand crowns as "More brawn and improving beauty," with no mention of treating bruxism. [Dkt. #90-1 (Shuck Decl., Ex. G to Glidewell's Appendix of Evidence) Dkt # 90 at 19.]  Disputed based on evidentiary objections.  See objections to Exs. 15, 16, 50, 79-84 contained in Glidewell's Evidentiary Objections. |
| 19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 49.   The name BruxZir is phonetically equivalent to "bruxer," the term for a person with bruxism. (Eggleston Decl., Ex. 65 at 14-16; Van Hoosear Decl., Exs. V-1 through V-4; Stephens Decl., ¶ 12; Scott Decl., ¶ 11; Colleran Decl., ¶ 12; Jacquinot Decl., ¶ 11; Nussear Decl., ¶ 11; Jankowski, Ex. 6 (Allred Dep. Tr.) at 220:5-12; 229:5-8; Ex. 24 at 5; Ex. 25 at 1; Ex. 30 at 4; Frattura | Disputed.  Keating's evidence does not support this alleged statement of fact.  First, in Dkt. #93-1 (Eggleston Decl., Ex. 65, at 16), Dr. Eggleston does not even discuss Dr. DiTolla or his videos.  Rather, Dkt. #93-1 (Eggleston Decl., Ex. 65, at 16) primarily focuses on Dr. Eggleston's opinion on the subject matter of "Dentists and other professionals in the dental profession |

16195735

Decl., ¶ 15.)

refer to an all zirconia crown as a "bruxer crown" or alternatively a 'bruxzir crown.'" Second, in Dkt. #110 (Van Hoosear Decl., Ex. V-4), there were <u>no</u> instances of Dr. DiTolla's pronunciation of the term "bruxer." Rather, in Dkt. #110 (Van Hoosear Decl., Ex. V-4), Dr. DiTolla only pronounces the term "BruxZir" throughout this video. Disputed based on evidentiary objections. See objections to Exs. V-4, 6, and Stephens Decl., ¶ 12; Scott Decl., ¶ 11; Colleran Decl., ¶ 12; Jacquinot Decl., ¶ 11; Nussear Decl., ¶ 11 contained in Glidewell's Evidentiary Objections.

## 2.     The Widespread Use of "Brux" and "Zir" In The Dental Industry

50.    In addition to Glidewell and Keating, many other companies have been using "Brux" to refer to dental products for use with bruxers and "Z" or "Zir" to refer to dental products associated with zirconia. (Eggleston Decl., Ex. 65 at 16-18; Ex. 66 at 3-7; Ex. 68 at 3-5.) Examples include:

- Arthtek Bruxing Splint (Eggleston Decl., Ex. 121)
- GPS BruxArt (Eggleston Decl.,

Disputed. Keating has failed to proffer any admissible evidence in support of this purported fact, for at least the following reasons: (1) all of the exhibits submitted in support of the referenced "uses" constitute print-outs of webpages that are not authenticated and are therefore not admissible, *Orr v. Bank of Am.*, 285 F.3d 764, 773-79 (9th Cir. 2002); *In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 769, 782-83

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Ex. 114)

- BruxChecker (Eggleston Decl., Ex. 122)

- Brux-eze (Eggleston Decl., Ex. 124)

- BruxCare (Eggleston Decl., Ex. 125)

- Bruxguard (Eggleston Decl., Ex. 126)

- Dr. Brux (Eggleston Decl., Ex. 123)

- ZirCAD (zirconia blocks) (Eggleston Decl., Ex. 129)

- ZirColor (coloring product for zirconia) (Eggleston Decl., Ex. 135)

- ZirPress (for ceramic ingots) (Eggleston Decl., Ex. 130)

- ZirLiner (zirconia bonding material) (Eggleston Decl., Ex. 131)

- Zir-Cut (zirconia polisher) (Eggleston Decl., Ex. 127)

- ZirBlock (dental products) (Eggleston Decl., Ex. 128)

- Zirprime (pre-sintered zirconia) (Eggleston Decl., Ex. 132)

- Zir.Care (multipurpose stone)

(C.D. Cal. 2004); Fed. R. Evid. 901, (2) all of the webpages constitute inadmissible hearsay, as they are offered for the truth of the matter asserted, Fed. R. Evid. 802; and (3) any other reason identified in Glidewell's Objections to Keating's Evidence, all of which are incorporated herein by reference.

Disputed that "many" other companies have been using "Brux" to refer to dental products for use with bruxers and "Z" or "Zir" to refer to dental products associated with zirconia, as Keating's cited web-site printouts in SUF 50 identify only 16 such companies. [Franklyn Supp. Decl., Ex. T, ¶¶ 39-42.] There are just as many labs that do not use "Brux" or "Zir" to market their zirconia crowns:

- LUNA Translucent Zirconia Crowns (Mallgrave Decl., Ex. 98)

- BIOCAD Solid Zirconia (Mallgrave Decl., Ex. 99)

- ORIGIN® FC Zirconia (Mallgrave Decl., Ex. 100)

- LAVA™ Zirconia (Mallgrave Decl., Ex. 101)

16195735

| | |
|---|---|
| (Eggleston Decl., Ex. 133) | • Nautilus Full-Contour (Mallgrave Decl., Ex. 102) |
| • ZiReal (Zr dental posts) | • Full Zirconia Crowns (Mallgrave Decl., Ex. 103) |
| (Eggleston Decl., Ex. 134) | Still other labs that market zirconia crowns with a Z, but their names are clearly different from BruxZir: |
| | • Z Crown™ Solid (Mallgrave Decl., Ex. 104) |
| | • ADT FZ (Mallgrave Decl., Ex. 105) |
| | • Z-Crown (Mallgrave Decl., Ex. 106) |
| | • NuSmile ZR Zirconia (Mallgrave Decl., Ex. 107) |
| | • 360Zr (Mallgrave Decl., Ex. 108) |
| | • CAP FZ (Mallgrave Decl., Ex. 109) |
| | • TLZ Zirconia (Mallgrave Decl., Ex. 110) |
| | Disputed based on evidentiary objections. See objections to Ex. 66 contained in Glidewell's Evidentiary Objections. |
| **3.    All-Zirconia Crowns Offered By Other Dental Laboratories** | |
| 51.    In addition to Glidewell and Keating, many other dental laboratories | Disputed.  Keating has failed to proffer any admissible evidence in support of |

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

have been offering all-zirconia crowns under a variety of names, including names with "Brux," "Zir," or variations thereon. (Eggleston Decl., Ex. 66 at 3-7; Ex. 68 at 3-5.) Examples include:

- Advanced Dental Lab — BruxZir (Jankowski Decl., Ex. 31.)
- Assured Dental Lab — Z-Brux (Jankowski Decl., Ex. 28.)
- Authentic Dental Lab — Brux (Jankowski Decl., Ex. 27.)
- Barth Dental Lab — "Z-Brux" (Jankowski Decl., Exs. 34 & 37.)
- Burbank Dental — "Zir-Max" (Eggleston Decl., Ex. 99.)
- California Dental Arts — "ZirFit" (Eggleston Decl., Ex. 103.)
- CDLLab – ZerisBRUX (Eggleston Decl., Ex. 109.)
- China Dental Outsourcing — "Bruxer All Zirconia" (Jankowski Decl., Ex. 29.)
- China Dental Outsourcing — All Zirconia for Bruxers (Jankowski Decl., Ex. 39.)
- Continental Dental — "Full Zirconia for Bruxing Patients" (Eggleston Decl., Ex. 112.)

this purported fact, for at least the following reasons: (1) all of the exhibits submitted in support of the referenced "uses" constitute print-outs of webpages and third party prescription forms that are not authenticated and are therefore not admissible, *Orr v. Bank of Am.*, 285 F.3d 764, 773-79 (9th Cir. 2002); *In re Homestore.com, Inc. Sec. Litig.*, 347 F. Supp. 2d 769, 782-83 (C.D. Cal. 2004); Fed. R. Evid. 901, (2) all of the webpages and prescription forms constitute inadmissible hearsay, as they are offered for the truth of the matter asserted, Fed. R. Evid. 802; and (3) any other reason identified in Glidewell's Objections to Keating's Evidence, all of which are incorporated herein by reference.   Disputed that the 29 examples of dental laboratories purportedly offering all-zirconia crowns under particular brands constitute "many" such examples. [Franklyn Supp. Decl., Ex. T, ¶¶ 39-42.]

Disputed that the following dental laboratories continue to offer products under the brands referenced in SUF 51:

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- Cosmetic Dentistry of SA — "Bruxer Crown" (Eggleston Decl., Ex. 119.)
- Dani Dental — "Full Zirconia (Bruxer)" (Jankowski Decl., Ex. 43.)
- Diadem Precision Technology — "Diazir" (Eggleston Decl., Ex. 101.)
- Drake Dental — "Zir-Cast" (Eggleston Decl., Ex. 96.)
- Expertec — "Full-Z" (Eggleston Decl., Ex. 93.)
- Fusion Dental Lab — "Full Solid Bruxer Zirconia" (Jankowski Decl., Ex. 24.)
- GPS Dental Lab — "GPS BruxArt" (Eggleston Decl., Ex. 114.)
- Infinity Dental Lab — Bruxer Crowns (Eggleston Decl., Ex. 108.)
- Kastle Mills — "ZirCrown" (Eggleston Decl., Ex. 100.)
- Mascola Esthetics — "Xtreme Bruxer (Eggleston Decl., Ex. 110.)
- Pittman Dental — "ZirCAM"

- Assured Dental Lab — Z-Brux
- Authentic Dental Lab-Brux
- China Dental Outsourcing — "Bruxer All Zirconia"
- Continental Dental — "Full Zirconia for Bruxing Patients"
- Pittman Dental — Bruxer Crown
- Somer Dental Labs — "Full Contour Zir"
- Trachsel Dental — "All Zirconia Bruxer"
- York Dental Lab — "Bruxer" [Supplemental Declaration of David Franklyn, Exhibit T to the Appendix of Evidence filed concurrently herewith, ¶¶ 43-54, Exs. 89-96]; [Supplemental Declaration of Dr. Richard Goldstein, Exhibit X to the Appendix of Evidence, ¶ 11.]

Disputed that China Dental Outsourcing ("All Zirconia for Bruxers") and Continental Dental ("Full Zirconia for Bruxing Patients") have been offering product under the referenced names, as these companies do not appear to use these phrases to denote a particular

16195735

| | |
|---|---|
| (Eggleston Decl., Ex. 106.) | source of goods. |
| • Pittman Dental — Bruxer Crown (Eggleston Decl., Ex. 120.) | Disputed that Cosmetic Dentistry of SA (which appears to be a dental office rather than a dental laboratory), Infinity Dental Lab, and Pittman Dental have been offering product under the referenced names "'Bruxer' crown" or "Bruxer crowns," as it is not clear from Keating's evidence that these terms are used to denote a source of goods. |
| • Somer Dental Labs — "Full Contour Zir" (Eggleston Decl., Ex. 104.) | |
| • Summers Dental Lab — "BruxThetix" (Eggleston Decl., Ex. 113.) | |
| • Sun Dental Labs — "Suntech Full Zirconia" (Eggleston Decl., Ex. 94.) | |
| • Technics Dental Lab — "Tech/ZIR FC" (Eggleston Decl., Ex. 105.) | Disputed that Dani Dental has been offering product under the referenced name, as Keating's evidence consists of a preprinted prescription form that includes a box next to the term "Full Zirconia (Bruxer);" therefore this evidence is deficient for at least the reasons that (i) it is not probative concerning whether or how this company markets or offers any of its goods to dentists, and (ii) it is unclear from this form whether these words are used to denote a source of goods sold under the mark rather than merely descriptively to refer to a full zirconia crown that could be used for a patient |
| • Trachsel Dental — "All Zirconia Bruxer" (Jankowski Decl., Ex. 42.) | |
| • York Dental Lab — "Bruxer" (Eggleston Decl., Ex. 111.) | |
| • Zahn Dental — "Zirlux" (Eggleston Decl., Ex. 102.) | |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

with bruxism.

Disputed that Mascola Esthetics and Trachsel Dental Studio have been offering product under the referenced names. Keating's evidence consists of preprinted prescription forms that are not probative concerning whether or how these companies market or offer any of their goods to dentists.

Disputed that Zahn Dental has been offering product under the referenced name. Keating's evidence consists of an advertisement for a Zirlux lecture and demonstration, not for the product itself.

Disputed that Summers Dental Lab has been offering product under the referenced name. Keating's evidence consists of an advertisement for Drake Precision Zir-Cast BruxZir, with no mention of Summers Dental Lab.

Disputed that Somer Dental Labs has been offering product under the referenced name. Keating's evidence consists of what appears to be a post on

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS CASE NO. SACV11-01309 DOC (ANx)

16195735

its website, and it is not clear that the product was offered for sale.

Disputed that GPS Dental Lab has been offering product under the referenced name. Keating's evidence consists of what appears to be a screen shot of a website, but it does not indicate the name of the lab on the page.

"Z-Brux" (Assured Dental Lab), "Brux" (Authentic Dental), "Bruxer All Zirconia" (China Dental Outsourcing), "Full Solid Bruxer Zirconia" (Fusion Dental Lab), "Bruxer Crown" (Pittman Dental), "Full Contour Zir" (Somer Dental Labs) were discontinued after the dental labs that used those names received cease and desist letters from Glidewell's General Counsel. [Supplemental Declaration of Keith Allred, Exhibit W to the Appendix of Evidence, ¶ 6.]

"Full Zirconia for Bruxing Patients" (Continental Dental), "All Zirconia Bruxer" (Trachsel Dental) and "Bruxer" (York Dental Lab) – have been

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

discontinued, and in any event all of these labs are or shortly will be Glidewell-authorized laboratories. Continental Dental and Trachsel Dental are authorized labs that inadvertently used incorrect language in their marketing materials; Glidewell notified the labs of the incorrect use and they corrected it. [Supplemental Declaration of Jim Shuck, Exhibit R to the Appendix of Evidence, ¶ 14.] York Dental Lab is in the process of being authorized. [*Id.,* ¶ 15.]

**4.     Glidewell's "Authorized" Labs Sell "BruxZir" Crowns, Most of Which Do Not Identify Glidewell As An Affiliated Entity**

| | |
|---|---|
| 52.    Glidewell makes zirconia "blanks" (the raw material from which zirconia crowns may be made) which it sells to about 180 "authorized" dental laboratories for use by those laboratories in making their own all-zirconia crowns. (Mangum Decl., Ex. 50 (Shuck Depo. Tr.) at 45:11-46:18; Ex. 51 (Carden Depo. Tr.) at 85:5-86:6; 208:4-10) | Not disputed that Glidewell makes BruxZir zirconia blanks which it sells to about 180 authorized dental laboratories in the United States for use by those laboratories in making all-zirconia crowns. Disputed based on evidentiary objections. See objections to Exs. 50-51 contained in Glidewell's Evidentiary Objections. |
| 53.    Glidewell's "authorized" laboratories make and sell crowns using the "BruxZir" name, in the same manner as does Glidewell. (Mangum Decl., Ex. | Disputed in part. Not disputed that at least some of Glidewell's authorized laboratories make and sell crowns under the BruxZir name, in the same manner |

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

50 (Shuck Depo. Tr.) at 45:11-46:13; Ex. 51 (Carden Depo. Tr.) at 208:16-209:2; Eggleston Decl., Ex. 66 at 4-5; Exs. 136-137.)

as does Glidewell. Disputed that all authorized laboratories sell crowns using the BruxZir name. The evidence proffered by Keating does not support this statement: Shuck and Carden's cited deposition transcripts do not refer to authorized labs selling crowns under the BruxZir name, and Dr. Eggleston's referenced report notes that Glidewell's authorized labs commonly identify their zirconia restorations generically as "'Zirconia"*(see, e.g.,* Rx forms for Dentek Dental Laboratory; ROE Dental Laboratory; TLC Dental Laboratory; Womson-Polzin Dental Laboratory), 'Full Zirconia' (*see, e.g.,* Rx form for Ziemek Laboratories), 'Full Contour Zirconia' (*see, e.g.,* Rx forms for Iverson Dental Laboratories and Parkway Dental Lab), 'Full Crown,' 'Ceramics' (*see, e.g.,* Rx form for Great Southwest Dental Laboratory), 'All Ceramic' (*see, e.g.,* Rx forms for Eclipse Dental and Elegant Dental Laboratories), or 'Monolithic Zirconia' (*see, e.g.,* Rx forms for Las Vegas Dental Studio and Lord's Dental Studio). Some of these 'authorized'

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| | prescription forms refer to their all zirconia restorations as 'Bruxzir' (with a lower case z) *(see, e.g.,* Rx forms for Midtown Dental Laboratory and R-dent Dental Laboratory), or 'BRUXZIR' (all capital letters) *(see, e.g.,* Rx forms for Artistic Dental Lab; Continental Dental Laboratory; DentalLab.com)." Dkt. #93-2 (Eggleston Decl., Ex. 66, at 4-5). Disputed based on evidentiary objections. See objections to Exs. 50-51 contained in Glidewell's Evidentiary Objections. |
| 54.   Most of Glidewell's "authorized" laboratories have web sites promoting their "BruxZir" crowns, often with the same language used in Glidewell's marketing materials. (Eggleston Decl., Ex. 66 at 4-5; Exs. 136-137.) | Disputed. Evidentiary objection based on inadmissible third party websites. See objections to Exhs. 66, 136-137 contained in Glidewell's Evidentiary Objections. |
| 55.   The vast majority of Glidewell's "authorized" laboratories do not identify Glidewell as an affiliated entity. Instead, they typically promote the BruxZir crown as their own crown coming from their own dental laboratory. *(Id.)* | Disputed. Evidentiary objection based on inadmissible third party websites. See objections to Exhs. 66, 136-137 contained in Glidewell's Evidentiary Objections. |
| 56.   Glidewell does not monitor the use of the BruxZir mark by its "authorized" labs, and it does not | Disputed.  Glidewell does monitor the use of the BruxZir mark by Glidewell's authorized labs.   [Dkt. #91-6 (Allred |

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| 1 | require those labs to identify Glidewell |
| 2 | as an affiliated entity. (Jankowski Decl., |
| 3 | Ex. 5 (Bartolo Dep. Tr.) at 63:12-68:13; |
| 4 | 69:9-14; 178:11-180:10; Ex. 6 (Allred |
| 5 | Dep. Tr.) at 142:2-143:8; Mangum |
| 6 | Decl., Ex. 50 (Shuck Dep. Tr.) at 45:11- |
| 7 | 46:18.) |

Dep. Tr., Ex. 6, at 142:4-10); Supplemental Declaration of Robin Bartolo, Ex. V to the Appendix of Evidence, ¶¶ 4-21; Supplemental Declaration of Robin Carden, Exhibit U to the Appendix of Evidence, ¶¶ 2-13.] Keating's evidence does not show that Glidewell does not monitor the use of the BruxZir mark by its authorized labs, instead, Glidewell provides detailed instructions for authorized labs to follow, such as sintering cycle guidelines. [Dkt. #91-5 (Bartolo Dep. Tr., Ex. 5, at 65:17-22, 66:1-11).] Glidewell also gives technical bulletins to the authorized labs to convey specific guidelines. [Dkt. #91-5 (Bartolo Dep. Tr., Ex. 5, at 67:4-16).] Furthermore, Glidewell monitors the practices authorized labs are following to create the full-contour restorations. [Dkt. #92-1 (Carden Depo., Ex. 51, at 209:19-22).] Glidewell has an extensive certification process labs need to go through to become and authorized lab. Glidewell also asks labs to send samples back to Glidewell to make sure they are sintering correctly. [*Id.* 210-212.]

16195735

| | |
|---|---|
| | Glidewell personnel pay visits to the authorized lab facilities. [*Id.* 212:8-10.] In addition, the cited evidence does not demonstrate that Glidewell does not require those labs to identify Glidewell as an affiliated entity.  Glidewell sends email updates to Authorized Labs containing improvements to the manufacturing techniques used for the BruxZir brand crowns.  [Shuck Supp. Decl., Ex. R, ¶ 13.]  Disputed based on evidentiary objections.  See objections to Exs. 5, 6, 50 contained in Glidewell's Evidentiary Objections. |
| **5.    Dentists Use The Term "BruxZir" Generically** | |
| 57.    Up through May 2012, Keating had fulfilled over 5,000 prescription forms by supplying its dentist customers with the KDZ Bruxer product. (Mangum Decl., Ex. 53 (Brandon Dep. Tr.) at 60:13-17; 66:3-7; 68:6- 8; Ex. 55; Ex. 56 (native Excel spreadsheet from which Ex. 55 was created); Ex. 57; Ex. 58 (native Excel spreadsheet from which Ex. 57 was created); Ex. 63; Ex. 64 (native Excel spreadsheet from which Ex. 63 was created).) | Disputed based on evidentiary objections.  See objections to Exs. 53, 55, 56, 57, 58, 63, 64 contained in Glidewell's Evidentiary Objections. |
| 58.    Over that span, dentists (or their | Disputed.         REDACTED |

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

1      assistants) wrote the word "BruxZir,"

2      "bruxzir," or variations thereof, on

3      about 75 of the prescription forms

4      requesting Keating's all-zirconia crown.

5      (Mangum Decl., Ex. 53 (Brandon Dep.

6      Tr.) at 56:23-57:6.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27      REDACTED     See objections to Ex. 53

28      contained in Glidewell's Evidentiary

REDACTED

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

| | | |
|---|---|---|
| | Objections. | REDACTED |
| 59.     The prescription forms received with these spellings constitute about 1.5% of the total number of prescription forms received by Keating for its all-zirconia crown. (Mangum Decl., Ex. 53 (Brandon Dep. Tr.) at 68:9-11.) | Disputed. | REDACTED |
| 60.     When receiving prescription forms with such misspellings, Keating implemented a policy of calling the dentist to confirm that the dentist wanted Keating's all-zirconia crown rather than a crown from another laboratory. (Mangum Decl., Ex. 53 (Brandon Dep. Tr.) at 68:12-18.) | Disputed.  Keating's cited evidence does not support this alleged statement of uncontroverted fact.  Specifically, Glidewell disputes the characterization of these prescription instructions as "misspellings." REDACTED  REDACTED | |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| | REDACTED |
| | REDACTED   Disputed based on evidentiary objections.   See objections to Ex. 53 contained in Glidewell's Evidentiary Objections. |
| 61.    In each instance, the dentist confirmed that they wanted Keating's KDZ Bruxer all-zirconia crown. (Mangum Decl., Exs. 59- 62.) | Disputed.   Keating did not always call dentists to confirm they wanted Keating's KDZ Bruxer all-zirconia crown.   REDACTED

REDACTED

REDACTED                 Disputed based on evidentiary objections.   See objections to Exs. 59-62 contained in Glidewell's Evidentiary Objections. |
| 62.    Thirteen of the dentists (identified in the list below) who submitted prescription forms with the aforementioned misspellings wrote "BruxZir," "bruxzir," or variations thereof, on their prescription forms as a | Disputed.   This alleged statement of fact is inappropriately disguised as a conclusion of law.   Practicing dentists located throughout the country have testified that the BruxZir mark signifies that Glidewell is the source of zirconia |

16195735

generic reference to an all-zirconia crown, not because they wanted a crown from Glidewell or were otherwise confused that Glidewell and Keating were affiliated:

- Dr. William Belton. (Belton Decl. ¶¶ 9-11 ; Ex. A.)
- Dr. Raymond Brady. (Brady Decl. ¶¶ 9-11 ; Ex. A.)
- Dr. Jonathan Campbell. (Campbell Decl. ¶¶ 10-12 ; Ex. A.)
- Dr. Michael Colleran. (Colleran Decl. ¶¶ 10-12 ; Ex. A.)
- Dr. Joseph Jacquinot. (Jacquinot Decl. ¶¶ 9-10 ; Ex. A.)
- Dr. Dennis Murphy. (Murphy Decl. ¶¶ 9-11 ; Ex. A.)
- Dr. Terry Myers. (Myers Decl. ¶¶ 9-10 ; Ex. B.)
- Dr. Thomas Nussear. (Nussear Decl. ¶¶ 9-11 ; Ex. A.)
- Dr. Stan Richardson. (Richardson Decl. ¶¶ 10-12; Ex. A.)
- Dr. Richard Scott. (Scott Decl. ¶¶ 9-11 ; Ex. A. )
- Dr. Scott Stephens. (Stephens Decl. ¶¶ 10-12 ; Ex. A.)

crowns and bridges marketed under that trademark. [Dkt. #90-1, Ex. A (Doneff Decl., ¶¶ 4-11), Ex. B (Newman Decl., ¶¶ 4-11), Ex. C (Cohen Decl., ¶¶ 4-11), Ex. D (Luke Decl., ¶¶ 4-11), Ex. E (Bell Decl., ¶¶ 4-11), Ex. F (Toca Decl., ¶¶ 4-11), and Ex. Q (Michiels Decl., ¶¶ 4-11).] Dr. DiTolla has testified that the BruxZir mark signifies that Glidewell is the source of zirconia crowns and bridges marketed under that trademark, and that the terms "BruxZir," "bruxzir," or variations thereon, are not used to refer to zirconia crowns and bridges as a type or category of product. [Dkt. #90-1, Ex. I (DiTolla Decl., ¶¶ 11-12, 17, 19).] Keating bears the burden of proof regarding validity of the BruxZir mark, so must proffer evidence to support this statement. *See Sengoku Work Ltd. v. RMC Intern., Ltd.,* 96 F.3d 1217, 1219–20 (9th Cir.1996). Disputed based on evidentiary objections FRE 401, 402, 403.  See objections to Belton Decl., Brady Decl., Campbell Decl., Colleran Decl., Jacquinot Decl., Murphy Decl., Myers Decl., Nussear Decl., Richardson Decl., Scott Decl., Stephens Decl.,

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | • Dr. Daniel Sweet. (Sweet Decl. ¶¶ 8-10 ; Ex. A.)<br><br>• Dr. Gary Tobin. (Tobin Decl. ¶¶ 9-11 ; Ex. A.) | Sweet Decl., and Tobin Decl. contained in Glidewell's Evidentiary Objections. |
| 5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28 | 63.     Keating is not the only dental laboratory which receives prescription forms from dentists with "BruxZir," "bruxzir," or variations thereon written as a generic reference to an all-zirconia crown: Showcase Dental Laboratory, a dental lab unaffiliated with Glidewell or Keating, has also received prescription forms from dentists who generically describe an all-zirconia crown as a "BruxZir," "bruxzir," or variation thereon. (Frattura Decl., ¶¶ 7-11, 18; Ex. A.) | Disputed.   Keating bears the burden of proof regarding validity of the BruxZir mark, so must proffer evidence to support this statement.  *See Sengoku Work Ltd. v. RMC Intern., Ltd.,* 96 F.3d 1217, 1219–20 (9th Cir.1996).   Keating submits no evidence regarding the state of mind of the dentists submitting these prescription forms.  Carole Frattura only speaks to her understanding as to the meaning of bruxer crowns, and does not purport to opine regarding the state of mind of the dentists submitting the prescription forms.  [Dkt. #96 (Frattura Decl., ¶ 8).]  It is far more likely that the dentists submitting these forms were confused as to whether Showcase offered Glidewell's BruxZir dental crowns or whether there was some affiliation or association between Glidewell and Showcase, in light of the fact that Showcase offered zirconia dental crowns under the confusingly similar "Zir-Bruxer" mark prior to |

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| | receiving a cease and desist letter from Glidewell's General Counsel in January 2012. [Dkt. #91-30.] Not disputed that Showcase Dental Laboratory received prescription orders for all-zirconia crowns which referenced "bruxzirr," "bruxer," and "bruxir" crowns. Disputed based on evidentiary objections. See objections to Frattura Decl., ¶ 18, Ex. A contained in Glidewell's Evidentiary Objections. |
| 64.   Glidewell itself uses the term BruxZir generically, as a noun and plural noun. (Van Hoosear Decl., Ex. V-4; (Compendium Clips) ("this Bruxzir is 100% zirconia" and "one question I get about Bruxzirs is . . ." and "We do 15,000, say, BruxZirs a week."); Van Hoosear Decl., Ex. V-1 (Shuck Dep. Video Clips); Van Hoosear Decl., Ex. V-2 (DiTolla Dep. Video Clips); Van Hoosear Decl., Ex. V-3 (Carden Dep. Video Clips); Jankowski Decl., Ex. 6 (Allred Dep. Tr.), at 195:22 – 196:1.) | Disputed.  First, this alleged statement of fact is inappropriately disguised as a legal conclusion.   Second, Keating's cited evidence does not support this alleged statement of fact.  Specifically, in Dkt. #110 (Van Hoosear Decl., Exs. V-1-V-4) and Dkt. #91-6 (Jankowski Decl., Ex. 6 (Allred Dep. Tr.), at 195:22 – 196:1)), none of the witnesses testified that Glidewell's use of the word "BruxZir" was evidence of "generic use." REDACTED  REDACTED |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

REDACTED

REDACTED   Dkt. #92-1 (Magnum Decl.,

Ex. 51, Carden Depo., at 191:8-12)

REDACTED

REDACTED        Of those

dentists inquiring about the BruxZir

brand crown, approximately 1/3 of them

mispronounce the term

BruxZir.  [Supplemental Declaration of

Dr. Michael DiTolla, Exhibit S to the

Appendix of Evidence, ¶ 2.]  Instead of

referring to it as the phonetic equivalent

to "bruxer," these dentists pronounce the

term "Brux-Zeer."  [*Id.*]  In the DVDs

and videos, Dr. DiTolla is referring to

Glidewell's BruxZir brand crown, not a

"bruxer" crown.   [DiTolla Supp. Decl.,

Ex. S, ¶ 3.]  Disputed based on

evidentiary objections.  See objections

to Exs. 6, V-4 contained in Glidewell's

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

| | Evidentiary Objections. |
|---|---|
| **E.      Glidewell Has Produced No Evidence Of Actual Confusion As To Source Of Goods Or Affiliation Between Glidewell And Keating** | |
| 65.      Keating served Glidewell with an interrogatory asking Glidewell to identify any examples of actual confusion on the part of third parties regarding a relationship between Keating and Glidewell or Keating's KDZ Bruxer and Glidewell's BruxZir. (Jankowski Decl., Ex. 1 at 10.) | Not disputed. |
| 66.      Glidewell's interrogatory response alleged details for two such instances:<br>• In April 2011, a Glidewell employee named Nicole Fallon offered a $20 coupon to Dr. Jade Le's dental office in Florida to try a BruxZir restoration. An employee in Dr. Le's office asked if she could apply the coupon to a previous purchase the office had made for Keating's KDZ Bruxer. (Jankowski Decl., Ex. 1 at 7-8, 10.)<br>• In May 2011, Dr. Thomas Nussear's dental office placed an | Not disputed. |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| order with Keating for a KDZ Bruxer crown and wrote "BruxZir" on the prescription form. (*Id.*) | |
| 67.    Keating served Glidewell with a follow up interrogatory asking Glidewell to identify all facts relating to the alleged instance of confusion involving Dr. Jade Le's dental office. (Jankowski Decl., Ex. 2 at 7.) In response, Glidewell further explained that Ms. Fallon made a telephone call to Dr. Le's office and offered a discount on BruxZir crowns. (*Id.*) | Not disputed. |
| 68.    Glidewell employees, and dental professionals generally, pronounce "BruxZir" and "Bruxer" identically. (Eggleston Decl., Ex. 65 at 14- 16; Van Hoosear Decl., Exs. V-1 through V-4; Stephens Decl., ¶ 12; Scott Decl., ¶ 11; Colleran Decl., ¶ 12; Jacquinot Decl., ¶ 11; Nussear Decl., ¶ 11.) | Disputed.  Keating's cited evidence does not support this alleged statement of uncontroverted fact.  In Dkt. #110 (Van Hoosear Decl., Exs. V-1, V-2, V-3), Mr. Shuck, Dr. DiTolla, and Mr. Carden did not testify on behalf of "dental professionals generally." In Dkt. #110 (Van Hoosear Decl., Ex. V1), Mr. Shuck does not pronounce "BruxZir" and "bruxer" "identically." Specifically, Mr. Shuck, when pronouncing "BruxZir," places an emphasis on the "Z" in "Zir." By contrast, when pronouncing "bruxer," |

16195735

Mr. Shuck does not place any such emphasis as there is no "Z" in "bruxer." In Dkt. #110 (Van Hoosear Decl., Ex. V2), Dr. DiTolla did not pronounce the term "bruxer." Rather, in Dkt. #110 (Van Hoosear Decl., Ex. V2), Dr. DiTolla only pronounced the term "bruxers." Thus, Dkt. #110 (Van Hoosear Decl., Ex. V2) does not show that Dr. DiTolla "pronounced BruxZir REDACTED and bruxer identically."

REDACTED

REDACTED

In Dkt. #93-1 (Eggleston Decl., Ex. 65, at 12:5, 14:9-22), Dr. Eggleston did not opine on how "dental professionals generally" pronounce the terms

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| | "BruxZir" and "bruxer," and does not provide evidence supporting same. In Dkt. #93-2 (Eggleston Decl., Ex. 66, at 3:10 – 4:5), Dr. Eggleston only opined on whether "dental professionals" use "the phrase "bruxer crown" as a generic term for an all zirconia crown," <u>not</u> whether "dental professionals generally, pronounce "BruxZir" and "Bruxer" identically." Similarly, in Dkt. #93-3 (Eggleston Decl., Ex. 67 at 1:26 – 2:3), Dr. Eggleston did <u>not</u> opine on the issue of whether "dental professionals generally, pronounce "BruxZir" and "Bruxer" identically." Finally, the phrase "dental professionals" is vague and ambiguous. Disputed based on evidentiary objections. See objections to Stephens Decl., ¶ 12; Scott Decl., ¶ 11; Colleran Decl., ¶ 12; Jacquinot Decl., ¶ 11; Nussear Decl., ¶ 11, contained in Glidewell's Evidentiary Objections. |
| 69. In response to Keating's follow up interrogatory, Glidewell pointed again to Dr. Nussear's "Rx Order Form" (prescription form). (Jankowski Decl., Ex. 2 (Interrogatory No. 22); Jankowski | Not disputed. |

16195735

| | |
|---|---|
| Decl., Ex. 1 (Interrogatory Nos. 7 & 8)) | |
| 70.  Dr. Nussear wrote "BruxZir" on his prescription form as a generic reference to an all-zirconia crown. (Nussear Decl., ¶¶ 9, 11.) Furthermore, Dr. Nussear neither intended to order a crown from Glidewell, nor was he confused as to any affiliation between Keating and Glidewell. (Nussear Decl., ¶ 10.) | Disputed in part.   REDACTED<br><br>REDACTED<br><br><br><br><br><br><br><br>REDACTED REDACTED Disputed based on evidentiary objections FRE 401, 402, 403.  See objections to Nussear Decl., ¶¶ 8-11, contained in Glidewell's Evidentiary Objections |
| **F.  Glidewell's Attempts To Prevent Others From Using "Bruxer" In Connection With All-Zirconia Crowns** | |
| 71.  On January 19, 2010, Glidewell received a federal registration in its trademark "BRUXZIR." (Jankowski Decl., Ex. 6 (Allred Dep. Tr.) at 126:15; 137:1-4.) | Disputed based on evidentiary objections.  See objections to Ex. 6 contained in Glidewell's Evidentiary Objections. |
| 72.  Since that time, Glidewell has relied upon that registration as grounds for threatening trademark infringement suits against any other dental laboratory using "Brux" or "Bruxer" in a mark for an all-zirconia crown. (Jankowski, Ex. 6 | Disputed.  Glidewell has only enforced its BruxZir mark against companies offering solid zirconia dental restorations products where the trademarks are confusingly similar to the BruxZir mark.  [Dkt. #90-1 (Allred |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | |
|---|---|
| (Allred Dep. Tr.) at 213:19-264:13 & Exs. 24-34.) | Decl., Ex. L, ¶ 14); Allred Supp. Decl., Ex. U, ¶ 3.]  Disputed based on evidentiary objections.  See objections to Ex. 6 contained in Glidewell's Evidentiary Objections. |
| 73.      Specifically, Glidewell sent cease-and-desist letters to at least the following dental labs:<br>• Assured Dental Lab — "Z-Brux" (Jankowski Decl., Ex. 28)<br>• Authentic Dental Lab — "Brux" (Jankowski Decl., Ex. 27)<br>• China Dental Outsourcing — "Bruxer All Zirconia" (Jankowski Decl., Ex. 29)<br>• Fusion Dental Lab — "Full Solid Bruxer Zirconia" (Jankowski Decl., Ex. 24)<br>• Old Dominion Milling Corp. — "Bruxzer" (Jankowski Decl., Ex. 32)<br>• Pittman Dental — "Bruxer All-Zirconia Crown" (Jankowski Decl., Ex. 25)<br>• R-dent Dental Laboratory — "R-Brux" (Jankowski Decl., Ex. 26)<br>• Showcase Dental Lab — "Zir- | Disputed based on evidentiary objections.  See objections to Exs. 24-30, 32 contained in Glidewell's Evidentiary Objections.<br>Glidewell also sent cease and desist letters to:<br>• Advanced     Dental     Laboratories, "Bruxzir,"<br>• Dentopia Dental Lab, "Full Zirconia (Bruxzir)," and<br>• Barth  Dental  Lab,  "Z-Brux"  and "Bruxzir."   [Dkt #91-1(Allred Decl., Ex.  L,  ¶¶  15,  16,  19;  Dkt  #90-21(Exs.  62,  63,  65).]; [Allred Supp. Decl.,      Ex.      W,      ¶      4.] |

16195735

| | | |
|---|---|---|
| 1 2 | Bruxer") (Jankowski Decl., Ex. 30) | |
| 3 4 5 6 7 8 | 74.    In each instance, the dental laboratory chose to change its name rather than face the risk of a lawsuit in Federal court versus Glidewell. (*Id.*; Jankowski Decl., Ex. 6 (Allred Dep. Tr.) at 213:19-264:13.) | Disputed based on evidentiary objections.  See objections to Ex. 6 contained in Glidewell's Evidentiary Objections. |

## GLIDEWELL'S STATEMENT OF ADDITIONAL MATERIAL FACTS

| Additional Material Facts | Supporting Evidence |
|---|---|
| 75.  Glidewell is a leading provider of dental restoration products to dentists. | Dkt. #90-1 (Declaration of Jim Shuck, Exhibit G to the Appendix of Evidence ("Shuck Decl."), ¶ 4); Dkt. #90-1 (Declaration of Dr. Ronald Goldstein, Exhibit O to the Appendix of Evidence ("Goldstein Decl.), ¶ 16). |
| 76.  Among the products that Glidewell sells are dental crowns and bridges. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 4). |
| 77.  A crown is a type of dental restoration product that completely caps a tooth. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 4). |
| 78.  A crown is typically bonded to the tooth using dental cement or resin. | Dkt. #90-1 (Shuck Decl., E. G, ¶ 4); Dkt. #90-1 (Declaration of Stuart R. Newman, Exhibit B to the Appendix of Evidence ("Newman Decl."), ¶ 3); Dkt. |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 47 -

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| | #90-1 (Declaration of Terence J. Michiels, Exhibit Q to the Appendix of Evidence ("Michiels Decl."), ¶ 3); Dkt. # 90-1 (Declaration of Spencer D. Luke, Exhibit D to the Appendix of Evidence ("Luke Decl."), ¶ 3); Dkt. #90-1(Declaration of Gregory Doneff, Exhibit A to the Appendix of Evidence ("Doneff Decl."), ¶ 3); Dkt. #90-1 (Declaration of Thomas E. Bell, Exhibit E to the Appendix of Evidence ("Bell Decl."), ¶ 3); Dkt. #90-1 (Declaration of Howard S. Cohen, Exhibit C to the Appendix of Evidence ("Cohen Decl."), ¶ 3); Dkt. #90-1 (Declaration of Kent J. Toca, Exhibit F to the Appendix of Evidence ("Toca Decl."), ¶ 3). |
| 79.  In the past, crowns were principally fashioned either from gold (which has favorable tensile characteristics but is considered aesthetically unappealing by many people) or from porcelain veneers fused to a metal casting (which is aesthetically appealing but tends to crack when subjected to heavy pressure or grinding). | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 5). |

- 48 -

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| 80.  More recently, dental laboratories began to fashion crowns made of a veneer fused or adhered to a hard ceramic such as zirconia. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 5). |
| 81.  However, these crowns too tended to crack when subjected to heavy grinding. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 5). |
| 82.  Beginning in 2005, Glidewell began developing a new type of crown, a solid zirconia crown. | Dkt. #90-1 (Declaration of Robin Carden, Exhibit J to the Appendix of Evidence, ¶ 2). |
| 83.  The advantages of this new monolithic zirconia (or "full contour zirconia") crown were that it would be extremely hard – sufficiently hard to be used in applications requiring a material with high tensile and compressive strength, including treating patients with "bruxism," a parafunctional activity in which a person repeatedly and habitually grinds his teeth – and that it could be milled from a block of zirconia based on a digital representation of the patient's mouth.  Glidewell's crowns are not used only by people who suffer from bruxism; they are used by a variety of patients who choose to have monolithic zirconia crowns due to tooth damage | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 9), Dkt. #90-1 (Declaration of Michael C. DiTolla, Exhibit I to the Appendix of Evidence ("DiTolla Decl."),  ¶ 18); Dkt. #90-1 (Newman Decl. , Ex. B, ¶ 11); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 11); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 11); Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 11); Dkt. #90-1 (Bell Decl., Ex. E, ¶ 11); Dkt. #90-1 (Cohen Decl., Ex. C, ¶ 11); Dkt. #90-1 (Toca Decl., Ex. F, ¶ 11). |

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| caused by a variety of conditions. | |
| 84.  The disadvantage was that zirconia is an unattractive material, due to its extreme whiteness and lack of translucency. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 10), Dkt. #90-1 (DiTolla Decl., Ex. I, ¶ 18). |
| 85.  Ultimately, Glidewell partially overcame the aesthetic challenges of the material, devising a process for fabricating a full contour zirconia crown that was sufficiently appealing that it could be used in a variety of applications. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 10), Dkt. #90-1 (DiTolla Decl., Ex. I, ¶ 18). |
| 86.  In early 2009, Glidewell conceived the name for its new line of monolithic zirconia dental restoration products: BruxZir. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 8, 9). |
| 87.  The name was chosen in large part because it suggested the primary characteristics of the product: that it was sufficiently strong and durable to be used in a variety of applications, including treating patients with bruxism ("Brux"), and that the material from which the crown was fashioned is zirconia ("Zir"). | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 9); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 17); Dkt. #90-1 (Declaration of David Franklyn, Exhibit N to the Appendix of Evidence ("Franklyn Decl."), ¶ 42); Dkt. #90-1 (Declaration of Rudy Ramirez , Exhibit H to the Appendix of Evidence ("Ramirez Decl."), ¶ 4.);. |
| 88.  Glidewell's line of monolithic zirconia dental restoration products, including full contour zirconia crowns, | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 7). |

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| was launched under the BruxZir mark in June 2009. | |
| 89. Glidewell has been marketing monolithic zirconia dental restoration products, including full contour zirconia crowns, under the BruxZir mark continuously since June 2009. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 38, 39). |
| 90. Since its introduction in 2009, the BruxZir line of restoration products (primarily dental crowns and bridges) has been phenomenally popular, generating nearly REDACTED in revenue from July 2009 through September 2012. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 41). |
| 91. Glidewell has promoted the BruxZir product line heavily, investing nearly REDACTED in advertising its products under the mark from June 2009 to June 2012. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 38, 39); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 16). |
| 92. Glidewell applied to register the BruxZir mark on June 7, 2009 for use in connection with dental bridges, dental caps, dental crowns, dental inlays, dental onlays, and dental prostheses. | Dkt. #90-1 (Declaration of Keith Allred, Exhibit L to the Appendix of Evidence ("Allred Decl."), ¶ 5), Dkt. #90-19 (Exs. 59-60). |
| 93. Glidewell's BruxZir mark was registered on the Principal Register for | Dkt. #90-1 (Allred Decl., Ex. L, ¶ 5), Dkt. #90-19 (Exs. 59-60). |

- 51 -

| | |
|---|---|
| use in connection with dental bridges, dental caps, dental crowns, dental inlays, dental onlays, and dental prostheses on January 19, 2010, as Reg. No. 3,739,663. | |
| 94.  Glidewell owns U.S. Trademark Reg. No. 3,739,663. | Dkt. #90-1 (Allred Decl., Ex. L, ¶ 5), Dkt. #90-1 (Exs. 59-60). |
| 95.  In May 2011, Keating Dental Arts, Inc. ("Keating") began to offer full contour zirconia dental crowns and bridges under the brand "KDZ Bruxer." | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 15). |
| 96.  The BruxZir mark suggests, but does not directly describe, a particular quality or characteristic of the dental restoration products that Glidewell offers under the mark. | Dkt. #90-1 (Franklyn Decl., Ex. N, ¶ 42). |
| 97.  The BruxZir mark suggests that crowns marketed under the brand are strong because they are appropriate for patients who "brux," i.e., who grind their teeth, and also suggests that the crowns are made from zirconia, a particularly hard material. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 9); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 26). |
| 98.  Glidewell's crowns are not used only by people who suffer from bruxism; they are used by a variety of patients who choose to have monolithic zirconia crowns due to tooth damage | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 9), Dkt. #90-1 (DiTolla Decl., Ex. I, ¶ 14). |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600   Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

| | |
|---|---|
| caused by a variety of conditions. | |
| 99.  Glidewell markets crowns and bridges under the BruxZir mark to dentists in the United States. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 20-26); Dkt. #90-1 (Newman Decl., Ex. B, ¶ 3); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3); Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3); Dkt. #90-1 (Bell Decl., Ex. E, ¶ 3); Dkt. #90-1 (Cohen Decl., Ex. C, ¶ 3); Dkt. #90-1 (Toca Decl., Ex. F, ¶ 3). |
| 100.  Glidewell promotes its dental crowns and bridges under the BruxZir mark through the Internet (through Glidewell's blog as well as www.BruxZir.com), direct mailers, trade shows, ads in dental industry publications, press releases, continuing education brochures, videos and training sessions for dentists, samples, and specialized prescription forms. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 20-26); Dkt. #90-1 (Newman Decl., Ex. B, ¶ 3); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3); Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3); Dkt. #90-1 (Bell Decl., Ex. E, ¶ 3); Dkt. #90-1 (Cohen Decl., Ex. C, ¶ 3); Dkt. #90-1 (Toca Decl., Ex. F, ¶ 3); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 19), Dkt. #90-1 (DiTolla Decl., Ex. I, ¶¶ 4, 6-7, 10). |
| 101.  Over the period June 2009 to June 2012, Glidewell spent approximately REDACTED in promoting its BruxZir finished crowns and bridges through these channels. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 38, 39); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 16); [Shuck Supp. Decl., Ex. R, ¶ 10.] |
| 102.  Over the period June 2009 to June 2012, Glidewell spent approximately REDACTED marketing Glidewell's | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 39). |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 53 -

16195735

| | |
|---|---|
| 1 2 3 4 BruxZir finished crowns and bridges, and about REDACTED was spent marketing Glidewell's BruxZir zirconia milling blanks. | |
| 5 6 7 8 9 10 11 12 13 14 15 103. Over the period June 2009 to June 2012, Glidewell spent approximately REDACTED on direct mail advertising for BruxZir finished crowns and bridges, which was sent to roughly every dentist in the country, and another roughly REDACTED on advertising in dental industry publications, with the remainder being allocated among Glidewell's other marketing channels. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 38). |
| 16 17 18 19 20 21 22 23 24 25 104. Glidewell's advertising of crowns and bridges under the BruxZir mark has accomplished substantial market penetration. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 11-12, 21); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶¶ 16, 19); Dkt. #90-1 (Newman Decl., Ex. B, ¶ 3-6); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3-6); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3-6); Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3-6); Dkt. #90-1 (Bell Decl., Ex. E, ¶ 3-6); Dkt. #90-1 (Cohen Decl., Ex. C, ¶ 3-6); Dkt. #90-1 (Toca Decl., Ex. F, ¶ 3-6). |
| 26 27 28 105. For example, between October 2009 and November 2012, the www.BruxZir.com website received | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 21); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 16). |

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | |
|---|---|
| approximately 289,210 unique pageviews, of which 78% constituted U.S. traffic. | |
| 106. There are approximately 125,000 dentists in the United States. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 21); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 16). |
| 107. Glidewell's direct mail advertising of crowns and bridges under the BruxZir mark is sent every quarter to nearly the entire population of dentists in the country. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 24). |
| 108. Glidewell's promotion of the BruxZir line of crowns and bridges in dental industry publications is consistent, ongoing and pervasive. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 22); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 19); Dkt. #90-1 (Newman Decl., Ex. B, ¶ 3); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3); Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3); Dkt. #90-1 (Bell Decl., Ex. E, ¶ 3); Dkt. #90-1 (Cohen Decl., Ex. C, ¶ 3); Dkt. #90-1 (Toca Decl., Ex. F, ¶ 3). |
| 109. Advertisements promoting Glidewell's BruxZir crowns and bridges run in numerous publications, including ADA News (once a month), Chairside Magazine, Dental Economics, Dental Lab Reports, Dentaltown, Dental Tribune, Dentistry Today, Inclusive Magazine, JDT, and | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 22); Dkt. #90-1 (Newman Decl., Ex. B, ¶ 3); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3); Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3); Dkt. #90-1 (Bell Decl., Ex. E, ¶ 3); Dkt. #90-1 (Cohen Decl., Ex. C, ¶ 3); Dkt. #90-1 (Toca Decl., Ex. F, ¶ 3); |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| LMT. | Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 19); Dkt. #90-1 (DiTolla Decl., Ex. I, ¶¶ 6-7). |
| 110. Glidewell selects ADA News, Chairside Magazine, Dental Economics, Dental Lab Reports, Dentaltown, Dental Tribune, Dentistry Today, Inclusive Magazine, JDT, and LMT because of their wide readership and ability to reach thousands, if not hundreds of thousands, of dentists and dental laboratories. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 22). |
| 111. Glidewell attends dozens of trade shows and conventions a year around the country, especially the American Dental Association conventions. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 26); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3); Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3). |
| 112. At these conventions and trade shows, Glidewell consistently, prominently displays the BruxZir mark in connection with its line of dental crowns and bridges in a variety of contexts, including on the booth, the signage, in brochures, and takeaways. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 26); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3); Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3). |
| 113. Dr. Michael DiTolla, Glidewell's Director of Clinical Education and Research, and Robin Carden, Glidewell's Vice President of Research and Development, make educational | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 27-29); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3); Dkt. #90-1 (DiTolla Decl., Ex. I, ¶¶ 4, 6-7, 10). |

16195735

| | |
|---|---|
| videos, write articles and give presentations concerning Glidewell's BruxZir-branded products. | |
| 114. Dr. DiTolla's presentations and videos are viewed by thousands of dentists every year. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 27). |
| 115. Glidewell's BruxZir branded line of dental restoration products has received wide recognition and acclaim in the dental industry. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 30-36); Dkt. #90-1 (Goldstein Decl., Ex. O, at ¶ 20); Dkt. #90-1 (Newman Decl., Ex. B, ¶ 3-6); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3-6); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3-6); Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3-6); Dkt. #90-1 (Bell Decl., Ex. E, ¶ 3-6); Dkt. #90-1 (Cohen Decl., Ex. C, ¶ 3-6); Dkt. #90-1 (Toca Decl., Ex. F, ¶ 3-6). |
| 116. Numerous articles have been written by third parties concerning the BruxZir dental restoration products and referencing them by Glidewell's registered mark. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 30). |
| 117. Glidewell has received numerous awards recognizing the superiority of its BruxZir-brand dental crowns and bridges, including (1) the 2010 Best Product Innovation Award from Tosch Corporation, (2) the Journal of Dental Technology's Wow! 2011 Products | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 32-36); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 20). |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | |
|---|---|
| Awards, (3) Inside Dental Technology 2011 iNavigator Top Pick, (4) 2011 Best Product from Clinician's Report, (4) the Pride Institute's 2012 Best of Class Technology Award, and (5) 2012 semifinal candidate for Best New Material. | |
| 118. BruxZir is the number one prescribed brand of full zirconia dental crown in the country. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 12). |
| 119. From June 2009 to September 2012, Glidewell has sold approximately REDACTED and bridges under the mark. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 41). |
| 120. In monetary terms, from July 2009 to September 2012 Glidewell sold REDACTED nearly worth of dental crowns and bridges under the BruxZir mark. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 41). |
| 121. The BruxZir mark has achieved wide recognition among dentists in the U.S. for dental crowns and bridges. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶¶ 11, 30-36); Dkt. #90-1 (Newman Decl., Ex. B, ¶¶ 4-6, 9-10); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶¶ 4-6, 9-10); Dkt. #90-1 (Luke Decl., Ex. D, ¶¶ 4-6, 9-10); Dkt. #90-1 (Doneff Decl., Ex. A, ¶¶ 4-6, 9-10); Dkt. #90-1 (Bell Decl., Ex. E, ¶¶ 4-6, 9-10); Dkt. #90-1 (Cohen Decl., Ex. C, ¶¶ 4-6, 8-10); Dkt. #90-1 |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

| | |
|---|---|
| | (Toca Decl., Ex. F, ¶¶ 4-6, 9-10). |
| 122.  In 2010, Dentsply, the second largest dental company in the United States and a manufacturer of ceramic products, conducted research to identify brands for fixed products (such as crowns and bridges) that have a high degree of recognition among dentists and dental laboratories in the U.S. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 11). |
| 123.  The results of Dentsply's research indicated that Glidewell's BruxZir mark had a high degree of recognition among dentists and dental laboratories in the U.S. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 11). |
| 124.  There are only five marks used in commerce in the U.S. that sound anything like BruxZir for use in connection with either dental crowns or with constitutive materials: (1) Glidewell's registered BruxZir mark; (2) Glidewell's unregistered BruxZir mark; (3) Keating's KDZ Bruxer mark; (4) "GPS BruxArt" (a competitor's junior pending mark); and (5) "BruxThetix" (another competitor's junior pending mark). | Dkt. #90-1 (Franklyn Decl., Ex. N, ¶ 46). |
| 125.  The BruxZir mark is relatively unique in its field in the U.S. | Dkt. #90-1 (Franklyn Decl., Ex. N, ¶ 46). |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| 126.  The BruxZir mark is commercially strong with respect to dental crowns and bridges in the U.S. | Dkt. #90-1 (Franklyn Decl., Ex. N, ¶ 46); Dkt. #90-1 (Newman Decl. , Ex. B, ¶¶ 3-6, 9-10); Dkt. #90-1 (Michiels Decl., Ex. Q, ¶¶ 3-6, 9-10); Dkt. #90-1 (Luke Decl., Ex. D, ¶¶ 3-6, 9-10); Dkt. #90-1 (Doneff Decl., Ex. A, ¶¶ 3-6, 9-10); Dkt. #90-1 (Bell Decl., Ex. E, ¶¶ 3-6, 9-10); Dkt. #90-1 (Cohen Decl., Ex. C, ¶¶ 3-6, 8-10); Dkt. #90-1 (Toca Decl., Ex. F, ¶¶ 3-6, 9-10); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶¶ 15-16, 21). |
| 127.  Keating's dental crowns and bridges marketed under the KDZ Bruxer brand compete directly with Glidewell's dental crowns and bridges marketed under the BruxZir mark. | Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 15); Dkt. #90-1 (Luke Decl., Ex. D, ¶ 12); Dkt. #90-1 (Bell Decl., Ex., E, ¶ 12); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 25). |
| 128.  Both Glidewell and Keating sell full contour zirconia crowns and bridges under their respective BruxZir and KDZ Bruxer marks. | [Dkt. #90-1 (Declaration of William Wong, Exhibit P to the Appendix of Evidence ("Wong Decl."), ¶ 9), Dkt. #90-30 (Ex. 81, (no. 6))]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 15), Dkt. #90-30 (Ex. 87, (no. 2)]; [Dkt. #90-1 (Newman Decl., Ex. B, ¶¶ 4-6, 9-10)]; [Dkt. #90-1 (Michiels Decl., Ex. Q, ¶¶ 4-6, 9-10)]; [Dkt. #90-1 (Luke Decl., Ex. D, ¶¶ 4-6, 9-10, 12)]; [Dkt. #90-1 (Doneff Decl., Ex. A, ¶¶ 4-6, 9-10)]; [Dkt. #90-1 (Bell Decl., Ex. E, ¶¶ 4-6, 9-10, 12)]; |

16195735

| | |
|---|---|
| | Dkt. #90-1 (Cohen Decl., Ex. C, ¶¶ 4-6, 8-10)]; [Dkt. #90-1 (Toca Decl., Ex. F, ¶¶ 4-6, 9-10)]. |
| 129.  Both Glidewell and Keating sell dental crowns and bridges under their respective BruxZir and KDZ Bruxer marks throughout the United States. | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 13), Dkt. #90-30 (Exhibit 85, (104:24-105:3))]; [Dkt. #90-1 (Luke Decl., Ex. D, ¶ 12)]; [Dkt. #90-1 (Bell Decl., Ex. E, ¶ 12)]. |
| 130.  Both Glidewell and Keating sell full contour zirconia crowns and bridges under their respective BruxZir and KDZ Bruxer marks. | [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 15)]. |
| 131.  Both Keating and Glidewell sell full contour zirconia crowns and bridges to the same universe of potential buyers – dentists throughout the U.S. | [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 15)]. |
| 132.  Glidewell's BruxZir crowns are sold at a comparable price point to Glidewell's KDA Bruxer crowns. | [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 16)]. |
| 133.  Glidewell's BruxZir crowns are sold for $99 per crown, excluding rebates, promotions and other special pricing. | [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 16)]. |
| 134.  Keating's KDA Bruxer crowns are sold for $139 per crown, excluding rebates, promotions and other special pricing. | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 14), Dkt. #90-30 (Ex. 86, (43:17-20))]; [Dkt. #90-1 (DiTolla Decl., Ex. I, ¶ 15), Dkt. #90-24 (Ex. 76.)] |

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| 135.  Dentists in the U.S. consider Glidewell's BruxZir crowns and Keating's KDZ Bruxer crowns to be directly competitive. | [Dkt. #90-1 (Bell Decl., Ex. E, ¶ 12)]; [Dkt. #90-1 (Luke Decl., Ex. D, ¶ 12)]. |
| 136.  Of the 22 dentists that Keating identified as Keating customers who had purchased a KDZ Bruxer crown in Keating's Third Amended Disclosures, nine – i.e., 41% – had previously purchased one or more BruxZir crowns from Glidewell. | [Dkt. #90-1 (Declaration of Rudy Ramirez , Exhibit H to the Appendix of Evidence ("Ramirez Decl."), ¶ 6.)]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 16), Dkt. #90-30 (Ex. 88)]. |
| 137.  Glidewell's BruxZir mark does not include two or more separable word elements or a design or logo. | [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 19), Dkt. #90-3 (Ex. 8)]. |
| 138.  Keating capitalizes the first letter of the "Bruxer" component of its mark, just as Glidewell capitalizes the first letter of "BruxZir." | [Dkt. #90-1 (DiTolla Decl., Ex. I, ¶ 15), Dkt. #90-24 (Ex. 76)]. |
| 139.  Keating's KDZ Bruxer mark prefaces a root word ("Bruxer") that is nearly identical to the entirety of Glidewell's mark ("BruxZir") with a three-letter acronym ("KDZ") that does not on its face serve any source-identifying function. | [Dkt. #90-1 (Shuck Decl. Ex. G, ¶ 19), Dkt. #90-3 (Ex. 8)]; [Dkt. #90-1 (DiTolla Decl., Ex. I, ¶¶ 15, 19), Dkt. #90-2 (Exs. 3-4), Dkt. #90-24 (Ex. 76)]. |
| 140.  In the text of Keating's advertisements the term KDZ is no more prominent than the "Bruxer" | [Dkt. #90-1 (DiTolla Decl., Ex. I, ¶ 15), Dkt. #90-24 (Ex. 76)]. |

16195735

| | |
|---|---|
| component of its mark. | |
| 141.  Dentists are not likely to consider the BruxZir and KDZ Bruxer marks side by side as a shopper would two competing brands in a supermarket; instead, they are likely to consider the marks separately at different points in time. | [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 18)]; [Dkt. #90-1 (DiTolla, Ex. I, ¶ 20)]. |
| 142.  Subtle differences in the BruxZir and KDZ Bruxer marks are less likely to be "in the buyer's mind" when the buyer makes the decision to purchase Keating's dental crowns under the KDZ Bruxer mark than if products marketed under the two marks were offered side by side. | [Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 26)]. |
| 143.  The BruxZir mark and the KDZ Bruxer mark suggest similar meanings. | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 13), Dkt. #90-30 (Ex. 85, (43:15-44:8, 83:9-15)]; [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 9)]; [Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 26)]; [Dkt. #90-1 (DiTolla, Ex. I, ¶ 14)]; [Dkt. #90-1 (Franklyn Decl., Ex. N, ¶ 49)]. |
| 144.  BruxZir suggests a product indicated for people who suffer from bruxism, i.e., people who tend to grind their teeth ("Brux") and that the product is made of zirconia ("Zir"). | [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 9)]; [Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 26)]; [Dkt. #90-1 (DiTolla, Ex. I, ¶ 14)]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 13), Dkt. #90-30 (Ex. 85, (43:15-44:8, |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

| | | |
|---|---|---|
| 1 | | 83:9-15))]. |
| 2 | 145.  KDZ Bruxer suggests a product | [Dkt. #90-1 (Franklyn Decl., Ex. N, ¶ |
| 3 | indicated for people who suffer from | 49)]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ |
| 4 | bruxism ("Bruxer") and that the | 13), Dkt. #90-30 (Ex. 85, (43:15-44:8, |
| 5 | product is made of zirconia (the "Z" in | 83:9-15))]. |
| 6 | KDZ). | |
| 7 | 146.         REDACTED | [Dkt. #90-1 (Declaration of Nicole |
| 8 |           REDACTED | Fallon, Exhibit M to the Appendix of |
| 9 | | Evidence, ¶¶ 4-10), Dkt. #90-2 (Ex. |
| 10 | | 2)]; [Dkt. #90-1 (Goldstein Decl., Ex. |
| 11 | | O, ¶ 23)]. |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

REDACTED

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 12), Dkt. #90-30 (Ex. 84, (56:23-57:6))]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15)].

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 12), Dkt. #90-30 (Ex. 84, (58:11-14, 68:12-18))]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15)].

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15. (KDA3355, 3358))]; [Dkt. #90-1 (Goldstein Decl., Ex. O, ¶ 28)].

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA3350, 3352))].

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

REDACTED

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA3359, 3362))].

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA3363, 3366))].

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA3367, 3370))].

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

| | |
|---|---|
| 1 | |
| 2 | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA3371-3373))]. |
| 3 | |
| 4 | |
| 5 | |
| 6 | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA3375-3377))]. |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA3384, 3386))]. |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA3392, 3394))]. |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), |

REDACTED

REDACTED

REDACTED

REDACTED

REDACTED

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195735

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

REDACTED

Dkt. #90-4 (Ex. 15, (KDA3404, 3406))].

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA3444, 3446))].

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15, (KDA 3486-3488))].

REDACTED

[Dkt. #90-1 (Wong Decl., Ex. P, ¶ 4), Dkt. #90-4 (Ex. 15)].

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| REDACTED | [Dkt. #92-1 (Mangum Decl., Exhibit 57)]. |
| 163.  The channels through which Glidewell's BruxZir dental crowns and bridges are marketed are nearly identical to those through which Keating's KDZ Bruxer-brand dental crowns and bridges are marketed. | [Dkt. #90-1 (Newman Decl., Ex. B, ¶ 3)]; [Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3)]; [Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3)]; [Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3)]; [Dkt. #90-1 (Bell Decl., Ex. E, ¶ 3)]; [Dkt. #90-1 (Cohen Decl., Ex. C, ¶ 3)]; [Dkt. #90-1 (Toca Decl., Ex. F, at 3)]; [Dkt. #90-1 (Goldstein Decl., Ex. O, ¶¶ 27-28)]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 13), Dkt. #90-30 (Ex. 85, (105:4-25))]. |
| 164.  Keating markets its dental crowns and bridges under its KDZ Bruxer mark through the Internet (on Keating's website and Shaun Keating's blog, direct mailers, trade shows, ads in dental industry publications, continuing education seminars held at Keating's | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 9), Dkt. #90-30 (Ex 81, (no. 21))]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 12), Dkt. #90-30 (Ex. 84, (26:11-20 & 70:23-71:17; Exh. 514; 90:15-25; Exh. 519; 93:19-94:5 and Exh. 520))]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 13), Dkt. #90- |

16195735

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| | |
|---|---|
| laboratory, Keating invoices, and specialized prescription forms. | 30 (Ex. 85, (92:14-93:12; 104:24-106:10))]. |
| 165.  Glidewell and Keating promote their respective BruxZir and KDZ Bruxer products in some of the same magazines – such as ADA News, Dental Economics, Dentistry Today, and Dentaltown. | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 10), Dkt. #90-30 (Ex. 82, (no. 10))]; [Dkt. #90-1 (Newman Decl., Ex. B, ¶ 3)]; [Dkt. #90-1 (Michiels Decl., Ex. Q, ¶ 3)]; [Dkt. #90-1 (Luke Decl., Ex. D, ¶ 3)]; [Dkt. #90-1 (Doneff Decl., Ex. A, ¶ 3)]; [Dkt. #90-1 (Bell Decl., Ex. E, ¶ 3)]; [Dkt. #90-1 (Cohen Decl., Ex. C, ¶ 3)]; [Dkt. #90-1 (Toca Decl., Ex. F, ¶ 3)]. |
| 166.  Glidewell's BruxZir brand crowns, Keating's KDZ Bruxer crowns, and other competitors' full contour zirconia crowns have similar features and are generally indicated for the same uses.   Many dentists may regard them as interchangeable. | [Dkt. #90-1 (DiTolla Decl., Ex. I, ¶ 21)]. |
| 167.  While there are aesthetic differences between different brands of full contour zirconia crown, the properties of these crowns are highly similar because all of these crowns are made of the same material – zirconia. | [Dkt. #90-1 (Franklyn Decl., Ex. N, ¶ 49)]. |
| 168.  Keating selected its KDZ Bruxer mark in the winter or spring of 2011. | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 12), Dkt. #90-30 (Ex. 84, (92:15-93:3))]. |
| 169.  By the spring of 2011, | [Dkt. #90-1 (Newman Decl., Ex. B, ¶¶ |

16195735

| | |
|---|---|
| Glidewell's BruxZir mark was already well known in the industry. | 3-6, 9-10)]; [Dkt. #90-1 (Michiels Decl., Ex. Q, ¶¶ 3-6, 9-10)]; [Dkt. #90-1 (Doneff Decl., Ex. A, ¶¶ 3-6, 9-10)]; [Dkt. #90-1 (Bell Decl., Ex. E, ¶¶ 3-6, 9-10)]; [Dkt. #90-1 (Cohen Decl., Ex. C, ¶¶ 3-6, 8-10)]; [Dkt. #90-1 (Toca Decl., Ex. F, ¶¶ 3-6, 9-10)]. |
| 170.  By the spring of 2011, Glidewell had already spent about ~~REDACTED~~ promoting its goods under the BruxZir mark. | [Dkt. #90-1 (Shuck Decl., Ex. G, ¶ 15)]. |
| 171.  In connection with its brand selection process, Keating, among other things, (1) commissioned a trademark search report, (2) performed an "extensive review of dental journal advertisements by other dental labs," (3) conducted an "informal trademark search for 'KDZ' and 'bruxer,'" and (4) an "informal survey current Keating clients in March/April 2011 . . . ." | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 12), Dkt. #90-30 (Ex. 84, (92:15-93:7))]; [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 9), Dkt. #90-30 (Ex. 81)]. |
| 172.  At least Robert Brandon, Keating's General Manager of the Laboratory, reviewed the search report during the brand selection process. | [Dkt. #90-1 (Wong Decl., Ex. P, ¶ 12), Dkt. #90-30 (Ex. 84, (93:4-11))]. |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

1

2    Dated: November 26, 2012          SNELL & WILMER L.L.P.

3

4                                       By: _____

5                                       Philip J. Graves
                                        Greer N. Shaw
6

7                                       Attorneys for Plaintiff
                                        James R. Glidewell Dental Ceramics, Inc. dba
8                                       GLIDEWELL LABORATORIES

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

STATEMENT OF GENUINE DISPUTES IN RESPONSE TO
PROPOSED STATEMENT OF UNCONTROVERTED FACTS
CASE NO. SACV11-01309 DOC (ANx)

16195735

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the document described as **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S STATEMENT OF GENUINE DISPUTES IN RESPONSE TO DEFENDANT KEATING DENTAL ARTS, INC.'S PROPOSED STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF (1) NO INFRINGEMENT OF GLIDEWELL'S REGISTERED TRADEMARK, (2) NO VIOLATION OF SECTION 43(a) OF THE LANHAM ACT, AND (3) NO UNFAIR COMPETITION UNDER CALIFORNIA LAW** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

DatedNovember 26, 2012          SNELL & WILMER L.L.P.


By: *s/Philip J. Graves*
      Philip J. Graves
      Greer N. Shaw

      Attorneys for Plaintiff
      James R. Glidewell Dental Ceramics, Inc.
      dba GLIDEWELL LABORATORIES

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

1

2

3

4

5

6

7

8

16139994.1