SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., Plaintiff, vs. KEATING DENTAL ARTS, INC., Defendant. AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) **SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S OPPOSITIONS TO KEATING'S MOTIONS FOR SUMMARY JUDGMENT** Hearing Date: December 17, 2012 Time: 8:30 a.m. Ctrm: 9D, Hon. David O. Carter Pre-Trial Conf.: January 28, 2013 Jury Trial: February 26, 2013 |
|---|---|

**HIGHLY CONFIDENTIAL - FILED UNDER SEAL**

**(PURSUANT TO PROTECTIVE ORDER DATED JANUARY 30, 2012)**

Plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories submits the following Supplemental Appendix of Evidence in Support of Glidewell's Oppositions to Keating Dental Arts, Inc.'s Motions for Summary Judgment.

| Exhibit | Description |
|---|---|
| R | Supplemental Declaration of Jim Shuck **[SEALED]** |
| S | Supplemental Declaration of Dr. Michael DiTolla |
| T | Supplemental Declaration of David Franklyn **[SEALED]** |
| U | Supplemental Declaration of Robin Carden |
| V | Supplemental Declaration of Robin Bartolo |
| W | Supplemental Declaration of Keith Allred |
| X | Supplemental Declaration of Dr. Ronald Goldstein |
| Y | Declaration of Deborah S. Mallgrave |

| Exhibit | Description |
|---|---|
| 89 | print out of Assured Dental Lab's website, http://assureddentallab.com/ProductsandPricing.htm |
| 90 | print out of Authentic Dental Lab's website, http://authenticlab.com/restorative_options.htm |
| 91 | print out of China Dental Outsourcing's website, http://www.chinadentaloutsourcing.com/p-ceramic-bruxer.html |
| 92 | print out of Continental Dental's website, http://www.continentaldental.com/products/cadcam-a-non-metallics |
| 93 | print out of Pittman Dental's website, http://www.pittmandental.com/products/Zirconia.html |
| 94 | print out of Somer Dental Labs' website, http://www.somer.com/products/full-contour-zirconia-crowns |
| 95 | print out of Trachsel Dental's website, http://www.trachseldentalstudio.com |
| 96 | print out of York Dental Lab's website, http://www.yorkdentallab.com/products |
| 97 | print out of Showcase Dental's website, http://www.showcasedental.com/about/events.html |

SUPPLEMENTAL APPENDIX OF EVIDENCE
CASE NO. SACV11-01309 DOC (ANx)

| Exhibit | Description |
|---|---|
| 98 | print out of web page located at http://www.toschlaboratoryinc.com/LunaZirconiaCrowns.html |
| 99 | print out of web page located at http://biocaddental.ca/services/solid-zirconia |
| 100 | print out of web page located at http://www.origincadcam.com/products_ORIGIN-zirconia.html |
| 101 | print out of web page located at http://solutions.3m.com/wps/portal/3M/en_US/3M-ESPE-NA/dental-professionals/products/category/digital-materials/lava-zirconia |
| 102 | print out of web page located at http://dpsdental.com/Nautilus.html |
| 103 | print out of web page located at http://www.5axisdental.com/full-zirconia-crowns |
| 104 | print out of web page located at http://www.bayshoredentalstudio.com/zirconia-crown.asp |
| 105 | print out of web page located at http://www.adt-us.com/adt-fz--full-zirconia.html |
| 106 | print out of web page located at http://www.adt-us.com/adt-fz--full-zirconia.html |
| 107 | print out of web page located at http://www.nusmilecrowns.com/new_ZR.aspx |
| 108 | print out of web page located at http://crowndental.biz/home.html |
| 109 | print out of web page located at http://cap-us.com/materials/details/28 |
| 110 | print out of web page located at http://roedentallab.com/products_TLZ.asp |

Dated: November 26, 2012

SNELL & WILMER L.L.P.

By: /s/ Deborah S. Mallgrave for
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc. dba
GLIDEWELL LABORATORIES