# Exhibit R

[FILED UNDER SEAL]

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., | Case No. SACV11-01309-DOC(ANx) |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF JAMES SHUCK IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| KEATING DENTAL ARTS, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | Hearing<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Ctrm: 9D, Hon. David O. Carter<br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

**HIGHLY CONFIDENTIAL - FILED UNDER SEAL**

**(PURSUANT TO PROTECTIVE ORDER DATED JANUARY 30, 2012)**

SUPPLEMENTAL DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

16186862.2

**EXHIBIT R -5-**

I, James Shuck, declare as follows:

1.    I am Vice President of Sales and Marketing of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") and have held this position since 1991.  Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.  This declaration supplements my declaration filed in support of Glidewell's Motions for Partial Summary Judgment.

2.    Glidewell's total marketing expenses for the BruxZir brand finished crowns and bridges from June 2009 through April 2011 was approximately $ REDACTED .  This figure comprises the following expenses:

- Direct mail: $ REDACTED
- Magazine Ads: $ REDACTED
- Fulfillment: $ REDACTED
- Eblast/Banner Ads: $ REDACTED
- Video: $ REDACTED
- Samples: $ REDACTED

3.    Glidewell's total sales for BruxZir brand finished crowns and bridges from June 2009 to April 2011 equaled approximately $ REDACTED .  During this time, Glidewell's total sales for BruxZir brand finished crowns and bridges steadily rose.

4.    From June 2009 to April 2011, Glidewell sold approximately REDACTED dental crowns and bridges under the BruxZir brand.

5.    BruxZir.com received approximately 94,955 unique pageviews between October 2009 and April 2011.  Of this volume, 84.5% was from U.S. traffic.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 2 -

SUPPLEMENTAL DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

16186862.2

**EXHIBIT R  -6-**

6.      During the period from June 2009 to April 2011, Glidewell sold BruxZir brand crown and bridge products to approximately REDACTED customers in total.

7.      From June 2009 to April 2011, Glidewell regularly and consistently provided sample BruxZir brand crowns, in association with the Glidewell Labs name, as part of its marketing efforts.  These samples were distributed to both current customers and prospective customers, from Glidewell's dentist database available through the American Dental Association.  In total, Glidewell handled out REDACTED samples from June 2009 to April 2011.

8.      From June 2009 to April 2011, Glidewell consistently sent out e-mail blasts approximately quarterly to U.S. dentists and dental laboratories, advertising Glidewell's BruxZir branded product line, in association with the Glidewell Labs name.  These blasts were sent to Glidewell's internal e-mail list and the American Dental Association's e-mail list.

9.      In promotional and marketing materials relating to the BruxZir brand crown, Glidewell uses the term "BruxZir" to identify its BruxZir brand crown, not the terms "bruxer" or "bruxzir."

10.      Based upon my person experience in the dental industry and my specific experience monitoring the marketing and advertisements of BruxZir brand crown competitors, it is my estimation that the majority of other dental labs spend no more than $150,000 per year in advertising costs for Dental Trade Magazine.

11.      Glidewell first used the BruxZir mark on its website (www.glidewelldental.com) in July 1, 2009.  The BruxZir mark has appeared on Glidewell's website since that time.

12.      Glidewell first used the BruxZir mark on its website www.bruxzir.com in October 15, 2009.  The BruxZir mark has appeared on Glidewell's website since that time.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 3 -

13.     Glidewell sends to Authorized BruxZir Labs via e-mail updated Instructions For Use ("IFUs") containing improvements to the manufacturing techniques used by Glidewell to make BruxZir solid zirconia crowns and bridges. These updated IFUs can also be accessed and downloaded online at www.bruxzir.com under the password protected section.   These IFUs provide a complete set of instructions for the manufacturing of crowns and bridges using BruxZir-brand zirconia milling blanks, including but not limited to sintering, staining, and cleaning techniques.

14.     Continental and Trachsel Dental are Glidewell Authorized Laboratories.  Both had mistakes in their marketing materials that were corrected after Glidewell became aware of them.

15.     York Dental Lab is in the process of becoming an Authorized Laboratory.  I expect this process to be completed shortly.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 4 -

SUPPLEMENTAL DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

16186862.2

**EXHIBIT R  -8-**

14.    I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 26, 2012, at *Newport Beach*, California.

James Shuck

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

SUPPLEMENTAL DECLARATION OF JAMES SHUCK
CASE NO. SACV11-01309 DOC (ANx)

- 5 -

16186862.2

**EXHIBIT R  -9-**

# Exhibit S

1  SNELL & WILMER L.L.P.
   Philip J. Graves (SBN 153441)
2  pgraves@swlaw.com
   Greer N. Shaw (SBN 197960)
3  gshaw@swlaw.com
   350 South Grand Avenue, Suite 2600
4  Two California Plaza
   Los Angeles, California  90071
5  Telephone:  (213) 929-2500
   Facsimile:  (213) 929-2525
6
7  Attorneys for Plaintiff
   James R. Glidewell Dental Ceramics, Inc.
   d/b/a Glidewell Laboratories
8

9              UNITED STATES DISTRICT COURT

10            CENTRAL DISTRICT OF CALIFORNIA

11               SOUTHERN DIVISION

12  JAMES R. GLIDEWELL DENTAL          Case No. SACV11-01309-DOC(ANx)
    CERAMICS, INC.,
13                                     **SUPPLEMENTAL DECLARATION
                Plaintiff,             OF DR. MICHAEL C. DITOLLA, IN
14                                     SUPPORT OF JAMES R.
    vs.                                GLIDEWELL DENTAL CERAMICS,
15                                     INC.'S OPPOSITIONS TO
    KEATING DENTAL ARTS, INC.,         DEFENDANT'S MOTIONS FOR
16                                     SUMMARY JUDGMENT**
                Defendant.
17                                     Hearing

18  AND RELATED                        Date:   December 17, 2012
    COUNTERCLAIMS.                     Time:   8:30 a.m.
19                                     Ctrm:   9D, Hon. David O. Carter

20                                     Pre-Trial Conf.:   January 28, 2013
                                       Jury Trial:        February 26, 2013
21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1       I, Dr. Michael C. DiTolla, declare as follows:

2       1.    I am the Director of Clinical Education & Research at plaintiff James

3  R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") and

4  have held this position since 2001.  Unless otherwise indicated, I state the following

5  of my own personal knowledge and, if called upon to do so, I could and would

6  testify competently to the following.  This declaration supplements my declaration

7  filed in support of Glidewell's Motions for Partial Summary Judgment.

8       2.    I interact with approximately two to three thousand dentists a year by

9  phone, e-mail, on various websites, and face to face.  Over the past two years,

10  approximately half of my interactions with these dentists have involved inquiries

11  regarding the BruxZir brand crown.  Of those dentists inquiring about the BruxZir

12  brand crown, approximately 1/3 of them pronounce the BruxZir mark as "brux-

13  zeer."

14       3.    In the DVDs and videos where I refer to a BruxZir brand crown, I'm

15  referring to Glidewell's BruxZir brand crown, not a "bruxer" crown.  Indeed, in my

16  24 years as a practicing dentist, I have never used the term "bruxer" to commonly

17  refer to a crown.

**Snell & Wilmer**
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

SUPPLEMENTAL DECLARATION OF DR. MICHAEL DITOLLA
CASE NO. SACV11-01309 DOC (ANx)

**EXHIBIT S**
**-12-**

1   I declare under the penalty of perjury under the laws of the United States of

2   America that the foregoing is true and correct.

3   Executed on November 25, 2012 in Newport Beach, California.

4

5

6   Dr. Michael C. DiTolla

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400, Costa Mesa Plaza
Los Angeles, CA 90071-1560
(213) 929-2560

SUPPLEMENTAL DECLARATION OF DR.
MICHAEL DiTOLLA
CASE NO. SACV11-01309 DOC (ANx)

- 2 -

16194005.1

**EXHIBIT S**

**-13-**

# Exhibit T

[FILED UNDER SEAL]

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing<br><br>Date:   December 17, 2012<br>Time:  8:30 a.m.<br>Ctrm:  9D, Hon. David O. Carter<br><br>Pre-Trial Conf.:   January 28, 2013<br>Jury Trial:          February 26, 2013 |

**HIGHLY CONFIDENTIAL - FILED UNDER SEAL**

**(PURSUANT TO PROTECTIVE ORDER DATED JANUARY 30, 2012)**

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

I, David Franklyn, declare as follows:

1.      I am an expert witness for plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell"). Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.

2.      I reviewed the Declaration of Dr. David W. Eggleston in Support of Keating Dental Arts, Inc.'s ("Keating") Motions for Summary Judgment [Docket No. ("Dkt#") 93] and the Declaration of Lori Boatright in Support of Keating's Motions for Summary Judgment Cancelling Glidewell's Trademark Registration and of Noninfringement of Glidewell's BruxZir Trademark. [Dkt# 94.] Dr. Eggleston attached to his declaration a copy of his: (1) Expert Report, dated September 15, 2012 ("Eggleston Expert Report") [Dkt#93-1], (2) First Supplemental Expert Report dated October 15, 2012 ("Eggleston First Supplemental Expert Report") [Dkt#93-2], and (3) Rebuttal Expert Report dated October 15, 2012 ("Eggleston Rebuttal Expert Report") [Dkt#93-3]. Ms. Boatright attached to her declaration a copy of her Rebuttal Report to the Report of David J. Franklyn dated October 15, 2012 ("Boatright Rebuttal Report") [Dkt#94-1]. I respond to Dr. Eggleston's reports and Ms. Boatright's report below.

3.      Dr. Eggleston's reports are deficient in several respects. First, BruxZir crowns are not only for people who brux; but rather are used for people who need an aesthetically pleasing and strong crown, regardless of why they might need that type of product. The product serves a wider purpose than restoration of damage caused by bruxism. Dr. Eggleston acknowledged at his deposition that if that is true, his opinion on the genericness of the term "bruxer" for crown may have to be revised.

4.      Dr. Eggleston's Expert Report fails to show that "bruxer crown" is the generic name for a full zirconia dental crown. Dr. Eggleston lumps together

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

1    numerous pieces of "evidence" which, when parsed out, do not support his

2    contention that the "bruxer crown" is the generic name for a full zirconia dental

3    crown.  [Dkt#93-1]  Altogether, I identified 19 distinct pieces (or categories) of

4    evidence upon which Dr. Eggleston relies, which I have reviewed.  [*Id.*]  They are

5    listed in the following chart below:

6

| Evid. # | Date | Description | Document | Page |
|---------|------|-------------|----------|------|
| 1 | 7/2008 | Article: Association Between Self-Reported Bruxism Activity and Occurrence of Dental Attrition, Abreaction, and Occlusal Puts on Natural Teeth – Journal of Prosthetic Dentistry | Eggleston Expert Report | 12 |
| 2 | 1/2007 | Thesis, Tolley: The Efficacy of the BiteStrip in Determining Patients Awareness of Nocturnal Bruxism | Eggleston Expert Report | 13 |
| 3 | 2/2011 | Article, Carden: A Changing Direction in Dentistry: Full-Contour Zirconia | Eggleston Expert Report | 13 |
| 4 | 7/2007 | Article, Suganuma: The Effect of Bruxism on Peridontal Sensation in the Molar Region: A Pilot Study | Eggleston Expert Report | 13 |
| 5 | 1/2007 | Article, Schneider: Maladaptive Coping Strategies in Patients with Bruxism Compared to Non-Bruxing Controls | Eggleston Expert Report | 13 |
| 6 | 10/2008 | Article, Ono: Effect of Sleep Bruxism on Periodontal Sensation and Tooth Displacement in the Molar Region | Eggleston Expert Report | 13 |
| 7 | 1/1999 | Article, Molina: A Clinical Study of Specific Signs and Symptoms of CMD in Bruxers Classified by the Degree of Severity | Eggleston Expert Report | 14 |
| 8 | 10/2009 8/2012 | Glidewell YouTube.com videos http://www.youtube.com/u | Eggleston Expert Report | 14, 17 |

Snell & Wilmer
—— L.L.P. ——
LAW OFFICES
350 South Grand Avenue, Suite 2600    Two California Plaza
Los Angeles, California 90071
(213) 929-2500

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3    **EXHIBIT T -17-**

| | | | | |
|---|---|---|---|---|
| | | ser/glidewelldental | | |
| 9 | N/A | Glidewell.com (Glidewelldental.com) – "BruxZir: Virtually Bulletproof" | Eggleston Expert Report | 15 |
| 10 | N/A | Barth Dental Laboratories | Eggleston Expert Report | 15 |
| 11 | N/A | Keller Laboratories – http://kellerlab.com/193/products/bruxzir.php | Eggleston Expert Report | 15 |
| 12 | N/A | Axis Dental Milling – http://www.axisdentalmilling.com/bruxzir.html | Eggleston Expert Report | 15 |
| 13 | N/A | Crown Dental Studio – http://crowndentalstudio.com/bruxzir.html | Eggleston Expert Report | 15 |
| 14 | N/A | Assured Dental Lab – http://assureddentallabinc.com/prep.html | Eggleston Expert Report | 16 |
| 15 | N/A | A crown made from zirconia is referred to by dentists and other dental professionals as a bruxer crown | Eggleston Expert Report | 16 |
| 16 | 2/2011 | YouTube, R-Dent: How to Adjust the Bruxir Crown – http://youtube/sTTwU1LDvjU | Eggleston Expert Report | 16 |
| 17 | 10/2009 | YouTube, Glidewell: Introduction to BruxZir Total Zirconia – http://yoube/tUpp_DOY4Vw | Eggleston Expert Report | 17 |
| 18 | N/A | Other zirconia products: York Dental Lab ("Bruxer" crown), Barth Dental Lab ("Z-Brux" crown), Mascola Esthetics Dental Lab ("Xtreme Bruxer"), Showcase Dental Lab ("Zir-Bruxer Crown"), R-Dent Laboratory (R-Brux Crown), Infinity Dental Lab ("Bruxer Crown"), Assured Dental Lab ("IPS e.max Bruxer crown"), China Dental Outsourcing (All Zirconia for Bruxers") | Eggleston Expert Report | 17-18 |
| 19 | N/A | Keating Dental Arts lab orders | Eggleston Expert Report | 18 |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 4 -

16186882.3

**EXHIBIT T -18-**

5.      Items 1-7 are articles that stand for little more than the proposition that "bruxer" is a common word for a person who bruxes --- i.e., who grinds his or her teeth.  None of these articles, however, state that there is such a thing as a "bruxer crown."  They, therefore, do not support Dr. Eggleston's assertion.

6.      Item 8 is a Glidewell YouTube.com video.  Dr. Eggleston apparently is citing this as alleged evidence that Glidewell uses BruxZir and bruxer as phonetic equivalents.  However, again, even if this were true, it is not evidence that members of the relevant consuming public use "bruxer crown" as a generic term.

7.      Items 9-14 are all cites to various dental labs, which according to Dr. Eggleston, support the proposition that Glidewell's BruxZir crown is primarily intended for people with bruxism.  However, that is not the point.  That does not prove that dentists or dental labs use the term "bruxer crown" as a generic term.

8.      Moreover, upon analysis, I was able to determine that both Keller (item 11) and Crown Dental Studio (item 13) are authorized Glidewell labs.  They are, therefore, likely referring to Glidewell's products and not using the term in a generic manner.  Similarly, axisdentalmilling.com (item 12) refers to a registered TM - "Bruxzir (R)"- suggesting they are using the Glidewell product.  There isn't any other registered "bruxzir" mark.  Item 15 is simply Dr. Eggleston's own self-pronounced statement that dentists and other dental professionals refer to full zirconia crowns as "bruxer crowns."  However, he does not speak from personal knowledge and states that he, himself, routinely refers to a full zirconia crown as a "bruxer crown."

9.      Item 16 is a YouTube video from R-Dent about "How to Adjust the Bruxzir Crown" and does not indicate that the speaker is using the term generically.  Indeed, the dentist/speaker states that "some laboratories call it the BruxZir crown; we call it the r-brux crown."  In context, this is not a generic use – especially since R-Dent is an authorized Glidewell lab.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3

**EXHIBIT T -19-**

10.    Item 17 is a YouTube video by Glidewell that Dr. Eggleston appears to cite as an example of Glidewell using BruxZir and bruxer as phonetic equivalents. However, when one looks at the video, the speaker uses BruxZir as a trademark. Again, phonetic equivalence, even if demonstrated, would not make the term "BruxZir" a generic name for a type of crown.

11.    Item 18 is a collection of cites to webpages purportedly reflecting uses by several dental labs of the term bruxer in a generic manner.  After reviewing these websites, it is clear they do not show that bruxer or BruxZir is a generic name for a type of solid zirconia dental crown:

- York Dental Lab's website consistently uses BruxZir multiple times with the same spelling and capitalization.  The use of BruxZir on York's website is not a generic use.  The product description does use "Bruxer" once to refer to the crown; however this is likely a mistake in light of the previous consistent use.

- The Barth website indicates that zirconium crowns are intended in part for bruxers.  It does not use "bruxer crown" as a generic term.

- Mascola's use of "Xtreme Bruxer" on an Rx form is descriptive use at most and not a generic use.

- Showcase no longer uses the name Zir-Bruxer and now refers to its product as Full Contour Zirconia.

- R-Dent Dental Laboratory is apparently a Glidewell authorized lab which consistently uses BruxZir.

- Infinity Dental Lab appears to be using the term "'Bruxer' crowns" in a descriptive rather than a trademark sense.  This is consistent with the fact that "Bruxer" is in quotes.

- Assured's use is ambiguous but may amount to descriptive use.

- China Dental Outsourcing does not currently use the term bruxer crown.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16186882.3    **EXHIBIT T -20-**

12.     Item 19 is a collection of approximately 50 Keating Dental Arts written lab orders in which dentists have attempted to order crowns from Keating by writing BruxZir or some close variant thereof.  This, in my view, is evidence of actual confusion (i.e., dentists wrongly thinking Keating offers BruxZir products, or thinking that there is some affiliation between Glidewell and Keating), not evidence of generic use of the term BruxZir crown.

13.     Thus, when it is parsed out, Dr. Eggleston's Expert Report offers very little documentary evidence which even arguably could be taken as examples of relevant professionals using "bruxer crown" in a generic manner.  In my view, that is not sufficient to demonstrate that dental professionals generally use the term "bruxer crown" generically.

14.     Dr. Eggleston's supplemental and rebuttal reports fare no better.  [Dkt#93-2, 93-3.]  They cite almost exclusively to depositions from this case in an attempt to show that bruxer and BruxZir are phonetic equivalents.  [*Id.*]  However, that is not the same as showing that BruxZir or Bruxer is widely used as the generic name for a type of dental crown.

15.     Dr. Eggleston's supplemental and rebuttal reports also misconstrue the evidence.  For example, in his Rebuttal Report, Dr. Eggleston makes reference to a forum post from the Dental Lab Network entitled "How to glaze a BruxZir Crown" with date ranges from 10-09-2009 to 6-11-2011.  [Dkt#93-3.]  Dr. Eggleston claims that "the ongoing discussion is clearly NOT discussing Glidewell's product, but rather is discussing the glazing of zirconia crowns from any source (whether or not from Glidewell)."  [*Id.*]  What Dr. Eggleston fails to note is that while other products were mentioned within this thread, it is clear that the participants were well aware that BruxZir is a Glidewell product and not a generic term for a zirconia crown indicated for bruxers.  Examples would include, but are not limited to, the following posts:

"Mark Jackson" of Precision Ceramics Dental Laboratory:

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3

**EXHIBIT T -21-**

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929.2500

- 11-22-2010 - "if you want to know how to Glaze a BruxZir restoration, simply review your BruxZir training materials . . . . "
- 11-23-2010 - "As for BruxZir (and FDA registered monolithic zirconia) simulated wear studies, solubility and other performance benchmarks have already been performed.*"
- 2nd post from 11-23-2010 - "These doctors are asking about BruxZir and being mislead and lied to, and UNKNOWINGLY being switched to inferior and inappropriate materials."
- 3rd post from 11-23-2010 - "There is no SIMILAR product. Comparing regular zirconia to BruxZir is like comparing pressable porcelain to Lithium Disilicate. . . . All they need to do, is contact Glidewell,"
- 11-23-2010 at 6:10 p.m. "At the moment only BruxZir that I know of. All the others use either Lava or Metoxit as their predicate device. Crystal zirconia claims to be an EXACT replica of Metoxit and is only approved for use as a coping."
- 11-26-2010 "3M spoke with Glidewell about licensing BruxZir. It doesn't fit with their business plan, so they have applied for a provisional application for Lava as a full contour material, but even if it gets approved, as I'm sure it and others will, it was never designed [sic] to be use that way and will not compare to the specialized products that WERE.", and many more],

"Charles007":

- 10-07-2010 "I also glazed a 3 unit full contour zir bridge . . . This was not the Glidewell Bruxzir material";
- 11-01-2010 "I'm not using Glidewells [sic] bruxzir [sic] or Chrystal Diamond........ Top secret full contour zir . . . ."

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16186882.3

**EXHIBIT T -22-**

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

- 11-24-2010 "I take a day off DLN and come back to see all hell breaks loose over me trying to make full contoured zirconia look better trying different stain kits..... ALL of the full contoured zirconia materials I've seen look opaque, including BruxZir........"
- 11-25-2010 "Doug, Glidewell has spent mega $$ on BruxZir, don't think any lab using this product will be a tester, I would call it a Mega money maker material ......Other companies with try to "one up it" which will eventually benefit us all in the long run. Who knows what the next full contoured material will be and when it will come out....... I keep hearing about new materials, and I definitely don't want to be a tester."

"TheLabGuy"

- 11-22-2010 "If it's any consolation......I don't sell any full contour zirconia or bruxzir";
- 11-23-2010 "Most of us are all still riding the E.max tsunami and full contour zirconia or BruxZir is still in it's infantile stages and why everyone here is asking so many questions about it.";
- 2nd post from 11-23-2010 "Now, as John mentioned, if you would like to explain the differences in BruxZir and Zirconia and why it's a better product (preferably not because the FDA says so)";
- 3rd post from 11-23-2010 "A question: Do most of the manufacturers out there have a FDA registered (501) full contour zirconia restoration available on the market?  Or is BruxZir the only one (even though its composition is different)."

"JohnWilson, " the moderator:

- 11-22-2010  "As for counterfeiting I know you are one of the few that actually has the glidewell [sic] product at PCDL, and you have a vested interest in maintaining the brand name. With that being said it is

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3

**EXHIBIT T -23-**

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

a mistake and illegal to use the name Bruxzi [sic] to refer to any other
product other than a Bruxzi [sic].";

- 11-23-2010 "As for the fact that we are in the infancy of Monolithic ZI
restorations, the brand people have heard of is of course because of
Glidewells amazing marketing budget.";

- 2nd post from 11-23-2010 "Since it's obvious that I do not know the
difference between a BruxZir crown and a generic Full contour Zir
crown perhaps you can share the difference with us all. Not just the
fact that there is a 510k registration on the specific product. Oh and
BTW what other labs have bought into the BRUXzir system from
glidewell?"

"DMC" aka "C.D.T Crazy Dental Tech":

- 11-23-2010 "I'll make full Zirconia all day long and not lose any sleep
over it. . . . How does it get any cheaper than the home-made Zirconia
from Glidewell?LOL What if I get a prescription with the word
Bruxzir mis-spelled?";

- 2nd post from 11-23-2010 "I can tell you that we have made 100%
Zirconia crowns for over 100 Labs! I do it everyday. They all knew it
was not a Glidewell product. Good luck trying to sue all of us."

- 3rd post from 11-23-2010 at 5:32 p.m. "I have only the best of the best
in my lab. I would NEVER sell that chit Zirconia from Glidwell[sic]!"

16.     Moreover, much of the "evidence" on which Dr. Eggleston relies is
legally not germane to the genericness issue in this case.  In this case, to prevail on
its genericness counterclaim, the defendant Keating must prove that BruxZir was
the generic name for full zirconia dental crowns by September, 2010 or May, 2011
at the latest– the dates that Keating entered the market in competition with
Glidewell.  It is well established in the Ninth Circuit that the date for determining

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929.2500

16186882.3

**EXHIBIT T -24-**

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1  genericness in an infringement action is the date when the alleged infringer entered

2  the relevant market.[1]

3       17.    Here, it is my understanding that Keating entered the dental crown

4  market – using the KDZ Bruxer mark – in either September 2010 when it began

5  selling zirconia crowns under the KDZ Bruxer name to existing customers, but no

6  later than May, 2011 when it publicly advertised zirconia crowns under that name.

7  Yet, in supporting both his "phonetic equivalence" and "genericness" opinions, Dr.

8  Eggleston relies almost entirely on excerpts from journals , articles, videos and the

9  internet which either occurred after May, 2011 or which are not dated.  [Dkt#93-1]

10       18.    To the extent that Dr. Eggleston relies on evidence before Keating

11  entered the market, it is not evidence of generic use of the term "bruxer" as a type

12  of zirconia crown.  Indeed, in Dr. Eggleston's Expert Report, the only evidence he

13  cites before September 2010 are articles (items 1-7 in the chart above) that show

14  that "bruxer" is a word for a person who grinds.  [Dkt#93-1.]  In his Expert

15  Rebuttal Report, Dr. Eggleston cites a blog (photodontist.blogspot.com) to support

16  the assertion that BruxZir crown is used generically. [Dkt#93-3.]  Yet, Dr.

17  Eggleston's own description of the blog – and a plain reading of the blog itself –

18  amply demonstrate that the author (a Mr. Vu Le) is using the BruxZir name as a

19  trademark.  Indeed, Mr. Le mentions Glidewell Labs specifically!  In a follow up to

20  his blog entry, Dr. Le explicitly indicates his knowledge that "[g]lidewell Labs

21  markets them under the brand name Bruxzir . . . ."[2]

22       19.    Dr. Eggleston has not offered any credible evidence that BruxZir – or

23  its alleged phonetic equivalent "bruxer" – was predominantly seen as the generic

24

25  [1] *Yellow Cab Co. of Sacramento v. Yellow Cab of Elk Grove, Inc.*, 419 F.3d 925,
26  928 (9th Cir. 2005) ("The crucial date for the determination of genericness is the
    date on which the alleged infringer entered the market with the disputed mark or
27  term."). *See also Nora Beverages, Inc. v. Perrier Group of Am.*, Inc., 164 F.3d 736,
    744 (2d Cir. 1998).
28  [2] http://photodontist.blogspot.com/2009/10/bruxzir-vs-pfm-round-2-full-zirconia-
    vs.html.

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3

**EXHIBIT T -25-**

name for full zirconia crowns as of September 2010 or even by May, 2011.  Nor has he shown that to be the case today.

20.     Incidental generic uses do not render a mark generic. *See* McCarthy on Trademarks and Unfair Competition § 12:6 (4th Ed.) (stating that a term must be predominantly seen as generic before it will be considered legally generic and suggesting as a bench mark that at least 75% of the relevant consuming public view of the mark primarily as the generic name for that type of product and not primarily as a brand name.); *see also* 15 U.S.C.A § 1064(3); McCarthy on Trademarks and Unfair Competition § 12:8 (4th ed.) citing *Coca-Cola Co. v. Overland, Inc.*, 692 F.2d 1250 (9th Cir. 1982) (COKE not a generic name).

21.     The evidence cited by Dr. Eggleston demonstrates that BruxZir and/or Bruxer have not been understood by dentists or dental labs to be generic but rather to refer to Glidewell's products. *See, e.g.*, posts by "Mark Jackson" of Precision Ceramics Dental Laboratory [11-22-2010; 11-23-2010; 2nd post from 11-23-2010; 3rd post from 11-23-2010; 4th post from 11-23-2010; 11-26-2010]; "Charles007" [10-7-2010; 11-01-2010; 11-24-2010; 11-25-2010]; "TheLabGuy" [11-22-2010; 2nd post from 11-22-2010; 11-23-2010; 2nd post from 11-23-2010; 3rd post from 11-23-2010]; "JohnWilson"[11-22-2010; 11-23-2010; 2nd post from 11-23-2010; 11-23-2010 at6:18 p.m.]; "Al." [11-24-2010] and "DMC" aka "C.D.T Crazy Dental Tech" [11-23-2010; 2nd post from 11-23-2010; 3rd post from 11-23-2010 at 5:32 p.m.; 11-29-2010].

22.     Dr. Eggleston does not cite sufficient evidence to support an opinion that as of September, 2010 or May, 2011, a majority of dentists or dental labs used the terms "BruxZir crowns" or "bruxer crown" as a generic name for full zirconia crowns.

23.     Paragraphs 54-68 of my declaration submitted in support of Glidewell's Motions for Summary Judgment also support my opinion that Dr.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600   Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Eggleston's opinions in the expert reports attached to his declaration are unfounded. [Dkt#90-1].

24.    In Ms. Boatright's Rebuttal Report [Dkt#94-1], she argues that:

- (a) BruxZir should have been denied registration by the United States Patent and Trademark Office ("PTO") – when such registration was issued on January 19, 2010, on the grounds that BruxZir is either generic and/or highly descriptive as a mark for full zirconia dental crowns;[3]

- (b) Because it should not have been registered, Glidewell's BruxZir mark should be given no protection in this case;[4]

- (c) Glidewell's BruxZir mark is weak;[5]

- (d) Glidewell has presented no evidence of secondary meaning in its mark;[6]

- (e) In her opinion, there is no evidence that relevant consumers would confusingly associate Keating's KDZ Bruxer mark with Glidewell's BruxZir mark, even though both companies are in the same market and sell to similar customers;[7] and

- (f) Keating is using "Bruxer" in its descriptive sense and not as a mark.[8]

25.    Ms. Boatright is wrong in all of these respects.

26.    First, she is wrong that Glidewell's BruxZir mark should not have been registered.  Ms. Boatright has presented no evidence to support her position

---

[3] Boatright's Rebuttal Report, p. 20.

[4] *Id.*

[5] *Id.* at 22.

[6] *Id.* at 24.

[7] *Id.* at 20

[8] *Id.*

**EXHIBIT T -27-**

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

that when Glidewell's mark was registered in January of 2009, it was predominantly seen by (at least 75%) of dentists or dental labs as "the" (or even "a") generic name for full zirconia dental crowns.  Like Dr. Eggleston, she lumps together citations to various pieces of evidence with no regard to their date.  Nor, as she well knows, is occasional or anecdotal generic use sufficient to deny registration to a mark.[9]

27.   When carefully analyzed, it is clear she provides no evidence that BruxZir or Bruxer is a generic name for a full zirconia crown.  None of the documents she cites uses BruxZir or bruxer as the generic name for a solid zirconia crown.  Rather, her alleged evidence stands at most for the proposition that a bruxer is a person who suffers from bruxism and that one indicated use of the BruxZir solid zirconium crown is as a restoration for people who have suffered from bruxism.

28.   Second, Ms. Boatright does not state that in her opinion BruxZir was (or even today is) the generic name for full contour Zirconia crowns.  Rather, she says it should not have been registered because it is *either generic or highly descriptive*.[10]  Only generic terms are per se unregistrable and unprotectable.[11]

---

[9] 2 McCarthy on Trademarks § 12:12 (4th ed. 2012) ("Because a finding of genericness may result in the loss of rights which could be valuable intellectual property, a court should not find genericness without persuasive and clear evidence that the contested term has become generic among a majority of the buyer group."). *Ty, Inc. v. Softbelly's, Inc.*, 353 F.3d 528, 531 (7th Cir. 2003) ("To determine that a trademark is generic and thus pitch it into the public domain is a fateful step. . . . The fateful step ordinarily is not taken until the trademark has gone so far toward becoming the exclusive descriptor of the product that sellers of competing brands cannot compete effectively without using the name to designate the product they are selling").

[10] Boatright's Rebuttal Report, p. 21.

[11] 2 McCarthy on Trademarks § 12:1 (4th ed. 2012) (". . . a generic name of a product can never function as a trademark to indicate origin."). *See also* Restatement (Third) of Unfair Competition § 15 cmt. a (1995) ("Generic

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

- 14 -

16186882.3

**EXHIBIT T -28-**

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

"Highly" descriptive terms can be – and have been – registered as trademarks, so long as they have "secondary meaning," i.e., they have come to be seen as the brand name of a company or product.[12]  Thus, her opinion that BruxZir may be categorized as "descriptive" or even "highly descriptive" is not alone grounds to refuse it registration or protection as a mark.

29.     Ms. Boatright focuses on registration as the issue.  But protection is the issue here, not registration.  Glidewell's mark is a registered mark.[13]  Therefore, Glidewell is entitled to a presumption of validity of the mark.[14]  This is an infringement action – not an appeal from a TTAB ruling on Glidewell's mark.  In an infringement action in the Ninth Circuit, the law is clear that the defendant asserting that plaintiff's mark is generic must prove it was predominantly seen by relevant consumers as the generic name for the type of product at issue when the alleged infringer entered the market.[15]

---

designations are not subject to appropriation as trademarks at common law and are ineligible for registration under federal and state trademark registration statutes."). *See also Park 'N Fly, Inc. v. Dollar Park & Fly, Inc.,* 469 U.S. 189, 194 (1985) ("Generic terms are not registrable, and a registered mark may be canceled at any time on the grounds that it has become generic.").

[12] 2 McCarthy on Trademarks § 15:8 (4th ed. 2012) *citing Echo Travel, Inc. v. Travel Associates, Inc.,* 870 F.2d 1264, 1268 (7th Cir. 1989) ("The establishment of secondary meaning is what removes the mark from the public domain as an indicator of origin for certain goods or services.").
[13] BRUXZIR, Registration No. 3,739,663.

[14] 15 U.S.C. § 1115(a) (2012) ("Any registration issued . . . shall be prima facie evidence of the validity of the registered mark . . . ."). *See also Reno Air Racing Ass'n, Inc. v. McCord,* 452 F.3d 1126, 1135 (9th Cir. 2006) *citing Yellow Cab Co. of Sacramento v. Yellow Cab of Elk Grove, Inc.,* 419 F.3d 925, 928 (9th Cir. 2005) (". . . [R]egistered marks are endowed with a strong presumption of validity").

[15] *Yellow Cab Co. of Sacramento v. Yellow Cab of Elk Grove, Inc.,* 419 F.3d 925, 928 (9th Cir. 2005) ("The crucial date for the determination of genericness is the date on which the alleged infringer entered the market with the disputed mark or term."). *See also Nora Beverages, Inc. v. Perrier Group of Am., Inc.,* 164 F.3d 736, 744 (2d Cir. 1998).

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3

**EXHIBIT T -29-**

30.     Ms. Boatright does not cite the *Yellow Cab* case or mention its key ruling – i.e., that the time for determining genericness in an infringement action is when the alleged infringer (here Keating) entered the market.  This is important because even if the PTO should have denied registration to BruxZir on the ground that it was then "highly descriptive" (a point with which I disagree), that would say nothing about the validity of Glidewell's common law rights in its mark today, in May, 2011, or in September, 2010.  This is because while descriptiveness may be relevant to registration, it is not sufficient to deny common law rights in a mark. Only truly generic marks are legally unprotectable.  Descriptive marks are protectable as long as they have secondary meaning.[16]

31.     Ms. Boatright is also wrong when she asserts that Glidewell has no evidence to establish that dentists and dental labs see BruxZir as Glidewell's mark and do not see it as a term that merely describes some of their patients.  By the time Keating entered the market in either September, 2010 or May, 2011, Glidewell had already sold thousands of full zirconia crowns under the BruxZir brand name.  It had also engaged in extensive advertising of its mark and gained industry acclaim for the BruxZir brand crown.  Based on my review of the evidence cited in support of Glidewell's Motions for Summary Judgment, I learned that Glidewell promotes its dental crowns and bridges under the BruxZir mark through the Internet (through Glidewell's blog as well as www.BruxZir.com), direct mailers, trade shows, ads in dental industry publications, press releases, continuing education brochures, videos and training sessions for dentists, samples, and specialized prescription forms.[17] Over the period June 2009 to June 2012, Glidewell spent approximately                         REDACTED

---

[16] See footnote 11.

[17] See Dkt#90-1 (Shuck Decl., Ex. G, ¶¶ 20-26); Dkt#90-1 (Newman Decl., Ex. B, ¶ 3); Dkt#90-1 (Michiels Decl., Ex. Q, ¶ 3); Dkt#90-1 (Luke Decl., Ex. D, ¶ 3); Dkt#90-1 (Doneff Decl., Ex. A, ¶ 3); Dkt#90-1 (Bell Decl., Ex. E, ¶ 3); Dkt#90-1 (Cohen Decl., Ex. C, ¶ 3); Dkt#90-1 (Toca Decl., Ex. F, ¶ 3); Dkt#90-1 (Goldstein Decl., Ex. O, ¶ 19), Dkt#90-1 (DiTolla Decl., Ex. I, ¶¶ 4, 6-7, 10).

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3

**EXHIBIT T -30-**

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

in promoting its BruxZir finished crowns and bridges through these channels.[18]
Glidewell's BruxZir branded line of dental restoration products has received wide
recognition and acclaim in the dental industry, including (1) the 2010 Best Product
Innovation Award from Tosch Corporation, (2) the Journal of Dental Technology's
Wow! 2011 Products Awards, (3) Inside Dental Technology 2011 iNavigator Top
Pick, (4) 2011 Best Product from Clinician's Report, (4) the Pride Institute's 2012
Best of Class Technology Award, and (5) 2012 semifinal candidate for Best New
Material.[19]   Furthermore, the dentists with whom I spoke (which are identified in
my declaration submitted in support of Glidewell's Motions for Summary
Judgment) uniformly stated that BruxZir quickly established itself as a widely
recognized brand for solid zirconium crowns and that BruxZir is widely recognized
as identifying Glidewell Laboratories as the source of such products.  [Dkt#90-1]

32.    Thus, it is disingenuous for Ms. Boatright to say that the BruxZir mark
had become famous enough to be generic for full zirconia crowns but not famous
enough to have secondary meaning in that market.

33.    Ms. Boatright is also wrong when she says that BruxZir is a weak
mark.  It is not. It is a strong mark in the market(s) in which it is used.  It is both
linguistically strong and strong from a market penetration perspective.  Aside from
Glidewell and Keating, no one else uses "bruxer" as a trademark for full zirconia
dental crowns. And Glidewell was indisputably first to use and first to register.
Moreover, dentists widely see Glidewell as the market leader in the field of solid
zirconium crowns.

34.    Ms. Boatright is also wrong when she says that there is no evidence
that consumers (dentists and dental labs) are confused between BruxZir crowns and
KDZ Bruxer crowns.  Ms. Boatright does not cite or discuss (and perhaps was not

---

[18] Dkt #90-1 (Shuck Decl., Ex. G, ¶¶ 38, 39); Dkt. #90-1 (Goldstein Decl., Ex. ), ¶
16).

[19] Dkt#90-1 (Shuck Decl., Ex. G, ¶¶ 32-36); Dkt. #90-1 (Goldstein Decl., Ex. O, ¶
20).

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3            **EXHIBIT T -31-**

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

shown) the more than 50 orders placed by Keating's customers (dentists) seeking to order Glidewell's BruxZir crowns from Keating.  In addition, Ms. Boatright was not shown the declaration of Nicole Fallon in support of Glidewell's Motions for Summary Judgment and the exhibits referenced therein, which showed actual confusion by Dr. Le between Glidewell's BruxZir crown and Keating's KDZ Bruxer crown. [Dkt#90-1].  Even if she wishes to somehow dismiss or weaken this evidence, she cannot in good faith say there is no such evidence. The risk of consumer confusion is not only high here – it has materialized.  Furthermore, several dentists with whom I spoke stated that if they saw a solid zirconium crown advertised for sale under the name "KDZ Bruxer," they would likely be confused as to the source of such products or the zirconium material from which they were made.

35.     Paragraphs 54-68 of my declaration submitted in support of Glidewell's Motions for Summary Judgment also support my opinion that Ms. Boatright's opinions in her expert reports are unfounded. [Dkt#90-1].

36.     Ms. Boatright is wrong when she says Keating is using the word Bruxer as a descriptive word only and not as a trademark.  She seems to rely on the fact that Keating "disclaimed" an interest in the word "bruxer" standing alone when it applied to the USPTO for rights in the mark "KDZ Bruxer."[20]  However, a disclaimer in a trademark application does not mean that the word is somehow excised from the mark for which protection will eventually be sought.[21]  Nor does it mean the use of the word as part of one's brand name in branding materials is somehow negated and rendered only a descriptive use.

_____

[20] Boatright's Rebuttal Report, p. 20.

[21] 2 McCarthy on Trademarks § 11:52 (4th ed. 2012) ("A disclaimer of descriptive matter in a registered composite mark does not deprive the registrant of any common law rights registrant may have in the disclaimed matter.") *See also* 15 U.S.C. § 1056(b) (2012) ("No disclaimer . . . shall prejudice or affect the applicant's or registrant's rights then existing or thereafter arising in the disclaimed matter.").

Snell & Wilmer
LAW OFFICES
L.L.P.
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

1        37.    Contrary to Ms. Boatright's contention, Keating is clearly using

2   "Bruxer" as part of its brand name.  Indeed, Keating alleges in its amended answer

3   and counterclaims that KDZ Bruxer is a trademark.[22]  Keating capitalizes "Bruxer";

4   includes it as a component of its mark; and uses it as a mark on its website and in

5   its other marketing materials.  It therefore is not exempt from liability under the

6   descriptive fair use doctrine.[23]  If Keating wants to take advantage of the descriptive

7   fair use doctrine it should limit its use of the word "bruxer" to truly descriptive uses

8   – i.e., to uses which refer to people who brux – and not as the trademark of its

9   competing zirconia crown products.

10        38.    Finally, on the issue of good faith, Ms. Boatright disagrees with my

11   opinion that Keating is trading on the good will of Glidewell.  However, that

12   opinion is based on the fact that there is actual confusion in this case – Keating is

13   receiving orders from people who are trying to order Glidewell BruxZir products.

14   Keating is not an authorized BruxZir dental lab selling crowns made from

15   Glidewell's BruxZir raw materials – but some dentists apparently think it is.  That

16   is exactly the type of free-riding on good will that United States trademark law is

17   designed to remedy.

18        39.    I have reviewed Keating's Statement Of Uncontroverted Facts And

19   Conclusions of Law In Support of Motion For Summary Judgment of

20   Noninfringement of Glidewell's Bruxir® Trademark, Keating's Exhibits 24, 27-

---

[22] Second Amended Answer, Affirmative Defenses and Counterclaims, Doc. No.
57-1 ("SAA") ¶ 13 ("Defendant admits that it has used in commerce the term KDZ
BRUXER as a trademark in connection with advertising of, sale of, or offer to sell
dental prostheses."); ¶ 41 (application for registration).

[23] Restatement (Third) of Unfair Competition § 28 cmt. c (1995) ("Fair use is a
reasonable and good faith use of a descriptive term that is another's trademark to
describe rather than to identify the user's goods, services, or business."). *See also* 2
McCarthy on Trademarks § 11:46 (4th ed. 2012) Often, an infringing trademark
usage of the challenged term is evidenced by its employment as an
'attention-getting symbol.'"). *See also Sands, Taylor & Wood Co. v. Quaker Oats
Co.*, 978 F.2d 947, 954 (7th Cir. 1992) (defendant used plaintiff's THIRST AID
mark not in a sentence describing defendant's GATORADE sports drink, but as an
attention-getting symbol in advertising; this is evidence of trademark use which
disqualifies defendant from the fair use defense.)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1    29, 31, 34, 37, 39, 42, 43, 93, 94, 96, 99-103, 105, 106, 108-114, 119-137, as well

2    as the declaration of Carol Frattura and the attached Exhibit A.  After reviewing

3    these documents, it is my opinion that Keating's cited evidence fails to demonstrate

4    a crowded field.  Keating's examples of companies that offer "dental products for

5    use with bruxers" or "associated with zirconia" are made up of 40 companies and

6    dentists offering 43 products under names that fit the criteria that Keating

7    determined was relevant.  For this evidence to be relevant to the crowding issue, the

8    "crowding" marks would have to be confusingly similar to Glidewell's BruxZir

9    mark.  However, of all of the cited uses identified in Keating's SUF 50, none

10   includes any combination of "Brux" and either "Zir" or "Z," and only one

11   ("BruxArt") involves a product that competes with those covered by Glidewell's

12   BruxZir registration.  These uses are therefore entirely irrelevant to an evaluation of

13   the strength of the BruxZir mark.

14        40.    In its SUF 51, Keating recites a list of dental laboratories that,

15   according to Keating, sell "all-zirconia crowns under a variety of names" that

16   include the fragments "Brux" or "Zir" or "z."  Eleven of these contain only a "Zir"

17   or "Z" fragment without any "Brux" component, or a "Brux" element with a

18   distinguishing suffix (e.g., "BruxThetix"), and are therefore phonetically dissimilar.

19   It is my understanding several labs, including "Z-Brux" (Assured Dental Lab),

20   "Brux" (Authentic Dental), "Bruxer All Zirconia" (China Dental Outsourcing),

21   "Full Solid Bruxer Zirconia" (Fusion Dental Lab), and "Bruxer Crown" (Pittman

22   Dental),  were discontinued after the dental labs received cease and desist letters

23   from Glidewell's General Counsel.  In addition, it is my understanding that at least

24   two labs, "Full Zirconia for Bruxing Patients" (Continental Dental) and "All

25   Zirconia Bruxer" (Trachsel Dental), were authorized labs that simply made a

26   mistake in their marketing materials that Glidewell caught and corrected.  Other,

27   such as "All Zirconia for Bruxers" appear not to reflect a trademark usage at all but

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16186882.3

**EXHIBIT T -34-**

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

1    rather a description of particular goods.  These uses therefore do not constitute

2    "crowding" uses.

3         41.    The only arguably relevant uses include "Z-Brux" (Barth Dental

4    Labs), "Bruxer Crown" (Cosmetic Dentistry of SA), "Full Zirconia (Bruxer)" (Dani

5    Dental), "GPS BruxArt" (GPS Dental Lab), "Bruxer Crowns" (Infinity Dental

6    Lab), and "Xtreme Bruxer" (Mascola Esthetics).  However, Cosmetic Dentistry of

7    SA appears to be a dental office rather than a dental laboratory, and advertises to

8    patients rather than to dentists.  Its "use" is therefore not in the relevant market.

9    Infinity Dental Lab appears to be using the term "'Bruxer' crowns" in a descriptive

10   rather than a trademark sense.  Dani Dental's use of the term "Full Zirconia

11   (Bruxer)" consists of a prescription form that includes a box next to the term "Full

12   Zirconia (Bruxer)."  This evidence does not demonstrate how Dani Dental markets

13   its good and it appears that this entry is used descriptively to refer to a full zirconia

14   crown that could be used for a patient with bruxism rather than in a trademark

15   sense.  Keating's evidence concerning Mascola's use of the term "Xtreme Bruxer"

16   also consists of a preprinted prescription form that says little concerning whether or

17   how Mascola markets any goods to dentists.

18        42.    After this analysis, it appears that Keating is left with two purported

19   uses that appear to be trademark uses in commerce directed to the relevant market:

20   "Z-Brux" by Barth Dental Labs, and "GPS BruxArt" by GPS Dental Lab.  Two

21   uses in the relevant market, unsupported by any evidence of advertising, sales or

22   actual impairment of the commercial strength of the BruxZir mark, is insufficient to

23   meet the showing required to justify summary judgment on the basis of a "crowded

24   market."

25        43.    On November 26, 2012, I visited the web page located at:

26   http://assureddentallab.com/ProductsandPricing.htm.  Attached as Exhibit 89 is a

27   true and correct copy of Assured Dental Lab's website, as of 11/26/2012.  This

28   website does not list a "Z-Brux" product.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 21 -

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

**EXHIBIT T -35-**

44.    On November 26, 2012, I visited the web page located at: http://authenticlab.com/restorative_options.htm.  Attached as Exhibit 90 is a true and correct copy of Authentic Dental Lab's website, as of 11/26/12.  This website does not list a "Brux" product.

45.    On November 26, 2012, I visited the web page located at: http://www.chinadentaloutsourcing.com/p-ceramic-bruxer.html.  Attached as Exhibit 91 is a true and correct copy of China Dental Outsourcing's website, as of 11/26/12.  This website does not list a "Bruxer All Zirconia" product.

46.    On November 26, 2012, I visited the web page located at: http://www.continentaldental.com/products/cadcam-a-non-metallics.  Attached is Exhibit 92 is a true and correct copy of Continental Dental's website, as of 11/26/12.  This website does not list a "Full Zirconia for Bruxing Patients" product.

47.    On November 26, 2012, I visited the web page located at: http://www.pittmandental.com/products/Zirconia.html.  Attached as Exhibit 93 is a true and correct copy of Pittman Dental's website, as of 11/26/12.  This website does not list a "Bruxer Crown" product.

48.    On November 26, 2012, I visited the web page located at: http://www.somer.com/products/full-contour-zirconia-crowns/.  Attached as Exhibit 94 is a true and correct copy of Somer Dental Labs' website, as of 11/26/12.  This website does not list a "Full Contour Zir" product.

49.    On November 26, 2012, I visited the web page located at: http://www.trachseldentalstudio.com.  Attached as Exhibit 95 is a true and correct copy of Trachsel Dental's website, as of 11/26/12.  This website does not list an "All Zirconia Bruxer" product.

50.    On November 26, 2012, I visited the web page located at: http://www.yorkdentallab.com/products.  Attached as Exhibit 96 is a true and correct copy of York Dental Lab's website, as of 11/26/12.  This website does not list a "Bruxer" product.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929.2500

16186882.3

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

**EXHIBIT T -36-**

1    51.    On November 26, 2012, I visited the web page located at:

2    http://www.showcasedental.com/about/products.html.  Attached as Exhibit 97 is a

3    true and correct copy of Showcase Dental's website, that I reviewed on 11/26/12.

4    This website does not list a "Zir-Bruxer" product.

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.3

**EXHIBIT T -37-**

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1       I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct, and that this declaration was

3  executed on November 26th, 2012, at San Francisco, California.

4

5                  David J. Franklyn

6                  David Franklyn

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

–24–

SUPPLEMENTAL DECLARATION OF DAVID FRANKLYN
CASE NO. SACV11-01309 DOC (ANx)

16186882.2

**EXHIBIT T -38-**

# Exhibit U

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC.,<br><br>          Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>          Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**SUPPLEMENTAL DECLARATION OF ROBIN CARDEN IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing<br><br>Date:   December 17, 2012<br>Time:  8:30 a.m.<br>Ctrm:  9D, Hon. David O. Carter<br><br>Pre-Trial Conf.:   January 28, 2013<br>Jury Trial:         February 26, 2013 |

DECLARATION OF ROBIN CARDEN
CASE NO. SACV11-01309 DOC (ANx)

16193539.1                    **EXHIBIT U -40-**

I, Robin Carden, declare as follows:

1.     I am Vice President of Research and Development, of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") and have held this position since December 2011.  I have personal knowledge of the statements contained in this declaration.

2.     I began working with Glidewell as a consultant in 2005.  I was hired to look at exploring partially stabilized zirconia as a material for dental products.  I was familiar with partially stabilized zirconia because of previous experience with zirconia ferrules, or connecting devices, for fiber optics.   Thus, beginning in 2005, I began developing for Glidewell a new type of crown, a solid zirconia crown.  In December 2009, I became a full time employee and was named Senior Director of Research and Development.  In December 2011, I was promoted to my current position of Vice President of Research and Development.

3.     To become an authorized dental lab for making BruxZir solid zirconia crowns and bridges ("Authorized BruxZir Lab"), dental labs must first possess the correct equipment to mill and sinter the BruxZir Zirconia.  Glidewell's R&D department will implement a certification process which includes an extensive validation process to ensure that the personnel of such dental labs are properly trained and equipped to make BruxZir solid zirconia crowns and bridges that are of the same quality as those made by Glidewell, using the BruxZir-brand zirconia milling blanks sold by Glidewell.

4.     In the first step of this validation process, Glidewell sends to a dental lab (i) test specimen made from BruxZir-brand zirconia milling blanks sold by Glidewell, and (ii) Glidewell instructions for use ("IFUs") for making BruxZir solid zirconia crowns and bridges.  The dental lab sinters the test specimen in accordance with these IFUs.  The dental lab then sends back to Glidewell the sintered test specimen.  Glidewell then tests the sintered test specimen to ensure that the

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

physical material characteristics are consistent with BruxZir solid zirconia crowns and bridges made by Glidewell.  If the sintered test specimen is acceptable, then Glidewell notifies the dental lab that it's processes duplicate the properties that Glidewell has established with the BruxZir Zirconia material..

5.     If a dental lab does not pass the validation process in its first attempt, Glidewell follows up with the dental lab to remedy any technical issues, in order to assist the dental lab to achieve an acceptably high level of quality in terms of the output of its manufacturing process.  Typically, with Glidewell's guidance and training, dental labs are able to improve their manufacturing techniques so to be in accordance with Glidewell's IFUs, and become certified.

6.     To become an Authorized BruxZir Lab, a dental lab must also pass a three-month probation period, during which the dental lab shows a consistent purchase of BruxZir milling blanks and coloring kits over three months.  A pattern of consistent orders provides Glidewell with assurance that the dental lab is using BruxZir materials to make BruxZir solid zirconia crowns and bridges.  In particular, the purchase of the BruxZir-brand zirconia milling blanks and the coloring kits are particularly important because these two inputs largely ensure that the end-product crown or bridge will have the strength, hardness and esthetic quality that sets the BruxZir-brand solid zirconia crowns and bridges apart from the competition.

7.     In every BruxZir milling blank order sent to Authorized BruxZir Labs, Glidewell's then-current IFUs for preparing the BruxZir solid zirconia crowns and bridges are provided.  These IFUs are the same instructions used by Glidewell to make BruxZir solid zirconia crowns and bridges.  They provide a complete set of instructions for the manufacturing of crowns and bridges using BruxZir-brand zirconia milling blanks, including but not limited to sintering, glazing, and staining techniques.  Videos detailing every step of the manufacturing of crowns and bridges

DECLARATION OF ROBIN CARDEN
CASE NO. SACV11-01309 DOC (ANx)

using BruxZir-brand zirconia milling blanks are available to the Authorized BruxZir Labs online at www.bruxzir.com under the password protected section.

8.    Glidewell sends to Authorized BruxZir Labs via e-mail updated IFUs containing improvements to the manufacturing techniques used by Glidewell to make BruxZir solid zirconia crowns and bridges.  These updated IFUs can also be accessed and downloaded online at www.bruxzir.com under the password protected section.   These IFUs provide a complete set of instructions for the manufacturing of crowns and bridges using BruxZir-brand zirconia milling blanks, including but not limited to sintering, staining, and cleaning techniques.

9.    Upon request, Glidewell provides in-person training to its Authorized BruxZir Labs concerning the manufacturing techniques, such as the sintering, staining, cleaning, cementing, and bonding techniques, used by Glidewell to make BruxZir solid zirconia crowns and bridges.  By way of example, Glidewell has provided in-person training to Protec Dental Laboratories Ltd., Via Digital Solutions, Bigler Dental Ceramics, Albensi Laboratories, A&M Dental Laboratories, and Green Dental Laboratories, Inc.

10.    Additionally, representatives from Authorized BruxZir Labs receive such training at the BruxZir Summit held at Glidewell.  Glidewell has hosted BruxZir Summits in January 2012 and in May 2012.   The attendees at these two BruxZir Summit were comprised principally of representatives from the Authorized BruxZir Labs.  The BruxZir Summit provide technical presentations on BruxZir solid zirconia crowns and bridges, and extensive training on the preparation techniques used by Glidewell to make BruxZir solid zirconia crowns and bridges.

11.    Glidewell provides extensive technical support for the Authorized BruxZir Labs if they encounter any quality issues in connection with the manufacture of BruxZir-brand crowns and bridges.  Typically, an Authorized BruxZir Lab sends the problematic BruxZir solid zirconia crown or bridge to

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF ROBIN CARDEN
CASE NO. SACV11-01309 DOC (ANx)

Glidewell for analysis.  In response, Glidewell provides personalized assistance to help the Authorized BruxZir Lab rectify the problem.

12.    In sum, Glidewell consistently provides extensive training, support, and instructions to the Authorized BruxZir Labs to ensure that they are making BruxZir solid zirconia crowns and bridges that are of equal quality to those made by Glidewell.

13.    These policies and practices have been in place from institution of the Authorized BruxZir Labs program in 2009 to the present.   The purpose and effect of these policies and practices is to enable Glidewell to ensure that products sold by the Authorized BruxZir Labs under the BruxZir mark maintain a level of quality consistent with that of BruxZir-brand products made and sold directly by Glidewell.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16193539.1

DECLARATION OF ROBIN CARDEN
CASE NO. SACV11-01309 DOC (ANx)

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 26th, 2012, at Irvine, California.

Robin Carden

# Exhibit V

EXHIBIT V -46-

1   SNELL & WILMER L.L.P.
    Philip J. Graves (SBN 153441)
2   pgraves@swlaw.com
    Greer N. Shaw (SBN 197960)
3   gshaw@swlaw.com
    350 South Grand Avenue, Suite 2600
4   Two California Plaza
    Los Angeles, CA  90071
5   Telephone: (213) 929-2500
    Facsimile: (213) 929-2525
6
7   Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
8   d/b/a Glidewell Laboratories

9                 UNITED STATES DISTRICT COURT

10               CENTRAL DISTRICT OF CALIFORNIA

11                     SOUTHERN DIVISION

12  JAMES R. GLIDEWELL DENTAL          Case No. SACV11-01309-DOC(ANx)
    CERAMICS, INC.,
13                                     **SUPPLEMENTAL DECLARATION
                     Plaintiff,        OF ROBIN BARTOLO IN SUPPORT
14                                     OF JAMES R. GLIDEWELL
    vs.                                DENTAL CERAMICS, INC.'S
15                                     OPPOSITIONS TO DEFENDANT'S
    KEATING DENTAL ARTS, INC.,         MOTIONS FOR SUMMARY
16                                     JUDGMENT**
                     Defendant.
17
                                       Hearing
18
    AND RELATED                        Date:   December 17, 2012
19  COUNTERCLAIMS.                     Time:   8:30 a.m.
                                       Ctrm:   9D, Hon. David O. Carter
20
                                       Pre-Trial Conf.:   January 28, 2013
21                                     Jury Trial:        February 26, 2013

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

I, Robin Bartolo, declare as follows:

1.       I am Sales Manager for Glidewell Direct, a division of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell"), and have held this position since I joined Glidewell in January 2009. I have personal knowledge of the statements contained in this declaration.

2.       As Sales Manager for Glidewell Direct, my primary duties focus on managing the sales of Glidewell products to current and potential customers, and promoting Glidewell's authorized BruxZir dental lab program to dental labs.

3.       In particular, Glidewell Direct focuses on the advertising, marketing, and sales of Glidewell BruxZir products such as milling blanks, milling machines, sintering machines, coloring kits, and other complementary products for dental labs to fabricate BruxZir zirconia crowns.

4.       Glidewell Direct offers dental labs the opportunity to become an authorized dental lab for making BruxZir solid zirconia crowns and bridges ("Authorized BruxZir Lab"). To become an Authorized BruxZir Lab, the dental lab must pass a three-month probation period, during which the dental lab shows a consistent purchase of BruxZir milling blanks and coloring kits over three months. A pattern of consistent orders provides Glidewell with assurance that the dental lab is using BruxZir materials to make BruxZir solid zirconia crowns and bridges. In particular, the purchase of the BruxZir-brand zirconia milling blanks and the coloring kits are particularly important because these two inputs largely ensure that the end-product crown or bridge will have the strength, hardness and esthetic quality that sets the BruxZir-brand solid zirconia crowns and bridges apart from the competition.

5.       Alternatively, a dental lab can become an Authorized BruxZir Lab by outsourcing directly to Glidewell the fabrication of BruxZir solid zirconia crowns and bridges (i.e. by sending to Glidewell a digital or physical impression model to fabricate).

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

- 2 -

16195730.1

**EXHIBIT V -48-**

6.      Both Glidewell and the Authorized BruxZir Labs reap the benefits of Glidewell's strong marketing campaign designed to promote BruxZir solid zirconia crowns and bridges.  This marketing campaign consists of (i) a listing of all the Authorized BruxZir Labs on Glidewell's dedicated BruxZir website, in Glidewell's quarterly Rx booklet, and in e-mail blasts, (ii) quarterly Rx booklet campaigns sent out to about 120,000 doctors across the United States, (iii) letter campaigns, and (iv) trade shows.   These marketing benefits are provided to Authorized BruxZir Labs at no additional cost.

7.      Because of these marketing benefits, as well as the strong technical support that Glidewell provides to the Authorized BruxZir Labs, Glidewell has a strong and close working relationship with Authorized BruxZir Labs.  Indeed, representatives from Authorized BruxZir Labs have told me that they are very happy and satisfied with this relationship.

8.      Glidewell Direct personnel routinely communicate with Authorized BruxZir Labs concerning quality control issues.  Glidewell Direct personnel, as part of their day to day job functions, routinely reach out to Authorized BruxZir Labs by email or telephone regarding various issues, including quality issues, and quality and technical issues are regularly discussed in communications initiated for other purposes as well.  This ongoing conversation between Glidewell and the Authorized BruxZir Labs contributes to a relationship in which quality issues are typically avoided before they become a problem, or are addressed quickly once they become apparent.

9.      Glidewell provides to its Authorized BruxZir Labs detailed Instructions For Use ("IFUs") for manufacturing of crowns and bridges using BruxZir-brand zirconia milling blanks.  Videos detailing every step of the manufacturing of crowns and bridges using BruxZir-brand zirconia milling blanks are available to the Authorized BruxZir Labs online at www.bruxzir.com under the password protected section.

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

16195730.1

**EXHIBIT V -49-**

10.     In addition, Glidewell sends to Authorized BruxZir Labs via e-mail updated IFUs containing improvements to the manufacturing techniques used by Glidewell to make BruxZir solid zirconia crowns and bridges.  These updated IFUs can also be accessed and downloaded online at www.bruxzir.com under the password protected section.   These IFUs provide a complete set of instructions for the manufacturing of crowns and bridges using BruxZir-brand zirconia milling blanks, including but not limited to sintering, staining, and cleaning techniques.

11.     Upon request, Glidewell provides in-person training to its Authorized BruxZir Labs concerning the manufacturing techniques, such as the sintering, staining, cleaning, cementing, and bonding techniques, used by Glidewell to make BruxZir solid zirconia crowns and bridges.  By way of example, Glidewell has provided in-person training to Protec Dental Laboratories Ltd., Via Digital Solutions, Bigler Dental Ceramics, Albensi Laboratories, A&M Dental Laboratories, and Green Dental Laboratories, Inc.

12.     Additionally, representatives from Authorized BruxZir Labs receive such training at the BruxZir Summit held at Glidewell.  Glidewell has hosted BruxZir Summits in January 2012 and in May 2012.   The attendees at these two BruxZir Summit were comprised principally of representatives from the Authorized BruxZir Labs.  The BruxZir Summit provide technical presentations on BruxZir solid zirconia crowns and bridges, and extensive training on the preparation techniques used by Glidewell to make BruxZir solid zirconia crowns and bridges.

13.     Glidewell provides extensive technical support for its Authorized BruxZir Labs if they encounter any quality issues in connection with the manufacture of BruxZir-brand crowns and bridges.  Typically, an Authorized BruxZir Lab sends the problematic BruxZir solid zirconia crown or bridge to Glidewell for analysis.  In response, Glidewell provides personalized assistance to help the Authorized BruxZir Lab rectify the problem.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

16195730.1

**EXHIBIT V -50-**

14.     Glidewell's technical support is also provided directly to any dentist who purchased a BruxZir solid zirconia crown and/or bridge from an Authorized BruxZir Lab.  This provides a feedback mechanism for quality assurance because if a dentist notices any discrepancies in a BruxZir solid zirconia crown purchased from an Authorized BruxZir Lab, he or she can contact Glidewell directly to resolve this issue.  As part of Glidewell's regular practice, Glidewell would then contact this Authorized BruxZir Lab to ensure that moving forward, personnel of such dental labs are properly trained and equipped to make BruxZir solid zirconia crowns and bridges that are of the same quality as those made by Glidewell, using the BruxZir-brand zirconia milling blanks sold by Glidewell.

15.     As the largest dental laboratory in the United States, Glidewell is very active in the dental community bringing awareness to the BruxZir solid zirconia crowns and bridges.  In particular, as Sales Manager for Glidewell Direct, I regularly attend dental trade shows that draw thousands of dentists and dental labs across the United States.  At these trade shows, I promote and establish Glidewell's BruxZir mark as an identifier of Glidewell as a source of zirconia crown and bridge products.  In particular, since joining Glidewell in January 2009, I have attended the following 17 trade shows: (1) Lab Day West, May 9, 2009, Garden Grove, California, approximately 400 dental labs in attendance, (2) California Dental Association ("CDA") Dental Convention, May 13, 2009, Anaheim, California, approximately 6,000 dentists in attendance, (3) CDA Dental Convention, May 14-15, 2010, Anaheim, California, approximately 6,000 dentists in attendance, (4) Lab Day West, May 8, 2010, Garden Grove, California, approximately 400 dental labs in attendance, (5) American Dental Association ("ADA") Annual Session, October 8-10, 2010, Orlando, Florida, approximately 7,000 dentists in attendance, (6) Lab Management Today ("LMT") Chicago Midwinter Meeting, February 23-26, 2011, Chicago, Illinois, approximately 500 dental labs in attendance, (7) Lab Day West, May 7, 2011, Garden Grove, California, approximately 400 dental labs in

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

16195730.1

**EXHIBIT V -51-**

1   attendance, (8) CDA Dental Convention, May 12, 2011, Anaheim, California,

2   approximately 6,000 dentists in attendance, (9) American Academy of Dental Sleep

3   Medicine Annual Meeting, June 12-16, 2011, Minneapolis, Minnesota,

4   approximately 2,000 dentists in attendance, (10) CDA Dental Convention, October

5   9-11, 2011, San Francisco, California, approximately 5,000 dentists in attendance,

6   (11) Dental Laboratory Owners Association of California ("DLOAC") Expo and

7   Symposium, November 17-18, 2011, Pasadena, California, approximately 200

8   dental labs in attendance, (12) LMT Chicago Midwinter Meeting, February 22-25,

9   2012, Chicago, Illinois, approximately 500 dental labs in attendance, (13) Colorado

10  Dental Lab Association Meeting, March 23-24, 2012, approximately 30 dental labs

11  in attendance, (14) CDA Dental Convention, May 3-4, 2012 Anaheim, California,

12  approximately 6,000 dentists in attendance, (15) Lab Day West, May 5, 2012,

13  Garden Grove, California, approximately 400 dental labs in attendance, (16) ADA

14  Annual Session, October 12-20, 2012, San Francisco, California, approximately

15  8,700 dentists in attendance, and (17) DLOAC Expo and Symposium, November

16  16-17, 2012, Anaheim, California, approximately 200 dental labs in attendance.

17       16.    At these trade shows, I routinely give samples of the BruxZir solid

18  zirconia crowns to dentists, and encourage the dentists to compare the BruxZir solid

19  zirconia crowns with other solid zirconia crowns.  This provides another feedback

20  mechanism for Glidewell because, if a dentist notices any discrepancies with a

21  BruxZir solid zirconia crown purchased from an Authorized BruxZir Lab from the

22  sample received, the dentist can contact Glidewell directly to investigate this issue.

23  As part of Glidewell's regular practice, Glidewell would then contact this

24  Authorized BruxZir Lab to ensure that moving forward, personnel of such dental

25  labs are properly trained and equipped to make BruxZir solid zirconia crowns and

26  bridges that are of the same quality as those made by Glidewell, using the BruxZir-

27  brand zirconia milling blanks sold by Glidewell.

28

*Snell & Wilmer*
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195730.1

- 6 -

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

EXHIBIT V -52-

17.     Additionally, Glidewell will follow up with the Authorized BruxZir Labs to inquire about their experience with the BruxZir materials, including any problems that may be having with the BruxZir materials, and any other suggestions and feedback regarding same.

18.     Glidewell routinely monitors the Authorized BruxZir Labs to ensure that they are consistently purchasing BruxZir milling blanks and coloring kits. A pattern of consistent orders provides Glidewell with assurance that the dental lab is using BruxZir materials to make BruxZir solid zirconia crowns and bridges. In particular, the purchase of the BruxZir-brand zirconia milling blanks and the coloring kits are particularly important because these two inputs largely ensure that the end-product crown or bridge will have the strength, hardness and esthetic quality that sets the BruxZir-brand solid zirconia crowns and bridges apart from the competition.

19.     An Authorized BruxZir Lab's failure to consistently purchase BruxZir milling blanks and coloring kits is a warning sign that that lab may be failing to make BruxZir solid zirconia crowns and bridges that are of equal quality to those made by Glidewell. Thus, Glidewell has a practice of terminating dental labs from its Authorized BruxZir Labs program for failing to consistently purchase BruxZir milling blanks and coloring kits. These dental labs are removed from the list of Authorized BruxZir Labs. After termination, Glidewell's practice is to ensure that these terminated dental labs are no longer marketing BruxZir products. If a terminated dental lab still holds itself out as marketing BruxZir-brand products, Glidewell will immediately notify such lab to stop. I personally have made several such calls to terminated dental labs. If the lab fails to comply, the matter is referred to Glidewell's Counsel, Mr. Keith Allred.

20.     In sum, Glidewell consistently provides extensive training, support, and instructions to its Authorized BruxZir Labs to ensure that they are making

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

1  BruxZir solid zirconia crowns and bridges that are of equal quality to those made

2  by Glidewell.

3      21.    These policies and practices have been in place from institution of the

4  Authorized BruxZir Labs program in 2009 to the present.   The purpose and effect

5  of these policies and practices is to enable Glidewell to ensure that products sold by

6  the Authorized BruxZir Labs under the BruxZir mark maintain a level of quality

7  consistent with that of BruxZir-brand products made and sold directly by Glidewell.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2        I declare under the penalty of perjury under the laws of the United States of

3    America that the foregoing is true and correct, and that this declaration was

4    executed on November 26, 2012, at I R V I N E____, California.

5

6

7                                      _____

8                                      Robin Bartolo

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF ROBIN BARTOLO
CASE NO. SACV11-01309 DOC (ANx)

16195730.1

**EXHIBIT V -55-**

# Exhibit W

1  SNELL & WILMER L.L.P.
    Philip J. Graves (SBN 153441)
2  pgraves@swlaw.com
    Greer N. Shaw (SBN 197960)
3  gshaw@swlaw.com
    350 South Grand Avenue, Suite 2600
4  Two California Plaza
    Los Angeles, California  90071
5  Telephone: (213) 929-2500
    Facsimile:  (213) 929-2525
6

7  Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    d/b/a Glidewell Laboratories
8

9            UNITED STATES DISTRICT COURT

10           CENTRAL DISTRICT OF CALIFORNIA

                SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., | Case No. SACV11-01309-DOC(ANx) |
| Plaintiff, | **SUPPLEMENTAL DECLARATION OF KEITH ALLRED IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT** |
| vs. | |
| KEATING DENTAL ARTS, INC., | |
| Defendant. | |
| AND RELATED COUNTERCLAIMS. | Hearing<br><br>Date:   December 17, 2012<br>Time:  8:30 a.m.<br>Ctrm:  9D, Hon. David O. Carter<br><br>Pre-Trial Conf.:   January 28, 2013<br>Jury Trial:         February 26, 2013 |

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

16195759.2

**EXHIBIT W -57-**

1   I, Keith Allred, declare as follows:

2       1.      I am General Counsel of plaintiff James R. Glidewell Dental

3   Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") and have held this

4   position at all times relevant to this lawsuit.  Except where noted to be otherwise, I

5   state the following of my own knowledge and, if called upon to do so, could and

6   would testify competently to the following.

7       2.      Glidewell has enforced its BruxZir mark against companies offering

8   solid zirconia dental restoration products only where we believe that the trademarks

9   are confusingly similar to the BruxZir mark, taking all relevant considerations into

10  account.

11      3.      Glidewell has not pursued enforcement activity against a variety of

12  trademarks used by dental laboratories that contain the word "Brux" in their marks.

13  Examples include: Brux XXX, Brux-Checker, Dr. Brux, and Brux-eze, which are

14  trademarks for products for patients who suffer from bruxism.

15      4.      I sent Barth Dental Labs a cease and desist letter concerning the "Z-

16  Brux" brand on September 26, 2012, because I believe that the use of this mark to

17  promote the particular product sold under the mark – a full contour zirconia crown

18  – is likely to cause confusion among customers of Glidewell's BruxZir-brand

19  dental restoration products.  I expect Barth Dental Labs's use of this mark to be

20  discontinued shortly.

21      5.      "Z-Brux" (Assured Dental Lab), "Brux" (Authentic Dental), "Full

22  Solid Zirconia" (China Dental Outsourcing), "Full Solid Bruxer Zirconia" (Fusion

23  Dental Lab), and "BRUXER All Zirconia Crown" (Pittman Dental) were

24  discontinued after the dental labs that were using or marketing products under those

25  names received cease and desist letters from me, as General Counsel of Glidewell.

26      6.      Glidewell has just learned of infringing activity by Mascola Esthetics

27  and I plan to send a cease and desist letter shortly.

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16195759.2

- 1 -

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

**EXHIBIT W -58-**

1    I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3    Executed on November 26, 2012 in Newport Beach, California.

4

5                                                    Keith D. Allred

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 2 -

DECLARATION OF KEITH ALLRED
CASE NO. SACV11-01309 DOC (ANx)

16195759.2

**EXHIBIT W -59-**

# Exhibit X

EXHIBIT X -60-

SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **SUPPLEMENTAL DECLARATION OF DR. RONALD GOLDSTEIN IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S OPPOSITIONS TO DEFENDANT'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> Hearing <br><br> Date:   December 17, 2012 <br> Time:  8:30 a.m. <br> Ctrm:  9D, Hon. David O. Carter <br><br> Pre-Trial Conf.:   January 28, 2013 <br> Jury Trial:          February 26, 2013 |

*Snell & Wilmer*
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

**EXHIBIT X -61-**

I, Dr. Ronald Goldstein, declare as follows:

1.     I am an expert witness for plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell").  Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.

2.     I reviewed the Declaration of Dr. David W. Eggleston in Support of Keating Dental Arts, Inc.'s ("Keating") Motions for Summary Judgment [Docket No. ("Dkt#") 93].  Dr. Eggleston attached to his declaration a copy of his: (1) Expert Report, dated September 15, 2012 ("Eggleston Expert Report") [Dkt#93-1], (2) First Supplemental Expert Report dated October 15, 2012 ("Eggleston First Supplemental Expert Report") [Dkt#93-2], and (3) Rebuttal Expert Report dated October 15, 2012 ("Eggleston Rebuttal Expert Report") [Dkt#93-3].  I respond to Dr. Eggleston's reports below.

3.     Dr. Eggleston's reports are deficient in several respects.  First, BruxZir crowns are not only for people who brux; but rather are used for people who need an aesthetically pleasing and strong crown, regardless of why they might need that type of product.  The product serves a wider purpose than restoration of damage caused by bruxism.  Dr. Eggleston acknowledged at his deposition that if that is true, his opinion on the genericness of the term "bruxer" for crown may have to be revised.

4.     Dr. Eggleston's Expert Report fails to show that "bruxer crown" is the generic name for a full zirconia dental crown.  Dr. Eggleston lumps together numerous pieces of "evidence" which, when parsed out, do not support his contention that the "bruxer crown" is the generic name for a full zirconia dental crown.  [Dkt#93-1]  Altogether, I identified 19 distinct pieces (or categories) of

Snell & Wilmer

L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

SUPPLEMENTAL DECLARATION OF DR. RONALD GOLDSTEIN, CASE NO. SACV11-01309 DOC (ANx)

evidence upon which Dr. Eggleston relies, which I have reviewed.  [*Id.*]  They are listed in the following chart below:

| Evid. # | Date | Description | Document | Page |
|---|---|---|---|---|
| 1 | 7/2008 | Article: Association Between Self-Reported Bruxism Activity and Occurrence of Dental Attrition, Abreaction, and Occlusal Puts on Natural Teeth – Journal of Prosthetic Dentistry | Eggleston Expert Report | 12 |
| 2 | 1/2007 | Thesis, Tolley: The Efficacy of the BiteStrip in Determining Patients Awareness of Nocturnal Bruxism | Eggleston Expert Report | 13 |
| 3 | 2/2011 | Article, Carden: A Changing Direction in Dentistry: Full-Contour Zirconia | Eggleston Expert Report | 13 |
| 4 | 7/2007 | Article, Suganuma: The Effect of Bruxism on Peridontal Sensation in the Molar Region: A Pilot Study | Eggleston Expert Report | 13 |
| 5 | 1/2007 | Article, Schneider: Maladaptive Coping Strategies in Patients with Bruxism Compared to Non-Bruxing Controls | Eggleston Expert Report | 13 |
| 6 | 10/2008 | Article, Ono: Effect of Sleep Bruxism on Periodontal Sensation and Tooth Displacement in the Molar Region | Eggleston Expert Report | 13 |
| 7 | 1/1999 | Article, Molina: A Clinical Study of Specific Signs and Symptoms of CMD in Bruxers Classified by the Degree of Severity | Eggleston Expert Report | 14 |
| 8 | 10/2009 8/2012 | Glidewell YouTube.com videos http://www.youtube.com/user/glidewelldental | Eggleston Expert Report | 14, 17 |
| 9 | N/A | Glidewell.com (Glidewelldental.com) – "BruxZir: Virtually Bulletproof" | Eggleston Expert Report | 15 |

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 3 -
**EXHIBIT X -63-**

| 10 | N/A | Barth Dental Laboratories | Eggleston Expert Report | 15 |
|---|---|---|---|---|
| 11 | N/A | Keller Laboratories – http://kellerlab.com/193/products/bruxzir.php | Eggleston Expert Report | 15 |
| 12 | N/A | Axis Dental Milling – http://www.axisdentalmilling.com/bruxzir.html | Eggleston Expert Report | 15 |
| 13 | N/A | Crown Dental Studio – http://crowndentalstudio.com/bruxzir.html | Eggleston Expert Report | 15 |
| 14 | N/A | Assured Dental Lab – http://assureddentallabinc.com/prep.html | Eggleston Expert Report | 16 |
| 15 | N/A | A crown made from zirconia is referred to by dentists and other dental professionals as a bruxer crown | Eggleston Expert Report | 16 |
| 16 | 2/2011 | YouTube, R-Dent: How to Adjust the Bruxir Crown – http://youtube/sTTwU1LDvjU | Eggleston Expert Report | 16 |
| 17 | 10/2009 | YouTube, Glidewell: Introduction to BruxZir Total Zirconia – http://yoube/tUpp_DOY4Vw | Eggleston Expert Report | 17 |
| 18 | N/A | Other zirconia products: York Dental Lab ("Bruxer" crown), Barth Dental Lab ("Z-Brux" crown), Mascola Esthetics Dental Lab ("Xtreme Bruxer"), Showcase Dental Lab ("Zir-Bruxer Crown"), R-Dent Laboratory (R-Brux Crown), Infinity Dental Lab ("Bruxer Crown"), Assured Dental Lab ("IPS e.max Bruxer crown"), China Dental Outsourcing (All Zirconia for Bruxers") | Eggleston Expert Report | 17-18 |
| 19 | N/A | Keating Dental Arts lab orders | Eggleston Expert Report | 18 |

5.  Items 1-7 are articles that stand for little more than the proposition that "bruxer" is a common word for a person who bruxes --- i.e., who grinds his or her

SUPPLEMENTAL DECLARATION OF DR. RONALD GOLDSTEIN, CASE NO. SACV11-01309 DOC (ANx)

- 4 -
**EXHIBIT X -64-**

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

teeth.  None of these articles, however, state that there is such a thing as a "bruxer
crown."  They, therefore, do not support Dr. Eggleston's assertion.

6.    Item 8 is a Glidewell YouTube.com video.  Dr. Eggleston apparently
is citing this as alleged evidence that Glidewell uses BruxZir and bruxer as phonetic
equivalents.  However, again, even if this were true, it is not evidence that members
of the relevant consuming public use "bruxer crown" as a generic term.

7.    Items 9-14 are all cites to various dental labs, which according to Dr.
Eggleston, support the proposition that Glidewell's BruxZir crown is primarily
intended for people with bruxism.  However, that is not the point.  That does not
prove that dentists or dental labs use the term "bruxer crown" as a generic term.

8.    Moreover, upon analysis, I was able to determine that both Keller
(item 11) and Crown Dental Studio (item 13) are authorized Glidewell labs.  They
are, therefore, likely referring to Glidewell's products and not using the term in a
generic manner.  Similarly, axisdentalmilling.com (item 12) refers to a registered
TM - "Bruxzir (R)"- suggesting they are using the Glidewell product.  There isn't
any other registered "bruxzir" mark.  Item 15 is simply Dr. Eggleston's own self-
pronounced statement that dentists and other dental professionals refer to full
zirconia crowns as "bruxer crowns."  However, he does not speak from personal
knowledge and states that he, himself, routinely refers to a full zirconia crown as a
"bruxer crown."

9.    Item 16 is a YouTube video from R-Dent about "How to Adjust the
Bruxzir Crown" and does not indicate that the speaker is using the term generically.
Indeed, the dentist/speaker states that "some laboratories call it the BruxZir crown;
we call it the r-brux crown."  In context, this is not a generic use – especially since
R-Dent is an authorized Glidewell lab.

10.   Item 17 is a YouTube video by Glidewell that Dr. Eggleston appears to
cite as an example of Glidewell using BruxZir and bruxer as phonetic equivalents.

**EXHIBIT X -65-**

SUPPLEMENTAL DECLARATION OF DR. RONALD
GOLDSTEIN, CASE NO. SACV11-01309 DOC (ANx)

However, when one looks at the video, the speaker uses BruxZir as a trademark. Again, phonetic equivalence, even if demonstrated, would not make the term "BruxZir" a generic name for a type of crown.

11.     Item 18 is a collection of cites to webpages purportedly reflecting uses by several dental labs of the term bruxer in a generic manner.  These websites do not show that bruxer or BruxZir is a generic name for a type of solid zirconia dental crown:

- York Dental Lab's website consistently uses BruxZir multiple times with the same spelling and capitalization.  The use of BruxZir on York's website is not a generic use.  The product description does use "Bruxer" once to refer to the crown; however this is likely a mistake in light of the previous consistent use.

- The Barth website indicates that zirconium crowns are intended in part for bruxers.  It does not use "bruxer crown" as a generic term.

- Mascola's use of "Xtreme Bruxer" on an Rx form is descriptive use at most and not a generic use.

- Showcase no longer uses the name Zir-Bruxer and now refers to its product as Full Contour Zirconia.

- R-Dent Dental Laboratory is apparently a Glidewell authorized lab which consistently uses BruxZir.

- Infinity Dental Lab appears to be using the term "'Bruxer' crowns" in a descriptive rather than a generic sense.  This is consistent with the fact that "Bruxer" is in quotes.

- Assured's use is ambiguous but may amount to descriptive use.

- China Dental Outsourcing does not currently use the term bruxer crown.

SUPPLEMENTAL DECLARATION OF DR. RONALD GOLDSTEIN, CASE NO. SACV11-01309 DOC (ANx)

12.     Item 19 is a collection of approximately 50 Keating Dental Arts written lab orders.  The contents of these materials – which I reviewed but do not recount here in order to avoid any issue concerning whether this declaration contains confidential information – is, in my view, evidence of actual confusion, not evidence that the term "BruxZir crown" is generic.

13.     Thus, when it is parsed out, Dr. Eggleston's Expert Report offers very little documentary evidence which even arguably could be taken as examples of relevant professionals using "bruxer crown" in a generic manner.  In my view, that is not sufficient to demonstrate that dental professionals generally use the term "bruxer crown" generically.

14.     Dr. Eggleston's supplemental and rebuttal reports fare no better. [Dkt#93-2, 93-3.]  They cite almost exclusively to depositions from this case in an attempt to show that bruxer and BruxZir are phonetic equivalents.  [*Id.*]  However, that is not the same as showing that BruxZir or Bruxer is widely used as the generic name for a type of dental crown.

15.     Dr. Eggleston's supplemental and rebuttal reports also misconstrue the evidence.  For example, in his Rebuttal Report, Dr. Eggleston makes reference to a forum post from the Dental Lab Network entitled "How to glaze a BruxZir Crown" with date ranges from 10-09-2009 to 6-11-2011.  [Dkt#93-3.]  Dr. Eggleston claims that "the ongoing discussion is clearly NOT discussing Glidewell's product, but rather is discussing the glazing of zirconia crowns from any source (whether or not from Glidewell)."  [*Id.*]  What Dr. Eggleston fails to note is that while other products were mentioned within this thread, it is clear that the participants were well aware that BruxZir is a Glidewell product and not a generic term for a zirconia crown indicated for bruxers.  Examples would include, but are not limited to, the following posts:

"Mark Jackson" of Precision Ceramics Dental Laboratory:

SUPPLEMENTAL DECLARATION OF DR. RONALD GOLDSTEIN, CASE NO. SACV11-01309 DOC (ANx)

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 11-22-2010 - "if you want to know how to Glaze a BruxZir restoration, simply review your BruxZir training materials . . . . "
- 11-23-2010 - "As for BruxZir (and FDA registered monolithic zirconia) simulated wear studies, solubility and other performance benchmarks have already been performed."
- 2nd post from 11-23-2010 - "These doctors are asking about BruxZir and being mislead and lied to, and UNKNOWINGLY being switched to inferior and inappropriate materials."
- 3rd post from 11-23-2010 - "There is no SIMILAR product. Comparing regular zirconia to BruxZir is like comparing pressable porcelain to Lithium Disilicate. . . . All they need to do, is contact Glidewell,"
- 11-23-2010 at 6:10 p.m. "At the moment only BruxZir that I know of. All the others use either Lava or Metoxit as their predicate device. Crystal zirconia claims to be an EXACT replica of Metoxit and is only approved for use as a coping."
- 11-26-2010 "3M spoke with Glidewell about licensing BruxZir. It doesn't fit with their business plan, so they have applied for a provisional application for Lava as a full contour material, but even if it gets approved, as I'm sure it and others will, it was never designed [sic] to be use that way and will not compare to the specialized products that WERE.", and many more],

"Charles007":

- 10-07-2010 "I also glazed a 3 unit full contour zir bridge . . . This was not the Glidewell Bruxzir material";
- 11-01-2010 "I'm not using Glidewells [sic] bruxzir [sic] or Chrystal Diamond........ Top secret full contour zir . . . ."

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

- 11-24-2010 "I take a day off DLN and come back to see all hell breaks loose over me trying to make full contoured zirconia look better trying different stain kits..... ALL of the full contoured zirconia materials I've seen look opaque, including BruxZir........"

- 11-25-2010 "Doug, Glidewell has spent mega $$ on BruxZir, don't think any lab using this product will be a tester, I would call it a Mega money maker material ......Other companies with try to "one up it" which will eventually benefit us all in the long run. Who knows what the next full contoured material will be and when it will come out....... I keep hearing about new materials, and I definitely don't want to be a tester."

"TheLabGuy"

- 11-22-2010 "If it's any consolation......I don't sell any full contour zirconia or bruxzir";

- 11-23-2010 "Most of us are all still riding the E.max tsunami and full contour zirconia or BruxZir is still in it's infantile stages and why everyone here is asking so many questions about it.";

- 2nd post from 11-23-2010 "Now, as John mentioned, if you would like to explain the differences in BruxZir and Zirconia and why it's a better product (preferably not because the FDA says so)";

- 3rd post from 11-23-2010 "A question: Do most of the manufacturers out there have a FDA registered (501) full contour zirconia restoration available on the market?  Or is BruxZir the only one (even though its composition is different)."

"John Wilson, " the moderator:

- 11-22-2010 "As for counterfeiting I know you are one of the few that actually has the glidewell [sic] product at PCDL, and you have a

SUPPLEMENTAL DECLARATION OF DR. RONALD GOLDSTEIN, CASE NO. SACV11-01309 DOC (ANx)

vested interest in maintaining the brand name. With that being said it is a mistake and illegal to use the name Bruxzi [sic] to refer to any other product other than a Bruxzi [sic].";

- 11-23-2010 "As for the fact that we are in the infancy of Monolithic ZI restorations, the brand people have heard of is of course because of Glidewells amazing marketing budget.";

- 2nd post from 11-23-2010 "Since it's obvious that I do not know the difference between a BruxZir crown and a generic Full contour Zir crown perhaps you can share the difference with us all. Not just the fact that there is a 510k registration on the specific product. Oh and BTW what other labs have bought into the BRUXzir system from glidewell?"

"DMC" aka "C.D.T Crazy Dental Tech":

- 11-23-2010 "I'll make full Zirconia all day long and not lose any sleep over it. . . . How does it get any cheaper than the home-made Zirconia from Glidewell?LOL What if I get a prescription with the word Bruxzir mis-spelled?";

- 2nd post from 11-23-2010 "I can tell you that we have made 100% Zirconia crowns for over 100 Labs! I do it everyday. They all knew it was not a Glidewell product. Good luck trying to sue all of us."

- 3rd post from 11-23-2010 at 5:32 p.m. "I have only the best of the best in my lab. I would NEVER sell that chit Zirconia from Glidwell[sic]!"

16.     Moreover, much of the "evidence" on which Dr. Eggleston relies is legally not germane to the genericness issue in this case. I have been informed that, in order to prevail on its genericness counterclaim, Keating must prove that BruxZir was the generic name for full zirconia dental crowns by September, 2010 or May,

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

2011 at the latest– the dates that Keating entered the market in competition with Glidewell.

17.     Here, it is my understanding that Keating entered the dental crown market – using the KDZ Bruxer mark – in either September 2010 when it began selling zirconia crowns under the KDZ Bruxer name to existing customers, but no later than May, 2011 when it publicly advertised zirconia crowns under that name. Yet, in supporting both his "phonetic equivalence" and "genericness" opinions, Dr. Eggleston relies almost entirely on excerpts from journals , articles, videos and the internet which either occurred after May, 2011 or which are not dated.  [Dkt#93-1]

18.     To the extent that Dr. Eggleston relies on evidence before Keating entered the market, it is not evidence of generic use of the term "bruxer" as a type of zirconia crown.  Indeed, in Dr. Eggleston's Expert Report, the only evidence he cites before September 2010 are articles (items 1-7 in the chart above) that show that "bruxer" is a word for a person who grinds.  [Dkt#93-1.]  In his Expert Rebuttal Report, Dr. Eggleston cites a blog (photodontist.blogspot.com) to support the assertion that BruxZir crown is used generically. [Dkt#93-3.]  Yet, Dr. Eggleston's own description of the blog – and a plain reading of the blog itself – amply demonstrate that the author (a Mr. Vu Le) is using the BruxZir name as a trademark.  Indeed, Mr. Le mentions Glidewell Labs specifically!  In a follow up to his blog entry, Dr. Le explicitly indicates his knowledge that "[g]lidewell Labs markets them under the brand name Bruxzir . . . ."[1]

19.     Dr. Eggleston has not offered any credible evidence that BruxZir – or its alleged phonetic equivalent "bruxer" – was predominantly seen as the generic name for full zirconia crowns as of September 2010 or even by May, 2011.  Nor has he shown that to be the case today.

---

[1] http://photodontist.blogspot.com/2009/10/bruxzir-vs-pfm-round-2-full-zirconia-vs.html.

SUPPLEMENTAL DECLARATION OF DR. RONALD GOLDSTEIN, CASE NO. SACV11-01309 DOC (ANx)

20.    Incidental generic uses do not render a mark generic. *See* McCarthy on Trademarks and Unfair Competition § 12:6 (4th Ed.) (stating that a term must be predominantly seen as generic before it will be considered legally generic and suggesting as a bench mark that at least 75% of the relevant consuming public view of the mark primarily as the generic name for that type of product and not primarily as a brand name.); *see also* 15 U.S.C.A § 1064(3); McCarthy on Trademarks and Unfair Competition § 12:8 (4th ed.) citing *Coca-Cola Co. v. Overland, Inc.*, 692 F.2d 1250 (9th Cir. 1982) (COKE not a generic name).

21.    The evidence cited by Dr. Eggleston demonstrates that BruxZir and/or Bruxer have not been understood by dentists or dental labs to be generic but rather to refer to Glidewell's products. *See, e.g.*, posts by "Mark Jackson" of Precision Ceramics Dental Laboratory [11-22-2010; 11-23-2010; 2nd post from 11-23-2010; 3rd post from 11-23-2010; 4th post from 11-23-2010; 11-26-2010]; "Charles007" [10-7-2010; 11-01-2010; 11-24-2010; 11-25-2010]; "TheLabGuy" [11-22-2010; 2nd post from 11-22-2010; 11-23-2010; 2nd post from 11-23-2010; 3rd post from 11-23-2010]; "JohnWilson"[11-22-2010; 11-23-2010; 2nd post from 11-23-2010; 11-23-2010 at6:18 p.m.]; "Al." [11-24-2010] and "DMC" aka "C.D.T Crazy Dental Tech" [11-23-2010; 2nd post from 11-23-2010; 3rd post from 11-23-2010 at 5:32 p.m.; 11-29-2010].

22.    Dr. Eggleston does not cite sufficient evidence to support an opinion that as of September, 2010 or May, 2011, a majority of dentists or dental labs used the terms "BruxZir crowns" or "bruxer crown" as a generic name for full zirconia crowns.

23.    Paragraphs 54-68 of my declaration submitted in support of Glidewell's Motions for Summary Judgment also support my opinion that Dr. Eggleston's opinions in the expert reports attached to his declaration are unfounded. [Dkt#90-1].

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

24.     I have reviewed items 50 and 51 of Keating's Statement Of Uncontroverted Facts And Conclusions of Law In Support of Motion For Summary Judgment of Noninfringement of Glidewell's Bruxzir® Trademark, and Keating's Exhibits 24, 27-29, 31, 34, 37, 39, 42, 43, 93, 94, 96, 99-103, 105, 106, 108-114, 119-137, as well as the declaration of Carol Frattura and the attached Exhibit A. After reviewing these documents, it is my opinion that this evidence fails to suggest any impairment of the commercial strength of the BruxZir mark.  I see no evidence that would inform me as to the commercial impact of any of the marks, names or statements contained in these exhibits, which might include evidence such as how the marks are promoted in the marketplace, the amount of advertising done for goods sold under the marks, the dental industry journals in which such advertising is done, any awards or other industry recognition for these products, any information concerning channels of marketing other than the Internet that these companies use, or evidence regarding how long products have been promoted under the marks.  In the absence of such evidence, it is impossible to conclude that these marks have had any impact at all on the strength of Glidewell's BruxZir mark.  In addition, many of these marks, names or statements (for some of them, such as "All Zirconia for Bruxers," it is not even clear that the referenced terms are even used to refer to a source of goods), are sufficiently distinct phonetically and by sight from the BruxZir mark that they cannot be said to impinge on the market "space" of the mark, at least for a reasonably prudent dentist ordering a crown or bridge.  It is also notable that many of these products, particularly those identified in Keating's SUF 50, do not appear to be closely related, if related at all, to dental crowns and bridges.  From my experience in the dental industry and as a consumer of numerous types of products marketed and sold to dentists, it is my opinion that none of these products materially impair the commercial strength of the BruxZir mark, in part because none of them has established a commercial presence in the dental

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

community that even approaches the dominance of the BruxZir mark for dental restoration products.

25.    Since I signed my last declaration in this case, on November 19, 2012, I have reviewed the declaration of Nicole Fallon and Exhibit __ submitted by Glidewell in support of its summary judgment motions filed on November 19. I have also reviewed Exhibit __ attached thereto, and Exhibit __ submitted with Keating's summary judgment motions, comprising materials showing more than 80 instances of customers ordering product from Keating using particular terminology, such as by prescription forms and as reflected in Keating contact reports. In my opinion as a practicing dentist for almost 55 years, the contents of these prescription forms and contact reports reflect instances of actual confusion, either because the dentists were confused as to the source of the products they were ordering, or because they were initially confused by Keating's branding and later knowingly ordered product from Keating after having been induced to give Keating's product consideration by the confusion engendered by Keating's branding. My opinion is also based on the specific term (or variant thereof) written by the dentists ordering the product, which I do not disclose herein in order to avoid any confidentially concerns regarding this declaration but which I have reviewed. My opinion is also based on the statements of Dr. Le, as reflected in the Fallon Declaration.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 26, 2012, at New York New York.

Dr. Ronald Goldstein

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

SUPPLEMENTAL DECLARATION OF DR. RONALD GOLDSTEIN, CASE NO. SACV11-01309 DOC (ANx)

**EXHIBIT X -75-**

# Exhibit Y

1   SNELL & WILMER L.L.P.
    Philip J. Graves (SBN 153441)
2   pgraves@swlaw.com
    Greer N. Shaw (SBN 197960)
3   gshaw@swlaw.com
    350 South Grand Avenue, Suite 2600
4   Two California Plaza
    Los Angeles, California  90071
5   Telephone: (213) 929-2500
    Facsimile:  (213) 929-2525
6
    Attorneys for Plaintiff
7   James R. Glidewell Dental Ceramics, Inc.
    d/b/a Glidewell Laboratories
8
                  UNITED STATES DISTRICT COURT
9
                  CENTRAL DISTRICT OF CALIFORNIA
10
                       SOUTHERN DIVISION
11
    JAMES R. GLIDEWELL DENTAL            Case No. SACV11-01309-DOC(ANx)
12  CERAMICS, INC.,
                                         **DECLARATION OF DEBORAH S.**
13              Plaintiff,               **MALLGRAVE IN SUPPORT OF**
                                         **JAMES R. GLIDEWELL DENTAL**
14  vs.                                  **CERAMICS, INC.'S OPPOSITIONS**
                                         **TO KEATING'S MOTIONS FOR**
15  KEATING DENTAL ARTS, INC.,           **SUMMARY JUDGMENT**

16              Defendant.

17                                       Hearing
    AND RELATED
18  COUNTERCLAIMS.                       Date:   December 17, 2012
                                         Time:   8:30 a.m.
19                                       Ctrm:   9D, Hon. David O. Carter

20                                       Pre-Trial Conf.:   January 28, 2013
                                         Jury Trial:        February 26, 2013
21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

                                         DECLARATION OF D. MALLGRAVE
                                         CASE NO. SACV11-01309 DOC (ANx)

I, Deborah S. Mallgrave, declare as follows:

1.      I am counsel with the law firm of Snell & Wilmer L.L.P., attorneys of record for plaintiff in this action.  I am one of the attorneys working on this matter. Except where noted otherwise, I state the following of my own knowledge and, if called upon to do so, would and could testify competently to the following.

2.      On November 26, 2012, I visited the web page located at http://www.toschlaboratoryinc.com/LunaZirconiaCrowns.html.  Attached to the Supplemental Appendix Of Evidence In Support Of James R. Glidewell Dental Ceramics, Inc.'s Oppositions To Keating's Motions For Summary Judgment ("Suppl. Appendix of Evidence") as Exhibit 98 is a true and correct copy of that web page as of November 26, 2012.

3.      On November 26, 2012, I visited the web page located at http://biocaddental.ca/services/solid-zirconia.   Attached to the Suppl. Appendix of Evidence as Exhibit 99 is a true and correct copy of that web page as of November 26, 2012.

4.      On November 26, 2012, I visited the web page located at http://www.origincadcam.com/products_ORIGIN-zirconia.html.   Attached to the Suppl. Appendix of Evidence as Exhibit 100 is a true and correct copy of that web page as of November 26, 2012.

5.      On November 26, 2012, I visited the web page located at http://solutions.3m.com/wps/portal/3M/en_US/3M-ESPE-NA/dental-professionals/products/category/digital-materials/lava-zirconia/.  Attached to the Suppl. Appendix of Evidence as Exhibit 101 is a true and correct copy of that web page as of November 26, 2012.

6.      On November 26, 2012, I visited the web page located at http://dpsdental.com/Nautilus.html.  Attached to the Suppl. Appendix of Evidence as Exhibit 102 is a true and correct copy of that web page as of November 26, 2012.

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

DECLARATION OF D. MALLGRAVE
CASE NO. SACV11-01309 DOC (ANx)

- 1 -    -78-

16195841.1

**EXHIBIT Y**

7.     On November 26, 2012, I visited the web page located at http://www.5axisdental.com/full-zirconia-crowns/.  Attached to the Suppl. Appendix of Evidence as Exhibit 103 is a true and correct copy of that web page as of November 26, 2012.

8.     On November 26, 2012, I visited the web page located at http://www.bayshoredentalstudio.com/zirconia-crown.asp.  Attached to the Suppl. Appendix of Evidence as Exhibit 104 is a true and correct copy of that web page as of November 26, 2012.

9.     On November 26, 2012, I visited the web page located at http://www.adt-us.com/adt-fz--full-zirconia.html.  Attached to the Suppl. Appendix of Evidence as Exhibit 105 is a true and correct copy of that web page as of November 26, 2012.

10.     On November 26, 2012, I visited the web page located at http://www.adt-us.com/adt-fz--full-zirconia.html.  Attached to the Suppl. Appendix of Evidence as Exhibit 106 is a true and correct copy of that web page as of November 26, 2012.

11.     On November 26, 2012, I visited the web page located at http://www.nusmilecrowns.com/new_ZR.aspx.  Attached to the Suppl. Appendix of Evidence as Exhibit 107 is a true and correct copy of that web page as of November 26, 2012.

12.     On November 26, 2012, I visited the web page located at http://crowndental.biz/home.html.  Attached to the Suppl. Appendix of Evidence as Exhibit 108 are true and correct copies of the home page and the "Crown and Bridge" page from the website as of November 26, 2012.

13.     On November 26, 2012, I visited the web page located at http://cap-us.com/materials/details/28.  Attached to the Suppl. Appendix of Evidence as Exhibit 109 is a true and correct copy of that web page as of November 26, 2012.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

14.     On November 26, 2012, I visited the web page located at
http://roedentallab.com/products_TLZ.asp.  Attached to the Suppl. Appendix of
Evidence as Exhibit 110 is a true and correct copy of that web page as of
November 26, 2012.

I declare under the penalty of perjury under the laws of the United States of
America that the foregoing is true and correct.

Executed on November 26, 2012, in Costa Mesa, California.

_Deborah S. Mallgrave_

Deborah S. Mallgrave