# Exhibit 89

EXHIBIT 89   -81-

# Assured Dental Lab

*Quality Products at Amazing Prices.*
**Case after case.**

- Home
- About Us
- Products & Services
- Customer Service
- News, Events & FAQs
- Contact Us
- Resources/Manufacturers
- Site Map

## P.O. Box 4420 Portland, OR 97208-4420
## Toll free: 1-877-283-5351

## Products & Services

Download our RX Forms to get started today or call us at **1-877-283-5351** for additional product information.

### Dental Product Information



### Full implant solutions for all indications.

We work with a specialized team, with years of experience in the design and manufacturing of dental implants. We offer diverse and the most popular **implant systems.**



### Duraflex™ NEW

**Duraflex Partial Denture delivers patient satisfaction!**
- Natural looking-virtually disappears in the mouth
- Easy to adjust, even easier to polish and it's repairable
- Won't absorb moisture: stain and odor resistant
- Reliable-virtually unbreakable
- Comfortable thermoplastic material-lightweightand flexible



### Calypso™ NEW

**The New Generation All-Ceramic Restorations** are supported by a high strength zirconia framework and given the translucency nature of zirconia, all restorations closely mimic the appearance of natural dentition. The Calypso Zirconia framework is available in 8 vita classic core shades to optimize color and clarity. Zirconia, at 1200 MPa flexural strength, is better able to resist crack propagation and with two overlays of porcelain, the restorations have life-like aesthetics. Indications are anterior, posterior and up to 6-unit bridges.

**EXHIBIT 89   -82-**

 

## FMZ is Now Available!

FMZ crowns and bridges are full-milled, pure Zirconia which means no porcelain and no possibility of porcelain fractures! As a full gold crown replacement, FMZ offers: natural aesthetics and lifelike characteristics, 1200 MPa flexural strength, adjustability and stainability, excellent marginal fit, conventional chamfer prep and cementation. FMZ is available at half the price of a gold crown. Indications are: crowns and up to 4-unit bridges, crowns over implants and crowns with limited occlusal clearance.

 

## 3M™ ESPE™ Lava™

3M ESPE Lava Crown and Bridges are a part of the Lava Precision Solutions System for anterior and posterior crowns and bridges up to 48mm in length. Lava™ Crowns and Bridges delivers: precision CAD/CAM system for outstanding marginal fit, proven high-strength performance-1440 MPa, natural translucency and patented shading system available in 8 shades producing unmatched aesthetics. Lava restorations may be cemented with traditional or self-adhesive resin cement and prep requires shoulder or chamfer to allow precise margin detection. Approved indications are: single crowns; 3- and 4-unit bridges with multiple abutments; 5- and 6-unit bridges; Splinted crowns (up to 6 units); Cantilever bridges (up to 4 units); custom implant abutments.

 

## Metal Cast Partials

Metal Cast Partials represent an excellent practical and affordable prosthetic choice available for your patients. Even though cast metal partials are made of stronger materials, they are less bulky. They fit better and last longer, providing years of comfort for your patient. When appropriate, their use should be considered as a viable treatment option. We offer a wide variety of removable prosthetics featuring:

- Non-Allergenic (nickel and beryllium free)
- Unsurpassed memory
- Ease of adjustment
- Beautiful polishability
- Using Ivoclar Vivadent Premium BlueLine Teeth



## Dentures

It is clear that there still is a tremendous need for removable appliances today. In the United States alone, it

**EXHIBIT 89   -83-**



is estimated that there will be approximately 38 million edentulous elderly adults by the year 2020 compared with only 33.6 million in 1991; the aging of the "baby boom" population largely accounts for the increase. While the basic process of making dentures has changed little over the past several decades, new materials and techniques provide functional, esthetic restorations that offer exceptional value to patients. Implant treatment is a tremendous adjunct to removable prosthodontics in the treatment of edentulous patients, but it is not within the financial reach of all dental patients. Assured Dental Laboratory possesses the knowledge and trained technicians to deliver complete dentures that mimic the color and characterization of natural gums. All dentures come in a variety of shades with Ivoclar Vivadent Premium BlueLine teeth.



### Ceramage® 

**Achieve PURE esthetic results with Ceramage**, a Zirconium Silicate integrated indirect restorative with positive 5-year clinical studies. A PFS (progressive fine structure) filling of more than 73% plus an organic polymer matrix delivers superior flexural strength and unsurpassed polishability. Ceramage® provides superior wear characteristics; simulating the wear and translucency of natural dentition, excellent for implants, inlays, onlays, crowns and bridges. Ceramage allows for conventional cementation and is extraordinarily biocompatible.

### IPS e.max



IPS e.max comprises highly esthetic and high strength materials for both the press and the cadcam techniques. Recommend for **single units & up to 4-unit bridges** conventional preparation and cementation. With e.max you can choose the framework material. Either glass ceramic or zirconium oxide the new material generation is based on nano-fluorapatite and endows the restorations with utmost individual appearance and true to nature properties.

### IPS Empress Esthetic



IPS Empress Esthetic raises the bar for **pressable ceramics**. For over 15 years Empress still sets the standard for all ceramic esthetics. Offering:

> » True to nature esthetics
> » Homogeneous leucite crystal distribution allowing for higher flexural strength
> » Improved optical properties
> » Optimized color and clarity
> » 11 Ingot shades extending shades in bleach range

**EXHIBIT 89   -84-**



## Captek

The ultimate in **porcelain fused to metal crown and bridge**, Captek offers all ceramic esthetics and fit. Recommend for single crowns and up to 3 unit bridges. The capillary technology offers dentist and patients the beauty, health and longevity of gold produced through a new process with unparallel strength accuracy and esthetic. Click here for more information.



## Cercon Zirconia

**Smart Ceramics for Crowns and Bridges**
Yttria-stabilized Zirconia oxide is an innovative system for **metal-free single crowns** and **up to 6-unit bridges**. Recommended for any placement in the mouth, Cercon is the strongest and the toughest **all-ceramic restoration** being offered today. Conventional preparation, cementation and adhesive bonding techniques. Over 2,000,000 units placed since its introduction.

**EXHIBIT 89   -85-**

# Exhibit 90

EXHIBIT 90



Home | About Us | Lab Tour | Services | Restorative Options | Products | Testimonials | Seminars | Print Rx/Labels | Clinic Video/Links | Shipping/Schedule | Contact

## Restorative Options

Authentic Dental Laboratory is proud to be a full service dental laboratory. Our Laboratory features some of the most current, technically advanced products that deliver reliable restorations with superior esthetics at competitive prices.

**"NEWS FLASH"**

Authentic Lab owns and operates the most advanced CAD/CAM milling center in South Texas. Call us for your milling and digital scan needs

**LAVA**



Lava offers precision CAD/CAM milling for outstanding marginal fit. Zirconia's exceptional strength has 5 years of clinical history with 100% survival rate. Natural translucency and excellent esthetics. A good choice for singles anywhere and bridges up to 12 units.

**Excellent Fit**
**Strength**
**Esthetics**
**Proven Performance**

Procera combined with All-Ceram porcelain allows us to recreate the beauty of natural teeth. You can cement with the crown & bridge cement of your choice or bond in place. Because of Procera's exceptional strength utilizing aluminium and zirconia cores you can prescribe it for any position in the mouth with confidence that it will not fracture under occlusal loading. CAD-CAM technology makes the passive fit possible. Once again, a 360° 1-1.5mm chamfer prep with rounded internal line angles and 1.5-2mm occlusal reduction is protocol.

**Procera**



**Procera Bridge**

**Procera Bridge is an all-ceramic restorative system from**

**EXHIBIT 90**
**-87-**




Ceramco that delivers the strength of a PFM and the beauty of all-ceramics. Bridges up to 14 units anywhere.




Empress has been a successful and widely-used all-ceramic system. This pressed or milled, highly translucent ceramic has beautiful, life-like esthetics and wears like natural teeth. Empress is indicated for anterior single crowns and veneers and must be adhesively bonded.

**Empress**




**Emax**





Emax offers the possibility of all-ceramic bridges to the 2nd bicuspid. Super-strong lithium disilicate frameworks and the fluorapatite layering ceramic allow for restorations very similar to natural teeth. Bond or cement – your choice.

**ChromaTech Veneers** exclusively from Authentic Dental Lab are fabricated using the most advanced porcelain building techniques to achieve polychromatic esthetics. A top choice for many cosmetic dentists, ChromaTech was developed specially for esthetics in the anterior region of the mouth.

**ChromaTech Veneers**




### GC Gradia

 

 

**GC Gradia** is a unique light-cured Micro-Ceramic-Composite system for crowns, bridges and veneers. The result of this restoration has an opalescence compatible to porcelain and close to natural dentition.

**Captek** is a 22k gold substructure that enhances the porcelain giving a soft, warm, natural look. Capillary technology makes a better fit possible. The high gold content of Captek makes it an excellent choice for biocompatibility. The finest restorative system available for porcelain fused to metal crowns or bridges. Highly recommended because of esthetics, strength and purity of materials. Captek is truly the leading PFM of choice.

### Captek

 

### PFM

 

**PFM** patients today do not want pretty crowns, they want beautiful teeth. Utilizing the most advanced porcelains today that contain opalescence and natural fluorescence and applied by a skilled ceramist makes crowns look like teeth.

**Implants** at Authentic Dental Laboratory are supported by the team approach to implant dentistry. As a result, we can provide you with a diagnostic case plan to assist you in case design and planning, pre and post surgical treatment and a cost estimation on the proposed reconstruction.

### Implants

 

**Partials / Dentures / Attachments**

**Partials / Dentures / Attachments** Authentic Lab's removable department offers the best in quality, service, technology, timeliness and esthetics at the prices you and your patients will appreciate. Premium

**EXHIBIT 90**

 

partials, dentures, comfort night guards, flippers, attachment cases and more with superior personalized service.

**Milled Bars** are an excellent option today when the placement of implants are a challenge. These bars are milled to perfection, and as you can see, there are no limits even when restoring more difficult cases.

**Milled Bars**

 
 

**Snap On**



Snap-On smiles are an inexpensive alternative to conventional procedures. Great for implant temporaries, cosmetic enhancement and to replace missing teeth. Most patients use this appliance as a stepping stone to permanent restorative dentistry.

 

## Zirconia Full Contour



Zirconia Full Contour Crowns are available in either Lava or Authentic Zirconia. This monolithic crown is great for bruxing patients, replacing full metal crowns or metal occlusion in posterior bridges or single units. With a (Lifetime Warranty) you can't go wrong.





## Hybrid Zirconia




Hybrid Zirconia crowns and bridges are an excellent product when occlusal clearance is a challenge. Zirconia is placed on the occlusal surface then veneered with porcelain to achieve excellent esthetics.





1950 Bandera Rd.  San Antonio,  Texas  78228
800-683-1025  210-735-1433  FAX: 210-735-2127
services@authenticlab.com

# Exhibit 91

EXHIBIT 91   -92-



# CHINA DENTAL OUTSOURCING

**PRODUCTS**

**PRODUCTS**

Quality is our lifeline

**PRODUCTS**

## All Ceramic: All Zirconia for Bruxers

**Prosthetics - All Zirconia for Bruxers**

All Zirconia for Bruxers is an innovative system for metal-free crowns and bridges in the posterior used primarily for bruxers and heavy biters. The strength of zirconia restorations is well established, and the ability to provide an all zirconia restoration. The system is used to fabricate anterior or posterior single units or multi-unit bridge restorations out of translucent, biocompatible zirconia, the strongest and toughest dental ceramic.

Esthetically, they are inferior to porcelain restorations, but are superior to full metal or metal occlussal. Shades are close approximations (but cannot be exact) to the Vita 16 shade guide, hence they are best used in the posterior.

They are extremely strong; being crack and fracture resistant, and extremely durable.

**Contact us for a Price Quote.**

---

### Enlarged Photos to Show Detail



**PRODUCTS**

Crown and Bridge
Captek
All Ceramic - E max
All Zirconia for Bruxers
Cercon Zirconia
Veneers & e Max Thin Veneers
Composites
Full Dentures
Partial Denture Framework
Valplast Flexible Dentures
Implants
Other Types
Lab Photos
Brands
List of Lab Services

**FOR DENTAL LABS &
DENTISTS ONLY
Have Questions?
Call us in China!**

**USA Toll-free**
1 888-262-8583

**Australia Toll-Free**
1800-557-863

**International Phone Codes
for All Countries**

**Current Time in China is:**

**Tue, Nov 27, 2012
3:04:27 AM**

We answer in China from 9 AM
to 11 PM China time 7 days a
week!

We answer in the U.S. from 9
AM to 5:30 PM CST time
Monday-Friday

Or call anytime and leave a
message!

FOLLOW ME ON **twitter**

 You and 69 others like this.69
people like this. Be the first of

**EXHIBIT 91   -93-**







**EXHIBIT 91   -94-**







**EXHIBIT 91**    **-95-**

China Dental Outsourcing, Inc



**Contact us for a Price Quote.**

9001

HOME   PRODUCTS   TESTIMONIALS   DELIVERY TIME   PRICE QUOTE   POLICIES   FAQs   ABOUT US   CONTACT US

Copyright © China Dental Outsourcing, Inc., 1998-2012. All Rights Reserved

**EXHIBIT 91   -96-**

# Exhibit 92

**EXHIBIT 92   -97-**



- Home
- Products
- Information
- FAQs
- About Us
- Contact Us

Log In    Contact Us    800-443-8048

search...    Search

- Porcelain Fused to Metal
- Full Cast Restorations
- CAD/CAM & Non Metallics
  - Lava
  - Procera
  - IPS e.max
  - Cerec Connect
  - BruxZir
- Removables
- Composites & Temporaries
- Implants

⭐ **How to Get Started**
1. Request Intro Kit
2. Print RX
3. Schedule Case Pickup

**Lava Prep & Handling Information**

Lava Precision Solutions
Handling & Prep Made Easy
3M ESPE

**Lava Prep Guide**

Download File (2MB)

## CAD/CAM & Non-Metallic
## Authorized Lava Milling Center

### Specifications:

- 1440 MPa Proven High Strength
- 5 year clinical study with 100% survival rate
- Patented substructure available in 8 different shades
- Requested 3X more than the leading brand
- Comes with barcoded authenticity label

### Indications:

Single unit crowns and bridges

### Cementation:

For conventional cementation - use a glass ionomer cement (i.e. Ketec[TM] Cem) or for self adhesive cementation please use 3M RelyX Unicem.

For additional information, please see page 14 in the Prep and Handling Guide (on the left)

Our dental laboratory specializes in lava crowns and lava bridges.  We are an authorized 3M ESPE Lava Milling Center.  That means each lava crown is barcoded for authenticity and is made from the finest zirconia available.  Lava Zirconia restorations are an ideal alternative to porcelain-fused-to metal (PFM) restorations.  The ziroconium oxide achieves the beauty and translucency of natural teeth.  Over time, metal restorations can leave a dark metal margin where the gums recede.  With Lava zirconia, it produces strong durable restorations and retains its original beauty for years.  It is a much better alternative for those patients who have concerns about metal.

Lava[TM] is a registered trademark of 3M ESPE

**EXHIBIT 92   -98-**



### Customer Poll

**Which all-ceramic restoration do you prefer?**

○ IPS E.max CAD
○ 3M ESPE Lava
○ Procera
○ IPS Empress
○ Generic zirconia
○ Other

[ Vote ] [ Results ]



Marginal Fit: Mean Marginal Gap

Source: 3M ESPE internal data



**fig. 2** Light intensity transmitted through zirconia copings as detected by photo-radiometer

⬆ Go to top

---

### Lava Authenticity



Now you can verify the authenticity of your lava restorations. Just go to 3M's website and enter your unique lava barcode.

### Lava Chairside Oral Scanner



As an authorized Lava C.O.S. laboratory, you can offer your patients the convenience and comfort of digital impressions

### ST Design Center



Lava design centers can enjoy flat-rate pricing and convenient 24-48hr turnaround time for their zirconia copings.

---

Copyright © 2010 - Continental Dental Laboratories.  All rights reserved.

**EXHIBIT 92   -99-**

# Exhibit 93

EXHIBIT 93  -100-



Matt 11:28-30

Products
Pickup and Delivery
Dentist Support & Forms
My Account
Contact Us
Careers
About PDL
Home



Lava Bridge
made by Pittman Dental Laboratory (PDL)

Lava Crown
made by Pittman Dental Laboratory (PDL)

↓ Downloads


Print Standard Rx
Print Proline Rx
Request Supplies

Contact

Pittman Dental Laboratory (PDL)

2355 Centennial Circle
Gainesville, GA 30504-5799 USA
Local: (770) 534-4457
Free: (800) 235-4720
Fax: (770) 503-1173
Click to E-Mail
www.pittmandental.com

Turn Around Times in Working
Days
(including shipping)

| | |
|---|---|
| PFM(up to 4 units) | 10 |
| Full Cast | 10 |
| All-Ceramic | 10 |
| Captek | 12 |
| Bridges(5 units & up) | 12 |

Dentures and Partials

| | |
|---|---|
| Framework | 11 |
| Setup/Tryin | 8 |
| Finish | 8 |

Request more information.

Call Toll Free: +(800) 235-4720

## ZIRCONIA

Pittman Dental is proud to offer the following All-Ceramic Crown:

→ **Lava**
→ **Procera Zironcia**

| Advantages/Patient Benefits |
|---|
| ■ High Strength And Durability |
| ■ Bio-Compatible With High Aesthetics |
| ■ Only Reliable Alternative For Patients With Metal Allergies |

| Indications |
|---|
| ■ Crowns |
| ■ Bridges: Of All Kinds And Different Lengths |
| ■ Implants: Abutments And Crowns |

| Cementation |
|---|
| ■ Traditional Cementation Or Adhesive Bonding May Be Used. |

| Prep Guide |
|---|
| Call 800-235-4720 for information. |

Made by Express Marketing Solutions LLC,

Copyright @ Pittman Dental Laboratory, Inc. (PDL)
All Rights Reserved: all trademarks and brands
are property of their respective owners.
Privacy Policy

**EXHIBIT 93  -101-**

# Exhibit 94

EXHIBIT 94  -102-



Home    Who's Who?    Products and Materials    Contact Us

Call: (800)283-1110 or (317)873-1111

Enter search keyword

Fixed Restorations    Removable Prosthetics    Implant Restorations    Services    Featured Articles    Employment

# Full Contour Zirconia Crowns



**Our Bruxzir and Pearl crowns** are a durable solution that is less expensive and more esthetically pleasing than full cast crowns. Because frequent grinding or clenching of teeth puts extreme wear on dental work, your bruxing patients need a strong solution. Our Bruxzirs and Pearls deliver, with an all-zirconia structure that provides material durability... without the cost of typical PFM restoration or the obvious look of full cast metal crowns. The CAD/CAM milling technology delivers consistent quality while the all-zirconia material provides solid, chip-resistant results with no porcelain overlay.

### INSTRUCTIONS FOR ADJUSTMENT AND POLISHING

**Adjust using water and air spray to keep the restoration cool and to avoid micro-fractures with a fine grit diamond. If using air only, use the lightest touch possible when making adjustments. A football shaped bur is most effective for occlusal and lingual surfaces on anterior teeth; a tapered bur is the ideal choice for buccal and lingual surfaces.**

**Somer Dental recommends using a Brasseler USA Zirconia adjustment kit. To order call Brasseler @ 1-800-841-4522 : product order # 225.00.638. For a modified prep kit order # K000017.**

### INSTRUCTIONS FOR CEMENTATION

- **Resin-reinforced glass ionomer cement (Rely X Luting Cement, 3M ESPS, GC Fuji Plus, GC America)**

- **Resin cements for short or over-tapered preparations (Rely X Unicem, 3M ESPE)**

---

**This post was written by:**

Elvis - who has written 18 posts on **Somer Dental Labs**.

✉ **Contact the author**

## Leave a Reply

Name (required)

Mail (will not be published) (required)

Website

---



Somer Dental Laboratory was founded in 1982 by Larry Sowinski, CDT and Keith Spencer, CDT. Somer is located in Zionsville, Indiana.

Everyday, our technicians set teeth, build porcelain, cast frames, wax copings, scan models, and mill crowns on schedule on time and get great report cards from our dentists. Learn More

 **certified dental laboratory** — We are proud to be a Certified Dental Lab. Certification enables us to show you we adhere to the highest standards of quality control, materials and customer service.



**Rx Form**

Click here to download our RX Form.

### Somer Hours of Business

We are open for business and welcome your inquiries from 7:00 a.m. to 5:00 p.m. EDT, Monday through Thursday. Our drivers pick-up and deliver cases Monday through Friday.

To schedule a pick-up, call 317.873.1111 or 800.283.1110 during business hours or Friday mornings. After hours, please call the Somer Pick-up Hotline at 317.873.1119.

Or Email Us for more information.

### Somer's Vision and Mission Statement

**Vision:**

In unison, as a Team, Somer Dental Laboratories' vision is to establish an environment, which can productively provide quality products and services, education, personal growth, and financial security.

**EXHIBIT 94  -103-**

Submit Comment

« Previous Entries                                    Next Entries »

**Mission Statement:**

Somer Dental Laboratories is committed to be a leader in the dental laboratory industry by educating our team to provide the highest standards of dental care through excellent service, quality products and advanced technology.

**DDX Dental**

Sign Up to submit online cases with Somer Dental Laboratories & DDX

Go to Somer Dental Laboratories's DDX dashboard

Go to Somer Dental Laboratories DDX Rx



Direct | Map | Sat | Ter | Earth

Google    ©2012 Google -
Map data ©2012 Google - Terms of Use

View Larger Map

© 2012 Somer Dental Labs. | 11707 N Michigan Rd. | Zionsville, IN 46077
(800) 283-1110 toll-free | (317) 873-1111 main | (317) 873-1124 fax

PROACTIVE NETWORKING
Powered by Wordpress | Admin Login

**EXHIBIT 94  -104-**

# Exhibit 95

EXHIBIT 95 -105-

# TRACHSEL DENTAL STUDIO

Home   About Us   Products   Resources   Send a Case   Contact





## About Us

Trachsel Dental Studio is a full service dental lab located in Rochester, MN. TDS is a proud member of the National Dental Lab Association (NADL) and the Minnesota Dental Laboratory Association (MDLA).

Trachsel Dental has 35 employees including four full time Certified Dental Technicians. Give us a call or send us your next case, we guarantee you'll be impressed!

**Learn more about us**

## Products



Crown & Bridge

**BruxZir®**            **Captek™**
**Porcelain Fused to Metal**   **Fortress™**
**Pressed on Metal**     **Gold Inlays/Onlays**
**Porcelain to Zirconia**   **Full Cast Restorations**
**IPS e.max® Press**

Dentures & Partials

Orthodontics

Implants

## Contact Us

name

email

message

SEND

## Navigation

Home            Resources
About Us         Send a Case
Products         Contact

## Latest Tweet

Have you experienced full contour zirconia..? Were an authorized BruxZir lab, guaranteed youll be impressed! http://twitpic.com/52f3ib

 **Follow Us**    **Find Us**

© 2011-2012 Trachsel Dental Studio | Zeunic | Login

## Contact Us

Trachsel Dental Studio      (Toll) (800) 831-2362
1834 15th St. NW            (Ph) (507) 288-2362
Rochester, MN 55901          (F) (507) 288-3972

**EXHIBIT 95  -106-**

# Exhibit 96

EXHIBIT 96  -107-

Monday, November 26, 2012

Contact Us  |  Site Map

**HOME**   **ABOUT US**   **PRODUCTS**   **FAQS**   **TESTIMONIALS**   **LINKS**   **RESOURCES**



**Fixed**

IPS e.max® Press

Procera AllCeram

Lava™

IPS Empress®

Sculpture®/Fibrekor®

BruxZir

Captek

BIO 2000®

Conventional PFMs

**Removables**

**Implants**

**Radiographic & Surgical**

**Appliances**



**EXHIBIT 96  -108-**



York Dental / Cerama Laboratory, Inc. © 2010                    Designed by AMG Creative

**EXHIBIT 96  -109-**

# Exhibit 97

EXHIBIT 97  -110-



EMAIL ✉

PHONE: **888.625.5757**

Know us by our Smiles!

HOME    PRODUCTS    FORMS / SALES    NEWS    CAREER    CONTACT

# Products

- All Ceramic
- **Zirconia**
- PFM
- Partials
- Dentures
- Implants

### PFZ - Porcelain Fused Zirconia

Supreme accuracy in fitting in crowns and bridges – PFZ allows you to achieve an extraordinarily high degree of precision and accuracy in fitting.

Crown and bridge frameworks with a minimum wall thickness (0.4 mm) and interdental linkage (9 mm2) – as with high-strength dental alloys in the area of precious metals.



### FCZ - Full Contour Zirconia

Full Contour Zirconia crowns are solid zirconia with no porcelain overlay. Your patients will be happy with a tooth shaded crown instead of metal occlusal PFM and full-cast gold dental restorations. Virtually chip-proof, FCZ solid zirconia crowns and bridges are the ideal dental restoration for your bruxing and grinding patients.



### Zirconia Restored Implant

Please call for more information - **888.625.5757**

22286 Vick Street, Port Charlotte, FL 33980 * 888.625.5757 * email
Copyright© 2008-2012 by Showcase Dental Laboratory, Inc. All rights reserved. * site by CeJay Associates, LLC

**EXHIBIT 97  -111-**

# Exhibit 98

EXHIBIT 98 -112-

# Tosch Laboratory, Inc.

*A Certified CEREC inLab Crown and Bridge Dental Laboratory*

## LUNA Full Contour Translucent All Zirconia Crowns.

Luna translucent zirconia crowns are an esthetically pleasing alternative to full cast crowns, especially where strength is a concern. The Luna Zirconia crowns are virtually indestructible and therefore an excellent choice where there is minimal occlusal clearance or excessive interproximal space. Crowns and bridges are shaded prior to sintering so the color is internal and permanent.

"A recent study found that the degree of wear on the opposing tooth was actually four times greater with dental porcelain than in polished, unglazed zirconia, suggesting that zirconia restorations are not only more fracture-resistant than porcelain restorations, but also gentler in their functional interaction with natural dentition." In another study, "glazed Solid Zirconia crowns were found to wear compatible with enamel and virtually identical to glazed IPS e.max." Study copies are available at Tosch Laboratory.

Due to the strength of Luna Zirconia it is also an excellent choice instead of the traditional PFM bridge. It is possible to construct bridges as large as five and six units.

Contact us today to try a Luna Translucent Zirconia Crown

Link to a study on the wear of full zirconia crowns versus standard dental porcelain on opposing dentition.



Return to Main Page

# Exhibit 99

EXHIBIT 99  -115-

THE ART OF SMILE TECHNOLOGY

CONTACT US 604.270.2230

# Solid Zirconia

**Solid Zirconia Crowns and Bridges**

These are suitable for both the anterior and posterior region. Buccal/Labial Cut-Back technique provides an excellent aesthetic appearance while maintaining high strength. Our zirconia crowns and bridges are designed and milled using CAD/CAM technology with the latest scanner from Sirona, inEOS Blue for consistent standardized quality.

**Benefits:**

- Biocompatible
- High strength
- No metal sensitivity
- Esthetical
- Low thermal conductible



— Solid zirconia Crown (before & after)

**Indications:**

- Bruxers and grinders who do not desire metal occlusal PFMs or full cast crowns
- Patients who desire a tooth colored restoration but have a lack of preparation space
- Patients with metal allergies

**Preparation Requirements:**

- Circular shoulder preparation with rounded inner edges or chamfer with a width of approx. 1 mm
- No feather edges
- Minimal occlusal reduction of 1.0mm
- Avoid sharp edges and angles
- Make sure to observe minimum layer thicknesses (stability of the restoration)



— Solid Zirconia crown with labial layering

**EXHIBIT 99  -116-**

http://biocaddental.ca/services/solid-zirconia                                                            11/26/2012

**Cementation Recommendation:**

- Resin reinforced glass ionomer cement (RelyX Luting Cement, 3M ESPE; GC Fuji Plus, GC America)
- Resin cements for short or over-tapered preparations (RelyX Unicem, 3M ESPE; Panavia F2.0, Kuraray)

# Exhibit 100

EXHIBIT 100 -118-



HOME | NEWS | **PRODUCTS** | DIGITAL SOLUTIONS | COMPANY | EDUCATION | EVENTS | MEMBER LOGIN

» Scanners

» Milling Machine

» Materials

  🗋 ORIGIN Zirconia

  **Metals**

   🗋 Titanium

   🗋 Cobalt-Chrome

  **Ceramics**

   🗋 Vitablocs®

   🗋 e.max

   🗋 Triceram®

   🗋 Wax/PMMA/Temps

» Abutments

» CAM Software

» Sintering Oven

» Suction

» Consumables

🔄 **Artimax**



- Strongest in Class (Documented 1,400 MPa)
- Tested clinically safe for cytotoxicity
- Far more chip resistant while finishing the sintered copings
- Excellent translucency, aesthetics and 100% biocompatibility
- High degree of clinical safety
- Engineered with bar codes for full control of consistent sintering shrinkage
- Conventional cementation
- Excellent marginal accuracy
- European CE & U.S. IdentCeram® certified

**Premium Quality ORIGIN YZ Zirconia**

Introducing the

**ORIGIN 40**
Dental Milling

**ORIGIN**
intelligence

**3D Dental Scanner**

🖂 Send Us An Email

☎ 800.255.2839

**Document Downloads**

📄 ORIGIN CAD/CAM

📄 Intelligence Scanner

📄 3Shape Scanner

📄 DuoTron Pro

   

## Zirconia Advantages at a Glance

### Zirconia is highly aesthetic

Zirconia is highly translucent especially when compared to traditional metal substructures and can be customized according to the 16 classic Vita shades. Zirconia restorations also solve the 'black gum line' problem inherent with traditional metal restorations which occurs when the gingiva recedes. These qualities of zirconia provide natural looking restorations which are indistinguishable from real teeth.

### Zirconia is exceptionally strong

Often referred to as 'white steel', zirconia is just as strong if not stronger than metal restorations and has a high fracture resistance.

### Zirconia is bio-compatible

The body accepts tissue friendly zirconia as a natural material which minimizes the potential for allergic reactions.

### Zirconia is corrosion free

Zirconia does not corrode because it is "chemically inert".

### Zirconia has low thermal conductivity

Most metals have a high thermal conductivity causing patients to feel greater sensitivity to fluctuations of hot or cold in the mouth. Zirconia restorations have a low thermal conductivity which helps minimize this problem.

Back to Top ▲

## Full Contour Solid Zirconia

The ORIGIN® FC Zirconia is a full contoured solid zirconia crown or bridge restoration with no porcelain overlay. ORIGIN FC Zirconia restorations are both a strong and highly aesthetic alternative to metal occlusal PFM and full-cast metal restorations. Virtually unbreakable and chip-proof, ORIGIN FC Zirconia crowns and bridges are the ideal restoration for posterior molar crowns when the patient desires a tooth colored restoration but lacks the preparation space for, or has broken a PFM crown in the past.

### ORIGIN Full Contour Zirconia Advantages

- A more esthetic alternative to traditional full-cast or metal occlusal alloy restorations and is ideal for bruxers & grinders who have destroyed other restorations
- At 1132 MPa Origin® Full Contour Zirconia is strong enough for both single and bridge cases
- Made with biocompatible 100% Tosoh zirconia powder
- Conventional cementation using non-expanding resin modified glass ionomer
- Virtually unbreakable and chip-proof
- Fabricated using CAD/CAM technology for consistent fit and marginal integrity
- Backed by a 10 year free replacement guarantee

  

Back to Top ▲

## The Strongest Zirconia



1. Source: DIFK Deutsches Institut fur
   Feuerfest und Keramik GmbH, Bonn,
   Germany Material Strength of Zirconia
   Produced with Two Methods.
   Determined according to DIN EN 993-6
   and quality assurance methods
   TOSOH
   Date of testing: 8/19/2008
2. Source: www.wieland-dental-systems.com
3. Source: www.nobelbiocare.com
4. Source: www.elixon.de
5. Source: www.3m.com
6. Source: www.vita-zahnfabrik.com
7. Source: cercon-smart-ceramics.com

On the assumption of a maximum chewing strength of 290 N, it is postulated that an endurance limit of approximately 500 N is required, which is given at an initial strength of at least 1000 N.The characteristics of ORIGIN YZ zirconia can be summed up as follows:

**ORIGIN YZ Zirconia**     KIC=7.0MPa·m1/2     Fracture Toughness
                          m=14;2              Weibull Parameter

Since the mid-1980s, zirconia has held a steady position in high-performance ceramics. More than 300,000 artificial hip joint implants and several thousand dental implants are impressive testimonies to the biological compatibility of zirconium dioxide.

There are no uncontrollable risks or long-term deficiencies to be expected in the area of dentistry associated with the use of high quality yttrium stabilized zirconia blocks.

- ORIGIN YZ Zirconia Discs Have Been Tested & Proven to Be Superior for Various Milling Tools and Methods with No Margin Chipping
- ORIGIN Has the Highest Fracture Toughness (KIC) of 7.0

Back to Top ▲

## ORIGIN - YZ Zirconia Disks



We have a solid and proven expertise regarding the relationship between blank density, the milling enlargement factor and the sintering shrinkage rate that lead to the consistency of the prosthesis from single copings to large bridge framework.

From this high-quality, yttrium stabilized zirconium oxide material you can make bridge frames up to 16 units or customized implant abutments.

ORIGIN YZ zirconia is biocompatible and particularly resistant to ageing. This material differs from conventional zirconium oxides in that it is extremely homogeneous. This is achieved by means of an advanced manufacturing process and results in an excellent fit, even for large bridgework.

Once you've chosen ORIGIN, you'll benefit from high quality zirconia at the most affordable material prices in the industry.

Back to Top ▲

## ORIGIN - YZ Zirconia Cube Blocks

Designed for use with Sirona's and MC XL machines, ORIGIN YZ zirconia milling blocks are used as a milled substructure using CAD/CAM technology both for veneering and the press-on technique. ORIGIN YZ zirconia is formulated using a small grain size (< 0.3μm) to reduce porosity and undergoes an advanced manufacturing process to ensure uniform density, no warping during the sintering process, and quality control for large ceramic blanks. The yttrium-stabilized high quality zirconium oxide blocks display exceptional physical properties including a flexural strength of 1100 MPa.

Back to Top ▲

## Tested and Proven to Be Superior for Various Milling Tools and Methods with No Margin Chipping

Margin chipping can occur for many reasons including; incorrect calibration, tool wear, a margin design that is too weak, etc. In addition, weak zirconia material may not withstand the stress of the aggressive milling process, possibly leaving small visible chips along the margin as well as unvisible micro-cracks within the coping or framework.

ORIGIN YZ zirconia discs have been tested successfully for different milling tools including both conventional designs (tool B & C) and advanced burs (tool A) designed to cut faster and more aggressively. It also can be milled under both wet milling and dry milling conditions.

Back to Top ▲

**EXHIBIT 100**
-120-

## Excellent Esthetic Properties - A Translucent Substructure That is Comparable to or Better Than Leading Brands

An identical coping was milled with the Cerec machine using three of the major brands. The translucency of the material depends not only on the material properties of the ceramic, but also on the recommended thickness of the layer, i.e. the wall thickness. So we followed the minimum wall thickness requirement (0.7mm) of the inLab system for all three copings with the same design.

Back to Top ▲

## ORIGIN - YZ Zirconia Blocks and Disks are Engineered to be Used for the Following Milling Systems

* Cerec® inLab®
* Wieland Zeno®Tec
* KaVo Everest®
* AmannGirrbach Ceramill

Back to Top ▲

## 16 Shades Possible - All Classic V Shades
### Supports Implant Bar Design

* ORIGIN zirconia can be colored by dipping the coping into the Color Liquids prior to sintering.
* ORIGIN YZ zirconia blocks can be colored according to the 16 different colors covering the entire classic-V shade range.
* The color becomes indelible through the sintering process thus avoiding the possibility of having white margins.
* After dipping, the excess liquid is removed by blow drying.
* Coloring liquid has no negative effects on the physical material properties such as flexural strength or fracture toughness



Back to Top ▲

HOME | NEWS | PRODUCTS | DIGITAL SOLUTIONS | COMPANY | EDUCATION | EVENTS
©Copyright B&D Dental Technologies









Send Us An Email

800.255.2839

**Document Downloads**

ORIGIN CAD/CAM
Intelligence Scanner
3Shape Scanner
DuoTron Pro

# Exhibit 101

EXHIBIT 101 -122-

  <u>Cart/Checkout</u> | <u>Reorder</u> | <u>Login</u> | <u>Register</u>

Search [ Keywords, part numbers, etc ] [🔍]

# 3M ESPE

**Dental Products**

United States [Change]

**Buy it Now**

3M ESPE Dental Professionals > Products > Product Categories > Digital Materials and Equipment > Lava™ Zirconia

### Dental Products

**Products**
+ Product Catalog
  Techniques and Solutions
  Brands You Trust
  Where to Buy 3M ESPE
  Dental Products
  Find an Authorized Lab

**Promotions**
  Special Offers
  Sign Up for 3M ESPE E-mail
  Digital Dentistry Newsletter

**What's New**
  New Dental Products
  News Articles
  Press Releases
  Upcoming Events

**Resources**
  Literature
  MSDS/Product Safety

**Education**
  Online Dental CE Courses
  Scientific Resources

**Contact Us**
  About Us
  Contact 3M ESPE
  Equipment Service



# Lava™ Zirconia

• Print

• Share

Overview    Features & Benefits    Indications    Technical Information    Ordering Information

## All ceramic crowns and bridges are an excellent long term esthetic solution for patients.

• High stability and precise fit

• Excellent long term natural aesthetics

• Biocompatibility

 
 

PFM        Zirconia

Like 👍 Follow

### Customer Care

1 (800) 634-2249

### E-mail News

Stay in the know with
exclusive e-mails from 3M
ESPE. Sign up »

**more information**

Handling and Prep guide for
Lava™ Restorations (pdf,
1.1MB)

Lava™ Zirconia – 10 Year
Clinical Study (pdf, 1.8mb)

Why Lava™ Zirconia? (PDF,
957KB)

Lava™ Zirconia Scientific
Facts (pdf, 1.3mb)

Lava™ Zirconia Scientific
Facts - Zirconia-supported
Ceramic Restorations:
Uncovering the Mysteries
(PDF, 765KB)

Lava™ Zirconia Scientific
Facts – Zirconia is Not Alike
(pdf, 354kb)

Lava™ Zirconia for Implant
Abutments Brochure (PDF,
811KB )

Lava™ Zirconia for Implant
Abutments Dentist Statement
Stuffer (PDF, 512KB )

Lava™ Zirconia for Implant
Abutments Dentist 30-second
Sell Sheet (PDF, 564KB )

Lava™ Zirconia for Implant
Abutments Handling Guide
(pdf, 964kb)

Lava™ Zirconia Scientific
Facts – Implant Abutments
(pdf, 549kb)

**Lava™**
Precision Solutions

**Read more about**
Lava Materials and Equipment »

**3M ESPE:** About Us | Site Map | Contact 3M ESPE | Equipment Service

Legal Information | Privacy Policy

© 3M 2012. All Rights Reserved. **3M**



 **Cart/Checkout** | Reorder | Login | Register

Search [Keywords, part numbers, etc] 🔍

# 3M ESPE

United States [Change]

## Dental Products

Buy it Now

3M ESPE Dental Professionals > Products > Product Categories > Digital Materials and Equipment > Lava™ Zirconia

**Dental Products**

**Products**
+ Product Catalog
  Techniques and Solutions
  Brands You Trust
  Where to Buy 3M ESPE
  Dental Products
  Find an Authorized Lab

**Promotions**
  Special Offers
  Sign Up for 3M ESPE E-mail
  Digital Dentistry Newsletter

**What's New**
  New Dental Products
  News Articles
  Press Releases
  Upcoming Events

**Resources**
  Literature
  MSDS/Product Safety

**Education**
  Online Dental CE Courses
  Scientific Resources

**Contact Us**
  About Us
  Contact 3M ESPE
  Equipment Service



# Lava™ Zirconia

Overview    Features & Benefits    Indications    Technical Information    Ordering Information

## All Zirconia is not alike!

Not all Zirconia is alike. Yes, Zirconia can be chemically similar, but once processed the mechanical and optical properties can be significantly different. Lava™ Zirconia has now been commercially available for 10 years.

PROVEN BY CLINICAL STUDIES
STRENGTH FIT AESTHETICS

* **Productivity**
  * High strength
  * High stability

* **Excellent long term aesthetics**
  * Tooth colored material
  * Unique shading system
  * Homogeneous coloring
  * High, life-like translucency

* **Biocompatibility**
  * Metal free
  * Clinical studies showed no allergic reactions (gingival)
  * Excellent regeneration of gingiva

* **Excellent fit**



• Print

• Share

Like 👍 Follow

## Customer Care

1 (800) 634-2249

## E-mail News

Stay in the know with exclusive e-mails from 3M ESPE. Sign up »

### more information

Handling and Prep guide for Lava™ Restorations (pdf, 1.1MB)

Lava™ Zirconia – 10 Year Clinical Study (pdf, 1.8mb)

Why Lava™ Zirconia? (PDF, 957KB)

Lava™ Zirconia Scientific Facts (pdf, 1.3mb)

Lava™ Zirconia Scientific Facts - Zirconia-supported Ceramic Restorations: Uncovering the Mysteries (PDF, 765KB)

Lava™ Zirconia Scientific Facts – Zirconia is Not Alike (pdf, 354kb)

Lava™ Zirconia for Implant Abutments Brochure (PDF, 811KB )

Lava™ Zirconia for Implant Abutments Dentist Statement Stuffer (PDF, 512KB )

Lava™ Zirconia for Implant Abutments Dentist 30-second Sell Sheet (PDF, 564KB )

Lava™ Zirconia for Implant Abutments Handling Guide (pdf, 964kb)

Lava™ Zirconia Scientific
Facts – Implant Abutments
(pdf, 549kb)

**Lava™**
Precision Solutions

Read more about
Lava Materials and Equipment »

**3M ESPE:** About Us | Site Map | Contact 3M ESPE | Equipment Service

Legal Information | Privacy Policy

© 3M 2012. All Rights Reserved.

**3M**


Cart/Checkout | Reorder | Login | Register

Search [Keywords, part numbers, etc ] [🔍]

# 3M ESPE

United States [Change]

## Dental Products

Buy it Now

3M ESPE Dental Professionals > Products > Product Categories > Digital Materials and Equipment > Lava™ DVS Full Contour Digital Crowns

**Dental Products**

**Products**
+ Product Catalog
  Techniques and Solutions
  Brands You Trust
  Where to Buy 3M ESPE Dental Products
  Find an Authorized Lab

**Promotions**
  Special Offers
  Sign Up for 3M ESPE E-mail
  Digital Dentistry Newsletter

**What's New**
  New Dental Products
  News Articles
  Press Releases
  Upcoming Events

**Resources**
  Literature
  MSDS/Product Safety

**Education**
  Online Dental CE Courses
  Scientific Resources

**Contact Us**
  About Us
  Contact 3M ESPE
  Equipment Service

# Lava™ DVS Full Contour Digital Crown

• Print

• Share

Overview    Clinical    How to
            Cases      Order

**Lava™ DVS full contour digital crowns deliver the strength, fit and beauty you and your patients require.**

Now your patients can experience the beauty of a digital Lava restoration that is more esthetic than pressed ceramics. And the digital precision of a Lava DVS full contour crown means that manual adjustments are minimized and fit is optimized.


Final restoration after characterization

**More esthetic than pressed ceramics**




Left: Lava DVS Zirconia Crown; Right: Pressed Zirconia Crown

• Available in a variety of **shades and translucencies.** You're sure to receive the restoration that closely mirrors your patient's natural esthetics.

• Indicated for both **posterior and anterior** restorations.

• For use with **conservative prep** and conventional cementation.

• **Digital precision** ensures consistent strength, minimal adjustments and optimized fit.

**Consistent Strength**

The strength of Lava™ DVS crowns makes them an ideal solution. Why? Our controlled CAD/CAM process and a strong zirconia core ensure Lava DVS restorations are strong and beautiful every time.

Like [ 👍 Follow ]

**Customer Care**

1 (800) 634-2249

**E-mail News**

Stay in the know with exclusive e-mails from 3M ESPE. Sign up »

**Lava™**
Precision Solutions

Read more about
Lava Materials and Equipment »

**More Information**

Lava™ DVS Digital Veneering System Brochure for the Dentist (PDF, 563KB)



Posterior Crowns —
Initial Fracture Force
Source: 3M ESPE Internal Test Method

© 3M 2012. All Rights Reserved. **3M**



# Exhibit 102

EXHIBIT 102 -129-



# Dental Prosthetic Services

*A Leader in Quality and Customer Service Since 1972*



| Home | About Us | Products | Dental Sleep Medicine | Services | Events | Downloads | Employment | Contact Us |

## Downloads

**Doctor Preference Form**

**Smile Guide**

**RX forms**

**Request Rx Pads and Boxes**

<u>**Join Our Mailing List**</u>

## Testimonials

*"Whether it is implant dentistry, cosmetic veneers, dental appliances, or crown and bridge cases, DPS has consistently provided our dental team and patients with quality service and experience for many years."*

- Dr. Jon R. Hart
- Dr. Peter J. Blodgett
- Dr. John E. Wilmes

*" DPS plays an integral role in the exceptional care we provide for our patients."*

- Dr. Patricia Meredith



Like all zirconia restorations, our Nautilus restorations offer you superior strength. But, with its enhanced anatomy and availability in Classic or 3D shades, our Nautilus Full-Contour offers you a more esthetic all-zirconia option in the posterior. And, our Nautilus Core combines the strength of a zirconia coping with the beauty of a stacked porcelain, rivaling all-ceramic and PFM alternatives.



## Nautilus Full-Contour

*Nautilus Full-Contour is now better than ever!*

*All Nautilus Full-Contour restorations designed after January 18 will have our new enhanced anatomy.*

Nautilus Full-Contour crowns and bridges are solid zirconia restorations with no porcelain overlay. At 850 MPa, Nautilus Full-Contour is one of the strongest restorations available. Our technicians design Nautilus Full-Contour with enhanced anatomy and shade it to match your patient's natural tooth color; giving you a more esthetic all-zirconia option.

Ideal for posterior crowns and bridges (up to 8-unit spans), patients now have a strong alternative to full-cast restorations. Nautilus Full-Contour can also be used in the anterior for patients who need a stronger anterior restoration.

And while it is incredibly strong, polished zirconia is significantly less abrasive than standard porcelain, making it kinder to the opposing dentition than other restorative ceramic material.

### Prep Requirements

- A chamfer margin is preferred; however any traditional full-cast crown prep is acceptable. Avoide a beveled or knife-edge design.

**EXHIBIT 102 -130-**

# Exhibit 103

EXHIBIT 103 -131-



Call:     905 665 9990          1 855 MY 5 AXIS

1380 Hopkins St.   Unit 1   Whitby   ON   Canada   L1N 2C3

## 5 Axis Dental Design Center

| Home | Sending Cases | About Us | Print Forms | iTero | Products | Our Technology | Links | Contact Us | Materials |

# Full Zirconia Crowns

57573

PRINT

Zirconia full anatomical crowns are milled using several different sizes of precision burs that allow us to create fine occlusal details. Recommended for heavy bruxers for posterior restorations.

Manufactured from Metoxit TZP-A zircona (ZrO2/Y2O3/Al2O3). With a compressive strength of 2000 MPa and a flexural strength of 1200 MPa. Metoxit AG Switzerland brand zirconia - FDA and Health Canada approved.







Developed By: *THE ONLINE PRACTICE*

Whitby ON Canada Dentist | Full Zirconia Crowns. Dr. Pamela Mursic is a Whitby ON Canada Dentist.

5 Axis Dental Design Center is not affiliated with any of the following companies:

Lifecore Biomedical, Inc., Biomet 3i, Nobel Biocare

Steri-Oss, Stryker, Sustain, APM Stemgold, Preat, Soodenco, Parkell, O-IC Implant, IMTEC Corp, Smooth Staple, Stemgold-ImplaMed, Cendres & Metaux, Implant Direct, etc. Ankylos® is a federally registered trademark of DeguDent GmbH, Germany

Astra® is a federally registered trademark of Astra Tech AB, Sweden

Branemark®, Steri-Oss®, Steri-Oss Replace®, Replace Select®, Steri-Oss Hex-Lock®, NobelReplace®, NobelSpeedy®, NobelPerfect®, NobelDirect® are federally registered trademarks of Nobel Biocare AG, Zurich, Switzerland. BioHorizons® is a federally registered trademark of BioHorizons Implant Systems, Inc. Mini-SG®, Dolder®, Biloc®, Combi-Snap®, Dalbo® are federally registered trademarks of Cendres & Metaux, Switzerland

GI-MASK® is a federally registered trademark of Coltene/Whaledent AG, Switzerland

Entegra®, Endopore®, Pitt-Easy® and Anatomic® are federally registered trademarks of Innova LifeSciences Corp. Toronto, ON Canada 3i®, Osseotite®, Osseotite Certain®, Miniplant® and MicroMiniplant® are federally registered trademarks of Biomet 3i, Inc. Florida, USA IMZ® is a federally registered trademark of IMZ GmbH, Germany

ITI® Dental Implant System, Straumann® and synOcta® are federally registered trademarks of Institut Straumann, Switzerland.

Legacy® is a federally registered trademark of Implant Direct LLC, USA. Lifecore®, Restore®, Sustain®, Stage-1®, Renova® and Prima® are federally registered trademarks of Lifecore Biomedical, Inc., Chaska, MN. Xive TG® is a federally registered trademarks of Friadent GmbH, Germany. Zimmer Dental®, Screw-Vent®, Core-Vent®, Bio-Vent®, Micro-Vent®, Spline®, Advent®, SwissPlus®, Integra®, Omniloc®, Threadloc®, Zimmer One-Piece® are federally registered trademarks of Zimmer Dental, Inc., Carlsbad, CA.

# Exhibit 104

EXHIBIT 104 -134-

  

☎ (877) 954-6243

HOME | PRODUCTS | GALLERY | TESTIMONIALS | ABOUT US | CONTACT US



- Zirconia Crowns ›
- IPS e.max ›
- PFM ›
- Implants ›
  - Custom Implant Abutments
  - Screw-retained Denture
  - Hybrid Implant Bridge
  - Overdentures
- Milling Center ›
- Removables ›
  - Bayflex
  - Complete Dentures
  - Partials
- Fierce Mouthguards ›
- Orthodontics ›
  - Retainers & Finishing
  - Study Models
  - Space Maintainers & Regainers
  - Arch Development
  - Functional Appliances
  - Molar Distalizing
  - Splints
  - Holding Appliances
- Other Services ›

# Zirconia Crown Dental Lab

*Top Quality Zirconia Crowns*

Bayshore offers a variety of crown options using only the most technologically advanced, highest quality materials available to fit your needs. Our highly trained crown dental lab technicians will guide you in choosing the best option for each individual case, no matter the complexity of the restoration.

Some of our most popular products are the Z Crown™ Solid Zirconia Crown, and the Z Crown™ Layered Zirconia Crown.

## Z Crown™ Solid

**Full Contour Zirconia Crown**



Our Z Crown™ Solid is made from yttria stabilized Zirconia, creating an esthetic, biocompatible, and completely chip-resistant crown with a natural, vibrant translucency. Fabricated using Bayshore's state-of-the-art CAD/CAM technology, quality and consistency are ensured in every case.

**Make the move to metal free without compromising strength, quality, or consistency.**

**The Z Crown™ Solid is *the* esthetic alternative to full cast crowns.**

**Features**
- On-site, state-of-the-art CAD/CAM technology
- 1200 MPA flexural strength
- High level of biocompatibility

**Benefits**
- Esthetic alternative to full cast crowns and metal occlusals
- Completely chip-resistant (solid Zirconia)
- Saves tooth structure (minimal shoulder preparation)
- Glazed final restoration prevents plaque buildup and opposing dentition wear
- Precise marginal fit

If you would like more information on Z Crown™ Solid, or our full-service crown dental lab, contact us today!

# Exhibit 105

EXHIBIT 105 -136-



Calls us at (800) 243-2235
(781) 438-6110

Al Products Made in the US

HOME     PRODUCTS     DIGITAL TECHNOLOGIES     CONTACT     RESOURCES     BLOG     EVENTS     ABOUT US

# ADT Full Zirconia

### High Translucency Full contour Zirconia Restorations



ADT FZ is milled from the most esthetic full contour zirconia available. The Material is isostatically pressed zirconia blocks manufactured in Germany. We mill your monolithic restoration and perform a multi-color shading process that dramatically enhances the esthetics.

ADT FZ is indicated for full crowns and bridges up to 12 units. This product is available in 16 Vita shades. To enhance the esthetics even further, we offer five modifier shades: Violet, Gray, Brown, Orange and Pink. Tooth preparation requirements can be that of a PFM or an all ceramic material. In addition, full contour zirconia can be conventionally cemented.

In addition to its strength and beauty, multiple studies have shown full zirconia restorations to be gentler to surrounding dentition than conventional PFM's.

- Lifetime guarantee against breakage
- Chip Resistant
- Less wear to adjacent teeth than PFM
- Conventional cement protocol
- Conventional tooth preparation
- 1100 Mpa flexural strength
- Three times the strength of e.max
- Available in 16 Vita shades with
- Competitive pricing helps increase your profitability
- Award winning material (JDT 2011 WOW Product of the year!)



ADT's technical capabilities ensure these products are milled precisely to provide you with excellent fitting restoration for fast seating times. The combination of automation and use of a low cost, yet high quality material allows us to offer you the best restorations for your patients while saving you time and money.

## Indications

Full contour zirconia for crowns and bridges up to 12 units. Ideal product for replacement of full gold crowns and PFMs.

## Technical Specs

- Flexural strength - 1,100 MPa
- Compressive Strength - 3,000 MPa
- Conventional cementation
- Conventional tooth preparation



## Cementation

• RelyX™ Ultimate Adhesive Resin Cement with Scotchbond™ Universal Adhesive
• RelyX™ Unicem 2 Self-Adhesive Resin Cement
Please see the manufacturer's Instructions for Use for the proper cementation procedure.

**ADA Codes**
D2740 Crown
D6245 Pontic Porcelain/Ceramic

Links to wear studies of FZ to enamel:
A study on the in-vitro wear of the natural tooth structure by opposing zirconia. Journal of Advanced Prosthodontics.
Wear Study of Zirconia to opposing enamel. Clinicians Report.
Two-body wear of different ceramic materials opposed to zirconia ceramic. Journal of prosthetic Dentistry

# Ask Dr. Christensen

### Our Full contour Zirconia vs the sledge hammer!

As an example of the strength of our full contour zirconia we tested it (and other materials) against a 14 pond sledge hammer. For results click on the arrow to the right.



© 2012 Advanced Dental Technologies

# Exhibit 106

EXHIBIT 106 -139-






PRODUCTS    DENTIST SUPPORT    SERVICE CENTER    TESTIMONIALS    ABOUT US    CONTACT US          PH: 877.337.7800



**Custom-crafted
to your specifications.**

(And we'll sink our teeth into any challenge.)

**PFM Full Cast Restoration**

**All Ceramics**

Cercon

IPS Empress

Wol-Ceram

IPS e.max

Z-Crown Solid Zirconia

Z-Crown Layered Zirconia

**Removables**

**Implants**

**Fierce Mouthguards**

**Orthodontics**

**Other Services & Supplies**

### Z-Crown Solid Zirconia

Z-Crown Solid is monolithic and made from 100% pure zirconia. At 1200 MPa, the Z-Crown has a comparable flexural strength of traditional porcelain-fused-to-metal restorations while maintaining a natural and vibrant translucency.

The product 100% metal-free, a feature that prevents gingival darkening and removes the possibility of exposing metallic margins if gum recession begins. They are naturally esthetic, transmit the color of adjacent teeth and can be matched to any shade. Z-Crown Solid is one of the strongest restorations available for any patient who may have bruxing or grinding issues. Utilizing CAD/CAM technology, it also has a precise marginal fit that can significantly reduce chair time. Since traditional cementation is recommended, there is also no need to bond the restoration.



**LIVE CHAT**
How can we help you today?
**ONLINE NOW**

**Z-Crown Zirconia Product Gallery**






| Features | Benefits |
|---|---|
| • 1200 MPA flexural strength | • Long-term reliability |
| • Highly biocompatible | • Healthy tissue response |
| • Low CTE | • Synthetic ceramics for low wear |
| • CAD/CAM technology | • Laser precision |
| • CAM only option | • Custom position pontics — without library |
| • White and shaded blanks | • Better shading |
| • Any design | • Same as alloy without special needs |
| • Non-Feldspathic porcelains | • Natural opalescence and translucency |
| • Bond or cement | • Versatility of choice |

At DDS Lab, we have technicians on staff whose expertise aided the research and introduction of the Z-Crown product to the dental profession in the United States. Our technicians can create crowns and bridges of any size and specification with laser precision and esthetic luminescence.

**I'm shipping my case on:**
Date:

*"The technicians at DDS Lab truly have become a part of my team. They follow my prescription and diligently work with me on my cases...*

*especially the really
complicated cases."*

*~Dr. Susannah Bohannon
Olympia, WA*



©2011 DDS Lab. All Rights Reserved   Contact Us | Legal | Privacy Policy

**EXHIBIT 106 -141-**

# Exhibit 107

EXHIBIT 107 -142-

HOME    LOGIN    REGISTRATION

 

• Articles/Studies   • News   • Regulatory   • Testimonials/Videos



"*Because every child is special!*

*...And So is Every Smile."*

Product List | Order Online | Contact Us | Related Pediatric Sites



**NuSmile *ZR*** represents the perfect balance between art and science. Made from high grade monolithic zirconia ceramic, **NuSmile *ZR*** looks like the real thing and is 9 times stronger than natural teeth. Easy to place, **NuSmile *ZR*** offers the highest esthetics to satisfy the most demanding clinicians and parents. Our latest crown offers superior durability to last until the tooth exfoliates without needing any ongoing repairs. The translucency of our zirconia ceramic has been optimized for both natural esthetics and to prevent the problem of dark tooth show through of pulpally treated teeth, ensuring continued satisfaction with the restoration over time. **Nothing beats a NuSmile.**

General Information

Case Examples

Instructions for Use

Watch ZR

Video/Request Sample



Superior esthetics
Anatomically contoured
Strong and metal free
Easy to use - conservative preparations
Superior durability
Excellent biocompatibility
Autoclavable

Follow this link to our sister company:



/ ORTHODONTIC
TECHNOLOGIES, INC.

laboratory specializing in orthodontic,
pedodontic and TMD appliances.

**1-800-346-5133**

Proud
Sponsor of



**EXHIBIT 107 -143-**

http://www.nusmilecrowns.com/new_ZR.aspx

11/26/2012

©2004-2012 NuSmile® Pediatric Crowns. No further publication or commercial use may be made of the materials on this website without the express written consent of NuSmile® Pediatric Crowns. All rights reserved.

**EXHIBIT 107 -144-**

http://www.nusmilecrowns.com/new_ZR.aspx

11/26/2012

# Exhibit 108

EXHIBIT 108 -145-



# Welcome to Crown Dental Laboratory!

## (800)680-8608

Home
About Us
Dentures and Partials
Crown and Bridge
Implants
Prettau Bridge
Staub Cranial Technique
About our Leadership
Lab Schedule
Contact Us
Home
About Us
Dentures and Partials
Crown and Bridge
Implants
Prettau Bridge
Staub Cranial Technique
About our Leadership
Lab Schedule
Contact Us

Crown Dental Lab can meet all of your implant restoration needs, from Removable solutions like Locator Over-dentures, to the absolute latest in Screw Retained Hybrid Restorations like our full zirconia Prettau Bridge.



36oZr Full Contour Zirconia Crown



Prettau Bridge Full Zirconia Hybrid



Implant Locator Over-Dentures

Let Crown Dental Lab show you how you can provide a strong, full contour Zirconia Crown at a price that will meet every budget. Ask us about the 36oZr Crown.

Crown Dental Lab hand mills this full arch out of one solid disc of Zirconia. This screw retained Full arch Hybrid gives you the strength and esthetics that will excite your patients. Learn more about the Prettau Bridge from Crown Dental Lab.

**STAUB CRANIAL**

**EXHIBIT 108 -146-**

**Ask us about our expertise in** Screw Retained Hybrid Restorations





**Check out our turnaround times by clicking above!**

*Deliver dentures in just 3 appointments!!* Let Crown Dental Lab, a fully certified Staub Cranial lab, show you how easy it can be.

Website powered by Network Solutions®





CERTIFIED
**PROCERA**®

Home
About Us
Dentures and Partials
Crown and Bridge
Implants
Prettau Bridge
Staub Cranial Technique
About our Leadership
Lab Schedule
Contact Us
Home
About Us
Dentures and Partials
Crown and Bridge
Implants
Prettau Bridge
Staub Cranial Technique
About our Leadership
Lab Schedule
Contact Us

# **Crown and Bridge**

Our Crown and Bridge department offers a full range of choices to meet the specific treatment plans you have chosen for your patients. We provide traditional PFM in High Noble, Semi-precious, Non-precious, Zirconia and Titanium.

If your patient prefers the option of full metal restoration, we can provide you with the metal solution of your choice. Or, if you prefer a more natural appearance, we offer a full contour, solid Zirconia option in any Vita Shade required.



36oZr Full Contour Zirconia Crown



Full Cast Crowns



Multi-Unit Bridge

**EXHIBIT 108 -148-**

If you would like more details regarding the full capabilites of our Crown and Bridge Department, please contact us by email at: mikestafford@crowndental.biz or call          (800)680 -8608 and ask for  Mike Stafford.



Anterior PFM Crowns



Diagnostic Wax Up

Website powered by Network Solutions®

**EXHIBIT 108 -149-**

http://crowndental.biz/crownandbridge.html          11/26/2012

Exhibit 109

EXHIBIT 109 -150-

**Products**
CAP FZ - Full Zirconia

**Back to the product gallery**

## CAP FZ - Full Contour Zirconia

**Introduction**  **Features and Benefits**  **Stain and Glaze Instructions**  **Resources and Downloads**

**Technical Specs**  **Request a Sample**  **Lifetime Warranty**

**CAP FZ - Full Contour Zirconia with MultiShade**

CAP FZ is milled from the most esthetic full contour zirconia available. We mill your restoration and perform a multi-color shading process that dramatically enhances the esthetics. We then sinter the restoration and return it to you ready to stain and glaze. CAP FZ is indicated for full crowns and small bridges. We are now accepting digital files from 3Shape or Dental Wings, or we can produce CAP FZ from your models using our proprietary anatomic library. We will return your restoration ready for stain and glaze.







Custom

CAP FZ |

08

**Lifetime**
**Against**
See terms: htt
Denti

IDENTCERAM

Identceram stickers shipped
with every CAP Full Zirconia
order

CAP Warranty stickers
shipped with every qualifying
order

**Learn why CAP FZ is better and how it's made**



CAP Warranty
Pellentesque habitant morbi tristique senectus et netus et malesuada fames ac turpis egestas. Vestibulum tortor quam, feugiat vitae, ultricies eget, tempor sit amet, ante. Donec eu libero sit amet quam egestas semper. Aenean ultricies mi vitae est. Mauris placerat eleifend leo.

HOW TO BUY

FIND OUT MORE

**EXHIBIT 109 -152-**

# Exhibit 110

**EXHIBIT 110 -153-**



**ROE** Dental Laboratory

*TOMORROW'S TECHNOLOGY...*
*YESTERDAY'S PERSONAL SERVICE*

HOME
PRODUCTS/SERVICES
CUSTOMER CENTER
CE COURSES
CONTACT US
ABOUT US

WORK
AUTHORIZATION
IVOCLEAN
BROCHURE



Cerec In-Lab / Cadent
ITero
Porcelain To Zirconia
Monolithic Zirconia
IPS Empress Esthetic
IPS E.max
TLZ Zirconia
Lava
Bellglass
Tescera
PFM & All Cast
Other Fixed Restorations

### What is TLZ?

TLZ is our all-zirconia, monolithic crown or bridge restoration. TLZ is guaranteed against breakage for the life of the patient. Tested at a flexural strength of 850 MPa, our High-Translucency, monolithic formula is stronger than nearly all other restorations on the market. A unique fabrication process makes TLZ beautiful, lifelike and a high recommendation from ROE.



TLZ is appropriate for posterior restorations, is completed in just 6 laboratory days and is guaranteed to satisfy.

When you need the strongest restoration available, ask for TLZ!

### Crowns for LifeTM

**Limited Lifetime Warranty Statement**
Crowns for LifeTM applies to ROE Dental Laboratory's TLZ all zirconia crowns. TLZ is an acronym for Translithic Zirconia, the material used to fabricate TLZ crowns. This is a warranty against breakage resulting from normal mastication. This is not a warranty against shade change, wear, or replacement required from additional dental procedures. This limited warranty covers replacement of the TLZ crown only, and not any costs associated with removal or replacement. Replacement with an alternate restorative material may result in additional costs.



### How is it designed for dental?

Zirconia, which is unearthed as zirconium dioxide, is a white crystalline oxide that exists in three phases, cubic, tetragonal, and monoclinic, depending on temperature and pressure formation. In dentistry we concern ourselves with the latter two. Zirconia in the pure tetragonal phase is unstable. In order to create the milling blocks used in our machines, dental manufacturers add yittria, creating yittria-stabilized tetragonal polycrystals (Y-TZP)2. In this state zirconia is extremely hard and possesses a unique characteristic called transformation toughening. When tensile stress is introduced from crack propagation, the tetragonal formation morphs into monoclinc, increasing the volume 3 to 5%, and subsequently transforms the stress from tensile to compressive. This self-healing mechanism makes zirconia the ideal material for the oral environment.

**In-operatory adjustment of zirconia** As mentioned above, micro crack propagation is prevented while the monoclinic transformation occurs, thereby increasing surface tension and tensile strength (i.e., - theoretically, grinding can

**EXHIBIT 110 -154-**

http://roedentallab.com/products_TLZ.asp

11/26/2012

increase the strength of Y-TZP zirconia). But before grinding-away on your crowns, you should observe certain criteria. The severity of grinding and the rise in temperature will affect the volume percentage of toughening. We recommend using fine-grade burs and copious amounts of water coolant to decrease heat generation. Researchers have studied the quality of diamond particles impregnated in dental burs, the hardness of the binding material, and the precision and centricity of the shafts, and have found that no one manufacturer has a superior product. All manufacturers agree that hydration and very light-to-no pressure is the best technique – let the bur do the work and avoid dull tools. Also, the inside of a coping or monolithic restoration must be left untouched. It is recommended that if internal adjustments are needed for seating, the preparation should be adjusted.

**Wear to opposing** A common question that arises about our TLZ allzirconia restorations concerns the wear effects they have on opposing dentition. There are many documented studies measuring the wear of zirconia against fluorapatite, porcelain, gold, lithium dicilicate, lucite etc. These invitro studies can be summarized by focusing on particle size and finished surfaces. Zirconia is comprised of ultra-fine particles that do not become saw-tooth when roughened, unlike standard porcelains used in dental restorations. This characteristic evidently leads to low-wear of opposing enamel. A Study in J Adv Prosthodont 2010;2:111-5 showed that wear to the antagonist teeth is much less than that of feldspathic porcelains. Moreover, the study agrees with many other studies we've reviewed, zirconia shows very low wear when highly polished.

Rella Christiansan's TRAC Research group has released preliminary results of a 7-year full-contour zirconia wear study which supports both of these claims. The study seeks to measure the amount of wear zirconia and other monolithic restorations exhibit invivo. After one year, the "very promising" results show that zirconia "mimics" natural dentition.
Currently many other companies are completing invivo wear studies. We will keep you informed as further studies are published.

ROE RECOMMENDATION

Posterior crowns

PRIMERS & CLEANING AGENT:

Use primers when mechanical retention is minimal. They generate a sound bond between the restoration and the cementation material Monobond

IvocleanTM & MonobondTM Plus - Ivoclar Vivadent
Monobond Plus - Ivoclar Vivadent
ZPrime - Bisco
Scotchbond - 3M

FLEXURAL STRENGTH
**850 mpa**

PREPARATION
Conventional C&B(chamfer)

RECOMMENDED BUR KITS FOR ADJUSTING ZIRCONIA:

SS White® The Great White® Z
Komet USA LD0540 Zirc / emax Adjustment Kit
Brassler USA KO196

ADA CODES
D2740 Crown - Porcelain/Ceramic Substrate
D6245 Pontic Porcelain/Ceramic
D6740 Abutment Crown Porcelain/CeramicC

**EXHIBIT 110 -155-**

http://roedentallab.com/products_TLZ.asp

11/26/2012



Share ⬇ More info

0:00

800.228.6663

copyright 2005, ROE Dental Laboratory

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

## CERTIFICATE OF SERVICE

I hereby certify that on November 26, 2012, I electronically filed the

document described as **SUPPLEMENTAL APPENDIX OF EVIDENCE IN**

**SUPPORT OF GLIDEWELL'S OPPOSITIONS TO KEATING'S MOTIONS**

**FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF

System which will send notification of such filing to the following:

David G. Jankowski                          **Attorneys for Defendant Keating**
Jeffrey L. Van Hoosear                      **Dental Arts, Inc.**
Lynda J Zadra-Symes                         Tel:  (949) 760-0404
Knobbe Martens Olson and Bear LLP           Fax: (949) 760-9502
2040 Main Street, 14th Floor
Irvine, CA  92614                           Jeffrey.vanhoosear@kmob.com
                                            David.jankowski@kmob.com
                                            Lynda.zadra-symes@kmob.com
                                            litigation@kmob.com


DatedNovember 26, 2012                      SNELL & WILMER l.l.p.


                                    By: *s/Philip J. Graves*
                                        Philip J. Graves
                                        Greer N. Shaw

                                        Attorneys for Plaintiff
                                        James R. Glidewell Dental Ceramics, Inc.
                                        dba GLIDEWELL LABORATORIES

16139994.1

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071