1  Lynda J. Zadra-Symes (SBN 156,511)
   Lynda.Zadra-Symes@kmob.com
2  Jeffrey L. Van Hoosear (SBN 147,751)
   Jeffrey.VanHoosear@kmob.com
3  David G. Jankowski (SBN 205,634)
   David.iankowski@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
5  Fourteenth Floor
   Irvine, CA 92614
6  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
7
   Attorneys for Defendant/Counter-Plaintiff,
8  KEATING DENTAL ARTS, INC.

9
                IN THE UNITED STATES DISTRICT COURT
10
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
11
                        SOUTHERN DIVISION
12

13  JAMES R. GLIDEWELL DENTAL          )  Civil Action No.
    CERAMICS, INC. dba GLIDEWELL       )  SACV11-01309-DOC(ANx)
14  LABORATORIES,                      )
                                       )  **DECLARATION OF DIANE**
15              Plaintiff,             )  **MALLOS DONICH IN**
                                       )  **SUPPORT OF KEATING'S**
16       v.                            )  **OPPOSITION TO**
                                       )  **GLIDEWELL'S MOTION FOR**
17  KEATING DENTAL ARTS, INC.          )  **PARTIAL SUMMARY**
                                       )  **JUDGMENT RE TRADEMARK**
18              Defendant.             )  **MISUSE, UNFAIR**
                                       )  **COMPETITION, UNCLEAN**
19  _____)  **HANDS, FAIR USE, AND**
    AND RELATED COUNTERCLAIMS.         )  **ESTOPPEL**
20                                     )
                                       )  Date: December 17, 2012
21                                     )  Time: 8:30 a.m.
                                       )  Location: Courtroom 9D
22                                     )
                                       )  Honorable David O. Carter
23  _____)

24

25

26

27

28

I, Diane Mallos Donich, hereby declare as follows:

I am the Chief Financial Officer for Keating Dental Arts, Inc. ("Keating"). I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1.      Attached as **Exhibit A** is a true and correct copy of internal reports showing monthly sales of our KDZ Bruxer zirconia crown from May 2011 through October 15, 2012. **These documents are considered confidential and marked as Attorneys' Eyes Only.** These documents bear production numbers KDA-003543 through KDA-003560.

2.      In August 2011, Glidewell Laboratories filed the present lawsuit against Keating Dental Arts relating to Keating's "KDZ Bruxer" product.

3.      In or around December 2011, Keating significantly decreased its advertising of its KDZ Bruxer product due to the existence of the trademark infringement lawsuit filed by Glidewell Laboratories. Keating Dental Arts reduced its advertising of the KDZ Bruxer product as a business decision to mitigate potential liability from the lawsuit.

4.      As illustrated in Exhibit A, sales of Keating's KDZ Bruxer product grew steadily after its launch in May 2011 through December 2011. After this, following Keating Dental Arts' reduction in its advertising of the KDZ Bruxer product, the sales of the KDZ Bruxer product stagnated and declined.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed Nov. 26        , 2012, in irvine, CA        .

_____
Diane Mallos Donich

-1-

# EXHIBIT A

# ATTORNEYS' EYES ONLY

# FILED UNDER SEAL PURSUANT TO JANUARY 30, 2012 CONFIDENTIALITY ORDER