## • UNIVERSAL Rx •

**GLIDEWELL LABORATORIES**
4141 MacArthur Blvd. • Newport Beach, CA 92660
800-854-7256 • Fax 800-599-9564

Dr. Name _____ Phone # _____
Acct. # _____ Patient Name _____
                                                                    First          Last
Address/E-mail _____ **Deliver by 5 p.m. on** _____
Enclosed with case: ❏ Impressions  ❏ Models  ❏ Bite  ❏ Photos  ❏ Other: _____

℞  ❏ Check here to manufacture ceramics or full-cast using CAD/CAM

### FINAL CERAMIC SHADE

### PRESENT TOOTH OR STUMP SHADE

### OCCLUSAL STAINING
❏ None  ❏ Light*  ❏ Medium  ❏ Dark

### PONTIC DESIGN

### MARGIN AND METAL DESIGN
Labial Butt    360° Butt    Junction    Junction

### IF NO OCCLUSAL CLEARANCE
❏ Call doctor       ❏ Spot opposing
❏ Metal occlusion   ❏ Metal island
❏ Make this a permanent note in my master file

### PORCELAIN FUSED TO METAL
❏ Non-Precious*   ❏ Noble   ❏ WHN
❏ Captek YHN      ❏ OcclusalGold YHN

### FULL-CAST RESTORATIONS
❏ Noble-Cast 45 YN (40% Au)        ❏ Non-Precious
❏ Noble-Cast 60YHN (57.5% Au)*     ❏ White Noble
❏ Noble-Cast 67 YHN (64% Au)       ❏ WHN (45% Au)
❏ OcclusalGold YHN (73.8% Au)      ❏ Post & Core
❏ JRVT YHN (77% Au)

### ZIRCONIA RESTORATIONS
❏ BruxZir Solid Zirconia        ❏ Prismatik CZ*
❏ Lava        ❏ NobelProcera Zirconia

### ALL-CERAMIC RESTORATIONS
❏ IPS e.max CAD* (Posterior)   ❏ IPS e.max veneer
❏ IPS e.max Press* (Anterior)
❏ Vivaneers No-Prep Veneers*  ❏ IPS Empress
*Indicate stump or present tooth shade for all-ceramics*

### INCLUSIVE CUSTOM ABUTMENTS
❏ Titanium*  ❏ Zirconia w/ Ti-Insert  ❏ All-Zirconia
*Specify implant system, brand and diameter on Rx*

### COMPOSITE RESTORATIONS
❏ Composite       ❏ Fiber Reinforcement

### NIGHTGUARDS/BITE SPLINTS
❏ Upper       ❏ Lower
❏ Comfort H/S (hard/soft)*   ❏ Comfort (hard)
❏ Semi-Hard EVA              ❏ Soft EVA
❏ Astron CLEARsplint         ❏ Processed Acrylic

### SNORING/SLEEP APNEA APPLIANCES
Upper and lower models with protrusive bite required
❏ Silent Nite sl*   ❏ TAP   ❏ TAP 3   ❏ EMA

### PLAYSAFE MOUTHGUARDS
❏ Jr  ❏ Lt  ❏ Lt Pro  ❏ Med*  ❏ Hvy  ❏ Hvy Pro
❏ Helmet Strap       *Specify color(s) on Rx*
❏ Name _____

### LABORATORY USE ONLY
By _____  Mail _____
*Standard unless specified otherwise*

Signature _____ License # _____
(see reverse for limited warranty details)

### DENTURES/FLEXIBLE PARTIALS
❏ Flipper  ❏ Denture  ❏ Valplast  ❏ tcs  ❏ Dupe denture
❏ Custom tray  ❏ Occlusion rim  ❏ Wax setup try-in  ❏ Finish
❏ Name on appliance _____
(Additional charge)

Tooth setup    ❏ Ideal    ❏ Characterized    ❏ Study model
               ❏ Male     ❏ Female    Age _____
Acrylic shade:  ❏           Ethnic: Lt ❏  Med ❏  Dk ❏
Acrylic tabs available: G1(standard)   G2   G3   G4
❏ Kenson Teeth *(included at no extra charge)*
   Shade _____  Mould _____
❏ Premium Brand Teeth *(extra charge applies)*
   Shade _____ Brand _____ Mould _____
©2011 Glidewell Laboratories

### VITALLIUM METAL PARTIALS
❏ Vitallium 2000*  ❏ Vitallium 2000 Plus  ❏ tcs/Vitallium  ❏ Valplast/Vitallium
❏ Titanium  ❏ Wironium  ❏ tcs/Wironium  ❏ Lab select complete design
❏ Frame try-in  ❏ Frame w/occlus. rim  ❏ Frame w/setup try-in  ❏ Finish

**MAJOR CONNECTOR**
Maxillary          Mandibular         Clasp Options        Tooth#
❏ Lab select       ❏ Lab select       ❏ Lab select        _____
❏ _____          ❏ _____          ❏ Metal             _____
Rest Areas         Tooth #            ❏ Estheticlasp      _____
❏ Lab select       _____            ❏ Thermoflex        _____
❏ _____          _____            ❏ _____           _____

### CROWN & PARTIAL COMBINATION CASES
❏ Future Partial: ___Vitallium  ___Valplast  ___tcs  ___Attachments
❏ Fabricate RPD to fit restoration

### PROVISIONAL RESTORATIONS
❏ BioTemps  ❏ Transition C&B  ❏ Smile Transitions
Abutment #s _____
Pontic #(s) _____  Total units _____
❏ Splinted*              ❏ Cement-on implant
❏ Individual units       ❏ Screw-retained implant
Reinforcement: ❏ None ❏ Wire* ❏ Fiber ❏ Metal
Amount of prep reduction:  ❏ 1 mm*  ❏ 2 mm
❏ Perio treatment: Prepare tooth below gingival
   on tooth #(s) _____ by _____ mm
❏ Pontic site healing: Prepare ovate socket
   on tooth #(s) _____ by _____ mm

GL-421-1011

**EXHIBIT 138**
-5-

## IN-LAB WORKING TIMES

*Please allow full working time for each product selected. Working times are NOT guaranteed and do NOT include weekends or holidays. Rush service available on most products but must be prescheduled (see below).*

### IN-LAB WORKING TIMES

| Product | Days | Product | Days |
|---|---|---|---|
| PFMs/Diagnostic Wax-Up | 5 days | Partials & Dentures | |
| PFMs w/ attachments | 7 days | Frames | 5 days |
| Inclusive Custom Abutments | 8 days | Frame with teeth and wax | 9 days |
| All-ceramic/Zirconia restorations | 5 days | Partial to completion | 9 days |
| NobelProcera Zirconia | 8 days | Occlusion rims | 2 days |
| Full-cast restorations | 4 days | Custom tray | 2 days |
| Composite restorations | 3 days | Setup try-in | 5 days |
| Fiber-reinforced composites | 5 days | After setup try-in to finish | 6 days |
| BioTemps Provisionals | 5 days | Denture soft liner | 3 days |
|   With cast-metal substructure | 6 days | Valplast/tcs setup teeth in wax | 5 days |
|   With cast-metal substructure over implant | 6 days | Valplast/tcs start to completion | 7 days |
|   Screw-retained over implant | 6 days | PlaySafe mouthguards/Silent Nite sl | 4 days |
| Smile Transitions appliance | 5 days | TAP/TAP 3/EMA | 5 days |
| Transition Crowns & Bridges | 6 days | Comfort H/S Bite Splint | 4 days |
| | | Nightguards/Bleach trays/Custom trays | 4 days |

*All rush cases must be prescheduled by calling 800-944-7874 before the case is shipped. Time of pickup and delivery may affect turnaround time.*

## PREPARATION GUIDELINES

### PFM ANTERIOR
LINGUAL — LABIAL
Preparation must be parallel to lingual surface
1.25 mm gingival reduction

A. 2.0 mm incisal reduction
B. 1.5 mm middle third reduction
C. Labial and lingual walls must be convergent
D. Preparation should be cut in three planes

### PFM POSTERIOR
BUCCAL — LINGUAL
Preparation must be parallel to occlusal surface
No sharp corners
1.25 mm gingival reduction

A. 2.0 mm occlusal reduction
B. 1.5 mm middle third reduction
C. Buccal and lingual walls must be convergent
D. Preparation should be cut in three planes

### PFM — PORCELAIN LABIAL OR 360° MARGIN
1.25 mm gingival reduction using rounded shoulder margin design

### ALL-CERAMIC/COMPOSITE VENEERS

1.5 mm incisal reduction
A. 0.3 to 1.0 mm labial reduction

### INLAY
A. 1.5 to 2 mm occlusal reduction
B. Round all sharp line angles, occlusal edges and eliminate undercuts.
C. Proximal and occlusal walls should have 6–8 degrees taper.

### ONLAY

### ALL-CERAMIC/COMPOSITE CROWNS
Labial / Lingual / Interproximal — 1–1.5 mm
Incisal 1.5–2 mm

Labial / Lingual / Interproximal — 1–1.5 mm
Occlusal 1.5–2 mm

## TERMS AND WARRANTY INFORMATION

Only $7 shipping per box EACH way (Contiguous U.S. only; shipping charge varies for Alaska, Hawaii and Puerto Rico).

*We honor VISA, MASTERCARD, AMEX and DISCOVER.*

**TERMS:** Cost of collection of any account will be paid by the customer. All accounts are payable within 30 days of statement date. *Accounts not paid within the stated terms will be subject to COD status and a late charge of 2 percent of the unpaid balance.* Prices subject to change without notice.

**LIMITED WARRANTY/LIMITATION OF LIABILITY.** Glidewell Laboratories ("the lab") warrants that all dental devices (a "device") are made according to your specification and approval in the belief that the device will be useful and MAKES NO OTHER WARRANTIES INCLUDING, BUT NOT LIMITED TO, ANY IMPLIED WARRANTY OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. Subject to the return of a device that is placed and then fails, the lab will repair or replace the device without charge for the cost of materials and workmanship or refund the original price paid, at the lab's option, as follows: (1) porcelain to metal, all porcelain, all metal, single-unit inlay, onlay and crown composite resin final prosthetics (excluding mutually opposing implant-supported full arch bridges), milled implant bars, and screw-retained titanium or zirconia abutments (excluding abutments with angulations greater than 20 degrees), up to seven years; (2) composite resin bridges (excluding Maryland and inlay/onlay bridges) up to five years; (3) Transition Crowns and Bridges® up to two years; (4) dentures and partials including screw-retained dentures but excluding immediate dentures and partials up to one year if the failure is due to defects in materials or workmanship; (5) thermoformed appliances and splints if the failure is due to defects in materials or workmanship, provisionals, composite resin Maryland and inlay/onlay bridges, up to six months; (6) Smile Transitions™ cosmetic appliances up to sixty days; (7) immediate dentures and partials, flippers, retainers, surgical and radiographic guides, and all other dental devices up to thirty days if the failure is due to defects in materials or workmanship. You agree to pay all other costs of adjustment, repair and replacement of a device. Except where prohibited by law, the lab WILL NOT BE LIABLE FOR ANY LOSS OR DAMAGES ARISING FROM THE USE OF A DEVICE, WHETHER DIRECT, INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL, regardless of the theory asserted, including warranty, contract, negligence or strict liability and if such disclaimer is not permitted by law, the duration of any implied warranty is limited to 90 days from the date of delivery. In the event of a dispute and absent an amicable resolution the parties mutually agree to waive class actions in favor of mandatory individual arbitration of claims under this limited warranty in and in accordance with the laws of California. The lab does not guarantee the performance of independent carriers.

### FOR LAB USE ONLY
TELEPHONE CALL RECORD

DR. _____ ACCT. # _____

PATIENT NAME _____

RE: _____

_____

_____

RESULT _____

_____

_____

DATE DUE IN OFFICE _____

DATE OF CALL _____ INITIALS _____

**EXHIBIT 138**