SNELL & WILMER L.L.P.
Philip J. Graves, Bar No. 153441
pgraves@swlaw.com
Greer N. Shaw, Bar No. 197960
gshaw@swlaw.com
350 South Grand Avenue
Suite 2600
Two California Plaza
Los Angeles, California  90071
Telephone:  213.929.2500
Facsimile:  213.929.2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc. d/b/a
Glidewell Laboratories

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. d/b/a GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>**PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES UNDER F.R.C.P. 26(a)(1)(A)**<br><br>Honorable David O. Carter |

16060406

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), Plaintiff and Counter-defendant James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") hereby provides its First Amended Initial Disclosures to Defendant and Counterclaimant Keating Dental Arts, Inc. ("Defendant").

Glidewell provides these first amended initial disclosures based on information reasonably available to Glidewell. These first amended initial disclosures are not, and should not be construed as, a statement that no other persons have knowledge of relevant facts or that no other relevant documents exist. Glidewell reserves the right to supplement or amend as may be appropriate in accordance with Federal Rule of Civil Procedure 26(e).

## I. INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT GLIDEWELL MAY USE TO SUPPORT ITS CLAIMS AND/OR DEFENSES

Individuals likely to have discoverable information that Glidewell may use to support its claims and/or defenses (excluding impeachment) are identified in the table below. By indicating the general subject matter of information that an identified individual may possess, Glidewell does not represent that this is the only relevant information that these witnesses possess or may possess. Glidewell does not authorize or consent to Defendant contacting Glidewell's current or former employees, agents, representatives, and consultants except through Glidewell's counsel of record, and Glidewell does not consent to or authorize any communications otherwise prohibited by any applicable federal or state laws or rules of professional conduct.

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| Jim Shuck, Vice President of Sales and | Facts related to the sales and marketing of | Glidewell Laboratories, 4141 MacArthur Boulevard, |

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

16060406

PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES

**EXHIBIT 140**

-13-

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| Marketing | Glidewell's products bearing the BRUXZIR trademark. | Newport Beach, CA 92660 Tel.: 800-854-7265 May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| Michael Cash, Marketing | Facts related to the sales and marketing of Glidewell's products bearing the BRUXZIR trademark. | Glidewell Laboratories, 4141 MacArthur Boulevard, Newport Beach, CA 92660 Tel.: 800-854-7265 May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| Rudy Ramirez | Facts related to the strength of the BRUXZIR trademark. | Glidewell Laboratories, 4141 MacArthur Boulevard, Newport Beach, CA 92660 Tel.: 800-854-7265 May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| Dr. Michael DiTolla | Facts related to the strength of the BRUXZIR trademark. | Glidewell Laboratories, 4141 MacArthur Boulevard, Newport Beach, CA 92660 Tel.: 800-854-7265 May only be contacted only through Glidewell's counsel, |

SNELL & WILMER
L.L.P.
150 SOUTH GRAND AVENUE
SUITE 2000
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

16060406

- 2 -

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| | | Snell & Wilmer LLP. |
| Robin Carden, Senior Director Research & Development | Facts related to the industry recognition of the BRUXZIR trademark. | Glidewell Laboratories, 4141 MacArthur Boulevard, Newport Beach, CA 92660 Tel.: 800-854-7265 May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| Wolfgang Friebauer, Director Research & Development & Education | Facts related to the likelihood of public confusion and damages resulting from Defendant's infringement of the BRUXZIR trademark. | Glidewell Laboratories, 4141 MacArthur Boulevard, Newport Beach, CA 92660 Tel.: 800-854-7265 May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| Robin Bartolo | Facts related to the likelihood of public confusion and damages resulting from Defendant's infringement of the BRUXZIR trademark. | Glidewell Laboratories, 4141 MacArthur Boulevard, Newport Beach, CA 92660 Tel.: 800-854-7265 May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| Catherine Bonser, Business Unit Manager | Facts related to the industry recognition of the BRUXZIR trademark. | Dentsply International, 500 West College Avenue, York, PA 17401 |

16060406

- 3 -

**EXHIBIT 140**
-15-

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| | | Tel.: 717-845-7511 |
| Dr. Michael J. Fanning | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 10271 Beach Dr., Calabash, NC 28467 Tel.: 910-579-5260 |
| Dr. Vincent S. Cianciulli | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as | 815 Hartford Tpke, Waterford, CT 06385 Tel.: 860-444-0625 |

SNELL & WILMER
L.L.P.
150 SOUTH GRAND AVENUE
SUITE 2000
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

16060406

- 4 -

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| | a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark "KDZ Bruxer." | |
| Dr. Terence J. Michiels | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 225 Waukegan Rd, Lake Bluff, IL 60044 Tel.: 847-615-9422 |
| Dr. Ilya Benjamin | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the | 55 S Valle Verde Dr., Ste 250 Henderson, NV 89012 Tel.: 702-260-1890 |

16060406

- 5 -

PLAINTIFF'S FIRST AMENDED INITIAL
DISCLOSURES

**EXHIBIT 140**

-17-

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|------|---------------------------|---------------------|
| | strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | |
| Dr. Dean Saiki | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 3231 Waring Court, Oceanside, CA 92056 Tel.: 760-732-3456 |
| Dr. Thomas E. Bell | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts | 126 Biggs Lane, South Shore, KY 41175 Tel.: 606-932-3181 |

16060406

- 6 -

**EXHIBIT 140**
-18-

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| | indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | |
| Dr. Robert McNicholas | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 10342 S. Kedzie Ave, Chicago, IL 60655 Tel.: 773-779-1983 |

SNELL & WILMER
L.L.P.
150 SOUTH GRAND AVENUE
SUITE 2000
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

16060406

PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES

**EXHIBIT 140**

-19-

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|------|---------------------------|---------------------|
| Dr. Gregory Doneff | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 200 Ashford Circle, Dunwoody, GA 30338 Tel.: 770-396-1188 |
| Dr. Benjamin An | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to | 4869 Hannegan Road, Bellingham, WA 98226 Tel.: 360-734-2429 |

16060406

- 8 -

SNELL & WILMER
L.L.P.
150 SOUTH GRAND AVENUE
SUITE 2000
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

**EXHIBIT 140**
-20-

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| | likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | |
| Dr. Kent J. Toca | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 9532 Chapman Ave, Garden Grove, CA 92841 Tel.: 714-539-8994 |
| Dr. Howard S. Cohen | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of | 1200 Medical Avenue, Plano, TX 75075 Tel.: 972-867-6500 |

16060406

- 9 -

PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES

**EXHIBIT 140**

-21-

SNELL & WILMER
L.L.P.
150 SOUTH GRAND AVENUE
SUITE 2000
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|------|---------------------------|---------------------|
|  | Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." |  |
| Dr. Oscar Goren | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 2 Rhawn Street, Philadelphia, PA 19152 Tel.: 215-332-5259 |
| Dr. Spencer D. Luke | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; | 1011 Catherine St Salt Lake City, UT 84116 801-596-3000 |

SNELL & WILMER
L.L.P.
150 SOUTH GRAND AVENUE
SUITE 2000
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

16060406

- 10 -

PLAINTIFF'S FIRST AMENDED INITIAL
DISCLOSURES

**EXHIBIT 140**

-22-

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|------|---------------------------|---------------------|
|  | facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | |
| Dr. Dennis A. Gaishauser | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 4087 Medina Road, Medina, OH 44256 Tel.: 330-725-3736 |
| Dr. Chester A. Bizga | Use of the terms "bruxer" and "bruxer crown" in the | 6731 Ridge Rd., Ste. 201 Cleveland, OH 44129 |

16060406

- 11 -

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| | dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | Tel.: 440-884-6644 |
| Dr. Valentine Ferraris | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR | 580 MacArthur Boulevard, Pocasset, MA 02559 Tel.: 508-563-5549 |

16060406

- 12 -

**EXHIBIT 140**
-24-

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| | mark and "KDZ Bruxer." | |
| Dr. Paul Taylor | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 4320 Genesee Avenue, San Diego, CA 92117 Tel.: 858-277-8100 |
| Dr. Meredith S. Esposito | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and | 1509 Ritchie Highway, Arnold, MD 21012 Tel.: 410-757-6200 |

SNELL & WILMER
L.L.P.
150 SOUTH GRAND AVENUE
SUITE 2000
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

16060406

PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES

**EXHIBIT 140**
-25-

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| | services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | |
| Dr. Stuart R. Newman | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | 115 North Main Street, New City, NY 10956 Tel.: 845-634-9300 |
| Dr. Griffith | Use of the terms "bruxer" and "bruxer crown" in the dental industry; facts indicating non-genericness of the BRUXZIR mark; facts indicating the strength of the BRUXZIR | 6360 County Road 896, Ste. 202, Naples, FL 34116 Tel.: 239-354-5353 |

16060406

- 14 -

PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES

**EXHIBIT 140**

-26-

| NAME | SUBJECT(S) OF INFORMATION | CONTACT INFORMATION |
|---|---|---|
| | mark and its indication of Glidewell Laboratories as a source of goods and services; facts relating to likelihood of confusion between the BRUXZIR mark and "KDZ Bruxer." | |
| Individuals identified by Defendant in Defendant's Third Amended Initial Disclosures and in response to interrogatories and other discovery served by Glidewell. | Facts related to the business of Defendant; the infringement of the BRUXZIR trademark; damages and harms caused to Glidewell from Defendant's infringement of the BRUXZIR trademark, and Defendant's knowledge of the BRUXZIR trademark and its infringement thereof. | Defendant's counsel, Knobbe Martens, Olson & Bear LLP |

Other individuals not specifically known to Glidewell may possess relevant information. Glidewell, therefore, cannot reasonably identify all individuals who may have knowledge regarding factual matters relevant to the case. To the extent that such individuals hereafter become known, Glidewell will identify them as required by the Federal Rules of Civil Procedure and the Local Rules. Glidewell

1   reserves its right to object to any discovery requests or deposition notices

2   concerning any individual listed above.

3          In addition, Glidewell expects to identify one or more experts to testify as to

4   various issues, including damages, infringement, and validity.  The identities of

5   these individuals and the subject matter of their expected testimony have been

6   and/or will be disclosed in accordance with the Federal Rules of Civil Procedure,

7   the Local Rules, and the applicable scheduling order.

8   **II.**    **DOCUMENTS, ELECTRONICALLY STORED INFORMATION,**

9          **AND TANGIBLE THINGS THAT GLIDEWELL HAS IN ITS**

10         **POSSESSION, CUSTODY, OR CONTROL THAT GLIDEWELL MAY**

11         **USE TO SUPPORT ITS CLAIM AND/OR DEFENSES**

12         Glidewell identifies the following documents and electronically stored

13  information (collectively, "documents") and tangible things, by title and description

14  by category, in Glidewell's possession, custody, or control that Glidewell may use

15  to support its claim and/or defenses (excluding impeachment):

16         1)     2 pages of List of Semifinal Candidates for 2012 DrBicuspid Dental

17  Excellence Awards BRUXZIR material as Best New Material;

18         2)     2-page Article entitled "Anterior BRUXZIR Sold zirconia Crown"

19  dated September 13, 2011 by Michael D. DiTolla, D.D.S.;

20         3)     2-page Article entitled "Gordon Christensen on BRUXZIR -  From

21  Dental Economics dated April 13, 2011;

22         4)     2-page Ad from Acutech Dental Milling Center regarding BRUXZIR

23  Solid Zirconia restorations;

24         5)     3-page Ad from DAL Dental Arts Laboratory regarding BRUXZIR

25  Solid Zirconia restorations;

26         6)     1-page Article from Keller Laboratories regarding BRUXZIR Zirconia

27  Crowns;

28         7)     3-page Article/Ad from Somer Dental Labs regarding BRUXZIR

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

16060406

PLAINTIFF'S FIRST AMENDED INITIAL
DISCLOSURES

**EXHIBIT 140**

crowns;

8)     3-page Article regarding Anterior BRUXZIR solid zirconia crowns by Michael DiTolla, D.D.S. from Dental Economics;

9)     2-page Article entitled "BRUXZIR vs. PFM: New Zirconia Vs. Old Tried And True";

10)    1-page Article entitled "Tosoh Recognizes BRUXZIR" dated February 2011 from Inside Dental Technology, Vol. 2, Issue 2;

11)    2-page Press Release from MobileTek Dental Labs regarding BRUXZIR Solid Zirconia restorations;

12)    1-page Article regarding Whip Mix/Glidewell partnership for BRUXZIR zirconia restorations;

13)    2-page Article entitled "Moving To Monolithic" from Inside Dental Technology January, 2011, Vol. 2, Issue 1;

14)    4-page Article from LabPages regarding CEREC® and noting BRUXZIR Solid Zirconia;

15)    2-page Article from Substructures entitled "Glidewell Dental Labs Introduces BRUXZIR Solid Zirconia Crowns and Bridges";

16)    3-page Article entitled "Crowns And Fixed Prostheses: State Of The Art";

17)    2-page List of Authorized BRUXZIR Laboratories;

18)    Various Glidewell BRUXZIR advertisements and various Keating KDZ Bruxer advertisements;

19)    1-page graph of monthly sales of BRUXZIR vs. PFM by Glidewell from June '09 to October '11;

20)    Communication from Catherine Bonser to Jim Shuck regarding: Recognition of BRUXZIR brand;

21)    The prosecution file history for the BRUXZIR trademark;

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

16060406

- 17 -

PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES

**EXHIBIT 140**

22)   Documents and things evidencing or otherwise relating to the non-generic nature of the BRUXZIR trademark;

23)   Documents and things evidencing or otherwise relating to secondary meaning of the BRUXZIR trademark;

24)   Documents and things evidencing or otherwise relating to actual or likely confusion concerning the BRUXZIR trademark and "KDZ Bruxer";

25)   Documents and things evidencing or otherwise relating to Glidewell's use of the BRUXZIR trademark, including but not limited to the sales and marketing of Glidewell's products bearing its BRUXZIR trademark;

26)   Documents and things evidencing or otherwise relating to Glidewell's goodwill derived from its BRUXZIR trademark, including but not limited to the value and industry recognition of Glidewell's BRUXZIR trademark;

27)   Documents and things evidencing or otherwise relating to Defendant's infringement of Glidewell's BRUXZIR trademark;

28)   Documents and things evidencing or otherwise relating to Glidewell's damages and harms suffered as a result of Defendant's infringement of Glidewell's BRUXZIR trademark, including but not limited to Glidewell's loss of profits, damage to Glidewell's goodwill and reputation, and diminution in the value of Glidewell's BRUXZIR trademark.

Glidewell expressly reserves the right to rely on witnesses and documents and things not listed herein and which may become known through discovery during the course of this Action to supplement these disclosures pursuant to Federal Rule of Civil Procedure 26(e).  Tangible items will be made available for inspection, if requested, at a time and place to be agreed upon between counsel.

## III.   COMPUTATION OF DAMAGES

Glidewell seeks damages and injunctive relief with respect to the claims presented in the Complaint.  At this time, Glidewell has not calculated its damages and is not in possession of the information necessary to do so.  Defendant's

16060406

- 18 -

SNELL & WILMER
—— L.L.P. ——
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

**EXHIBIT 140**
-30-

infringement of Glidewell's trademark is continuing and therefore Glidewell's damages continue to mount and cannot be precisely calculated at this time. Glidewell expects to seek and be awarded monetary relief including: (1) defendant's profits, (2) damages sustained by Glidewell, and (3) the costs of the action. 15 U.S.C. § 1117(a). Glidewell expects to recover up to treble damages upon showing defendant's bad faith. To the extent available under applicable law, Glidewell expects to seek and recover:

1) Glidewell's attorneys' fees and costs;

2) Damages to Glidewell's business reputation and goodwill;

3) Defendant's profits resulting from Defendant's infringement;

4) Glidewell's employee time;

5) Glidewell's lost profits resulting from Defendant's infringement;

6) Defendant's interference with Glidewell's existing and/or prospective business relationships;

7) Interests and costs;

8) Glidewell's out-of-pocket expenses;

9) Punitive damages;

10) Others damages that the Court may deem appropriate and equitable under the circumstances.

## IV.   **INSURANCE**

Glidewell is investigating the existence, if any, of insurance agreements under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES

**EXHIBIT 140**

-31-

1   Dated:        October 29, 2012              SNELL & WILMER L.L.P.

2

3                                              By:/s/ Philip J. Graves
                                                  Philip J. Graves
4                                                 Greer N. Shaw

5                                              Attorneys for Plaintiff
                                               James R. Glidewell Dental Ceramics,
6                                              Inc. d/b/a Glidewell Laboratories

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

16060406

PLAINTIFF'S FIRST AMENDED INITIAL
                                                                              DISCLOSURES

**EXHIBIT 140**
-32-

# PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action.  My business address is SNELL & WILMER LLP, 350 South Grand Ave, Suite 2600, Los Angeles, California 90071.

On October 29, 2012, I served the following document entitled:

## PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES UNDER F.R.C.P. 26(a)(1)(A)

on all interested parties to this action in the manner prescribed as follows:

Attorneys for Plaintiffs and Counterclaimants
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear(SBN: 147,751)
Jeffrey.VanHoosear@kmob. com
David G. Jankowski (SBN 205,634)
David.Jankowski@kmob.com
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

_____  MAIL:   I placed true and correct copies of the document(s) in sealed envelope(s) addressed to the above addressee(s).  I am readily familiar with Snell & Wilmer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

_____  FAX:   I caused the within document to be transmitted via facsimile transmission to the above addressee(s) at the above facsimile numbers before 5:00 p.m. on the above date.

  X   EMAIL:   I transmitted true copies of the within document (without exhibits) electronically by means of email to the above addressee(s) at the above email address(es).

_____  HAND:   I caused the within document to be hand-delivered to Lynda J. Zadra-Symes at the offices of Knobbe, Martens, Olson & Bear, LLP.

_____  FEDEX:   I caused the within document to be delivered by Federal Express addressee(s) at the above address(es).

I declare that I am employed by a member of the bar at whose direction such service was made.

Executed on October 29, 2012, at Los Angeles, California.

*/s/ Christophe r B. Pinzon*
Christopher B. Pinzon

16060406

- 21 -

PLAINTIFF'S FIRST AMENDED INITIAL DISCLOSURES

**EXHIBIT 140**
-33-