LEONARD TACHNER, A PROFESSIONAL LAW CORPORATION
Leonard Tachner, Esq. (State Bar No. 058436)
17961 Sky Park Circle, Suite 38-E
Irvine, California 92614-6364
(949) 752-8525 Telephone
(949) 955-2415 Telefax

Attorney for Plaintiff/Counterclaim-Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>PLAINTIFF'S/COUNTERCLAIM-DEFENDANT RESPONSES TO DEFENDANT'S SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS( NOS. 29 - 49) |
| KEATING DENTAL ARTS, INC., a California corporation,<br><br>Counterclaim-Plaintiff,<br><br>vs.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>Counterclaim-Defendants. | |

Plaintiff Glidewell Laboratories hereby responds to Defendant Keating Dental Arts, Inc. Second Set of Requests for Production as follows:

- 1 - Plaintiff's/Counterclaim-Defendant Responses To Defendant's Second Set Of Requests For Production Of Documents (Nos. 29 – 49) CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT 141
-34-

Case 8:11-cv-01309-DOC-AN   Document 125-4   Filed 11/26/12   Page 2 of 4   Page ID #:4927

**REQUEST FOR PRODUCTION NO. 43:**

All documents and things evidencing a license agreement or other authorization between Glidewell and Axis Dental regarding use of the BRUXZIR trademark.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 43:**

None.

**REQUEST FOR PRODUCTION NO. 44:**

All documents and things which establish the generic term that Glidewell uses when referring to its BRUXZIR trademark.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 44:**

See Request 29.

**REQUEST FOR PRODUCTION NO. 45:**

All documents and things referring or relating to the "order for 'BRUXZIR Crown'" by Dr. Thomas Nussear as mentioned in Glidewell's answer to Interrogatory No. 7.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 45:**

Dr. Nussear Rx Order served previously.

**REQUEST FOR PRODUCTION NO. 46:**

All documents and things referring or relating to Dr. Jade Le's Dental Offices in Bonita Springs, Florida regarding an order or purchase of a BURXZIR or a KDZ BRUXER.

- 10 -   Plaintiff's/Counterclaim-Defendant Responses To Defendant's Second Set Of Requests For Production of Documents (Nos. 29-49)
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT 141
-35-

**RESPONSE TO REQUEST FOR PRODUCTION NO. 46:**

None.

**REQUEST FOR PRODUCTION NO. 47:**

All documents and things relating to searches, investigations, studies, analyses, surveys, and/or opinions regarding Glidewell's BRUXZIR mark.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 47:**

None.

**REQUEST FOR PRODUCTION NO. 48:**

All documents and things relating to searches, investigations, studies, analyses, surveys, and/or opinions regarding the terms brux, bruxer, bruxzir, bruxzer, or bruxism.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 48:**

None.

**REQUEST FOR PRODUCTION NO. 49:**

All documents and things relating to, or in any way evidencing, the way that BURXZIR is or can be pronounced.

**RESPONSE TO REQUEST FOR PRODUCTION NO. 49:**

None.

- 11 -   Plaintiff's/Counterclaim-Defendant Responses To Defendant's Second Set Of Requests For Production of Documents (Nos. 29-49)
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT 141
-36-

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 | Respectfully submitted, |
| 4 |   |
| 5 | *[signature]* |
| 6 | Leonard Tachner |
| 7 | Attorney for the Plaintiff/Counterclaim-Defendant<br>17961 Sky Park Circle<br>Suite 38-E<br>Irvine, California 92614 |
| 8 | Dated: October 10, 2012 |
| 9 | (949) 752-8525 Telephone<br>(949) 955-2415 Telefax |

- 12 -

Plaintiff's/Counterclaim-Defendant Responses To Defendant's Second
Set Of Requests For Production of Documents (Nos. 29-49)
CASE NO. SACV11-01309-DOC(ANx)

EXHIBIT 141
-37-