**From:** Leppo, Shawn [mailto:SLeppo@mwn.com]
**Sent:** Friday, October 19, 2012 11:32 AM
**To:** David.Jankowski
**Subject:** Keating subpoena

Dave,

Thanks for your time today to discuss the subpoenas that Keating Dental Arts had served on Dentsply in the *Glidewell v. Keating* trademark case currently pending in California. I wanted to confirm our discussion that Dentsply has not taken sides in this case and has no plan to produce Cathy Bonser to voluntarily testify at trial on behalf of Glidewell (or Keating for that matter). I also wanted to confirm my understanding you indicated that, as a result, Dentsply needn't take any further action in responding to the subpoena unless I hear further from you.

Best regards,
Shawn

**Shawn K. Leppo**
McNees Wallace & Nurick LLC
100 Pine Street, P.O. Box 1166
Harrisburg, PA  17108-1166
Direct Telephone:  717.237.5218
Direct Fax:  717.260.1718
sleppo@mwn.com



The foregoing message may be protected by the attorney-client privilege.  If you believe it has been sent to you in error, do not read it.  Please reply to the sender that you have received the message in error, then delete it.  Thank you.

Pursuant to U.S. Treasury Department Circular 230, unless we expressly state otherwise, any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another party any matter(s) addressed herein.