Shaun Keating - CONFIDENTIAL - October 18, 2012
A609704

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                         - - -

 4   JAMES R. GLIDEWELL DENTAL        )
     CERAMICS, INC., d/b/a GLIDEWELL  )
 5   LABORATORIES, a California       )
     corporation,                     )
 6                                    )
                    Plaintiff,        )
 7                                    )
          vs.                         ) No.: SACV11-01309-DOC
 8                                    )      (ANx)
     KEATING DENTAL ARTS, INC., a     )
 9   California corporation,          )
                                      )
10                  Defendant.        )
     _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _)
11                                    )
     AND RELATED COUNTERCLAIM .       )
12   _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _)

13

14
               CONFIDENTIAL, ATTORNEYS' EYES ONLY
15

16                     DEPOSITION OF

17                     SHAUN KEATING

18                    IRVINE, CALIFORNIA

19                    OCTOBER 18, 2012

20

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     www.depo.com
23   (800) 288-3376

24   REPORTED BY:  GLENNA J. McNEALY, CSR NO. 9138

25   FILE NO.:  A609704
```

**Atkinson-Baker, Inc. Court Reporters**

```
 1                  A P P E A R A N C E S
 2
    FOR THE PLAINTIFF:
 3

 4        LEONARD TACHNER, PLC
          BY:  LEONARD TACHNER, ESQUIRE
 5        17961 Sky Park Circle
          Suite 38-E
 6        Irvine, California  92614
          949-752-8525
 7

 8  FOR THE DEFENDANT:

 9
          KNOBBE MARTENS
10        BY:  DAVID G. JANKOWSKI, Ph.D., ESQUIRE
          2040 Main Street
11        14th Floor
          Irvine, California  92614
12        949-760-0404

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

**EXHIBIT 145**

-61-

```
 1              And then for them to come and do it, it was like
 2   just -- just kind of blew me away and then kind of
 3   strong-armed me into insisting that I buy their products
 4   and let them market it for me and put me on the thing and
 5   drop the name, it was kind of just -- like, it was kind
 6   of like scary, you know, knowing that I've -- I
 7   couldn't -- there was no way out of it.
 8              No way out of it, just -- and after all my due
 9   diligence of everything I did up to that point to -- to
10   be able to do this and then to have them do it, you know,
11   go after me was kind of tough but --
12      Q.   Do you believe that dentists out in the United
13   States over the various 50 states, as you put it, do you
14   believe that when they see the trademark "BruxZir" with a
15   "Z," that they recognize it as a Glidewell mark?
16              MR. JANKOWSKI:  Objection, calls for
17   speculation.  You can answer.
18              THE WITNESS:  No, I don't.  I don't.  Doctors
19   have been using the name "bruxer" for a strong crown
20   forever, be it gold, be it zirconia.  Now it's kind of a
21   generic name for an all-full model of the crown.  You can
22   see it on the Internet and everything else for bruxer
23   crowns.
24   BY MR. TACHNER:
25      Q.   But I'm talking about the BruxZir spelled
```

```
 1   B-r-u-x-Z-i-r.
 2          MR. JANKOWSKI:  Same objection.  You can
 3   answer.
 4          THE WITNESS:  No, I don't think so.
 5   BY MR. TACHNER:
 6      Q.   You don't think so what?
 7      A.   I don't think that doctors recognize that as
 8   being Glidewell.
 9      Q.   What do you think they -- they understand that
10   to be when they see it?
11      A.   I just think it's for grinding patients, a full
12   contoured monolithic zirconia crown for bruxers.
13      Q.   And what is the basis for your belief of
14   that?
15      A.   Because it's strong.  Everyone knows it's
16   strong, and it's the -- it's what -- it's chip resistant
17   and for your grinder patients.
18      Q.   Is there a -- a word BruxZir, B-r-u-x-Z-i-r, in
19   the industry?
20      A.   What's that?
21      Q.   Is there such a word?
22      A.   As what?
23      Q.   B-r-u-x-Z-i-r?
24      A.   Is there such a word?  I don't understand the
25   question.  That's Glidewell's name for their monolithic
```

114

**EXHIBIT 145**
-63-

```
 1   crown.
 2        Q.   Is it used in any other way in the industry?
 3        A.   No.
 4        Q.   No?
 5        A.   Not that I know of.
 6             MR. TACHNER:  No more questions.
 7             MR. JANKOWSKI:  I have no questions.
 8             MR. TACHNER:  Thank you very much, Mr. Keating.
 9   Same stipulations?
10             MR. JANKOWSKI:  Yes.
11             (Ending time:  1:15 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

115

**EXHIBIT 145**
-64-

```
 1    STATE OF  California    )
                              ) SS.
 2    COUNTY OF  Orange       )
 3
 4
 5         I, the undersigned, declare under penalty of
 6    perjury that I have read the foregoing transcript, and I
 7    have made any corrections, additions or deletions that I
 8    was desirous of making; that the foregoing is a true and
 9    correct transcript of my testimony contained therein.
10
11         EXECUTED this  31  day of  October , 2012, at
12     Irvine             ,  California
13       (City)                (State)
14
15
16
17
18
19
20    _____
                SHAUN KEATING
21
22
23
24
25
```

116

**EXHIBIT 145**
-65-

## DEPOSITION ERRATA SHEET

DEPOSITION OF: Shaun Keating

DATE OF DEPOSITION: October 18, 2012

CASE NAME: *James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories v. Keating Dental Arts, Inc.*

I hereby declare that the following are corrections, which I have made to my deposition transcript:

| PAGE NO. | LINE NO. | READS NOW | CORRECTION | REASON FOR CORRECTION |
|---|---|---|---|---|
| 6 | 25 | Kind | crown | pronunciation |
| 16 | 24 | CVA | CDA | pronounciation |
| 35 | 13 | Bob Ramey | Bob Brandon | pronounciation |
| 36 | 25 | Dennis | dentists | pronounciation |
| 40 | 8 | centered | sintered | spelling |
| 40 | 17 | center | sinter | spelling |
| 51 | 16 | gold | fuel | pronounciation |
| 69 | 21 | buckle | buccal | spelling |
| 84 | 12 | old | all | pronounciation |
| 85 | 13 | old | all | pronounciation |
| 92 | 23 | Cois | Kois | spelling |
| 92 | 23 | Fromm | Farran | spelling |
| 96 | 3 | Cois | Kois | spelling |
| 102 | 22 | Zircon | Cercon | pronounciation |
| 110 | 3 | glide | guide | spelling |

I certify (or declare) under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at ___31___ on ___October___, 2012

_____
Shaun Keating

EXHIBIT 145
-66-

```
                    REPORTER'S CERTIFICATE
```

I, GLENNA J. McNEALY, CSR No. 9138, a Certified Shorthand Reporter, certify;

That the foregoing proceedings were taken before me at the time and place therein set forth, at which time the witness was put under oath by me;

That the testimony of the witness, the questions propounded, and all objections and statements made at the time of the examination were recorded stenographically by me and were thereafter transcribed;

That the foregoing is a true and correct transcript of my shorthand notes so taken.

I further certify that I am not a relative or employee of any attorney of the parties, nor financially interested in the action.

I declare under penalty of perjury under the laws of California that the foregoing is true and correct. (Reading and signing is requested.)

Dated this 30th day of October, 12.

*[signature]*
GLENNA J. McNEALY, CSR No. 9138