**From:** Pinzon, Chris [mailto:cpinzon@swlaw.com]
**Sent:** Monday, October 29, 2012 11:43 PM
**To:** 'Jeffrey.vanhoosear@kmob.com'; David.Jankowski; Lynda.Zadra-Symes; *Lit Calendar
**Cc:** Graves, Philip; Shaw, Greer
**Subject:** Glidewell v. Keating -- expert reports

Counsel, attached for service please find three expert reports. There are two rebuttal reports from David Franklyn and one expert report from Dr. Ronald Goldstein.

Chris

Christopher B. Pinzon | Snell & Wilmer L.L.P. | 600 Anton Boulevard, Suite 1400, Costa Mesa, California 92626-7689 | direct: 714.427.7534 | fax: 714.427.7799 | cpinzon@swlaw.com

PRIVILEGE AND CONFIDENTIALITY NOTICE
The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be privileged. If the reader of this message is not the intended recipient or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by telephone 714.427.7000, and delete the original message.