Rebuttal Report of David J. Franklyn in response to Defendant's Expert Dr. David Eggleston in the Case of Glidewell v. Keating Dental Arts, Inc., Civil Action No. SACV 11-01309, currently pends in the United States District Court for the Central District of California, Southern Division.

If called to testify in this case, I would state as follow:

1.  I have been asked by counsel for Glidewell Laboratories (hereinafter "Glidewell") to provide a response to the following reports of Dr. David Eggleston that were prepared on behalf of Defendant Keating Dental Arts (hereinafter "Keating"): (a) Expert Report of Dr. David W. Eggleston (Sept. 14, 2012); (b) First Supplemental Expert Report of Dr. David Eggleston (October 15, 2012); and (c) Rebuttal Expert Report of Dr. David Eggleson (October 15, 2012) (unless otherwise described, collectively, "Dr. Eggleston's report").

2.  Dr. Eggleston asserts that Glidewell's trademark, BruxZir, is phonetically equivalent to the word "bruxer;" that "bruxer" is the common word for a person who "bruxes" and that to "brux" means to grind one's teeth.  According to Dr. Eggleston, Glidewell's products are intended only or predominantly as a tooth restoration for people who have suffered damage from the condition of bruxism and therefore "bruxer" is the generic name of the product.  He goes on to say that dentists commonly use the phrase "bruxer crown" as the generic name for a full zirconia dental crown.

3.  Dr. Eggleston's report is deficient in several respects.  First, BruxZir crowns are not only for people who brux; but rather are used for people who need an aesthetically pleasing and strong crown, regardless of why they might need that type of product.[1]  The product serves a wider purpose than restoration of damage caused by bruxism.[2]  Dr. Eggleston acknowledged

---

[1] See paragraphs 28-20 infra.
[2] Id.

EXHIBIT 150
-101-

at his deposition that if that is true, his opinion on the genericness of the term "bruxer" for

crown may haveto be revised.[3]

4.   Dr. Eggleston's original report in this case falls far short of demonstrating that "bruxer crown"

is the generic name for a full zirconia dental crown.  Unfortunately, Dr. Eggleston lumps

together numerous pieces of "evidence" which, when parsed out, actually support distinct

points.   Altogether, I identified 19 distinct pieces (or categories) of evidence upon which Dr.

Eggleston relies.  They are listed in the following chart below:

| Evid. # | Date | Description | Document | Page |
|---|---|---|---|---|
| 1 | 7/2008 | Article: Association Between Self-Reported Bruxism Activity and Occurrence of Dental Attrition, Abreaction, and Occlusal Puts on Natural Teeth - Journal of Prosthetic Dentistry | Org. Eggleston Report | 12 |
| 2 | 1/2007 | Thesis, Tolley: The Efficacy of the BiteStrip in Determining Patients Awareness of Nocturnal Bruxism | Org. Eggleston Report | 13 |
| 3 | 2/2011 | Article, Carden: A Changing Direction in Dentistry: Full-Contour Zirconia | Org. Eggleston Report | 13 |
| 4 | 7/2007 | Article, Suganuma: The Effect of Bruxism on Periodontal Sensation in the Molar Region: A Pilot Study | Org. Eggleston Report | 13 |
| 5 | 1/2007 | Article, Schneider: Maladaptive Coping Strategies in Patients with Bruxism Compared to Non-Bruxing Controls | Org. Eggleston Report | 13 |
| 6 | 10/2008 | Article, Ono: Effect of Sleep Bruxism on Periodontal Sensation and Tooth Displacement in the Molar Region | Org. Eggleston Report | 13 |
| 7 | 1/1999 | Article, Molina: A Clinical Study of Specific Signs and Symptoms of CMD in Bruxers Classified by the Degree of Severity | Org. Eggleston Report | 14 |
| 8 | 10/2009 8/2012 | Glidewell YouTube.com videos http://www.youtube.com/user/glidewelldental | Org. Eggleston Report | 14, 17 |
| 9 | N/A | Glidewell.com (Glidewelldental.com) - "BruxZir: Virtually Bulletproof" | Org. Eggleston Report | 15 |
| 10 | N/A | Barth Dental Laboratories | Org. Eggleston Report | 15 |

---

[3] Id.

**EXHIBIT 150**

-102-

| 11 | N/A | Keller Laboratories - http://www.kellerlab.com/193/products/bruxzir.php | Org. Eggleston Report | 15 |
|---|---|---|---|---|
| 12 | N/A | Axis Dental Milling - http://www.axisdentalmilling.com/bruxzir.html | Org. Eggleston Report | 15 |
| 13 | N/A | Crown Dental Studio - http://www.crowndentalstudio.com/bruxzir.html | Org. Eggleston Report | 15 |
| 14 | N/A | Assured Dental Lab - http://www.assureddentallabinc.com/prep.html | Org. Eggleston Report | 16 |
| 15 | N/A | A crown made from zirconia is referred to by dentists and other dental professionals as a bruxer crown | Org. Eggleston Report | 16 |
| 16 | 2/2011 | YouTube, R-Dent: How to Adjust the Bruxzir Crown http://youtu.be/sTTwU1LDvjU | Org. Eggleston Report | 16 |
| 17 | 10/2009 | YouTube, Glidewell: Introduction to BruxZir Total Zirconia http://youtu.be/tUpp_DOY4Vw | Org. Eggleston Report | 17 |
| 18 | N/A | Other zirconia products: York Dental Lab ("Bruxer" crown), Barth Dental Lab ("Z-Brux" crown), Mascola Esthetics Dental Lab ("Xtreme Bruxer"), Showcase Dental Lab ("Zir-Bruxer Crown"), R-Dent Laboratory (R-Brux crown), Infinity Dental Lab ("Bruxer Crown"), Assured Dental Lab ("IPS e.max Bruxer crown"), China Dental Outsourcing ("All Zirconia for Bruxers") | Org. Eggleston Report | 17-18 |
| 19 | N/A | Keating Dental Arts lab orders | Org. Eggleston Report | 18 |

5.   While Dr. Eggleston would have us believe that all of these cites somehow prove that "bruxer crown" is generic, that is far from the case, as the following analysis shows.

6.   Items 1-7 are articles that stand for little more than the proposition that "bruxer" is a common word for a person who bruxes --- i.e., who grinds his or her teeth.    None of these articles, however, state that there is such a thing as a "bruxer crown."    They, therefore, do not support Keating's position in this case.

7.   Item 8 is a Glidewell YouTube.com video.  Dr. Eggleston apparently is citing this as alleged evidence that Glidewell uses BruxZir and bruxer as phonetic equivalents.  However, again,

**EXHIBIT 150**

even if this were true, it is not evidence that members of the relevant consuming public use "bruxer crown" as a generic term.

8.  Items 9-14 are all cites to various dental labs, which according to Dr. Eggleston, support the proposition that Glidewell's BruxZir crown is primarily intended for people with bruxism. However, that is not the point.  That does not prove that dentists or dental labs use the term "bruxer crown" as a generic term.

9.  Moreover, upon analysis, I was able to determine that both Keller (item 11) and Crown Dental Studio (item 13) are authorized Glidewell labs.  They are, therefore, likely referring to Glidewell's products and not using the term in a generic manner.   Similarly, axisdentalmilling.com (item 12) refers to a registered TM  - "Bruxzir (R)"- suggesting they are using the Glidewell product. There isn't any other registered "bruxzir" mark. Item 15 is simply Dr. Eggleston's own self-pronounced statement that dentists and other dental professionals refer to full zirconia crowns as "bruxer crowns."  However, he does not speak from personal knowledge and state that he, himself, routinely refers to a full zirconia crown as a "bruxer crown."

10.  Item 16 is a YouTube video from R-Dent about "How to Adjust the Bruxzir Crown" and does not indicate that the speaker is using the term generically.   Indeed, the dentist/speaker states that "some laboratories call it the BruxZir crown; we call it the r-brux crown."  In context, this is not a generic use – especially since the heading of the video spells the term as Glidewell does (without the capital Z) and, importantly, R-Dent is an authorized Glidewell lab.

11.  Item 17 is a YouTube video by Glidewell that Dr. Eggleston appears to cite as an example of Glidewell using BruxZir and bruxer as phonetic equivalents.  However, when one looks at the video, the speaker uses BruxZir as a trademark.  Again, phonetic equivalence, even if demonstrated, would not make the term "BruxZir" a generic name for a type of crown.

EXHIBIT 150
-104-

12. Item 18 is a collection of cites to several dental labs that allegedly use the term bruxer in a generic manner.  However, as shown below, these websites do not show that bruxer or BruxZir is a generic name for a type of solid zirconia dental crown.

- York Dental Lab is apparently not a Glidewell authorized lab. The lab's website consistently uses BruxZir multiple times with the same spelling and capitalization. The use of BruxZir on York's website is not a generic use. The product description does use "Bruxer" once to refer to the crown; however this is likely a mistake in light of the previous consistent use. Barth Dental Laboratories is apparently not a Glidewell authorized lab. The Barth website (indicates that zirconium crowns are intended in part for bruxers.   It does not use "bruxer crown" as a generic term.

- Mascola Esthetics is apparently not a Glidewell authorized lab.  Mascola's use of "Xtreme Bruxer" on an Rx form is descriptive use at most and not a generic use. Showcase Dental Laboratories is apparently not a Glidewell authorized lab. Showcase no longer uses the name Zir-Bruxer and now refers to its product as Full Contour Zirconia.

- R-Dent Dental Laboratory is apparently a Glidewell authorized lab which consistently uses BruxZir.

- Infinity Dental Laboratory is apparently not a Glidewell authorized lab.  It is unclear what Infinity intended with the use of Bruxer, but this may be one of the very few incidents of a possible generic use.

- Assured Dental Lab is apparently not a Glidewell authorized lab. Assured's use is ambiguous but may amount to descriptive use.

13. China Dental Outsourcing is apparently not a Glidewell authorized lab. There is no use of the term bruxer crown.

5

**EXHIBIT 150**

14. Item 19 is the collection of approximately 50 Keating Dental Arts written lab orders where dentists have attempted to order BruxZir crowns from Keating.  However, this, in my view, is evidence of actual confusion (i.e., dentists wrongly thinking Keating offers BruxZir products), not evidence of generic use of the term BruxZir crown.

15. Thus, when it is parsed out, Dr. Eggleston, in his original report, offers very little documentary evidence which even arguably could be taken as examples of relevant professionals using "bruxer crown" in a generic manner.

16. In my view, that is hardly enough to demonstrate that dental professionals generally use the term "bruxer crown" generically.

17. Dr. Eggleston's supplemental and rebuttal reports do not fare better.  They cite almost exclusively to depositions from this case in an attempt to show that bruxer and BruxZir are phonetic equivalents.   However, that is not the same as showing that BruxZir or Bruxer is widely used as the generic name for a type of dental crown.

18. Dr. Eggleston's supplemental and rebuttal reports misconstrue the evidence.  For example, in his Rebuttal Report, Dr. Eggleston makes reference to a forum post from the Dental Lab Network entitled "How to glaze a BruxZir Crown" with date ranges from 10-09-2009 to 6-11-2011 (Eggleston Rebuttal at p. 3:4-9). Dr. Eggleston claims that "the ongoing discussion is clearly NOT discussing Glidewell's product, but rather is discussing the glazing of zirconia crowns from any source (whether or not from Glidewell)." What Dr. Eggleston fails to note is that while other products were mentioned within this thread, it is clear that the participants were well aware that BruxZir *is* a Glidewell product and not a generic term for a zirconia crown indicated for bruxers.  Examples would include, but are not limited to, the following:

19. "Mark Jackson" of Precision Ceramics Dental Laboratory:

6

**EXHIBIT 150**

-106-

-11-22-2010 - "if you want to know how to Glaze a BruxZir restoration, simply review your BruxZir training materials . . . . "

-11-23-2010 - "As for BruxZir (and FDA registered monolithic zirconia) simulated wear studies, solubility and other performance benchmarks have already been performed."

-2nd post from 11-23-2010 - "These doctors are asking about BruxZir and being mislead and lied to, and UNKNOWINGLY being switched to inferior and inappropriate materials."

-3rd post from 11-23-2010 - "There is no SIMILAR product. Comparing regular zirconia to BruxZir is like comparing pressable porcelain to Lithium Disilicate. . . . All they need to do, is contact Glidewell,"

-11-23-2010 at 6:10 p.m. "At the moment only BruxZir that I know of. All the others use either Lava or Metoxit as their predicate device. Crystal zirconia claims to be an EXACT replica of Metoxit and is only approved for use as a coping."

-11-26-2010 "3M spoke with Glidewell about licensing BruxZir. It doesn't fit with their business plan, so they have applied for a provisional application for Lava as a full contour material, but even if it gets approved, as I'm sure it and others will, it was never designed [sic] to be use that way and will not compare to the specialized products that WERE.",

and many more] ,

"**Charles007**":

- 10-07-2010 "I also glazed a 3 unit full contour zir bridge . . . This was not the Glidewell Bruxzir material";

- 11-01-2010 "I'm not using Glidewells [sic] bruxzir [sic] or Chrystal Diamond........ Top secret full contour zir . . . ."

- 11-24-2010 "I take a day off DLN and come back to see all hell breaks loose over me trying to make full contoured zirconia look better trying different stain kits..... ALL of the full contoured zirconia materials I've seen look opaque, including BruxZir........"

- 11-25-2010 "Doug, Glidewell has spent mega $$ on BruxZir, don't think any lab using this product will be a tester, I would call it a Mega money maker material ......Other companies with try to "one up it" which will eventually benefit us all in the long run. Who knows what the next full contoured material will be and when it will come out....... I keep hearing about new materials, and I definitely don't want to be a tester."

- "**TheLabGuy**"

- 11-22-2010 "If it's any consolation......I don't sell any full contour zirconia or bruxzir";

- 11-23-2010 "Most of us are all still riding the E.max tsunami and full contour zirconia or BruxZir is still in it's infantile stages and why everyone here is asking so many questions about it.";

- 2nd post from 11-23-2010 "Now, as John mentioned, if you would like to explain the differences in BruxZir and Zirconia and why it's a better product (preferably not because the FDA says so)";

- 3rd post from 11-23-2010 "A question: Do most of the manufacturers out there have a FDA registered (501) full contour zirconia restoration available on the market? Or is BruxZir the only one (even though its composition is different)."

"**JohnWilson**, " the moderator:

- 11-22-2010 " As for counterfeiting I know you are one of the few that actually has the glidewell [sic] product at PCDL, and you have a vested interest in maintaining the brand name. With that being said it is a mistake and illegal to use the name Bruxzi [sic]to refer to any other product other than a Bruxzi [sic].";

7

**EXHIBIT 150**

-107-

- 11-23-2010 "As for the fact that we are in the infancy of Monolithic ZI restorations, the brand
  people have heard of is of course because of Glidewells amazing marketing budget.";
- 2nd post from 11-23-2010 "Since it's obvious that I do not know the difference between a
  BruxZir crown and a generic Full contour Zir crown perhaps you can share the difference with
  us all. Not just the fact that there is a 510k registration on the specific product. Oh and BTW
  what other labs have bought into the BRUXzir system from glidewell?"


"**DMC**" aka "C.D.T Crazy Dental Tech":
- 11-23-2010 "I'll make full Zirconia all day long and not lose any sleep over it. . . . How does it
  get any cheaper than the home-made Zirconia from Glidewell?LOL What if I get a prescription
  with the word Bruxzir mis-spelled?";
- 2nd post from 11-23-2010 "I can tell you that we have made 100% Zirconia crowns for over
  100 Labs! I do it everyday. They all knew it was not a Glidewell product. Good luck trying to sue
  all of us."
- 3rd post from 11-23-2010 at 5:32 p.m. "I have only the best of the best in my lab. I would
  NEVER sell that chit Zirconia from Glidwell[sic]!"


20.   Moreover, much of the "evidence" on which Dr. Eggleston relies is legally not germane to the

genericness issue in this case.  In this case, to prevail on its genericness counterclaim, the

defendant Keating must prove that BruxZir was the generic name for full zirconia dental

crowns by September, 2010 or May, 2011 at the latest– the dates that Keating entered the

market in competition with Glidewell.  It is well established in the Ninth Circuit that the date

for determining genericness in an infringement action is the date when the alleged infringer

entered the relevant market.[4]

21.  Here, it is my understanding that Keating entered the dental crown market – using the KDZ

Bruxer mark – in either September 2010 when it began selling zirconia crowns under the KDZ

Bruxer name to existing customers, but no later than May, 2011 when it publicly advertised

zirconia crowns under that name.

---

[4] *Yellow Cab Co. of Sacramento v. Yellow Cab of Elk Grove, Inc.*, 419 F.3d 925, 928 (9th Cir. 2005) ("The crucial date
for the determination of genericness is the date on which the alleged infringer entered the market with the
disputed mark or term."). *See also Nora Beverages, Inc. v. Perrier Group of Am., Inc.*, 164 F.3d 736, 744 (2d Cir.
1998).

**EXHIBIT 150**

22. Yet, in supporting both his "phonetic equivalence" and "genericness" opinions, Dr. Eggleston relies almost entirely on excerpts from journals , articles, videos and the internet which either occurred *after May, 2011* or which are not dated.[5]

23. To the extent that Dr. Eggleston relies on evidence before Keating entered the market, it is not evidence of generic use of the term "bruxer" as a type of zirconia crown.   Indeed, in his original report, the only evidence he cites before September 2010, consists of articles (items 1-7 in the chart above) that show that "bruxer" is a word for a person who grinds.   In his rebuttal report[6] (to my report), Dr. Eggleston cites a blog (photodontist.blogspot.com) to support the assertion that BruxZir crown is used generically.

24. Yet, Dr. Eggleston's own description of the blog – and a plain reading of the blog itself – amply demonstrate that the author (a Mr. Vu Le) is using the BruxZir name as a trademark.  Indeed, he mentions Glidewell Labs specifically! In a follow up to his blog entry, Dr. Le explicitly indicates his knowledge that "[g]lidewell Labs markets them under the brand name Bruxzir . . . ."[7] Dr. Eggleston's attempt to spin this as a generic use is disingenuous.

25. Dr. Eggleston has not offered any credible evidence that BruxZir – or its alleged phonetic equivalent "bruxer" -- was predominantly seen as the generic name for full zirconia crowns as of September 2010 or even by May, 2011.  Nor has he shown that to be the case today.

---

[5] See Initial Report of David Eggleston -  "All Ceramic: All Zirconia for Bruxers" (undated) ; "Infinity Dental Laboratory: Help Your Dental Lab Grow" (undated) ; "Showcase Dental Laboratories: News" (undated);  "Barth Dental Lab: Z Brux Crown"(undated); "BruxZir Removal" by Artisticdental dated July 1, 2012; the various KDA Lab Orders for allegedly the KDZ Bruxer - presumably all after the KDA first use; *See also*,  Supplemental Report of David Eggleston : "A Food and Drug Administration Adverse Event Report", DaniDental prescription form, Trachsel Dental prescription form; *Also See,* The Rebuttal Report of David Eggleston  - examples of purportedly phonetically similar "brux" or "zir" products, of which only Z-Brux, R Brux, Zir-Bruxer, All Zirconia For Bruxers, Zir-Cast, and Zir-Max are all zirconia crowns, the remainder are for the treatment of bruxism with no dates associated with each.

[6] See Eggleston Rebuttal Report, pages 2-3.
[7] http://photodontist.blogspot.com/2009/10/bruxzir-vs-pfm-round-2-full-zirconia-vs.html

9

EXHIBIT 150

-109-

26. Incidental generic uses do not render a mark generic.[8]  See McCarthy on Trademarks and Unfair Competition § 12:6 (4th Ed.)  (stating that a term must be predominantly seen as generic before it will be considered legally generic and suggesting as a bench mark that  at least 75% of the relevant consuming public view of the mark primarily as the generic name for that type of product and not primarily as a brand name.); *see also* 15 U.S.C.A § 1064(3); and see McCarthy on Trademarks and Unfair Competition § 12:8 (4th ed.) citing *Coca-Cola Co. v. Overland, Inc.*, 692 F.2d 1250 (9th Cir. 1982) (COKE not a generic name).

27. The evidence cited by Dr. Eggleston demonstrates that BruxZir and/or Bruxer have *not* been understood by dentists or dental labs to be generic but rather to refer to Glidewell's products. *See, e.g.,* posts by "Mark Jackson" of Precision Ceramics Dental Laboratory [11-22-2010; 11-23-2010; 2nd post from 11-23-2010; 3rd post from 11-23-2010; 4th post from 11-23-2010; 11-26-2010]; "Charles007" [10-7-2010; 11-01-2010; 11-24-2010; 11-25-2010]; "TheLabGuy" [11-22-2010; 2nd post from 11-22-2010; 11-23-2010; 2nd post from 11-23-2010; 3rd post from 11-23-2010];  "JohnWilson"[11-22-2010; 11-23-2010; 2nd post from 11-23-2010; 11-23-2010 at 6:18 p.m.]; "Al." [11-24-2010] and "DMC" aka "C.D.T Crazy Dental Tech" [11-23-2010; 2nd post from 11-23-2010; 3rd post from 11-23-2010 at 5:32 p.m.; 11-29-2010].

28. Dr. Eggleston does not cite remotely sufficient evidence to support an opinion that as of September, 2010 or May, 2011, a majority of dentists or dental labs used the terms "BruxZir crowns" or "bruxer crown" as a generic name for full zirconia crowns.

---

[8] 2 McCarthy on Trademarks § 12:12 (4th ed. 2012) ("Because a finding of genericness may result in the loss of rights which could be valuable intellectual property, a court should not find genericness without persuasive and clear evidence that the contested term has become generic among a majority of the buyer group."). *See also Ty, Inc. v. Softbelly's, Inc.*, 353 F.3d 528, 531 (7th Cir. 2003) ("To determine that a trademark is generic and thus pitch it into the public domain is a fateful step. . . . The fateful step ordinarily is not taken until the trademark has gone so far toward becoming the exclusive descriptor of the product that sellers of competing brands cannot compete effectively without using the name to designate the product they are selling").

**EXHIBIT 150**

29. Trademark law makes clear that a finding of genericide is an extreme ruling that can deprive a trademark owner of significant and valuable rights and should not be lightly entered merely because there have been some generic uses of a brand name.[9]

30. Since reviewing Dr. Eggleston's report in this case, I have spoken with several dentists about assertions in Dr. Eggleston's report concerning dentists' perceptions and use of the words "bruxer, bruxism, bruxer crown and BruxZir crown." One such dentist is Dr. David DiTolla -- the primary research dentist employed at Glidewell. He gives roughly 30-35 lectures per year to large groups of dentists about various types of dental restoration materials and products. Dr. DiTolla states that "bruxer" is not a term widely used in the dental industry for solid zirconium crowns.

31. I also spoke with Dr. Gordon Christianson -- a prominent research dentist in Provo Utah who is widely known by dentists in the United States. Dr. Christianson has been a dentist since 1960; started two dental schools; was Dean of the Scottsdale School of Dentistry; and runs the largest dental research project in the United States. More information on his research can be found at cliniciansreport.org and pccdental.com. A copy of his CV is attached hereto.

32. Dr. Christianson said unequivocally that: BruxZir is a well known and widely recognized brand name for full zirconia crowns by dentists and dental labs in the United States – like "Coca-Cola to dentists"; BruxZir is not a generic name or seen as such by dentists or dental labs; the generic names for Glidewell's zirconia crowns would be "full zirconium crowns;" before Glidewell entered the market dentists and dental labs would have called this type of product a "zirconia based restoration" or a "full zirconia crown" when speaking of it generally; BruxZir zirconium crowns are used for many things other than to treat patients with the "pathological

---

[9] See *id*.

**EXHIBIT 150**
-111-

condition of bruxism" and indeed are used for "everything" now given their high quality, strength and aesthetic appearance.

33. Dr. Christianson further stated that Keating 's mark is "an invasion" of Glidewell's mark; dentists and dental labs are "absolutely likely to be confused by Keating's KDZ Bruxer mark for the same product;" other companies that wish to compete with Glidewell do not feel the need to do this; and that there is a real risk of counterfeit products entering the market through China in this area and a need to protect the BruxZir brand name. In Dr. Christianson's view, Glidewell initiated wide use of full zirconia crowns and is well known for this product throughout the country under its trade name BruxZir.

34. I also spoke with and reviewed the expert report of Dr. Ronald Goldstein from Atlanta, Georgia. Dr. Goldstein is a prominent dentist and author of ten dentistry text books and numerous articles on dentistry. Dr. Goldstein stated that Glidewell's BruxZir solid zirconium crown products are used extensively for patients who are not bruxers. He stated that it is now the most popular general crown for all types of restoration in the United States because of its strength and appearance.

35. Dr. Goldstein stated that BruxZir is widely recognized as a brand name for Glidewell's full zirconia crown by practicing dentists throughout the United States.

36. Dr. Goldstein stated that he had never seen or heard of the word "bruxer," "bruxer crown" or "BruxZir" being used as the generic name for a type of crown, i.e., as the generic name of a solid zirconia crown. He stated unequivocally that in the text books, in the scientific literature and in common practice, the generic names for solid zirconia crowns is either monolithic zirconium crown, or full zirconium crown or solid zirconium crown or zirconium crown.

37. Dr. Goldstein stated that given his 55 years as a practicing dentist, his current research, academic and professional activities, he certainly would have heard the term "bruxer" used as

12

**EXHIBIT 150**

-112-

the name for a type of crown if, indeed, that were occurring.   Dr. Goldstein stated

emphatically that there was no such generic term as "BruxZir crown" or "bruxer crown."

38.   Additionally, I spoke with the following dentists about the uses of the terms BruxZir and

bruxer in the dental industry:  Michael J. Fanning DDS, 10271 Beach Dr. Calabash, NC; Vincent

S. Cianciulli  D.M.D., 815 Hartford Tpke, Waterford, CT, 06385-4201; Dr. Terence J. Michaels,

DDS, 225 Waukegan Rd, Lake Bluff, IL 60044; Ilya Benjamin DMD, 55 S Valle Verde Dr., Ste 250,

Henderson, NV 89012; Dean Saiki DDS, 3231 Waring Court Oceanside, CA 92056; Thomas E.

Bell DDS, 126 Biggs Lane, South Shore, KY 41175; Robert McNicholas DDS, 10342 S. Kedzie

Ave., Chicago, IL 60655-2016.

39.   With the exception of Dr. McNicholas[10], these dentists all disagree with Dr. Eggleston that

*even today* dentists use "bruxer crown" as the generic name for full zirconia crowns.  Rather,

they corroborated the statements of Drs. DiTolla, Christensen, and Goldstein, as well as my

understanding, that the generic names for a full zirconia crown would be either "zirconia

crown," "full zirconia crown," "monolithic zirconia crown," "solid zirconia crown," or the like.

According to these dentists, the word "bruxer" is understood to refer to a person who grinds

his or her teeth.  The term "BruxZir crown" is generally known and understood to refer to

Glidewell's product.  It may occasionally be mis-spelled.  They further stated that in May, 2011,

the date when Keating entered the zirconia crown market, dentists and dental labs did not use

either Bruxer or BruxZir as the generic name for a full zirconium dental crown.

---

[10] Dr. McNicholas indicated that he has on occasion used the term Bruxer to refer to the type of crown, i.e., a full zirconium crown.  However, he did not state that dentists generally refer to this type of product in this manner when they are speaking of full zirconium crowns made by entities other than Glidewell.  He stated that he recognized BruxZir as the brand name of Glidewell's product.  He further stated that on one occasion he ordered a full zirconium crown from Keating and listed on the order form "BruxZir" because at that point in time he assumed that all solid zirconium crowns were made from materials supplied by Glidewell.  He stated that a representative from Keating called him and instructed him not to use the term BruxZir when ordering from Keating in the future.

13

**EXHIBIT 150**

40. In addition, these dentist all stated that they use BruxZir brand crowns (indeed, all solid zirconium crowns) more in patients without bruxism than in patients who suffer from that pathological disorder.  The dentists with whom I spoke agreed with Dr. Christianson's statement that BruxZir full zirconium crowns today are used "for everything" and that correcting the effects of bruxism is but one application.   The reason given is that BruxZir crown are stronger, made from more durable materials and better looking than most other alternatives on the market.  They are, therefore, attractive on a general level, for tooth restoration.  Some dentists stated that they always use BruxZir brand full zirconium crowns when restoring teeth in the rear of the mouth because of their superior strength.

41.  Finally, these dentists generally stated that if they were to encounter another company using the name "bruxer" as a trademark for full zirconium crowns, they likely would be confused as to the source of such crowns or the zirconium material from which they are made, and would likely assume that the source was Glidewell.

42.   The USPTO searches I performed corroborate and support the statements of these dentists that "BruxZir" and "Bruxer" and "bruxer" have not become widely used as the generic name for a type of dental crown.

43.   Even if today's date (October 29, 2012) were the appropriate date for determining genericness, it would continue to be my opinion that neither "BruxZir" nor "bruxer" is predominantly seen as the generic name for a type of dental crown within the relevant markets.

14

**EXHIBIT 150**
-114-

Respectfully submitted this 29th day of October, 2012.

David J. Franklyn

Professor of law

Director, McCarthy Institute for Intellectual Property and Technology Law

Director, Center for the Empirical Study of Trademark Law

Director, LL.M. Program in Intellectual Property Law

University of San Francisco School of Law

**EXHIBIT 150**
-115-

# Exhibit A

**EXHIBIT 150**

-116-

# CURRICULUM VITAE
## OF
## GORDON JOHNSON CHRISTENSEN

**ADDRESS**:         Practical Clinical Courses          Home
                    3707 North Canyon Road             675 East 900 South
                    Suite 3D                           Mapleton, Utah  84664
                    Provo, Utah  84604                 (801) 489-3619 (home)
                    (801) 226-6569 (office)            (801) 380-6440 (cell)

**PRESENT POSITIONS**:

   Director and Founder, Practical Clinical Courses;
   CEO and Co-Founder, Clinicians Report Foundation;
   Private Practice (Fixed, Removable and Implant Prosthodontics);
   Adjunct Professor, Brigham Young University;
   Clinical Professor, University of Utah.

**MARITAL STATUS**:   Married to Rella P. Christensen, BS, RDH, PhD, Co-Founder, Senior
                    Scientist and Former Director, Clinical Research Associates (now
                    Clinicians Report).
                    Three married children: William, (DDS 1989); Michael, (DDS 1992);
                    Carlene, (BS 1992).

**EDUCATION**:              Pre-Dental -   Utah State University
                                         Logan, Utah .......................... 1954-56

                           D.D.S. -      University of Southern California
                                         Los Angeles, California......... 1956-60

                           M.S.D. -      University of Washington
                                         Seattle, Washington
                                         (Restorative Dentistry) .......... 1962-63

                           Ph.D. -       University of Denver
                                         Denver, Colorado
                                         (Education and Psychology) . 1969-72

**HONORARY DEGREES**:        Sc.D.-       Doctor of Science
                                         Utah State University
                                         Logan, Utah .......................... 1999

                           Doctor of Dental Education & Research
                                         Utah Valley State College
                                         Orem, Utah .......................... 2001

1

**EXHIBIT 150**
-117-

**ACADEMIC APPOINTMENTS**:

Currently a Visiting Professor in Many Universities Around the World........ 1965-Pr
<u>Midwestern University,</u> College of Dental Med. Dean's Advisory Council... 2007-Pr
<u>University of Utah</u>, Clinical Professor of Pathology ..................................... 1981-Pr
<u>Brigham Young University</u> Adjunct Professor, Biological
    and Agricultural Sciences................................................................. 1978-Pr
<u>University of Colorado</u>, Professor and Associate Dean ............................. 1968-76
    Assistant Dean .......... ......... ......................................................... 1973-75
    Professor & Chairman, Department of Rehabilitative Dentistry....... 1968-73
<u>University of Kentucky</u>, Associate Professor & Chairman of
    Restorative Dentistry . ...................................................................... 1965-68
    Assistant Professor & Chairman of Restorative Dentistry .............. 1966-67
    Assistant Professor & Chairman of Operative Dentistry.................. 1965-66
<u>University of Washington</u>, Assistant Professor Operative Dentistry........... 1962-64
    Clinical Assistant ....... .......... ......................................................... 1962

**BOARD CERTIFICATION**:

| | | |
|---|---|---|
| **Specialty Board**: | Diplomate, American Board of Prosthodontics ........ | 1968 |
| **State Board**: | Arizona ........................................................ | 2007 |
| | Utah................................................................ | 1976 |
| | Colorado......................................................... | 1969 |
| | Kentucky ........................................................ | 1966 |
| | Washington .................................................... | 1961 |
| | California ........................................................ | 1960 |

**COMMUNITY ACTIVITIES**:

- Church of Jesus Christ of Latter-day Saints, numerous administrative and teaching positions over many years including Seminary and Institute Teacher, District and Stake Presidencies, High Councils, Bishoprics, Bishop, etc.
- Full-time Administrative Service Mission 2001 – 2003;  Director, Los Angeles Temple Visitor's Center
- Boy Scouts of America, Scoutmaster, Endowment Chairman and other committees
- United Way, Professional Coordinator

**EDITORIAL RESPONSIBILITIES**                **Held Since**

Clinicians Report ........................................................................... 2007
Journal of Contemporary Dental Practice ..................................... 2005
Dental Economics .......................................................................... 2001
Endodontic Practice ...................................................................... 1997
Journal of Esthetic Dentistry ........................................................ 1989
American Journal of Dentistry ....................................................... 1989
Journal of the American Dental Association .................................. 1988
International Journal of Periodontics and Restorative Dentistry ................ 1988
Journal of Operative Dentistry....................................................... 1978
Clinical Research Associates Newsletter...................................... 1977

**EXHIBIT 150**
-118-

**FELLOWSHIPS, MASTERSHIPS, & DIPLOMATE STATUS:**

Honored Fellow, American Academy of Implant Dentistry ...................................... 2008
Diplomate, International Academy of Mini Dental Implants ..................................... 2007
Fellow, Academy of Dentistry International ............................................................ 2005
Fellow, Academy of Osseointegration ................................................................... 2001
Associate Fellow, American Academy of Implant Dentistry .................................... 2000
Fellow, International Academy for Dental-Facial Esthetics ..................................... 2000
Diplomate, International Congress of Oral Implantology ........................................ 1998
Fellow, International Congress of Oral Implantology .............................................. 1997
Honorary Fellow, American Endodontic Society ..................................................... 1992
Fellow by Election, Royal College of Surgeons, (England) ..................................... 1988
Honorary Fellow, Academy of General Dentistry .................................................... 1988
Fellow, American College of Dentists .................................................................... 1971
Fellow, International College of Dentists ................................................................ 1970
Fellow, American College of Prosthodontists ........ ................................................ 1968

**HONORARY AWARDS AND LISTINGS**:

Blue Vase Award (Paragon Management) ............................................................. 2011
Outstanding Dental Leader Award (Int College of Dentists) ................................... 2011
Outstanding Contributions to Donated Dental Services (DDS), NFDH ................... 2010
Dr. BiCuspid Publication – "Most Effective Dental Educator" ................................. 2009
William John Geis Award, American College of Dentists ........................................ 2005
Irwin Smigel Prize in Aesthetic Dentistry, NY University ........................................ 2005
Charles Pincus Award for Esthetic Dentistry, AAED .............................................. 2002
Thomas P. Hinman Distinguished Service Medal ................................................... 1999
Distinguished Practitioner, National Academies of Practice ................................... 1999
Century of Service Award, Utah Dental Association ............................................... 1999
Callahan Memorial Award, Ohio Dental Association ............................................... 1998
USC School of Dentistry Hall of Fame ........ ......................................................... 1996
Who's Who in Dentistry ........ ............................................................................... 1996
Denver Midwinter Excellence in Dentistry Award .................................................. 1995
Greater NY Meeting's Executive Director Emeritus
      Dr. Irving E. Gruber Award ........ ............................................................... 1994
Who's Who in the World (12th Edition) ........ ......................................................... 1994
Who's Who Worldwide ........... ............................................................................. 1993
Who's Who in America (48th Edition) ........ .......................................................... 1993
Who's Who in the West ........ ............................................................................... 1993
Distinguished Lecturer Award, Greater NY Academy of Prosthodontics ................. 1992
The Fauchard Gold Medal Award .... .................................................................... 1992
Distinguished Service Award, Utah Dental Association .......................................... 1991
Alpha Omega International Achievement Award ..................................................... 1991
Utah Dental Association Achievement Award ......................................................... 1991
Award for Service to the Dental Profession,
      Delta Sigma Delta International Fraternity ..................................................... 1990
Chicago Dental Society Gordon Christensen Recognition Lecture Award ............. 1990
Dentist Magazine Voted #1 Dental Lecturer in U.S.A. ........................................... 1989
The International Book of Honor ....... .......... ........................................................ 1989
University of Washington, Dental Alumni Association Distinguished

3

**EXHIBIT 150**
-119-

Alumnus Award..................................................................................................1989
Pierre Fauchard Academy Award..... ..................................................................1989

4

**EXHIBIT 150**

-120-

**HONORARY AWARDS AND LISTINGS (CONTINUED):**

Dentist Magazine Voted #1 Dental Lecturer in U.S.A. ............................................... 1988
Award of Distinction, Academy of Dentistry, Intl, Wash, DC. ...................................... 1988
Dentist Magazine Voted #1 Dental Lecturer in U.S.A. ......... ............................... 1987
BYU Academy of Dentists Distinguished Service Award..... ......... ...................... 1987
Man of the Year Award, Amer. College of Dentists, Colorado......... ...................... 1986
Who's Who in Frontier Science and Technology ..... ......... ......... ...................... 1982
Who's Who in Health Care.... ......... ......... ......... ......... ......... ...................... 1977
Men of Achievement   ......... ......... ......... ......... ......... ......... ...................... 1975
Who's Who in the United States ....... ......... ......... ......... ......... ...................... 1975
Dictionary of International Biography  ......... ......... ......... ......... ...................... 1975
Personalities of the West and Midwest ......... ......... ......... ......... ...................... 1974
Community Leaders and Noteworthy Americans..... ......... ......... ...................... 1973
National Social Directory....... ......... ......... ......... ......... ......... ...................... 1973
Who's Who in Colorado ........ ......... ......... ......... ......... ......... ...................... 1972
Who's Who in America ........ ......... ......... ......... ......... ......... ...................... 1972
American Men and Women of Science........ ......... ......... ......... ...................... 1971
Outstanding Educators of America ... ......... ......... ......... ......... ...................... 1971
Achievement Award Alumni Association, SCADA  ......... ......... ...................... 1968
Skull and Dagger, Univ. of So. California, Honorary  ......... ......... ...................... 1960
Robert E. Cruise Award, U.S.C........ ......... ......... ......... ......... ...................... 1960
Garrett Newkirk Award, U.S.C. ........ ......... ......... ......... ......... ...................... 1960
Omicron Kappa Upsilon, U.S.C. Chapter...... ......... ......... ......... ...................... 1960
Phi Kappa Phi, U.S.C. Chapter........ ......... ......... ......... ......... ...................... 1960
Student Body President, U.S.C. Dental School ....... ......... ......... ...................... 1959-60
Alpha Tau Epsilon, U.S.C. Honorary  ......... ......... ......... ......... ...................... 1956

**HOSPITAL APPOINTMENTS, ADMINISTRATIVE POSITIONS,**
**AND CONSULTANT POSITIONS:**
Senior Academic Advisor, Scottsdale Center for Dentistry .................................... 2009-Pr
Board of Directors, National Children's Oral Health Foundation............................ 2008-Pr
Board of Directors, Clinicians Report ................................................................... 2007-Pr
Dean, Scottsdale Center for Dentistry (CE Center) ............................................. 2007-09
Board of Directors, Scottsdale Center for Dentistry (CE Center) ........................... 2007-09
Board of Directors: Salt Lake Donated Dental Services ......................................... 2000-Pr
Dental Advisory Board, Dentistry Today .............................................................. 2000-Pr
Board of Directors: National Foundation of Dentistry for the Handicapped ........... 1992-Pr
Utah Valley Regional Medical Center, Provo, Utah ............................................... 1976-Pr
Brigham Young University, College of Biology and Agriculture
    National Advisory Board ................................................................................ 1990-Pr
ADA Health Foundation .................................................................................... 1995-2000

**LECTURES, SEMINARS, AND COURSES:**

     Have presented over 45,000 hours of invited lectures, seminars, and clinics in 50 states,
     Asia, Europe, South and Central America, the Middle East, Far East, Mexico, Canada,
     Puerto Rico, Australia, New Zealand, the Virgin Islands, India, and Africa.

**EXHIBIT 150**
-121-

**PRIVATE PRACTICE OF PROSTHODONTICS:**

Provo, Utah ............................................................................... 1976-Pr
Denver, Colorado ...... .......... .......... ......... .......... .......... ......... .......... 1968-76
Lexington, Kentucky.. .......... .......... ......... .......... .......... ......... .......... 1965-68
Seattle, Washington .. .......... .......... ......... .......... .......... ......... .......... 1962-65

**CURRENT PROFESSIONAL ORGANIZATIONS:**

|  | Held Since |
|---|---|
| National Academies of Practice | 2000 |
| American Academy of Implant Dentistry | 1998 |
| American Prosthodontic Society | 1996 |
| American College of Prosthodontists | 1968 |
| American Academy of Cosmetic Dentistry | 1993 |
| The International Congress of Oral Implantologists | 1991 |
| Federation of Prosthodontic Organizations | |
|     Federation Dentaire Internationale | 1990 |
| International College of Prosthodontists | 1986 |
| Academy of Osseointegration | 1996 |
| Academy of LDS Dentists | 1976 |
| American Academy of Esthetic Dentistry | 1975 |
| American Academy of Restorative Dentistry | 1972 |
| Academy of Operative Dentistry | 1972 |
| Delta Sigma Delta | 1968 |
| Director of several dental study clubs | 1965 |
| American Academy of Gold Foil Operators | 1965 |
| International Association for Dental Research | 1962 |
| American Dental Association and Utah Dental Association | 1956 |
| International Association of Student Clinicians | 1959 |

**RESEARCH INTERESTS, GRANTS, AND FELLOWSHIPS:**

Preventive dentistry, restorative dentistry, prosthodontics, dental caries, dental materials, clinical investigations, health administration, tooth development and morphology, education, psychology.

Clinicians Report (formerly Clinical Research Associates)
    Many continuing grants and contracts with many manufacturers.... 1976-Pr
Expanded Function Dental Auxiliary Training Program,
    Contract No. 743-29, ...................................................................... 1974-76
Allied Health Special Improvement Grant, 1 DO 1 AH
    50249-01 ....... ...................................................................... 1972-77
Research Grant No. DH-DE-00144-01, Cariostatic Effect of
    Community Fluoride Mouthwashes ................................................ 1968
Research Grant No. DE-02074-0251, Cavity Medication in
    Restorative Dentistry ...................................................................... 1967
Patterson - Hettinger - Cary Research Fellowship ....................................... 1963
American Fund for Dental Education Fellowship for Post-doctoral study ... 1962-63

6

**EXHIBIT 150**
-122-

**UNIVERSITY TEACHING EXPERIENCE:**
**(Univ of Washington, Kentucky, Colorado, Utah, and Brigham Young University)**

Anatomy, bio-statistics, dental anatomy, dental anesthesia, dental caries, dental embryology, dental materials, education, fixed prosthodontics, literature review, occlusion, office emergencies, operative dentistry, preventive dentistry, psychology, religion, restorative - periodontic relationships, scientific inquiry and writing, T.M.J.

**UNIVERSITY COMMITTEES:**

Dental Hygiene Advisory Committee, Utah Valley State College ................ 1996-Pr
Regional Dental Education Program, Consultant, Univ. of
    Utah, Univ. of Washington, Creighton University ........................... 1978-Pr
Planning Committee for Potential University of Utah Dental School ........... 1980-Pr
Academy of LDS Dentists Planning Committee, BYU ................................. 1976-Pr
Dean's Cabinet, CU School of Dentistry .................................................... 1975-76
Education Committee, CU School of Dentistry ............................................ 1975-76
Coordinator, ADA Accreditation Survey Manuals and Site
    Visits, CU School of Dentistry ......................................................... 1973-76
Coordinator, Dental School Building Committee, CU
    School of Dentistry .... .......... ......................................................... 1973-76
Admissions Committee, CU School of Dentistry ......................................... 1973-76
Allied Health Professions Advisory Council ............................................... 1971-76
J.F. Kennedy Center Advisory Committee, CU Medical Center .................. 1970-76
Dental Hygiene Planning Committee, CU School of Dentistry .................... 1970-76
Central Services Committee, CU Medical Center ....................................... 1969-76
Emergency Clinic Planning Committee CU ................................................. 1969-72
Executive Committee, CU School of Dentistry ............................................ 1968-76
University Senate UK .......... .......... .......................................................... 1967-68
Medical Center Academic Council UK ....................................................... 1967-68
Executive Committee UKCD . .......... ....................................................... 1967-68
Dentists' Service Plan UKCD .......... ....................................................... 1967-68
Dental Hygiene Planning Committee UKCD ............................................... 1966-68
Curriculum Committee UKCD .......... ........................................................ 1965-68
Academic Performance Committee UKCD .................................................. 1965-68

7

**EXHIBIT 150**
-123-

**PUBLICATIONS**:

**THESIS AND DISSERTATION**:

1.  CHRISTENSEN GJ.  The Morphologic and Developmental Status of the Human Molars in the Circumnatal Period, M.S. Thesis, University of Washington, 1963.

2.  CHRISTENSEN GJ.  Professional Interaction in Academic Health Centers, Ph.D. Dissertation, University of Denver, 1972.

**BOOKS AND CHAPTERS IN BOOKS**:

1.  KRAUS, R. S. and JORDAN, R.E.  The Human Dentition Before Birth, CHRISTENSEN GJ.  Contributed to Chapters 5, 6, and 9, Lea and Febiger, Philadelphia, 1965.

2.  MORRIS, A.L. and BOHANNAN, H.M.  The Dental Specialties in General Practice.  CHRISTENSEN GJ. and LUNDEEN, H.C. Restorative Dentistry Chapter, W. B. Saunders Co., Philadelphia, 1969.

3.  CLARK, J.W.  Clinical Dentistry, CHRISTENSEN GJ.  Cavity Preparation in Permanent Teeth (Chapter 19); Tooth-Colored Restorations (Chapter 22); Amalgam Restorations (Chapter 24); Compacted Gold Restorations (Chapter 25), Harper and Row, Hagerstown, Maryland, 1976.  (Revised 1979).

4.  TYLMAN, S.D., MALONE, W.F.P.  Theory and Practice of Fixed Prosthodontics. CHRISTENSEN GJ.  Chapter entitled Cementing Media in Restorative Dentistry, C.V. Mosby, St. Louis, Missouri, 1978.

5.  OBRIEN, W.J. and TYGE, F.  An Outline of Dental Materials.  (Contributed article, Longevity of Restorations).  W.R. Saunders Co., Philadelphia, 1978.

6.  CHRISTENSEN GJ.  Fixed Prosthodontics Today, Chapter in Book, Proceedings of the Second International Prosthodontic Congress, C.V. Mosby, St. Louis, 1979.

7.  CHRISTENSEN GJ.  Guide to Dental Materials and Devices, Ninth Edition, Chapter on Operatory Equipment, ADA, Chicago, 1979.

8.  SMITH, D.C. and WILLIAMS, D.F.  Biocompatability of Dental Materials, Vol. III. CHRISTENSEN GJ.  Clinical Aspects of Unfilled and Composite Resins (Chapter 7), CRC Press, Inc., Boca Raton, Florida, 1982.

9.  SMITH, D.C. and WILLIAMS, D.F.  Biocompatability of Dental Materials, Vol. IV, CHRISTENSEN contributed Chapter, Tissue Reactions to Unfilled and Composite Resins and Sealants, CRC Press, Inc., Boca Raton, Florida, 1982.

**EXHIBIT 150**

-124-

**PUBLICATIONS - BOOKS AND CHAPTERS IN BOOKS (CONTINUED):**

10.   MORRIS, A.L. and BOHANNAN, H.M.  Comprehensive General Dental Practice.  CHRISTENSEN GJ.  Chapter entitled Restorative Dentistry in General Practice (Chapter 9), 2nd Edition, W.B. Saunders Co., Philadelphia, 1983.

11.   VANHERLE, G. and SMITH, D.  Posterior Composite Resin Dental Restorative Materials.  CHRISTENSEN GJ.  Chapter entitled Finishing Class II Composite Resin Restorations (Section V), pp. 477-485, Minnesota Mining Manufacturing Co., Minnesota, 1985.

12.   HERAUSGEGEBEN VON, JOSEF SCHMIDSEDER, Phillip's Restaurative Zahnmedizin, Band 2,  CHRISTENSEN GJ.  Chapter entitled Composites in der restaurativen Zahnmedizin (Resin Restorations for Posterior Teeth), pp. 59-70, Munchen, Germany, 1986.

13.   CHRISTENSEN, TYLMAN, S.D., MALONE, W.F.P.  Theory and Practice of Fixed Prosthodontics, 8th Ed. CHRISTENSEN GJ.  Chapter entitled Use of Cements, Liners, and Bases in Fixed Prosthodontics (Chapter 17), Ishiyaku EuroAmerica, Inc, St. Louis, Missouri, 1989.

14.   CLARK, J.W.  Clinical Dentistry, CHRISTENSEN GJ.  Cavity Preparation in Permanent Teeth (Chapter 19); Tooth-Colored Restorations (Chapter 22); Amalgam Restorations (Chapter 24); Compacted Gold Restorations (Chapter 25), Harper and Row, Hagerstown, Maryland, 1989 (Revised 1989).

15.   O'BRIEN, W.J.  Dental Materials: Properties and Selection, CHRISTENSEN GJ. Contributor of "Longevity of Restorations Commonly Used in Dentistry," Quintessence Publishing Co., Inc., pp. 14-15, 1989.

16.   SIMONDS, J.A.  Practical Periodontics--A Consulting Manual For Comprehensive Periodontal Patient Management, CHRISTENSEN GJ. Foreword, Continental Education, 1991.

17.   STEAN, H., Manual of Esthetic Dentistry, CHRISTENSEN GJ. Preface, Quintessence Publishing Co., 1991.

18.   SIMONDS, James A., Practical Periodontics (A Consulting Manual for Comprehensive Periodontal Patient Management), CHRISTENSEN GJ. Foreword, Health Career Learning Systems, July 1991.

19.   PRESTON, Jack D. (ed.), Computers in Clinical Dentistry (Proceedings of the First International Conference, Houston, Texas), CHRISTENSEN GJ. Use Of Intraoral And Extra-Oral Television In Dentistry (Chapter 5), Quintessence Publishing Company, pp. 41-46, September 26-29, 1991.

20.   DALE, B.G., & ASCHHEIM, K.W., Esthetic Dentistry, CHRISTENSEN GJ. Foreword, Lea & Febiger, 1993.

**EXHIBIT 150**

-125-

**PUBLICATIONS - BOOKS AND CHAPTERS IN BOOKS (CONTINUED):**

21.　CHRISTENSEN GJ.  A Consumer's Guide to Dentistry.  Mosby-Year Book, Inc., St. Louis, Missouri, 1994.

22.　FARRAN, H., 201 WAYS, Foreword by Gordon J. Christensen:  in press.

23.　SCHMIDSEDER, J., Asthetische Zahnmedizin, Christensen GJ. Chapter entitled, "Intraorale Kamera," pg. 25-34, Geor Thieme Verlag, Stuttgart, Germany, 1998.

24.　DALE, B.G., & ASCHHEIM, K.W., Esthetic Dentistry, 2nd Edition CHRISTENSEN GJ. Foreword, Mosby, 2001.

25.　CHRISTENSEN GJ. A Consumer's Guide to Dentistry, 2nd Edition.  Mosby St. Louis, Missouri, 2002.

26.　O'BRIEN, W.J.  Dental Materials and Their Selection, 3rd Edition. CHRISTENSEN GJ. Contributor of "Longevity of Restorations Commonly Used in Dentistry," Quintessence Publishing Co., Inc., pp. xii - xiii, 2002.

27.　Choi, R.  Economics of Implant Dentistry.  A Look at Mini Implants.  Foreword entitled "The Small-Diameter Implant "Revolution".  Supplement to PPAD. August 2007.

EXHIBIT 150

-126-

**PERIODICALS**:

1. CHRISTENSEN GJ.  The Effect of Water Swaging on Stress and Strain in Dental Wax Patterns, J.D. Res. 44:934, Sept./Oct., 1965.

2. CHRISTENSEN GJ. and KRAUS, B.S.  The Initial Calcification of the Human First Permanent Molar, J.D. Res.  44:1338-1342, Nov./Dec., 1965.

3. CHRISTENSEN GJ.  A Philosophy of Dental Practice, Dental Students 44:456-459, March, 1966.

4. CHRISTENSEN GJ.  The Marginal Fit of Gold Inlay Castings, J. Pros. Dent. 16:297-305, Mar./Apr., 1966.

5. CHRISTENSEN GJ.  Marginal Fit of Gold Inlay Castings, Year Book of Dentistry, pp. 211-212, 1966-67.

6. CHRISTENSEN GJ. and WITTROCK, J.W.  The use of Ultra High Speed in Restorative Dentistry, KY Dent. Assn. Journal, Vol. 18, No. 3 pp. 18-24, August, 1966.

7. COUGHLIN, J.W. and CHRISTENSEN GJ.  Growth and Calcification in the Prenatal Human Primary Molars, J.D. Res. 45:1541-47, Sept./Oct., 1966.

8. CHRISTENSEN GJ.  Dental Caries Today and in the Future, Journal Tennessee Dent. Assn., Vol, 46, No. 4, pp. 315-321, Oct., 1966.

9. CHRISTENSEN GJ.  Occlusal Morphology of Human Molar Tooth Buds, Archives of Oral Biology, 12:141, 1967.

10. CHRISTENSEN GJ.  Compacted Gold Restoration, D.C.N.A., W.B. Saunders Company, pp. 175-190, March, 1967.

11. CHRISTENSEN GJ.  Dental Caries Today and in the Future.  Quarterly Dental Review, pp. 3-7, Spring, 1967.

12. COUGHLIN, J.W. and CHRISTENSEN GJ.  Comparison of Dry Heat, Autoclave and Vapor Sterilizers, Journal Tennessee Dent. Assn., Vol. 47, No. 4, pp. 350-355, 1967.

13. CHRISTENSEN GJ.  Biologic Implications of Dental Restorations, Journal Amer. Acad. of Gold Foil Oper., Vol. 10, No. 2, pp. 49-58, Sept., 1967.

14. CHRISTENSEN GJ. and HILL, G.W.  The Future of Operative Dentistry, J. Dent. Ed., 31:435-443, Dec., 1967.

15. CHRISTENSEN GJ.  Long Lasting Cast Gold Restorations, KY State Dental Journal, 20:29-34, July, 1968.

11

**EXHIBIT 150**
-127-

**PERIODICALS (CONTINUED):**

16.   CHRISTENSEN GJ. and DILTS, W.E.  Rotary Speed, Load and Thermal Effect of Dental Finishing and Polishing Procedures, J.D. Res. 47:690-693, Sept./Oct., 1968.

17.   CHRISTENSEN GJ.  The Use of Radiographs in Operative Dentistry, KY State Dental Journal, 20:17-23, Oct., 1968.

18.   CHRISTENSEN GJ. and HILL, G.W.  Departmental Administrative Assistants, J. Dent. Ed., 33:212-218, June, 1969.

19.   CHRISTENSEN GJ. and BROWN, T.A.  Accuracy of Fit of Direct Fired Porcelain Inlays, J. Pros, Dent. 22:46-53, July, 1969.

20.   CHRISTENSEN GJ.  Expanding the Role of Auxiliaries in Operative Dentistry, J. Am. Academy of Gold Foil Oper., 12:45-51, Sept., 1969.

21.   CHRISTENSEN GJ.  Review of Dental Research--Research in Clinical Dentistry, J AM DENT ASSOC, 79:668-684, September, 1969.

22.   CHRISTENSEN GJ.  1968 Review of Dental Research Pertinent to the Dental Hygienist, The Canadian Dental Hygienist, 3:24-27, Fall, 1969.

23.   JOHNSON, R.H., CHRISTENSEN GJ. and STIGERS, R.W.  Pulpal Irritation Due to Phosphoric Acid Component of Silicate Cement.  Oral Surg. Oral Med. Oral Path. 29:447-454, March, 1970.

24.   CHRISTENSEN GJ.  Why Become a Dental Educator?  Dental Economics, 61:28-31, Jan., 1971.

25.   CHRISTENSEN GJ.  Clinical and Research Advancement in Cast Gold Restorations, J. Pros. Dent. 25:62-68, Jan., 1971.

26.   CHRISTENSEN GJ.  Should Continuing Dental Education be Mandatory? J. Colo. Dent. Assn. 49:18-21, Feb., 1971.

27.   CHRISTENSEN GJ.  The Practicability of the Use of Compacted Golds in General Dental Practice (A Survey) J. Colo. Dent. Assn. 49:18-22, May, 1971.

28.   CHRISTENSEN GJ.  The Practicability of Compacted Gold Foils in General Practice (A Survey) J. Am. Acad. of Gold Foil Oper. 14:57-65, Sept., 1971.

29.   CHRISTENSEN GJ.  Clinical Application of Research in Tooth Colored Restorations, Northwest Dentistry 59:343-345, Oct., 1971.

30.   COOPER, T.M., CHRISTENSEN GJ. and LASWELL, H.R.  Effect of Venting on Cast Gold Full Crowns, J. Pros. Dent. 26:29-32, Feb., 1972.

**EXHIBIT 150**

-128-

**PERIODICALS (CONTINUED):**

31.　　CHRISTENSEN GJ.  Current Uses of Cements in Dentistry, J. Colo. Dent. Assn. 50:29-32, Feb., 1972.

32.　　CHRISTENSEN GJ. and COUGHLIN, J.W.  Restorative Dentistry in the 70's - A Workshop, J. Dent. Ed. 37:23-27, July, 1973.

33.　　CHRISTENSEN GJ. and NASSIMBENE, R.D.  Attitudes of Colorado Dentists Concerning Expanded Functions for Dental Auxiliaries, J. Colo. Dent. Assn. 53:15-20, Jan., 1975.

34.　　HAMILTON, A.I.; SCHUCHARD, A.S.; CHRISTENSEN GJ.; PHILLIPS R.W.; HOWARD, W.W.; and GILMORE, W.H.  Report of the Committee on Scientific Investigation of the American Academy of Restorative Dentistry, J. Pros. Dent. 34:86-110, July, 1975.

35.　　CHRISTENSEN GJ.  Status Report on Silver Amalgam; Council Report ADA Council on Dental Materials and Devices, J.A.D.A. 91:618-621, Sept., 1975.

36.　　CHRISTENSEN GJ.  The Dental Materials Dilemma, Dental Survey 51:50-51, Dec., 1975.

37.　　CHRISTENSEN GJ.  The Most Conservative and Longest Lasting Restorative Service, Dental Clinics of North America 29:351-364, No. 2, April, 1976.

38.　　CHRISTENSEN GJ. and NASSIMBENE, R.D.  Attitudes of Colorado Dentists Concerning Expanded Functions of Dental Auxiliaries, Oral Health 66:13-16, Sept., 1976.

39.　　CHRISTENSEN GJ.  The Current Status of Occlusal Concepts and Techniques - A Survey, Texas Dent. J. 94:10-14, Dec., 1976.

40.　　CHRISTENSEN GJ.  Acid Etching of Teeth--Current Status, J. Pedo. 1:187-197, Spring, 1977.

41.　　CHRISTENSEN GJ. and SIMON, W.J.  Saliva Control with Cotton Rolls, The Dental Assistant 46:25-28, May, 1977.

42.　　CHRISTENSEN GJ.  Making Better Fixed Prosthodontic Impressions, Chicago Dental Society Review 70:22-25, August, 1977.

43.　　FINE, T.B.; ITO, R.J.; CHRISTENSEN GJ.; and CUNNINGHAM, P.R.  A Method for Using Reversible Hydrocolloid at High Altitudes, J. Pros. Dent. 38:294-300, Sept., 1977.

44.　　CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 1, CRA Newsletter, Twelve Issues, 1977.

13

**EXHIBIT 150**
-129-

**PERIODICALS (CONTINUED):**

45.     CHRISTENSEN GJ.  Bleaching Vital Tetracycline Stained Teeth, Quintessence International 6:13-19, June, 1978.

46.     CHRISTENSEN GJ.  Comment Realiser de Meilleures Empreintes en Prothese Fixee.  le Chirugien Dentiste de France 40:33-37, July, 1978.

47.     CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 2, CRA Newsletter, Twelve Issues, 1978.

48.     CHRISTENSEN GJ.  Professional Interaction in Academic Health Centers, J. Nursing Education 17:11-19, Oct., 1978.  Dental Economics, pp. 33-38, April, 1979.

49.     CHRISTENSEN GJ.  Making Better Fixed Prosthodontic Impressions.  Oral Health 69:37-39, April, 1979.

50.     CHRISTENSEN GJ.  What Has Happened to Prosthodontics?  Dental Economics, pp. 33-38, April, 1979.

51.     CHRISTENSEN GJ.  Bleaching Teeth, Quintessence International 384:21-27, Nov., 1979.

52.     CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 3, CRA Newsletter, Twelve Issues, 1979.

53.     CHRISTENSEN GJ.  Publication of Panel of Prosthodontists on Art of the Denture, Jan., 1980.

54.     CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 4, CRA Newsletter, Twelve Issues, 1980.

55.     CHRISTENSEN GJ.  The Metal Crisis in Dentistry, SCADA Symposium, the SCADA Journal, Volume 1, pp. 1-12, October 11, 1980.

56.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  Comparison of Instruments and Commercial Pastes Used for Finishing and Polishing Composite Resin.  General Dentistry, pp. 40-45, Jan./Feb., 1981.

57.     CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 5, CRA Newsletter, Twelve Issues, 1981.

58.     CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 6, CRA Newsletter, Twelve Issues, 1982.

59.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  In vivo Comparison of a Microfilled and a Composite Resin:  A 3-year Report, J. Pros, Dentistry 48:657-662, Dec., 1982.

14

EXHIBIT 150

-130-

**PERIODICALS (CONTINUED):**

60.    CHRISTENSEN GJ.  State of the Art of Restoration of Posterior Teeth, Italian Dentista Moderno, 9:50-62, Nov., 1983.

61.    CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 7, CRA Newsletter, Twelve Issues, 1983.

62.    CHRISTENSEN GJ.  Amalgam and Restorative Resins:  An update, the California Institute for Continuing Education, Volume VII:8-16, 1983.

63.    CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 8, CRA Newsletter, Twelve Issues, 1984.

64.    CHRISTENSEN GJ.  Impression Materials for Complete and Partial Denture Prosthodontics, Dental Clinics of North America, 28(2):223-237, April, 1984.

65.    CHRISTENSEN GJ. State of the Art Restoration of Posterior Teeth in the 1980's, Dental Practice, Vol. 23(1), Jan 3, 1985.

66.    CHRISTENSEN GJ.  Restorative Resin Use in 1985 - State of the Art, The Journal of the California Dental Assoc., 13(2): 26-33, Feb., 1985.

67.    CHRISTENSEN GJ.  Veneering of Teeth - State of the Art, Dental Clinics of North America 29(2):373-391, April, 1985.

68.    CHRISTENSEN GJ.  Restorative Resin Use in 1985 - State of the Art, DESMOS 91(2):3-9, May, 1985.

69.    CHRISTENSEN GJ.  Restorative Resin Use in 1985 - State of the Art, Edifarm S.P.A., Italian Dentista Moderno, pp. 1027-1043, June, 1985.

70.    CHRISTENSEN GJ.  Composites in der restaurativen Zahnmedizin, Stand der Technik, Phillip Verlag Munchen Journal, 2(4):245-254, 1985.

71.    CHRISTENSEN GJ.  Veneering of Teeth with Resin, Portion taken from CDA reprint of Restorative Resin Use in 1985 - State of the Art, Trends and Tech Contemp Dent Lab, 2(4):19-22, May, 1985.

72.    CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 9, CRA Newsletter, Twelve Issues, 1985.

73.    CHRISTENSEN GJ.  Dentistry is Still Alive, Pacific Institute Newsletter, December 1985.

74.    CHRISTENSEN GJ.  The Future of Dental Practice, J. Dent. Educ. 50(2):114-118, 1986.

EXHIBIT 150

-131-

**PERIODICALS (CONTINUED):**

75.    CHRISTENSEN GJ.  The Use of Porcelain-Fused-To-Metal Restorations in Current Dental Practice - A Survey, The Journal of Prosthetic Dentistry, 56(1):1-3, July, 1986.

76.    CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 10, CRA Newsletter, Twelve Issues, 1986.

77.    CHRISTENSEN GJ. Restorative Resin Use--State of the Art, Medical Bulletin of the US Army, Vol. 44, No. 2/3:8-14, Feb/Mar, 1987.

78.    CHRISTENSEN GJ. Laminate Veneers--My Choices in 1987, re-titled "Different Veneers Offer Different Esthetics, Dental Lab Management Today," 3(5):30, Feb., 1987.

79.    CHRISTENSEN GJ.  Ionomers As Cements - Are They Trustworthy?  Schweizer Monatsschrift fur Zahnmedizin 97, March 1987.

80.    CHRISTENSEN GJ. Electronic Anesthesia Research and Thoughts, CDA Journal, pp. 46-49, June, 1987.

81.    CHRISTENSEN GJ. The Use of Glass Ionomer as a Luting Agent, The CD Institute for Continuing Education, Vol. XXIII:11-19, 1987.

82.    CHRISTENSEN GJ. Dental Materials:  Performance Chemicals Embodied, CHEMTECH, pp. 652-657, Nov., 1987.

83.    CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 11, CRA Newsletter, Twelve Issues, 1987.

84.    CHRISTENSEN GJ. Guest Editorial:  Stimulating Professional Interaction Among Researchers and Clinicians in Dentistry, Journal of Dental Research, 67(2):522, Feb, 1988.

85.    CHRISTENSEN GJ. Esthetic Dentistry: Tooth Colored Inlays and Onlays, J AM DENT ASSOC, pp. 12E-17E, Sept., 1988.

86.    CHRISTENSEN GJ. Guest Contributor: What a Wonderful Time To Be a Dentist, Compend Contin Educ Dent, Vol IX(10):752, 1988.

87.    CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 12, CRA Newsletter, Twelve Issues, 1988.

88.    CHRISTENSEN GJ. Alternatives for the Restoration of Posterior Teeth, International Dental Journal, 39:155-161, Sept., 1989.

EXHIBIT 150

-132-

**PERIODICALS (CONTINUED):**

89.     CHRISTENSEN GJ. Esthetic Dentistry and Ethics, Quintessence Intl, 20:747-753, October, 1989.

90.     CHRISTENSEN GJ. Tooth Preparation to Achieve Better Esthetics, Synergy Magazine, Fall 1989.

91.     CHRISTENSEN GJ. Low Wear Sealant Technique, Clinical Procedure, Restorative Dentistry, Vivadent, USA, p. 2, Fall 1989.

92.     CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 13, CRA Newsletter, Twelve Issues, 1989.

93.     CHRISTENSEN GJ.  Building Up Teeth, California Dental Journal, January, 1990.

94.     CHRISTENSEN GJ.  Glass Ionomer as a Luting Material, J AM DENT ASSOC, 120:59-62, January 1990.

95.     CHRISTENSEN GJ. Guest Contributor: The High Tech Age is Coming, Looking at T-Scan, Comp. Contin. Educ. Dent. Vol. XI(3): 128, March 1990.

96.     CHRISTENSEN GJ.  Building Up Teeth, Phillip Journal fur Restaurative Zahnmedrin, 1990.

97.     CHRISTENSEN GJ. Esthetic Dentistry and Ethics, Quintessence Publication International De Odontologia, Vol. III (7), Agosto-Septiembre 1990.

98.     CHRISTENSEN GJ. Implant Prosthodontics Contribute to Restorative Dentistry, J AM DENT ASSOC, 121 (3), 340-350, September 1990.

99.     CHRISTENSEN GJ.  Preventive Restorative Dentistry,  International Dental Journal, Volume 40, No. 5:259-266, October 1990.

100.    CHRISTENSEN GJ. Glass Ionomer As A Luting Material, Guide to Technical Exhibits, October 1990.

101.    CHRISTENSEN GJ. Fixed Prosthodontic Impressions--Improving the Quality, Dental Vanguard, December 1990.

102.    CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Volume 14, CRA Newsletter, Twelve Issues, 1990.

103.    CHRISTENSEN GJ. Have Porcelain Veneers Arrived?  J AM DENT ASSOC, 122, (1), p. 81, January 1991.

EXHIBIT 150

-133-

**PERIODICALS (CONTINUED):**

104.    CHRISTENSEN GJ. Bonding Resin To Dentin:  Fact or Fantasy, J AM DENT ASSOC 122, (2), p. 71, February 1991.

105.    CHRISTENSEN GJ. Are There Alternatives to Dental Amalgams?  J AM DENT ASSOC 122, (3), pg 77, March 1991.

106.    CHRISTENSEN GJ. Can Dental Products Be Evaluated Faster?  J AM DENT ASSOC 122, (4), p. 73, April 1991.

107.    CHRISTENSEN GJ. The Dental Implant Dilemma, J AM DENT ASSOC, 122, (5), p. 79, May 1991.

108.    CHRISTENSEN GJ. To Base or Not To Base, J AM DENT ASSOC, 122, (6), p. 61, June 1991.

109.    CHRISTENSEN GJ. An Approach to Prosthodontics:  Meeting The Needs Of Our Patients, J Am Dent Assoc, 122, (7), pg 64-65, July 1991.

110.    CHRISTENSEN GJ. Achieving and Maintaining Clinical Skills in Aesthetic Dentistry, Practical Periodontics and Aesthetic Dentistry, The Aesthetic Chronicle, Vol. 3, No. 4, p. 32, June/July 1991.

111.    CHRISTENSEN GJ. Clinical Observations of Porcelain Veneers--A Three Year Report, Journal of Esthetic Dentistry, Vol. 3, No. 5, Pg 174-9, September/October 1991.

112.    CHRISTENSEN GJ. Infection Control--Some Significant Loopholes, J Am Dent Assoc, 122, (8), pg 99-100, August 1991.

113.    CHRISTENSEN GJ. Microfills Vs. Hybrids--Is There a Universal Composite Resin? J Am Dent Assoc, 122, (9), pg 79, September 1991.

114.    CHRISTENSEN GJ. Use Of Laboratory Fabricated Resin Restorative Materials, American Dental Association Sponsored Symposium on Esthetic Restorative Materials, Houston, Texas, September 1991.

115.    CHRISTENSEN GJ. The Enemy Is Us--Some Thoughts on the Shortage, J Am Dent Assoc, 122, (10), p. 70, October 1991.

116.    CHRISTENSEN GJ. Dental Cements - The Weak Link, J Am Dent Assoc, 122, (11), p. 63, November 1991.

117.    CHRISTENSEN GJ. Veneering Teeth With Porcelain and Resin, AGD-Dental UPDATE, Vol. 10, Issue 11, November 1991.

**EXHIBIT 150**
-134-

**PERIODICALS (CONTINUED):**

118.   CHRISTENSEN GJ. To Bleach Or Not To Bleach, J Am Dent Assoc, 122 (12), p.
       64, December 1991.

119.   CHRISTENSEN GJ. Bleaching Ban an 'Absolute Detriment' To Dentistry,
       Dentistry Today, p. 20, December 1991.

120.   CHRISTENSEN GJ. and CHRISTENSEN, R.P., Volume 15, CRA Newsletter,
       Twelve Issues, 1991.

121.   CHRISTENSEN GJ. Why Do Most GPs Shun Periodontics? J Am Dent Assoc,
       123 (1),
       p. 75, January 1992.

122.   CHRISTENSEN GJ. The Expanding Role Of Esthetic Dentistry In Modern Dental
       Practice, G.C. International Corporation, 'GC Circle', No. 67, p. Y34, February
       1992.

123.   CHRISTENSEN GJ. A Word On Dentistry:  Porcelain Veneers, Dentistry Today,
       Vol. II, No. 1, p. 52, February 1992.

124.   CHRISTENSEN GJ. Fluoride Made It--Why Haven't Sealants, J Am Dent Assoc,
       123 (2), p. 89, February 1992.

125.   CHRISTENSEN GJ. Don't Underestimate the Class 2 Resin, J Am Dent Assoc,
       123 (3)
       p. 103, March 1992.

126.   CHRISTENSEN GJ. How To Remain Up-To-Date and Stimulated With Dentistry,
       J Am Dent Assoc, 123 (4), pp. 73-74, April 1992.

127.   CHRISTENSEN GJ. The Future of Dentistry?  Persons Over 65!, J Am Dent
       Assoc, 123 (5), p. 89, May 1992.

128.   CHRISTENSEN GJ. Clinical Factors Affecting Adhesion, Journal of Operative
       Dentistry Vol. 17, May 1992.

129.   CHRISTENSEN GJ. Tooth Restorations for Mature People: Some New Hope
       with New Materials, J Am Dent Assoc 123 (6), pp. 66-67, June 1992.

130.   CHRISTENSEN GJ. The Key to An Active Practice? Patient Education, J Am
       Dent Assoc, 123 (7), pp. 77-78, July 1992.

131.   CHRISTENSEN GJ. The Enemy Is Us, Some Thoughts on the Shortage of
       Dental Assistants, J Am Dent Assoc, Second Quarter, 61 (2), 1992.

132.   MJOR, I.A., & CHRISTENSEN GJ. Assessment of Local Effects Of Casting
       Alloys. Phillip Journal, pp. 315-319, July-August 1992.

EXHIBIT 150

-135-

**PERIODICALS (CONTINUED):**

133.   CHRISTENSEN GJ. Curbing the Aids Hysteria: A Shared Responsibility, J Am Dent Assoc, 123 (8), pp. 72-73, August 1992.

134.   CHRISTENSEN GJ. A Look at State-of-the-Art Tooth-Colored  Inlays and Onlays, J Am Dent Assoc, 123 (9), pp. 66-67, September 1992.

135.   CHRISTENSEN GJ. Day-To-Day Fixed Prosthodontics: A Fast, Easy, Predictable Approach, J Am Dent Assoc, 123 (11) pp. 91-92, November 1992.

136.   CHRISTENSEN GJ. Nearly Foolproof Impressions For Complex Fixed and Implant Prosthodontics, J Am Dent Assoc, 123 (12) pp. 69-70, December 1992.

137.   CHRISTENSEN GJ. and CHRISTENSEN, R.P., Volume 16, CRA Newsletter, Twelve Issues, 1992.

138.   CHRISTENSEN GJ. The Cracked Tooth Syndrome:  A Pragmatic Treatment Approach, J Am Dent Assoc 124 (2), pp. 107-108, February 1993.

139.   CHRISTENSEN GJ. and CHRISTENSEN, R.P., Practice Costs are up--How do we pay the bills? J Am Dent Assoc, 124 (3), pp. 42-45,  March 1993.

140.   CHRISTENSEN GJ. Increasing Practice Quality and Productivity Through High Retention Low Wear Sealants. Dent Econ 77-79 Mar 1993.

141.   CHRISTENSEN GJ. Keeping Interocclusal Records: How to Solve a Common Problem, J Am Dent Assoc 124 (4) April 1993.

142.   CHRISTENSEN GJ. Foreword, Caulk Restorative Supplement, p. 4, April 1993.

143.   CHRISTENSEN GJ. State-of-the-Art in Restorative Aesthetic Dentistry - 1993: An Overview, PP&A, Vol. 5, No. 2, 1993.

144.   CHRISTENSEN GJ. Boosting Practice Activity and Patient Service. J Am Dent Assoc, 124 (5), pp. 109-110, May 1993.

145.   MJOR, I.A., & CHRISTENSEN GJ. Assessment of Local Effects Of Casting Alloys,. Quintessence International, Vol. 24, No. 5, pp. 343-351, May 1993.

146.   CHRISTENSEN GJ. Should Teeth Be Built-up Before Crowns? J Am Dent Assoc, 124 (6), pp. 93-94, June 1993.

147.   CHRISTENSEN GJ. Communicating New Information in Dentistry.  Journal of Dental Research, Volume 72, Number 7, pp. 1058-1059, July 1993.

**EXHIBIT 150**

-136-

**PERIODICALS (CONTINUED):**

148.   CHRISTENSEN GJ. Glass Ionomer-Resin: A Maturing Concept, J Am Dent Assoc, 124 (7), pp. 248-249, July 1993.

149.   CHRISTENSEN GJ. Conservative Posterior Tooth Restorations, Journal of Esthetic Dentistry, Volume 5, Number 4, pp. 154-160, July/August 1993.

150.   CHRISTENSEN GJ. Educating Patients - A New Necessity, J Am Dent Assoc, 124 (8), pp. 86-87, August 1993.

151.   CHRISTENSEN GJ. State-of-the-Art in Restorative Aesthetic Dentistry - 1993: An Overview, Dental Study Club, Vol. 2, No. 4, pp. 2-3, August 1993.

152.   CHRISTENSEN GJ. Post, Cores, and Patient Care, J Am Dent Assoc 124 (9), pp. 86-90, September 1993.

153.   CHRISTENSEN GJ. The Rise of Resin for Cementing Restorations, J Am Dent Assoc 124 (10), pp. 104-105, October 1993.

154.   CHRISTENSEN GJ. Su Pamašulu Ar Be Jo?  Pasaulio Spaudoje (Healers News), October 1993, (Althuanian translation reprinted from To Base or Not to Base, J Am Dent Assoc 122 (6), p. 61, June 1991).

155.   HUNSAKER, Kenneth J., CHRISTENSEN GJ. CHRISTENSEN R.P., CAO, Denson, LEWIS Russell G., Retentive Characteristics of Dental Cementation Materials, Journal of the Academy of General Dentistry, Volume 41, Special Issue, pp. 464-467, November 1993.

156.   CHRISTENSEN GJ. Dental Fees: A Candid Discussion, J Am Dent Assoc 124 (11), pp. 87-88, November 1993.

157.   CHRISTENSEN GJ. 1993 In Review: A Look Back on a Year of Advancement. J Am Dent Assoc 124 (12), pp. 69-70, December 1993.

158.   CHRISTENSEN GJ. and CHRISTENSEN, R.P., Volume 17, CRA Newsletter, Twelve Issues, 1993.

159.   CHRISTENSEN GJ. Using Rubber Dams to Boost Quality, Quantity of Restorative Services, J Am Dent Assoc 125 (1), pp. 81-82, January 1994.

160.   CHRISTENSEN GJ. Should We Be Bonding All Tooth Restorations? J Am Dent Assoc 125 (2), pp. 193-194, February 1994.

161.   CHRISTENSEN GJ. Ceramic Vs. Porcelain-Fused-To-Metal Crowns:  Give Your Patients a Choice, J Am Dent Assoc 125 (3), pp. 311-314, March 1994.

EXHIBIT 150

-137-

**PERIODICALS (CONTINUED):**

162.  CHRISTENSEN GJ. Intraoral Television Cameras: Presenting a Major New Use, J Am Dent Assoc 125 (4), pp. 439-442, April 1994.

163.  CHRISTENSEN GJ. Intraoral Television Cameras: Presenting a Major New Use, ADA Annual Session Guide to Technical Exhibits, Reprinted from J Am Dent Assoc, 1994.

164.  CHRISTENSEN GJ. Need for Endodontics in the Future, American Endodontic Society, Number 74, p. 5, Spring 1994.

165.  CHRISTENSEN GJ. Now is the Time to Change to Custom Impression Trays, J Am Dent Assoc 125 (5), pp. 619-620, May 1994.

166.  CHRISTENSEN GJ. The Future of Dentistry? Persons Over 65! Pennsylvania Dental Journal (reprinted from "The Future of Dentistry? Treatment Shifts to the Older Adult," J Am Dent Assoc, May 1992), pp. 19-20, May/June 1994.

167.  CHRISTENSEN GJ. The Most Needed Application for Dental Implants, J Am Dent Assoc 125 (6), pp. 743-746, June 1994.

168.  CHRISTENSEN GJ. How Should Dental Bills Be Paid? J Am Dent Assoc 125 (7), pp. 1013-1014, July 1994.

169.  CHRISTENSEN GJ. Salvaging and Repairing Crowns and Fixed Prostheses, J Am Dent Assoc 125 (8), pp. 1127-1130, August 1994.

170.  CHRISTENSEN GJ. What is the Greatest Danger to Dentistry as a Profession Today? The Farran Report, Volume 1, No. 6, p. 129, August 1994.

171.  CHRISTENSEN GJ. Why Is Glass Ionomer Cement So Popular? J Am Dent Assoc 125 (9), pp. 1257-1258, September 1994.

172.  CHRISTENSEN GJ. Should You and Can You Afford to Bond Amalgams, J Am Dent Assoc 125 (10), pp. 1381-1382., October 1994.

173.  CHRISTENSEN GJ. How Ethical are Esthetic Dental Procedures? J Am Dent Assoc 125 (11), pp. 1498-1502, November 1994.

174.  CHRISTENSEN GJ. and CHRISTENSEN, R.P., Volume 18, CRA Newsletter, Twelve Issues, 1994.

175.  CHRISTENSEN GJ. Staying Excited About Dentistry, J Am Dent Assoc 125 (12), pp. 1623-1624, December 1994.

176.  CHRISTENSEN GJ. Foreword, Practical Periodontics and Aesthetic Dentistry (Guest Editorial), December 1994.

EXHIBIT 150

-138-

**PERIODICALS (CONTINUED):**

177.    CHRISTENSEN GJ. "Beeinflussung der Adhäsion durch klinische Faktoren," (Clinical Factors Affecting Adhesion, reprinted from Journal of Operative Dentistry, May 1992), Phillip Journal, December 1994, pp. 597-603.

178.    CHRISTENSEN GJ. A Needed Remarriage: Dentistry and Dental Technology, J Am Dent Assoc 126 (1), pp. 115-117, January 1995.

179.    CHRISTENSEN GJ. A Void In U.S. Restorative Dentistry, J Am Dent Assoc 126 (2), pp. 244-247, February 1995.

180.    CHRISTENSEN GJ. Educating Patients About Dental Procedures, J Am Dent Assoc 126 (3), pp. 371-372, March 1995.

181.    CHRISTENSEN GJ. Relining, Rebasing Partial and Complete Dentures, J Am Dent Assoc 126 (4), pp. 503-506, April 1995.

182.    CHRISTENSEN GJ. A Consumer's Guide to Dentistry, JOURNAL, Volume 6, No. 4, p. 283, April 1995.

183.    CHRISTENSEN GJ. Fixed Prosthodontics - State of the Art, Australian Dental Journal 40 (3), pp. 164-166, June 1995.

184.    CHRISTENSEN GJ. A Promising New Category of Dental Cements, J Am Dent Assoc 126 (6), pp. 781-782, June 1995.

185.    CHRISTENSEN GJ. Making Better Removable Partial Dentures, J Am Dent Assoc 126 (7), pp. 1041-1044, July 1995.

186.    CHRISTENSEN GJ. Restorative Dentistry:  An Update for Practitioners, Educators, Examining Boards, J Am Dent Assoc 126 (8), pp. 1165-1168, August 1995.

187.    CHRISTENSEN GJ. La indicacion mas necesaria de los implantes dentales, Archivos de Odonto Estomatologia, (The Most Important Indications for Dental Implants) Volume 11, Number 8, pp. 457-460, August 1995.

188.    CHRISTENSEN GJ. Increasing Patient Service by  Effective Use of Dental Hygienists, J Am Dent Assoc 126 (9), pp. 1291-1294, September 1995.

189.    CHRISTENSEN GJ. Resin Restorations for Anterior Teeth-1995, J Am Dent Assoc 126 (10), pp. 1427-1428, October 1995.

190.    CHRISTENSEN GJ. Ethics in Dental Advertising, (Guest Commentary), Dental Abstracts, Volume 40, Issue 5, pp. 216-218, September/October 1995.

EXHIBIT 150

-139-

**PERIODICALS (CONTINUED):**

191.   CHRISTENSEN GJ. Acceptability of Alternatives for Conservative Restoration of Posterior Teeth, Journal of Esthetic Dentistry, Volume 7, Number 5, pp. 228-232, 1995.

192.   CHRISTENSEN GJ. A New Technique for Restorations of Worn Anterior Teeth, J Am Dent Assoc 126 (11), pp. 1543-1546, November 1995.

193.   CHRISTENSEN GJ. and CHRISTENSEN, R.P., Volume 19, CRA Newsletter, Twelve Issues, 1995.

194.   CHRISTENSEN GJ. Abnormal Occlusal Conditions--A Forgotten Part of Dentistry, J Am Dent Assoc 126 (12), pp. 1667-1668, December 1995.

195.   CHRISTENSEN GJ. Restoration of Pediatric Posterior Teeth, J Am Dent Assoc 127 (1), pp. 106-108, January 1996.

196.   CHRISTENSEN GJ. What is the Greatest Danger to Dentistry as a Profession Today?  UDAction, p. 4, January/February 1996.  (Reprinted from *The Farran Report* 1994:  Volume 1, Number 6, p. 129).

197.   CHRISTENSEN GJ. Provisional Restorations for Fixed Prosthodontics, J Am Dent Assoc 127 (2), pp. 249-252, February 1996.

198.   CHRISTENSEN GJ. A New Challenge--Root Caries in Mature People, J Am Dent Assoc 127 (3), pp. 379-380, March 1996.

199.   CHRISTENSEN GJ. A New Technique for Restoration of Worn Anterior Teeth, Oral Health, pp 25-27, March 1996.  (Reprinted from J Am Dent Assoc 126 (11) pp. 1543-1546, November 1995).

200.   CHRISTENSEN GJ. Tooth Sensitivity Related to Class I and II Resin Restorations, J Am Dent Assoc 127 (4), pp. 497-498, April 1996.

201.   CHRISTENSEN GJ. Ridge Preservation: Why Not? J Am Dent Assoc 127 (5), pp. 669-670, May 1996.

202.   CHRISTENSEN GJ. Dental Radiographs and Dental Caries:  A Challenge, J Am Dent Assoc 127 (6), pp. 792-793, June 1996.

203.   CHRISTENSEN GJ. The Bonding Evolution in Dentistry Continues, J Am Dent Assoc 127 (7), pp. 1114-1116, July 1996.

204.   CHRISTENSEN GJ. The Coming Demise of the Cast Gold Restoration?  J Am Dent Assoc 127 (8), pp. 1233-1236, August 1996.

**EXHIBIT 150**

**PERIODICALS (CONTINUED):**

205.    CHRISTENSEN GJ. When to Use Fillers, Build-Ups or Posts and Cores, J Am
Dent Assoc 127 (9), pp. 1397-1398, September 1996.

206.    CHRISTENSEN GJ. The Battle to Preserve Fee-For-Service Dentistry, Dentistry
Today, 15 (10), p. 12, October 1996.

207.    CHRISTENSEN GJ. Posts:  Necessary or Unnecessary?  J Am Dent Assoc 127
(10), pp. 1522-1526, October 1996.

208.    CHRISTENSEN GJ. Cavity Preparation:  Cutting or Abrasion?  J Am Dent Assoc
127 (11), pp. 1651-1654, November 1996.

209.    CHRISTENSEN GJ. A Helping Hand to Youth, J Am Dent Assoc 127 (12), pp.
1774-1776, December 1996.

210.    CHRISTENSEN GJ. Dental Surgery and the General Practitioner, J Am Dent
Assoc 128 (1), pp. 85-87, January 1997.

211.    CHRISTENSEN GJ. Educating Americans About Dental Care, J Am Dent Assoc
128 (2),
pp. 213-215, February 1997.

212.    CHRISTENSEN GJ. Cements Used for Full Crown Restorations:  A Survey of the
American Academy of Esthetic Dentistry, Journal of Esthetic Dentistry, Volume 9,
Number 1, pp. 20-26, 1997.

213.    CHRISTENSEN GJ. Tooth Preparation and Pulp Degeneration, J Am Dent
Assoc 128 (3), pp. 353-354, March 1997.

214.    CHRISTENSEN GJ. Postes: ¿Son Necesarios?  Archivos De Odonto
Estomatologia, Volume 13, Numero 3, pp. 173-177, Marzo 1997.  (Reprinted
from J Am Dent Assoc 127 (10), "Posts--Necessary or Unnecessary?", pp. 1522-
1526, October 1996.)

215.    CHRISTENSEN GJ. The Battle to Preserve Fee-For-Service Dentistry, Aurum
Ceramic Dental Laboratories Newsletter, Volume 10, Issue 1, p. 7, March 1997.
(Reprinted from Dentistry Today, 15 (10), p. 12, Oct. 1996.)

216.    CHRISTENSEN GJ. The Effective Use of Dental Hygienists, The Dental Success
Newsletter, Volume II, Issue 3, March 1997.  (Reprinted from
J Am Dent Assoc 126 (9), pp. 1291-1294, September 1995.)

217.    CHRISTENSEN GJ. Compomers vs. Resin-Reinforced Glass Ionomers, J Am
Dent Assoc 128 (4), pp. 479-480, April 1997.

218.    CHRISTENSEN GJ. Bleaching Teeth:  Practitioner Trends, J Am Dent Assoc
(Special Supplement), pp. 16S-18S, April 1997.

25

**EXHIBIT 150**
-141-

**PERIODICALS (CONTINUED):**

219.  CHRISTENSEN GJ. When it is Best to Remove a Tooth, J Am Dent Assoc, 128 (5),
pp. 635-636, May 1997.

220.  CHRISTENSEN GJ. Preparacion de cavidades:  corte o abrasion?  Archivos de odonto estomatologia, Volume 13, Number 3, pp. 310-313, May 1997.
(Reprinted from J Am Dent Assoc, 127 (11), pp. 1651-1654, November 1996.)

221.  CHRISTENSEN GJ. Restoration or Crown?  J Am Dent Assoc, 128 (6), pp. 771-772, June 1997.

222.  CHRISTENSEN GJ. What Category of Impression Material is Best for Your Practice? J Am Dent Assoc, 128 (7), pp. 1026-1028, July 1997.

223.  CHRISTENSEN GJ. Tooth-colored Posterior Restorations, Operative Dentistry, Vol. 22, No. 4, pp. 146-148, July-August 1997.

224.  CHRISTENSEN GJ. The Changing Face of Aesthetic Dentistry, Signature, Vol. 4, No. 2, p. 1, Summer, 1997.

225.  CHRISTENSEN GJ. Viewpoint (A Word to the Wise), Dental Economics, August 1997.

226.  CHRISTENSEN GJ. State-of-the-Art Dental Impressions, Masters of Impressionism (by Montage Media Corporation), p. 1, 1997.

227.  CHRISTENSEN GJ. Cementing Porcelain-Fused-to-Metal Crowns, J Am Dent Assoc, 128 (8), pp. 1165-1167, August 1997.

228.  CHRISTENSEN GJ. The State of the Art in Esthetic Restorative Dentistry, J Am Dent Assoc, 128 (9), pp. 1315-1317, September 1997.

229.  CHRISTENSEN GJ. Why All-Ceramic Crowns, J Am Dent Assoc, 128 (10), pp. 1453-1455, October 1997.

230.  CHRISTENSEN GJ. Overcoming Challenges with Resin in Class II Situations, J Am Dent Assoc, 128 (11), pp. 1579-1580, November 1997.

231.  CHRISTENSEN R.P. & CHRISTENSEN GJ. Do Dentifrices Contribute to Gingival Health?  Practical Periodontics and Aesthetic Dentistry (supplement), Vol. 9, No. 9, p. 1, November/December 1997.

232.  CHRISTENSEN GJ. Developing a Great Dental Team, J Am Dent Assoc, 128 (12), pp. 1703-1704, December 1997.

233.  CHRISTENSEN GJ. Posts & Cores, State-of-the-Art, J Am Dent Assoc, 129 (1) pp. 96-97, January 1998.

**EXHIBIT 150**
-142-

**PERIODICALS (CONTINUED):**

234. CHRISTENSEN GJ. Seating Non-Metal Crowns with or Fixed Partial Dentures with Resin Cement, J Am Dent Assoc, 129 (2), pp. 239-241, February 1998.

235. CHRISTENSEN GJ. Bleaching Teeth: Report of a Survey-1997, Journal of Esthetic Dentistry, Volume 10, Number 1, pp. 16-20, 1998.

236. CHRISTENSEN GJ. How the Trend to Elective Dental Procedures Influences Your Practice, J Am Dent Assoc, 129 (3), pp. 355-356, March 1998.

237. CHRISTENSEN GJ. Air Abrasion Tooth Cutting: State of the Art 1998, J Am Dent Assoc, 129 (4), pp. 484-485, April 1998.

238. CHRISTENSEN GJ. Nosebleeds May Mean Something Much More Serious - An Introduction to HHT, J Am Dent Assoc, 129 (5), pp. 635-637, May 1998.

239. CHRISTENSEN GJ. Desensitization of Cervical Tooth Structure, J Am Dent Assoc, 129 (6), pp. 765-766, June 1998.

240. CHRISTENSEN GJ. Longevity vs. Esthetics in Restorative Dentistry, J Am Dent Assoc, 129 (7), pp. 1023-1024, July 1998.

240. CHRISTENSEN GJ. Removing a Partially Loose Fixed Prosthesis, J Am Dent Assoc, 129 (8), pp. 1135-1137, August 1998.

241. CHRISTENSEN GJ. Pulp Capping - 1998, J Am Dent Assoc, 129 (9), pp. 1297-1299, September, 1998.

242. CHRISTENSEN GJ. Preventing Sensitivity in Class II Composite Resin Restorations, J Am Dent Assoc, 129 (10), pp. 1469-1470, October 1998.

243. CHRISTENSEN GJ. How To Profit From Implants...A role for general practitioners, Dental Economics, Vol. 8, No. 11, pp. 44-50, November 1998.

244. CHRISTENSEN GJ. Why Clean Your Tongue? J Am Dent Assoc, 129 (11), pp. 1605-1607, November 1998.

245. CHRISTENSEN GJ. Current Use of Tooth-Colored Inlays, Onlays, and Direct-Placement Resins, Journal of Esthetic Dentistry, Vol. 10, No. 6, pp. 290-296, 1998.

246. CHRISTENSEN GJ. Amalgam vs. Composite Resin - 1998, J Am Dent Assoc, 129 (12), pp. 1757-1759, December 1998.

247. CHRISTENSEN GJ. Dentistry's Mission and the High-Fee Practice, J Am Dent Assoc, 130 (1), pp. 115-117, January 1999.

**EXHIBIT 150**
-143-

**PERIODICALS (CONTINUED):**

248.    CHRISTENSEN GJ. Sorting Out the Confusing Array of Resin Based
        Composites in Dentistry, J Am Dent Assoc 130 (2), PP. 275-2277, February
        1999.

249.    CHRISTENSEN GJ. Porcelain Fused to Metal vs. Non-Metal Crowns, J Am Dent
        Assoc 130 (3), PP. 409-411, March 1999.

250.    CHRISTENSEN GJ. Intracoronal & Extracoronal Tooth Restorations 1999, J Am
        Dent Assoc 130 (4), PP 557-560, April 1999.

251.    CHRISTENSEN GJ. Informing Patients About Treatment Alternatives,
        J Am Dent Assoc 130 (5), PP 730-732, May 1999.

252.    CHRISTENSEN GJ.  Adjuctive Periodontal Therapy, J Am Dent Assoc 130 (6),
        PP 869 – 870, June 1999.

253.    CHRISTENSEN GJ.  The Death of Amalgam is Imminent . . . Are you Ready?
        Dental Economics, P 34, June 1999.

254.    CHRISTENSEN GJ. ..,  Ceramic Veneers: State of the Art, 1999, J Am Dent
        Assoc 130 (7), PP 1121-1123, July 1999.

255.    CHRISTENSEN GJ. ..  Destruction of Human Teeth, J Am Dent Assoc 130 (8),
        PP 1229-1230, August 1999.

256.    CHRISTENSEN GJ. Evaluation of New Products and Concepts in Dentistry, J
        Am Dent Assoc 130 (9), PP 1371-1373, September 1999.

257.    CHRISTENSEN GJ. The High Speed Handpiece Dilemma, J Am Dent Assoc 130
        (10), PP 1494-1496, October 1999.

258.    CHRISTENSEN GJ. Improving Treatment Plan Acceptance Using Staff-Driven
        Diagnostic Data Collection, J Am Dent Assoc 130 (11), PP 1629-1631,
        November 1999.

259.    CHRISTENSEN GJ. Educating Dental Staff Members for Optimum Patient
        Service, J Am Dent Assoc 130 (12), PP 1783-1785, December 1999.

260.    CHRISTENSEN GJ. Dentistry In The Next Millennium, Aurum Ceramic
        Newsletter, 12 (4), P 3, December 1999.

261.    CHRISTENSEN GJ. Masters of Esthetic Dentistry – Elective Dentistry, Journal of
        Esthetic Dentistry, vol 11 (5), PP 278-280, December 1999.

262.    CHRISTENSEN GJ. The Diversity of Dentistry, J Am Dent Assoc 131 (1), PP 83-
        85, January 2000.

28

**EXHIBIT 150**

-144-

**PERIODICALS (CONTINUED):**

263.    CHRISTENSEN GJ.  Discoveries of Importance in Restorative Dentistry Over the Past 40 Years, Alpha Omegan Journal vol. 93, PP 18-22, January 2000.

264.    CHRISTENSEN GJ. Treating Bruxism And Clenching, J Am Dent Assoc 131 (2), PP 233-235, February 2000.

265.    CHRISTENSEN GJ. Implants and General Practitioners, J Am Dent Assoc 131 (3), PP 359-361, March 2000.

266.    CHRISTENSEN GJ. Building Up Tooth Preparations For Full Crowns – 2000, J Am Dent Assoc 131 (4), PP 505-506, April 2000.

267.    CHRISTENSEN GJ. Prosthodontics Is In Your Future, J Am Dent Assoc 131 (5), PP 671-672, May 2000.

268.    CHRISTENSEN GJ. The Inevitable Maladies of the Mature Dentition, J Am Dent Assoc 131 (6), PP 803-804, June 2000.

269.    CHRISTENSEN GJ. Curing Restorative Resin:  A Significant Controversy, J Am Dent Assoc 131 (7), PP 1067-1069, July 2000.

270.    CHRISTENSEN GJ. Commentary & Analysis – Implants and Occlusion, Implant Dentistry 9 (2), July 2000.

271.    CHRISTENSEN GJ. Resin Cements and Postoperative Sensitivity, J Am Dent Assoc 131 (8), PP 1197-1199, August 2000.

272.    CHRISTENSEN GJ. The Need For Caries-Preventive Restorative Materials, J Am Dent Assoc 131 (9), PP 1347-1349, September 2000.

273.    CHRISTENSEN GJ. Elective Vs. Mandatory Dentistry, J Am Dent Assoc 131 (10), PP 1496-1498, October 2000.

274.    CHRISTENSEN GJ. Conditions of the Aging Teeth:  Prevention and Treatment. Dental Abstracts 45 (5), PP 204, October 2000.

275.    CHRISTENSEN GJ.  Where is Cosmetic Dentistry Going?  Aurum Ceramic Newsletter 13 (4), PP 2, November 2000.

276.    CHRISTENSEN GJ. Improving the Quality of Fixed Prosthodontic Services, J Am Dent Assoc 131 (11), PP 1631-1632, November 2000.

277.    CHRISTENSEN GJ. Initial Carious Lesions:  When Should They Be Restored? J Am Dent Assoc 131 (12), PP 1760-1762, December 2000.

278.    CHRISTENSEN GJ. Now is the Time to Observe and Treat Dental Occlusion, J Am Dent Assoc 132 (1), PP 100-102, January 2001.

**PERIODICALS (CONTINUED):**

**EXHIBIT 150**

279.   CHRISTENSEN GJ. Treatment of the Edentulous Mandible, J Am Dent Assoc 132 (2), PP 231-233, February 2001.

280.   CHRISTENSEN GJ.  Simplified Implant Surgery Techniques, DentalTown Magazine, PP 32, February 2001.

281.   CHRISTENSEN GJ.  Clinical Perspectives:  Avoiding Postoperative Sensitivity. Dental Products Report 35 (2) PP 94-96, February 2001.

282.   CHRISTENSEN GJ. Restorative Dentistry for Pediatric Teeth – State of the Art 2001, J Am Dent Assoc 132 (3), PP 379-381, March 2001.

283.   CHRISTENSEN GJ. Why Expand the Role of Dental Staff Members?  J Am Dent Assoc 132 (4), PP 529-531, April 2001.

284.   CHRISTENSEN GJ.  Material Issues:  Cements & Self-Etching Primers.  Dental Products Report 35 (4). PP 64-68, April 2001.

285.   CHRISTENSEN GJ. It Is Time To Revive Dental Study Clubs.  J Am Dent Assoc 132 (5), PP 677 – 679, May 2001.

286.   CHRISTENSEN GJ.  Material Issues:  Using Radiographic Criteria to Determine the Need for Restoration, & Curing Lights.  Dental Products Report 35 (5) PP 52 – 55, May 2001.

287.   CHRISTENSEN GJ. Cast Gold Restorations:  Has the Esthetic Dentistry Pendulum Swung Too Far?  J Am Dent Assoc 132 (6) PP 809 – 811, June 2001.

288.   CHRISTENSEN GJ. Advice for the New Dentist.  The MDDS Articulator 7 (3)   P 4, May/June 2001.

289.   CHRISTENSEN GJ. The Future of Fixed Prosthodontics.  The Compendium 22 (6) P 1, June 2001.

290.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Resin Curing Lights & Hybrid Resins Vs. Hybrid Microfills.  Dental Economics PP 38 – 40, June 2001.

291.   CHRISTENSEN GJ. Self-Etching Primers are Here.  J Am Dent Assoc 132 (7), PP 1041-1043, July 2001.

292.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Empress Vs. Fired Ceramic Veneers and Sealants & Air Abrasion.  Dental Economics PP 30 – 32, 106, July 2001.

293.   CHRISTENSEN GJ.  The Credibility of Dentists.  J Am Dent Assoc 132 (8), PP 1163-1165, August 2001.

EXHIBIT 150
-146-

**PERIODICALS (CONTINUED):**

294. CHRISTENSEN GJ. Ask Dr. Christensen: Perio Disease Treatment & Flowable Resins in Class 2 Resin-Based Composite Restorations. Dental Economics PP 42 – 44, August 2001.

295. CHRISTENSEN GJ. Ask Dr. Christensen: Self-Etching Primers & Kavo Diagnodent. Dental Economics PP 50 – 52, September 2001.

296. CHRISTENSEN GJ. Operating Gloves – The Good and the Bad. J Am Dent Assoc 132 (10), PP 1455-1457, October 2001.

297. CHRISTENSEN GJ. Ask Dr. Christensen: Repairing Posterior Crowns & Latex Allergy. Dental Economics PP 70-72, October 2001.

298. CHRISTENSEN GJ. Treating the Potential Problem Patient. J Am Dent Assoc 132 (11) , PP 1591-1593, November 2001.

299. CHRISTENSEN GJ. Ask Dr. Christensen: Bonding Maryland Bridges & Trays to use with VPS impression material PP30-32, November 2001.

300. CHRISTENSEN GJ. Expanding the Scope of Dental Hygiene. Dental Town Magazine. November 2001.

301. CHRISTENSEN GJ. Dental Continuing Education in the Aftermath of September 11. J Am Dent Assoc 132 (12), PP 1723-1723, December 2001.

302. CHRISTENSEN GJ. Ask Dr. Christensen: Managed Care & Owning Dental Laboratories. Dental Economics PP 48 – 50, December 2001.

303. CHRISTENSEN GJ. Digital Has Arrived . . . Have You? Dental Town Magazine, December 2001.

304. CHRISTENSEN GJ. Has Tooth Structure been Replaced? J Am Dent Assoc 133 (1), PP 103 – 105, January 2002.

305. CHRISTENSEN GJ. Ask Dr. Christensen: Sensitivity in Class 1 & 2 Restorations & Local Anesthetic. Dental Economics PP 122 – 124, January 2002.

306. CHRISTENSEN GJ. What Type of Marketing is Best for your Practice? Dental Town Magazine, January 2002.

307. CHRISTENSEN GJ. Preventing Postoperative Tooth Sensitivity in Class 1, 2, and 5 Restorations. J Am Dent Assoc 133 (2), PP 229 – 231, February 2002.

308. CHRISTENSEN GJ. Ask Dr. Christensen: Matrices & Placing RRGI. Dental Economics PP 122 – 124, February 2002.

309. CHRISTENSEN GJ. New Products for 2002 – Are They for You? Dental Town Magazine, February 2002.

31

EXHIBIT 150

-147-

**PERIODICALS (CONTINUED):**

310.    CHRISTENSEN GJ.  Orthodontics & the General Practitioner.  J Am Dent Assoc
133 (3), PP 369 -371, March 2002.

311.    CHRISTENSEN GJ. Ask Dr. Christensen:  Implant vs. Fixed Prosthesis & Blood
Pressure Monitoring.  Dental Economics PP 122 –124, March 2002.

312.    CHRISTENSEN GJ.  The Perception of Professionalism in Dentistry:  further
reflections on a lively topic.  J Am Dent Assoc 133 (4), PP 499-501, April 2002.

313.    CHRISTENSEN GJ. Ask Dr. Christensen:  Impression Material Systems &
Tongue Scraping.  Dental Economics PP 108 – 112, April 2002.

314.    CHRISTENSEN GJ.  Are Prosthodontics a Vital Part of Dentistry?  J Am Dent
Assoc 133 (5), PP 647 – 648, May 2002

315.    CHRISTENSEN GJ.  The Curing Light Dilemma.  J Am Dent Assoc 133 (6), PP
761-763, June 2002.

316.    CHRISTENSEN GJ.  Esthetic Dentistry & Patient Expectations.  DentalTown
Magazine 3 (6), PP 62 – 63, June 2002.

317.    CHRISTENSEN GJ.  The Dental Laboratory Dilemma in America.  Journal of the
American College of Dentists 69 (1), pp 9-11.  June 2002.

318.    CHRISTENSEN GJ.  Ask Dr. Christensen:  Radiographic Film & Curing Lights.
Dental Economics PP 122-124.  July 2002.

319.    CHRISTENSEN GJ.  Occlusion – Dentistry's Stepchild.  DentalTown Magazine 3
(7): 50-52.  July 2002.

320.    CHRISTENSEN GJ.  Implant Prosthodontics:  From Single Tooth to Complex
Cases.  Journal of Oral Implantology 28 (5), pp 244-248.  July 2002.

321.    CHRISTENSEN GJ.  Is Service Still a Part of Dentistry?  J Am Dent Assoc 133
(7): 987-989.  July 2002.

322.    CHRISTENSEN GJ.  Endodontics – What's Happening?  DentalTown Magazine
3 (8):  42-44.  August 2002.

323.    CHRISTENSEN GJ.  Ask Dr. Christensen:  Post-operative Sensitivity in Inlays &
Onlays & Cements to Avoid Sensitivity Problems.  Dental Economics  PP 142 -
144.  August 2002.

324.    CHRISTENSEN GJ.  Solving the Frustrations of Crown Cementation.  J Am Dent
Assoc 133 (8): 1121-1122. August 2002.

32

**EXHIBIT 150**
-148-

**PERIODICALS (CONTINUED):**

325.   CHRISTENSEN GJ.  The Tooth-Whitening Revolution.  J Am Dent Assoc 133 (9): 1277-1279.  September 2002.

326.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Implant Surgery in General Practice & Indirect Restorations Vs. Crowns.  Dental Economics PP 138-140.  September 2002.

327.   CHRISTENSEN GJ.  .  Adhesive Dentistry & Tooth Sensitivity.  DentalTown Magazine 3 (9):  34 – 36.  September 2002.

328.   CHRISTENSEN GJ.  Are Electric Handpieces an Improvement?  J Am Dent Assoc 133 (10):  1433 – 1434. October 2002.

329.   CHRISTENSEN GJ.  New Directions in Dentistry.  Independent Dentistry 7 (8): 33-37.  October 2002.

330.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Resin Cement with Ceramic Veneers & Resin Removable Prostheses. Dental Economics PP 172 – 174.  October 2002.

331.   CHRISTENSEN GJ.  Fixed Vs. Removable Prostheses – the Esthetic Result.  DentalTown Magazine 3 (10): 24-26.  October 2002.

332.   CHRISTENSEN GJ.  Avoiding Pulpal Death During Fixed Prosthodontic Procedures.  J Am Dent Assoc 133 (11):  1563-1564.  November 2002.

333.   CHRISTENSEN GJ.  Prosthodontics.  Dentistry Today: p. 54.  November 2002.

334.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Water-spray with Tooth Cutting & CEREC System.  Dental Economics PP 122 – 124. November 2002.

335.   CHRISTENSEN GJ.  How Will New Technology and Techniques Impact on Future Dentistry?  Aurum Ceramic News 6 (4).  November 2002.

336.   CHRISTENSEN GJ.  Oral Care for Patients with Bulimia.  J Am Dent Assoc 133 (12):  1689 -1691.  December 2002.

337.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Porcelain Repair Kits.  Dental Economics PP 82 – 84. December 2002.

338.   CHRISTENSEN GJ.  What Has Happened to Removable Partial Prosthodontics?   J Am Dent Assoc 134 (1): 111-113.  January 2003.

339.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Carious Lesions: Radiographic vs. Actual & Extraction vs. Restoration.  100 – 102. January 2003.

340.   CHRISTENSEN GJ.  The Best Way to Initiate a Dental Practice.  J Am Dent Assoc 134 (2):  241-243. February 2003.

**PERIODICALS (CONTINUED):**

EXHIBIT 150

-149-

341.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Self-Etching Primers & Restoration Failure.  Dental Economics PP 158 – 160.  February 2003.

342.   CHRISTENSEN GJ.  The Best Way to Bring a Dentist into Your Practice.  J Am Dent Assoc 134 (3):  367 – 369. March 2003.

343.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Light-Assisted Tooth Bleaching & Tooth Bleaching.  Dental Economics PP 126 – 128.  March 2003.

344.   CHRISTENSEN GJ.  Coping With the Changing State of Dental Managing Care. J Am Dent Assoc 134 (4):  507 – 509. April 2003.

345.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Longevity of bridge connected to tooth with hemisection & Mini Implants.  Dental Economics PP 128 – 130.  April 2003.

346.   CHRISTENSEN GJ.  The Fastest & Best Provisional Restorations.  J Am Dent Assoc 134 (5):  637 – 639. May 2003.

347.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Advice for Dental Service Company & Future of Dentistry for New Graduates.  Dental Economics PP 136 – 139.  May 2003.

348.   CHRISTENSEN GJ.  Enjoying Life as a Dental Professional.  J Am Dent Assoc 134 (6):  763 – 765.  June 2003.

349.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Bleaching with Lights & Current Bleaching Products.  Dental Economics PP 130 – 132.  June 2003.

350.   CHRISTENSEN GJ.  Ensuring Retention for Crowns and Fixed Prostheses J Am Dent Assoc 134 (7):  993 – 995. July 2003.

351.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Surface Disinfectants & Resin Bonding.  Dental Economics PP 100 – 102, 122.  July 2003.

352.   CHRISTENSEN GJ.  Have Fixed-Prosthodontics Impressions Become Easier?  J Am Dent Assoc 134 (8):  1121 – 1123. August 2003.

353.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Double-Arch Impressions & Burs for Caries Removal.  Dental Economics PP 108 – 110,138.  August 2003.

354.   CHRISTENSEN GJ.  The Confusing Array of Tooth-Colored Crowns.  J Am Dent Assoc 134 (9):  1253 – 1255. September 2003.

355.   CHRISTENSEN GJ.  Ask Dr. Christensen:  Crown for Darkened Root Stump & Class 2 vs Amalgam Fees.  Dental Economics PP 130 - 132.  September 2003.

EXHIBIT 150

-150-

**PERIODICALS (CONTINUED):**

356.    CHRISTENSEN GJ.  I Have Had Enough!  DentalTown Magazine 4 (9):  10, 12,
74-75.  September 2003.

357.    CHRISTENSEN GJ.  Direct Restorative Materials – What Goes Where?  J Am
Dent Assoc 134 (9):  1395 – 1397. October 2003.

358.    CHRISTENSEN GJ.  Ask Dr. Christensen:  Peer-Reviewed Literature & Bonding
Materials.  Dental Economics PP 174 - 177.  October 2003.

359.    CHRISTENSEN GJ.  What is the Role of Specialties in Dentistry?  J Am Dent
Assoc 134 (10):  1517 – 1519. November 2003.

360.    CHRISTENSEN GJ.  Ask Dr. Christensen:  Anterior Veneers & Advice for
Merchandise Representative.  Dental Economics PP 144 - 146.  November 2003.

361.    CHRISTENSEN, G.J. How Will Communications Between Patient/ Dentist/
Technician Change in the Future?  Aurum Ceramic Newsletter 7 (4): 3.
November 2003.

362.    CHRISTENSEN, G. J.  Magnification in Dentistry – Useful Tool or Another
Gimmick?  J Am Dent Assoc 134 (12):  1647 – 1650.  December 2003.

363.    CHRISTENSEN, G. J.  Ask Dr. Christensen:  Digital Photography & Resin Inlays
and Onlays.  Dental Economics PP 90 - 92.  December 2003.

364.    CHRISTENSEN, G. J.  Gifts to Give Yourself for the New Year.  J Am Dent
Assoc 135 (1):  77 – 75. January 2004.

365.    CHRISTENSEN, G. J.  Ask Dr. Christensen:  TMD Treatment & Cast Gold
Restorations.  Dental Economics PP 110 - 112.  January 2004.

366.    CHRISTENSEN, G. J.  New Directions in Dentistry.  Dentistry Today 23 (2):78 –
89.  February 2004.

367.    CHRISTENSEN, G. J.  Ask Dr. Christensen:  Class II Sensitivity and Direct
Placement Restoration.  Dental Economics: 112, 114.  February 2004.

368.    CHRISTENSEN, G. J.  Defining Oral Rehabilitation.  J Am Dent Assoc 135 (2):
215-217.  February 2004.

369.    CHRISTENSEN, G. J.  Ask Dr. Christensen:  Lower Anterior Restorations and
Traumatized Anterior Restoration.  Dental Economics: 144,146.  March 2004.
CHRISTENSEN, G. J.  Improving Quality and Speed in Providing Fixed
Prosthodontics.  J Am Dent Assoc 135 (3): 333-335.  March 2004.

35

EXHIBIT 150
-151-

**PERIODICALS (CONTINUED):**

370.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  All-Ceramic Crown Cementation & Sensitivity with Self-Etching Primers.  Dental Economics:  148, 150, 152. April 2004.

371.   CHRISTENSEN, G. J.  The Light-Curing Mania.  J Am Dent Assoc  135(4):  461-463.  April 2004.

372.   CHRISTENSEN, G. J.  Making Provisional Restorations Easy, Predictable, and Economical.  J Am Dent Assoc  135(5):  625-627.  May 2004.

373.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  Continuing Education & All-Ceramic Crowns.  Dental Economics:  158,160, 182.  May 2004.

374.   CHRISTENSEN, G. J.  Is Occlusion Becoming More Confusing?  A plea for simplicity.  J Am Dent Assoc  135(6):767 -770.  June 2004.

375.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  Composites & Tooth-Colored Inlays/Onlays.  Dental Economics:  144, 146.  June 2004.

376.   CHRISTENSEN, G. J.  Continuing Education.  The Good, the Bad, and the Ugly.  J Am Dent Assoc 135 (7): 921-924.  July 2004.

377.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  Self-Etching Primers & All-Ceramic Fixed Prostheses.  Dental Economics:  124-126.  July 2004.

378.   CHRISTENSEN, G. J.  Achieving Optimum Retention for Restorations.  J Am Dent Assoc 135 (8):  1143-1145.  August 2004.

379.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  Grafting for Implants & Resin Cements.  Dental Economics:  130, 132.  August 2004.

380.   CHRISTENSEN, G. J.  Post Concepts are Changing.  J Am Dent Assoc 135 (9):1308 – 1310.  September 2004.

381.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  Sensitivity from Cements and Implant Surgery for GPs.  Dental Economics:  116-118.  September 2004.

382.   CHRISTENSEN, G. J.  Ensuring Retention for Crowns & Fixed Prosthesis.  Lord's Articulator: 1,5.  Summer 2004 issue.

383.   CHRISTENSEN, G. J.  I've Had Enough! (reprint) The California Academy of General Dentistry, GP News: 11,17-18.  June 2004.

384.   CHRISTENSEN, G. J.  Why Switch to Digital Radiography?  J Am Dent Assoc 135 (10):  1437-1439.  October 2004.

**EXHIBIT 150**

-152-

**PERIODICALS (CONTINUED):**

385. CHRISTENSEN, G. J.  Ask Dr. Christensen:  Tooth-colored Inlay/Onlays and Three-unit bridges vs. Implant and crown.  Dental Economics:  148,150,180.  October 2004.

386. CHRISTENSEN, G. J.  What is a veneer?  Resolving the confusion.  J Am Dent Assoc 135 (11):  1574-1576.  November 2004.

387. CHRISTENSEN, G. J.  Ask Dr. Christensen:  Three-unit bridges and RRGI cement.  Dental Economics: 154, 155, 175.  November 2005.

388. CHRISTENSEN, G. J.  Restoring A Single Anterior Tooth.  Solutions to a dental dilemma.  J Am Dent Assoc 135 (12): 1725-1727.  December 2004.

389. CHRISTENSEN, G. J.  Ask Dr. Christensen:  Third-Molar Extractions and GPs Placing Implants.  Dental Economics:  118, 120.  December 2004.

390. CHRISTENSEN, G. J. Avoiding Pulpal Death During Fixed Prosthodontic Procedures. (reprint)  Endodontic Practice: 13-14.  December 2004.

391. CHRISTENSEN, G. J.  I Have Had Enough. (reprint)  UDA Action 1 (6): 7-9.  November/December 2004.

392. CHRISTENSEN, G. J.  Dentistry's Best Times Are Ahead.  Compendium 25 (12) Suppl: 20 – 23.  December 2004.

393. CHRISTENSEN, G. J.  Important Clinical Uses for Digital Photography.  J Am Dent Assoc 136 (1): 77-79.  January 2005.

394. CHRISTENSEN, G. J.  Ask Dr. Christensen:  Interproximal caries and Digital radiographs.  Dental Economics: 70-72.  January 2005.

395. CHRISTENSEN, G. J.  I Have Had Enough. (reprint)  North Shore District Dental Society Newsletter 7-9, 11-12.  February 2005.

396. CHRISTENSEN GJ.  Posterior Restorations.  J Am Dent Assoc 136 (2):  201-203.  February 2005.

397. CHRISTENSEN, G. J.  Ask Dr. Christensen:  Retentive Pins & Muscular vs. Bony TMD.  Dental Economics: 64-65.  February 2005.

398. CHRISTENSEN GJ.  The State of Fixed Prosthodontic Impressions - Room for Improvement.  J Am Dent Assoc 136 (3):  343-346.  March 2005.

399. CHRISTENSEN, G. J.  Ask Dr. Christensen:  Implant Surgery Accomplished by GPs & Repair of Old Resin-Based Composites.  Dental Economics: 140-142.  March 2005.

EXHIBIT 150

-153-

**PERIODICALS (CONTINUED):**

400.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  Occlusal Splints & Resin Cementation.  Dental Economics:  72-73, 144.  April 2005.

401.   CHRISTENSEN GJ.  The Major Part of Dentistry You May be Neglecting.  J Am Dent Assoc 136 (4):  497-499.  April 2005.

402.   CHRISTENSEN, G. J.  I Have Had Enough. (reprint)  Kisco Perspective Newsletter #12, back cover.  May 2005.

403.   CHRISTENSEN GJ.  Dental Laboratory Technology in Crisis - The Challenges Facing the Industry (Part 1).  J Am Dent Assoc 136(5):  653-655. May 2005.

404.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  resin cements & resin fillers.  Dental Economics:  110-112.  May 2005.

405.   CHRISTENSEN GJ.  Dental Laboratory Technology in Crisis - The Challenges Facing the Industry (Part 2).  J Am Dent Assoc 136(6):  783-786. June 2005.

406.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  electric handpieces & pulp capping.  Dental Economics: 94-97,118. June 2005.

407.   CHRISTENSEN GJ.  Are Snow-White Teeth That Desirable?  J Am Dent Assoc 136 (7): 933-935.  July 2005

408.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  nanofill vs microfill & occlusal equilibration.  Dental Economics: 102-103. July 2005

409.   CHRISTENSEN GJ.  Special Oral Hygiene And Preventive Care For Special Needs.  J Am Dent Assoc 136 (8):  933-935.  August 2005.

410.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  veneer preparations & pulp capping.  Dental Economics:  82-5.  August 2005.

411.   CHRISTENSEN GJ.  Dentin and Enamel Bonding - Where Are We In 2005?  J Am Dent Assoc 136 (9):  1299 - 1302.  September 2005.

412.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  ceramic veneers & digital radiographs.  Dental Economics:  144-6, 158.  September 2005.

413.   CHRISTENSEN GJ.  What has happened to conservative tooth restorations?  J Am Dent Assoc 136 (10):  1435-1437.  October 2005.

414.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  practice admin & cement choice.  Dental Economics:  120 - 2.  October 2005.

415.   CHRISTENSEN GJ.  The Advantages of Minimally Invasive Dentistry.  J Am Dent Assoc 136 (11):  1563-1565.  November 2005.

**EXHIBIT 150**

-154-

**PERIODICALS (CONTINUED):**

416.   CHRISTENSEN, G. J.  Ask Dr. Christensen: bonding materials & fixed partial dentures.  Dental Economics:  122-4.  November 2005

417.   CHRISTENSEN GJ.  How to Kill a Tooth.  J Am Dent Assoc 136 (12):  1711-1713.  December 2005

418.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  mini implants.  Dental Economics:  84-5.  December 2005

419.   CHRISTENSEN GJ.  Making fixed prostheses that are not too high.  J Am Dent Assoc 2006; 137:96-8.  January 2006

420.   CHRISTENSEN, G. J.  Ask Dr. Christensen: NTI splints & bruxism/clenching.  Dental Economics:  77-8. January 2006

421.   CHRISTENSEN GJ.  Is now the time to purchase an in-office CAD/CAM device?  J Am Dent Assoc 2006; 137: 235-8.  February 2006.

422.   CHRISTENSEN, G. J.  Ask Dr. Christensen: provisional veneers & resin sealers.  Dental Economics:  132-134.  April 2006

423.   CHRISTENSEN GJ.  The "mini" implant has arrived.  J Am Dent Assoc 2006; 137:  387-90. March 2006.

424.   CHRISTENSEN, G. J.  Ask Dr. Christensen:  anterior restorations & veneers.  Dental Economics:  110-112.  May 2006

425.   CHRISTENSEN, G.J.  The Future Significance of CAD/CAM for Dentistry.  State of the Art of CAD/CAM Restorations – 20 Years of CEREC.  Werner H. Mormann, Quintessenz pg 19-28. May 2006.

426.   CHRISTENSEN GJ.  The "new" operative dentistry.  J Am Dent Assoc 2006; 137:387-90.  April 2006.

427.   CHRISTENSEN GJ.  Occlusion Confusion.  DentalTown Magazine: 8-14.  April 2006.

428.   CHRISTENSEN GJ.  Facing the challenges of ceramic veneers.  J Am Dent Assoc 2006; 137: 661-664.  May 2006.

429.   CHRISTENSEN GJ.  Implants and the general practitioner.  Articulator (Newsletter for Lord's Dental Studios):  1,4,6.  Spring 2006.

430.   CHRISTENSEN GJ.  Has the "total-etch" disappeared?  J Am Dent Assoc 2006; 137:617-20.  June 2006.

431.   CHRISTENSEN GJ.  Overcoming the challenges of class II resin-based composites.  J Am Dent Assoc 2006; 137:1021-3.  July 2006.

**EXHIBIT 150**

-155-

**PERIODICALS (CONTINUED):**

432.   Christensen, GJ. Ask Dr. Christensen: How to serve patients well while
maintaining a reasonable living. ; Educating staff on clinical tasks.  Dental
Economics: 96-97, 97; 103-4. August 2006

433.   Ruiz J, Christensen GJ.  Rationale for the utilization of bonded nonmetal onlays
as an alternative to PFM crowns.  Dentistry Today; 25 (9).  September 2006.

434.   Christensen, GJ.  Is the wide range in crown fees justifiable?  J Am Dent Assoc
2006; 137:  1297-1299.  September 2006.

435.   Christensen, GJ.  Ask Dr. Christensen: Expanding the role of dental hygienists;
Use of amalgam in spite of patient disapproval. Dental Economics: 120-1.
September 2006.

436.   Christensen, GJ.  Implant therapy versus endodontics therapy.  J Am Dent Assoc
2006; 137: 1440-1443.  October 2006

437.   Christensen, GJ. Ask Dr. Christensen:  All-ceramic crowns and resin based
composite restorations VS. PFM, gold alloy, and amalgam restorations; Class I
and Class II restorations.  Dental Economics: 124-128. October 2006

438.   Christensen, GJ.  High-tech dentistry; what is necessary and what is not.  J Am
Dent Assoc 2006; 137: 1592-1596. November 2006

439.   Christensen, GJ. Ask Dr. Christensen: Is there a bond between old and new
resin? ; What is so important about hydrophilicity?  Dental Economics: 38-40.
November 2006

440.   Christensen, GJ.  Are veneers conservative treatment? J Am Dent Assoc 2006;
137: 1721-1723. December 2006

441.   Christensen, GJ.  Ask Dr. Christensen: ways to give broken down, but built- up
vital abutment teeth more support? ; How to alter ceramic surfaces for best
gingival acceptance or lowest occlusal wear.  Dental Economics: 48, 111.
December 2006

442.   Christensen, GJ. When is a full-crown restoration indicated?  J Am Dent Assoc
2007; 138: 101-103.  January 2007

443.   Christensen, GJ.  Ask Dr. Christensen: Can small-diameter implants be loaded
immediately after placement? ; Should implants be connected to natural teeth?.
Dental Economics:  60-62. January 2007

444.   Christensen, GJ.  The state of fixed prosthodontic impressions:  room for
improvement.  REPRINT Chairside.  1 (2): 7-11.  January 2007.

EXHIBIT 150

-156-

**PERIODICALS (CONTINUED):**

445.    Christensen, GJ.  Providing oral care for the aging patient.  J Am Dent Assoc; 138: 239-242.  February 2007

446.    Christensen, GJ.  Current paradigm shifts in dentistry.  Dentistry Today 26 (2): 92-6.  February 2007.

447.    Christensen, GJ.  Dealing with the increasing need for continuing education.  J Am Dent Assoc 138: 387-390. March 2007

448.    Christensen, GJ.  Laboratories want better impressions.  J Am Dent Assoc 138:527-9.  April 2007.

449.    Christensen, GJ  Is the wide range in crown fees justifiable?  REPRINT Chairside 2 (1):  24-7.  April 2007.

450.    Christensen, GJ.  Ask Dr. Christensen:  Neuromuscular TMD treatment and off-shore laboratories.  Dental Economics: 42-4.  May 2007.

451.    Christensen, GJ.  Choosing an all-ceramic restorative material – Porcelain-fused-to-metal or zirconia-based?  J Am Dent Assoc 138: 662-665.  May 2007.

452.    Christensen, GJ  What procedures should general dentists accomplish?  DentalTown 8 (6):10-14.  June 2007.

453.    Christensen, GJ.  Ask Dr. Christensen:  Patient Education and Cementation technique for PFM crowns.  Dental Economics: 70-2.  June 2007.

454.    Christensen, GJ.  When is a full-crown restoration indicated? REPRINT Chairside 2 (2): 18-25.  August 2007.

455.    Christensen, GJ.  Intraoral television cameras versus digital cameras, 2007.  J Am Dent Assoc 138 (8): 1145-7.  August 2007.

456.    Christensen, GJ.  Ask Dr. Christensen:  zirconium-oxide bridges and crowns.  Dental Economics:  8 (9):164-166.  September 2007.

457.    Christensen, GJ.  Ongoing changes in fixed prosthodontics.  J Am Dent Assoc 138 (9): 1257-9.  September 2007.

458.    Christensen, GJ.  Who should direct and coordinate dental implant placement?  DentalTown Magazine 2007: 10-14.

459.    Christensen, GJ.  Ask Dr. Christensen:  airborne microorganisms & tooth preparations for zirconium crowns.  Dental Economics:  8 (10): 52-54.  October 2007.

460.    Christensen, GJ.  Frequently encountered errors in tooth preparations for crowns.  J Am Dent Assoc 138 (10: 1373-5.  October 2007.

**EXHIBIT 150**

**PERIODICALS (CONTINUED):**

461.    Christensen, GJ.  Remaining challenges with class II resin-based composite restorations.  J Am Dent Assoc 138 (11): 1487-9.  November 2007.

462.    Christensen, GJ.  Ask Dr. Christensen: implant-suppported overdentures & tooth preps for crowns.  Dental Economics 8 (11):  92-94.  November 2007.

463.    Christensen, GJ.  When is a full-crown restoration indicated?  Chairside 2 (2): 19-25.  Reprint from J Am Dent Assoc 2007; 138(1): 101-3.

464.    Christensen, GJ.  Restorative Dentistry, special 25th anniversary retrospective".  Dentistry Today: ? 56.  November 2007.

465.    Christensen, GJ.  Continuing education – your second dental school.  Dental Graduate:22-24.  November 2007.

466.    Christensen, GJ.  When and how to repair a failing restoration.  J Am Dent Assoc 138(12):  1605-7.  December 2007.

467.    Christensen, GJ.  Ask Dr. Christensen: zirconium oxide abutments & mini implants in maxillary arch.  Dental Economics 8 (12): 60-62.  December 2007.

468.    Christensen, GJ.  In-office CAD/CAM milling of restorations – the future?  J Am Dent Assoc 139 (1): 83-5. January 2008

469.    Christensen, GJ.  Ask Dr. Christensen: alginate alternatives & bonding agents for resins.  Dental Economics 9 (1): 66-68.  January 2008.

470.    Christensen, GJ.  Ask Dr. Christensen:  eugenol cements & post-cementation tooth sensitivity. Dental Economics 9 (2): 60-62.  February 2008.

471.    Christensen, GJ.  Three-unit fixed prostheses versus implant supported single crowns.  J Am Dent Assoc 139 (2):191-4.  February 2008.

472.    Christensen, GJ.  Ask Dr. Christensen: non-alginate materials & lights with bleaching. Dental Economics 9 (3): 66-68.  March 2008.

473.    Christensen, GJ.  The challenge to conventional impressions.  J Am Dent Assoc 139 (3): 347-9.  March 2008.

474.    Christensen, GJ.  Improving the alginate impression.  Dental Products Report: 34-6.  March 2008.

475.    Christensen, GJ.  Selecting the best abutment for a single implant.  J Am Dent Assoc. Apr 2008;139 (4): 484-7.

**EXHIBIT 150**

-158-

**PERIODICALS (CONTINUED):**

476.    Christensen GJ.  Ask Dr. Christensen:  lasers vs electrosurgery & when to
        restore carious lesions.  Dental Economics. Apr 2008; 98 (4):

477.    Christensen GJ.  Tooth colored inlays, onlays versus crowns.  J Am Dent Assoc.
         May 2008; 139 (5): 617-20.

478.    Christensen GJ.  Ask Dr. Christensen:  provisional restorations & cements.
        Dental Economics. May 2008; 98 (5)

479.    Christensen GJ.  Will digital impressions eliminate the problems with
        conventional impressions?  J Am Dent Assoc. June 2008; 139 (6): 761-3.

480.    Christensen GJ.  Ask Dr. Christensen:  inlays and onlays & low-shrinkage resins.
         Dental Economics. June 2008; 98 (6)

481.    Christensen GJ.  Soft tissue cutting with laser or electrosurgery.  J Am Dent
        Assoc.  July 2008; 139 (7):981-4.

482.    Christensen GJ.  Ask Dr. Christensen:  double-arch vs full-arch impressions &
        bonding agents.  Dental Economics. July 2008; 98 (7)

483.    Christensen GJ.  Ensuring accuracy and predictability with double-arch
        impressions.  J Am Dent Assoc. 2008 Aug; 139 (8):1123-5.

484.    Christensen GJ.  Ask Dr. Christensen: auto-mixing devices & preventive
        materials.  Dental Economics. Aug 2008; 98 (8)

485.    Christensen GJ. Critical appraisal. Mini implants: good or bad for long-term
        service?  J Esthet Restor Dent. 2008; 20 (5): 343-8.

486.    Christensen GJ.  Successful use of in-office CAD/CAM in a typical practice.  J
        Am Dent Assoc.  2008 Sep; 139 (9) 1257-60.

487.    Christensen GJ.  Ask Dr. Christensen:  mini implants vs conventional-sized
        implants.  Dental Economics. Sep 2008; 98 (9)

488.    Christensen GJ.  Urgent challenges for dentists and laboratory technicians.  Dent
        Today. 2008 Oct;27(10):18, 20.

489.    Christensen GJ.  Implants:  Expensive turf privilege or service to patients?
        Dental Economics. 2008 Oct; 98 (10): 12,14.

490.    Christensen GJ.  Ask Dr. Christensen: avoiding malpractice suits & bonding
        technique.  Dental Economics. Oct 2008; 98 (10)

491.    Christensen GJ.  Thick or thin veneers?  J Am Dent Assoc.  Nov 2008; 139 (11):
        1541-3.

**EXHIBIT 150**

**PERIODICALS (CONTINUED):**

492.   Christensen GJ.  Ask Dr. Christensen:  complex rehabilitation therapy.  Dental Economics. Nov 2008; 98 (11): 68-70.

493.   Christensen GJ.  Salvaging crowns and fixed prostheses, when and how to do it.  J AM DENT ASSOC.  Dec 2008; 139 (12): 1679-82.

494.   Christensen GJ.  Ask Dr. Christensen:  multi-restoration impressions.  Dental Economics. Dec 2008; 98 (12):

495.   Christensen GJ.  Ask Dr. Christensen:  mini implants. Dental Economics. Jan 2009; 99 (1): 34, 36.

496.   Christensen GJ.  Restorative dentistry for times of economic distress.  J Am Dent Assoc  February 2009; 140(2): 239-242.

497.   Christensen GJ.  Ask Dr. Christensen:  sealants.  Dental Economics Feb 2009; 99(2)

498.   Christensen GJ.  Ask Dr. Christensen:  ethics and esthetic dentistry.  Dental Economics.  Mar 2009; 99(3)

499.   Christensen GJ.  Ask Dr. Christensen:  diagnostic radiographs.  Dental Economics.  Apr 2009; 99(4)

500.   Christensen GJ.  Improving dentist-technician interaction and communication.  J Am Dent Assoc. April 2009(4):475-8.

501.   Christensen GJ.  Ask Dr. Christensen:  radiation treatment.  Dental Economics. Jun 2009; 99(6): 60-1.

502.   Christensen GJ.  Commentary: effect of light irradiation on tooth whitening: enamel microhardness and color change.  J Esthet Restor Dent. 2009;21(6):395-6.

503.   Christensen GJ.  The increased use of small-diameter implants.  J Am Dent Assoc 2009; 140(6): 709-712.

504.   Christensen GJ.  Selecting New Products, Techniques, and Concepts for Your Practice.  Dentistry Today July 2009; 28 (7):13-4.

505.   Christensen GJ.  Ask Dr. Christensen:  endo and posts.  Dental Economics.  Jul 2009; 99(7)

506.   Christensen GJ.  Ask Dr. Christensen:  malpractice lawsuits.  Dental Economics.  Aug 2009; 99(8)

507.   Christensen GJ.  Porcelain-fused-to-metal versus zirconia-based ceramic restorations, 2009.  J Am Dent Assoc 2009; 140(8): 1036-9.

**EXHIBIT 150**

-160-

**PERIODICALS (CONTINUED):**

508.   Christensen GJ.  Ask Dr. Christensen:  current curing lights.  Dental Economics.
Sept 2009; 99(9)

509.   Christensen GJ.  Ask Dr. Christensen:  PFM repair.  Dental Economics.  Oct
2009; 99(10)

510.   Christensen GJ.  Impressions are changing – deciding on conventional, digital or
digital plus in-office milling.  J Am Dent Assoc 2009; 140(10):1301-4.

511.   Turnbull J, Christensen GJ.  The Business Side of Dentistry.  Dental
Entrepreneur.  Fall 2009.  Pgs 4,6-8.

512.   Christensen GJ.  Ask Dr. Christensen:  mini implants.  Dental Economics.  Nov
2009; 99(11)

513.   Christensen GJ.  Developing your staff into a patient education team.  J Am Dent
2009; 140 (12): 1536-9.

514.   Christensen GJ.  Ask Dr. Christensen:  embezzlement.  Dental Economics.  Dec
2009; 99(12)

515.   Christensen GJ.  Ask Dr. Christensen:  ridge preservation.  Dental Economics.
Jan 2010; 100 (1):42-8.

516.   Christensen GJ.  Why use resin cements?  J AM Dent Assoc 2010; 141 (2):204-
6.

517.   Christensen GJ.  "Preventive Dentistry Can Be a Win-Win Situation".  Inside
Dentistry 2010; 6(2).

518.   Christensen GJ, Child PL.  Has resin-based composite replaced amalgam?
Dentistry Today 2010; 29(2):108-110.

519.   Christensen GJ.  Ask Dr. Christensen:  amalgam.  Dental Economics.  Feb 2010;
100(2): 62-6.

520.   Christensen GJ.  Ask Dr. Christensen: large resin-based composite restorations.
Dental Economics.  March 2010; 100(3): 66-70.

521.   Christensen GJ.  Making Class II resin-based composite restorations predictable
and profitable.  J Am Dent Assoc.  April 2010; 141(4): 457-60.

522.   Christensen GJ.  Ask Dr. Christensen:  dentin bonding and desensitization.
Dental Economics.  April 2010; 100 (4): 44-8.

523.   Christensen GJ, Child PL Jr.  Advantages of Small-Diameter Implants.  Dentistry
Today.  May 2010; 29(5):116-20.

45

**EXHIBIT 150**
-161-

**PERIODICALS (CONTINUED):**

524.   Christensen GJ.  Ask Dr. Christensen: Conservative Treatment Plans.  Dental
Economics.  May 2010; 100(5): 36-40, 88.

525.   Christensen GJ.  Are you using "gray-market" or counterfeit dental products?  J
Am Dent Assoc.  June 2010, 141 (6):712-5.

526.   Christensen GJ.  Ask Dr. Christensen:  air abrasion vs air slurry polisher units.
Dental Economics.  June 2010; 100(6):

527.   Christensen GJ.  Ask Dr. Christensen:  flowable resins.  Dental Economics.  July
2010; 100(7):.

528.   Christensen GJ.  The ceramic crown dilemma.  J Am Dent Assoc.  August 2010,
141(8): 1019-22.

529.   Christensen GJ.  Ask Dr. Christensen:  magnification in dentistry.  Dental
Economics.  August 2010, 100(8):46-49.

530.   Child PL, Christensen GJ.  Digital Radiography: An Improvement?  Dentistry
Today. August 2010; 29(8):100-101.

531.   Christensen GJ.  Ask Dr. Christensen: double-arch vs full-arch impressions.
Dental Economics.  Sept 2010, 100(9): 70-4.

532.   Christensen GJ.  Ask Dr. Christensen: caries preventive restorative materials.
Dental Economics.  October 2010; 100(10):54-8.

533.   Christensen GJ.  Positive changes in dentistry related to the "great recession".  J
Am Dent Assoc.  October 2010; 141(10):1259-61.

534.   Christensen GJ.  Ask Dr. Christensen:  comparative longevity of amalgam,
composite, ceramic, and cast gold.  Dental Economics.  November 2010,
100(11):80-4.

535.   Christensen GJ, Child PL Jr.  Bone grafting implants: always the best treatment?
Dent Today. 2010 Nov;29(11):162, 164-5.

536.   Christensen GJ.  Should resin-based composite dominate restorative dentistry
today?  J Am Dent Assoc.  December 2010; 141(12):1490-3.

537.   Christensen GJ. Ask Dr. Christensen:  mandibular dentures.  Dental Economics.
December 2010, 100(12):46-50.

538.   Christensen GJ. Ask Dr. Christensen: Class II resin based composite
restorations.  Dental Economics. January 2011; 101(1):50-4, 95.

539.   Christensen GJ, Child Jr PL.  Is all "evidence-based" dentistry trustworthy?
DentalTown. January 2011; 12(1):52-7.

**EXHIBIT 150**

**PERIODICALS (CONTINUED):**

540.   Christensen GJ.  Are you using "Gray-Market" or Counterfeit Dental Products?
The Iowa Dental Quarterly.  Winter 2011; 14-7.

541.   Christensen GJ.  The dangers of "Gray-Market" and Counterfeit Dental Products.
 Chairside Magazine 2011 6 (1): 14-9. (reprint)

542.   Christensen GJ. Helping patients understand and accept the best treatment
plans.  J Am Dent Assoc. February 2011; 142(2):197-200.

543.   Christensen GJ, Child Jr PL.  New Technology: Mandatory, Elective, or Hype?
February 2011; 30(2):134-44.

544.   Christensen GJ. Ask Dr. Christensen:  Crown lengthening.  Dental Economics.
February 2011; 101(2): 84-90.

545.   Child Jr PL, Christensen GJ.  The problem with "Panacea" – is there only one
solution for every oral problem?  DentalTown.  March 2011; 12(3):56-62.

546.   Christensen GJ. Child Jr PL.  CAD/CAM in dentistry.  CAD/CAM. March 2011;
1(3): 3.

547.   Christensen GJ. Ask Dr. Christensen:  All-zirconia restorations.  Dental
Economics. March 2011; 101 (3): 60-3.

548.   Christensen GJ.  Improving interocclusal records for crowns and fixed
prostheses.  J Am Dent Assoc.  April 2011; 142(4): 441-444.

549.   Christensen GJ. Ask Dr. Christensen:  Treatment of cracked teeth.  Dental
Economics. April 2011; 101(4): 68-74.

550.   Christensen GJ, Child Jr PL.  Is it time for in-office CAD/CAM milling of
restorations to go mainstream?  DentalTown.  May 2011; 12(5):66-71.

551.   Christensen GJ. Ask Dr. Christensen:  Implant abutments.  Dental Economics.
May 2011; 101 (5): 50-60.

552.   Christensen GJ. Ask Dr. Christensen:  4-handed and 6-handed dental assisting.
Dental Economics.  June 2011; 101(6): 66-70.

553.   Christensen GJ. The all-ceramic restoration dilemma – where are we?  J Am
Dent Assoc.  June 2011; 142(6): 668-71.

554.   Child Jr PL, Christensen GJ. What is the ideal direct posterior restoration?
DentalTown. July 2011; 12(7):86-92.

555.   Christensen GJ. Ask Dr. Christensen:  Class II resin based composite
restorations.  Dental Economics.  July 2011; 101(7): 49-52.

**EXHIBIT 150**

-163-

PERIODICALS (CONTINUED):

556. Christensen GJ, Child Jr. PL. The truth about small-diameter implants. Inclusive Magazine 2011; 2 (1):6-9. (reprint)

557. Christensen GJ, Simon JF, Strassler HE. The amalgam controversy: where do we go from here? Compendium. July/August 2011; 32(6):10-11.

558. Christensen GJ. Ask Dr. Christensen: implants and overdentures. Dental Economics. August 2011; 101(8): 56-58,90.

559. Christensen GJ. Ask Dr. Christensen: The minimally invasive conservative treatment approach. Australasian Dental Practice. Jul/Aug 2011; 22(4):64-66.

560. Christensen GJ. Is the current generation of technology facilitating better dentistry? J Am Dent Assoc. August 2011; 959-63.

561. Christensen GJ. Who should direct and coordinate dental implant placement? (reprint). Dentistry Today. Aug 2011; 8(3):10-12.

562. Christensen GJ. Restoration longevity versus esthetics: a dilemma for dentists and patients. J Am Dent Assoc. Oct 2011; 1194-96.

563. Ruiz JL, Christensen GJ. Myths vs. realities: State-of-the-art indirect posterior tooth-colored restorations. J of Cosmetic Dent. Fall 2011; 63-72.

564. Christensen GJ, Child PL Jr. Fixed Prosthodontics: Time to change the status quo? Dentistry Today. Sept 2011; 30(9):66-73.

565. Christensen GJ. Ask Dr. Christensen: tongue cleaning. Dental Economics. September 2011; 101(9):72-9,84.

566. Christensen GJ, Child PL Jr. Extract and graft or extract and dismiss? Dental Town Magazine. Sept 2011; 12(9):28-34.

567. Christensen GJ. Ask Dr. Christensen: longevity of RBC in class II restorations. Dental Economics. October 2011; 101(10):56-64.

568. Christensen GJ, Child PL Jr. What has happened to Dental Assisting? DentalTown Magazine; Nov 2011; 12 (11):24-30.

569. Christensen GJ. Ask Dr. Christensen: small-diameter implants. Dental Economics. Nov 2011; 101(11):68-72.

570. Christensen GJ. I have had enough! (reprint) Dentistry Today. Dec 2011; 8(4):8-10.

571. Christensen GJ. Ask Dr. Christensen: Zirconia restoration removal. Dental Economics. Dec 2011; 101 (12):46-9.

EXHIBIT 150

572.    Christensen GJ.  Dentistry's forced return to its roots.  JADA. Dec 2011;142(2): 1393-5.

573.    Christensen GJ. Ask Dr. Christensen: removable partial dentures. Dental Economics. Jan 2012; 102(1):62-4,90.

574.    Christensen GJ. Challenges facing the US Dental Profession. DentalTown Magazine. Jan 2012;13(1):28-36.

575.    Christensen GJ, Child PL Jr. What has happened to Dental Assisting? (reprint) Michigan Dental Assoc Focus. Jan/Feb 2012; 1(1):28-30.

576.    Christensen GJ.  Ask Dr. Christensen: esthetic restoration of implants where gingiva is lacking.  Dental Economics. Feb 2012; 102 (2):58,60,63.

577.    Christensen GJ. The future: materials, challenges in dentistry, and education. Dentistry Today. Feb 2012; 31(2):102-106.

578.    Christensen GJ. Ask Dr. Christensen: Hiring new employees. Dental Economics. Mar 2012; 102 (3):44-5,48.

579.    Christensen GJ. A Changing Paradigm – Indirect Restoration Use. J Am Dent Assoc. 2012 Apr; 143(4):398-400.

580.    Christensen GJ. Ask Dr. Christensen:  Helping new dentists gain clinical competency.  Dental Economics. April 2012; 102 (4).

581.    Christensen GJ. Ask Dr. Christensen: Off-shore laboratories.  Dental Economics. May 2012; 102(5):44,46,48.

582.    Christensen GJ. Ask Dr. Christensen: ceramic restoration cementation. Dental Economics. June 2012; 102(6):48-50.

583.    Christensen GJ. Ask Dr. Christensen: is socket grafting standard of care? Dental Economics. July 2012; 102(7):30-2.

584.    Christensen GJ. Midlevel practitioners – are they needed in dentistry? DentalTown Magazine. July 2012; 13(7):92.

585.    Christensen GJ. Ask Dr. Christensen: do you need cone beam radiography? Dental Economics. August 2012; 102(8):26-30.

586.    Christensen GJ. Why are dental implants not used more in the USA? J Am Dent Assoc. 2012 Aug; 143(8):903-4.

EXHIBIT 150

-165-

**ABSTRACTS:**

1.  CHRISTENSEN GJ.  The Effect of Water Swaging on Stress and Strain in Dental Wax Patterns, I.A.D.R. Abstracts 41:144, 1963.

2.  CHRISTENSEN GJ. and KRAUS, B.S.  The Initial Calcification of the Human First Permanent Molar, I.A.D.R. Abstracts, 1964.

3.  CHRISTENSEN GJ.  The Marginal Fit of Gold Inlay Castings, I.A.D.R. Abstracts, No. 334, July, 1965.

4.  CHRISTENSEN GJ.  Morphologic Characteristics of the Human Prenatal Molar Tooth Buds, I.A.D.R. Abstracts, No. 142, March, 1966.

5.  CHRISTENSEN GJ. and KRAUS, B.S.  The Initial Calcification of the Human First Permanent Molar, Dental Abstracts, Vol. 11, No. 6, p. 388, June, 1966.

6.  CHRISTENSEN GJ. and WITTROCK, J.W.  The Use of Ultra High Speed Handpieces in Restorative Dentistry, Oral Res. Abstracts, Vol. 1, No. 9, December, 1966.

7.  CHRISTENSEN GJ.  Dental Caries Today and in the Future, Oral Research Abstracts, Vol. 2, No. 3:177, March, 1967.

8.  CHRISTENSEN GJ. and DILTS, W.B.  Rotary Speed, Load and Effect of Dental Finishing and Polishing Procedures, I.A.D.R. Abstracts, No. 504, March, 1967.

9.  CHRISTENSEN GJ. and KRAUS, B.S.  Initial Calcification of the Human First Permanent Molar, Oral Research Abstracts, Vol. 2, No. 3:188, March, 1967.

10. COUGHLIN, J.W. and CHRISTENSEN GJ.  Growth and Calcification in the Prenatal Human Primary Molars, Oral Research Abstracts, Vol. 2, No. 4:284, April, 1967.

11. CHRISTENSEN GJ. and KRAUS, B.S.  The Initial Calcification of the Human First Permanent Molar, Year Book of Dentistry, pp. 327-329, 1966-67.

12. CHRISTENSEN GJ.  Marginal Fit of Gold Inlay Castings, Oral Research Abstracts, 2:890, Oct., 1967.

13. CHRISTENSEN GJ.  Occlusal Morphology of Human Molar Tooth Buds, Oral Research Abstracts, 2:1012, Dec., 1967.

14. CHRISTENSEN GJ. and BROWN, T.A.  Accuracy of Fit of Direct Fired Porcelain Inlays, I.A.D.R. Abstracts, No. 433x, March, 1968.

**EXHIBIT 150**

-166-

**ABSTRACTS (CONTINUED):**

15.     COUGHLIN, J.W. and CHRISTENSEN GJ.  Comparison of Dry Heat, Autoclave and Vapor Sterilizers, Dent. Abs. 13:361, June, 1968.

16.     COOPER, T.; CHRISTENSEN GJ.; LASWELL, H.; BAXTER, R.  Effect of Venting on Cast Gold Full Crowns, I.A.D.R. Abstracts, No. 262, March, 1969.

17.     CHRISTENSEN GJ. and BABB, R.  Retentive Qualities of Porcelain Inlays, I.A.D.R. Abstracts, No. 337, March, 1969.

18.     JOHNSON, R.H; CHRISTENSEN GJ.; STIGERS, R.W.  Pulpal Irritation Due to Silicate Acid, I.A.D.R. Abstracts, No. 568, March, 1969.

19.     CHRISTENSEN GJ. and DILTS, W.E.  Thermal Change During Dental Polishing, Dent. Abs. 14:549, Sept., 1969.

20.     JOHNSON, R.H.; CHRISTENSEN GJ.; STIGERS, R.W.; and LASWELL, H.R.  Pulpal Irritation from Phosphoric Acid Component of Silicate Cement.  Dental Abs. 15:429, 1970.

21.     CHRISTENSEN GJ.  Use of Compacted Golds, Dental Abs. 16:375-376, 1971.

22.     CHRISTENSEN GJ.  Should Continuing Education be Mandatory?  Year Book of Dentistry, p. 487, 1972.

23.     CHRISTENSEN GJ.  Tooth-Colored Restorations:  Clinical Application of Research, Dental Abs. 17:224-225, April 1972.

24.     CHRISTENSEN GJ.  Professional Interaction in Academic Health Centers, I.A.D.R. Abstracts, No. 228, Feb., 1973.

25.     CHRISTENSEN GJ.  Which Tasks to Teach and Delegate?  Dentists Indicate Their Preferences.  Dental Survey 51:54-55, July 1975.

26.     CHRISTENSEN GJ. and NASSIMBENE, R.D.  Attitudes of Colorado Dentists Toward Expanded-Duty Auxiliaries, Dental Abstracts, Vol. 20, No. 9, p. 524-525, September, 1975.

27.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  Comparative Analysis of Finishing Techniques for a New Composite Resin.  AADR Abstracts, 56(B), No. 519, June, 1977.

28.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  Dimensional Stability and Working Characteristics of Polyethers and Polysiloxanes.  IADR Abstracts, 57(A), No. 34, January 1978.

**EXHIBIT 150**
-167-

**ABSTRACTS (CONTINUED):**

29.     CHRISTENSEN GJ.  Techniques for Fixed Prosthodontic Impressions, Dental
        Abstracts, p. 154-155, March, 1978.

30.     CHRISTENSEN GJ.  Use of Reversible Hydrocolloid at High Altitudes, Dental
        Abstracts, p. 196, April, 1978.

31.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  Clinical Comparison of Urethane
        Dimethacrylate and bis-GMA Restorative Resins, I.A.D.R. Abstracts 58, No. 958,
        Jan., 1979.

32.     CHRISTENSEN, R.P.; JENSEN, M.M.; and CHRISTENSEN GJ.  Comparative
        Evaluation of Hand washing Regimens and Preparations for Dental Personnel,
        I.A.D.R. Abstracts 58, No. 1239, Jan., 1979.

33.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  *In Vivo* Comparison of
        Composite and Microfill Resin, a Two-Year Report, I.A.D.R. Abstracts, 59,
        No. 219, March, 1980.

34.     CHRISTENSEN, R.P.; CHRISTENSEN GJ.; and HOLMBERG, J.  Evaluation of
        an Autoclave Monitoring System, I.A.D.R. Abstracts, 59, No. 494, March, 1980.

35.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  *In Vivo* Comparison of
        Composite and Microfill Resin, a Three-Year Report, I.A.D.R. Abstracts, 60,
        No. 678, March, 1981.

36.     CHRISTENSEN, R.P; CHRISTENSEN GJ.; and JENSEN, M.M.  Effect of Water
        Dilution on 2% Alkaline Glutaraldehyde Disinfectants, A Preliminary Report,
        I.A.D.R. Abstracts, 60, No. 1010, March, 1981.

37.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  Finishing Techniques for
        Composite Resins, Dent. Abs. 27:64-65, February, 1982.

38.     CHRISTENSEN, R.P; CHRISTENSEN GJ.; and BAILEY, G.M.  Composite and
        Microfill Resin Compared - Three years of Service, I.A.D.R. Abstracts, 61,
        No. 619, March, 1982.

39.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  *In Vivo* Comparison of a
        Microfilled and a Composite Resin:  A Three-Year Report, Dental Abs.
        23:118-119, March, 1983.

40.     CHRISTENSEN, R.P. and CHRISTENSEN GJ.  Composite and Amalgam
        Compared in Class II Restorations, I.A.D.R. Abstracts, 62, No. 758, March, 1983.

EXHIBIT 150

-168-

**ABSTRACTS (CONTINUED):**

41.   CHRISTENSEN, R.P. and CHRISTENSEN GJ.  *In vivo* Comparison of Four Brands of Silver Amalgam--One Year Report, I.A.D.R. Abstracts, 62, No. 323, March, 1983.

42.   FRY, J.R.; CHRISTENSEN, R.P; and CHRISTENSEN GJ.  Comparison of Etch Patterns and Correlation with Shear and Bond Strengths, I.A.D.R. Abstracts, 63, No. 535, March, 1984.

43.   CHRISTENSEN, R.P. and CHRISTENSEN GJ.  Three Year Evaluation of Posterior Composites, I.A.D.R. Abstracts, 64, No. 1255, March, 1985.

44.   CHRISTENSEN GJ.  Resin Veneering, Dental Abstracts, p. 445, July, 1985.

45.   CHRISTENSEN, R.P. and CHRISTENSEN GJ.  *In vivo* Effects of Polishing on Enamel and Dentin, I.A.D.R. Abstracts, 65, No. 1149, March 1986.

46.   CHRISTENSEN, R.P. and CHRISTENSEN GJ.  *In vivo* Etched Enamel Monitored by SEM for 6 months, I.A.D.R. Abstract, 65, No. 1284, March, 1986.

47.   BANGERTER, V. CHRISTENSEN, R.P. CHRISTENSEN GJ.  Method for Determination of *In-Vitro* Wear.  I.A.D.R. Abstract, 66, No. 158, March 1987.

48.   STEVENS, A.  BRADSHAW, B.  CHRISTENSEN, R.  BANGERTER, V.  and CHRISTENSEN G.  Comparison of 3 Surface Treatments and 11 Cements for Resin Retained Prostheses.  I.A.D.R. Abstract, 66, No. 742, March 1987.

49.   CHRISTENSEN GJ. and MUIR, E.B.  Glass Ionomer Cement Strength Related to Mixing Time.  I.A.D.R. Abstract, 66, No. 778, March 1987.

50.   CHRISTENSEN, R.  CHRISTENSEN, G. and BANGERTER, V.  3-Year *In-Vivo* Comparison of 7 Posterior Resins with Silver Amalgam.  I.A.D.R. Abstract, 66, No. 833, March 1987.

51.   CHRISTENSEN, R.  BANGERTER, V.  and CHRISTENSEN, G.  Six Visual Wear Measurement Methods Compared to Occlusal Mapping.  I.A.D.R. Abstract, 67, No. 849, March 1988.

52.   CHRISTENSEN, M.G.  CHRISTENSEN GJ. and MUIR, E.B. Retentive Characteristics of Acid Conditioned Post Canals.  I.A.D.R. Abstract, 67, No. 1530, March 1988.

53.   CHRISTENSEN GJ. Tooth-Colored Inlays and Onlays, Abstract taken from the J. American Dental Association 117:E12, 1988, for Swiss Medidea, March 1989.

EXHIBIT 150

-169-

**ABSTRACTS (CONTINUED):**

54.     CHRISTENSEN, R.P., BANGERTER, V., and CHRISTENSEN GJ. Characteristics of 13 Class II Restorative Materials.  I.A.D.R. Abstract, 68, No. 706, March 1989.

55.     RICHTER, D., and CHRISTENSEN GJ. A Comparison of Silicone and Light Curing Impression Materials. I.A.D.R. Abstract, 68, No. 1257, March 1989.

56.     ADAMS, D., CHRISTENSEN, R.P., and CHRISTENSEN GJ.  Clinical Evaluation of Porcelain Veneers:  One-Year Report. I.A.D.R., Abstract, 68, No. 1705, March 1989.

57.     CHRISTENSEN GJ. and CHRISTENSEN, R.P. Porcelain Veneers-Two Years of Clinical Service.  I.A.D.R. Abstract, 69, No. 1553, March 1990.

58.     HUNSAKER, K.J., CHRISTENSEN GJ. and CHRISTENSEN, R.P.  Tooth Bleaching Chemicals-Influence on Teeth and Restorations. I.A.D.R. Abstract, 69, No. 1558, March 1990.

59.     CHRISTENSEN GJ. HUNSAKER, K., BANGERTER, V., CHRISTENSEN, R., Influence of Amalgam On Cusp Fracture Resistance of Molar Teeth, I.A.D.R. Abstract, 70, No. 279, April 1991.

60.     CHRISTENSEN GJ. CHRISTENSEN, R., VOGL, S., BANGERTER, V., 2-Year Clinical Comparison of 6 Inlay Systems, I.A.D.R. Abstract, 70, No. 2360, April 1991.

61.     HUNSAKER, K.J., CHRISTENSEN GJ. CHRISTENSEN, R.P., CAO, D.S., LEWIS, R.G., Retentive Characteristics of Dental Luting Agents, A.A.D.R. Abstract, 71, No. 140, March 1992.

62.     LEWIS, R.G., CHRISTENSEN GJ. Effect of Fluoride Gels on Dental Luting Materials, A.A.D.R. Abstract, 71, No. 141, March 1992.

63.     PETERSON, E.D., PALMER, T., ANDERSON, M.R., CHRISTENSEN GJ. Comparison and Evaluation of Dental Electrosurgery Units, A.A.D.R. Abstract, 71, No. 980, March 1992.

64.     CHRISTENSEN, R.P., CHRISTENSEN GJ. Service Potential of All-Ceramic Fixed Prosthesis in Areas of Varying Risk .A.A.D.R. Abstract, 71, No. 1716, March 1992.

65.     CHRISTENSEN GJ. Restorative Treatment for Mature Patients, F.A.D.A. Abstract, Vol. 37, No. 6, December 1992.

EXHIBIT 150

-170-

## ABSTRACTS (CONTINUED):

66. CHRISTENSEN, R.P., CHRISTENSEN GJ. HEIN, D.K., 2-Year Clinical Performance Summary on 21 Direct and Indirect Class 2 Materials, I.A.D.R. Abstracts, No. 628, March 1994.

67. CHRISTENSEN GJ. CHRISTENSEN, W.G., Electrical Anesthesia (EA) While Delivering Local Anesthetic, I.A.D.R. Abstracts, No. 870, March 1994.

68. CHRISTENSEN GJ. The Most Needed Application for Dental Implants, Dental Medium, Damascus, Syria, 1995.

69. CHRISTENSEN GJ. The Choice for Pediatric Posterior Teeth Restoration, Dental Review, Volume 8, No. 3, p. 20, 1996.

70. CHRISTENSEN GJ. Glass Ionomer-Resin Cements are a Promising Category of Dental Cements, Dental Abstracts, Volume 41, No. 2, p. 66, March/April 1996.

71. CHRISTENSEN GJ. The State of the Art in Fixed Prosthodontics, Dental Abstracts, Volume 41, No. 2, p. 72, March/April 1996.

72. CHRISTENSEN GJ. Resin Restorations in Anterior Teeth, Dental Abstracts, Volume 41, No. 3, p. 129, May/June 1996.

73. CHRISTENSEN GJ. Restoring Worn Anterior Teeth, Dental Abstracts, Volume 41, No. 3, p. 130-131, May/June 1996.

74. CHRISTENSEN GJ. Increasing Patient Service by Effective Use of Dental Hygienists, Dental Abstracts, Volume 41, No. 3, p. 137, May/June 1996.

73. CHRISTENSEN GJ. Techniques and Materials for Provisional Restorations, Dental Abstracts, Volume 41, No. 4, pp. 236-237, September/October 1996.

74. CHRISTENSEN GJ. Resin Modified Glass Ionomers--Materials of Many Uses," The 40th Anniversary International Dental Symposium of the GC Membership Society--Preview the Next Century in Dentistry, Clinical Series No. 76, pp. 16-17, 1996.

75. CHRISTENSEN GJ. Preventing Tooth Sensitivity Associated with Class I and Class II Resin Restorations, Dental Abstracts, Volume 41, No. 6, p. 287, November/December 1996.

76. CHRISTENSEN GJ. Guidelines for Use of Fillers, Build-ups, or Posts and Cores in Restorations, Dental Abstracts, Volume 42, No. 2, p. 80, March/April 1997.

EXHIBIT 150
-171-

**ABSTRACTS (CONTINUED):**

77.     CHRISTENSEN GJ. When Extraction and Tooth Replacement are Part of the Best Treatment Plan, Dental Abstracts, Volume 43, No. 1, p. 11, January/February 1998.

78.     CHRISTENSEN GJ. When Air Abrasion is Useful and When It Isn't, Dental Abstracts, Volume 43, No. 4, p. 168, July/August 1998.

79.     CHRISTENSEN GJ. Managing Cervical Tooth Sensitivity, Dental Abstracts, Volume 43, No. 5, p. 214, September/October 1998.

80.     CHRISTENSEN GJ. Removing a Partially Losse Fixed Prosthesis, Dental Abstracts, Volume 43, No. 6, p. 271, November/December 1998.

81.     CHRISTENSEN GJ. Deciding Between Pulp Capping and Endodontic Treatment, Dental Abstracts, Volume 44, No. 1, p. 24, January/February 1999.

EXHIBIT 150
-172-

**INTERVIEWS AND LAY PUBLICATIONS:**

1.    TOWNE and COUNTRY, by Jeanie Wilson, entitled "New Techniques in Cosmetic Dentistry, Coming Up Smiling, Leading Dentists Skilled in Cosmetic Techniques," pp. 220-295, Nov. 1985.

2.    DENTAL ECONOMICS, by Dick Hale, interview entitled" From There to Here," Jan. 1986.

3.    FUTURE DENTISTRY, entitled "Utah Couple Head Helpful Clinical Research Associates," pp. 13, Jan. 1986.

4.    DENTISTRY TODAY, by Editor Dentistry Today, entitled "Gazing Into Dentistry's Crystal Ball, 5(5), June 1986.

5.    DENTISTS MAGAZINE by Dick Harmon, Interview entitled "The Christensen's Oversee Evaluation of Dental Products--Utah Couple Strives to Serve as `Consumer Advocate' for Profession."  Sept./Oct. 1986.

6.    DENTAL MANAGEMENT MAGAZINE by Consulting Editor Dr. Mark Saxen, Interview entitled, "Ideal Dentistry--Faster:  An Interview with Dr. Gordon Christensen," pp. 60-64, Nov. 1986.

7.    L.D. CAULK BROCHURE, "The Promising Future of Dentistry," Section entitled "Esthetic Dentistry Procedures are the Most Markedly up of All."  Jan. 1987.

8.    J AM DENT ASSOC, by BERNARD J. BEAZLEY, entitled "Post Student Clinicians:  Where Are They Now?"  Vol. 114, pp. 162, Feb. 1987.

9.    DENTIST MAGAZINE, by Mark Hartley, entitled "The Top Twenty," pp. 41-42, Sept/Oct 1987.

10.   QUINTESSENCE of DENTAL TECHNOLOGY, Interview by W. Patrick Naylor, entitled "Gordon J. Christensen, DDS, MSD, PhD, Talks About New Materials and Techniques in Dental Technology," pp. 339-345, Sept/Oct 1987.

11.   DENTISTRY TODAY, by Ellen P. Faw, entitled "Dr. Gordon Christensen Probes New Developments,"  pp. 1, 31-34, Feb. 1988.

12.   DENTISTRY TODAY, entitled "Top Clinicians at Midwinter Sessions and Dr. Gordon J. Christensen Probes New Developments," Vol 7(1):1, 31, Feb 1988.

13.   DENTIST MAGAZINE, by Dr. Dan Stanton, interview, May/June 1988.

14.   DENTIST MAGAZINE, by Mark Hartley, entitled "Eight Different Material Categories. July/August 1988.

**EXHIBIT 150**

-173-

**INTERVIEWS AND LAY PUBLICATIONS (CONTINUED):**

15. DENTIST MAGAZINE, by Mark Hartley, entitled "Top Guns--The Top Speakers, Dentist Survey Rates Seminar Speakers," pp. 1, 13, Sept./Oct. 1988.

16. DENTAL MANAGEMENT. by Dr. Mark Saxen, An interview with Dr. Gordon Christensen, "Presenting Excellence: Polish Your Communication Skills.", pp. 34-40, February 1989.

17. CAL-LAB NEWSLETTER, Narrative of lecture of Cal-Lab group, Chicago, IL, June-Sept. 1989.

18. DENTIST MAGAZINE, by Dr. Gordon J. Christensen, Guest Editorial, "Evaluating New Products in Dentistry," June 1989.

19. WSDA NEWS, "Christensen Named Distinguished Alumnus," p. 17, May 1989.

20. DENTIST MAGAZINE, by Dr. Gordon J. Christensen, Guest Editorial, "Products Require Ongoing Education," p. 5, Sept. 1989.

21. DENTISTRY TODAY, "Making the Grade:  The Christensen Product Report is Clear Benchmark," pp. 22-28, Sept. 1989.

22. DENTIST MAGAZINE, by Mark Hartley entitled "Christensen, Dawson Still Most Popular," pp. 1, 57, Oct. 1989.

23. SYNERGY, "Tooth Preparation to Achieve Better Esthetics," pp. 1, 9, Fall 1989.

24. DENTISTRY TODAY, "New Aspects of Dentistry, Part I, Interview by Hugh F. Doherty, pg. 26, February 1991.

25. ALLURE, "White Magic,"  p. 76, March 1991.

26. DENTISTRY TODAY, "New Aspects of Dentistry, Part II, Interview by Hugh F. Doherty, p. 28, March 1991.

27. DENTISTRY TODAY, "New Aspects of Dentistry, Part III, Interview by Hugh F. Doherty, p. 22, April 1991.

28. ALLURE, "Teeth Without Metal," Interview by Dava Sobel, p. 30, August 1991.

29. PREVENTION, "Replacing Your Old Fillings,"  Interview by Stephanie Ebbert, pg 94, September 1991.

30. QUINTESSENCE, "Special Interview With Dr. Christensen," Interview by Shiro Suzuki, Vol. 10, No. 12, p. 129, December 1991.

31. CBS NEWS, Hal Gessner, live interview for "Street Stories," May 2, 1992.

58

EXHIBIT 150

-174-

**INTERVIEWS AND LAY PUBLICATIONS (CONTINUED):**

32.   AGD Impact, "Can Prophy Angles Transmit Disease?", Interview by Kathy Scarbeck, pp. 12, 13, 17, May 1992.

33.   J AM DENT ASSOC, "Frustrations and Inspirations", Interview by Jeannie Maybaum, p. 4, Second Quarter, 61 (2) 1992.

34.   AGD IMPACT, "The Latest Target for Infection Control", Interview by Kathy Scarbeck, pp. 16-28, October 1992.

35.   ENSIGN, "LDS Dentist Reach Out", pp. 64-65, June 1992.

36.   PreView, "An Interview with Dr. Gordon J. Christensen Interview by Dr. James Stehman, pp. 29-32.

37.   HINNMAN MEETING NEWSPAPER, by Stacey O'Brien, March 16, 1993.

38.   THE COMPENDIUM, "Dentistry - Its Future", Interview by Bill Veenstra, pp. 5 & 6, Spring 1993.

39.   STANDARD EXAMINER, by Lori Hunt, "Handpiece Sterilization," April 1993.

40.   QUINTESSENCE INTERNATIONAL, "Study in the Everyday Practice is the Key to Success," (Printed in Japanese), Vol. 12, No. 10, pp. 35-36, October 1993.

41.   DENTISTRY TODAY, Interview by Ted Fetner, "The CRA Stamp of Approval: Clearing New Paths in Dentistry," pp. 34-39, February 1994.

42.   DENTISTRY TODAY, Interview by Rick Hirsch, "On Practice, Education and Research:  Dr. Gordon Christensen Addressees the Future of Dentistry," pp. 28-31, March 1994.

43.   THE DAILY HERALD, Interview by Janet Hart, "On the Cutting Edge--Provo Couple Making Their Mark on the Dental World," Sunday, April 24, 1994, pp. E1-E2.

44.   FORSSBERGS JOURNALEN, "Optimism när Gordon Christensen talade i Stockholm," (Optimism when Gordon Christensen spoke in Stockholm), Issue 47, pp. 8-9, August 1994.

45.   AGD IMPACT, Interview by Deborah D. Douglas, "GPs Develop Consensus on Implant Care--Coordination is Crucial," Vol. 22, No. 8, pp. 13-16, August/September 1994.

46.   AGD IMPACT, Interview by Chris Smith, "Resin-Based Composite May Steal Crown from Amalgam," Vol. 22, No. 10, pp. 8-14, November 1994.

**EXHIBIT 150**

-175-

**INTERVIEWS AND LAY PUBLICATIONS (CONTINUED):**

47.   MIRAGE NEWS, "Dr. Christensen on Metal Sensitivity," pp. 2 and 4, Winter 1994.

48.   THE DAILY UNIVERSE, by Shea Nuttall, "'Michael Jordan' of Teeth to Speak to Pre-Dental Club," Volume 48, Issue 135, p. 3, Tuesday, April 11, 1995.

49.   DENTAL PRACTICE, "Gordon Christensen in Canada," Interview by A. Graham Gilmour, May 4, 1995.

50.   DENTAL PRODUCTS REPORT, "Dental Materials: Advances, Applications and Techniques," Interview by Teri Reis-Schmidt and Mary Theresa Watson, pp. 17-23, July 1995.

51.   DENTAL PRODUCTS REPORT, "Operatory Equipment, Innovations, Applications and Issues:  an interview with Drs. Gordon and Rella Christensen," Interview by Teri Reis-Schmidt and Mary Theresa Watson, pp. 22-27, August 1995.

52.   DENTISTRY TODAY, "Update on Dentistry:  An Interview with Dr. Gordon Christensen," Interview by Phillip Bonner, pp. 28-33, February 1996.

53.   DENTAL PRACTICE & FINANCE, "Successfully Incorporating Implants into your Practice," by Bob Kehoe, Volume 4, No. 2, pp. 4-12, March/April 1996.

54.   PREMIER MIDLINE, "An Interview with Dr. Gordon Christensen--Part One," Volume 3, Issue 1, pp. 1-2, March 1996.

55.   INDEPENDENT DENTISTRY, "Gordon Christensen Speaks Out," Interview by Ellis Paul, Volume 1, No. 2, pp 10-11, May 1996.

56.   DENTISTRY TODAY, "Gold:  Is it Still the Standard for Restorative Dentistry? " Interview by Phillip Bonner, Volume 15, No. 6, pp. 36-43, June 1996.

57.   PREMIER MIDLINE, "An Interview with Dr. Gordon Christensen--Part Two," Volume 3, Issue 2, pp. 1-2, July 1996.

58.   ACCESS, "Bleaching Wins Acceptance as a Treatment of Choice," Interview by Ian P. Murphy, Volume 10, No. 7, pp. 14-22, August 1996.

59.   DENTAL MASTERS LABORATORY, "An Interview with Dr. Gordon Christensen--Part One," pp. 1 & 6, July/August 1996. (Reprinted from Premier Midline, Volume 3, Issue 1, March 1996.)

60.   DENTISTRY TODAY, "Preserving Fee-For-Service Dentistry," 15 (10), pp. 38-47, October 1996.

**EXHIBIT 150**

-176-

**INTERVIEWS AND LAY PUBLICATIONS (CONTINUED)**

61.   DENTAL MASTERS LABORATORY, "An Interview with Dr. Gordon Christensen--Part Two," pp. 4-5, Fall, 1996. (Reprinted from Premier Midline, Vol. 3, Issue 2, pp. 1-2, July 1996).

62.   PREMIER MIDLINE, "An Interview with Dr. Gordon Christensen--Part 3, Vol. 3, Issue 3, pp. 1-2, Fall 1996.

63.   CONSUMER REPORTS, "Keeping Your Teeth in Shape," by Bill Apple, pp. 43-48, December 1996.

64.   DENTAL PRACTICE & FINANCE, "Equipped for Success," by Bob Kehoe, Vol. 5, No. 1, pp. 12-18, January/February 1997.

65.   DENTAL PRACTICE & FINANCE, "Evaluating High-Tech System Options:  An Interview With Dr. Gordon Christensen," by Bob Kehoe, Vol. 5, No. 1, p. 19, January/February 1997.

66.   AGD IMPACT, "Composites and Amalgam," by Beth Burmahl, Vol. 25, No. 3, pp. 10-16, March 1997.

67.   DESERET NEWS, "USC Hall of Fame Inducts Provo, Mapleton Dentist, p. 11, Friday, March 7, 1997.

68.   DENTISTRY TODAY, "Christensen: Reader's Digest Article a "Disservice" to Dentistry," by Dan Marino, Vol. 16., No. 3, pp. 26-27 & 38-39, March 1997.

69.   DDRT (Dentists' Desktop Reference to Technology), "Technology Trends: Exclusive Interview with Dr. Gordon Christensen and Dr. Bill Dickerson," pp. 4-6, Fifth Edition 1997.

70.   DENTAL ECONOMICS, "Dental Practice 2001," by Dick Hale, Vol. 87, No. 4, pp. 54-60, April 1997.

71.   GDA ACTION (The Journal of the Georgia Dental Association), "So What's A Dentist to Do to Find the Right Courses?" by Dr. Michael Rainwater, pp. 10-15, April 1997.

72.   FLORIDA FOCUS, "Professional Viewpoint-Gordon Christensen," by Michael Dorociak, Vol. 8, No. 1, pp 1 and 10, Spring 1997.

73.   THE FARRAN REPORT, "A Word to the Wise," p. 7, June 1997.

74.   READING EAGLE, by Steve Reinbrecht, "Biting Edge", pp. A-1, A-10, July 27, 1997.

75.   STRATEGIES FOR SUCCESS NEWSLETTER, "Profile of Success," Volume 1, No. 2, Fall 1997.

EXHIBIT 150
-177-

**INTERVIEWS AND LAY PUBLICATIONS (CONTINUED)**

76.    DENTAL ECONOMICS, "Dr. Christensen is Ready to Debate Managed-Care Issue," Vol. 87, No. 11, pp. 19-20, November 1997.

77.    DENTISTRY TODAY, "A Look at the Past and Future," by Phillip Bonner, DDS, Vol. 16, No. 12, pp. 72-78, December 1997.

78.    AURUM CERAMIC DENTAL LABORATORIES NEWS, "An Interview with Dr. Gordon J. Christensen," Vol. 1, Issue 4, pp. 1-3, December 1997.

79.    DENTAL PRODUCTS REPORT, "Clinician's Comments:  An Interview with Dr. Gordon J. Christensen," pp. 90-93, February 1998.

80.    DENTAL PRACTICE & FINANCE, "Expanding Your Implant Services," by Bob Kehoe, Vol. 6, No. 3, pp. 36-44, March/April 1998.

81.    ARTICULATOR, "New Aspects of Dentistry - 1998," Lord's Dental Studio, Volume VIII, Issue 2, p. 3, Summer 1998.

82.    DENTAL PRACTICE & FINANCE, "Material Selection: getting patients involved," by Dan Blunk, Vol. 6, No. 6, pp. 36-38, September/October 1998.

83.    THE NEW YORK TIMES, "Overbite, Underbite, Megabyte:  Dentistry Gets and Upgrade, by Anne Eisenberg, September 3, 1998.

84.    FOCUS ON OHIO DENTISTRY, "Gordon Christensen: Dentistry's Future is Extremely Bright," by Dr. Robert Buchholz, Volume 72, Number 9, p. 14, September 1998.

85.    DENTISTRY TODAY, "Dentistry at the Turn of the Century:  An Interview With Dr. Gordon Christensen, by Phillip Bonner, DDS, Vol 18, No. 2, pp. 44-51, February 1999.

86.    DENTAL PRACTICE & FINANCE, "Resin Curing Lights:  Cost-effective at any speed?" by Bob Kehoe, Vol 7, No. 7, pp. 32-40, September/October 1999.

87.    DENTISTRY TODAY, "New Directions In Dentistry:  An Exclusive Interview with Dr. Gordon Christensen" by Phillip Bonner, pp.  50-58, February 2000.

88.    AMERICAN COLLEGE OF PROSTHODONTISTS – MESSENGER, "Interview with Gordon J. Christensen, DDS, MSD, PhD" by Dr. Larry Over, Vol 30, No. 1, p. 9, February 2000.

89.    DENTAL ECONOMICS, "Q & A With Dr. Gordon Christensen" IN PRESS, October 2000.

90.    AURUM CERAMIC NEWSLETTER, "Where is Cosmetic Dentistry Going?" Vol 13, Issue 4, p 1-2. November 2000.

EXHIBIT 150

-178-

**INTERVIEWS AND LAY PUBLICATIONS (CONTINUED)**

91.     DENTISTRY TODAY, "New Directions in Dentistry"  Vol 21, No 2, p 66, 68-72.
         Feb 2002.

92.     COMPENDIUM, Foreword by Gordon Christensen.  Vol 23, No 3 (Suppl 1),
         March 2002.

93.     DENTAL PRACTICE REPORT, "A Mentor's Mentor:  Dr. David Hornbrook
         Interviews Dr. Gordon Christensen, Part 1" By Bob Kehoe Vol 10 No 4, pp 38 –
         46.  May 2002.

94.     DENTAL PRACTICE REPORT," A Mentor's Mentor:  Dr. David Hornbrook
         Interviews Dr. Gordon Christensen, Part 2" By Bob Kehoe, Vol 10 No 5, pp 38-
         43.  June 2002.

95.     NEW YORK DENTAL SOCIETY JOURNAL, "A Conversation with Gordon
         Christensen" by Elliott M. Moskowitz, DDS, MSD, Vol 71 No 3, pp 14-17.  April
         2005.

96.     DENTAL LAB PRODUCTS, "Solutions to a Crisis" by Pam Johnson.  September
         2005.

97.     DENTISTRY TODAY, "A Life Dedicated to Excellence in Dentistry - An exclusive
         interview with Dr. Gordon Christensen" by Dr. Veerendra Darakh.  Vol IV, Issue
         II, pp 28-30.  2005.

98.     FIRST IMPRESSIONS, "Gordon Christensen – Industry's Educator" by Mark
         Thill.  September 2007: 16-22.

99.     IMPLANT TRIBUNE, "An interview with Dr. Gordon Christensen, who presented
         at the AAID in Las Vegas" by Sierra Rendon.  January 2008: 1,16.

100.    DENTISTRY TODAY, "Restorative Dentistry:  Current Developments and a Look
         to the Future", featuring Dr. Gordon Christensen & Dr. Jose-Luis Ruiz.  2008
         Feb;27(2):98, 100, 102 passim.

101.    CHAIRSIDE MAGAZINE, "Clinician Spotlight – Dr. Gordon Christensen" by
         Michael DiTolla.  3 (1): 15-20. Spring 2008.

102.    DENTAL LAB PRODUCTS, "Some Assembly Required" by Richard Palmer.  Pgs
         22, 24-25. March 2009.

103.    DENTISTRY TODAY, "The Winds of Change:  New Paradigms in Dentistry" by
         Damon Adams.  Pgs 90-94.  February 2009.

104.    ASDA NEWS, "Exceptional Dentist Dr. Gordon Christensen Offers Insights" by
         Allison Page.  Pg 12.  May 2009.

**EXHIBIT 150**

**INTERVIEWS AND LAY PUBLICATIONS (CONTINUED)**

105.   ODA TODAY, "Dr. Gordon J. Christensen to speak at 2010 ODA Annual Session" by Liz Long.  Pg 22.  June 2010

106.   INCLUSIVE, "An Interview with Dr. Gordon Christensen" by Bradley Bockhorst.  Vol 2 (1):11-16.

107.   JOURNAL OF COSMETIC DENTISTRY, "Thoughts on the Future of Esthetic Dentistry" by David Eshom and George Tysowsky.  Vol 27 (2):16-9.

108.   DENTALTOWN MAGAZINE, "Dr. Gordon Christensen Preparing for a Humanitarian Service Trip" by Douglas Carlsen, DDS.  Vol 13(5):82-3.

109.

**EXHIBIT 150**

-180-

**VIDEO PRODUCTIONS:**

1.   CHRISTENSEN GJ.  "Achieving a New Era in Esthetic Dentistry," American Dental Association Video Continuing Education, June, 1981.

2.   CHRISTENSEN GJ.  "Light-Cured Resins," Chicago Dental Society, 1982.

3.   CHRISTENSEN GJ.  "Simple, Fast, High Quality Fixed Prosthodontic Procedures,"  Chicago Dental Society, November 1984.

4.   CHRISTENSEN GJ.  "Porcelain Inlays and Onlays," Practical Clinical Courses-- Video No. V3, December 1986.

5.   CHRISTENSEN GJ. "New Concepts in Esthetic Restorative Dentistry", VEDCA/Core-Vent Corp., February 1987.

6.   JONES, JOHN C., and CHRISTENSEN GJ.  "Office Emergencies," Practical Clinical Courses--Video No. V2, February 1987.

7.   CHRISTENSEN, R.P.; CHRISTENSEN GJ.; ROBISON, R.; and ROBINSON, D. "Infection Control in the Dental Office," Practical Clinical Courses--Video No. V1, February 1987.

8.   CHRISTENSEN GJ. "Glass Ionomers and Their Many Uses," Practical Clinical Courses--Video No. V5, March 1987.

9.   CHRISTENSEN GJ. "Porcelain Veneers," Practical Clinical Courses--Video No. V6, May 1987.

10.   CHRISTENSEN GJ. "Direct Resin Veneers," Practical Clinical Courses--Video No. V7, July 1987.

11.   ARCHIBALD, J.F., and CHRISTENSEN GJ.  "Porcelain Inlays and Onlays II - Laboratory and Technical Considerations," Practical Clinical Courses--Video No. V4, August 1987.

12.   CHRISTENSEN GJ.  "Resin Use in Class 2 Locations," Practical Clinical Courses--Video No. V8, September 1987.

13.   BAILEY, G.M., and CHRISTENSEN GJ. "Esthetic Soft-Tissue Grafting," Practical Clinical Courses--Video No. V4313, September 1987.

14.   CHRISTENSEN GJ. "Building-Up Teeth,"  Practical Clinical Courses--Video No. V1909, October 1987.

15.   CHRISTENSEN GJ. "Tissue Management During Impressions," Practical Clinical Courses--Video No. V1910, December 1987.

65

**EXHIBIT 150**
-181-

**VIDEO PRODUCTIONS (CONTINUED):**

16.  CHRISTENSEN GJ. "Impression Materials and Techniques for Fixed Prosthodontics," Practical Clinical Courses--Video V1911, January 1988.

17.  CHRISTENSEN GJ. "Cements," Practical Clinical Courses--Video No. V12, February 1988.

18.  CHRISTENSEN GJ. "Occlusal Equilibration,"  Practical Clinical Courses--Video No. V3114, March 1988.

19.  CHRISTENSEN GJ. "Post and Core," Practical Clinical Courses--Video No. V1315, April 1988.

20.  CHRISTENSEN GJ. CHRISTENSEN, R.P., "Simple and Effective Sealant Use," Practical Clinical Courses--Video No. V5116, May 1988.

21.  CHRISTENSEN GJ. "Dentin Adhesives Used Effectively," Practical Clinical Courses--Video No. V17, June 1988.

22.  CHRISTENSEN GJ. "Simple Temporary Restorations for Fixed Prosthodontics," Practical Clinical Courses--Video No. V1918, July 1988.

23.  CHRISTENSEN GJ. "Bleaching Vital Teeth," Practical Clinical Courses--Video No. V19, August 1988.

24.  CHRISTENSEN GJ. "Inexpensive, Strong Splinting of Teeth," Practical Clinical Courses--Video No. V4320, September 1988.

25.  CHRISTENSEN GJ. "Direct Resin Inlays and Onlays,"  Practical Clinical Courses--Video No. V3521, October 1988.

26.  BAILEY, G.M., and CHRISTENSEN GJ. "Implants--Surgical Considerations," Practical Clinical Courses--Video No. V22, November 1988.

27.  CHRISTENSEN GJ. "Implants--Prosthodontic Considerations," Practical Clinical Courses--Video No. V23, December 1988.

28.  CHRISTENSEN GJ.  "Current Use of Crowns in Dentistry," Northeast Dental Seminars, 1989.

29.  CHRISTENSEN GJ. "Preventive Restorative Dentistry," Practical Clinical Courses--Video No. V3524, February 1989.

30.  CHRISTENSEN GJ. "Fast, Effective, Long-Lasting Amalgam Restorations," Practical Clinical Courses--Video No. V3525, March 1989.

**EXHIBIT 150**

-182-

**VIDEO PRODUCTIONS (CONTINUED):**

31.    CHRISTENSEN RP; CHRISTENSEN GJ; ROBISON R; ROBINSON D; PLOEGER, BS; CRA Microbiology Team,  "Infection Control Made <u>Easy</u>!" Practical Clinical Courses--Video No. V2426, March 1989.

32.    CHRISTENSEN GJ, PRESTON K.  "Occlusal Splints,"  Practical Clinical Courses--Video No. V3127, April 1989.

33.    CHRISTENSEN GJ, and Professional Staff, "Auxiliary Oriented Diagnostic Appointment," Practical Clinical Courses--Video No. V1128, May 1989.

34.    CHRISTENSEN GJ. "Tooth Desensitization," Practical Clinical Courses--Video No. V4329, June 1989.

35.    CHRISTENSEN GJ. and Staff, "Increasing Service Potential by Multiple Patient Scheduling," Practical Clinical Courses--Video No. V4730, July 1989.

36.    JONES JC, and CHRISTENSEN GJ. "Simplified Management of Medical Emergencies," Practical Clinical Courses--Video No. V3931, August 1989.

37.    CHRISTENSEN GJ.  "Bleaching of Teeth Using Home Care Methods," Practical Clinical Courses--Video No. V35, September 1989.

38.    CHRISTENSEN GJ.  "Obtaining Optimum Results With The 3M Impression System,"  Practical Clinical Courses--Video No. V1936, September 1989.

39.    CHRISTENSEN GJ. "Cast Gold Restorations,"  Practical Clinical Courses --Video No. V3532, October 1989.

40.    CHRISTENSEN GJ. "Repair and Salvage of Fixed Prosthodontic Restorations," Practical Clinical Courses--Video No. V1933, December 1989.

41.    CHRISTENSEN GJ, and Professional Staff,  "Auxiliary Oriented Rubber Dam Placement,"  Practical Clinical Courses--Video No. V3534, January 1990.

42.    CHRISTENSEN GJ.  "Tooth Colored Inlays/Onlays," Practical Clinical Courses-- Video No. V37, February 1990.

43.    CHRISTENSEN GJ.  "Tooth Preparations for Fixed Prosthodontics,"  Practical Clinical Courses--Video No. V1938, March 1990.

44.    CHRISTENSEN GJ.  "Making Accurate, Easy Alginate Impressions,"  Practical Clinical Courses--Video No. V1939, April 1990.

45.    CHRISTENSEN GJ, CHRISTENSEN RP. "Fluoride: Professionally Applied and Home-Use,"  Practical Clinical Courses--Video No. V5140, June 1990.

46.    CHRISTENSEN GJ.  "Obtaining Optimum Results with Caulk-Dentsply PRISMA AP.H,"  Practical Clinical Courses--Video No. V3541, August 1990.

EXHIBIT 150

**VIDEO PRODUCTIONS (CONTINUED):**

47.  CHRISTENSEN GJ.  "Glass Ionomer-A Versatile and Effective Material," Practical Clinical Courses--Video No. V3542, August 1990.

48.  CHRISTENSEN GJ.  "Porcelain Veneers-New Competition for Crowns," Practical Clinical Courses--Video No. V1543, September 1990.

49.  CHRISTENSEN GJ.  "Malpractice Suits, Prevention or Coping With One," Practical Clinical Courses--Video No. V4744, November 1990.

50.  CHRISTENSEN GJ. "Implant Prosthodontics (Edition Two)," Practical Clinical Courses--Video No. V2345, December 1990.

51.  CHRISTENSEN GJ. "Patient Education Series One," Practical Clinical Courses--Video No. P1, 1991.

52.  CHRISTENSEN GJ. "Temporomandibular Disorders--Easy Treatment for Simple Cases,"  Practical Clinical Courses--Video No. V3146, January 1991.

53.  CHRISTENSEN GJ. "Bleaching Vital Teeth at Home and in the Dental Office (Edition Two)," Practical Clinical Courses--Video No. V1547, February 1991.

54.  CHRISTENSEN GJ. "Fast And Easy Complete Denture Impressions", Practical Clinical Courses--Video No. V2548, April 1991.

55.  CHRISTENSEN GJ. "Electrosurgery--An Indispensable Adjunct To Practice", Practical Clinical Courses--Video No. V4349, May 1991.

56.  CHRISTENSEN GJ. "Tooth Whitening," Patient Education Series, Practical Clinical Courses--Video No. P1501, May 1991.

57.  CHRISTENSEN GJ. "Dental Implants--Are They For You?"  Patient Education Series, Practical Clinical Courses--Video No. P2301, May 1991.

58.  CHRISTENSEN GJ. "Alternatives For Restoration Of Posterior Teeth," Patient Education Series, Practical Clinical Courses--Video No. P3501, May 1991.

59.  CHRISTENSEN GJ. "Achieving Optimum Acceptance of Treatment Plans," Practical Clinical Courses--Video No. V4750, June 1991.

60.  CHRISTENSEN GJ. "Simple, High Quality Class 2 Resins," Practical Clinical Courses--Video No. V3551, July 1991.

61.  CHRISTENSEN GJ. "Esthetic Dentistry And Prosthodontics", Lifetime Television Dentistry Update, July 14, August 18, 1991.

62.  CHRISTENSEN GJ. Series of Three Videos, "Live Clinical Presentation at the Scientific Session of ADA, Seattle, September 8, 1991.

**EXHIBIT 150**

-184-

**VIDEO PRODUCTIONS (CONTINUED):**

63.  CHRISTENSEN GJ.  "Simple Implant Surgery," Practical Clinical Courses--Video No. V2352, October 1991.

64.  CHRISTENSEN GJ. "Veneering Teeth With Porcelain--What Can This Therapy Do For You?"  Patient Education Series, Practical Clinical Courses--Video No. P1502, October 1991.

65.  CHRISTENSEN GJ. "Changing Your Appearance With Bonding," Patient Education Series, Practical Clinical Courses--Video No. P1503, October 1991.

66.  CHRISTENSEN GJ.  "Making Sense Out of Dentin Adhesion," Practical Clinical Courses--Video No. V3553, November 1991.

67.  CHRISTENSEN GJ.  "Improving Treatment Quality With Light Curing Prosthodontic Resins," Practical Clinical Courses--Video No. V1954, December 1991.

68.  CHRISTENSEN GJ. "Effective Oral Hygiene," Practical Clinical Courses--Video No. P5101, January 1992.

69.  CHRISTENSEN GJ. "Periodontal Disease--A Painless, But Dangerous Condition," Practical Clinical Courses--Video No. P4301, January 1992.

70.  CHRISTENSEN GJ. "Preventing Dental Decay Using Tooth Sealants," Practical Clinical Courses--Video No. P5102, January 1992.

71.  CHRISTENSEN GJ. "Do You Need A Fixed Bridge?" Practical Clinical Courses--Video No. P1901, January 1992.

72.  CHRISTENSEN GJ. "So You Have A Cracked Tooth," Practical Clinical Courses--Video No. P1902, January 1992.

73.  CHRISTENSEN GJ. "Restorative Dentistry:  Tooth Preparation, Bases Liners, and Build Ups," #76-R, Chicago Midwinter Meeting, February 1992.

74.  CHRISTENSEN GJ. "Restorative Dentistry:  Cements and Cementation--Traditional and New," #77-RO, Chicago Midwinter Meeting, February 1992.

75.  KOERNER, K.R., COSTLEY, J., and CHRISTENSEN GJ. "Simple Surgery for Everyday Practice," Practical Clinical Courses--Video No. V4155, April 1992.

76.  CHRISTENSEN GJ. "Implant Supported Removable Prostheses," Practical Clinical Courses--Video No. V2556, July 1992.

77.  CHRISTENSEN GJ. "Dental Cements--Selecting The Best Type,"  Practical Clinical Courses--Video No. V1957, September 1992.

69

EXHIBIT 150
-185-

**VIDEO PRODUCTIONS (CONTINUED):**

78.   PRESTON, KAREN and CHRISTENSEN GJ. "Simple, Fast, High Quality Dental Radiographs (Intraoral)," Practical Clinical Courses--Video No. V1158, October 1992.

79.   CHRISTENSEN GJ. "Building-Up Teeth (Edition Two)," Practical Clinical Courses--Video No. V1960, November 1992.

80.   CHRISTENSEN, R.P., PLOEGER, B., and CHRISTENSEN GJ. "Infection Control Made COST EFFECTIVE!" Practical Clinical Courses--Video No. V2459, December 1992.

81.   CHRISTENSEN GJ. "Root Canal Therapy--Endodontics," Patient Education Series, Practical Clinical Courses--Video No. P1301, February 1993.

82.   CHRISTENSEN GJ. "Complete Dentures," Patient Education Series, Practical Clinical Courses--Video No. P2501, February 1993.

83.   CHRISTENSEN GJ. "Control of Infection in the Dental Office," Patient Education Series, Practical Clinical Courses--Video No. P2401, February 1993.

84.   CHRISTENSEN GJ. "Removable Partial Dentures," Patient Education Series, Practical Clinical Courses--Video No. P2502, March 1993.

85.   CHRISTENSEN GJ. "What is a Crown or Cap?" Patient Education Series, Practical Clinical Courses--Video No. P1903, March 1993.

86.   CHRISTENSEN GJ. and PROFESSIONAL STAFF, "Essentials of Effective Dental Assisting," Practical Clinical Courses--Video No. V4761, May 1993.

87.   CHRISTENSEN GJ. "Electronic Anesthesia and Analgesia,"  Practical Clinical Courses--Video No. V3962, July 1993.

88.   CHRISTENSEN GJ. "Post and Core (Edition Two)," Practical Clinical Courses--Video No. V1363, September 1993.

89.   CHRISTENSEN GJ. "35 Ways to Increase Practice Activity," Practical Clinical Courses--Video No. V4764, October 1993.

90.   CHRISTENSEN GJ. "Desensitizing Tooth Preparations," " Making Tight Contacts for Class 2 Resins," and "Restoring Abfractions," Video Instructor Series, Practical Clinical Courses--Video No. I-194, December 1993.

91.   CHRISTENSEN GJ. "Bruxism-Clenching," Patient Education Series, Practical Clinical Courses--Video No. P3101, December 1993.

92.   CHRISTENSEN GJ. "Bleaching Vital Teeth (Edition Three)," Practical Clinical Courses--Video No. V1566, January 1994.

**EXHIBIT 150**

-186-

**VIDEO PRODUCTIONS (CONTINUED):**

93.     CHRISTENSEN GJ. "Temporomandibular Dysfunction," Patient Education Series, Practical Clinical Courses--Video No. P3102, January 1994.

94.     CHRISTIANSEN, KENT and CHRISTENSEN GJ. "A Simplified, Systematic Approach to Endodontics," Practical Clinical Courses--Video No. V1365, March 1994.

95.     CHRISTENSEN GJ. "Occlusal Equilibration," Patient Education Series, Practical Clinical Courses--Video No. P3103, March 1994.

96.     CHRISTENSEN GJ. and PROFESSIONAL STAFF, "Bonding Amalgam," "Bases and Liners," and "Porcelain Repair," Video Instructor Series, Practical Clinical Courses--Video No. I-594, April 1994.

97.     CHRISTENSEN GJ. "Removable Implant Prostheses," Patient Education Series, Practical Clinical Courses--Video No. P2302, April 1994.

98.     CHRISTENSEN GJ. and PROFESSIONAL STAFF, "Efficient Dental Assisting for Composite Restorations and Resin Bonding," Practical Clinical Courses--Video No. V4767, June 1994.

99.     CHRISTENSEN GJ. "Electrical Anesthesia (EA)," Patient Education Series, Practical Clinical Courses--Video No. P3901, June 1994.

100.    CHRISTENSEN GJ. and PROFESSIONAL STAFF, "Interocclusal Records," "Super Cements," Video Instructor Series, Practical Clinical Courses--Video No. I-994, July 1994.

101.    CHRISTENSEN GJ. and PROFESSIONAL STAFF, "Efficient Dental Assisting for Amalgam Restorations," Practical Clinical Courses--Video No. V4768, September 1994.

102.    CHRISTENSEN GJ. "Implant Prosthodontics - Indications and Techniques," Practical Clinical Courses--Video No. V2369, October 1994.

103.    CHRISTENSEN GJ. and, "Conservative Restoration of Worn Anterior Teeth," "Glass Ionomer Resin for Repairing Crowns," and Empress and Inceram Crowns", Video Instructor Series, Practical Clinical Courses--Video No. I-195, December 1994.

104.    CHRISTENSEN GJ. and PROFESSIONAL STAFF, "Effective Use of Intraoral Video," Practical Clinical Courses--Video No. V4770, January 1995.

105.    CHRISTENSEN GJ. and, "Glass Ionomer--Resin Cements," "Palatal Anesthesia--Pressure & Electrical Anesthesia," and "Actisite, Periodontal Fiber Therapy," Video Instructor Series, Practical Clinical Courses--Video No. I-595, March 1995.

**EXHIBIT 150**

-187-

**VIDEO PRODUCTIONS (CONTINUED):**

106.   CHRISTENSEN GJ. and PROFESSIONAL STAFF, "Efficient Dental Assisting for Fixed Prosthodontics," Practical Clinical Courses--Video No. V4771, April 1995.

107.   CHRISTENSEN GJ. "Multiple Unit Fixed Prosthodontics," Practical Clinical Courses--Video No. V1974, June 1995.

108.   JONES, J.C., and CHRISTENSEN GJ. "Easy Management of Medical Emergencies," Practical Clinical Courses--Video No. V3973, July 1995.

109.   CHRISTENSEN GJ. and, "Dyract--An Easily Used Material," "HTR for Ridge Preservation," and "Tissue Management in Fixed Prosthodontics," Video Instructor Series, Practical Clinical Courses--Video No. I-995, August 1995.

110.   CHRISTENSEN GJ. "Tooth Colored Indirect Restorations," Practical Clinical Courses--Video No. V3572, October 1995.

111.   CHRISTENSEN GJ. and PROFESSIONAL STAFF, "Cracked Tooth Syndrome: Diagnosis & Treatment," "Optimum Systemic Fluoride," and "Non-Sensitive Class 2 Resins," Video Instructor Series, Practical Clinical Courses--Video No. I-196, December 1995.

112.   CHRISTENSEN GJ. "Foolproof Fixed Prosthodontic Impressions," Practical Clinical Courses--Video No. V1976, March 1996.

113.   CHRISTENSEN GJ. "Indirect-Direct Tooth Colored Restorations," "Radiographs and Transillumination," and "Pediatric Class 2 Restorations Using Resin Modified Glass Ionomer," Video Instructor Series, Practical Clinical Courses--Video No. I-596, April 1996.

114.   CHRISTENSEN GJ. and PROFESSIONAL STAFF" The Latest on Vital Tooth Bleaching," "Preventing Dental Caries in Adults," and "Post and Core Without Metal," Video Instructor Series, Practical Clinical Courses--Video No. I-996, August 1996.

115.   CHRISTENSEN GJ. "Educating Auxiliaries for Practice Growth," Practical Clinical Courses--Video No. V4775, September 1996.

116.   CHRISTENSEN GJ. "Air Abrasion Tooth Cutting," "Flowable Composites," Geristore - Biocompatible Restorative," Video Instructor Series, Practical Clinical Courses--Video No. I-197, December 1996.

117.   CHRISTENSEN GJ. "Resin Modified Glass Ionomer--Material of Many Uses for 1997," Clinical Topics in Dentistry, Program #122, 1997.

118.   CHRISTENSEN GJ. "Partial Dentures - 21st Century," Practical Clinical Courses--Video No. V2577, January 1997.

**EXHIBIT 150**

-188-

**VIDEO PRODUCTIONS (CONTINUED):**

119.   CHRISTENSEN GJ. "Sealants--Effective and Long Lasting," Practical Clinical
Courses--Video No. V5178, March 1997.

120.   CHRISTENSEN GJ. "Non-Sensitive Bonding," "Long-Term Desensitization of
Cervical Areas," "Resin Reinforced Glass Ionomer vs. Compomer," Video
Instructor Series, Practical Clinical Courses--Video No. I-597, April 1997.

121.   CHRISTENSEN GJ. "Diagnostic Data Collection by Auxiliaries," Practical Clinical
Courses--Video No. V1180, July 1997.

122.   CHRISTENSEN GJ. "Removal of Superficial Tooth Stains," New Concepts Video
Series, Practical Clinical Courses--Video No. C-997(A), August 1997.

123.   CHRISTENSEN GJ. "Pulp Tester Use For Auxiliaries," New Concepts Video
Series, Practical Clinical Courses--Video No. C-997(B), August 1997.

124.   CHRISTENSEN GJ. "Splinting Teeth With Reinforcement Fibers," New Concepts
Video Series, Practical Clinical Courses--Video No. C-997(C), August 1997.

125.   CHRISTENSEN GJ. "Simplifying Complex Treatment Plans," Practical Clinical
Courses--Video No. V1181, October 1997.

126.   CHRISTENSEN GJ. "Bonding All-Ceramic Crowns," New Concepts Video
Series, Practical Clinical Courses--Video No. C-198(A), December 1997.

127.   CHRISTENSEN GJ. "Implant Abutments for Single Tooth Restorations," New
Concepts Video Series, Practical Clinical Courses--Video No. C-198(B),
December 1997.

128.   CHRISTENSEN GJ. "Cariostatic Proximal Slot Restorations," New Concepts
Video Series, Practical Clinical Courses--Video No. C-198(C), December 1997.

129.   CHRISTENSEN GJ. "Polymer Based Fixed Prosthodontics," Practical Clinical
Courses--Video No. V1982, January 1998.

131.   CHRISTENSEN GJ. & BANKHEAD, A.S., "Esthetic Periodontal Coverage of
Exposed Crown Margins," New Concepts Video Series, Practical Clinical
Courses--Video No. C-598(A), April 1998.

132.   CHRISTENSEN GJ. "Making Great Contacts on Class 2 Resins," New Concepts
Video Series, Practical Clinical Courses--Video No. C-598(B), April 1998.

133.   CHRISTENSEN GJ. "Effective Pulp Capping," New Concepts Video Series,
Practical Clinical Courses--Video No. C-598(C), April 1998.

134.   CHRISTENSEN GJ. "Simple Temporary Restorations," Practical Clinical
Courses--Video No. V1983, June 1998.

**EXHIBIT 150**
-189-

**VIDEO PRODUCTIONS (CONTINUED):**

135.   CHRISTENSEN GJ. "Packable Restorative Resins," New Concepts Video Series, Practical Clinical Courses--Video No. C-998(A), July 1998.

136.   CHRISTENSEN GJ. "Tongue Cleaning is Here," New Concepts Video Series, Practical Clinical Courses--Video No. C-998(B), July 1998.

137.   CHRISTENSEN GJ. "Whitening Toothpastes Really Work," New Concepts Video Series, Practical Clinical Courses--Video No. C-998(C), July 1998.

138.   CHRISTENSEN GJ. "Veneers--All Types," Practical Clinical Courses--Video No. V1584, October 1998.

139.   CHRISTENSEN GJ. "Atridox Periodontal Antibiotic," New Concepts Video Series, Practical Clinical Courses,  Video No. C-199(A), December 1998.

140.   CHRISTENSEN GJ. "Effective Bonding and Desensitizing Direct and Indirect Restorations," New Concepts Video Series, Practical Clinical Courses--Video No. C-199(B), December 1998.

141.   CHRISTENSEN GJ. & BANKHEAD, A.S., "Connective Tissue Grafting," New Concepts Video Series, Practical Clinical Courses--Video No. C-199(C), December 1998.

142.   CHRISTENSEN GJ. & PROFESSIONAL STAFF, "Scheduling For Optimum Productivity," Practical Clinical Courses--Video No. V4785, January 1999.

143.   CHRISTENSEN GJ. "Procera - A Challenge to Porcelain-Fused-to-Metal," New Concepts Video Series, Practical Clinical Courses--Video No. C-599(A), March 1999.

144.   CHRISTENSEN GJ. "Periodontal Therapy, Conservative & Effective," New Concepts Video Series, Practical Clinical Courses--Video No. C-599(B), March 1999.

145.   CHRISTENSEN GJ. "Vitapan 3D-Master Shade Guide," New Concepts Video Series, Practical Clinical Courses--Video No. C599(C), March 1999.

146.   CHRISTENSEN GJ. "Top 10 Techniques For A Successful General Practice," Practical Clinical Courses--Video No. V4786, April 1999.

147.   CHRISTENSEN GJ. "Basic Materials and Techniques for Dental Assistants and Others," Practical Clinical Courses – Video No. V4787, September 1999.

148.   CHRISTENSEN GJ. "Class 4 Resin Restorations – Newest Materials & Best Techniques," Practical Clinical Courses – Video No. C999(A), November 1999.

149.   CHRISTENSEN GJ. "Resin Curing Alternatives," Practical Clinical Courses – Video No. C999(B), November 1999.

EXHIBIT 150

-190-

**VIDEO PRODUCTIONS (CONTINUED):**

150. CHRISTENSEN GJ. "Posts & Cores for All Situations," Practical Clinical Courses – Video No. C100(A), December 1999.

151. CHRISTENSEN GJ. "Effective Tooth Whitening Techniques," Practical Clinical Courses – Video No. C100(B), December 1999.

152. CHRISTENSEN GJ. "Occlusal Disease Therapy Simplified (NTICSS)" Practical Clinical Courses – Video No. C500(A), March 2000.

153. CHRISTENSEN GJ. "Lifesaving Diagnosis of Soft Tissue Disease" Practical Clinical Courses – Video No. C500(B), March 2000.

154. CHRISTENSEN GJ. "Twenty Expanded Function Responsibilities For Practice Effectiveness" Practical Clinical Courses – Video No. V4788, May 2000.

155. CHRISTENSEN GJ. "Producing the Optimum Porcelain-Fused-To-Metal Crown" Practical Clinical Courses – Video No. V1989, July 2000.

156. CHRISTENSEN GJ. "New Clinical Techniques – Fast Curing Lights" rdental.com, July 2000.

157. CHRISTENSEN GJ. "New Clinical Concepts – Bonding Resin to Tooth Without Sensitivity". rdental.com, July 2000.

158. CHRISTENSEN GJ. "The Mini Implant for G.P.'s". Practical Clinical Courses – Video No. C900(A), September 2000.

159. CHRISTENSEN GJ. "Bonding Indirect Restorations Without Sensitivity" Practical Clinical Courses – Video No. C900(B), September 2000.

160. CHRISTENSEN GJ. "The Perfect Impression". Practical Clinical Courses – Video No. 101(A), November 2000.

161. CHRISTENSEN GJ. .. "Predictable Ceramic Inlays & Onlays". Practical Clinical Courses – Video No. 101(B), November 2000.

162. CHRISTENSEN GJ. .. "Multiple Unit Fixed Prosthodontics – 2nd Edition". Practical Clinical Courses – Video No. V1990, February 2001.

163. CHRISTENSEN GJ. .. "Diagnodent – Scientific Diagnosis of Caries". Practical Clinical Courses – Video No. C501(A), April 2001.

164. CHRISTENSEN GJ. .. "Predictable Long-Lasting Class 2 Resin Restorations". Practical Clinical Courses – Video No. C501(B), April 2001.

165. CHRISTENSEN GJ. "Faster, Easier, Higher Quality Dentistry". Practical Clinical Courses – Video No. V4791, July 2001.

75

EXHIBIT 150
-191-

**VIDEO PRODUCTIONS (CONTINUED):**

166.  CHRISTENSEN GJ. "Pressed Ceramic Restorations".  Practical Clinical Courses – Christensen Forum 01-B, August 9, 2001.

167.  CHRISTENSEN GJ. "Class II Resin Based Composites".  Practical Clinical Courses – Christensen Forum 01-A, August 9, 2001.

168.  CHRISTENSEN GJ. "You Need Self-Etching Primers".  Practical Clinical Courses – Video No. C901A, August 2001.

169.  CHRISTENSEN GJ. "Curing Resin with Light State-of-the-Art".  Practical Clinical Courses – Video No. C901B, August 2001.

170.  CHRISTENSEN GJ. "Posts & Cores". Christensen Forum, Mercer Access. September 13, 2001.

171.  CHRISTENSEN GJ. "Building Up Teeth". Christensen Forum, Mercer Access. September 13, 2001.

172.  CHRISTENSEN GJ. "Prosthodontics for Implants Simplified".  Practical Clinical Courses – Video No. V2392, September 2001.

173.  CHRISTENSEN GJ. "Air Abrasion".  Christensen Forum, Mercer Access. September 25, 2001.

174.  CHRISTENSEN GJ. "Cerec 2 & 3".  Christensen Forum, Mercer Access. September 25, 2001.

175.  CHRISTENSEN GJ. "Cement – A Critical Choice".  Practical Clinical Courses – Video No. C102A, October 2001.

176.  CHRISTENSEN GJ. "Sealants & Tooth Cutting Techniques".  Practical Clinical Courses – Video No. C102B, October 2001.

177.  CHRISTENSEN GJ. "Long-Term Maintenance & Repair of Fixed Prostheses". Practical Clinical Courses – Video No. V1993, October 2001.

178.  CHRISTENSEN GJ. "Occlusal Splints".  Christensen Forum, Mercer Access. October 31, 2001.

179.  CHRISTENSEN GJ. "Bleaching Vital Teeth".  Christensen Forum, Mercer Access.  October 31, 2001.

180.  CHRISTENSEN GJ. "Practical Fixed Prosthodontic Tips for Technicians". Practical Clinical Courses – Video No. V1994, October 2001.

181.  CHRISTENSEN GJ. "Pouring & Trimming Casts".  Practical Clinical Courses – Video No. C502A, November 2001.

**EXHIBIT 150**
-192-

**VIDEO PRODUCTIONS (CONTINUED):**

182.    CHRISTENSEN GJ. "Choosing the Right Local Anesthetic".  Practical Clinical Courses – Video No. C502B, November 2001.

183.    CHRISTENSEN GJ. "Dr. Christensen's Most Frequent Failures and How to Avoid Them".  Practical Clinical Courses – Video No. V4796, November 2001.

184.    CHRISTENSEN GJ. "Clinical Tips for Hygienists – From Dentists".  Practical Clinical Courses – Video No. V4797, December 2001.

185.    CHRISTENSEN GJ. "Double Arch Impressions for Technicians & Dentists". Practical Clinical Courses – Video No. C902A, December 2001.

186.    CHRISTENSEN GJ. "Veneers for Lower Anterior Teeth".  Practical Clinical Courses – Video No. C902B, December 2001

187.    CHRISTENSEN GJ. "Advice for the Ideal Practice - What Every New Dentist Should Know".  Practical Clinical Courses – Video No. V4798, December 2001.

188.    CHRISTENSEN GJ. "Successful All-Ceramic Crowns and Fixed Prostheses". Practical Clinical Courses – Video No. V19-99, April 2004.

189.    CHRISTENSEN GJ. "Making Decisions About Successful Use of Implants". Practical Clinical Courses – Video No. V2300, March 2004.

190.    CHRISTENSEN GJ. "RelyX Unicem – A Unique Self-Etching Resin Cement". Practical Clinical Courses – Video No. C504A, May 2004.

191.    CHRISTENSEN GJ. "Simplified Implant Surgery – 2nd Edition".  Practical Clinical Courses – Video No. V2301, July 2004.

192.    CHRISTENSEN GJ. "The New Generation of Tooth-Colored Inlays & Onlays (4th Edition)".  Practical Clinical Courses – Video No. V1502, November 2004.

193.    CHRISTENSEN GJ. & Koerner, K. R. "Easy Third-Molar Extractions".  Practical Clinical Courses – Video No. V4103, December 2004.

194.    CHRISTENSEN GJ. "Occlusal Splints – Predictable, Frequent Use".  Practical Clinical Courses – Video No. V3104, January 2005.

195.    CHRISTENSEN GJ. "Uncomplicated Occlusal Equilibration".  Practical Clinical Courses – Video No. V3105, January 2005.

196.    CHRISTENSEN GJ. "Simple TMD Therapy for your Practice".  Practical Clinical Courses – Video No. V3106, January 2005.

197.    CHRISTENSEN GJ. "Implant Replacement for Single Teeth – The "BASIC" System".  Practical Clinical Courses – Video No. V2311, January 2005.

EXHIBIT 150

-193-

**VIDEO PRODUCTIONS (CONTINUED):**

198.   CHRISTENSEN GJ. "The Ultimate Tooth Whitening Video".  Practical Clinical
Courses – Video No. V1507, May 2005.

199.   CHRISTENSEN GJ. "The Best Posts, Cores, and Build-up Techniques".
Practical Clinical Courses – Video No. V19-08, July 2005.

200.   CHRISTENSEN GJ. "Dr. C's Fantastic Practice-Building Techniques".  Practical
Clinical Courses – Video No. V4709, September 2005.

201.   CHRISTENSEN GJ. "Veneers - The Most Beautiful of Restorations!".  Practical
Clinical Courses -- Video No.  V1512, November 2005.

202.   CHRISTENSEN GJ. "3M ESPE LAVA:  The Beautiful PFM Replacement".
Practical Clinical Courses -- Video No. V19-15, November 2005.

203.   CHRISTENSEN GJ. "Simple Patient Education for Every Practice" 3rd Edition.
Practical Clinical Courses -- Video No.  DP30, February 2006.

204.   CHRISTENSEN GJ, KOERNER, KR. "Preparing for your Next Medical
Emergency".  Practical Clinical Courses -- Video No. V3913.  May 2006.

205.   CHRISTENSEN GJ. "Effective Use of Four-Handed and Six-Handed Dentistry".
Practical Clinical Courses -- Video No.  V4714.  July 2006.

206.   CHRISTENSEN GJ.  "Mini Implants for Your Practice".  Practical Clinical
Courses – Video No.  V2317.  September 2006.

207.   CHRISTENSEN GJ, KOERNER KR.  "Oral Surgery in General Practice".
Practical Clinical Courses – Video No.  V4116.  November 20006.

208.   CHRISTENSEN GJ.  "Predictable, Non-Sensitive Resin-Based Composite
Restorations".  Practical Clinical Courses -- Video No.  V3519.  August 2006.

209.   CHRISTENSEN GJ.  "IPS e.max – A Complete All-Ceramic Restorative
Solution".  Practical Clinical Courses – Video No.  V19-20.  December 2006.

210.   CHRISTENSEN GJ.  "LUMINEERS – Well-Proven, Conservative Veneers."
Practical Clinical Courses – Video No.  V1521.  January 2007.

211.   CHRISTENSEN GJ.  "Rubber Dam – Still the Best Dry-Field Technique"
Practical Clinical Courses – Video No.  V3522.  April 2007.

212.   CHRISTENSEN GJ.  "Minimally Invasive Periodontal Therapy"  Practical Clinical
Courses – Video No.  V4323.  May 2007.

213.   CHRISTENSEN GJ.  "Optimal Fixed Prosthodontic Tooth Preparations".
Practical Clinical Courses – Video No.  V19-25.  July 2007.

**EXHIBIT 150**
-194-

**VIDEO PRODUCTIONS (CONTINUED):**

214.  CHRISTENSEN GJ. "Successful Fixed and Removable Restorations for Dental Implants". Practical Clinical Courses – Video No. V2326. Sept 2007.

215.  CHRISTENSEN GJ. "Alginate Impressions – Predictable & Accurate". Practical Clinical Courses – Video No. V1927. August 2007.

216.  CHRISTENSEN GJ. "Cutting Soft Tissue with Laser or Electrosurgery". Practical Clinical Courses – Video No. V4324. Nov 2007.

217.  CHRISTENSEN GJ. "Effective Provisional Restorations". Practical Clinical Courses – Video No. V1928. Jan 2008.

218.  CHRISTENSEN GJ. "Esthetic Alternatives for Crowns – Tooth-Colored Onlays & Inlays". Practical Clinical Courses – Video No. 1529. Mar 2008.

219.  CHRISTENSEN GJ. "Predictable Fixed & Removable Prosthodontic Impressions". Practical Clinical Courses – Video No. V1931. May 2008.

220.  CHRISTENSEN GJ, SVIRSKY J. "Easily Implementing Oral Medicine into Your Practice. Practical Clinical Courses – Video No. V3932. June 2008.

221.  CHRISTENSEN GJ, EPPERSON DH. "Protecting Yourself Against Malpractice Suits". Practical Clinical Courses – Video No. 4733. July 2008.

222.  CHRISTENSEN GJ. "Complex Oral Rehabilitation". Practical Clinical Courses – Video No. V1934. October 2008.

223.  CHRISTENSEN GJ. "Efficient Diagnostic Data Collection by Auxiliaries". Practical Clinical Courses – Video No. V1136. November 2008.

224.  CHRISTENSEN GJ. "Creative Management for Increasing Practice Activity". Practical Clinical Courses – Video No. V4738. December 2008.

225.  CHRISTENSEN GJ. "Maxillofacial Digital Radiography – Simplified". Practical Clinical Courses – Video No. V1135. March 2009.

226.  CHRISTENSEN GJ. "Efficient Diagnostic Data Collection by Auxiliaries." Practical Clinical Courses -- Video No. V1136. June 2009

227.  CHRISTENSEN GJ. "CEREC for Your Practice" Practical Clinical Courses – Video No. V1940. August 2009

228.  CHRISTENSEN GJ. "Restoring Mini Implants" Practical Clinical Courses - Video No. V2337. October 2009

229.  CHRISTENSEN GJ. "Protecting Your Dental Office from Embezzlement & Fraud". Practical Clinical Courses – Video No. V4739. January 2010

79

**EXHIBIT 150**
-195-

**VIDEO PRODUCTIONS (CONTINUED):**

230.    CHRISTENSEN GJ.  "Integrating Staff for Mini Implant Success".  Practical
          Clinical Courses – Video No.   V2342.  April 2010

231.    CHRISTENSEN GJ.  "Patient Education – Mini Implants"  Practical Clinical
          Courses - Video No.   DP15.  April 2010.

232.    CHRISTENSEN GJ.  "Sealants and Preventive Resin Restorations – When &
          How".  Practical Clinical Courses – Video No.  V5143.  May 2010.

233.    CHRISTENSEN GJ.  "Simplified Implant Surgery – The Neoss System"  Practical
          Clinical Courses – Video No. V2344.  August 2010.

234.    CHRISTENSEN GJ.  "Dental Assisting for Posterior Restorations"  Practical
          Clinical Courses – Video No. V4745.  November 2010.

235.    CHRISTENSEN GJ, SUZUKI JB. "Easy Crown Lengthening" Practical Clinical
          Courses – Video No. V4346.  January 2011.

236.    CHRISTENSEN GJ.  "Light Curing Resin for Fast Custom Trays and Repairs"
          Practical Clinical Courses – Video No. V1947.  February 2011.

237.    CHRISTENSEN GJ.  "The Importance of Your Oral Exam"  Practical Clinical
          Courses – Video No. DP16.  February 2011.

238.    CHRISTENSEN GJ.  "Reducing or Eliminating Dental Decay for High Caries
          Patients"  Practical Clinical Courses – Video No.  DP17.  February 2011.

239.    CHRISTENSEN GJ.  "Essentials of Effective Dental Assisting"  Practical Clinical
          Courses – Video No. V4748.  April 2011.

240.    CHRISTENSEN GJ. "Making Complete Dentures a "Win-Win" Service" Practical
          Clinical Courses – Video No. V2549.  May 2011.

241.   CHRISTENSEN GJ.  "Removing Objectionable Spots from Your Teeth" Practical
          Clinical Courses – Video No. DP18.  May 2011.

242.   CHRISTENSEN GJ.  "Socket Preservation and Bone Grafting" Practical Clinical
          Courses – Video No. V4350. June 2011.

243.   CHRISTENSEN GJ. "Predictable Removable Partial Dentures" Practical Clinical
          Courses – Video No. V2551.  November 2011.

244.   CHRISTENSEN GJ. "Class II Composite Resins Can Be Predictable, Non-
          Sensitive, and Profitable" Practical Clinical Courses – Video No. V3554.
          February 2012.

**EXHIBIT 150**

245.  CHRISTENSEN GJ. "Understanding Dental Concepts, Equipment, Materials and Techniques" Practical Clinical Courses – Video No. V4755.  March 2012.

246.  CHRISTENSEN GJ. "Esthetic Gingival Covering of Exposed Crown Margins, 2nd Edition" Practical Clinical Courses – Video No. V4353.   May 2012.

247.  CHRISTENSEN GJ. "Zirconia & Lithium Disilicate Restorations – Clinical Comparison & Techniques" Practical Clinical Courses – Video No. V1956.  June 2012.

248.  CHRISTENSEN GJ. "Dr. Christensen's Clinical Failures and How to Avoid Them, 2nd Edition" Practical Clinical Courses – Video No. V2551.  August 2012.

81

**EXHIBIT 150**
-197-