**From:** Hsu, William [mailto:whsu@swlaw.com]
**Sent:** Friday, November 16, 2012 2:47 PM
**To:** David.Jankowski
**Cc:** Graves, Philip; Shaw, Greer; Mallgrave, Deb
**Subject:** Glidewell Dental Ceramics v. Keating Dental Arts - Glidewell's Document Production 05

Dear David,

Attached please see Glidewell's document production bearing Bates number GDC00002444 - GDC00002446 . Please note that the attached document has been redacted is designated "Attorneys' Eyes Only".

Best regards,

William Hsu
*Paralegal*

Snell & Wilmer L.L.P.
350 South Grand Ave. Suite 2600
Los Angeles, CA 90071
T: 213-929-2611
F: 213-929-2525


This email is from a law firm. It may contain confidential information. If you are not the intended recipient, please delete this email and any attachments from your computer. Do not save, forward, print, copy or share this email (or any attachments) with anyone else. Any unauthorized copying or dissemination may result in civil liability. Attachments, opinions, conclusions and other information in this message that do not relate to the official business of this firm shall be understood as neither given nor endorsed by it. No attorney-client relationship can be created solely as a result of inquiry by email.