GLIDEWELL LABORATORIES HOME

DENTIST | LABORATORY | PATIENT | Product FOCUS: BRUXZIR | IMPLANTS | SNORING & APNEA | MY ACCOUNT

SERVICES | PRODUCTS | CAD/CAM SYSTEMS | EDUCATION | VIDEO GALLERY | LAB PERSPECTIVES | PARTNERSHIP PROGRAMS

EXHIBIT 93
WIT: Bartolo
DATE: 10-23-12
L. Moskowitz, CSR 10816, RPR

DOWNLOAD RX

ALL-CERAMICS
- Prismatik Clinical Zirconia
- BruxZir Solid Zirconia
- Lava Crowns & Bridges
- Vivaneers No-Prep Veneers
- IPS e.max & IPS Empress

DIAGNOSTIC WAX-UPS

IMPLANTS

PFMS

COMPOSITES & PROVISIONALS

REMOVABLES

# BruxZir® Solid Zirconia

Product | Technical | Video

BruxZir® Solid Zirconia is a full contour solid zirconia crown or bridge restoration with no porcelain overlay. More brawn than beauty, BruxZir is an esthetic alternative to posterior metal occlusal PFM and full-cast metal restorations. Virtually chip-proof, BruxZir Solid Zirconia crowns and bridges are the ideal restoration for bruxers and grinders.

If you would like to market BruxZir Solid Zirconia to your dentists, we offer three ways for you to become an Authorized BruxZir Lab.

AVAILABLE SERVICES

GLIDEWELL DIRECT
888-303-3975 U.S.
888-278-0414 Canada

- Crown or Bridge on Model
- Crown or Bridge from Scan
- Mill Crown or Bridge on CEREC InLab MCXL
- Mill Crown or Bridge on Round Blank

PDF DOCUMENTS

- BruxZir vs. Ceramco 3 - A Comparative Wear Study
- BruxZir Enamel Wear Test Results
- BruxZir Study: Promising 1-year Results
- Instructions for Adjusting and Polishing BruxZir crowns & bridges
- Do not use discs to finish full-contour zirconia

EXHIBIT 155



Case 8:11-cv-01309-DOC-AN   Document 125-18   Filed 11/26/12   Page 2 of 2   Page ID #:5315

Dental Zirconia Crown - BruxZir Solid Zirconia Crowns & Bridges - Glidewell Direct BruxZir Dental Zirconia Lab

If you own a 3Shape Dental System scanner with 2009 DentalDesigner™ software, upload your 3Shape design file to Glidewell Dental Lab. We mill — you color, sinter, stain and glaze. Or, pay $10 more and we will use your 3shape design file to mill, sinter and color your BruxZir Solid Zirconia restoration — you stain and glaze.

You may also send your master & opposing modelwork with pinned, trimmed dies and a bite registration. Then choose between staining and glazing BruxZir restorations at your dental lab or to receive finished BruxZir Solid Zirconia restorations.

If you own a milling system, you can purchase the special BruxZir high translucent dental zirconia blanks. The 98 mm diameter BruxZir zirconia blanks are available in four thicknesses: 12 mm, 15 mm, 20 mm and 25 mm.

BruxZir is made from translucent Prismatik Clinical Zirconia™. BruxZir is a registered trademark of Glidewell Laboratories. Prismatik Clinical Zirconia is a trademark of Glidewell Laboratories.

Instructions for Seating BruxZir and other zirconia-based crowns & bridges

ADDITIONAL RESOURCES

BruxZir Authorized Lab Partnership Program

EXTERNAL LINKS

www.BruxZir.com

BruxZir Blog

BruxZir Twitter



TOSOH AWARD

Shipping | Company | Careers | Contact Us | Conventions | Downloads | Site Map                 Policies & Warranty 

 ©2012 Glidewell Laboratories
4141 MacArthur Blvd, Newport Beach, CA 92660
800-854-7256 USA | 888-278-0414 Canada

       
aveoTSD   BruxZir   Inclusive   FastScan   H/S Splint   Facebook   Twitter   iTunes   YouTube

http://www.glidewelldental.com/lab/services/bruxzir.aspx                 10/22/2012

**EXHIBIT 155**
-423-