Dental BruxZir Zirconia Crown - BruxZir Solid Zirconia Blanks - Glidewell Direct Dental Zirconia Crown Lab Supplies


EXHIBIT 97
WIT: Bartolo
DATE: 10-23-12
L. Moskowitz, CSR 10816, RPR

## GLIDEWELL LABORATORIES — HOME

DENTIST | LABORATORY | PATIENT | Product FOCUS: BRUXZIR | IMPLANTS | SNORING & APNEA | MY AC

SERVICES | PRODUCTS | CAD/CAM SYSTEMS | EDUCATION | VIDEO GALLERY | LAB PERSPECTIVES | PARTNERSHIP PROGRAMS

- GLIDEWELL DIRECT
- PRISMATIK CERAMICS
- THERMOFORMING
- DENTAL IMPLANT COMPONENTS
- BRUXZIR SOLID ZIRCONIA
- ARTICULATORS
- ANTERIOR WAX SHELL KIT
- SILICONE OCCLUSAL MOLD KIT
- WAXES, PONTICS & SPRUES
- DIAMOND DISCS & MANDRELS
- CROWN BOXES
- CAPTURE IMPRESSION MATERIALS

### BruxZir® Milling Blanks

Product | Technical | Studies | Video



BruxZir® Milling Blanks are used for the production of full-contour zirconia crowns, bridges and implant crowns. Made from the highest quality zirconia powder, which is chemically and physically reprocessed to further reduce zirconia particle size and then shaped through a unique patent-pending process, BruxZir Milling Blanks produce a final restoration that exhibits maximum strength and translucent pearlescence.

Glidewell Laboratories manufactures BruxZir Milling Blanks to fit many popular milling systems. Blanks are available in four thicknesses (*12 mm, 15 mm, 20 mm, and 25 mm*) and are available for the following systems:

- *BruxZir HT Blank*, with straight edges. Use in BruxZir, Intelitek, Haas and Roeders milling machines.

**ORDER PRODUCTS**

**GLIDEWELL DIRECT**
888-303-3975 U.S.
888-278-0414 Canada

Glidewell Direct Shopping Cart available to U.S customers only. Canadian customers: Call 888-0414 to order. International customers: At this time, we only ship to U.S./Canadian addresses

View Current Price List

ORDER NOW | Policies & Warranty

**PDF DOCUMENTS**

BruxZir Solid Zirconia Business Integration Program
BruxZir Recycling Program
3Shape Technical Brochure
IOS FastScan Aquisition Scanner
BruxZir Study: Promising 1-year Resu

http://www.glidewelldental.com/lab/products/bruxzir-blanks.aspx     10/22/2012

EXHIBIT 156
-424-

Dental BruxZir Zirconia Crown - BruxZir Solid Zirconia Blanks - Glidewell Direct Dental Zirconia Crown Lab Supplies

- *BruxZir HT Blank (Wieland/Zeno Discs)*, with a 10 mm band machined around the circumference of the disc. Use in Wieland, i-core and Origin milling machines.
- *BruxZir HT Blank (Digital Dental Disc)*, with a 6 mm plastic band glued around the circumference of the disc. Use in Digital Dental Mills.

Store BruxZir Milling Blanks at room temperature and away from dust and contamination. Do not store in direct sunlight.

For more information about BruxZir, please visit www.bruxzir.com. To learn more about the benefits of becoming an Authorized BruxZir Lab, click here.

Shipping | Company | Careers | Contact Us | Conventions | Downloads | Site Map        Policies & Warra


©2012 Glidewell Laboratories
4141 MacArthur Blvd, Newport Beach, CA 92660
800-854-7256 USA | 888-278-0414 Canada

      
aveoTSD   BruxZir   Inclusive   FastScan   H/S Splint   Facebook   Twitter   iTunes

http://www.glidewelldental.com/lab/products/bruxzir-blanks.aspx                                    10/22/2012

**EXHIBIT 156**
-425-