Dental Zirconia CADCAM System - Complete BruxZir System - Glidewell Direct CADCAM System Dental Lab



EXHIBIT 98
WIT: Bartolo
DATE: 10-23-12
L. Moskowitz, CSR 10816, RPR

## GLIDEWELL LABORATORIES — HOME

DENTIST | LABORATORY | PATIENT | Product FOCUS: BRUXZIR | IMPLANTS | SNORING & APNEA | MY AC

SERVICES | PRODUCTS | CAD/CAM SYSTEMS | EDUCATION | VIDEO GALLERY | LAB PERSPECTIVES | PARTNERSHIP PROGRAMS

- BRUXZIR MILLING SYSTEM
- 3SHAPE SCAN & DESIGN SYSTEMS
- IOS FASTSCAN ACQUISITION SCANNER

### BruxZir® Mill

Product | Technical | Studies | Video



The purpose-built, compact BruxZir Mill is custom built at the lab's California facilities. It features a full 4th axis, whisper-quiet 50,000 rpm NSK spindle, automatic four-tool changer, PC monitor and CAM software. Proven production capabilities include output of a single zirconia coping in as little as five minutes, and a full-contour crown in just nine minutes. Purchase of the mill comes with on-site installation and training, as well as production backup via outsource milling support in the event of a service outage. BruxZir™ Coloring Liquids and a step-by-step training DVD demonstrating the BruxZir restoration manufacturing process are also included with purchase of the unit.

BruxZir Milling System is capable of milling many products including:

**ORDER PRODUCTS**

**GLIDEWELL DIRECT**
888-303-3975 U.S.
888-278-0414 Canada

Glidewell Direct Shopping Cart available to U.S. customers only. Canadian customers: Call 888 -0414 to order. International customers: At this time, we only ship to U.S./Canadian addresses

Milling blanks, coloring liquids, cutting instruments & accessories

ORDER NOW | Policies & Warranty

**PRICING OPTIONS**

Configuration and Pricing Options

US Bank Business Equipment Financ

**PDF DOCUMENTS**

BruxZir Solid Zirconia Business Integration Program

http://www.glidewelldental.com/lab/cad-cam-systems/bruxzir-milling-system.aspx      10/22/2012

**EXHIBIT 157**
-426-

Dental Zirconia CADCAM System - Complete BruxZir System - Glidewell Direct CADCAM System Dental Lab

- Full-Contour Zirconia Crowns & Bridges
- Zirconia and Alumina Copings & Frameworks
- Hybrid Zirconia Implant Abutments with Titanium Insert
- Hybrid Zirconia Screw-Retained Implant Crowns with Titanium Insert
- PMMA Full-Contour Temporaries
- Full-Contour Wax for Gold Casting or Porcelain Pressing
- Wax Frameworks for Chromium Cobalt or Titanium Casting

The benefits of monolithic zirconia are well documented and the market for it is growing tremendously. The complete BruxZir Milling System includes a 3Shape 3D Dental Scanner and Dental Designer 3D CAD software, Delcam's DentMill CAM System and the BruxZir Mill. System software updates will stay current with the latest technological developments, and the system has within it the potential to perform added functions in the future.

Dental Laboratories that purchase the BruxZir Milling System will be added to the growing network of BruxZir Authorized Labs gain exposure through national brand marketing of BruxZir.

BruxZir Recycling Program

3Shape Technical Brochure

IOS FastScan Aquisition Scanner

BruxZir Study: Promising 1-year Rest

### ADDITIONAL RESOURCES

Technical Information

Studies

Featured Video

BruxZir Authorized Lab Program

### EXTERNAL LINKS

www.BruxZir.com

www.IOS3D.com



Shipping | Company | Careers | Contact Us | Conventions | Downloads | Site Map          Policies & Warrai


©2012 Glidewell Laboratories
4141 MacArthur Blvd, Newport Beach, CA 92660
800-854-7256 USA | 888-278-0414 Canada

       

aveoTSD   BruxZir   Inclusive   FastScan   H/S Splint   Facebook   Twitter   iTunes

http://www.glidewelldental.com/lab/cad-cam-systems/bruxzir-milling-system.aspx          10/22/2012

EXHIBIT 157
-427-