Authorized BruxZir Dental Labs - Glidewell Authorized Dental Labs - BruxZir Dental Labs



**GLIDEWELL LABORATORIES** — HOME

DENTIST | LABORATORY | PATIENT | Product FOCUS: BRUXZIR | IMPLANTS | SNORING & APNEA | MY AC

SERVICES | PRODUCTS | CAD/CAM SYSTEMS | EDUCATION | VIDEO GALLERY | LAB PERSPECTIVES | PARTNERSHIP PROGRAMS

- LAB PARTNERSHIP PROGRAMS
- BRUXZIR AUTHORIZED LABS
- INCLUSIVE CERTIFIED LABS
- COMFORT H/S SPLINT AUTHORIZED LABS
- CONTACT US

## Authorized BruxZir® Solid Zirconia Laboratories





BECOME AN AUTHORIZED L.

**BruxZir® Solid Zirconia**
www.bruxzir.com

AUTHORIZED LAB OPTIONS



Download PDF

**Benefits of Becoming an Authorized BruxZir Lab**

For increased market visibility, Authorized BruxZir Labs will be listed in branded national trade journal ads and quarterly mailers. Also offered is an array of marketing materials, including customized BruxZir dentist and patient information brochures and Authentic BruxZir case box decals.

Once every three months, or each quarter, your lab's name, city, state and phone number are listed on our direct mailer that is sent to more than 125,000 practicing dentists. The mailer also includes four BruxZir special Rx offers as an effective response mechanism.

http://www.glidewelldental.com/lab/authorized-labs/authorized-labs-bruxzir.aspx      10/22/2012

**EXHIBIT 158**
-428-

Authorized BruxZir Dental Labs - Glidewell Authorized Dental Labs - BruxZir Dental Labs

Your lab's name, city, state and phone number are listed each month on our BruxZir double-page spread ads. These ads reach more than 155,000 practicing dentists and feature different clinical case series and scientific validation tests.

Our Web team sends out BruxZir E-mail Blasts that include your lab's name, city, state and phone number, along with different clinical case series and scientific validation tests. This e-mail blast is sent to 75,000 practicing dentists with a BruxZir special Rx offer.

A complete list of BruxZir Authorized Labs, including your lab's name, location, phone number and website, is featured on www.bruxzir.com. There are also clinical case videos and photos, scientific validation and wear studies on the website. Multimedia resources for your website, as well as high-resolution photos and information for doctor and patient brochures, are also available.

### Ways to Become an Authorized BruxZir Lab

**Buy BruxZir Milling Blanks**: If you own a milling system that accepts 98 mm diameter blocks, purchase the special BruxZir high translucent zirconia blanks. They are available in the following thicknesses: 12 mm, 15 mm, 20 mm, or 25 mm.

BruxZir Milling Blanks are used for the production of full-contour zirconia crowns, bridges and implant crowns. Made from the highest quality zirconia powder, which is chemically and physically reprocessed to further reduce zirconia particle size and then shaped through a unique patent-pending process, BruxZir Milling Blanks produce a final restoration that exhibits maximum strength and translucent pearlescence. BruxZir Milling Blanks fit many popular milling systems.

Recycle your BruxZir Milling Blanks! Authorized BruxZir Labs are eligible to receive $2 per pound for post-milled BruxZir zirconia blanks. Call us today to order your shipping materials and begin recycling today!

**Purchase the BruxZir Milling System**: Mill BruxZir Solid Zirconia restorations in just nine minutes (on average) with the BruxZir Milling System. Colloidally processed BruxZir Solid Zirconia exhibits the highest translucency and esthetics in its class.

SAMPLE AD CAMPAIGN





View Authorized Lab list

Authorized BruxZir Dental Labs - Glidewell Authorized Dental Labs - BruxZir Dental Labs

Puchase of the Mil comes with installation and training, as well as production backup via outsourse milling support in the event of an outage. A step-by-step training DVD demonstrating the BruxZir restoration manufacturing process is also included.

Shipping | Company | Careers | Contact Us | Conventions | Downloads | Site Map          Policies & Warra

 ©2012 Glidewell Laboratories
4141 MacArthur Blvd, Newport Beach, CA 92660
800-854-7256 USA | 888-278-0414 Canada

 avecTSD   BruxZir   Inclusive   FastScan   H/S Splint  Facebook  Twitter    iTunes

http://www.glidewelldental.com/lab/authorized-labs/authorized-labs-bruxzir.aspx          10/22/2012

**EXHIBIT 158**