Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>    Plaintiff,<br><br>    v.<br><br>KEATING DENTAL ARTS, INC.<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**NOTICE OF ERRATA RE KEATING'S OPPOSITION TO GLIDEWELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE INFRINGEMENT OF A FEDERALLY REGISTERED MARK (FIRST CAUSE OF ACTION) AND DISMISSAL OF DEFENDANT'S SECOND AFFIRMATIVE DEFENSE AND FIRST COUNTERCLAIM**<br><br>HEARING:<br>Date:  December 17, 2012<br>Time:  8:30 a.m.<br>Crtrm: 9D<br><br>Honorable David O. Carter |

Defendant Keating Dental Arts, Inc. ("Keating") respectfully submits this *Notice of Errata* to address inadvertent errors in Keating's papers filed with the Court in opposition to Glidewell's Motion for Partial Summary Judgment Re Infringement of a Federally Registered Mark (First Cause of Action) and Dismissal of Defendant's Second Affirmative Defense and First Counterclaim (Docket No. 81).

A.  **Correction to Keating's Opposition Brief (Docket No. 117):**

As set forth in the table below, Keating's opposition brief inadvertently omitted a citation to the Second Jankowski Declaration, Ex. 140 (Glidewell's First Amended Initial Disclosures).

| Page | Lines | Existing Text | Corrected Text |
|---|---|---|---|
| 4 | 12–13 | (App.Evid. Exs. A–F & Q)) (*see* 2nd Jankowski, Ex. 146); | (App.Evid. Exs. A–F & Q)) (*see* 2nd Jankowski, ***Exs. 140 &*** 146); |

B.  **Corrections to Keating's Statement of Genuine Disputes of Material Fact in Support of its Opposition (Manually Filed; Docket No. 112):**

As set forth in the table below, Keating's statement of genuine disputes of material fact in support of its opposition includes inadvertent errors in need of correction.

| Page | Lines | Existing Text | Corrected Text |
|---|---|---|---|
| 4 | 4–5 | inadmissible declarations of Newman, Michiels, Luke, Doneff, and Bell as | inadmissible declarations of Newman, Michiels, Luke, Doneff, ~~and~~ Bell***, Cohen, and Toca*** as |
| 12 | 3–4 | inadmissible declarations Goldstein, Newman, Michiels, Luke, Doneff | inadmissible declarations ***of*** ~~Goldstein,~~ Newman, Michiels, Luke, Doneff |

-1-

| | | | |
|---|---|---|---|
| 12 | 9–11 | (objections to declaration of dentists) and (objections to declaration of Goldstein) (filed herewith). The | (objections to declaration of dentists) ~~and (objections to declaration of Goldstein)~~ (filed herewith). The |
| 32 | 16 | UNDISPUTED | DISPUTED as to "suggests" |

Keating apologizes for any confusion or inconvenience.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 27, 2012     By: /s/ David G. Jankowski
    Lynda J. Zadra-Symes
    Jeffrey L. Van Hoosear
    David G. Jankowski

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

14403559

2