Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**NOTICE OF ERRATA RE KEATING'S OPPOSITION TO GLIDEWELL'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO KEATING'S INVALIDITY DEFENSE AND COUNTERCLAIM**<br><br>HEARING:<br>Date:  December 17, 2012<br>Time:  8:30 a.m.<br>Crtrm: 9D<br><br>Honorable David O. Carter |

Defendant Keating Dental Arts, Inc. ("Keating") respectfully submits this *Notice of Errata* to address inadvertent errors in Keating's papers filed with the Court in Opposition to Glidewell's Motion for Partial Summary Judgment as To Keating's Invalidity Defense and Counterclaim (Docket No. 118).

As set forth in the table below, Keating's opposition brief inadvertently stated, "Brux and Bruxer are both in the medical dictionary" when it should have stated, "Brux and bruxism are both in the medical dictionaries"

| Page | Line | Existing Text | Corrected Text |
|---|---|---|---|
| 20 | 23-24 | what "brux" and "bruxer" means. They learn it early in dentistry school. Brux and Bruxer are both in the medical dictionary. Glidewell also admits that | what "brux" and "bruxer" means. They learn it early in dentistry school. Brux and bruxism are both in the medical dictionaries. Glidewell also admits that |

Keating apologizes for any confusion or inconvenience.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 29, 2012   By: /s/ Lynda J. Zadra-Symes
Lynda J. Zadra-Symes
Jeffrey L. Van Hoosear
David G. Jankowski

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

14423380