Philip J. Graves (#153441) / Greer N. Shaw (#197960)
pgraves@swlaw.com / gshaw@swlaw.com
Snell & Wilmer L.L.P.
350 South Grand Avenue, #2600, Two California Plaza
Los Angeles, California 90071
Tel: 213-929-2500/Fax: 213-929-2525
Attorneys for Plaintiff James R. Glidewell Dental
Ceramics, Inc. dba Glidewell Laboratories

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. <br> PLAINTIFF(S) <br> v. <br> KEATING DENTAL ARTS, INC. <br> DEFENDANT(S) | CASE NUMBER: <br> SACV11-01309 DOC (ANx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**See Attached List of Documents.**

**Document Description:**

☐ Administrative Record
☐ Exhibits
☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
☒ Other **See Attached List of Documents.**

**Reason:**

☒ Under Seal
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☒ Per Court order dated Jan. 30, 2012 [Docket 19]
☒ Manual Filing required (*reason*): Confidential documents

| | |
|---|---|
| December 3, 2012 <br> Date | s/Philip J. Graves <br> Attorney Name <br> Philip J. Graves <br> Party Represented <br> Attorneys for Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories |

*Note: File one Notice of Manual Filing in each case, each time you manually file document(s).*

G-92 (6/12)        NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkFlow.com

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

*List of Documents Manually Filed on December 3, 2012:*

1. Plaintiff's *Ex Parte* Application To File Certain Documents Under Seal In Support Of Its Replies to Motions For Summary Judgment;

2. [Proposed] Order Granting Plaintiff's Ex Parte Application To File Certain Documents Under Seal In Support Of Its Replies to Motions For Summary Judgment;

3. Declaration Of Christopher Pinzon In Support Of Plaintiff's Ex Parte Application To File Certain Documents Under Seal In Support Of Its Replies to Motions For Summary Judgment;

4. Declaration Of Gary Pritchard In Support Of Plaintiff's Ex Parte Application To File Certain Documents Under Seal In Support Of Its Replies to Motions For Summary Judgment;

5. James R. Glidewell Dental Ceramics, Inc.'s Reply in support of Glidewell's Motion for Partial Summary Judgment as to Keating's Invalidity Defense and Counterclaim;

6. James R. Glidewell Dental Ceramics, Inc.'s Reply in Support of Glidewell's Motion for Partial Summary Judgment re Infringement of a Federally Registered Mark (First Cause of Action) and Dismissal of Defendant's Second Affirmative Defense and First Counterclaim;

7. Notice of Errata re Glidewell Laboratories' Oppositions to Keating's Motions for Summary Judgment; and

8. Exhibit 117 to the Declaration of Greer N. Shaw in Support of James R. Glidewell Dental Ceramics, Inc.'s Motions for Summary Judgment.

16241997.1

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the document described as **Notice of Manual Filing** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated:  December 3, 2012

SNELL & WILMER L.L.P.

By: *s/Philip J. Graves*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)