Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**SECOND DECLARATION OF LORI BOATRIGHT IN SUPPORT OF KEATING DENTAL ARTS, INC.'S REPLY TO THE MOTION FOR SUMMARY JUDGMENT CANCELING GLIDEWELL'S TRADEMARK REGISTRATION AND OF NONINFRINGEMENT OF GLIDEWELL'S BRUXZIR® TRADEMARK**<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Location: Courtroom 9D<br><br>Honorable David O. Carter |

I, Lori Boatright, hereby declare as follows:

I am the Chair of the Trademark Practice Group at the intellectual property law firm Blakely Sokoloff Taylor & Zafman, LLP ("BSTZ"). I have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify competently to them.

1. As I stated in my Rebuttal Report (page 16 lines 12-14), a web search similar to "crowns designed for bruxers" should have been performed by the Trademark Examining Attorney for the BRUXZIR mark.

2. As I stated in my Rebuttal Report (page 14 line 25 through page 16 line 11) my own web search of "crowns designed for bruxers" returned results of competitors of Keating and Glidewell that sell zirconia dental crowns. I personally viewed and printed the pages from the Internet that illustrate the search I performed and the information I found as a result. I submitted these documents to attorneys for Keating to be produced in this case. True and correct copies of these documents were attached to Mr. Jankowski's declaration dated November 19, 2012 as Exhibit 44.

3. The documents which I personally printed from the Internet and which are included in Exhibit 44 include:

- On October 13, 2012 I personally conducted an Internet search using the search engine at http://www.google.com for the phrase "crowns designed for bruxers" during my research for this case. This search led me to many relevant webpages which I personally viewed and printed for the purposes of my Rebuttal report. The following day, on October 14, 2012, I once again ran this same report at http://www.google.com and I personally printed page four of the search results returned by google's search engine on that day. Exhibit 44 contains a true and correct copy of the printout of this webpage on that date. This copy has not been altered except that production

-1-

number BOATRIGHT000055 was added to this document during the course of this litigation for identification purposes.

- On October 13, 2012 I personally viewed the webpage found at http://www.gpsdental.com/crowns_products.htm and printed a copy of that page. After printing this webpage, I drew arrows on the printout to indicate the information I deemed of interest to my analysis. Exhibit 44 contains a true and correct copy of the printout of this webpage on that date and the arrows I drew on the printout. This copy has not otherwise been altered except that production numbers BOATRIGHT000056 through BOATRIGHT000058 were added to this document during the course of this litigation for identification purposes.

- On October 13, 2012 I personally viewed the webpage found at http://www.restorativearts.com/metalfree.html and printed a copy of that page. After printing this webpage, I drew an arrow on the printout to indicate the information I deemed of interest to my analysis. Exhibit 44 contains a true and correct copy of the printout of this webpage on that date and the arrow I drew on the printout. This copy has not otherwise been altered except that production numbers BOATRIGHT000059 through BOATRIGHT000060 were added to this document during the course of this litigation for identification purposes.

- On October 13, 2012 I personally viewed the webpage found at http://www.restorativearts.com/featured.html and printed a copy of that page. After printing this webpage, I drew an arrow on the printout to indicate the information I deemed of interest to my analysis. Exhibit 44 contains a true and correct copy of the printout of this webpage on that date and the arrow I drew on the printout.

|   |   |
|---|---|
| 1 | This copy has not otherwise been altered except that production |
| 2 | numbers BOATRIGHT000061 through BOATRIGHT000062 were |
| 3 | added to this document during the course of this litigation for |
| 4 | identification purposes. |
| 5 | • On October 13, 2012 I personally viewed the webpage found at |
| 6 | http://www.toothstudio.com/full-contour-zirconia.php and printed a |
| 7 | copy of that page. After printing this webpage, I drew arrows on the |
| 8 | printout to indicate the information I deemed of interest to my |
| 9 | analysis. Exhibit 44 contains a true and correct copy of the printout |
| 10 | of this webpage on that date and the arrows I drew on the printout. |
| 11 | This copy has not otherwise been altered except that production |
| 12 | numbers BOATRIGHT000063 through BOATRIGHT000065 were |
| 13 | added to this document during the course of this litigation for |
| 14 | identification purposes. |
| 15 | • On October 13, 2012 I personally viewed the webpage found at |
| 16 | http://www.cosmetilab.com/products- |
| 17 | services/FullZirconia/index.html and printed a copy of that page. |
| 18 | After printing this webpage, I drew an arrow on the printout to |
| 19 | indicate the information I deemed of interest to my analysis. Exhibit |
| 20 | 44 contains a true and correct copy of the printout of this webpage on |
| 21 | that date and the arrow I drew on the printout. This copy has not |
| 22 | otherwise been altered except that production number |
| 23 | BOATRIGHT000066 was added to this document during the course |
| 24 | of this litigation for identification purposes. |
| 25 | • On October 13, 2012 I personally viewed the webpage found at |
| 26 | http://www.mgill.co.uk/crowns.htm and printed a copy of that page. |
| 27 | After printing this webpage, I drew an arrow on the printout to |
| 28 | indicate the information I deemed of interest to my analysis. Exhibit |

*1* 44 contains a true and correct copy of the printout of this webpage on
*2* that date and the arrow I drew on the printout. This copy has not
*3* otherwise been altered except that production numbers
*4* BOATRIGHT000067 through BOATRIGHT000068 were added to
*5* this document during the course of this litigation for identification
*6* purposes.

*7* • On October 13, 2012 I personally viewed the webpage found at
*8* http://www.cosmeticdentistryofsa.com/dental-implants/san-antonio-
*9* restorative-dentistry/dental-crowns/ and printed a copy of that page.
*10* After printing this webpage, I drew a bracket on the printout to
*11* indicate the information I deemed of interest to my analysis. Exhibit
*12* 44 contains a true and correct copy of the printout of this webpage on
*13* that date and the bracket I drew on the printout. This copy has not
*14* otherwise been altered except that production numbers
*15* BOATRIGHT000069 through BOATRIGHT000070 were added to
*16* this document during the course of this litigation for identification
*17* purposes.

*18* • On October 13, 2012 I personally viewed the webpage found at
*19* https://www.aurumgroup.com/files/aboutaurum/Opalite_4pp_CA_FI
*20* NAL.pdf and printed a copy of that page. After printing this
*21* webpage, I drew arrows on the printout to indicate the information I
*22* deemed of interest to my analysis. Exhibit 44 contains a true and
*23* correct copy of the printout of this webpage on that date and the
*24* arrows I drew on the printout. This copy has not otherwise been
*25* altered except that production numbers BOATRIGHT000071 through
*26* BOATRIGHT000072 were added to this document during the course
*27* of this litigation for identification purposes.

*28* • On October 13, 2012 I personally viewed the webpage found at

<pre>
 1        http://www.aurumgroup.com/files/July%202010/G250-
 2        Opalite%20C&B%20BdShtEng_final3-5.pdf and printed a copy of
 3        that page.  After printing this webpage, I drew a line on the printout to
 4        indicate the information I deemed of interest to my analysis.  Exhibit
 5        44 contains a true and correct copy of the printout of this webpage on
 6        that date and the line I drew on the printout.  This copy has not
 7        otherwise been altered except that production number
 8        BOATRIGHT000073 was added to this document during the course
 9        of this litigation for identification purposes.
</pre>

- On October 13, 2012 I personally viewed the webpage found at http://www.bonadent.com/pages/products/ceramics/completez/ and printed a copy of that page. After printing this webpage, I drew an arrow on the printout to indicate the information I deemed of interest to my analysis. Exhibit 44 contains a true and correct copy of the printout of this webpage on that date and the arrow I drew on the printout. This copy has not otherwise been altered except that production number BOATRIGHT000074 was added to this document during the course of this litigation for identification purposes.

- On October 13, 2012 I personally viewed the webpage found at http://www.barthlab.com/dental-lab-products/z-brux-crown/ and printed a copy of that page. Exhibit 44 contains a true and correct copy of the printout of this webpage on that date. This copy has not been altered except that production numbers BOATRIGHT000075 through BOATRIGHT000076 were added to this document during the course of this litigation for identification purposes.

- On October 13, 2012 I personally viewed the webpage found at http://www.showcasedental.com/about/events.html and printed a copy of that page. Exhibit 44 contains a true and correct copy of the

|   |   |
|---|---|
| 1 | printout of this webpage on that date.  This copy has not otherwise |
| 2 | been altered except that production number BOATRIGHT000077 |
| 3 | was added to this document during the course of this litigation for |
| 4 | identification purposes. |

- On October 13, 2012 I personally viewed the webpage found at http://www.showcasedental.com/about/products.html and printed a copy of that page.  After printing this webpage, I drew an arrow on the printout to indicate the information I deemed of interest to my analysis.  Exhibit 44 contains a true and correct copy of the printout of this webpage on that date and the arrow I drew on the printout.  This copy has not otherwise been altered except that production number BOATRIGHT000078 was added to this document during the course of this litigation for identification purposes.

- On October 13, 2012 I personally viewed the webpage found at http://www.livestrong.com/article/4984-need-bruxism/ and printed a copy of that page.  After printing this webpage, I drew an arrow on the printout to indicate the information I deemed of interest to my analysis.  Exhibit 44 contains a true and correct copy of the printout of this webpage on that date and the arrow I drew on the printout.  This copy has not otherwise been altered except that production number BOATRIGHT000079 was added to this document during the course of this litigation for identification purposes.

- On October 13, 2012 I personally viewed the webpage found at https://www.thecuriousdentist.com/case-study-replacing-an-rpd-on-a-bruxer/ and printed a copy of that page.  After printing this webpage, I drew arrows on the printout to indicate the information I deemed of interest to my analysis.  Exhibit 44 contains a true and correct copy of the printout of this webpage on that date and the arrows I drew on the

|   |   |
|---|---|
| 1 | printout. This copy has not otherwise been altered except that |
| 2 | production numbers BOATRIGHT000080 through |
| 3 | BOATRIGHT000082 were added to this document during the course |
| 4 | of this litigation for identification purposes. |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 3, 2012, in San Diego, California.

_____
Lori Boatright