Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN : 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**SECOND DECLARATION OF DR. DAVID EGGLESTON IN SUPPORT OF KEATING DENTAL ARTS, INC.'S REPLY TO THE MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Location: Courtroom 9D<br><br>Honorable David O. Carter |

I, Dr. David W. Eggleston, hereby declare as follows:

I am a prosthodontist with more than 42 years of experience in the dental industry.  I currently maintain a practice in Newport Beach, California.  I have personal knowledge of the matters set forth herein.  If called upon to testify, I could and would testify as follows:

1.  I have been retained by Keating Dental Arts to provide expert testimony relevant to this case.  In this regard I previously submitted a declaration to which my expert reports were attached.  To that declaration I also attached printouts of many of the web pages upon which I relied in forming my opinions.  Based on my many years of experience, I am aware that dentists, prosthodontists, and others in the dental industry, regularly rely on information available on the Internet to discover new resources available to dentists, to review industry articles, to receive continuing education, and to learn about new products, treatments and other developments in the dental industry.

2.  In my review of the relevant information for preparation of my reports in connection with this case, I received copies of printouts of webpages from attorneys representing Keating.  In addition to my own search of relevant information, I personally viewed the webpage printouts I received from attorneys representing Keating as well as the corresponding website itself.  As I mentioned in my Expert Report (Doc. # 93, Ex. 65 at 8-11) and Supplemental Expert Report (Doc. # 93, Ex. 66 at 1), I reviewed the documents provided to me by Keating's counsel and also viewed the corresponding websites online, conducted my own online research, and inspected commercial products.  The exhibits I attached to my first declaration dated November 19, 2012 are true and correct copies of the information I viewed on the Internet sites I viewed.  I relied on this information among other research to support the opinions I expressed in this case, but my opinions are not entirely dependent on these documents.  The

1   primary source of information for my opinions came from the knowledge and
2   experience I have attained through more than 42 years in the dental industry.
3       3.   On September 11, 2012, I viewed the Internet sites corresponding
4   to documents bearing production numbers in the range of KDA-002170 through
5   KDA-002467 as I was reviewing materials for the purpose of drafting my
6   Initial Expert Report. The exhibits I attached to my previous declaration dated
7   November 19, 2012 accurately reflect the information that was available at the
8   accompanying website addresses I listed in my previous declaration. These
9   include the websites listed in ¶¶ 32-50, 60-62, 64-67, and 69-70 of my previous
10  declaration dated November 19, 2012. (Doc. # 93.)
11      4.   On October 10, 2012, I viewed the Internet sites for documents
12  bearing production numbers in the range of KDA-002735 through KDA-004850
13  as I was reviewing materials for the purpose of drafting my Supplemental and
14  Rebuttal reports. The exhibits I attached to my previous declaration accurately
15  reflect the information that was available at the accompanying website address
16  I listed in my previous declaration. These include the websites listed in ¶¶ 51-
17  59, 63, 68, 71-92 of my previous declaration dated November 19, 2012. (Doc. #
18  93.)
19
20      I declare under penalty of perjury under the laws of the United States of
21  America that the foregoing is true and correct.
22      Executed December 3, 2012, in Newport Beach, California.
23
24                        Dr. David Eggleston