Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br><br> Plaintiff, <br><br> v. <br><br> KEATING DENTAL ARTS, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF NATHAN B. WENK IN SUPPORT OF KEATING DENTAL ARTS, INC.'S REPLY TO THE MOTIONS FOR SUMMARY JUDGMENT** <br><br> Date: December 17, 2012 <br> Time: 8:30 a.m. <br> Location: Courtroom 9D <br><br> Honorable David O. Carter |

I, Nathan B. Wenk, hereby declare as follows:

I am an associate at Knobbe Martens Olson and Bear who represents Keating Dental Arts, Inc. ("Keating") in this matter. I have been working on this matter and have personal knowledge of the matters set forth herein. If called upon to testify, I could and would testify as follows:

1. On October 10 and October 12, 2012, I personally performed various Internet searches to find publicly available information relevant to the present lawsuit. Upon finding a webpage with relevant information, I personally printed the webpage. The printed webpages from my searches were then made available to Dr. Eggleston to assist him in his review of relevant publicly available information for the purpose of drafting his reports. True and correct copies of the web page printouts I made were attached to Dr. Eggleston's declaration dated November 19, 2012. (Doc. #93.)

2. The documents I personally printed from the Internet include:

- On October 12, 2012, I personally viewed the webpage found at http://www.dentalproductshopper.com/zir-cast-bruxzir and printed a copy of that webpage. **Exhibit 97** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-004802 through KDA-004803 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.dentalaegis.com/id/2011/04/zir-max-burbank-dental-laboratory-inc and printed a copy of that webpage. **Exhibit 99** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002893 through KDA-002895 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://kastlemillscorp.blogspot.com/2011/01/3d-full-contour-zircrown-now-available.html and printed a copy of that webpage. **Exhibit 100** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-003128 through KDA-003131 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.diademprecision.com/products-diazir.php and printed a copy of that webpage. **Exhibit 101** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002952 through KDA-002967 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.henryschein.com/us-en/images/zahn/12-1020NY-Zirlux_092412.pdf and printed a copy of that webpage. **Exhibit 102** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-003016 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.caldentalarts.com/all-ceramic/zirfit-solid-zirconia.html and printed a copy of that webpage. **Exhibit 103** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-004808 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.somer.com/products-and-materials/attachment/ips-e-max-zircad/ and printed a copy of that webpage. **Exhibit 104** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-003242 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.technicsdental.com/#!techzir-fc/czls and printed a copy of that webpage. **Exhibit 105** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-003256 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.pittmandental.com/PDFs/ScriptStand.pdf and printed a copy of that webpage. **Exhibit 106** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-003212 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.cdllab.com/products_ZerisBRUX.php and printed a copy of that webpage. **Exhibit 109** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-003294 through KDA-003295 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.gpsdental.com/crowns_products.htm#brux and printed a copy

of that webpage. **Exhibit 114** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-003007 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.archtekinc.com/Bruxing-Splints/ and printed a copy of that webpage. **Exhibit 121** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002871 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.greatlakesortho.com/commerce/detail/?nPID=1766&CFID=1 258115&CFTOKEN=c08b5bf286de6e69-46450335-5056-9F7B-79CE972035097DAE and printed a copy of that webpage. **Exhibit 122** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002891 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.dental-mart.com/drbrnish.html and printed a copy of that webpage. **Exhibit 123** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-004833 through KDA-004836 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.dentalservices.net/products/occlusal-therapy/brux-ezer-a-rem-e-dezer-bruxism-splints.html and printed a copy of that webpage.

**Exhibit 124** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production numbers KDA-004849 through KDA-004850 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://devlin-design.com/projects_bruxcare.htm and printed a copy of that webpage.  **Exhibit 125** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production number KDA-004798 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.shererdentallab.com/products/bruxguard_testimonials.asp and printed a copy of that webpage.  **Exhibit 126** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production numbers KDA-004800 through KDA-004801 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.axisdental.com/getdoc/3ba048f1-23dd-4143-b545-f70691363374/Zirconia-Polisher.aspx and printed a copy of that webpage.  **Exhibit 127** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production numbers KDA-004787 through KDA-004788 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.cadveneers.com/ssl/zirblock.php and printed a copy of that webpage.  **Exhibit 128** is a true and correct copy of the printout of this

website on that date.  This copy has not been altered except that production number KDA-004809 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.ivoclarvivadent.com/en/products/all-ceramics/ips-emax-technicians/ips-emax-zircad and printed a copy of that webpage. **Exhibit 129** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-003038 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.ivoclarvivadent.com/en/products/all-ceramics/ips-emax-technicians/ips-emax-zirpress and printed a copy of that webpage. **Exhibit 130** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production number KDA-003127 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at https://us.shop.ivoclarvivadent.com/en-us/p/shop/products/all-ceramics/ips-e_max/ips-e_max-ceram/ceram-kits/ips-e_max-ceram-zirliner-kit and printed a copy of that webpage.  **Exhibit 131** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production number KDA-003045 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.kuraraynoritake.com/wd/cad-cam/zirprime/ and printed a copy of that webpage. **Exhibit 132** is a true and correct copy of the

printout of this website on that date.  This copy has not been altered except that production numbers KDA-003179 through KDA-003180 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.smileline.ch/en/products/zircare and printed a copy of that webpage.  **Exhibit 133** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production number KDA-003241 was added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://biomet3i.com/Pdf/ART741D_Zireal_Brochure.pdf and printed a copy of that webpage.  **Exhibit 134** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production numbers KDA-003300 through KDA-003303 were added to this document during the course of this litigation for identification purposes.

- On October 12, 2012, I personally viewed the webpage found at http://www.origincadcam.com/drtanaka.html and printed a copy of that webpage.  **Exhibit 135** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production numbers KDA-003253 through KDA-003255 were added to this document during the course of this litigation for identification purposes.

3.  **Exhibit 136** is an assemblage of copies of webpage printouts of various dental laboratories which I found identified on www.bruxzir.com as "authorized" BruxZir laboratories.  On October 10, 2012, I personally accessed and viewed the following webpages at the addresses indicated below and printed

a copy of the listed webpages.  The documents included in Exhibit 136 are true and correct copies of the printouts of these websites.  The documents have not been altered except that the referenced production numbers were added during the course of this litigation for identification purposes.  The webpages I accessed and printed include:

- http://www.accutechdentallab.com/#!products/vstc3=about01 (KDA-002862)
- http://www.affdental.com/affdental2_002.htm (KDA-002863)
- http://www.albensilab.com/services/all-ceramics/bruxzir.html (KDA-002865)
- http://www.archtekinc.com/Bruxing-Splints/ (KDA-002871)
- http://www.aronovitch.net/BruxZir.html (KDA-002873-74)
- http://www.atlasdentallab.com/?p=ceramic&item=bruxzir (KDA-002881)
- http://www.bauerdental.com/BruxZir.html (KDA-002883-84)
- http://www.beverlyhillsdentalstudio.com/bruxzir.html (KDA-002890)
- http://www.dentalaegis.com/id/2011/04/zir-max-burbank-dental-laboratory-inc (KDA-002893-95)
- http://www.continentaldental.com/products/cadcam-a-non-metallics/bruxzir (KDA-002914)
- http://www.continentallab.com/ KDA-002918
- http://creodental.com/products/zirconia/ (KDA-002922-23)
- http://www.crowndentalstudio.com/BruxZir.html (KDA-002925-26)
- http://www.dhbaker.com/BruxZir.html (KDA-002928-29)
- http://www.deluxdental.com/products/bruxzir/ (KDA-002930)
- http://www.dentalartlab.com/docs/newsletters/newsletter-fall2012.pdf (KDA-002931-32)
- http://www.dentalartlab.com/docs/newsletters/dal-spring2011-newsletter.pdf (KDA-002933-34)

- http://www.dentalartlab.com/docs/newsletters/summer-newsletter-2012.pdf (KDA-002935-36)
- http://www.dentalartlab.com/docs/newsletters/newsletter-winter2012reduced.pdf (KDA-002937-38)
- http://www.dentalartslab.com/products-services (KDA-002942)
- http://www.doddlab.com/BruxZir.html (KDA-002977-79)
- http://www.drakelab.com/products/documents/sszircastsm.pdf (KDA-002980-81)
- http://drakelab.com/products/documents/ssbruxzirsm.pdf (KDA-002983)
- http://www.eclipsedentalinc.com/ (KDA-002986-87)
- http://www.elegantlab.com/index.php?option=com_content&view=article&id=60&Itemid=108 (KDA-002988)
- http://www.eliasonlab.com/BruxZir.html (KDA-002991-92)
- http://www.excelberger.com/BruxZir.html (KDA-002994-95)
- http://www.fluddentallab.com/BruxZir.html (KDA-002997-98)
- http://www.foxdentallab.com/BruxZir.html (KDA-003000)
- [link doesn't seem to be working correctly] (KDA-003003)
- http://www.gnatho.com/bruxzir.php (KDA-003006)
- http://www.gswdental.com/BruxZir.html (KDA-003009-10)
- http://www.h-odental.com/BruxZir.html (KDA-003012-13)
- http://www.harrisondentalstudio.com/services/20 (KDA-003015)
- http://www.henryschein.com/us-en/images/zahn/12-1020NY-Zirlux_092412.pdf  (KDA-003016)
- http://www.henryschein.com/us-en/zahn/services/zirlux.aspx (KDA-003019-20)
- http://www.idealdental.com/BruxZir.html (KDA-003022-23)
- http://www.innovativedentalarts.com/services/all-ceramic/bruxzir.html (KDA-003027)

1
- http://www.itoandkoby.com/BruxZir.html (KDA-003029-30)

2
- http://www.kellerlab.com/193/products/bruxzir.php (KDA-003133-34)

3
- http://www.kiesskraft.com/BruxZir.html (KDA-003135-36)

4
- http://www.knightdentalgroup.com/subpage_product_Studio.php?Product

5
  ID=12 (KDA-003138-39)

6
- http://www.lasvegasdentalstudio.com/index.php?option=com_content&vi

7
  ew=article&id=19&Itemid=13 (KDA-003142)

8
- http://www.lvddslab.com/bruxzir.aspx (KDA-003145)

9
- http://www.lumident.net/products.php (KDA-003148)

10
- http://www.mallowtru.com/BruxZir.html (KDA-003150-51)

11
- http://www.allceramicexperts.com/#!products/cjg9 (KDA-003154)

12
- http://www.midtowndental.com/BruxZir.html (KDA-003156-57)

13
- http://www.mobiledentaldesign.com/bruxzir-design-inc-biography.htm

14
  (KDA-003159-60)

15
- http://mobiletekdental.myshopify.com/pages/bruxzir-features (KDA-

16
  003161-62)

17
- http://www.mrcrown.com/bruxzir.html (KDA-003164-65)

18
- http://www.nashdentallab.com/services/crown-bridge/metal-free-

19
  crowns/bruxzir-crowns/ (KDA-003166)

20
- http://www.neodentallab.com/dentists.html (KDA-003169-70)

21
- http://www.newerada.com/dental-lab-products.html (KDA-003172)

22
- http://www.newimagedentallab.com/bruxzir.php (KDA-003173)

23
- http://www.newwestlab.com/services/bruxzir.aspx (KDA-003174)

24
- http://www.nicholsdentallab.com/products.html (KDA-003178)

25
- http://www.olsondenlab.com/5DayBruxZir.aspx (KDA-003182)

26
- http://www.oralartsdental.com/pages/Products/BruxZirZirconiaOcclLing

27
  withPorcelainLabial/tabid/3550/Default.aspx (KDA-003183-84)

28

- http://www.oralartsdental.com/pages/Products/BruxzirCrownsandBridges/tabid/1354/Default.aspx (KDA-003186-87)
- http://www.oralartslab.com/BruxZir.html (KDA-003189-90)
- http://www.oraldesigns.com/products/bruxzir.html (KDA-003192)
- http://www.oraltech.com/BruxZir.html (KDA-003194-95)
- http://www.pda-lab.com/index.cfm/All-Ceramics.cfm (KDA-003197)
- http://www.parkwaydentallab.net/bruxzir-fcz.html (KDA-003199-3200)
- http://sandiegodentallab.com/?portfolio=bruxzir (KDA-003204-05)
- http://www.petermandental.com/BruxZir.html (KDA-003207-08)
- http://www.pfistererdental.com/BruxZir.html (KDA-003210-11)
- http://www.pcdl-usa.com/products16-74/BruxZir (KDA-003218)
- http://www.rdentlab.com/bruxzir/ (KDA-003221-22)
- http://www.riversidelab.com/dental-lab-services/bruxzir-solid-zirconia-crowns-bridges.aspx (KDA-003223-24)
- http://www.rogersfamilylab.com/products/crown-bridge/bruxzir/ (KDA-003227)
- http://www.saberdentalstudio.com/BruxZir.html (KDA-003230-31)
- https://www.safcodental.com/catalog/burs-and-diamonds/diamond-instruments-multi-use/nti-zir-cut-diamonds?ref=cat (KDA-003232)
- http://www.salemlab.com/BruxZir.html (KDA-003234-35)
- http://www.scrimpshire.com/BruxZir.html (KDA-003237)
- http://www.shererdentallab.com/products/bruxzirfcz.asp (KDA-003240)
- http://www.sternempire.com/BruxZir.html (KDA-003245-46)
- http://www.sternreed.com/BruxZir.html (KDA-003248-49)
- http://www.stewartlab.com/bruxzir-solid-zirconia (KDA-003250)
- http://www.thayerdental.com/MetalFreeRestorations/MetalFreeCrowns.aspx (KDA-003261-62)
- http://www.thelab2000.com/services.html (KDA-003264)

- http://www.thepointdentalstudio.com/Page_3.html (KDA-003267-68)
- http://www.thoeledental.com/BruxZir.html (KDA-003270-71)
- http://www.tlclab.com/BruxZir.html (KDA-003273-74)
- http://www.trachseldentalstudio.com/products/CrownAndBridge/BruxZir/ (KDA-003278)
- http://www.treasuredentalstudio.com/index.php?option=com_content&view=article&id=10&Itemid=17 (KDA-003281)
- http://www.viadental.com/#!services/c1pna (KDA-003284-85)
- http://www.vitalitydentalarts.com/products-2/bruxzir/ (KDA-003286-87)
- http://www.wpdentallab.com/BruxZir.html (KDA-003291-93)
- http://www.ziemekdentallab.com/bruxzir-solid-zirconia/ (KDA-003297)
- http://www.home.zinserdental.com/ (KDA-003298-99)
- http://www.accudentdentallab.com/index.php?p=products (KDA-004775)
- http://www.apexdentalmilling.com/ (KDA-004776-77)
- http://www.applegatedentalceramics.com/zirconia_crowns.html (KDA-004778)
- http://www.arcaridentallab.com/products/all-ceramic/bruxzir.html (KDA-004779-80)
- http://www.artisticdentallab.net/coupons.shtml (KDA-004781-82)
- http://www.artisticdentallab.net/bruxzir.shtml (KDA-004783-86)
- http://www.axisdental.com/getdoc/3ba048f1-23dd-4143-b545-f70691363374/Zirconia-Polisher.aspx (KDA-004787-88)
- http://www.axisdental.com/getdoc/c17d35f7-bd0f-4524-9218-38ea629acc0b/Polishing.aspx?SKUId=6537 (KDA-004789-90)
- http://www.axisdental.com/getdoc/c17d35f7-bd0f-4524-9218-38ea629acc0b/Polishing.aspx?SKUId=2241 (KDA-004791-92)
- http://www.bdlprosthetics.com/dentists/bruxzir.aspx (KDA-004793)
- http://www.beckerdentallab.com/Pages/BruxZir.aspx (KDA-004794-95)

- http://www.biglerdental.com/services/bruxzir (KDA-004796-97)
- http://www.shererdentallab.com/products/bruxguard_testimonials.asp (KDA-004800-01)
- http://www.burdettedental.com/Default.asp?ID=326&pg=Fixed+Products (KDA-004804-07)
- http://www.caldentalarts.com/all-ceramic/zirfit-solid-zirconia.html (KDA-004808)
- Cannot find exact web page, similar at http://www.cdllab.com/products_CADVeneers.php (KDA-004809)
- http://www.dentalartlab.com/page.php?page_id=47 (KDA-004810-KDA-004811)

4. **Exhibit 137** is an assemblage of copies of dental prescription forms available on the Internet webpage of various dental laboratories identified on www.bruxzir.com as "authorized" BruxZir laboratories. On October 10, 2012, I personally accessed and viewed the following webpages at the web addresses listed below and printed a copy of those webpages. Exhibit 136 includes true and correct copies of the printouts of these dental prescription forms. The documents have not been altered except that production numbers were added during the course of this litigation for identification purposes. The webpages I accessed and printed include:

- http://www.albensilab.com/images/stories/documents/231796.pdf (KDA-002864)
- http://www.apexdentalmilling.com/pdf/ApexDentalMillingScript.pdf (KDA-002867)
- http://www.applegatedentalceramics.com/applegate_dental_RX.pdf (KDA-002868)
- http://www.arcarilab.com/images/stories/documents/Arcari-NEWRX-BW.pdf (KDA-002869-70)

-13-

- http://www.aronovitch.net/uploadedFiles/Aronovitch_Dental_Laboratory/Content/Send_A_Case/Aronovitch.pdf (KDA-002872)
- http://www.arrowheaddental.com/wp-content/uploads/2011/03/rx.pdf (KDA-002875-76)
- http://www.artisticdentallab.net/Downloads/Prescription%20for%20Website.indd.pdf (KDA-002877-78)
- http://www.atlasdentallab.com/scripts/dl.php?f=Atlas_Crown%20Bridge%20RX.pdf (KDA-002880)
- http://www.bauerdental.com/uploadedFiles/Bauer_Dental_Studio/Content/Send_A_Case/Bauer%20Rx%20Form.pdf (KDA-002882)
- http://www.bdlprosthetics.com/pdf/bdl_rx_new.pdf (KDA-002885-86)
- http://www.beckerdentallab.com/Documents/becker%20dental%20lab%20new%20021412.pdf (KDA-002887)
- http://www.beverlyhillsdentalstudio.com/images/pdf/bh-rx.pdf (KDA-002888-89)
- http://www.burdettedental.com/Sites/Burdette_Dental/Documents/Main/Rx-BDL%202012%20single%20-%20front.pdf (KDA-002896)
- http://www.continentaldental.com/images/stories/RX_2012_REV_PDF.pdf (KDA-002915-16)
- http://www.continentallab.com/uploadedFiles/Continental_Dental_Laboratory/Content/Send_A_Case/Continental%20Rx.pdf (KDA-002917)
- http://creodental.com/CreoDental_Rx_merged.pdf (KDA-002920-21)
- http://www.crowndentalstudio.com/uploadedFiles/Crown_Dental_Studio/Content/Send_Us_A_Case/Crown%20and%20Bridge%20Rx.pdf (KDA-002924)
- http://www.dhbaker.com/uploadedFiles/D_H_Baker_Dental_Laboratory/Content/Send_A_Case/DH%20Baker%20Rx.pdf (KDA-002927)

- http://www.dentalartslab.com/resourcesmodule/download_resource/id/129/src/@random486b8da9a7d14/ (KDA-002939-41)
- http://www.dentallab.com/download/dlc-universal.pdf (KDA-002946-47)
- http://www.dentekdental.com/flash/flash-scene-downloads/OFFICIAL-2007-DENTEKDENTAL-LAB-FORM.pdf (KDA-002950)
- http://www.digitechlab.com/downloads/DigiTech-Rx.pdf (KDA-002974-75)
- http://www.doddlab.com/uploadedFiles/Dodd_Dental_Laboratory/Content/Send_A_Case/Dodd_Rx.pdf (KDA-002976)
- http://www.drakelab.com/documents/digitalscript2012_000.pdf (KDA-002982)
- http://www.eclipsedentalinc.com/request.html (KDA-002984-85)
- http://www.elegantlab.com/images/stories/pdfs/rx_form.pdf (KDA-002989)
- http://www.eliasonlab.com/uploadedFiles/Eliason_Dental_Lab/Content/Send_A_Case/Rx%20Form.pdf (KDA-002990)
- http://www.excelberger.com/uploadedFiles/Excel_Berger_Dental_Lab/Content/Send_a_Case/Rx.pdf (KDA-002993)
- http://www.fluddentallab.com/uploadedFiles/Flud_Dental_Laboratory/Content/Send_A_Case/Rx%20form.pdf (KDA-002996)
- http://www.foxdentallab.com/uploadedFiles/Fox_Dental_Laboratory/Content/Send_A_Case/Fox%20Rx%208-11(1).pdf (KDA-002999)
- http://www.gandhdental.com/pdfs/Implanning_Rx-02.21.12.pdf (KDA-003002)
- http://www.gnatho.com/files/CB-Ceramics1.pdf (KDA-003004-05)
- http://www.gswdental.com/uploadedFiles/Great_Southwest_Dental_Laboratory/Content/Send_A_Case/GSWprescription.pdf (KDA-003008)

- http://www.greendentallab.com/uploadedFiles/Green_Dental_Laboratory/Content/Send_A_Case/GDL%20Rx%202010.pdf (KDA-003011)
- http://www.harrisondentalstudio.com/images/stories/NEW_CB_RX.pdf (KDA-003014)
- http://www.idealdental.com/uploadedFiles/Ideal_Dental_Laboratory/Content/Send_A_Case/Rx%202012.pdf (KDA-003021)
- http://www.ikondentaldesign.com/#!dentist-support (KDA-003024)
- http://www.innovativedentalarts.com/images/stories/documents/ida%20rx.pdf (KDA-003025-26)
- http://www.itoandkoby.com/uploadedFiles/Ito_and_Koby_Dental_Studio/Content/Send_A_Case/order_Lv2.pdf (KDA-002028)
- http://www.iversondental-labs.com/Portals/10097/docs/LAB%20RX%209-8-09.pdf (KDA-003031-32)
- http://www.kellerlab.com/tinymce/filemanager/files/Regular_Rx_STL.pdf (KDA-003132)
- http://www.kiesskraft.com/uploadedFiles/Kiess_Kraft/Content/Send_A_Case/RX%20PAD.pdf (KDA-003137)
- http://www.lasvegasdentalstudio.com/images/pdf/Las%20Vegas%20Rx%20Form.pdf (KDA-003140-41)
- http://www.lvddslab.com/pdfs/Rx-Dentists.pdf (KDA-003143-44)
- http://www.lordsdental.com/images/stories/pdf/rx/Lords_C&B_Rx_2011.pdf (KDA-003146)
- http://www.lumident.net/docs/CrownandBridgelabslipPDF.pdf (KDA-003147)
- http://www.mallowtru.com/uploadedFiles/Mallow_Tru_Dental_Studio/Content/Send_A_Case/Mallow%20Rx.pdf (KDA-003149)

- http://www.maverickdental.com/maverick_dental_lab/images/Maverick%20Combined%20RX.pdf (KDA-003152-53)
- http://www.midtowndental.com/uploadedFiles/Midtown_Dental_Laboratory/Content/Send_A_Case/Midtown%20Fixed.pdf (KDA-003155)
- http://mobiledentaldesign.com/cs/Satellite?blobkey=id&blobwhere=1301180757437&blobheader=application%2Fpdf&blobheadername1=Content-Disposition&blobheadervalue1=inline%3B+filename%3D2107628-mobiledentaldesign-rxpad-02-03-12.pdf&blobcol=urldocument&blobtable=UXDocument (KDA-003158)
- http://www.mrcrowndental.com/mrcrown_labslip.pdf (KDA-003163)
- http://www.naturalartsdental.com/Prescription_Form.PDF (KDA-003167)
- http://www.neodentallab.com/Labprescription.pdf (KDA-003168)
- http://www.newerada.com/docs/NEDA_Fixed_Restoration_Form.pdf (KDA-003171)
- http://www.ndlsmile.com/crown_bridge.pdf (KDA-003175)
- http://www.ndlsmile.com/implant.pdf (KDA-003176)
- http://nextek.us/wp-content/uploads/2010/12/RXform8_10.pdf (KDA-003177)
- http://www.olsondenlab.com/LinkClick.aspx?fileticket=C085SwbdwIw%3d&tabid=214 (KDA-003181)
- http://www.oralartsdental.com/pages/LinkClick.aspx?fileticket=YVwGvPzLk6k%3d&tabid=1121 (KDA-003185)
- http://www.oralartslab.com/uploadedFiles/Oral_Arts_Dental_Laboratory_IA/Content/Send_A_Case/Oral%20Arts%20IA.pdf (KDA-003188)
- http://www.oraldesigns.com/images/Oral%20Designs%20Crown%20Bridge%20Rx.pdf (KDA-003191)
- http://www.oraltech.com/uploadedFiles/Oral_Tech_Dental_Laboratory/Content/Send_A_Case/Oral%20Tech.pdf (KDA-003193)

- http://pda-lab.com/documents/prescriptionform-pda-c&b.pdf (KDA-003196)
- Old Rx form no longer available; new form available at http://www.parkwaydentallab.net/uploads/1/3/8/2/13825232/form1.pdf (KDA-003198)
- http://www.pcsdentallab.com/#!rx-forms (KDA-003201)
- http://sandiegodentallab.com/wp-content/uploads/2012/07/Lab-Slip-NEW.pdf (KDA-003202-03)
- http://www.petermandental.com/uploadedFiles/Peterman_Dental_Laboratory/Content/Send_A_Case/Peterman%20Rx.pdf (KDA-003206)
- http://www.pfistererdental.com/uploadedFiles/Pfisterer_Dental_Laboratory/Content/Send_A_Case/Pfisterer.pdf (KDA-003209)
- http://www.polarisdentallab.com/rx_form.pdf (KDA-003213)
- http://www.pcdl-usa.com/gallery2-102/ImplantFixed (KDA-003214-15)
- http://www.pcdl-usa.com/gallery2-103/Dentist (KDA-003216-17)
- http://www.prosthotech.com/files/pdfs/ProsthotechLabForm2009.pdf (KDA-003219)
- http://www.rdentlab.com/wp-content/uploads/2012/07/Fixed-07-12-F.pdf (KDA-003220)
- http://www.roedentallab.com/downloads/RxFixed.pdf (KDA-003225)
- http://www.rogersfamilylab.com/pdf/fixed-restoration-script.pdf (KDA-003226)
- http://www.saberdental.com/uploadedFiles/Saber_Dental_Studio_MN/Content/Send_A_Case/Saber,%20MN%20Rx.pdf (KDA-003228)
- http://www.saberdentalstudio.com/uploadedFiles/Saber_Dental_Studio_WI/Content/Send_A_Case/SaberWI.pdf (KDA-003229)
- http://www.salemlab.com/uploadedFiles/Salem_Dental_Laboratory/Content/Send_A_Case/Salem%20Rx%20Blue%202011.pdf (KDA-003233)

- http://www.scrimpshire.com/uploadedFiles/Scrimpshire_Dental_Studio/Content/Send_A_Case/Scrimpshire.pdf (KDA-003236)
- http://www.shererdentallab.com/pdf/fixed.pdf (KDA-003238-39)
- http://www.spartandentallab.com/wp-content/uploads/2011/10/spartan-dental-lab-rx-form.pdf (KDA-003243)
- http://www.sternempire.com/uploadedFiles/Stern_Empire_Dental_Laboratory/Content/Send_A_Case/Stern%20Form%202011.pdf (KDA-003244)
- http://www.sternreed.com/uploadedFiles/Stern_Reed_Associates/Content/Send_A_Case/Stern%20Reed.pdf (KDA-003247)
- http://www.thayerdental.com/LinkClick.aspx?fileticket=Incz6bpfejc%3d&tabid=75 (KDA-003257-58)
- http://www.thayerdental.com/LinkClick.aspx?fileticket=NfgRHPXyu24%3d&tabid=75 (KDA-003259-60)
- http://www.thelab2000.com/prescription_form.jpg (KDA-003263)
- http://www.thepointdentalstudio.com/Page_5.html (KDA-003265-66)
- http://www.thoeledental.com/uploadedFiles/Thoele_Dental_Laboratory/Content/Send_A_Case/Thoele%20Crown%20and%20Bridge.pdf (KDA-003269)
- http://www.tlclab.com/uploadedFiles/TLC_Dental_Laboratory/Content/Send_A_Case/tlc%20FORM.pdf (KDA-003272)
- http://www.trachseldentalstudio.com/resc/CrownBridgeRx2012.pdf (KDA-003275-76)
- http://www.trachseldentalstudio.com/products/Implant/resc/NobelProcera%20Rx%20form.pdf (KDA-003277)
- http://www.treasuredentalstudio.com/images/stories/food/treasure%20rx-fixed%20web.pdf (KDA-003279)
- http://www.treasuredentalstudio.com/images/stories/food/treasure%20rx-standard%20web.pdf (KDA-003280)

- http://media.wix.com/ugd//609011_2f742a94347b98e22c20231579ed7e89.pdf (KDA-003282-83)
- http://www.westerndentalarts.com/pdfs/91151_WDA-RxForm-2date.pdf (KDA-003288-89)
- http://www.wpdentallab.com/uploadedFiles/Wornson_Polzin_Dental_Laboratory/Content/Send_A_Case/Rx(1).pdf (KDA-003290)
- http://www.ziemekdentallab.com/wp-content/uploads/2012/07/Ziemek-Premier-Lab-Slip-Final.pdf (KDA-003296)
- http://lafayettedentallab.com/rx.form.pdf (KDA-003304)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 3, 2012, in Irvine, California.

Nathan B. Wenk