Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br><br> Plaintiff, <br><br> v. <br><br> KEATING DENTAL ARTS, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx) <br><br> **SECOND DECLARATION OF RUSTIN K. MANGUM IN SUPPORT OF KEATING DENTAL ARTS, INC.'S REPLY TO THE MOTIONS FOR SUMMARY JUDGMENT** <br><br> Date: December 17, 2012 <br> Time: 8:30 a.m. <br> Location: Courtroom 9D <br><br> Honorable David O. Carter |

I, Rustin Mangum, hereby declare as follows:

I am an associate at Knobbe Martens Olson and Bear who represents Keating Dental Arts, Inc. ("Keating") in this matter.  I have been working on this matter and have personal knowledge of the matters set forth herein.  If called upon to testify, I could and would testify as follows:

**A.    Attached Exhibits**

1. Attached as **Exhibit 160** is a true and correct copy of excerpts of the deposition transcript of Diane Mallos Donich, Chief Financial Officer at Keating, providing testimony as a fact witness.

2. Attached as **Exhibit 161** are true and correct copies of pages from the Trademark Manual of Examining Procedure, 8th Edition, Issued October 2011.

**B.    Internet Webpage Printouts Previously Submitted**

3. Beginning at the end of July 2012 and going through October 2012, I personally performed a number of Internet searches to find public uses of the terms "bruxer," "bruxzir," "crown," "zirconia," and other terms and combinations of terms relevant to the present case.  When I viewed a page with relevant information, I personally printed the page.

4. The printed pages from my search were sent to Dr. David Eggleston, an expert retained by Keating in this case, to assist him in his review of publicly available information and aid in his own searches of publicly available information.  True and correct copies of some of the web page printouts which I made were attached to Dr. Eggleston's declaration dated November 19, 2012. (Doc. #93.)

5. Some of the webpage printouts I made were used during depositions of various Glidewell witnesses and given a deposition exhibit number.  True and correct copies of some of these web page printouts which I made were attached to the Jankowski Declaration dated November 19, 2012. (Doc. #91.)

/ / /

6.   The documents I personally printed from the Internet include:

<u>Documents Attached to Eggleston Declaration (Doc. #93):</u>

- On July 30, 2012, I personally viewed and downloaded this pdf document from Glidewell's website at http://www.glidewelldental.com.  **Exhibit 79** is a true and correct copy of the printout of this pdf document from the website on that date.   This copy has not been altered except that production numbers KDA-002183 through KDA-002184 were added to this document during the course of this litigation for identification purposes.

- On August 15, 2012, I personally viewed the webpage found at http://www.bruxzir.com/features-bruxzir-zirconia-dental-crown/    and printed a copy of that webpage.  **Exhibit 80** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production numbers KDA-002198 through KDA-002199 were added to this document during the course of this litigation for identification purposes.

- On August 16, 2012, I personally viewed the webpage found at http://www.glidewelldental.com/dentist/services/all-ceramics-bruxzir.aspx and printed a copy of that webpage.  **Exhibit 81** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production number KDA-002197 was added to this document during the course of this litigation for identification purposes.

- On July 30, 2012, I personally viewed the webpage found at http://www.glidewelldental.com/bruxzir-zirconia-crowns/features/    and printed a copy of that webpage.  **Exhibit 82** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production numbers KDA-002298 through KDA-002299 were

1   added to this document during the course of this litigation for

2   identification purposes.

3   • On July 30, 2012, I personally viewed the webpage found at

4   http://www.glidewelldental.com/dentists/services/all-ceramics-bruxzir-

5   tech.aspx and printed a copy of that webpage. **Exhibit 83** is a true and

6   correct copy of the printout of this website on that date. This copy has

7   not been altered except that production number KDA-002300 was added

8   to this document during the course of this litigation for identification

9   purposes.

10  • On July 30, 2012, I personally viewed the webpage found at

11  http://www.glidewelldental.com/lab/services/bruxzir.aspx and printed a

12  copy of that webpage. **Exhibit 84** is a true and correct copy of the

13  printout of this website on that date. This copy has not been altered

14  except that production number KDA-002302 was added to this document

15  during the course of this litigation for identification purposes.

16  • On August 15, 2012, I personally viewed the webpage found at

17  http://www.axisdentalmilling.com/bruxzir.html and printed a copy of that

18  webpage. **Exhibit 85** is a true and correct copy of the printout of this

19  website on that date. This copy has not been altered except that

20  production numbers KDA-002174 through KDA-002175 were added to

21  this document during the course of this litigation for identification

22  purposes.

23  • On August 30, 2012, I personally viewed the webpage found at

24  http://www.crowndentalstudio.com/BruxZir.html and printed a copy of

25  that webpage. **Exhibit 86** is a true and correct copy of the printout of this

26  website on that date. This copy has not been altered except that

27  production numbers KDA-002242 through KDA-002244 were added to

28

this document during the course of this litigation for identification purposes.

- On July 31, 2012, I personally viewed the webpage found at http://www.kellerlab.com/193/products/bruxzir.php and printed a copy of that webpage. **Exhibit 87** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002345 through KDA-002346 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.dentalartlab.com/page.php?page_id=47 and printed a copy of that webpage. **Exhibit 88** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002245 through KDA-002246 were added to this document during the course of this litigation for identification purposes.

- On August 30, 2012, I personally viewed the webpage found at http://www.dentistrytoday.com/top100-2011-g1 and printed a copy of that webpage. **Exhibit 89** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002286 through KDA-002288 were added to this document during the course of this litigation for identification purposes.

- On August 15, 2012, I personally viewed the webpage found at http://www.prweb.com/releases/glidewell-dental-lab/bruxzir-dental-zirconia/prweb3622494.htm and printed a copy of that webpage. **Exhibit 90** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-

002295 through KDA-002296 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.lvddslab.com/bruxzir.aspx and printed a copy of that webpage. **Exhibit 91** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002347 was added to this document during the course of this litigation for identification purposes.

- On August 30, 2012, I personally viewed the webpage found at http://www.pcdl-usa.com/products16-79/BruxZir and printed a copy of that webpage. **Exhibit 92** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002360 was added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.expertecdental.com/fullz.asp and printed a copy of that webpage. **Exhibit 93** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002348 was added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.sundentallabs.com/suntech_full_zirconia.aspx and printed a copy of that webpage. **Exhibit 94** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002381 through KDA-002382 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.thompsonsuburban.com/bruxzir_solid_zirconia.html and printed a copy of that webpage. **Exhibit 95** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002383 was added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.drakelab.com/products/Zircast.php and printed a copy of that webpage. **Exhibit 96** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002448 through KDA-002449 were added to this document during the course of this litigation for identification purposes.

- On September 24, 2012, I personally viewed the webpage found at http://www.artistedentistry.com/Cosmetic-Dentistry.html and printed a copy of that webpage. **Exhibit 98** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002738 through KDA-002748 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.assureddentallabinc.com/prep.html and printed a copy of that webpage. **Exhibit 107** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002172 through KDA-002173 were added to this document during the course of this litigation for identification purposes.

...

- On September 6, 2012, I personally viewed the webpage found at http://www.infinitylaboratory.com/5073/5094.html and printed a copy of that webpage. **Exhibit 108** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002341 was added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://mascoladentallab.com/wp-content/themes/mascola/pdf/GreenRX_ME_Fixed_distributed.pdf and printed a copy of that webpage. **Exhibit 110** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002444 was added to this document during the course of this litigation for identification purposes.

- On August 9, 2012, I personally viewed the webpage found at http://www.yorkdentallab.com/fixed/bruxzer.html and printed a copy of that webpage. **Exhibit 111** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002445 was added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.continentaldental.com/home-continental-dental-lab/2-porcelain-to-non-precious/62-zirconia-bruxer-crown and printed a copy of that webpage. **Exhibit 112** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002241 was added to this document during the course of this litigation for identification purposes.

/ / /

/ / /

- On September 6, 2012, I personally viewed the webpage found at http://www.summersdentallab.com/bruxthetix.html and printed a copy of that webpage. **Exhibit 113** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002450 through KDA-002451 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.hellotrade.com/china-dental-outsourcing-incorporated/bruxers-all-zirconia-dental-product.html and printed a copy of that webpage. **Exhibit 115** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002318 through KDA-002320 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.mouvement.tv/story.php?title=bruxer-crown-%7C-solid-zirconia-crown and printed a copy of that webpage. **Exhibit 116** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002349 was added to this document during the course of this litigation for identification purposes.

- On September 27, 2012, I personally viewed the webpage found at http://www.biznet-tenn.com/firms/6111792/ and printed a copy of that webpage. **Exhibit 117** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002751 through KDA-002752 were added to

1    this document during the course of this litigation for identification

2    purposes.

3    • On September 26, 2012, I personally viewed the webpage found at

4    http://www.dentalimplant.informe.com/forum/announcement-f5/what-is-

5    bruxer-crown-t10.html and printed a copy of that webpage. **Exhibit 118**

6    is a true and correct copy of the printout of this website on that date. This

7    copy has not been altered except that production numbers KDA-002759

8    through KDA-002760 were added to this document during the course of

9    this litigation for identification purposes.

10   • On September 26, 2012, I personally viewed the webpage found at

11   http://www.cosmeticdentistryofsa.com/dental-implants/san-antonio-

12   restorative-dentistry/dental-crowns/ and printed a copy of that webpage.

13   **Exhibit 119** is a true and correct copy of the printout of this website on

14   that date. This copy has not been altered except that production numbers

15   KDA-002761 through KDA-002764 were added to this document during

16   the course of this litigation for identification purposes.

17   • On September 26, 2012, I personally viewed the webpage found at

18   http://twitter.com/PittmanLab/status/9266696359514112 and printed a

19   copy of that webpage. **Exhibit 120** is a true and correct copy of the

20   printout of this website on that date. This copy has not been altered

21   except that production number KDA-002804 was added to this document

22   during the course of this litigation for identification purposes.

23   Documents Attached to Jankowski Declaration (Doc. #91):

24   • On September 6, 2012, I personally viewed the webpage found at

25   http://www.dentalartlab.com/page.php?page_id=47 and printed a copy of

26   that webpage. **Exhibit 35** is a true and correct copy of the printout of this

27   website on that date. This copy has not been altered except that

28   production numbers KDA-002245 through KDA-002246 and a sticker

designating this document as Deposition Exhibit 20 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.artistedentistry.com/blog/2011/08/21/BruxZir-Crowns.aspx and printed a copy of that webpage. **Exhibit 36** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002170 through KDA-002171 and a sticker designating this document as Deposition Exhibit 21 were added to this document during the course of this litigation for identification purposes.

- On August 9, 2012, I personally viewed the webpage found at http://www.barthlab.com/dental-lab-products/z-brux-crown/ and printed a copy of that webpage. **Exhibit 37** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production numbers KDA-002446 through KDA-002447 and a sticker designating this document as Deposition Exhibit 28 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.showcasedental.com/about/events.html and printed a copy of that webpage. **Exhibit 38** is a true and correct copy of the printout of this website on that date. This copy has not been altered except that production number KDA-002361 and a sticker designating this document as Deposition Exhibit 31 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.chinadentaloutsourcing.com/p-ceramic-bruxer.html and printed a copy of that webpage. **Exhibit 39** is a true and correct copy of

the printout of this website on that date.  This copy has not been altered except that production numbers KDA-002237 through KDA-002240 and a sticker designating this document as Deposition Exhibit 32 were added to this document during the course of this litigation for identification purposes.

- On September 6, 2012, I personally viewed the webpage found at http://www.dentalproductshopper.com/blog/solid-zirconia-crowns    and printed a copy of that webpage.  **Exhibit 40** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production numbers KDA-002247 through KDA-002248 and a sticker designating this document as Deposition Exhibit 34 were added to this document during the course of this litigation for identification purposes.

- On September 27, 2012, I personally viewed the webpage found at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfMAUDE/detail.cfm?mdrfoi__id=2424285 and printed a copy of that webpage.  **Exhibit 41** is a true and correct copy of the printout of this website on that date.  This copy has not been altered except that production numbers KDA-002770 through KDA-002772 and a sticker designating this document as Deposition Exhibit 45 were added to this document during the course of this litigation for identification purposes.

- On September 27, 2012, I personally viewed dental prescription form found                                                                              at http://www.trachseldentalstudio.com/resc/CrownBridgeRx2012.pdf    and printed a copy of that webpage.  **Exhibit 42** is a true and correct copy of the printout of this dental prescription form.  This copy has not been altered except that production numbers KDA-002832 through KDA-002833 and a sticker designating this document as Deposition Exhibit 46

were added to this document during the course of this litigation for identification purposes.

- On September 27, 2012, I personally viewed dental prescription form found at http://www.danidental.com/forms/LabSlip.pdf and printed a copy of that webpage. **Exhibit 43** is a true and correct copy of the printout of this dental prescription form. This copy has not been altered except that production number KDA-002758 and a sticker designating this document as Deposition Exhibit 47 were added to this document during the course of this litigation for identification purposes.

**C.    Production of Prescription Order Forms Received by Keating**

7.    Keating has received and produced in this case a number of prescription order forms for a KDZ Bruxer crown on which the dentist ordering the crown wrote "Bruxzir," "Bruxir," "Brux-zir" or other similar spelling. These forms were provided in four separate productions as they became available through discovery. I personally reviewed these documents and found there to be some documents which were duplicative of each other (*e.g.*, production numbers KDA-003505 and KDA-003509 are duplicates as are KDA-002019 and KDA-002008). I also found there to be quite a few dentists who submitted more than one of the forms (*e.g.*, Dr. Belton, Dr. Richardson, and Dr. Sweet each submitted three different forms). Additionally, some of the forms produced did not make reference to "BruxZir" or any similar spelling (*e.g.*, KDA-003310, 3314, 3318), and the writing on at least one of the forms cannot be read (KDA-002027). After taking into account these details, there were a total of 83

/ / /

/ / /

/ / /

/ / /

/ / /

different forms produced that reference "bruxzir" or some similar spelling. These 83 forms came from 57 different dentists.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed December 3, 2012, in Irvine, California.

Rustin Mangum

-13-