```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                          - - -

 4   JAMES R. GLIDEWELL DENTAL      )
     CERAMICS, INC. Dba GLIDEWELL   )
 5   LABORATORIES, a California     )
     corporation,                   )
 6                                  )
                  Plaintiff,        )
 7                                  )
         vs.                        ) No.:SACV11-01309-DOC(ANx)
 8                                  )
     KEATING DENTAL ARTS, INC., a   )
 9   California corporation,        )
                                    )
10                                  )
                  Defendants.       )
11   _____)
                                    )
12   AND RELATED CROSS-ACTION.      )
     _____)
13

14
             CONFIDENTIAL - ATTORNEYS' EYES ONLY
15
                       DEPOSITION OF
16
                   DIANE MALLOS DONICH
17
                    IRVINE, CALIFORNIA
18
                     OCTOBER 17, 2012
19

20

21   ATKINSON-BAKER, INC.
     COURT REPORTERS
22   (800) 288-3376
     www.depo.com
23

24   REPORTED BY: ROBERTA WIMBERLY, CSR NO. 4882

25   FILE NO: A609703
```

1

EXHIBIT 160
-14-

```
 1                 UNITED STATES DISTRICT COURT

 2                CENTRAL DISTRICT OF CALIFORNIA

 3                          - - -

 4  JAMES R. GLIDEWELL DENTAL      )
    CERAMICS, Inc. Dba GLIDEWELL   )
 5  LABORATORIES, a California     )
    corporation,                   )
 6                                 )
              Plaintiff,           )
 7                                 )
         vs.                       ) No.:SACV11-01309-DOC(ANx)
 8                                 )
    KEATING DENTAL ARTS, INC., a   )
 9  California corporation,        )
                                   )
10                                 )
              Defendants.          )
11  _____)
                                   )
12  AND RELATED CROSS-ACTION.      )
    _____)
13

14

15          Deposition of DIANE MALLOS DONICH, taken on

16  behalf of Defendants, at 19200 Von Karman, Fourth Floor,

17  Irvine, California, 92612, commencing at 9:28 a.m.,

18  Wednesday, October 17, 2012, before ROBERTA WIMBERLY,

19  CSR No. 4882.

20

21

22

23

24

25
```

                                                              2

EXHIBIT 160
-15-

```
 1                    A P P E A R A N C E S

 2


 3   For Keating Dental Arts, Inc.:

 4       KNOBBE MARTENS
         BY:  LYNDA J. ZADRA-SYMES, ESQ.
 5       2040 Main Street, 14th Floor
         Irvine, California 92614
 6       (949) 760-0404
         ljs@kmob.com.
 7
     For Glidewell Dental Ceramics, Inc., dba Glidewell
 8   Laboratories:

 9       LAW OFFICES OF LEONARD TACHNER
         BY:  LEONARD TACHNER, ESQ.
10       17961 Sky Park Circle, Suite 38-E
         Irvine, California 92614
11       (949) 752-8525
         ltachner@aol.com
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

EXHIBIT 160
-16-

```
 1      Q    I'll hand you Exhibit 521 and ask you to share it
 2   with counsel and tell me generally what it is.
 3      A    It's sales by month for the KDZ Bruxer product.
 4      Q    It is a multi-page document?
 5      A    Yes.
 6      Q    Each page is one month of the period from May '11
 7   to September '12?
 8      A    It's until October 15th.
 9      Q    I'm sorry.
10      A    I ran it current.
11      Q    Why did you begin in May '11?
12           MS. ZADRA-SYMES:  Objection; vague.
13   BY MR. TACHNER:
14      Q    I notice the first sheet is for the month of May
15   2011.  Were there any sales before that month of this
16   particular product?
17      A    Yes.
18      Q    Why didn't you produce sheets for those months?
19      A    No specific reason other than May was the
20   official launch of the product.
21      Q    What does that mean, "official launch"?
22      A    It was announced and available to any dentist to
23   purchase.
24      Q    Before May '11 was it available to only certain
25   dentists?
```

8

EXHIBIT 160
-17-

```
 1      A     Our existing accounts.  It was in a beta form.
 2      Q     A beta form.  What is that?
 3      A     Well, they were still testing the product.
 4      Q     Do you know how many were sold in beta form?
 5      A     No.
 6      Q     Do you know when it was first sold in beta form?
 7      A     Not specifically.
 8      Q     Do you know how many months, roughly, it was sold
 9   before May '11 in beta form?
10      A     Three to four.
11      Q     Do you know the quantity?
12      A     Not off the top of my head.
13      Q     Was it more than a hundred?
14      A     No.
15      Q     So let's turn again to Exhibit 521.  Please look
16   at the first sheet and tell me what this sheet indicates.
17      A     This sheet indicates the units billed in the
18   month.
19      Q     The month of May '11?
20      A     Yes.
21      Q     Did you say built or billed?
22      A     Billed, invoiced.
23      Q     Yes.
24      A     The number of units we made, total units, the
25   remake percentage, the remake dollar amount and the amount
```

```
 1                    REPORTER'S CERTIFICATE
 2
 3            I, the undersigned, a Certified Shorthand
 4   Reporter of the State of California, do hereby certify:
 5            That the foregoing proceedings were taken before
 6   me at the time and place herein set forth; that any
 7   witnesses in the foregoing proceedings, prior to
 8   testifying, were placed under oath; that a verbatim record
 9   of the proceedings was made by me using machine shorthand
10   which was thereafter transcribed under my direction;
11   further, that the foregoing is an accurate transcription
12   thereof.
13            I further certify that I am neither financially
14   interested in the action nor a relative or employee of any
15   attorney of any of the parties.
16            IN WITNESS WHEREOF, I have this date subscribed
17   my name.
18
19   Dated:    10/30/12
20
21
22            ROBERTA WIMBERLY
              CSR No. 4882
23
24
25
```

EXHIBIT 160
-19-

```
 1  STATE OF CALIFORNIA            )
                                   ) SS.
 2  COUNTY OF ___Orange_____    )

 3

 4

 5

 6

 7       I, the undersigned, declare under penalty of
 8  perjury that I have read the foregoing transcript, and I
 9  have made any corrections, additions or deletions that I
10  was desirous of making; that the foregoing is a true and
11  correct transcript of my testimony contained therein.
12
13       EXECUTED this ___7___ day of __November__
14  2012, __Irvine_____ at ____CA_____.
            (City)              (State)
15
16
17       _____[signature]_____
18              DIANE MALLOS DONICH
19
20
21
22
23
24
25
```

47

EXHIBIT 160
-20-

## DEPOSITION ERRATA SHEET

DEPOSITION OF:        Diane Mallos Donich

DATE OF DEPOSITION:   October 17, 2012

CASE NAME:            *James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories v. Keating Dental Arts, Inc.*

I hereby declare that the following are corrections, which I have made to my deposition transcript:

| PAGE NO. | LINE NO. | READS NOW | CORRECTION | REASON FOR CORRECTION |
|---|---|---|---|---|
| 16 | 23 | Yea | Yes | Spelling |
| 25 | 12 | "a small" | "small" | Extra word |
| 29 | 11 | "into one" | "into one account" | Missing word |
| 41 | 2 | "ell" | "well" | Spelling |
| 43 | 23 | "KD" | "KDZ" | spelling |

I certify (or declare) under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at     on , 2012

*Diane Mallos Donich*

EXHIBIT 160
-21-