SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **SECOND SUPPLEMENTAL DECLARATION OF JAMES SHUCK IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** <br><br> <u>Hearing</u> <br><br> Date: December 17, 2012 <br> Time: 8:30 a.m. <br> Ctrm: 9D, Hon. David O. Carter <br><br> Pre-Trial Conf.: January 28, 2013 <br> Jury Trial: February 26, 2013 |

I, James Shuck, declare as follows:

1. I am the Vice President of Sales and Marketing James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell"). I have held this position since 1991. Glidewell is a California corporation with its office located in Newport Beach, California. Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.

2. Throughout my tenure as Vice President of Sales and Marketing, I have been responsible for developing and approving the marketing content appearing on Glidewell's website (www.glidewelldental.com) regarding Glidewell's products, including its BruxZir brand dental restoration products. I am knowledgeable about this content because it is created by me or under my direction, and I review the content before it is posted to the website.

3. Beginning on July 1, 2009, and continuing through (and past) January 19, 2010, Glidewell's website stated that "BruxZir Solid Zirconia is a monolithic zirconia restoration with no porcelain overlay." This disclosure now appears at http://www.glidewelldental.com/bruxzir-zirconia-crowns/features in substantially the same way that it appeared on Glidewell's website between July 1, 2009 and January 29, 2010.

4. Beginning on July 1, 2009, and continuing through (and past) January 19, 2010, Glidewell's website stated that BruxZir restorations are "ideal restorative solution for bruxers, implant restorations and areas with limited occlusal space." This disclosure now appears at http://www.glidewelldental.com/bruxzir-zirconia-crowns/features in substantially the same way that it appeared on Glidewell's website between July 1, 2009 and January 29, 2010.

5. Beginning on July 1, 2009, and continuing through (and past) January 19, 2010, Glidewell's website stated that "[t]he durability of BruxZir restorations is ideal for bruxers who have broken their natural teeth or previous PFM restorations."

1  This disclosure now appears at http://www.glidewelldental.com/bruxzir-zirconia-
2  crowns/features in substantially the same way that it appeared on Glidewell's
3  website between July 1, 2009 and January 29, 2010.
4      6.    Beginning on July 1, 2009, and continuing through (and past) January
5  19, 2010, Glidewell's website stated that the BruxZir brand restoration, "because of
6  its chip-proof durability, is an ideal solution for bruxers who have destroyed their
7  natural teeth or existing dental restorations." This disclosure now appears at
8  http://www.glidewelldental.com/dentist/services/all-ceramics-bruxzir.aspx in
9  substantially the same way that it appeared on Glidewell's website between July 1,
10 2009 and January 29, 2010.
11     7.    Beginning on July 1, 2009, and continuing through (and past) January
12 19, 2010, Glidewell's website stated that the BruxZir brand restoration is "[a]n
13 esthetic solution for bruxers when PFM metal occlusal/lingual or full-cast
14 restorations are not desired or when patient lacks the preparation space for a PFM
15 or has broken a PFM in the past." This disclosure now appears at
16 http://www.glidewelldental.com/dentist/services/all-ceramics-bruxzir-tech.aspx in
17 substantially the same way that it appeared on Glidewell's website between July 1,
18 2009 and January 29, 2010.
19     8.    Beginning on July 1, 2009, and continuing through (and past) January
20 19, 2010, Glidewell's website stated that BruxZir brand restorations are "[v]irtually
21 chip-proof ... [and] are the ideal restoration for bruxers and grinders." This
22 disclosure now appears at
23 http://www.glidewelldental.com/lab/services/bruxzir.aspx in substantially the same
24 way that it appeared on Glidewell's website between July 1, 2009 and January 29,
25 2010.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on December 3, 2012, at New Port Beach, California.

*[signature]*

James Shuck

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the document described as **SECOND SUPPLEMENTAL DECLARATION OF JAMES SHUCK IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David G. Jankowski
Jeffrey L. Van Hoosear
Lynda J Zadra-Symes
Knobbe Martens Olson and Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

**Attorneys for Defendant Keating Dental Arts, Inc.**
Tel: (949) 760-0404
Fax: (949) 760-9502

Jeffrey.vanhoosear@kmob.com
David.jankowski@kmob.com
Lynda.zadra-symes@kmob.com
litigation@kmob.com

Dated: December 3, 2012

SNELL & WILMER L.L.P.

By: *s/Philip J. Graves*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)