SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF PHILIP J. GRAVES RE JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** <br><br> Hearing <br><br> Date: December 17, 2012 <br> Time: 8:30 a.m. <br> Ctrm: 9D, Hon. David O. Carter <br><br> Pre-Trial Conf.: January 28, 2013 <br> Jury Trial: February 26, 2013 |

DECLARATION OF P. GRAVES
CASE NO. SACV11-01309 DOC (ANx)

16239253.1

I, Philip J. Graves, declare as follows:

1. I am a partner in the law firm of Snell & Wilmer L.L.P., attorneys for of record for plaintiff in this action. I am the attorney in our firm primarily responsible for the handling of this case. Except where noted otherwise, I state the following of my own knowledge and, if called upon to do so, could and would testify competently to the following.

2. On November 30, 2012, I visited the United States Patent and Trademark Office's website, http://www.uspto.gov/trademarks/index.jsp. I clicked on the "Trademark Electronic Search System (TESS)" link in order to reach the Trademark Electronic Search System ("TESS") webpage.

3. I then selected the "Word and/or Design Mark Search (Free Form)" link in order to reach the search form. I entered "Nobel Procera" into the TESS search window. In response to my search, I was referred to the TESS record for the NobelProcera trademark (Reg. No. 3,737,243).

4. Attached as Exhibit 118 is a true and correct copy of a printout of the TESS record for the NobelProcera trademark (Reg. No. 3,737,243).

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 3, 2012, in Los Angeles, California.

Philip J. Graves

# Exhibit 118

**Exhibit 118**
**-3-**



**United States Patent and Trademark Office**

Home | Site Index | Search | FAQ | Glossary | Guides | Contacts | eBusiness | eBiz alerts | News | Help

**Trademarks > Trademark Electronic Search System (TESS)**

TESS was last updated on Fri Nov 30 05:02:46 EST 2012

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [BOTTOM] [HELP]

[Logout] Please logout when you are done to release system resources allocated for you.

## Record 1 out of 1

[TSDR] [ASSIGN Status] [TTAB Status] *( Use the "Back" button of the Internet Browser to return to TESS)*

# NobelProcera

| | |
|---|---|
| **Word Mark** | NOBELPROCERA |
| **Goods and Services** | IC 005. US 006 018 044 046 051 052. G & S: Material for repairing teeth and for dental crowns and bridges, material for odontological and dental implant systems, namely, dental material for shaping and constructing crowns; dental porcelain materials; dental titanium materials; non-precious metal dental alloys; ceramic materials in the nature of dental ceramics; precious metal material for dental purposes, namely, alloys; and other material, namely, biocompatible material in the nature of zirconia, for dental restorations and filling teeth; dental wax<br><br>IC 009. US 021 023 026 036 038. G & S: Computer software for designing and modeling dental implants, dental crowns and dental bridges, as well as for planning surgical, medical and orthopedic operations, exclusively for use in the field of dentistry; and scanners, exclusively for use in the field of dentistry<br><br>IC 010. US 026 039 044. G & S: Surgical, medical, orthopaedic and odontological implants composed of artificial material; orthopaedic articles, namely, orthopaedic joint implants, dental crowns and bridges; instruments and apparatus for reconstruction and rehabilitation within the odontological medical, orthopaedic and surgical fields, namely, dental drills, dental picks and dental screw drivers; surgical, medical and odontological instruments and apparatus for dental surgery; artificial prostheses, namely, joints, teeth, eyes and limbs and other artificial protheses, namely, protective caps for teeth; parts and fittings for all the aforesaid goods; laser probes and electronic apparatus in the nature of rangefinders and contour mappers for odontological purposes, incorporating computers, all of them employed in the odontological sphere for medical treatment purposes; odontological scanners for odontological purposes incorporating personal computers, all used for medical treatment purposes |
| **Standard Characters Claimed** | |
| **Mark Drawing Code** | (4) STANDARD CHARACTER MARK |
| **Serial Number** | 79070556 |
| **Filing Date** | February 25, 2009 |
| **Current Basis** | 66A |
| **Original Filing Basis** | 66A |
| **Published** | |

**Exhibit 118**
-4-

| | |
|---|---|
| for Opposition | October 27, 2009 |
| Registration Number | 3737243 |
| International Registration Number | 1006820 |
| Registration Date | January 12, 2010 |
| Owner | (REGISTRANT) Nobel Biocare Services AG CORPORATION SWITZERLAND Balz Zimmermann-Strasse 7 CH-8302 Kloten SWITZERLAND |
| Attorney of Record | Milton Oliver, Esq. |
| Priority Date | November 17, 2008 |
| Prior Registrations | 1789085;2515631;3185491;AND OTHERS |
| Type of Mark | TRADEMARK |
| Register | PRINCIPAL |
| Live/Dead Indicator | LIVE |

[TESS HOME] [NEW USER] [STRUCTURED] [FREE FORM] [BROWSE DICT] [SEARCH OG] [TOP] [HELP]

| **HOME** | **SITE INDEX** | **SEARCH** | **eBUSINESS** | **HELP** | **PRIVACY POLICY** |

**Exhibit 118**

-5-

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the document described as **DECLARATION OF PHILIP J. GRAVES RE JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S REPLIES IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated: December 3, 2012        SNELL & WILMER L.L.P.


By: *s/Philip J. Graves*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)