SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF SCOTT BIGLER IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S REPLIES IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT**<br><br>Hearing<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Ctrm: 9D, Hon. David O. Carter<br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

I, Scott Bigler, declare as follows:

1. I am the President of Bigler Dental Ceramics ("Bigler") and have held this position for 20 years. Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.

2. I understand that Keating Dental Arts, Inc. contends that Bigler's website refers to "BruxZir" as a generic term for a type of crown. This is incorrect. The description of BruxZir Solid Zirconia crowns refers to a specific brand of crown, i.e., BruxZir brand full contour zirconia crowns. This is further demonstrated by the graphic in our company website that depicts High-Strength Crown Options. There, the ® symbol is appended to "BruxZir." As I understand the term, "BruxZir" does not refer to a type of crown, but rather to a particular brand of full contour zirconia crown available only from Glidewell and other dental laboratories authorized by Glidewell to offer genuine BruxZir brand product.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 30, 2012, at Tustin, California.

_Scott Bigler C.D.T._
Scott Bigler

- 2 -

DECLARATION OF SCOTT BIGLER
CASE NO. SACV11-01309 DOC (ANx)

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the document described as **DECLARATION OF SCOTT BIGLER IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David G. Jankowski
Jeffrey L. Van Hoosear
Lynda J Zadra-Symes
Knobbe Martens Olson and Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

**Attorneys for Defendant Keating Dental Arts, Inc.**
Tel: (949) 760-0404
Fax: (949) 760-9502

Jeffrey.vanhoosear@kmob.com
David.jankowski@kmob.com
Lynda.zadra-symes@kmob.com
litigation@kmob.com

Dated: December 3, 2012

SNELL & WILMER L.L.P.

By: *s/Philip J. Graves*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)