SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF GLENN YAMAMOTO IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S REPLIES IN SUPPORT OF ITS MOTIONS FOR SUMMARY JUDGMENT** <br><br> <u>Hearing</u> <br><br> Date: December 17, 2012 <br> Time: 8:30 a.m. <br> Ctrm: 9D, Hon. David O. Carter <br><br> Pre-Trial Conf.: January 28, 2013 <br> Jury Trial: February 26, 2013 |

DECLARATION OF GLENN YAMAMOTO
CASE NO. SACV11-01309 DOC (ANx)

I, Glen Yamamoto, declare as follows:

1. I am the President and Founder of G&H Dental Arts ("G&H") and have held this position since 1982. Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.

2. I understand that Keating Dental Arts, Inc. contends that G&H's prescription forms refer to "BruxZir-Zirconia" as a generic term for a type of crown. This is incorrect. The box next to "BruxZir-Zirconia" refers to a specific brand of crown, i.e., BruxZir brand full contour zirconia crowns. As I understand the term, "BruxZir" does not refer to a type of crown, but rather to a particular brand of full contour zirconia crown available only from Glidewell and other dental laboratories authorized by Glidewell to offer genuine BruxZir brand product.

3. My understanding concerning the source-identification function of the BruxZir mark is reinforced and reflected by the fact that on the portion of G&H's company website identifying "Products and Services" we place the ® symbol next to the use of the BruxZir mark for brand crowns and bridges, to indicate that the term is a registered trademark.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 30, 2012, at Torrance, California.

_____
Glen Yamamoto

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the document described as **DECLARATION OF GLEN YAMAMOTO IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated: December 3, 2012        SNELL & WILMER L.L.P.

By: *s/Philip J. Graves*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)