SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., Plaintiff, vs. KEATING DENTAL ARTS, INC., Defendant. AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) **DECLARATION OF JACOB TRACHSEL IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** Hearing Date: December 17, 2012 Time: 8:30 a.m. Ctrm: 9D, Hon. David O. Carter Pre-Trial Conf.: January 28, 2013 Jury Trial: February 26, 2013 |
|---|---|

DECLARATION OF JACOB TRACHSEL
CASE NO. SACV11-01309 DOC (ANx)

I, Jacob Trachsel, declare as follows:

1. I am the Business Development Manager of Trachsel Dental Studio ("Trachsel Dental") and have held this position for the last three years. Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.

2. I understand that Keating Dental Arts, Inc. contends that Trachsel Dental's prescription forms refer to "BRUXZIR" as a generic term for a type of crown. This is incorrect. The box next to "All Zirconcia BruxZir ®" refers to a specific brand of crown, i.e., BruxZir brand full contour zirconia crowns, as indicated by the use of the ® symbol next to BruxZir. As I understand the term, "BruxZir" does not refer to a type of crown, but rather to a particular brand of full contour zirconia crown available only from Glidewell and other dental laboratories authorized by Glidewell to offer genuine BruxZir brand product.

3. My understanding concerning the source-identification function of the BruxZir mark is reinforced and reflected by the fact that on the portion of Trachsel Dental's company website identifying "Products," we place the ® symbol next to the use of the BruxZir mark for brand crowns and bridges, to indicate that the term is a registered trademark.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on November 30, 2012, at Rochester, Minnesota.

Jacob Trachsel

*Jacob Trachsel* (signature)

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the document described as **DECLARATION OF JACOB TRACHSEL IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David G. Jankowski
Jeffrey L. Van Hoosear
Lynda J Zadra-Symes
Knobbe Martens Olson and Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

**Attorneys for Defendant Keating Dental Arts, Inc.**
Tel: (949) 760-0404
Fax: (949) 760-9502

Jeffrey.vanhoosear@kmob.com
David.jankowski@kmob.com
Lynda.zadra-symes@kmob.com
litigation@kmob.com

Dated: December 3, 2012

SNELL & WILMER L.L.P.

By: *s/Philip J. Graves*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1