SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **DECLARATION OF KAREEN CHAMBERLAIN IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S REPLIES TO ITS MOTIONS FOR SUMMARY JUDGMENT** <br><br> <u>Hearing</u> <br><br> Date: December 17, 2012 <br> Time: 8:30 a.m. <br> Ctrm: 9D, Hon. David O. Carter <br><br> Pre-Trial Conf.: January 28, 2013 <br> Jury Trial: February 26, 2013 |

I, Kareen Chamberlain, declare as follows:

1. I am the Administrative Director of Continental Dental Laboratory ("Continental Dental") and have held this position for the last twelve years. Unless otherwise stated, I have personal and firsthand knowledge of the facts set forth in this declaration, and I could and would testify competently to such facts if called as a witness.

2. I understand that Keating Dental Arts, Inc. contends that Continental Dental's prescription forms refer to "BRUXZIR" as a generic term for a type of crown. This is incorrect. The word "BRUXZIR" under the "All Ceramic" heading on the prescription form refers to a specific brand of crown, i.e., BruxZir brand full contour zirconia crowns. As I understand the term, "BruxZir" does not refer to a type of crown, or to zirconia crowns in general, but rather to a particular brand of full contour zirconia crown available only from Glidewell and other dental laboratories authorized by Glidewell to offer genuine BruxZir brand product.

3. My understanding concerning the source-identification function of the BruxZir mark is reinforced and reflected by the fact that on the portion of Continental Dental's company website identifying "Featured Products," we place the ® symbol next to the bold and all-caps BRUXZIR mark at the top of the subsection that discusses BruxZir brand crowns and bridges, to indicate that the term is a registered trademark.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on ~~November 30,~~ December 3, 2012, at ~~Phoenix, Arizona.~~ Torrance, Ca.

_Kareen Chamberlain_
Kareen Chamberlain

- 2 -

DECLARATION OF KAREEN CHAMBERLAIN
CASE NO. SACV11-01309 DOC (ANx)

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2012, I electronically filed the document described as **DECLARATION OF KAREEN CHAMBERLAIN IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTIONS FOR SUMMARY JUDGMENT** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David G. Jankowski
Jeffrey L. Van Hoosear
Lynda J Zadra-Symes
Knobbe Martens Olson and Bear LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

**Attorneys for Defendant Keating Dental Arts, Inc.**
Tel: (949) 760-0404
Fax: (949) 760-9502

Jeffrey.vanhoosear@kmob.com
David.jankowski@kmob.com
Lynda.zadra-symes@kmob.com
litigation@kmob.com

Dated: December 3, 2012

SNELL & WILMER L.L.P.

By: *s/Philip J. Graves*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)