AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIFORNIA

JAMES R. GLIDEWELL DENTAL CERAMICS, INC., dba GLIDEWELL LABORATORIES, a California corporation. )
_Plaintiff_ )
v. )
KEATING DENTAL ARTS, INC., a California corporation. )
_Defendant_ )

Case No. SACV11-01309 DOC (ANx)

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories

Date: December 6, 2012

_s/Deborah S. Mallgrave_
_Attorney's signature_

Deborah S. Mallgrave (#198603)
_Printed name and bar number_

Snell & Wilmer L.L.P.
600 Anton Boulevard, Suite 1400
Costa Mesa, CA  92626-7689
_Address_

dmallgrave@swlaw.com
_E-mail address_

714-427-7000
_Telephone number_

714-427-7799
_FAX number_



*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

## CERTIFICATE OF SERVICE

I hereby certify that on December 6, 2012, I electronically filed the document described as **APPEARANCE OF COUNSEL** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David G. Jankowski
Jeffrey L. Van Hoosear
Lynda J Zadra-Symes
Knobbe Martens Olson and Bear LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

**Attorneys for Defendant Keating Dental Arts, Inc.**
Tel:  (949) 760-0404
Fax: (949) 760-9502

Jeffrey.vanhoosear@kmob.com
David.jankowski@kmob.com
Lynda.zadra-symes@kmob.com
litigation@kmob.com

Dated: December 6, 2012

SNELL & WILMER L.L.P.

By: *s/Deborah S. Mallgrave*
Philip J. Graves
Greer N. Shaw
Deborah S. Mallgrave

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1

SNELL & WILMER
— L.L.P. —
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Certificate of Service
SACV11-01309-DOC (ANx)