UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SA CV 11-1309-DOC(ANx)                                   Date: December 5, 2012

Title: JAMES R. GLIDEWELL DENTAL CERAMICS, INC. V. KEATING DENTAL ARTS, INC.

PRESENT:

THE HONORABLE DAVID O. CARTER, JUDGE

| Julie Barrera | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                            NONE PRESENT

PROCEEDING (IN CHAMBERS): RESCHEDULING HEARING

      The Court has before it Plaintiff's motions for partial summary judgment (Dkts. 79, 81, 82) and Defendant's motions for summary judgment (Dkts. 83, 84). The hearing currently set for December 17, 2012, at 8:30am will be moved to Friday, December 21, 2012, at 8:30am. Thus, all pending motions in this matter will be heard on the new date of December 21, 2012, at 8:30am.

      The Clerk shall serve this minute order on all parties to the action.