SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S NOTICE OF ERRATA RE (1) GLIDEWELL'S [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS ISO ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO KEATING DENTAL ARTS, INC.'S INVALIDITY DEFENSE AND COUNTERCLAIM (DKT. #82-2), AND (2) GLIDEWELL'S STATEMENT OF ADDITIONAL MATERIAL FACTS IN RESPONSE TO KEATING'S PROPOSED STATEMENT OF UNCONTROVERTED FACTS RE KEATING'S MOTION FOR SUMMARY JUDGMENT CANCELLING GLIDEWELL'S TRADEMARK REGISTRATION (DKT. #114-1).**<br><br>Hearing<br><br>Date: December 21, 2012<br>Time: 10:00 a.m.<br>Ctrm: 9D, Hon. David O. Carter<br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

Plaintiff James R. Glidewell Dental Ceramics, Inc. ("Glidewell") respectfully submits this *Notice of Errata* to address inadvertent errors in its [Proposed] Statement of Uncontroverted Facts and Conclusions of Law In Support of Glidewell's Memorandum of Points and Authorities In Support of Its Motion For Partial Summary Judgment As To Keating Dental Arts, Inc.'s Invalidity Defense and Counterclaim (Dkt. #82-2), and Glidewell's Statement of Genuine Disputes of Material Fact, and Statement of Additional Material Facts, In Response To Defendant Keating Dental Arts, Inc.'s Proposed Statement of Uncontroverted Facts In Support Of Its Motion For Summary Judgment Cancelling Glidewell's Trademark Registration (Dkt. #114-1).

**A. Correction to Dkt. #82-2:**

As set forth in the table below, citations to the supporting evidence for Glidewell's Proposed Statement of Uncontroverted Facts ("SUF") In Support of Its Motion For Partial Summary Judgment As To Keating Dental Arts, Inc.'s Invalidity Defense and Counterclaim  (Dkt. #82-2) include inadvertent errors in need of correction.

| SUF | Page | Line | Existing Text ("Supporting Evidence" Column) | Corrected Text ("Supporting Evidence" Column) |
|---|---|---|---|---|
| 9 | 3 | 6-7 | Exhibit 15, **KDA3355, 3358**, to Appendix of Evidence. | Exhibit 15, KDA001936-KDA001937, to Appendix of Evidence (filed as Dkt. #90-4). |
| 10 | 3 | 13-14 | Exhibit 15, at **KDA3446**, at Appendix of Evidence. | Exhibit 15, at KDA001984, at Appendix of Evidence (filed as Dkt. #90-4). |
| 11 | 3 | 16-17 | Exhibit 15, at **KDA3444**, at Appendix of Evidence. | Exhibit 15, at KDA001983, at Appendix of Evidence (filed |

| | | | | as Dkt. #90-4). |
|---|---|---|---|---|
| 29 | 11 | 6-7 | **Exhibit 23 (KDA-002448)** to Appendix of Evidence. | Exhibit 5 to Appendix of Evidence (filed as Dkt. #90-2). |
| 30 | 11 | 9-10 | **Exhibit 23 (KDA-002448)** to Appendix of Evidence. | Exhibit 5 to Appendix of Evidence (filed as Dkt. #90-2). |

**B. Correction to Dkt. #114-1:**

As set forth in the table below, citations to the supporting evidence for Glidewell's Additional Material Facts ("SAF") In Response To Defendant Keating Dental Arts, Inc.'s Proposed Statement of Uncontroverted Facts In Support Of Its Motion For Summary Judgment Cancelling Glidewell's Trademark Registration (Dkt. #114-1) include inadvertent errors in need of correction.

| SAF | Page | Line | Existing Text ("Supporting Evidence" Column) | Corrected Text ("Supporting Evidence" Column) |
|---|---|---|---|---|
| 9 | 96 | 14-15 | Dkt. #90-4 (Exhibit 15, **KDA3355, 3358,** to Appendix of Evidence). | Dkt. #90-4 (Exhibit 15, KDA001936-KDA001937, to Appendix of Evidence). |
| 10 | 96 | 21-22 | Dkt. #90-4 (Exhibit 15, at **KDA3446,** to Appendix of Evidence). | Dkt. #90-4 (Exhibit 15, KDA001984, to Appendix of Evidence). |
| 11 | 96 | 24-25 | Dkt. #90-4 (Exhibit 15, at **KDA3444,** to Appendix of Evidence). | Dkt. #90-4 (Exhibit 15, KDA001983, to Appendix of Evidence). |

1  Glidewell apologizes for any confusion or inconvenience.

3                                      Respectfully submitted,

4 Dated: December 17, 2012      SNELL & WILMER L.L.P.

By: */s/ Greer N. Shaw*
Philip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc. dba
Glidewell Laboratories

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2012, I electronically filed the document described as **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S NOTICE OF ERRATA RE (1) GLIDEWELL'S [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS ISO ITS MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO KEATING DENTAL ARTS, INC.'S INVALIDITY DEFENSE AND COUNTERCLAIM (DKT. #82-2), AND (2) GLIDEWELL'S STATEMENT OF ADDITIONAL MATERIAL FACTS IN RESPONSE TO KEATING'S PROPOSED STATEMENT OF UNCONTROVERTED FACTS RE KEATING'S MOTION FOR SUMMARY JUDGMENT CANCELLING GLIDEWELL'S TRADEMARK REGISTRATION (DKT. #114-1)** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Dated: December 17, 2012         SNELL & WILMER L.L.P.

By: *s/Greer N. Shaw*
Philip J. Graves
Greer N. Shaw
Deborah S. Mallgrave

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)