Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**NOTICE OF ERRATA RE KEATING'S MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CANCELLING GLIDEWELL'S TRADEMARK REGISTRATION**<br><br>HEARING:<br>Date: December 21, 2012<br>Time: 8:30 a.m.<br>Crtrm: 9D<br><br>Honorable David O. Carter |

Defendant Keating Dental Arts, Inc. ("Keating") respectfully submits this *Notice of Errata* to address inadvertent errors in Keating's papers filed with the Court in support of Keating's Motion for Summary Judgment Cancelling Glidewell's Trademark Registration (Docket No. 83).

### A. Correction to Keating's Memorandum of Points and Authorities (Docket No. 85):

As set forth in the table below, Keating's Memorandum of Points and Authorities inadvertently cited inaccurate numbers associated with prescription forms received by Keating. The corresponding information in the Statement of Uncontroverted Facts (Docket No. 87-1, ¶¶ 72-73), to which the Memorandum cites, is correctly stated. The information is also correctly stated in Keating's concurrently filed Memorandum of Points and Authorities in Support of Keating's Motion for Summary Judgment of (1) No Infringement of Glidewell's Registered Trademark, (2) No Violation of Section 43(a) of the Lanham Act, and (3) No Unfair Competition Under California Law (Docket No. 86), as well as in that Motion's Statement of Uncontroverted Facts (Docket No. 88-1, ¶¶ 58-59).

| Page | Lines | Existing Text | Corrected Text |
|---|---|---|---|
| 10 | 19–20 | on about fifty of the prescription forms | on about seventy-five of the prescription forms |
| 10 | 21 | approximately 1% | approximately 1.5% |

Keating apologizes for any confusion or inconvenience.

/ / /

/ / /

/ / /

/ / /

-1-

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | KNOBBE, MARTENS, OLSON & BEAR, LLP |
|   |   |
| Dated: December 18, 2012 | By: /s/ Lynda J. Zadra-Symes |
|   | Lynda J. Zadra-Symes |
|   | Jeffrey L. Van Hoosear |
|   | David G. Jankowski |
|   |   |
|   | Attorneys for Defendant/Counter-Plaintiff, KEATING DENTAL ARTS, INC. |

14537909