Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**APPLICATION OF DEFENDANT KEATING DENTAL ARTS, INC. TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF DIANE MALLOS DONICH, THE DECLARATION OF ROBERT BRANDON, AND THE STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN SUPPORT OF KEATING'S OPPOSITIONS TO GLIDEWELL'S MOTIONS FOR SUMMARY JUDGMENT**<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Crtrm: 9D<br><br>Honorable David O. Carter |

PLEASE TAKE NOTICE that, pursuant to L.R. 79-5.1, Defendant Keating Dental Arts, Inc. ("Keating") hereby seeks an Order of this Court permitting Keating to file under seal the following documents:

1. **Exhibit A to the Declaration of Diane Mallos Donich** in Support of Keating's Opposition To James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories' ("Glidewell") Motion For Partial Summary Judgment Re Trademark Misuse, Unfair Competition, Unclean Hands, Fair Use, And Estoppel ("Exhibit A to Donich Declaration").

2. **Declaration of Robert Brandon** in Support of Keating's Oppositions to Glidewell's Motions for Partial Summary Judgment ("Brandon Declaration").

3. **Statement Of Genuine Disputes Of Material Fact** In Support Of Keating's Opposition To Glidewell's Motion For Partial Summary Judgment Re Infringement Of A Federally Registered Mark (First Cause Of Action) And Dismissal Of Defendant's Second Affirmative Defense And First Counterclaim ("Statement of Genuine Disputes").

- Exhibit A to the Donich Declaration is an internal business document containing non-public information on Keating Dental Arts' sales, which Keating has designated as "Attorneys' Eyes Only" pursuant to the Confidentiality Order.

- The Brandon Declaration contains non-public information about Keating Dental Arts' customers derived from Keating's internal business records and this information has been designated by Keating as "Attorneys' Eyes Only" pursuant to the Confidentiality Order.

- The Statement of Genuine Disputes contains excerpts from Keating Dental Arts' business records that have been designated by Keating as "Attorneys' Eyes Only" pursuant to the Confidentiality Order.

/ / /

1 | Accordingly, Keating respectfully requests that the Court permit the
2 | above documents to be filed under seal.
3 | Respectfully submitted,
4 | KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: November 26, 2012  By: _____
Lynda J. Zadra-Symes
Jeffrey L. Van Hoosear
David G. Jankowski
Attorneys for Plaintiff,
KEATING DENTAL ARTS, INC.

## PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On November 26, 2012, I caused the within APPLICATION OF DEFENDANT KEATING DENTAL ARTS, INC. TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF DIANE MALLOS DONICH, THE DECLARATION OF ROBERT BRANDON, AND STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT IN SUPPORT OF KEATING'S OPPOSITIONS TO GLIDEWELL'S MOTIONS FOR SUMMARY JUDGMENT to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

***Via Electronic Mail and Federal Express:***

Philip J. Graves
pgraves@swlaw.com
Snell & Wilmer LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 26, 2012 at Irvine, California.

_____
Claire A. Stoneman

14394925
112612