1  Lynda J. Zadra-Symes (SBN 156,511)
   Lynda.Zadra-Symes@kmob.com
2  Jeffrey L. Van Hoosear (SBN 147,751)
   Jeffrey.VanHoosear@kmob.com
3  David G. Jankowski (SBN 205,634)
   David.iankowski@kmob.com
4  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
5  Fourteenth Floor
   Irvine, CA 92614
6  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
7
   Attorneys for Defendant/Counter-Plaintiff,
8  KEATING DENTAL ARTS, INC.
9
10              IN THE UNITED STATES DISTRICT COURT
11          FOR THE CENTRAL DISTRICT OF CALIFORNIA
12                       SOUTHERN DIVISION

13  JAMES R. GLIDEWELL DENTAL          )  Civil Action No.
    CERAMICS, INC. dba GLIDEWELL       )  SACV11-01309-DOC(ANx)
14  LABORATORIES,                      )
                                       )  [~~PROPOSED~~] ORDER ON
15            Plaintiff,               )  APPLICATION OF
                                       )  DEFENDANT KEATING
16       v.                            )  DENTAL ARTS, INC. TO
                                       )  FILE UNDER SEAL
17  KEATING DENTAL ARTS, INC.          )  EXHIBIT A TO THE
                                       )  DECLARATION OF DIANE
18            Defendant.               )  MALLOS DONICH, THE
                                       )  DECLARATION OF
19                                     )  ROBERT BRANDON, AND
    AND RELATED COUNTERCLAIMS.         )  THE STATEMENT OF
20                                     )  GENUINE DISPUTES OF
                                       )  MATERIAL FACT IN
21                                     )  SUPPORT OF KEATING'S
                                       )  OPPOSITIONS TO
22                                     )  GLIDEWELL'S MOTIONS
                                       )  FOR SUMMARY
23                                     )  JUDGMENT
                                       )
24                                     )  Date:  December 17, 2012
                                       )  Time:  8:30 a.m.
25                                     )  Crtrm: 9D
                                       )
26                                     )  Honorable David O. Carter
27
28

The Court, having considered the Application of Defendant Keating Dental Arts, Inc. ("Keating") to file under seal Exhibit A to the Declaration of Diane Mallos Donich, the Declaration of Robert Brandon, and the Statement of Genuine Disputes of Material Fact in Support of Keating's Opposition To James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories' ("Glidewell") Motions For Partial Summary Judgment, and good cause appearing therefor, GRANTS Keating's application.  The following documents shall be filed under seal:

1. Exhibit A to the Declaration of Diane Mallos Donich in Support of Keating's Opposition Glidewell's Motion For Partial Summary Judgment Re Trademark Misuse, Unfair Competition, Unclean Hands, Fair Use, And Estoppel.

2. Declaration of Robert Brandon in Support of Keating's Oppositions to Glidewell's Motions for Partial Summary Judgment.

3. Statement Of Genuine Disputes Of Material Fact In Support Of Keating's Opposition To Glidewell's Motion For Partial Summary Judgment Re Infringement Of A Federally Registered Mark (First Cause Of Action) And Dismissal Of Defendant's Second Affirmative Defense And First Counterclaim.

**IT IS SO ORDERED.**

Dated: December 17, 2012

*David O. Carter*

JUDGE DAVID O. CARTER

-1-

**PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On November 26, 2012, I caused the within [PROPOSED] ORDER ON APPLICATION OF DEFENDANT KEATING DENTAL ARTS, INC. TO FILE UNDER SEAL EXHIBIT A TO THE DECLARATION OF DIANE MALLOS DONICH AND THE DECLARATION OF ROBERT BRANDON IN SUPPORT OF KEATING'S OPPOSITIONS TO GLIDEWELL'S MOTIONS FOR SUMMARY JUDGMENT to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

***Via Electronic Mail and Federal Express:***

Philip J. Graves
pgraves@swlaw.com
Snell & Wilmer LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 26, 2012 at Irvine, California.

Claire A. Stoneman

14395017
112612

-2-