Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN: 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>[~~PROPOSED~~] ORDER ON APPLICATION OF DEFENDANT KEATING DENTAL ARTS, INC. TO FILE UNDER SEAL EXHIBITS 50-64 TO THE DECLARATION OF RUSTIN MANGUM AND EXHIBITS V-1 AND V-3 TO THE DECLARATION OF JEFFREY VAN HOOSEAR IN SUPPORT OF KEATING'S MOTIONS FOR SUMMARY JUDGMENT<br><br>Date: December 17, 2012<br>Time: 8:30 a.m.<br>Crtrm: 9D<br><br>Honorable David O. Carter |

The Court, having considered the Application of Defendant Keating Dental Arts, Inc. ("Keating") to file under seal Exhibits 50-64 to the Declaration of Rustin Mangum and Exhibits V-1 and V-3 to the Declaration of Jeffrey Van Hoosear, both in Support of Keating's Motions for Summary Judgment of Noninfringement and Cancelling James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories' ("Glidewell") Trademark Registration, and good cause appearing therefor, GRANTS Keating's application. The following documents shall be filed under seal:

1. Exhibits 50-64 to the Declaration of Rustin Mangum in Support of Keating's Motions for Summary Judgment of Noninfringement and Cancelling Glidewell's Trademark Registration.

2. Exhibits V-1 and V-3 to the Declaration of Jeffrey Van Hoosear in Support of Keating's Motions for Summary Judgment of Noninfringement and Cancelling Glidewell's Trademark Registration.

**IT IS SO ORDERED.**

Dated: December 17, 2012

_____
JUDGE DAVID O. CARTER

-1-

**PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On November 19, 2012, I caused the within APPLICATION OF DEFENDANT KEATING DENTAL ARTS, INC. TO FILE UNDER SEAL EXHIBITS 50-64 TO THE DECLARATION OF RUSTIN MANGUM AND EXHIBITS V-1 AND V-3 TO THE DECLARATION OF JEFFREY VAN HOOSEAR IN SUPPORT OF KEATING'S MOTIONS FOR SUMMARY JUDGMENT OF NONINFRINGEMENT AND CANCELLING GLIDEWELL'S TRADEMARK REGISTRATION to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

*Via Electronic Mail and Federal Express:*

Philip J. Graves
pgraves@swlaw.com
Snell & Wilmer LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on November 19, 2012 at Irvine, California.

_____
Claire A. Stoneman

14368059
111812

-2-