SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> [PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF GLIDEWELL'S OPPOSITIONS TO KEATING'S MOTIONS FOR SUMMARY JUDGMENT <br><br> Ctrm: 9D, Hon. David O. Carter <br><br> Pre-Trial Conf.: January 28, 2013 <br> Jury Trial: February 26, 2013 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court having considered Plaintiff James R. Glidewell Dental Ceramics, Inc.'s ("Plaintiff") *Ex Parte* Application to File Certain Documents Under Seal In Support of its Oppositions to Keating's Motions for Summary Judgment, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff is granted leave to file under seal the following documents:

1. James R. Glidewell Dental Ceramics, Inc.'s Memorandum of Points and Authorities in Opposition to Defendant's Motion for Summary Judgment Cancelling Glidewell's Trademark Registration;

2. James R. Glidewell Dental Ceramics, Inc.'s Statement of Genuine Disputes of Material Fact, and Statement of Additional Material Facts, in Response to Defendant Keating Dental Arts, Inc.'s Proposed Statement of Uncontroverted Facts in support of its Motion for Summary Judgment for Canceling Glidewell's Trademark Registration;

3. James R. Glidewell Dental Ceramics, Inc.'s Memorandum of Points and Authorities in Opposition to Defendant Keating Dental Arts, Inc.'s Motion for Summary Judgment of (1) No Infringement of Glidewell's Registered Trademark, (2) No Violation of Section 43(a) of The Lanham Act, and (3) No Unfair Competition under California Law;

4. James R. Glidewell Dental Ceramics, Inc.'s Statement of Genuine Disputes of Material Fact, and Statement of Additional Material Facts, in Response to Defendant Keating Dental Arts, Inc.'s Proposed Statement of Uncontroverted Facts in support of its Motion for Summary Judgment of (1) No Infringement of Glidewell's Registered Trademark, (2) No Violation of Section 43(a) of The Lanham Act, and (3) No Unfair Competition under California Law; and

5. The following exhibits attached to the Supplemental Appendix of Evidence in Support of Glidewell's Oppositions to Keating's Motions for Summary

Judgment:

    Exhibit R:    Supplemental Declaration of Jim Shuck;

    Exhibit T:    Supplemental Declaration of David Franklyn.

**IT IS SO ORDERED.**

Dated: December 17, 2012

_____
The Honorable David O. Carter
United States District Judge

Dated: November 26, 2012    Respectfully Submitted

    SNELL & WILMER L.L.P.

    By: _____
    Philip J. Graves
    Greer N. Shaw

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc. dba
    GLIDEWELL LABORATORIES

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
U.S. District Court, Central District of California, Case No. SACV11-01309-DOC (ANx)

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On November 26, 2012, I served, in the manner indicated below, the foregoing document(s) described as **[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF GLIDEWELL'S OPPOSITIONS TO KEATING'S MOTIONS FOR SUMMARY JUDGMENT** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

*Please see attached Service List*

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☐ BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☒ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

☐ BY ELECTRONIC MAIL: I caused such document(s) to be delivered electronically to the following email address(es): David G. Jankowski david.jankowski@kmob.com, Jeffrey L. Van Hoosear Jeffrey.vanhoosear@kmob.com , Lynda J. Zadra-Symes Lynda.zadra-symes@kmob.com, litigation@kmob.com; Thomas L. Gourde tgourdelaw@cox.net

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on November 26, 2012, at Costa Mesa, California.

*Diane Williams*

PROOF OF SERVICE

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
U.S. District Court, Central District of California, Case No. SACV11-01309-DOC (ANX)

## SERVICE LIST

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br><br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Email:<br>Jeffrey.vanhoosear@kmob.com<br>David.jankowski@kmob.com<br>Lynda.zadra-symes@kmob.com<br>litigation@kmob.com |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

PROOF OF SERVICE