Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.Jankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**KEATING DENTAL ART'S OBJECTIONS TO EXHIBIT 15 TO THE DECLARATION OF WILLIAM WONG SUBMITTED IN SUPPORT OF GLIDEWELL'S MOTIONS FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date: December 21, 2012<br>Time: 10:00 a.m.<br>Ctrm: 9D<br>Honorable David O. Carter |

Defendant Keating Dental Arts, Inc. ("Keating") hereby objects to **Exhibit 15 to the Declaration of William Wong** in Support of James R. Glidewell Dental Ceramics, Inc.'s Motions for Summary Judgment (Docket. Nos. 79, 81 and 82).

## I. OBJECTIONS

### A. Background

In support of its motions for summary judgment, Plaintiff Glidewell Laboratories ("Glidewell") submitted the Declaration of William Wong ("Wong Decl.") as Exhibit P to its Appendix of Evidence. Mr. Wong is an attorney with Snell & Wilmer, counsel for Glidewell. (Wong Decl. ¶ 1.) Mr. Wong attached as Exhibit 15 to his declaration "Keating prescription order forms and lab notes that were produced in this action by Keating (with bates number ranging from KDA-001928 to KDA-003502)." (Wong Decl. ¶ 4.)

In its briefing, Glidewell argues that the contents of Exhibit 15 show that third party dentists have written "BruxZir," or a varied spelling, on the forms as an identifier of Glidewell, constituting evidence of actual confusion. (Glidewell's Br. in Support of MSJ of Infringement at 18–20.)

In its briefing, Keating argued that Glidewell's argument regarding the prescription forms is an erroneous attorney interpretation of the documents, not an indication of what was in the minds of the dentists authoring the documents. (Keating Opp'n (Docket No. 117) at 1, 17; Keating Reply (Docket No. 131) at 2, 18.) Keating pointed out that Glidewell had no declarations from the authors of the documents—the dentists—to support its argument. (Docket No. 131 at 18.)

### B. Legal Discussion

Glidewell is relying on the prescription order forms and ancillary documents contained in Exhibit 15 to the Wong Declaration for the purpose of establishing the truth of the matter asserted: the state of mind of the authors

writing "BruxZir" or a variation thereon. Glidewell has no statements from witnesses with personal knowledge (i.e., the dentists writing on the forms), but instead relies solely on the Wong Declaration attesting that Exhibit 15 comprises true and correct copies of documents produced by Keating in the case. For the purpose upon which Glidewell is relying on Exhibit 15, the statements in Exhibit 15 are inadmissible hearsay. Fed. R. Evid. 802.

C. **Evidentiary Objections to the Wong Declaration**

| Exhibit | Objection |
|---------|-----------|
| 15 | This document is hearsay because, to the extent Glidewell relies upon it, it contains out of court statements offered for the truth of the matter asserted. Fed. R. Evid. 802. |

## II. CONCLUSION

Keating respectfully requests that the Court strike and not consider Exhibit 15 to the Wong Declaration in deciding the parties' motions for summary judgment.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: Dec. 20, 2012   By: /s/ David G. Jankowski
    Lynda J. Zadra-Symes
    Jeffrey L. Van Hoosear
    David G. Jankowski

Attorneys for Plaintiff,
KEATING DENTAL ARTS, INC.