# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   SACV 11-1309-DOC(ANx)            Date   December 21, 2012

Title   JAMES R. GLIDEWELL DENTAL CERAMICS, INC. -V- KEATING DENTAL ARTS, INC.

Present: The Honorable   DAVID O. CARTER, U.S. District Judge

| Dwayne Roberts | Debbie Gale/Sharon Seffens | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Philip J. Graves | Lynda J. Zadra-Symes |
| Deborah S. Mallgrave | David Jankowski |
| Gary Pritchard | |

Proceedings:   PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE TRADEMARK MISUSE, UNFAIR COMPETITION, UNCLEAN HANDS, FAIR USE, AND ESTOPPEL [79]

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT RE INFRINGEMENT OF A FEDERALLY REGISTERED MARK (FIRST CAUSE OF ACTION) AND DISMISSAL OF DEFENDANT'S SECOND AFFIRMATIVE DEFENSE AND FIRST COUNTERCLAIM [81]

PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AS TO KEATING'S INVALIDITY DEFENSE AND COUNTERCLAIM [82]

KEATING DENTAL ARTS, INC.'S MOTION FOR SUMMARY JUDGMENTS CANCELING GLIDEWELL'S TRADEMARK REGISTRATION [83]

KEATING DENTAL ARTS, INC.'S MOTION FOR SUMMARY JUDGMENT OF (1) NO INFRINGEMENT OF GLIDEWELL'S REGISTERED TRADEMARK, (2) NO VIOLATION OF SECTION 43(a) OF THE LANHAM ACT, AND (3) NO UNFAIR COMPETITION UNDER CALIFORNIA LAW [84]

     The case is called and counsel make their appearances. Arguments are heard and the matter is taken under submission.

                                                                                                    4    :    12

                                                       Initials of Preparer    dr