Darrell L. Olson (SBN 77,633)
Darrell.Olson@knobbe.com
Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.Jankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Claimant,
KEATING DENTAL ARTS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>**NOTICE OF ASSOCIATION OF COUNSEL**<br><br>Final Pretrial Conference:<br>January 28, 2013<br>8:30 am<br>Ctrm: 9D<br><br>Jury Trial:<br>February 26, 2013<br>8:30 am<br>Ctrm: 9D<br><br>Honorable David O. Carter |

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that David A. Robinson, Esq. and James Azadian of Enterprise Counsel Group, Three Park Plaza, Suite 1400, Irvine, CA 92614 (949) 833-8550, hereby associate as counsel of record with Darrell L. Olson, Lynda J. Zadra-Symes, Jeffrey L. Van Hoosear and David J. Jankowski of Knobbe, Martens, Olson & Bear, LLP on behalf of Defendant/Counter-Claimant Keating Dental Arts, Inc. ("Keating") in the above-captioned action. All pleadings and other papers served upon Knobbe, Martens, Olson & Bear, LLP and Keating should also be directed to the attention of David A. Robinson, Esq. and James Azadian, Esq. at the following address:

> David A. Robinson, Esq.
> James Azadian, Esq.
> Enterprise Counsel Group
> Three Park Plaza, Suite 1400
> Irvine, CA 92614
> (Tel) (949)833-8550
> (Fax) (949) 833-8540
> drobinson@enterprisecounsel.com
> jazadian@enterprisecounsel.com

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 3, 2013  By: _____
Darrell L. Olson
Lynda J. Zadra-Symes
Jeffrey L. Van Hoosear
David G. Jankowski

ENTERPRISE COUNSEL GROUP

Dated: January 3, 2013  By: _____
David A. Robinson
James Azadian

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

-1-