David G. Jankowski (SBN 205,634)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404/Fax: (949) 760-9502

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, <br> PLAINTIFF(S) <br> v. <br> KEATING DENTAL ARTS, INC. <br> DEFENDANT(S). | CASE NUMBER: <br> SACV11-01309-DOC(ANx) <br><br> NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

1) Application to file under seal Memorandum of Contentions of Fact and Law, 2) [Proposed] Order Thereon, 3) Memorandum of Contentions of Fact and Law

**Document Description:**

- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☑ Other  1) Application to File Under Seal; 2) Memorandum of Contentions of Fact and Law

**Reason:**

- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required ( *reason* ): Per Local Rule 79-5.

January 7, 2013
Date

/s/ David G. Jankowski
Attorney Name

Keating Dental Arts, Inc.
Party Represented

Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).