Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Claimant,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DEFENDANT AND COUNTER-CLAIMANT KEATING DENTAL ARTS, INC'S WITNESS LIST**<br><br>Final Pretrial Conference:<br>January 28, 2013<br>8:30 am<br>Ctrm: 9D<br><br>Jury Trial:<br>February 26, 2013<br>8:30 am<br>Ctrm: 9D<br><br>Honorable David O. Carter |

Pursuant to Local Rule 16-2.4 and Federal Rule of Civil Procedure 26(a)(3)(A), Defendant/Counter-Plaintiff, Keating Dental Arts, Inc. ("Keating"), hereby submits its Witness list. Keating reserves the right to amend its witness list to add additional witnesses as may be necessary and appropriate under the applicable rules and orders of this Court.

|   | Witness (* may call if the need arises) | Description of Testimony |
|---|---|---|
| 1 | Shaun Keating | Mr. Keating is Chief Executive Officer at Keating Dental Arts. <br><br> Mr. Keating will be called to testify about Keating's business, including marketing of its dental restoration products, the use of the KDZ family of marks and the associated products and, in particular, the KDZ Bruxer mark and product. He will testify about his creation of the "KDZ" family of marks, including the "KDZ Bruxer" name for Keating Dental Arts' all-zirconia crown. He will also testify regarding Keating's damages. |
| 2 | Bob Brandon | Mr. Brandon is the General Manager at Keating Dental Arts. <br><br> Mr. Brandon will be called to testify about Keating's business, including its operations in providing dentist restoration products, and Keating's policy and procedures in contacting dentists regarding use of the term "bruxzir." He will also testify regarding Keating's damages. |
| 3 | Diane Mallos Donich | Ms. Donich is Chief Financial Officer at Keating Dental Arts. She will be called to testify about Keating's business, including the about sales and advertising of the KDZ Bruxer product. She will also testify regarding Keating's damages. |

| | Witness (* may call if the need arises) | Description of Testimony |
|---|---|---|
| 4 | Dr. David Eggleston | Dr. Eggleston is an expert in dentistry and prosthodontics.<br><br>Dr. Eggleston will be called to testify about the practice of dentists as it pertains to dental restorations, and the practice of ordering crowns within the dental industry. He will also testify regarding the understanding of "bruxer" in the dental industry, and the use of "brux," "bruxer," and related terms within the dental industry. He will also testify about the phonetic equivalence of the terms "bruxer" and "bruxzir" and the generic use of such terms to describe crowns used to treat bruxism. |
| 5 | Lori Boatright | Ms. Boatright is an expert on trademark prosecution.<br><br>Ms. Boatright will be called to testify regarding the procedures of examination that are to be followed by trademark examiners at the Patent and Trademark Office when considering a trademark application. She will also testify regarding errors made by the trademark examiner who examined Glidewell's application to register the name BRUXZIR for use with dental restoration products. |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

2

| | Witness (* may call if the need arises) | Description of Testimony |
|---|---|---|
| 6 | Jim Shuck | Mr. Shuck is the Vice President of Sales and Marketing at Glidewell.<br><br>Mr. Shuck will be called to testify regarding the creation and meaning of the name "BruxZir." He will also be called to testify regarding Glidewell's advertising and marketing of the "BruxZir" branded product. |
| 7 | Dr. Michael DiTolla | Dr. DiTolla is an in-house dentist employed by Glidewell.<br><br>Dr. DiTolla will be called to testify regarding his understanding of the "BruxZir" mark, and the testing and use of the product associated with the mark. He will also be called to testify about his education and practices as a dentist. |
| 8 | Carol Frattura | Ms. Frattura is the Vice President of Showcase Dental Laboratories, a third party in this case.<br><br>Ms. Frattura will be called to testify regarding the business of her dental laboratory. She will also be called to testify about her communications with Glidewell regarding her laboratory's historical use of a trade name. She will also be called to testify about the use and meaning of the term "bruxer," "bruxzir" and similar terms within the dental industry. She will also be called to testify regarding her company's use and understanding of "bruxer" to describe all zirconia crowns. |
| 9 | Keith Allred | Mr. Allred is the General Counsel for Glidewell. Mr. Allred will be called to testify regarding Glidewell's filing of its trademark applications and its communications with the trademark examiner. He will also be called to testify about enforcement measures Glidewell has taken in association with the "BruxZir" mark, and his communications with third parties. |

3

| | Witness (* may call if the need arises) | Description of Testimony |
|---|---|---|
| 10 | Robin Bartolo | Mr. Bartolo is the Sales Manager for Glidewell Direct at Glidewell.<br><br>Mr. Bartolo will be called to testify regarding the interactions Glidewell has had with Keating Dental Arts, and the interactions it has had with its "authorized" labs. He will also be called to testify regarding the lack of monitoring done by Glidewell over dental restorations manufactured by other dental laboratories that purchase zirconia from Glidewell. He will also be called to testify regarding the meaning of the "BruxZir" mark, and Glidewell's enforcement of its "BruxZir" mark. |
| 11 | *Robin Carden | Mr. Carden is the Vice President of Research and Development at Glidewell.<br><br>Mr. Carden may be called to testify regarding the material used to make the "BruxZir" product. He may also be called to testify regarding the development of the "BruxZir" product. |
| 12 | *Wolfgang Friebauer | Mr. Friebauer is the Director of Research and Development and Education at Glidewell.<br><br>Mr. Friebauer may be called to testify regarding the process of making the "BruxZir" product and the training of employees associated with the product. He may also be called to testify regarding the meaning of the "BruxZir" mark. |
| 13 | *Dr. William Belton | Dr. Belton is a third party dentist. Dr. Belton may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 14 | *Dr. Raymond Brady | Dr. Brady is a third party dentist. Dr. Brady may be called to testify as to his dentistry |

4

| | Witness (* may call if the need arises) | Description of Testimony |
|---|---|---|
| | | practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 15 | *Dr. Jonathan Campbell | Dr. Campbell is a third party dentist. Dr. Campbell may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 16 | *Dr. Michael Colleran | Dr. Colleran is a third party dentist. Dr. Colleran may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 17 | *Dr. Joseph Jacquinot | Dr. Jacquinot is a third party dentist. Dr. Jacquinot may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 18 | *Dr. Dennis Murphy | Dr. Murphy is a third party dentist. Dr. Murphy may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 19 | *Dr. Terry Myers | Dr. Myers is a third party dentist. Dr. Myers may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental |

5

| | Witness (* may call if the need arises) | Description of Testimony |
|---|---|---|
| | | industry. |
| 20 | *Dr. Thomas Nussear | Dr. Nussear is a third party dentist. Dr. Nussear may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 21 | *Dr. Michael Razzano | Dr. Razzano is a third party dentist. Dr. Razzano may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 22 | *Dr. Stan Richardson | Dr. Richardson is a dentist. Dr. Richardson may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 23 | *Dr. Richard Scott | Dr. Scott is a third party dentist. Dr. Scott may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 24 | *Dr. Scott Stephens | Dr. Stephens is a third party dentist. Dr. Stephens may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 25 | *Dr. Daniel Sweet | Dr. Sweet is a third party dentist. Dr. Sweet may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use |

6

| Witness (* may call if the need arises) | Description of Testimony |
|---|---|
|  | and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |
| 26  *Dr. Gary Tobin | Dr. Tobin is a third party dentist. Dr. Tobin may be called to testify as to his dentistry practice, his lack of confusion between "BruxZir" and Keating's products, and his use and understanding of the terms "bruxzir," "bruxer," and similar terms within the dental industry. |

Respectfully submitted,
KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 7, 2013

By: /s/ David G. Jankowski
    Darrell L. Olson
    Lynda J. Zadra-Symes
    Jeffrey L. Van Hoosear
    David G. Jankowski

ENTERPRISE COUNSEL GROUP ALC
    David A. Robinson
    James S. Azadian

Attorneys for Defendant/Counter-Claimant,
KEATING DENTAL ARTS, INC.

14517627