SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC (ANx)<br>Hon. David O. Carter, Ctrm. 9D<br><br>**JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S WITNESS LIST**<br><br><br><br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

Plaintiff and counter-defendant James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") reserves the right to call the following witnesses at trial:

|    | NAME | CONTACT INFORMATION |
|----|------|---------------------|
| 1. | James Shuck<br>Vice President of Sales and Marketing | Glidewell Laboratories,<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 2. | Michael Cash*<br>Marketing | Glidewell Laboratories,<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 3. | Rudy Ramirez<br>General Manager, Fixed Prosthodontics Department | Glidewell Laboratories,<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |

16285095.2

| | NAME | CONTACT INFORMATION |
|---|---|---|
| 4. | Dr. Michael DiTolla<br>Director of Clinical Education & Research | Glidewell Laboratories,<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 5. | Robin Carden<br>Senior Director Research & Development | Glidewell Laboratories<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 6. | Wolfgang Friebauer*<br>Director Research & Development & Education | Glidewell Laboratories<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 7. | Robin Bartolo<br>Vice President Research and Development | Glidewell Laboratories<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |

| NAME | CONTACT INFORMATION |
|---|---|
| 8. Troy Mosley<br>Technical Advisor | Glidewell Laboratories<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 9. Keith Allred<br>General Counsel | Glidewell Laboratories<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 10. Glenn Sasaki<br>Chief Financial Officer | Glidewell Laboratories<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 11. Nicole Fallon<br>Technical Advisor, Fixed Prosthodontics Department | Glidewell Laboratories<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |

Snell & Wilmer L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

| NAME | CONTACT INFORMATION |
|---|---|
| 12. Kevin Keithley*<br>Digital Marketing Manager | Glidewell Laboratories<br>4141 MacArthur Boulevard<br>Newport Beach, CA 92660<br>Tel.: (800) 854-7265<br>May only be contacted only through<br>Glidewell's counsel, Snell & Wilmer LLP. |
| 13. Catherine Bonser<br>Business Unit Manager | Dentsply International<br>500 W. College Ave.<br>York, PA 17401<br>Tel.: (717) 845-7511 |
| 14. Dr. Jade Le | Family Dental<br>28321 S. Tamiami Trl., Suite A2<br>Bonita Springs, Florida 34135<br>Tel.: (239) 344-2322 |
| 15. Dr. Michael J. Fanning | 10271 Beach Dr.<br>Calabash, NC 28467<br>Tel.: (910) 579-5260 |
| 16. Dr. Vincent S. Cianciulli | 815 Hartford Tpke.<br>Waterford, CT 06385<br>Tel.: (860) 444-0625 |
| 17. Dr. Terence J. Michiels | 225 Waukegan Rd.<br>Lake Bluff, IL 60044<br>Tel.: (847) 615-9422 |
| 18. Dr. Ilya Benjamin | 55 S Valle Verde Dr., Ste 250<br>Henderson, NV 89012<br>Tel.: (702) 260-1890 |

| | NAME | CONTACT INFORMATION |
|---|---|---|
| 19. | Dr. Dean Saiki | 3231 Waring Court<br>Oceanside, CA 92056<br>Tel.: (760) 732-3456 |
| 20. | Dr. Thomas E. Bell | 126 Biggs Lane<br>South Shore, KY 41175<br>Tel.: (606) 932-3181 |
| 21. | Dr. Robert McNicholas | 10342 S. Kedzie Ave.<br>Chicago, IL 60655<br>Tel.: (773) 779-1983 |
| 22. | Dr. Gregory Doneff | 200 Ashford Circle<br>Dunwoody, GA 30338<br>Tel.: (770) 396-1188 |
| 23. | Dr. Benjamin An | 4869 Hannegan Road<br>Bellingham, WA 98226<br>Tel.: (360) 734-2429 |
| 24. | Dr. Kent J. Toca | 9532 Chapman Ave<br>Garden Grove, CA 92841<br>Tel.: (714) 539-8994 |
| 25. | Dr. Howard S. Cohen | 1200 Medical Avenue<br>Plano, TX 75075<br>Tel.: (972) 867-6500 |
| 26. | Dr. Oscar Goren | 2 Rhawn Street<br>Philadelphia, PA 19152<br>Tel.: (215) 332-5259 |

Snell & Wilmer L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16285095.2

GLIDEWELL'S WITNESS LIST
CASE NO. SACV11-01309 DOC (ANx)

| | NAME | CONTACT INFORMATION |
|---|---|---|
| 27. | Dr. Spencer D. Luke | 1011 Catherine St.<br>Salt Lake City, UT 84116<br>Tel.: (801) 596-3000 |
| 28. | Dr. Dennis A. Gaishauser | 4087 Medina Road<br>Medina, OH 44256<br>Tel.: (330) 725-3736 |
| 29. | Dr. Chester A. Bizga | 6731 Ridge Rd., Ste. 201<br>Cleveland, OH 44129<br>Tel.: (440) 884-6644 |
| 30. | Dr. Valentine Ferraris | 580 MacArthur Boulevard<br>Pocasset, MA 02559<br>Tel.: (508) 563-5549 |
| 31. | Dr. Paul Taylor | 4320 Genesee Avenue<br>San Diego, CA 92117<br>Tel.: (858) 277-8100 |
| 32. | Dr. Meredith S. Esposito | 1509 Ritchie Highway<br>Arnold, MD 21012<br>Tel.: (410) 757-6200 |
| 33. | Dr. Stuart R. Newman | 115 North Main Street<br>New City, NY 10956<br>Tel.: (845) 634-9300 |
| 34. | Dr. John Griffith | 6360 County Road 896, Ste. 202<br>Naples, FL 34116<br>Tel.: (239) 354-5353 |

Snell & Wilmer L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16285095.2

- 6 -

GLIDEWELL'S WITNESS LIST
CASE NO. SACV11-01309 DOC (ANx)

| | NAME | CONTACT INFORMATION |
|---|---|---|
| 35. | Scott Bigler | Bigler Dental Ceramics, Inc. <br> President <br> 160 East 2nd Street <br> Tustin, CA 92780 <br> Tel.: (714) 832-9251 |
| 36. | Dr. Glen Yamamoto | G&H Dental Arts, Inc. <br> President <br> 4212 Artesia Boulevard <br> Torrance, CA 90504 <br> Tel.: (310) 214-8007 |
| 37. | Jacob Trachsel | Trachsel Dental Studio <br> Business Development Manager <br> 1834 15th Street NW <br> Rochester, MN 55901 <br> Tel.: (507) 288-2362 |
| 38. | Kareen Chamberlain | Continental Dental Laboratories of California <br> Administrative Director <br> 1873 Western Way <br> Torrance, CA 90501 <br> Tel.: (310) 618-8821 |

| NAME | CONTACT INFORMATION |
|---|---|
| 39. Prof. David J. Franklyn | University of San Francisco School of Law<br>2130 Fulton Street<br>San Francisco, CA  94117<br>Tel.: (650) 274-497<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 40. Dr. Ronald E. Goldstein | 600 Galleria Parkway, Suite 800<br>Atlanta, GA  30339<br>Tel.: (404) 255-8639<br>May only be contacted only through Glidewell's counsel, Snell & Wilmer LLP. |
| 41. Thomas Gourde* | Ray & Gourde, LLP<br>111 Pacifica Ste 120<br>Irvine, CA 92618<br>Tel.: (949) 825-6520 |
| 42. Dr. Joshua Colkmire | Aesthetic and Family Dental<br>1657 SE Port St Lucie Blvd<br>Port Saint Lucie, FL 34952<br>Tel:  (772) 337-4115 |
| 43. Lori Boatright* | Blakely Sokoloff Taylor Zafman LLP<br>12400 Wilshire Blvd., Seventh Floor<br>Los Angeles, CA 90025<br>Tel.:  (310) 207-3800 |
| 44. Robert Brandon | 16881 Hale Ave.<br>Irvine, CA 92606<br>Tel.:  (800) 433-9833 |

| | NAME | CONTACT INFORMATION |
|---|---|---|
| 45. | Diane Mallos Donich | 16881 Hale Ave. <br> Irvine, CA 92606 <br> Tel.: (800) 433-9833 |
| 46. | Dr. David Eggleston* | 1441 Avocado Ave., Suite 508 <br> Newport Beach, CA 926660 <br> Tel.: (949) 640-5680 |
| 47. | Carol Frattura* | 22286 Vick St. <br> Port Charlotte, FL 33980 <br> Tel.: (888) 625-5757 |
| 48. | Shaun Keating | 16881 Hale Ave. <br> Irvine, CA 92606 <br> Tel.: (800) 433-9833 |

\* Denotes witnesses whom plaintiff may call if the need arises.

Glidewell reserves its right to call any other persons as necessary for impeachment or rebuttal purposes.

Dated: January 7, 2013   SNELL & WILMER L.L.P.


By: *s/Deborah S. Mallgrave*
Philip J. Graves
Greer N. Shaw
Deborah S. Mallgrave

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 7, 2013, I electronically filed the document described as **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S WITNESS LIST** with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949)833-8550<br>Fax: (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: January 7, 2013

SNELL & WILMER L.L.P.

By: *s/Deborah S. Mallgrave*
    Philip J. Graves
    Greer N. Shaw
    Deborah S. Mallgrave

 Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

Snell & Wilmer L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500