Darrell L. Olson (SBN 77,633)
Darrell.Olson@knobbe.com
Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.jankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Claimant
KEATING DENTAL ARTS, INC.

ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JAN - 7 2013
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

LODGED
2013 JAN -7 PM 3: 53
CLERK U.S. DISTRICT COURT CENTRAL DIST. OF CALIF. SANTA ANA
BY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DEFENDANT KEATING DENTAL ARTS, INC.'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW**<br><br>Final Pretrial Conference: January 28, 2013 8:30 am Ctrm: 9D<br><br>Jury Trial: February 26, 2013 8:30 am Ctrm: 9D<br><br>Honorable David O. Carter |
| AND RELATED COUNTERCLAIMS. | |

PLEASE TAKE NOTICE that, pursuant to L.R. 79-5.1, Defendant Keating Dental Arts, Inc. ("Keating") hereby seeks an Order of this Court permitting Keating to file under seal Keating's Memorandum of Contentions of Fact and Law.

Keating's Memorandum of Facts and Law contains information designated by the respective parties as "Attorneys' Eyes Only" pursuant to the Stipulated Confidentiality Order entered in this case on January 30, 2012. This confidential information includes the contents of internal business records, such as financial information and non-public medical forms, and deposition testimony from party witnesses discussing non-public business information.

Keating respectfully requests that the Court permit the above document to be filed under seal.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 7, 2013

By: [signature]
Darrell L. Olson
Lynda J. Zadra-Symes
Jeffrey L. Van Hoosear
David G. Jankowski

Attorneys for Plaintiff,
KEATING DENTAL ARTS, INC.

**PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On January 7, 2013, I caused the within **DEFENDANT KEATING DENTAL ARTS, INC.'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW** to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

***Via Electronic Mail and Federal Express:***

Philip J. Graves
pgraves@swlaw.com
Snell & Wilmer LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2013 at Irvine, California.

Peter Toller

14613093