Darrell L. Olson (SBN 77,633)
Darrell.Olson@knobbe.com
Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street
Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

Attorneys for Defendant/Counter-Claimant,
KEATING DENTAL ARTS, INC.

ORIGINAL

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN - 8 2013

CENTRAL D...
BY ... DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>[PROPOSED] ORDER ON DEFENDANT KEATING DENTAL ARTS, INC.'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW<br><br>Final Pretrial Conference:<br>   January 28, 2013<br>   8:30 am<br>   Ctrm: 9D<br><br>Jury Trial:<br>   February 26, 2013<br>   8:30 am<br>   Ctrm: 9D<br><br>Honorable David O. Carter |

The Court, having considered Defendant Keating Dental Arts, Inc.'s Application to File Under Seal Its Memorandum of Contentions of Fact and Law, and good cause appearing therefore, GRANTS the application.

Keating Dental Arts, Inc.'s Memorandum of Contentions of Fact and Law shall be filed under seal.

**IT IS SO ORDERED.**

Dated: January 8, 2013

*David O. Carter*
JUDGE DAVID O. CARTER

# PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On January 7, 2013, I caused the within **[PROPOSED] ORDER ON DEFENDANT KEATING DENTAL ARTS, INC.'S APPLICATION TO FILE UNDER SEAL ITS MEMORANDUM OF CONTENTIONS OF FACT AND LAW** to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

*Via Electronic Mail and Federal Express:*

Philip J. Graves
pgraves@swlaw.com
Snell & Wilmer LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 7, 2013 at Irvine, California.

_____
Peter Toller

14613527