| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

### TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME<br>Ferita Moralde | 2. PHONE NUMBER<br>213-929-2614 | 3. DATE<br>Jan 10, 2013 |
|---|---|---|
| 4. FIRM NAME: Snell & Wilmer LLP | 5. E-MAIL ADDRESS: fmoralde@swlaw.com | |
| 6. MAILING ADDRESS<br>350 South Grand Avenue | 7. CITY<br>Los Angeles | 8. STATE CA / 9. ZIP CODE 90071 |
| 10. CASE NUMBER<br>8:11-cv-01309-DOC AN | 11. CASE NAME<br>James R. Glidewell Dental v. Keating Dental Arts Inc | 12. JUDGE<br>David O. Carter |

13. APPEAL CASE NUMBER
14. ORDER FOR: ☐ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT  ☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested) Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| Dec 21, 2012 | Debbie Gale | ☑ OTHER (PLEASE SPECIFY): Motions for Summary Judgment Vol. I |
| Dec 21, 2012 | Sharon Seffens | ☑ OTHER (PLEASE SPECIFY): Motions for Summary Judgment Vol. II |
| | | |
| | | |
| | | |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☑ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☑ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

17. DATE: Jan 10, 2013

18. SIGNATURE: *Ferita Moralde*

20. Month: January  Day: 10  Year: 2013
Transcript payment arrangements were made with:
NAME OF OFFICIAL: DEBBIE GALE
Payment of estimated transcript fees were sent on the following date:
Month: 1  Day: 10  Year: 2013

G-120 (09/12)