| Philip J. Graves<br>Snell & Wilmer, L.L.P.<br>600 Anton Blvd., Suite 1400 Costa Mesa, CA 92626<br>Attorney For: Plaintiff | SBN: 153441 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: (714) 427-7000   FAX NO. *(Optional)*:<br>E-MAIL ADDRESS *(Optional)*: | | |

UNITED STATES DISTRICT COURT CENTRAL DISTRICT OF CALIFORNIA
STREET ADDRESS: 411 W. 4TH ST., ROOM 1053
MAILING ADDRESS:
CITY AND ZIP CODE: SANTA ANA, CA 92701
BRANCH NAME: SOUTHERN DIVISION - SANTA ANA

PLAINTIFF *(name each)*: JAMES R. GLIDEWELL DENTAL CERAMICS, INC.
DEFENDANT *(name each)*: KEATING DENTAL ARTS, INC.

CASE NUMBER: SACV11-01309-DOC(ANx)

| PROOF OF DELIVERY | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.:<br>31035489 j2c |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES OF THE:**

See attachment page for document list.

NAME OF PARTY:   KNOBBE, MARTENS, OLSON & BEAR, LLP / DAVID JANKOWSKI, ESQ.

DELIVERED TO:   **Pat Neff - Front Desk**

DATE & TIME OF DELIVERY:   11/19/2012
04:34 pm

ADDRESS, CITY, AND STATE:
2040 Main Street, 14th Floor
Irvine, CA 92614

MANNER OF SERVICE:
Delivery to a Business: Service was made by delivery to the business office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. F.R.C.P. 5(a)(b)(2)(a).

Fee for Service: **40.00**
County: **Orange**
Registration No.: **6770**
ASAP Legal Solution Attorney Services LLC
404 West 4th St., Suite B
Santa Ana, CA 92701
(714) 543-5100
Ref: 31035489 j2c

I declare under penalty of perjury under the laws of the The United States that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **December 6, 2012**.

Signature: _____
Cristo Arellano

**PROOF OF HAND DELIVERY**

982(a)(23)[New July 1, 1987]   Order#: 31035489/DROPSERVE

**ASAP Legal Solution Attorney Services LLC**
404 West 4th St., Suite B
Santa Ana, CA 92701
Phone: (714) 543-5100   Fax: (714) 543-5111

Continued from Proof of Service

**CASE #:** SACV11-01309-DOC(ANx)              **DATE:** December 6, 2012

**CASE NAME:** JAMES R. GLIDEWELL DENTAL CERAMICS, INC. VS. KEATING DENTAL ARTS, INC.

Notice of Manual Filing; Ex Parte Application to file Documents under Seal; [Proposed] Order; Declaration of Seepan Pareseghian; Declaration of Gary Pritchard; Memorandum of Points and Authorities In Support of for Partial Summary Judgment Re Infringement of a Federally Registered Mark (First Cause of Action) and Dismissal Of Defendant's Second Affirmative Defense and First Counterclaim; [Proposed] Statement of Uncontroverted Facts and Conclusions of Law In Support of Motion for Partial Summary Judgment Re Infringement and Dismissal of Defendan's Second Affirmative Defense and First Counterclaim; Memorandum of Points and Authorities In Support of for Partial Summary Judgment as to Keating's Invadility Defense and Counterclaim; [Proposed] Statement of Uncontroverted Facts and Conclusions of Law In Support of Motion for Partial Summary Judgment as to Keating's Invadility Defense and Counterclaim; Appendix of Evidence In Support of James R. Glidewell Dental Ceramics, Inc.'s Motion for Summary Judgment [Confidential]


ATTORNEY SERVICES LLC

Order#: 31035489/DocAtt2010