| Philip J. Graves<br>Snell & Wilmer, L.L.P.<br>600 Anton Blvd., Suite 1400 Costa Mesa, CA 92626<br>Attorney For: Plaintiff | SBN: 153441 | FOR COURT USE ONLY |
|---|---|---|
| TELEPHONE NO.: **(714) 427-7000**    FAX NO. *(Optional):*<br>E-MAIL ADDRESS *(Optional):* | | |

| UNITED STATES DISTRICT COURT CENTRAL DISTRICT |
|---|
| STREET ADDRESS:<br>MAILING ADDRESS:<br>CITY AND ZIP CODE: **, CA**<br>BRANCH NAME: **SOUTHERN DIVISION** |

| PLAINTIFF *(name each):* **James R. Glidewell Dental Ceramics, Inc.** | |
|---|---|
| DEFENDANT *(name each):* **Keating Dental Arts, Inc.** | CASE NUMBER:<br>**SACV11-01309-DOC(ANx)** |

| **PROOF OF DELIVERY** | HEARING DATE: | TIME: | DEPT.: | Ref No. or File No.:<br>**31035970 lxc** |
|---|---|---|---|---|

AT THE TIME OF SERVICE I WAS AT LEAST 18 YEARS OF AGE AND NOT A PARTY TO THIS ACTION, AND **I SERVED COPIES** OF THE:

**See attached list of documents served.**

| NAME OF PARTY: | **Knobbe Martens Olson & Bear LLP/ David Jankowski, Esq.** |
|---|---|
| DELIVERED TO: | **Pat Neff - Front Desk** |
| DATE & TIME OF DELIVERY: | **11/26/2012**<br>**03:15 pm** |

ADDRESS, CITY, AND STATE:

**2040 Main Street, 14th Floor**
**Irvine, CA 92614**

MANNER OF SERVICE:
**Delivery to a Business:  Service was made by delivery to the business office; or by leaving the document(s) with his clerk over the age of 18 therein; or with a person having charge thereof; or if there was no such person in the office, by leaving them between the hours of nine in the morning and five in the afternoon, in a conspicuous place in the office. ([CCP 1011(1)]**

Fee for Service: **54.40**
County: **Orange**
Registration No.: **6770**
**ASAP Legal Solution Attorney Services LLC**
**404 West 4th St., Suite B**
**Santa Ana, CA 92701**
**(714) 543-5100**
**Ref: 31035970 lxc**

I declare under penalty of perjury under the laws of the The State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **November 28, 2012.**

Signature: _____
            **Cristo Arellano**

**PROOF OF HAND DELIVERY**

982(a)(23)[New July 1, 1987]

Order#: 31035970/DROPSERVE

# Document List

PLAINTIFF'S EX PARTE APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPOET OF GLIDEWELL'S OPPOSITIONS TO KEATING'S MOTION FOR SUMMARY JUDGMENT;

[PROPOSED] ORDER GRANTING PLAINTIFF'S EX PARTE APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF GLIDEWELL'S OPPOSITIONS TO KEATING'S MOTIONS FOR SUMMARY JUDGMENT;

DECLARATION OF SEEPAN PARSEGHIAN IN SUPPORT OF PLAINTIFF'S EX PARTE APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF GLIDEWELL'S OPPOSITIONS TO TAKE KEATING'S MOTIONS FOR SUMMARY JUDGMENT;

DECLARATION OF KEITH ALLRED IN SUPPORT OF PLAITIFF'S EX PARTE APPLICATION TO FILE CERTAIN DOCUMENTS UNDER SEAL IN SUPPORT OF GLIDEWELL'S OPPOSITIONS TO KEATING'S MOTIONS FOR SUMMARY JUDGMENT;

JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MEMORANDUM OF POINTS AND AUTHORITIES IN OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT CANCELLING GLIDEWELL'S TRADEMARK REGISTRATION;

GLIDEWELL LABORATORIES' OPPOSITION TO DEFENDANT KEATING DENTAL ARTS, INC.'S MOTION FOR SUMMARY JUDGMENT OF (1) NO INFRINGEMENT OF GLIDEWELL'S REGISTERED TRADEMARK, (2) NO VIOLATION OF SECTION 43 (a) OF THE LANHAM ACT, AND (3) NO UNFAIR COMPETITION UNDER CALIFORNIA LAW;

JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT ADN STATEMENT OF ADDITIONAL MATERIAL FACTS IN REPONSE TO DEFENDANT KEATING DENTAL ARTS, INC.'S PROPOSED STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT OF (1) NO INFRINGEMENT OF GLIDEWELL'S REGISTERED TRADEMARK, (2) NO VIOLATION OF SECTION 43 (a) OF THE LANHAM ACT, AND (3) NO UNFAIR COMPETITION UNDER CALIFORNIA LAW;

JAMES R. GLIDEWELL DENTAL CERAMICS, INC'S STATEMENT OF GENUINE DISPUTES OF MATERIAL FACT, AND STATEMENT OF ADDITIONAL MATERIAL FACTS, IN RESPONSE TO DEFENDANT KEATING DENTAL ARTS, INC.'S PROPOSED STATEMENT OF UNCONTROVERTED FACTS IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT CANCELLING GLIDEWELL'S TRADEMARK REGISTRATION;

SUPPLEMENTAL APPENDIX OF EVIDENCE IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S OPPOSITIONS TO KEATING'S MOTION FOR SUMMARY JUDGMENT.