David G. Jankowski (SBN 205,634)
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614
Phone: (949) 760-0404/Fax: (949) 760-9502

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>PLAINTIFF(S)<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>DEFENDANT(S). | CASE NUMBER:<br><br>SACV11-01309-DOC(ANx)<br><br>NOTICE OF MANUAL FILING |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (LIST DOCUMENTS):

1) Application to file under seal Motion in Limine 8, 2) [Proposed] Order Thereon, 3) Keating Dental Arts, Inc.'s Notice of Motion and Motion In Limine to Exclude Evidence of Past Terminations, of Past Restitution Payments, and of Past Allegations of Harassment (Motion in Limine 8); 4)Declaration of David G. Jankowski

**Document Description:**
- ☐ Administrative Record
- ☐ Exhibits
- ☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]
- ☑ Other   1) Application to File Under Seal; 2) Motion In Limine Number 8; and 3) Declaration of David Jankowski

**Reason:**
- ☑ Under Seal
- ☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
- ☐ Electronic versions are not available to filer
- ☐ Per Court order dated _____
- ☑ Manual Filing required ( *reason* ): Per Local Rule 79-5.

| | |
|---|---|
| January 17, 2013 | /s/ David G. Jankowski |
| Date | Attorney Name |
| | Keating Dental Arts, Inc. |
| | Party Represented |

*Note:   File one Notice of Manual Filing in each case, each time you manually file document(s).*