SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> KEATING DENTAL ARTS, INC., <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br> **[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #1 TO EXCLUDE EVIDENCE OF GENERICNESS AFTER THE "CRUCIAL DATE"** <br><br> Hearing <br><br> Date:   January 28, 2013 <br> Time:   8:30 a.m. <br> Ctrm:  9D, Hon. David O. Carter <br><br> Pre-Trial Conf.:   January 28, 2013 <br> Jury Trial:          February 26, 2013 |

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

## ORDER

Plaintiff James R. Glidewell Dental Ceramics, Inc.'s ("Glidewell") Motion *in Limine* No. 1 to exclude any evidence of genericness after the "crucial date" by Defendant Keating Dental Arts, Inc. ("Keating"), came before this Court for hearing during the Pretrial Conference on January 28, 2013. All parties were represented by counsel.

Having considered the evidence and arguments set forth by the parties in the papers submitted and at the hearing, and for good cause shown,

**IT IS HEREBY ORDERED** that: Glidewell's Motion *in Limine* No. 1 is GRANTED.  The Court hereby orders that Keating and its counsel shall not, in the presence of the jury, present any evidence and argument as to (a) purported evidence that the terms "bruxzir" and "bruxer" are or were generic for zirconia dental restorations as of any period after April 2011, and (b) argument that post-April 2011 evidence, or undated evidence, is probative of genericness as of April 2011.  In particular, the following is excluded:

1.  The website exhibits listed in Exhibit A to Motion *in Limine* No. 2;

2.  The prescription forms from Showcase Dental (Dkt. # 96; Tr. Ex. # 2140) and the testimony of Carol Frattura in connection with those prescription forms;

3.  The testimony of third-party dentists William Belton, Raymond Brady, Jonathan Campbell, Michael Colleran, Joseph Jacquinot, Dennis Murphy, Terry Myers, Thomas Nussear, Stan Richardson, Richard Scott, Scott Stephens, Daniel Sweet, and Gary Tobin; and

4.  Attorney argument regarding genericness based on prescription forms proffered by Keating that post-date April of 2011 (Dkt. # 90-4 (Exhibit 15); Tr. Ex. # 569).

Dated: _____                    _____
                                                    Hon. David O. Carter
                                                    United States District Judge

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

ORDER GRATING GLIDEWELL'S MIL NO. 1
CASE NO. SACV11-01309 DOC (ANx)

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

### CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the document described as **[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #1 TO EXCLUDE EVIDENCE OF GENERICNESS AFTER THE "CRUCIAL DATE"** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

David G. Jankowski
Jeffrey L. Van Hoosear
Lynda J Zadra-Symes
Darrell L. Olson
Knobbe Martens Olson and Bear LLP
2040 Main Street, 14th Floor
Irvine, CA  92614

**Attorneys for Defendant Keating Dental Arts, Inc.**
Tel:  (949) 760-0404
Fax: (949) 760-9502

Jeffrey.VanHoosear@kmob.com
David.Jankowski@kmob.com
Lynda.Zadra-symes@kmob.com
Darrell.Olson@knobbe.com
litigation@kmob.com

David A. Robinson
James Azadian
Enterprise Counsel Group
Three Park Plaza, Suite 1400
Irvine, CA  92614

**Attorneys for Defendant Keating Dental Arts, Inc.**
Tel:  (949)833-8550
Fax:  (949) 833-8540

drobinson@enterprisecounsel.com
jazadian@enterprisecounsel.com

Dated: January 17, 2013

SNELL & WILMER L.L.P.

By: *s/Greer N. Shaw*

Philip J. Graves
Greer N. Shaw
Deborah S. Mallgrave
Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

16475597.1

ORDER GRATING GLIDEWELL'S MIL NO. 1
CASE NO. SACV11-01309 DOC (ANx)

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071