1  SNELL & WILMER L.L.P.
   Philip J. Graves (SBN 153441)
2  pgraves@swlaw.com
   Greer N. Shaw (SBN 197960)
3  gshaw@swlaw.com
   Deborah S. Mallgrave (SBN 198603)
4  dmallgrave@swlaw.com
   350 South Grand Avenue, Suite 2600
5  Two California Plaza
   Los Angeles, CA  90071
6  Telephone: (213) 929-2500
   Facsimile:  (213) 929-2525
7
   Attorneys for Plaintiff
8  James R. Glidewell Dental Ceramics, Inc.
   d/b/a Glidewell Laboratories
9

10                UNITED STATES DISTRICT COURT

11              CENTRAL DISTRICT OF CALIFORNIA

12                    SOUTHERN DIVISION

13  JAMES R. GLIDEWELL DENTAL            Case No. SACV11-01309-DOC(ANx)
    CERAMICS, INC. dba GLIDEWELL
14  LABORATORIES, a California           **[PROPOSED] ORDER GRANTING
    corporation,                         JAMES R. GLIDEWELL DENTAL
15                                        CERAMICS, INC.'S NOTICE OF
              Plaintiff,                  MOTION AND MOTION IN LIMINE
16                                        #4 TO EXCLUDE THE PROPOSED
    vs.                                   EXPERT TESTIMONY OF
17                                        KEATING DENTAL ARTS, INC.'S
    KEATING DENTAL ARTS, INC.,            EXPERT LORI BOATRIGHT**
18
              Defendant.
19  _____     Hearing

20  AND RELATED                          Date:  January 28, 2013
    COUNTERCLAIMS.                       Time:  8:30 a.m.
21                                        Ctrm:  9D, Hon. David O. Carter

22                                        Pre-Trial Conf.:   January 28, 2013
                                          Jury Trial:        February 26, 2013
23

24

25

26

27

28

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

# ORDER

Plaintiff James R. Glidewell Dental Ceramics, Inc.'s ("Glidewell") Motion *in Limine* No. 4 to preclude the proposed testimony of Keating Dental Arts, Inc.'s ("Keating") expert Lori Boatright, came before this Court for hearing during the Pretrial Conference on January 28, 2013. All parties were represented by counsel.

Having considered the evidence and arguments set forth by the parties in the papers submitted and at the hearing, and for good cause shown,

**IT IS HEREBY ORDERED** that: Glidewell's Motion *In Limine* No. 4 is **GRANTED.** Keating shall not introduce testimony from its expert, Lori Boatright, (i) that the Trademark Examiner did not properly examine the BruxZir mark and would have denied registration had different procedures been followed, (ii) that the terms "Bruxzir" or "bruxer" were or are generic terms for zirconia restoration products, and (iii) that constitutes or includes opinions as to subjects, including but not limited to opinions regarding the presence or absence of likelihood of confusion between BruxZir and KDZ Bruxer, beyond that which were included in her expert report.

Dated: _____     _____
                                    Hon. David O. Carter
                                    United States District Judge

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

ORDER GRANTING GLIDEWELL'S MIL NO. 4
CASE NO. SACV11-01309 DOC (ANx)

SNELL & WILMER
L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

1

2

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
**United States District Court, Central, Case No. SACV11-01309-DOC (ANx)**

3

**CERTIFICATE OF SERVICE**

4          I hereby certify that on January 17, 2013, I electronically filed the document

5    described as **[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL**

6    **DENTAL CERAMICS, INC.'S NOTICE OF MOTION AND MOTION IN**

7    **LIMINE #4 TO EXCLUDE THE PROPOSED EXPERT TESTIMONY OF**

8    **KEATING DENTAL ARTS, INC.'S EXPERT LORI BOATRIGHT** the Clerk

9    of the Court using the CM/ECF System which will send notification of such filing

10   to the following:

11   David G. Jankowski
     Jeffrey L. Van Hoosear          **Attorneys for Defendant Keating**
     Lynda J Zadra-Symes             **Dental Arts, Inc.**
12   Darrell L. Olson                Tel:  (949) 760-0404
     Knobbe Martens Olson and Bear LLP  Fax: (949) 760-9502
13   2040 Main Street, 14th Floor
     Irvine, CA  92614               Jeffrey.VanHoosear@kmob.com
14                                   David.Jankowski@kmob.com
                                     Lynda.Zadra-symes@kmob.com
15                                   Darrell.Olson@knobbe.com
                                     litigation@kmob.com

16   David A. Robinson               **Attorneys for Defendant Keating**
     James Azadian                   **Dental Arts, Inc.**
17   Enterprise Counsel Group        Tel:  (949)833-8550
     Three Park Plaza, Suite 1400    Fax:  (949) 833-8540
18   Irvine, CA  92614
                                     drobinson@enterprisecounsel.com
19                                   jazadian@enterprisecounsel.com

20   Dated: January 17, 2013         SNELL & WILMER L.L.P.

21                                   By: *s/Greer N. Shaw*

22                                       Philip J. Graves
                                         Greer N. Shaw
23                                       Deborah S. Mallgrave
                                         Attorneys for Plaintiff
24                                       James R. Glidewell Dental Ceramics, Inc.
25                                       d/b/a Glidewell Laboratories

26   16428502.1

27

28