SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #6 TO EXCLUDE ANY ADVICE OF COUNSEL DEFENSE BY KEATING DENTAL ARTS, INC.**<br><br>Hearing<br>Date: January 28, 2013<br>Time: 8:30 a.m.<br>Ctrm: 9D, Hon. David O. Carter<br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

# **ORDER**

Plaintiff James R. Glidewell Dental Ceramics, Inc.'s ("Glidewell") Motion *in Limine* 6 to exclude any advice of counsel defense by Defendant Keating Dental Arts, Inc. ("Keating"), including any evidence and argument (a) as to the substance of any advice of counsel that Keating obtained prior to adopting "KDZ Bruxer" regarding the likelihood of confusion between "KDZ Bruxer" and "BruxZir," (b) that Keating sought any such advice of counsel, and (c) that Keating relied on any such advice in adopting the "KDZ Bruxer" mark, came before the Court for hearing during the Pretrial Conference on January 28, 2013. All parties were represented by counsel.

**IT IS HEREBY ORDERED** that: Glidewell's Motion *in Limine* 6 is GRANTED. The Court hereby orders that Keating and its counsel shall not, in the presence of the jury, present any advice of counsel defense by Keating, including any evidence and argument (a) as to the substance of any advice of counsel that Keating obtained prior to adopting "KDZ Bruxer" regarding the likelihood of confusion between "KDZ Bruxer" and "BruxZir," (b) that Keating sought any such advice of counsel, and (c) that Keating relied on any such advice in adopting the "KDZ Bruxer" mark.

Dated: _____    _____
                                 Hon. David O. Carter
                                 United States District Judge

ORDER GRANTING GLIDEWELL'S MIL NO. 6
CASE NO. SACV11-01309 DOC (ANx)

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the document described as **[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #6 TO EXCLUDE ANY ADVICE OF COUNSEL DEFENSE BY KEATING DENTAL ARTS, INC.** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949)833-8550<br>Fax: (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: January 17, 2013

SNELL & WILMER L.L.P.

By: *s/Greer N. Shaw*
_____
Philip J. Graves
Greer N. Shaw
Deborah S. Mallgrave
Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

16426684.1