SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #7 TO PRECLUDE KEATING DENTAL ARTS, INC. FROM PRESENTING ANY ARGUMENT OR TESTIMONY LIKELY TO EXCITE SYMPATHY FOR KEATING BASED ON THE PARTIES' RELATIVE SIZE AND FINANCIAL RESOURCES**<br><br>Hearing<br><br>Date: January 28, 2013<br>Time: 8:30 a.m.<br>Ctrm: 9D, Hon. David O. Carter<br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

# **ORDER**

Plaintiff James R. Glidewell Dental Ceramics, Inc.'s ("Glidewell") Motion *in Limine* No. 7 to preclude Defendant Keating Dental Arts, Inc. ("Keating") from presenting any argument or testimony likely to excite sympathy for Keating based on the parties' relative size and financial resources came before the Court for hearing during the Pretrial Conference on January 28, 2013. All parties were represented by counsel.

Having considered the evidence and arguments set forth by the parties in the papers submitted and at the hearing, and for good cause shown,

**IT IS HEREBY ORDERED** that: Glidewell's Motion *in Limine* No. 7 is GRANTED. The Court hereby orders that Keating and its counsel shall not, in the presence of the jury, make any argument, statement, or suggestion, or offer any testimony, that suggests that Keating is being bullied by Glidewell or is relatively disadvantaged in this litigation due to Glidewell's greater size and financial resources, or that Glidewell is deserving of the jury's disfavor due to its larger size or resources, or that otherwise appears calculated or likely to excite sympathy for Keating based on the parties' relative size and financial resources.

Dated: _____     _____
                                    Hon. David O. Carter
                                    United States District Judge

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the document described as **[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #7 TO PRECLUDE KEATING DENTAL ARTS, INC. FROM PRESENTING ANY ARGUMENT OR TESTIMONY LIKELY TO EXCITE SYMPATHY FOR KEATING BASED ON THE PARTIES' RELATIVE SIZE AND FINANCIAL RESOURCES** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949)833-8550<br>Fax:  (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: January 17, 2013

SNELL & WILMER L.L.P.

By: *s/Greer N. Shaw*
    Philip J. Graves
    Greer N. Shaw
    Deborah S. Mallgrave

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    dba GLIDEWELL LABORATORIES

[PROPOSED] ORDER RE GLIDEWELL'S MIL NO. 7
CASE NO. SACV11-01309 DOC (ANx)

16426682.1