SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF PHILIP J. GRAVES IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #9 TO EXCLUDE TESTIMONY AND EVIDENCE RELATED TO SETTLEMENT COMMUNICATIONS AND OFFERS TO COMPROMISE** |
| AND RELATED COUNTERCLAIMS. | Hearing<br><br>Date:  January 28, 2013<br>Time:  8:30 a.m.<br>Ctrm:  9D, Hon. David O. Carter<br><br>Pre-Trial Conf.:  January 28, 2013<br>Jury Trial:  February 26, 2013 |

16463583

DECL. P. GRAVES ISO GLIDEWELL'S MIL NO. 9
CASE NO. SACV11-01309 DOC (ANx)

I, Philip J. Graves, declare as follows:

1. I am an attorney licensed to practice law before all courts of the State of California and the United States District Court for the Central District of California. I am a partner in the law firm of Snell & Wilmer L.L.P. ("Snell & Wilmer"), attorneys of record in this action for Plaintiff and Counter-Defendant James R. Glidewell Dental Ceramics, Inc. ("Glidewell"). Unless otherwise indicated, I state the following of my own personal knowledge and, if called upon to do so, I could and would testify competently to the following.

2. Based on my review of materials pertinent to this action, I am informed and believe that on or about November 17, 2011, Defendant and Counterclaimant Keating Dental Arts, Inc.'s ("Keating's") counsel, Mark Holland, sent Mr. Tachner an email, with the heading "SETTLEMENT COMMUNICATION" and "ALL EVIDENTIARY PRIVILEGES APPLY," in which a proposal to settle this action was made.

3. Based on my review of materials pertinent to this action, I am informed and believe that, on or about February 7, 2012, Mr. Tachner sent a letter to Mr. Holland presenting a proposal by Glidewell to settle this action.

4. Based on my review of materials pertinent to this action, I am informed and believe that, on or about February 13, 2012, Mr. Holland presented Keating's counter-offer to settle to Glidewell.

5. Based on my review of materials pertinent to this action, I am informed and believe that, on or about February 15, 2012, Mr. Tachner sent Mr. Holland Glidewell's counter-offer.

6. Moreover, based on my review of materials pertinent to this action, I am informed and believe that on or about March 30, 2012, Glidewell lodged its Confidential Settlement Statement with the Court for purposes of the Settlement Conference only and marked it "Confidential."

7. On December 27, 2012, on behalf of Glidewell, I sent a letter to

- 1 -

Keating's current counsel, Lynda J. Zadra-Symes, in which I presented a new proposal from Glidewell of terms on which to settle this action. The letter contained the heading "Confidential Settlement Communication – Inadmissible under Federal Rule of Evidence 408."

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2013, in Los Angeles, California.

*Philip J. Graves*

- 2 -

DECL. P. GRAVES ISO GLIDEWELL'S MIL NO. 9
CASE NO. SACV11-01309 DOC (ANx)

16463583

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the document described as **DECLARATION OF PHILIP J. GRAVES IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #9 TO EXCLUDE TESTIMONY AND EVIDENCE RELATED TO SETTLEMENT COMMUNICATIONS AND OFFERS TO COMPROMISE** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949)833-8550<br>Fax: (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: January 17, 2013    SNELL & WILMER L.L.P.

By: *s/Greer N. Shaw*
    Philip J. Graves
    Greer N. Shaw
    Deborah S. Mallgrave

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories