SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #9 TO EXCLUDE TESTIMONY AND EVIDENCE RELATED TO SETTLEMENT COMMUNICATIONS AND OFFERS TO COMPROMISE**<br><br><u>Hearing</u><br>Date:  January 28, 2013<br>Time:  8:30 a.m.<br>Ctrm:  9D, Hon. David O. Carter<br><br>Pre-Trial Conf.:  January 28, 2013<br>Jury Trial:  February 26, 2013 |

16452199

# ORDER

Plaintiff and Counter-Defendant James R. Glidewell Dental Ceramics, Inc.'s Motion in Limine No. 9 to exclude Defendant and Counterclaimant Keating Dental Arts, Inc. from introducing evidence, testimony, or argument related to settlement communications or offers to compromise came before the Court for hearing on January 28, 2013 at 8:30 a.m. All parties were represented by counsel.

Having considered the evidence and arguments set forth by the parties in the papers submitted and at the hearing, and for good cause shown, **IT IS HEREBY ORDERED** that: MIL #9 is **GRANTED**. Accordingly, Keating Dental Arts, Inc. shall not, in the presence of the jury, introduce evidence, testimony, or argument regarding the parties' settlement communications and offers to compromise, including but not limited to: (a) the November 17, 2011 email from Keating's counsel to Glidewell's counsel; (b) the February 2, 2012 Settlement Conference Order; (c) the February 7, 2012 letter from Glidewell's counsel to Keating's counsel; (d) the February 13, 2012 letter from Keating's counsel to Glidewell's counsel; (e) the February 15, 2012 communication from Glidewell's counsel to Keating's counsel; (f) Glidewell's March 30, 2012 Confidential Settlement Statement; and (g) the December 27, 2012 letter from Glidewell's counsel to Keating's counsel.

Dated: _____

Hon. David O. Carter
United States District Court Judge

- 1 -

ORDER GRANTING GLIDEWELL'S MIL NO. 9
CASE NO. SACV11-01309 DOC (ANx)

16452199

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the document described as **[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S MOTION IN LIMINE #9 TO EXCLUDE TESTIMONY AND EVIDENCE RELATED TO SETTLEMENT COMMUNICATIONS AND OFFERS TO COMPROMISE** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949)833-8550<br>Fax:  (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: January 17, 2013         SNELL & WILMER L.L.P.


By: *s/Greer N. Shaw*
   Philip J. Graves
   Greer N. Shaw
   Deborah S. Mallgrave

   Attorneys for Plaintiff
   James R. Glidewell Dental Ceramics, Inc.
   d/b/a Glidewell Laboratories

SNELL & WILMER L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

- 2 -

ORDER GRANTING GLIDEWELL'S MIL NO. 9
CASE NO. SACV11-01309 DOC (ANx)

16452199