SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF SEEPAN PARSEGHIAN IN SUPPORT OF GLIDEWELL'S MOTION IN LIMINE #8 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING STATEMENTS OR RULINGS BY THE COURT ON EITHER PARTY'S PRIOR MOTIONS, INCLUDING SUMMARY JUDGMENT MOTIONS** |
| AND RELATED COUNTERCLAIMS. | Hearing<br><br>Date: January 28, 2013<br>Time: 8:30 a.m.<br>Ctrm: 9D, Hon. David O. Carter<br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

DECLARATION OF SEEPAN PARSEGHIAN
I/S/O GLIDEWELL'S MIL NO. 8
CASE NO. SACV11-01309 DOC (ANx)

16476357

I, Seepan Parseghian, declare:

1. I am an attorney licensed to practice law in the State of California and am an associate in the law firm of Snell & Wilmer L.L.P., counsel for Plaintiff James R. Glidewell Dental Ceramics, Inc. ("Plaintiff") in the above-entitled action. I have first-hand, personal knowledge of the facts stated herein and, if called to testify, could and would competently testify to those facts.

2. This declaration is submitted in support of Glidewell's Motion In Limine No. 8 To Exclude Evidence and Argument Regarding Statements or Rulings By the Court on Either Party's Prior Motions, Including Summary Judgment Motions.

3. Attached as Exhibit 1 is a true and correct copy of pages 1-5 of the hearing transcript of the parties' cross-motions for summary judgment, heard by the Court on December 21, 2012, including the Court's verbally-delivered tentative ruling as to some of those motions.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 17, 2013, at Los Angeles, California.

*[signature]*

Seepan Parseghian

# EXHIBIT 1

```
                                                                    1

                       UNITED STATES DISTRICT COURT

                      CENTRAL DISTRICT OF CALIFORNIA

                            SOUTHERN DIVISION

                                  - - -

            THE HONORABLE DAVID O. CARTER, JUDGE PRESIDING


            JAMES R. GLIDEWELL DENTAL
            CERAMICS, INC.,
                          Plaintiff,

            vs.                              SACV-11-1309-DOC

            KEATING DENTAL ARTS, INC.,
                          Defendant.
            _____



                 REPORTER'S TRANSCRIPT OF PROCEEDINGS

                           Hearing on Motions

                         Santa Ana, California

                       Friday, December 21, 2012



                           SHARON A. SEFFENS, RPR
                           United States District Courthouse
                           411 West 4th Street, Suite 1-1053
                           Santa Ana, CA
                           (714) 543-0870
```

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

2

```
1    APPEARANCES OF COUNSEL:
2    FOR THE PLAINTIFF:
3    PHILIP J. GRAVES
4    GREER SHAW
5    FOR THE DEFENDANT:
6    LYNDA J. ZADRA-SYMES
7    DAVID JANKOWSKI
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

3

```
 1   SANTA ANA, CALIFORNIA; FRIDAY, DECEMBER 21, 2012; 4:30 P.M.
 2              THE COURT:  Counsel, let me start off because I
 3   started off inartfully before.  Here are some initial
 4   feelings and concerns about Docket No. 84.  Docket 84 is
 5   Defendant's Motion for Summary Judgment as to No
 6   Infringement of Glidewell's Registered Trademark.  Is that
 7   correct?  Why don't you check your docket numbers and make
 8   certain.
 9              MR. GRAVES:  That's correct.
10              THE COURT:  Tentatively, I'm prepared concerning
11   Defendant's Motion for Summary Judgment as to no
12   infringement to grant that motion.
13              I think that the defendant has shown that the
14   plaintiff has failed to establish at least one element of
15   the trademark infringement, namely, that there is a
16   likelihood of confusion between the parties' marks.
17              The Court is well-aware that the Ninth Circuit
18   considers eight factors to determine the likelihood of
19   confusion between the parties' marks:  (1) strength of the
20   plaintiff's mark; (2) proximity of the goods; (3) similarity
21   of the marks; (4) evidence of actual confusion; (5)
22   marketing channels used; (6) type of goods and the degree of
23   care likely to be exercised by the purchaser; (7)
24   defendant's intent in selecting the mark; and (8) likelihood
25   of expansion of the product lines.
```

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

4

1  Here, tentatively, I feel the plaintiff has a
2  relatively weak mark, and I am inclined to find that it's
3  suggestive; also, that the defendant's mark is substantially
4  not similar, particularly considering the relatively
5  sophisticated customer base. And that's dentists who know
6  the products well.
7  Tentatively, plaintiff's mark, "BruxZir," is a
8  composite of bruxer (the common term for someone who grinds
9  his teeth) and zirconia (the material used to manufacture
10 it). It suggests the product: a zirconia crown made for
11 bruxers.
12 Second, defendant's mark, "KDZ Bruxer," taken as a
13 whole, is not similar. While both feature the root "brux,"
14 (also featured in many similar products related to
15 tooth-grinding and bruxism), defendant's mark prominently
16 features at the beginning of the mark a series of
17 identifying initials that have nothing to do with
18 plaintiff's mark. Also, KDZ is in much larger type than the
19 word "Bruxer" in the logo in which the mark generally
20 appears.)
21 While some of the Sleekcraft factors (the factors
22 used to determine likelihood of confusion) do weigh in favor
23 of confusion, they are far outweighed by the fundamental
24 difference between these marks.
25 For example, the fact that the products associated

SHARON SEFFENS, U.S. DISTRICT COURT REPORTER

```
 1  with the marks are the same (dental crowns), and are
 2  marketed in the same channels as competitors, does weigh in
 3  favor of likelihood of confusion.
 4           However, overall, the Sleekcraft factors
 5  tentatively show there is no genuine dispute of material
 6  fact that infringement has occurred.
 7           Those are thoughts and subject to argument here
 8  today.
 9           Concerning the Motion for Summary Judgment
10  canceling plaintiff's registration (Docket No. 83), I'm
11  inclined to deny that motion.
12           My initial thoughts were that plaintiff's mark is
13  federally registered and entitled to a strong presumption of
14  validity.
15           The mark, "BruxZir," is clearly not generic as
16  alleged by the defendant.
17           I believe that it is suggestive, as the composite
18  includes pieces of the words "Bruxer" and "Zirconia,"
19  suggesting a dental crown made of zirconia that treats
20  bruxism.  It does not describe the product, as a degree of
21  imagination is needed in order to arrive at the product.
22           I tentatively feel Keating has not presented facts
23  sufficient to establish, as a matter of law, that the mark
24  "BruxZir" is not entitled to trademark protection.
25           Concerning the third motion that you have brought
```

```
1
2
3
4
5                          CERTIFICATE
6
7         I hereby certify that pursuant to Section 753,
8    Title 28, United States Code, the foregoing is a true and
9    correct transcript of the stenographically reported
10   proceedings held in the above-entitled matter and that the
11   transcript page format is in conformance with the
12   regulations of the Judicial Conference of the United States.
13
14   Date:  January 12, 2012
15
16
17                         /S/ Sharon A. Seffens  1/12/12
                           _____
18                         SHARON A. SEFFENS, U.S. COURT REPORTER
19
20
21
22
23
24
25
```

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the document described as **DECLARATION OF SEEPAN PARSEGHIAN IN SUPPORT OF GLIDEWELL'S MOTION IN LIMINE #8 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING STATEMENTS OR RULINGS BY THE COURT ON EITHER PARTY'S PRIOR MOTIONS, INCLUDING SUMMARY JUDGMENT MOTIONS** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949)833-8550<br>Fax:  (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: January 17, 2013         SNELL & WILMER L.L.P.


By: *s/Greer N. Shaw*
    Philip J. Graves
    Greer N. Shaw
    Deborah S. Mallgrave

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

Snell & Wilmer L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16476357

DECLARATION OF SEEPAN PARSEGHIAN
I/S/O GLIDEWELL'S MIL NO. 8
CASE NO. SACV11-01309 DOC (ANx)