SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>**[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S NOTICE OF MOTION AND MOTION IN LIMINE #8 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING STATEMENTS OR RULINGS BY THE COURT ON EITHER PARTY'S PRIOR MOTIONS, INCLUDING SUMMARY JUDGMENT MOTIONS**<br><br>Hearing<br>Date: January 28, 2013<br>Time: 8:30 a.m.<br>Ctrm: 9D, Hon. David O. Carter<br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

# ORDER

Plaintiff James R. Glidewell Dental Ceramics, Inc.'s ("Glidewell") Motion *in Limine* No. 8 to preclude Defendant Keating Dental Arts, Inc. ("Keating") from proffering to the jury evidence or argument as to the Court's prior statements, orders, and rulings on Keating's Motion for Summary Judgment (Dkt. 48), Keating's Motion for Reconsideration (Dkt. 52), Keating's Motion for Leave to File Second Amended Answer (Dkt. 65), and the parties' cross-motions for summary judgment, heard by the Court on December 21, 2012, including the Court's verbally-delivered tentative ruling as to some of those motions, came before this Court for hearing during the Pretrial Conference on January 28, 2013. All parties were represented by counsel.

Having considered the evidence and arguments set forth by the parties in the papers submitted and at the hearing, and for good cause shown,

**IT IS HEREBY ORDERED** that: Glidewell's Motion *In Limine* No. 8 is **GRANTED.** Keating shall not introduce evidence or argument as to the Court's prior statements, orders, and rulings on: (a) Keating's Motion for Summary Judgment (Dkt. 48); (b) Keating's Motion for Reconsideration (Dkt. 52); (c) Keating's Motion for Leave to File Second Amended Answer (Dkt. 65); and (d) the parties' cross-motions for summary judgment, heard by the Court on December 21, 2012, including the Court's verbally-delivered tentative ruling as to some of those motions.

Dated: _____    _____
                                   Hon. David O. Carter
                                   United States District Judge

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 17, 2013, I electronically filed the document described as **[PROPOSED] ORDER GRANTING JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S NOTICE OF MOTION AND MOTION IN LIMINE #8 TO EXCLUDE EVIDENCE AND ARGUMENT REGARDING STATEMENTS OR RULINGS BY THE COURT ON EITHER PARTY'S PRIOR MOTIONS, INCLUDING SUMMARY JUDGMENT MOTIONS** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949)833-8550<br>Fax: (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: January 17, 2013          SNELL & WILMER L.L.P.


By: *s/Greer N. Shaw*
　　Philip J. Graves
　　Greer N. Shaw
　　Deborah S. Mallgrave
　　Attorneys for Plaintiff
　　James R. Glidewell Dental Ceramics, Inc.
　　dba Glidewell Laboratories

SNELL & WILMER L.L.P.
350 SOUTH GRAND AVENUE, SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071

16466382

- 2 -

ORDER GRANTING GLIDEWELL'S MIL NO. 8
CASE NO. SACV11-01309 DOC (ANx)