Philip J. Graves (#153441) Greer N. Shaw (#197960)
Deborah S. Mallgrave (198603)
Snell & Wilmer L.L.P.
350 South Grand Avenue, #2600, Two California Plaza
Los Angeles, California 90071
Tel: 213-929-2500/Fax: 213-929-2525
Attorneys for Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JAMES R. GLIDEWELL DENTAL CERAMICS, INC.

PLAINTIFF(S)

v.

KEATING DENTAL ARTS, INC.

DEFENDANT(S).

CASE NUMBER:
SACV11-01309 DOC (ANx)

**NOTICE OF MANUAL FILING**

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually filed (**LIST DOCUMENTS**):

**James R. Glidewell Dental Ceramics, Inc.'s Partial Opposition To Keating's Motion In Limine #8**

**Document Description:**

☐ Administrative Record

☐ Exhibits

☐ Ex Parte Application for authorization of investigative, expert, or other services pursuant to the Criminal Justice Act [see Local Rule 5.2-2.2(8), Local Criminal Rule 49.1-2(8)]

☒ Other **James R. Glidewell Dental Ceramics, Inc.'s Partial Opposition To Keating's Motion In Limine #8.**

**Reason:**

☒ Under Seal

☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)

☐ Electronic versions are not available to filer

☒ Per Court order dated Jan. 30, 2012 [Docket 19]

☒ Manual Filing required ( *reason* ):
Confidential documents

January 18, 2013
Date

/s/ Deborah S. Mallgrave
Attorney Name
Deborah S. Mallgrave
Party Represented
Attorneys for Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories

*Note: File one Notice of Manual Filing in each case, each time you manually file document(s).*

NOTICE OF MANUAL FILING

American LegalNet, Inc.
www.FormsWorkFlow.com

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I electronically filed the document described as **NOTICE OF MANUAL FILING** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949)833-8550<br>Fax: (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: January 18, 2013        SNELL & WILMER L.L.P.


By: s/*Deborah S. Mallgrave*
    Philip J. Graves
    Greer N. Shaw
    Deborah S. Mallgrave

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    dba GLIDEWELL LABORATORIES

16139994