SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>**DECLARATION OF PHILIP J. GRAVES IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S OPPOSITIONS TO KEATING DENTAL ARTS, INC.'S MOTIONS IN LIMINE #6 AND #9** |
| AND RELATED COUNTERCLAIMS. | Hearing<br><br>Date: January 28, 2013<br>Time: 8:30 a.m.<br>Ctrm: 9D, Hon. David O. Carter<br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

I, Philip J. Graves, declare:

1. I am an attorney licensed to practice law in the State of California and an attorney with in the law firm of Snell & Wilmer L.L.P., counsel for Plaintiff James R. Glidewell Dental Ceramics, Inc. ("Plaintiff") in the above-entitled action. I have first-hand, personal knowledge of the facts stated herein and, if called to testify, could and would competently testify to those facts.

2. This declaration is submitted in support of James R. Glidewell Dental Ceramics, Inc.'s Oppositions To Keating Dental Arts, Inc.'s Motions In Limine #6 and #9, filed concurrently herein.

3. On October 29, 2012, Plaintiff served its expert disclosure of Dr. Michael DiTolla on Defendant Keating Dental Arts, Inc. ("Keating"). A true and correct copy of Dr. Michael DiTolla's expert disclosure served on Keating on October 29, 2012 is attached hereto as Exhibit 1.

4. The parties met and conferred on the subjects of their proposed motions *in limine* on December 31, 2012 and January 2, 2013. At one or more of these meetings, Keating indicated an intention to move to exclude certain testimony of Messrs. Shuck, Carden, and Bartolo on substantially the grounds stated in Keating's Motion in Limine No. 6. However, Keating did not express any intention to move to exclude any testimony of Messrs. Ramirez or Allred, or Dr. DiTolla, on such grounds.

5. On December 31, 2012, and January 2, 2013, I met and conferred with Keating's counsel to discuss motions in limine. During the conference, Keating's counsel stated that they intended to file 9 motions in limine, none of which included a motion in limine to exclude all documents produced after the discovery cut-off.

///
///
///
///

- 1 -

DECLARATION OF PHILIP J. GRAVES IN SUPPORT OF
GLIDEWELL'S OPPOSITIONS TO KEATING'S
MOTIONS IN LIMINE #6 AND #9

16485979

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 18, 2013, in Los Angeles, California.

/s/ Philip J. Graves

# EXHIBIT 1

Phillip J. Graves (#153441)
pgraves@swlaw.com
Greer N. Shaw (#197960)
gshaw@swlaw.com
SNELL & WILMER L.L.P
600 Anton Blvd, Suite 1400
Costa Mesa, California 92626-7689
Telephone: 714.427.7000
Facsimile: 714.427.7799

Attorneys for Plaintiff
GLIDEWELL LABORATORIES

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. DBA GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant. | Case No. SACV11-01309-DOC(ANx)<br><br>Hon. David O. Carter<br><br>**Expert Disclosure of Michael DiTolla, D.D.S., F.A.G.D.**<br><br>**[F.R.C.P. 26(a)(2)(C)]**<br><br>Complaint Filed: August 30, 2011 |
| KEATING DENTAL ARTS, INC., a California corporation,<br><br>Counter-Plaintiff,<br><br>v.<br><br>JAMES R. GLIDEWELL DENTAL CERAMICS, INC., DBA GLIDEWELL LABORATORIES, a California corporation, and DOES 1 THROUGH 5, inclusive,<br><br>Counter-Defendant. | |

Pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, Plaintiff James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories ("Glidewell") discloses that at trial it plans to rely on the expert testimony of the following employee of Glidewell:

Michael DiTolla, D.D.S., F.A.G.D.
James R. Glidewell Dental Ceramics, Inc. dba Glidewell Laboratories
4141 MacArthur Boulevard
Newport Beach, California, 92660

Because Dr. DiTolla is an employee of Glidewell and his duties do not regularly involve providing expert testimony for Glidewell, Dr. DiTolla is not required to provide a written report and no such report shall be provided. Pursuant to Rule 26(a)(2)(C) of the Federal Rules of Civil Procedure, the subject matter of Dr. DiTolla's testimony and a summary of the facts and opinions to which Dr. DiTolla is expected to testify are below:

1. Dr. DiTolla is the Director of Clinical Education & Research at Glidewell. Dr. DiTolla is a clinical practitioner and one of his duties as Director of Clinical Education & Research, among other things, is to use the Glidewell products and teach the public about the Glidewell products. Dr. DiTolla graduated from the University of the Pacific School of Dentistry in 1988. Further, Dr. DiTolla was awarded his Fellowship in the Academy of General Dentistry in 1995. He is a graduate of the Las Vegas Institute of Cosmetic Dentistry and is also a clinical evaluator for CRA. From 2001-2006, Dr. DiTolla was an instructor for PAC-Live's Live Patient Hands-on Veneer Course. In 2001, he became the Director of Clinical Education & Research at Glidewell. In 2011, Dr. DiTolla was awarded the 2011 DrBicuspid Dental Excellence Award for "Most Effective Dentist Educator."

2. The subject matters on which Dr. DiTolla is expected to testify are as follows:

- Whether the terms "bruxer" and "bruxer crown" are generic terms that identify zirconia crowns;
- Whether the BRUXZIR mark is a generic term that identifies zirconia crowns;
- The commercial strength and secondary meaning of the BRUXZIR mark; and
- The likelihood of confusion among the relevant consumers, including but not limited to dentists, with respect to zirconia crowns and bridges and the zirconia material from which those products are made, resulting from defendant Keating Dental Arts, Inc.'s ("Keating") use of the term "KDZ BRUXER" to identify its zirconia products.

3. The opinions on which Dr. DiTolla is expected to testify and a summary of the facts supporting those opinions are as follows:

- The terms "bruxer" and "bruxer crown" are not generic identifiers for zirconia crowns or all-zirconia crowns. In the dental community, the term "bruxer" refers to an individual who grinds his teeth. The terms "brux" and "bruxism" generally refer to a parafunctional or abnormal wearing of the teeth through muscle activity in the patient. Further, prior to this litigation, Dr. DiTolla was not aware of the term "bruxer crown" being used at all, let alone to identify zirconia crowns or all-zirconia crowns. Rather, dentists generally refer to such crowns as "zirconia crowns," "all-zirconia crowns," "monolithic zirconia crowns," "full zirconia crowns," or "solid zirconia crowns."
- The BRUXZIR mark is commercially strong in the field of dentistry and is widely recognized among dentists as an identifier of Glidewell as the source of goods and services. In particular, the BRUXZIR mark is known to signify Glidewell as the source of zirconia crowns and bridges and the zirconia material from which the products are made. Glidewell has been in business since January 1970 and is the largest dental laboratory in the United States as measured

- 2 -

EXPERT DISCLOSURE OF MICHAEL DITOLLA, D.D.S., F.A.G.D.
SACV11-01309-DOC(ANx)

by number of employees and by gross sales. Since June 2009, Glidewell has sold $67,000,000 of BRUXZIR branded restoration products. Since November 2009, Glidewell has sold $5,000,000 of zirconia ceramic blocks, under the BRUXZIR mark, to other dental labs. Further, the BRUXZIR branded crown was the first full-contour zirconia crown widely available for sale in the United States. Since 2009, Glidewell has spent over $3 million on the advertising of BRUXZIR branded zirconia crowns and bridges and the zirconia material from which those products are made. Moreover, Glidewell has promoted the BRUXZIR mark in several channels, including but not limited to the internet, print media, dental conventions, sponsoring continuing education programs within the dental community, promoting testimonials from individuals who have used Glidewell's BRUXZIR branded zirconia crowns and bridges, and through publications of clinicians' reports concerning Glidewell's BRUXZIR branded zirconia crowns and bridges.

- Keating's use of the term "KDZ Bruxer" to identify its zirconia crown products is likely to cause confusion among dentists between Glidewell's BRUXZIR mark and "KDZ Bruxer" with respect to zirconia crowns and bridges and the zirconia material from which those products are made. This confusion is due to the facts that: (1) the BRUXZIR mark is strong; (2) the BRUXZIR branded zirconia crowns and bridges are sold in the same market as the "KDZ Bruxer" zirconia crowns; (3) the Glidewell's BRUXZIR brand zirconia crowns and bridges and the "KDZ Bruxer" zirconia crown products are both made from zirconia and are both used for the same dental purposes, and once a dentist receives either the BRUXZIR branded zirconia crowns or the "KDZ Bruxer" zirconia crown, the same method is used to place the respective crown in the patient's mouth; (4) the BRUXZIR mark and the "KDZ Bruxer" are used in the same marketing channels, including but not limited to the internet, print media, and dental conventions; (5) Keating intentionally selected the term "KDZ Bruxer" with the knowledge of Glidewell's BRUXZIR mark and was aware that the term "KDZ Bruxer" was

- 3 -

EXPERT DISCLOSURE OF MICHAEL DITOLLA, D.D.S., F.A.G.D.
SACV11-01309-DOC(ANx)

1 | similar to Glidewell's BRUXZIR mark; and (6) Glidewell has expanded its product line from making BRUXZIR branded zirconia crowns and bridges to selling zirconia ceramic blocks, under the BRUXZIR mark, to other dental labs, so that those labs can make and sell BRUXZIR branded zirconia crowns and bridges through a license from Glidewell.

Dated: October 29, 2012

SNELL & WILMER L.L.P.

By: *s/Phillip Graves*
Phillip J. Graves
Greer N. Shaw

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
dba GLIDEWELL LABORATORIES

SNELL & WILMER L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

- 4 -

EXPERT DISCLOSURE OF MICHAEL DITOLLA, D.D.S., F.A.G.D.
SACV11-01309-DOC(ANx)

16057397

Exhibit 1, Page 8

## PROOF OF SERVICE

I am over the age of eighteen years and not a party to this action. My business address is SNELL & WILMER LLP, 350 South Grand Ave, Suite 2600, Los Angeles, California 90071.

On October 29, 2012, I served the following document entitled:

**Expert Disclosure of Michael DiTolla, D.D.S., F.A.G.D.**

on all interested parties to this action in the manner prescribed as follows:

Attorneys for Plaintiffs and Counterclaimants
**KNOBBE, MARTENS, OLSON & BEAR, LLP**
Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN: 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.Jankowski@kmob.com
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

____ MAIL: I placed true and correct copies of the document(s) in sealed envelope(s) addressed to the above addressee(s). I am readily familiar with Snell & Wilmer LLP's practice for collecting and processing of correspondence for mailing with the United States Postal Service, said practice being that, in the ordinary course of business, correspondence with postage fully prepaid is deposited with the United States Postal Service the same day as it is placed for collection.

____ FAX: I caused the within document to be transmitted via facsimile transmission to the above addressee(s) at the above facsimile numbers before 5:00 p.m. on the above date.

_X_ EMAIL: I transmitted true copies of the within document (without exhibits) electronically by means of email to the above addressee(s) at the above email address(es).

____ HAND: I caused the within document to be hand-delivered to Lynda J. Zadra-Symes at the offices of Knobbe, Martens, Olson & Bear, LLP.

____ FEDEX: I caused the within document to be delivered by Federal Express addressee(s) at the above address(es).

I declare that I am employed by a member of the bar at whose direction such service was made.

Executed on October 29, 2012, at Los Angeles, California.

/s/ Christopher B. Pinzon
Christopher B. Pinzon

EXPERT DISCLOSURE OF MICHAEL DITOLLA, D.D.S., F.A.G.D.
SACV11-01309-DOC(ANx)

16057397

Exhibit 1, Page 9

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2013, I electronically filed the document described as **DECLARATION OF PHILIP J. GRAVES IN SUPPORT OF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S OPPOSITIONS TO KEATING DENTAL ARTS, INC.'S MOTIONS IN LIMINE #6 AND #9** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949)833-8550<br>Fax:  (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: January 18, 2013        SNELL & WILMER L.L.P.


By: *s/Greer N. Shaw*
    Philip J. Graves
    Greer N. Shaw
    Deborah S. Mallgrave

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    dba GLIDEWELL LABORATORIES

16139994