

Darrell L. Olson (SBN 77,633)
Darrell.Olson@knobbe.com
Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.iankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR, LLP
2040 Main Street, Fourteenth Floor
Irvine, CA 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

David A. Robinson (SBN 107,613)
drobinson@enterprisecounsel.com
James S. Azadian (SBN 225,864)
jazadian@enterprisecounsel.com
ENTERPRISE COUNSEL GROUP ALC
Three Park Plaza, Suite 1400
Irvine, California 92614
Phone: (949) 833-8550
Facsimile: (949) 833-8540

Attorneys for Defendant/Counter-Claimant
KEATING DENTAL ARTS, INC.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**DEFENDANT KEATING DENTAL ARTS, INC.'S APPLICATION TO FILE UNDER SEAL KEATING'S MOTION IN LIMINE NO. 8 AND ITS EXHIBITS IN SUPPORT OF SAME**<br><br>Final Pretrial Conference:<br>January 28, 2013<br>8:30 am<br>Ctrm: 9D<br><br>Jury Trial:<br>February 26, 2013<br><br>Honorable David O. Carter |

PLEASE TAKE NOTICE that, pursuant to L.R. 79-5.1, Defendant Keating Dental Arts, Inc. ("Keating") hereby seeks an Order of this Court permitting Keating to file under seal:

- Defendant and Counter-Plaintiff Keating Dental Arts Inc.'s Notice of Motion and Motion In Limine To Exclude Evidence OF Past Terminations, Of Past Restitution Payments, And Past Allegations of Harassment; and

- Declaration of David G. Jankowski [in support of same], including its attached Exhibits 1 and 2.

These documents contain information designated by Keating as "Attorneys' Eyes Only" pursuant to the Stipulated Confidentiality Order entered in this case on January 30, 2012. This confidential information includes testimony and non-public documents on sensitive matters that may be harmful to Keating if made public.

Keating respectfully requests that the Court permit the above document to be filed under seal.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: January 7, 2013     By: _____
Darrell L. Olson
Lynda J. Zadra-Symes
Jeffrey L. Van Hoosear
David G. Jankowski

ENTERPRISE COUNSEL GROUP ALC
David A. Robinson
James S. Azadian

Attorneys for Plaintiff,
KEATING DENTAL ARTS, INC.

## **PROOF OF SERVICE**

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On January 17, 2013, I caused the within **DEFENDANT KEATING DENTAL ARTS, INC.'S APPLICATION TO FILE UNDER SEAL KEATING'S MOTION IN LIMINE NO. 8 AND ITS EXHIBITS IN SUPPORT OF SAME** to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

*Via Electronic Mail and Federal Express:*

Philip J. Graves
pgraves@swlaw.com
Snell & Wilmer LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 17, 2013 at Irvine, California.

_____
Peter Toller

14684118