ORIGINAL

1  Darrell L. Olson (SBN 77,633)
   Darrell.Olson@knobbe.com
2  Lynda J. Zadra-Symes (SBN 156,511)
   Lynda.Zadra-Symes@kmob.com
3  Jeffrey L. Van Hoosear (SBN 147,751)
   Jeffrey.VanHoosear@kmob.com
4  David G. Jankowski (SBN 205,634)
   David.iankowski@kmob.com
5  KNOBBE, MARTENS, OLSON & BEAR, LLP
   2040 Main Street
6  Fourteenth Floor
   Irvine, CA 92614
7  Phone: (949) 760-0404
   Facsimile: (949) 760-9502
8
   David A. Robinson (SBN 107,613)
9  drobinson@enterprisecounsel.com
   James S. Azadian (SBN 225,864)
10 jazadian@enterprisecounsel.com
   ENTERPRISE COUNSEL GROUP ALC
11 Three Park Plaza, Suite 1400
   Irvine, California 92614
12 Phone: (949) 833-8550
   Facsimile: (949) 833-8540
13 Attorneys for Defendant/Counter-Claimant,
14 KEATING DENTAL ARTS, INC.

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

JAN 18 2013

CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>[~~PROPOSED~~] ORDER ON DEFENDANT KEATING DENTAL ARTS, INC.'S APPLICATION TO FILE UNDER SEAL KEATING'S MOTION IN LIMINE NUMBER 8 AND THE EXHIBITS IN SUPPORT THEREOF<br><br>Final Pretrial Conference:<br>January 28, 2013<br>8:30 am<br>Ctrm: 9D<br><br>Jury Trial: February 26, 2013<br><br>Honorable David O. Carter |

The Court, having considered Defendant Keating Dental Arts, Inc.'s Application to File Under Seal Keating's Motion in Limine Number 8 and the Exhibits In Support Thereof, and good cause appearing therefore, GRANTS the application.

According, the following shall be filed under seal:

(1) Keating Dental Arts, Inc.'s Motion in Limine Number 8; and

(2) the Declaration of David G. Jankowski in support of Keating's Motion In Limine No. 8, including Exhibits 1 and 2 to that declaration.

**IT IS SO ORDERED.**

Dated: January 18, 2013

_____
JUDGE DAVID O. CARTER

-1-

# PROOF OF SERVICE

I am a citizen of the United States of America and I am employed in Irvine, California. I am over the age of 18 and not a party to the within action. My business address is 2040 Main Street, Fourteenth Floor, Irvine, California. I am readily familiar with the firm's business practices for the collection and processing of correspondence for mailing, and that mail so processed will be deposited the same day during the ordinary course of business.

On January 17, 2013, I caused the within **[PROPOSED] ORDER ON DEFENDANT KEATING DENTAL ARTS, INC.'S APPLICATION TO FILE UNDER SEAL KEATING'S MOTION IN LIMINE NUMBER 8 AND THE EXHIBITS IN SUPPORT THEREOF** to be served on the parties or their counsel shown below, by placing it in a sealed envelope addressed as follows:

*Via Electronic Mail and Federal Express:*

Philip J. Graves
pgraves@swlaw.com
Snell & Wilmer LLP
350 S. Grand Ave., Suite 2600
Los Angeles, CA 90071

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 17, 2013 at Irvine, California.

_____
Peter Toller

14684190