UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No. SA CV 11-1309-DOC(ANx)                                          Date: January 23, 2013

Title: GLIDEWELL DENTAL CERAMICS, INC. V. KEATING DENTAL ARTS

---

PRESENT:

**THE HONORABLE DAVID O. CARTER, JUDGE**

| Julie Barrera | Not Present |
|:---:|:---:|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

NONE PRESENT                                                         NONE PRESENT

---

PROCEEDING (IN CHAMBERS): RESCHEDULING PRETRIAL TO FEBRUARY 26, 2013

      The Final Pretrial Conference in this matter was scheduled to be held on January 28, 2013, at 8:30 a.m.  The Court hereby RESCHEDULES the Final Pretrial Conference and Plaintiff's Motions in Limine and moves it to the morning of the first day of trial, February 26, 2013, at 8:30am.

      The Clerk shall serve this minute order on all parties to the action.