SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, CA 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC.,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx)<br><br>[PROPOSED] ORDER ON PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S APPLICATION TO FILE UNDER SEAL ITS PARTIAL OPPOSITION TO KEATING'S MOTION IN LIMINE #8<br><br>Hearing<br><br>Date: January 28, 2013<br>Time: 8:30 a.m.<br>Ctrm: 9D, Hon. David O. Carter<br><br>Pre-Trial Conf.: January 28, 2013<br>Jury Trial: February 26, 2013 |

The Court, having considered Plaintiff James R. Glidewell Dental Ceramics, Inc.'s Application to File Under Seal its Partial Opposition to Keating's Motion in Limine #8, and good cause appearing therefore, GRANTS the application.

According, the following shall be filed under seal;

 (1) James R. Glidewell Dental Ceramics, Inc.'s Partial Opposition to Keating's Motion in Limine #8.

**IT IS SO ORDERED.**

Dated: January 24, 2013

_/s/ David O. Carter_
Hon. David O. Carter

16482276.1

SNELL & WILMER
L.L.P.
600 ANTON BLVD, SUITE 1400
COSTA MESA, CALIFORNIA 92626-7689

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
USDC, Central District of California, Case No. SACV11-01309-DOC (ANx)

## PROOF OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 600 Anton Boulevard, Suite 1400, Costa Mesa, CA 92626-7689.

On January 18, 2013, I served, in the manner indicated below, the foregoing document(s) described as **[PROPOSED] ORDER ON PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S APPLICATION TO FILE UNDER SEAL ITS PARTIAL OPPOSITION TO KEATING'S MOTION IN LIMINE #8** on the interested parties in this action by placing true copies thereof, enclosed in sealed envelopes, at Costa Mesa, addressed as follows:

*Please see attached Service List*

☐ BY REGULAR MAIL: I caused such envelopes to be deposited in the United States mail at Costa Mesa, California, with postage thereon fully prepaid. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the United States Postal Service each day and that practice was followed in the ordinary course of business for the service herein attested to (C.C.P. § 1013(a)).

☐ BY FACSIMILE: (C.C.P. § 1013(e)(f)).

☒ BY OVERNIGHT DELIVERY: I caused such envelopes to be delivered by air courier, with next day service, to the offices of the addressees. (C.C.P. § 1013(c)(d)).

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by hand to the offices of the addressees. (C.C.P. § 1011(a)(b)).

☒ BY ELECTRONIC MAIL: I caused such document(s) to be delivered electronically to the following email address(es): David.Jankowski@kmob.com, Jeffrey.Vanhoosear@kmob.com, Lynda.Zadra-symes@kmob.com; Darrell.Olson@knobbe.com; drobinson@enterprisecounsel.com; jazadian@enterprisecounsel.com

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on January 18, 2013, at Costa Mesa, California.

Diane Williams

PROOF OF SERVICE

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
USDC, Central District of California, Case No. SACV11-01309-DOC (ANx)

## SERVICE LIST

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949)833-8550<br>Fax: (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

PROOF OF SERVICE