## I. VALIDITY AND OWNERSHIP OF THE "BRUXZIR" MARK

Q.1. Has Keating Dental Arts, Inc. ("Keating") proven that it is more likely than not that "BruxZir" is a generic term to relevant consumers (dentists) when used in connection with all-zirconia crowns and bridges?

Yes \_\_\_\_

No \_\_\_\_

Q.2. Has Keating proven that it is more likely than not that "BruxZir" is a descriptive term to relevant consumers (dentists) that lacks secondary meaning when used in connection with all-zirconia crowns and bridges?

Yes \_\_\_\_

No \_\_\_\_

Q.3. Has Keating proven by clear and convincing evidence that James R. Glidewell Dental Ceramics, Inc. ("Glidewell") abandoned its "BruxZir" mark when used in connection with all-zirconia crowns and bridges?

Yes \_\_\_\_

No \_\_\_\_

Q.4. If you answered "no" to each of Questions Numbers 1, 2 and 3, has Glidewell proven that it is more likely than not that "BruxZir" is a valid, protectable trademark when used in connection with all-zirconia crowns and bridges?

Yes \_\_\_\_

No \_\_\_\_

1  Q.5. If you answer "yes" to Question Number 4, has Glidewell proven that
2  it is more likely than not that Glidewell owns "BruxZir" as a trademark when used
3  in connection with all-zirconia crowns and bridges?
4
5  Yes ____
6  No ____
7
8  **II. GLIDEWELL'S TRADEMARK INFRINGEMENT CLAIM**
9
10  Q.6. If you answered "yes" to each of Question Numbers 4 and 5, has
11  Glidewell proven that it is more likely than not that Keating's use in commerce of
12  its "KDZ Bruxer" mark is likely to cause confusion among an appreciable number
13  of relevant consumers (dentists) as to the source, sponsorship, affiliation, or
14  approval of Keating's goods?
15
16  Yes ____
17  No ____
18
19  Q.7. If you answered "yes" to each of Question Numbers 4, 5, and 6, has
20  Glidewell proven that it is more likely than not that Glidewell has been damaged by
21  Keating's use in commerce of its "KDZ Bruxer" mark?
22
23  Yes ____
24  No ____
25
26  / / /
27  / / /
28  / / /

1  Q.8. If you answered "yes" to Question Number 7, what amount of money
2  damages, if any, has Glidewell proven that it is more likely than not that Glidewell
3  sustained?

5  Amount: \_\_\_\_

7  Q.9. If you answered "yes" to each of Question Numbers 4, 5, and 6, has
8  Glidewell proven that it is more likely than not that Keating used its "KDZ Bruxer"
9  mark in commerce knowing that it was an infringement of Glidewell's "BruxZir"
10 trademark?

12 Yes \_\_\_\_
13 No \_\_\_\_

25 / / /
26 / / /
27 / / /
28 / / /

**KEATING'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES**

Q.10. If you answered "yes" to each of Question Numbers 4, 5, and 6, has Keating proven that it is more likely than not that Glidewell is estopped from using its registered "BruxZir" trademark to prevent Keating from using the dental term "Bruxer" to identify Keating's all-zirconia crowns and bridges?

Yes \_\_\_\_

No  \_\_\_\_

Q.11. If you answered "yes" to each of Question Numbers 4, 5, and 6, has Keating proven that it is more likely than not that Glidewell misused its "BruxZir" mark when used in connection with all-zirconia crowns and bridges?

Yes \_\_\_\_

No  \_\_\_\_

Q.12. If you answered "yes" to each of Question Numbers 4, 5, and 6, has Keating proven that it is more likely than not that Keating has made "fair use" of its "KDZ Bruxer" mark?

Yes \_\_\_\_

No  \_\_\_\_

/ / /

/ / /

/ / /

/ / /

1
2
3    Q.13. Has Keating proven that it is more likely than not that Glidewell misused its "BruxZir" mark when used in connection with all-zirconia crowns and bridges?

4
5    Yes ____
6    No ____
7
8
9    Q.14. Has Keating proven that it is more likely than not that Glidewell engaged in unlawful, fraudulent or unfair business practices in violation of California's Unfair Competition Law?
10
11
12   Yes ____
13   No ____
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28