SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California  90071
Telephone: (213) 929-2500
Facsimile:  (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>　　　　　Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC (ANx)<br>Hon. David O. Carter, Ctrm. 9D<br><br>**JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S [PROPOSED] VERDICT FORM:  GENERAL VERDICT WITH ANSWERS TO WRITTEN QUESTIONS**<br><br>Pre-Trial Conference and Jury Trial: February 26, 2013 |

# GENERAL VERDICT

_____ We, the jury in the above-entitled action, find in favor of Dental Ceramics, Inc. ("Glidewell") and against Keating Dental Arts, Inc. ("Keating") and award Glidewell the amount of $_____.

_____ We, the jury in the above-entitled action, find in favor of Keating and against Glidewell.

# WRITTEN QUESTIONS

Q.1: Has Keating proven that it is more probable than not that Glidewell's registered BruxZir trademark is a generic term to relevant consumers for solid zirconia crowns and bridges?

Yes ____

No  ____

Q.2: Has Keating proven that it is more probable than not that Glidewell's registered BruxZir trademark is a descriptive term to relevant consumers for solid zirconia crowns and bridges, and lacks secondary meaning to relevant consumers?

Yes ____

No  ____

Q.3: Has Keating proven by clear and convincing evidence that Glidewell abandoned its registered BruxZir trademark?

Yes ____

No  ____

Q.4: Has Glidewell proven that it is more probable than not that it owns the registered BruxZir trademark?

Yes ____

No ____

Q.5: Has Glidewell proven that it is more probable than not that Keating's use in commerce of the KDZ Bruxer mark for its solid zirconia crowns and bridges was or is likely to cause confusion among relevant consumers as to the source, sponsorship, affiliation, or approval of Keating's goods?

Yes ____

No ____

Q.6: Has Keating proven that it is more probable than not that Keating's use of the KDZ Bruxer mark for its solid zirconia crowns and bridges constitutes a "fair use?"

Yes ____

No ____

Q.7: If you answered "yes" to Question 5 and "no" to Question 6, has Glidewell proven that it is more probable than not that Glidewell has been damaged by Keating's use in commerce of the KDZ Bruxer mark?

Yes ____

No ____

If your answer to Question 7 is "yes," fill in the amount of damages below.

Damages: _____

Q.8: If you answered "yes" to Question 5 and "no" to Question 6, has Glidewell proven that it is more probable than not that Keating has profited from its sales of goods under the KDZ Bruxer mark?

Yes ____

No ____

If your answer to Question 8 is "yes," fill in the amount of Keating's profits below.

Keating's Profits: _____

Q.9: Has Glidewell proven that it is more probable than not that Keating's infringement of Glidewell's registered BruxZir mark was intentional?

Yes ____

No ____

The Foreperson must sign and date the form and give it to the bailiff.

For the Jury:

By: _____
    Foreperson

Dated: _____

- 4 -

GLIDEWELL'S PROPOSED VERDICT FORM
CASE NO. SACV11-01309 DOC (ANx)

16537078.1

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, I electronically filed the document described as **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S [PROPOSED] VERDICT FORM: GENERAL VERDICT WITH ANSWERS TO WRITTEN QUESTIONS** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949)833-8550<br>Fax:  (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: February 19, 2013     SNELL & WILMER L.L.P.


By: *s/Deborah S. Mallgrave*
    Philip J. Graves
    Greer N. Shaw
    Deborah S. Mallgrave

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    dba GLIDEWELL LABORATORIES

16139994.1

SNELL & WILMER L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071