SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC (ANx)<br>Hon. David O. Carter, Ctrm. 9D<br><br>**PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S [PROPOSED]** *VOIR DIRE* **BY THE COURT**<br><br>Pre-Trial Conf.: February 26, 2013<br>Jury Trial: February 26, 2013 |

Plaintiff James R. Glidewell Dental Ceramics, Inc. ("Glidewell"), by and through its counsel of record, requests, pursuant to Rule 47(a) of the Federal Rules of Civil Procedure, that the Court include the following questions in its examination of prospective jurors. Glidewell's counsel also requests leave to orally tender supplemental questions.

Dated: February 19, 2013

SNELL & WILMER L.L.P.

By: *s/Deborah S. Mallgrave*
Philip J. Graves
Greer N. Shaw
Deborah S. Mallgrave

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc. dba
Glidewell Laboratories

# GLIDEWELL'S PROPOSED *VOIR DIRE* QUESTIONS
# TO BE PROPOUNDED BY THE COURT

## I. FAMILIARITY WITH CASE, ATTORNEYS, POTENTIAL WITNESSES, AND RELEVANT PARTIES

After swearing in the panel and confirming that they have met the qualifying characteristics for jury service, Glidewell requests that the list of parties, law firms, attorneys, and potential witnesses be read (a list is attached).

1. Do you, or someone close to you, have any experience with, or association with, any of the parties, court staff, lawyers, or law firms in this case? [*Follow up with any affirmative responses.*]

2. Do you recognize any of the names of the potential witnesses in this case? If yes, please explain how you know them.

3. The parties in this case are involved in the manufacturing and sale of dental products, including dental ceramics and dental restorative products such as crowns and bridges. How many of you were familiar with Glidewell Laboratories or Keating Dental Arts before today?

    a. Do you know anyone who has been associated with, or ever worked for, either Glidewell Laboratories or Keating Dental Arts? [*Follow up with any affirmative responses.*]

    b. Do you have any strong opinions about companies in the dental or medical products industry, including Glidewell Laboratories or Keating Dental Arts? If yes, please explain.

    c. Have you had any negative experiences any company in the dental or medical products industry? If yes, please explain.

    d. Would any of your opinions or experiences affect your ability to be an entirely fair and impartial juror in this case? If your opinion or experience might affect you, it is your duty to tell me.

Snell & Wilmer L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

Glidewell's [Proposed] *Voir Dire*
CASE NO. SACV11-01309 DOC (ANx)

16640649.1

4. Prior to arriving in the courtroom today, had you heard or read anything about this case? [*Follow up with any affirmative responses.*]

   a. [If yes:] Because of what you have read or heard, do you have any opinions, or have you formed any prejudgments, that might affect you if you are selected as a juror in this case?

5. Did you know any of the other potential jurors before you came here today? If yes, please tell us who you know and how you know them.

6. Do you think that either party starts out ahead in this lawsuit? Do you start out favoring one party over the over for any reason? You must tell me if you do.

## II. QUESTIONS SPECIFIC TO THIS CASE

### A. Case-Relevant Experiences and Attitudes

1. Have you or any close friends or family members ever had any training or experience related to any of the following: [If yes to any, please describe when and where the training or experience was obtained, and whether there is anything about this experience that might influence your consideration of the evidence if selected as a juror in this case.]

   a. Law, the legal field, or the courts?

   b. Dentistry, dental surgery or treatment, dental restorations such as crowns and bridges, dental ceramics, or the dental products industry?

   c. Dental or medical billing?

   d. Pharmacy or prescription services?

   e. Intellectual property, including trademarks, copyrights, trade dress, and/or patents?

   f. Market research, marketing, branding, or advertising?

   g. Product design, development, or packaging?

- 2 -

Glidewell's [Proposed] *Voir Dire*
CASE NO. SACV11-01309 DOC (ANx)

16640649.1

      h.     Accounting or finance?

      i.     Industry or trade publications, conferences, meetings, or shows?

      j.     Franchising?

2. Do you have any familiarity with, or personal experience with, advertising in industry publications, or with attending or presenting at trade shows?  [*Follow up with any affirmative responses.*]

3. Is there anyone who has ever had any dental work done beyond having a cavity filled or regular cleanings?

4. Do you have any personal experience with dental procedures or products that include any of the following: dental bridges, caps, crowns, implants, inlays, onlays, and prostheses?  [*Follow up with any affirmative responses.*]

5. Do you have any familiarity with the terms brux, bruxer, or bruxing?  [*Follow up with any affirmative responses.*]

Do you have any familiarity with a material called zirconia?

6. Have you or someone close to you ever been treated for teeth grinding?  [*Follow up with any affirmative responses.*]

      a.     Do you know the brand name or maker of the product used?

7. Have you ever invented something or owned or applied for a copyright or trademark?  [*Follow up with any affirmative responses.*]

8. Have you or someone close to you ever been involved in a dispute over a trademark, patent, trade dress, copyright, or other intellectual property?  [*Follow up with any affirmative responses.*]

9. Have you ever worked for a company that applied for a trademark, patent, or copyright?  If yes, explain.

      a.     Have you ever worked with patents, trademarks or copyrights?

      b.    Have you or a company you've worked for ever been involved in any lawsuit or dispute regarding a patent, trademark, or copyright?

10. Do you have any strong opinions about trademarks? [*Follow up with any affirmative responses.*]

11. Have you, someone close to you, or a company you worked for, ever been accused of using a trademark or brand that was confusingly similar to someone else's trademark or brand? [*Follow up with any affirmative responses.*]

12. Have you, someone close to you, or a company you worked for, ever been accused of unfair competition? [*Follow up with any affirmative responses.*]

13. Have you or someone close to you ever owned or run a business, been self-employed, or invested in or been part of a start-up business?

      a.    What is/was your/their role in the company and how many employees are/were there?

      b.    Did anyone ever interfere with your business? If yes, please explain. How did that affect you? Could that experience affect your ability to be a completely fair and impartial juror in this case?

14. Have you or someone close to you ever been accused of wrongdoing by a previous employer or business associate after starting a new job or a new business? [*Follow up with any affirmative responses.*]

15. How many of you have experience working in a highly competitive industry in which companies compete for the same business or customers? If yes, what products or services are/were involved?

- 4 -

16. Do you think you would favor one party over another in a lawsuit because of the size of the companies involved? [*Follow up with any affirmative responses.*]

Do you think that doctors are less likely to be confused over similar brands or product names?

17. Is there anything that you have not yet discussed that you want to mention to the Court because it might impact your ability to be a completely fair and impartial juror?

### III. GENERAL BACKGROUND QUESTIONS

To the extent these questions are not covered by the Court's customary *voir dire*, Glidewell submits the following questions concerning general topics for civil cases.

#### A. Background Questions

1. Without telling me your address, in what neighborhood or community do you currently live? How long have you lived there?
2. What is the highest level of education you have obtained, including any degrees, certifications, or licenses?
3. What is your current occupation, and who is your employer? If your current or most recent job does not reflect what you have done for work for most of your adult life, please tell us what position you held the longest.
   a. If you are retired, what was your occupation in the past and who was your employer?
4. If you are married or partnered, what is your spouse's/partner's current occupation or employment and where does he or she work?
5. If you have children, what are their ages and occupations?
6. If English is not your first language, and if you feel that could create a difficulty for you as a juror, would you raise your hand?

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

16640649.1

Glidewell's [Proposed] *Voir Dire*
CASE NO. SACV11-01309 DOC (ANx)

      a.    What is your first language? Do you speak (prospective juror's first language) in the home, at work, or where you shop? How long have you lived in the United States? Have you taken any classes in English?

**B.** **Law, Litigation, and the Courts**

1. Have you served on a jury before, including on a Grand Jury? If yes:
   a. How many times?
   b. Was it in state or federal court, and was it a civil or criminal case?
   c. What types(s) of case(s) were they?
   d. Did the jury reach a verdict (in all of the cases)?
   e. Were you ever the foreperson?
   f. Is there anything about your prior jury service that would affect your ability to serve as a trial juror in this case?

2. Have you, or anyone close to you, ever been a plaintiff, defendant, witness, or other interested party in a lawsuit? If yes:
   a. Were you or they the plaintiff, the defendant, a witness, or something else?
   b. What kind of case was it, when did it occur, and was there a trial?
   c. What was the outcome of the case, and were you satisfied with the outcome?
   d. Is there anything about your experience(s) that affected your opinion of the legal system or your ability to be an entirely fair and impartial juror to both sides in this case?

3. Do you know any lawyers, judges, private investigators, or people who work in the courts? If yes, what are their names and relationship to you?

- 6 -

Glidewell's [Proposed] *Voir Dire*
CASE NO. SACV11-01309 DOC (ANx)

16640649.1

4. Do you have an opinion about the damages awarded in lawsuits that would affect your ability to be an entirely fair and impartial juror in this case? If yes, explain.

5. Does anyone belong to any tort reform groups? [If yes, please explain.]

6. If the law and evidence supports it, will you be able to render a verdict in favor of the plaintiff and award the plaintiff damages?

**C.** **Deciding the Case Based on the Evidence and the Law**

1. Will you follow the law and instructions that the Court gives to you, regardless of whether you agree with them?

**D.** **Final Questions**

1. Do you have any ethical, cultural, religious, political, or other beliefs that may prevent you from serving as a juror in this case that you haven't already told us about?

2. Do you have any problems such as vision, hearing, medical, language, or other problems that may affect your jury service?

3. Please raise your hand if you write on any blogs, or use any social media sites such as Facebook or Twitter? How often do you blog or visit social media sites?

   a. Will it be difficult for you to avoid doing any of your own research about this case or cases like it, on the Internet or anywhere else? Do you have any doubts at all? [Give strong admonition against doing independent research about the case, parties, or lawyers.]

4. Do you believe that you could serve as a completely fair and impartial juror in this case without any reservation?

5. Is there anything else that you wish to tell the Court that might affect your ability to serve as a juror in this case?

Glidewell's [Proposed] *Voir Dire*
CASE NO. SACV11-01309 DOC (ANx)

16640649.1

6. Has anything occurred during this question and answer period that makes you doubt that you would be completely fair and impartial in this case? If there is, it is your duty to tell the Court at this time.

- 8 -

Glidewell's [Proposed] *Voir Dire*
CASE NO. SACV11-01309 DOC (ANx)
16640649.1

**Attachment to Glidewell's Proposed *Voir Dire* by the Court**

List of Parties, Law Firms, Attorneys, and Potential Witnesses

1. **Parties and Affiliates**

   James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories
   BioTemps Dental Laboratory
   DigiTech Dental Restorations
   Las Vegas Digital Dental Solutions
   New West Dental Ceramics
   Pacific Edge Dental Laboratories
   Prismatik Dentalcraft, Inc.
   Riverside Dental Ceramics
   Smith-Sterling Dental Laboratories
   Keating Dental Arts, Inc.

2. **Law Firms and Attorneys**

   *Attorneys for Plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories*
   SNELL & WILMER L.L.P.
   Philip J. Graves
   Greer Shaw
   Deborah S. Mallgrave

   *Attorneys for Defendant Keating Dental Arts, Inc.*
   KNOBBE MARTENS OLSON AND BEAR L.L.P.
   David G. Jankowski
   Jeffrey L. Van Hoosear
   Lynda J. Zadra-Symes
   Darrell L. Olson

   ENTERPRISE COUNSEL GROUP
   David A. Robinson
   James Azadian

3. **Potential witnesses**

   Keith Allred
   Dr. Benjamin An
   Robin Bartolo
   Dr. Thomas E. Bell
   Dr. Ilya Benjamin
   Scott Bigler
   Dr. Chester A. Bizga
   Lori Boatright

| | |
|---|---|
| 1 | Catherine Bonser |
| 2 | Robert Brandon |
| | Dr. Vincent S. Cianciulli |
| 3 | Robin Carden |
| 4 | Michael Cash |
| | Kareen Chamberlain |
| 5 | Dr. Howard S. Cohen |
| 6 | Dr. Joshua Colkmire |
| | Dr. Michael DiTolla |
| 7 | Dr. Gregory Doneff |
| 8 | Diane Mallos Donich |
| | Dr. David Eggleston |
| 9 | Dr. Meredith S. Esposito |
| 10 | Nicole Fallon |
| | Dr. Michael J. Fanning |
| 11 | Dr. Valentine Ferraris |
| 12 | Prof. David J. Franklyn |
| | Carol Frattura |
| 13 | Wolfgang Friebauer |
| 14 | Dr. Dennis A. Gaishauser |
| | Dr. Ronald E. Goldstein |
| 15 | Dr. Oscar Goren |
| 16 | Thomas Gourde |
| | Dr. John Griffith |
| 17 | Shaun Keating |
| 18 | Kevin Keithley |
| | Dr. Jade Le |
| 19 | Dr. Spencer D. Luke |
| 20 | Dr. Robert McNicholas |
| | Dr. Terence J. Michiels |
| 21 | Troy Mosley |
| 22 | Dr. Stuart R. Newman |
| | Rudy Ramirez |
| 23 | Dr. Dean Saiki |
| 24 | Glenn Sasaki |
| | James Shuck |
| 25 | Dr. Paul Taylor |
| 26 | Dr. Kent J. Toca |
| | Jacob Trachsel |
| 27 | Dr. Glen Yamamoto |
| 28 | |

Snell & Wilmer
L.L.P.
LAW OFFICES
600 Anton Boulevard, Suite 1400
Costa Mesa, California 92626-7689
(714) 427-7000

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on February 19, 2013, I electronically filed the document described as **PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S [PROPOSED] VOIR DIRE BY THE COURT** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949)833-8550<br>Fax: (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: February 19, 2013    SNELL & WILMER L.L.P.

By: *s/Deborah S. Mallgrave*
   Philip J. Graves
   Greer N. Shaw
   Deborah S. Mallgrave

   Attorneys for Plaintiff
   James R. Glidewell Dental Ceramics, Inc.
   dba GLIDEWELL LABORATORIES

16139994.1

SNELL & WILMER L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071