1   Lynda J. Zadra-Symes (SBN 156,511)
    Lynda.Zadra-Symes@kmob.com
2   Jeffrey L. Van Hoosear (SBN 147,751)
    Jeffrey.VanHoosear@kmob.com
3   David G. Jankowski (SBN 205,634)
    David.Jankowski@kmob.com
4   KNOBBE, MARTENS, OLSON & BEAR
    2040 Main Street, Fourteenth Floor
5   Irvine, California 92614
    Phone: (949) 760-0404
6   Facsimile: (949) 760-9502

7   David A. Robinson (SBN 107,613)
    drobinson@enterprisecounsel.com
8   James S. Azadian (SBN 225,864)
    jazadian@enterprisecounsel.com
9   ENTERPRISE COUNSEL GROUP ALC
    Three Park Plaza, Suite 1400
10  Irvine, California 92614
    Phone: (949) 833-8550
11  Facsimile: (949) 833-8540

12  Attorneys for Defendant/Counter-Plaintiff,
    KEATING DENTAL ARTS, INC.

13

14              IN THE UNITED STATES DISTRICT COURT

15            FOR THE CENTRAL DISTRICT OF CALIFORNIA

16                      SOUTHERN DIVISION

17

| | |
|---|---|
| 18  JAMES R. GLIDEWELL DENTAL<br>CERAMICS, INC. dba GLIDEWELL<br>19  LABORATORIES,<br><br>20          Plaintiff,<br><br>21      v.<br><br>22  KEATING DENTAL ARTS, INC.<br><br>23          Defendant.<br><br>24  AND RELATED COUNTERCLAIMS.<br>25<br>26<br>27 | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No.<br>SACV11-01309-DOC(ANx)<br><br>Honorable David O. Carter<br><br>**DEFENDANT AND<br>COUNTER-PLAINTIFF<br>KEATING DENTAL ARTS,<br>INC.'S PROPOSED VOIR<br>DIRE QUESTIONS**<br><br>Trial Date:  February 26, 2013<br>Time:  8:30 a.m.<br>Location:  Southern Division,<br>          Courtroom 9D |

28

Defendant and Counter-Plaintiff Keating Dental Arts, Inc. ("Keating") proposes that the Court ask the members of the jury pool the following questions during *voir dire*. Keating believes these questions will facilitate jury selection in this case.

### PROPOSED VOIR DIRE QUESTIONS

1.   Are you a citizen of the United States?

2.   In what town or city do you live (please refrain from providing your address)? Have you lived there for more than a year?

3.   What is the highest level of education you completed?

     a.   Did you graduate from high school?

     b.   Did you obtain a degree from a college or university? If so, what did you study and what degree did you receive?

4.   Is English your first language? How or where did you learn English?

5.   Do you have any difficulty with your eyesight or hearing?

6.   Do you subscribe to a newspaper, magazine, or publication, whether it be on-line or in hard print? If not, is there a publication you read fairly regularly?

     a.   Which newspapers/magazines/publications do you subscribe to and/or fairly regularly read?

     b.   What do you enjoy about that/those publication/s?

7.   Do you use, or have you ever used the Internet?

     a.   How often do you use the Internet?

     b.   Have you posted anything onto an Internet site? Which sites?

     c.   Have you ever requested or been requested to remove anything that you've posted onto an Internet site?

8.   Do you use any social media sites such as Facebook or Twitter? If so, how frequently do you access social media sites?

/ / /

-1-

9.    Between TV, newspaper, radio, magazine, Internet, and word of mouth, how do you prefer to get your news?  Why?

10.    Do you know, or have you ever heard of, any of the following companies?

    a.    James R. Glidewell Dental Ceramics

    b.    Glidewell Laboratories

    c.    Keating Dental Arts, Inc.

11.    If so, what do you know about each company, or what have you heard?

12.    Is there anything about your knowledge about that company or what you have heard that would cause you to be biased either for or against that company in this case?

13.    Have you heard of any of the following terms or product names?

    a.    Bruxer zirconia dental crowns and bridges

    b.    brux or bruxing

    c.    teeth grinding

    d.    KDZ Bruxer

    e.    "BruxZir," spelled B-r-u-x-Capital Z-i-r

14.    If yes, where have you heard of it?  If yes, have you used the product?

15.    Do you have a job or are you retired?

    a.    If you have a job, where do you work?

    b.    What do you do there?

    c.    Do you supervise others in your job?  If so, approximately how many people do you supervise?

    d.    Do you like your job?  If not, why?

    e.    If your current job does not reflect what you have done for most of your adult life, what job have you held the longest?

/ / /

f.     If you are retired, where did you work and what did you do there before you retired?  Did you like your job?  If not, why?  Did you supervise others in your job?  If so, approximately how many people did you supervise?

g.     Where do you live?  How long have you lived in Southern California?  If you are not originally from Southern California, where did you grow up?

16.    Are you married or living with a significant other?  If so, where does your spouse, significant other, or partner work?

17.    If you have children, what are their ages and occupations?

18.    Does anyone in your family or close circle of friends work in the dental field or dental industry?  If so, please tell us about their work.

19.    Do you have any opinions about companies in the dental or medical products industry? If so, would you please share your opinions?

20.    Have you had any negative experiences with any company in the dental or medical products industry? If so, would you please explain?

21.    Have you ever undergone any dental procedure other than having a cavity filled, a tooth pulled, or a cleaning?

22.    Have you undergone any dental procedure that involved a dental crown, bridge, cap, inlay, or onlay?

23.    Do you know anything about a material called zirconia?  If so, what do you know?

24.    Have you, a family member, or someone in your close circle of friends ever been treated for teeth grinding?  If so, would you please elaborate?

25.    Does anyone in your family or close circle of friends work for any of the following companies? –

a.     James R. Glidewell Dental Ceramics

b.      Glidewell Laboratories

c.      Keating Dental Arts, Inc.

d.      The law firm of Snell & Wilmer

e.      The law firm of Knobbe, Martens, Olson & Bear

f.      The law firm, Enterprise Counsel Group

26.   Have you heard or read anything about this case before stepping into the courtroom today?  If so, what have you heard or read?

27.   Have you ever owned a business?  If so, what type of business(es) have you owned?  Do you still own that business?  If not, why not?

28.   Have you ever been involved in selecting a name for a product?

29.   Have you ever been involved in registering a trademark?

30.   Have you ever been involved in any area of intellectual property, such as trademarks, patents, or copyrights?  If so, please explain your experience.

31.   Have you ever been involved in marketing or advertising?  If so, would you please explain that experience?

32.   Do you have any experience or training in the law?  If so, would you please explain your legal training or experience?

33.   Have you, a family member, or close friend ever been involved in a lawsuit?

a.      If so, what was the lawsuit?

b.      Were you/they satisfied with the outcome?

c.      Do you feel that the outcome was fair?

d.      Why or why not?

34.   Have you, a family member, or close friend ever had to testify in Court or at a deposition?

a.      What were the circumstances?

b.      How did you/they feel about testifying?

35. Do you, a family member, or close friend have any experience in the legal field or court system?  If so, please tell us about your/their experience.

36. Have you ever sat as a juror?

    a. If so, how many times and when?  Please give details of each occasion, such as whether it was a civil or criminal trial, etc.

    b. What did you think about your experience(s) as a juror?

        (1) What did you like best?

        (2) What did you like least?

    c. Is there anything about that experience that you think might influence the way you think about this case?

    d. Were you satisfied with the process and/or outcome of that case/those cases?

    e. Do you think there was anything that could have been done to improve your experience?  (for example, by the court, lawyers, or others?)

    f. Did you serve as the foreperson?

37. Did you know or recognize any of the other potential jurors before coming to court today?  If so, who do you know and how do you know them?

38. Would your service on this case for approximately 8 days create any hardship for you or your family?

39. Do you believe that a lawsuit filed against someone or some company means that the person or company did something improper or unlawful?  If so, why?  Is your belief based on a personal experience or the experience of a family member or friend?  If so, what was that experience?

///

40.     We all watch the news, read the paper, and hear about lawsuits.  Do you usually favor one side over the other side in any lawsuit? For example, do you think that the party bringing the lawsuit should get the benefit of the doubt or maybe a little more compassion?

41.     Are you currently involved in another lawsuit or court case?

42.     Have you ever been charged with a crime?

a.      When?

b.      Have you ever been convicted of that crime?

c.      Did it result in imprisonment or jail time?

d.      Do you know whether all of your rights have been restored?

43.     Do you not wish to sit on this jury for any reason whatsoever?

44.     Do you have a reason that you would prefer not to sit on this jury, but want to keep that reason private?


Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP


Dated: February 20, 2013          By: /s/ David G. Jankowski
                                  Darrell L. Olson
                                  Lynda J. Zadra-Symes
                                  Jeffrey L. Van Hoosear
                                  David G. Jankowski

                                  ENTERPRISE COUNSEL GROUP ALC
                                  David A. Robinson
                                  James S. Azadian

                                  Attorneys for Defendant and Counter-Plaintiff
                                  KEATING DENTAL ARTS, INC.

14880441