Darrell L. Olson (SBN 77,633)
Darrell.Olson@kmob.com
Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.Jankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

David A. Robinson (SBN 107,613)
drobinson@enterprisecounsel.com
James S. Azadian (SBN 225,864)
jazadian@enterprisecounsel.com
ENTERPRISE COUNSEL GROUP ALC
Three Park Plaza, Suite 1400
Irvine, California 92614
Phone: (949) 833-8550
Facsimile: (949) 833-8540

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>Honorable David O. Carter<br><br>**ERRATA TO PROPOSED FINAL PRETRIAL CONFERENCE ORDER (DOCKET NO. 224-1)**<br><br>Trial Date: February 26, 2013<br>Time: 8:30 a.m.<br>Location: Southern Division, Courtroom 9D |

Defendant/Counter-Plaintiff Keating Dental Arts, Inc. ("Keating") hereby submits this Errata to correct inadvertent errors in the parties' [Proposed] Final Pretrial Conference Order (Docket No. 224-1) ("PTCO"). Specifically, Section 5 of the PTCO (at pages 2–3) presents facts that are "admitted and require no proof," some of which have not been stipulated to, or admitted, by Keating.

**Corrected Presentation of Section 5 of the PTCO**

5. The following facts are admitted and require no proof:

 a. James R. Glidewell Dental Ceramics, Inc. ("Glidewell") is a California corporation, with its principal place of business in Newport Beach, California.

 b. Keating Dental Arts, Inc. ("Keating") is a California corporation, with its principal place of business in Irvine, California.

 c. Glidewell's BruxZir mark was registered on the Principal Register for use in connection with dental bridges, dental caps, dental crowns, dental inlays, dental onlays, and dental prostheses on January 19, 2010 as Reg. No. 3,739,663.

 d. Glidewell is listed as the owner of U.S. Trademark Reg. No. 3,739,663, and has been continuously so listed as the owner from January 19, 2010 to the present.

Keating did not, and does not, stipulate to or admit the statements presented at letters "c.," "d.," "f," and "g." of Section 5 of the original PTCO (Docket No. 224-1).

///
///
///
///
///

-1-

Keating apologizes for any confusion or inconvenience caused by the inadvertent errors in the original PTCO.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 20, 2013

By: /s/ David G. Jankowski
    Darrell L. Olson
    Lynda J. Zadra-Symes
    Jeffrey L. Van Hoosear
    David G. Jankowski

ENTERPRISE COUNSEL GROUP ALC
    David A. Robinson
    James S. Azadian

Attorneys for Defendant and Counter-Plaintiff
KEATING DENTAL ARTS, INC.

14881133