Darrell L. Olson (SBN 77,633)
Darrell.Olson@kmob.com
Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.Jankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

David A. Robinson (SBN 107,613)
drobinson@enterprisecounsel.com
James S. Azadian (SBN 225,864)
jazadian@enterprisecounsel.com
ENTERPRISE COUNSEL GROUP ALC
Three Park Plaza, Suite 1400
Irvine, California 92614
Phone: (949) 833-8550
Facsimile: (949) 833-8540

Attorneys for Defendant/Counter-Plaintiff,
KEATING DENTAL ARTS, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>Plaintiff,<br><br>v.<br><br>KEATING DENTAL ARTS, INC.<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>Honorable David O. Carter<br><br>**DEFENDANT KEATING DENTAL ARTS, INC.'S APPLICATION FOR A CONTINUANCE OF THE FEBRUARY 26, 2013 TRIAL COMMENCEMENT DATE (L.R. 40-1)**<br><br>Trial Date: February 26, 2013<br>Time: 8:30 a.m.<br>Location: Southern Division, Courtroom 9D |

REQUEST FOR CONTINUANCE OF THE FEB. 26, 2013 TRIAL COMMENCEMENT DATE

## APPLICATION FOR A CONTINUANCE

Pursuant to Local Rule 40-1, Defendant and Counterclaimant Keating Dental Arts, Inc. ("Keating") respectfully submits this Application requesting that the trial commencement date be continued by four weeks, from Tuesday, February 26, 2013 to **Tuesday, March 26, 2013**. This is the first request for an extension of the trial date in this case.

Originally, the Final Pretrial Conference was scheduled to be held on January 28, 2013. (*See* Docket No. 15.) On January 23, 2013, the Court rescheduled the Final Pretrial Conference (and the hearing of the parties' motions in limine) to the morning of the first day of trial, February 26, 2013. (*See* Docket No. 238.) **Keating does not seek a continuance of the Final Pretrial Conference.** Keating only seeks to introduce a four-week stagger between the Final Pretrial Conference and the start of Trial, as existed in the Court's original Scheduling Order.

Presently pending before the Court are five motions for summary judgment and eighteen motions *in limine*, all of which carry the potential for significantly impacting the landscape of the trial and the parties' preparation for the trial. The pending motions for summary judgment may be dispositive on many issues, and may even obviate the need for a trial.

The Court's rulings on the pending motions are likely to have a significant impact on the trial presentations of both parties, including the issues to be tried and the witnesses who will be allowed to testify. The four-week continuance is requested to promote the interests of judicial economy by allowing the Court and the parties to efficiently prepare for trial with an understanding of the issues to be tried and the witnesses who may be testifying.

The parties met and conferred on the subject of this Application on Tuesday, February 19, 2013, and exchanged subsequent written communications. Plaintiff and Counter-Defendant James R. Glidewell Dental Ceramics, Inc. ("Glidewell") has indicated that it declines to join this Application.

For the reasons set forth above, Keating respectfully requests that the Court continue the commencement of trial until March 26, 2013. For the Court's convenience, a proposed order accompanies this request.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR, LLP

Dated: February 21, 2013       By: /s/ David G. Jankowski
    Darrell L. Olson
    Lynda J. Zadra-Symes
    Jeffrey L. Van Hoosear
    David G. Jankowski

ENTERPRISE COUNSEL GROUP ALC
    David A. Robinson
    James S. Azadian

Attorneys for Defendant and Counter-Plaintiff
KEATING DENTAL ARTS, INC.

14885625