1   Darrell L. Olson (SBN 77,633)
    Darrell.Olson@kmob.com
2   Lynda J. Zadra-Symes (SBN 156,511)
    Lynda.Zadra-Symes@kmob.com
3   Jeffrey L. Van Hoosear (SBN 147,751)
    Jeffrey.VanHoosear@kmob.com
4   David G. Jankowski (SBN 205,634)
    David.Jankowski@kmob.com
5   KNOBBE, MARTENS, OLSON & BEAR
    2040 Main Street, Fourteenth Floor
6   Irvine, California 92614
    Phone: (949) 760-0404
7   Facsimile: (949) 760-9502

8   David A. Robinson (SBN 107,613)
    drobinson@enterprisecounsel.com
9   James S. Azadian (SBN 225,864)
    jazadian@enterprisecounsel.com
10  ENTERPRISE COUNSEL GROUP ALC
    Three Park Plaza, Suite 1400
11  Irvine, California 92614
    Phone: (949) 833-8550
12  Facsimile: (949) 833-8540

13
    Attorneys for Defendant/Counter-Plaintiff,
14  KEATING DENTAL ARTS, INC.

15              IN THE UNITED STATES DISTRICT COURT

16           FOR THE CENTRAL DISTRICT OF CALIFORNIA

17                      SOUTHERN DIVISION

18

19  JAMES R. GLIDEWELL DENTAL          ) Civil Action No.
    CERAMICS, INC. dba GLIDEWELL       ) SACV11-01309-DOC(ANx)
20  LABORATORIES,                      )
                                       ) Honorable David O. Carter
21          Plaintiff,                 )
                                       ) **[PROPOSED] ORDER**
22          v.                         ) **CONTINUING THE**
                                       ) **FEBRUARY 26, 2013 TRIAL**
23  KEATING DENTAL ARTS, INC.          ) **COMMENCEMENT DATE**
                                       ) **(L.R. 40-1)**
24          Defendant.                 )
                                       ) Trial Date:  February 26, 2013
25  AND RELATED COUNTERCLAIMS.         ) Time:  8:30 a.m.
                                       ) Location:  Southern Division,
26                                     )            Courtroom 9D
                                       )
27                                     )

28

_____
              [PROPOSED] ORDER CONTINUING TRIAL COMMENCEMENT DATE

1

## **ORDER**

2         Pursuant to Local Rules 40-1 and 40-1.2, and upon consideration of

3    Defendant and Counterclaimant Keating Dental Arts, Inc.'s request for a

4    continuance of the trial commencement date, any opposition thereto, the pleadings,

5    and good cause appearing therefor,

6         IT IS HEREBY ORDERED that Defendant and Counterclaimant Keating

7    Dental Arts, Inc.'s request is GRANTED.  The trial is scheduled to commence on

8    Tuesday, March 26, 2013 at 8:30 a.m.  The Final Pretrial Conference remains

9    scheduled for Tuesday, February 26, 2013 at 8:30 a.m.

10

11

12   DATED:  February ___, 2013          By:_____

13                                            The Honorable David O. Carter
                                          UNITED STATES DISTRICT JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28