SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC (ANx)<br>Hon. David O. Carter, Ctrm. 9D<br><br>**DECLARATION OF RONALD GOLDSTEIN IN SUPPORT OF PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S EX PARTE APPLICATION FOR TESTIMONY IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION**<br><br>Pre-Trial Conf.: February 26, 2013<br>Jury Trial: February 26, 2013 |

I, Dr. Ronald Goldstein, declare as follows:

1. I am a practicing dentist in Atlanta, Georgia. I have been a practicing dentist for almost 55 years, having received my DDS from the Emory University School of Dentistry in 1957. I have been retained as an expert witness on behalf of plaintiff James R. Glidewell Dental Ceramics, Inc. d/b/a Glidewell Laboratories ("Glidewell") in the above captioned case. Unless otherwise stated, I have personal knowledge of the statements contained in this declaration. If called as a witness, I could and would competently testify as to the matters stated herein.

2. I was retained as an expert witness by Glidewell for this case on October 29, 2012. At the time of my retention, Glidewell's counsel informed me of the trial date in this action, scheduled for February 26, 2013. I informed Glidewell's counsel that I had a pre-arranged trip that cannot be cancelled for February 22-March 4, 2013, during which time I would be unavailable. It was my intent and understanding with Glidewell's counsel that, if the case proceeded to trial, I would testify after returning from this trip.

3. My circumstances, however, have changed in the past couple of months. I have a medical condition that has worsened to the point where I cannot fly to California right now. I am 79 years old and I have degenerative arthritis in my back and knees. I have been treated for this condition for years and had Supartz injections a year or so ago to try and manage the pain. Now, however, my back condition has worsened to the point where I frequently wear a brace and the doctor is considering another round of Supartz injections for my knees. At this point, sitting for long stretches of time, such as on a long airplane ride, is not just uncomfortable, but extremely painful. As a result, over the past couple of months I have cancelled or postponed several trips involving long airplane flights. For example, in December I cancelled a vacation to the Cayman Islands because the flight was too long, and I recently turned down a speaking engagement in

Declaration of R. Goldstein re Glidewell's Ex Parte Application
CASE NO. SACV11-01309 DOC (ANx)

16606615.4

California due primarily to the length of the flight. My upcoming trip on February 22 involves just a short (less than two hours) flight from Atlanta to Miami.

4. Attached as Exhibit A is a true and correct copy of a letter from my doctor, Dr. Steven B. Wertheim, describing my medical condition and advising that I not travel on flights over two hours for the next couple of months, as we continue to evaluate and treat my arthritis.

5. While I am not available to travel to California to provide testimony, I could provide testimony by video transmission. I am available to testify by video transmission on the afternoon of March 5, in the event that the Court permits me to do so.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration was executed on February 21, 2013, at Atlanta, Georgia.

Dr. Ronald Goldstein

# EXHIBIT A

11222406.1



**RESURGENS**pc
**ORTHOPAEDICS**

February 16, 2013

RE: DR. RONALD GOLDSTEIN

To Whom It May Concern,

Dr. Ronald Goldstein is a patient of mine and my practice and has been treated for degenerative arthritis of his knees and back. Degenerative arthritis is a disease of the joint which causes the cartilage between the joints to deteriorate. In terms of treatment for knee arthritis, as the cartilage between the bones deteriorates, the condition can be treated with Supartz injections (a gel-like substance that helps lubricate the joint). For degenerative arthritis of the knee, Supartz injections are typically the last resort before considering a total knee replacement.

Dr. Goldstein has had degenerative arthritis for a number of years and was given one round of Supartz injections in September 2011. He reports his condition and pain has worsened substantially over the past couple of months . He is being evaluated for a second round of Supartz injections and if that does not work, then consider knee replacement surgery. With a lack of cartilage between the bones, the joints often get stiff after long periods of inactivity, (sitting in a theatre, walking or long airplane rides) exacerbating the condition and causing increased pain. Dr. Goldstein reports severe and debilitating pain in his back and knees after sitting for extended periods of time and even walking short distances. As a result, as his treating physician, I have recommended Dr. Goldstein avoid activities that require sitting for long periods of time and extended walking, for example, airplane trips longer than two hours for the next couple of months.

Please let me know if you have any questions.

Sincerely,

Steven B. Wertheim, M.D.

SBW/ajd

2550 Windy Hill Road • Suite 317 • Marietta, GA 30067 • *phone* 770.933.1900 • *fax* 770.952.2049 • www.resurgens.com

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I electronically filed the document described as **DECLARATION OF RONALD GOLDSTEIN IN SUPPORT OF PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S EX PARTE APPLICATION FOR TESTIMONY IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949)833-8550<br>Fax:  (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: February 21, 2013        SNELL & WILMER L.L.P.


By: *s/Deborah S. Mallgrave*
    Philip J. Graves
    Greer N. Shaw
    Deborah S. Mallgrave

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)