SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
Deborah S. Mallgrave (SBN 198603)
dmallgrave@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES, a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>KEATING DENTAL ARTS, INC., a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC (ANx)<br>Hon. David O. Carter, Ctrm. 9D<br><br>**DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S EX PARTE APPLICATION FOR TESTIMONY IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION**<br><br>Pre-Trial Conf.:  February 26, 2013<br>Jury Trial:  February 26, 2013 |

I, Deborah S. Mallgrave, declare:

1. I am an attorney licensed to practice law in all courts in the State of California. I am counsel in the law firm of Snell & Wilmer L.L.P., and one of the attorneys of record for Plaintiff James R. Glidewell Dental Ceramics, Inc. ("Glidewell") in the above-entitled action. I have first-hand, personal knowledge of the facts stated herein and, if called to testify, could and would competently testify to these facts.

2. This declaration is submitted in support of Glidewell's *Ex Parte* Application for Testimony in Open Court by Contemporaneous Transmission.

3. Pursuant to Local Rule 7-19, on February 14, 2013, my colleague Philip J. Graves, sent an e-mail to counsel for defendant Keating Dental Arts, Inc. ("Keating"), Mr. James Azadian, notifying him that Glidewell intended to file this *Ex Parte* Application for testimony in open court by contemporaneous transmission.

4. On the afternoon of February 15, 2013, I discussed the grounds for Glidewell's *Ex Parte* Application with Mr. Azadian, along with another attorney in my firm, Greer Shaw. During our conversation, Mr. Azadian indicated that Keating would most likely object to Glidewell's request, but Keating might reconsider Glidewell's request if Dr. Goldstein had a note from his doctor. Mr. Azadian sent an e-mail later that day to myself (and others), confirming that Keating would oppose Glidewell's *Ex Parte* Application.

5. Subsequent to the phone conference with Mr. Azadian, Dr. Goldstein requested a letter from his doctor concerning his medical condition. Dr. Goldstein's doctor was out of town, but did provide a letter today, February 21, 2013. Prior to filing this *Ex Parte* Application, I e-mailed a copy of the letter from Dr. Goldstein's doctor to Mr. Azadian. Mr. Azadian responded that Keating maintained its objection to the presentation of testimony by Dr. Goldstein by contemporaneous video transmission.

- 1 -

Declaration of D. Mallgrave re Glidewell's Ex Parte Application
CASE NO. SACV11-01309 DOC (ANx)

16618327.1

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.
3  Executed on February 21, 2013, at Costa Mesa, California.
4
5  *s/Deborah S. Mallgrave*
   Deborah S. Mallgrave

Snell & Wilmer
L.L.P.
LAW OFFICES
350 South Grand Avenue, Suite 2600, Two California Plaza
Los Angeles, California 90071
(213) 929-2500

6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I electronically filed the document described as **DECLARATION OF DEBORAH S. MALLGRAVE IN SUPPORT OF PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S EX PARTE APPLICATION FOR TESTIMONY IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA  92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel:  (949)833-8550<br>Fax:  (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: February 21, 2013     SNELL & WILMER L.L.P.


By: *s/Deborah S. Mallgrave*
   Philip J. Graves
   Greer N. Shaw
   Deborah S. Mallgrave

   Attorneys for Plaintiff
   James R. Glidewell Dental Ceramics, Inc.
   dba GLIDEWELL LABORATORIES

16139994.1

Certificate of Service
SACV11-01309-DOC (ANx)