SNELL & WILMER L.L.P.
Philip J. Graves (SBN 153441)
pgraves@swlaw.com
Greer N. Shaw (SBN 197960)
gshaw@swlaw.com
350 South Grand Avenue, Suite 2600
Two California Plaza
Los Angeles, California 90071
Telephone: (213) 929-2500
Facsimile: (213) 929-2525

Attorneys for Plaintiff
James R. Glidewell Dental Ceramics, Inc.
d/b/a Glidewell Laboratories

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC., <br><br>Plaintiff, <br><br>vs. <br><br>KEATING DENTAL ARTS, INC., <br><br>Defendant. <br><br> AND RELATED COUNTERCLAIMS. | Case No. SACV11-01309-DOC(ANx) <br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S *EX PARTE* APPLICATION FOR TESTIMONY IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION** <br><br>Ctrm: 9D, Hon. David O. Carter <br><br>Pre-Trial Conf.: February 26, 2013 <br>Jury Trial: February 26, 2013 |

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION
CASE NO. SACV11-01309 DOC (ANx)

16606773.1

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

This Court having considered Plaintiff James R. Glidewell Dental Ceramics, Inc.'s ("Plaintiff") *Ex Parte* Application for Testimony in Open Court by Contemporaneous Transmission, and good cause appearing:

IT IS HEREBY ORDERED that Plaintiff is granted leave for Dr. Ronald Goldstein to testify in this matter by live video transmission on the afternoon of March 5, 2013.

**IT IS SO ORDERED.**

Dated: _____

_____
The Honorable David O. Carter
United States District Judge

- 1 -

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION
CASE NO. SACV11-01309 DOC (ANx)

16606773.1

*Glidewell Laboratories v. Keating Dental Arts, Inc.*
United States District Court, Central, Case No. SACV11-01309-DOC (ANx)

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2013, I electronically filed the document described as **[PROPOSED] ORDER GRANTING PLAINTIFF JAMES R. GLIDEWELL DENTAL CERAMICS, INC.'S EX PARTE APPLICATION FOR TESTIMONY IN OPEN COURT BY CONTEMPORANEOUS TRANSMISSION** the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

| | |
|---|---|
| David G. Jankowski<br>Jeffrey L. Van Hoosear<br>Lynda J Zadra-Symes<br>Darrell L. Olson<br>Knobbe Martens Olson and Bear LLP<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949) 760-0404<br>Fax: (949) 760-9502<br><br>Jeffrey.VanHoosear@kmob.com<br>David.Jankowski@kmob.com<br>Lynda.Zadra-symes@kmob.com<br>Darrell.Olson@knobbe.com<br>litigation@kmob.com |
| David A. Robinson<br>James Azadian<br>Enterprise Counsel Group<br>Three Park Plaza, Suite 1400<br>Irvine, CA 92614 | **Attorneys for Defendant Keating Dental Arts, Inc.**<br>Tel: (949)833-8550<br>Fax: (949) 833-8540<br><br>drobinson@enterprisecounsel.com<br>jazadian@enterprisecounsel.com |

Dated: February 21, 2013          SNELL & WILMER L.L.P.


By: *s/Deborah S. Mallgrave*
    Philip J. Graves
    Greer N. Shaw
    Deborah S. Mallgrave

    Attorneys for Plaintiff
    James R. Glidewell Dental Ceramics, Inc.
    dba GLIDEWELL LABORATORIES

16139994.1

SNELL & WILMER L.L.P.
350 SOUTH GRAND AVENUE
SUITE 2600
TWO CALIFORNIA PLAZA
LOS ANGELES, CALIFORNIA 90071