Darrell L. Olson (SBN 77,633)
Darrell.Olson@kmob.com
Lynda J. Zadra-Symes (SBN 156,511)
Lynda.Zadra-Symes@kmob.com
Jeffrey L. Van Hoosear (SBN 147,751)
Jeffrey.VanHoosear@kmob.com
David G. Jankowski (SBN 205,634)
David.Jankowski@kmob.com
KNOBBE, MARTENS, OLSON & BEAR
2040 Main Street, Fourteenth Floor
Irvine, California 92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

David A. Robinson (SBN 107,613)
drobinson@enterprisecounsel.com
James S. Azadian (SBN 225,864)
jazadian@enterprisecounsel.com
ENTERPRISE COUNSEL GROUP ALC
Three Park Plaza, Suite 1400
Irvine, California 92614
Phone: (949) 833-8550
Facsimile: (949) 833-8540

Attorneys for Defendant/Counter-Claimant,
KEATING DENTAL ARTS, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| JAMES R. GLIDEWELL DENTAL CERAMICS, INC. dba GLIDEWELL LABORATORIES,<br><br>    Plaintiff,<br><br>    v.<br><br>KEATING DENTAL ARTS, INC.<br><br>    Defendant.<br><br>AND RELATED COUNTERCLAIMS. | Civil Action No. SACV11-01309-DOC(ANx)<br><br>**NOTICE OF WITHDRAWAL OF KNOBBE, MARTENS, OLSON & BEAR, LLP AS COUNSEL OF RECORD FOR DEFENDANT AND COUNTERCLAIMANT KEATING DENTAL ARTS, INC.**<br><br>Hon. Judge David O. Carter |

**PLEASE TAKE NOTICE** that Darrell L. Olson. Lynda J. Zadra-Symes, Jeffrey L. Van Hoosear and David G. Jankowski and the law firm of Knobbe, Martens, Olson & Bear, LLP, hereby withdraw as counsel of record for Defendant/Counterclaimant Keating Dental Arts, Inc. ("Keating"). Keating will continue to be represented by David A. Robinson and James S. Azadian of Enterprise Counsel Group. Keating through Entrerprise Counsel Group consents to this withdrawal.

Respectfully submitted,

KNOBBE MARTENS OLSON & BEAR LLP

Dated: March 7, 2013        By: /s/ Lynda J. Zadra-Symes
                                David G. Jankowski
                                Jeffrey L. Van Hoosear
                                Lynda J Zadra-Symes
                                Darrell L. Olson

ENTERPRISE COUNSEL GROUP

Dated: March 7, 2013        By: /s/ James S. Azadian
                                David A. Robinson
                                James S. Azadian

Attorneys for Defendant/Counterclaimant,
Keating Dental Arts, Inc.

14962981