JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| **JAMES R. GLIDEWELL DENTAL CERAMICS, INC.,**<br><br>Plaintiff,<br><br>vs.<br><br>**KEATING DENTAL ARTS, INC.,**<br><br>Defendant. | Case No.: SACV 11-1309-DOC(ANx)<br><br>**JUDGMENT ON PLAINTIFF'S CLAIMS AND DEFENDANT'S COUNTERCLAIMS** |

Pursuant to this Court's Order on Plaintiff's and Defendant's Motions and Cross Motions For Summary Judgment (Dkt. 256) of February 21, 2013, IT IS ORDERED, ADJUDGED, AND DECREED that:

(1) Plaintiff's three causes of action, for infringement pursuant to 15 U.S.C. § 1051 et seq., for false designation of origin pursuant to 15 U.S.C. § 1125(a), and for violations of California Business and Professions Code 17200 et seq., are decided in favor of the DEFENDANT;

(2) Defendant's counterclaim for a declaratory judgment of non-infringement of Plaintiff's trademark is decided in favor of DEFENDANT;

(3) Defendant's remaining counterclaims are decided in favor of PLAINTIFF.

DATED: March 7, 2013

*David O. Carter*

DAVID O. CARTER
UNITED STATES DISTRICT JUDGE