Attachment 1: L.R. 54-3.2 Fees for Service of Process

Page 1: Receipt dated 10/15/12 for ProLegal, total compensable fees = $525.80



PO Box 712142
Los Angeles, CA 90071
(888)722-6878



| Customer Number | |
| --- | --- |
| 1665 | |
| Invoice Number | |
| 111863 | |
| Invoice Date | |
| 10/15/2012 | |

**References**          **KDENTL.001L**

**On Demand**

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
| --- | --- | --- | --- | --- |
| 9/28/2012 11:40 AM Direct Serve (Attempt by Enc | 4156499 Claire | ProLegal-PDF From Client To Pro 1706 S Figueroa St Los Angeles CA 90015-3420 | Catherine Bonser - Work Addres 570 W College Ave York PA 17401 | KDENTL.001L |
| | | Direct Serve (Attempt by End of Day) | $220.00 | |
| | | Advance | 1 $78.00 | |
| | | Advance Surcharge | 1 $7.80 | |
| POD: Catherine Bonser | | Order Total: | **$305.80** | |
| 9/28/2012 11:45 AM Direct Serve (Attempt by Enc | 4156504 Claire | ProLegal-PDF From Client To Pro 1706 S Figueroa St Los Angeles CA 90015-3420 | Dentsply International 221 W Philadelphia St York PA 17401 | KDENTL.001L |
| | | Direct Serve (Attempt by End of Day) | $220.00 | |
| POD: Dane Baumgardner, Esquire | | Order Total: | **$220.00** | |
| 10/3/2012 1:55 PM Surcharge Only | 4156504.01 Claire | Prolegal-la 1706 S Figueroa St Los Angeles CA 90015-3420 | ProLegal-PDF From Client To Pro 1706 S Figueroa St Los Angeles CA 90015-3420 | KDENTL.001L |
| | | Surcharge Only | $0.00 | |
| POD: Pos Signed | | Order Total: | $0.00 | |
| 10/4/2012 3:30 PM Exclusive-Legal | 4160259 Claire | Knobbe, Martens-Irvine 2040 Main St Fl 14 Irvine CA 92614-7216 | Dr David Eggleston 1441 Avocado Ave Ste 508 Newport Beach CA 92660 | KDENTL.001L |
| | | Exclusive-Legal | $22.47 | |
| | | Fuel Surcharge | 1 $3.60 | |
| POD: Debby Dedau | | Order Total: | $26.07 | |

**=$525.80**

On Demand Totals:          $551.87

References - KDENTL.001L Total:          $551.87

Attachment 2: L.R. 54-3.4 Reporter's Transcripts

Page 1: Receipt dated 10/31/12 for Atkinson-Baker, Inc., total compensable fees = $351.00

Page 2: Receipt dated 11/12/12 for Atkinson-Baker, Inc., total compensable fees = $335.55

Page 3: Receipt dated 11/13/12 for Atkinson-Baker, Inc., total compensable fees = $624.75

Page 4: Receipt dated 11/13/12 for Atkinson-Baker, Inc., total compensable fees = $450.60

Total = $1,761.90

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

| David Jankowski | Please refer to the Invoice No. and your Firm No. in any correspondence. |
|---|---|
| Knobbe, Martens, Olson & Bear, LLP. | Contact Nelda Valenzuela |
| 2040 Main Street | nvalenzuela@depo.com |
| 14th Floor | |
| Irvine, CA 92614- | |

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Leonard Tachner and Associates |
|---|---|
| Taking Attorney: | Leonard Tachner |
| Case Name: | Glidewell Labor v Keating Dental Arts |
| Case No.: | savc11-01309-doc (anx) |

| INVOICE NO. | A609704 AB |
|---|---|
| FIRM NO. | 0446902 |
| INVOICE DATE | 10/31/2012 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Shaun Keating, taken 10/18/2012. | $    351.00 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $    351.00 |

A service fee of .75% per month will be added to any invoice over 30 days old.



V# 736097

- - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - - - -

| BALANCE DUE | $   351.00 |
|---|---|
| INVOICE NO. | A609704 AB |
| FIRM NO. | 0446902 |

For:   Certified copy of the reporter's transcript of the deposition of Shaun Keating, taken 10/18/2012.

From:   David Jankowski
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

---

Clarie Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

| | |
|---|---|
| Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Neida Valenzuela nvalenzuela@depo.com | |
| ABI'S Federal ID No.: | 95-4189037 |

| | |
|---|---|
| Setting Firm: | Leonard Tachner and Associates |
| Taking Attorney: | Leonard Tachner |
| Case Name: | Glidewell Labor v Keating Dental Arts |
| Case No.: | savc11-01309-doc (anx) |

| | |
|---|---|
| INVOICE NO. | A609705 AB |
| FIRM NO. | 0446902 |
| INVOICE DATE | 11/12/2012 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of David Eggleston, D.D.S., taken 10/22/2012. | $    335.55 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $    335.55 |

A service fee of .75% per month will be added to any invoice over 30 days old.



– – – – – – – – – – – – – – –   Fold and tear at this perforation, then return stub with payment.   – – – – – – – – – – – – – –

| BALANCE DUE | $    335.55 |
|---|---|
| INVOICE NO. | A609705 AB |
| FIRM NO. | 0446902 |

For:   Certified copy of the reporter's transcript of the deposition of David Eggleston, D.D.S., taken 10/22/2012.

From:   Clarie Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Claire Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

| Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nelda Valenzuela nvalenzuela@depo.com | |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Leonard Tachner and Associates |
| Taking Attorney: | Leonard Tachner |
| Case Name: | Glidewell Labor v Keating Dental Arts |
| Case No.: | savc11-01309-doc (anx) |

| INVOICE NO. | A609702 AB |
|---|---|
| FIRM NO. | 0446902 |
| INVOICE DATE | 11/13/2012 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Robert Dale Brandon, taken 10/16/2012. | $   624.75 |
| PAYMENTS | -  $ 0.00 |
| BALANCE DUE | $   624.75 |

A service fee of .75% per month will be added to any invoice over 30 days old.



- - - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - - -

| BALANCE DUE | $   624.75 |
|---|---|
| INVOICE NO. | A609702 AB |
| FIRM NO. | 0446902 |

For:   Certified copy of the reporter's transcript of the deposition of Robert Dale Brandon, taken 10/16/2012.

From:   Claire Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Clarie Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nelda Valenzuela
nvalenzuela@depo.com

ABI'S Federal ID No.:     95-4189037

| Setting Firm: | Leonard Tachner and Associates |
| Taking Attorney: | Leonard Tachner |
| Case Name: | Glidewell Labor v Keating Dental Arts |
| Case No.: | savc11-01309-doc (anx) |

| INVOICE NO. | A609703 AB |
| FIRM NO. | 0446902 |
| INVOICE DATE | 11/13/2012 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Diane Mallos Donich, taken 10/17/2012. | $ 450.60 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 450.60 |

A service fee of .75% per month will be added to any invoice over 30 days old.



- - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - -

| BALANCE DUE | $ 450.60 |
| INVOICE NO. | A609703 AB |
| FIRM NO. | 0446902 |

For:    Certified copy of the reporter's transcript of the deposition of Diane Mallos Donich, taken 10/17/2012.

From:   Clarie Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Attachment 3: L.R. 54-3.5 Depositions


Page 1: Receipt dated 10/11/12 for Digital Evidence Group, total compensable fees = $2,054.15

Page 2: Receipt dated 10/16/12 for Digital Evidence Group, total compensable fees = $1,949.55

Page 3: Receipt dated 10/18/12 for Digital Evidence Group, total compensable fees = $2,196.85

Page 4: Receipt dated 10/18/12 for Digital Evidence Group, total compensable fees = $335.00

Page 5: Receipt dated 10/22/12 for Digital Evidence Group, total compensable fees = $335.00

Page 6: Receipt dated 11/01/12 for Digital Evidence Group, total compensable fees = $335.00

Page 7: Receipt dated 11/01/12 for Digital Evidence Group, total compensable fees = $2,138.00

Page 8: Receipt dated 11/01/12 for Digital Evidence Group, total compensable fees = $1,886.75

Page 9: Receipt dated11/01/12 for Digital Evidence Group, total compensable fees = $1,365.00

Page 10: Receipt dated 11/08/12 for Digital Evidence Group, total compensable fees = $235.00

Total = $12,830.30



**DIGITAL
EVIDENCE
GROUP** LLC

# Invoice

| | | |
|---|---|---|
| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS | |

| Date | Invoice # |
|---|---|
| 10/11/2012 | 12-13744 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Jim Shuck |

| Terms | Due Date |
|---|---|
| Net 30 | 11/10/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 9/25/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) +<br>Realtime/RASCII | | 1,612.00 |
| Exhibit Scanning B&W | | 40.25 |
| Exhibit Scanning color | | 96.90 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~812.50~~ |
| Shipping & Handling  -  Transcript, Exhibits, eTran | | 55.00 |

V# 736043

| | |
|---|---|
| **Total** | **$3,151.65** |
| **Payments/Credits** | **$0.00** |
| **Balance Due** | **$3,151.65** |

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.

$3,151.65-
$285.00-
$812.50=
$2,054.15



# Invoice

| | 1726 M Street NW | | DEG HAS MOVED. | | Date | Invoice # |
| --- | --- | --- | --- | --- | --- | --- |

1726 M Street NW
Suite 1010
Washington, DC 20036
202-232-0646

DEG HAS MOVED.
PLEASE NOTICE
NEW ADDRESS

| Date | Invoice # |
| --- | --- |
| 10/16/2012 | 12-13790 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
| --- | --- | --- |
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Dr. Michael DiTolla |

| | Terms | Due Date |
| --- | --- | --- |
| | Net 30 | 11/15/2012 |

| Description | Serviced | Amount |
| --- | --- | --- |
| Appearance fee | 10/2/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + Realtime/RASCII | | 1,566.50 |
| Exhibit Scanning B&W | | 20.25 |
| Exhibit Scanning color | | 57.80 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~750.00~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

V# 730420

| | | |
| --- | --- | --- |
| | Total | $2,984.55 |
| Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646. | Payments/Credits | $0.00 |
| | **Balance Due** | $2,984.55 |

$2,984.55-
$285.00-
$750.00=
$1,949.55



**DIGITAL EVIDENCE GROUP LLC**

# Invoice

| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS | Date | Invoice # |
|---|---|---|---|
| | | 10/18/2012 | 12-13812 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Robin Carden |

| | Terms | Due Date |
|---|---|---|
| | Net 30 | 11/17/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 10/4/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + Realtime/RASCII | | 1,833.00 |
| Exhibit Scanning B&W | | 53.75 |
| Exhibit Scanning color | | 5.10 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~875.00~~ |
| Shipping & Handling  -  Transcript, Exhibits, eTran | | 55.00 |

V# 730421

| | |
|---|---|
| **Total** | $3,356.85 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,356.85 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.

$3,356.85-
$285.00-
$875.00=
$2,196.85



**DIGITAL EVIDENCE GROUP** LLC

# Invoice

| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS |
| --- | --- |

| Date | Invoice # |
| --- | --- |
| 10/18/2012 | 12-13808 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
| --- | --- | --- |
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Jim Shuck |

| | Terms | Due Date |
| --- | --- | --- |
| | Net 30 | 11/17/2012 |

| Description | Serviced | Amount |
| --- | --- | --- |
| Synchronized file and MPEG 1 encoding on DVD | 9/25/2012 | 300.00 |
| Shipping and Handling | | 35.00 |

V# 730044

| | |
| --- | --- |
| **Total** | $335.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $335.00 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.



**DIGITAL EVIDENCE GROUP** LLC

# Invoice

| | | Date | Invoice # |
|---|---|---|---|
1726 M Street NW
Suite 1010
Washington, DC 20036
202-232-0646

**DEG HAS MOVED. PLEASE NOTICE NEW ADDRESS**

| Date | Invoice # |
|---|---|
| 10/22/2012 | 12-13826 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Michael Ditolla |

| | Terms | Due Date |
|---|---|---|
| | Net 30 | 11/21/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Synchronized file and MPEG 1 encoding on DVD | 10/2/2012 | 300.00 |
| Shipping and Handling | | 35.00 |

V# 738094

| | Total | $335.00 |
|---|---|---|
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $335.00 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.



**DIGITAL EVIDENCE GROUP LLC**

# Invoice

| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS |
|---|---|

| Date | Invoice # |
|---|---|
| 11/1/2012 | 12-13865 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Robin Carden |

| Terms | Due Date |
|---|---|
| Net 30 | 12/1/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Synchronized file and MPEG 1 encoding on DVD | 10/4/2012 | 300.00 |
| Shipping and Handling | | 35.00 |

| | |
|---|---|
| Total | $335.00 |
| Payments/Credits | $0.00 |
| **Balance Due** | $335.00 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.



**DIGITAL EVIDENCE GROUP LLC**

# Invoice

| | |
|---|---|
| 1726 M Street NW | **DEG HAS MOVED.** |
| Suite 1010 | **PLEASE NOTICE** |
| Washington, DC 20036 | **NEW ADDRESS** |
| 202-232-0646 | |

| Date | Invoice # |
|---|---|
| 11/1/2012 | 12-13869 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Keith Allred |

| Terms | Due Date |
|---|---|
| Net 30 | 12/1/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 10/25/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + RASCII | | 1,774.50 |
| Exhibit Scanning B&W | | 58.50 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~875.00~~ |
| Shipping & Handling  - Transcript, Exhibits, eTran | | 55.00 |

BILLED

| | |
|---|---|
| **Total** | $3,298.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,298.00 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.

$3,298.00-
$285.00-
$875.00=
$2,138.00



**DIGITAL EVIDENCE GROUP** LLC

# Invoice

| 1726 M Street NW | DEG HAS MOVED. | | Date | Invoice # |
|---|---|---|---|---|
| Suite 1010 | PLEASE NOTICE | | | |
| Washington, DC 20036 | NEW ADDRESS | | 11/1/2012 | 12-13859 |
| 202-232-0646 | | | | |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear | Glidewell v. Keating | Bartolo/Frirbauer |
| Claire Stoneman | | |
| 2040 Main Street, 14th Floor | | |
| Irvine, CA 92614 | | |

| Terms | Due Date |
|---|---|
| Net 30 | 12/1/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 10/23/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + RASCII - Robin Bartolo | | 1,058.00 |
| Exhibit Scanning B&W  - Robin Bartolo | | 42.25 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + RASCII - Wolfgang Friebauer | | 477.25 |
| Exhibit Scanning B&W | | 4.25 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~750.00~~ |
| Shipping & Handling -  Transcript, Exhibits, eTran | | 55.00 |

BILLED

| | |
|---|---|
| **Total** | $2,921.75 |
| Payments/Credits | $0.00 |
| **Balance Due** | $2,921.75 |

$2,921.75-
$285.00-
$750.00=
$1,886.75

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

| | |
|---|---|
| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS |

| Date | Invoice # |
|---|---|
| 11/1/2012 | 12-13857 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | David Franklyn |

| Terms | Due Date |
|---|---|
| Net 30 | 12/1/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 10/12/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) +<br>Realtime/RASCII | | 1,020.50 |
| Exhibit Scanning B&W | | 31.00 |
| Exhibit Scanning color | | 8.50 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~625.00~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

V# 7461618

BILLED

| | |
|---|---|
| **Total** | $2,275.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,275.00 |

$2,275.00-
$285.00-
$625.00=
$1,365.00

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.



**DIGITAL EVIDENCE GROUP LLC**

# Invoice

| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS | Date | Invoice # |
|---|---|---|---|
| | | 11/8/2012 | 12-13941 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | David Franklyn |

| Terms | Due Date |
|---|---|
| Net 30 | 12/8/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Synchronized file and MPEG 1 encoding on DVD | 10/12/2012 | 200.00 |
| Shipping and Handling | | 35.00 |

V# 740946  BILLED

| | |
|---|---|
| **Total** | $235.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $235.00 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.

Attachment 4: L.R. 54-3.10 Certification, Exemplification and Reproduction of Documents


Page 1: Receipt dated 10/09/12 for Landon IP, Inc., total compensable fees = $477.65

Page 2: Receipt dated 11/14/12 for PeerlessPatents, Ltd., total compensable fees = $120.00

Total = $597.65

Page 1

**Landon IP, Inc.**
1725 Jamieson Avenue
Alexandria, VA 22314

**Invoice**

Invoice Number
188511

Order Number
144412

To: CLAIRE STONEMAN
KNOBBE MARTENS OLSON & BEAR
2040 MAIN STREET
14TH FLOOR
IRVINE, CA 92614
USA

Invoice Date
09-Oct-2012

Due Date
Due Upon Receipt

Ordered By
CLAIRE STONEMAN
KMOBCSTO

| Description | Amount |
|---|---|
| REF: KDENTL.001L | |
| Certified Trademark Reg - 2,473,238 - One (1) copy | $30.00 |
| Certified Trademark Reg - 2,251,807 - One (1) copy | $30.00 |
| Certified Trademark Reg - 3,775,126 - One (1) copy | $30.00 |
| Certified Trademark Reg - 1,608,966 - One (1) copy | $30.00 |
| Certified Trademark Reg - 2,399,235 - One (1) copy | $30.00 |
| Certified Trademark Reg - 3,739,663 - One (1) copy | $30.00 |
| Certified Trademark Reg - 3,956,476 - One (1) copy | $30.00 |
| Cert Fee Paid by Landon IP (Includes 10% surcharge) | $231.00 |
| Fees Paid by Landon IP to Federal Express | $36.65 |
| Subtotal | $477.65 |

IRG/ES01

**Invoice Amount:** $477.65

**Please pay the full invoice amount in US Dollars.**

Banking Information:

| By Wire | By Mail | Billing Inquiries |
|---|---|---|
| Bank Name: PNC<br>Account Number: 5308128927<br>Routing Number (for ACH): 054000030<br>Routing Number (for Wire): 031000053<br>Swift#: PNCCUS33<br>Account Name: Landon IP, Inc.<br>Bank Address: 3300 Duke Street,<br>Alexandria, VA 22314 USA | Landon IP, Inc.<br>1725 Jamieson Avenue<br>Alexandria, VA 22314 | All billing inquiries, please contact:<br>Phone:  +1 703 486 1150<br>Fax:  +1 703 892 4510<br>E Mail: billing@landon-ip.com |

BILLED

PeerlessPatents, Ltd.

**Invoice**

3131 Mount Vernon Avenue
Alexandria, VA 22305-2640
Phone: 703-271-0180 or 703-979-0420
Tax ID: 54-1899766

| Date | Invoice # |
|------|-----------|
| 11/14/2012 | 27293 |

| Bill To |
|---------|
| Knobbe Martens Olson & Bear LLP<br>Laurie Henke<br>2040 Main Street - 14th Floor<br>Irvine, California 92614-3641 |

| | Terms | Reference No. |
|---|-------|---------------|
| | Net 30 | |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Reference: KDENTIL.001L | | | |
| Reg. 4113074 - KDZ ULTRA<br>Reg. 4113072 - KDZ MAX | | | |
| Certified copy of a Patent, Trademark or Copyright (Application or Registration) or Assignment Document | 2 | 30.00 | 60.00 |
| PTO Disbursement | 2 | 30.00 | 60.00 |

V# 740941
BILLED

| | |
|---|---|
| **Total** | $120.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $120.00 |