# UNITED STATES DISTRICT COURT
## Central District of California

## NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS AND PROPOSED BILL OF COSTS

GLIDEWELL DENTAL CERAMICS

V.

KEATING DENTAL ARTS

Case Number:  SACV11-01309-DOC(ANx)

Judgment having been entered in this action on _____March 11, 2013_____ against _____Plaintiff Glidewell Dental Ceramics, Inc.____,
Date

the Clerk is requested to tax the following as costs at _____11:00 a.m.____ on _____Thurs., April 11, 2013___ :
Date

| | |
|---|---:|
| Filing fees: see L.R. 54-3.1 . . . . . . . . . . . . . . . . . . . . . . . . . . | |
| Fees for service of process: see L.R. 54-3.2 . . . . . . . . . . . . . . . . . . . . | $525.80 |
| United States Marshal's fees: see L.R. 54-3.3 . . . . . . . . . . . . . . . . . | |
| Reporter's transcripts: see L.R. 54-3.4 . . . . . . . . . . . . . . . . . . . . . . | $1,761.90 |
| Depositions: see L.R. 54-3.5 . . . . . . . . . . . . . . . . . . . . . . . . . . | $11,590.30 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 . . . . . . . . . . . . . . . . . | |
| Interpreter's and translator's fees: see L.R. 54-3.7 . . . . . . . . . . . . . . . . | |
| Docket fees: see L.R. 54-3.8 . . . . . . . . . . . . . . . . . . . . . . . | |
| Masters, commissioners and receivers: see L.R. 54-3.9 . . . . . . . . . . . . . . | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 . . . . . | $597.65 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 . . . . . . . . . . . . . | |
| Other Costs: see L.R. 54-3.12 . . . . . . . . . . . . . . . . . . . . . . | |
| State Court costs: see L.R, 54-3.13 . . . . . . . . . . . . . . . . . . | |
| Costs on appeal: see L.R. 54-4 . . . . . . . . . . . . . . . . . . . . . | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 . . . . . . . . . | |
| Other (please itemize) | |
| **TOTAL** | $14,475.65 |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations.  All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have charged were actually and necessarily performed.  A copy of this bill has been served on all parties in the following manner:

☑ Electronic service by e-mail as set forth below and/or

☐ Conventional service by first class mail, postage prepaid as set forth below

/s/ James S. Azadian                                        James S. Azadian, Esq.
Signature                                                              Print Name

Costs are taxed in the amount of _____

By: _____

Clerk of Court                          Deputy Clerk                                    Date

**WITNESS FEES** (computation, *see* 28 U.S.C. § 1821 for statutory fees)

| NAME, CITY AND STATE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | TOTAL | |

### INSTRUCTIONS AND NOTICES REGARDING BILL OF COSTS

**SPECIAL NOTE:** An itemization <u>and</u> documentation to support the claims made in all categories must be attached to the Application for Bill of Costs. Documentation must include receipts, orders, and stipulations of the parties, as applicable. Receipts must be self-explanatory (e.g., receipts for service must include the name of the individual or business providing the service). The Clerk's designee may disallow expenses that do not have supporting documentation. The claiming party must ensure that the total of the costs requested in all categories on Form CV-59 matches the total reflected in the supporting documentation. The Clerk's designee shall allow all items in the application that are properly recoverable as costs.

**PROCEDURE FOR FILING BILL OF COSTS:** Local Rule 54-2. Within 14 days after the entry of judgment, the party entitled to costs must electronically file this completed form, which must indicate the hour and date when the application will be made. All costs must be specified so that the nature of the claim can be readily understood. Once a determination of the allowable costs has been made, the Bill of Costs will be filed electronically by the Clerk.

**TIME OF APPLICATION; HEARING:** Local Rule 54-2.2. The date and time for taxation of costs by the Clerk must be not less than 14 nor more than 21 days from the date notice is given to the other parties. Applications shall be heard when and as described in the Court's Bill of Costs Handbook, available on the court's website.

**ALSO NOTE:**

**28 U.S.C. § 1924:** Verification of bill of costs. Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

**28 U.S.C. § 1920, which provides in part:** "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**

**Rule 54(d)(1)**
Costs Other Than Attorney's Fees. Unless a federal statute, these rules, or a court order provides otherwise, costs - other than attorney's fees - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action.

**Rule 6(d)**
Additional Time After Certain Kinds of Service. When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**Rule 58(e)**
Cost or Fee Awards. Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

Attachment 1: L.R. 54-3.2 Fees for Service of Process

Page 1: Receipt dated 10/15/12 for ProLegal, total compensable fees = $525.80





| Customer Number | 1665 |
| Invoice Number | 111863 |
| Invoice Date | 10/15/2012 |

PO Box 712142
Los Angeles, CA 90071
(888)722-6878

**References**        **KDENTL.001L**

**On Demand**

| Date Ready Order Type | Order ID Caller | Origin | Destination | References Billing Group |
|---|---|---|---|---|
| 9/28/2012 11:40 AM Direct Serve (Attempt by End | 4156499  Claire | ProLegal-PDF From Client To Pro 1706 S Figueroa St Los Angeles CA 90015-3420 | Catherine Bonser - Work Addres 570 W College Ave York PA 17401 | KDENTL.001L |

|  |  | Direct Serve (Attempt by End of Day) |  | $220.00 |
|  |  | Advance | 1 | $78.00 |
|  |  | Advance Surcharge | 1 | $7.80 |

POD:   Catherine Bonser                                 Order Total:   **$305.80**

<div style="border:1px solid red">=$525.80</div>

| 9/28/2012 11:45 AM Direct Serve (Attempt by End | 4156504  Claire | ProLegal-PDF From Client To Pro 1706 S Figueroa St Los Angeles CA 90015-3420 | Dentsply International 221 W Philadelphia St York PA 17401 | KDENTL.001L |

|  |  | Direct Serve (Attempt by End of Day) | | $220.00 |

POD:   Dane Baumgardner, Esquire                    Order Total:   **$220.00**

| 10/3/2012 1:55 PM Surcharge Only | 4156504.01  Claire | Prolegal-la 1706 S Figueroa St Los Angeles CA 90015-3420 | ProLegal-PDF From Client To Pr 1706 S Figueroa St Los Angeles CA 90015-3420 | KDENTL.001L |

|  |  | Surcharge Only | | $0.00 |

POD:   Pos Signed                                       Order Total:   $0.00

| 10/4/2012 3:30 PM Exclusive-Legal | 4160259  Claire | Knobbe, Martens-Irvine 2040 Main St Fl 14 Irvine CA 92614-7216 | Dr David Eggleston 1441 Avocado Ave Ste 508 Newport Beach CA 92660 | KDENTL.001L |

|  |  | Exclusive-Legal | | $22.47 |
|  |  | Fuel Surcharge | 1 | $3.60 |

POD:   Debby Dedau                                    Order Total:   $26.07

|  |  | **On Demand Totals:** | **$551.87** |

|  |  | **References - KDENTL.001L Total:** | **$551.87** |

Attachment 2: L.R. 54-3.4 Reporter's Transcripts


Page 1: Receipt dated 10/31/12 for Atkinson-Baker, Inc., total compensable fees = $351.00

Page 2: Receipt dated 11/12/12 for Atkinson-Baker, Inc., total compensable fees = $335.55

Page 3: Receipt dated 11/13/12 for Atkinson-Baker, Inc., total compensable fees = $624.75

Page 4: Receipt dated 11/13/12 for Atkinson-Baker, Inc., total compensable fees = <u>$450.60</u>

Total = $1,761.90

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

David Jankowski
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nelda Valenzuela
nvalenzuela@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Leonard Tachner and Associates |
|---|---|
| Taking Attorney: | Leonard Tachner |
| Case Name: | Glidewell Labor v Keating Dental Arts |
| Case No.: | savc11-01309-doc (anx) |

| INVOICE NO. | A609704 AB |
|---|---|
| FIRM NO. | 0446902 |
| INVOICE DATE | 10/31/2012 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Shaun Keating, taken 10/18/2012. | $ 351.00 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $ 351.00 |

A service fee of .75% per month will be added to any invoice over 30 days old.



- - - - - - - - - - Fold and tear at this perforation, then return stub with payment. - - - - - - - - - -

| BALANCE DUE | $ 351.00 |
|---|---|
| INVOICE NO. | A609704 AB |
| FIRM NO. | 0446902 |

For: Certified copy of the reporter's transcript of the deposition of Shaun Keating, taken 10/18/2012.

From: David Jankowski
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Remit To: Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910 fax
www.depo.com

Clarie Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Neida Valenzuela
nvalenzuela@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
| --- | --- |

| Setting Firm: | Leonard Tachner and Associates |
| --- | --- |
| Taking Attorney: | Leonard Tachner |
| Case Name: | Glidewell Labor v Keating Dental Arts |
| Case No.: | savc11-01309-doc (anx) |

| INVOICE NO. | A609705 AB |
| --- | --- |
| FIRM NO. | 0446902 |
| INVOICE DATE | 11/12/2012 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
| --- | --- |
| Certified copy of the reporter's transcript of the deposition of David Eggleston, D.D.S., taken 10/22/2012. | $    335.55 |
| PAYMENTS | - $ 0.00 |
| BALANCE DUE | $    335.55 |

A service fee of .75% per month will be added to any invoice over 30 days old.



- - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - - -

| BALANCE DUE | $    335.55 |
| --- | --- |
| INVOICE NO. | A609705 AB |
| FIRM NO. | 0446902 |

For: Certified copy of the reporter's transcript of the deposition of David Eggleston, D.D.S., taken 10/22/2012.

From:  Clarie Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Remit To:  Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Claire Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

| | Please refer to the Invoice No. and your Firm No. in any correspondence. Contact Nelda Valenzuela nvalenzuela@depo.com |
|---|---|
| ABI'S Federal ID No.: | 95-4189037 |
| Setting Firm: | Leonard Tachner and Associates |
| Taking Attorney: | Leonard Tachner |
| Case Name: | Glidewell Labor v Keating Dental Arts |
| Case No.: | savc11-01309-doc (anx) |

| INVOICE NO. | A609702 AB |
|---|---|
| FIRM NO. | 0446902 |
| INVOICE DATE | 11/13/2012 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Robert Dale Brandon, taken 10/16/2012. | $   624.75 |
| PAYMENTS | -  $ 0.00 |
| BALANCE DUE | $   624.75 |

A service fee of .75% per month will be added to any invoice over 30 days old.



#739808

BILLED

- - - - - - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - - - - - -

| BALANCE DUE | $   624.75 |
|---|---|
| INVOICE NO. | A609702 AB |
| FIRM NO. | 0446902 |

For:   Certified copy of the reporter's transcript of the deposition of Robert Dale Brandon, taken 10/16/2012.

From:   Claire Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

ATKINSON-BAKER, INC.
500 NORTH BRAND BOULEVARD, THIRD FLOOR
GLENDALE, CA 91203-4725
800-288-3376, 800-925-5910  fax
www.depo.com

Clarie Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Please refer to the Invoice No. and your Firm No. in any correspondence.
Contact Nelda Valenzuela
nvalenzuela@depo.com

| ABI'S Federal ID No.: | 95-4189037 |
|---|---|

| Setting Firm: | Leonard Tachner and Associates |
|---|---|
| Taking Attorney: | Leonard Tachner |
| Case Name: | Glidewell Labor v Keating Dental Arts |
| Case No.: | savc11-01309-doc (anx) |

| INVOICE NO. | A609703 AB |
|---|---|
| FIRM NO. | 0446902 |
| INVOICE DATE | 11/13/2012 |
| DUE UPON RECEIPT | |

| ITEM | LINE TOTAL |
|---|---|
| Certified copy of the reporter's transcript of the deposition of Diane Mallos Donich, taken 10/17/2012. | $   450.60 |
| PAYMENTS | -  $ 0.00 |
| BALANCE DUE | $   450.60 |

A service fee of .75% per month will be added to any invoice over 30 days old.



- - - - - - - - - -   Fold and tear at this perforation, then return stub with payment.   - - - - - - - - - -

| BALANCE DUE | $   450.60 |
|---|---|
| INVOICE NO. | A609703 AB |
| FIRM NO. | 0446902 |

For:   Certified copy of the reporter's transcript of the deposition of Diane Mallos Donich, taken 10/17/2012.

From:   Clarie Stoneman
Knobbe, Martens, Olson & Bear, LLP.
2040 Main Street
14th Floor
Irvine, CA 92614-

Remit To:   Atkinson-Baker, Inc.
500 NORTH BRAND BOULEVARD,
THIRD FLOOR
GLENDALE, CA 91203-4725

If you have already paid for this service by COD, then this invoice is for your records only.

Attachment 3: L.R. 54-3.5 Depositions


Page 1: Receipt dated 10/11/12 for Digital Evidence Group, total compensable fees = $2,054.15

Page 2: Receipt dated 10/16/12 for Digital Evidence Group, total compensable fees = $1,949.55

Page 3: Receipt dated 10/18/12 for Digital Evidence Group, total compensable fees = $2,196.85

Page 4: Receipt dated 11/01/12 for Digital Evidence Group, total compensable fees = $2,138.00

Page 5: Receipt dated 11/01/12 for Digital Evidence Group, total compensable fees = $1,886.75

Page 6: Receipt dated 11/01/12 for Digital Evidence Group, total compensable fees = $1,365.00

Total = $11,590.30



**DIGITAL EVIDENCE GROUP LLC**

# Invoice

| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS | Date | Invoice # |
|---|---|---|---|
| | | 10/11/2012 | 12-13744 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Jim Shuck |

| | Terms | Due Date |
|---|---|---|
| | Net 30 | 11/10/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 9/25/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) +<br>Realtime/RASCII | | 1,612.00 |
| Exhibit Scanning B&W | | 40.25 |
| Exhibit Scanning color | | 96.90 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~812.50~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

V# 736043

| Total | $3,151.65 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $3,151.65 |

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.

$3,151.65-
$285.00-
$812.50=
$2,054.15



**DIGITAL
EVIDENCE
GROUP** LLC

# Invoice

| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS | Date | Invoice # |
|---|---|---|---|
| | | 10/16/2012 | 12-13790 |
| | | Tax ID # 30-0168697 | |

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Dr. Michael DiTolla |

| | Terms | Due Date |
|---|---|---|
| | Net 30 | 11/15/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 10/2/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) +<br>Realtime/RASCII | | 1,566.50 |
| Exhibit Scanning B&W | | 20.25 |
| Exhibit Scanning color | | 57.80 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~750.00~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

VA 730420

| | Total | $2,984.55 |
|---|---|---|
| Please remit to above address within 30 days. If you have<br>any questions or concerns please contact Digital Evidence<br>Group at 202-232-0646. | Payments/Credits | $0.00 |
| | **Balance Due** | $2,984.55 |

$2,984.55-
$285.00-
$750.00=
$1,949.55



**DIGITAL EVIDENCE GROUP LLC**

# Invoice

| | | |
|---|---|---|
| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | **DEG HAS MOVED. PLEASE NOTICE NEW ADDRESS** | |

| Date | Invoice # |
|---|---|
| 10/18/2012 | 12-13812 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Robin Carden |

| Terms | Due Date |
|---|---|
| Net 30 | 11/17/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 10/4/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + Realtime/RASCII | | 1,833.00 |
| Exhibit Scanning B&W | | 53.75 |
| Exhibit Scanning color | | 5.10 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~875.00~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

V# 730421

| | |
|---|---|
| **Total** | $3,356.85 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,356.85 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.

$3,356.85-
$285.00-
$875.00=
$2,196.85



**DIGITAL EVIDENCE GROUP LLC**

# Invoice

| 1726 M Street NW |
|---|
| Suite 1010 |
| Washington, DC 20036 |
| 202-232-0646 |

| DEG HAS MOVED. PLEASE NOTICE NEW ADDRESS |
|---|

| Date | Invoice # |
|---|---|
| 11/1/2012 | 12-13869 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Keith Allred |

| Terms | Due Date |
|---|---|
| Net 30 | 12/1/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 10/25/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + RASCII | | 1,774.50 |
| Exhibit Scanning B&W | | 58.50 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~875.00~~ |
| Shipping & Handling  -  Transcript, Exhibits, eTran | | 55.00 |

BILLED

| | |
|---|---|
| **Total** | $3,298.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $3,298.00 |

$3,298.00-
$285.00-
$875.00=
$2,138.00

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.



DIGITAL
EVIDENCE
GROUP
LLC

# Invoice

| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS | Date | Invoice # |
|---|---|---|---|
| | | 11/1/2012 | 12-13859 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | Bartolo/Fribauer |

| | Terms | Due Date |
|---|---|---|
| | Net 30 | 12/1/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 10/23/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + RASCII - Robin Bartolo | | 1,058.00 |
| Exhibit Scanning B&W - Robin Bartolo | | 42.25 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) + RASCII - Wolfgang Friebauer | | 477.25 |
| Exhibit Scanning B&W | | 4.25 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~750.00~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

BILLED

| | | |
|---|---|---|
| | **Total** | $2,921.75 |
| | **Payments/Credits** | $0.00 |
| | **Balance Due** | $2,921.75 |

Please remit to above address within 30 days. If you have any questions or concerns please contact Digital Evidence Group at 202-232-0646.

$2,921.75-
$285.00-
$750.00=
$1,886.75



DIGITAL
EVIDENCE
GROUP LLC

# Invoice

| | |
|---|---|
| 1726 M Street NW<br>Suite 1010<br>Washington, DC 20036<br>202-232-0646 | DEG HAS MOVED.<br>PLEASE NOTICE<br>NEW ADDRESS |

| Date | Invoice # |
|---|---|
| 11/1/2012 | 12-13857 |

Tax ID # 30-0168697

| Bill To | Case Caption | Deponent |
|---|---|---|
| Knobbe Martens Olson & Bear<br>Claire Stoneman<br>2040 Main Street, 14th Floor<br>Irvine, CA 92614 | Glidewell v. Keating | David Franklyn |

| Terms | Due Date |
|---|---|
| Net 30 | 12/1/2012 |

| Description | Serviced | Amount |
|---|---|---|
| Appearance fee | 10/12/2012 | 200.00 |
| Transcript - 10 day turnaround (CA,NY,FL,OH) +<br>Realtime/RASCII | | 1,020.50 |
| Exhibit Scanning B&W | | 31.00 |
| Exhibit Scanning color | | 8.50 |
| Create LEF file | | 50.00 |
| ~~Deposition Filming - 1st hour~~ | | ~~285.00~~ |
| ~~Additional hours filming~~ | | ~~625.00~~ |
| Shipping & Handling - Transcript, Exhibits, eTran | | 55.00 |

V# 7061618

BILLED

| | |
|---|---|
| **Total** | $2,275.00 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $2,275.00 |

Please remit to above address within 30 days. If you have
any questions or concerns please contact Digital Evidence
Group at 202-232-0646.

$2,275.00-
$285.00-
$625.00=
$1,365.00

Attachment 4: L.R. 54-3.10 Certification, Exemplification and Reproduction of
Documents


Page 1: Receipt dated 10/09/12 for Landon IP, Inc., total compensable fees = $477.65

Page 2: Receipt dated 11/14/12 for PeerlessPatents, Ltd., total compensable fees = $120.00

Total = $597.65

**Landon IP, Inc.**
1725 Jamieson Avenue
Alexandria, VA 22314

Page 1

**Invoice**

Invoice Number
188511

Order Number
144412

To: CLAIRE STONEMAN
KNOBBE MARTENS OLSON & BEAR
2040 MAIN STREET
14TH FLOOR
IRVINE, CA 92614
USA

Invoice Date
09-Oct-2012

Due Date
Due Upon Receipt

Ordered By
CLAIRE STONEMAN
KMOBCSTO

| Description | Amount |
|---|---|
| REF: KDENTL.001L | |
| Certified Trademark Reg - 2,473,238 - One (1) copy | $30.00 |
| Certified Trademark Reg - 2,251,807 - One (1) copy | $30.00 |
| Certified Trademark Reg - 3,775,126 - One (1) copy | $30.00 |
| Certified Trademark Reg - 1,608,966 - One (1) copy | $30.00 |
| Certified Trademark Reg - 2,399,235 - One (1) copy | $30.00 |
| Certified Trademark Reg - 3,739,663 - One (1) copy | $30.00 |
| Certified Trademark Reg - 3,956,476 - One (1) copy | $30.00 |
| Cert Fee Paid by Landon IP (includes 10% surcharge) | $231.00 |
| Fees Paid by Landon IP to Federal Express | $36.65 |
| Subtotal | $477.65 |

IRG/ES01

**Invoice Amount:** **$477.65**

**Please pay the full invoice amount in US Dollars.**

Banking Information:

| By Wire | By Mail | Billing Inquiries |
|---|---|---|
| Bank Name: PNC<br>Account Number: 5308128927<br>Routing Number (for ACH): 054000030<br>Routing Number (for Wire): 031000053<br>Swift#: PNCCUS33<br>Account Name: Landon IP, Inc.<br>Bank Address: 3300 Duke Street,<br>Alexandria, VA 22314 USA | Landon IP, Inc.<br>1725 Jamieson Avenue<br>Alexandria, VA 22314 | All billing inquiries, please contact:<br>Phone: +1 703 486 1150<br>Fax: +1 703 892 4510<br>E Mail: billing@landon-ip.com |

BILLED

**PeerlessPatents, Ltd.**

3131 Mount Vernon Avenue
Alexandria, VA 22305-2640
Phone: 703-271-0180 or 703-979-0420
Tax ID: 54-1899766

**Invoice**

| Date | Invoice # |
|---|---|
| 11/14/2012 | 27293 |

| Bill To |
|---|
| Knobbe Martens Olson & Bear LLP
Laurie Henke
2040 Main Street - 14th Floor
Irvine, California 92614-3641 |

| Terms | Reference No. |
|---|---|
| Net 30 | |

| Description | Qty | Rate | Amount |
|---|---|---|---|
| Reference: KDENTIL.001L | | | |
| Reg. 4113074 - KDZ ULTRA
Reg. 4113072 - KDZ MAX | | | |
| Certified copy of a Patent, Trademark or Copyright (Application or Registration) or Assignment Document | 2 | 30.00 | 60.00 |
| PTO Disbursement | 2 | 30.00 | 60.00 |

V# 740941 BILLED

| Total | $120.00 |
|---|---|
| Payments/Credits | $0.00 |
| **Balance Due** | $120.00 |