# UNITED STATES DISTRICT COURT
## Central District of California

# NOTICE OF APPLICATION TO THE CLERK TO TAX COSTS AND PROPOSED BILL OF COSTS

GLIDEWELL DENTAL CERAMICS

V.

KEATING DENTAL ARTS

Case Number: SACV11-01309-DOC(ANx)

Judgment having been entered in this action on __March 11, 2013__ against __Plaintiff Glidewell Dental Ceramics, Inc.__,
the Clerk is requested to tax the following as costs at __11:00 a.m.__ on __Thurs., April 11, 2013__:

| Item | Amount |
|---|---:|
| Filing fees: see L.R. 54-3.1 | |
| Fees for service of process: see L.R. 54-3.2 | $525.80 |
| United States Marshal's fees: see L.R. 54-3.3 | |
| Reporter's transcripts: see L.R. 54-3.4 | $1,761.90 |
| Depositions: see L.R. 54-3.5 | $11,590.30 |
| Witness fees (itemize on page 2): see L.R. 54-3.6 | |
| Interpreter's and translator's fees: see L.R. 54-3.7 | |
| Docket fees: see L.R. 54-3.8 | |
| Masters, commissioners and receivers: see L.R. 54-3.9 | |
| Certification, exemplification and reproduction of documents: see L.R. 54-3.10 | $597.65 |
| Premiums on bonds and undertakings: see L.R. 54-3.11 | |
| Other Costs: see L.R. 54-3.12 | |
| State Court costs: see L.R. 54-3.13 | |
| Costs on appeal: see L.R. 54-4 | |
| Cost of a bankruptcy appeal to the District Court: see L.R. 54-5 | |
| Other (please itemize) | |
| **TOTAL** | **$14,475.65** |

**NOTE TO PARTIES SUBMITTING BILL OF COSTS:** You must attach an itemization and documentation supporting all requested fees and costs. Documentation includes receipts, orders, and stipulations. All receipts must be self-explanatory.

### DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

[✓] Electronic service by e-mail as set forth below and/or

[ ] Conventional service by first class mail, postage prepaid as set forth below

/s/ James S. Azadian
Signature

James S. Azadian, Esq.
Print Name

Costs are taxed in the amount of __$14,475.65 - no objections made__.

TERRY NAFISI
Clerk of Court

By: _[signature]_
Deputy Clerk
Rosa Morales

August 6, 2013
Date